# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>*Defendant.* | Civil Action No. 10-4374 (CFK)<br><br>**RELATORS' NOTICE OF APPEAL** |

Relators Stephen A. Krahling and Joan Wlochowski ("Relators") hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment dated and entered on July 27, 2023 (ECF No. 351) and the accompanying Memorandum dated and entered on July 27, 2023 (ECF No. 350).

Dated: August 24, 2023

Respectfully Submitted,

*/s/ Gordon Schnell*
Gordon Schnell
Robert L. Begleiter
Daniel J. Vitelli
Hamsa Mahendranathan
Elizabeth Soltan
CONSTANTINE CANNON LLP
335 Madison Avenue
New York, NY 10017
Tel: (212) 350-2700
Fax: (212) 350-2701
gschnell@constantinecannon.com
rbegleiter@constantinecannon.com
dvitelli@constantinecannon.com
hmahendranathan@constantinecannon.com
esoltan@constantinecannon.com

Marlene Koury
CONSTANTINE CANNON LLP

150 California Street, Suite 1600
San Francisco, CA 94111
Tel: (415) 639-4001
Fax: (415) 639-4002
mkoury@constantinecannon.com

Jeffrey Keller
Kathleen R. Scanlan
KELLER GROVER LLP
1965 Market St.
San Francisco, CA 94103
Tel: (415) 543-1305
Fax: (415) 543-7861
jfkeller@kellergrover.com
kscanlan@kellergrover.com

*Counsel for Relators*

# CERTIFICATE OF SERVICE

I, Gordon Schnell, am employed in the County of New York, State of New York. I am over the age of eighteen and I am not a party to this action. My business address is 335 Madison Avenue, 9th Floor, New York, NY 10017. On August 24, 2023, I caused a true and correct copy of the foregoing **RELATORS' NOTICE OF APPEAL** to be served on the interested parties, as set forth below, by ECF filing and electronic mail:

Lisa Dykstra
Eric Sitarchuk
R. Brendan Fee
Margaret E. Rodgers Schmidt
Zachary Johns
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
ldykstra@morganlewis.com
esitarchuk@morganlewis.com
bfee@morganlewis.com
mrodgersschmidt@morganlewis.com
zjohns@morganlewis.com

Neal Kumar Katyal
Jessica Ellsworth
HOGAN LOVELLS US LLP
555 Thirteenth Street, Columbia Square
Washington, DC 20004
neal.katyal@hoganlovells.com
jessica.ellsworth@hoganlovells.com

*Counsel for Defendant Merck & Co., Inc.*

Dino Sangiamo
Sally Bryan
Craig Thompson
Kathleen Hardway
Christina L. Gaarder
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
dssangiamo@venable.com
srbryan@venable.com
cathompson@venable.com
khardway@venable.com
clgaarder@venable.com

*Counsel for Defendant Merck & Co., Inc.*

Dated: August 24, 2023

    */s/ Gordon Schnell*
    Gordon Schnell
    *Counsel for Relators*