UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-2553**

Krahling v. Merck & Co.

To:  Clerk

1) Motion by Appellants for Leave to File under Seal

2) Response to Motion by Appellee

3) Supplemental Motion by Appellants for Leave to File under Seal

---

The foregoing motions and response are referred to the merits panel with respect to sealing unredacted versions of Volumes I, III, V, VI, VIII, XIII, XIV, XIX, XXV, XXXVI, XL, XLI, XLII, and XLIII.  The Clerk's Office will hold those volumes under provisional seal pending a ruling by the Court.  Appellants are directed to file the redacted versions of those volumes within 14 days of the date of this order. In addition to filing electronically, Appellants shall also submit 1 hard copy of each redacted volume.

The Clerk's Office will make the following volumes of the appendix publicly available on the docket: IV, VII, IX, X-XII, XV-XVIII, XX-XXIV, XXVI-XXVII, XXVIII-XXXIX, AND XXLIV – XXLV.

For the Court,

s/ Patricia S. Dodszuweit
Clerk


Dated:  December 14, 2023
EAF/cc:  All Counsel of Record