**23-2553**

IN THE

# United States Court of Appeals

FOR THE THIRD CIRCUIT



UNITED STATES OF AMERICA EX REL.,
STEPHEN A. KRAHLING; JOAN A. WLOCHOWSKI,

*against*

MERCK & CO, INC.,

STEPHEN A. KRAHLING; JOAN A. WLOCHOWSKI,

*Appellants.*

---

*On Appeal from the United States District Court
for the Eastern of District of Pennsylvania
The Honorable Chad F. Kenney, Case No. 2:10-04374-CFK*

### JOINT APPENDIX
### VOLUME V OF XLV
### Pages Appx1001 to Appx1500
### (Filed Under Seal)

VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
410-244-7400

MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
215-963-5000

HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
202-637-5600

*Attorneys for Defendant-Appellee*

CONSTANTINE CANNON LLP
355 Madison Avenue, 9th Floor
New York, New York 10017
212-350-2700

KELLER GROVER, LLP
1965 Market Street
San Francisco, California 94103
415-543-1305

*Attorneys for Relators-Appellants*


PHP   (212) 719-0990
appeals@phpny.com

# Table of Contents

**Volume III**
**(Filed Under Seal)**

Order of the Honorable Lynne A. Sitarski, dated May 16, 2019
(Doc. 250) ............................................................................ Appx181

Statement of Material Facts by Defendant in Support of
Its First Dispositive Motion, dated October 25, 2019
(Doc. 281-3) ........................................................................ Appx185

Statement of Material Facts by Defendant in Support of
Its Fourth Dispositive Motion, dated October 25, 2019
(Doc. 287-3) ........................................................................ Appx247

Statement of Material Facts by Relators,
dated October 25, 2019 (Doc. 294) ........................................ Appx295

Declaration of Gary Reilly, for Relators,
in Support of Motion, dated October 25, 2019 (Doc. 24) ......... Appx396

    Exhibit 1 to Reilly Declaration -
    Expert Report of Eugene Shapiro, M.D.,
    dated March 13, 2018. ........................................................ Appx438

    Exhibit 2 to Reilly Declaration -
    Expert Report of Dr. Robert Malone, M.D.,
    dated March 13, 2018 ......................................................... Appx460
    ***(Cont'd in Vol IV)***

**Volume IV**
**(Filed Under Seal)**

    Exhibit 3 to Reilly Declaration -
    Expert Report of David A. Kessler, M.D.,
    dated March 14, 2018, with Schedules
    and Appendices ................................................................. Appx551
    ***(Cont'd in Vol V)***

**Table of Contents**
**(Continued)**

**Page**

**Volume V**
**(Filed Under Seal)**

Exhibit 4 to Reilly Declaration -
Deposition Testimony of David Kessler, M.D.,
taken September 28, 2018 ...................................................... Appx1483
*(Cont'd in Vol VI)*

**Volume VI**
**(Filed Under Seal)**

Exhibit 5 to Reilly Declaration -
Expert Report of D. Bruce Burlington, M.D.,
dated June 19, 2018 ............................................................. Appx1588

Exhibit 6 to Reilly Declaration -
Deposition Testimony of D. Bruce Burlington, M.D.,
taken December 13, 2018 ..................................................... Appx1637

Exhibit 7 to Reilly Declaration -
Deposition Testimony of Mark Pallansch, M.D.,
taken October 13, 2017 ........................................................ Appx1715

Exhibit 8 to Reilly Declaration -
Deposition Testimony of Eugene Shapiro, M.D.
taken November 7, 2018 ....................................................... Appx1765

Exhibit 9 to Reilly Declaration -
Deposition Testimony of Alison L. Fisher, Ph.D.,
taken November 1, 2016 ....................................................... Appx1822

Exhibit 10 to Reilly Declaration -
Expert Report of Ann M. Arvin, M.D.,
dated June 11, 2018 ............................................................. Appx1910

Exhibit 11 to Reilly Declaration -
Letter from Dr. Robert Redfield, Director, CDC,
dated May 24, 2018 ............................................................. Appx1945

**Table of Contents**
**(Continued)**

Exhibit 12 to Reilly Declaration -
Letter from Dr. Anne Schuchat, Principal Deputy
Director, CDC, dated September 26, 2017 ........................... Appx1950

Exhibit 13 to Reilly Declaration -
Statement of Dr. Jesse Goodman, FDA,
dated April 18, 2007 ............................................................. Appx1956

Exhibit 14 to Reilly Declaration -
Letter from Merck to Jacqueline Little, Ph.D.,
dated March 23, 2006 (MRK-CHA00214088-148) ............... Appx1960
*(Cont'd in Vol VII)*

**Volume VII**
**(Filed Under Seal)**

Exhibit 15 to Reilly Declaration -
Deposition Testimony of Jonathan L. Temte, M.D., Ph.D.,
taken August 17, 2018 ........................................................... Appx2010

Exhibit 16 to Reilly Declaration -
Expert Report of Peter H. Calcott, B.Sc. (Hons.), D.Phil.,
dated March 12, 2018 ........................................................... Appx2061

Exhibit 17 to Reilly Declaration -
Deposition Testimony of Joye L. Bramble, Ph.D.,
taken January 6, 2017 ........................................................... Appx2141

Exhibit 18 to Reilly Declaration -
FDA Warning Letter, dated February 9, 2001
(MRK-CHA00209399-409) ................................................... Appx2220

Exhibit 19 to Reilly Declaration -
Excerpts from Defendant Merck's Answer to
Amended Complaint (ECF No. 62) ....................................... Appx2232

**Table of Contents**
**(Continued)**

Exhibit 20 to Reilly Declaration -
Excerpts from Defendant Merck's Responses and
Objections to Relator's Third Set of Requests for Admission,
dated August 16, 2017 ............................................................ Appx2239

Exhibit 21 to Reilly Declaration -
ProQuadTM (Measles, Mumps, Rubella and Varicella
[Oka/Merck] Virus Vaccine Live)-Original Application
(MRK-CHA00158126-79) ...................................................... Appx2293

Exhibit 22 to Reilly Declaration -
Expert Report of William L. Atkinson, M.D., MPH,
dated June 12, 2018 ................................................................ Appx2348

Exhibit 23 to Reilly Declaration -
Deposition Testimony of Jonathan Hartzel, Ph.D.,
taken June 23, 2017 ................................................................ Appx2380

Exhibit 24 to Reilly Declaration -
Expert Report of Anna Durbin, M.D, dated June 14, 2018 ... Appx2476
*(Cont'd in Vol VIII)*

**Volume VIII**
**(Filed Under Seal)**

Exhibit 25 to Reilly Declaration -
Expert Report of Marcela Pasetti, Ph.D.,
dated June 14, 2018 ................................................................ Appx2511

Exhibit 26 to Reilly Declaration -
Excerpts of Presentation, Principles of Vaccinology,
produced as "Principles of Vaccination.ppt"
(MRK-CHA01339555) ........................................................... Appx2534

Exhibit 27 to Reilly Declaration -
Deposition Testimony of Mary K. Yagodich,
taken August 18, 2016 ............................................................ Appx2538

**Table of Contents**
(Continued)

Exhibit 28 to Reilly Declaration -
GlaxoSmithKline Application for Priorix
(GSK-MMR-IND-0019450-76) ............................................ Appx2631

Exhibit 29 to Reilly Declaration -
Deposition Testimony of Marcela Pasetti, Ph.D.,
taken December 4, 2018 ....................................................... Appx2659

Exhibit 30 to Reilly Declaration -
Deposition Testimony of Anna P. Durbin, M.D.,
taken October 8, 2018 .......................................................... Appx2699

Exhibit 31 to Reilly Declaration -
Excerpts from Rationale for the M-M-R®II End Expiry
Clinical Studies Presentation (MRK-CHA01893680-730) ... Appx2788

Exhibit 32 to Reilly Declaration -
Letter to the Editor "Comparability of M-M-R™II and
Priorix" from Scott Thaler, M.D., *et al.*, *The Pediatric*
*Infectious Disease Journal*, September 1999:18(9)
(MRK-CHA00088592-3) ...................................................... Appx2836

Exhibit 33 to Reilly Declaration -
Phase V Clinical Development Plan for M-M-R®II
(MRK-CHA00667054-122) ................................................... Appx2839

Exhibit 34 to Reilly Declaration -
Fax from Yolanda Stewart to Donna Boyce,
dated April 25, 2012 (GSK-MMR-IND-0029256-63) ........... Appx2909

Exhibit 35 to Reilly Declaration -
Letter from Karen L. Goldenthal, M.D. to Angus Grant, Ph.D.,
dated September 2, 1997 (GSK-MMR-IND-0000004-7) ...... Appx2918

Exhibit 36 to Reilly Declaration -
Email from Katalin G. Abraham to Keith D. Chirgwin, M.D.,
dated October 5, 1998 (MRK-CHA00095142) ..................... Appx2923

**Table of Contents**
**(Continued)**

Exhibit 37 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449029-40) ........................ Appx2925

Exhibit 38 to Reilly Declaration -
Deposition Testimony of Mark Stannard,
taken December 13, 2016 ..................................................... Appx2938
*(Cont'd in Vol IX)*

**Volume IX**
**(Filed Under Seal)**

Exhibit 39 to Reilly Declaration -
Deposition Testimony of Luwy Musey, M.D.,
taken October 7, 2016 ........................................................... Appx3023

Exhibit 40 to Reilly Declaration -
Deposition Testimony of Ann M. Arvin, M.D.,
taken November 12, 2018 ..................................................... Appx3129

Exhibit 41 to Reilly Declaration -
Deposition Testimony of William Nichols,
taken October 25, 2018 ......................................................... Appx3213

Exhibit 42 to Reilly Declaration -
Proposed New Stabilizer for M-M-R®II,
dated July 26, 2022 (MRK-CHA00207690-7735) ................ Appx3249

Exhibit 43 to Reilly Declaration -
M-M-R®II Mumps End Expiry Study: AIGENT Assay Issues
Impact on Study Criteria Regulatory Implications,
dated October 11, 2002 (MRK-CHA00094161-82) .............. Appx3296

Exhibit 44 to Reilly Declaration -
Memo re: Historical Review and Confirmation of Mumps
Virus Potency Formulation Targets in M-M-R®II,
dated April 8, 2011 (MRK-CHA01456760) .......................... Appx3319

**Table of Contents**
**(Continued)**

Exhibit 45 to Reilly Declaration -
Presentation, M-M-R II Mumps End Expiry Trial, produced as
"CDOC presentation November 15-00-draft.ppt"
(MRK-CHA00020396) ......................................................... Appx3321

Exhibit 46 to Reilly Declaration -
Memo re: Stability of Mumps Component in Merck's Live
Virus Vaccines, dated October 5, 2000
(MRK-CHA00587859-62) ..................................................... Appx3419

Exhibit 47 to Reilly Declaration -
Memo re: Stability of Measles, Mumps, and
Rubella Components in Merck's Live Virus Vaccines,
dated October 17, 2000 (MRK-CHA00549487-94) .............. Appx3424

Exhibit 48 to Reilly Declaration -
Email from Katalin G. Abraham to Bonita M. Stankunas,
dated October 5, 2000 (MRK-CHA00284623-9) .................. Appx3433

Exhibit 49 to Reilly Declaration -
Deposition Testimony of Philip S. Bennett,
taken May 24, 2017 .............................................................. Appx3441

**Volume X**
**(Filed Under Seal)**

Exhibit 50 to Reilly Declaration -
Email from Keiko Simon, dated October 2, 2002
(MRK-CHA00615147-74) ..................................................... Appx3501

Exhibit 51 to Reilly Declaration -
Internal Strategy Document regarding M-M-R®II
Regulatory Compliance (MRK-CHA00019225-45) .............. Appx3530

Exhibit 52 to Reilly Declaration -
"Genetic Heterogeneity of Mumps Strains: Potential
Implications in Comparative Neutralization Studies" CBER
Background Information, dated November 1999
(MRK-CHA00020635-42) ..................................................... Appx3552

**Table of Contents**
(Continued)

Exhibit 53 to Reilly Declaration -
Draft memo, produced as "Outstanding-
issuesMMRV&MMRII.doc"
(MRK-CHA00198876-91) .................................................... Appx3561

Exhibit 54 to Reilly Declaration -
Memo re: Mumps neutralization meeting minutes,
dated September 16, 1999 (MRK-CHA00020425-7) ............ Appx3578

Exhibit 55 to Reilly Declaration -
Email from Katalin G. Abraham to Keith D. Chirgwin,
dated February 25, 2000 (MRK-CHA00095143) .................. Appx3582

Exhibit 56 to Reilly Declaration -
Memo re: Team Biologics Close Out – Form FDA 483,
dated October 11, 2000 (MRK-CHA00071265-71) .............. Appx3584

Exhibit 57 to Reilly Declaration -
Email from Dorothy Margolskee, M.D., to
Florian Schodel, M.D., with attachments,
dated February 26, 2001
(MRK-CHA00549510-35) .................................................... Appx3592

Exhibit 58 to Reilly Declaration -
Email from Joseph F. Heyse with attachments,
dated March 5, 2001
(MRK-CHA00616007-12) .................................................... Appx3627

Exhibit 59 to Reilly Declaration -
Response to FDA 483 Observation 3
(MRK-CHA00086295-7) ..................................................... Appx3634

Exhibit 60 to Reilly Declaration -
Draft Response to FDA 483 Observation 3
(MRK-CHA00086298-317) ................................................. Appx3638

Exhibit 61 to Reilly Declaration -
Draft Response to FDA 483 Observation 3
(MRK-CHA00562230-41) .................................................... Appx3659

**Table of Contents**
**(Continued)**

**Page**

Exhibit 62 to Reilly Declaration -
Draft Response to FDA 483 Observation 3
(MRK-CHA01440844-64) ...................................................... Appx3672

Exhibit 63 to Reilly Declaration -
Letter from Robert L. McKee, Ph.D. to Steven A. Masiello,
dated March 8, 2001 (MRK-CHA01537603-11) ................... Appx3694

Exhibit 64 to Reilly Declaration -
Deposition Testimony of Dorothy Margolskee, M.D.,
taken April 21, 2017 .............................................................. Appx3704

Exhibit 65 to Reilly Declaration -
Excerpts from Label Claim Compliance M-M-R®II
Peer Review Meeting, dated July 15, 2002
(MRK-CHA00322038-65) ...................................................... Appx3796

Exhibit 66 to Reilly Declaration -
Memo re: Executive Summary-CBER/Merck Meeting
April 4, 2001, dated April 8, 2001
(MRK-CHA01649955-6) ......................................................... Appx3819

Exhibit 67 to Reilly Declaration -
Memo re: Minutes, Meeting with CBER on 4/4/01
Regarding Mumps Stability, dated April 9, 2001
(MRK-CHA00754687-91) ....................................................... Appx3822

Exhibit 68 to Reilly Declaration -
Email from Christopher J. Petroski to Keith D. Chirgwin,
dated January 21, 2002 (MRK-CHA00561350-5) ................. Appx3828

Exhibit 69 to Reilly Declaration -
Presentation, M-M-R®II Mumps Expiry Mumps Potency
Claim in Label (MRK-CHA00334863-8) .............................. Appx3835

Exhibit 70 to Reilly Declaration -
Presentation, Mumps Expiry- Label Claim, produced as
"RMC mumps expiry update.ppt" (MRK-CHA00086318) ... Appx3842

**Table of Contents**
(Continued)

Page

Exhibit 71 to Reilly Declaration -
Memo re: M-M-R®II: Mumps End Expiry label change –
filing strategy, dated August 2, 2001
(MRK-CHA00247149-52) ..................................................... Appx3846

Exhibit 72 to Reilly Declaration -
Email from Keith D. Chirgwin to Manal A. Morsy with
attachment, dated January 22, 2002
(MRK-CHA00019084-5) ..................................................... Appx3851

Exhibit 73 to Reilly Declaration -
Email from Cynthia F. Morrisey, dated September 5, 2002
(MRK-CHA01562819-20) ..................................................... Appx3873

Exhibit 74 to Reilly Declaration -
Email from Roberta L. McKee, Ph.D.,
dated October 31, 2002 (MRK-CHA00094134-5) ................ Appx3876

Exhibit 75 to Reilly Declaration -
Memo, Mumps and Rubella Formulation and Potency Assay
Format Changes to Support Potency through Twenty-four
Month Expiry (MRK-CHA01894982-98) ............................ Appx3879

Exhibit 76 to Reilly Declaration -
Email from Mark S. Galinski to Keiko Simon,
dated August 23, 2004 (MRK-CHA01564065-8) .................. Appx3897

Exhibit 77 to Reilly Declaration -
Email from Alison L. Fisher with attachments,
dated September 20, 2004
(MRK-CHA01574732-8) ..................................................... Appx3902

Exhibit 78 to Reilly Declaration -
Presentation, Accomplishments to Date,
produced as "accomplishments to 5-17-01.ppt"
(MRK-CHA00724288) ......................................................... Appx3910

**Table of Contents**
**(Continued)**

Exhibit 79 to Reilly Declaration -
Draft letter from Roberta L. McKee, Ph.D., to
Michael Angelo, with metadata date of October 17, 2002
(MRK-CHA01649892-3) ...................................................... Appx3917

Exhibit 80 to Reilly Declaration -
Email from Manal Morsy to Keith D. Chirgwin,
dated November 4, 2002 (MRK-CHA00501762-5) .............. Appx3920

Exhibit 81 to Reilly Declaration -
Memo re: Preparations for the Mumps Stability-CBER
discussion, dated March 19, 2001
(MRK-CHA00019430-2) ...................................................... Appx3925

Exhibit 82 to Reilly Declaration -
Email from Philip S. Bennett to Joseph M. Antonello,
dated September 5, 2002 (MRK-CHA00780325-6) .............. Appx3929

Exhibit 83 to Reilly Declaration -
Memo re: Mumps End Expiry study issues,
with Attachment (MRK-CHA00019246-67) ........................ Appx3932

Exhibit 84 to Reilly Declaration -
Draft Presentation, M-M-R II to October 8, 2002 CRRC,
produced as "Draft#1-CRRC 10-08-02 slides.ppt"
(SCHOFIELD_00000201) ...................................................... Appx3955

Exhibit 85 to Reilly Declaration -
Presentation, M-M-R II to October 8, 2002 CRRC,
produced as "CRRC-10-08-02 slides.ppt"
(MRK-CHA00027726) ........................................................ Appx3991
*(Cont'd in Vol XI)*

**Volume XI**
**(Filed Under Seal)**

Exhibit 86 to Reilly Declaration -
Email from Philip S. Bennett with attachment,
dated March 14, 2001 (MRK-CHA00562218-9) ................... Appx4021

**Table of Contents**
(Continued)

Exhibit 87 to Reilly Declaration -
Meeting Agenda, dated March 7, 2002
(MRK-CHA00205854-60) ...................................................... Appx4024

Exhibit 88 to Reilly Declaration -
Email from Manal Morsy, M.D., Ph.D. to Deitra E. Arena,
dated March 27, 2002 (MRK-CHA00064005-12) ................. Appx4032

Exhibit 89 to Reilly Declaration -
Email from Manal Morsy, M.D., Ph.D. to David Krah, M.D.,
dated April 10, 2002 (MRK-CHA00561310-2) ..................... Appx4041

Exhibit 90 to Reilly Declaration -
Spreadsheet for June 10, 2003 Vaccine Assay Committee
meeting (MRK-CHA00440797-811) ..................................... Appx4045

Exhibit 91 to Reilly Declaration -
Minutes of CBER Teleconference, dated December 7, 2001
(MRK-CHA00019434-7) ...................................................... Appx4061

Exhibit 92 to Reilly Declaration -
Draft Summary of Teleconference Notes
(MRK-CHA00024596-9) ...................................................... Appx4066

Exhibit 93 to Reilly Declaration -
Memo re: CBER teleconference (December 7, 2001): Mumps
Inspection results and discussion, dated December 13, 2001
(MRK-CHA00071082-9) ...................................................... Appx4071

Exhibit 94 to Reilly Declaration -
Memo re: Consultation with Dr. William Fairweather
on Vaccine Stability, dated December 14, 2000
(MRK-CHA00590949-58) .................................................... Appx4080

Exhibit 95 to Reilly Declaration -
Excerpts from Proposed New Stabilizer for M-M-R®II,
dated August 2002 (MRK-CHA01591461-87) ..................... Appx4091

**Table of Contents**
(Continued)

Exhibit 96 to Reilly Declaration -
Email from Manal Morsy, M.D., Ph.D. to Joye L. Bramble,
dated June 11, 2002 (MRK-CHA00494158-61) .................... Appx4117

Exhibit 97 to Reilly Declaration -
M-M-R®11 Defense Action Plan, dated June 1999
(MRK-CHA00285276-96) ..................................................... Appx4122

Exhibit 98 to Reilly Declaration -
Memo re: Statement of Interest for ProQuad™ Measles,
mumps, rubella, and varicella virus vaccine live, dated
November 10, 2000 (MRK-CHA00325472-91) .................... Appx4144

Exhibit 99 to Reilly Declaration -
Memo re: Statement of Interest for ProQuad™ Measles,
mumps, rubella, and varicella virus vaccine live,
dated November 10, 2000 (MRK-CHA00671410-28) .......... Appx4165

Exhibit 100 to Reilly Declaration -
Memo re: Minimum Expiry Specification Limit for Mumps
Potency in M-M-R®II, dated July 5, 2001
(MRK-CHA01896349) .......................................................... Appx4185

Exhibit 101 to Reilly Declaration -
Excerpts from Clinical and Regulatory Review Committee
Development Projects, dated October 29, 2002
(MRK-CHA01725276-364) ................................................... Appx4187

Exhibit 102 to Reilly Declaration -
Presentation, MMRII Mumps End Expiry study status &
Regulatory implications, produced as "slides for
GRSRC_MumpsEndExpiry -10-11-02.ppt"
(MRK-CHA00040705) .......................................................... Appx4197

Exhibit 103 to Reilly Declaration -
Presentation, MMRII Mumps End Expiry study status &
Regulatory implications, produced as
"slides for GRSRC -10-11-02.ppt"
(MRK-CHA00094159) .......................................................... Appx4227

**Table of Contents**
**(Continued)**

Exhibit 104 to Reilly Declaration -
Email from Joseph F. Heyse to Keith D. Chirgwin,
dated September 30, 2002 (MRK-CHA01582137-9) ............ Appx4256

Exhibit 105 to Reilly Declaration -
MRL Clinical Study Report, Multicenter Study: A Study of
M-M-R II at Mumps Expiry Potency in Healthy Children 12
to 18 Months of Age (Protocol 007)
(MRK-CHA00224982-26529) ............................................... Appx4260

Exhibit 106 to Reilly Declaration -
Email from Dorothy Margolskee to Keith D. Chirgwin,
dated March 8, 1998 (MRK-CHA00095320-1) ..................... Appx4419

Exhibit 107 to Reilly Declaration -
Slide Deck from M-M-R™ Expiry Investigators Meeting,
dated March 15-16, 1999 (MRK-CHA00017605-12) ........... Appx4422

Exhibit 108 to Reilly Declaration -
Excerpts from Merck Submission to the Department of Justice,
dated April 9, 2012 (MRK-CHA0002549-75) ....................... Appx4431

Exhibit 109 to Reilly Declaration -
Letter from Karen L. Goldethal, M.D. to
Keith Chirgwin, M.D., dated September 8, 1998
(MRK-CHA00001467-9) ....................................................... Appx4459

Exhibit 110 to Reilly Declaration -
Memo re: BB-IND 1016: Summary of discussion with
Dr. Kathryn Carbone and Ms. Luba Vujcic (CBER) regarding
the Mumps neutralization assay, dated February 8, 2000
(MRK-CHA00001255-7) ....................................................... Appx4463

Exhibit 111 to Reilly Declaration -
Memo re: Communication with Dr. Kathryn Carbone (CBER)
on April 12, 200 regarding CBER's meeting (face to face-
March 13, 2000) minutes and the mumps neutralization
and ELISA assays, dated April 12, 2000
(MRK-CHA01927351-5) ....................................................... Appx4467

**Table of Contents**
**(Continued)**

Exhibit 112 to Reilly Declaration -
Response to FDA Request for Information,
dated November 17, 2004 (MRK-CHA00126963-71) .......... Appx4473

Exhibit 113 to Reilly Declaration -
Summary of Findings of Inspection, dated August 6, 2001
(MRK-CHA02021754-61) ..................................................... Appx4483

Exhibit 114 to Reilly Declaration -
Meeting Minutes, dated March 14, 2000
(MRK-CHA00001258-61) ..................................................... Appx4492

Exhibit 115 to Reilly Declaration -
Deposition Testimony of Emilio Emini, Ph.D.,
taken June 6, 2017 ................................................................. Appx4497
*(Cont'd in Vol XII)*

**Volume XII**
**(Filed Under Seal)**

Exhibit 116 to Reilly Declaration -
Deposition Testimony of Florian Schodel, M.D.,
taken December 22, 2016 .................................................... Appx4592

Exhibit 117 to Reilly Declaration -
Email from Manal Morsy, dated September 13, 2002
(MRK-CHA01386177-82) ..................................................... Appx4700

Exhibit 118 to Reilly Declaration -
Email from Keiko Simon with attachments,
dated October 27, 2003
(MRK-CHA00279197-247) ................................................... Appx4707

Exhibit 119 to Reilly Declaration -
Slide Deck from M-M-R™ Expiry Investigators Meeting,
dated March 15-16, 1999 (MRK-CHA01888826-913) ......... Appx4759

**Table of Contents**
**(Continued)**

Exhibit 120 to Reilly Declaration -
Email from Deitra E. Arena with attachments,
dated June 16, 2000
(MRK-CHA00026466-89) ...................................................... Appx4848

Exhibit 121 to Reilly Declaration -
Email from Manal Morsy to Henrietta Ukwu,
dated October 10, 1999 (MRK-CHA01898773-6) ................ Appx4874

Exhibit 122 to Reilly Declaration -
Deposition Testimony of David Krah, M.D.,
taken July 11-12, 2017 ........................................................... Appx4879
*(Cont'd in Vol XIII)*

**Volume XIII**
**(Filed Under Seal)**

Exhibit 123 to Reilly Declaration -
Mumps Neutralization Assay Development
(MRK-CHA00336905-18) ...................................................... Appx5076

Exhibit 124 to Reilly Declaration -
Minutes of CAS Meeting, dated June 20, 2000
(MRK-CHA00209674-8) ........................................................ Appx5091

Exhibit 125 to Reilly Declaration -
Email from Ted L. Staub to George Williams,
dated February 20, 1998 (MRK-CHA00625629-30) ............. Appx5097

Exhibit 126 to Reilly Declaration -
Minutes of Mumps Neutralization Assay Meeting,
dated September 29, 1999 (MRK-CHA00020428-9) ............ Appx5100

Exhibit 127 to Reilly Declaration -
Presentation, MMR II End Expiry Trial,
produced as "MMRII-Neut-fnQPAslides9-27-99.ppt"
(MRK-CHA00025315) ........................................................... Appx5103

## **Table of Contents**
### **(Continued)**

**Page**

Exhibit 128 to Reilly Declaration -
Draft Summary of 8/17/99 meeting by M. Morsy
(MRK-CHA00198869-70) .......................................................Appx5111

Exhibit 129 to Reilly Declaration -
Memo re: Options and proposed path forward for the
Mumps Expiry Trial (MRK-CHA00086292-3) ..................... Appx5114

Exhibit 130 to Reilly Declaration -
Email from Florian P. Schodel to Colleen A. Forsythe,
dated July 7, 1997 (MRK-CHA01648951-6) ........................ Appx5117

Exhibit 131 to Reilly Declaration -
Memo re: Monthly report for August, 2000,
dated August 23, 2000 (MRK-CHA00016632-5) .................. Appx5124

Exhibit 132 to Reilly Declaration -
Virus & Cell Biology Research Procedure
(MRK-CHA00002189-98) ..................................................... Appx5129

Exhibit 133 to Reilly Declaration -
Letter from Karen L. Goldenthal, M.D. to Keith D. Chirgwin,
M.D., dated October 26, 1999 (MRK-CHA00761482-4) ...... Appx5140

Exhibit 134 to Reilly Declaration -
Memo re: Filing Strategy for ProQuad,
dated January 31, 2002 (MRK-CHA00818776-81) ............... Appx5144

Exhibit 135 to Reilly Declaration -
Memo re: CBER teleconference (October 16, 2001):
Measles, Mumps and Rubella ELISAs, dated October 19, 2001
(MRK-CHA00331831-6) ....................................................... Appx5151

Exhibit 136 to Reilly Declaration -
Email from Michael L. Dekleva to Alison L. Fisher,
dated October 26, 2004 (MRK-CHA00846454-8) ................ Appx5158

**Table of Contents**
**(Continued)**

**Page**

Exhibit 137 to Reilly Declaration -
Response to FDA Request for Information,
dated April 13, 2005 (MRK-CHA00000315-60) ................... Appx5164

Exhibit 138 to Reilly Declaration -
Response to FDA Request for Information,
dated November 15, 2006 (MRK-CHA00000393-409) ........ Appx5211

Exhibit 139 to Reilly Declaration -
Response to CBER Comments, dated June 10, 2002
(MRK-KRA00761628-702) .................................................... Appx5229

Exhibit 140 to Reilly Declaration -
Regulatory Liaison FDA Conversation Record,
dated October 5, 2004 (MRK-CHA00846405-15) ................ Appx5305

Exhibit 141 to Reilly Declaration -
Email from Florian Schodel to Michael L. Dekleva,
dated July 3, 2004 (MRK-CHA00791315-9) ........................ Appx5317

Exhibit 142 to Reilly Declaration -
Proposal for Immunogenicity Analyses
(MRK-CHA00561111-2) ....................................................... Appx5323

Exhibit 143 to Reilly Declaration -
Email from David Krah, M.D. to Emilio Emini, Ph.D.,
dated October 9, 2000 (MRK-CHA00065695-703) .............. Appx5326

Exhibit 144 to Reilly Declaration -
Anti-IgG Enhanced Mumps Neutralization Assay-Update,
dated October 24, 2000 (MRK-CHA00026912-8) ................ Appx5336

Exhibit 145 to Reilly Declaration -
Email from Jospeh Antonello to David Krah, M.D.,
dated October 30, 2000 (MRK-CHA00759836-9) ................ Appx5344

Exhibit 146 to Reilly Declaration -
Deposition Testimony of Barbara Kuter,
taken February 9, 2018 ......................................................... Appx5349

**Table of Contents**
**(Continued)**

Exhibit 147 to Reilly Declaration -
Email from Steven Rubin to David Krah, M.D.,
dated August 24, 2011 (MRK-CHA00030994-8) .................. Appx5398

Exhibit 148 to Reilly Declaration -
Excerpts from Attachments to 11/18/98 CDOC Meeting
(MRK-CHA01731773-1804) ................................................ Appx5404

Exhibit 149 to Reilly Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
teleconference on methods used for the plaque reduction
neutralization assay, dated February 22, 1999
(MRK-CHA00095050-2) ...................................................... Appx5437

Exhibit 150 to Reilly Declaration -
Extra CDAB Meeting Abstract, dated August 1, 2011
(GSK-MMR-0195819-42) ..................................................... Appx5441

Exhibit 151 to Reilly Declaration -
Performance Characteristics and Validation for Mumps Plaque
Reduction Microneutralization assay
(GSK-MMR-IND-0022195-269) .......................................... Appx5466
***(Cont'd in Vol XIV)***

**Volume XIV**
**(Filed Under Seal)**

Exhibit 152 to Reilly Declaration -
Agenda for CBER Meeting, dated March 13, 2000
(MRK-CHA00016335-43) ..................................................... Appx5542

Exhibit 153 to Reilly Declaration -
Email from David Krah, M.D. to Alan Shaw,
dated August 15, 2000 (MRK-CHA00068546) ..................... Appx5552

Exhibit 154 to Reilly Declaration -
To-Do List, dated August 26, 2000
(MRK-CHA00273243-4) ...................................................... Appx5554

**Table of Contents**
(Continued)

Exhibit 155 to Reilly Declaration -
Deposition Testimony of Stephen Krahling,
taken May 2-3, 2017 ............................................................ Appx5557

Exhibit 156 to Reilly Declaration -
Memo re: Monthly report for May, 2000, dated May 23, 2000
(MRK-CHA01634869-71) ..................................................... Appx5690

Exhibit 157 to Reilly Declaration -
Handwritten Notes in Book 31271, Pages 161-2
(MRK-CHA00064608-9) ....................................................... Appx5694

Exhibit 158 to Reilly Declaration -
Email from David Krah, M.D. to Emilio Emini, Ph.D.,
dated March 30, 2000 (MRK-CHA00336323-5) ................... Appx5697

Exhibit 159 to Reilly Declaration -
Email from Keith D. Chirgwin with attachment,
dated February 26, 2001
(MRK-CHA00549462-72) ..................................................... Appx5701

Exhibit 160 to Reilly Declaration -
Relator Stephen A. Krahling's Responses and Objections
to Merck's Revised First Set of Interrogatories,
dated May 18, 2015 .............................................................. Appx5713

Exhibit 161 to Reilly Declaration -
Deposition Testimony of Joseph Antonello, Ph.D.,
taken August 3, 2017 ............................................................ Appx5780

Exhibit 162 to Reilly Declaration -
Email from Beverly A. Zaber to Cathy W. Wadsworth,
dated August 9, 2001 (MRK-CHA00008835-9) .................... Appx5862

Exhibit 163 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Steve Krahling, dated March 29, 2001
(MRK-CHA00015702-3) ....................................................... Appx5868

**Table of Contents**
**(Continued)**

Exhibit 164 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Colleen Barr, dated March 29, 2001
(MRK-CHA00014739-40) ..................................................... Appx5871

Exhibit 165 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Mary Yagodich, dated March 29, 2001
(MRK-CHA00014746-7) ..................................................... Appx5874

Exhibit 166 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Jennifer Kriss, dated March 29, 2001
(MRK-CHA00014829-30) ..................................................... Appx5877

Exhibit 167 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Steve Krahling, dated March 29, 2001
(MRK-CHA00014731-2) ..................................................... Appx5880

Exhibit 168 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Mary Yagodich, dated March 29, 2001
(MRK-CHA00014744-5) ..................................................... Appx5883

Exhibit 169 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Jill DeHaven, dated March 29, 2001
(MRK-CHA00014749-50) ..................................................... Appx5886

Exhibit 170 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Jennifer Kriss, dated March 29, 2001
(MRK-CHA00015719-20) ..................................................... Appx5889

Exhibit 171 to Reilly Declaration -
Memo re: Study KM-248 Phase III-Questionable ELISA
Results in the Comparator Group, dated November 1, 2001
(MRK-CHA00760670-2) ..................................................... Appx5892

**Table of Contents**
**(Continued)**

Exhibit 172 to Reilly Declaration -
Deposition Testimony of Joan L. Wlochowski,
taken June 13-14, 2017 ........................................................ Appx5896
*(Cont'd in Vol XV)*

**Volume XV**
**(Filed Under Seal)**

Exhibit 173 to Reilly Declaration -
Outline for HR Discussion (RELATOR_00000273) ............. Appx6040

Exhibit 174 to Reilly Declaration -
Expert Report of Philip Stark, Ph.D.,
dated March 12, 2018 ......................................................... Appx6042

Exhibit 175 to Reilly Declaration -
Supplemental Expert Report of Philip Stark, Ph.D.,
dated October 16, 2018 ....................................................... Appx6072

Exhibit 176 to Reilly Declaration -
Email from Jospeh Antonello with attachments,
dated March 20, 2002
(MRK-CHA00544820-47) .................................................... Appx6079

Exhibit 177 to Reilly Declaration -
Excerpts from journal of David Krah, M.D.
(MRK-CHA00489903-490080) ............................................ Appx6133

Exhibit 178 to Reilly Declaration -
Handwritten Log (RELATOR_00001025-6) ......................... Appx6136

Exhibit 179 to Reilly Declaration -
Excerpts from journal of David Krah, M.D.
(MRK-CHA00490592-91038) ............................................. Appx6139

Exhibit 180 to Reilly Declaration -
Memo re: Review of mumps-AIGENT neutralization data,
dated August 1, 2001 (MRK-CHA00026864) ...................... Appx6144

**Table of Contents**
(Continued)

**Page**

Exhibit 181 to Reilly Declaration -
Email from Karen R. McKenney, dated August 7, 2001
(MRK-CHA00052249-53) ..................................................... Appx6146

Exhibit 182 to Reilly Declaration -
General Correspondence and Submission to FDA,
dated February 4, 2002 (MRK-CHA00000410-78) ............... Appx6152

Exhibit 183 to Reilly Declaration -
Assay Log (MRK-CHA00050333-42) .................................. Appx6222

Exhibit 184 to Reilly Declaration -
Handwritten Notes regarding Discarded Plates
(MRK-CHA00055013) .......................................................... Appx6233

Exhibit 185 to Reilly Declaration -
Memo re: Validation of the Anti-IgG Enhanced Mumps Wild
Type Plaque Reduction Neutralization Assay (Virus and Cell
Biology Research Procedure #874.3489), dated
February 27, 2001 (MRK-CHA00016988-17023) ................ Appx6235

Exhibit 186 to Reilly Declaration -
Response to FDA Request for Information,
dated March 12, 2001 (MRK-CHA00017036-115) ............... Appx6272

Exhibit 187 to Reilly Declaration -
Biological Product Deviation Report Form,
dated April 20, 2001 (MRK-CHA00754233-8) ..................... Appx6353

Exhibit 188 to Reilly Declaration -
Background Document: M-M-R®II Protocol 007-Mumps End
Expiry Study: AIGENT Assay Issues and Impact on Study
Criteria (MRK-CHA00615152-74) ....................................... Appx6360

Exhibit 189 to Reilly Declaration -
Supplemental Biologics License Application,
dated January 29, 2004 (MRK-CHA00000032-139) ............. Appx6384

**Table of Contents**
**(Continued)**

**Page**

Exhibit 190 to Reilly Declaration -
Information Amendment-Clinical, dated November 30, 2001
(MRK-CHA00126233-66) ..................................................... Appx6493
*(Cont'd in Vol XVI)*

**Volume XVI**
**(Filed Under Seal)**

Exhibit 191 to Reilly Declaration -
Email from Mandie Lyon to David Krah, M.D.,
dated August 19, 2004 (MRK-CHA00337141-57) ................ Appx6528

Exhibit 192 to Reilly Declaration -
Email from Barbara J. Kuter to Barbara J. Kuter
with attachment, dated August 5, 2009
(MRK-CHA00121080-82) ..................................................... Appx6546

Exhibit 193 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of October 24, 2011 ..................... Appx6550

Exhibit 194 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of September 26, 2012 ................. Appx6555

Exhibit 195 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of October 17, 2012 ..................... Appx6559

Exhibit 196 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of December 22, 2012 ................. Appx6563

Exhibit 197 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of July 3, 2013 ............................ Appx6567

**Table of Contents**
(Continued)

Exhibit 198 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of October 7, 2015 ....................... Appx6571

Exhibit 199 to Reilly Declaration -
CinicalTrials.gov "Background" webpage,
last accessed October 14, 2019 .............................................. Appx6575

Exhibit 200 to Reilly Declaration -
EMEA Scientific Discussion Paper re: M-M-RVAXPRO
and M-M-RII, downloaded October 10, 2019 ........................ Appx6580

Exhibit 201 to Reilly Declaration -
Letter from Dr. Gudrun V. Wangenheim to
D. Wonnacott, Ph.D. (MRK-CHA00626021-2) .................... Appx6616

Exhibit 202 to Reilly Declaration -
Letter from Karen L. Goldenthal, M.D. to Alison Fisher,
Ph.D., dated October 17, 2005 (MRK-CHA00560257-8) ..... Appx6619

Exhibit 203 to Reilly Declaration -
Amendment to Supplemental Biologics License Application
Response to FDA Request for Information,
dated June 5, 2007, with Attachments
(MRK-CHA00000368-82) ...................................................... Appx6622

Exhibit 204 to Reilly Declaration -
Email from Margaret Kanters to Donna Zacholski,
dated January 30, 2009 (MRK-CHA01300697-9) ................. Appx6638

Exhibit 205 to Reilly Declaration -
Approval Letter from FDA, dated December 6, 2007
(MRK-CHA01519087-8) ....................................................... Appx6642

Exhibit 206 to Reilly Declaration -
Memo re: Review of Merck's 7068-214, dated July 27, 2004
(MRK-CHA00846451-3) ....................................................... Appx6645

**Table of Contents**
(Continued)

Exhibit 207 to Reilly Declaration -
ProQuad™ Original Application, dated August 3, 2004
(MRK-CHA00158320-71) ..................................................... Appx6649

Exhibit 208 to Reilly Declaration -
Deposition Testimony of Michael Dekleva,
taken February 9, 2017  ........................................................ Appx6687

Exhibit 209 to Reilly Declaration -
Original Biologics License Application, dated August 27, 2004
(MRK-CHA00157572-3) ...................................................... Appx6760

Exhibit 210 to Reilly Declaration -
Email from Louis H. Washington to Michael L. Dekleva,
dated June 10, 2004 (MRK-CHA00821967-9) ...................... Appx6763

Exhibit 211 to Reilly Declaration -
Information Amendment-Clinical, dated November 27, 2001
(MRK-CHA00152449-67) ..................................................... Appx6767

Exhibit 212 to Reilly Declaration -
Excerpts from Merck's Responses and Objections to
Plaintiffs' First Set of Interrogatories,
dated August 16, 2017 .......................................................... Appx6787

Exhibit 213 to Reilly Declaration -
Excerpts from Merck's Response to Request for Information,
dated May 4, 2005 (MRK-CHA00846087-6404) .................. Appx6798

Exhibit 214 to Reilly Declaration -
Approval Letter, dated September 6, 2005
(MRK-CHA00761865-89) ..................................................... Appx6804

Exhibit 215 to Reilly Declaration -
Supplemental Biologics License Application,
dated June 30, 2004 (MRK-CHA00137854-5) ...................... Appx6830

## Table of Contents
## (Continued)

Exhibit 216 to Reilly Declaration -
Excerpts from A Comparison of the Safety, Tolerability, and
Immunogenicity of M-M-R™II Manufactured With
Recombinant Human Albumin (rHA) Versus M-M-R™II
Manufactured with Pooled-Donor Human Serum Albumin
(HSA) in Healthy Children 12 to 18 Months of Age
Protocol 009 (MRK-CHA00140056-41340) ......................... Appx6833

Exhibit 217 to Reilly Declaration -
Excerpts from Measles, Mumps, and Rubella Virus Vaccine,
Live-Replacement of Human Serum Albumin With
Recombinant Albumin (MRK-CHA00138137-72) ............... Appx6908

Exhibit 218 to Reilly Declaration -
Excerpts from Response to FDA Request for Information,
dated June 28, 2004 (MRK-CHA00124554-4690) ................ Appx6931

Exhibit 219 to Reilly Declaration -
Approval Letter, dated August 31, 2005
(MRK-CHA00141909-22) .................................................... Appx6979

Exhibit 220 to Reilly Declaration -
M-M-R®II Label (April 1999)
(MRK-CHA00757072-6) ...................................................... Appx6994

Exhibit 221 to Reilly Declaration -
M-M-R®II Label (MRK-CHA00757108-11) ........................ Appx7000
*(Cont'd in Vol XVII)*

### Volume XVII
### (Filed Under Seal)

Exhibit 222 to Reilly Declaration -
M-M-R®II Label (2004) (MRK-CHA00757100-3) .............. Appx7005

Exhibit 223 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449260-70) ........................ Appx7010

**Table of Contents**
**(Continued)**

Exhibit 224 to Reilly Declaration -
Current M-M-R®II Label (last revised: 09/2019),
downloaded on October 22, 2019 ........................................... Appx7022

Exhibit 225 to Reilly Declaration -
M-M-R®II Label (1990) (MRK-CHA00757060-3) .............. Appx7034

Exhibit 226 to Reilly Declaration -
Summary of Revisions of M-M-R®II Label
(MRK-CHA00137876-7) ....................................................... Appx7039

Exhibit 227 to Reilly Declaration -
Protocol 006 Clinical Study Report Synopsis,
dated August 16, 2004 (MRK-CHA01580213-19) ................ Appx7042

Exhibit 228 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449029-40) ........................ Appx7050

Exhibit 229 to Reilly Declaration -
Description of ProQuad® (MRK-CHA00177125-36) .......... Appx7063

Exhibit 230 to Reilly Declaration -
ProQuad® Label (MRK-CHA01449181-2) ........................... Appx7076

Exhibit 231 to Reilly Declaration -
Current ProQuad Label (last revised: 09/2019),
downloaded on October 22, 2019 .......................................... Appx7079

Exhibit 232 to Reilly Declaration -
Excerpts from Merck's Responses and Objections to Relators'
First Set of Interrogatories, dated April 9, 2015 .................... Appx7105

Exhibit 233 to Reilly Declaration -
Expert Report of Yonatan Grad, M.D., Ph.D.,
dated June 12, 2018 ............................................................... Appx7114

Exhibit 234 to Reilly Declaration -
Excerpts from "Summary of Notifiable Diseases-United
States, 2006," *MMWR*, 2008:55(53) ..................................... Appx7169

**Table of Contents**
(Continued)

Exhibit 235 to Reilly Declaration -
Excerpts from "Summary of Notifiable Diseases-United
States, 2009," *MMWR*, 2009:58(53) ..................................... Appx7173

Exhibit 236 to Reilly Declaration -
Excerpts from a "Summary of Notifiable Diseases-United
States, 2010," *MMWR*, 2012:59(53) ..................................... Appx7177

Exhibit 237 to Reilly Declaration -
Excerpts from "Summary of Notifiable Diseases-United
States, 2012," *MMWR*, 2014:61(53) ..................................... Appx7181

Exhibit 238 to Reilly Declaration -
Excerpts from "Summary of Notifiable Infectious
Diseases and Conditions-United States, 2013,"
*MMWR*, 2015:62(53) ........................................................... Appx7185

Exhibit 239 to Reilly Declaration -
Excerpts from "Summary of Notifiable Infectious
Diseases and Conditions-United States, 2014,"
*MMWR*, 2016:63(54) ........................................................... Appx7189

Exhibit 240 to Reilly Declaration -
Excerpts from "Summary of Notifiable Infectious
Diseases and Conditions-United States, 2015,"
*MMWR*, 2017:64(53) ........................................................... Appx7194

Exhibit 241 to Reilly Declaration -
National Notifiable Infectious Diseases and Conditions:
United States TABLE 2j. Reported cases of notifiable
diseases, by region and reporting area-United States and
U.S. territories, 2016 ........................................................... Appx7199

Exhibit 242 to Reilly Declaration -
National Notifiable Infectious Diseases and Conditions:
United States TABLE 2j. Reported cases of notifiable
diseases, by region and reporting area-United States and
U.S. territories, 2017 ........................................................... Appx7202

# Table of Contents
## (Continued)

Exhibit 243 to Reilly Declaration -
Nationally Notifiable Infectious Diseases and Conditions,
United States: Weekly Tables; TABLE 1y. Weekly cases of
notifiable diseases, United States, U.S. Territories, and
Non-U.S. Residents weeks ending September 14, 2019
(week 37) .............................................................................. Appx7205

Exhibit 244 to Reilly Declaration -
"Decreased humoral immunity to mumps in young adults
immunized with MMR vaccine in childhood," Rasheed, *et al.*,
PNAS, dated September 17, 2019 116 (38) ........................... Appx7209

Exhibit 245 to Reilly Declaration -
Deposition Testimony of William L. Atkinson, M.D., MPH,
taken January 30, 2019 ......................................................... Appx7216

Exhibit 246 to Reilly Declaration -
Email from Don Latner to William Bellini,
dated July 29, 2010 (BIAOHE000446-53) ............................ Appx7270

Exhibit 247 to Reilly Declaration -
Deposition Testimony of Yonatan Grad, M.D., Ph.D.,
taken October 30, 2018 ......................................................... Appx7279

Exhibit 248 to Reilly Declaration -
Press Briefing Transcripts from CDC,
dated April 19, 2006 .............................................................. Appx7342

Exhibit 249 to Reilly Declaration -
Deposition Testimony of Alan W. Sims,
taken October 12, 2017 ......................................................... Appx7349

Exhibit 250 to Reilly Declaration -
Deposition Testimony of Katalin Abraham,
taken May 18, 2017 ............................................................... Appx7403
*(Cont'd in Vol XVIII)*

**Table of Contents**
**(Continued)**

**Volume XVIII**
**(Filed Under Seal)**

Exhibit 251 to Reilly Declaration -
Email from Eric T. Skjeveland to Christopher J. Petroski,
dated June 7, 2012 (MRK-CHA00955961) ........................... Appx7504

Exhibit 252 to Reilly Declaration -
Expert Report of Jonathan Temte, M.D., Ph.D.,
dated June 12, 2018 .............................................................. Appx7506

Exhibit 253 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449243-53) ....................... Appx7556

Exhibit 254 to Reilly Declaration -
Transcription of an MVX (voice mail) from Manal A. Morsy
to Henrietta Ukwu and Keith D. Chirgwin
(MRK-CHA00020421-2) ....................................................... Appx7568

Exhibit 255 to Reilly Declaration -
CDC Presentation, "Mumps-What Happened in 2006?
National Perspective," by Gustavo Dayan,
dated March 5, 2007
(MRK-CHA01372603-33) ..................................................... Appx7571

Exhibit 256 to Reilly Declaration -
"Commentary: Mumps Vaccines: Do We Need A New One?"
by Stanely A. Plotkin, M.D., accepted for publication
December 4, 2012 ................................................................. Appx7603

Exhibit 257 to Reilly Declaration -
"Mumps: A Pain in the Neck," by Stanley A. Plotkin, M.D.,
accepted for publication April 19, 2018 ................................ Appx7606

Exhibit 258 to Reilly Declaration -
"Emerging Mumps Infection," by Rubin, *et al.*,
accepted for publication April 12, 2016 ................................ Appx7609

# Table of Contents
## (Continued)

Exhibit 259 to Reilly Declaration -
"Measles and mumps outbreaks in the United States: Think
globally, vaccinate locally," by Jennifer A. Whitaker,
*Vaccine* 32 (2014) ................................................................ Appx7613

Exhibit 260 to Reilly Declaration -
"Remembering Mumps," by Latner, *et al.*, *PLOS Pathogens*,
published May 7, 2015 ........................................................ Appx7616

Exhibit 261 to Reilly Declaration -
"The resurgence of mumps and pertussis," by Martine Sabbe
and Corinne Vandermeulen accepted for publication
October 22, 2015 ................................................................. Appx7621

Exhibit 262 to Reilly Declaration -
"Mumps Outbreaks in Vaccinated Populations: Are Available
Mumps Vaccines Effective Enough to Prevent Outbreaks?"
by Dayan, *et al.*, accepted for publication May 20, 2008 ...... Appx7631

Exhibit 263 to Reilly Declaration -
Shapiro Deposition Exhibit 25, Program Announcement for
the Department of Defense's Defense Health Program for
Funding Opportunity No. W81XWH-17-PRMRP-CTA ........ Appx7642

Exhibit 264 to Reilly Declaration -
Excerpts from Notice of Grant Award, issued May 7, 2012
(RELATOR_00004392-478) ................................................. Appx7712

Exhibit 265 to Reilly Declaration -
Expert Report of William P. Nichols, dated June 12, 2018 .... Appx7743

Exhibit 266 to Reilly Declaration -
Solicitation Number 2003-N-00734,
issued December 19, 2002 by the CDC ................................ Appx7779

Exhibit 267 to Reilly Declaration -
Solicitation Number 2005-N-01706,
issued January 4, 2005 by the CDC ...................................... Appx7826

## Table of Contents
### (Continued)

**Page**

Exhibit 268 to Reilly Declaration -
Solicitation Number 2007-N-09211,
issued January 23, 2007 by the CDC ..................................... Appx7872

Exhibit 269 to Reilly Declaration -
Solicitation Number 2010-N-11873,
issued January 26, 2010 by the CDC ..................................... Appx7923

Exhibit 270 to Reilly Declaration -
Solicitation Number 2011-N-13043,
issued December 21, 2010 by the CDC ................................. Appx7956

Exhibit 271 to Reilly Declaration -
Solicitation Number 2012-N-14228,
issued December 13, 2011 by the CDC ................................. Appx7987
*(Cont'd in Vol XIX)*

### Volume XIX
### (Filed Under Seal)

Exhibit 272 to Reilly Declaration -
Solicitation Number 2013-N-14972,
issued January 22, 2013 by the CDC ..................................... Appx8013

Exhibit 273 to Reilly Declaration -
Solicitation Number 2014-N-15784,
issued January 24, 2014 by the CDC ..................................... Appx8040

Exhibit 274 to Reilly Declaration -
Solicitation Number 2015-N-16850,
issued January 16, 2015 by the CDC ..................................... Appx8067

Exhibit 275 to Reilly Declaration -
Solicitation Number 2016-N-17693,
issued January, 4, 2015 by the CDC ..................................... Appx8098

Exhibit 276 to Reilly Declaration -
Solicitation Number 2017-N-18099,
issued January 21, 2017 by the CDC ..................................... Appx8127

**Table of Contents**
**(Continued)**

Exhibit 277 to Reilly Declaration -
Solicitation Number 2018-N-67769,
issued January 10, 2018 by the CDC ..................................... Appx8156

Exhibit 278 to Reilly Declaration -
Solicitation Number 75D301-19-R-67848,
issued January 7, 2019 by the CDC ...................................... Appx8183

Exhibit 279 to Reilly Declaration -
Summary of GSK-CDC MMR/V Vaccine Meeting
(GSK-MMR-0030570-2) ........................................................ Appx8212

Exhibit 280 to Reilly Declaration -
Charter of the Advisory Committee on Immunization
Practices, filed April 1, 2018 .................................................. Appx8216

Exhibit 281 to Reilly Declaration -
Relators' Expert Report of Dr. Thomas McGuire,
dated March 13, 2018 ............................................................ Appx8222

Exhibit 282 to Reilly Declaration - [1]
Transactional data, "1998 Lot Assignment.xlsx"
(MRK-CHA02143443) ........................................................... Appx8369

Exhibit 283 to Reilly Declaration -
Transactional data, "1999 Lot Assignment.xlsx"
(MRK-CHA02143444) ........................................................... Appx8371

Exhibit 284 to Reilly Declaration -
Transactional data, "2000 Lot Assignment.xlsx"
(MRK-CHA02143445) ........................................................... Appx8373

Exhibit 285 to Reilly Declaration -
Transactional data, "2001 Lot Assignment.xlsx"
(MRK-CHA02143446) ........................................................... Appx8375

---

[1] Exhibits 282 through 299 to the Reilly Declaration have been omitted by consent of the parties.

**Table of Contents**
**(Continued)**

Exhibit 286 to Reilly Declaration -
Transactional data, "2002 Lot Assignment.xlsx"
(MRK-CHA02143447) ......................................................... Appx8377

Exhibit 287 to Reilly Declaration -
Transactional data, "2003 Lot Assignment.xlsx"
(MRK-CHA02143448) ......................................................... Appx8379

Exhibit 288 to Reilly Declaration -
Transactional data, "2004 Lot Assignment.xlsx"
(MRK-CHA02143449) ......................................................... Appx8381

Exhibit 289 to Reilly Declaration -
Transactional data, "2005 Lot Assignment.xlsx"
(MRK-CHA02143450) ......................................................... Appx8383

Exhibit 290 to Reilly Declaration -
Transactional data, "2006 Lot Assignment.xlsx"
(MRK-CHA02143451) ......................................................... Appx8385

Exhibit 291 to Reilly Declaration -
Transactional data, "2007 Lot Assignment.xlsx"
(MRK-CHA02143452) . ......................................................... Appx8387

Exhibit 292 to Reilly Declaration -
Transactional data, "2008 Lot Assignment.xlsx"
(MRK-CHA02143453) ......................................................... Appx8389

Exhibit 293 to Reilly Declaration -
Transactional data, "2009 Lot Assignment.xlsx"
(MRK-CHA02143454) ......................................................... Appx8391

Exhibit 294 to Reilly Declaration -
Transactional data, "2010 Lot Assignment.xlsx"
(MRK-CHA02143455) ......................................................... Appx8393

Exhibit 295 to Reilly Declaration -
Transactional data, "2011 Lot Assignment.xlsx"
(MRK-CHA02143456) ......................................................... Appx8395

**Table of Contents**
(Continued)

Exhibit 296 to Reilly Declaration -
Transactional data, "2012 Lot Assignment.xlsx"
(MRK-CHA02143457) ......................................................... Appx8397

Exhibit 297 to Reilly Declaration -
Transactional data, "2013 Lot Assignment.xlsx"
(MRK-CHA02143458) ......................................................... Appx8399

Exhibit 298 to Reilly Declaration -
Transactional data, "2014 Lot Assignment.xlsx"
(MRK-CHA02143459) ......................................................... Appx8401

Exhibit 299 to Reilly Declaration -
Transactional data, "2015 Lot Assignment.xlsx"
(MRK-CHA02143460) ......................................................... Appx8403

Exhibit 300 to Reilly Declaration -
Letter from Lisa C. Dykstra to Counsel,
dated April 17, 2017 ............................................................. Appx8405

Exhibit 301 to Reilly Declaration -
Letter from Stan Bernard, M.D., M.B.A. to Kim Haupt,
dated November 9, 2008 (MRK-CHA02063339-45) ............ Appx8407

Exhibit 302 to Reilly Declaration -
Merck's 2004 Vaccine for Children Contract with the CDC
(MRK-CHA01371280-310) .................................................. Appx8415

Exhibit 303 to Reilly Declaration -
Merck's 2003 Vaccine for Children Contract with the CDC
(MRK-CHA01371311-40) ..................................................... Appx8447

Exhibit 304 to Reilly Declaration -
Merck's 2005 Vaccine for Children Contract with the CDC
(MRK-CHA01371341-72) ..................................................... Appx8478
*(Cont'd in Vol XX)*

**Table of Contents**
**(Continued)**

**Page**

**Volume XX**
**(Filed Under Seal)**

Exhibit 305 to Reilly Declaration -
Merck's 2010 Vaccine for Children Contract with the CDC
(MRK-CHA01371373-97) ..................................................... Appx8511

Exhibit 306 to Reilly Declaration -
Merck's 2012 Vaccine for Children Contract with the CDC
(MRK-CHA01371398-421) ................................................... Appx8537

Exhibit 307 to Reilly Declaration -
Merck's 2013 Vaccine for Children Contract with the CDC
(MRK-CHA01371422-44) ..................................................... Appx8562

Exhibit 308 to Reilly Declaration -
Merck's 2014 Vaccine for Adults Contract with the CDC
(MRK-CHA01371445-72) ..................................................... Appx8586

Exhibit 309 to Reilly Declaration -
Merck's 2014 Vaccine for Children Contract with the CDC
(MRK-CHA01371473-96) ..................................................... Appx8615

Exhibit 310 to Reilly Declaration -
Merck's 2011 Vaccine for Children Contract with the CDC
(MRK-CHA01371497-518) ................................................... Appx8640

Exhibit 311 to Reilly Declaration -
Merck's 2011 Vaccine for Adults Contract with the CDC
(MRK-CHA01371519-47) ..................................................... Appx8663

Exhibit 312 to Reilly Declaration -
Merck's 2013 Vaccine for Adults Contract with the CDC
(MRK-CHA01371548-71) ..................................................... Appx8693

Exhibit 313 to Reilly Declaration -
Merck's 2012 Vaccine for Adults Contract with the CDC
(MRK-CHA01371572-603) ................................................... Appx8718

**Table of Contents**
(Continued)

Exhibit 314 to Reilly Declaration -
Merck's 2007 Vaccine for Children Contract with the CDC
(MRK-CHA01371604-23) ...................................................... Appx8751

Exhibit 315 to Reilly Declaration -
Merck's 2006 Vaccine for Children Contract with the CDC
(MRK-CHA01371624-55) ...................................................... Appx8772

Exhibit 316 to Reilly Declaration -
Merck's 2001 Vaccine for Children Contract with the CDC
(MRK-CHA01371656-92) ...................................................... Appx8805

Exhibit 317 to Reilly Declaration -
Merck's 2000 Vaccine for Children Contract with the CDC
(MRK-CHA01371693-727) ...................................................... Appx8843

Exhibit 318 to Reilly Declaration -
Merck's 1998 Vaccine for Children Contract with the CDC
(MRK-CHA01371728-50) ...................................................... Appx8879

Exhibit 319 to Reilly Declaration -
Merck's 1999 Vaccine for Children Contract with the CDC
(MRK-CHA01371751-84) ...................................................... Appx8903

Exhibit 320 to Reilly Declaration -
Merck's 2002 Vaccine for Children Contract with the CDC
(MRK-CHA01371785-816) ...................................................... Appx8938

Exhibit 321 to Reilly Declaration -
Merck's 2008 Vaccine for Children Contract with the CDC
(MRK-CHA01371817-840) ...................................................... Appx8971

Exhibit 322 to Reilly Declaration -
Merck's 2009 Vaccine for Adults Contract with the CDC
(MRK-CHA01371841-879) ...................................................... Appx8996
*(Cont'd in Vol XXI)*

**Table of Contents**
**(Continued)**

**Page**

**Volume XXI**
**(Filed Under Seal)**

Exhibit 323 to Reilly Declaration -
Merck's 2009 Vaccine for Children Contract with the CDC
(MRK-CHA01371880-1900) ................................................. Appx9036

Exhibit 324 to Reilly Declaration -
Merck's 2010 Vaccine for Adults Contract with the CDC
(MRK-CHA01371901-33) ..................................................... Appx9058

Exhibit 325 to Reilly Declaration -
Merck's 2015 Vaccine for Adults Contract with the CDC
(MRK-CHA01371934-61) ..................................................... Appx9092

Exhibit 326 to Reilly Declaration -
Merck's 2016 Vaccine for Children Contract with the CDC
(MRK-CHA01371962-89) ..................................................... Appx9121

Exhibit 327 to Reilly Declaration -
Merck's 2010 Vaccine for Adults Contract with the CDC
(MRK-CHA01371990-2020) ................................................. Appx9150

Exhibit 328 to Reilly Declaration -
Merck's 2016 Vaccine for Adults Contract with the CDC
(MRK-CHA01372021-44) ..................................................... Appx9182

Exhibit 329 to Reilly Declaration -
Merck's 2015 Vaccine for Children Contract with the CDC
(MRK-CHA01372045-72) ..................................................... Appx9207

Exhibit 330 to Reilly Declaration -
Invoice, dated March 14, 2012 (MRK-CHA01371253) ........ Appx9236

Exhibit 331 to Reilly Declaration -
Invoice, dated January 3, 2011(MRK-CHA01371256) ......... Appx9238

Exhibit 332 to Reilly Declaration -
Invoice, dated January 6, 2014 (MRK-CHA01371258) ........ Appx9240

# **Table of Contents**
## **(Continued)**

**Page**

Exhibit 333 to Reilly Declaration -
Invoice, dated May 20, 2010 (MRK-CHA01371259) ........... Appx9242

Exhibit 334 to Reilly Declaration -
Invoice, dated January 14, 2013 (MRK-CHA01371261) ...... Appx9244

Exhibit 335 to Reilly Declaration -
Invoice, dated February 2, 2011 (MRK-CHA01371262) ...... Appx9246

Exhibit 336 to Reilly Declaration -
Invoice, dated November 17, 2010 (MRK-CHA01371263) . Appx9248

Exhibit 337 to Reilly Declaration -
Invoice, dated November 28, 2012 (MRK-CHA01371264) . Appx9250

Exhibit 338 to Reilly Declaration -
Invoice, dated March 20, 2013 (MRK-CHA01371268-69) ... Appx9252

Exhibit 339 to Reilly Declaration -
Invoice, dated January 22, 2016 (MRK-CHA01371274) ...... Appx9255

Exhibit 340 to Reilly Declaration -
Invoice, dated February 26, 2014 (MRK-CHA01371278) .... Appx9257

Exhibit 341 to Reilly Declaration -
Invoice, dated February 4, 2015 (MRK-CHA01371279) ...... Appx9259

Exhibit 342 to Reilly Declaration -
FDA webpage, "National Drug Code Directory," accessible
online at https://www.fda.gov/drugs/drug-approvals-and-
databases/national-drug-code-directory, last accessed
October 1, 2019 .................................................................. Appx9261

Exhibit 343 to Reilly Declaration -
Email from Jonathan Hartzel to Joseph M. Antonello,
dated October 18, 2005 (MRK-CHA00759061-4) ................ Appx9268

**Table of Contents**
**(Continued)**

Exhibit 344 to Reilly Declaration -
Email from Joseph M. Antonello to Timothy L. Shofield,
dated May 5, 2005 (MRK-CHA00649638-40) ...................... Appx9273

Exhibit 345 to Reilly Declaration -
Letter from Lisa C. Dykstra to Counsel,
dated September 13, 2018 ...................................................... Appx9277

Exhibit 346 to Reilly Declaration -
Letter from Lisa C. Dykstra to the Honorable
Lynne A. Sitarski, dated June 15, 2015 .................................. Appx9289

Exhibit 347 to Reilly Declaration -
Deposition Testimony of Peter Calcott, Ph.D.,
taken September 7, 2018 ........................................................ Appx9307

Exhibit 348 to Reilly Declaration -
Email from Mandie Lyon, dated May 5, 2006
(MRK-CHA00069026-36) ...................................................... Appx9385

Exhibit 349 to Reilly Declaration -
Presentation, M-M-R II End Expiry, produced as "12-14
CDOC presentation.ppt" (MRK-CHA00021319) ................. Appx9397

Exhibit 350 to Reilly Declaration -
Department of Justice Press Release, dated May 13, 2013 .... Appx9410

Exhibit 351 to Reilly Declaration -
Department of Justice Press Release,
dated October 26, 2010 ......................................................... Appx9414

Exhibit 352 to Reilly Declaration -
Department of Justice Press Release,
dated January 12, 2017 .......................................................... Appx9417

Exhibit 353 to Reilly Declaration -
Department of Justice Press Release,
dated September 24, 2014 ..................................................... Appx9420

# Table of Contents
## (Continued)

**Page**

Exhibit 354 to Reilly Declaration -
Department of Justice Press Release, dated April 15, 2009 ... Appx9423

Exhibit 355 to Reilly Declaration -
Rule 30(b)(6) Deposition topics, dated December 13, 2016
(Stannard Ex. 3) .................................................... Appx9426

Exhibit 356 to Reilly Declaration -
Department of Justice Press Release,
dated August 8, 2014 ............................................. Appx9443

Exhibit 357 to Reilly Declaration -
FDA Form 483, dated August 6, 2001
(MRK-CHA00000547) .......................................... Appx9446

Exhibit 358 to Reilly Declaration -
Deposition Testimony of Robert Malone, M.D.,
taken September 14, 2018 ..................................... Appx9448
*(Cont'd in Vol XXII)*

## Volume XXII
## (Filed Under Seal)

Exhibit 359 to Reilly Declaration -
Deposition Testimony of Dr. Manal Morsy,
taken August 5, 2016 ............................................ Appx9511

Exhibit 360 to Reilly Declaration -
Atkinson Deposition Exhibit 6, "Recommendations of
the Immunization Practices Advisory Committee Measles
Prevention: Supplementary Statement,"
dated January 13, 1989 ......................................... Appx9621

Declaration of Lisa C. Dykstra in Support of
Defendant's Motions for Summary Judgment,
executed October 25, 2019 (Doc. 295) .................... Appx9625

Exhibit 1 to Dykstra Declaration -
Stephen A. Krahling's Resume (MRK-KRA00331426-7) .... Appx9656

**Table of Contents**
(Continued)

Exhibit 2 to Dykstra Declaration -
Excerpts from Deposition Testimony of Stephen Krahling,
taken May 2, 2017 ................................................................. Appx9659

Exhibit 3 to Dykstra Declaration -
Merck Employee Initialization Form for Stephen Krahling
(MRK-KRA00582401) ......................................................... Appx9680

Exhibit 4 to Dykstra Declaration -
Stephen Krahling's November 30, 2001 Separation Agreement
(MRK-KRA00582394-7) ....................................................... Appx9682

Exhibit 5 to Dykstra Declaration -
Excerpts from Relator Stephen A. Krahling's Responses
and Objections to Merck's First Set of Interrogatories,
dated January 28, 2015 ......................................................... Appx9687

Exhibit 6 to Dykstra Declaration -
Excerpts from Relator Stephen A. Krahling's Responses
and Objections to Merck's Revised First Set of Interrogatories,
dated May 18, 2015 .............................................................. Appx9716

Exhibit 7 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Stephen Krahling, taken May 3, 2017 ................................... Appx9783

Exhibit 8 to Dykstra Declaration -
Stephen Krahling's handwritten notes,
dated October 1, 2001 (RELATOR_00001044-5) ................. Appx9792

Exhibit 9 to Dykstra Declaration -
FDA's Summary of Findings, dated August 6, 2001
(RELATOR_00004086-94) ................................................... Appx9795

Exhibit 10 to Dykstra Declaration -
Merck FDA Inspection Records, dated August 6, 2001
(MRK-KRA01631009-254) .................................................. Appx9805
*(Cont'd in Vol XXIII)*

**Table of Contents**
**(Continued)**

**Page**

**Volume XXIII**
**(Filed Under Seal)**

Exhibit 11 to Dykstra Declaration -
Excerpts from the Expert Report of
D. Bruce Burlington M.D. .................................................. Appx10052

Exhibit 12 to Dykstra Declaration -
Merck's Virus and Cell Biology Organization Chart
(RELATOR_00000902-3) .................................................. Appx10070

Exhibit 13 to Dykstra Declaration -
Excerpts from Relator Stephen A. Krahling's Responses
and Objections to Defendant Merck's Requests for
Admission, dated April 4, 2016 .......................................... Appx10073

Exhibit 14 to Dykstra Declaration -
FDA Form 483 Frequently Asked Questions ....................... Appx10101

Exhibit 15 to Dykstra Declaration -
FDA Re-Inspection Memorandum, dated August 10, 2001
(MRK-KRA00071241-5) .................................................. Appx10104

Exhibit 16 to Dykstra Declaration -
CBER Merck Communications Mumps Expiry,
dated August 8, 2002 (MRK-KRA00623049-51) ............... Appx10110

Exhibit 17 to Dykstra Declaration -
Email Communication with Attachments regarding FDA
Inspection-IND 1016, dated September 14, 2001
(MRK-KRA00063885-8) .................................................. Appx10114

Exhibit 18 to Dykstra Declaration -
FDA Telephone Conversation Memorandum,
dated September 17, 2001 (MRK-KRA00019107) ............. Appx10119

Exhibit 19 to Dykstra Declaration -
FDA Teleconference-IND 1016 Inspection Follow up,
dated September 25, 2001 (MRK-KRA00071300-1) .......... Appx10121

**Table of Contents**
**(Continued)**

Exhibit 20 to Dykstra Declaration -
CBER December 7, 2001 Teleconference: Mumps Inspection
results and discussions, dated December 13, 2001
(MRK-KRA00019640-6) ..................................................... Appx10124

Exhibit 21 to Dykstra Declaration -
General Correspondence to FDA in response to CBER
Comments, dated February 4, 2002
(MRK-KRA00025847-916) ................................................. Appx10132

Exhibit 22 to Dykstra Declaration -
General Correspondence to FDA regarding April 18, 2002
Teleconference, dated April 2002
(MRK-KRA00337265-72) ................................................... Appx10203

Exhibit 23 to Dykstra Declaration -
BB-IND 1016 Memorandum regarding Summary of
Discussion with CBER on March 22, 2002 regarding
acceptability of mumps PRN assay data,
dated March 23, 2002 (MRK-KRA00009042) .................... Appx10212

Exhibit 24 to Dykstra Declaration -
Offer Letter to Stephen A. Krahling, dated October 24, 2000
(RELATOR_00001058-60) .................................................. Appx10214

Exhibit 25 to Dykstra Declaration -
Correspondence from Stephen A. Krahling to
Emilio A. Emini, Ph.D., dated April 8, 2001
(RELATOR_00000328-31) .................................................. Appx10218

Exhibit 26 to Dykstra Declaration -
Email communication from Stephen Krahling to
Alan Shaw, dated July 17, 2001 (MRK-KRA00002243) .... Appx10223

Exhibit 27 to Dykstra Declaration -
Email communication from Stephen Krahling to Alan Shaw,
dated September 25, 2001 (RELATOR_00000745) ............ Appx10225

**Table of Contents**
(Continued)

Exhibit 28 to Dykstra Declaration -
Email communications between Stephen Krahling and
Alan Shaw, dated September 27-28, 2001
(RELATOR_00000747) ...................................................... Appx10227

Exhibit 29 to Dykstra Declaration -
Letter from Emilio A. Emini, Ph.D. to Stephen Krahling,
dated October 15, 2001, (RELATOR_00001100-3) ............ Appx10229

Exhibit 30 to Dykstra Declaration -
Letter from Tonia Torquato to Alexis Pinto,
dated October 22, 2001 (MRK-KRA00002033-5) .............. Appx10234

Exhibit 31 to Dykstra Declaration -
Letter from Alexis Pinto to Tonia Torquato,
dated October 19, 2001 (MRK-KRA00002036-9) .............. Appx10238

Exhibit 32 to Dykstra Declaration -
Letter from Tonia Torquato to Alexis Pinto,
dated October 26, 2001 (MRK-KRA00002028-9) .............. Appx10243

Exhibit 33 to Dykstra Declaration -
Letter from Alexis Pinto to Tonia Torquato,
dated October 26, 2001 (MRK-KRA00002017-25) ............ Appx10246

Exhibit 34 to Dykstra Declaration -
Letter from Tonia Torquato to Alexis Pinto,
dated October 29, 2001 (MRK-KRA00002013-16) ............ Appx10256

Exhibit 35 to Dykstra Declaration -
Letter from Axel Johnson to Tonia Torquato,
dated November 26, 2001 (RELATOR_00001086) ............ Appx10261

Exhibit 36 to Dykstra Declaration -
Stephen Krahling Pay Stubs (RELATOR_00001061-7) ...... Appx10263

Exhibit 37 to Dykstra Declaration -
Letter from Axel Johnson to Tonia Torquato,
dated December 20, 2001 (RELATOR_00001090) ............. Appx10271

# Table of Contents
## (Continued)

**Page**

Exhibit 38 to Dykstra Declaration -
CDC Vaccines for Children Program web page
"About VFC," last reviewed on February 18, 2016 ............. Appx10273

Exhibit 39 to Dykstra Declaration -
Advisory Committee on Immunization Practices Charter
approved March 27, 2018 .................................................... Appx10277

Exhibit 40 to Dykstra Declaration -
Excerpts from Expert Report of William P. Nichols ............ Appx10283

Exhibit 41 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Mark Pallansch,
Ph.D., taken October 13, 2017 ............................................ Appx10292

Exhibit 42 to Dykstra Declaration -
1971 MMR Product License (MRK-KRA01972538) ......... Appx10307

Exhibit 43 to Dykstra Declaration -
1995 MMR Product License (MRK-KRA01676252) ......... Appx10309

Exhibit 44 to Dykstra Declaration -
Merck's Establishment License (MRK-KRA01676250) ..... Appx10311

Exhibit 45 to Dykstra Declaration -
Advisory Committee on Immunization Practices Vaccines for
Children Program-Resolution No. 10/17-3, Vaccines to
Prevent Measles, Mumps, Rubella and Varicella,
dated October 25, 2017 ....................................................... Appx10313

Exhibit 46 to Dykstra Declaration -
Vaccines for Children Program-Resolution No. 6/06-1,
Vaccines included in the VFC Program,
dated June 29, 2006 ............................................................ Appx10317

Exhibit 47 to Dykstra Declaration -
Advisory Committee on Immunization Practices, Policies
and Procedures, dated December 2018 ................................ Appx10319

**Table of Contents**
(Continued)

Exhibit 48 to Dykstra Declaration -
"Recommendation of the Advisory Committee on
Immunization Practices for Use of a Third Dose of Mumps
Virus Containing Vaccine in Persons at Increased Risk for
Mumps During Outbreak," *MMWR*,
dated January 12, 2018 ....................................................... Appx10345

Exhibit 49 to Dykstra Declaration -
Excerpts from the Expert Report of
William L. Atkinson M.D., MPH, dated June 12, 2018 ....... Appx10355

Exhibit 50 to Dykstra Declaration -
National Center for Immunization and Respiratory Diseases
(CVG) Fact Sheet ............................................................... Appx10365

Exhibit 51 to Dykstra Declaration -
"Prevention of Measles, Rubella, Congenital Rubella
Syndrome, and Mumps," *MMWR*, dated June 14, 2013 ...... Appx10380

Exhibit 52 to Dykstra Declaration -
CDC's "Measles, Mumps, and Rubella (MMR) Vaccination:
What Everyone Should Know," last reviewed
March 28, 2019 ................................................................. Appx10421

Exhibit 53 to Dykstra Declaration -
"Measles, Mumps and Rubella-Vaccine Use and Strategies for
Elimination of Measles, Rubella and Congenital Rubella
Syndrome and Control of Mumps: Recommendations of the
Advisory Committee on Immunization Practices,"
*MMWR*, dated May 22, 1998 ............................................... Appx10428

Exhibit 54 to Dykstra Declaration -
Merck's 1998 Vaccine for Children Contract with the CDC
(MRK-KRA01371728-50) ................................................... Appx10473

Exhibit 55 to Dykstra Declaration -
Merck's 1999 Vaccine for Children Contract with the CDC
(MRK-KRA01371751-84) ................................................... Appx10497
*(Cont'd in Vol XXIV)*

**Table of Contents**
(Continued)

**Volume XXIV**
**(Filed Under Seal)**

Exhibit 56 to Dykstra Declaration -
Merck's 2000 Vaccine for Children Contract with the CDC
(MRK-KRA01371693-1727) ................................................ Appx10532

Exhibit 57 to Dykstra Declaration -
Merck's 2001 Vaccine for Children Contract with the CDC
(MRK-KRA01371656-92) .................................................... Appx10568

Exhibit 58 to Dykstra Declaration -
Merck's 2002 Vaccine for Children Contract with the CDC
(MRK-KRA01371785-816) ................................................... Appx10606

Exhibit 59 to Dykstra Declaration -
Merck's 2003 Vaccine for Children Contract with the CDC
(MRK-KRA01371311-340) ................................................... Appx10639

Exhibit 60 to Dykstra Declaration -
Merck's 2004 Vaccine for Children Contract with the CDC
(MRK-KRA01371280-310) ................................................... Appx10670

Exhibit 61 to Dykstra Declaration -
Merck's 2005 Vaccine for Children Contract with the CDC
(MRK-KRA01371341-72) .................................................... Appx10702

Exhibit 62 to Dykstra Declaration -
Merck's 2006 Vaccine for Children Contract with the CDC
(MRK-KRA01371624-55) .................................................... Appx10735

Exhibit 63 to Dykstra Declaration -
Merck's 2007 Vaccine for Children Contract with the CDC
(MRK-KRA01371604-23) .................................................... Appx10768

Exhibit 64 to Dykstra Declaration -
Merck's 2008 Vaccine for Children Contract with the CDC
(MRK-KRA01371817-40) .................................................... Appx10789

**Table of Contents**
**(Continued)**

Exhibit 65 to Dykstra Declaration -
Merck's 2009 Vaccine for Children Contract with the CDC
(MRK-KRA01371880-1900) ................................................ Appx10814

Exhibit 66 to Dykstra Declaration -
Merck's 2010 Vaccine for Children Contract with the CDC
(MRK-KRA01371373-97) .................................................. Appx10836

Exhibit 67 to Dykstra Declaration -
Merck's 2011 Vaccine for Children Contract with the CDC
(MRK-KRA01371497-518) .................................................. Appx10862

Exhibit 68 to Dykstra Declaration -
Merck's 2012 Vaccine for Children Contract with the CDC
(MRK-KRA01371398-421) .................................................. Appx10885

Exhibit 69 to Dykstra Declaration -
Merck's 2013 Vaccine for Children Contract with the CDC
(MRK-KRA01371422-44) ................................................... Appx10910

Exhibit 70 to Dykstra Declaration -
Merck's 2014 Vaccine for Children Contract with the CDC
(MRK-KRA01371473-96) ................................................... Appx10934

Exhibit 71 to Dykstra Declaration -
Merck's 2015 Vaccine for Children Contract with the CDC
(MRK-KRA01372045-72) ................................................... Appx10959

Exhibit 72 to Dykstra Declaration -
Merck's 2016 Vaccine for Children Contract with the CDC
(MRK-KRA01371962-89) ................................................... Appx10988
*(Cont'd in Vol XXV)*

**Volume XXV**
**(Filed Under Seal)**

Exhibit 73 to Dykstra Declaration -
CDC Vaccine Price List for Vaccines for Children Program
as of April 6, 2001 ............................................................. Appx11017

**Table of Contents**
(Continued)

Exhibit 74 to Dykstra Declaration -
Letter from Katherine Norris to Lisa C. Dykstra, dated
November 24, 2015 (MRK-KRA01373392-1373393) ........ Appx11022

Exhibit 75 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Alan Sims,
taken October 12, 2017 ........................................................ Appx11025

Exhibit 76 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Michele Taylor,
taken May 9, 2017 ................................................................ Appx11045

Exhibit 77 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Colleen Duffy,
taken December 12, 2016 ..................................................... Appx11052

Exhibit 78 to Dykstra Declaration -
Letter from Lisa Dykstra to CDC regarding FOIA
request, dated May 18, 2015 ................................................ Appx11058

Exhibit 79 to Dykstra Declaration -
ACIP's Vaccine Recommendations and Guidelines-MMR
Vaccine Recommendations, last reviewed
November 21, 2014 .............................................................. Appx11067

Exhibit 80 to Dykstra Declaration -
FDA's Vaccines Licensed for Use in the United States ....... Appx11069

Exhibit 81 to Dykstra Declaration -
CDC's Mumps Vaccination, last reviewed
March 8, 2019 ...................................................................... Appx11077

Exhibit 82 to Dykstra Declaration -
Excerpts from the Expert Report of
Thomas G. McGuire Ph.D., dated March 13, 2018 ............. Appx11081

Exhibit 83 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Thomas G. McGuire, taken July 2, 2018 ............................. Appx11086

**Table of Contents**
(Continued)

Exhibit 84 to Dykstra Declaration -
Relator Joan Wlochowski's Responses and Objections
to Merck's Revised First Set of Interrogatories,
dated May 20, 2015 ............................................................ Appx11091

Exhibit 85 to Dykstra Declaration -
Relator Joan Wlochowski's Responses and Objections
to Defendant Merck's Request for Admission,
dated April 6, 2016 ...............................................................Appx11116

Exhibit 86 to Dykstra Declaration -
"Live, Attenuated Mumps-Virus Vaccine," *New England
Journal of Medicine*, by R. Weibel, *et al.*,
dated February 2, 1967 .........................................................Appx11144

Exhibit 87 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to Alison Fisher, Ph.D.,
dated October 17, 2005 (MRK-KRA00000479-80) .............Appx11152

Exhibit 88 to Dykstra Declaration -
Response to FDA Request for Information,
dated November 15, 2006 (MRK-KRA00000393-409) .......Appx11155

Exhibit 89 to Dykstra Declaration -
Email from Zak Johns to Marlene Koury,
dated February 23, 2017 .......................................................Appx11173

Exhibit 90 to Dykstra Declaration -
Excerpts from the Expert Report of
Ann M. Arvin, M.D., dated June 11, 2018 ...........................Appx11176

Exhibit 91 to Dykstra Declaration -
Excerpts from the Expert Report of
Dipti Gulati, M.S., D. Phil. ..................................................Appx11183

Exhibit 92 to Dykstra Declaration -
Excerpts from the Expert Report of Anna Durbin, M.D.,
dated June 14, 2018 ..............................................................Appx11194

**Table of Contents**
(Continued)

Exhibit 93 to Dykstra Declaration -
FDA's Guidance for Industry for the Evaluation of
Combination Vaccines for Preventable Diseases: Production,
Testing and Clinical Studies, dated April 1997 ..................... Appx11210

Exhibit 94 to Dykstra Declaration -
CDC's How Flu Vaccine Effectiveness and Efficacy is
Measured, last reviewed January 29, 2016 .......................... Appx11234

Exhibit 95 to Dykstra Declaration -
Excerpts from the CDC's Manual for the Surveillance of
Vaccine-Preventable Diseases .............................................. Appx11243

Exhibit 96 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Joseph Antonello, taken August 3, 2017 .............................. Appx11253

Exhibit 97 to Dykstra Declaration -
"Summary of Notifiable Diseases-United States," 2005,
*MMWR*, dated March 30, 2007 ........................................... Appx11258

Exhibit 98 to Dykstra Declaration -
CDC's Mumps Cases and Outbreaks, last reviewed
September 17, 2019 ............................................................ Appx11361

Exhibit 99 to Dykstra Declaration -
CDC's Mumps: For Healthcare Providers, last reviewed
March 15, 2019 .................................................................. Appx11364

Exhibit 100 to Dykstra Declaration -
CDC's Principles of Epidemiology in Public Health Practice,
Third Edition: An Introduction to Applied Epidemiology
and Biostatistics, last reviewed May 18, 2012 .................... Appx11369

Exhibit 101 to Dykstra Declaration -
CDC's Flu Vaccine Effectiveness: Questions and Answers for
Health Professionals, last updated November 27, 2013 ...... Appx11373

**Table of Contents**
(Continued)

Exhibit 102 to Dykstra Declaration -
"Mumps Virus," by Cherry, *et al.*, *Viral Infections*,
(7th Edition, Chapter 180) .................................................... Appx11383

Exhibit 103 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
David Kessler, M.D., taken September 28, 2018 ................. Appx11399

Exhibit 104 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Anna Durbin, M.D., taken October 8, 2018 ......................... Appx11402

Exhibit 105 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Emilio Emini, Ph.D., taken June 6, 2017 ............................. Appx11406

Exhibit 106 to Dykstra Declaration -
January 1998 *Curriculum Vitae* of David L. Krah, M.D.
(MRK-KRA00000695-702) ................................................. Appx11415

Exhibit 107 to Dykstra Declaration -
Excerpts from the Expert Report of
David A. Kessler, M.D. ....................................................... Appx11424

Exhibit 108 to Dykstra Declaration -
FDA Lot Release ................................................................. Appx11429

Exhibit 109 to Dykstra Declaration -
Drugs@FDA Instructions: Health Information ................... Appx11434

Exhibit 110 to Dykstra Declaration -
FDA's Vaccine Safety Questions and Answers ................... Appx11440

Exhibit 111 to Dykstra Declaration -
Excerpts from the Expert Report of
Gary Freed M.D., MPH ....................................................... Appx11447

**Table of Contents**
**(Continued)**

Exhibit 112 to Dykstra Declaration -
"Vaccine Manufacturing," by Philip Gomez
and James Robinson ............................................................ Appx11450

Exhibit 113 to Dykstra Declaration -
Informational Amendment: Clinical, dated September 15, 2011
(GSK-MMR-IND-0022162-3) ............................................. Appx11461

Exhibit 114 to Dykstra Declaration -
Mumps Serology Strategy in Support of Phase III
Development of Priorix®
(GSK-MMR-IND-0022180-6) ............................................. Appx11464

Exhibit 115 to Dykstra Declaration -
Fax from Yolanda Stewart to Donna Boyce,
dated April 25, 2012 (GSK-MMR-IND-0029256-63) ......... Appx11472

Exhibit 116 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Dipti Gulati, M.S., D. Phil., taken December 5, 2018 ......... Appx11481

Exhibit 117 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Amy Keegan,
taken February 9, 2018 ....................................................... Appx11485

Exhibit 118 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
David Krah, M.D., taken July 11, 2017 ............................... Appx11488

Exhibit 119 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
David Krah, M.D., taken July 12, 2017 ............................... Appx11493

Exhibit 120 to Dykstra Declaration -
Excerpts from the Expert Report of
Marcela Pasetti, Ph.D. ....................................................... Appx11497
*(Cont'd in Vol XXVI)*

## Table of Contents
## (Continued)

### Volume XXVI
### (Filed Under Seal)

Exhibit 121 to Dykstra Declaration -
M-M-R®II Current Label .................................................. Appx11507

Exhibit 122 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Cynthia Morrisey, taken July 27, 2017 ................................ Appx11519

Exhibit 123 to Dykstra Declaration -
Supplemental Biologics License Application,
dated January 29, 2004 (MRK-KRA00000032-139) ........... Appx11522

Exhibit 124 to Dykstra Declaration -
Amendment to Supplemental Biologics License
Application Response to FDA Request for Information,
dated June 5, 2007, with Attachments
(MRK-KRA00000368-82) .................................................. Appx11631

Exhibit 125 to Dykstra Declaration -
Approval Letter, dated December 8, 2007
(MRK-KRA00000383-4) .................................................... Appx11647

Exhibit 126 to Dykstra Declaration -
Letter from Paul Richman, Ph.D. to Alison Fisher, Ph.D.,
dated May 18, 2007 (MRK-KRA00000385-6) .................... Appx11650

Exhibit 127 to Dykstra Declaration -
Response to Form FDA 483, dated August 20, 2001
(MRK-KRA00000481-539) ................................................ Appx11653

Exhibit 128 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
teleconference regarding clarification of CBER's comments on
the Mumps Expiry trial, dated November 10, 1998
(MRK-KRA00001215-7) .................................................... Appx11713

**Table of Contents**
(Continued)

Exhibit 129 to Dykstra Declaration -
Memo re: Mumps End Expiry trial; November 29th, 2000
CBER teleconference, dated November 29, 2000
(MRK-KRA00001218-21) ................................................... Appx11717

Exhibit 130 to Dykstra Declaration -
Letter from Manal Morsy, M.D., Ph.D., to Luba Vujcic,
dated December 1, 1999 (MRK-KRA00001222-30) ........... Appx11722

Exhibit 131 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to
Manal Morsy, M.D., Ph.D., dated October 27, 2000
(MRK-KRA00001231-6) .................................................... Appx11732

Exhibit 132 to Dykstra Declaration -
General Correspondence to FDA, dated November 16, 2000
(MRK-KRA00001237-48) ................................................... Appx11739

Exhibit 133 to Dykstra Declaration -
Memo re: MMRV (BB-IND 7068): Summary of Pre-Phase III
teleconference discussion on 01/31/00 with CBER,
dated January 31, 2000 (MRK-KRA00001249-52) ............. Appx11752

Exhibit 134 to Dykstra Declaration -
Teleconference Minutes with CBER, dated February 19, 1999
(MRK-KRA00001253-4) .................................................... Appx11757

Exhibit 135 to Dykstra Declaration -
Memo re: BB-IND 1016: Summary of discussion with Dr.
Kathryn Carbone and Ms. Luba Vujcic (CBER) regarding the
Mumps neutralization assay, dated February 8, 2000
(MRK-KRA00001255-57) ................................................... Appx11760

Exhibit 136 to Dykstra Declaration -
Meeting Minutes, dated March 14, 2000
(MRK-KRA00001258-61) ................................................... Appx11764

**Table of Contents**
**(Continued)**

**Page**

Exhibit 137 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II) and BB-IND 7068
(MMRV); Summary of face-to-face meeting discussion
(3/13/00) with CBER regarding wild type mumps
neutralization and ELISA assays, dated March 13, 2000
(MRK-KRA00001262-5) .................................................... Appx11768

Exhibit 138 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to Keith Chirgwin, M.D.,
dated August 30, 1999 (MRK-KRA00001266-9) ................ Appx11773

Exhibit 139 to Dykstra Declaration -
Letter from M. Carolyn Hardegree, M.D. to
Keith Chirgwin, M.D., dated September 8, 1998
(MRK-KRA00001467-9) .................................................... Appx11778

Exhibit 140 to Dykstra Declaration -
Response to FDA Request for Information,
dated December 30, 1999 (MRK-KRA00001470-1924) ..... Appx11782
*(Cont'd in Vol XXVII)*

**Volume XXVII**
**(Filed Under Seal)**

Exhibit 141 to Dykstra Declaration -
Letter from Loris McVittie, Ph.D. to
Roberta L. McKee, Ph.D., dated August 20, 1999
(MRK-KRA00018614-9) .................................................... Appx12238

Exhibit 142 to Dykstra Declaration -
Memo re: Teleconference with CBER: Mumps End
Expiry trial-BB IND 1016, dated November 8, 2000
(MRK-KRA00025161-2) .................................................... Appx12245

Exhibit 143 to Dykstra Declaration -
FDA Warning Letter, dated February 9, 2001
(PUBLIC0000666-670) ...................................................... Appx12248

**Table of Contents**
(Continued)

Exhibit 144 to Dykstra Declaration -
Memo re: M-M-R®II (BB-IND 1016); Summary of telephone
discussions on 11/23/99 and 12-06-99 with Ms. Luba Vujcic
(CBER) regarding the neutralization assay results and impact
on Equivalence Margin and lower bound criterion of the
M-M-R®II End Expiry Study hypothesis,
dated December 23, 1999 (MRK-KRA00025713-24) ......... Appx12254

Exhibit 145 to Dykstra Declaration -
Memo re: BB-IND 1016: Summary of discussion with
Ms. Luba Vujcic (CBER) regarding the Mumps neutralization
assay, dated January 5, 2000 (MRK-KRA00048855) ......... Appx12267

Exhibit 146 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
teleconference on methods used for the plaque reduction
neutralization assay, dated February 22, 2019
(MRK-KRA00062710-3) ................................................... Appx12269

Exhibit 147 to Dykstra Declaration -
Meeting Minutes with CBER, dated March 13, 2000
(MRK-KRA00062845-53) ................................................. Appx12274

Exhibit 148 to Dykstra Declaration -
Email from David M. Wonnacott to Roberta L. McKee, Ph.D.,
dated May 12, 1999 (MRK-KRA00094960) ....................... Appx12284

Exhibit 149 to Dykstra Declaration -
Email from Katalin G. Abraham to Joye L. Bramble,
dated December 3, 1998 (MRK-KRA00095063) ................ Appx12286

Exhibit 150 to Dykstra Declaration -
Memo re: Teleconference with Dr. Norman Baylor, CBER,
Regarding Meeting on Expiry Titers for M-M-R®II,
dated December 3, 1998 (MRK-KRA00095064) ................ Appx12288

**Table of Contents**
**(Continued)**

Exhibit 151 to Dykstra Declaration -
Memo re: Teleconference with Norman Baylor, CBER,
on 11/16/98, Regarding VARIVAX® and M-M-R®II,
dated November 16, 1998 (MRK-KRA00095065) ............. Appx12290

Exhibit 152 to Dykstra Declaration -
Email from Katalin G. Abraham to Keith Chirgwin, M.D.,
dated October 5, 1998 (MRK-KRA00095142) ................... Appx12292

Exhibit 153 to Dykstra Declaration -
ProQuad™ Original Application, dated August 3, 2004
(MRK-KRA00158320-526) ................................................ Appx12294
*(Cont'd in Vol XXVIII)*

**Volume XXVIII**
**(Filed Under Seal)**

Exhibit 154 to Dykstra Declaration -
Memo re: CBER teleconference (October 16, 2001): Measles,
Mumps and Rubella ELISAs, dated October 19, 2001
(MRK-KRA00201389-91) ................................................ Appx12502

Exhibit 155 to Dykstra Declaration -
Clinical Study Report for the Protocol 007 Study
(MRK-KRA00224982-6529) .............................................. Appx12506
*(Cont'd in Vols XXIX, XXX, and XXXI)*

**Volume XXXI**
**(Filed Under Seal)**

Exhibit 156 to Dykstra Declaration -
Memo re: Supporting Documents for Stephen Krahling,
dated October 10, 2000 (MRK-KRA00331424-33) ............ Appx14055

Exhibit 157 to Dykstra Declaration -
Neutralization Assay Draft faxed on February 19, 1999
(MRK-KRA00336634-6) .................................................... Appx14066

**Table of Contents**
**(Continued)**

Exhibit 158 to Dykstra Declaration -
Letter from Paul G. Richman, Ph.D. to Alison Fisher, Ph.D.,
dated May 18, 2007 (MRK-KRA00570703-5) .................... Appx14070

Exhibit 159 to Dykstra Declaration -
Response to FDA Request for Information,
dated February 2, 2001 (MRK-KRA00622078-273) ........... Appx14074

Exhibit 160 to Dykstra Declaration -
Response to FDA Request for Information,
dated August 1, 2002 (MRK-KRA00624279-87) ................ Appx14271

Exhibit 161 to Dykstra Declaration -
General Correspondence to FDA, dated June 23, 1998
(MRK-KRA00624345-4446) ............................................... Appx14281

Exhibit 162 to Dykstra Declaration -
Response to FDA Request for Information,
dated February 5, 1999 (MRK-KRA00624448-4589) ......... Appx14384
***(Cont'd in Vol XXXII)***

**Volume XXXII**
**(Filed Under Seal)**

Exhibit 163 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
telephone conversations on 9/24/98 regarding the revised
M-M-R®II draft label and on 9/29/98 regarding the mumps
expiry protocol, dated September 29, 1998
(MRK-KRA00636592-3) .................................................... Appx14527

Exhibit 164 to Dykstra Declaration -
Biological Product Deviation Report Form,
dated April 20, 2001 (MRK-KRA00754233-8) ................... Appx14530

Exhibit 165 to Dykstra Declaration -
M-M-R®II Label (March 1995)
(MRK-KRA00757060-3) .................................................... Appx14537

**Table of Contents**
**(Continued)**

Exhibit 166 to Dykstra Declaration -
M-M-R®II Label (April 1999)
(MRK-KRA00757072-6) .................................................... Appx14542

Exhibit 167 to Dykstra Declaration -
M-M-R®II Label (2004) (MRK-KRA00757100-3) ............ Appx14548

Exhibit 168 to Dykstra Declaration -
Response to FDA Request for Information,
dated November 17, 2004 (MRK-KRA00761530-8) .......... Appx14553

Exhibit 169 to Dykstra Declaration -
Response to CBER Comments, dated June 10, 2002
(MRK-KRA00761628-702) ................................................ Appx14563

Exhibit 170 to Dykstra Declaration -
Email from Charlotte Shay to Michael L. Dekleva,
dated June 30, 2004 (MRK-KRA00791508-10) .................. Appx14639

Exhibit 171 to Dykstra Declaration -
Meeting Minutes from a MMRV Pre-Phase III meeting
with CBER, dated February 16, 2000
(MRK-KRA00821856-61) ................................................. Appx14643

Exhibit 172 to Dykstra Declaration -
Approval Letter, dated September 6, 2005
(MRK-KRA00821906-9) .................................................... Appx14650

Exhibit 173 to Dykstra Declaration -
Regulatory Liaison FDA Conversation Record,
dated October 5, 2004 (MRK-KRA00846405-15) .............. Appx14655

Exhibit 174 to Dykstra Declaration -
CBER's Clinical Review of Studies submitted in support of
Licensure of ProQuad™ (MRK-KRA01285010-272) ........ Appx14667

Exhibit 175 to Dykstra Declaration -
FDA report on the release of MMR,
dated February 23, 2016 (MRK-KRA01447562) ................ Appx14931

**Table of Contents**
(Continued)

Exhibit 176 to Dykstra Declaration -
Standard Operating Procedure-Preparation, Review and
Shipment of Biological Product Protocols and Samples to
CBER, dated September 23, 2015
(MRK-KRA01448181-207) ................................................ Appx14933

Exhibit 177 to Dykstra Declaration -
Letter from Roberta L. McKee, Ph.D. to Steven Masiello,
dated March 8, 2001 (MRK-KRA01537603-11) ................. Appx14961

Exhibit 178 to Dykstra Declaration -
Letter from Roberta L. McKee, Ph.D. regarding a proposal for
changes to release specifications, dated December 10, 1998
(MRK-KRA01622125) ....................................................... Appx14971

Exhibit 179 to Dykstra Declaration -
Prior Approval Supplement from Roberta L. McKee, Ph.D.
to William Egan, Ph.D., dated June 18, 1999
(MRK-KRA01622463-5) ..................................................... Appx14973

Exhibit 180 to Dykstra Declaration -
Minutes from a December 8, 1998 Meeting,
dated January 8, 1999 (MRK-KRA01622468-72) ............... Appx14977

Exhibit 181 to Dykstra Declaration -
Letter from Katalin Abraham to Dr. Suresh Rastogi
(MRK-KRA01622552) ....................................................... Appx14983

Exhibit 182 to Dykstra Declaration -
Letter from David Wonnacott Ph.D. to Dr. Suresh Rastogi,
dated December 16, 1998 (MRK-KRA01622600-1) ........... Appx14985

Exhibit 183 to Dykstra Declaration -
Prior Approval Supplement from Roberta L. McKee, Ph.D. to
William Egan, Ph.D., dated September 15, 1999
(MRK-KRA01622711-2) ..................................................... Appx14988

**Table of Contents**
**(Continued)**

Exhibit 184 to Dykstra Declaration -
Attachment 4 to the Prior Approval Supplement from
Roberta L. McKee, Ph.D. to William Egan, Ph.D.,
dated September 15, 1999 (MRK-KRA01622778-9) .......... Appx14991

Exhibit 185 to Dykstra Declaration -
Letter from William Egan, Ph.D. to Roberta L. McKee, Ph.D.,
dated August 20, 1999 (MRK-KRA01624909-10) .............. Appx14994

Exhibit 186 to Dykstra Declaration -
Letter from Barry D. Garfinkle, Ph.D. to Carolyn Hardegree,
M.D., dated January 28, 1998
(MRK-KRA01625508-5639) .............................................. Appx14997
***(Cont'd in Vol XXXIII)***

**Volume XXXIII**
**(Filed Under Seal)**

Exhibit 187 to Dykstra Declaration -
Letter from Peter Patriarca, M.D. to Roberta L. McKee, Ph.D.,
dated February 11, 2000 (MRK-KRA0187091-2) .............. Appx15130

Exhibit 188 to Dykstra Declaration -
MMR Statistical Analysis of Potency on Stability,
dated October 24, 2000 (MRK-KRA01897103-7271) ........ Appx15133

Exhibit 189 to Dykstra Declaration -
Letter from David Wonnacott, Ph.D. to Carolyn Hardegree,
M.D., dated December 5, 1997 (MRK-KRA01972451) ..... Appx15303

Exhibit 190 to Dykstra Declaration -
Various Correspondence between the FDA and Merck,
dated 1969 to 1994 (MRK-KRA01972464-546) ................. Appx15305

Exhibit 191 to Dykstra Declaration -
Various Email Correspondence in 1997
(MRK-KRA01972735-58) ................................................... Appx15389

**Table of Contents**
**(Continued)**

**Page**

Exhibit 192 to Dykstra Declaration -
Vaccine & Biological Stability Protocol,
dated September 6, 2016 (MRK-KRA02139917-25) .......... Appx15414

Exhibit 193 to Dykstra Declaration -
Chapter "Mumps Vaccine," by Steven Rubin and
Stanley Plotkin .................................................................... Appx15424

Exhibit 194 to Dykstra Declaration -
Stephen Krahling's 2001 Correspondence
(RELATOR_00000736-66) .................................................. Appx15453

Exhibit 195 to Dykstra Declaration -
Letter from Axel Johnson to Tonia Torquato,
dated November 30, 2001 (RELATOR_00001036-43) ....... Appx15485

Exhibit 196 to Dykstra Declaration -
Stephen Krahling's 2001 Correspondence and Papers
(RELATOR_00001071-90) .................................................. Appx15494
*(Cont'd in Vol XXXIV)*

**Volume XXXIV**
**(Filed Under Seal)**

Exhibit 197 to Dykstra Declaration -
Chapter "Mumps Vaccine," by Steven Rubin,
in Plotkin's Vaccines, 7th edition (2018) ............................ Appx15515

Exhibit 198 to Dykstra Declaration -
Letter from Kevin Malone to Kathleen Hardway,
dated July 31, 2018 ............................................................. Appx15548

Exhibit 199 to Dykstra Declaration -
"Live, Attenuated Mumps Virus Vaccine," *New England
Journal of Medicine*, by R. Weibel, *et al.*,
dated February 2, 1967 ....................................................... Appx15556

# Table of Contents
## (Continued)

Exhibit 200 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Luwy Musey, M.D., taken October 7, 2016 ......................... Appx15565

Exhibit 201 to Dykstra Declaration -
Rule 30(b)(6) Deposition Topics, dated December 13, 2016
(Stannard Ex. 3) ................................................................. Appx15569

Exhibit 202 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Mark Stannard,
taken December 13, 2016 .................................................... Appx15585

Exhibit 203 to Dykstra Declaration -
*Curriculum Vitae* of Joan L. Wlochowski ........................... Appx15595

Exhibit 204 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Joan L. Wlochowski, taken June 13, 2017 .......................... Appx15597

Exhibit 205 to Dykstra Declaration -
FDA/CDC Submission, dated October 23, 2019 ................. Appx15603

Exhibit 206 to Dykstra Declaration -
Excerpts of Defendant Merck's Responses and Objections to
Relators' Third Set of Requests for Admission,
dated August 16, 2017 ........................................................ Appx15719

Exhibit 207 to Dykstra Declaration -
"Vaccine Impact: Benefits for human health,"
by M. Doherty *et al.*, in *Vaccine* 34 (2016) .......................... Appx15722

Exhibit 208 to Dykstra Declaration -
FDA Prescription Drug Labeling Resources ....................... Appx15731

Exhibit 209 to Dykstra Declaration -
ACIP Committee Members ................................................. Appx15738

**Table of Contents**
**(Continued)**

**Page**

Exhibit 210 to Dykstra Declaration -
"Notice to Readers: Updated Recommendations of the
ACIP for the Control and Elimination of Mumps," *MMWR*,
June 9, 2006/55(22); 629-630 .............................................. Appx15743

Exhibit 211 to Dykstra Declaration -
"Measles Prevention: Recommendations of the ACIP,"
*MMWR*, December 28, 1989 38(S-9); 1-18 ......................... Appx15749

Exhibit 212 to Dykstra Declaration -
"FDA in Brief: FDA reiterates the importance of vaccines
such as MMR vaccine," dated September 6, 2019 .............. Appx15766

Exhibit 213 to Dykstra Declaration -
"Recommendations of the ACIP Mumps Prevention,"
*MMWR*, June 9, 1989/38(22) ............................................... Appx15769

Exhibit 214 to Dykstra Declaration -
"Recommendation of the ACIP Mumps Vaccine,"
*MMWR*, November 26, 1982; 31(46) .................................. Appx15777

Exhibit 215 to Dykstra Declaration -
Statement by Peter Marks M.D., Ph.D., FDA, on FDA's
continued confidence in the safety and effectiveness
of the MMR vaccine, dated April 22, 2019 ......................... Appx15783

Exhibit 216 to Dykstra Declaration -
About CBER ...................................................................... Appx15788

Exhibit 217 to Dykstra Declaration -
Excerpt from FDA's Website on Warning Letters ................ Appx15791

Exhibit 218 to Dykstra Declaration -
Excerpt of FDA's Website with an Index to Warning
Letters for 'M' Companies ................................................... Appx15794

**Table of Contents**
(Continued)

Exhibit 219 to Dykstra Declaration -
"The Immunological Basis for Immunization Series, Module
16: Mumps," by McLean, *et al.*, *Immunization, Vaccines and
Biologicals-World Health Organization* (2010) ................... Appx15817

Exhibit 220 to Dykstra Declaration -
Email from Sue Manoff to Mark Paponia,
dated February 25, 2000 (MRK-KRA00091399-405) ......... Appx15862

Exhibit 221 to Dykstra Declaration -
Memo re: Teleconference with Norman Baylor, CBER, on
11/16/98, Regarding VARIVAX® and M-M-R®II
(MRK-KRA00095065) ....................................................... Appx15870

Exhibit 222 to Dykstra Declaration -
M-M-R®II Label (MRK-KRA00757064-7) ....................... Appx15872

Exhibit 223 to Dykstra Declaration -
M-M-R®II Label (February 2001)
(MRK-KRA00757068-71) ................................................. Appx15877

Exhibit 224 to Dykstra Declaration -
M-M-R®II Label (August 2001)
(MRK-KRA00757077-80) ................................................. Appx15882

Exhibit 225 to Dykstra Declaration -
M-M-R®II Label (February 2006)
(MRK-KRA00757081-4) ................................................... Appx15887

Exhibit 226 to Dykstra Declaration -
M-M-R®II Label (March 1995)
(MRK-KRA00757085-8) ................................................... Appx15892

Exhibit 227 to Dykstra Declaration -
M-M-R®II Label (March 1995)
(MRK-KRA00757089-91) ................................................. Appx15897

**Table of Contents**
**(Continued)**

**Page**

Exhibit 228 to Dykstra Declaration -
M-M-R®II Label (October 2003)
(MRK-KRA00757092-5) ..................................................... Appx15901

Exhibit 229 to Dykstra Declaration -
M-M-R®II Label (September 2002)
(MRK-KRA00757096-9) ..................................................... Appx15906

Exhibit 230 to Dykstra Declaration -
M-M-R®II Label (February 2007)
(MRK-KRA00757104-7) ..................................................... Appx15911

Exhibit 231 to Dykstra Declaration -
M-M-R®II Label (February 2007)
(MRK-KRA00757108-11) ..................................................... Appx15916

Exhibit 232 to Dykstra Declaration -
M-M-R®II Label (April 19999)
(MRK-KRA01449029-40) ..................................................... Appx15921

Exhibit 233 to Dykstra Declaration -
M-M-R®II Label (February 2014)
(MRK-KRA01449226-36) ..................................................... Appx15934

Exhibit 234 to Dykstra Declaration -
M-M-R®II Label (June 2014)
(MRK-KRA01449243-53) ..................................................... Appx15946

Exhibit 235 to Dykstra Declaration -
M-M-R®II Label (October 2015)
(MRK-KRA01449260-70) ..................................................... Appx15958

Exhibit 236 to Dykstra Declaration -
M-M-R®II Label (February 2000)
(MRK-KRA01449271-5) ..................................................... Appx15970

Exhibit 237 to Dykstra Declaration -
M-M-R®II Label (March 2010)
(MRK-KRA01449276-83) ..................................................... Appx15976

# Table of Contents
## (Continued)

**Page**

Exhibit 238 to Dykstra Declaration -
M-M-R®II Label (December 2010)
(MRK-KRA01449284-91) .................................................. Appx15985

Exhibit 239 to Dykstra Declaration -
M-M-R®II Label (September 2009)
(MRK-KRA01449292-99) .................................................. Appx15994
***(Cont'd in Vol XXXV)***

## Volume XXXV
## (Filed Under Seal)

Exhibit 240 to Dykstra Declaration -
Attachment 1 to Letter from Barry D. Garfinkle, Ph.D.
to Carolyn Hardegree, M.D., dated January 28, 1998
(MRK-KRA01625510-639) ................................................. Appx16003

Exhibit 241 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II) and BB-IND 7068
(MMRV); Summary of Face-to face meeting discussion
(3/13/00) with CBER regarding wild type mumps
neutralization and ELISA assays, dated March 13, 2000
(MRK-KRA00019855-7) .................................................... Appx16134

Exhibit 242 to Dykstra Declaration -
PowerPoint Presentation entitled Immunogenicity
Mumps-Containing Vaccines (MRK-KRA00091408) ........ Appx16138

Exhibit 243 to Dykstra Declaration -
Letter from David M. Wommacott, Ph.D. to
Suresh C. Rastogi, Ph.D., dated December 16, 1998
(MRK-KRA01629294-1629295) ......................................... Appx16152

Exhibit 244 to Dykstra Declaration -
Response to the FDA Form 483, dated October 24, 2000
(MRK-KRA01649535-1649551) ......................................... Appx16155

Exhibit 245 to Dykstra Declaration -
Warning Letters from FDA Website ................................... Appx16173

**Table of Contents**
**(Continued)**

Exhibit 246 to Dykstra Declaration -
MMD Quality Manual Glossary, dated October 5, 2016
(MRK-KRA01679618-1679772) ......................................... Appx16176

Exhibit 247 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Eric Metzger,
taken June 11, 2015 ............................................................ Appx16332

Exhibit 248 to Dykstra Declaration -
Federal Register Vol. 58 No. 137, July 20, 1993 ................. Appx16336

Exhibit 249 to Dykstra Declaration -
FDA Review of Vaccine Labeling Requirements for
Warnings, Use Instructions, and Precautionary
Information, dated October 2004 ......................................... Appx16342

Defendant Merck's Response to Relators' Statement of
    Material Facts, dated November 26, 2019 (Doc. 299) .......... Appx16345

**Volume XXXVI**
**(Filed Under Seal)**

Declaration of Lisa C. Dykstra, for Merck, in Support of
    Response to Relators' Statement of Material Facts,
    executed November 26, 2019 (Doc. 299) ............................ Appx16501

Exhibit 250 to Dykstra Declaration -
"Mumps Complications and Effects of Mumps Vaccination,
England and Wales, 2002-2006," by Yung, Chee-Fu, *et al.*,
*Emerging Infectious Diseases*, (2011) 17(4):661-667 ......... Appx16513

Exhibit 251 to Dykstra Declaration -
Excerpts from the Deposition Testimony of April Cohen,
taken January 4, 2018 ....................................................... Appx16521

## Table of Contents
### (Continued)

Exhibit 252 to Dykstra Declaration -
"Mumps Virus-Specific Antibody Titers from Pre-Vaccine
Era Sera: Comparison of the Plaque Reduction Neutralization
Assay Enzyme Immunoassays," by Mauldin, Jeremy, *et al.*,
*Journal of Clinical Microbiology*, 2005:43(9):4847-4851 .. Appx16525

Exhibit 253 to Dykstra Declaration -
"Correlates of Protection," by Plotkin and Gilbert,
2018:35-40 ......................................................................... Appx16531

Exhibit 254 to Dykstra Declaration -
FDA, Guidance for Industry: FDA Review of Vaccine
Labeling Requirements for Warnings, Use Instructions, and
Precautionary Information, dated September 2004 ............. Appx16538

Exhibit 255 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Roberta L. McKee, Ph.D., taken March 30, 2017 ............... Appx16547

Exhibit 256 to Dykstra Declaration -
Excerpts from the Expert Report of
Dipti Gulati, MS, D. Phil. ................................................... Appx16551

Exhibit 257 to Dykstra Declaration -
Biological Product Deviation Report Form
submitted by Merck to the FDA, dated March 5, 2001
(MRK-KRA00754239-44) ................................................... Appx16556

Exhibit 258 to Dykstra Declaration -
"Jeryl Lynn Strain Live Attenuated Mumps Virus Vaccine
-Influence of Age, Virus Dose, Lot, and-Globulin
Administration on Response," by Buynak, Eugene, *et al.*,
*Journal of the American Medical Association* (1968)
203(1):63-67 ....................................................................... Appx16563

Exhibit 259 to Dykstra Declaration -
2003 Annual Stability Report for M-M-R®II
(MRK-KRA01632888-945) ................................................. Appx16569

**Table of Contents**
(Continued)

Exhibit 260 to Dykstra Declaration -
"Sensitive Neutralization Test for virus antibody,"
by Sato *et al.*, *Archives of Virology*, (1978) 58:301-311 ...... Appx16628

Exhibit 261 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to Alison Fisher, Ph.D.,
dated December 3, 2004 (MRK-KRA00000361-5) ............. Appx16640

Exhibit 262 to Dykstra Declaration -
Fax from Luba Vujcic to Alison Fisher, Ph.D.,
dated July 20, 2007 (MRK-KRA00141957-8) ................... Appx16646

Exhibit 263 to Dykstra Declaration -
Submission, dated August 8, 2007
(MRK-KRA00000140-225) ................................................ Appx16649

Exhibit 264 to Dykstra Declaration -
Submission, dated December 3, 2007
(MKR-KRA00000226-300) ................................................ Appx16736

Exhibit 265 to Dykstra Declaration -
"Long-Term Persistence of Mumps Antibody after Receipt of 2
Measles-Mumps-Rubella (MMR) Vaccinations and Antibody
Response after a Third MMR Vaccination among a University
Population," by Date, Anand, *et al.*, *Journal of Infectious
Diseases*, (2008) 197:1662-1668 ........................................ Appx16812

Exhibit 266 to Dykstra Declaration -
"Mumps Antibody Levels Among Students Before a Mumps
Outbreak: In Search of a Correlate of Immunity,"
by Cortese, *et al.*, *Journal of Infectious Diseases*, (2011)
204:1413-1422 .................................................................. Appx16820

**Table of Contents**
**(Continued)**

Exhibit 267 to Dykstra Declaration -
"Immunogenicity and Safety of Two Tetravalent (Measles,
Mumps, Rubella, Varicella) Vaccines Coadministered With
Hepatitis A and Pneumococcal Conjugate Vaccines to Children
Twelve to Fourteen Months of Age," by Blatter, *et al.*,
*The Pediatric Infectious Disease Journal,*
(2012) 31:e133-e140 ........................................................... Appx16831

Exhibit 268 to Dykstra Declaration -
Analytical Validation Protocol
(MRK-KRA00337307-18) .................................................... Appx16840

Exhibit 269 to Dykstra Declaration -
Expert Report of Robert Platt, Ph.D.,
dated June 14, 2018 ............................................................. Appx16853

Exhibit 270 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Amy Keegan,
taken April 27, 2017 ............................................................ Appx16992

Exhibit 271 to Dykstra Declaration -
Documentation of Work Activities
(RELATOR_00000272-3) .................................................... Appx16995

Exhibit 272 to Dykstra Declaration -
Work Summary Document (RELATOR_00000274-6) ........ Appx16998
*(Cont'd in Vol XXXVII)*

**Volume XXXVII**
**(Filed Under Seal)**

Exhibit 273 to Dykstra Declaration -
Submission, dated May 5, 2005
(MRK-KRA00176342-176654) ........................................... Appx17002

Exhibit 274 to Dykstra Declaration -
Submission, dated June 30, 2004
(MKR-KRA00137854-55 and 8137-72) .............................. Appx17316

**Table of Contents**
**(Continued)**

Exhibit 275 to Dykstra Declaration -
"Safety and Immunogenicity of Human Serum Albumin-Free
MMR Vaccine in US Children Aged 12-15 months,"
by Mufson, *et al.*, *Journal of Pediatric Infectious Diseases
Society*, (2014) 4:339-348 .................................................. Appx17355

Exhibit 276 to Dykstra Declaration -
Letter from Jerry P. Weir, Ph.D. to Alison Fisher, Ph.D.,
dated December 30, 2004 (MRK-KRA00141670-2) ........... Appx17366

Exhibit 277 to Dykstra Declaration -
Submission, dated February 28, 2005
(MRK-KRA00141676-729) ................................................ Appx17370

Exhibit 278 to Dykstra Declaration -
Submission, dated July 13, 2005
(MRK-KRA00141789-906) ................................................ Appx17425
*(Cont'd in Vol XXXVIII)*

**Volume XXXVIII**
**(Filed Under Seal)**

Exhibit 279 to Dykstra Declaration -
"Summary of Notifiable Diseases-United States 2012,"
*MMWR*, 2014:61(53):1-121 ................................................ Appx17544

Exhibit 280 to Dykstra Declaration -
CDC Publication "Mumps Outbreak-Related Questions
and Answers for Patients," last reviewed March 15, 2019 .. Appx17669

Exhibit 281 to Dykstra Declaration -
CDC Publication "Nationally Notifiable Infectious Diseases
and Conditions, United States: Annual Tables" ................... Appx17672

Exhibit 282 to Dykstra Declaration -
"Characteristics of Large Mumps Outbreaks in the United
States during July 2010-December 2015," by Clemmons,
Nakia *et al.*, *Clinical Infectious Diseases*, (2019) ............... Appx17676

## Table of Contents
## (Continued)

**Page**

Exhibit 283 to Dykstra Declaration -
CDC Publication "Healthy People 2010 Final Review" ...... Appx17684
***(Cont'd in Vol XXXIX)***

## Volume XXXIX
## (Filed Under Seal)

Exhibit 284 to Dykstra Declaration -
CDC Publication "Healthy People 2020 Immunization and
Infectious Diseases Objectives" .......................................... Appx18245

Exhibit 285 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.2
Cases of Hib Data" .............................................................. Appx18278

Exhibit 286 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.4
U.S.-acquired cases of Measles Data" ................................ Appx18280

Exhibit 287 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.5
U.S.-acquired cases of Mumps Data" ................................. Appx18282

Exhibit 288 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.9
 U.S.-acquired cases of Rubella Data" ................................ Appx18284

Exhibit 289 to Dykstra Declaration -
CDC Webpage "National Center for Immunization
and Respiratory Diseases"  ................................................. Appx18286

Exhibit 290 to Dykstra Declaration -
"Mumps vaccination coverage and vaccine effectiveness in a
large outbreak among college students-Iowa, 2006,"
by Marin, Mona *et al.*, *Vaccine*, (2008) 26:3601-3607 ........ Appx18301

# Table of Contents
## (Continued)

**Page**

Exhibit 291 to Dykstra Declaration -
"Mumps Outbreak in Orthodox Jewish Communities in the
United States," Barskey, Albert, *et al.*, *New England Journal
of Medicine*, (2012) 367(18):1704-1713 ............................ Appx18309

Exhibit 292 to Dykstra Declaration -
"Impact of a Third Dose of Measles-Mumps-Rubella Vaccine
on a Mumps Outbreak," by Ogbuanu, Ikechukwu, *et al.*,
*Pediatrics*, (2012) 130(6):1-8 ............................................ Appx18320

Exhibit 293 to Dykstra Declaration -
"Epidemiology of a Mumps Outbreak in a Highly Vaccinated
Island Population and Use of a Third Dose of Measles-
Mumps-Rubella Vaccine for Outbreak Control—Guam 2009
to 2010," by Nelson, George, *et al.*, *Pediatric Infectious
Disease Journal*, (2013) 32(4):374-380 ............................... Appx18330

Exhibit 294 to Dykstra Declaration -
"Effectiveness of a Third Dose of MMR Vaccine for Mumps
Outbreak Control," by Cardemil, Cristina, *et al.*, *New England
Journal of Medicine*, (2017) 377(10):947-956 .................... Appx18338

Exhibit 295 to Dykstra Declaration -
"Mumps in a highly vaccinated Marshallese community in
Arkansas, USA: an outbreak report," by Fields, Virgie, *et al.*,
*Lancet Infectious Diseases*,
(Published online January 8, 2019) 1-8 ............................... Appx18349

Exhibit 296 to Dykstra Declaration -
"Antibody Induced by Immunization with the Jeryl Lynn
Mumps Vaccine Strain Effectively Neutralizes a Heterologous
Wild-Type Mumps Virus Associated with a Large Outbreak,"
by Rubin, Steven, *et al.*, *Journal of Infectious Diseases*, (2008)
198:508-515 ....................................................................... Appx18358

Exhibit 297 to Dykstra Declaration -
"Vaccine waning and mumps-re-emergence in the United
States," by Lewnard, Joseph and Grad, Yonatan, *Science
Translational Medicine*, (2018) 10(433):1-10 ..................... Appx18367

**Table of Contents**
(Continued)

Exhibit 298 to Dykstra Declaration -
"Comment: The changing epidemiology of mumps in a high
vaccination era," by Marshall, Helen and Plotkin, Stanley,
*Lancet Infectious Diseases*, (2019) 19:118-119 ................... Appx18379

Exhibit 299 to Dykstra Declaration -
"Successes and challenges for preventing measles, mumps and
rubella by vaccination," by Bankamp, Bettina, *et al.*, *Current
Opinion in Virology*, (2019) 34:110-116 ............................. Appx18382

Exhibit 300 to Dykstra Declaration -
"Mumps Vaccines Do We Need a New One?," by Rubin,
Steven and Beeler, Judy, *Pediatric Infectious Disease Journal*,
(2013) 32(10):1156-1157 ..................................................... Appx18390

Exhibit 301 to Dykstra Declaration -
CDC website listing Measles-related *MMWR* Articles ........ Appx18393

Exhibit 302 to Dykstra Declaration -
CDC website listing Pertussis (Whooping Cough)
Publications ......................................................................... Appx18399

Exhibit 303 to Dykstra Declaration -
CDC website listing Chickenpox (Varicella) References and
Resources ........................................................................... Appx18407

Exhibit 304 to Dykstra Declaration -
CDC webpage: Glossary ...................................................... Appx18411

Exhibit 305 to Dykstra Declaration -
Email from Jeanne Santoli to Eric Skjeveland,
dated June 12, 2012 (MRK-KRA00122172-3) .................... Appx18425

Exhibit 306 to Dykstra Declaration -
CDC webpage, ACIP Workgroups, last reviewed
May 30, 2019 .................................................................... Appx18428

**Table of Contents**
**(Continued)**

Page

Exhibit 307 to Dykstra Declaration -
"Recommendations of the Advisory Committee on
Immunization Practices for Use of Hepatitis A Vaccine
for Persons Experiencing Homelessness,"
*MMWR* 2019:68(6):153-56 ................................................. Appx18435

Exhibit 308 to Dykstra Declaration -
"Human Papillomavirus Vaccination for Adults: Updated
Recommendations of the Advisory Committee on
Immunization Practices," *MMWR* 2019:68(3):698-702 ...... Appx18440

Exhibit 309 to Dykstra Declaration -
"Prevention and Control of Seasonal Influenza with
Vaccines: Recommendations of the Advisory Committee
on Immunization Practices-United States, 2019-20
Influenza Season," *MMWR* 2019:69(3):1-21 ....................... Appx18446

Exhibit 310 to Dykstra Declaration -
"Japanese Encephalitis Vaccine: Recommendations of the
Advisory Committee on Immunization Practices,"
*MMWR* 2019:68(2);1-33 .................................................... Appx18475
***(Cont'd in Vol XL)***

**Volume XL**
**(Filed Under Seal)**

Exhibit 311 to Dykstra Declaration -
"Prevention of Pertussis, Tetanus, and Diphtheria with
Vaccines in the United States: Recommendations of the
Advisory Committee on Immunization Practices,"
*MMWR* 2018:67(2):1-44 .................................................... Appx18516

Exhibit 312 to Dykstra Declaration -
"Updated Recommendations for Use of Tetanus Toxoid,
Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine
(Tdap) in Pregnant Women and Persons Who Have or
Anticipate Having Close Contact with an Infant Aged <12
Months-Advisory Committee on Immunization Practices
(ACIP), 2011," *MMWR* 2011:60(41):1424-1426 ................. Appx18565

**Table of Contents**
**(Continued)**

Exhibit 313 to Dykstra Declaration -
"Updated Recommendations for the Use of Tetanus Toxoid,
Reduced Diphtheria Toxoid, and Acellular Pertussis Vaccine
(Tdap) in Pregnant Women-Advisory Committee on
Immunization Practices (ACIP), 2012," *MMWR*
2013:62(7):131-135 ............................................................. Appx18569

Exhibit 314 to Dykstra Declaration -
"Immunization in the United States (Chapter 73),"
by Cohn, *et al.*, *Vaccines* 1421-1440 ................................... Appx18575

Exhibit 315 to Dykstra Declaration -
Excerpts from the Expert Report of
Daniel Salmon, Ph.D., MPH ................................................ Appx18596

Exhibit 316 to Dykstra Declaration -
Excerpts from Merck's Supplemental Responses and
Objections to Relators' First Set of Interrogatories,
dated December 12, 2016 .................................................... Appx18608

Exhibit 317 to Dykstra Declaration -
"The Pertussis Problem," by Plotkin, Stanley, *Clinical
Infectious Diseases*, (2014) 58(6): 830-833 ......................... Appx18618

Exhibit 318 to Dykstra Declaration -
"Establishing a Global Vaccine-Development Fund,"
by Plotkin, Stanley, *et al.*, *New England Journal of Medicine*,
(2015) 373:297-300 ............................................................ Appx18623

Exhibit 319 to Dykstra Declaration -
Chapter 11 "Anthrax Vaccines," by Friedlander, Arthur, *et al.*,
*Vaccines* (2018) ................................................................. Appx18628

Exhibit 320 to Dykstra Declaration -
Chapter 38 "Meningococcal Capsular Group A, C, W, and Y
Conjugate Vaccines," by Harrison, Lee, *et al.*,
*Vaccines* (2018) ................................................................. Appx18646

**Table of Contents**
(Continued)

Exhibit 321 to Dykstra Declaration -
Chapter 52 "Rotavirus Vaccines," by Parashar, Umesh, *et al.*,
*Vaccines* (2018) ................................................................ Appx18673

Exhibit 322 to Dykstra Declaration -
Chapter 60 "Tuberculosis Vaccines," by Hanekom, Willem,
*et al.*, *Vaccines* (2018) ......................................................... Appx18694

Exhibit 323 to Dykstra Declaration -
Excerpts from Expert Report of
Gary L. Freed, M.D., MPH .................................................. Appx18714

Exhibit 324 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Gary L. Freed, M.D., MPH, taken October 18, 2018 .......... Appx18718

Exhibit 325 to Dykstra Declaration -
Excerpts from "2012 CDC Summary of
Notifiable Diseases" ........................................................... Appx18721

Exhibit 326 to Dykstra Declaration -
Excerpts from "1977 Annual Summary,"
*MMWR*, Vol. 26, No. 53, September 1978 .......................... Appx18729

Exhibit 327 to Dykstra Declaration -
Excerpts from "1980 Annual Summary,"
*MMWR*, Vol. 29, No. 54, September 1981 .......................... Appx18734

Exhibit 328 to Dykstra Declaration -
Excerpts from "2013 CDC Summary of
Notifiable Diseases" ........................................................... Appx18742

Exhibit 329 to Dykstra Declaration -
Excerpts from "2014 CDC Summary of
Notifiable Diseases" ........................................................... Appx18747

**Table of Contents**
**(Continued)**

Relators' Responses to Merck's Statements of Material Facts in
　　Support of Its First and Fourth Summary Judgment Motions
　　and Their Corresponding Additional Statement of Material
　　Facts, dated November 26, 2019 (Doc. 300) ........................ Appx18751

Declaration of Gary Reilly in Support of Relators' Oppositions to
　　Merck's Four Motions for Summary Judgment,
　　executed November 26, 2019 (Doc. 300) ............................ Appx18984

　　　Exhibit 361 to Reilly Declaration -
　　　Deposition Testimony of Amy Keegan,
　　　taken April 27, 2017 ............................................................ Appx18996
　　　***(Cont'd in XLI)***

**Volume XLI**
**(Filed Under Seal)**

　　　Exhibit 362 to Reilly Declaration -
　　　Memorandum titled "Delay of Filing for Optimized
　　　GOS/HAS-free Diluent for M-M-R®II" with Attachment,
　　　dated August 28, 2000 (MRK-CHA01593194-9) ............... Appx19070

　　　Exhibit 363 to Reilly Declaration -
　　　The Current Manufacturing Target Titer for the Mumps
　　　Component of Measles, Mumps, and Rubella Virus Vaccine
　　　Live M-M-R®II (MRK-CHA00576983-93) ...................... Appx19077

　　　Exhibit 364 to Reilly Declaration -
　　　Letter from Robert L. McKee, Ph.D. to Carolyn Hardegree,
　　　M.D., dated December 10, 1998, with Attachment
　　　(MRK-CHA00756233-55) .................................................. Appx19089

　　　Exhibit 365 to Reilly Declaration -
　　　Excerpts from Clinical and Regulatory Review Committee
　　　Critical Activities, issued August 15, 2001
　　　(MRK-CHA01724860-25029) ............................................ Appx19113

# Table of Contents
## (Continued)

Exhibit 366 to Reilly Declaration -
Excerpts from Clinical and Regulatory Review Committee
Critical Activities, issued March 17, 1999
(MRK-CHA01717354-7508) ............................................. Appx19123

Exhibit 367 to Reilly Declaration -
Table (MRK-CHA00280517) ............................................. Appx19142

Exhibit 368 to Reilly Declaration -
Project Management Regulatory Submissions
Schedule for "All Products," from 01-AUG-2002
(MRK-CHA01726084-7) ................................................... Appx19144

Exhibit 369 to Reilly Declaration -
Email from Hentrietta Ukwu to David W. Blois,
dated October 6, 1998, with Attachment
(MRK-CHA00625837-9) ................................................... Appx19149

Exhibit 370 to Reilly Declaration -
Justification of Mumps Component Frequency
(MRK-CHA00032404-7) ................................................... Appx19153

Exhibit 371 to Reilly Declaration -
Email from Alison L. Fisher, Ph.D. to Mark S. Galinski,
dated March 28, 2005 (MRK-CHA00560317-9) ................. Appx19158

Exhibit 372 to Reilly Declaration -
Email from Bonita M. Stankunas to Amy Keegan,
dated October 1, 2010 (MRK-CHA01470854-6) ................ Appx19162

Exhibit 373 to Reilly Declaration -
Presentation titled M-M-R®II
(MRK-CHA00021133-67) .................................................. Appx19166

Exhibit 374 to Reilly Declaration -
Excerpts from Pediatric Measles, Mumps, Rubella &
Varicella-containing Franchise: Integrated Vaccine T-PAC
Review, dated October 28, 2002
(MRK-CHA00233586-3623) ............................................. Appx19202

**Table of Contents**
(Continued)

Exhibit 375 to Reilly Declaration -
Deposition Testimony of April D. Cohen,
taken January 4, 2018 ......................................................... Appx19211

Exhibit 376 to Reilly Declaration -
Minutes of October 6, 1999 Project Team Meeting,
dated October 8, 1999 (MRK-CHA01899074-86) .............. Appx19276

Exhibit 377 to Reilly Declaration -
Draft Memo re: Clinical and Regulator Review Committee
Meeting Summary-October 8, 2002, dated October 11, 2002
(MRK-CHA01728735-8) .................................................... Appx19290

Exhibit 378 to Reilly Declaration -
Pediatric Live Virus Vaccine Franchise Review,
dated October 28, 2002 (MRK-CHA00207636-83) ............ Appx19295

Exhibit 379 to Reilly Declaration -
Presentation, produced as "M-M-R II and Priorix Profiles
8_19_11F.ppt" (MRK-CHA00955777) ............................... Appx19344

Exhibit 380 to Reilly Declaration -
Deposition Testimony of Tim Schofield,
taken March 20, 2017 ......................................................... Appx19347

Exhibit 381 to Reilly Declaration -
Memo re: Mumps Stability and Potency Estimations,
dated February 27, 2001 (MRK-CHA01896072-3) ............. Appx19449

Exhibit 382 to Reilly Declaration -
Email from Philip S. Bennett to Cynthia Morrisey,
dated January 18, 2002 (MRK-CHA00094849-50) ............. Appx19452

Exhibit 383 to Reilly Declaration -
*Curriculum Vitae* of Manal Anwar Morsy, M.D., Ph.D., MBA
(MORSY00001-10) ............................................................ Appx19455

**Table of Contents**
**(Continued)**

Exhibit 384 to Reilly Declaration -
*Curriculum Vitae* of Cynthia F. Morrisey
(MORRISEY_00000001-6) ................................................. Appx19466

Exhibit 385 to Reilly Declaration -
Memo re: Determination of Minimum Release
Specifications for Mumps and Rubella in M-M-R®II,
dated February 9, 2004 (MRK-CHA00722641-2) ............... Appx19473

Exhibit 386 to Reilly Declaration -
Memo re: Determination of Minimum Release Specifications
for Mumps in M-M-R®II, dated November 4, 2004
(MRK-CHA00722667-8) .................................................... Appx19476

Exhibit 387 to Reilly Declaration -
Email from Philip S. Bennett with attachments,
dated December 4, 2012
(MRK-CHA01580006-15) ................................................... Appx19479

Exhibit 388 to Reilly Declaration -
Email from Kimberly A. Duffy to Amy Keegan,
dated December 5, 2012 (MRK-CHA01579943-5) ............. Appx19490

Exhibit 389 to Reilly Declaration -
*Curriculum Vitae* of Amy Keegan
(MRK-CHA02009507-9) .................................................... Appx19494

Exhibit 390 to Reilly Declaration -
Presentation, MMRII Protocol #007 - Mumps End Expiry
study: AIGENT Assay Issues and Impact on Study Criteria,
produced as "6-30 pm Draft 10-04-02 for CRRC-10-08-02
slides.ppt" (MRK-CHA00025831) ...................................... Appx19498
*(Cont'd in Vol LXII)*

**Table of Contents**
**(Continued)**

Page

**Volume LXII**
**(Filed Under Seal)**

Exhibit 391 to Reilly Declaration -
Gulati Deposition Exhibit 14, Select Pages of Supplemental
Biologics License Application, dated June 30, 2004
(MRK-CHA00137854-55 and
MRK-CHA00138585-708) .................................................. Appx19533

Exhibit 392 to Reilly Declaration -
Regulatory Liaison FDA Conversation Record,
dated May 27, 2005 (MRK-CHA00793082-3) .................... Appx19539

Exhibit 393 to Reilly Declaration -
Submission, dated July 13, 2005
(MRK-CHA00141789-906) ................................................ Appx19542

Exhibit 394 to Reilly Declaration -
Deposition Testimony of Dipti Gulati, M.S., D. Phil.,
taken December 5, 2018 ..................................................... Appx19550

Exhibit 395 to Reilly Declaration -
Merck's Biological Stability Program 2001 Annual Stability
Report for M-M-R®II (MRK-CHA01632745-51) .............. Appx19661

Exhibit 396 to Reilly Declaration -
Biological Stability Program 2004 Annual Stability
Report for M-M-R®II (MRK-CHA01632833-8) ................ Appx19669

Exhibit 397 to Reilly Declaration -
Biological Stability Program 2005 Annual Stability
Report for M-M-R®II (MRK-CHA01634117-22) .............. Appx19676

Exhibit 398 to Reilly Declaration -
Biological Stability Program 2008 Annual Stability
Report for M-M-R®II (MRK-CHA01633948-59) .............. Appx19683

**Table of Contents**
(Continued)

Exhibit 399 to Reilly Declaration -
Response to FDA Request for Information,
dated February 28, 2005 (MRK-CHA02078926-7) ............. Appx19696

Exhibit 400 to Reilly Declaration -
Excerpts from Biological Stability Program 2010
Annual Stability Report for M-M-R®II
(MRK-CHA01458201-6) .................................................... Appx19699

Exhibit 401 to Reilly Declaration -
CDC "Mumps Cases and Outbreaks" webpage,
last accessed November 25, 2019 ........................................ Appx19706

Exhibit 402 to Reilly Declaration -
CDC "Mumps Vaccination" webpage, last reviewed
March 28, 2019 .................................................................... Appx19709

Exhibit 403 to Reilly Declaration -
CDC "Mumps Vaccination" webpage, archived as of
May 30, 2012 ...................................................................... Appx19711

Exhibit 404 to Reilly Declaration -
CDC "Mumps Vaccination" webpage, archived as of
December 8, 2009 ............................................................... Appx19714

Exhibit 405 to Reilly Declaration -
Email from Janet Ernst-Gerner to Alan Modlinger,
dated September 23, 2016 (MRK-CHA02008691-4) .......... Appx19717

Exhibit 406 to Reilly Declaration -
Marked M-M-R®II (Measles, Mumps, and Rubella Virus
Vaccine Live) Literature (MRK-CHA02008695-705) ......... Appx19722

Exhibit 407 to Reilly Declaration -
Email from Mark Papania to Barbara Kuter,
dated February 12, 2010 (MRK-CHA00351988-90) ........... Appx19734

**Table of Contents**
**(Continued)**

Exhibit 408 to Reilly Declaration -
Email from Chester J. Kitchen, dated February 25, 2010
(MRK-CHA00790153-4) ..................................................... Appx19738

Exhibit 409 to Reilly Declaration -
Email from Chester J. Kitchen to Scott Porreca,
dated February 26, 2010 (MRK-CHA00791347) ................ Appx19741

Exhibit 410 to Reilly Declaration -
FDA Conversation re; PRIOrix™, measles, mumps &
rubella live, attenuated, viral vaccine BB-IND-7229,
dated December 18, 1997 (GSK-MMR-IND-0047687-9) ... Appx19743

Exhibit 411 to Reilly Declaration -
FDA Conversation re: PRIOrix IND submission,
Clinical Hold, dated October 16, 1997
(GSK-MMR-IND-0047654-6) ............................................. Appx19747

Exhibit 412 to Reilly Declaration -
Extra CDAB Meeting Abstract, dated August 1, 2011
(GSK-MMR-019819-42) .................................................... Appx19751

Exhibit 413 to Reilly Declaration -
Memo re: Minutes of Meeting with CBER on 4/4/01,
dated April 9, 2001 (MRK-CHA00049238-40) ................... Appx19776

Exhibit 414 to Reilly Declaration -
Email from Sally S. Wong to Cathy Hoath,
dated February 26, 2013 (MRK-CHA01556424-8) ............. Appx19780

Exhibit 415 to Reilly Declaration -
Email from Joseph D. Bernardo to Mark J. Stannard,
dated November 30, 2016 (MRK-CHA02101841) ............. Appx19786

Exhibit 416 to Reilly Declaration -
Deposition Testimony of Roberta L. McKee, Ph.D.,
taken March 30, 2017 ........................................................ Appx19788

**Table of Contents**
(Continued)

Exhibit 417 to Reilly Declaration -
Vaccine & Biological Stability Protocol for M-M-R®II
(MRK-CHA01714300-8) .................................................... Appx19870

Exhibit 418 to Reilly Declaration -
Excerpts from Biological Stability Program 2000
Annual Stability Report for M-M-R®II
(MRK-CHA01633601-6) .................................................... Appx19880

Exhibit 419 to Reilly Declaration -
Excerpts from Biological Stability Program 2002
Annual Stability Report for M-M-R®II
(MRK-CHA01633529-39) ................................................... Appx19887

Exhibit 420 to Reilly Declaration -
Excerpts from Biological Stability Program 2003
Annual Stability Report for M-M-R®II
(MRK-CHA01632888-95) ................................................... Appx19899

Exhibit 421 to Reilly Declaration -
SOP Active Stability Monitoring of Live Virus Vaccine
Potency Results, effective November 10, 2000
(MRK-CHA00049165-73) ................................................... Appx19908

Exhibit 422 to Reilly Declaration -
SOP Real Time Stability Trend Monitoring, effective
September 21, 2016 (MRK-CHA01714343-54) .................. Appx19918

Exhibit 423 to Reilly Declaration -
Label Claim Compliance of M-M-R®II
(MRK-CHA00322066-73) ................................................... Appx19931

Exhibit 424 to Reilly Declaration -
Proposed New Stabilizer for M-M-R®II,
dated July 12, 2002 (MRK-CHA00239179-99) .................. Appx19940

**Table of Contents**
**(Continued)**

Exhibit 425 to Reilly Declaration -
Clinical and Regulatory Review Committee Agenda,
dated October 8, 2002 (MRK-CHA00780210-65) .............. Appx19962
***(Cont'd in Vol XLIII)***

**Volume XLIII**
**(Filed Under Seal)**

Exhibit 426 to Reilly Declaration -
Analytical Approach for MMR in Japan
(MRK-CHA00719989-20008) ............................................ Appx20019

Exhibit 427 to Reilly Declaration -
Excerpts from Memo re: Mumps neutralizing antibody test vs.
efficacy and effectiveness, dated September 10, 1999
(MRK-CHA00061698-703) ................................................. Appx20040

Exhibit 428 to Reilly Declaration -
Atkinson Deposition Exhibit 2, Letter from Kevin Malone
to Kathleen Hardway, dated July 31, 2018,
and Letter from Robert Redfield to Kathleen Hardway,
dated May 24, 2018 ............................................................. Appx20047

Exhibit 429 to Reilly Declaration -
CDC Publication, Ensuring the Safety of Vaccines in the
United States, last updated July 2011 ................................... Appx20055

Exhibit 430 to Reilly Declaration -
Email from Colleen M. Duffy to Diana DeLong,
dated December 14, 2005 (MRK-CHA00942187-8) ........... Appx20058

Exhibit 431 to Reilly Declaration -
Email from Kevin Agnew to Diana DeLong,
dated March 14, 2014 (MRK-CHA01673057-9) ................. Appx20061

Exhibit 432 to Reilly Declaration -
Letter to CDC Request for Final Proposal to RFP 2014-N-
15784 Consolidated Vaccines for Children Contact,
dated March 7, 2014 (MRK-CHA01655048-93) ................. Appx20065

**Table of Contents**
(Continued)

Exhibit 433 to Reilly Declaration -
Email from Diana DeLong to Cindy Rivera,
dated March 13, 2014 (MRK-CHA01656202-3) ................. Appx20112

Exhibit 434 to Reilly Declaration -
FDA Comments on PRN Assay, dated May 9, 2007
(GSK-MMR-IND-0015993-4) ........................................... Appx20115

Exhibit 435 to Reilly Declaration -
Excerpts from Merck Presentation, dated November 10, 2011
(MRK-CHA0002441-681) ................................................... Appx20118

Exhibit 436 to Reilly Declaration -
Letter from Lisa C. Dykstra to CDC and Office of General
Counsel for Department of Health and Human Services,
dated May 18, 2015 (MRK-CHA01374713-20) .................. Appx20121

Exhibit 437 to Reilly Declaration -
Summary of GSK Vaccines development pipeline meeting
with CDC March 8, 2016 (GSK-MMR-0062025-30) ......... Appx20130

Exhibit 438 to Reilly Declaration -
Email from Ouzama Nicholson to Donna Boyce,
dated May 27, 2010 (GSK-MMR-0058532) ....................... Appx20137

Exhibit 439 to Reilly Declaration -
Memo re: Supporting Documents for Stephen Krahling,
dated October 10, 2000 (MRK-CHA00447565-74) ............ Appx20139

Exhibit 440 to Reilly Declaration -
Excerpts from journal of David Krah, M.D.
(MRK-CHA00490081-591) ................................................ Appx20150

Exhibit 441 to Reilly Declaration -
Minutes of August 8, 2001 Project Team Meeting
(MRK-CHA00209441-53) ................................................. Appx20176

# Table of Contents
## (Continued)

Exhibit 442 to Reilly Declaration -
Deposition Testimony of  Thomas McGuire, Ph.D.,
taken July 2, 2018 ............................................................... Appx20190

Exhibit 443 to Reilly Declaration -
National Vaccine Advisory Committee Report,
The National Vaccine Program 2008 State of the
Program Report, dated February 2009.................................. Appx20274

Exhibit 444 to Reilly Declaration -
"National, State, and Local Area Vaccination Coverage
Among Children Aged 19–35 Months — United States, 2012,"
*MMWR* 2013; 62:733-755, dated September 13, 2013 ........ Appx20289

Exhibit 445 to Reilly Declaration -
"Financing Immunizations in the United States," Hinman
*et al.*, *Clinical Infectious Diseases* 2004; 38:1440-6 ........... Appx20314

Exhibit 446 to Reilly Declaration -
"Program Review, National Immunization Survey (NIS) and
State and Local Area Integrated Telephone Survey (SLAITS),"
dated November 27-28, 2007 ............................................... Appx20322

Exhibit 447 to Reilly Declaration -
"About VFC" webpage ........................................................ Appx20344

Exhibit 448 to Reilly Declaration -
"Medicaid Program; Charges for Vaccine Administration
Under the Vaccines for Children Program,"
Federal Register Volume 59, Issue 190
(October 3, 1994) ............................................................... Appx20347

Exhibit 449 to Reilly Declaration -
Deposition Testimony of Michele Taylor,
taken May 9, 2017 ............................................................. Appx20360

# Table of Contents
## (Continued)

Defendant Merck's Response to Relators' Additional Statement of
    Material Facts in Connection with Defendant's First and Fourth
    Summary Judgment Motions, dated December 20, 2019
    (Doc. 311) ........................................................................ Appx20427

Defendant Merck's Response to Relators' Additional Statement of
    Material Facts in Connection with Defendant's First and Fourth
    Summary Judgment Motions, dated December 20, 2019
    (Doc. 314) ........................................................................ Appx20486
    *(Cont'd in Vol XLIV)*

## Volume XLIV
### (Filed Under Seal)

Declaration of Lisa C. Dykstra in Support of Defendant's
    Replies and Response to Motions for Summary Judgment,
    executed December 20, 2019 (Doc. 315) .............................. Appx20545

    Exhibit 330 to Dykstra Declaration -
    Excerpts from the Deposition Testimony of Amy Keegan,
    taken February 9, 2018 ...................................................... Appx20552

    Exhibit 331 to Dykstra Declaration -
    Email from Paul Lanzetta to Thomas Romanus
    and John Comonitski, dated August 19, 2011
    (MRK-KRA00955764-955765) .......................................... Appx20555

    Exhibit 332 to Dykstra Declaration -
    Excerpts from Deposition Testimony of Cynthia Morrisey,
    taken July 27, 2017 ........................................................... Appx20558

    Exhibit 333 to Dykstra Declaration -
    Table of Contents for Information Submitted with Merck's
    BLA for the replacement of Human Serum Albumin with
    Recombinant Albumin (MRK-KRA00137827-137828) ..... Appx20562

    Exhibit 334 to Dykstra Declaration -
    FDA's Draft Guidance for Industry Stability Testing of
    Drug Substances and Drug Products (June 8, 1998) ............ Appx20565

**Table of Contents**
**(Continued)**

Exhibit 335 to Dykstra Declaration -
WHO's Draft Guidelines on Stability Evaluation of
Vaccines, Expert Committee on Biological Standardization
(October 23-27, 2006) ......................................................... Appx20662

Exhibit 336 to Dykstra Declaration -
Biological Stability Program 1999 Annual Stability
Report for M-M-R®II (MRK-KRA01632656-86) .............. Appx20691

Exhibit 337 to Dykstra Declaration -
Biological Stability Program 2000 Annual Stability
Report for M-M-R®II (MRK-KRA01633601-29) .............. Appx20723

Exhibit 338 to Dykstra Declaration -
Biological Stability Program 2001 Annual Stability
Report for M-M-R®II (MRK-KRA01632745-822) ............ Appx20753

Exhibit 339 to Dykstra Declaration -
Biological Stability Program 2002 Annual Stability
Report for M-M-R®II (MRK-KRA01633529-600) ............ Appx20832

Exhibit 340 to Dykstra Declaration -
Biological Stability Program Annual 2003 Stability
Report for M-M-R®II (MRK-KRA01632888-945) ............ Appx20905

Exhibit 341 to Dykstra Declaration -
Biological Stability Program 2004 Annual Stability
Report for M-M-R®II (MRK-KRA01632833-68) .............. Appx20964

**Volume XLV**
**(Filed Under Seal)**

Exhibit 342 to Dykstra Declaration -
Biological Stability Program 2005 Annual Stability
Report for M-M-R®II (MRK-KRA01633267-99) .............. Appx21001

Exhibit 343 to Dykstra Declaration -
M-M-R®II Stability Data Summary for the 2006
Annual Stability Report (MRK-KRA0163946-83) ............ Appx21035

# Table of Contents
## (Continued)

**Page**

Exhibit 344 to Dykstra Declaration -
M-M-R®II Stability Data Summary for the 2007
Annual Stability Report (MRK-KRA01633723-31) ........... Appx21074

Exhibit 345 to Dykstra Declaration -
CDC's Nationally Notifiable Infectious Diseases and
Conditions, United States: Weekly Tables, Table 1y
(October 2019) .................................................................. Appx21084

Exhibit 346 to Dykstra Declaration -
CDC's Nationally Notifiable Infectious Diseases and
Conditions, United States: Weekly Tables, Table 1z
(October 2019) .................................................................. Appx21088

Exhibit 347 to Dykstra Declaration -
CDC's Nationally Notifiable Infectious Diseases and
Conditions, United States: Weekly Tables, Table 1kk
(October 2019) .................................................................. Appx21092

Exhibit 348 to Dykstra Declaration -
"An Assessment of Mumps Vaccine Effectiveness by Dose
during an Outbreak in Canada," by Deeks, Shelley, *et al.*,
*CMAJ*, 183(9) (June 14, 2011) ........................................... Appx21096

Exhibit 349 to Dykstra Declaration -
"Mumps Vaccine Effectiveness and Risk Factors for Disease
in Households during an Outbreak in New York City,"
by Livingston, Kara, *et al.*, Vaccine 32; 369-374 (2014) ..... Appx21104

Exhibit 350 to Dykstra Declaration -
"A Large Outbreak of Mumps in the Postvaccine Era,"
by Wharton, Melinda, *et al.*, *Journal of Infectious Diseases*,
Vol. 158, No. 6 (December 1988) ........................................Appx21111

Exhibit 351 to Dykstra Declaration -
"Persistence of Mumps Antibodies after 2 Doses of
Measles-Mumps-Rubella Vaccine," by LeBaron, Charles,
*et al.*, *Journal of Infectious Diseases*, 2009:199
(February 15, 2009) ........................................... Appx21120

# Table of Contents
## (Continued)

Exhibit 352 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Keith Chirgwin, M.D., taken January 26, 2017 .................. Appx21130

Exhibit 353 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Barbara Kuter, Ph.D., taken December 14, 2016 ................ Appx21137

Exhibit 354 to Dykstra Declaration -
Letter from Manal Morsy, M.D., Ph.D. to Luba Vujcic,
dated March 9, 2000 (MRK-KRA00020409-20410) ........... Appx21141

Exhibit 355 to Dykstra Declaration -
Memorandum from R. Wolchko with the subject "Bridging
Study of the Mumps Legacy ELISA" and "Mumps
'Wild Type' IgG ELISA," dated February 23, 2001
(MRK-KRA00561875-561885) .......................................... Appx21144

Exhibit 356 to Dykstra Declaration -
*Curriculum Vitae* of Emilio Emini, Ph.D. (January 2016)
(EMINI 00001-22) ............................................................. Appx21156

Exhibit 357 to Dykstra Declaration -
General Correspondence to FDA, dated April 23, 2002
(MRK-KRA00000548-553) ................................................ Appx21179

Exhibit 358 to Dykstra Declaration -
"Mumps Epidemiology and Immunity-The Anatomy of a
Modern Epidemic," by Anderson, Larry, *et al.*,
*Pediatric Infectious Disease Journal*, Vol. 27, No. 10
(October 2008) ................................................................. Appx21186

Exhibit 359 to Dykstra Declaration -
IID-1.5 "Reduce cases of mumps (U.S. acquired cases),"
Healthy People 2020 ......................................................... Appx21192

# Table of Contents
## (Continued)

**Page**

Defendant's Response to the United States' Statement of
    Interest in Response to the Parties' Summary Judgment
    Briefing, dated January 18, 2021 (Doc. 323)...................... Appx21194

Defendant Merck's Reply to Relators' Response Regarding
    the United States' Statement of Interest (Doc. 328) .......... Appx21206

serial # 86) and believes that they provide helpful supportive information on the clinical relevance of the chosen ELISA cutoff for seropositivity.

*Id*. at '30-31 (emphasis added).

334.   Merck's April 13, 2005 letter to FDA's Norman Baylor in response to FDA

Comment 10 stated:

> Response [10]:
>
> We acknowledge that the lower bound of the confidence interval for the group with M-M-R™II with 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency was below 90%.  However, in order to demonstrate that M-M-R™II with 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency was an acceptable end-expiry potency, the primary hypothesis required that:
>
> - The mumps immune response in children who receive M-M-R™II with 4.1 $\log_{10}$ TCID$_{50}$ be no Mumps Virus Potency group be no more than 5 percentage point lower than mumps immune response in M-M-R™II with 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency group in order to declare similarity...
> - M-M-R™II with 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency had to induce an acceptable mumps immune response with the lower bound of the ... [Confidence Interval] on the observed response being greater than >90% in subjects who develop neutralizing antibodies.
>
> These hypotheses were met in this study; therefore, 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency Group (92.2% versus 93.3%) was declared an acceptable end-expiry titer for M-M_R™II.  There was not an acceptability hypothesis for the 4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency.
>
> Though the 4.8 $\log_{10}$ TCID$_{50}$ Mumps Potency Group had a slightly lower observed mumps seroconversion rate than the 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency Group... based on the mumps virus neutralization assay, this difference is not statistically significant ... Due to an unexpectedly higher pre-positive rate in the plaque-reduction neutralization assay (PRN) and a sample storage issue, only 437 subjects were evaluable

440

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1001

in the 4.8 $\log_{10}$ $TCID_{50}$ Mumps Virus Potency Group.  If the study had maintained the planned evaluable sample size of 502 subjects in the 4.8 $\log_{10}$ $TCID_{50}$ and the same seroconversion rate of 92.2% was observed, the probability that the true rate was above 90% would have been ~97%.

The current M-M-R™II label states that a single injection of the vaccine induced mumps neutralizing antibodies in 95.8% of susceptible persons.  This was based on ... an earlier version of mumps neutralization assay.  <u>Since the original mumps neutralization assay was no longer in operation, a new plaque-reduction neutralization assay (PRN) designed to quantitate mumps neutralizing antibody in prevaccination and postvaccination sera was developed for this study to evaluate mumps end expiry potency.</u>  <u>Despite the use of a different assay, the seroconversion rate of 92.2% ... for the 4.8 $\log_{10}$ $TCID_{50}$ Mumps Virus Potency Group was inline with that observed in the original clinical studies used in the licensure of M-M-R™II.</u>

The PRN assay was developed and validated by the applicant specifically for this study, and is not the primary assay used by the applicant to evaluate the serologic response to a mumps virus-containing vaccine.[897]  Typically, the mumps ELISA is used to detected immunoglobulin gamma antibody (IgG) to mumps virus before and after vaccination.  <u>The observed seroconversion rates using the mumps ELISA for the 4.8 and 4.1 $\log_{10}$ $TCID_{50}$ Mumps Virus Potency Groups were 98.1% and 96.9%, respectively.  Based on the applicant's broad experience since the late 1980's with this ELISA assay for evaluating the mumps serologic response to M-M-R™II, the observed rate in the 4.8 $\log_{10}$ $TCID_{50}$ Mumps Virus Potency Group is consistent with historical experience.</u>

MRK-KRA00000315 at '44-45 (emphasis added).

---

[897] *See also* MRK-KRA00051640 (January 17, 2003 email from Dr. David Krah to Dr. Leonard Rubinstein stated: "The M-M-RII <u>Protocol 006 study used a straightforward, non-enhanced neutralization, using several different indicator viruses.  The M-M-RII [Protocol 007] study used an anti-IgG enhanced neutralization and the low-passage indicator virus.  We would have used the same assay used in 006 for 007 except that we could not achieve the 90% seroconversion sensitivity with any of the wild-type mumps strains without enhancing the assay sensitivity.</u>  We could measure >90% seroconversion using the vaccine strain as the indicator, but CBER required use to use a "wild-type" indicator virus for 007.")

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1002**

335.   Merck's April 13, 2005 letter to FDA's Norman Baylor in response to FDA Comment 11 stated:

Response [11]:  …

For the mumps (PRN) per-protocol analyses, 204, 229, and 235 subjects were excluded.... As displayed in Table 11 of the Protocol 007 CSR, the majority of the subjects excluded (>55%) were excluded due to an unknown serostatus at baseline... Subjects whose blood samples were stored at 4C for >1 year prior to testing in the PRN assay (and hence declared invalid...) were considered as having an unknown baseline mumps (PRN) serostatus.  Thus, over half of the exclusions due to an unknown serostatus ... resulted from the improper storage of the blood samples.  In addition, since baseline and 6-week blood samples were tested in pairs in the PRN assay, subjects who did not have both a baseline and a 6-week blood sample were not tested.  ... The second largest reason for being excluded from the per protocol analyses was due to a positive prevaccination serostatus ...

… Of the 204, 229, and 235 subjects excluded from the mumps (PRN) per-protocol analyses in the 3.8, 4.1, and 4.7 $\log_{10}$ TCID$_{50}$ mumps virus potency groups, respectively, greater than 60% ... were included in the mumps (ELISA) per-protocol analyses.  The mumps (ELISA) seroconversion rates (SCRs) based on these subjects were 95.4%... 96.3% ..., and 98.2% for the 3.8, 4.1, and 4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency groups, respectively, which were comparable to the mumps (ELISA) SCRs observed for the entire per-protocol population ...

*Id.* at '47-48 (emphasis added).

335.1. A letter from FDA's Director, Division of Vaccines and Related Products Applications Office of Vaccines Research and Review, CBER, Dr. Karen Goldenthal, to MRL's Associate Director, Worldwide Regulatory Affairs, Dr. Alison Fisher, dated October 17, 2005, stated:

442

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1003

This letter is in regard to the Supplement to your License Application submitted under Section 351 of the Public Health Service Act.

The Center for Biologics Evaluation and Research (CBER) has completed the review of your Supplement received on April 13, 2005, for Measles, Mumps and Rubella Virus Vaccine Live (M-M-R®II), to include a change in the labeled potency of the mumps component of M-M-R®II from 20,000 TCID50 to 12,500 TCID50.  Our review finds that the information and data submitted are inadequate for final approval at this time based on the deficiencies described below.

      1.     The clinical trial described in your supplement is inadequate to support this label change for the mumps component due to the following deficiencies:

           a.     A substantial amount of sample data was excluded from the analysis.  We note that only 437 out of 672 immunized control group subjects contributed to the pre-protocol analysis.  This large proportion of missing data precludes a conclusion of success...

           c.     The control lot failed the acceptability criteria as you acknowledge in your April 13, 2005 response.

If you intend to pursue the proposed changes in labeled potency, we recommend that you support the proposed label change by correlating these study data and/or other relevant mumps vaccine immunogenicity data with the immunogenicity data from the original efficacy studies.  You could also consider shortening the end-expiry dating period based upon these data.

MRK-KRA00000479 at '79-80 (emphasis added).

     335.2. A letter from MRL's Associate Director, Worldwide Regulatory Affairs, Dr. Alison Fisher, to FDA's Dr. Norman Baylor, Office of Vaccines Research and Review, CBER, regarding "Measles, Mumps and Rubella Vaccine Live (MMRII) STN 101069/5061, RESPONSE TO REQUEST FOR INFORMATION," dated November 15, 2006, stated:

443

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1004**

"Reference is made to a letter from CBER on October 17, 2005 regarding the above supplement." MRK-KRA00000393.

335.3. Merck's November 15, 2006 letter, responding to FDA's Comment 1.a stated:

We acknowledge the deficiency concerning the mumps plaque reduction neutralization (PRN) assay. However, we believe that the clinical trial described in our supplement, and further described in this response, is adequate to support the proposed MMRII label change to revise the mumps end-expiry potency ...

Furthermore, additional analysis performed by MRL has shown a strong correlation (93.6%) between ELISA and PRN serology results suggesting that the majority of the non-evaluable samples would have tested positive by PRN (BB-IND 1016, serial 86, June 2002).

Given that we have mumps ELISA antibody titers for a substantial portion of the subjects with missing (or non-evaluable) PRN data, the observed ELISA results and the strong correlation between ELISA and PRN assay provide indirect evidence about the likely outcome for the missing data.

MRK-KRA00000393 at '99-00 (emphasis added).

335.4. Merck's November 15, 2006 letter, responding to FDA's Comment 1.c, stated:

… mumps ELISA antibody titers are available for a substantial portion of the subjects with non-evaluable PRN data in all 3 groups, including the control group (subjects immunized with M-M-R™II containing mumps virus potency of $4.8 \log_{10}$ TCID$_{50}$/dose. The observed mumps ELISA results (98.0%) and the strong correlation between ELISA and PRN assay provide indirect evidence about the likely outcome for the missing data in the $4.8 \log_{10}$ TCID$_{50}$ mumps potency group.

Additionally, there are several factors relating to the use of a neutralization assay that should be considered:

- Although virus neutralization assays may be the most predictive method for assessing protective immunity, these assays are not standardized making them

444

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1005

poorly suited to evaluate large numbers of human sera due to assay variability (Mauldin et al. 2005. Mumps Virus Specific Antibody Titers from Pre-Vaccine Era Sara: Comparison of the Plaque Reduction Neutralization Assay and Enzyme Immunoassays. J. Clin. Microbiol. 2005; 9:4847-4851). …

– Given the suitability of the internal control group in this clinical trial (see explanation provided in the preceding bullet point), <u>the true performance of the PRN assay used in this clinical trial should be assessed by responses observed in the control group rather than by the arbitrary acceptability criteria</u> (lower bound of the observed response being equal or greater than 90%) set by the applicant.

– <u>The PRN assay used in the study was developed solely for the purpose of this clinical trial. It was not used in any previous nor subsequent clinical trials. It is therefore difficult to ascertain the real performance of this assay other than in the context of this clinical trial.</u>

…

<u>Since the data show that M-M-R™II containing 4.1 $\log_{10}$ TCID$_{50}$ mumps potency induced an acceptable antibody response to mumps, as determined by the seroconversion rate for mumps neutralizing antibodies, which was also noninferior to M-M-R™II containing a release dose of mumps virus (4.8 $\log_{10}$ TCID$_{50}$), a mumps virus potency of 4.1 $\log_{10}$ TCID$_{50}$ was declared an acceptable end-expiry titer for MMRII.</u>

MRK-KRA00000393 at '404-405 (emphasis added).

### b.     WT ELISA Used to Support sBLA for Mumps End Expiry

336.   In May 2007 CBER responded to Merck's November 2006 submission and stated: "the science related to immunogenicity testing of M-M-R®II has substantially evolved since our initial testing requirements.  Use of ELISA data to evaluate the effect of differences in product potency on immunogenicity is now acceptable."[898]  Merck prepared an Amendment to the Supplemental Biologics License Application providing additional information to CBER, including

---

[898] MRK-KRA00000385.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

data from rHA Protocol 009 and ProQuad Protocol 012, to support the use of Protocol 007 WT ELISA data in support of the Mumps End Expiry application. In December 2007, FDA approved the reduction in the end expiry claim of the MMRII label to "not less than 4.1" based on the WT ELISA results from the Protocol 007 Clinical Study.[899]

336.1. A letter from FDA's Acting Director, Division of Vaccines and Related Products Applications, Office of Vaccines Research and Review, CBER, Dr. Paul Richman, to MRL Associate Director, Worldwide Regulatory Affairs, Alison Fisher, dated May 18, 2007,[900] stated:

> This letter is in regard to the Supplement to your license Application submitted under Section 351 of the Public Health Services Act.
>
> The Center for Biologics Evaluation and Research (CBER) has completed the review of your Supplement received on April 13, 2005, for Measles, Mumps and Rubella Virus Vaccine Live (M-M-R®II), to include a change in the labeled potency of the mumps component of M-M-R®II from 20,000 $TCID_{50}$ to 12,500 $TCID_{50}$. Our review finds that the information and data submitted are inadequate for final approval at this time. We cannot accept use of multiple imputation analyses of the PRN data to support the lowering of mumps vaccine end-expiry potency.
>
> However, the science related to immunogenicity testing of M-M-R®II has substantially evolved since our initial testing requirements. Use of ELISA data to evaluate the effect of differences in product potency on immunogenicity is now acceptable. The change in end-expiry potency can be supported by the following analyses:
>
> 1. Product consistency

---

[899] MRK-KRA00000383.

[900] See MRK-KRA00552862 (A May 21, 2007 email from Alison Fisher to Luwy Musey, Jonathan Hartzel, and others, subject "FW:" stated: "Please let me know your thoughts here and your timeline for addressing this. Thanks again for your hard work in bringing the FDA to the conclusion that use of ELISA, to evaluate immunogenicity for the mumps end expiry study, can be acceptable given some further analysis." A reply email dated May 21, 2007 from Dr. Hartzel to Dr. Fisher, Dr. Musey, and others stated: "Wow. What a bizarre twist to an already bizarre history for this study. ..." (emphasis added).

446

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1007**

We request a demonstration of consistency between sublot 3 (4.8 $\log_{10}$ $TCID_{50}$ mumps potency) in the present study and two other lots used in previous MMR studies, e.g. Protocols 010-012, with mumps potency of at least 4.8 $\log_{10.}$ ...

2. Non-inferiority

If consistency among the three lots is demonstrated ... the ELISA results of the three lots are pooled to form a control group (C). Noninferiority of Sublot 2 (4.1 $\log_{10}$ $TCID_{50}$ mumps potency) from this supplement will be demonstrated <u>by comparing ELISA results of this sublot (T) with ELISA results of the pooled control group which has at least 4.8 $\log_{10}$ mumps potency</u>...

MRK-KRA00133168 at '170-71 (emphasis added).

336.2. A letter from MRL's Associate Director, Worldwide Regulatory Affairs, Dr. Alison Fisher, to FDA's Norman Baylor, Office of Vaccines Research and Review, CBER, regarding "Measles, Mumps and Rubella Vaccine Live (MMRII) STN 101069/5061, Amendment to Supplemental Biologics License Application Response to FDA Request for Information," dated June 5, 2007, stated:

In this amendment to the supplement we include responses to CBER's May 18, 2007 questions regarding the change in mumps end expiry potency. These responses include the statistical analysis requested by CBER for product consistency and non inferiority based on the ELISA assay and support the change in mumps end expiry potency to 12,500 $TCID_{50}$.

MRK-KRA00133168.

336.3. Merck's responses to CBER's Question 1 regarding lot consistency stated:

We were able to demonstrate consistency, based on the statistical methods outlined by CBER, between Sublot 3 (4.8 $\log_{10}$ $TCID_{50}$ mumps virus potency) in the present study (007) and two other lots used in previous studies in which M-M-R™II was administered,

447

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1008**

M-M-R™II Protocol 009 and ProQuad™ Protocol 012.[901] Below, we describe how we arrived at selecting the two other lots and the consistency analysis itself.

Lot Selection: The pool of studies used to select two other lots of M-M-R™II was limited to studies in which the Mumps Enzyme-Linked Immunosorbent Assay (ELISA) with a mumps Jeryl Lynn™ 135 antigen was used for mumps immunogenicity testing (to coincide with the assay used for Protocol 007). There were three such studies (see Table 1), one from the M-M-R™II clinical program and two from the ProQuad™ clinical program. Ultimately the two lots that were chosen were 1) the control lot used for M-M-R™II Protocol 009 and 2) ...the control lot used for the ProQuad™ consistency lot study, Protocol 012. All studies measured mumps antibody levels at baseline and at Day 42 postvaccination and used a seroconversion definition of <10 ELISA Ab units at baseline to ≥10 ELISA Ab units at Day 42 postvaccination.

Table 1 provides a summary of the observed, per-protocol mumps immunogenicity results from the pool of studies selected from along with the 4.8 log10 TCID50 mumps virus potency control arm from Protocol 007. The results from Protocol 009 (M-M-R™II with recombinant human albumin [rHA] study) are from the subjects who received M-M-R™II (without rHA) with a mumps potency of 5.4 $\log_{10}$ TCID$_{50}$. The results from the two ProQuad™ studies are from the subjects who received M-M-R™II and VARIVAX concomitantly. Both studies used the same lot of M-M-R™II, which had a mumps potency of 5.0 $\log_{10}$ TCID$_{50}$, but ProQuad™ Protocol 012 was selected over ProQuad™ Protocol 013 ... due to the substantially larger number of subjects tested in that study.

---

[901] *See* Sections IX.A.6.b and c(1) above regarding MMRII Protocol 009 and ProQuad Protocol 012; *see also* MRK-KRA00140056 at '0109 (Protocol 009 using the WT ELISA with 10 Ab cutoff); *see also* MRK-KRA00162963 at '3016-17 (Protocol 012 using the WT ELISA with 10 Ab cutoff).

448

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Table 1. Summary of Mumps Immunogenicity Results in Studies Administering M-M-R™II (Mumps Potency[†] ≥4.8 $\log_{10}$ TCID$_{50}$) and Using the Mumps Jeryl Lynn™ 135 ELISA (Per-Protocol)

| Program | Protocol Description | Vaccines Administered | Mumps Potency[†] ($\log_{10}$TCID$_{50}$) | N | n | Observed SCR (95% CI) | Observed GMT (95% CI) |
|---|---|---|---|---|---|---|---|
| M-M-R™II | 007: Mumps End Expiry | M-M-R™II + VARIVAX™ | 4.8 | 672 | 588 | 98.0% (576/588) (96.5%, 98.9%) | 85.2 (78.9, 92.0) |
| | 009: M-M-R™II with rHA | M-M-R™II | 5.4 | 638 | 533 | 97.9% (522/533) (96.3%, 99.0%) | 85.8 (80.1, 92.0) |
| ProQuad™ | 012: Consistency Lot Study | M-M-R™II + VARIVAX™ | 5.0[‡] | 1012 | 872 | 97.9% (854/872) (96.8%, 98.8%) | 89.7 (84.7, 94.9) |
| | 013: Concomitant Use | M-M-R™II + VARIVAX™ | | 479 | 145 | 98.6% (143/145) (95.1%, 99.8%) | 98.1 (85.7, 112.3) |

[†]Calibrated to the House Standard.
[‡]ProQuad™ Protocols 012 and 013 used the same lot of M-M-R™II.
N=Number of subjects vaccinated.
n=Number of subjects initially seronegative to mumps contributing to the per-protocol population.
SCR=Seroconversion rate.
GMT=Geometric mean titer (in ELISA Ab units).
CI=Confidence Interval.
ELISA=Enzyme-linked immunosorbent assay.
rHA=Recombinant human albumin.

MRK-KRA00133172 at '72-74 (emphasis and highlight added).

336.4. Merck's responses to CBER's Question 2 regarding non-inferiority stated:

Since the three control lots of M-M-R™II were shown to be consistent, these lots were pooled and compared with Sublot 2 (4.1 $\log_{10}$ TCID$_{50}$ mumps virus potency) from Protocol 007. A conclusion of similarity was found between Sublet 2 and the pooled lots for both seroconversion rates and GMTs, as shown in Table 3.

*Id*. at '177.

336.5. Table 3 in Merck's response to Question 2 stated:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1010

**Table 3.** Statistical Analysis of the Similarity of Mumps Antibody Responses at 6 Weeks Postvaccination
Between Sublot 2 of Protocol 007 and a Control Lot‖ of M-M-R™II in Subjects Initially Seronegative to Mumps
(Per Protocol Analysis)

| | M-M-R™II 007 Sublot 2 (4.1 $\log_{10}$ TCID$_{50}$ mumps virus potency) | | | Control M-M-R™II‖ ($\geq$4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency) | | | Difference‡ / Fold Difference§ (95% CI) | p-Value† | Conclusion |
|---|---|---|---|---|---|---|---|---|---|
| | N | n | Response | N | n | Response | | | |
| SCR | 662 | 583 | 97.4% | 2322 | 1993 | 97.9% | -0.5 (-2.2 , 0.7) | <.001* | Similar |
| GMT† | | | 84.7 | | | 87.3 | 0.97 (0.89 , 1.05) | <.001* | Similar |

† GMTs, their fold-differences, associated confidence intervals, and p-values are based on a statistical analysis model with the natural logarithm of the individual titers as the dependent variable and treatment as a fixed effect.

‡ M-M-R™II 007 - Control M-M-R™II

§ M-M-R™II 007 / Control M-M-R™II.

‖ The control lot contains subjects who received M-M-R™II (4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency) plus VARIVAX™ from M-M-R™II Protocol 007, M-M-R™II (5.4 $\log_{10}$ TCID$_{50}$ mumps virus potency) from M-M-R™II Protocol 009, and M-M-R™II (5.0 $\log_{10}$ TCID$_{50}$ mumps virus potency) plus VARIVAX™ from ProQuad™ Protocol 012.

* The lower bound of the two-sided 95% CI on the difference or the fold difference being > -5.0 percentage points or > 0.67-fold , respectively, implies that the difference is statistically significantly less than the prespecified clinically relevant decrease of 5 percentage points or 1.5-fold , respectively, and allows for a conclusion of similarity (non-inferiority). This corresponds to a p-value $\leq$ 0.05 and implies that the difference is statistically significantly less than the prespecified difference of 5 percentage points or 1.5-fold.

N=Number of subjects vaccinated in each group.

n=Number of subjects initially seronegative to mumps contributing to the per-protocol analyses.

CI=Confidence interval.

SCR=Seroconversion rate.

GMT=Geometric mean titer.

*Id.* at '79 (highlight added).

336.6. A letter from MRL's Director, Worldwide Regulatory Affairs, Dr. Alison Fisher, to FDA's Dr. Norman Baylor, Office of Vaccines Research and Review, CBER, regarding "Measles, Mumps and Rubella Vaccine Live (M-M-R™II) STN 101069/5061, AMENDMENT TO SUPPLEMENTAL BIOLOGICS LICENSE APPLICATION," dated December 3, 2007, stated:

> This submission is an amendment to the supplemental BLA, STN 101069/5061, that was submitted to the FDA on 29 January 2004. … This submission is intended to amend the submission from January 2004 with a new annotated label that is built on the current label (9739302). Revisions are in the DESCRIPTION, the revise the mumps end expiry from 20,000 TCID$_{50}$ to 12,500 TCID$_{50}$, and INDICATIONS AND USAGE sections, minor editorial change, as described in the initial submission (STN 10169/5061).

MRK-KRA00133313.

336.7. The December 3, 2007 AMENDMENT TO SUPPLEMENTAL BIOLOGICS LICENSE APPLICATION included "Proposed Labeling Text of the Package Circular" and

450

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

attached a document titled "CURRENT CIRCULAR SHOWING REVISIONS" for M-M-R®II"

that stated:

> The reconstituted vaccine is for subcutaneous administration. Each 0.5 mL dose contains
> not less than 1,000 $TCID_{50}$ (tissue culture infectious doses) of measles virus; ~~20,000~~
> 12,500 $TCID_{50}$ of mumps virus; and 1,000 $TCID_{50}$ of rubella virus.

MRK-KRA00133294 (strikeout, underline in original).

336.8. A letter from FDA's Acting Division Director, Division of Vaccines and Related

Products Applications, CBER, Dr. Loris D. McVittie, to MRL's Associate Director, Worldwide

Regulatory Affairs, Dr. Alison Fisher,[902] dated December 6, 2007, stated:

> We have approved your request to supplement your biologics license application for
> measles, Mumps, and Rubella Virus Vaccine Live, to include a change in the labeled
> potency of the mumps component from no less than 20,000 $TCID_{50}$ to no less than
> 12,500 $TCID_{50}$ per dose at end of expiry.

MRK-KRA00141976.

> **4.    Merck's Statements in Its Applications for Regulatory Approval Were
> Misleading Because They Omitted That WT ELISA Assay Study Results
> Were Not Related to Protection**

337.    In my opinion, the measure of immunogenicity in the five clinical studies cited for

support in the three applications were represented to be linked to protection against disease,

illustrated by the following statements:[903]

---

[902] MRK-KRA01300697 at '698 (An email from Alison Fisher to Donna Zacholski, dated December 17, 2008
stated: "It took several rounds of questions from CBER and responses from Merck to get MEE [Mumps End Expiry]
approved.  We also submitted an additional statistical analysis of ELISA data in place of PRN assay for CBER
which was key to approval.") (emphasis added.)

[903] See also MRK-KRA00126540 at '40-41 (sBLA for Mumps End Expiry: "One year persistence serology samples
will not be tested in the mumps plaque reduction neutralization (PRN) assay. The PRN assay correlates well with the
mumps ELISA and therefore only the ELISA testing will be conducted for this time point. Revaccinations will be
based solely on ELISA results."); MRK-KRA00138137 at '144 (sBLA for rHA: "A single clinical trial, Protocol
009 … supports the replacement of HSA with rHA … as the study results demonstrated that M-M-R™II with rHA
induced acceptable antibody response rates for … mumps …that are similar (noninferior) to those induced by M-M-
R™II."); MRK-KRA00140056 at '0196 (sBLA for rHA: "Overall, the study results suggest the M-M-R™II with

451

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- <u>sBLA for Mumps End Expiry</u> (Protocol 007): "The data presented here indicate with a high level of assurance that decreasing the mumps end-expiry titer from 4.3 [20,000] to 4.1 log10 [12,500] TCID50 per dose in children 12 to 18 months of age will ensure that M-M-R™II remains a highly effective vaccine."[904]

- <u>sBLA for rHA</u> (Protocol 009): – "Serum level of antibodies to … mumps … will be determined by enzyme-linked immunosorbent assays (ELISAs). Protective levels of antibody will be defined as ... ≥ 10.0 ELISA antibody units for mumps.[905]

- <u>BLA for ProQuad</u> (Protocol 012, Protocol 013, Protocol 014) – "The data summarized in this clinical summary demonstrate that ProQuad is immunogenic … and is as efficacious as its parent products."[906]

### a.     The sBLA for Mumps End Expiry

338.   The Supplemental Biologics License Application to change the MMRII mumps end expiry specification from "not less than 4.3" to "not less than 4.1" was supported by a single clinical study that included analysis of the subjects using a WT ELISA with a cutoff of 10 Ab units to report a mumps seroconversion rate of 97.4%[907] for children who received the 4.1 $\log_{10}$ [12,500] $TCID_{50}$ dose.

339.   With regard to the AIGENT measuring mumps neutralizing antibodies, the sBLA for Mumps End Expiry stated that "[m]umps neutralizing antibodies were measured immediately prior to vaccination and 6 weeks postvaccination using the plaque-reduction neutralization

---

rHA is highly immunogenic, well tolerated, and will be as effective as M-M-R™II with HSA in preventing measles, mumps, and rubella."); MRK-KRA00158320 at '350 (BLA for ProQuad: "Merck & Co., Inc. has assessed the correlation between neutralizing antibody … and a wild-type enzyme-linked immunosorbent assay ... These data support the use of the results of a wild-type ELISA as a correlate for protection.")
[904] MRK-KRA00135723 at '46.
[905] MRK-KRA00140056 at '0941.
[906] MRK-KRA00158320 at '338- 339.
[907] MRK-KRA00135759 at '5782 (sBLA for Mumps End Expiry, Module 5, Protocol 007 Clinical Study Report).

452

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

(PRN) assay. PRN assay was used as the primary endpoint because it is a functional assay that measures the ability of the vaccine-induced immune response to inhibit viral replication in vitro, and <u>can, therefore, be considered a surrogate for vaccine effectiveness</u>."[908]

340.    In my opinion, Merck's statement to FDA is misleading because it omitted that Merck had not performed a formal specificity analysis[909] for the AIGENT assay, and the AIGENT had not been validated as a measure of mumps neutralizing antibodies. Furthermore, the statement omitted that the endpoint measured by the AIGENT had not been demonstrated to have a connection to protection from disease.

341.    With regard to the efficacy of a 4.1 mumps dose, the sBLA for Mumps End Expiry stated that that "[t]he data presented here indicate with a <u>high level of assurance</u> that decreasing the mumps end-expiry titer <u>from 4.3 to 4.1</u> log10 TCID50 per dose in children 12 to 19 months of age will ensure that <u>M-M-R™II remains a highly effective vaccine</u>."[910]

342.    In my opinion, Merck's statement to FDA was misleading because it omitted that the assays used in Protocol 007 had not been shown to be connected to protection from disease and therefore the results of the assays could not be used to provide reliable information about the effectiveness of MMRII with a mumps potency of not less than 4.1 log10 TCID50.

343.    With regard to the seroconversion rate as a measure of protection, the sBLA for Mumps End Expiry stated that "[l]owering the mumps virus potency to 4.1 log10 TCID50 per dose <u>maintains >90% seroconversion using a neutralization assay</u>, thus <u>preserving the excellent safety and efficacy profile of the vaccine</u>."[911]

---

[908] MRK-KRA00135723 at '30-31 (emphasis added).
[909] Deposition of Florian Schodel, December 22, 2016, 352:14-365:15.
[910] MRK-KRA00135723 at '46 (emphasis added).
[911] MRK-KRA00135723 at '29.

453

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

344.    In my opinion, Merck's statement to FDA was misleading because it omitted that the seroconversion rates measured by the AIGENT assay had not been shown to relate to protection from disease.  Furthermore, unlike the neutralization assay used in the early efficacy studies to support the licensure of mumps vaccines, the seroconversion rate measured by the AIGENT assay did not "parallel protection from disease."

### b.    The sBLA for rHA

345.    The Supplemental Biologics License Application to replace HSA with rHA in the M-M-R®II manufacturing process was supported by a single clinical study, Protocol 009, that used a WT ELISA with a cutoff of 10 Ab units to report a mumps seroconversion rate of 99.4%.[912]

346.    With regard to the effectiveness of MMRII with rHA, the sBLA for rHA stated that "[o]verall, the study results suggest that M-M-R™II with rHA is highly immunogenic… and will be as effective as M-M-R™II with HSA in preventing… mumps…"[913]

347.    In my opinion, the statement to the FDA is misleading because it omitted that the Protocol 009 clinical study to support the manufacturing change to rHA used the WT ELISA assay that had not been shown to have a connection to protection.  Furthermore, since the WT ELISA assay used was not connected to protection, it is misleading to state that the WT ELISA assay results demonstrate that the manufacturing change from HSA to rHA did not impact the efficacy of the vaccine.

---

[912] MRK-KRA00140056 at '075 (sBLA for rHA, Module 5, Protocol 009 Clinical Study Report).
[913] MRK-KRA00140056 at '0196 .

454

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### c. The ProQuad BLA

348. The Biologics License Application to approve a license to sell ProQuad was based on five clinical studies, three that used a WT ELISA with a cutoff of 10 Ab units to report mumps seroconversion rates in Protocol 012 of 96.0%;[914] in Protocol 013 of 95.4% and 95.2%;[915] and in Protocol 014 of 99.5%.[916] This Biologics License Application stated that the WT ELISA used in Protocols 012, 013, and 014 to support licensure of ProQuad was a "correlate of protection."[917]

349. With regard to the efficacy of ProQuad, the BLA for ProQuad stated that "The data summarized in this clinical summary demonstrate that ProQuad is immunogenic … and is as efficacious as its parent products."[918]

350. In my opinion, the statement to the FDA is misleading because the seroconversion rates reported using the WT ELISA assay that was used in three of the five clinical studies supporting the application were not related to protection and could not support the assertion that ProQuad was as efficacious as its parent products.

351. The BLA for ProQuad stated that "…Merck & Co., Inc. has assessed the correlation between neutralizing antibody (as measured in plaque reduction neutralization [PRN] assay) and a wild-type enzyme-linked immunosorbent assay (ELISA). The overall agreement rate was 93.6% (480/513). These data support the use of the results of a wild-type ELISA as a correlate for protection."[919]

---

[914] MRK-KRA00158320 at '407 (Protocol 012, Combined Lots Mumps Antibody Responses).
[915] *Id.*, at '420 (Protocol 013, Mumps Antibody Response, Concomitant and Nonconcomitant Use).
[916] *Id.*, at '431 (Protocol 014 Observed Mumps Antibody Response in subjects who previously received MMRII and Varivax).
[917] MRK-KRA00158320 at '47-48, '50.
[918] MRK-KRA00158320 at '338- 339.
[919] MRK-KRA00158320 at '47-48, '50.

455

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

352. In my opinion, the statement to FDA was misleading because it omitted that the correlation data comparing the results of Protocol 007 clinical subjects tested by the WT ELISA and AIGENT assays did not demonstrate that the WT ELISA was connected to protection from disease because neither assay had been shown to relate to protection. It was also misleading because Merck's assessment of the correlation between the AIGENT and the WT ELISA provided no reliable data from which to conclude that the WT ELISA results were a correlate for protection.

### D. Merck's Labels Are Misleading Because They Omit That the WT ELISA Merck Used Did Not Relate to Protection From Disease

#### 1. MMRII Label 2005

353. In 2005, after Merck obtained approval to use rHA, Merck's label referenced the rHA in the Description section of the label. The one clinical study supporting the manufacturing change was not included in the Clinical Pharmacology section of the label.

353.1. In 2005, the "Description" section in Merck's MMRII label stated:

456

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1017**

**M-M-R**® II
**(MEASLES, MUMPS, and
RUBELLA VIRUS VACCINE LIVE)**

**DESCRIPTION**

M-M-R* II (Measles, Mumps, and Rubella Virus Vaccine Live) is a live virus vaccine for vaccination against measles (rubeola), mumps, and rubella (German measles).

M-M-R II is a sterile lyophilized preparation of (1) ATTENUVAX* (Measles Virus Vaccine Live), a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain and propagated in chick embryo cell culture; (2) MUMPSVAX* (Mumps Virus Vaccine Live), the Jeryl Lynn** (B level) strain of mumps virus propagated in chick embryo cell culture; and (3) MERUVAX* II (Rubella Virus Vaccine Live), the Wistar RA 27/3 strain of live attenuated rubella virus propagated in WI-38 human diploid lung fibroblasts.[1,2]

The growth medium for measles and mumps is Medium 199 (a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum) containing SPGA (sucrose, phosphate, glutamate, and recombinant human albumin) as stabilizer and neomycin.

The growth medium for rubella is Minimum Essential Medium (MEM) [a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum] containing recombinant human albumin and neomycin. Sorbitol and hydrolyzed gelatin stabilizer are added to the individual virus harvests.

The cells, virus pools, and fetal bovine serum are all screened for the absence of adventitious agents. The reconstituted vaccine is for subcutaneous administration. Each 0.5 mL dose contains not less than 1,000 TCID$_{50}$ (tissue culture infectious doses) of measles virus; 20,000 TCID$_{50}$ of mumps virus; and 1,000 TCID$_{50}$ of rubella virus. Each dose of the vaccine is calculated to contain sorbitol (14.5 mg), sodium phosphate, sucrose (1.9 mg), sodium chloride, hydrolyzed gelatin (14.5 mg), recombinant human albumin (≤0.3 mg), fetal bovine serum (<1 ppm), other buffer and media ingredients and approximately 25 mcg of neomycin. The product contains no preservative.

Before reconstitution, the lyophilized vaccine is a light yellow compact crystalline plug. M-M-R II, when reconstituted as directed, is clear yellow.

Schedule 1 (collecting MMRII labels including label in effect in 2005).

353.2. In 2005, the Clinical Pharmacology section of Merck's MMRII label stated:

457

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1018

## CLINICAL PHARMACOLOGY

Measles, mumps, and rubella are three common childhood diseases, caused by measles virus, mumps virus (paramyxoviruses), and rubella virus (togavirus), respectively, that may be associated with serious complications and/or death. For example, pneumonia and encephalitis are caused by measles. Mumps is associated with aseptic meningitis, deafness and orchitis; and rubella during pregnancy may cause congenital rubella syndrome in the infants of infected mothers.

The impact of measles, mumps, and rubella vaccination on the natural history of each disease in the United States can be quantified by comparing the maximum number of measles, mumps, and rubella cases reported in a given year prior to vaccine use to the number of cases of each disease reported in 1995. For measles, 894,134 cases reported in 1941 compared to 288 cases reported in 1995 resulted in a 99.97% decrease in reported cases; for mumps, 152,209 cases reported in 1968 compared to 840 cases reported in 1995 resulted in a 99.45% decrease in reported cases; and for rubella, 57,686 cases reported in 1969 compared to 200 cases reported in 1995 resulted in a 99.65% decrease.[3]

Clinical studies of 284 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated. In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95%, mumps neutralizing antibodies in 96%, and rubella HI antibodies in 99% of susceptible persons. However, a small percentage (1-5%) of vaccinees may fail to seroconvert after the primary dose (see also INDICATIONS AND USAGE, *Recommended Vaccination Schedule*).

A study[4] of 6-month-old and 15-month-old infants born to vaccine-immunized mothers demonstrated that, following vaccination with ATTENUVAX, 74% of the 6-month-old infants developed detectable neutralizing (NT) titers while 100% of the 15-month-old infants developed NT. This rate of seroconversion is higher than that previously reported for 6-month-old infants born to naturally immune mothers tested by HI assay. When the 6-month-old infants of immunized mothers were revaccinated at 15 months, they developed antibody titers equivalent to the 15-month-old vaccinees. The lower seroconversion rate in 6-month-olds has two possible explanations: 1) Due to the limit of the detection level of the assays (NT and enzyme immunoassay [EIA]), the presence of trace amounts of undetectable maternal antibody might interfere with the seroconversion of infants; or 2) The immune system of 6-month-olds is not always capable of mounting a response to measles vaccine as measured by the two antibody assays.

There is some evidence to suggest that infants who are born to mothers who had wild-type measles and who are vaccinated at less than one year of age may not develop sustained antibody levels when later revaccinated. The advantage of early protection must be weighed against the chance for failure to respond adequately on reimmunization.[5,6]

Efficacy of measles, mumps, and rubella vaccines was established in a series of double-blind controlled field trials which demonstrated a high degree of protective efficacy afforded by the individual vaccine components.[7-12] These studies also established that seroconversion in response to vaccination against measles, mumps, and rubella paralleled protection from these diseases.[13-15]

Following vaccination, antibodies associated with protection can be measured by neutralization assays, HI, or ELISA (enzyme linked immunosorbent assay) tests. Neutralizing and ELISA antibodies to measles, mumps, and rubella viruses are still detectable in most individuals 11 to 13 years after primary vaccination.[16-18] See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing.

The RA 27/3 rubella strain in M-M-R II elicits higher immediate post-vaccination HI, complement-fixing and neutralizing antibody levels than other strains of rubella vaccine[19-25] and has been shown to induce a broader profile of circulating antibodies including anti-theta and anti-iota precipitating antibodies.[26,27] The RA 27/3 rubella strain immunologically simulates natural infection more closely than other rubella vaccine viruses.[27-29] The increased levels and broader profile of antibodies produced by RA 27/3 strain rubella virus vaccine appear to correlate with greater resistance to subclinical reinfection with the wild virus,[27,29-31] and provide greater confidence for lasting immunity.

Schedule 1 (collecting MMRII labels including label in effect in 2005).

354.    From 2005 when Merck made the rHA change to MMRII, until December 2007, when Merck changed the mumps end expiry specification, the Clinical Pharmacology Section of the MMRII label cited the efficacy studies supporting the licensure of the monovalent mumps vaccine and stated that these "these studies established that seroconversion in response to vaccination against … mumps … paralleled protection from … disease[]." Furthermore, the

458

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1019

Clinical Pharmacology section stated: "antibodies associated with protection can be measured by neutralization or ELISA assays."

355. In my opinion, the MMRII label from 2005 – 2007 was misleading because it omits that the seroconversion rate measured by the WT ELISA assay used in the clinical study supporting the change from HSA to rHA had not been shown to "parallel protection from disease" as the earlier studies cited in the label had demonstrated. Furthermore, because the WT ELISA assay used in Protocol 009 did not measure "antibodies associated with protection" it is misleading to omit that the WT ELISA assay could not provide reliable information about protection from disease.

### 2. MMRII Label 2007

356. In 2007, after Merck obtained approval to lower the mumps end expiry potency claim on the MMRII label, Merck's label stated "not less … 12,500 [4.1 log10] TCID50" of mumps  in the Description section of the label. The one clinical study supporting the change in potency, Protocol 007, was not included in the Clinical Pharmacology section of the label.

356.1. After the mumps end expiry change to the MMRII label in 2007, the "Description" section of the MMRII label stated:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1020**

# M-M-R® II
## (MEASLES, MUMPS, and
## RUBELLA VIRUS VACCINE LIVE)

**DESCRIPTION**

M-M-R\* II (Measles, Mumps, and Rubella Virus Vaccine Live) is a live virus vaccine for vaccination against measles (rubeola), mumps, and rubella (German measles).

M-M-R II is a sterile lyophilized preparation of (1) ATTENUVAX\* (Measles Virus Vaccine Live), a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain and propagated in chick embryo cell culture; (2) MUMPSVAX\* (Mumps Virus Vaccine Live), the Jeryl Lynn\*\* (B level) strain of mumps virus propagated in chick embryo cell culture; and (3) MERUVAX\* II (Rubella Virus Vaccine Live), the Wistar RA 27/3 strain of live attenuated rubella virus propagated in WI-38 human diploid lung fibroblasts.[1,2]

The growth medium for measles and mumps is Medium 199 (a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum) containing SPGA (sucrose, phosphate, glutamate, and recombinant human albumin) as stabilizer and neomycin.

The growth medium for rubella is Minimum Essential Medium (MEM) [a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum] containing recombinant human albumin and neomycin. Sorbitol and hydrolyzed gelatin stabilizer are added to the individual virus harvests.

The cells, virus pools, and fetal bovine serum are all screened for the absence of adventitious agents. The reconstituted vaccine is for subcutaneous administration. Each 0.5 mL dose contains not less than 1,000 $TCID_{50}$ (tissue culture infectious doses) of measles virus; 12,500 $TCID_{50}$ of mumps virus; and 1,000 $TCID_{50}$ of rubella virus. Each dose of the vaccine is calculated to contain sorbitol (14.5 mg), sodium phosphate, sucrose (1.9 mg), sodium chloride, hydrolyzed gelatin (14.5 mg), recombinant human albumin (≤0.3 mg), fetal bovine serum (<1 ppm), other buffer and media ingredients and approximately 25 mcg of neomycin. The product contains no preservative.

Before reconstitution, the lyophilized vaccine is a light yellow compact crystalline plug. M-M-R II, when reconstituted as directed, is clear yellow.

Schedule 1 (collecting MMRII labels including label in effect in 2007).

356.2. After the mumps end expiry change to the MMRII label in 2007 the "Clinical Pharmacology" section of the MMRII label stated:

460

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1021

## CLINICAL PHARMACOLOGY

Measles, mumps, and rubella are three common childhood diseases, caused by measles virus, mumps virus (paramyxoviruses), and rubella virus (togavirus), respectively, that may be associated with serious complications and/or death. For example, pneumonia and encephalitis are caused by measles. Mumps is associated with aseptic meningitis, deafness and orchitis; and rubella during pregnancy may cause congenital rubella syndrome in the infants of infected mothers.

The impact of measles, mumps, and rubella vaccination on the natural history of each disease in the United States can be quantified by comparing the maximum number of measles, mumps, and rubella cases reported in a given year prior to vaccine use to the number of cases of each disease reported in 1995. For measles, 894,134 cases reported in 1941 compared to 288 cases reported in 1995 resulted in a 99.97% decrease in reported cases; for mumps, 152,209 cases reported in 1968 compared to 840 cases reported in 1995 resulted in a 99.45% decrease in reported cases; and for rubella, 57,686 cases reported in 1969 compared to 200 cases reported in 1995 resulted in a 99.65% decrease.[3]

Clinical studies of 284 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated. In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95%, mumps neutralizing antibodies in 96%, and rubella HI antibodies in 99% of susceptible persons. However, a small percentage (1-5%) of vaccinees may fail to seroconvert after the primary dose (see also INDICATIONS AND USAGE, *Recommended Vaccination Schedule*).

A study[4] of 6-month-old and 15-month-old infants born to vaccine-immunized mothers demonstrated that, following vaccination with ATTENUVAX, 74% of the 6-month-old infants developed detectable neutralizing antibody (NT) titers while 100% of the 15-month-old infants developed NT. This rate of seroconversion is higher than that previously reported for 6-month-old infants born to naturally immune mothers tested by HI assay. When the 6-month-old infants of immunized mothers were revaccinated at 15 months, they developed antibody titers equivalent to the 15-month-old vaccinees. The lower seroconversion rate in 6-month-olds has two possible explanations: 1) Due to the limit of the detection level of the assays (NT and enzyme immunoassay [EIA]), the presence of trace amounts of undetectable maternal antibody might interfere with the seroconversion of infants; or 2) The immune system of 6-month-olds is not always capable of mounting a response to measles vaccine as measured by the two antibody assays.

There is some evidence to suggest that infants who are born to mothers who had wild-type measles and who are vaccinated at less than one year of age may not develop sustained antibody levels when later revaccinated. The advantage of early protection must be weighed against the chance for failure to respond adequately on reimmunization.[5,6]

Efficacy of measles, mumps, and rubella vaccines was established in a series of double-blind controlled trials which demonstrated a high degree of protective efficacy afforded by the individual vaccine components.[7-12] These studies also established that seroconversion in response to vaccination against measles, mumps, and rubella paralleled protection from these diseases.[13-15]

Following vaccination, antibodies associated with protection can be measured by neutralization assays, HI, or ELISA (enzyme linked immunosorbent assay) tests. Neutralizing and ELISA antibodies to measles, mumps, and rubella viruses are still detectable in most individuals 11 to 13 years after primary vaccination.[16-18] See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing.

The RA 27/3 rubella strain in M-M-R II elicits higher immediate post-vaccination HI, complement-fixing and neutralizing antibody levels than other strains of rubella vaccine[19-25] and has been shown to induce a broader profile of circulating antibodies including anti-theta and anti-iota precipitating antibodies.[26,27] The RA 27/3 rubella strain immunologically simulates natural infection more closely than other rubella vaccine viruses.[27-29] The increased levels and broader profile of antibodies produced by RA 27/3 strain rubella virus vaccine appear to correlate with greater resistance to subclinical reinfection with the wild virus,[27,29-31] and provide greater confidence for lasting immunity.

Schedule 1 (collecting MMRII labels including label in effect in 2007).

357.   From 2007 when Merck's sBLA to lower the end expiry potency of the mumps component of MMRII, through the present (2018), the Clinical Pharmacology Section of the MMRII label cited the efficacy studies supporting the licensure of the monovalent mumps

461

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

vaccine and stated that these "these studies established that seroconversion in response to vaccination against … mumps … paralleled protection from … disease[]." Furthermore, the Clinical Pharmacology section stated: "antibodies associated with protection can be measured by neutralization or ELISA assays."

358.   In my opinion, the MMRII label from 2007 through the present (2018) was misleading because it omitted that the seroconversion rate measured by the WT ELISA assay used in the clinical study supporting the change in the mumps end-expiry potency had not been shown to "parallel protection from disease" as the earlier studies cited in the label had reported. Furthermore, because the AIGENT and WT ELISA assays used in Protocol 007 did not measure "antibodies associated with protection" it is misleading to omit that Protocol 007 data could not provide reliable information about protection from disease.

359.   In my opinion, the MMRII label after 2007 failed to state that the assays used in the clinical study to support a 12,500 [4.1 $\log_{10}$] $TCID_{50}$ potency were not able to assure that the vaccine dose at 12,500 [4.1 $\log_{10}$] $TCID_{50}$ was protective against disease.  Furthermore, the reasons why Merck could not assure the vaccine at 4.1 log was protective were:

  – Neither the AIGENT nor the WT ELISA measured protection against disease;
  – In the AIGENT, the "large proportion of missing data precluded a conclusion of success" at 4.1 log [12,500];[920]

### 3.   ProQuad Label

360.   In 2005, after Merck obtained an FDA-approved license to sell ProQuad the ProQuad label has included the following sections: "Description," "Clinical Pharmacology" and "Clinical Studies."  From 2005 until 2018, there have been two relevant revisions to the ProQuad

---

[920] MRK-KRA00000479.

462

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

label.  The five clinical studies supporting the BLA for ProQuad are cited in the Clinical Studies

section of the label.

360.1. In 2005, the "Description" section in Merck's ProQuad label stated:

**ProQuad®**
**[Measles, Mumps, Rubella and Varicella (Oka/Merck) Virus Vaccine Live]**

**DESCRIPTION**

ProQuad® is a combined attenuated live virus vaccine containing measles, mumps, rubella, and varicella viruses. ProQuad is a sterile lyophilized preparation of (1) the components of M-M-R®II (Measles, Mumps and Rubella Virus Vaccine Live): Measles Virus Vaccine Live, a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain and propagated in chick embryo cell culture; Mumps Virus Vaccine Live, the Jeryl Lynn™ (B level) strain of mumps virus propagated in chick embryo cell culture; Rubella Virus Vaccine Live, the Wistar RA 27/3 strain of live attenuated rubella virus propagated in WI-38 human diploid lung fibroblasts; and (2) Varicella Virus Vaccine Live (Oka/Merck), the Oka/Merck strain of varicella-zoster virus propagated in MRC-5 cells. The cells, virus pools, bovine serum, and human albumin used in manufacturing are all tested to provide assurance that the final product is free of potential adventitious agents.

ProQuad, when reconstituted as directed, is a sterile preparation for subcutaneous administration. Each 0.5-mL dose contains not less than $3.00 \log_{10}$ TCID$_{50}$ (50% tissue culture infectious dose) of measles virus; $4.30 \log_{10}$ TCID$_{50}$ of mumps virus; $3.00 \log_{10}$ TCID$_{50}$ of rubella virus; and a minimum of $3.99 \log_{10}$ PFU (plaque-forming units) of Oka/Merck varicella virus.

Each 0.5-mL dose of the vaccine contains no more than 21 mg of sucrose, 11 mg of hydrolyzed gelatin, 2.4 mg of sodium chloride, 1.8 mg of sorbitol, 0.40 mg of monosodium L-glutamate, 0.34 mg of sodium phosphate dibasic, 0.31 mg of human albumin, 0.17 mg of sodium bicarbonate, 72 mcg of potassium phosphate monobasic, 60 mcg of potassium chloride; 36 mcg of potassium phosphate dibasic; residual components of MRC-5 cells including DNA and protein; <16 mcg of neomycin, bovine calf serum (0.5 mcg), and other buffer and media ingredients. The product contains no preservative.

MRK-KRA00177125.

360.2. In 2005, the Clinical Pharmacology section of Merck's ProQuad label stated:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**CLINICAL PHARMACOLOGY**

*Background*

Measles, mumps, rubella, and varicella are 4 common childhood diseases caused by measles virus, mumps virus, rubella virus, and varicella virus, respectively. These diseases may be associated with serious complications and/or death. For example, measles can be associated with pneumonia and encephalitis; mumps can be associated with aseptic meningitis, deafness, and orchitis; rubella occurring during pregnancy can cause congenital rubella syndrome in the infants of infected mothers; and wild-type varicella can be associated with bacterial superinfection, pneumonia, encephalitis, and Reye's syndrome.

*Mechanism of action*

In clinical efficacy studies, seroconversion in response to vaccination against measles, mumps, and rubella paralleled protection from these diseases. Also, in previous studies with varicella vaccine, antibody responses against varicella virus ≥5 units/mL in a glycoprotein enzyme-linked immunosorbent assay (gpELISA) (not commercially available) similarly correlated with long-term protection. Clinical studies with a single dose of ProQuad have shown that vaccination elicited rates of antibody responses against measles, mumps, and rubella that were similar to those observed after vaccination with a single dose of M-M-RII (see CLINICAL STUDIES) and seroresponse rates for varicella virus were similar to those observed after vaccination with a single dose of VARIVAX (see CLINICAL STUDIES). The duration of protection from measles, mumps, rubella, and varicella infections after vaccination with ProQuad is unknown.

*Persistence of Antibody Responses after Vaccination*

The persistence of antibody at 1 year after vaccination was evaluated in a subset of 2107 children enrolled in the clinical trials. Antibody was detected in 98.9% (1722/1741) for measles, 96.7% (1676/1733) for mumps, 99.6% (1796/1804) for rubella, and 97.5% (1512/1550) for varicella (≥5 gpELISA units/mL) of vaccinees following a single dose of ProQuad.

Experience with M-M-RII demonstrates that antibodies to measles, mumps, and rubella viruses are still detectable in most individuals 11 to 13 years after primary vaccination.[1] Varicella antibodies were present for up to ten years post-vaccination in most of the individuals tested who received 1 dose of VARIVAX.

*Id.* at '125-126.

360.3. In 2005, the Clinical Studies section of Merck's ProQuad label stated:

464

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1025**

**CLINICAL STUDIES**

Formal studies to evaluate the clinical efficacy of ProQuad have not been performed.

Efficacy of the measles, mumps, rubella and varicella components of ProQuad was previously established in a series of clinical studies with the monovalent vaccines. A high degree of protection from infection was demonstrated in these studies.[2-9]

*Immunogenicity*

Immunogenicity was studied in 5835 healthy children 12 months to 6 years of age with a negative clinical history of measles, mumps, rubella, and varicella who participated in 5 randomized clinical trials. The immunogenicity of ProQuad was similar to that of its individual component vaccines (M-M-RII and VARIVAX), which are currently used in routine immunization.

The presence of detectable antibody was assessed by an appropriately sensitive enzyme-linked immunosorbent assay (ELISA) for measles, mumps (wild type and vaccine type strains), and rubella, and by gpELISA for varicella. For evaluation of vaccine response rates, a positive result in the measles ELISA corresponded to measles antibody concentrations of ≥255 mIU/mL when compared to the WHO II (66/202) Reference Immunoglobulin for Measles.

Children were positive for mumps antibody if the antibody level was ≥10 ELISA units/mL. A positive result in the rubella ELISA corresponded to concentrations of ≥10 IU rubella antibody/mL when compared to the WHO International Reference Serum for Rubella; children with varicella antibody levels ≥5 gpELISA units/mL were considered to be seropositive since a response rate based on ≥5 gpELISA units/mL has been shown to be highly correlated with long-term protection.

*Children who received a single dose of ProQuad at 12-23 months of age*

In 4 randomized clinical trials, 5446 healthy children 12 to 23 months of age were administered ProQuad, and 2038 children were vaccinated with M-M-RII and VARIVAX given concomitantly at separate injection sites. Subjects enrolled in each of these trials had a negative clinical history, no known recent exposure and no vaccination history for varicella, measles, mumps, and rubella. Children were excluded from study participation if they had an immune impairment or had a history of allergy to components of the vaccine(s). Except for in 1 trial (see *Studies With Other Vaccines*), no concomitant vaccines were permitted during study participation. Following a single dose of ProQuad, the vaccine response rates were 97.4% (95% CI: 96.9, 97.9) for measles, 95.8 (95% CI: 95.1, 96.4) to 98.8% (95% CI: 97.9, 99.4) for mumps, and 98.5% (95% CI: 98.1, 98.8) for rubella. The vaccine response rate was 91.2% (95% CI: 90.3, 92.0) for varicella. These results were similar to the immune response rates induced by concomitant administration of single doses of M-M-RII and VARIVAX at separate injection sites. Fever and measles-like rashes were the only adverse experiences that occurred more frequently in recipients of a single dose of ProQuad compared with recipients of single doses of M-M-RII and VARIVAX (see ADVERSE REACTIONS).

*Id.* at '126.

360.4. The 2005 ProQuad Clinical Studies section also stated:

*Children Who Received a Second Dose of ProQuad*

In 2 of the 4 randomized clinical trials described above, a subgroup (N=1035) of the 5446 children administered a single dose of ProQuad were administered a second dose of ProQuad approximately 3 months after the first dose. Children were excluded from receiving a second dose of ProQuad if they were recently exposed to or developed varicella, measles, mumps, and/or rubella prior to receipt of the second dose. No concomitant vaccines were administered to these children. The proportion of initially seronegative vaccinees with positive serological responses following two doses were 99.4% (95% CI:

98.6, 99.8) for measles, 99.9% (95% CI: 99.4, 100) for mumps, 98.3% (95% CI: 97.2, 99.0) for rubella, and 99.4% (95% CI: 98.7, 99.8) for varicella (≥5 gpELISA units/mL). The geometric mean titers (GMTs) following the second dose of ProQuad increased approximately 2-fold each for measles, mumps, and rubella, and approximately 41-fold for varicella.

In these trials, the rates of adverse experiences after the second dose of ProQuad were generally similar to, or lower than, those seen with the first dose. The fever rate was lower after the second dose than after the first dose.

*Id.* at '126-127.

360.5. The 2005 ProQuad Clinical Studies section also stated:

465

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1026**

*Children Who Received ProQuad at 4 to 6 Years of Age After Primary Vaccination With M-M-RII and VARIVAX*

In a clinical trial involving 799 healthy 4- to 6-year-old children who had received M-M-RII and VARIVAX at least 1 month prior to study entry, 399 received ProQuad and placebo while 205 received M-M-RII and placebo concomitantly at separate injection sites. Another 195 healthy children were administered M-M-RII and VARIVAX concomitantly at separate injection sites. Children were eligible if they were previously administered primary doses of M-M-RII and VARIVAX, either concomitantly or non-concomitantly, at 12 months of age or older. Children were excluded if they were recently exposed to measles, mumps, rubella, and/or varicella, had an immune impairment, or had a history of allergy to components of the vaccine(s). No concomitant vaccines were permitted during study participation.

Following the dose of ProQuad, seropositivity rates were 99.2% (95% CI: 97.6, 99.8) for measles, 99.5% (95% CI: 98.0, 99.9) for mumps, 100% (95% CI: 99.0, 100) for rubella, and 98.9% (95% CI: 97.2, 99.7) for varicella (≥5 gpELISA units/mL). Approximate geometric mean fold-rises in antibody titers (pre-vaccination to post-vaccination) for measles, mumps, rubella, and varicella were 1.2, 2.4, 3.0 and 12, respectively. Post-vaccination GMTs for recipients of ProQuad were similar to those following a second dose of M-M-RII and VARIVAX administered concomitantly at separate injection sites. Additionally, GMTs for measles, mumps, and rubella were similar to those following a second dose of M-M-RII given concomitantly with placebo. The rates of adverse experiences, including the most commonly reported adverse experiences of injection site reactions, nasopharyngitis and cough were generally similar among the 3 treatment groups.

*Id.* at '127.

360.6. The 2005 ProQuad Clinical Studies section stated:

*Studies With Other Vaccines*

In a clinical trial involving 1913 healthy children 12 to 15 months of age, 949 received ProQuad plus Diphtheria and Tetanus Toxoids and Acellular Pertussis Vaccine Adsorbed (DTaP) and *Haemophilus Influenzae* type b Conjugate (Meningococcal Protein Conjugate) and Hepatitis B (Recombinant) Vaccine concomitantly at separate injection sites. Another 485 healthy children received ProQuad at the initial visit followed by DTaP and *Haemophilus* b Conjugate and Hepatitis B (Recombinant) Vaccine given concomitantly 6 weeks later while 479 children were immunized with M-M-RII and VARIVAX given concomitantly at separate injection sites at the first visit. Seroconversion rates and antibody titers for measles, mumps, rubella, varicella, anti-PRP and hepatitis B were comparable between the 2 groups at approximately 6 weeks post-vaccination indicating the ProQuad and *Haemophilus* b Conjugate (Meningococcal Protein Conjugate) and Hepatitis B (Recombinant) Vaccine may be administered concomitantly at separate injection sites. There are insufficient data to support concomitant immunization with diphtheria, tetanus and acellular pertussis vaccine. No clinically significant differences in adverse experiences were reported between treatment groups.

*Id.* at '127.

360.7. In 2009 the "Description" section in Merck's ProQuad label stated:

466

ProQuad®
Measles, Mumps, Rubella and Varicella Virus Vaccine Live                                   9950900

**11   DESCRIPTION**

ProQuad (Measles, Mumps, Rubella and Varicella Virus Vaccine Live) is a combined, attenuated, live virus vaccine containing measles, mumps, rubella, and varicella viruses. ProQuad is a sterile lyophilized preparation of (1) the components of M-M-R II (Measles, Mumps, and Rubella Virus Vaccine Live): Measles Virus Vaccine Live, a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain and propagated in chick embryo cell culture; Mumps Virus Vaccine Live, the Jeryl Lynn™ (B level) strain of mumps virus propagated in chick embryo cell culture; Rubella Virus Vaccine Live, the Wistar RA 27/3 strain of live attenuated rubella virus propagated in WI-38 human diploid lung fibroblasts; and (2) Varicella Virus Vaccine Live (Oka/Merck), the Oka/Merck strain of varicella-zoster virus propagated in MRC-5 cells. The cells, virus pools, bovine serum, and human albumin used in manufacturing are all tested to provide assurance that the final product is free of potential adventitious agents.

ProQuad, when reconstituted as directed, is a sterile suspension for subcutaneous administration. Each 0.5-mL dose contains not less than 3.00 $\log_{10}$ $TCID_{50}$ of measles virus; 4.30 $\log_{10}$ $TCID_{50}$ of mumps virus; 3.00 $\log_{10}$ $TCID_{50}$ of rubella virus; and a minimum of 3.99 $\log_{10}$ PFU of Oka/Merck varicella virus.

Each 0.5-mL dose of the vaccine contains no more than 21 mg of sucrose, 11 mg of hydrolyzed gelatin, 2.4 mg of sodium chloride, 1.8 mg of sorbitol, 0.40 mg of monosodium L-glutamate, 0.34 mg of sodium phosphate dibasic, 0.31 mg of human albumin, 0.17 mg of sodium bicarbonate, 72 mcg of potassium phosphate monobasic, 60 mcg of potassium chloride; 36 mcg of potassium phosphate dibasic; residual components of MRC-5 cells including DNA and protein; <16 mcg of neomycin, bovine calf serum (0.5 mcg), and other buffer and media ingredients. The product contains no preservative.

MRK-KRA01634450 at '465.

360.8. In 2009 the "Clinical Pharmacology" section in Merck's ProQuad label stated:

**12   CLINICAL PHARMACOLOGY**

**12.1   Mechanism of Action**

ProQuad has been shown to induce measles-, mumps-, rubella-, and varicella-specific immunity, which is thought to be the mechanism by which it protects against these four childhood diseases.

The efficacy of ProQuad was established through the use of immunological correlates for protection against measles, mumps, rubella, and varicella. Results from efficacy studies or field effectiveness studies that were previously conducted for the component vaccines were used to define levels of serum antibodies that correlated with protection against measles, mumps, and rubella. Also, in previous studies with varicella vaccine, antibody responses against varicella virus ≥5 gpELISA units/mL in a glycoprotein enzyme-linked immunosorbent assay (gpELISA) (not commercially available) similarly correlated with long-term protection. In these efficacy studies, the clinical endpoint for measles and mumps was a clinical diagnosis of either disease confirmed by a 4-fold or greater rise in serum antibody titers between either postvaccination or acute and convalescent titers; for rubella, a 4-fold or greater rise in antibody titers with or without clinical symptoms of rubella; and for varicella, varicella-like rash that occurred >42 days postvaccination and for which varicella was not excluded by either viral cultures of the lesion or serological tests. Specific laboratory evidence of varicella either by serology or culture was not required to confirm the diagnosis of varicella. Clinical studies with a single dose of ProQuad have shown that vaccination elicited rates of antibody responses against measles, mumps, and rubella that were similar to those observed after vaccination with a single dose of M-M-R II [see Clinical Studies (14)] and seroresponse rates for varicella virus were similar to those observed after vaccination with a single dose of VARIVAX [see Clinical Studies (14)]. The duration of protection from measles, mumps, rubella, and varicella infections after vaccination with ProQuad is unknown.

*Id.* at '465.

360.9. In 2009 the "Clinical Studies" section in Merck's ProQuad label stated:

**14   CLINICAL STUDIES**

Formal studies to evaluate the clinical efficacy of ProQuad have not been performed.

Efficacy of the measles, mumps, rubella, and varicella components of ProQuad was previously established in a series of clinical studies with the monovalent vaccines. A high degree of protection from infection was demonstrated in these studies.[10-17]

467

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1028**

*Id.* at '466.

360.10.    In 2009 the ProQuad Label also stated:

*Immunogenicity in Children 12 Months to 6 Years of Age*
Prior to licensure, immunogenicity was studied in 5845 healthy children 12 months to 6 years of age with a negative clinical history of measles, mumps, rubella, and varicella who participated in 5 randomized clinical trials. The immunogenicity of ProQuad was similar to that of its individual component vaccines (M-M-R II and VARIVAX), which are currently used in routine vaccination.
The presence of detectable antibody was assessed by an appropriately sensitive enzyme-linked immunosorbent assay (ELISA) for measles, mumps (wild-type and vaccine-type strains), and rubella, and by gpELISA for varicella. For evaluation of vaccine response rates, a positive result in the measles ELISA corresponded to measles antibody concentrations of •255 mIU/mL when compared to the WHO II (66/202) Reference Immunoglobulin for Measles.
Children were positive for mumps antibody if the antibody level was •10 ELISA units/mL. A positive result in the rubella ELISA corresponded to concentrations of •10 IU rubella antibody/mL when compared to the WHO International Reference Serum for Rubella; children with varicella antibody levels •5 gpELISA units/mL were considered to be seropositive since a response rate based on •5 gpELISA units/mL has been shown to be highly correlated with long-term protection.

*Id.* at '466.

360.11.    In 2009 the ProQuad Label also stated:

*Immunogenicity in Children 12 to 23 Months of Age After a Single Dose*
In 4 randomized clinical trials, 5446 healthy children 12 to 23 months of age were administered ProQuad, and 2038 children were vaccinated with M-M-R II and VARIVAX given concomitantly at separate injection sites. Subjects enrolled in each of these trials had a negative clinical history, no known recent exposure, and no vaccination history for varicella, measles, mumps, and rubella. Children were excluded from study participation if they had an immune impairment or had a history of allergy to components of the vaccine(s). Except for in 1 trial *[see ProQuad Administered with Diphtheria and Tetanus Toxoids and Acellular Pertussis Vaccine Adsorbed (DTaP) and Haemophilus influenzae type b Conjugate (Meningococcal Protein Conjugate) and Hepatitis B (Recombinant) Vaccine below]*, no concomitant vaccines were permitted during study participation. The race distribution of the study subjects across these studies following a first dose of ProQuad was as follows: 66.3% White; 12.7% African-American; 9.9% Hispanic; 6.7% Asian/Pacific; 4.2% other; and 0.2% American Indian. The gender distribution of the study subjects across these studies following a first dose of ProQuad was 52.6% male and 47.4% female. A summary of combined immunogenicity results 6 weeks following administration of a single dose of ProQuad or M-M-R II and VARIVAX is shown in Table 10. These results were similar to the immune response rates induced by concomitant administration of single doses of M-M-R II and VARIVAX at separate injection sites (lower bound of the 95% CI for the risk difference in measles, mumps, and rubella seroconversion rates were >-5.0 percentage points and the lower bound of the 95% CI for the risk difference in varicella seroprotection rates was either >-15 percentage points [one study] or >-10.0 percentage points [three studies]).

*Id.* at '466.

360.12.    The 2009 ProQuad Label Table 10 stated:

Table 10
Summary of Combined Immunogenicity Results 6 Weeks Following the Administration of a Single Dose of ProQuad (Varicella Virus Potency •3.97 log$_{10}$ PFU) or M-M-R II and VARIVAX (Per-Protocol Population)

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1029**

| Group | Antigen | n | Observed Response Rate (95% CI) | Observed GMT (95% CI) |
|---|---|---|---|---|
| ProQuad (N=5446[†]) | Varicella | 4381 | 91.2% (90.3%, 92.0%) | 15.5 (15.0, 15.9) |
| | Measles | 4733 | 97.4% (96.9%, 97.9%) | 3124.9 (3038.9, 3213.3) |
| | Mumps (OD cutoff)[‡] | 973 | 98.8% (97.9%, 99.4%) | 105.3 (98.0, 113.1) |
| | Mumps (wild-type ELISA)[‡] | 3735 | 95.8% (95.1%, 96.4%) | 93.1 (90.2, 96.0) |
| | Rubella | 4773 | 98.5% (98.1%, 98.8%) | 91.8 (89.6, 94.1) |
| M-M-R II + VARIVAX (N=2038[†]) | Varicella | 1417 | 94.1% (92.8%, 95.3%) | 16.6 (15.9, 17.4) |
| | Measles | 1516 | 98.2% (97.4%, 98.8%) | 2239.6 (2138.3, 2345.6) |
| | Mumps (OD cutoff)[‡] | 501 | 99.4% (98.3%, 99.9%) | 87.5 (79.7, 96.0) |
| | Mumps (wild-type ELISA)[‡] | 1017 | 98.0% (97.0%, 98.8%) | 90.8 (86.2, 95.7) |
| | Rubella | 1528 | 98.5% (97.7%, 99.0%) | 102.2 (97.8, 106.7) |

[†] Includes ProQuad + Placebo followed by ProQuad (Visit 1) (Protocol 009), ProQuad Middle and High Doses (Visit 1) (Protocol 011), ProQuad (Lot 1, Lot 2, Lot 3) (Protocol 012), both the Concomitant and Non-concomitant groups (Protocol 013).

[‡] The mumps antibody response was assessed by a vaccine-strain ELISA in Protocols 009 and 011 and by a wild-type ELISA in Protocols 012 and 013. In the former assay, the serostatus was based on the OD cutoff of the assay. In the latter assay, 10 mumps ELISA units was used as the serostatus cutoff.

n = Number of per-protocol subjects with evaluable serology.
CI = Confidence interval.
GMT = Geometric mean titer.
ELISA = Enzyme-linked immunosorbent assay.
PFU = Plaque-forming units.
OD = Optical density.

*Id.* at '466-467.

360.13.    The 2009 ProQuad Label also stated:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1030**

*Immunogenicity in Children 15 to 31 Months of Age After a Second Dose of ProQuad*

In 2 of the 4 randomized clinical trials described above, a subgroup (N=1035) of the 5446 children administered a single dose of ProQuad were administered a second dose of ProQuad approximately 3 to 9 months after the first dose. Children were excluded from receiving a second dose of ProQuad if they were recently exposed to or developed varicella, measles, mumps, and/or rubella prior to receipt of the second dose. No concomitant vaccines were administered to these children. The race distribution across these studies following a second dose of ProQuad was as follows: 67.3% White; 14.3% African-American; 8.3% Hispanic; 5.4% Asian/Pacific; 4.4% other; 0.2% American Indian; and 0.10% mixed. The gender distribution of the study subjects across these studies following a second dose of ProQuad was 50.4% male and 49.6% female. A summary of immune responses following a second dose of ProQuad is presented in Table 11. Results from this study showed that 2 doses of ProQuad administered at least 3 months apart elicited a positive antibody response to all four antigens in greater than 98% of subjects. The geometric mean titers (GMTs) following the second dose of ProQuad increased approximately 2-fold each for measles, mumps, and rubella, and approximately 41-fold for varicella.

**Table 11**
**Summary of Immune Response to a First and Second Dose of ProQuad**
**in Subjects < 3 Years of Age Who Received ProQuad with a Varicella Virus Dose • 3.97 Log$_{10}$ PFU[†]**

| Antigen | Serostatus Cutoff/ Response Criteria | Dose 1 N=1097 | | Dose 2 N=1097 | |
|---|---|---|---|---|---|
| | | Observed Response Rate | Observed GMT | Observed Response Rate | Observed GMT |
| | | n (95% CI) | (95% CI) | n (95% CI) | (95% CI) |
| Measles | • 120 mIU/mL[‡] | 915 98.1% (97.0%, 98.9%) | 2958.8 (2786.3, 3137.7) | 915 99.5% (98.7%, 99.8%) | 5958.0 (5518.9, 6432.1) |
| | • 255 mIU/mL | 943 97.8% (96.6%, 98.6%) | 2968.0 (2793.4, 3149.2) | 943 99.4% (98.6%, 99.8%) | 5919.3 (5486.2, 6386.6) |
| Mumps | • CD Cutoff (ELISA antibody units) | 920 98.7% (97.7%, 99.3%) | 106.7 (99.1, 114.8) | 920 99.9% (99.4%, 100%) | 253.1 (237.9, 269.2) |
| Rubella | • 10 IU/mL | 937 97.7% (96.5%, 98.5%) | 91.1 (85.8, 96.6) | 937 98.3% (97.2%, 99.0%) | 158.8 (149.1, 169.2) |
| Varicella | • <1.25 to • 5 gpELISA units | 864 86.6% (84.1%, 88.8%) | 11.6 (10.9, 12.3) | 864 99.4% (98.7%, 99.8%) | 477.5 (437.8, 520.7) |
| | • CD Cutoff (gpELISA units) | 695 87.2% (84.5%, 89.6%) | 11.6 (10.9, 12.4) | 695 99.4% (98.5%, 99.8%) | 478.7 (434.8, 527.1) |

[†] Includes the following treatment groups: ProQuad + Placebo followed by ProQuad (Visit 1) (Protocol 009) and ProQuad (Middle and High Dose) (Protocol 011).
[‡] Samples from Protocols 009 and 011 were assayed in the legacy format Measles ELISA, which reported antibody titers in Measles ELISA units. To convert titers from ELISA units to mIU/mL, titers for these 2 protocols were divided by 0.1025. The lowest measurable titer postvaccination is 207.5 mIU/mL. The response rate for measles in the legacy format is the percent of subjects with a negative baseline measles antibody titer, as defined by the optical density (OD) cutoff, with a postvaccination measles antibody titer • 207.5 mIU/mL.
Samples from Protocols 009 and 011 were assayed in the legacy format Rubella ELISA, which reported antibody titers in Rubella ELISA units. To convert titers from ELISA units to IU/mL, titers for these 2 protocols were divided by 1.28.
ProQuad (Middle Dose) = ProQuad containing a varicella virus dose of 3.97 log$_{10}$ PFU.
ProQuad (High Dose) = ProQuad containing a varicella virus dose of 4.25 log$_{10}$ PFU.
ELISA = Enzyme-linked immunosorbent assay.
gpELISA = Glycoprotein enzyme-linked immunosorbent assay.
N = Number vaccinated at baseline.
n = Number of subjects who were per-protocol Postdose 1 and Postdose 2 and satisfied the given prevaccination serostatus cutoff.
CI = Confidence interval.
GMT = Geometric mean titer.
PFU = Plaque-forming units.

*Id.* at '467-468.

360.14.     The 2009 ProQuad Label also stated:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1031**

*Immunogenicity in Children 4 to 6 Years of Age Who Received a First Dose of ProQuad After Primary Vaccination With M-M-R II and VARIVAX*

In a clinical trial, 799 healthy 4- to 6-year-old children who had received M-M-R II and VARIVAX at least 1 month prior to study entry were randomized to receive ProQuad and placebo (N=399), M-M-R II and placebo concomitantly at separate injection sites (N=205), or M-M-R II and VARIVAX concomitantly at separate injection sites (N=195). Children were eligible if they were previously administered primary doses of M-M-R II and VARIVAX, either concomitantly or non-concomitantly, at 12 months of age or older. Children were excluded if they were recently exposed to measles, mumps, rubella, and/or varicella, had an immune impairment, or had a history of allergy to components of the vaccine(s). No concomitant vaccines were permitted during study participation. *[See Adverse Reactions (6.1) for ethnicity and gender information.]*

A summary of antibody responses to measles, mumps, rubella, and varicella at 6 weeks postvaccination in subjects who had previously received M-M-R II and VARIVAX is shown in Table 12. Results from this study showed that a first dose of ProQuad after primary vaccination with M-M-R II and VARIVAX elicited a positive antibody response to all four antigens in greater than 98% of subjects. Post-vaccination GMTs for recipients of ProQuad were similar to those following a second dose of M-M-R II and VARIVAX administered concomitantly at separate injection sites (the lower bound of the 95% CI around the fold difference in measles, mumps, rubella, and varicella GMTs excluded 0.5). Additionally, GMTs for measles, mumps, and rubella were similar to those following a second dose of M-M-R II given concomitantly with placebo (the lower bound of the 95% CI around the fold difference for the comparison of measles, mumps, and rubella GMTs excluded 0.5).

**Table 12**
**Summary of Antibody Responses to Measles, Mumps, Rubella, and Varicella at 6 Weeks Postvaccination in Subjects 4 to 6 Years of Age Who Had Previously Received M-M-R II and VARIVAX (Per-Protocol Population)**

| Group Number (Description) | n | GMT (95% CI) | Seropositivity Rate (95% CI) | % ≥4-Fold Rise in Titer (95% CI) | Geometric Mean Fold Rise (95% CI) |
|---|---|---|---|---|---|
| | | **Measles[1]** | | | |
| Group 1 (N=399) (ProQuad + placebo) | 387 | 1985.9 (1817.6, 2169.9) | 100% (99.0%, 100%) | 4.9% (2.9%, 7.8%) | 1.21 (1.13, 1.30) |
| Group 2 (N=205) (M-M-R II + placebo) | 185 | 2046.9 (1815.2, 2308.2) | 100% (98.0%, 100%) | 4.3% (1.9%, 8.3%) | 1.28 (1.17, 1.40) |
| Group 3 (N=195) (M-M-R II + VARIVAX) | 171 | 2084.3 (1852.3, 2345.5) | 99.4% (96.8%, 100%) | 4.7% (2.0%, 9.0%) | 1.31 (1.17, 1.46) |
| | | **Mumps[2]** | | | |
| Group 1 (N=399) (ProQuad + placebo) | 387 | 206.0 (188.2, 225.4) | 99.5% (98.0%, 99.9%) | 27.2% (22.8%, 32.1%) | 2.43 (2.19, 2.69) |
| Group 2 (N=205) (M-M-R II + placebo) | 185 | 308.5 (269.6, 352.9) | 100% (98.0%, 100%) | 41.1% (33.9%, 48.5%) | 3.69 (3.14, 4.32) |
| Group 3 (N=195) (M-M-R II + VARIVAX) | 171 | 296.9 (262.5, 333.5) | 100% (97.9%, 100%) | 41.5% (34.0%, 49.3%) | 3.36 (2.84, 3.97) |
| | | **Rubella[3]** | | | |
| Group 1 (N=399) (ProQuad + placebo) | 387 | 217.3 (200.1, 236.0) | 100% (99.0%, 100%) | 32.7% (27.9%, 37.8%) | 3.00 (2.72, 3.31) |
| Group 2 (N=205) (M-M-R II + placebo) | 185 | 174.0 (157.3, 192.6) | 100% (98.0%, 100%) | 31.9% (25.2%, 39.1%) | 2.81 (2.41, 3.27) |
| Group 3 (N=195) (M-M-R II + VARIVAX) | 171 | 154.1 (138.9, 170.9) | 99.4% (96.8%, 100%) | 26.9% (20.4%, 34.2%) | 2.47 (2.17, 2.81) |
| | | **Varicella[4]** | | | |
| Group 1 (N=399) (ProQuad + placebo) | 387 | 322.2 (278.9, 372.2) | 98.9% (97.2%, 99.7%) | 80.7 (76.2%, 84.6%) | 12.43 (10.65, 14.53) |
| Group 2 (N=205) (M-M-R II + placebo) | 185 | N/A | N/A | N/A | N/A |
| Group 3 (N=195) (M-M-R II + VARIVAX) | 171 | 209.3 (171.2, 255.9) | 99.4% (96.8%, 100%) | 71.9% (64.6%, 78.5%) | 8.50 (6.65, 10.81) |

[1] Measles GMTs are reported in mIU/mL; seropositivity corresponds to ≥120 mIU/mL.
[2] Mumps GMTs are reported in mumps Ab units/mL; seropositivity corresponds to ≥10 Ab units/mL.
[3] Rubella titers obtained by the legacy format were converted to their corresponding titers in the modified format. Rubella serostatus was determined after the conversion to IU/mL; seropositivity corresponds to ≥10 IU/mL.
[4] Varicella GMTs are reported in gpELISA units/mL; seropositivity rate is reported by % of subjects with postvaccination antibody titers ≥5 gpELISA units/mL. Percentages are calculated as the number of subjects who met the criterion divided by the number of subjects contributing to the per-protocol analysis.
gpELISA = Glycoprotein enzyme-linked immunosorbent assay; ELISA = Enzyme-linked immunosorbent assay; CI = Confidence interval; GMT = Geometric mean titer; N/A = Not applicable; N = Number of subjects vaccinated; n = number of subjects in the per-protocol analysis.

*Id.* at '468-469.

360.15.    The 2009 ProQuad Label also stated:

471

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1032

*Immunogenicity Following Concomitant Use with Other Vaccines*
*ProQuad with Pneumococcal 7-valent Conjugate Vaccine and/or VAQTA*

In a clinical trial, 1027 healthy children 12 to 15 months of age were randomized to receive ProQuad and pneumococcal 7-valent conjugate vaccine concomitantly (N=510) at separate injection sites or ProQuad and pneumococcal 7-valent conjugate vaccine non-concomitantly (N=517) **at** separate clinic visits. *[See Adverse Reactions (6.1) for ethnicity and gender information.]* The statistical analysis of non-inferiority in antibody response rates to measles, mumps, rubella, and varicella at 6 weeks postvaccination for subjects are shown in Table 13. In the per-protocol population, seroconversion rates were not inferior in children given ProQuad and pneumococcal 7-valent conjugate vaccine concomitantly when compared to seroconversion rates seen in children given these vaccines non-concomitantly for measles, mumps, and rubella. In children with baseline varicella antibody titers <1.25 gpELISA units/mL, the varicella seroprotection rates were not inferior when rates after concomitant and non-concomitant vaccination were compared 6 weeks postvaccination. Statistical analysis of non-inferiority in GMTs to *S. pneumoniae* serotypes at 6 weeks postvaccination are shown in Table 14. Geometric mean antibody titers (GMTs) for *S. pneumoniae* types 4, 6B, 9V, 14, 18C, 19F, and 23F were not inferior when antibody titers in the concomitant and non-concomitant groups were compared 6 weeks postvaccination.

**Table 13**
**Statistical Analysis of Non-Inferiority in Antibody Response Rates to Measles, Mumps, Rubella, and Varicella at 6 Weeks Postvaccination for Subjects Initially Seronegative to Measles, Mumps, or Rubella, or With Varicella Antibody Titer <1.25 gpELISA units at Baseline in the ProQuad + PCV7[a] Treatment Group and the ProQuad followed by PCV7 Control Group (Per-Protocol Analysis)**

| Assay Parameter | ProQuad + PCV7 (N=510) | | ProQuad followed by PCV7 (N=259) | | Difference |
| | n | Estimated Response[a] | n | Estimated Response[a] | (percentage points)[a,b] (95% CI) |
|---|---|---|---|---|---|
| **Measles** | | | | | |
| % ≥255 mIU/mL | 406 | 97.3% | 204 | 99.5% | -2.2 (-4.6, 0.2) |
| **Mumps** | | | | | |
| % ≥10 Ab units/mL | 403 | 96.6% | 208 | 98.6% | -1.9 (-4.5, 1.0) |
| **Rubella** | | | | | |
| % ≥10 IU/mL | 377 | 98.7% | 195 | 97.9% | 0.9 (-1.3, 4.1) |
| **Varicella** | | | | | |
| % ≥5 gpELISA units/mL | 379 | 92.5% | 192 | 87.9% | 4.5 (-0.4, 10.4) |

[a] PCV7 = Pneumococcal 7-valent conjugate vaccine.
Seronegative defined as baseline measles antibody titer <255 mIU/mL for measles, baseline mumps antibody titer <10 ELISA Ab units/mL for mumps, and baseline rubella antibody titer <10 IU/mL for rubella.
[a] Estimated responses and their differences were based on statistical analysis models adjusting for study center.
[b] ProQuad + PCV7 – ProQuad followed by PCV7.
The conclusion of non-inferiority is based on the lower bound of the 2-sided 95% CI on the risk difference being greater than -10 percentage points (*ie.* excluding a decrease equal to or more than the prespecified criterion of 10.0 percentage points). This indicates that the difference is statistically significantly less than the prespecified clinically relevant decrease of 10.0 percentage points at the 1-sided alpha = 0.025 level.
N = Number of subjects vaccinated in each treatment group.
n = Number of subjects with measles antibody titer <255 mIU/mL, mumps antibody titer <10 ELISA Ab units/mL, rubella antibody titer <10 IU/mL, or varicella antibody titer <1.25 gpELISA units/mL at baseline and with postvaccination serology contributing to the per-protocol analysis.
Ab = antibody: ELISA = Enzyme-linked immunosorbent assay; gpELISA = Glycoprotein enzyme-linked immunosorbent assay; CI = Confidence interval.

Table 14

*Id.* at '469-470.

360.16.    The 2009 ProQuad Label also stated:

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1033**

**Table 18**

**Summary of the Comparison of the Immunogenicity Endpoints for Measles, Mumps, Rubella, Varicella, *Haemophilus influenzae* type b, and Hepatitis B Responses Following Vaccination with ProQuad, *Haemophilus influenzae* type b Conjugate (Meningococcal Protein Conjugate), and Hepatitis B (Recombinant) Vaccine and DTaP Administered Concomitantly Versus Non-Concomitant Vaccination with ProQuad Followed by These Vaccines**

| Vaccine Antigen | Parameter | Concomitant Group N=949 Response | Non-Concomitant Group N=485 Response | Risk Difference (95% CI) | Criterion for Non-inferiority |
|---|---|---|---|---|---|
| Measles | % • 120 mIU/mL | 97.8% | 98.7% | -0.9 (-2.3, 0.6) | LB >-5.0 |
| Mumps | % • 10 ELISA Ab units/mL | 95.4% | 95.1% | 0.3 (-1.7, 2.6) | LB >-5.0 |
| Rubella | % • 10 IU/mL | 98.6% | 99.3% | -0.7 (-1.8, 0.5) | LB >-5.0 |
| Varicella | % • 5 gpELISA units/mL | 89.6% | 90.8% | -1.2 (-4.1, 2.0) | LB >-10.0 |
| HiB-PRP | % • 1.0 mcg/mL | 94.6% | 96.5% | -1.9 (-4.1, 0.8) | LB >-10.0 |
| HepB | % • 10 mIU/mL | 95.9% | 98.8% | -2.8 (-4.8, -0.8) | LB >10.0 |

HiB-PRP = *Haemophilus influenzae* type b, polyribosyl phosphate; HepB = hepatitis B; LB = lower bound, limit for non-inferiority comparison.

*Id.* at '472-473.

360.17.     The current ProQuad package insert states:

---

## FULL PRESCRIBING INFORMATION

**1    INDICATIONS AND USAGE**

ProQuad® is a vaccine indicated for active immunization for the prevention of measles, mumps, rubella, and varicella in children 12 months through 12 years of age.

---

available at
https://www.fda.gov/downloads/biologicsbloodvaccines/vaccines/approvedproducts/ucm123796.pdf (accessed 2018-02-22)

360.18.     The "Description" section of the ProQuad label states:

473

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**11   DESCRIPTION**

ProQuad (Measles, Mumps, Rubella and Varicella Virus Vaccine Live) is a combined, attenuated, live virus vaccine containing measles, mumps, rubella, and varicella viruses. ProQuad is a sterile lyophilized preparation of (1) the components of M-M-R II (Measles, Mumps, and Rubella Virus Vaccine Live):

Measles Virus Vaccine Live, a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain and propagated in chick embryo cell culture; Mumps Virus Vaccine Live, the Jeryl Lynn™ (B level) strain of mumps virus propagated in chick embryo cell culture; Rubella Virus Vaccine Live, the Wistar RA 27/3 strain of live attenuated rubella virus propagated in WI-38 human diploid lung fibroblasts; and (2) Varicella Virus Vaccine Live (Oka/Merck), the Oka/Merck strain of varicella-zoster virus propagated in MRC-5 cells. The cells, virus pools, bovine serum, and human albumin used in manufacturing are all tested to provide assurance that the final product is free of potential adventitious agents.

ProQuad, when reconstituted as directed, is a sterile suspension for subcutaneous administration. Each 0.5-mL dose contains not less than 3.00 $\log_{10}$ TCID$_{50}$ of measles virus; 4.30 $\log_{10}$ TCID$_{50}$ of mumps virus; 3.00 $\log_{10}$ TCID$_{50}$ of rubella virus; and a minimum of 3.99 $\log_{10}$ PFU of Oka/Merck varicella virus.

Each 0.5-mL dose of the vaccine contains no more than 21 mg of sucrose, 11 mg of hydrolyzed gelatin, 2.4 mg of sodium chloride, 1.8 mg of sorbitol, 0.40 mg of monosodium L-glutamate, 0.34 mg of sodium phosphate dibasic, 0.31 mg of human albumin, 0.17 mg of sodium bicarbonate, 72 mcg of potassium phosphate monobasic, 60 mcg of potassium chloride; 36 mcg of potassium phosphate dibasic; residual components of MRC-5 cells including DNA and protein; <16 mcg of neomycin, bovine calf serum (0.5 mcg), and other buffer and media ingredients. The product contains no preservative.

*Id* at '15-16.

360.19.    The Clinical Pharmacology section of the ProQuad Package Insert states:

**12   CLINICAL PHARMACOLOGY**

**12.1   Mechanism of Action**

ProQuad has been shown to induce measles-, mumps-, rubella-, and varicella-specific immunity, which is thought to be the mechanism by which it protects against these four childhood diseases.

The efficacy of ProQuad was established through the use of immunological correlates for protection against measles, mumps, rubella, and varicella. Results from efficacy studies or field effectiveness studies that were previously conducted for the component vaccines were used to define levels of serum antibodies that correlated with protection against measles, mumps, and rubella. Also, in previous studies with varicella vaccine, antibody responses against varicella virus ≥5 gpELISA units/mL in a glycoprotein enzyme-linked immunosorbent assay (gpELISA) (not commercially available) similarly correlated with long-term protection. In these efficacy studies, the clinical endpoint for measles and mumps was a clinical diagnosis of either disease confirmed by a 4-fold or greater rise in serum antibody titers between either postvaccination or acute and convalescent titers; for rubella, a 4-fold or greater rise in antibody titers with or without clinical symptoms of rubella; and for varicella, varicella-like rash that occurred >42 days postvaccination and for which varicella was not excluded by either viral cultures of the lesion or serological tests. Specific laboratory evidence of varicella either by serology or culture was not required to confirm the diagnosis of varicella. Clinical studies with a single dose of ProQuad have shown that vaccination elicited rates of antibody responses against measles, mumps, and rubella that were similar to those observed after vaccination with a single dose of M-M-R II *[see Clinical Studies (14)]* and seroresponse rates for varicella virus were similar to those observed after vaccination with a single dose of VARIVAX *[see Clinical Studies (14)]*. The duration of protection from measles, mumps, rubella, and varicella infections after vaccination with ProQuad is unknown.

**12.4   Persistence of Antibody Responses after Vaccination**

The persistence of antibody at 1 year after vaccination was evaluated in a subset of 2107 children enrolled in the clinical trials. Antibody was detected in 98.9% (1722/1741) for measles, 96.7% (1676/1733) for mumps, 99.6% (1796/1804) for rubella, and 97.5% (1512/1550) for varicella (≥5 gpELISA units/mL) of vaccinees following a single dose of ProQuad.

Experience with M-M-R II demonstrates that antibodies to measles, mumps, and rubella viruses are still detectable in most individuals 11 to 13 years after primary vaccination {13}. Varicella antibodies were present for up to ten years postvaccination in most of the individuals tested who received 1 dose of VARIVAX.

*Id*. at '16.

474

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1035**

360.20.    The Clinical Studies section of the current ProQuad label states:

## 14    CLINICAL STUDIES

Formal studies to evaluate the clinical efficacy of ProQuad have not been performed.

Efficacy of the measles, mumps, rubella, and varicella components of ProQuad was previously established in a series of clinical studies with the monovalent vaccines. A high degree of protection from infection was demonstrated in these studies {14-21}.

### Immunogenicity in Children 12 Months to 6 Years of Age

Prior to licensure, immunogenicity was studied in 5845 healthy children 12 months to 6 years of age with a negative clinical history of measles, mumps, rubella, and varicella who participated in 5 randomized clinical trials. The immunogenicity of ProQuad was similar to that of its individual component vaccines (M-M-R II and VARIVAX), which are currently used in routine vaccination.

The presence of detectable antibody was assessed by an appropriately sensitive enzyme-linked immunosorbent assay (ELISA) for measles, mumps (wild-type and vaccine-type strains), and rubella, and by gpELISA for varicella. For evaluation of vaccine response rates, a positive result in the measles ELISA corresponded to measles antibody concentrations of ≥255 mIU/mL when compared to the WHO II (66/202) Reference Immunoglobulin for Measles.

Children were positive for mumps antibody if the antibody level was ≥10 ELISA units/mL. A positive result in the rubella ELISA corresponded to concentrations of ≥10 IU rubella antibody/mL when compared to the WHO International Reference Serum for Rubella; children with varicella antibody levels ≥5 gpELISA units/mL were considered to be seropositive since a response rate based on ≥5 gpELISA units/mL has been shown to be highly correlated with long-term protection.

### Immunogenicity in Children 12 to 23 Months of Age After a Single Dose

In 4 randomized clinical trials, 5446 healthy children 12 to 23 months of age were administered ProQuad, and 2038 children were vaccinated with M-M-R II and VARIVAX given concomitantly at separate injection sites. Subjects enrolled in each of these trials had a negative clinical history, no known recent exposure, and no vaccination history for varicella, measles, mumps, and rubella. Children were excluded from study participation if they had an immune impairment or had a history of allergy to components of the vaccine(s). Except for in 1 trial *[see ProQuad Administered with Diphtheria and Tetanus Toxoids and Acellular Pertussis Vaccine Adsorbed (DTaP) and Haemophilus influenzae type b Conjugate (Meningococcal Protein Conjugate) and Hepatitis B (Recombinant) Vaccine below]*, no concomitant vaccines were permitted during study participation. The race distribution of the study subjects across these studies following a first dose of ProQuad was as follows: 66.3% White; 12.7% African-American; 9.9% Hispanic; 6.7% Asian/Pacific; 4.2% other; and 0.2% American Indian. The gender distribution of the study subjects across these studies following a first dose of ProQuad was 52.6% male and 47.4% female. A summary of combined immunogenicity results 6 weeks following administration of a single dose of ProQuad or M-M-R II and VARIVAX is shown in Table 10. These results were similar to the immune response rates induced by concomitant administration of single doses of M-M-R II and VARIVAX at separate injection sites (lower bound of the 95% CI for the risk difference in measles, mumps, and rubella seroconversion rates were >-5.0 percentage points and the lower bound of the 95% CI for the risk difference in varicella seroprotection rates was either >-15 percentage points [one study] or >-10.0 percentage points [three studies]).

**Table 10: Summary of Combined Immunogenicity Results 6 Weeks Following the Administration of a Single Dose of ProQuad (Varicella Virus Potency ≥3.97 $\log_{10}$ PFU) or M-M-R II and VARIVAX (Per-Protocol Population)**

| Group | Antigen | n | Observed Response Rate (95% CI) | Observed GMT (95% CI) |
|---|---|---|---|---|
| ProQuad (N=5446*) | Varicella | 4381 | 91.2% (90.3%, 92.0%) | 15.5 (15.0, 15.9) |
| | Measles | 4733 | 97.4% (96.9%, 97.9%) | 3124.9 (3038.9, 3213.3) |
| | Mumps (OD cutoff)† | 973 | 98.8% (97.9%, 99.4%) | 105.3 (98.0, 113.1) |
| | Mumps (wild-type ELISA)† | 3735 | 95.8% (95.1%, 96.4%) | 93.1 (90.2, 96.0) |
| | Rubella | 4773 | 98.5% (98.1%, 98.8%) | 91.8 (89.6, 94.1) |
| M-M-R II + VARIVAX (N=2038*) | Varicella | 1417 | 94.1% (92.8%, 95.3%) | 16.6 (15.9, 17.4) |

475

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1036

| | Measles | 1516 | 98.2% (97.4%, 98.8%) | 2239.6 (2138.3, 2345.6) |
|---|---|---|---|---|
| | Mumps (OD cutoff)[†] | 501 | 99.4% (98.3%, 99.9%) | 87.5 (79.7, 96.0) |
| | Mumps (wild-type ELISA)[†] | 1017 | 98.0% (97.0%, 98.8%) | 90.8 (86.2, 95.7) |
| | Rubella | 1528 | 98.5% (97.7%, 99.0%) | 102.2 (97.8, 106.7) |

\* Includes ProQuad + Placebo followed by ProQuad (Visit 1) (Protocol 009), ProQuad Middle and High Doses (Visit 1) (Protocol 011), ProQuad (Lot 1, Lot 2, Lot 3) (Protocol 012), both the Concomitant and Non-concomitant groups (Protocol 013).

† The mumps antibody response was assessed by a vaccine-strain ELISA in Protocols 009 and 011 and by a wild-type ELISA in Protocols 012 and 013. In the former assay, the serostatus was based on the OD cutoff of the assay. In the latter assay, 10 mumps ELISA units was used as the serostatus cutoff.

n = Number of per-protocol subjects with evaluable serology.
CI = Confidence interval.
GMT = Geometric mean titer.
ELISA = Enzyme-linked immunosorbent assay.
PFU = Plaque-forming units.
OD = Optical density.

Id. at '17-19.

360.21.      The Clinical Studies section of the current ProQuad label also states:

*Immunogenicity in Children 4 to 6 Years of Age Who Received a First Dose of ProQuad After Primary Vaccination With M-M-R II and VARIVAX*

In a clinical trial, 799 healthy 4- to 6-year-old children who had received M-M-R II and VARIVAX at least 1 month prior to study entry were randomized to receive ProQuad and placebo (N=399), M-M-R II and placebo concomitantly at separate injection sites (N=205), or M-M-R II and VARIVAX concomitantly at separate injection sites (N=195). Children were eligible if they were previously administered primary doses of M-M-R II and VARIVAX, either concomitantly or non-concomitantly, at 12 months of age or older. Children were excluded if they were recently exposed to measles, mumps, rubella, and/or varicella, had an immune impairment, or had a history of allergy to components of the vaccine(s). No concomitant vaccines were permitted during study participation. *[See Adverse Reactions (6.1) for ethnicity and gender information.]*

A summary of antibody responses to measles, mumps, rubella, and varicella at 6 weeks postvaccination in subjects who had previously received M-M-R II and VARIVAX is shown in Table 12. Results from this study showed that a first dose of ProQuad after primary vaccination with M-M-R II and VARIVAX elicited a positive antibody response to all four antigens in greater than 98% of subjects. Postvaccination GMTs for recipients of ProQuad were similar to those following a second dose of M-M-R II and VARIVAX administered concomitantly at separate injection sites (the lower bound of the 95% CI around the fold difference in measles, mumps, rubella, and varicella GMTs excluded 0.5). Additionally, GMTs for measles, mumps, and rubella were similar to those following a second dose of M-M-R II given concomitantly with placebo (the lower bound of the 95% CI around the fold difference for the comparison of measles, mumps, and rubella GMTs excluded 0.5).

**Table 12: Summary of Antibody Responses to Measles, Mumps, Rubella, and Varicella at 6 Weeks Postvaccination in Subjects 4 to 6 Years of Age Who Had Previously Received M-M-R II and VARIVAX (Per-Protocol Population)**

| Group Number (Description) | n | GMT (95% CI) | Seropositivity Rate (95% CI) | % ≥4-Fold Rise in Titer (95% CI) | Geometric Mean Fold Rise (95% CI) |
|---|---|---|---|---|---|
| | | | Measles[†] | | |
| Group 1 (N=399) (ProQuad + placebo) | 367 | 1985.9 (1817.6, 2169.9) | 100% (99.0%, 100%) | 4.9% (2.9%, 7.6%) | 1.21 (1.13, 1.30) |
| Group 2 (N=205) (M-M-R II + placebo) | 185 | 2046.9 (1815.2, 2308.2) | 100% (98.0%, 100%) | 4.3% (1.9%, 8.3%) | 1.28 (1.17, 1.40) |
| Group 3 (N=195) (M-M-R II + VARIVAX) | 171 | 2084.3 (1852.3, 2345.5) | 99.4% (96.8%, 100%) | 4.7% (2.0%, 9.0%) | 1.31 (1.17, 1.46) |
| | | | Mumps[†] | | |

476

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1037

| | | | | | |
|---|---|---|---|---|---|
| Group 1 (N=399) (ProQuad + placebo) | 367 | 206.0 (188.2, 225.4) | 99.5% (98.0%, 99.9%) | 27.2% (22.8%, 32.1%) | 2.43 (2.19, 2.69) |
| Group 2 (N=205) (M-M-R II + placebo) | 185 | 308.5 (269.6, 352.9) | 100% (98.0%, 100%) | 41.1% (33.9%, 48.5%) | 3.69 (3.14, 4.32) |
| Group 3 (N=195) (M-M-R II + VARIVAX) | 171 | 295.9 (262.5, 333.5) | 100% (97.9%, 100%) | 41.5% (34.0%, 49.3%) | 3.36 (2.84, 3.97) |
| **Rubella[‡]** | | | | | |
| Group 1 (N=399) (ProQuad + placebo) | 367 | 217.3 (200.1, 236.0) | 100% (99.0%, 100%) | 32.7% (27.9%, 37.8%) | 3.00 (2.72, 3.31) |
| Group 2 (N=205) (M-M-R II + placebo) | 185 | 174.0 (157.3, 192.6) | 100% (98.0%, 100%) | 31.9% (25.2%, 39.1%) | 2.81 (2.41, 3.27) |
| Group 3 (N=195) (M-M-R II + VARIVAX) | 171 | 154.1 (138.9, 170.9) | 99.4% (96.8%, 100%) | 26.9% (20.4%, 34.2%) | 2.47 (2.17, 2.81) |
| **Varicella[§]** | | | | | |
| Group 1 (N=399) (ProQuad + placebo) | 367 | 322.2 (278.9, 372.2) | 98.9% (97.2%, 99.7%) | 80.7 (76.2%, 84.6%) | 12.43 (10.63, 14.53) |
| Group 2 (N=205) (M-M-R II + placebo) | 185 | N/A | N/A | N/A | N/A |
| Group 3 (N=195) (M-M-R II + VARIVAX) | 171 | 209.3 (171.2, 255.9) | 99.4% (96.8%, 100%) | 71.9% (64.6%, 78.5%) | 8.50 (6.69, 10.81) |

\* Measles GMTs are reported in mIU/mL; seropositivity corresponds to ≥120 mIU/mL.
[†] Mumps GMTs are reported in mumps Ab units/mL; seropositivity corresponds to ≥10 Ab units/mL.
[‡] Rubella titers obtained by the legacy format were converted to their corresponding titers in the modified format. Rubella serostatus was determined after the conversion to IU/mL; seropositivity corresponds to ≥10 IU/mL.
[§] Varicella GMTs are reported in gpELISA units/mL; seropositivity rate is reported by % of subjects with postvaccination antibody titers ≥5 gpELISA units/mL. Percentages are calculated as the number of subjects who met the criterion divided by the number of subjects contributing to the per-protocol analysis.
gpELISA = Glycoprotein enzyme-linked immunosorbent assay; ELISA = Enzyme-linked immunosorbent assay; CI = Confidence interval; GMT = Geometric mean titer; N/A = Not applicable; N = Number of subjects vaccinated; n = number of subjects in the per-protocol analysis.

*Id.* at '19-20.

360.22.      The Clinical Studies section of the current ProQuad label also states:

*Immunogenicity Following Concomitant Use with Other Vaccines*
*ProQuad with Pneumococcal 7-valent Conjugate Vaccine and/or VAQTA*
     In a clinical trial, 1027 healthy children 12 to 15 months of age were randomized to receive ProQuad and pneumococcal 7-valent conjugate vaccine concomitantly (N=510) at separate injection sites or ProQuad and pneumococcal 7-valent conjugate vaccine non-concomitantly (N=517) at separate clinic visits. *[See Adverse Reactions (6.1) for ethnicity and gender information.]* The statistical analysis of non-inferiority in antibody response rates to measles, mumps, rubella, and varicella at 6 weeks postvaccination for subjects are shown in Table 13. In the per-protocol population, seroconversion rates were not inferior in children given ProQuad and pneumococcal 7-valent conjugate vaccine concomitantly when compared to seroconversion rates seen in children given these vaccines non-concomitantly for measles, mumps, and rubella. In children with baseline varicella antibody titers <1.25 gpELISA units/mL, the varicella seroprotection rates were not inferior when rates after concomitant and non-concomitant vaccination were compared 6 weeks postvaccination. Statistical analysis of non-inferiority in GMTs to *S. pneumoniae* serotypes at 6 weeks postvaccination are shown in Table 14. Geometric mean antibody titers (GMTs) for *S. pneumoniae* types 4, 6B, 9V, 14, 18C, 19F, and 23F were not inferior when antibody titers in the concomitant and non-concomitant groups were compared 6 weeks postvaccination.

**Table 13: Statistical Analysis of Non-Inferiority in Antibody Response Rates to Measles, Mumps, Rubella, and Varicella at 6 Weeks Postvaccination for Subjects Initially Seronegative to Measles, Mumps, or Rubella, or With Varicella Antibody Titer <1.25 gpELISA units at Baseline in the ProQuad + PCV7\* Treatment Group and the ProQuad Followed by PCV7 Control Group (Per-Protocol Analysis)**

| Assay Parameter | ProQuad + PCV7 (N=510) | | ProQuad followed by PCV7 (N=259) | | Difference (percentage points)[†,‡] (95% CI) |
|---|---|---|---|---|---|
| | n | Estimated Response[†] | n | Estimated Response[†] | |
| Measles | | | | | |
| % ≥255 mIU/mL | 406 | 97.3% | 204 | 99.5% | -2.2 (-4.6, 0.2) |
| Mumps | | | | | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1038

| % ≥10 Ab units/mL | 403 | 96.6% | 208 | 98.6% | -1.9 (-4.5, 1.0) |
| Rubella<br>% ≥10 IU/mL | 377 | 98.7% | 195 | 97.9% | 0.9 (-1.3, 4.1) |
| Varicella<br>% ≥5 gpELISA units/mL | 379 | 92.5% | 192 | 87.9% | 4.5 (-0.4, 10.4) |

\* PCV7 = Pneumococcal 7-valent conjugate vaccine.
Seronegative defined as baseline measles antibody titer <255 mIU/mL for measles, baseline mumps antibody titer <10 ELISA Ab units/mL for mumps, and baseline rubella antibody titer <10 IU/mL for rubella.
[†] Estimated responses and their differences were based on statistical analysis models adjusting for study center.
[‡] ProQuad + PCV7 - PCV7 followed by PCV7.
The conclusion of non-inferiority is based on the lower bound of the 2-sided 95% CI on the risk difference being greater than -10 percentage points (*i.e.*, excluding a decrease equal to or more than the prespecified criterion of 10.0 percentage points). This indicates that the difference is statistically significantly less than the prespecified clinically relevant decrease of 10.0 percentage points at the 1-sided alpha = 0.025 level.
N = Number of subjects vaccinated in each treatment group.
n = Number of subjects with measles antibody titer <255 mIU/mL, mumps antibody titer <10 ELISA Ab units/mL, rubella antibody titer <10 IU/mL, or varicella antibody titer <1.25 gpELISA units/mL at baseline and with postvaccination serology contributing to the per-protocol analysis.
Ab = antibody; ELISA = Enzyme-linked immunosorbent assay; gpELISA = Glycoprotein enzyme-linked immunosorbent assay; CI = Confidence interval.

*Id* at '20-21.

360.23.      The Clinical Studies section of the current ProQuad label also states:

*ProQuad Administered with Diphtheria and Tetanus Toxoids and Acellular Pertussis Vaccine Adsorbed (DTaP) and Haemophilus influenzae type b Conjugate (Meningococcal Protein Conjugate) and Hepatitis B (Recombinant) Vaccine*

In a clinical trial, 1913 healthy children 12 to 15 months of age were randomized to receive ProQuad plus diphtheria and tetanus toxoids and acellular pertussis vaccine adsorbed (DTaP) *and Haemophilus influenzae* type b conjugate (meningococcal protein conjugate) and hepatitis B (recombinant) vaccine concomitantly at separate injection sites (N=949), ProQuad at the initial visit followed by DTaP and *Haemophilus* b conjugate and hepatitis B (recombinant) vaccine given concomitantly 6 weeks later (N=485), or M-M-R II and VARIVAX given concomitantly at separate injection sites (N=479) at the first visit. *[See Adverse Reactions (6.1) for ethnicity and gender information.]* Seroconversion rates and antibody titers for measles, mumps, rubella, varicella, anti-PRP, and hepatitis B were comparable between the 2 groups given ProQuad at approximately 6 weeks postvaccination indicating that ProQuad and *Haemophilus* b conjugate (meningococcal protein conjugate) and hepatitis B (recombinant) vaccine may be administered concomitantly at separate injection sites (see Table 18 below). Response rates for measles, mumps, rubella, varicella, *Haemophilus influenzae* type b, and hepatitis B were not inferior in children given ProQuad plus *Haemophilus influenzae* type b conjugate (meningococcal protein conjugate) and hepatitis B (recombinant) vaccines concomitantly when compared to ProQuad at the initial visit and *Haemophilus influenzae* type b conjugate (meningococcal protein conjugate) and hepatitis B (recombinant) vaccines given concomitantly 6 weeks later. There are insufficient data to support concomitant vaccination with diphtheria and tetanus toxoids and acellular pertussis vaccine adsorbed (data not shown).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Table 18: Summary of the Comparison of the Immunogenicity Endpoints for Measles, Mumps, Rubella, Varicella, *Haemophilus influenzae* type b, and Hepatitis B Responses Following Vaccination with ProQuad, *Haemophilus influenzae* type b Conjugate (Meningococcal Protein Conjugate), and Hepatitis B (Recombinant) Vaccine and DTaP Administered Concomitantly Versus Non-Concomitant Vaccination with ProQuad Followed by These Vaccines

| Vaccine Antigen | Parameter | Concomitant Group N=949 Response | Non-Concomitant Group N=485 Response | Risk Difference (95% CI) | Criterion for Non-inferiority |
|---|---|---|---|---|---|
| Measles | % ≥120 mIU/mL | 97.8% | 98.7% | -0.9 (-2.3, 0.6) | LB >-5.0 |
| Mumps | % ≥10 ELISA Ab units/mL | 95.4% | 95.1% | 0.3 (-1.7, 2.6) | LB >-5.0 |
| Rubella | % ≥10 IU/mL | 98.6% | 99.3% | -0.7 (-1.8, 0.5) | LB >-5.0 |
| Varicella | % ≥5 gpELISA | 89.6% | 90.8% | -1.2 | LB >-10.0 |

| | units/mL | | | (-4.1, 2.0) | |
|---|---|---|---|---|---|
| HiB-PRP | % ≥1.0 mcg/mL | 94.6% | 96.5% | -1.9 (-4.1, 0.8) | LB >-10.0 |
| HepB | % ≥10 mIU/mL | 95.9% | 98.8% | -2.8 (-4.8, -0.8) | LB >10.0 |

HiB-PRP = *Haemophilus influenzae* type b, polyribosyl phosphate; HepB = hepatitis B; LB = lower bound, limit for non-inferiority comparison.

*Id.* at '23-24.

361.    From 2005, when Merck obtained a license to sell ProQuad, through the present (2018), the Clinical Pharmacology Section of the ProQuad label stated:

> Clinical studies with a single dose of ProQuad have shown that vaccination elicited rates of antibody responses against measles, mumps, and rubella that were <u>similar to those observed after vaccination with a single dose of M-M-R II.</u>

362.    In my opinion, Merck's ProQuad label was misleading because it omitted that the antibody responses measured using the WT ELISA assay in the clinical studies supporting the licensure of ProQuad did not have a connection to protection from disease, and could therefore not be used to assess the similarity of MMRII and ProQuad as they relate to protection from disease.

363.    From 2005, when Merck obtained a license to sell ProQuad, through the present (2018), the "Clinical Studies" Section of the ProQuad label stated:

> Formal studies to evaluate the clinical efficacy of ProQuad have not been performed. <u>Efficacy</u> of the measles, <u>mumps</u>, rubella, and varicella <u>components of ProQuad was</u>

479

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

previously established in a series of clinical studies with the monovalent vaccines. A high degree of protection from infection was demonstrated in these studies.[921]

364.    In my opinion, Merck's ProQuad label was misleading because it omitted that the ProQuad clinical study results using the WT ELISA assay could not be used to demonstrate that ProQuad afforded the same "high degree of protection" from mumps as a component vaccine because the clinical study data using WT ELISA did not reflect protection from disease.

365.    From 2009 through the present (2018), "Clinical Pharmacology" section of the ProQuad label stated:

> Results from efficacy studies or field effectiveness studies that were previously conducted for the component vaccines were used to define levels of serum antibodies that correlated with protection against measles, mumps, and rubella... In these efficacy studies, the clinical endpoint for ... mumps was a clinical diagnosis of ... disease confirmed by a 4-fold or greater rise in serum antibody titers...[922]

366.    In my opinion, Merck's ProQuad label was misleading because it omitted that the WT ELISA used in the clinical studies to support the licensure of ProQuad did not include the 4-fold rise criteria reported to be correlated with protection against mumps infection. Furthermore, the label omitted that the WT ELISA assay with a 10 Ab cutoff did not have a connection to whether a subject was protected from disease. Moreover, the label is misleading because it did not state that the seroconversion rates measured in the clinical studies to support ProQuad were not measured using the 4-fold rise criteria used in previous clinical studies that reported a correlation between the 4-fold rise criteria and protection from disease.

---

[921] *See* Schedule 2 (ProQuad label).
[922] *See id.*

480

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

367.    In my opinion, from 2005, when Merck obtained a license to sell ProQuad, through today (2018), the ProQuad label has failed to state that the WT ELISA assay used in three of the clinical studies to support the application, Protocol 012, Protocol 013, and Protocol 014, did not measure protection because the WT ELISA used in the three clinical studies had not been correlated to an assay that measured protection from mumps.[923]   Furthermore, the Clinical Pharmacology section of the ProQuad label has failed to state that the reported "rates of antibody response against ... mumps ... that were similar to those observed after vaccination with a single dose of M-M-R II" were not obtained from studies that employed a clinically relevant assay.[924] Moreover, the "Clinical Studies" section of the ProQuad label has failed to state that because Merck's WT ELISA did not measure protection from mumps, seroconversion measured by WT ELISA did not demonstrate that ProQuad offered the same "high degree of protection from infection" as its component vaccines, as stated in the Clinical Studies section of the ProQuad label.[925]

### 4.    Merck's Misleading Statements Summarized

368.    As described in the paragraphs above, Merck's Supplemental Biologics License Applications for MMRII and its Biologics License Application for ProQuad and the labels for MMRII and ProQuad supported by these applications are misleading because they omitted that the assays used  did not relate to protection.  The misleading statements can be summarized as follows:

---

[923] *See* Schedule 2 (ProQuad labels).
[924] *See id.*
[925] *See id.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1042**

- "The data presented ... indicate with a high level of assurance that decreasing the mumps end-expiry titer from 4.3 [20,000] to 4.1 log10 [12,500] TCID50 per dose ...will ensure that M-M-R™II remains a highly effective vaccine."[926]

- "Serum level of antibodies to … mumps … will be determined by ... (ELISAs). Protective levels of antibody will be defined as ... ≥ 10.0 ELISA antibody units for mumps.[927]

- "[m]umps neutralizing antibodies were measured ...using the plaque-reduction neutralization (PRN) assay.  PRN assay ... is a functional assay that measures the ability of the vaccine-induced immune response to inhibit viral replication in vitro, and can... be considered a surrogate for vaccine effectiveness."[928]

- "[l]owering the mumps virus potency to 4.1 log10 TCID50 per dose maintains >90% seroconversion using a neutralization assay, thus preserving the excellent ... efficacy profile of the vaccine."[929]

- "...study results suggest that M-M-R™II with rHA ... will be as effective as M-M-R™II with HSA in preventing… mumps…"[930]

- "antibodies associated with protection can be measured by neutralization or ELISA assays."[931]

- "Seroconversion in response to vaccination against ... mumps ... paralleled protection from ... disease[]."[932]

- "The data ...  demonstrate that ProQuad ... is as efficacious as its parent products." [933]

- "…Merck ... has assessed the correlation between neutralizing antibody (as measured in ... [PRN] assay) and a wild-type ... ELISA  ...  These data support the use of the results of a wild-type ELISA as a correlate for protection."[934]

---

[926] MRK-KRA00135723 at '46.
[927] MRK-KRA00140056 at '0941.
[928] MRK-KRA00135723 at '30-31 (emphasis added).
[929] MRK-KRA00135723 at '29.
[930] MRK-KRA00140056 at '0196 .
[931] *See* Schedule 1 (Labels)
[932] *Id.*
[933] MRK-KRA00158320 at '338- 339.
[934] *See* Schedule 1 (Labels)

482

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1043**

"Efficacy of the ... mumps... component[] of ProQuad was previously established in a series of clinical studies with the monovalent vaccines.  A high degree of protection from infection was demonstrated in these studies."[935]

## X.   FDA LICENSING OF MUMPS VACCINES BY OTHER MANUFACTURERS

369.    As described in Section III.A above, since the approval of Mumpsvax in 1967 Merck has been the only manufacturer licensed to sell a mumps containing vaccine in the United States.  Starting in the 1990's, SmithKline Beecham, now GlaxoSmithKline (GSK)[936], has sought FDA approval to license Priorix, another measles, mumps and rubella vaccine, in the United States.  According to the testimony of GSK's corporate designee, April Cohen, in these cases ███████████████████████████████████████████████████████
███████████████[937].

### A.    Mumps Immunogenicity Testing as Part of Efforts to License Priorix in the United States

370.    Beginning in the 1990's a question arose regarding mumps immunogenicity testing in the clinical studies that would support a Biologic License Application for Priorix.[938] Specifically, FDA required SmithKline Beecham (now GSK) to use a serologic assay[939] that would be a predictor of protection in its mumps immunogenicity testing.

---

[935] *Id.*
[936] In this section GSK refers to both SmithKline Beecham and GlaxoSmithKline as the manufacturer of Priorix.
[937] *See* Deposition of April Cohen, January 4, 2018, 22:5-22:12 (█████████████████████████████
█████████████████████████████████████████████████████████████).
[938] *See* Section V.B.3 above discussing the Biologics License Application process.
[939] *See* Section III.B.3.b.(1) above describing a serologic assay.

483

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

370.1. A SmithKline Beecham Pharmaceuticals document titled: "███████████ ████████████████████████████████████████████," dated December 18, 1997, stated:

███████████████████████████████

███████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

GSK-MMR-IND-00047687 at '88 (original bold removed, underline added).

370.2. A letter from FDA's Director, Office of Vaccine Research and Review, CBER, Carolyn Hardegree, to SmithKline Beecham's Assistant Director, US Regulatory Affairs, Dr. Angus J. Grant, with the reference "███████████, dated March 2, 1998, stated:

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██

████████████████████████████████████████

████████████████████████████████████████

484

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1045**



GSK-MMR-IND-0000221 at '21-22 (emphasis added).

370.3. A SmithKline Beecham Pharmaceuticals document titled: "███████████████," dated March 26, 1998, stated:

GSK-MMR-IND-0047707 at '07-08 (emphasis added).

370.4. A SmithKline Beecham Pharmaceuticals document titled: ████████████████," dated November 3, 1998, stated:

485

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1046

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████

GSK-MMR-IND-0002235 at '36 (emphasis added).

371.   In my opinion, ████████████████████████████████

███████████████████████████████████████████

████████████████████. Furthermore, ████████████████

███████████████████████████████████████████

████████████████████████. Moreover, █████████████████

██████████████████████████████████.

372.   Today, GSK has not obtained an FDA-approved license to sell Priorix in the United States.

### B.   Effect of Merck's Mumps Vaccine Labels on Merck's Competitors

373.   In deposition testimony in these cases, GSK's corporate designee testified how Merck's MMRII label, and the statements in it, relate to GSK's attempt to license Priorix in the United States.  An internal Merck powerpoint presentation, described above, also evidences how Merck's MMRII label relates to GSK's attempt to license Priorix in the United States.

373.1.  GlaxoSmithKline's corporate designee, April D. Cohen, testified as follows:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



Deposition of April D. Cohen, January 4, 2018, 96:21-99:2 (emphasis added).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1048

373.2.  GlaxoSmithKline's corporate designee, April D. Cohen, further testified as

follows:

488

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1049



Deposition of April D. Cohen, January 4, 2018, 217:16-221:5 (emphasis added).

373.3.  GlaxoSmithKline's corporate designee, April D. Cohen, further testified as follows:



489

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1050



.

Deposition of April D. Cohen, January 4, 2018, 243:24-244:15 (emphasis added).

373.4.  A powerpoint presentation titled "M-M-R®II Mumps End Expiry study status & Regulatory implications"[940] with Dr. Manal Morsy as presenter, "GRSRC [Global Regulatory Strategic Review Committee] dated October 11, 2002," stated:



MRK-KRA00040705 at '26 (highlight added).

373.5.  The powerpoint also stated:

---

[940] As discussed above in Section VIII.N.5 in October 2002 Merck evaluated the option of changing its MMRII as part of a corrective action to assure compliance with its label when it could not assure mumps potency of "not less than 4.3" through end expiry.

490

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1051**



*Id.* at '27 (highlight added).

373.6.   In sum, the Merck presentation stated:

– Merck evaluated changing its MMRII label to reflect "antibodies" instead of
"neutralizing antibodies" against mumps in 96% of subjects vaccinated (as
measured by ELISA) <u>if Merck relaxed the criteria of success in the trial and used
ELISA assay results</u> showing greater than 96%

– Relaxing the criteria for Merck's success "would lower the bar for competition
and facilitate entry into the U.S. market."

374.   In my opinion, it is not unusual for efficacy claims in existing products to be used
by FDA as the standard for other similar products, especially with products that impact the
public health. While relative effectiveness has generally not been viewed on the surface as part
of the Federal Food Drug and Cosmetics Act, the determination of safety does encompass the
concept of relative effectiveness when dealing with serious public health issues.

491

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

In evaluating effectiveness, FDA reviews new drug products and devices on their merits.[941]  FDA does not require new drug products or devices to be more effective than their approved therapies for the same disease or condition.  In general, both new drug products and class III devices must be shown to be effective through evidence consisting of clinical investigations that provide a basis on which it can be concluded that the new drug product or class III device will be safe and have the effect that it is represented to have.

For most new drug products and new class III devices intended to treat serious illness or provide symptomatic relief, a showing of effectiveness is usually based on a clinical trial comparing the product to a placebo.  Such a showing does not necessarily involve a comparison to another active treatment or a product that is known to be effective.

In certain circumstances, however, it may be important to consider whether a new product is less effective than available alternative therapies, when less effectiveness could present a danger to the patient or to the public.  For example, it is essential for public health protection that a new therapy be as effective as alternatives that are already approved for marketing when:

1. the disease to be treated is life- threatening or capable of causing irreversible morbidity (e.g., stroke or heart attack); or

---

[941] "[B]iological products subject to regulation under section 351 of the Public Health Service Act, are also drugs, within the meaning of Section 201(g)(1) of the Federal Food, Drug and Cosmetic Act, and are therefore also subject to regulation under that Act."  Biological Products: Procedures for Review of Safety, Effectiveness and Labeling, 38 Fed. Reg. 4319.

492

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

> 2. the disease to be treated is a contagious illness that poses serious consequences
>
> to the health of others (e.g., sexually transmitted diseases).

Statement Regarding the Demonstrations of Effectiveness of Human Drug Products and Devices, 60 Fed Reg 39180 at 39180-81 (notice August 1, 1995) (emphasis added).

375.   In my opinion, the claims set forth in Merck's MMRII and ProQuad labels could and do impact the standards for relative effectiveness that other manufacturers would have to meet to obtain FDA approval to market similar products in the United States.

## XI.   THE RESURGENCE OF MUMPS CASES AND MUMPS OUTBREAKS IN THE UNITED STATES AMONG HIGHLY VACCINATED POPULATIONS

376.   Since 2006 there has been a resurgence of mumps cases and mumps outbreaks amount highly vaccinated populations in the United States. The Centers for Disease Control ("CDC") publishes *Morbidity, Mortality Weekly Reports* ("MMWR"), which include tables that identify the numbers of reported cases of certain notifiable diseases, including mumps.[942]  Dr. Stanley Plotkin, a noted virologist and academician, has called for the development of a new mumps vaccine.  FDA's Dr. Steven Rubin, someone with extensive experience with mumps vaccines and mumps virology, has also stated that the resurgence of mumps in the United States has made it "quite clear that newer, more immunogenic vaccines are needed."  While the cause

---

[942] The CDC notes, with respect to "Notifiable Infectious Diseases and Conditions Data," that "[t]hese data are useful for analyzing infectious disease or condition trends and determining relative infectious disease or condition numbers.  However, reporting practices affect how these data should be interpreted.  Infectious disease and condition reporting is likely incomplete, and completeness might vary depending on the infectious disease or condition and reporting state."  "About Notifiable Infectious Diseases and Conditions Data," https://www.cdc.gov/nndss/infectious.html.  The CDC also notes that "[t]he NNDSS [National Notifiable Diseases Surveillance System] surveillance data likely represent an underestimate of the true number of cases of a given condition because of under-recognition and under-reporting of disease."  Notifiable Infectious Diseases and Conditions Tables, https://www.cdc.gov/nndss/infectious-tables.html.

493

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

of the resurgence of mumps cases and outbreaks is not known,[943] whether young adults getting

mumps now may have received low potency mumps vaccine as children has not been made

known to the public health community, including the CDC.[944]

376.1. The CDC's MMWR, published January 7, 2011, Volume 59, No. 52, Pg. 1673-

1720, Notifiable Diseases and Mortality Tables, Table I, stated:

TABLE I. Provisional cases[945] of infrequently reported notifiable diseases (<1,000 cases reported during the preceding year) – United States, week ending January 1, 2011 (52nd week)*[946]

| Disease | Current Week | Cum 2010 | 5-year weekly average† | Total cases reported for previous years | | | | | States reporting cases during current week (No.) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 2009 | 2008 | 2007 | 2006 | 2005 | |
| … | … | … | … | … | … | … | … | … | … |
| Mumps | 5 | 2,528 | 56 | 1,991 | 454 | 800 | 6,584 | 314 | PA (1), MD (1), FL (2), CO (1) |
| … | … | … | … | … | … | … | … | … | … |

* Case counts for reporting year 2010 are provisional and subject to change. For further information on interpretation of these data, *see* http://www.cdc.gov/ncphi/disss/nndss/phs/files/ProvisionalNationa%20NotifiableDiseasesSurveillanceData20100927.pdf.[947]
† Calculated by summing the incidence counts for the current week, the 2 weeks preceding the current week, and the 2 weeks following the current week, for a total of 5 preceding years. Additional information is available at http://www.cdc.gov/ncphi/disss/nndss/phs/files/5yearweeklyaverage.pdf.

---

[943] *See* Schedule 17 (collecting studies identifying possible confounders for mumps outbreaks).
[944] Deposition of CDC's Director, Division of Viral Diseases, Dr. Mark Pallansch, October 13, 2018, 148:11-149:10.
[945] "Provisional data on the reported occurrence of nationally notifiable infectious diseases and conditions are published weekly in MMWR. After each reporting year, staff in state and territorial health departments finalize reports of cases for that year with local or county health departments and reconcile the data with reports previously sent to CDC throughout the year."
https://www.cdc.gov/mmwr/volumes/64/wr/mm6453a1 htm?s_cid=mm6453a1_w
[946] *See* "Mumps," https://www.cdc.gov/mmwr/volumes/64/wr/mm6453a1 htm?s_cid=mm6453a1_w ("A total of 1,724 cases occurred January 1, 2010 through June 27, 2010. … Among the patients for whom vaccination status was reported, 90% had received at least 1 dose of mumps-containing vaccine, and 74% had received 2 doses. This was the largest mumps outbreak to occur in the United States since 2006 (2)."
[947] *See id.*, "Interpreting Data" for 2010.

494

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

available at
https://www.cdc.gov/mmwr/preview/mmwrhtml/mm5952md.htm?s_cid=mm5952md_w.
(highlight added).

376.2. The CDC's MMWR, published January 6, 2012, Volume 60, No. 52, Pg. 1729-

1776, Notifiable Disease and Mortality Tables, Table II, stated:

TABLE II. (*Continued*) Provisional cases of selected notifiable diseases, United States, weeks
ending December 31, 2011, and January 1, 2011 (52nd week)*

| Reporting Area | … | Mumps | | | | … |
|---|---|---|---|---|---|---|
| | | Current week | Previous 52 weeks Med | Max | Cum 2011 | Cum 2010 |
| United States | | 3 | 7 | 47 | 370 | 2,612 |
| … | … | … | … | … | … | … |

* Case counts for reporting year 2011 are provisional and subject to change. For further
information on interpretation of these data, see
http://www.cdc.gov/osels/ph_surveillance/nndss/phs/files/ProvisionalNationa%20NotifiableDiseasesSurveillance
Data20100927.pdf. Data for TB are displayed in Table IV, which appears quarterly.

available at
https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6052md.htm?s_cid=mm6052md_w.
(highlight added).

376.3. The CDC's MMWR, published January 8, 2016, Volume 64, No. 52, ND-923-

ND-940, Notifiable Diseases and Mortality Tables, Table II, stated:

TABLE II. (Continued) Provisional cases of selected notifiable diseases (≥1,000 cases reported
during the preceding year), and selected* low frequency diseases, United States, weeks ending
January 2, 2016, and December 27, 2014 (52nd week)† (Export data)

| Reporting Area | Mumps | | | | … |
|---|---|---|---|---|---|
| | Current week | Previous 52 weeks Med | Max | Cum 2015 | Cum 2014 |
| United States | 2 | 16 | 74 | 1,057 | 1,196 |
| … | … | … | … | … | … |

† Case counts for reporting year 2015 are provisional and subject to change. For further
information on interpretation of these data, see
http://wwwn.cdc.gov/nndss/document/ProvisionalNationaNotifiableDiseasesSurveillanceData20100927.pdf.
Data for TB are displayed in Table IV, which appears quarterly.

available at
https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6452md.htm?s_cid=mm6452md_w.
(highlight added).

495

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

376.4. The CDC's MMWR, published January 6, 2017, Volume 65, No. 52, Notifiable

Diseases and Mortality Tables, Table II, stated:

TABLE II. (Continued) Provisional cases of selected notifiable diseases (≥1,000 cases reported during the preceding year), and selected* low frequency diseases, United States and U.S. territories, weeks ending December 31, 2016, and January 2, 2016 (52nd week)† (Export data)

| Reporting Area | Mumps | | | | … |
| --- | --- | --- | --- | --- | --- |
| | Current week | Previous 52 weeks | | Cum 2016 | Cum 2015 |
| | | Med | Max | | |
| United States | 63 | 66 | 390 | 5,311 | 1,329 |
| … | … | … | … | … | … |

† Case counts for reporting year 2016 are provisional and subject to change. For further information on interpretation of these data, see http://wwwn.cdc.gov/nndss/document/ProvisionalNationaNotifiableDiseasesSurveillanceData20100927.pdf. Data for TB are displayed in Table IV, which appears quarterly.

available at https://www.cdc.gov/mmwr/volumes/65/wr/mm6552md.htm?s_cid=mm6552md_w. (highlight added).

376.5. The CDC's MMWR, published January 5, 2018, Volume 66, No. 52, Notifiable

Diseases and Mortality Tables, Table II, stated:

TABLE II. (Continued) Provisional cases of selected notifiable diseases (≥1,000 cases reported during the preceding year), and selected* low frequency diseases, United States and U.S. territories, weeks ending December 30, 2017, and December 31, 2016 (52nd week)† (Export data)

| Reporting Area | … | Mumps | | | Cum 2017 | Cum 2016 | … |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Current week | Previous 52 weeks | | | | |
| | | | Med | Max | | | |
| United States | | 9 | 97 | 519 | 5,629 | 6,369 | |
| … | | … | … | … | … | … | |

† Case counts for reporting year 2017 are provisional and subject to change. For further information on interpretation of these data, see http://wwwn.cdc.gov/nndss/document/ProvisionalNationaNotifiableDiseasesSurveillanceData20100927.pdf. Data for tuberculosis are displayed in Table III, which appears quarterly.

496

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1057

available at https://www.cdc.gov/mmwr/volumes/66/wr/mm6652md.htm?s_cid=mm6652md_w. (highlight added).

376.6. The CDC website charts "Mumps Cases in U.S., by Year" as follows:



* Case count is preliminary and subject to change.

** Cases as of January 27, 2018. Case count is preliminary and subject to change.

Source: Morbidity and Mortality Weekly Report (MMWR), Notifiable Diseases and Mortality Tables.

available at https://www.cdc.gov/mumps/outbreaks.html

376.7. The CDC's tables identifying the number of reported cases of mumps can be summarized as follows:

| 2006 | 2010 | 2014 | 2015 | 2016 | 2017 |
|------|------|------|------|------|------|
| 6,584 | 2,612 | 1,196 | 1,329 | 6,369 | 5,629 |

376.8. An email from the CDC's William Bellini to the FDA's Steve Rubin, and MRL's Executive Director, Biologics/Vaccines Clinical Research, Florian Schodel, and David Krah, among others, with the subject: "Conference Call," dated April 16, 2006, stated:

497

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

I would like to propose that we have a conference call on Tuesday or Wednesday afternoon to discuss the most expeditious course for resolving the questions regarding the relative ability of vaccine induced mumps antibody to neutralize vaccine virus versus mumps genotype G virus.  As most of you know by now, there are many cases of mumps in alleged 2-dose MMR recipients.[948]

While this is not altogether unexpected, the number of cases in the population between 18-25 years-of-age that report having 2-doses of vaccine is a bit troublesome.  <u>I am not at all suggesting that there is something wrong with the vaccine or that vaccine efficacy or effectiveness is not as expected for MMR</u>.  I believe that we have to get this study done so that we have some lab confirmation to point to.

MRK-KRA00069487 at '88 (emphasis added).

376.9. In a "Press Briefing On Mumps Outbreak in the Midwest with Dr. Julie Gerberding and Dr. Jane Seward," dated April 19, 2006, then Director of the CDC, Dr. Gerberding, stated:

I have to emphasize that the best protection against mumps is the vaccine.  There is a lot of confusion right now about whether or not this outbreak is related to some problem with the vaccine, and I really want to emphasize that while we are of course investigating the outbreak and we will learn more about the efficacy of the vaccine in this particular setting, <u>we have absolutely no information to suggest that there is any problem with the vaccine</u>.

Centers for Disease Control and Prevention, *Transcript of Press Briefing on Mumps Outbreak In the Midwest with Dr. Julie Gerberding, and Dr. Jane Seward* (Apr. 19, 2006), available at https://www.cdc.gov/media/transcripts/t060419.htm (emphasis added).

376.10.    A document titled "Mumps Research Priorities Meeting – CDC – February 25, 2010, Meeting Summary, stated:

---

[948] *See* Section IV above.  CDC recommends two doses of mumps vaccine, one at 18 months of age, the second at 4-5 years of age.

498

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1059**

*Mumps Research Priorities, Opportunities and Resources*

- Participants agreed on the need to improve the understanding of correlates of immune protection against mumps in order to <u>understand vaccine failure</u>

  o Limited data on anti-mumps virus antibodies suggest there may be a protective level, but what that level is and how sharply it divides protected from unprotected individuals is unknown. . . .

- Studies in the context of the current outbreak should continue to attempt to describe spectrum of illness, and correlate of protection following household exposure to mumps. Outbreak based studies are also needed to assess viral shedding in sub-clinical infections.

MRK-KRA00091458 at '60. (emphasis added).

376.11.     A letter from FDA's Acting Principal Investigator, Division of Viral Products, CBER, Dr. Steven Rubin, to Dr. Biao He, Professor and GRA Distinguished Investigator, Department of Infectious Diseases, University of Georgia College of Veterinary Medicine, dated October 19, 2011, stated:

> I am <u>pleased to support your proposal</u> to investigate the rationale approaches to attenuation of mumps virus for vaccine development. … <u>The proposed studies are of public health significance and are timely considering the recent resurgence of mumps in highly vaccinated populations in the United States and elsewhere, making it quite clear that newer, more immunogenic vaccines are needed</u>. …
>
> <u>As someone with extensive experience with mumps vaccines and mumps virology</u>, I … very much look forward to our future collaborations.

NIH000007 (emphasis added).

376.12.     In 2016, an article titled "Safety and Immunogenicity of M-M-RII (Combination Measles-Mumps-Rubella Vaccine) in Clinical Trials of Healthy Children Conducted between 1988-2009" in the <u>Pediatric Infectious Disease Journal</u>, by Barbara Kuter,

499

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1060**

Michelle Brown, Richard Wiedmann, Jonathan Hartzel, and Luwy Musey, dated April 18, 2016, stated:

> **Background:** M-M-RII, a combination measles, mumps and rubella vaccine, was licensed in the United States in 1978 based on <u>data from several clinical trials that demonstrated that</u> the safety and <u>immunogenicity of the vaccine were comparable to the component monovalent vaccines and to the previous trivalent combination vaccine</u>.
>
> **Methods:** Safety and immunogenicity data from 23 postlicensure clinical trials conducted with M-M-RII between 1988 and 2009 were summarized. A total of 12,901 children who received only a first dose, 920 children who received a first and second dose and 400 children who received only a second dose were evaluated.
>
> **Results:** The vaccine was generally well tolerated among children who received a first and/or second dose of M-M-RII. During the 28–42-day follow-up after dose 1 and dose 2, the median rate of temperatures ≥102°F (oral equivalent) was 24.8% and 13.0% and the median rate of measles/rubella-like rash was 3.2% and 0.5%, respectively. The median rate of injection-site reactions during the first 5 days postdose 1 and postdose 2 was 17.3% and 42.7%, respectively. <u>The seroconversion rates (enzyme-linked immunosorbent assay) after dose 1 were remarkably consistent from study to study between 1988 and 2009</u> (92.8%–100% for measles, 97.7%–100% for mumps and 92.8%–100% for rubella). <u>A trend test showed that there was no change in the immunogenicity of the vaccine over the 21-year period</u>.

500

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1061

**Conclusions:** The results of this analysis demonstrate that M-M-RII is well tolerated and immunogenic. <u>The vaccine performed consistently over 21 years of evaluation in clinical trials</u>.

Barbara J. Kuter et al., Safety and Immunogenicity of M-M-RII (Combination Measles–Mumps–Rubella Vaccine) in Clinical Trials of Healthy Children Conducted Between 1988 and 2009, 35 PEDIATRIC INFECTIOUS DISEASE J. 1011 (2016).[949]

376.13. An article titled "*Commentary: Mumps Vaccines: Do We Need A New One?*," in <u>The Pediatric Infectious Disease Journal</u> by Dr. Stanley A. Plotkin, accepted for publication on December 4, 2012 and published in April 2013, stated:

> <u>We need a new mumps vaccine</u>. I come to that conclusion because of the numerous examples we have that mumps is resurgent in older previously vaccinated adolescents, particularly when they come together in groups into which mumps virus is introduced. …
>
> The Centers for Disease Control attributed the resurgence of mumps in the United States to the accumulation of susceptible adolescents from rural areas in crowded circumstances such as colleges, with the introduction of mumps virus from outside. However, more recent outbreaks have occurred in less rural areas and it is evident that vaccine failure plays a big role in them. <u>Why is the mumps vaccine partially failing? There are 2 main hypotheses: strain change and waning immunity</u>. …[950]
>
> <u>I would argue as others have, that a new vaccine is needed</u>. Mumps can cause meningitis and orchitis, and the expenses of dealing with an outbreak are considerable. …
>
> However, pharmaceutical companies have to make choices of which vaccines to develop, considering the fact that in the United States at least half a billion dollars are necessary to

---

[949] *See also* MRK-KRA00352365 (draft of manuscript dated Jan. 20, 2014).
[950] Confounders for the resurgence of mumps cases and outbreaks can be summarized as follows: close contact/crowded environment/conditions that foster frequent high intensity exposure; delayed recognition and diagnosis; diminished vaccine effectiveness; waning immunity; unrecognized importation of mumps; differences between the mumps vaccine strain and the circulating mumps wild strain; and accumulation of susceptible individuals. *See* Schedule 17 (Confounders for Mumps Outbreaks collecting studies discussing possible causes for outbreaks).

501

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

license 1 vaccine. <u>It is therefore not appealing for companies to develop a better form of an already licensed vaccine, compared with the development of a new vaccine.</u> Under these circumstances, the only way forward is if the National Institute of Health provides funding to academic centers for the preclinical development of a new mumps vaccine strain. Subsequently it may be possible to convince a vaccine manufacturer to introduce the strain as part of a new MMR. <u>Although the practical difficulties are considerable, so is the cost of continued outbreaks of mumps.</u>

Plotkin SA, "*Commentary: Mumps vaccines: do we need a new one?*" 32 PEDIATRIC INFECTIOUS DISEASE 381-82 (April 2013) (emphasis added).

376.14.    The treatise *Plotkin's Vaccines* by Stanley A. Plotkin, Walter A. Orenstein, Paul A. Offit, and Kathryn M. Edwards (7th ed. 2018) includes a chapter, on "Mumps Vaccines" by Dr. Steven Rubin that stated:

The ACIP first recommended inclusion of MMR in the national immunization schedule as a single dose in 1971, and then as a two-dose regimen in 1989.

Steven A. Rubin, *Mumps Vaccines* in Plotkin's VACCINES 663-688 at 670 (Elseveir, 7th ed. 2017).

376.15.    The chapter on "Mumps Vaccines" also stated:

<u>Failure to vaccinate</u> or use of only one of the two recommended doses of MMR <u>is also not a likely factor [in the outbreaks] given that recent outbreaks are characterized by very high two-dose coverage</u>.

Rubin, *id*. at 678 (emphasis added).

376.16.    Dr. Rubin's chapter on "Mumps Vaccines" in *Plotkin's Vaccines* by Stanley A. Plotkin, Walter A. Orenstein, Paul A. Offit, and Kathryn M. Edwards (7th ed. 2018), stated:

<u>A critical issue for further study concerns the extent and duration of protection conferred by two doses of mumps vaccine per the current administration schedule.</u>  Widespread use

502

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

of the live virus mumps vaccine since U.S. licensure in 1967 has resulted in an exceptional decrease in the incidence of mumps, but continuing outbreaks in highly vaccinated populations worldwide illustrate the potential for continued epidemics regardless of vaccine coverage.  A review of the literature shows that close to 95% of children respond to their first dose of mumps vaccine with virus-neutralizing antibodies, and nearly all those who do not will seroconvert following a second dose.  However, as reviewed in this chapter, a substantial proportion of vaccinees become seronegative or demonstrate significant declines in antibody titers over time (see "Persistence of Antibodies" above).  In parallel, the effectiveness of mumps vaccines seems to decline with time postvaccination as well (see "Risk Factors for Vaccine Failure and Recent Outbreaks" above).  These observations are suggestive of waning immunity.  In the context of low levels of virus-neutralizing antibody, antigenic differences between vaccine strains and contemporary circulating viruses may be of more significance than previously appreciated.  Together, these concerns indicate possible utility of an additional dose of vaccine during adolescence or later.  The potential effectiveness of an additional dose later in life was suggested in studies where the MMR vaccine was used as a control measure in school-based outbreaks (see "Postexposure Prophylaxis" above).  Although the mumps attack rates in students receiving the intervention declined substantially in these studies, conclusions could not be drawn because of study power as well as the caveat of the intervention being initiated after the outbreak started to decline.  Nonetheless, use of an additional dose of vaccine during an outbreak would seem prudent.  This notion is supported by data on the immunogenicity of a third dose of MMR among 685 young adults in a non-outbreak setting as reported by Fiebelkorn and colleagues.  In that study, the GMT of virus-neutralizing antibody titers was observed to significantly increase in response to the third dose when measured 1 month after vaccination.  However, at 1 year postvaccination, the GMT retreated close to baseline, suggesting only a transient benefit of a third dose of vaccine, making it difficult to justify a change to the current MMR vaccine schedule for routine vaccine use.  Unfortunately, other biological indicators of improved immunity, such as more robust B-cell memory or higher antibody avidity, were not examined.

503

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Rubin, *id*. at 687 (emphasis added).

376.17. Dr. Rubin's Chapter in *Plotkin's Vaccines* stated:

As a consequence of the resurgence of mumps over the past decade despite high vaccine coverage, changes to the current vaccination schedule or development of new, more effective vaccines have been suggested. As described in "Disease Control Strategies and Possible Eradication" above, changing from a two-dose to a three-dose MMR schedule was evaluated, but the results raised doubt whether this or any other change to the vaccination schedule would improve the long-term effectiveness of the vaccine. This leaves development of new vaccines as the only practical approach to improving vaccine performance; however, prospectively designing improved vaccines is predicated on knowing what is responsible for the less-than-desirable performance of existing vaccines, as well as knowledge of reliable markers of vaccine efficacy, neither of which are known. In the absence of a clear understanding of factors that influence the kinetics, robustness, and duration of meaningful immune responses to mumps vaccination, and how these parameters can be reliably measured, there is little promise of new vaccines performing any better than existing vaccines.

*Id.* (emphasis added).

376.18. The CDC's Director, Division of Viral Diseases, Dr. Mark Pallansch, testified as follows:

Q. Now, if there had been manufacturing changes, in what way would that have been relevant to ACIP's determinations?

A. It would depend upon the nature of the change, so I don't know. There's not a general answer to that.

Q. Suppose there were changes made to potency.

A. Again we'd want to know what clinical data was, you know, looked at in terms of a change in potency, and what was FDA's reaction to that.

Q. And why would that be relevant?

504

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

*A. I mean, it has to affect -- it affects how we interpret data being provided, because <u>we look at data for a specific product as the product hasn't changed unless we're aware of it. So, again, if we knew the potency change occurred at such and such a date, we would deliberately analyze data, you know, with that date in mind.</u>*

*Q. And <u>as far as you know, the CDC has not engaged in any kind of analysis in connection with any potency changes in Merck's mumps-containing vaccines</u>?*

*A. <u>We can't because we're not aware of potency changes.</u>*

Deposition of CDC's Director, Division of Viral Diseases, Dr. Mark Pallansch, October 13, 2018, 148:11-149:10 (emphasis added).

377.   In my opinion, the causes for the resurgence of mumps cases and mumps outbreaks has not been established. The issues identified in this report and the possibility that some young adults who are at risk for mumps received lower potency vaccine has not been publicly disclosed by Merck.  If these young adults received lower potency vaccines as children this information would be relevant for evaluating potential causes of the resurgence of mumps cases and mumps outbreaks since 2006.

## XII.   <u>CONCLUSIONS</u>[951]

**In my opinion:**

378.   The Section 314 Review was different than the FDA review conducted in 1973 when responsibility for regulation of vaccines was transferred to the FDA, described above, because the NCVIA's no-fault compensation program for vaccine-related injuries was related to the manufacturers' responsibility to ensure their vaccines are safe and effective and have labeling that is not false or misleading.

---

[951] This is a summary of my conclusions. Please see report for all conclusions cited.

505

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1066**

379.     This duty is continuous, and the manufacturer must provide updates with any information it later discovers, or in the exercise of reasonable care, should have discovered about its vaccine.  The material information that a manufacturer must provide would include any aspects of the vaccine identified as important by the National Vaccine Advisory Committee, such as vaccine efficacy, including duration of protection, immunogenicity, vaccine improvements which would improve utilization and administration, and stability of vaccine storage characteristics.

380.     The Section 314 Review of MMRII was consistent with the goals set forth by Congress to enact the NCVIA, including focus on stability and potency, among other vaccine characteristics.

381.     By 1998, any assertion by Merck that the 20,000 TCID50 [4.3 log10] mumps potency claim on its MMRII label was anything but an end expiry claim was rejected by FDA.  In response, Merck stated that it could determine the potency titers present at the end of shelf life and proposed to reduce the mumps potency claim to 5,000 [3.7 log10] TCID50.  Furthermore, to support the change in the labeling to state "at expiry, no less than 5,000 . . ." Merck needed clinical data to demonstrate the clinical effectiveness of MMRII with the proposed lower mumps potency. Merck began preparing and reviewing a clinical protocol to support the proposed mumps end expiry label change.

382.     In 1998, according to Merck's documents, Merck did not have clinical data to support a correlation between an ELISA and a neutralization assay when it initiated Protocol 007.

383.     For Merck to use ELISA for mumps immunogenicity testing in Protocol 007, or future clinical trials, it had to correlate the ELISA to a highly-specific neutralization assay designed as a measure of protection against circulating wild-type mumps infection.

506

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

384.    As of September 1999: (a) Merck needed to conduct an end expiry study of mumps immunogenicity promptly; (b) FDA required Merck to use a neutralization assay in the end expiry study and did not believe modification to a neutralization assay was necessary; (c) Merck could not use an ELISA test unless it was correlated to a neutralization assay; (d) reporting seroconversion rates of lower than 96% in the end expiry trial could require Merck to change the 96% seroconversion rate in the MMRII label. A reasonable and prudent vaccine manufacturer presented with this information would use a neutralization assay that measures protection against disease, and report the results of that study as promptly as possible.

385.    The objective of Protocol 007 was to measure MMRII's ability to protect against currently circulating wild-type mumps, especially at a potency lower than the 4.3 log10 [20,000] TCID50 stated on the MMRII label.  A reasonable and prudent manufacturer would design a serologic assay that would accomplish the stated goal of the study.

386.    Whatever "enhancements," modifications or changes to a serologic assay a manufacturer evaluates in the design of a clinical study, it is ultimately the manufacturer's obligation to design and conduct an adequate and well-controlled study that meets the stated objectives.  Furthermore, as stated previously, the objective of Protocol 007 was to measure protection against wild-type mumps disease at a potency less than the 4.3 log 10 [20,000] TCID50 stated on the MMRII label.

387.    As FDA has noted, false positive and false negative results are frequently observed when ELISA assays using mumps virus are used to assess antibody response.  Furthermore, if an ELISA assay was going to be used instead of a neutralization assay in mumps immunogenicity testing, it would be important to minimize the risk of reporting false positive or false negative

507

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1068**

results by ELISA. Moreover, one way to minimize this risk, which would have been acceptable to FDA, was to correlate the ELISA to a neutralization assay.

388. The regulatory communications from FDA to Merck from 1998-2000, described above, evidence that mumps immunogenicity testing required the use of a serologic assay that had some connection to protection against disease. Furthermore, the "gold standard" was a neutralization assay using a wild-type indicator virus, but an ELISA assay could be used if it was correlated to a neutralization assay. A correlation to a neutralization assay would minimize the risk of reporting false positive or false negative results by ELISA. Moreover, FDA's requirements to assess protection afforded by vaccination, and the duration of the protection, in mumps immunogenicity testing was consistent with the National Vaccine Advisory Committee's priorities for evaluating whether a vaccine is safe and effective. These requirements would apply to any mumps immunogenicity testing conducted as part of a clinical study to support an existing license of a mumps vaccine, or an application for the license of a new mumps vaccine.

389. To use an ELISA assay as an appropriate measure of protection against circulating wild-type mumps infection, it must be correlated to an assay that measures protection, such as a neutralization assay.

390. I have considered the 1999 email documenting a conversation between Merck's Dr. Wonnacott and FDA's Dr. Baylor and Dr. Baylor's purported agreement that Merck did not need to report lots manufactured before September 1999 that had titers below the MMRII label claim before the 24 month expiration as being "out of specification." Merck's summary of the purported agreement is not consistent with FDA's Dr. Carbone's subsequent statement to Dr. McKee documented in the August 2000 memo that "neither a conclusion has been drawn nor a

508

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

commitment made" regarding mumps potency/stability.  Moreover, since the reporting of out of specification product is a compliance issue, I would expect the FDA's position regarding Merck's reporting obligations would be appropriately addressed in the Team Biologics inspection.  I note the agenda for Day 2 of the August 2000 Team Biologics inspection included review of Error and Accident Reporting and Out of Specification Results.

391.   It is the vaccine manufacturer who is responsible for assuring that its overall operation and the products it manufactures are in compliance with the law and that the products released to the market are safe and effective.  This is not a requirement unique to mumps potency, or even to Merck.

392.   Merck's response to FDA's Form 483 and the separate submission of mumps stability data, which did not include analysis of product manufactured after May, 1998, did not provide assurance that mumps containing vaccines manufactured after May 1998 would have "not less than 4.3 log" at end expiry.  Furthermore, since product manufactured after May 1998 was within the 24-month shelf life in October 2000, there was risk that some product on the market would not meet the "not less than 4.3 log" end expiry specification.  Moreover, because potency is tied to effectiveness, a risk of lower potency vaccine on the market necessarily includes a risk of less effective vaccine on the market.

393.   Merck's response to the October 2000 Form 483 did not provide the FDA sufficient assurance that corrective actions had been taken to fix the cited deficiencies, including with regard to mumps potency.  The Warning Letter was the next regulatory mechanism after the Form 483 before FDA could initiate an enforcement action to assure Merck's compliance with the law.

509

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1070

394.   In responding to the February 2001 Warning Letter, Merck needed to demonstrate appropriate corrective actions to ensure compliance regarding the mumps potency issue identified in Observation #3, or it would face potential regulatory action.

395.   In response to the pending Warning Letter, I would expect Merck to provide the FDA with similar information to that provided to Drs. Scolnick and Greene, including the following:

- Merck identified 225 lots still within the 24-month dating period with estimated end expiry potencies below 4.3 log 10 [20,000] TCID50/dose.
- Merck identified 213 of those lots to still be within the 24 month dating period on February 23, 2001 when Dr. Margolskee sent her email, and 212 of the lots would still be within the 24 month dating period on March 8, 2001 (when the Warning Letter response was due).
- Merck identified six lots with an estimated end expiry potency of 3.4 [2,500] to 3.7 log10 [5,000] TCID50/dose.
- Merck identified 101 lots with an estimated an end expiry potency between 3.7 [5,000] and 3.9 log10 8,000] TCID50/dose.
- Merck identified 118 lots with an estimated end expiry potency between 4.0 [10,000] and 4.2 log10 [16,000] TCID50/dose.
- The lots projected to fall below 4.0 log 10 [10,000] TCID50 at end expiry "will be a compliance issue with the Agency."
- From the results of the AIGENT Drs. Margolskee and Sadoff felt "3.7 [was] medically ok and may be defensible."
- Lots which would have potency lower than 3.7 at 24 months would not have data from the end expiry trial to support effectiveness.
- Complete data from the end expiry trial will take several more months.
- For lots manufactured at least since the summer of 1998, a total of ~1.0 log is lost over 24 months. Given this new analysis, lots manufactured since September

510

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1071

1999 have 24 month end expiry titers projected to be at or above 4.0 log, <u>not 4.3 log as stated on the label</u>.

- Attachment #4 estimated total doses of low mumps titer lots within expiry released to the United States to be approximately 12 Million doses.

- The medical assessment of the 101 lots between 3.7 and 4.0 depended on the neutralization data in Protocol 007, amongst other things.

- Merck was going to test a set of non-responders from the Protocol 007 preliminary subset analysis outside the protocol to evaluate responses in other assays to get assurance it did not have from the AIGENT testing alone.

- Merck proposed a set of surveillance investigations.

- Merck initiated a "Fact Finding" as a prelude to a potential product recall.

- Merck attempted to identify how long a lot may be on the market before it is used.

- Merck proposed to confirm findings from the Worldwide Adverse Events System with a retrospective HMO database study.

- Merck proposed to set up a prospective surveillance study if it could map the lots of interest to an HMO with the appropriate infrastructure.

- The results of testing the nonresponders outside the protocol would be used to evaluate whether Merck needed to have a "high level of concern."

- If nonresponders were truly not responding to the vaccine, Merck would need to consider further assessment, including potential revaccination of large infant cohorts.

396.   The results of assay testing outside of protocol should have been disclosed to the FDA.  Furthermore, Merck should have disclosed to the FDA that the assay testing outside of protocol, according to Dr. Margolskee, was to provide Merck reassurance of the results it was sending to the FDA as assurance that lower potency MMRII would be effective.  Moreover, comparing the results of the ten children who were selected for re-test in assay testing outside of protocol shows the children responding differently depending on which assay was used.  Most importantly, children who were non-responders by neutralization were responders in the ELISA,

511

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1072

tending to show that the ELISA did not give similar results to a neutralization assay, especially for children with low level responses.

397.   I would expect Merck to provide the information contained in the draft responses to the Warning Letter in the final response to the FDA, particularly the sections disclosing the 223 lots.  Furthermore, I would expect Merck to provide the FDA with the same information Dr. Margolskee provided to Drs. Scolnick, Greene and Kim in her March 5, 2001 email, including the following:

- Comparing the ELISA and AIGENT results for children who were non-responders by the AIGENT, Merck identified that children who received the lowest potency of 3.7 were not responding by either assay, suggesting children who got doses at that potency were not sufficiently protected.
- Merck's overfilled MMRII lots (manufactured after September 1999) complied with a 4.0 end expiry, not the 4.3 log on the MMRII label.
- Merck identified an "urgent need" to change the label and intended to do that by using ELISA testing, which would be available more quickly than the neutralization data.
- There were 107 lots filled before the overfill potentially still on the market with projected potencies lower than 4.0 at 24 months and the clinical data from the preliminary subset analysis in Protocol 007 did not support the effectiveness of MMRII at a dose below 4.0.
- Merck identified 6 retention samples to test potency at 24 months and was discussing testing the other 101 lots for potency at 24 months.
- Merck was investigating where the lower potency lots were sold.  It could trace them to distributors and large HMOs but not individual doctors' offices.
- Merck was conducting a risk assessment for children who had received MMRII in recent years analyzing the probability of a child (1) getting a dose of < 4.0 log, (2) being a nonresponder, and (3) subsequently being exposed to mumps.  The

512

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

assessment depended on how quickly vaccines were used from the time they were sold (the "burn rate") and the risk of mumps exposure.

– Needing to revaccinate children was a potential outcome of the risk assessment and since tracing lots and assessing when the lots were used (i.e. what potency a child received) was likely impossible, the need to revaccinate would "probably mean large scale initiative."

– Children in the Protocol 007 study who were negative by ELISA or neutralization would be offered revaccination.

– The "further steps" Merck would take as a result of its investigation.

398.   As of February 27, 2001, the date of Mr. Bennett's email to Dr. Keith Chirgwin and Dr. Roberta McKee that stated: "Current Product … Given our current minimum release specification limit of 5.0, we have 95% confidence that each lot released will be at or above 4.0 through expiry," Merck did not have adequate assurances that MMRII could meet the product specification of not less than 4.3 through going forward, even after the overfill implemented in September 1999.

399.   Merck's response to the Warning Letter was inadequate. A reasonable and prudent manufacturer would have included: (1) the identification of the low potency lots summarized in the draft responses; (2) the medical assessment of children getting MMRII doses with low potency mumps, including the need for potential surveillance studies and revaccination of large groups of children; (3) the assay testing outside of the protocol to provide reassurance of the results of Protocol 007 cited in the Warning Letter to justify the efficacy of lower potency product; and (4) the calculations showing the "process change to increase the mumps content of the product to ensure compliance to the labeled titer" did not assure MMRII could meet the 4.3 mumps end expiry going forward, even after the overfill.

513

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

400. Merck's BPDR 01-003 was inadequate. In light of the public health significance of the issues involved, a reasonable and prudent manufacturer would have included investigation of other single-dose vial MMRII lots manufactured in 1998, the same year as M-M-R®II Lot# 0628706. Furthermore, since some of the 225 lower potency lots identified in Attachment #4 were manufactured in 1998, the investigation I would have expected to see in this BPDR would have included those lots.

401. BPDR 01-003 was also inadequate because it stated that "[t]o ensure that [future] lots will meet the mumps potency specification of 4.3 TCID50/dose at expiry, the minimum specification was revised from 4.3 to 5.0 logTCID50/dose at release." A reasonable and prudent manufacturer would have reported that it did not have adequate assurances that future lots would meet the mumps potency specification of 4.3 TCID50/dose at expiry even after the overfill.

402. The submission of Serial 63 to the FDA, including the results of the AIGENT testing of the Protocol 007 preliminary subset analysis, were part of the response to the February 2001 Warning Letter. Furthermore, Merck provided that interim analysis "to justify the efficacy of lower potency product."

403. With regard to the proposal to complete the end expiry study using WT ELISA testing, a reasonable and prudent manufacturer would have informed the FDA that it did not have assurances that it could meet the mumps end expiry specification of 4.3 on the MMRII label, and that the request to bridge to ELISA and complete the end expiry study using ELISA proposed in Serial 63 was to expedite a label change to reduce the end expiry claim.

404. With regard to product manufactured before the overfill (September 1999) Merck's BPDR 01-005 was inadequate in light of the public health significance of the issues involved.

514

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Merck tested lots 0538J, 0539J, 0926J, 1070J and 1071J. The only lot that met the end expiry specification was 0926J. A reasonable and prudent manufacturer would have investigated other single-dose vial MMRII lots manufactured in the same years as lots 0538J, 0539J, 1070J and 1071J. Furthermore, since all five lots were on the list of 225 "Low Mumps Titer Lots Within Expiry" in Attachment #4 to Dr. Margolskee's February 23, 2001 email to Drs. Scolnick and Greene, I would have expected to see an investigation reported in this BPDR to include the lots in that list. While Dr. Margolskee's March 5, 2001 email to Drs. Scolnick and Greene stated that discussions were "underway" to assay 101 lots of the lots identified, none of those lots are reported or discussed in this BPDR or elsewhere. Moreover, the remaining lots on the list of 225, also predicted below the label claim, were also not reported or discussed in the BPDR or elsewhere.

405. Merck used the results of the preliminary subset analysis of Protocol 007's AIGENT testing as part of the medical assessment in BPDR-005 for why no further action was required in response to Merck's reporting of four MMRII lots out of specification for failing to meet the end expiry potency specification for mumps at 24 months. Furthermore, the submission of clinical data from the testing conducted in Dr. Krah's lab was inadequate to support the medical assessment of the risk of receiving lower potency vaccine because raw data was changed without justification during the testing in Dr. Krah's lab.

406. BPDR 01-005 was also inadequate because it stated the September 1999 overfill and other "changes were implemented to ensure that, in the future, potency for lots at expiry would meet the current specification of 4.3 logTCID50/dose" when Merck did not have assurance that the overfill would ensure not less than 4.3 at end expiry. A reasonable and prudent manufacturer would have disclosed that, at the time it was reporting these out of

515

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

specification lots, it did not have adequate assurances that future lots of product would meet the mumps potency specification of 4.3 TCID50/dose at expiry.

407.    Mr. Krahling's account of events, as recorded in the Merck workbook, are serious accusations of fraud in a clinical trial, particularly in light of the public health significance of the issues involved.

408.    The Form 483 observation that "raw data is being changed with no justification" in the Protocol 007 testing rendered that data unreliable.  Furthermore, Merck had already relied on that data, "changed with no justification," on at least three instances: (1) in response to the 2001 Warning Letter to "justify the efficacy of lower potency product;" (2) in its Serial 63 submission of the results of the preliminary analysis from Protocol 007; and (3) in Biological Product Deviation Report 01-005.

409.    Because a reasonable and prudent manufacturer must assure submissions to the FDA are accurate, Merck's prior submissions relying on the Protocol 007 data changed without justification should have been amended.  Furthermore, after two Form 483s, a Warning Letter and two BPDRs within twelve months all relating in some way to the mumps potency issue, a reasonable and prudent manufacturer would have described to the FDA that it was unable to assure the mumps end expiry specification in MMRII even after the overfill and while it did not have clinical data to support lowering the end expiry specification.

410.    Merck continued to be unable to assure compliance with its MMRII label in April 2002 and the Protocol 007 AIGENT data was necessary to resolve the compliance issue.

411.    FDA's Dr. Carbone's statement documented in Dr. Chirgwin's record of conversation that "'there is nothing really scientifically wrong' with our mumps PRN assay" is

516

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

consistent with Dr. Carbone's notes from the unannounced inspection to Dr. Krah's lab in August 2001 that resulted in the Form 483 in which she stated: "As the immunological correlate for efficacy of mumps vaccination Merck has developed an assay to measure anti-mumps antibodies in the serum of vaccinated subjects." Furthermore, according to Merck's documents, if Merck's proposed WT ELISA cutoff of 10Ab was not accepted by the FDA, the seroconversion rates Merck would report in clinical studies using the WT ELISA would be lower than the seroconversion rates on the MMRII label.

412.   Based on Dr. Antonello's testimony that neither the 1:32 cutoff in the AIGENT nor the 10 Ab cutoff used in the WT ELISA reflected a protective level, the 10 Ab WT ELISA cutoff did not meet the FDA's requirement that it "relate to seroprotection."

413.   If the cutoff in Merck's WT ELISA had been set higher (i.e. 40 ab using a four-fold rise criterion), the seroconversion rates Merck would have reported by its WT ELISA would have been lower than those reported using 10 Ab.

414.   In response to FDA's request to identify individual titers "in the relative range around the cutoff in the P[laque]R[eduction]N[eutralization] and ELISA in order to confirm the AIGENT and WT ELISA are categorizing sera in a comparable fashion," I would expect Merck to provide the FDA with the following information relevant to samples with titers around the cutoff:

- The tables Merck prepared in March 2001 comparing the results of the approximately 60 low level responders and non responders in the preliminary subset by AIGENT and WT ELISA broken out by potency dose showing seroconversion rates as follows:
  The 4.9 dose: seroconversion rate by WT ELISA was 81% and 43% by AIGENT.

517

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

The 4.0 dose: seroconversion rate by WT ELISA was 93% and 26% by AIGENT.

The 3.7 dose: seroconversion rate by WT ELISA was 40% and 20% by AIGENT.

- The results of assay testing outside the protocol in assay 46-01, showing the following results for the ten children retested:

  None of the ten responded in a standard neutralization assay using JL-135.

  Seven of the ten responded in the WT ELISA (also using JL-135).

415. In response to the April 2002 Form 483, finding a deficiency in the underlying report from March 2001, a reasonable and prudent manufacturer would have investigated other single-dose vial MMRII lots manufactured in 1998. A reasonable and prudent manufacturer would have also reported that it did not have adequate assurances that future lots would meet the mumps potency specification of 4.3 TCID50/dose at expiry.

416. With regard to MMRII lots manufactured from September 1999 – September 2002, Merck never informed the FDA that "approx[imately] 7% of the lots [we]re expected to be < 4.3 at expiry" or that Merck could "statistically predict that a certain number of lots will fail on stability," even after the manufacturing change implemented in September 1999 to "overfill" the mumps component to ensure Merck could "provide a high level of assurance that the minimum titers would be maintained through expiry." Furthermore, since this was never reported to the FDA, to the best of my understanding, no one has investigated which lots released were the 7% Merck that would fail to have 4.3 log10 [20,000] TCID50/dose at end expiry. Moreover, with regard to children immunized in the United States with vaccines manufactured from September 1999- September 2002, no one can determine which of the children, who are now young adults (approximately 17-22 years old), were immunized from the 7% of lots Merck predicted would

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

fail to have 4.3 log10 [20,000] TCID50/dose at end expiry to evaluate whether they have been sufficiently immunized because the end expiry potency fell below Merck's specification.

417.   Dr. Rosolowsky's telephone conversation with FDA's Dr. Phil Krause apparently notifying Dr. Krause of Merck's intention to file a Prior Approval Supplement as a corrective action for the mumps potency issue, as documented in a December 2002 email, does not change Merck's obligation to ensure the products that it releases to the market are safe and effective and meet the specifications on the label. Furthermore, a verbal notification to FDA personnel of a corrective action that will take place in the future does not change the manufacturer's obligation to implement an immediate corrective action to correct the problem identified and prevent its recurrence.  It is the manufacturer's responsibility to ensure that its products meet the specifications on the label and to comply with all provisions of the Federal Food, Drug, and Cosmetic Act, the Public Health Services Act, and all applicable regulations.

418.   Merck did not execute the corrective action it represented to FDA's Dr. Krause that it would take in January 2003, or any time thereafter.  Merck's "alternative strategy" was to use Protocol 007 data instead of changing the MMRII label to reduce the shelf-life and ensure currently marketed product met the label specification of "not less than 4.3" for mumps at end expiry.

419.   With regard to FDA requirements, a vaccine is adulterated if a manufacturer does not have procedures that are designed to assure that the product has the identity, strength, purity or potency it purports or represents it to have.  From at least 1998 – December 2007, Merck did not have adequate procedures to assure that MMRII vaccine had "not less than 4.3 log10 [20,000] TCID50" per dose through end expiry.  My opinions with regard to Merck's ability to

519

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1080**

assure the MMRII potency specification for mumps of not less than 4.3 $\log_{10}$ [20,000] $TCID_{50}$ for the shelf life of the vaccine are as follows:

419.1. From at least 1998 – September 1999, Merck did not have adequate procedures to assure that MMRII vaccine had "not less than 4.3 log10 [20,000] TCID50" per dose through end expiry. Merck's actions with regard to the identification of product manufactured before the overfill for which it could not assure "not less than 4.3 log10 [20,000]" at end expiry can be summarized as follows:

| | |
|---|---|
| – Merck identified 225 lots it predicted could not meet the end expiry specification of "not less than 4.3" on the MMRII label | MRK-KRA00549518 |
| – Merck identified six of the lots with predicted lowest potency identified on the list of 225 lots | MRK-KRA00616007 at '08 |
| – Merck tested five of the six lots, 0538J, 0539J, 0926J, 1070J and 1071J, and reported the results in BPDR 01—005:<br>  – Lot 0538J (117,970 doses) was out of specification<br>  – Lot 0539J (115,320 doses) was out of specification<br>  – Lot 1070J (118,040 doses) was out of specification<br>  – Lot 1071J (117,550 doses) was out of specification<br>  – Lot 0926J (57,720 doses) was within specification | MRK-KRA00754233;<br>MRK-KRA00549518 |
| – The sixth lot, Lot 0517J (115,400 doses) was not tested or reported to the FDA. Merck documents indicate it was exported outside the United States. | MRK-KRA00548824;<br>MRK-KRA00548114 |

With regard to the remaining 219 lots (225-6= 219), Merck could not assure those lots met the end expiry claim of 4.3 log10 [20,000] TCID50/dose, and never informed the FDA. Moreover, with regard to children immunized in the United States with vaccines from lots Merck manufactured from May 1998 – September 1999 for which Merck did not have adequate

520

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

assurance, no one can determine whether these children who are now young adults (approximately 18-23 years old) have been sufficiently immunized because the end expiry potency fell below Merck's specification.

419.2. By the end of 2000, Merck could not ensure MMRII lots manufactured after September 1999, after the overfill, met the label potency specification of "not less than 4.3 log" for mumps. Furthermore, Merck could not ensure MMRII lots manufactured before the overfill and still within the 24-month shelf life, met the label potency specification of "not less than 4.3" for mumps. Moreover, in December 2000 Merck did not have clinical data to support lowering the end expiry claim on the MMRII label, or adequate data to provide reassurance of the efficacy of lower potency product.

419.3. After the overfill implemented in September 1999 and as long as the MMRII label stated "not less than 4.3 $\log_{10}$ [20,000]" $TCID_{50}$ Merck was required to have adequate procedures to assure that MMRII vaccine had that amount of mumps virus per dose through end expiry.

419.4. In April 2001, Merck still did not have adequate assurance that MMRII would have "not less than 4.3" mumps potency at the end of the 24 month shelf life. Furthermore, Mr. Bennett's conclusion that "expiry dating needs to be 12 months in order to provide 95% confidence that a lot released at 5.0 will be above 4.3 at expiry" was relevant to the April 4, 2001 discussion with FDA about the ongoing questions of mumps stability/potency in MMRII that started with the Section 314 Review in 1996. A reasonable and prudent manufacturer would have described the results of Mr. Bennett's analysis to the FDA personnel in attendance. Moreover, a reasonable and prudent manufacturer would have updated its response to the Warning Letter four weeks earlier that had stated: "we believe that the actions taken to date

521

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1082**

comprehensively address all concerns raised during the referenced inspection as well as in the subsequent Warning Letter."

419.5. In August 2001, Merck could not assure the end expiry potency of the mumps component of MMRII [4.3 log10/20,000 TCID50], even after the overfill initiated in September 1999, because Merck's stability data only supported an end expiry potency of 4.0. With an end-expiry potency of 4.3, Mr. Bennett calculated that MMRII's shelf life was less than 12 months, not the 24 months in MMRII's labeling. A reasonable and prudent manufacturer would have described this issue to the FDA, and not waited for "the clinical efficacy data that was being generated."

419.6. In December 2001, Merck still could not ensure the mumps end expiry specification of 4.3 that continued to be on the MMRII label because, according to Mr. Bennett, the "expiry dating need[ed] to be 12 months in order to provide 95% confidence that a lot released at 5.0 will be above 4.3 at expiry," and, according to Mr. Schofield, "the [stability] plan works with 4.0 but not 4.3." Furthermore, according to Merck's summary of the December 7, 2001 teleconference, FDA's Dr. Carbone raised the potency/stability issue with Mr. Schofield and other recipients of Mr. Bennett's email on the call. A reasonable and prudent manufacturer would have described to FDA's Dr. Carbone and other FDA personnel on the call that Merck was unable to assure the mumps end expiry specification in MMRII even after the overfill and it did not have clinical data to support lowering the end expiry specification because of the deficiencies cited in the Protocol 007 testing.

419.7. Until Merck had clinical data from an adequate and well-controlled study and FDA's approval to lower the mumps end expiry claim on the MMRII label, Merck remained

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

obligated to ensure that all product met the "not less than 4.3 log [20,000]" mumps end expiry claim. Furthermore, Mr. Bennett's analysis documents Merck's ongoing inability to ensure all MMRII products complied with that label specification even after the overfill. Merck continued to have inadequate assurance that MMRII met the label specification for mumps through end expiry in March 2002.

419.8. As of July 2002, Merck still did not have adequate assurances that that all MMRII product met the "not less than 4.3 log [20,000]" potency claim for mumps on the label, even after the overfill implemented in September 1999. Furthermore, until Merck actually implemented any of the proposed "fixes" it contemplated, it remained obligated to ensure compliance with its label.

419.9. In September 2002, according to Merck's documents, Merck did not have adequate procedures to assure that MMRII met that standard, even after the overfill implemented in September 1999.

419.10. In December 2002, Merck still did not have adequate controls to ensure that mumps potency of MMRII would be "not less than 4.3" at end expiry, even the overfill.

419.11. MRL's Executive Director, Worldwide Regulatory Affairs, Dr. Keith Chirgwin's September 2003 email regarding "a call" from FDA's Dr. Baylor did not change Merck's obligation to ensure the products that it releases to the market are safe and effective. Through the end of 2003, Merck still could not ensure that MMRII vaccine had "not less than 4.3 log10 [20,000] TCID50" of mumps virus per dose through end expiry.

419.12. Through the end of 2004, Merck still could not ensure that MMRII had "not less than 4.3 log10 [20,000] TCID50" mumps virus per dose through end expiry.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

419.13.     Consistent with the opinions of Dr. Stark and Dr. Schenerman, from July 2005-2007 Merck could not ensure that MMRII met its mumps end expiry potency specification of "not less than 4.3."

419.14.     From May 1998-December 2007, MMRII was adulterated because Merck was unable to assure the potency specification for mumps of not less than 4.3 $\log_{10}$ [20,000] $TCID_{50}$ for the shelf life of the vaccine.

420.     After conducting the comparison between the AIGENT and WT ELISA, Merck made repeated representations to FDA that the comparison supported the cutoff used in the WT ELISA assay.  FDA requested specific, additional information from Merck about the 10 Ab cutoff in the WT ELISA assay after Merck's submission in Serial 86.  FDA requested "the mumps ELISA seropositive cutoff be justified via use of known mumps neutralizing and non-neutralizing sera.  Furthermore, CBER recommended an analysis of the ELISA predictive value in identifying sera that tested positive in the neutralization assay." In response to FDA's request, Merck stated "Serial 86 … we believe provided information on the clinical relevance of the chosen ELISA cutoff for seropositivity."  Merck made this statement in BB-IND 7068 and in BB-IND 1016.  These statements were misleading for the following reasons:

–   Merck's statements suggest that Serial 86 answered FDA's questions regarding the clinical relevance of the WT ELISA assay cutoff when Merck had not determined the clinical relevance of the WT ELISA cutoff to use in the clinical studies to support its three pending applications.

–   Merck's statements omitted that the AIGENT assay had not been demonstrated to be a reliable measure of the presence of mumps neutralizing antibodies or validated as a sufficiently specific assay to measure mumps neutralizing antibodies.

524

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- Merck's statements omitted that the AIGENT assay had not been shown to be a reliable measure of clinical protection and that Merck senior management "[did not] know what a clinically protective level [was]" using either the AIGENT or WT ELISA.

- Merck's statements omitted that seroprotection had not been considered in determining the WT ELISA assay's 10 Ab cutoff.

421.   The AIGENT assay results from Protocol 007 could not be used to provide reliable information about protection from disease.  Moreover, according to Merck's documents, if the biological relevance of the chosen cutoff continued to be in question, a four-fold rise criteria may have been required to "demonstrate significant response to the vaccine."

422.   The measure of immunogenicity in the five clinical studies cited for support in the three applications were represented to be linked to protection against disease, illustrated by the following statements:[952]

- sBLA for Mumps End Expiry (Protocol 007): "The data presented here indicate with a high level of assurance that decreasing the mumps end-expiry titer from 4.3 [20,000] to 4.1 log10 [12,500] TCID50 per dose in children 12 to 18 months of age will ensure that M-M-R™II remains a highly effective vaccine."

- sBLA for rHA (Protocol 009): – "Serum level of antibodies to … mumps … will be determined by enzyme-linked immunosorbent assays (ELISAs).  Protective levels of antibody will be defined as ... ≥ 10.0 ELISA antibody units for mumps.

---

[952] *See also* MRK-KRA00126540 at '40-41 (sBLA for Mumps End Expiry: "One year persistence serology samples will not be tested in the mumps plaque reduction neutralization (PRN) assay. The PRN assay correlates well with the mumps ELISA and therefore only the ELISA testing will be conducted for this time point. Revaccinations will be based solely on ELISA results."); MRK-KRA00138137 at '144 (sBLA for rHA: "A single clinical trial, Protocol 009 … supports the replacement of HSA with rHA … as the study results demonstrated that M-M-R™II with rHA induced acceptable antibody response rates for … mumps …that are similar (noninferior) to those induced by M-M-R™II."); MRK-KRA00140056 at '0196 (sBLA for rHA: "Overall, the study results suggest the M-M-R™II with rHA is highly immunogenic, well tolerated, and will be as effective as M-M-R™II with HSA in preventing measles, mumps, and rubella."); MRK-KRA00158320 at '350 (BLA for ProQuad: "Merck & Co., Inc. has assessed the correlation between neutralizing antibody … and a wild-type enzyme-linked immunosorbent assay ... These data support the use of the results of a wild-type ELISA as a correlate for protection.")

525

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- BLA for ProQuad (Protocol 012, Protocol 013, Protocol 014) – "The data summarized in this clinical summary demonstrate that ProQuad is immunogenic … and is as efficacious as its parent products."

423.   With regard to the AIGENT measuring mumps neutralizing antibodies, the sBLA for Mumps End Expiry stated that "[m]umps neutralizing antibodies were measured immediately prior to vaccination and 6 weeks postvaccination using the plaque-reduction neutralization (PRN) assay.  PRN assay was used as the primary endpoint because it is a functional assay that measures the ability of the vaccine-induced immune response to inhibit viral replication in vitro, and can, therefore, be considered a surrogate for vaccine effectiveness."  Merck's statement to FDA is misleading because it omitted that Merck had not performed a formal specificity analysis[953] for the AIGENT assay, and the AIGENT had not been validated as a measure of mumps neutralizing antibodies.  Furthermore, the statement omitted that the endpoint measured by the AIGENT had not been demonstrated to have a connection to protection from disease.

424.   With regard to the efficacy of a 4.1 mumps dose, the sBLA for Mumps End Expiry stated that that "[t]he data presented here indicate with a high level of assurance that decreasing the mumps end-expiry titer from 4.3 to 4.1 log10 TCID50 per dose in children 12 to 19 months of age will ensure that M-M-R™II remains a highly effective vaccine."  Merck's statement to FDA was misleading because it omitted that the assays used in Protocol 007 had not been shown to be connected to protection from disease and therefore the results of the assays could not be used to provide reliable information about the effectiveness of MMRII with a mumps potency of not less than 4.1 log10 TCID50.

---

[953] Deposition of Florian Schodel, December 22, 2016, 352:14-365:15.

526

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

425. With regard to the seroconversion rate as a measure of protection, the sBLA for Mumps End Expiry stated that "[l]owering the mumps virus potency to 4.1 log10 TCID50 per dose maintains >90% seroconversion using a neutralization assay, thus preserving the excellent safety and efficacy profile of the vaccine." Merck's statement to FDA was misleading because it omitted that the seroconversion rates measured by the AIGENT assay had not been shown to relate to protection from disease. Furthermore, unlike the neutralization assay used in the early efficacy studies to support the licensure of mumps vaccines, the seroconversion rate measured by the AIGENT assay did not "parallel protection from disease."

426. With regard to the effectiveness of MMRII with rHA, the sBLA for rHA stated that "[o]verall, the study results suggest that M-M-R™II with rHA is highly immunogenic… and will be as effective as M-M-R™II with HSA in preventing… mumps…" Merck's statement to the FDA is misleading because it omitted that the Protocol 009 clinical study to support the manufacturing change to rHA used the WT ELISA assay that had not been shown to have a connection to protection. Furthermore, since the WT ELISA assay used was not connected to protection, it is misleading to state that the WT ELISA assay results demonstrate that the manufacturing change from HSA to rHA did not impact the efficacy of the vaccine.

427. With regard to the efficacy of ProQuad, the BLA for ProQuad stated that "The data summarized in this clinical summary demonstrate that ProQuad is immunogenic … and is as efficacious as its parent products." Merck's statement to the FDA is misleading because the seroconversion rates reported using the WT ELISA assay that was used in three of the five clinical studies supporting the application were not related to protection and could not support the assertion that ProQuad was as efficacious as its parent products.

527

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

428.   The BLA for ProQuad stated that "…Merck & Co., Inc. has assessed the correlation between neutralizing antibody (as measured in plaque reduction neutralization [PRN] assay) and a wild-type enzyme-linked immunosorbent assay (ELISA).  The overall agreement rate was 93.6% (480/513).  These data support the use of the results of a wild-type ELISA as a correlate for protection."  Merck's statement to FDA was misleading because it omitted that the correlation data comparing the results of Protocol 007 clinical subjects tested by the WT ELISA and AIGENT assays did not demonstrate that the WT ELISA was connected to protection from disease because neither assay had been shown to relate to protection.  It was also misleading because Merck's assessment of the correlation between the AIGENT and the WT ELISA provided no reliable data from which to conclude that the WT ELISA results were a correlate for protection.

429.   The MMRII label from 2005 – 2007 was misleading because it omits that the seroconversion rate measured by the WT ELISA assay used in the clinical study supporting the change from HSA to rHA had not been shown to "parallel protection from disease" as the earlier studies cited in the label had demonstrated.  Furthermore, because the WT ELISA assay used in Protocol 009 did not measure "antibodies associated with protection" it is misleading to omit that the WT ELISA assay could not provide reliable information about protection from disease.

430.   The MMRII label from 2007 through the present (2018) was misleading because it omitted that the seroconversion rate measured by the WT ELISA assay used in the clinical study supporting the change in the mumps end-expiry potency had not been shown to "parallel protection from disease" as the earlier studies cited in the label had reported.  Furthermore, because the AIGENT and WT ELISA assays used in Protocol 007 did not measure "antibodies

528

Appx1089

associated with protection" it is misleading to omit that Protocol 007 data could not provide reliable information about protection from disease.

431.    The MMRII label after 2007 failed to state that the assays used in the clinical study to support a 12,500 [4.1 $\log_{10}$] $TCID_{50}$ potency were not able to assure that the vaccine dose at 12,500 [4.1 $\log_{10}$] $TCID_{50}$ was protective against disease.  Furthermore, the reasons why Merck could not assure the vaccine at 4.1 log was protective were:

–   Neither the AIGENT nor the WT ELISA measured protection against disease;
–   In the AIGENT, the "large proportion of missing data precluded a conclusion of success" at 4.1 log [12,500];[954]

432.    From 2005, when Merck obtained a license to sell ProQuad, through the present (2018), the Clinical Pharmacology Section of the ProQuad label stated that "[c]linical studies with a single dose of ProQuad have shown that vaccination elicited rates of antibody responses against measles, mumps, and rubella that were similar to those observed after vaccination with a single dose of M-M-R II."  Merck's ProQuad label was misleading because it omitted that the antibody responses measured using the WT ELISA assay in the clinical studies supporting the licensure of ProQuad did not have a connection to protection from disease, and could therefore not be used to assess the similarity of MMRII and ProQuad as they relate to protection from disease.

433.    From 2005, when Merck obtained a license to sell ProQuad, through the present (2018), the "Clinical Studies" Section of the ProQuad label stated that "[f]ormal studies to evaluate the clinical efficacy of ProQuad have not been performed.  Efficacy of the measles, mumps, rubella, and varicella components of ProQuad was previously established in a series of clinical studies with the monovalent vaccines.  A high degree of protection from infection was

---

[954] MRK-KRA00000479.

529

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

demonstrated in these studies." Merck's ProQuad label was misleading because it omitted that the ProQuad clinical study results using the WT ELISA assay could not be used to demonstrate that ProQuad afforded the same "high degree of protection" from mumps as a component vaccine because the clinical study data using WT ELISA did not reflect protection from disease.

434.  From 2009 through the present (2018), "Clinical Pharmacology" section of the ProQuad label stated that "[r]esults from efficacy studies or field effectiveness studies that were previously conducted for the component vaccines were used to define levels of serum antibodies that correlated with protection against measles, mumps, and rubella... In these efficacy studies, the clinical endpoint for ... mumps was a clinical diagnosis of ... disease confirmed by a 4-fold or greater rise in serum antibody titers..." Merck's ProQuad label was misleading because it omitted that the WT ELISA used in the clinical studies to support the licensure of ProQuad did not include the 4-fold rise criteria reported to be correlated with protection against mumps infection. Furthermore, the label omitted that the WT ELISA assay with a 10 Ab cutoff did not have a connection to whether a subject was protected from disease. Moreover, the label is misleading because it did not state that the seroconversion rates measured in the clinical studies to support ProQuad were not measured using the 4-fold rise criteria used in previous clinical studies that reported a correlation between the 4-fold rise criteria and protection from disease.

435.  From 2005, when Merck obtained a license to sell ProQuad, through today (2018), the ProQuad label has failed to state that the WT ELISA assay used in three of the clinical studies to support the application, Protocol 012, Protocol 013, and Protocol 014, did not measure protection because the WT ELISA used in the three clinical studies had not been correlated to an assay that measured protection from mumps. Furthermore, the Clinical Pharmacology section of

530

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

the ProQuad label has failed to state that the reported "rates of antibody response against ... mumps ... that were similar to those observed after vaccination with a single dose of M-M-R II" were not obtained from studies that employed a clinically relevant assay. Moreover, the "Clinical Studies" section of the ProQuad label has failed to state that because Merck's WT ELISA did not measure protection from mumps, seroconversion measured by WT ELISA did not demonstrate that ProQuad offered the same "high degree of protection from infection" as its component vaccines, as stated in the Clinical Studies section of the ProQuad label.

436. 

437. It is not unusual for efficacy claims in existing products to be used by FDA as the standard for other similar products, especially with products that impact the public health. While relative effectiveness has generally not been viewed on the surface as part of the Federal Food Drug and Cosmetics Act, the determination of safety does encompass the concept of relative effectiveness when dealing with serious public health issues.

In evaluating effectiveness, FDA reviews new drug products and devices on their merits. FDA does not require new drug products or devices to be more effective than their approved therapies for the same disease or condition. In general, both new drug products and class III devices must be shown to be effective through

531

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

evidence consisting of clinical investigations that provide a basis on which it can be concluded that the new drug product or class III device will be safe and have the effect that it is represented to have.

For most new drug products and new class III devices intended to treat serious illness or provide symptomatic relief, a showing of effectiveness is usually based on a clinical trial comparing the product to a placebo. Such a showing does not necessarily involve a comparison to another active treatment or a product that is known to be effective.

In certain circumstances, however, it may be important to consider whether a new product is less effective than available alternative therapies, when less effectiveness could present a danger to the patient or to the public. For example, it is essential for public health protection that a new therapy be as effective as alternatives that are already approved for marketing when:

1. the disease to be treated is life- threatening or capable of causing irreversible morbidity (e.g., stroke or heart attack); or

2. the disease to be treated is a contagious illness that poses serious consequences to the health of others (e.g., sexually transmitted diseases).[955]

438.    The claims set forth in Merck's MMRII and ProQuad labels could and do impact the standards for relative effectiveness that other manufacturers would have to meet to obtain FDA approval to market similar products in the United States.

---

[955] Statement Regarding the Demonstrations of Effectiveness of Human Drug Products and Devices, 60 Fed Reg 39180 at 39180-81 (notice August 1, 1995).

532

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1093**

439.     The causes for the resurgence of mumps cases and mumps outbreaks has not been established. The issues identified in this report and the possibility that some young adults who are at risk for mumps received lower potency vaccine has not been publicly disclosed by Merck.  If these young adults received lower potency vaccines as children this information would be relevant for evaluating potential causes of the resurgence of mumps cases and mumps outbreaks since 2006.

_____

David A. Kessler, M.D.

_____

March 14, 2018

533

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**<u>Appendix A</u>**

**Curriculum Vitae**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# DAVID A. KESSLER

| | |
|---|---|
| 1969-1973 | AMHERST COLLEGE, Amherst, Massachusetts<br>Bachelor of Arts, *magna cum laude* (B.A. Independent Scholar, 1973) |
| 1973-1979 | HARVARD MEDICAL SCHOOL, Boston, Massachusetts<br>Doctor of Medicine (M.D. 1979) |
| 1975-1977 | UNIVERSITY OF CHICAGO LAW SCHOOL, Chicago, Illinois<br>Doctor of Law (J.D., 1978), Harvard Law School, 1977-1978 |
| 1984-1986 | NEW YORK UNIVERSITY GRADUATE SCHOOL OF BUSINESS<br>ADMINISTRATION (Manhattanville), Purchase, New York<br>Advanced Professional Certificate in Management |

## EMPLOYMENT

| | |
|---|---|
| 2003-present | UNIVERSITY OF CALIFORNIA, SAN FRANCISCO<br>Professor of Pediatrics, Epidemiology and Biostatistics |
| 2003-2007 | Dean, School of Medicine<br>Vice Chancellor of Medical Affairs |
| 1997-2003 | YALE UNIVERSITY SCHOOL OF MEDICINE<br>Dean<br>Professor of Pediatrics, Internal Medicine, and Public Health |
| 1990-1997 | UNITED STATES FOOD AND DRUG ADMINISTRATION<br>Commissioner<br>(Appointed by President George H. W. Bush, Reappointed by President William J. Clinton) |
| 1984-1990 | THE HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF<br>MEDICINE<br>Medical Director |
| 1986-1990 | COLUMBIA UNIVERSITY<br>Julius Silver Program in Law, Science and Technology<br>Lecturer on Law |
| 1982-1984 | MONTEFIORE MEDICAL CENTER<br>Special Assistant to the President |
| 1981-1984 | UNITED STATES SENATE COMMITTEE ON LABOR AND HUMAN<br>RESOURCES, Consultant to the Chairman |

## HONORARY DEGREES

| | |
|---|---|
| 1992 | AMHERST COLLEGE, Amherst, Massachusetts<br>Doctor of Science *honoris causa* |
| 1992 | GEORGE WASHINGTON UNIVERSITY, Washington, D.C.<br>Doctor of Science *honoris causa* |
| 1993 | PHILADELPHIA COLLEGE OF PHARMACY AND SCIENCE, Philadelphia,<br>Pennsylvania, Doctor of Science *honoris causa* |
| 1993 | DICKINSON COLLEGE OF LAW, Carlisle, Pennsylvania<br>Doctor of Laws *honoris causa* |
| 1995 | ALBANY MEDICAL COLLEGE, Albany, New York<br>Doctor of Science *honoris causa* |
| 1997 | NORTHEASTERN UNIVERSITY, Boston, Massachusetts<br>Doctor of Science *honoris causa* |
| 1998 | MOUNT SINAI SCHOOL OF MEDICINE, New York, New York<br>Doctor of Humane Letters *honoris causa* |
| 1998 | COLGATE UNIVERSITY, Hamilton, New York<br>Doctor of Science *honoris causa* |
| 1998 | YALE UNIVERSITY, New Haven, Connecticut<br>Master of Arts *privation* |
| 1999 | CONNECTICUT COLLEGE, New London, Connecticut<br>Doctor of Humane Letters *honoris causa* |
| 2001 | DICKINSON COLLEGE, Carlisle, Pennsylvania<br>Doctor of Science, *honoris causa* |
| 2001 | UNION COLLEGE, Schenectady, New York<br>Doctor of Laws, *honoris causa* |
| 2002 | UNIVERSITY OF LOUISVILLE, Louisville, Kentucky<br>Doctor of Public Service, *honoris causa* |
| 2005 | STATE UNIVERSITY OF NEW YORK, Syracuse, NY<br>Doctor of Science, *honoris causa* |

2012        DREXEL UNIVERSITY, Philadelphia, PA
            Doctor of Science, *honoris causa*

2013        CLAREMONT GRADUATE UNIVERSITY, Claremont, CA
            Doctor of Science, *honoris causa*


HONORS

            NATIONAL ACADEMY OF SCIENCES, Public Welfare Medal,
            Honorary Member

            INSTITUTE OF MEDICINE, Member

            AMERICAN SOCIETY OF CLINICAL ONCOLOGY
            Distinguished Service Award for Scientific Achievement

            AMERICAN ACADEMY OF ARTS AND SCIENCES, Fellow

            PHI BETA KAPPA, Amherst College

            UNIVERSITY OF CHICAGO LAW REVIEW, Associate Editor

            2008 PUBLIC HEALTH HERO AWARD, UC Berkeley

            SIGMA XI, The Scientific Research Society of North America

            BARNARD COLLEGE Barnard
            Medal of Distinction

            CASPAR PLATT AWARD, The University of Chicago Law School

            HARVARD BLODGETT AWARD IN BIOLOGY, Amherst College

            WHITING FOUNDATION GRANT-IN-AID for research at
            Sloan-Kettering Institute

            NATIONAL SCIENCE FOUNDATION FELLOWSHIP (declined)

            JOHN WOODRUFF SIMPSON FELLOWSHIP, awarded by Amherst
            College for the study of medicine

            ALVAN T.--VIOLA D. FULLER AMERICAN CANCER SOCIETY
            JUNIOR RESEARCH FELLOW (declined)

            NATIONAL INSTITUTES OF HEALTH TRAINING FELLOWSHIP
            RECIPIENT for physiology research at the Marine Biological Laboratory,

Woods Hole, Massachusetts

PHI DELTA THETA SCHOLARSHIP
DISTINGUISHED PUBLIC SERVICE AWARD
The George Washington University School of Medicine and Health Sciences

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
Special Citation

AMERICAN SOCIETY OF PUBLIC ADMINISTRATION
National Capitol Area Chapter
President's Award for Outstanding Achievement

AMERICAN FEDERATION FOR AIDS RESEARCH (AmFAR)
Sheldon W. Andelson Public Policy Achievement Award

THE WOODROW WILSON AWARD FOR DISTINGUISHED
GOVERNMENT SERVICE Johns Hopkins University

HAL OGDEN AWARD
Association of State and Territorial Directors of Health Promotion and
Public Health Education and the U. S. Centers for Disease Control

NATIONAL ORGANIZATION FOR RARE DISEASES (NORD)
Outstanding Service to the Public Health Award

MARCH OF DIMES
Franklin Delano Roosevelt Leadership Award

CHILDREN'S HOSPITAL NATIONAL MEDICAL CENTER
Children's Research Institute Award of Academic Excellence

AMERICAN HEART ASSOCIATION
National Public Affairs Special Recognition Award for Food Labeling

ISRAEL CANCER RESEARCH FOUNDATION
President's Award

INSTITUTE FOR ADVANCED STUDIES IN IMMUNOLOGY AND AGING
Lifetime Public Service Award

AMERICAN LUNG ASSOCIATION
Special Recognition Award

UNIVERSITY OF CHICAGO ALUMNI ASSOCIATION
Professional Achievement Award (Washington, D.C. Chapter)

U. S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

Secretary's Award for Excellence in Public Service

NATIONAL KIDNEY CANCER ASSOCIATION
Progressive Leadership Award

JOHNS HOPKINS UNIVERSITY SCHOOL OF PUBLIC HEALTH
Dean's Medal

AMERICAN CANCER SOCIETY
Medal of Honor

AMERICAN HEART ASSOCIATION
Meritorious Achievement Award

WORLD HEALTH ORGANIZATION Pan
American World Health Organization World
No Tobacco Day Award

AMERICAN HEART ASSOCIATION
National Public Affairs Special Recognition Award for Tobacco

PROFESSIONAL ACHIEVEMENT CITATION, University of
Chicago Alumni Association

PENNSYLVANIA HOSPITAL Molly
and Sidney N. Zubrow Award

AMERICAN LUNG ASSOCIATION OF CONNECTICUT
Humanitarian Award

AMERICAN COLLEGE OF PREVENTIVE MEDICINE
Special Recognition Award

ASSOCIATION OF AMERICAN MEDICAL COLLEGES AND THE ROBERT
WOOD JOHNSON FOUNDATION
David E. Rogers Award for Improving Health and Healthcare of the American
People

JACOBS INSTITUTE OF WOMEN'S HEALTH
Excellence in Women's Health Award

NARAL PRO-CHOICE AMERICA
Lifetime Achievement Award

THE ASSOCIATION OF STATE AND TERRITORIAL CHRONIC DISEASE
PROGRAM DIRECTORS
Joseph W. Cullen Award for Outstanding Contributions to Chronic Disease
Prevention and Control

THE COLLEGE OF WILLIAM & MARY LAW SCHOOL
2005 Benjamin Rush Medal

CALIFORNIA CENTER FOR PUBLIC HEALTH ADVOCACY
David Kessler Award for Extraordinary Contribution to the Public Health

BOOKS FOR A BETTER LIFE AWARD

## INTERNSHIP & RESIDENCY

1981-1982    SENIOR ASSISTANT RESIDENT, Department of Pediatrics, The Johns Hopkins Hospital

1980-1981    ASSISTANT RESIDENT, Department of Pediatrics, The Johns Hopkins Hospital

1979-1980    INTERN, Department of Pediatrics, The Johns Hopkins Hospital

## ACADEMIC APPOINTMENTS

2003-present    UNIVERSITY OF CALIFORNIA, SAN FRANCISCO
Professor of Pediatrics
Professor of Epidemiology and Biostatistics

1997-2003    YALE UNIVERSITY
Professor of Pediatrics
Professor of Internal Medicine
Professor of Public Health

1990-1997 (On leave)    ALBERT EINSTEIN COLLEGE OF MEDICINE
Department of Pediatrics
Department of Epidemiology and Social Medicine
Associate Professor of Pediatrics
Associate Professor of Epidemiology and Social Medicine

1988-1990    ALBERT EINSTEIN COLLEGE OF MEDICINE
Department of Epidemiology and Social Medicine
Assistant Professor

1986-1990    COLUMBIA UNIVERSITY SCHOOL OF LAW
Julius Silver Program in Law, Science and Technology
Lecturer on Law

| 1982-<br>1990 | ALBERT EINSTEIN COLLEGE OF MEDICINE<br>Department of Pediatrics<br>Assistant Professor |

1982-      ALBERT EINSTEIN COLLEGE OF MEDICINE
1990       Department of Pediatrics
           Assistant Professor

## SPECIAL STUDY

June       JOHNS HOPKINS SCHOOL OF HYGIENE AND PUBLIC HEALTH
1987       Graduate Summer Program in Epidemiology - Pharmacoepidemiology

June       YALE SCHOOL OF ORGANIZATION AND MANAGEMENT
1985       Advanced Management Studies in Health Care Management

1977-1978  HARVARD LAW SCHOOL, Special Student

## RESEARCH EXPERIENCE

Summers    SLOAN-KETTERING INSTITUTE FOR CANCER RESEARCH
1970-1972  Division of Drug Resistance, New York, New York
           Research Asst

Summer     MARINE BIOLOGICAL LABORATORY, Woods Hole, Massachusetts
1972       Physiology course

1974-1975  CHILDREN'S HOSPITAL MEDICAL CENTER
           Department of Surgical Research, Boston, Massachusetts
           Research Associate

Summer     DEPARTMENT OF HEALTH, EDUCATION and WELFARE
1976       Office of the General Counsel, Chicago, Illinois
           Law Clerk

## VISITING COMMITTEE

1992-1994  UNIVERSITY OF CHICAGO LAW SCHOOL

## UNIVERSITY ACCREDITATION

2008-2012  WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES,
           Chair of LLU Accreditation Committee

2013;      NORTHWEST COMMISSION ON COLLEGES AND UNIVERSITIES
2016       University of Washington; Washington State University

SPECIAL PROJECTS

1982-1988    THE ROBERT WOOD JOHNSON FOUNDATION
             Program for Hospital Initiatives in Long-Term Care,

1989-1990    THE PEW CHARITABLE TRUSTS
             THE ROBERT WOOD JOHNSON FOUNDATION
             Program to Strengthen Hospital Nursing Co-Director


CORPORATE BOARD AND ADVISORY POSITIONS AND COMMITTEES

2011 - Present   IMMUCOR
                 Member of Board, Chairman of Compliance Committee

2008 - Present  TPG
                Senior Advisor

2011 - 2014     APTALIS HOLDINGS
                Member of Board, Chairman of Compliance Committee

2009 –2017      TOKAI
                Member of Board

2007            GOOGLE HEALTH ADVISORY COUNCIL

2007            REVOLUTION HEALTH GROUP
                Medical Advisory Board

2007            PERSEUS LLC
                Advisory Board

2003 – 2014     FLEISHMAN HILLARD INTERNATIONAL COMMUNICATIONS
                International Advisory Board

2000 - 2003     PERSEUS-SOROS BIOTECHNOLOGY FUND Scientific Advisory Board


ADVISORY COMMITTEES

2007            THE RHODES TRUST, THE RHODES SCHOLARSHIPS
                Chair, California Selection Committee

2006            CENTER FOR THE ADVANCED STUDIES ON AGING, UNIVERSITY OF
                MIAMI External Advisory
                Group

2005 -2015      BROAD MEDICAL RESEARCH PROGRAM
                Advisory Board

2005            CLINTON SCHOOL OF PUBLIC HEALTH, UNIVERSITY OF ARKANSAS
                FOR MEDICAL SCIENCES
                National Advisory Board

2003, 2013      HEINZ AWARDS (HEINZ FAMILY FOUNDATION)
                Awards Juror

2003            MARCH OF DIMES
                Chair, Prematurity Campaign in Northern California

2002 - 2004     CENTER ON ALCOHOL MARKETING AND YOUTH AT GEORGETOWN
                UNIVERSITY Advisory Board

2001 -          UNIVERSITY OF CHICAGO LAW REVIEW
                Editorial Advisory Board

2000 - 2005     JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION
                Oversight Committee

2000            GOVERNOR'S BLUE RIBBON COMMISSION ON MENTAL HEALTH,
                STATE OF CONNECTICUT
                Honorary Chair

2000            FILM AID INTERNATIONAL, INTERNATIONAL RESCUE COMMITTEE
                Advisory Board

1999            WORLD HEALTH ORGANIZATION
                Expert Panel on Tobacco

1997            ADVISORY COMMITTEE ON TOBACCO AND PUBLIC HEALTH
                (Co-Chairman with C. Everett Koop)

1993            GOVERNMENT UNIVERSITY INDUSTRY ROUNDTABLE
                National Academy of Sciences

1990            ADVISORY COMMITTEE ON THE FOOD AND DRUG ADMINISTRATION
                Chairman, Drugs and Biologics Subcommittee

1988 - 1989     NATIONAL ADVISORY COUNCIL ON HEALTH CARE TECHNOLOGY
                ASSESSMENT, Department of Health and Human Services, Washington, D.C.
                Chairman, Patient Outcomes Subcommittee

## PRIOR FEDERAL COMMITTEE MEMBERSHIPS

WHITE HOUSE COMMISSION ON PRESIDENTIAL SCHOLARS

NATIONAL COUNCIL ON SCIENCE AND TECHNOLOGY
Committee on Health, Safety and Food R&D, Vice Chair

INSTITUTE OF MEDICINE
Forum On Drug Development and Regulation

INSTITUTE OF MEDICINE
AIDS Roundtable

NATIONAL TASK FORCE ON AIDS DRUG DEVELOPMENT

OFFICE OF SCIENCE AND TECHNOLOGY POLICY Federal Coordinating
Council for Science, Engineering and Technology Committee on Life Science
and Health Biotechnology Research Subcommittee, Member ex officio

## BOARDS OF DIRECTORS

Current:

CENTER FOR SCIENCE IN THE PUBLIC INTEREST

DRUG STRATEGIES

Past:

AMHERST COLLEGE BOARD OF TRUSTEES

ELIZABETH GLASER PEDIATRIC AIDS FOUNDATION
Chairman, Board of Directors

NATIONAL CENTER FOR ADDICTION AND SUBSTANCE ABUSE
COLUMBIA UNIVERSITY

INTERNATIONAL PARTNERSHIP FOR MICROBICIDES INDEPENDENT
CITIZENS OVERSIGHT COMMITTEE OF THE CALIFORNIA INSTITUTE
FOR REGENERATIVE MEDICINE

HENRY J. KAISER FAMILY FOUNDATION

DOCTORS OF THE WORLD

YALE-NEW HAVEN HOSPITAL

CONSUMERS UNION

NATIONAL COMMITTEE FOR QUALITY ASSURANCE

NEW YORK COUNTY HEALTH SERVICE REVIEW ORGANIZATION

COMPREHENSIVE MEDICAL REVIEW ORGANIZATION


FELLOWSHIP

YALE COLLEGE Fellow,
Calhoun College


LECTURESHIPS

THE REGIS J. FALLON LECTURE SERIES ON HEALTH AND LAW
University of Chicago

GRAYSON DISTINGUISHED LECTURE
Southern Illinois University School of Law

WEINBERG SYMPOSIUM LECTURE
Harvard Medical School

THE THOMAS B. FERGUSON LECTURE
Society of Thoracic Surgeons

GEORGE E. ALTMAN, M.D. LECTURE
Beth Israel Hospital

BETH AND RICHARD SACKLER LECTURE
University of Pennsylvania

MARTIN W. WITTE LECTURE
Newport Beach Public Library and Newport Beach Public Library Foundation

HERBERT L. ABRAMS LECTURE
Harvard Medical School

GEORGE GOODMAN LECTURE
State University of New York at Stony Brook

EVNIN LECTURE
Princeton University, Woodrow Wilson School

BOYARSKY LECTURE
Law, Medicine, and Ethics, Kenan Ethics Program, Duke University

CHARTER LECTURE
The University of Georgia

GARDERE & WYNNE LECTURE
Health Law and Policy Institute, University of Houston

DISTINGUISHED LECTURE IN NATIONAL SERVICE
University of Miami

TENTH ANNUAL JOHN O. VIETA, MD LECTURE
Lenox Hill Hospital

HARPER FELLOWSHIP LECTURE
Yale Law School

DR. JAMES STEWART KAUFMAN MEMORIAL LECTURE
The Mt. Sinai Health Care Foundation

DULCY B. MILLER MEMORIAL LECTURE
Smith College

JEAN MAYER LECTURE IN NUTRITION AND FOOD POLICY
Tufts University

HENRY BARNETT DISTINGUISHED LECTURESHIP
Albert Einstein College of Medicine

MARTIN A. CHERKASKY DISTINGUISHED LECTURESHIP
Robert Wagner Graduate School of Public Service New York
University

ALPHA OMEGA ALPHA DISTINGUISHED LECTURESHIP
Cornell Medical School--New York Hospital

ST. GEORGE SOCIETY LECTURESHIP
Johns Hopkins Medical School

GOVERNOR WINTHROP ROCKEFELLER DISTINGUISHED
LECTURESHIP University of Arkansas Medical School

MOLLY AND SIDNEY N. ZUBROW LECTURE
Pennsylvania Hospital

LEROY HOECK M.D. DISTINGUISHED LECTURESHIP
Children's Hospital National Medical Center

JULES AND JANE HIRSH HEALTH POLICY ADDRESS
George Washington University

JOHN S. LATTA LECTURESHIP
University of Nebraska Medical
School

PAUL K. SMITH MEMORIAL LECTURE
George Washington University

WOLK HEART FOUNDATION LECTURE
Colgate University

HASTINGS LECTURE
Association for the Advancement of Medical Instrumentation
National Heart, Lung and Blood Institute

INSTITUTE OF MEDICINE 25TH DISTINGUISHED LECTURESHIP University
of Washington

RALPH CAZORT LECTURESHIP
Meharry Medical School

DAVID M. IFSHIN MEMORIAL LECTURE
Potomac, Maryland

CHARLES C. LEIGHTON MEMORIAL LECTURE
Leonard David Institute of Health Economics
University of Pennsylvania

D. W. HARRINGTON LECTURE State
University of New York At Buffalo School of
Medicine and Biomedical Sciences

SAMUEL RUBIN LECTURE FOR THE ADVANCEMENT OF LIBERTY
Columbia University

LEO S. WEIL MEMORIAL LECTURE
Tulane Medical Center, Touro Infirmary,
and Louisiana State University School of Medicine

THOMAS PARRIN LECTURE
University of Pittsburgh School of Public Health

DAVID PACKARD LECTURE
Uniformed Services University of the Health Sciences

NORMAN E. ZINBERG LECTURE
Harvard Medical School

JOHN H. ERSKINE LECTURE
St. Jude's Children's Research Hospital

MARTIN V. BONVENTRE MEMORIAL LECTURE
The Brooklyn Hospital Center

PURVES LECTURE
Woodbridge Library, Woodbridge, Connecticut

VISITING SCHOLAR LECTURE University of
Oklahoma - Board of Regents Oklahoma Scholar
Leadership Extension Program

J. ROSWELL GALLAGHER LECTURER
Society of Adolescent Medicine

KATHERINE BOUCOT STURGIS LECTURESHIP
American College of Preventive Medicine

HELMUT SCHUMANN LECTURE
Dartmouth-Hitchcock Medical Center

50TH ANNIVERSARY COMMUNICATION LECTURE
Centers for Disease Control and Prevention

5TH JAMES BORDLEY III MEMORIAL LECTURE
Mary Imogene Bassett Hospital

TURNER LECTURE
University of California

MARIE SHULSKY MEMORIAL LECTURE ON HEALTH AND
SOCIAL RESPONSIBILITY
Fifth Avenue Synagogue, New York, New York

GERTRUDE AND G.D. CRAIN, JR. LECTURE SERIES
Medill School of Journalism, Northwestern University

GEORGE ARMSTRONG LECTURE
Ambulatory Pediatric Society

ARCO FORUM OF PUBLIC AFFAIRS
Institute of Politics, John F. Kennedy School of Government
Harvard University

PAUL LEVINGER LECTURE AND PROFESSORSHIP PRO TEM IN THE
ECONOMICS OF HEALTH CARE Brown University

ARNOLD J. SCHWARTZ MEMORIAL HEALTH LECTURE
Robert F. Wagner Graduate School of Public Service New York
University

RONALD ALTMAN MEMORIAL LECTURE
Festival of Arts, Books and Culture, Cherry Hills, New Jersey

SAMUEL MARTIN, M.D. III MEMORIAL LECTURE Division of
General Internal Medicine and Leonard Davis Institute University of
Pennsylvania

CARL J. MARTINSON, M.D. MEMORIAL LECTURESHIP ON HEALTH
PROMOTION AND DISEASE PREVENTION University of Minnesota

LEONARD SILK MEMORIAL LECTURE Mt.
Desert Island Biological Laboratories

CALDWELL LECTURE
American Roentgen Ray Society

RICHARD H. DENT LECTURE St.
George's School

ROBERT T. WONG DISTINGUISHED PROFESSORSHIP
University of Hawaii, Manoa

NIDA/American Psychiatric Association Obesity Symposium

HARVARD OBESITY COURSE

STANFORD BARIATRIC COURSE

AMERICAN BARIATRIC SOCIETY

RHODES ENDOWED LECTURE

STAFFORD LITTLE LECTURE PUBLIC LECTURES AT
PRINCETON

GERALD AND SALLY DENARDO LECTURESHIP, SANTA
CLARA UNIVERSITY

ALEX AND LENA CASPER MEMORIAL LECTURE, MIAMI
UNIVERSITY

UNIVERSITY OF VERMONT FOOD SYSTEMS
LEADERSHIP

GOOGLE LECTURE

GLOBAL STUDIES SYMPOSIUM, WHITMAN COLLEGE
Excellence in Public Service

DONALD DUNPHY LECTURE, MCCONE HOSPITAL,
UNIVERSITY OF NORTH CAROLINA

CENTER FOR GLOBAL HEALTH, STANFORD MEDICAL
SCHOOL

STANFORD UNIVERSITY: THE ETHICS OF FOOD & THE
ENVIRONMENT

STANFORD MEDICAL SCHOOL, DEPARTMENT OF
MEDICINE, GRAND ROUNDS

LEGACY WARNER SERIES LECTURE ON IMPACT OF
FAMILY AND SMOKING PREVENTION AND CONTROL
ACT

LEADING VOICES IN PUBLIC HEALTH, EAST
TENNESSEE STATE UNIVERSITY

92ND STREET YMCA PUBLIC LECTURE, NEW YORK

COMMONWEALTH CLUB OF CALIFORNIA

SAN FRANCISCO PUBLIC LIBRARY LECTURE

KANSAS CITY PUBLIC LIBRARY

YALE ROBERT WOOD JOHNSON CLINICAL SCHOLARS
PROGRAM


COMMUNITY/PUBLIC SERVICE AWARDS

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED
PEOPLE
Montgomery County Chapter
Person of the Year

LEAGUE OF WOMEN VOTERS, NEW YORK
Carrie Chapman Catt Award

COMMON CAUSE
Public Service Achievement Award

AMERICAN ACADEMY OF PEDIATRICS
Excellence in Public Service

BUSINESS WEEK
Best in Public Service

GEORGE ORWELL AWARD FOR HONESTY AND CLARITY
IN PUBLIC LANGUAGE
National Conference of Teachers of English

ANTI-DEFAMATION LEAGUE OF B'NAI BRITH
Man of Achievement Five Towns, New York

GOLDEN SLIPPER CLUB OF PHILADELPHIA
Golden Slipper Award

NATIONAL FATHER'S DAY COMMITTEE
Father of the Year Award

UNITED SENIORS HEALTH COOPERATIVE
Seniors Advocate Award

NATIONAL ASSOCIATION OF GOVERNMENT COMMUNICATORS
Communicator of the Year Award

NATIONAL CONSUMERS LEAGUE
Trumpeter Award

THE INTERNATIONAL PLATFORM ASSOCIATION
George Crile Award

AMERICAN LUNG ASSOCIATION of New York
Life and Breath Award in Public Health

CONSUMER FEDERATION OF AMERICA
Philip Hart Public Service Award

CAMPAIGN FOR TOBACCO FREE KIDS
Distinguished Service Award

MEDICAL SOCIETY OF NEW YORK, 1st District Branch
Public Service Award

ONCOLOGY NURSING SOCIETY
Public Service Award

PUBLIC VOICE FOR FOOD & HEALTH POLICY
Special Recognition Award for Advancing the Consumer Interest in Food and
Agriculture Policy

ATTENDING PEDIATRICIAN

2003 - 2013    UNIVERSITY OF CALIFORNIA, SAN FRANCISCO MEDICAL
               CENTER

1997-2003     YALE-NEW HAVEN HOSPITAL

1982-1990     BRONX MUNICIPAL HOSPITAL CENTER

1982-1990     NORTH CENTRAL BRONX HOSPITAL

1982-1990     MONTEFIORE MEDICAL CENTER

1982-1990     HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE


COMMUNITY ACTIVITIES

               SCARSDALE SCHOOL DISTRICT, Scarsdale, New York

1986-1990     Legislative Affairs Advisory Committee 1988-
              1990 Buildings and Facilities Advisory
              Committee

1990          SCARSDALE STUDENT TRANSFER EDUCATION PLAN, Board of Trustees


GENERAL INFORMATION

Address:                                        Office Phone:
    2715 Steiner Street                         (415) 929 1121
    San Francisco, CA 94123

Married:                                        Born:
    Paulette Kessler                            May 31, 1951
    Two children – Elise and Ben


MEDICAL LICENSURE

       California
       Connecticut (non-active)
       Maryland (non-active)
       New York (non-active)

## PUBLICATIONS

Books

Kessler, David A., <u>CAPTURE: UNRAVELING THE MYSTERY OF MENTAL SUFFERING</u>, Harper, Pub. date: April 2016    Paperback: April, 2017

Kessler, David A. <u>THE END OF OVEREATING</u>: <u>TAKING CONTROL OF THE INSATIABLE AMERICAN APPETITE</u>, Rodale, 2009
Translated and Adapted:
過食にさようなら-止まらない食欲をコントロール [単行本]
КОНЕЦ ОБЖОСТВЖУ
이 페이지 번역하기
Perché mangianmo troppo (e come fare per smetteria
Laat je niet volvreten: Hoe de voedselindustgrie schade toebrengt ann onze gexondheid
Das Ende des groben Fressens  Wie die Nahrungsmittelindustrie Sie zu ubermaBigem Essen berleitet und was Sie dagegen tun konnen
Muszáj annyit enni? Hadüzenet a só, a zsír és a cukor ellen
Also: Romania, Canada, UK, Australia, India
Your Food is Fooling You: How Your Brain is Hijacked by Sugar Fat and Salt (US Young Adult Version)
Hijacked: How Your Brain is Fooled by Food (Canadian Young Adult Version)

Kessler, David A., <u>A QUESTION OF INTENT: A GREAT AMERICAN BATTLE WITH A DEADLY INDUSTRY</u>, Public Affairs (Hardcover 2001) (Paperback 2002)

Edited Books

Eisdorfer, Carl, Kessler, David A., Spector, Abby (eds.), <u>CARING FOR THE ELDERLY: RESHAPING HEALTH POLICY</u>, Johns Hopkins University Press, 1989. Includes chapter by Coombs, C., Eisdorfer, C., Feiden, K., and Kessler, D.A. "Lessons from the Program for Hospital Initiatives in Long-Term Care."

Articles

Kessler, David A., Nesbit, J.A., Westmoreland, T.M., Albright, M.B., "A Tribute to C. Everett Koop," <u>PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCES OF THE UNITED STATES OF AMERICA</u>, 110(18):7108-9 (April 30, 2013)

David A. Kessler                                                              Page 20

Articles

McClellan M, Benner J, Schilsky R, Epstein D, Woosley R, Friend S, Sidransky D, Geoghegan C, Kessler D. An accelerated pathway for targeted cancer therapies. NATURE DRUG DISCOVERY. 2011 10(2):79-80

Kessler, David A., "Towards More Comprehensive Food Labeling," NEW ENGLAND JOURNAL OF MEDICINE, 371:193-195 (July 27, 2014)

Kessler DA, Mande JR, Scarbrough FE, Schapiro R, Feiden K. Developing the "nutrition facts" food label. HARVARD HEALTH POLICY REVIEW 2003;4:13-24

Kessler, David A., Nesbit, J.A., Westmoreland, T.M., Albright, M.B., "A Tribute to C. Everett Koop," PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCES OF THE UNITED STATES OF AMERICA, 110(18):7108-9 (April 30, 2013)

Naleid, A.M., Grimm, J.W., Kessler, David A. Sipols, A.J., Aliakbari, S., Bennett, J.L., Wells, J., Figlewicz, D.P., "Deconstructing the Vanilla Milkshake: the Dominant Effect of Sucrose on Self-administration Flavor Mixtures," APPETITE, 50(1):128-38 (January 2008)

Halme, Dina J. and Kessler, David A., "FDA Regulation of Stem Cell-Based Therapies", NEW ENGLAND JOURNAL OF MEDICINE, 355 (16): 1730-1735 (October 19, 2006)

Kessler, David A., "Alcohol Marketing and Youth: The Challenge for Public Health," JOURNAL OF PUBLIC HEALTH POLICY, 26(3):292-295 (Autumn 2005)

Kessler, David A., "The Tobacco Settlement," NEW ENGLAND JOURNAL OF MEDICINE, 337:1082-1083 (October 9, 1997)

Kessler, David A., Wilkenfeld, J.P., Thompson. L.J. "The Food and Drug Adminstration's Rule on Tobacco: Blending Science and Law," PEDIATRICS, 99(6):884-887 (June 1997)

Kessler, David A., Natanblut, Sharon L., Wilkenfeld, Judith P., Lorraine, Catherine C., Mayl, Sharon Lindan, Bernstein, Ilisa B.G. and Thompson, Larry, "Nicotine Addiction: A Pediatric Disease," JOURNAL OF PEDIATRICS, 130:518-524 (April 1997)

Kessler, David A., Barnett, Philip S., Witt, Ann, Zeller, Mitchell R., Mande, Jerold R. and Schultz, William B., "The Legal and Scientific Basis for FDA's Assertion of Jurisdiction Over Cigarettes and Smokeless Tobacco," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 277:405-409 (February 5, 1997)

Kessler, David A., Hass, Arthur E., Feiden, Karyn L. , Lumpkin, Murray and

Temple, Robert, "Approval of New Drugs in the United States: Comparison with the United Kingdom, Germany and Japan," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 276:1826-1831 (December 11, 1996)

Kessler, David A., Witt, Ann, Barnett, Philip S., Zeller, Mitchell R., Natanblut, Sharon, Wilkenfeld, Judith, Lorraine, Catherine C., Thompson, Larry J. and Schultz, William B., "The Food and Drug Administration's Regulation of Tobacco Products," NEW ENGLAND JOURNAL OF MEDICINE, 335:988-994 (September 26, 1996)

Silverman, Barbara G., Brown, S. Lorie, Bright, Roslie A., Kaczmarek, Ronald G., Arrowsmith-Lowe, Janet B., Kessler, David A., "Reported Complications of Silicone Gel Breast Implants: An Epidemiologic Review," ANNALS OF INTERNAL MEDICINE, 124:744-756 (April 15, 1996)

Kessler, David A., "Nicotine Addiction in Young People," NEW ENGLAND JOURNAL OF MEDICINE, 333:186-189 (July 20, 1995)

Kessler, David A., "Accelerating the Approval of Drugs for Life-Threatening and Serious Diseases," SCIENTIFIC AMERICAN, 272:48-52 (March 1995)

Kessler, David A., Rose, Janet L., Temple, Robert J., Schapiro, Renie and Griffin, Joseph, "Therapeutic Class Wars: Drug Promotion in a Competitive Marketplace," NEW ENGLAND JOURNAL OF MEDICINE, 331:1350 (November 17, 1994)

Kessler, David A., Merkatz, Ruth B., Schapiro, Renie, "A Call for Higher Standards for Breast Implants," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 270:2607-2608 (December 1, 1993)

Kessler, David A., Siegel, Jay P., Noguchi, Philip D., Zoon, Kathryn C., Feiden, Karyn L., and Woodcock, Janet, "Regulation of Somatic Cell Therapy and Gene Therapy by the Food and Drug Administration," NEW ENGLAND JOURNAL OF MEDICINE, 329:1169-1173 (October 14, 1993)

Merkatz, Ruth B., Temple, Robert, Sobel, Solomon, Feiden, Karyn, Kessler, David A., and members of the working group on Women in Clinical Trials, "Women in Clinical Trials of New Drugs: A Change in FDA Policy," NEW ENGLAND JOURNAL OF MEDICINE, 329:292-296 (July 22, 1993)

Kessler, David A. for the Working Group, "A New Approach to Reporting Medication and Device Adverse Effects and Product Problems," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 269:2765-2768 (June 2, 1993)

Kessler, David A., Taylor, Michael A., Maryanski, James H., Flamm, Eric L., and Kahl, Linda S., "The Safety of Foods Developed by Biotechnology," SCIENCE, 256:1747-1749 (June 26, 1992)

Kessler, David A., "The Basis for the FDA's Decision on Breast Implants,"

NEW ENGLAND JOURNAL OF MEDICINE, 326:1713-1715 (June 18, 1992)

Kessler, David A., "Communicating to Patients About Their Medication," NEW ENGLAND JOURNAL OF MEDICINE, 325:1650-1652 (December 5, 1991)

Kessler, David A., "Drug Promotion and Scientific Exchange," NEW ENGLAND JOURNAL OF MEDICINE, 325:201-203 (July 18, 1991)

Kessler, David A. and Pines, Wayne L., "The Federal Regulation of Prescription Drug Advertising and Promotion," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 264:2409-2415 (November 14, 1990)

Kessler, David A., "The Federal Regulation of Food Labeling: Promoting Foods to Prevent Disease," NEW ENGLAND JOURNAL OF MEDICINE, 321:717-725 (September 14, 1989)

Kessler, David A., "The Regulation of Investigational Drugs," NEW ENGLAND JOURNAL OF MEDICINE, 320:281-288 (February 2, 1989)

Kessler, David A., Pape, Stuart, and Sundwall, David, "The Federal Regulation of Medical Devices," NEW ENGLAND JOURNAL OF MEDICINE, 317:357-366 (August 6, 1987)

Kessler, David A., "Food Safety: Revising the Statute," SCIENCE, 223:1034-1040 (March 1984)

Kessler, David A., "Regulating the Prescribing of Human Drugs for Nonapproved Uses Under the Food, Drug and Cosmetic Act," HARVARD JOURNAL OF LEGISLATION, 693-760 (1978)

Kessler, David A., "Implementing the Anticancer Clauses of the Food, Drug and Cosmetic Act," THE UNIVERSITY OF CHICAGO LAW REVIEW, 44:817-850 (1977)

Kessler, David A., Langer, Robert S., Pless, Naomi A., and Folkman, Judah, "Mast Cells and Tumor Angiogenesis," INTERNATIONAL JOURNAL OF CANCER, 18:703-709 (November 15, 1976)

Kessler, David A., "Experimental Activation of the Herpes Virus Associated with the Lucke Renal Adenocarcinoma of the Leopard Frog, Rana Pipiens," unpublished thesis, Amherst College (1973)

Editorials

Kessler, David A., Myers, Matthew, "Beyond the Tobacco Settlement," NEW ENGLAND JOURNAL OF MEDICINE, 345:535-537 (August 16, 2001) (editorial)

Kessler, David A., "Cancer and Herbs," NEW ENGLAND JOURNAL OF MEDICINE, 342 (23):1742-43 (June 8, 2000) (editorial)

Koop, C. Everett, Kessler, David A., Lundberg, George D., "Reinventing American Tobacco Policy - Sounding the Medical Community's Voice," JOURNAL OF THE AMERICAN MEDICAL ASSOCIATION, 279:550-552 (February 18, 1998) (editorial)

Kessler, David A., "Addressing the Problem of Misleading Advertising," ANNALS OF INTERNAL MEDICINE, 116:950-951 (June 1, 1992) (editorial)

Published Speeches

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD AND DRUG LAW JOURNAL, 52:1-5, presented at the Food and Drug Law Institute's 39th Annual Educational Conference, Washington, D.C. (December 10-11, 1996)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD AND DRUG LAW JOURNAL, 51:207-216 (1996), presented at the Food and Drug Law Institute's 38th Annual Educational Conference, Washington, D.C. (December 12-13, 1995)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," FOOD AND DRUG LAW JOURNAL, 50:327-334 (1995), presented at the Food and Drug Law Institute's 37th Annual Educational Conference, Washington, D.C.(December 13-14, 1994)

Kessler, David A., "Statement on Nicotine-Containing Cigarettes," TOBACCO CONTROL, 3:148-158 (1994)

Kessler, David A., "Issues in Approving Drugs for AIDS Treatment," REGULATORY AFFAIRS, 6:189-200 (1994), presented at the Institute of Medicine's 25th anniversary lecture series, Seattle, Washington

Kessler, David A., "FDA's Revitalization of Medical Device Review and Regulation," BIOMEDICAL INSTRUMENTATION AND TECHNOLOGY, May/June 1994:220-226, presented at the AAMI/NIH Cardiovascular Science and Technology Conference, Rockville, Maryland (December 10, 1993)

Kessler, David A., "Harmonization," PHARMACEUTICAL ENGINEERING, 14:38-40 (January/February 1994), presented at the Second International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use, Orlando, Florida (October 27, 1993)

Kessler, David A. "The Academic/Industry Interface: The Risks of Scientists Becoming Entrepreneurs," HOPKINS MEDICAL NEWS, Fall 1993:58

Kessler, David A., "Controlled Release and Rational Drug Development," presented at the Controlled Release Society Meeting, July 27, 1993, <u>FOOD AND DRUG REPORTS,</u> 4:9 (1993)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," <u>FOOD DRUG COSMETIC LAW JOURNAL</u>, 48:1-10 (1993), presented at The Food and Drug Law Institute's 35th Annual Educational Conference, Washington, D.C. (December 8, 1992)

Kessler, David A., "Reinvigorating the Food and Drug Administration," <u>FOOD TECHNOLOGY</u>, 46:20 (August 1992), presented at the Annual Meeting of Institute of Food Technologists, New Orleans, LA (June 20-24, 1992)

Kessler, David A., "A Challenge for American Pharmacists," <u>AMERICAN PHARMACY</u>, 33-36 (January 1992)

Kessler, David A., "Remarks--1991 Annual DIA Meeting," <u>DRUG INFORMATION JOURNAL</u> (October 1991)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," <u>FOOD DRUG COSMETIC LAW JOURNAL</u>, 46:773-779 (November 1991), presented at the Association of Food and Drug Officials' Annual Conference, Grand Rapids, MI (June 17, 1991)

Kessler, David A., "Restoring the FDA's Preeminence in Regulation of Food," <u>FOOD DRUG COSMETIC LAW JOURNAL</u> (May 1991)

Kessler, David A., "Remarks Upon Taking the Oath of Office," <u>JOURNAL OF THE ASSOCIATION OF FOOD AND DRUG OFFICIALS,</u> 55:7-10 (April 1991)

Kessler, David A., "Remarks by the Commissioner of Food and Drugs," <u>FOOD DRUG COSMETIC LAW JOURNAL,</u> 46:21-26 (January, 1991), presented at the Food and Drug Law Institute's 33rd Annual Educational Conference, Washington, D.C. (December 11, 1990)

**Appendix B**

**Prior Testimony & Expert Witness Fee**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1120

## Appendix B

### Prior Testimony

Dr. David Kessler testified at trial or deposition in the following cases over the last seven years through March 2018:

- ***In re Risperdal***, Philadelphia, PA and Texas cases, including No. 2012CCV-61916-1 (Tex. Dist. Ct. filed Oct. 2, 2012 and Pledger and Walker); Wolken JCCP 4775
- ***Wells v. Allergan, Inc.*** No. 12-973 (W.D. Okla. filed Sept. 4, 2012); ***Drake v. Allergan***, Case No. 2013 vv00234 (U.S. Dist. Ct. Burlington, Vermont)
- ***In re C.R. Bard, Inc., Pelvic Repair Sys. Prods. Liab. Litig.***, MDL No. 2187 (S.D.W.V. filed July 15, 2010)
- ***SB v. Ortho-McNeil-Janssen Pharm., Inc. (In re Risperdal Litig.)***, No. 100503629 (Pa. Ct. Com. Pl. filed May 27, 2010)
- ***In re Yaz & Yasmin (Drospirenone) Marketing, Sales Practices & Prods. Lib. Litig.***, MDL No. 2100 (J.P.M.L. filed July 30, 2009)
- ***In re Flonase Antitrust Litigation*** (American Sales Company, Inc. v. Smithkline Beecham Corp.), 08-cv-3149, United States District Court, Eastern District of Pennsylvania
- ***Pharmathene, Inc. v. Siga Techs., Inc.***, No. 2627 (Del. Ch. filed Dec. 20, 2006)
- ***Commonwealth v. Merck & Co.***, No. 09-1671 (Ky. Cir. Ct. filed Sept. 28, 2009) (and Utah)
- ***State v. Merck & Co.***, No. 05-3700 (E.D. La. filed Aug. 5, 2005)
- ***Commonwealth Care Alliance v. AstraZeneca Pharm. L.P.***, No. SUCV2005-269 (Mass. Super. Ct. filed Jan. 25, 2005)
- ***Smith & Nephew, Inc. v. N.H. Ins. Co.***, No. 04-3027 (W.D. Tenn. filed Dec. 17, 2004)
- ***In re Neurontin Marketing, Sales Practices & Prods. Liab. Litig.***, MDL No. 1629 (D. Mass. filed June 9, 2004)
- ***Brown v. Am. Brands, Inc.***, No. 711400 (Cal Super. Ct. filed June 10, 1997)
- ***In re: Actos (Pioglitazone) Prods. Lib. Litig.***, No. 11-md-2299 (W. D. La. filed Dec. 29, 2011)
- ***Brown v RJ Reynolds Tobacco Company et al.***, No. 2007 CA 002855 (Fla. Cir. Ct. filed Nov. 28, 2007)
- ***In re Merck & Co., Inc. Sec., Deriv. & "ERISA" Litig.***, MDL No. 1658, No. 05-2367 (D.N.J. filed May 5, 2005)
- ***In re Prograf Antitrust Ligation*** MDL2242, United States District Court of Massachusetts
- ***In re Nexium Antitrust Litigation*** MDL 2419 United States District Court, District of Massachusetts
- ***Cabana v. Stryker.*** Superior Court of State of California, Los Angeles
- ***In Re: Fosamax Litigation,*** Civil Action No. 282, (Superior Court of New Jersey, Atlantic County) and Case No. 30-2012-00547764 (Superior Court of California, Orange County)
- ***Western Sugar Coop et al v. Archer-Daniels-Midland Co, et al***, U.S. District Court, Central District of California, No. 11-03473
- ***H.B., et al. v. Abbott Laboratories***, No. #15-cv-702-NJR-SCW (U.S District Court, Southern District of Illinois filed June 26, 2015)
- ***In re New England Compounding Pharmacy, Inc. Products Liability Litigation***, MDL No. 2419 (United States District Court of Massachusetts filed 2/14/13)
- ***In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Prods. Liab. Litig.***, MDL No. 3:11-md-02244 (N.D. Tex. filed May 24, 2011)
- ***In re: Tropicana Orange Juice Mktg. & Sales Practices Litig.***, MDL No. 2353, No. 2:11-cv-07382 (D.N.J. filed Aug. 10, 2012)
- ***In re Cipro Cases I and II***, Nos. 4154 & 4220 (Cal. Super. Ct., filed Feb. 25, 2002)
- ***Anders v. Medtronic, Inc., et al.,*** No. 1322-CC10219-02 (Mo Cir. Ct.)
- ***Austin v. C.R. Bard, Inc., et al.***, Case No. 15-cv-8373 (Circuit Court of the 17th Judicial Circuit (Div. 7), Broward County, Florida). ***In re Bard IVC Filters Products Liability Litigation***, Case No. 2:15-MD-02641-DGC.
- ***In re: Zoloft Litigation***, JCCP No. 4771 (Superior Court of California, Orange County)
- ***In re: Testosterone Replacement Therapy Product Liability Litigation***, MDL No. 2545 (U.S. District Court, Northern District of Illinois – Eastern Division)
- ***In re: Xarelto Products Liability Litigation***, MDL No. 2592 (U.S. District Court, Eastern District of Louisiana – New Orleans Division); Philadelphia County Court of Common Pleas

- ***In re: Benicar (Olmesartan) Product Liability Litigation***, Civil No. 15-2606 (U.S. District Court, District of New Jersey)
- ***In re: Cook Medical, Inc. IVC Filters Marketing, Sales Practices and Product Liability Litigation***, MDL No. 2570 (U.S. District Court, Southern District of Indiana – Indianapolis Division)
- ***State of Texas, ex rel. v. AstraZeneca LP, et al.***, Case No. D-1-GN-13-003530 (District Court of Travis County, Texas)
- ***Council for Education and Research on Toxics v. Starbucks Corp***. et al., case number BC435759
- ***In Re Asacol Antitrust*** (U.S. District Court for the District of Massachusetts)
- ***Tinsley v. Streich*** (Circuit Court City of Charlottesville, Virginia))

Dr. David Kessler provided sworn expert statements in the following cases over the last five years:
- ***DePuy ASR Hip System Cases***, No. CJC-10-4649 (Cal. Super. Ct. filed Dec. 22, 2010)
- ***Cordero v. Endoscopy Ctr. of S. Nev. LLC (In the Matter of Endoscopy Ctr. & Associated Businesses)***, No. 08-A-558091-C (Nev. Dist. Ct. filed Feb. 28, 2008)
- ***Jenkins et. al. v. Medtronic, Inc. et al.***, Case No. 2:13cv02985 (W.D. Tenn.)

1,000/hr

**Appx1122**

**Appendix C**

**Materials Provided**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1123

Appendix C - Production Documents

| | |
|---|---|
| AAP-0001315 | CPC000140 |
| CPC000005 | CPC000144 |
| CPC000008 | CPC000157 |
| CPC000013 | CPC000158 |
| CPC000015 | CPC000159 |
| CPC000021 | CPC000160 |
| CPC000023 | CPC000161 |
| CPC000024 | CPC000762 |
| CPC000025 | CPC000764 |
| CPC000026 | CPC000766 |
| CPC000027 | CPC000768 |
| CPC000028 | CPC000770 |
| CPC000032 | CPC000772 |
| CPC000035 | CPC000774 |
| CPC000038 | CPC000776 |
| CPC000040 | CPC000778 |
| CPC000042 | CPC000781 |
| CPC000045 | CPC000782 |
| CPC000050 | CPC000783 |
| CPC000057 | CPC000784 |
| CPC000059 | CPC000785 |
| CPC000061 | CPC000786 |
| CPC000065 | CPC001234 |
| CPC000069 | CPC001236 |
| CPC000072 | CPC001239 |
| CPC000074 | CPC001248 |
| CPC000077 | CPC001249 |
| CPC000082 | CPC001251 |
| CPC000084 | CPC001253 |
| CPC000086 | CPC001268 |
| CPC000089 | CPC001280 |
| CPC000092 | CPC001281 |
| CPC000094 | CPC001299 |
| CPC000099 | CPC001300 |
| CPC000101 | CPC001304 |
| CPC000108 | CPC001313 |
| CPC000113 | CPC001316 |
| CPC000117 | CPC001331 |
| CPC000126 | CPC001337 |
| CPC000130 | CPC001344 |
| CPC000136 | CPC001349 |

Appendix C - Production Documents

| | |
|---|---|
| CPC001350 | CPC001498 |
| CPC001351 | CPC001499 |
| CPC001352 | CPC001715 |
| CPC001354 | CPC001721 |
| CPC001356 | CPC001726 |
| CPC001357 | GSK-MMR-0000161 |
| CPC001359 | GSK-MMR-0000162 |
| CPC001364 | GSK-MMR-0001966 |
| CPC001366 | GSK-MMR-0002353 |
| CPC001367 | GSK-MMR-0002366 |
| CPC001368 | GSK-MMR-0002707 |
| CPC001370 | GSK-MMR-0002721 |
| CPC001371 | GSK-MMR-0002770 |
| CPC001372 | GSK-MMR-0002771 |
| CPC001374 | GSK-MMR-0002896 |
| CPC001375 | GSK-MMR-0002901 |
| CPC001378 | GSK-MMR-0002907 |
| CPC001379 | GSK-MMR-0002926 |
| CPC001381 | GSK-MMR-0002927 |
| CPC001383 | GSK-MMR-0002944 |
| CPC001384 | GSK-MMR-0002998 |
| CPC001385 | GSK-MMR-0003481 |
| CPC001387 | GSK-MMR-0003490 |
| CPC001390 | GSK-MMR-0003491 |
| CPC001392 | GSK-MMR-0005574 |
| CPC001393 | GSK-MMR-0005742 |
| CPC001394 | GSK-MMR-0005919 |
| CPC001406 | GSK-MMR-0006153 |
| CPC001408 | GSK-MMR-0006154 |
| CPC001410 | GSK-MMR-0007515 |
| CPC001411 | GSK-MMR-0008046 |
| CPC001416 | GSK-MMR-0013828 |
| CPC001418 | GSK-MMR-0013846 |
| CPC001422 | GSK-MMR-0015615 |
| CPC001432 | GSK-MMR-00170975 |
| CPC001433 | GSK-MMR-0017805 |
| CPC001436 | GSK-MMR-0017807 |
| CPC001439 | GSK-MMR-0017846 |
| CPC001440 | GSK-MMR-0017863 |
| CPC001442 | GSK-MMR-0017964 |
| CPC001443 | GSK-MMR-0020696 |

Appendix C - Production Documents

GSK-MMR-0022072
GSK-MMR-0022073
GSK-MMR-0023414
GSK-MMR-0023422
GSK-MMR-0023439
GSK-MMR-0023988
GSK-MMR-0023989
GSK-MMR-0024027
GSK-MMR-0024029
GSK-MMR-0024034
GSK-MMR-0024042
GSK-MMR-0025886
GSK-MMR-0029832
GSK-MMR-0029973
GSK-MMR-0032181
GSK-MMR-0033402
GSK-MMR-0033555
GSK-MMR-0040285
GSK-MMR-0040288
GSK-MMR-0040338
GSK-MMR-0040361
GSK-MMR-0040380
GSK-MMR-0042149
GSK-MMR-0042150
GSK-MMR-0047983
GSK-MMR-0048143
GSK-MMR-0052900
GSK-MMR-0053312
GSK-MMR-0053313
GSK-MMR-0053534
GSK-MMR-0053541
GSK-MMR-0053545
GSK-MMR-0053559
GSK-MMR-0053578
GSK-MMR-0053581
GSK-MMR-0053820
GSK-MMR-0053821
GSK-MMR-0053960
GSK-MMR-0053962
GSK-MMR-0062031
GSK-MMR-0064811

GSK-MMR-0065954
GSK-MMR-0065974
GSK-MMR-0071743
GSK-MMR-0072936
GSK-MMR-0073020
GSK-MMR-0073156
GSK-MMR-0073159
GSK-MMR-0085564
GSK-MMR-0085687
GSK-MMR-0091480
GSK-MMR-0092281
GSK-MMR-0092311
GSK-MMR-0110008
GSK-MMR-0120417
GSK-MMR-0124202
GSK-MMR-0124203
GSK-MMR-0124626
GSK-MMR-0124651
GSK-MMR-0124988
GSK-MMR-0124990
GSK-MMR-0126757
GSK-MMR-0127339
GSK-MMR-0139217
GSK-MMR-0147041
GSK-MMR-0160936
GSK-MMR-0164672
GSK-MMR-0164762
GSK-MMR-0170178
GSK-MMR-0170180
GSK-MMR-0170880
GSK-MMR-0175306
GSK-MMR-0176207
GSK-MMR-0176371
GSK-MMR-0177368
GSK-MMR-0189468
GSK-MMR-0194744
GSK-MMR-0194745
GSK-MMR-0195815
GSK-MMR-0215255
GSK-MMR-0215262
GSK-MMR-0238171

**Appx1126**

Appendix C - Production Documents

| | |
|---|---|
| GSK-MMR-0238172 | GSK-MMR-IND-0002196 |
| GSK-MMR-0243197 | GSK-MMR-IND-0002231 |
| GSK-MMR-0264532 | GSK-MMR-IND-0002233 |
| GSK-MMR-0264540 | GSK-MMR-IND-0002235 |
| GSK-MMR-0264552 | GSK-MMR-IND-0002243 |
| GSK-MMR-0264560 | GSK-MMR-IND-0002261 |
| GSK-MMR-0300003 | GSK-MMR-IND-0002263 |
| GSK-MMR-0300010 | GSK-MMR-IND-0005713 |
| GSK-MMR-033405 | GSK-MMR-IND-0005788 |
| GSK-MMR-033555 | GSK-MMR-IND-0005794 |
| GSK-MMR-0352108 | GSK-MMR-IND-0005849 |
| GSK-MMR-0352118 | GSK-MMR-IND-0005851 |
| GSK-MMR-0354575 | GSK-MMR-IND-0005853 |
| GSK-MMR-0358790 | GSK-MMR-IND-0005855 |
| GSK-MMR-0364839 | GSK-MMR-IND-0005857 |
| GSK-MMR-0364840 | GSK-MMR-IND-0005900 |
| GSK-MMR-0366441 | GSK-MMR-IND-0006041 |
| GSK-MMR-0366447 | GSK-MMR-IND-0006274 |
| GSK-MMR-0366726 | GSK-MMR-IND-0006681 |
| GSK-MMR-IND-0000004 | GSK-MMR-IND-0007099 |
| GSK-MMR-IND-0000018 | GSK-MMR-IND-0007480 |
| GSK-MMR-IND-0000221 | GSK-MMR-IND-0007856 |
| GSK-MMR-IND-0000234 | GSK-MMR-IND-0008154 |
| GSK-MMR-IND-0000246 | GSK-MMR-IND-0008415 |
| GSK-MMR-IND-0000253 | GSK-MMR-IND-0008701 |
| GSK-MMR-IND-0000325 | GSK-MMR-IND-0009163 |
| GSK-MMR-IND-0000329 | GSK-MMR-IND-0009367 |
| GSK-MMR-IND-0000695 | GSK-MMR-IND-0009635 |
| GSK-MMR-IND-0001010 | GSK-MMR-IND-0009815 |
| GSK-MMR-IND-0001400 | GSK-MMR-IND-0010215 |
| GSK-MMR-IND-0001549 | GSK-MMR-IND-0010273 |
| GSK-MMR-IND-0001556 | GSK-MMR-IND-0010689 |
| GSK-MMR-IND-0001665 | GSK-MMR-IND-0011105 |
| GSK-MMR-IND-0001740 | GSK-MMR-IND-0011318 |
| GSK-MMR-IND-0002005 | GSK-MMR-IND-0012425 |
| GSK-MMR-IND-0002010 | GSK-MMR-IND-0012559 |
| GSK-MMR-IND-0002016 | GSK-MMR-IND-0013002 |
| GSK-MMR-IND-0002123 | GSK-MMR-IND-0013508 |
| GSK-MMR-IND-0002170 | GSK-MMR-IND-0014180 |
| GSK-MMR-IND-0002190 | GSK-MMR-IND-0014182 |
| GSK-MMR-IND-0002192 | GSK-MMR-IND-0014220 |

Appendix C - Production Documents

GSK-MMR-IND-0014274
GSK-MMR-IND-0014307
GSK-MMR-IND-0014686
GSK-MMR-IND-0014719
GSK-MMR-IND-0014806
GSK-MMR-IND-0014946
GSK-MMR-IND-0014958
GSK-MMR-IND-0015128
GSK-MMR-IND-0015137
GSK-MMR-IND-0015144
GSK-MMR-IND-0015146
GSK-MMR-IND-0015174
GSK-MMR-IND-0015341
GSK-MMR-IND-0015342
GSK-MMR-IND-0015348
GSK-MMR-IND-0015412
GSK-MMR-IND-0015444
GSK-MMR-IND-0015508
GSK-MMR-IND-0015659
GSK-MMR-IND-0015993
GSK-MMR-IND-0016043
GSK-MMR-IND-0016059
GSK-MMR-IND-0017209
GSK-MMR-IND-0017593
GSK-MMR-IND-0017597
GSK-MMR-IND-0017821
GSK-MMR-IND-0017823
GSK-MMR-IND-0017825
GSK-MMR-IND-0017918
GSK-MMR-IND-0017919
GSK-MMR-IND-0017924
GSK-MMR-IND-0017935
GSK-MMR-IND-0018629
GSK-MMR-IND-0018632
GSK-MMR-IND-0018635
GSK-MMR-IND-0018694
GSK-MMR-IND-0018749
GSK-MMR-IND-0019186
GSK-MMR-IND-0019187
GSK-MMR-IND-0019188
GSK-MMR-IND-0019194

GSK-MMR-IND-0019195
GSK-MMR-IND-0019196
GSK-MMR-IND-0019272
GSK-MMR-IND-0019273
GSK-MMR-IND-0019411
GSK-MMR-IND-0019416
GSK-MMR-IND-0019448
GSK-MMR-IND-0019450
GSK-MMR-IND-0019477
GSK-MMR-IND-0019485
GSK-MMR-IND-0019487
GSK-MMR-IND-0019488
GSK-MMR-IND-0019496
GSK-MMR-IND-0019637
GSK-MMR-IND-0019638
GSK-MMR-IND-0019639
GSK-MMR-IND-0019642
GSK-MMR-IND-0019646
GSK-MMR-IND-0019649
GSK-MMR-IND-0019656
GSK-MMR-IND-0020259
GSK-MMR-IND-0021234
GSK-MMR-IND-0021310
GSK-MMR-IND-0021405
GSK-MMR-IND-0021407
GSK-MMR-IND-0021445
GSK-MMR-IND-0021452
GSK-MMR-IND-0021454
GSK-MMR-IND-0021463
GSK-MMR-IND-0021464
GSK-MMR-IND-0021471
GSK-MMR-IND-0021481
GSK-MMR-IND-0021486
GSK-MMR-IND-0022162
GSK-MMR-IND-0022165
GSK-MMR-IND-0022167
GSK-MMR-IND-0022177
GSK-MMR-IND-0022180
GSK-MMR-IND-0022187
GSK-MMR-IND-0022195
GSK-MMR-IND-0022270

Appendix C - Production Documents

GSK-MMR-IND-0022273
GSK-MMR-IND-0022291
GSK-MMR-IND-0022314
GSK-MMR-IND-0022325
GSK-MMR-IND-0022327
GSK-MMR-IND-0022333
GSK-MMR-IND-0022335
GSK-MMR-IND-0022336
GSK-MMR-IND-0022337
GSK-MMR-IND-0022338
GSK-MMR-IND-0022442
GSK-MMR-IND-0022449
GSK-MMR-IND-0022454
GSK-MMR-IND-0022463
GSK-MMR-IND-0022481
GSK-MMR-IND-0022730
GSK-MMR-IND-0028127
GSK-MMR-IND-0028130
GSK-MMR-IND-0028152
GSK-MMR-IND-0028156
GSK-MMR-IND-0028158
GSK-MMR-IND-0028266
GSK-MMR-IND-0028268
GSK-MMR-IND-0028323
GSK-MMR-IND-0028326
GSK-MMR-IND-0028412
GSK-MMR-IND-0028450
GSK-MMR-IND-0028503
GSK-MMR-IND-0028584
GSK-MMR-IND-0028649
GSK-MMR-IND-0028652
GSK-MMR-IND-0028944
GSK-MMR-IND-0028959
GSK-MMR-IND-0028969
GSK-MMR-IND-0028979
GSK-MMR-IND-0028982
GSK-MMR-IND-0029087
GSK-MMR-IND-0029089
GSK-MMR-IND-0029152
GSK-MMR-IND-0029245
GSK-MMR-IND-0029256

GSK-MMR-IND-0029272
GSK-MMR-IND-0029274
GSK-MMR-IND-0029278
GSK-MMR-IND-0029293
GSK-MMR-IND-0029326
GSK-MMR-IND-0029345
GSK-MMR-IND-0029388
GSK-MMR-IND-0029390
GSK-MMR-IND-0029392
GSK-MMR-IND-0029478
GSK-MMR-IND-0029479
GSK-MMR-IND-0029581
GSK-MMR-IND-0029583
GSK-MMR-IND-0029687
GSK-MMR-IND-0029688
GSK-MMR-IND-0029892
GSK-MMR-IND-0031223
GSK-MMR-IND-0031228
GSK-MMR-IND-0031340
GSK-MMR-IND-0031345
GSK-MMR-IND-0031568
GSK-MMR-IND-0031587
GSK-MMR-IND-0031735
GSK-MMR-IND-0031740
GSK-MMR-IND-0031742
GSK-MMR-IND-0031750
GSK-MMR-IND-0031756
GSK-MMR-IND-0031758
GSK-MMR-IND-0036118
GSK-MMR-IND-0036124
GSK-MMR-IND-0036127
GSK-MMR-IND-0036375
GSK-MMR-IND-0036379
GSK-MMR-IND-0036520
GSK-MMR-IND-0036523
GSK-MMR-IND-0036530
GSK-MMR-IND-0036537
GSK-MMR-IND-0036678
GSK-MMR-IND-0036686
GSK-MMR-IND-0036688
GSK-MMR-IND-0036852

Appendix C - Production Documents

GSK-MMR-IND-0036992
GSK-MMR-IND-0036995
GSK-MMR-IND-0036996
GSK-MMR-IND-0037454
GSK-MMR-IND-0037589
GSK-MMR-IND-0037595
GSK-MMR-IND-0042243
GSK-MMR-IND-0042374
GSK-MMR-IND-0043947
GSK-MMR-IND-0044100
GSK-MMR-IND-0044236
GSK-MMR-IND-0044778
GSK-MMR-IND-0044794
GSK-MMR-IND-0044797
GSK-MMR-IND-0045108
GSK-MMR-IND-0045269
GSK-MMR-IND-0045278
GSK-MMR-IND-0045280
GSK-MMR-IND-0045544
GSK-MMR-IND-0045548
GSK-MMR-IND-0045549
GSK-MMR-IND-0045726
GSK-MMR-IND-0045727
GSK-MMR-IND-0045729
GSK-MMR-IND-0045735
GSK-MMR-IND-0045738
GSK-MMR-IND-0045740
GSK-MMR-IND-0045879
GSK-MMR-IND-0045882
GSK-MMR-IND-0045885
GSK-MMR-IND-0045896
GSK-MMR-IND-0045899
GSK-MMR-IND-0046229
GSK-MMR-IND-0046242
GSK-MMR-IND-0046511
GSK-MMR-IND-0046517
GSK-MMR-IND-0046520
GSK-MMR-IND-0046529
GSK-MMR-IND-0046533
GSK-MMR-IND-0046654
GSK-MMR-IND-0046680

GSK-MMR-IND-0046926
GSK-MMR-IND-0046934
GSK-MMR-IND-0047008
GSK-MMR-IND-0047012
GSK-MMR-IND-0047020
GSK-MMR-IND-0047275
GSK-MMR-IND-0047563
GSK-MMR-IND-0047654
GSK-MMR-IND-0047657
GSK-MMR-IND-0047661
GSK-MMR-IND-0047687
GSK-MMR-IND-0047696
GSK-MMR-IND-0047707
GSK-MMR-IND-0047710
GSK-MMR-IND-0047714
GSK-MMR-IND-0047717
GSK-MMR-IND-0047730
GSK-MMR-IND-0047743
GSK-MMR-IND-0047759
GSK-MMR-IND-0047762
GSK-MMR-IND-0047780
GSK-MMR-IND-0047987
GSK-MMR-IND-0048179
GSK-MMR-IND-0048337
GSK-MMR-IND-0048396
GSK-MMR-IND-0048847
GSK-MMR-IND-0051795
GSK-MMR-IND-0051798
GSK-MMR-IND-0051834
GSK-MMR-IND-0051835
GSK-MMR-IND-0051836
GSK-MMR-IND-0051845
GSK-MMR-IND-0051846
GSK-MMR-IND-0051847
GSK-MMR-IND-0051848
GSK-MMR-IND-0052239
GSK-MMR-IND-0052259
GSK-MMR-IND-0052261
GSK-MMR-IND-0052262
GSK-MMR-IND-0052263
GSK-MMR-IND-0052325

Appendix C - Production Documents

| | |
|---|---|
| GSK-MMR-IND-0052326 | GSK-MMR-IND-0061150 |
| GSK-MMR-IND-0052327 | GSK-MMR-IND-0061257 |
| GSK-MMR-IND-0052333 | GSK-MMR-IND-0061317 |
| GSK-MMR-IND-0052334 | GSK-MMR-IND-0061318 |
| GSK-MMR-IND-0052335 | GSK-MMR-IND-0061343 |
| GSK-MMR-IND-0052336 | GSK-MMR-IND-0061344 |
| GSK-MMR-IND-0052339 | GSK-MMR-IND-0061345 |
| GSK-MMR-IND-0052344 | GSK-MMR-IND-0061346 |
| GSK-MMR-IND-0052685 | GSK-MMR-IND-0061352 |
| GSK-MMR-IND-0052702 | GSK-MMR-IND-0061353 |
| GSK-MMR-IND-0053303 | GSK-MMR-IND-0061354 |
| GSK-MMR-IND-0053370 | GSK-MMR-IND-0061359 |
| GSK-MMR-IND-0053372 | GSK-MMR-IND-0061910 |
| GSK-MMR-IND-0053391 | GSK-MMR-IND-0061912 |
| GSK-MMR-IND-0053402 | GSK-MMR-IND-0061913 |
| GSK-MMR-IND-0053403 | GSK-MMR-IND-0062152 |
| GSK-MMR-IND-0053404 | GSK-MMR-IND-0062155 |
| GSK-MMR-IND-0053463 | GSK-MMR-IND-0062157 |
| GSK-MMR-IND-0053466 | GSK-MMR-IND-0062345 |
| GSK-MMR-IND-0053467 | GSK-MMR-IND-0062347 |
| GSK-MMR-IND-0055724 | GSK-MRK-0029832 |
| GSK-MMR-IND-0055729 | IAC000556 |
| GSK-MMR-IND-0059872 | KRA00209480 |
| GSK-MMR-IND-0060542 | MMRV-01-2001 |
| GSK-MMR-IND-0060820 | MMRV-02-2001 |
| GSK-MMR-IND-0060830 | MMRV-08-2001 |
| GSK-MMR-IND-0060859 | MMRV-15-2001 part 1 |
| GSK-MMR-IND-0060860 | MMRV-15-2001 part 2 |
| GSK-MMR-IND-0060863 | MMRV-3-2001 |
| GSK-MMR-IND-0060864 | MMRV-4-2001 |
| GSK-MMR-IND-0060867 | MMRV-5-2001 part 1 |
| GSK-MMR-IND-0060868 | MMRV-5-2001 part 2 |
| GSK-MMR-IND-0060869 | MMRV-530-2000 |
| GSK-MMR-IND-0060872 | MMRV-532-2000 part 1 |
| GSK-MMR-IND-0060875 | MMRV-532-2000 part 2 |
| GSK-MMR-IND-0060912 | MMRV-533-2000 |
| GSK-MMR-IND-0060913 | MMRV-534-2000 |
| GSK-MMR-IND-0060914 | MMRV-535-2000 |
| GSK-MMR-IND-0060919 | MMRV-598-2000 |
| GSK-MMR-IND-0060922 | MMRV-599-2000 |
| GSK-MMR-IND-0060924 | MMRV-6-2001 |

Appendix C - Production Documents

MMRV-686-2000

MMRV-714-2000 part 1

MMRV-714-2000 part 2

MMRV-7-2001

MMRV-786-2001

MMRV-787-2001 part 1

MMRV-787-2001 part 2

MRK- KRA00279981

MRK-KRA00000032

MRK-KRA00000034

MRK-KRA00000140

MRK-KRA00000226

MRK-KRA00000301

MRK-KRA00000302

MRK-KRA00000315

MRK-KRA00000368

MRK-KRA00000383

MRK-KRA00000384

MRK-KRA00000385

MRK-KRA00000387

MRK-KRA00000393

MRK-KRA00000410

MRK-KRA00000479

MRK-KRA00000481

MRK-KRA00000540

MRK-KRA00000547

MRK-KRA00000548

MRK-KRA00000554

MRK-KRA00000557

MRK-KRA00000561

MRK-KRA00000565

MRK-KRA00000695

MRK-KRA00000966

MRK-KRA00001218

MRK-KRA00001222

MRK-KRA00001231

MRK-KRA00001237

MRK-KRA00001255

MRK-KRA00001258

MRK-KRA00001262

MRK-KRA00001270

MRK-KRA00001467

MRK-KRA00001470

MRK-KRA00001470 Pages 1-250

MRK-KRA00001470 Pages 251-455

MRK-KRA00001489

MRK-KRA00001572

MRK-KRA00002004

MRK-KRA00002050

MRK-KRA00002189

MRK-KRA00002202

MRK-KRA00002211

MRK-KRA00002339

MRK-KRA00002549

MRK-KRA00002694

MRK-KRA00008719

MRK-KRA00008725

MRK-KRA00008732

MRK-KRA00008808

MRK-KRA00008831

MRK-KRA00008835

MRK-KRA00009131

MRK-KRA00009270

MRK-KRA00009480

MRK-KRA00010596

MRK-KRA00010628

MRK-KRA00011758

MRK-KRA00011884

MRK-KRA00012169

MRK-KRA00012248

MRK-KRA00012817

MRK-KRA00012828

MRK-KRA00012885

MRK-KRA00013966

MRK-KRA00013982

MRK-KRA00014375

MRK-KRA00014540

MRK-KRA00014542

MRK-KRA00014576

MRK-KRA00014731

MRK-KRA00014739

MRK-KRA00014744

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA00014746 | MRK-KRA00019084 |
| MRK-KRA00014749 | MRK-KRA00019085 |
| MRK-KRA00014829 | MRK-KRA00019109 |
| MRK-KRA00015657 | MRK-KRA00019178 |
| MRK-KRA00015686 | MRK-KRA00019186 |
| MRK-KRA00015702 | MRK-KRA00019203 |
| MRK-KRA00015706 | MRK-KRA00019216 |
| MRK-KRA00015715 | MRK-KRA00019225 |
| MRK-KRA00015719 | MRK-KRA00019246 |
| MRK-KRA00016006 | MRK-KRA00019293 |
| MRK-KRA00016331 | MRK-KRA00019339 |
| MRK-KRA00016335 | MRK-KRA00019430 |
| MRK-KRA00016344 | MRK-KRA00019434 |
| MRK-KRA00016348 | MRK-KRA00019439 |
| MRK-KRA00016632 | MRK-KRA00019634 |
| MRK-KRA00016884 | MRK-KRA00019636 |
| MRK-KRA00016988 | MRK-KRA00019638 |
| MRK-KRA00017036 | MRK-KRA00019640 |
| MRK-KRA00017120 | MRK-KRA00019647 |
| MRK-KRA00017222 | MRK-KRA00019685 |
| MRK-KRA00017523 | MRK-KRA00019837 |
| MRK-KRA00017605 | MRK-KRA00020035 |
| MRK-KRA00017644 | MRK-KRA00020378 |
| MRK-KRA00017647 | MRK-KRA00020396 |
| MRK-KRA00017826 | MRK-KRA00020412 |
| MRK-KRA00017839 | MRK-KRA00020420 |
| MRK-KRA00017847 | MRK-KRA00020421 |
| MRK-KRA00017943 | MRK-KRA00020425 |
| MRK-KRA00018002 | MRK-KRA00020428 |
| MRK-KRA00018360 | MRK-KRA00020455 |
| MRK-KRA00018369 | MRK-KRA00020635 |
| MRK-KRA00018446 | MRK-KRA00020709 |
| MRK-KRA00018456 | MRK-KRA00020789 |
| MRK-KRA00018536 | MRK-KRA00020881 |
| MRK-KRA00018608 | MRK-KRA00020917 |
| MRK-KRA00018611 | MRK-KRA00020962 |
| MRK-KRA00018614 | MRK-KRA00020968 |
| MRK-KRA00018629 | MRK-KRA00020977 |
| MRK-KRA00018817 | MRK-KRA00021089 |
| MRK-KRA00018822 | MRK-KRA00021133 |
| MRK-KRA00018976 | MRK-KRA00024002 |

Appendix C - Production Documents

MRK-KRA00024008
MRK-KRA00024014
MRK-KRA00024162
MRK-KRA00024288
MRK-KRA00024453
MRK-KRA00024590
MRK-KRA00024594
MRK-KRA00024596
MRK-KRA00024659
MRK-KRA00025167
MRK-KRA00025183
MRK-KRA00025188
MRK-KRA00025304
MRK-KRA0002549
MRK-KRA00025762
MRK-KRA00025792
MRK-KRA00025831
MRK-KRA00026006
MRK-KRA00026443
MRK-KRA00026466
MRK-KRA00026469
MRK-KRA00026555
MRK-KRA00026608
MRK-KRA00026623
MRK-KRA00026654
MRK-KRA00026792
MRK-KRA0002682
MRK-KRA00026864
MRK-KRA00026912
MRK-KRA00026925
MRK-KRA00026934
MRK-KRA00026940
MRK-KRA00026968
MRK-KRA00027326
MRK-KRA00027329
MRK-KRA00027469
MRK-KRA00027470
MRK-KRA00027726
MRK-KRA00027878
MRK-KRA00027884
MRK-KRA00027886

MRK-KRA00027892
MRK-KRA00028096
MRK-KRA00028119
MRK-KRA00028122
MRK-KRA00028303
MRK-KRA00028353
MRK-KRA00028375
MRK-KRA00028588
MRK-KRA00028700
MRK-KRA00029068
MRK-KRA00029806
MRK-KRA00030931
MRK-KRA00030994
MRK-KRA00031016
MRK-KRA00031541
MRK-KRA00031864
MRK-KRA00032482
MRK-KRA00032520
MRK-KRA00032621
MRK-KRA00033592
MRK-KRA00034883
MRK-KRA00034933-938
MRK-KRA00034970
MRK-KRA00034972
MRK-KRA00034983
MRK-KRA00034987
MRK-KRA00039212
MRK-KRA00039228
MRK-KRA00040705
MRK-KRA00040734
MRK-KRA00040971
MRK-KRA00040973
MRK-KRA00041711
MRK-KRA00042054
MRK-KRA00042123
MRK-KRA00042289
MRK-KRA00043263
MRK-KRA00043293
MRK-KRA00044364
MRK-KRA00046143
MRK-KRA00046402

Appendix C - Production Documents

MRK-KRA00046403

MRK-KRA00046443

MRK-KRA00048455

MRK-KRA00048467

MRK-KRA00048712

MRK-KRA00048713

MRK-KRA00048731

MRK-KRA00048747

MRK-KRA00048761

MRK-KRA00049011

MRK-KRA000490592

MRK-KRA00049100

MRK-KRA00049109

MRK-KRA00049165

MRK-KRA00049174

MRK-KRA00049178

MRK-KRA00049179

MRK-KRA00049238

MRK-KRA00049358

MRK-KRA00049385

MRK-KRA00049434

MRK-KRA00049501

MRK-KRA00049513

MRK-KRA00049850

MRK-KRA00050668

MRK-KRA00050805

MRK-KRA00051460

MRK-KRA00051498

MRK-KRA00051640

MRK-KRA00052242

MRK-KRA00052243

MRK-KRA00052244

MRK-KRA00052249

MRK-KRA00052418

MRK-KRA00052631

MRK-KRA00052640

MRK-KRA00052744

MRK-KRA00052836

MRK-KRA00052848

MRK-KRA00052851

MRK-KRA00052908

MRK-KRA00053153

MRK-KRA00053320

MRK-KRA00053660

MRK-KRA00053790

MRK-KRA00054460

MRK-KRA00054923

MRK-KRA00055013

MRK-KRA00055014

MRK-KRA00055041

MRK-KRA00056110

MRK-KRA00056158

MRK-KRA00056224

MRK-KRA00056756

MRK-KRA00056929

MRK-KRA00060413

MRK-KRA00061532

MRK-KRA00061609

MRK-KRA00061610

MRK-KRA00061651

MRK-KRA00061698

MRK-KRA00062632

MRK-KRA00062710

MRK-KRA00062845

MRK-KRA00063393

MRK-KRA00063483

MRK-KRA00063731

MRK-KRA00063754

MRK-KRA00063797

MRK-KRA00064005

MRK-KRA00064011

MRK-KRA00064431

MRK-KRA00064514

MRK-KRA00064608

MRK-KRA00064825

MRK-KRA00064832

MRK-KRA00064840

MRK-KRA00064841

MRK-KRA00064872

MRK-KRA00065695

MRK-KRA00065890

MRK-KRA00065915

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA00066068 | MRK-KRA00071503 |
| MRK-KRA00066199 | MRK-KRA00071642 |
| MRK-KRA00066218 | MRK-KRA00071741 |
| MRK-KRA00066258 | MRK-KRA00071784 |
| MRK-KRA00066480 | MRK-KRA00071883 |
| MRK-KRA00066589 | MRK-KRA00071897 |
| MRK-KRA00066676 | MRK-KRA00071952 |
| MRK-KRA00066881 | MRK-KRA00072165 |
| MRK-KRA00067882 | MRK-KRA00072356 |
| MRK-KRA00068251 | MRK-KRA00073408 |
| MRK-KRA00068364 | MRK-KRA00074565 |
| MRK-KRA00068367 | MRK-KRA00075360 |
| MRK-KRA00068371 | MRK-KRA00077074 |
| MRK-KRA00068375 | MRK-KRA00077086 |
| MRK-KRA00068378 | MRK-KRA00077201 |
| MRK-KRA00068379 | MRK-KRA00077214 |
| MRK-KRA00068391 | MRK-KRA00078487 |
| MRK-KRA00068393 | MRK-KRA00079264 |
| MRK-KRA00068400 | MRK-KRA00079315 |
| MRK-KRA00068439 | MRK-KRA00080635 |
| MRK-KRA00068443 | MRK-KRA00081345 |
| MRK-KRA00068448 | MRK-KRA00081567 |
| MRK-KRA00068489 | MRK-KRA00084794 |
| MRK-KRA00068541 | MRK-KRA00084900 |
| MRK-KRA00068546 | MRK-KRA00085899 |
| MRK-KRA00069487 | MRK-KRA00086239 |
| MRK-KRA00070325 | MRK-KRA00086240 |
| MRK-KRA00071082 | MRK-KRA00086252 |
| MRK-KRA00071102 | MRK-KRA00086290 |
| MRK-KRA00071212 | MRK-KRA00086292 |
| MRK-KRA00071241 | MRK-KRA00086295 |
| MRK-KRA00071265 | MRK-KRA00086298 |
| MRK-KRA00071293 | MRK-KRA00086318 |
| MRK-KRA00071298 | MRK-KRA00086327 |
| MRK-KRA00071306 | MRK-KRA00087356 |
| MRK-KRA00071373 | MRK-KRA00087654 |
| MRK-KRA00071374 | MRK-KRA00088146 |
| MRK-KRA00071388 | MRK-KRA00088280 |
| MRK-KRA00071398 | MRK-KRA00088592 |
| MRK-KRA00071403 | MRK-KRA00089585 |
| MRK-KRA00071459 | MRK-KRA00089818 |

Appx1136

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA00091196 | MRK-KRA00095017 |
| MRK-KRA00091370 | MRK-KRA00095050 |
| MRK-KRA00091408 | MRK-KRA00095080 |
| MRK-KRA00091441 | MRK-KRA00095090 |
| MRK-KRA00091458 | MRK-KRA00095092 |
| MRK-KRA00091778 | MRK-KRA00095100 |
| MRK-KRA00091798 | MRK-KRA00095142 |
| MRK-KRA00093106 | MRK-KRA00095144 |
| MRK-KRA00093265 | MRK-KRA00095281 |
| MRK-KRA00093453 | MRK-KRA00095301 |
| MRK-KRA00093540 | MRK-KRA00095320 |
| MRK-KRA00093597 | MRK-KRA00095349 |
| MRK-KRA00093617 | MRK-KRA00095508 |
| MRK-KRA00093822 | MRK-KRA00095526 |
| MRK-KRA00093823 | MRK-KRA00095921 |
| MRK-KRA00093824 | MRK-KRA00095939 |
| MRK-KRA00093825 | MRK-KRA00095999 |
| MRK-KRA00093828 | MRK-KRA00096000 |
| MRK-KRA00093829 | MRK-KRA00096259 |
| MRK-KRA00094077 | MRK-KRA00096313 |
| MRK-KRA00094078 | MRK-KRA00096568 |
| MRK-KRA00094102 | MRK-KRA00096569 |
| MRK-KRA00094103 | MRK-KRA00096633 |
| MRK-KRA00094106 | MRK-KRA00096710 |
| MRK-KRA00094134 | MRK-KRA00096712 |
| MRK-KRA00094159 | MRK-KRA00096713 |
| MRK-KRA00094161 | MRK-KRA00097961 |
| MRK-KRA00094284 | MRK-KRA00097962 |
| MRK-KRA00094351 | MRK-KRA00097965 |
| MRK-KRA00094448 | MRK-KRA00098741 |
| MRK-KRA00094643 | MRK-KRA00098888 |
| MRK-KRA00094792 | MRK-KRA00098926 |
| MRK-KRA00094831 | MRK-KRA00099967 |
| MRK-KRA00094849 | MRK-KRA00100311 |
| MRK-KRA00094884 | MRK-KRA00100424 |
| MRK-KRA00094897 | MRK-KRA00100480 |
| MRK-KRA00094914 | MRK-KRA00100948 |
| MRK-KRA00094939 | MRK-KRA00102279 |
| MRK-KRA00094950 | MRK-KRA00102473 |
| MRK-KRA00094956 | MRK-KRA00102814 |
| MRK-KRA00094960 | MRK-KRA00108794 |

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA00109997 | MRK-KRA00124072 |
| MRK-KRA00111097 | MRK-KRA00124076 |
| MRK-KRA00115541 | MRK-KRA00124083 |
| MRK-KRA001168156 | MRK-KRA00124094 |
| MRK-KRA00118171 | MRK-KRA00124098 |
| MRK-KRA00118565 | MRK-KRA00124554 |
| MRK-KRA00120326 | MRK-KRA00124781 |
| MRK-KRA00120521 | MRK-KRA00124786 |
| MRK-KRA00120648 | MRK-KRA00124788 |
| MRK-KRA00120649 | MRK-KRA00125156 |
| MRK-KRA00121120 | MRK-KRA00125553 |
| MRK-KRA00121124 | MRK-KRA00125558 |
| MRK-KRA00121787 | MRK-KRA00125560 |
| MRK-KRA00122225 | MRK-KRA00125815 |
| MRK-KRA00123078 | MRK-KRA00125862 |
| MRK-KRA00123371 | MRK-KRA00125870 |
| MRK-KRA00123372 | MRK-KRA00125879 |
| MRK-KRA00123374 | MRK-KRA00125882 |
| MRK-KRA00123440 | MRK-KRA00125885 |
| MRK-KRA00123453 | MRK-KRA00125888 |
| MRK-KRA00123455 | MRK-KRA00125891 |
| MRK-KRA00123463 | MRK-KRA00125906 |
| MRK-KRA00123464 | MRK-KRA00125921 |
| MRK-KRA00123466 | MRK-KRA00125966 |
| MRK-KRA00123467 | MRK-KRA00126018 |
| MRK-KRA00123476 | MRK-KRA00126045 |
| MRK-KRA00123484 | MRK-KRA00126060 |
| MRK-KRA00123492 | MRK-KRA00126187 |
| MRK-KRA00123709 | MRK-KRA00126233 |
| MRK-KRA00123710 | MRK-KRA00126354 |
| MRK-KRA00123714 | MRK-KRA00126388 |
| MRK-KRA00123824 | MRK-KRA00126422 |
| MRK-KRA00123825 | MRK-KRA00126439 |
| MRK-KRA00123829 | MRK-KRA00126468 |
| MRK-KRA00124041 | MRK-KRA00126540 |
| MRK-KRA00124049 | MRK-KRA00126565 |
| MRK-KRA00124050 | MRK-KRA00126567 |
| MRK-KRA00124051 | MRK-KRA00126636 |
| MRK-KRA00124062 | MRK-KRA00126748 |
| MRK-KRA00124063 | MRK-KRA00126814 |
| MRK-KRA00124065 | MRK-KRA00126907 |

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA00126963 | MRK-KRA00143054 |
| MRK-KRA00126963. | MRK-KRA00143202 |
| MRK-KRA00126989 | MRK-KRA00145486 |
| MRK-KRA00127003 | MRK-KRA00145757 |
| MRK-KRA00127007 | MRK-KRA00146057 |
| MRK-KRA00127038 | MRK-KRA00146141 |
| MRK-KRA00132850 | MRK-KRA00146375 |
| MRK-KRA00133168 | MRK-KRA00146417 |
| MRK-KRA00133169 | MRK-KRA00147551 |
| MRK-KRA00133172 | MRK-KRA00147766 |
| MRK-KRA00133294 | MRK-KRA00147769 |
| MRK-KRA00133313 | MRK-KRA00148275 |
| MRK-KRA00134105 | MRK-KRA00148574 |
| MRK-KRA00135652 | MRK-KRA00148968 |
| MRK-KRA00135657 | MRK-KRA00149083 |
| MRK-KRA00135723 | MRK-KRA00149924 |
| MRK-KRA00135757 | MRK-KRA00150053 |
| MRK-KRA00135759 | MRK-KRA00150163 |
| MRK-KRA00137307 | MRK-KRA00152955 |
| MRK-KRA00137638 | MRK-KRA00153450 |
| MRK-KRA00137671 | MRK-KRA00153677 |
| MRK-KRA00137711 | MRK-KRA00153851 |
| MRK-KRA00137854 | MRK-KRA00154997 |
| MRK-KRA00137876 | MRK-KRA00155481 |
| MRK-KRA00137934 | MRK-KRA00155513 |
| MRK-KRA00138137 | MRK-KRA00155670 |
| MRK-KRA00138548 | MRK-KRA00156027 |
| MRK-KRA00138585 | MRK-KRA00156187 |
| MRK-KRA00140053 | MRK-KRA00156533 |
| MRK-KRA00140056 | MRK-KRA00156591 |
| MRK-KRA00141341 | MRK-KRA00156670 |
| MRK-KRA00141562 | MRK-KRA00157532 |
| MRK-KRA00141676 | MRK-KRA00157572 |
| MRK-KRA00141789 | MRK-KRA00158126 |
| MRK-KRA00141909 | MRK-KRA00158299 |
| MRK-KRA00141949 | MRK-KRA00158320 |
| MRK-KRA00141976 | MRK-KRA00162963 |
| MRK-KRA00142086 | MRK-KRA00164918 |
| MRK-KRA00142449 | MRK-KRA00165225 |
| MRK-KRA00142454 | MRK-KRA00166846 |
| MRK-KRA00142544 | MRK-KRA00170981 |

Appendix C - Production Documents

MRK-KRA00171851
MRK-KRA00172516
MRK-KRA00172584
MRK-KRA00174588
MRK-KRA00176666
MRK-KRA00176712
MRK-KRA00176714
MRK-KRA00176725
MRK-KRA00176727
MRK-KRA00176736
MRK-KRA00176737
MRK-KRA00176854
MRK-KRA00176856
MRK-KRA00177125
MRK-KRA00177218
MRK-KRA00177264
MRK-KRA00177266
MRK-KRA00178644
MRK-KRA00178878
MRK-KRA00179435
MRK-KRA00180787
MRK-KRA00180806
MRK-KRA00180974
MRK-KRA00180979
MRK-KRA00181047
MRK-KRA00181054
MRK-KRA00182213
MRK-KRA00182219
MRK-KRA00182226
MRK-KRA00182837
MRK-KRA00184615
MRK-KRA00184644
MRK-KRA00184664
MRK-KRA00184714
MRK-KRA00184723
MRK-KRA00184797
MRK-KRA00184876
MRK-KRA00184903
MRK-KRA00184985
MRK-KRA00185003
MRK-KRA00186162

MRK-KRA00186796
MRK-KRA00186797
MRK-KRA00186798
MRK-KRA00186813
MRK-KRA00186977
MRK-KRA00186978
MRK-KRA00187019
MRK-KRA00187108
MRK-KRA00187127
MRK-KRA00187128
MRK-KRA00187160
MRK-KRA00187196
MRK-KRA00187425
MRK-KRA00190331
MRK-KRA00190337
MRK-KRA00190427
MRK-KRA00190817
MRK-KRA00191280
MRK-KRA00195720
MRK-KRA00196728
MRK-KRA00198568
MRK-KRA00198629
MRK-KRA00198667
MRK-KRA00198869
MRK-KRA00198876
MRK-KRA00199236
MRK-KRA00201319
MRK-KRA00203496
MRK-KRA00204396
MRK-KRA00205649
MRK-KRA00205854
MRK-KRA00207167
MRK-KRA00207684
MRK-KRA00207690
MRK-KRA00207857
MRK-KRA00207859
MRK-KRA00209399
MRK-KRA00209458
MRK-KRA00209546
MRK-KRA00209547
MRK-KRA00209674

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA00211277 | MRK-KRA00272075 |
| MRK-KRA00211279 | MRK-KRA00272885 |
| MRK-KRA00211335 | MRK-KRA00273243 |
| MRK-KRA00215930 | MRK-KRA00273309 |
| MRK-KRA00219871 | MRK-KRA00273313 |
| MRK-KRA00220248 | MRK-KRA00273342 |
| MRK-KRA00220377 | MRK-KRA00273754 |
| MRK-KRA00223634 | MRK-KRA00273755 |
| MRK-KRA00223769 | MRK-KRA00273766 |
| MRK-KRA00224982 | MRK-KRA00273845 |
| MRK-KRA00224982-6529 | MRK-KRA00273851 |
| MRK-KRA00224983 | MRK-KRA00273868 |
| MRK-KRA00233038 | MRK-KRA00279043 |
| MRK-KRA00233586 | MRK-KRA00279196 |
| MRK-KRA00233626 | MRK-KRA00279198 |
| MRK-KRA00235748 | MRK-KRA00279325 |
| MRK-KRA00236478 | MRK-KRA00279751 |
| MRK-KRA00236926 | MRK-KRA00279983 |
| MRK-KRA00237200 | MRK-KRA00280088 |
| MRK-KRA00239179 | MRK-KRA00280104 |
| MRK-KRA00247149 | MRK-KRA00280877 |
| MRK-KRA00247555 | MRK-KRA00281062 |
| MRK-KRA00247565 | MRK-KRA00281084 |
| MRK-KRA00249044 | MRK-KRA00281287 |
| MRK-KRA00249059 | MRK-KRA00281753 |
| MRK-KRA00251829 | MRK-KRA00281754 |
| MRK-KRA00254547 | MRK-KRA00281756 |
| MRK-KRA00254572 | MRK-KRA00281761 |
| MRK-KRA00254730 | MRK-KRA00283036 |
| MRK-KRA00255145 | MRK-KRA00283039 |
| MRK-KRA00256875 | MRK-KRA00283308 |
| MRK-KRA00260354 | MRK-KRA00284603 |
| MRK-KRA00260813 | MRK-KRA00284623 |
| MRK-KRA00260815 | MRK-KRA00285267 |
| MRK-KRA00260859 | MRK-KRA00285268 |
| MRK-KRA00261009 | MRK-KRA00285276 |
| MRK-KRA00262316 | MRK-KRA00285311 |
| MRK-KRA00264101 | MRK-KRA00285430 |
| MRK-KRA00264224-25 | MRK-KRA00285465 |
| MRK-KRA00267731 | MRK-KRA00285466 |
| MRK-KRA00270441 | MRK-KRA00285534 |

Appx1141

Appendix C - Production Documents

MRK-KRA00285535
MRK-KRA00285536
MRK-KRA00285731
MRK-KRA00285732
MRK-KRA00285831
MRK-KRA00286041
MRK-KRA00286492
MRK-KRA00286827
MRK-KRA00287193
MRK-KRA00290398
MRK-KRA00290906
MRK-KRA00292789
MRK-KRA00295984
MRK-KRA00308190
MRK-KRA00308563
MRK-KRA00311350
MRK-KRA00311385
MRK-KRA00314242
MRK-KRA00317932
MRK-KRA00317956
MRK-KRA00322035
MRK-KRA00322038
MRK-KRA00322066
MRK-KRA00324104
MRK-KRA00324798
MRK-KRA00325467
MRK-KRA00330509
MRK-KRA00330661x
MRK-KRA00331641
MRK-KRA00331831
MRK-KRA00332972
MRK-KRA00333035
MRK-KRA00333323
MRK-KRA00333432
MRK-KRA00333482
MRK-KRA00334863
MRK-KRA00336323
MRK-KRA00336905
MRK-KRA00337141
MRK-KRA00337307
MRK-KRA00337397

MRK-KRA00338463
MRK-KRA00338575
MRK-KRA00342969
MRK-KRA00343223
MRK-KRA00343354
MRK-KRA00343384
MRK-KRA00343393
MRK-KRA00343487
MRK-KRA00343489
MRK-KRA00345887-891
MRK-KRA00345999
MRK-KRA00351591
MRK-KRA00351593
MRK-KRA00352365
MRK-KRA00355971
MRK-KRA00356495
MRK-KRA00357327
MRK-KRA00379038
MRK-KRA00388445
MRK-KRA00389693
MRK-KRA00393047
MRK-KRA00393793
MRK-KRA00396434
MRK-KRA00407295
MRK-KRA00409109
MRK-KRA00422304
MRK-KRA00426967
MRK-KRA00428415
MRK-KRA00429533
MRK-KRA00440797
MRK-KRA00440896
MRK-KRA00448978
MRK-KRA00448980
MRK-KRA00448982
MRK-KRA00448986
MRK-KRA00448991
MRK-KRA00449000
MRK-KRA00449003
MRK-KRA00449020
MRK-KRA00449035
MRK-KRA00449260

Appendix C - Production Documents

MRK-KRA00450089
MRK-KRA00453347
MRK-KRA00455794
MRK-KRA00455796
MRK-KRA00455797
MRK-KRA00455800
MRK-KRA00455889
MRK-KRA00456265
MRK-KRA00456815
MRK-KRA00458808
MRK-KRA00458809
MRK-KRA00458819
MRK-KRA00461300
MRK-KRA00461487
MRK-KRA00464726
MRK-KRA00464728
MRK-KRA00470480
MRK-KRA00473721
MRK-KRA00473722
MRK-KRA00473941
MRK-KRA00473942
MRK-KRA00476370
MRK-KRA00477150
MRK-KRA00477214
MRK-KRA00477226
MRK-KRA00477250
MRK-KRA00477375
MRK-KRA00482618
MRK-KRA00482622
MRK-KRA00484168
MRK-KRA00486166
MRK-KRA00486274
MRK-KRA00486491
MRK-KRA00486593
MRK-KRA00487446
MRK-KRA00488056
MRK-KRA00488405
MRK-KRA00488933
MRK-KRA00489194
MRK-KRA00489501
MRK-KRA00489712

MRK-KRA00489903
MRK-KRA00490018
MRK-KRA00490081
MRK-KRA00490592
MRK-KRA00491039
MRK-KRA00491420
MRK-KRA00491836
MRK-KRA00492025
MRK-KRA00492279
MRK-KRA00492516
MRK-KRA00492810-2911
MRK-KRA00494158
MRK-KRA00498772
MRK-KRA00498912
MRK-KRA00498914
MRK-KRA00501762
MRK-KRA00501766
MRK-KRA00501767
MRK-KRA00501909
MRK-KRA00506469
MRK-KRA00511018
MRK-KRA00511311
MRK-KRA00513156
MRK-KRA00513431
MRK-KRA00513684
MRK-KRA00513868
MRK-KRA00513941
MRK-KRA00514009
MRK-KRA00514012
MRK-KRA00514190
MRK-KRA00524627
MRK-KRA00525669
MRK-KRA00526241
MRK-KRA00526672
MRK-KRA00526677
MRK-KRA00527025
MRK-KRA00527182
MRK-KRA00542289
MRK-KRA00542508
MRK-KRA00542807
MRK-KRA00542860

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA00543845 | MRK-KRA00549683 |
| MRK-KRA00544296 | MRK-KRA00552862 |
| MRK-KRA00544297 | MRK-KRA00553400 |
| MRK-KRA00544300 | MRK-KRA00553577 |
| MRK-KRA00544310 | MRK-KRA00553942 |
| MRK-KRA00544321 | MRK-KRA00555499 |
| MRK-KRA00544338 | MRK-KRA00560257 |
| MRK-KRA00544509 | MRK-KRA00560284 |
| MRK-KRA00544510 | MRK-KRA00560288 |
| MRK-KRA00544512 | MRK-KRA00560317 |
| MRK-KRA00544514 | MRK-KRA00560682 |
| MRK-KRA00544515 | MRK-KRA00560717 |
| MRK-KRA00544529 | MRK-KRA00560764 |
| MRK-KRA00544539 | MRK-KRA00561103 |
| MRK-KRA00544540 | MRK-KRA00561105 |
| MRK-KRA00544820 | MRK-KRA00561106 |
| MRK-KRA00544823 | MRK-KRA00561111 |
| MRK-KRA00544834 | MRK-KRA00561113 |
| MRK-KRA00544835 | MRK-KRA00561114 |
| MRK-KRA00544836 | MRK-KRA00561199 |
| MRK-KRA00544847 | MRK-KRA00561210 |
| MRK-KRA00545051 | MRK-KRA00561247 |
| MRK-KRA00548114 | MRK-KRA00561263 |
| MRK-KRA00548598 | MRK-KRA00561310 |
| MRK-KRA00548600 | MRK-KRA00561337 |
| MRK-KRA00548824 | MRK-KRA00561350 |
| MRK-KRA00549140 | MRK-KRA00561416 |
| MRK-KRA00549211 | MRK-KRA00561418 |
| MRK-KRA00549218 | MRK-KRA00561451 |
| MRK-KRA00549318 | MRK-KRA00561452 |
| MRK-KRA00549462 | MRK-KRA00561467 |
| MRK-KRA00549464 | MRK-KRA00561875 |
| MRK-KRA00549474 | MRK-KRA00561939 |
| MRK-KRA00549475 | MRK-KRA00561947 |
| MRK-KRA00549487 | MRK-KRA00562108 |
| MRK-KRA00549497 | MRK-KRA00562109 |
| MRK-KRA00549510 | MRK-KRA00562127 |
| MRK-KRA00549515 | MRK-KRA00562128 |
| MRK-KRA00549517 | MRK-KRA00562203 |
| MRK-KRA00549518 | MRK-KRA00562204 |
| MRK-KRA00549519 | MRK-KRA00562205 |

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA00562206 | MRK-KRA00587710 |
| MRK-KRA00562217 | MRK-KRA00587733 |
| MRK-KRA00562218 | MRK-KRA00587762 |
| MRK-KRA00562219 | MRK-KRA00587859 |
| MRK-KRA00562246 | MRK-KRA00588583 |
| MRK-KRA00562247 | MRK-KRA00589948 |
| MRK-KRA00562292 | MRK-KRA00589949 |
| MRK-KRA00562322 | MRK-KRA00589965 |
| MRK-KRA00562323 | MRK-KRA00589966 |
| MRK-KRA00562496 | MRK-KRA00590097 |
| MRK-KRA00562497 | MRK-KRA00590155 |
| MRK-KRA00564419 | MRK-KRA00590482 |
| MRK-KRA00564768 | MRK-KRA00590540 |
| MRK-KRA00568972 | MRK-KRA00590541 |
| MRK-KRA00575891 | MRK-KRA00590543 |
| MRK-KRA00575892 | MRK-KRA00590544 |
| MRK-KRA00575968 | MRK-KRA00590581 |
| MRK-KRA00577001 | MRK-KRA00590586 |
| MRK-KRA00579050 | MRK-KRA00590593 |
| MRK-KRA00582424 | MRK-KRA00590594 |
| MRK-KRA00582782 | MRK-KRA00590595 |
| MRK-KRA00582847 | MRK-KRA00590596 |
| MRK-KRA00582870 | MRK-KRA00590598 |
| MRK-KRA00582885 | MRK-KRA00590615 |
| MRK-KRA00582921 | MRK-KRA00590643 |
| MRK-KRA00582932 | MRK-KRA00590644 |
| MRK-KRA00582933 | MRK-KRA00590645 |
| MRK-KRA00582938 | MRK-KRA00590658 |
| MRK-KRA00583047 | MRK-KRA00590703 |
| MRK-KRA00583167 | MRK-KRA00590790 |
| MRK-KRA00583241 | MRK-KRA00590887 |
| MRK-KRA00583372 | MRK-KRA00590949 |
| MRK-KRA00583634 | MRK-KRA00590981 |
| MRK-KRA00584227 | MRK-KRA00591061 |
| MRK-KRA00585231 | MRK-KRA00591251 |
| MRK-KRA00585626 | MRK-KRA00591790 |
| MRK-KRA00587151 | MRK-KRA00592189 |
| MRK-KRA00587193 | MRK-KRA00592300 |
| MRK-KRA00587196 | MRK-KRA00592318 |
| MRK-KRA00587236 | MRK-KRA00594493 |
| MRK-KRA00587237 | MRK-KRA00594709 |

Appendix C - Production Documents

MRK-KRA00594730
MRK-KRA00594756
MRK-KRA00597947
MRK-KRA00599128
MRK-KRA00601262
MRK-KRA00615147
MRK-KRA00615148
MRK-KRA00615150
MRK-KRA00615152
MRK-KRA00615186 and family
MRK-KRA00615248
MRK-KRA00615856
MRK-KRA00615856 and family
MRK-KRA00615857
MRK-KRA00615874
MRK-KRA00616007
MRK-KRA00616011
MRK-KRA00616012
MRK-KRA00616017
MRK-KRA00616067
MRK-KRA00616068
MRK-KRA00616610
MRK-KRA00616616
MRK-KRA00616622
MRK-KRA00618143
MRK-KRA00620408
MRK-KRA00621796
MRK-KRA00622078
MRK-KRA00622358
MRK-KRA00622991
MRK-KRA00623414
MRK-KRA00623716
MRK-KRA00623926
MRK-KRA00623937
MRK-KRA00625182
MRK-KRA00625203
MRK-KRA00625250
MRK-KRA00625268
MRK-KRA00625629
MRK-KRA00625837
MRK-KRA00625923

MRK-KRA00626021
MRK-KRA00626043
MRK-KRA00626121
MRK-KRA00626226
MRK-KRA00637900
MRK-KRA00640700
MRK-KRA00640706
MRK-KRA00641065
MRK-KRA00643909
MRK-KRA00649600
MRK-KRA00649638
MRK-KRA00651170
MRK-KRA00663137
MRK-KRA00666494
MRK-KRA00666723
MRK-KRA00666747
MRK-KRA00666985
MRK-KRA00667054
MRK-KRA00667114
MRK-KRA00667298
MRK-KRA00667554
MRK-KRA00667874
MRK-KRA00668912
MRK-KRA00671410
MRK-KRA00675265-684910
MRK-KRA00675377
MRK-KRA00675459
MRK-KRA00675518
MRK-KRA00675538
MRK-KRA00675612
MRK-KRA00675727
MRK-KRA00676479
MRK-KRA00676526
MRK-KRA00676532
MRK-KRA00676536
MRK-KRA00676837
MRK-KRA00676841
MRK-KRA00677227
MRK-KRA00678159
MRK-KRA00678381
MRK-KRA00678383

Appendix C - Production Documents

MRK-KRA00678853
MRK-KRA00680605
MRK-KRA00681227
MRK-KRA00682521
MRK-KRA00683747
MRK-KRA00683752
MRK-KRA00683761
MRK-KRA00683767
MRK-KRA00683911
MRK-KRA00683913
MRK-KRA00683914
MRK-KRA00683915
MRK-KRA00683916
MRK-KRA00683917
MRK-KRA00683918
MRK-KRA00683926
MRK-KRA00683931
MRK-KRA00683932
MRK-KRA00683934
MRK-KRA00683939
MRK-KRA00683940
MRK-KRA00683941
MRK-KRA00683947
MRK-KRA00683948
MRK-KRA00683949
MRK-KRA00683950
MRK-KRA00683951
MRK-KRA00683952
MRK-KRA00683953
MRK-KRA00683957
MRK-KRA00683958
MRK-KRA00683959
MRK-KRA00684917
MRK-KRA00684945
MRK-KRA00685887
MRK-KRA00685941
MRK-KRA00685946
MRK-KRA00686336
MRK-KRA00686337
MRK-KRA00689783
MRK-KRA00689795

MRK-KRA00689798
MRK-KRA00691678
MRK-KRA00691738
MRK-KRA00718802
MRK-KRA00718817
MRK-KRA00718818
MRK-KRA00718886
MRK-KRA00718893
MRK-KRA00719324
MRK-KRA00719374
MRK-KRA00719375
MRK-KRA00719376
MRK-KRA00719433
MRK-KRA00719963
MRK-KRA00720264
MRK-KRA00720341
MRK-KRA00722625
MRK-KRA00722641
MRK-KRA00722667
MRK-KRA00724288
MRK-KRA00724651
MRK-KRA00724833
MRK-KRA00726049
MRK-KRA00754221
MRK-KRA00754233
MRK-KRA00754239
MRK-KRA00754245
MRK-KRA00754322
MRK-KRA00754392
MRK-KRA00754484
MRK-KRA00754498
MRK-KRA00754532
MRK-KRA00754556
MRK-KRA00754625
MRK-KRA00754687
MRK-KRA00754692
MRK-KRA00754694
MRK-KRA00754824
MRK-KRA00755096
MRK-KRA00755558
MRK-KRA00756233

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA00756256 | MRK-KRA00759462 |
| MRK-KRA00756381 | MRK-KRA00759465 |
| MRK-KRA00756534 | MRK-KRA00759524 |
| MRK-KRA00756862 | MRK-KRA00759704 |
| MRK-KRA00757038 | MRK-KRA00759715 |
| MRK-KRA00757039 | MRK-KRA00759836 |
| MRK-KRA00757040 | MRK-KRA00759893 |
| MRK-KRA00757041 | MRK-KRA00760127 |
| MRK-KRA00757042 | MRK-KRA00760549 |
| MRK-KRA00757043 | MRK-KRA00760563 |
| MRK-KRA00757044 | MRK-KRA00760670 |
| MRK-KRA00757045 | MRK-KRA00761071 |
| MRK-KRA00757046 | MRK-KRA00761104 |
| MRK-KRA00757047 | MRK-KRA00761129 |
| MRK-KRA00757048 | MRK-KRA00761384 |
| MRK-KRA00757049 | MRK-KRA00761482 |
| MRK-KRA00757050 | MRK-KRA00761626 |
| MRK-KRA00757051 | MRK-KRA00761628 |
| MRK-KRA00757052 | MRK-KRA00761865 |
| MRK-KRA00757053 | MRK-KRA00762963 |
| MRK-KRA00757054 | MRK-KRA00763867 |
| MRK-KRA00757055 | MRK-KRA00763902 |
| MRK-KRA00757056 | MRK-KRA00764713 |
| MRK-KRA00757060 | MRK-KRA00768483 |
| MRK-KRA00757064 | MRK-KRA00777458 |
| MRK-KRA00757068 | MRK-KRA00778768 |
| MRK-KRA00757072 | MRK-KRA00778770 |
| MRK-KRA00757077 | MRK-KRA00779057 |
| MRK-KRA00757081 | MRK-KRA00779467 |
| MRK-KRA00757085 | MRK-KRA00779478 |
| MRK-KRA00757089 | MRK-KRA00779484 |
| MRK-KRA00757092 | MRK-KRA00779585 |
| MRK-KRA00757096 | MRK-KRA00779600 |
| MRK-KRA00757100 | MRK-KRA00779882 |
| MRK-KRA00757104 | MRK-KRA00779889 |
| MRK-KRA00757108 | MRK-KRA00780051 |
| MRK-KRA00758030 | MRK-KRA00780093 |
| MRK-KRA00759061 | MRK-KRA00780210 |
| MRK-KRA00759120 | MRK-KRA00780325 |
| MRK-KRA00759390 | MRK-KRA00780538 |
| MRK-KRA00759391 | MRK-KRA00781230 |

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA00781379 | MRK-KRA00802542 |
| MRK-KRA00781380 | MRK-KRA00804080 |
| MRK-KRA00781434 | MRK-KRA00808866 |
| MRK-KRA00781443 | MRK-KRA00808867 |
| MRK-KRA00781446 | MRK-KRA00810530 |
| MRK-KRA00781448 | MRK-KRA00810921 |
| MRK-KRA00781533 | MRK-KRA00812332 |
| MRK-KRA00781535 | MRK-KRA00813336 |
| MRK-KRA00781640 | MRK-KRA00813411 |
| MRK-KRA00781728 | MRK-KRA00814149 |
| MRK-KRA00781946 | MRK-KRA00814150 |
| MRK-KRA00782169 | MRK-KRA00816881 |
| MRK-KRA00782203 | MRK-KRA00816958 |
| MRK-KRA00782208 | MRK-KRA00817350 |
| MRK-KRA00782807 | MRK-KRA00818419 |
| MRK-KRA00783728 | MRK-KRA00818513 |
| MRK-KRA00783894 | MRK-KRA00818613 |
| MRK-KRA00783914 | MRK-KRA00818776 |
| MRK-KRA00783945 | MRK-KRA00819502 |
| MRK-KRA00783949 | MRK-KRA00819969 |
| MRK-KRA00784028 | MRK-KRA00821853 |
| MRK-KRA00784030 | MRK-KRA00821915 |
| MRK-KRA00784057 | MRK-KRA00821967 |
| MRK-KRA00784067 | MRK-KRA00822460 |
| MRK-KRA00784076 | MRK-KRA00822462 |
| MRK-KRA00788633 | MRK-KRA00824967 |
| MRK-KRA00789733 | MRK-KRA00824969 |
| MRK-KRA00790046 | MRK-KRA00824970 |
| MRK-KRA00790057 | MRK-KRA00842361 |
| MRK-KRA00791315 | MRK-KRA00845448 |
| MRK-KRA00791325 | MRK-KRA00845502 |
| MRK-KRA00791354 | MRK-KRA00846076 |
| MRK-KRA00791511 | MRK-KRA00846087 |
| MRK-KRA00792125 | MRK-KRA00846405 |
| MRK-KRA00796367 | MRK-KRA00846451 |
| MRK-KRA00796413 | MRK-KRA00846454 |
| MRK-KRA00796740 | MRK-KRA00846460 |
| MRK-KRA00797936 | MRK-KRA00846467 |
| MRK-KRA00798644 | MRK-KRA00847258 |
| MRK-KRA00798645 | MRK-KRA00865978 |
| MRK-KRA00798685 | MRK-KRA00866109 |

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA00866529 | MRK-KRA00904299 |
| MRK-KRA00868569 | MRK-KRA00904532 |
| MRK-KRA00868948 | MRK-KRA00905220 |
| MRK-KRA00868949 | MRK-KRA00905248 |
| MRK-KRA00870212 | MRK-KRA00905538 |
| MRK-KRA00871047 | MRK-KRA00905645 |
| MRK-KRA00871048 | MRK-KRA00905656 |
| MRK-KRA00873631 | MRK-KRA00906205 |
| MRK-KRA00873909 | MRK-KRA00907090 |
| MRK-KRA00876257 | MRK-KRA00907099 |
| MRK-KRA00876386 | MRK-KRA00907101 |
| MRK-KRA00876580 | MRK-KRA00908426 |
| MRK-KRA00877140 | MRK-KRA00908429 |
| MRK-KRA00878134 | MRK-KRA00909453 |
| MRK-KRA00878771 | MRK-KRA00911543 |
| MRK-KRA00879488 | MRK-KRA00912420 |
| MRK-KRA00879633 | MRK-KRA00913698 |
| MRK-KRA00882819 | MRK-KRA00915595 |
| MRK-KRA00884351 | MRK-KRA00917017 |
| MRK-KRA00885482 | MRK-KRA00917019 |
| MRK-KRA00886031 | MRK-KRA00918573 |
| MRK-KRA00890482 | MRK-KRA00919619 |
| MRK-KRA00893838 | MRK-KRA00928768 |
| MRK-KRA00895103 | MRK-KRA00928796 |
| MRK-KRA00895441 | MRK-KRA00928813 |
| MRK-KRA00895519 | MRK-KRA00930622 |
| MRK-KRA00897965 | MRK-KRA00930898 |
| MRK-KRA00898562 | MRK-KRA00931216 |
| MRK-KRA00899634 | MRK-KRA00931221 |
| MRK-KRA00900151 | MRK-KRA00931236 |
| MRK-KRA00902233 | MRK-KRA00931559 |
| MRK-KRA00902439 | MRK-KRA00932975 |
| MRK-KRA00903810 | MRK-KRA00933190-254 |
| MRK-KRA00903816 | MRK-KRA00934148 |
| MRK-KRA00903949 | MRK-KRA00934194 |
| MRK-KRA00903977 | MRK-KRA00934195 |
| MRK-KRA00904075 | MRK-KRA00934200 |
| MRK-KRA00904112 | MRK-KRA00934255 |
| MRK-KRA00904140 | MRK-KRA00934310 |
| MRK-KRA00904268 | MRK-KRA00934368 |
| MRK-KRA00904279 | MRK-KRA00934406 |

Appendix C - Production Documents

MRK-KRA00934501
MRK-KRA00934537
MRK-KRA00934538
MRK-KRA00934689
MRK-KRA00935090
MRK-KRA00941280
MRK-KRA00941287
MRK-KRA00941673
MRK-KRA00941679
MRK-KRA00941692
MRK-KRA00941941
MRK-KRA00941954
MRK-KRA00942185
MRK-KRA00942187
MRK-KRA00943424
MRK-KRA00951342
MRK-KRA00952527
MRK-KRA00952822
MRK-KRA00952869
MRK-KRA00952888
MRK-KRA00952892
MRK-KRA00952900
MRK-KRA00952903
MRK-KRA00953164
MRK-KRA00953174
MRK-KRA00953175
MRK-KRA00953209
MRK-KRA00953308
MRK-KRA00953588
MRK-KRA00955452
MRK-KRA00955457
MRK-KRA00955933
MRK-KRA00956000
MRK-KRA00956001
MRK-KRA00956275
MRK-KRA00956276
MRK-KRA00956277
MRK-KRA00956278
MRK-KRA00956279
MRK-KRA00956280
MRK-KRA00956281

MRK-KRA00956282
MRK-KRA00956283
MRK-KRA00956284
MRK-KRA00956285
MRK-KRA00956286
MRK-KRA00956287
MRK-KRA00956288
MRK-KRA00956289
MRK-KRA00956290
MRK-KRA00956291
MRK-KRA00956292
MRK-KRA00956293
MRK-KRA00956301
MRK-KRA00956991
MRK-KRA00957136
MRK-KRA00957157
MRK-KRA00957182
MRK-KRA00957234
MRK-KRA00957797
MRK-KRA00957841
MRK-KRA00957850
MRK-KRA00960055
MRK-KRA00961191
MRK-KRA00961894
MRK-KRA00965809
MRK-KRA00966427
MRK-KRA00967266
MRK-KRA00968652
MRK-KRA00968792
MRK-KRA00969302
MRK-KRA00969386
MRK-KRA00969659
MRK-KRA00969662
MRK-KRA00969668
MRK-KRA00970175
MRK-KRA00970375
MRK-KRA00975917
MRK-KRA00975924
MRK-KRA00978998
MRK-KRA00980684
MRK-KRA00980685

Appx1151

Appendix C - Production Documents

MRK-KRA00980981
MRK-KRA00980982
MRK-KRA00981033
MRK-KRA00981330
MRK-KRA01011650
MRK-KRA01012490
MRK-KRA01012509
MRK-KRA01013353
MRK-KRA01013676
MRK-KRA01031935
MRK-KRA01031951
MRK-KRA01035029
MRK-KRA01035280
MRK-KRA01035374
MRK-KRA01035435
MRK-KRA01035617
MRK-KRA01035633
MRK-KRA01035642
MRK-KRA01036036
MRK-KRA01036318
MRK-KRA01036379
MRK-KRA01036555
MRK-KRA01036568
MRK-KRA01038978
MRK-KRA01039060
MRK-KRA01052876
MRK-KRA01055308
MRK-KRA01060413
MRK-KRA01061158
MRK-KRA01063381
MRK-KRA01063815
MRK-KRA01067334
MRK-KRA01071459
MRK-KRA01077770
MRK-KRA01077808
MRK-KRA01077814
MRK-KRA01077825
MRK-KRA01077827
MRK-KRA01077834
MRK-KRA01106249
MRK-KRA01117856

MRK-KRA01121594
MRK-KRA01123137
MRK-KRA01123144
MRK-KRA01125805
MRK-KRA01129050
MRK-KRA01130875
MRK-KRA01130974
MRK-KRA01132688
MRK-KRA01133127
MRK-KRA01135114
MRK-KRA01135514
MRK-KRA01136220
MRK-KRA01136232
MRK-KRA01136254
MRK-KRA01136255
MRK-KRA01140495
MRK-KRA01140509
MRK-KRA01140519
MRK-KRA01141487
MRK-KRA01142880
MRK-KRA01142882
MRK-KRA01142957
MRK-KRA01142990
MRK-KRA01143001
MRK-KRA01143469
MRK-KRA01143781
MRK-KRA01143785
MRK-KRA01147264
MRK-KRA01147290
MRK-KRA01147325
MRK-KRA01150637
MRK-KRA01156599
MRK-KRA01156694
MRK-KRA01156996
MRK-KRA01157026
MRK-KRA01157196
MRK-KRA01157518
MRK-KRA01157519
MRK-KRA01157658
MRK-KRA01162386
MRK-KRA01162762

Appendix C - Production Documents

MRK-KRA01165493
MRK-KRA01167089
MRK-KRA01168158
MRK-KRA01169054
MRK-KRA01171898
MRK-KRA01171900
MRK-KRA01171905
MRK-KRA01173173
MRK-KRA01182776
MRK-KRA01206492
MRK-KRA01224685
MRK-KRA01237963
MRK-KRA01251715
MRK-KRA01285975
MRK-KRA01291863
MRK-KRA01300697
MRK-KRA01314418
MRK-KRA01315901
MRK-KRA01318798
MRK-KRA01334442
MRK-KRA01334444
MRK-KRA01339555
MRK-KRA01342092
MRK-KRA01349418
MRK-KRA01350442
MRK-KRA01355908
MRK-KRA01355909
MRK-KRA01369526
MRK-KRA01371773
MRK-KRA01372090
MRK-KRA01372169
MRK-KRA01372321
MRK-KRA01372603
MRK-KRA01372840
MRK-KRA01372919
MRK-KRA01373147
MRK-KRA01383134
MRK-KRA01386177
MRK-KRA01387724
MRK-KRA01389563
MRK-KRA01389676

MRK-KRA01402583
MRK-KRA01405626
MRK-KRA01405639
MRK-KRA01444408
MRK-KRA01445756
MRK-KRA01446783
MRK-KRA01448660
MRK-KRA01448674
MRK-KRA01448679
MRK-KRA01448699
MRK-KRA01448704
MRK-KRA01448709
MRK-KRA01448723
MRK-KRA01448741
MRK-KRA01448750
MRK-KRA01448764
MRK-KRA01448782
MRK-KRA01448791
MRK-KRA01448800
MRK-KRA01448809
MRK-KRA01448827
MRK-KRA01448845
MRK-KRA01448854
MRK-KRA01448863
MRK-KRA01448934
MRK-KRA01448948
MRK-KRA01448966
MRK-KRA01448979
MRK-KRA01448998
MRK-KRA01449013
MRK-KRA01449029
MRK-KRA01449047
MRK-KRA01449062
MRK-KRA01449075
MRK-KRA01449090
MRK-KRA01449104
MRK-KRA01449119
MRK-KRA01449133
MRK-KRA01449144
MRK-KRA01449158
MRK-KRA01449173

Appendix C - Production Documents

MRK-KRA01449181
MRK-KRA01449189
MRK-KRA01449197
MRK-KRA01449226
MRK-KRA01449243
MRK-KRA01449260
MRK-KRA01449271
MRK-KRA01449276
MRK-KRA01449284
MRK-KRA01449292
MRK-KRA01452740
MRK-KRA01452741
MRK-KRA01456747
MRK-KRA01463083
MRK-KRA01464505
MRK-KRA01464620
MRK-KRA01464631
MRK-KRA01464642
MRK-KRA01464653
MRK-KRA01469018
MRK-KRA01470700
MRK-KRA01470854
MRK-KRA01475452
MRK-KRA01480843
MRK-KRA01480844
MRK-KRA01481321
MRK-KRA01481322
MRK-KRA01481838
MRK-KRA01481841
MRK-KRA01481843
MRK-KRA01482514
MRK-KRA01482517
MRK-KRA01490468
MRK-KRA01491265
MRK-KRA01491266
MRK-KRA01491816
MRK-KRA01508932
MRK-KRA01515760
MRK-KRA01519086
MRK-KRA01519087
MRK-KRA01519796

MRK-KRA01521665
MRK-KRA01522617
MRK-KRA01532771
MRK-KRA01533093
MRK-KRA01535612
MRK-KRA01537198
MRK-KRA01537297
MRK-KRA01537603
MRK-KRA01538727
MRK-KRA01539392
MRK-KRA01543545
MRK-KRA01548014
MRK-KRA01552314
MRK-KRA01552316
MRK-KRA01553778
MRK-KRA01553779
MRK-KRA01555788
MRK-KRA01556156
MRK-KRA01556169
MRK-KRA01556378
MRK-KRA01556424
MRK-KRA01556439
MRK-KRA01556441
MRK-KRA01556705
MRK-KRA01559118
MRK-KRA01559891
MRK-KRA01561811
MRK-KRA01562819
MRK-KRA01564065
MRK-KRA01564736
MRK-KRA01566984
MRK-KRA01568581
MRK-KRA01573685
MRK-KRA01574732
MRK-KRA01574735
MRK-KRA01574738
MRK-KRA01579996
MRK-KRA01580006
MRK-KRA01580008
MRK-KRA01580010
MRK-KRA01580012

Appendix C - Production Documents

MRK-KRA01580014
MRK-KRA01580175
MRK-KRA01581748
MRK-KRA01582137
MRK-KRA01583396
MRK-KRA01583397
MRK-KRA01583833
MRK-KRA01583835
MRK-KRA01589825
MRK-KRA01591461
MRK-KRA01593194
MRK-KRA01593726
MRK-KRA01612678
MRK-KRA01612774
MRK-KRA01614555
MRK-KRA01614561
MRK-KRA01619023
MRK-KRA01619032
MRK-KRA01619034
MRK-KRA01619036
MRK-KRA01619168
MRK-KRA01619188
MRK-KRA01619566
MRK-KRA01619567
MRK-KRA01619568
MRK-KRA01619571
MRK-KRA01620027
MRK-KRA01620035
MRK-KRA01620345
MRK-KRA01620351
MRK-KRA01620381
MRK-KRA01620531
MRK-KRA01620571
MRK-KRA01620604
MRK-KRA01620637
MRK-KRA01620721
MRK-KRA01620735
MRK-KRA01620811
MRK-KRA01620896
MRK-KRA01620932
MRK-KRA01621001

MRK-KRA01621201
MRK-KRA01621620
MRK-KRA01622067
MRK-KRA01622068
MRK-KRA01622070
MRK-KRA01622093
MRK-KRA01622468
MRK-KRA01622711
MRK-KRA01623322
MRK-KRA01624008
MRK-KRA01624340
MRK-KRA01624526
MRK-KRA01625058
MRK-KRA01625225
MRK-KRA01625335
MRK-KRA01629756
MRK-KRA01630295
MRK-KRA01630653
MRK-KRA01631255
MRK-KRA01631359
MRK-KRA01631370
MRK-KRA01631393
MRK-KRA01631621
MRK-KRA016324956-961
MRK-KRA01632656
MRK-KRA01632888
MRK-KRA01633529
MRK-KRA01633601
MRK-KRA01633981
MRK-KRA01634074
MRK-KRA01634396
MRK-KRA01634414
MRK-KRA01634431
MRK-KRA01634450
MRK-KRA01634481
MRK-KRA01634514
MRK-KRA01634545
MRK-KRA01634578
MRK-KRA01634611
MRK-KRA01634644
MRK-KRA01634675

**Appx1155**

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA01634706 | MRK-KRA01649598 |
| MRK-KRA01634737 | MRK-KRA01649600 |
| MRK-KRA01634768 | MRK-KRA01649609 |
| MRK-KRA01634801 | MRK-KRA01649698 |
| MRK-KRA01634832 | MRK-KRA01649702 |
| MRK-KRA01634857 | MRK-KRA01649716 |
| MRK-KRA01634866 | MRK-KRA01649725 |
| MRK-KRA01634869 | MRK-KRA01649759 |
| MRK-KRA01634873 | MRK-KRA01649826 |
| MRK-KRA01634882 | MRK-KRA01649837 |
| MRK-KRA01634884 | MRK-KRA01649892 |
| MRK-KRA01634884-885 | MRK-KRA01649955 |
| MRK-KRA01634886 | MRK-KRA01649971 |
| MRK-KRA01634888 | MRK-KRA01649990 |
| MRK-KRA01634888-4920 | MRK-KRA01649992 |
| MRK-KRA01634923-949 | MRK-KRA01712944 |
| MRK-KRA01634963-996 | MRK-KRA01714282 |
| MRK-KRA01634969 | MRK-KRA01714287 |
| MRK-KRA01634998 | MRK-KRA01714335 |
| MRK-KRA01634998-35020 | MRK-KRA01714343 |
| MRK-KRA01635022-5098 | MRK-KRA01714386 |
| MRK-KRA01635032 | MRK-KRA01714387 |
| MRK-KRA01635076 | MRK-KRA01714391 |
| MRK-KRA01635206 | MRK-KRA01715116 |
| MRK-KRA01635206-207 | MRK-KRA01717071 |
| MRK-KRA01635863-36035 | MRK-KRA01717213 |
| MRK-KRA01636014 | MRK-KRA01718972 |
| MRK-KRA01636038 | MRK-KRA01719139 |
| MRK-KRA01636038-6039 | MRK-KRA01724860 |
| MRK-KRA01636049 | MRK-KRA01725276 |
| MRK-KRA01636049-051 | MRK-KRA01727904 |
| MRK-KRA01636053 | MRK-KRA01727942 |
| MRK-KRA01644180 | MRK-KRA01727952 |
| MRK-KRA01646680 | MRK-KRA01728735 |
| MRK-KRA01646761 | MRK-KRA01731773 |
| MRK-KRA01648942 | MRK-KRA01732996 |
| MRK-KRA01648951 | MRK-KRA01734446 |
| MRK-KRA01649438-9510 | MRK-KRA01736573 |
| MRK-KRA01649498 | MRK-KRA01886458 |
| MRK-KRA01649515 | MRK-KRA01886868 |
| MRK-KRA01649552 | MRK-KRA01886997 |

**Appx1156**

Appendix C - Production Documents

MRK-KRA01887389
MRK-KRA01888578
MRK-KRA01888826
MRK-KRA01889623
MRK-KRA01889950
MRK-KRA01889965
MRK-KRA01891488
MRK-KRA01891613
MRK-KRA01892575
MRK-KRA01892714
MRK-KRA01892738
MRK-KRA01892758
MRK-KRA01892760
MRK-KRA01892867
MRK-KRA01893043
MRK-KRA01893802
MRK-KRA01893967
MRK-KRA01893967-94351
MRK-KRA01893995
MRK-KRA01894011
MRK-KRA01894020
MRK-KRA01894035
MRK-KRA01894053
MRK-KRA01894072
MRK-KRA01894084
MRK-KRA01894085
MRK-KRA01894110
MRK-KRA01894153
MRK-KRA01894173
MRK-KRA01894182
MRK-KRA01894190
MRK-KRA01894200
MRK-KRA01894203
MRK-KRA01894216
MRK-KRA01894225
MRK-KRA01894229
MRK-KRA01894245
MRK-KRA01894258
MRK-KRA01894269
MRK-KRA01894502
MRK-KRA01894917

MRK-KRA01894982
MRK-KRA01894999
MRK-KRA01895135
MRK-KRA01895137
MRK-KRA01895385
MRK-KRA01895542
MRK-KRA01895856
MRK-KRA01895942
MRK-KRA01895952
MRK-KRA01896072
MRK-KRA01896077
MRK-KRA01896084
MRK-KRA01896266
MRK-KRA01896349
MRK-KRA01897017
MRK-KRA01897091
MRK-KRA01897739
MRK-KRA01898114
MRK-KRA01898773
MRK-KRA01898988
MRK-KRA01899010
MRK-KRA01899037
MRK-KRA01899074
MRK-KRA01899087
MRK-KRA01899091
MRK-KRA01899419
MRK-KRA01899697
MRK-KRA01901029
MRK-KRA01903963
MRK-KRA01926377
MRK-KRA01926583
MRK-KRA01926962
MRK-KRA01926967
MRK-KRA01927351
MRK-KRA01933569
MRK-KRA01954958
MRK-KRA01955502
MRK-KRA01956089
MRK-KRA01962790
MRK-KRA01965291
MRK-KRA01965382

Appendix C - Production Documents

| | |
|---|---|
| MRK-KRA01965392 | MRK-KRA01976799 |
| MRK-KRA01966826 | MRK-KRA01977383 |
| MRK-KRA01966893 | MRK-KRA01977731 |
| MRK-KRA01967402 | MRK-KRA01977772 |
| MRK-KRA01968026 | MRK-KRA01977803 |
| MRK-KRA01968029 | MRK-KRA01978099 |
| MRK-KRA01968074 | MRK-KRA01978117 |
| MRK-KRA01968415 | MRK-KRA01978602 |
| MRK-KRA01968792 | MRK-KRA01978905 |
| MRK-KRA01968956 | MRK-KRA01979234 |
| MRK-KRA01968978 | MRK-KRA01981223 |
| MRK-KRA01968981 | MRK-KRA01981966 |
| MRK-KRA01969886 | MRK-KRA01982124 |
| MRK-KRA01969891 | MRK-KRA01982127 |
| MRK-KRA01969955 | MRK-KRA01982327 |
| MRK-KRA01971023 | MRK-KRA01982334 |
| MRK-KRA01971196 | MRK-KRA01982336 |
| MRK-KRA01971197 | MRK-KRA01982337 |
| MRK-KRA01971199 | MRK-KRA01982339 |
| MRK-KRA01971200 | MRK-KRA01982398 |
| MRK-KRA01971295 | MRK-KRA01982945 |
| MRK-KRA01971321 | MRK-KRA01989058 |
| MRK-KRA01971324 | MRK-KRA02009561 |
| MRK-KRA01971325 | MRK-KRA02009562 |
| MRK-KRA01971327 | MRK-KRA02009584 |
| MRK-KRA01971329 | MRK-KRA02009585 |
| MRK-KRA01971339 | MRK-KRA02021754 |
| MRK-KRA01972448 | MRK-KRA02021769 |
| MRK-KRA01972602 | MRK-KRA02021770 |
| MRK-KRA01972617 | MRK-KRA02021792 |
| MRK-KRA01972719 | MRK-KRA02022180 |
| MRK-KRA01972735 | MRK-KRA02022181 |
| MRK-KRA01973290 | MRK-KRA02023386 |
| MRK-KRA01973293 | MRK-KRA02027832 |
| MRK-KRA01973733 | MRK-KRA02027837 |
| MRK-KRA01974364 | MRK-KRA02063339 |
| MRK-KRA01976387 | MRK-KRA02065872 |
| MRK-KRA01976627 | MRK-KRA02069595 |
| MRK-KRA01976630 | MRK-KRA02078925 |
| MRK-KRA01976791 | MRK-KRA02078926 |
| MRK-KRA01976795 | MRK-KRA02079414 |

Appendix C - Production Documents

MRK-KRA02079901
MRK-KRA02079902
MRK-KRA02079917
MRK-KRA02081190
MRK-KRA02081191
MRK-KRA02081193
MRK-KRA02081387
MRK-KRA02081390
MRK-KRA02083304
MRK-KRA02083308
MRK-KRA02083482
MRK-KRA02083483
MRK-KRA02083484
MRK-KRA02083489
MRK-KRA02083496
MRK-KRA02083498
MRK-KRA02083661
MRK-KRA02083662
MRK-KRA02083669
MRK-KRA02084311
MRK-KRA02084312
MRK-KRA02084314
MRK-KRA02084521
MRK-KRA02084561
MRK-KRA02084567
MRK-KRA02084569
MRK-KRA02084849
MRK-KRA02084856
MRK-KRA02084859
MRK-KRA02084861
MRK-KRA02084923
MRK-KRA02084927
MRK-KRA02084929
MRK-KRA02084933
MRK-KRA02085079
MRK-KRA02085091
MRK-KRA02085100
MRK-KRA02085105
MRK-KRA02085202
MRK-KRA02085211
MRK-KRA02085265

MRK-KRA02085267
MRK-KRA02085273
MRK-KRA02085281
MRK-KRA02085906
MRK-KRA02085909
MRK-KRA02087234
MRK-KRA02087388
MRK-KRA02087403
MRK-KRA02087609
MRK-KRA02087916
MRK-KRA02088574
MRK-KRA02091219
MRK-KRA02091220
MRK-KRA02092280
MRK-KRA02100961
MRK-KRA02100967
MRK-KRA02101841
MRK-KRA02112354
MRK-KRA02112362
MRK-KRA02112439
MRK-KRA02112658
MRK-KRA02125451
MRK-KRA02125478
MRK-KRA02138472
MRK-KRA02140156
MRK-KRA02140176
MRK-KRA02140205
MRK-KRA02142300
MRK-KRA02142590
MRK-KRA02143181
MRK-KRA02143436
MRK-KRA02143443
MRK-KRA02143444
MRK-KRA02143445
MRK-KRA02143446
MRK-KRA02143447
MRK-KRA02143448
MRK-KRA02143449
MRK-KRA02143450
MRK-KRA02143451
MRK-KRA02143452

Appendix C - Production Documents

MRK-KRA02143453
MRK-KRA02143454
MRK-KRA02143455
MRK-KRA02143456
MRK-KRA02143457
MRK-KRA02143458
MRK-KRA02143459
MRK-KRA02143460
MRK-KRA02143481
MRK-KRA02143656
MRK-KRA2140176
MRK-KRA-R00000388
NIH000055
PP-001
PP-033
PP-079
PP-149
PPD 000473
PPD 000478
PPD 000505
PPD 000568
PPD 000575
PPD000314
PPD000323
PPD000473
PPD000478
PPD000505
PPD000568
PPD000575
PREPD00001065
PREPD00001076
PREPD00001124
PREPD00001144
PRPCT0000020
PRPCT0000030
PRPCT0000050
PRPCT0000056
PRPCT0000058
PRPCT0000068
PRPCT0000079
PRPCT0000085

PRPCT0000095
PRPCT0000096
PRPCT0000102
PRPCT0000113
PRPCT0000115
PRPCT0000117

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00123034 | MRK-CHA00123339 | MRK-CHA00123536 | MRK-CHA00123837 |
| MRK-CHA00123078 | MRK-CHA00123340 | MRK-CHA00123537 | MRK-CHA00123838 |
| MRK-CHA00123185 | MRK-CHA00123343 | MRK-CHA00123538 | MRK-CHA00123842 |
| MRK-CHA00123186 | MRK-CHA00123345 | MRK-CHA00123542 | MRK-CHA00123843 |
| MRK-CHA00123188 | MRK-CHA00123347 | MRK-CHA00123543 | MRK-CHA00123844 |
| MRK-CHA00123189 | MRK-CHA00123348 | MRK-CHA00123546 | MRK-CHA00123848 |
| MRK-CHA00123190 | MRK-CHA00123350 | MRK-CHA00123547 | MRK-CHA00123849 |
| MRK-CHA00123192 | MRK-CHA00123351 | MRK-CHA00123548 | MRK-CHA00123850 |
| MRK-CHA00123193 | MRK-CHA00123353 | MRK-CHA00123549 | MRK-CHA00123854 |
| MRK-CHA00123195 | MRK-CHA00123355 | MRK-CHA00123551 | MRK-CHA00123888 |
| MRK-CHA00123197 | MRK-CHA00123357 | MRK-CHA00123552 | MRK-CHA00123889 |
| MRK-CHA00123199 | MRK-CHA00123358 | MRK-CHA00123554 | MRK-CHA00123893 |
| MRK-CHA00123201 | MRK-CHA00123371 | MRK-CHA00123636 | MRK-CHA00123894 |
| MRK-CHA00123205 | MRK-CHA00123372 | MRK-CHA00123637 | MRK-CHA00123896 |
| MRK-CHA00123207 | MRK-CHA00123374 | MRK-CHA00123639 | MRK-CHA00123898 |
| MRK-CHA00123209 | MRK-CHA00123453 | MRK-CHA00123642 | MRK-CHA00123899 |
| MRK-CHA00123211 | MRK-CHA00123455 | MRK-CHA00123643 | MRK-CHA00123900 |
| MRK-CHA00123212 | MRK-CHA00123463 | MRK-CHA00123647 | MRK-CHA00123901 |
| MRK-CHA00123214 | MRK-CHA00123464 | MRK-CHA00123652 | MRK-CHA00123902 |
| MRK-CHA00123217 | MRK-CHA00123466 | MRK-CHA00123653 | MRK-CHA00123903 |
| MRK-CHA00123218 | MRK-CHA00123467 | MRK-CHA00123657 | MRK-CHA00123907 |
| MRK-CHA00123221 | MRK-CHA00123476 | MRK-CHA00123661 | MRK-CHA00123908 |
| MRK-CHA00123222 | MRK-CHA00123484 | MRK-CHA00123662 | MRK-CHA00123909 |
| MRK-CHA00123225 | MRK-CHA00123492 | MRK-CHA00123665 | MRK-CHA00123913 |
| MRK-CHA00123226 | MRK-CHA00123494 | MRK-CHA00123667 | MRK-CHA00123916 |
| MRK-CHA00123240 | MRK-CHA00123495 | MRK-CHA00123673 | MRK-CHA00123917 |
| MRK-CHA00123243 | MRK-CHA00123497 | MRK-CHA00123676 | MRK-CHA00123922 |
| MRK-CHA00123244 | MRK-CHA00123499 | MRK-CHA00123678 | MRK-CHA00123934 |
| MRK-CHA00123253 | MRK-CHA00123501 | MRK-CHA00123680 | MRK-CHA00123946 |
| MRK-CHA00123254 | MRK-CHA00123502 | MRK-CHA00123682 | MRK-CHA00123947 |
| MRK-CHA00123257 | MRK-CHA00123516 | MRK-CHA00123684 | MRK-CHA00123948 |
| MRK-CHA00123258 | MRK-CHA00123518 | MRK-CHA00123693 | MRK-CHA00123951 |
| MRK-CHA00123261 | MRK-CHA00123519 | MRK-CHA00123697 | MRK-CHA00123953 |
| MRK-CHA00123262 | MRK-CHA00123520 | MRK-CHA00123699 | MRK-CHA00123955 |
| MRK-CHA00123265 | MRK-CHA00123522 | MRK-CHA00123700 | MRK-CHA00123956 |
| MRK-CHA00123266 | MRK-CHA00123526 | MRK-CHA00123701 | MRK-CHA00123959 |
| MRK-CHA00123270 | MRK-CHA00123527 | MRK-CHA00123705 | MRK-CHA00123960 |
| MRK-CHA00123274 | MRK-CHA00123528 | MRK-CHA00123709 | MRK-CHA00123963 |
| MRK-CHA00123275 | MRK-CHA00123529 | MRK-CHA00123710 | MRK-CHA00123965 |
| MRK-CHA00123276 | MRK-CHA00123530 | MRK-CHA00123714 | MRK-CHA00123967 |
| MRK-CHA00123278 | MRK-CHA00123531 | MRK-CHA00123824 | MRK-CHA00123969 |
| MRK-CHA00123331 | MRK-CHA00123533 | MRK-CHA00123825 | MRK-CHA00123972 |
| MRK-CHA00123334 | MRK-CHA00123535 | MRK-CHA00123829 | MRK-CHA00123975 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00123976 | MRK-CHA00124102 | MRK-CHA00125028 | MRK-CHA00125563 |
| MRK-CHA00124000 | MRK-CHA00124106 | MRK-CHA00125029 | MRK-CHA00125564 |
| MRK-CHA00124006 | MRK-CHA00124120 | MRK-CHA00125030 | MRK-CHA00125565 |
| MRK-CHA00124007 | MRK-CHA00124121 | MRK-CHA00125031 | MRK-CHA00125568 |
| MRK-CHA00124028 | MRK-CHA00124218 | MRK-CHA00125032 | MRK-CHA00125569 |
| MRK-CHA00124029 | MRK-CHA00124220 | MRK-CHA00125033 | MRK-CHA00125760 |
| MRK-CHA00124031 | MRK-CHA00124260 | MRK-CHA00125034 | MRK-CHA00125761 |
| MRK-CHA00124033 | MRK-CHA00124262 | MRK-CHA00125151 | MRK-CHA00125791 |
| MRK-CHA00124035 | MRK-CHA00124263 | MRK-CHA00125154 | MRK-CHA00125793 |
| MRK-CHA00124041 | MRK-CHA00124264 | MRK-CHA00125155 | MRK-CHA00125814 |
| MRK-CHA00124042 | MRK-CHA00124364 | MRK-CHA00125156 | MRK-CHA00125815 |
| MRK-CHA00124043 | MRK-CHA00124365 | MRK-CHA00125349 | MRK-CHA00125856 |
| MRK-CHA00124045 | MRK-CHA00124369 | MRK-CHA00125350 | MRK-CHA00125857 |
| MRK-CHA00124047 | MRK-CHA00124371 | MRK-CHA00125351 | MRK-CHA00125861 |
| MRK-CHA00124048 | MRK-CHA00124377 | MRK-CHA00125352 | MRK-CHA00125862 |
| MRK-CHA00124049 | MRK-CHA00124378 | MRK-CHA00125353 | MRK-CHA00125863 |
| MRK-CHA00124050 | MRK-CHA00124391 | MRK-CHA00125354 | MRK-CHA00125867 |
| MRK-CHA00124051 | MRK-CHA00124392 | MRK-CHA00125355 | MRK-CHA00125868 |
| MRK-CHA00124053 | MRK-CHA00124399 | MRK-CHA00125356 | MRK-CHA00125870 |
| MRK-CHA00124056 | MRK-CHA00124401 | MRK-CHA00125357 | MRK-CHA00125871 |
| MRK-CHA00124057 | MRK-CHA00124411 | MRK-CHA00125358 | MRK-CHA00125873 |
| MRK-CHA00124059 | MRK-CHA00124413 | MRK-CHA00125359 | MRK-CHA00125874 |
| MRK-CHA00124060 | MRK-CHA00124420 | MRK-CHA00125360 | MRK-CHA00125876 |
| MRK-CHA00124062 | MRK-CHA00124422 | MRK-CHA00125437 | MRK-CHA00125877 |
| MRK-CHA00124063 | MRK-CHA00124515 | MRK-CHA00125440 | MRK-CHA00125879 |
| MRK-CHA00124065 | MRK-CHA00124517 | MRK-CHA00125458 | MRK-CHA00125880 |
| MRK-CHA00124068 | MRK-CHA00124534 | MRK-CHA00125460 | MRK-CHA00125882 |
| MRK-CHA00124070 | MRK-CHA00124536 | MRK-CHA00125533 | MRK-CHA00125883 |
| MRK-CHA00124072 | MRK-CHA00124552 | MRK-CHA00125535 | MRK-CHA00125885 |
| MRK-CHA00124074 | MRK-CHA00124554 | MRK-CHA00125536 | MRK-CHA00125886 |
| MRK-CHA00124076 | MRK-CHA00124691 | MRK-CHA00125537 | MRK-CHA00125888 |
| MRK-CHA00124078 | MRK-CHA00124692 | MRK-CHA00125538 | MRK-CHA00125889 |
| MRK-CHA00124080 | MRK-CHA00124777 | MRK-CHA00125539 | MRK-CHA00125891 |
| MRK-CHA00124081 | MRK-CHA00124781 | MRK-CHA00125540 | MRK-CHA00125894 |
| MRK-CHA00124083 | MRK-CHA00124786 | MRK-CHA00125541 | MRK-CHA00125904 |
| MRK-CHA00124084 | MRK-CHA00124830 | MRK-CHA00125550 | MRK-CHA00125906 |
| MRK-CHA00124085 | MRK-CHA00124897 | MRK-CHA00125551 | MRK-CHA00125919 |
| MRK-CHA00124087 | MRK-CHA00124899 | MRK-CHA00125552 | MRK-CHA00125921 |
| MRK-CHA00124090 | MRK-CHA00124900 | MRK-CHA00125553 | MRK-CHA00125964 |
| MRK-CHA00124091 | MRK-CHA00124902 | MRK-CHA00125558 | MRK-CHA00125966 |
| MRK-CHA00124092 | MRK-CHA00124949 | MRK-CHA00125560 | MRK-CHA00126016 |
| MRK-CHA00124094 | MRK-CHA00124951 | MRK-CHA00125561 | MRK-CHA00126018 |
| MRK-CHA00124098 | MRK-CHA00125027 | MRK-CHA00125562 | MRK-CHA00126034 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00126036 | MRK-CHA00126636 | MRK-CHA00127064 | MRK-CHA00127506 |
| MRK-CHA00126043 | MRK-CHA00126692 | MRK-CHA00127066 | MRK-CHA00127521 |
| MRK-CHA00126045 | MRK-CHA00126693 | MRK-CHA00127088 | MRK-CHA00127531 |
| MRK-CHA00126052 | MRK-CHA00126701 | MRK-CHA00127090 | MRK-CHA00127541 |
| MRK-CHA00126054 | MRK-CHA00126703 | MRK-CHA00127102 | MRK-CHA00127553 |
| MRK-CHA00126059 | MRK-CHA00126712 | MRK-CHA00127104 | MRK-CHA00127563 |
| MRK-CHA00126060 | MRK-CHA00126714 | MRK-CHA00127105 | MRK-CHA00127574 |
| MRK-CHA00126167 | MRK-CHA00126725 | MRK-CHA00127117 | MRK-CHA00127585 |
| MRK-CHA00126172 | MRK-CHA00126727 | MRK-CHA00127118 | MRK-CHA00127595 |
| MRK-CHA00126173 | MRK-CHA00126732 | MRK-CHA00127128 | MRK-CHA00127604 |
| MRK-CHA00126179 | MRK-CHA00126746 | MRK-CHA00127139 | MRK-CHA00127614 |
| MRK-CHA00126181 | MRK-CHA00126748 | MRK-CHA00127149 | MRK-CHA00127622 |
| MRK-CHA00126186 | MRK-CHA00126804 | MRK-CHA00127162 | MRK-CHA00127634 |
| MRK-CHA00126187 | MRK-CHA00126805 | MRK-CHA00127172 | MRK-CHA00127644 |
| MRK-CHA00126232 | MRK-CHA00126812 | MRK-CHA00127184 | MRK-CHA00127654 |
| MRK-CHA00126233 | MRK-CHA00126814 | MRK-CHA00127199 | MRK-CHA00127668 |
| MRK-CHA00126267 | MRK-CHA00126891 | MRK-CHA00127211 | MRK-CHA00127678 |
| MRK-CHA00126269 | MRK-CHA00126893 | MRK-CHA00127221 | MRK-CHA00127689 |
| MRK-CHA00126338 | MRK-CHA00126906 | MRK-CHA00127232 | MRK-CHA00127700 |
| MRK-CHA00126340 | MRK-CHA00126907 | MRK-CHA00127245 | MRK-CHA00127711 |
| MRK-CHA00126352 | MRK-CHA00126962 | MRK-CHA00127255 | MRK-CHA00127721 |
| MRK-CHA00126354 | MRK-CHA00126963 | MRK-CHA00127268 | MRK-CHA00127732 |
| MRK-CHA00126386 | MRK-CHA00126972 | MRK-CHA00127281 | MRK-CHA00127742 |
| MRK-CHA00126388 | MRK-CHA00126973 | MRK-CHA00127291 | MRK-CHA00127752 |
| MRK-CHA00126404 | MRK-CHA00126982 | MRK-CHA00127303 | MRK-CHA00127765 |
| MRK-CHA00126406 | MRK-CHA00126983 | MRK-CHA00127313 | MRK-CHA00127775 |
| MRK-CHA00126413 | MRK-CHA00126989 | MRK-CHA00127324 | MRK-CHA00127786 |
| MRK-CHA00126415 | MRK-CHA00126992 | MRK-CHA00127333 | MRK-CHA00127796 |
| MRK-CHA00126421 | MRK-CHA00126993 | MRK-CHA00127344 | MRK-CHA00127806 |
| MRK-CHA00126422 | MRK-CHA00126996 | MRK-CHA00127354 | MRK-CHA00127818 |
| MRK-CHA00126437 | MRK-CHA00126997 | MRK-CHA00127365 | MRK-CHA00127829 |
| MRK-CHA00126439 | MRK-CHA00127001 | MRK-CHA00127376 | MRK-CHA00127845 |
| MRK-CHA00126466 | MRK-CHA00127003 | MRK-CHA00127387 | MRK-CHA00127859 |
| MRK-CHA00126468 | MRK-CHA00127006 | MRK-CHA00127396 | MRK-CHA00127870 |
| MRK-CHA00126538 | MRK-CHA00127007 | MRK-CHA00127406 | MRK-CHA00127881 |
| MRK-CHA00126540 | MRK-CHA00127010 | MRK-CHA00127418 | MRK-CHA00127893 |
| MRK-CHA00126565 | MRK-CHA00127011 | MRK-CHA00127430 | MRK-CHA00127908 |
| MRK-CHA00126567 | MRK-CHA00127015 | MRK-CHA00127440 | MRK-CHA00127918 |
| MRK-CHA00126619 | MRK-CHA00127016 | MRK-CHA00127452 | MRK-CHA00127923 |
| MRK-CHA00126621 | MRK-CHA00127018 | MRK-CHA00127459 | MRK-CHA00127942 |
| MRK-CHA00126629 | MRK-CHA00127022 | MRK-CHA00127474 | MRK-CHA00127952 |
| MRK-CHA00126630 | MRK-CHA00127036 | MRK-CHA00127485 | MRK-CHA00127964 |
| MRK-CHA00126634 | MRK-CHA00127038 | MRK-CHA00127496 | MRK-CHA00127974 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00127984 | MRK-CHA00128435 | MRK-CHA00128916 | MRK-CHA00129422 |
| MRK-CHA00127994 | MRK-CHA00128445 | MRK-CHA00128928 | MRK-CHA00129434 |
| MRK-CHA00128004 | MRK-CHA00128457 | MRK-CHA00128942 | MRK-CHA00129448 |
| MRK-CHA00128014 | MRK-CHA00128467 | MRK-CHA00128952 | MRK-CHA00129458 |
| MRK-CHA00128024 | MRK-CHA00128477 | MRK-CHA00128963 | MRK-CHA00129470 |
| MRK-CHA00128035 | MRK-CHA00128491 | MRK-CHA00128976 | MRK-CHA00129481 |
| MRK-CHA00128045 | MRK-CHA00128501 | MRK-CHA00128985 | MRK-CHA00129494 |
| MRK-CHA00128056 | MRK-CHA00128514 | MRK-CHA00128998 | MRK-CHA00129504 |
| MRK-CHA00128069 | MRK-CHA00128524 | MRK-CHA00129010 | MRK-CHA00129515 |
| MRK-CHA00128080 | MRK-CHA00128534 | MRK-CHA00129022 | MRK-CHA00129528 |
| MRK-CHA00128090 | MRK-CHA00128545 | MRK-CHA00129032 | MRK-CHA00129541 |
| MRK-CHA00128101 | MRK-CHA00128556 | MRK-CHA00129045 | MRK-CHA00129555 |
| MRK-CHA00128113 | MRK-CHA00128566 | MRK-CHA00129056 | MRK-CHA00129575 |
| MRK-CHA00128123 | MRK-CHA00128577 | MRK-CHA00129071 | MRK-CHA00129585 |
| MRK-CHA00128130 | MRK-CHA00128585 | MRK-CHA00129083 | MRK-CHA00129595 |
| MRK-CHA00128134 | MRK-CHA00128592 | MRK-CHA00129094 | MRK-CHA00129607 |
| MRK-CHA00128143 | MRK-CHA00128604 | MRK-CHA00129105 | MRK-CHA00129617 |
| MRK-CHA00128150 | MRK-CHA00128615 | MRK-CHA00129119 | MRK-CHA00129629 |
| MRK-CHA00128162 | MRK-CHA00128636 | MRK-CHA00129129 | MRK-CHA00129640 |
| MRK-CHA00128173 | MRK-CHA00128647 | MRK-CHA00129141 | MRK-CHA00129654 |
| MRK-CHA00128186 | MRK-CHA00128658 | MRK-CHA00129151 | MRK-CHA00129665 |
| MRK-CHA00128194 | MRK-CHA00128668 | MRK-CHA00129160 | MRK-CHA00129677 |
| MRK-CHA00128206 | MRK-CHA00128682 | MRK-CHA00129174 | MRK-CHA00129689 |
| MRK-CHA00128216 | MRK-CHA00128700 | MRK-CHA00129186 | MRK-CHA00129699 |
| MRK-CHA00128226 | MRK-CHA00128710 | MRK-CHA00129196 | MRK-CHA00129709 |
| MRK-CHA00128239 | MRK-CHA00128720 | MRK-CHA00129206 | MRK-CHA00129713 |
| MRK-CHA00128251 | MRK-CHA00128732 | MRK-CHA00129215 | MRK-CHA00129722 |
| MRK-CHA00128261 | MRK-CHA00128742 | MRK-CHA00129226 | MRK-CHA00129733 |
| MRK-CHA00128271 | MRK-CHA00128752 | MRK-CHA00129238 | MRK-CHA00129742 |
| MRK-CHA00128284 | MRK-CHA00128763 | MRK-CHA00129249 | MRK-CHA00129750 |
| MRK-CHA00128294 | MRK-CHA00128774 | MRK-CHA00129259 | MRK-CHA00129757 |
| MRK-CHA00128308 | MRK-CHA00128785 | MRK-CHA00129272 | MRK-CHA00129767 |
| MRK-CHA00128315 | MRK-CHA00128796 | MRK-CHA00129284 | MRK-CHA00129777 |
| MRK-CHA00128325 | MRK-CHA00128806 | MRK-CHA00129297 | MRK-CHA00129788 |
| MRK-CHA00128335 | MRK-CHA00128816 | MRK-CHA00129311 | MRK-CHA00129800 |
| MRK-CHA00128346 | MRK-CHA00128826 | MRK-CHA00129326 | MRK-CHA00129808 |
| MRK-CHA00128356 | MRK-CHA00128836 | MRK-CHA00129336 | MRK-CHA00129813 |
| MRK-CHA00128370 | MRK-CHA00128848 | MRK-CHA00129350 | MRK-CHA00129821 |
| MRK-CHA00128381 | MRK-CHA00128858 | MRK-CHA00129363 | MRK-CHA00129825 |
| MRK-CHA00128391 | MRK-CHA00128871 | MRK-CHA00129373 | MRK-CHA00129836 |
| MRK-CHA00128400 | MRK-CHA00128881 | MRK-CHA00129387 | MRK-CHA00129843 |
| MRK-CHA00128410 | MRK-CHA00128894 | MRK-CHA00129399 | MRK-CHA00129852 |
| MRK-CHA00128425 | MRK-CHA00128904 | MRK-CHA00129409 | MRK-CHA00129858 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00129868 | MRK-CHA00130325 | MRK-CHA00130796 | MRK-CHA00131247 |
| MRK-CHA00129878 | MRK-CHA00130333 | MRK-CHA00130806 | MRK-CHA00131255 |
| MRK-CHA00129888 | MRK-CHA00130343 | MRK-CHA00130816 | MRK-CHA00131262 |
| MRK-CHA00129898 | MRK-CHA00130355 | MRK-CHA00130823 | MRK-CHA00131269 |
| MRK-CHA00129906 | MRK-CHA00130365 | MRK-CHA00130836 | MRK-CHA00131276 |
| MRK-CHA00129918 | MRK-CHA00130375 | MRK-CHA00130847 | MRK-CHA00131283 |
| MRK-CHA00129922 | MRK-CHA00130392 | MRK-CHA00130858 | MRK-CHA00131300 |
| MRK-CHA00129935 | MRK-CHA00130402 | MRK-CHA00130868 | MRK-CHA00131309 |
| MRK-CHA00129951 | MRK-CHA00130412 | MRK-CHA00130881 | MRK-CHA00131327 |
| MRK-CHA00129964 | MRK-CHA00130425 | MRK-CHA00130891 | MRK-CHA00131339 |
| MRK-CHA00129977 | MRK-CHA00130435 | MRK-CHA00130901 | MRK-CHA00131347 |
| MRK-CHA00129984 | MRK-CHA00130446 | MRK-CHA00130913 | MRK-CHA00131355 |
| MRK-CHA00129993 | MRK-CHA00130456 | MRK-CHA00130923 | MRK-CHA00131368 |
| MRK-CHA00130004 | MRK-CHA00130466 | MRK-CHA00130933 | MRK-CHA00131376 |
| MRK-CHA00130011 | MRK-CHA00130478 | MRK-CHA00130944 | MRK-CHA00131384 |
| MRK-CHA00130024 | MRK-CHA00130489 | MRK-CHA00130954 | MRK-CHA00131396 |
| MRK-CHA00130033 | MRK-CHA00130503 | MRK-CHA00130965 | MRK-CHA00131403 |
| MRK-CHA00130048 | MRK-CHA00130514 | MRK-CHA00130976 | MRK-CHA00131415 |
| MRK-CHA00130062 | MRK-CHA00130524 | MRK-CHA00130989 | MRK-CHA00131423 |
| MRK-CHA00130073 | MRK-CHA00130535 | MRK-CHA00131000 | MRK-CHA00131434 |
| MRK-CHA00130085 | MRK-CHA00130545 | MRK-CHA00131010 | MRK-CHA00131444 |
| MRK-CHA00130097 | MRK-CHA00130555 | MRK-CHA00131021 | MRK-CHA00131457 |
| MRK-CHA00130109 | MRK-CHA00130565 | MRK-CHA00131028 | MRK-CHA00131465 |
| MRK-CHA00130116 | MRK-CHA00130579 | MRK-CHA00131039 | MRK-CHA00131472 |
| MRK-CHA00130126 | MRK-CHA00130595 | MRK-CHA00131046 | MRK-CHA00131480 |
| MRK-CHA00130133 | MRK-CHA00130606 | MRK-CHA00131057 | MRK-CHA00131488 |
| MRK-CHA00130137 | MRK-CHA00130623 | MRK-CHA00131067 | MRK-CHA00131498 |
| MRK-CHA00130147 | MRK-CHA00130634 | MRK-CHA00131077 | MRK-CHA00131509 |
| MRK-CHA00130165 | MRK-CHA00130644 | MRK-CHA00131094 | MRK-CHA00131522 |
| MRK-CHA00130174 | MRK-CHA00130657 | MRK-CHA00131102 | MRK-CHA00131535 |
| MRK-CHA00130194 | MRK-CHA00130667 | MRK-CHA00131114 | MRK-CHA00131546 |
| MRK-CHA00130204 | MRK-CHA00130677 | MRK-CHA00131127 | MRK-CHA00131557 |
| MRK-CHA00130221 | MRK-CHA00130690 | MRK-CHA00131138 | MRK-CHA00131565 |
| MRK-CHA00130237 | MRK-CHA00130703 | MRK-CHA00131148 | MRK-CHA00131576 |
| MRK-CHA00130241 | MRK-CHA00130717 | MRK-CHA00131158 | MRK-CHA00131584 |
| MRK-CHA00130251 | MRK-CHA00130724 | MRK-CHA00131168 | MRK-CHA00131597 |
| MRK-CHA00130260 | MRK-CHA00130735 | MRK-CHA00131177 | MRK-CHA00131604 |
| MRK-CHA00130266 | MRK-CHA00130746 | MRK-CHA00131188 | MRK-CHA00131614 |
| MRK-CHA00130276 | MRK-CHA00130753 | MRK-CHA00131198 | MRK-CHA00131623 |
| MRK-CHA00130282 | MRK-CHA00130760 | MRK-CHA00131208 | MRK-CHA00131635 |
| MRK-CHA00130288 | MRK-CHA00130772 | MRK-CHA00131218 | MRK-CHA00131642 |
| MRK-CHA00130298 | MRK-CHA00130782 | MRK-CHA00131228 | MRK-CHA00131649 |
| MRK-CHA00130309 | MRK-CHA00130789 | MRK-CHA00131238 | MRK-CHA00131656 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00131665 | MRK-CHA00132154 | MRK-CHA00132598 | MRK-CHA00132970 |
| MRK-CHA00131677 | MRK-CHA00132165 | MRK-CHA00132606 | MRK-CHA00132982 |
| MRK-CHA00131684 | MRK-CHA00132175 | MRK-CHA00132616 | MRK-CHA00132994 |
| MRK-CHA00131691 | MRK-CHA00132185 | MRK-CHA00132626 | MRK-CHA00132995 |
| MRK-CHA00131703 | MRK-CHA00132195 | MRK-CHA00132637 | MRK-CHA00132997 |
| MRK-CHA00131715 | MRK-CHA00132205 | MRK-CHA00132646 | MRK-CHA00132999 |
| MRK-CHA00131726 | MRK-CHA00132220 | MRK-CHA00132655 | MRK-CHA00133012 |
| MRK-CHA00131740 | MRK-CHA00132232 | MRK-CHA00132666 | MRK-CHA00133014 |
| MRK-CHA00131752 | MRK-CHA00132243 | MRK-CHA00132676 | MRK-CHA00133015 |
| MRK-CHA00131764 | MRK-CHA00132254 | MRK-CHA00132686 | MRK-CHA00133017 |
| MRK-CHA00131775 | MRK-CHA00132262 | MRK-CHA00132697 | MRK-CHA00133038 |
| MRK-CHA00131788 | MRK-CHA00132273 | MRK-CHA00132708 | MRK-CHA00133040 |
| MRK-CHA00131799 | MRK-CHA00132285 | MRK-CHA00132720 | MRK-CHA00133052 |
| MRK-CHA00131813 | MRK-CHA00132296 | MRK-CHA00132731 | MRK-CHA00133053 |
| MRK-CHA00131825 | MRK-CHA00132306 | MRK-CHA00132738 | MRK-CHA00133054 |
| MRK-CHA00131837 | MRK-CHA00132316 | MRK-CHA00132745 | MRK-CHA00133056 |
| MRK-CHA00131849 | MRK-CHA00132324 | MRK-CHA00132755 | MRK-CHA00133057 |
| MRK-CHA00131861 | MRK-CHA00132332 | MRK-CHA00132765 | MRK-CHA00133069 |
| MRK-CHA00131873 | MRK-CHA00132342 | MRK-CHA00132773 | MRK-CHA00133081 |
| MRK-CHA00131889 | MRK-CHA00132349 | MRK-CHA00132783 | MRK-CHA00133083 |
| MRK-CHA00131900 | MRK-CHA00132360 | MRK-CHA00132791 | MRK-CHA00133085 |
| MRK-CHA00131912 | MRK-CHA00132372 | MRK-CHA00132792 | MRK-CHA00133086 |
| MRK-CHA00131925 | MRK-CHA00132382 | MRK-CHA00132793 | MRK-CHA00133088 |
| MRK-CHA00131936 | MRK-CHA00132390 | MRK-CHA00132811 | MRK-CHA00133112 |
| MRK-CHA00131947 | MRK-CHA00132404 | MRK-CHA00132824 | MRK-CHA00133114 |
| MRK-CHA00131958 | MRK-CHA00132412 | MRK-CHA00132850 | MRK-CHA00133126 |
| MRK-CHA00131968 | MRK-CHA00132425 | MRK-CHA00132862 | MRK-CHA00133127 |
| MRK-CHA00131976 | MRK-CHA00132435 | MRK-CHA00132863 | MRK-CHA00133129 |
| MRK-CHA00131986 | MRK-CHA00132445 | MRK-CHA00132864 | MRK-CHA00133130 |
| MRK-CHA00131997 | MRK-CHA00132455 | MRK-CHA00132866 | MRK-CHA00133142 |
| MRK-CHA00132008 | MRK-CHA00132466 | MRK-CHA00132867 | MRK-CHA00133154 |
| MRK-CHA00132018 | MRK-CHA00132475 | MRK-CHA00132869 | MRK-CHA00133166 |
| MRK-CHA00132031 | MRK-CHA00132485 | MRK-CHA00132922 | MRK-CHA00133168 |
| MRK-CHA00132043 | MRK-CHA00132496 | MRK-CHA00132923 | MRK-CHA00133172 |
| MRK-CHA00132056 | MRK-CHA00132506 | MRK-CHA00132926 | MRK-CHA00133181 |
| MRK-CHA00132068 | MRK-CHA00132516 | MRK-CHA00132927 | MRK-CHA00133183 |
| MRK-CHA00132077 | MRK-CHA00132526 | MRK-CHA00132929 | MRK-CHA00133184 |
| MRK-CHA00132085 | MRK-CHA00132536 | MRK-CHA00132930 | MRK-CHA00133185 |
| MRK-CHA00132097 | MRK-CHA00132547 | MRK-CHA00132931 | MRK-CHA00133186 |
| MRK-CHA00132108 | MRK-CHA00132557 | MRK-CHA00132954 | MRK-CHA00133187 |
| MRK-CHA00132122 | MRK-CHA00132567 | MRK-CHA00132955 | MRK-CHA00133188 |
| MRK-CHA00132132 | MRK-CHA00132577 | MRK-CHA00132967 | MRK-CHA00133189 |
| MRK-CHA00132142 | MRK-CHA00132588 | MRK-CHA00132969 | MRK-CHA00133190 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00133191 | MRK-CHA00133433 | MRK-CHA00133605 | MRK-CHA00133816 |
| MRK-CHA00133193 | MRK-CHA00133434 | MRK-CHA00133606 | MRK-CHA00133817 |
| MRK-CHA00133194 | MRK-CHA00133435 | MRK-CHA00133607 | MRK-CHA00133818 |
| MRK-CHA00133195 | MRK-CHA00133437 | MRK-CHA00133609 | MRK-CHA00133819 |
| MRK-CHA00133196 | MRK-CHA00133438 | MRK-CHA00133610 | MRK-CHA00133820 |
| MRK-CHA00133197 | MRK-CHA00133440 | MRK-CHA00133611 | MRK-CHA00133821 |
| MRK-CHA00133198 | MRK-CHA00133442 | MRK-CHA00133612 | MRK-CHA00133822 |
| MRK-CHA00133199 | MRK-CHA00133443 | MRK-CHA00133613 | MRK-CHA00133826 |
| MRK-CHA00133200 | MRK-CHA00133444 | MRK-CHA00133614 | MRK-CHA00133828 |
| MRK-CHA00133201 | MRK-CHA00133445 | MRK-CHA00133615 | MRK-CHA00133829 |
| MRK-CHA00133202 | MRK-CHA00133446 | MRK-CHA00133616 | MRK-CHA00133830 |
| MRK-CHA00133204 | MRK-CHA00133447 | MRK-CHA00133620 | MRK-CHA00133834 |
| MRK-CHA00133206 | MRK-CHA00133448 | MRK-CHA00133622 | MRK-CHA00133874 |
| MRK-CHA00133208 | MRK-CHA00133450 | MRK-CHA00133623 | MRK-CHA00133875 |
| MRK-CHA00133209 | MRK-CHA00133451 | MRK-CHA00133624 | MRK-CHA00133879 |
| MRK-CHA00133210 | MRK-CHA00133452 | MRK-CHA00133628 | MRK-CHA00133883 |
| MRK-CHA00133212 | MRK-CHA00133453 | MRK-CHA00133632 | MRK-CHA00133884 |
| MRK-CHA00133281 | MRK-CHA00133454 | MRK-CHA00133636 | MRK-CHA00133888 |
| MRK-CHA00133283 | MRK-CHA00133456 | MRK-CHA00133640 | MRK-CHA00133889 |
| MRK-CHA00133285 | MRK-CHA00133536 | MRK-CHA00133644 | MRK-CHA00133890 |
| MRK-CHA00133286 | MRK-CHA00133537 | MRK-CHA00133655 | MRK-CHA00133921 |
| MRK-CHA00133288 | MRK-CHA00133541 | MRK-CHA00133656 | MRK-CHA00133922 |
| MRK-CHA00133289 | MRK-CHA00133546 | MRK-CHA00133660 | MRK-CHA00133943 |
| MRK-CHA00133291 | MRK-CHA00133548 | MRK-CHA00133774 | MRK-CHA00133944 |
| MRK-CHA00133293 | MRK-CHA00133549 | MRK-CHA00133778 | MRK-CHA00133950 |
| MRK-CHA00133294 | MRK-CHA00133553 | MRK-CHA00133780 | MRK-CHA00133951 |
| MRK-CHA00133313 | MRK-CHA00133554 | MRK-CHA00133781 | MRK-CHA00133965 |
| MRK-CHA00133317 | MRK-CHA00133557 | MRK-CHA00133785 | MRK-CHA00133966 |
| MRK-CHA00133329 | MRK-CHA00133560 | MRK-CHA00133788 | MRK-CHA00133967 |
| MRK-CHA00133330 | MRK-CHA00133562 | MRK-CHA00133791 | MRK-CHA00133971 |
| MRK-CHA00133332 | MRK-CHA00133566 | MRK-CHA00133793 | MRK-CHA00133999 |
| MRK-CHA00133333 | MRK-CHA00133570 | MRK-CHA00133795 | MRK-CHA00134003 |
| MRK-CHA00133345 | MRK-CHA00133574 | MRK-CHA00133796 | MRK-CHA00134007 |
| MRK-CHA00133357 | MRK-CHA00133578 | MRK-CHA00133800 | MRK-CHA00134008 |
| MRK-CHA00133377 | MRK-CHA00133586 | MRK-CHA00133801 | MRK-CHA00134017 |
| MRK-CHA00133379 | MRK-CHA00133587 | MRK-CHA00133802 | MRK-CHA00134023 |
| MRK-CHA00133391 | MRK-CHA00133588 | MRK-CHA00133806 | MRK-CHA00134025 |
| MRK-CHA00133392 | MRK-CHA00133590 | MRK-CHA00133810 | MRK-CHA00134027 |
| MRK-CHA00133394 | MRK-CHA00133599 | MRK-CHA00133811 | MRK-CHA00134028 |
| MRK-CHA00133396 | MRK-CHA00133601 | MRK-CHA00133812 | MRK-CHA00134029 |
| MRK-CHA00133397 | MRK-CHA00133602 | MRK-CHA00133813 | MRK-CHA00134030 |
| MRK-CHA00133409 | MRK-CHA00133603 | MRK-CHA00133814 | MRK-CHA00134031 |
| MRK-CHA00133421 | MRK-CHA00133604 | MRK-CHA00133815 | MRK-CHA00134032 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00134036 | MRK-CHA00134240 | MRK-CHA00134380 | MRK-CHA00135366 |
| MRK-CHA00134037 | MRK-CHA00134241 | MRK-CHA00134381 | MRK-CHA00135373 |
| MRK-CHA00134038 | MRK-CHA00134242 | MRK-CHA00134382 | MRK-CHA00135377 |
| MRK-CHA00134042 | MRK-CHA00134243 | MRK-CHA00134385 | MRK-CHA00135388 |
| MRK-CHA00134097 | MRK-CHA00134247 | MRK-CHA00134387 | MRK-CHA00135400 |
| MRK-CHA00134101 | MRK-CHA00134249 | MRK-CHA00134460 | MRK-CHA00135403 |
| MRK-CHA00134105 | MRK-CHA00134250 | MRK-CHA00134461 | MRK-CHA00135415 |
| MRK-CHA00134107 | MRK-CHA00134251 | MRK-CHA00134464 | MRK-CHA00135418 |
| MRK-CHA00134115 | MRK-CHA00134255 | MRK-CHA00134465 | MRK-CHA00135420 |
| MRK-CHA00134139 | MRK-CHA00134257 | MRK-CHA00134467 | MRK-CHA00135421 |
| MRK-CHA00134154 | MRK-CHA00134310 | MRK-CHA00134468 | MRK-CHA00135424 |
| MRK-CHA00134155 | MRK-CHA00134314 | MRK-CHA00134470 | MRK-CHA00135425 |
| MRK-CHA00134156 | MRK-CHA00134315 | MRK-CHA00134473 | MRK-CHA00135426 |
| MRK-CHA00134157 | MRK-CHA00134319 | MRK-CHA00134474 | MRK-CHA00135433 |
| MRK-CHA00134161 | MRK-CHA00134320 | MRK-CHA00134475 | MRK-CHA00135455 |
| MRK-CHA00134163 | MRK-CHA00134321 | MRK-CHA00134477 | MRK-CHA00135466 |
| MRK-CHA00134164 | MRK-CHA00134323 | MRK-CHA00134478 | MRK-CHA00135467 |
| MRK-CHA00134168 | MRK-CHA00134324 | MRK-CHA00134481 | MRK-CHA00135483 |
| MRK-CHA00134169 | MRK-CHA00134328 | MRK-CHA00134483 | MRK-CHA00135488 |
| MRK-CHA00134173 | MRK-CHA00134329 | MRK-CHA00134486 | MRK-CHA00135489 |
| MRK-CHA00134177 | MRK-CHA00134330 | MRK-CHA00134487 | MRK-CHA00135490 |
| MRK-CHA00134178 | MRK-CHA00134332 | MRK-CHA00134490 | MRK-CHA00135491 |
| MRK-CHA00134184 | MRK-CHA00134333 | MRK-CHA00134492 | MRK-CHA00135492 |
| MRK-CHA00134185 | MRK-CHA00134334 | MRK-CHA00134544 | MRK-CHA00135495 |
| MRK-CHA00134189 | MRK-CHA00134337 | MRK-CHA00134558 | MRK-CHA00135497 |
| MRK-CHA00134203 | MRK-CHA00134339 | MRK-CHA00134798 | MRK-CHA00135498 |
| MRK-CHA00134214 | MRK-CHA00134342 | MRK-CHA00134798 | MRK-CHA00135499 |
| MRK-CHA00134215 | MRK-CHA00134343 | MRK-CHA00134799 | MRK-CHA00135500 |
| MRK-CHA00134216 | MRK-CHA00134344 | MRK-CHA00134808 | MRK-CHA00135501 |
| MRK-CHA00134217 | MRK-CHA00134345 | MRK-CHA00134850 | MRK-CHA00135504 |
| MRK-CHA00134221 | MRK-CHA00134347 | MRK-CHA00134854 | MRK-CHA00135590 |
| MRK-CHA00134223 | MRK-CHA00134349 | MRK-CHA00134892 | MRK-CHA00135592 |
| MRK-CHA00134224 | MRK-CHA00134351 | MRK-CHA00134929 | MRK-CHA00135595 |
| MRK-CHA00134225 | MRK-CHA00134354 | MRK-CHA00134931 | MRK-CHA00135597 |
| MRK-CHA00134229 | MRK-CHA00134356 | MRK-CHA00134932 | MRK-CHA00135598 |
| MRK-CHA00134231 | MRK-CHA00134358 | MRK-CHA00134962 | MRK-CHA00135604 |
| MRK-CHA00134232 | MRK-CHA00134359 | MRK-CHA00135033 | MRK-CHA00135605 |
| MRK-CHA00134233 | MRK-CHA00134360 | MRK-CHA00135034 | MRK-CHA00135607 |
| MRK-CHA00134234 | MRK-CHA00134361 | MRK-CHA00135071 | MRK-CHA00135609 |
| MRK-CHA00134235 | MRK-CHA00134362 | MRK-CHA00135083 | MRK-CHA00135612 |
| MRK-CHA00134237 | MRK-CHA00134365 | MRK-CHA00135309 | MRK-CHA00135613 |
| MRK-CHA00134238 | MRK-CHA00134367 | MRK-CHA00135320 | MRK-CHA00135625 |
| MRK-CHA00134239 | MRK-CHA00134368 | MRK-CHA00135358 | MRK-CHA00135627 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00135628 | MRK-CHA00137484 | MRK-CHA00137872 | MRK-CHA00138379 |
| MRK-CHA00135629 | MRK-CHA00137491 | MRK-CHA00137873 | MRK-CHA00138386 |
| MRK-CHA00135632 | MRK-CHA00137499 | MRK-CHA00137874 | MRK-CHA00138391 |
| MRK-CHA00135635 | MRK-CHA00137506 | MRK-CHA00137876 | MRK-CHA00138397 |
| MRK-CHA00135638 | MRK-CHA00137511 | MRK-CHA00137878 | MRK-CHA00138402 |
| MRK-CHA00135639 | MRK-CHA00137607 | MRK-CHA00137880 | MRK-CHA00138408 |
| MRK-CHA00135640 | MRK-CHA00137613 | MRK-CHA00137881 | MRK-CHA00138414 |
| MRK-CHA00135641 | MRK-CHA00137629 | MRK-CHA00137893 | MRK-CHA00138421 |
| MRK-CHA00135645 | MRK-CHA00137638 | MRK-CHA00137905 | MRK-CHA00138427 |
| MRK-CHA00135646 | MRK-CHA00137671 | MRK-CHA00137906 | MRK-CHA00138432 |
| MRK-CHA00135650 | MRK-CHA00137711 | MRK-CHA00137907 | MRK-CHA00138437 |
| MRK-CHA00135651 | MRK-CHA00137731 | MRK-CHA00137908 | MRK-CHA00138445 |
| MRK-CHA00135652 | MRK-CHA00137738 | MRK-CHA00137934 | MRK-CHA00138454 |
| MRK-CHA00135654 | MRK-CHA00137739 | MRK-CHA00138016 | MRK-CHA00138460 |
| MRK-CHA00135655 | MRK-CHA00137740 | MRK-CHA00138017 | MRK-CHA00138474 |
| MRK-CHA00135656 | MRK-CHA00137741 | MRK-CHA00138125 | MRK-CHA00138479 |
| MRK-CHA00135657 | MRK-CHA00137742 | MRK-CHA00138126 | MRK-CHA00138486 |
| MRK-CHA00135659 | MRK-CHA00137747 | MRK-CHA00138137 | MRK-CHA00138505 |
| MRK-CHA00135660 | MRK-CHA00137755 | MRK-CHA00138173 | MRK-CHA00138523 |
| MRK-CHA00135661 | MRK-CHA00137756 | MRK-CHA00138186 | MRK-CHA00138529 |
| MRK-CHA00135663 | MRK-CHA00137757 | MRK-CHA00138201 | MRK-CHA00138534 |
| MRK-CHA00135664 | MRK-CHA00137763 | MRK-CHA00138206 | MRK-CHA00138543 |
| MRK-CHA00135683 | MRK-CHA00137769 | MRK-CHA00138218 | MRK-CHA00138548 |
| MRK-CHA00135695 | MRK-CHA00137777 | MRK-CHA00138229 | MRK-CHA00138556 |
| MRK-CHA00135708 | MRK-CHA00137787 | MRK-CHA00138244 | MRK-CHA00138564 |
| MRK-CHA00135709 | MRK-CHA00137798 | MRK-CHA00138251 | MRK-CHA00138570 |
| MRK-CHA00135721 | MRK-CHA00137801 | MRK-CHA00138256 | MRK-CHA00138580 |
| MRK-CHA00135722 | MRK-CHA00137802 | MRK-CHA00138262 | MRK-CHA00138585 |
| MRK-CHA00135723 | MRK-CHA00137803 | MRK-CHA00138267 | MRK-CHA00138709 |
| MRK-CHA00135757 | MRK-CHA00137804 | MRK-CHA00138273 | MRK-CHA00138716 |
| MRK-CHA00135758 | MRK-CHA00137805 | MRK-CHA00138278 | MRK-CHA00138721 |
| MRK-CHA00135759 | MRK-CHA00137811 | MRK-CHA00138283 | MRK-CHA00138722 |
| MRK-CHA00137307 | MRK-CHA00137812 | MRK-CHA00138288 | MRK-CHA00138723 |
| MRK-CHA00137318 | MRK-CHA00137825 | MRK-CHA00138295 | MRK-CHA00138724 |
| MRK-CHA00137335 | MRK-CHA00137827 | MRK-CHA00138300 | MRK-CHA00138885 |
| MRK-CHA00137349 | MRK-CHA00137829 | MRK-CHA00138312 | MRK-CHA00139073 |
| MRK-CHA00137354 | MRK-CHA00137853 | MRK-CHA00138320 | MRK-CHA00139149 |
| MRK-CHA00137402 | MRK-CHA00137854 | MRK-CHA00138328 | MRK-CHA00139184 |
| MRK-CHA00137431 | MRK-CHA00137856 | MRK-CHA00138333 | MRK-CHA00139185 |
| MRK-CHA00137465 | MRK-CHA00137868 | MRK-CHA00138355 | MRK-CHA00139186 |
| MRK-CHA00137473 | MRK-CHA00137869 | MRK-CHA00138360 | MRK-CHA00139187 |
| MRK-CHA00137478 | MRK-CHA00137870 | MRK-CHA00138368 | MRK-CHA00139188 |
| MRK-CHA00137483 | MRK-CHA00137871 | MRK-CHA00138373 | MRK-CHA00139189 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00139190 | MRK-CHA00139233 | MRK-CHA00139497 | MRK-CHA00139840 |
| MRK-CHA00139191 | MRK-CHA00139234 | MRK-CHA00139503 | MRK-CHA00139841 |
| MRK-CHA00139192 | MRK-CHA00139235 | MRK-CHA00139509 | MRK-CHA00139842 |
| MRK-CHA00139193 | MRK-CHA00139236 | MRK-CHA00139514 | MRK-CHA00139843 |
| MRK-CHA00139194 | MRK-CHA00139237 | MRK-CHA00139520 | MRK-CHA00139844 |
| MRK-CHA00139195 | MRK-CHA00139238 | MRK-CHA00139527 | MRK-CHA00139845 |
| MRK-CHA00139196 | MRK-CHA00139239 | MRK-CHA00139532 | MRK-CHA00139846 |
| MRK-CHA00139197 | MRK-CHA00139240 | MRK-CHA00139537 | MRK-CHA00139847 |
| MRK-CHA00139198 | MRK-CHA00139241 | MRK-CHA00139542 | MRK-CHA00139848 |
| MRK-CHA00139199 | MRK-CHA00139242 | MRK-CHA00139548 | MRK-CHA00139849 |
| MRK-CHA00139200 | MRK-CHA00139243 | MRK-CHA00139554 | MRK-CHA00139850 |
| MRK-CHA00139201 | MRK-CHA00139244 | MRK-CHA00139563 | MRK-CHA00139851 |
| MRK-CHA00139202 | MRK-CHA00139245 | MRK-CHA00139569 | MRK-CHA00139852 |
| MRK-CHA00139203 | MRK-CHA00139246 | MRK-CHA00139581 | MRK-CHA00139853 |
| MRK-CHA00139204 | MRK-CHA00139247 | MRK-CHA00139592 | MRK-CHA00139854 |
| MRK-CHA00139205 | MRK-CHA00139248 | MRK-CHA00139602 | MRK-CHA00139855 |
| MRK-CHA00139206 | MRK-CHA00139249 | MRK-CHA00139614 | MRK-CHA00139856 |
| MRK-CHA00139207 | MRK-CHA00139250 | MRK-CHA00139619 | MRK-CHA00139857 |
| MRK-CHA00139208 | MRK-CHA00139251 | MRK-CHA00139635 | MRK-CHA00139858 |
| MRK-CHA00139209 | MRK-CHA00139256 | MRK-CHA00139651 | MRK-CHA00139859 |
| MRK-CHA00139210 | MRK-CHA00139261 | MRK-CHA00139664 | MRK-CHA00139860 |
| MRK-CHA00139211 | MRK-CHA00139266 | MRK-CHA00139676 | MRK-CHA00139861 |
| MRK-CHA00139212 | MRK-CHA00139271 | MRK-CHA00139688 | MRK-CHA00139862 |
| MRK-CHA00139213 | MRK-CHA00139276 | MRK-CHA00139696 | MRK-CHA00139863 |
| MRK-CHA00139214 | MRK-CHA00139307 | MRK-CHA00139703 | MRK-CHA00139864 |
| MRK-CHA00139215 | MRK-CHA00139312 | MRK-CHA00139713 | MRK-CHA00139865 |
| MRK-CHA00139216 | MRK-CHA00139335 | MRK-CHA00139722 | MRK-CHA00139866 |
| MRK-CHA00139217 | MRK-CHA00139340 | MRK-CHA00139737 | MRK-CHA00139867 |
| MRK-CHA00139218 | MRK-CHA00139360 | MRK-CHA00139748 | MRK-CHA00139868 |
| MRK-CHA00139219 | MRK-CHA00139385 | MRK-CHA00139764 | MRK-CHA00139869 |
| MRK-CHA00139220 | MRK-CHA00139395 | MRK-CHA00139777 | MRK-CHA00139870 |
| MRK-CHA00139221 | MRK-CHA00139400 | MRK-CHA00139785 | MRK-CHA00139871 |
| MRK-CHA00139222 | MRK-CHA00139432 | MRK-CHA00139791 | MRK-CHA00139872 |
| MRK-CHA00139223 | MRK-CHA00139437 | MRK-CHA00139797 | MRK-CHA00139873 |
| MRK-CHA00139224 | MRK-CHA00139444 | MRK-CHA00139802 | MRK-CHA00139874 |
| MRK-CHA00139225 | MRK-CHA00139451 | MRK-CHA00139808 | MRK-CHA00139875 |
| MRK-CHA00139226 | MRK-CHA00139457 | MRK-CHA00139813 | MRK-CHA00139876 |
| MRK-CHA00139227 | MRK-CHA00139463 | MRK-CHA00139818 | MRK-CHA00139877 |
| MRK-CHA00139228 | MRK-CHA00139468 | MRK-CHA00139831 | MRK-CHA00139878 |
| MRK-CHA00139229 | MRK-CHA00139474 | MRK-CHA00139836 | MRK-CHA00139879 |
| MRK-CHA00139230 | MRK-CHA00139480 | MRK-CHA00139837 | MRK-CHA00139880 |
| MRK-CHA00139231 | MRK-CHA00139485 | MRK-CHA00139838 | MRK-CHA00139881 |
| MRK-CHA00139232 | MRK-CHA00139491 | MRK-CHA00139839 | MRK-CHA00139882 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00139883 | MRK-CHA00140015 | MRK-CHA00141533 | MRK-CHA00141780 |
| MRK-CHA00139884 | MRK-CHA00140023 | MRK-CHA00141539 | MRK-CHA00141786 |
| MRK-CHA00139885 | MRK-CHA00140034 | MRK-CHA00141544 | MRK-CHA00141787 |
| MRK-CHA00139886 | MRK-CHA00140035 | MRK-CHA00141549 | MRK-CHA00141788 |
| MRK-CHA00139887 | MRK-CHA00140036 | MRK-CHA00141553 | MRK-CHA00141789 |
| MRK-CHA00139888 | MRK-CHA00140037 | MRK-CHA00141558 | MRK-CHA00141907 |
| MRK-CHA00139889 | MRK-CHA00140038 | MRK-CHA00141559 | MRK-CHA00141909 |
| MRK-CHA00139890 | MRK-CHA00140039 | MRK-CHA00141560 | MRK-CHA00141923 |
| MRK-CHA00139891 | MRK-CHA00140040 | MRK-CHA00141561 | MRK-CHA00141924 |
| MRK-CHA00139892 | MRK-CHA00140041 | MRK-CHA00141562 | MRK-CHA00141930 |
| MRK-CHA00139893 | MRK-CHA00140042 | MRK-CHA00141567 | MRK-CHA00141931 |
| MRK-CHA00139894 | MRK-CHA00140043 | MRK-CHA00141575 | MRK-CHA00141932 |
| MRK-CHA00139895 | MRK-CHA00140044 | MRK-CHA00141576 | MRK-CHA00141933 |
| MRK-CHA00139896 | MRK-CHA00140045 | MRK-CHA00141581 | MRK-CHA00141943 |
| MRK-CHA00139897 | MRK-CHA00140046 | MRK-CHA00141582 | MRK-CHA00141945 |
| MRK-CHA00139898 | MRK-CHA00140047 | MRK-CHA00141588 | MRK-CHA00141947 |
| MRK-CHA00139904 | MRK-CHA00140048 | MRK-CHA00141589 | MRK-CHA00141949 |
| MRK-CHA00139905 | MRK-CHA00140049 | MRK-CHA00141595 | MRK-CHA00141951 |
| MRK-CHA00139906 | MRK-CHA00140050 | MRK-CHA00141596 | MRK-CHA00141953 |
| MRK-CHA00139907 | MRK-CHA00140051 | MRK-CHA00141597 | MRK-CHA00141955 |
| MRK-CHA00139908 | MRK-CHA00140052 | MRK-CHA00141608 | MRK-CHA00141957 |
| MRK-CHA00139909 | MRK-CHA00140053 | MRK-CHA00141612 | MRK-CHA00141959 |
| MRK-CHA00139910 | MRK-CHA00140055 | MRK-CHA00141617 | MRK-CHA00141960 |
| MRK-CHA00139911 | MRK-CHA00140056 | MRK-CHA00141618 | MRK-CHA00141973 |
| MRK-CHA00139912 | MRK-CHA00141341 | MRK-CHA00141624 | MRK-CHA00141974 |
| MRK-CHA00139913 | MRK-CHA00141351 | MRK-CHA00141629 | MRK-CHA00141975 |
| MRK-CHA00139914 | MRK-CHA00141357 | MRK-CHA00141636 | MRK-CHA00141976 |
| MRK-CHA00139919 | MRK-CHA00141364 | MRK-CHA00141643 | MRK-CHA00141978 |
| MRK-CHA00139929 | MRK-CHA00141377 | MRK-CHA00141648 | MRK-CHA00141979 |
| MRK-CHA00139937 | MRK-CHA00141378 | MRK-CHA00141649 | MRK-CHA00141981 |
| MRK-CHA00139943 | MRK-CHA00141407 | MRK-CHA00141650 | MRK-CHA00141983 |
| MRK-CHA00139950 | MRK-CHA00141408 | MRK-CHA00141651 | MRK-CHA00141996 |
| MRK-CHA00139956 | MRK-CHA00141419 | MRK-CHA00141662 | MRK-CHA00141997 |
| MRK-CHA00139961 | MRK-CHA00141420 | MRK-CHA00141666 | MRK-CHA00141999 |
| MRK-CHA00139965 | MRK-CHA00141427 | MRK-CHA00141668 | MRK-CHA00142000 |
| MRK-CHA00139972 | MRK-CHA00141435 | MRK-CHA00141670 | MRK-CHA00142002 |
| MRK-CHA00139979 | MRK-CHA00141442 | MRK-CHA00141673 | MRK-CHA00142004 |
| MRK-CHA00139985 | MRK-CHA00141447 | MRK-CHA00141676 | MRK-CHA00142009 |
| MRK-CHA00139989 | MRK-CHA00141515 | MRK-CHA00141730 | MRK-CHA00142014 |
| MRK-CHA00139993 | MRK-CHA00141529 | MRK-CHA00141731 | MRK-CHA00142024 |
| MRK-CHA00139995 | MRK-CHA00141530 | MRK-CHA00141732 | MRK-CHA00142025 |
| MRK-CHA00139998 | MRK-CHA00141531 | MRK-CHA00141733 | MRK-CHA00142029 |
| MRK-CHA00140008 | MRK-CHA00141532 | MRK-CHA00141779 | MRK-CHA00142030 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00142032 | MRK-CHA00142437 | MRK-CHA00142829 | MRK-CHA00143233 |
| MRK-CHA00142034 | MRK-CHA00142439 | MRK-CHA00142831 | MRK-CHA00143236 |
| MRK-CHA00142037 | MRK-CHA00142441 | MRK-CHA00142833 | MRK-CHA00143237 |
| MRK-CHA00142040 | MRK-CHA00142442 | MRK-CHA00142835 | MRK-CHA00143240 |
| MRK-CHA00142041 | MRK-CHA00142444 | MRK-CHA00142837 | MRK-CHA00143251 |
| MRK-CHA00142042 | MRK-CHA00142446 | MRK-CHA00142839 | MRK-CHA00143253 |
| MRK-CHA00142043 | MRK-CHA00142448 | MRK-CHA00142840 | MRK-CHA00143254 |
| MRK-CHA00142044 | MRK-CHA00142449 | MRK-CHA00142842 | MRK-CHA00143256 |
| MRK-CHA00142045 | MRK-CHA00142451 | MRK-CHA00142843 | MRK-CHA00143269 |
| MRK-CHA00142046 | MRK-CHA00142453 | MRK-CHA00142845 | MRK-CHA00143273 |
| MRK-CHA00142047 | MRK-CHA00142454 | MRK-CHA00142846 | MRK-CHA00143275 |
| MRK-CHA00142049 | MRK-CHA00142540 | MRK-CHA00142847 | MRK-CHA00143277 |
| MRK-CHA00142050 | MRK-CHA00142542 | MRK-CHA00142851 | MRK-CHA00143278 |
| MRK-CHA00142052 | MRK-CHA00142544 | MRK-CHA00142853 | MRK-CHA00143281 |
| MRK-CHA00142053 | MRK-CHA00142616 | MRK-CHA00142951 | MRK-CHA00143283 |
| MRK-CHA00142054 | MRK-CHA00142618 | MRK-CHA00142953 | MRK-CHA00143285 |
| MRK-CHA00142056 | MRK-CHA00142620 | MRK-CHA00143054 | MRK-CHA00143291 |
| MRK-CHA00142072 | MRK-CHA00142621 | MRK-CHA00143056 | MRK-CHA00143298 |
| MRK-CHA00142086 | MRK-CHA00142623 | MRK-CHA00143058 | MRK-CHA00143305 |
| MRK-CHA00142087 | MRK-CHA00142625 | MRK-CHA00143184 | MRK-CHA00143317 |
| MRK-CHA00142089 | MRK-CHA00142629 | MRK-CHA00143185 | MRK-CHA00143320 |
| MRK-CHA00142091 | MRK-CHA00142633 | MRK-CHA00143186 | MRK-CHA00143326 |
| MRK-CHA00142093 | MRK-CHA00142644 | MRK-CHA00143187 | MRK-CHA00143332 |
| MRK-CHA00142106 | MRK-CHA00142651 | MRK-CHA00143188 | MRK-CHA00143335 |
| MRK-CHA00142108 | MRK-CHA00142662 | MRK-CHA00143189 | MRK-CHA00143358 |
| MRK-CHA00142110 | MRK-CHA00142665 | MRK-CHA00143190 | MRK-CHA00143373 |
| MRK-CHA00142112 | MRK-CHA00142668 | MRK-CHA00143192 | MRK-CHA00143382 |
| MRK-CHA00142118 | MRK-CHA00142678 | MRK-CHA00143193 | MRK-CHA00143427 |
| MRK-CHA00142119 | MRK-CHA00142682 | MRK-CHA00143194 | MRK-CHA00143433 |
| MRK-CHA00142120 | MRK-CHA00142717 | MRK-CHA00143195 | MRK-CHA00143436 |
| MRK-CHA00142122 | MRK-CHA00142724 | MRK-CHA00143196 | MRK-CHA00143439 |
| MRK-CHA00142151 | MRK-CHA00142725 | MRK-CHA00143197 | MRK-CHA00143443 |
| MRK-CHA00142394 | MRK-CHA00142727 | MRK-CHA00143198 | MRK-CHA00143446 |
| MRK-CHA00142395 | MRK-CHA00142729 | MRK-CHA00143199 | MRK-CHA00143450 |
| MRK-CHA00142409 | MRK-CHA00142761 | MRK-CHA00143200 | MRK-CHA00143453 |
| MRK-CHA00142413 | MRK-CHA00142763 | MRK-CHA00143202 | MRK-CHA00143455 |
| MRK-CHA00142415 | MRK-CHA00142765 | MRK-CHA00143203 | MRK-CHA00143460 |
| MRK-CHA00142417 | MRK-CHA00142794 | MRK-CHA00143205 | MRK-CHA00143461 |
| MRK-CHA00142425 | MRK-CHA00142797 | MRK-CHA00143207 | MRK-CHA00143465 |
| MRK-CHA00142427 | MRK-CHA00142799 | MRK-CHA00143210 | MRK-CHA00143467 |
| MRK-CHA00142429 | MRK-CHA00142806 | MRK-CHA00143213 | MRK-CHA00143469 |
| MRK-CHA00142434 | MRK-CHA00142820 | MRK-CHA00143214 | MRK-CHA00143480 |
| MRK-CHA00142435 | MRK-CHA00142827 | MRK-CHA00143218 | MRK-CHA00143483 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00143485 | MRK-CHA00143571 | MRK-CHA00143857 | MRK-CHA00144084 |
| MRK-CHA00143487 | MRK-CHA00143573 | MRK-CHA00143864 | MRK-CHA00144089 |
| MRK-CHA00143489 | MRK-CHA00143575 | MRK-CHA00143871 | MRK-CHA00144094 |
| MRK-CHA00143491 | MRK-CHA00143577 | MRK-CHA00143878 | MRK-CHA00144099 |
| MRK-CHA00143493 | MRK-CHA00143584 | MRK-CHA00143885 | MRK-CHA00144104 |
| MRK-CHA00143495 | MRK-CHA00143591 | MRK-CHA00143892 | MRK-CHA00144109 |
| MRK-CHA00143497 | MRK-CHA00143598 | MRK-CHA00143899 | MRK-CHA00144114 |
| MRK-CHA00143499 | MRK-CHA00143605 | MRK-CHA00143904 | MRK-CHA00144119 |
| MRK-CHA00143501 | MRK-CHA00143612 | MRK-CHA00143909 | MRK-CHA00144124 |
| MRK-CHA00143503 | MRK-CHA00143619 | MRK-CHA00143914 | MRK-CHA00144129 |
| MRK-CHA00143505 | MRK-CHA00143626 | MRK-CHA00143919 | MRK-CHA00144141 |
| MRK-CHA00143507 | MRK-CHA00143633 | MRK-CHA00143924 | MRK-CHA00144153 |
| MRK-CHA00143509 | MRK-CHA00143640 | MRK-CHA00143929 | MRK-CHA00144165 |
| MRK-CHA00143511 | MRK-CHA00143647 | MRK-CHA00143934 | MRK-CHA00144177 |
| MRK-CHA00143513 | MRK-CHA00143654 | MRK-CHA00143939 | MRK-CHA00144189 |
| MRK-CHA00143515 | MRK-CHA00143661 | MRK-CHA00143944 | MRK-CHA00144201 |
| MRK-CHA00143517 | MRK-CHA00143668 | MRK-CHA00143949 | MRK-CHA00144213 |
| MRK-CHA00143519 | MRK-CHA00143675 | MRK-CHA00143954 | MRK-CHA00144225 |
| MRK-CHA00143521 | MRK-CHA00143682 | MRK-CHA00143959 | MRK-CHA00144237 |
| MRK-CHA00143523 | MRK-CHA00143689 | MRK-CHA00143964 | MRK-CHA00144249 |
| MRK-CHA00143525 | MRK-CHA00143696 | MRK-CHA00143969 | MRK-CHA00144261 |
| MRK-CHA00143527 | MRK-CHA00143703 | MRK-CHA00143974 | MRK-CHA00144273 |
| MRK-CHA00143529 | MRK-CHA00143710 | MRK-CHA00143979 | MRK-CHA00144285 |
| MRK-CHA00143531 | MRK-CHA00143717 | MRK-CHA00143984 | MRK-CHA00144297 |
| MRK-CHA00143533 | MRK-CHA00143724 | MRK-CHA00143989 | MRK-CHA00144309 |
| MRK-CHA00143535 | MRK-CHA00143731 | MRK-CHA00143994 | MRK-CHA00144322 |
| MRK-CHA00143537 | MRK-CHA00143738 | MRK-CHA00143999 | MRK-CHA00144334 |
| MRK-CHA00143539 | MRK-CHA00143745 | MRK-CHA00144004 | MRK-CHA00144346 |
| MRK-CHA00143541 | MRK-CHA00143752 | MRK-CHA00144009 | MRK-CHA00144358 |
| MRK-CHA00143543 | MRK-CHA00143759 | MRK-CHA00144014 | MRK-CHA00144370 |
| MRK-CHA00143545 | MRK-CHA00143766 | MRK-CHA00144019 | MRK-CHA00144382 |
| MRK-CHA00143547 | MRK-CHA00143773 | MRK-CHA00144024 | MRK-CHA00144394 |
| MRK-CHA00143549 | MRK-CHA00143780 | MRK-CHA00144029 | MRK-CHA00144406 |
| MRK-CHA00143551 | MRK-CHA00143787 | MRK-CHA00144034 | MRK-CHA00144418 |
| MRK-CHA00143553 | MRK-CHA00143794 | MRK-CHA00144039 | MRK-CHA00144430 |
| MRK-CHA00143555 | MRK-CHA00143801 | MRK-CHA00144044 | MRK-CHA00144442 |
| MRK-CHA00143557 | MRK-CHA00143808 | MRK-CHA00144049 | MRK-CHA00144454 |
| MRK-CHA00143559 | MRK-CHA00143815 | MRK-CHA00144054 | MRK-CHA00144466 |
| MRK-CHA00143561 | MRK-CHA00143822 | MRK-CHA00144059 | MRK-CHA00144478 |
| MRK-CHA00143563 | MRK-CHA00143829 | MRK-CHA00144064 | MRK-CHA00144490 |
| MRK-CHA00143565 | MRK-CHA00143836 | MRK-CHA00144069 | MRK-CHA00144502 |
| MRK-CHA00143567 | MRK-CHA00143843 | MRK-CHA00144074 | MRK-CHA00144515 |
| MRK-CHA00143569 | MRK-CHA00143850 | MRK-CHA00144079 | MRK-CHA00144527 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00144539 | MRK-CHA00144793 | MRK-CHA00145089 | MRK-CHA00145308 |
| MRK-CHA00144551 | MRK-CHA00144795 | MRK-CHA00145103 | MRK-CHA00145314 |
| MRK-CHA00144563 | MRK-CHA00144797 | MRK-CHA00145117 | MRK-CHA00145316 |
| MRK-CHA00144575 | MRK-CHA00144799 | MRK-CHA00145119 | MRK-CHA00145318 |
| MRK-CHA00144587 | MRK-CHA00144801 | MRK-CHA00145121 | MRK-CHA00145321 |
| MRK-CHA00144599 | MRK-CHA00144804 | MRK-CHA00145168 | MRK-CHA00145327 |
| MRK-CHA00144611 | MRK-CHA00144806 | MRK-CHA00145170 | MRK-CHA00145335 |
| MRK-CHA00144623 | MRK-CHA00144808 | MRK-CHA00145172 | MRK-CHA00145339 |
| MRK-CHA00144635 | MRK-CHA00144810 | MRK-CHA00145174 | MRK-CHA00145343 |
| MRK-CHA00144647 | MRK-CHA00144812 | MRK-CHA00145175 | MRK-CHA00145345 |
| MRK-CHA00144659 | MRK-CHA00144815 | MRK-CHA00145177 | MRK-CHA00145347 |
| MRK-CHA00144671 | MRK-CHA00144817 | MRK-CHA00145179 | MRK-CHA00145349 |
| MRK-CHA00144683 | MRK-CHA00144819 | MRK-CHA00145181 | MRK-CHA00145351 |
| MRK-CHA00144687 | MRK-CHA00144822 | MRK-CHA00145182 | MRK-CHA00145353 |
| MRK-CHA00144690 | MRK-CHA00144825 | MRK-CHA00145184 | MRK-CHA00145360 |
| MRK-CHA00144695 | MRK-CHA00144828 | MRK-CHA00145189 | MRK-CHA00145367 |
| MRK-CHA00144699 | MRK-CHA00144837 | MRK-CHA00145190 | MRK-CHA00145374 |
| MRK-CHA00144702 | MRK-CHA00144846 | MRK-CHA00145191 | MRK-CHA00145381 |
| MRK-CHA00144704 | MRK-CHA00144855 | MRK-CHA00145193 | MRK-CHA00145386 |
| MRK-CHA00144707 | MRK-CHA00144864 | MRK-CHA00145194 | MRK-CHA00145391 |
| MRK-CHA00144710 | MRK-CHA00144873 | MRK-CHA00145198 | MRK-CHA00145396 |
| MRK-CHA00144714 | MRK-CHA00144882 | MRK-CHA00145199 | MRK-CHA00145401 |
| MRK-CHA00144717 | MRK-CHA00144891 | MRK-CHA00145200 | MRK-CHA00145413 |
| MRK-CHA00144721 | MRK-CHA00144900 | MRK-CHA00145201 | MRK-CHA00145425 |
| MRK-CHA00144724 | MRK-CHA00144909 | MRK-CHA00145203 | MRK-CHA00145437 |
| MRK-CHA00144728 | MRK-CHA00144918 | MRK-CHA00145244 | MRK-CHA00145449 |
| MRK-CHA00144733 | MRK-CHA00144925 | MRK-CHA00145248 | MRK-CHA00145451 |
| MRK-CHA00144736 | MRK-CHA00144932 | MRK-CHA00145250 | MRK-CHA00145452 |
| MRK-CHA00144740 | MRK-CHA00144938 | MRK-CHA00145252 | MRK-CHA00145453 |
| MRK-CHA00144744 | MRK-CHA00144943 | MRK-CHA00145259 | MRK-CHA00145454 |
| MRK-CHA00144746 | MRK-CHA00144948 | MRK-CHA00145264 | MRK-CHA00145455 |
| MRK-CHA00144751 | MRK-CHA00144953 | MRK-CHA00145276 | MRK-CHA00145464 |
| MRK-CHA00144753 | MRK-CHA00144959 | MRK-CHA00145288 | MRK-CHA00145471 |
| MRK-CHA00144757 | MRK-CHA00144965 | MRK-CHA00145290 | MRK-CHA00145486 |
| MRK-CHA00144760 | MRK-CHA00144971 | MRK-CHA00145292 | MRK-CHA00145757 |
| MRK-CHA00144763 | MRK-CHA00144977 | MRK-CHA00145294 | MRK-CHA00145906 |
| MRK-CHA00144767 | MRK-CHA00144991 | MRK-CHA00145296 | MRK-CHA00145935 |
| MRK-CHA00144774 | MRK-CHA00145005 | MRK-CHA00145297 | MRK-CHA00145937 |
| MRK-CHA00144777 | MRK-CHA00145019 | MRK-CHA00145298 | MRK-CHA00145968 |
| MRK-CHA00144780 | MRK-CHA00145033 | MRK-CHA00145300 | MRK-CHA00145970 |
| MRK-CHA00144785 | MRK-CHA00145047 | MRK-CHA00145301 | MRK-CHA00145978 |
| MRK-CHA00144787 | MRK-CHA00145061 | MRK-CHA00145306 | MRK-CHA00145980 |
| MRK-CHA00144790 | MRK-CHA00145075 | MRK-CHA00145307 | MRK-CHA00145983 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00145984 | MRK-CHA00147170 | MRK-CHA00148849 | MRK-CHA00149661 |
| MRK-CHA00145988 | MRK-CHA00147184 | MRK-CHA00148851 | MRK-CHA00149718 |
| MRK-CHA00145989 | MRK-CHA00147186 | MRK-CHA00148857 | MRK-CHA00149719 |
| MRK-CHA00146057 | MRK-CHA00147197 | MRK-CHA00148863 | MRK-CHA00149767 |
| MRK-CHA00146141 | MRK-CHA00147198 | MRK-CHA00148866 | MRK-CHA00149768 |
| MRK-CHA00146143 | MRK-CHA00147294 | MRK-CHA00148869 | MRK-CHA00149772 |
| MRK-CHA00146152 | MRK-CHA00147295 | MRK-CHA00148873 | MRK-CHA00149775 |
| MRK-CHA00146154 | MRK-CHA00147300 | MRK-CHA00148877 | MRK-CHA00149891 |
| MRK-CHA00146228 | MRK-CHA00147301 | MRK-CHA00148879 | MRK-CHA00149893 |
| MRK-CHA00146230 | MRK-CHA00147305 | MRK-CHA00148881 | MRK-CHA00149920 |
| MRK-CHA00146236 | MRK-CHA00147306 | MRK-CHA00148967 | MRK-CHA00149922 |
| MRK-CHA00146245 | MRK-CHA00147551 | MRK-CHA00148968 | MRK-CHA00149923 |
| MRK-CHA00146247 | MRK-CHA00147766 | MRK-CHA00149083 | MRK-CHA00149924 |
| MRK-CHA00146374 | MRK-CHA00147769 | MRK-CHA00149085 | MRK-CHA00150027 |
| MRK-CHA00146375 | MRK-CHA00147811 | MRK-CHA00149140 | MRK-CHA00150030 |
| MRK-CHA00146377 | MRK-CHA00147812 | MRK-CHA00149143 | MRK-CHA00150045 |
| MRK-CHA00146379 | MRK-CHA00147871 | MRK-CHA00149193 | MRK-CHA00150047 |
| MRK-CHA00146405 | MRK-CHA00147872 | MRK-CHA00149196 | MRK-CHA00150051 |
| MRK-CHA00146407 | MRK-CHA00148158 | MRK-CHA00149201 | MRK-CHA00150052 |
| MRK-CHA00146411 | MRK-CHA00148160 | MRK-CHA00149203 | MRK-CHA00150053 |
| MRK-CHA00146412 | MRK-CHA00148209 | MRK-CHA00149204 | MRK-CHA00150163 |
| MRK-CHA00146417 | MRK-CHA00148211 | MRK-CHA00149270 | MRK-CHA00150165 |
| MRK-CHA00146579 | MRK-CHA00148215 | MRK-CHA00149272 | MRK-CHA00150282 |
| MRK-CHA00146580 | MRK-CHA00148216 | MRK-CHA00149279 | MRK-CHA00150283 |
| MRK-CHA00146584 | MRK-CHA00148240 | MRK-CHA00149280 | MRK-CHA00150291 |
| MRK-CHA00146585 | MRK-CHA00148261 | MRK-CHA00149339 | MRK-CHA00150299 |
| MRK-CHA00146600 | MRK-CHA00148263 | MRK-CHA00149341 | MRK-CHA00150352 |
| MRK-CHA00146603 | MRK-CHA00148267 | MRK-CHA00149431 | MRK-CHA00150354 |
| MRK-CHA00146604 | MRK-CHA00148269 | MRK-CHA00149434 | MRK-CHA00150434 |
| MRK-CHA00146774 | MRK-CHA00148273 | MRK-CHA00149449 | MRK-CHA00150436 |
| MRK-CHA00146776 | MRK-CHA00148275 | MRK-CHA00149451 | MRK-CHA00150443 |
| MRK-CHA00146778 | MRK-CHA00148574 | MRK-CHA00149603 | MRK-CHA00150447 |
| MRK-CHA00146790 | MRK-CHA00148577 | MRK-CHA00149606 | MRK-CHA00150451 |
| MRK-CHA00146791 | MRK-CHA00148581 | MRK-CHA00149638 | MRK-CHA00150453 |
| MRK-CHA00146793 | MRK-CHA00148582 | MRK-CHA00149641 | MRK-CHA00150485 |
| MRK-CHA00146795 | MRK-CHA00148590 | MRK-CHA00149648 | MRK-CHA00150487 |
| MRK-CHA00146799 | MRK-CHA00148594 | MRK-CHA00149650 | MRK-CHA00150491 |
| MRK-CHA00146803 | MRK-CHA00148595 | MRK-CHA00149653 | MRK-CHA00150492 |
| MRK-CHA00146807 | MRK-CHA00148614 | MRK-CHA00149656 | MRK-CHA00150565 |
| MRK-CHA00146811 | MRK-CHA00148785 | MRK-CHA00149657 | MRK-CHA00150594 |
| MRK-CHA00146816 | MRK-CHA00148788 | MRK-CHA00149658 | MRK-CHA00150596 |
| MRK-CHA00146819 | MRK-CHA00148797 | MRK-CHA00149659 | MRK-CHA00150636 |
| MRK-CHA00147167 | MRK-CHA00148798 | MRK-CHA00149660 | MRK-CHA00150638 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00150713 | MRK-CHA00152095 | MRK-CHA00152987 | MRK-CHA00154140 |
| MRK-CHA00150715 | MRK-CHA00152143 | MRK-CHA00153054 | MRK-CHA00154213 |
| MRK-CHA00150863 | MRK-CHA00152146 | MRK-CHA00153056 | MRK-CHA00154214 |
| MRK-CHA00150865 | MRK-CHA00152147 | MRK-CHA00153062 | MRK-CHA00154277 |
| MRK-CHA00150866 | MRK-CHA00152148 | MRK-CHA00153063 | MRK-CHA00154279 |
| MRK-CHA00150867 | MRK-CHA00152149 | MRK-CHA00153138 | MRK-CHA00154406 |
| MRK-CHA00150880 | MRK-CHA00152181 | MRK-CHA00153141 | MRK-CHA00154408 |
| MRK-CHA00150882 | MRK-CHA00152183 | MRK-CHA00153142 | MRK-CHA00154535 |
| MRK-CHA00150886 | MRK-CHA00152313 | MRK-CHA00153143 | MRK-CHA00154537 |
| MRK-CHA00150888 | MRK-CHA00152314 | MRK-CHA00153166 | MRK-CHA00154538 |
| MRK-CHA00150899 | MRK-CHA00152318 | MRK-CHA00153169 | MRK-CHA00154539 |
| MRK-CHA00150901 | MRK-CHA00152322 | MRK-CHA00153243 | MRK-CHA00154656 |
| MRK-CHA00150998 | MRK-CHA00152326 | MRK-CHA00153244 | MRK-CHA00154658 |
| MRK-CHA00150999 | MRK-CHA00152333 | MRK-CHA00153411 | MRK-CHA00154668 |
| MRK-CHA00151115 | MRK-CHA00152338 | MRK-CHA00153413 | MRK-CHA00154669 |
| MRK-CHA00151118 | MRK-CHA00152340 | MRK-CHA00153443 | MRK-CHA00154670 |
| MRK-CHA00151236 | MRK-CHA00152368 | MRK-CHA00153445 | MRK-CHA00154671 |
| MRK-CHA00151238 | MRK-CHA00152370 | MRK-CHA00153449 | MRK-CHA00154713 |
| MRK-CHA00151302 | MRK-CHA00152395 | MRK-CHA00153450 | MRK-CHA00154714 |
| MRK-CHA00151304 | MRK-CHA00152397 | MRK-CHA00153475 | MRK-CHA00154838 |
| MRK-CHA00151392 | MRK-CHA00152399 | MRK-CHA00153481 | MRK-CHA00154840 |
| MRK-CHA00151393 | MRK-CHA00152401 | MRK-CHA00153483 | MRK-CHA00154854 |
| MRK-CHA00151409 | MRK-CHA00152416 | MRK-CHA00153484 | MRK-CHA00154855 |
| MRK-CHA00151411 | MRK-CHA00152417 | MRK-CHA00153485 | MRK-CHA00154863 |
| MRK-CHA00151624 | MRK-CHA00152422 | MRK-CHA00153633 | MRK-CHA00154864 |
| MRK-CHA00151627 | MRK-CHA00152428 | MRK-CHA00153634 | MRK-CHA00154865 |
| MRK-CHA00151672 | MRK-CHA00152446 | MRK-CHA00153639 | MRK-CHA00154866 |
| MRK-CHA00151675 | MRK-CHA00152449 | MRK-CHA00153677 | MRK-CHA00154869 |
| MRK-CHA00151720 | MRK-CHA00152468 | MRK-CHA00153851 | MRK-CHA00154870 |
| MRK-CHA00151723 | MRK-CHA00152470 | MRK-CHA00153853 | MRK-CHA00154874 |
| MRK-CHA00151727 | MRK-CHA00152499 | MRK-CHA00153860 | MRK-CHA00154876 |
| MRK-CHA00151728 | MRK-CHA00152502 | MRK-CHA00153862 | MRK-CHA00154995 |
| MRK-CHA00151846 | MRK-CHA00152516 | MRK-CHA00153863 | MRK-CHA00154997 |
| MRK-CHA00151849 | MRK-CHA00152519 | MRK-CHA00153864 | MRK-CHA00155053 |
| MRK-CHA00151862 | MRK-CHA00152531 | MRK-CHA00153877 | MRK-CHA00155054 |
| MRK-CHA00151863 | MRK-CHA00152533 | MRK-CHA00153879 | MRK-CHA00155174 |
| MRK-CHA00151909 | MRK-CHA00152936 | MRK-CHA00153910 | MRK-CHA00155175 |
| MRK-CHA00151911 | MRK-CHA00152939 | MRK-CHA00153911 | MRK-CHA00155176 |
| MRK-CHA00152047 | MRK-CHA00152940 | MRK-CHA00154038 | MRK-CHA00155296 |
| MRK-CHA00152050 | MRK-CHA00152941 | MRK-CHA00154040 | MRK-CHA00155297 |
| MRK-CHA00152061 | MRK-CHA00152952 | MRK-CHA00154088 | MRK-CHA00155298 |
| MRK-CHA00152063 | MRK-CHA00152955 | MRK-CHA00154090 | MRK-CHA00155299 |
| MRK-CHA00152093 | MRK-CHA00152985 | MRK-CHA00154138 | MRK-CHA00155462 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00155463 | MRK-CHA00156734 | MRK-CHA00157572 | MRK-CHA00158112 |
| MRK-CHA00155478 | MRK-CHA00156756 | MRK-CHA00157574 | MRK-CHA00158113 |
| MRK-CHA00155479 | MRK-CHA00156758 | MRK-CHA00157575 | MRK-CHA00158114 |
| MRK-CHA00155480 | MRK-CHA00156762 | MRK-CHA00157579 | MRK-CHA00158115 |
| MRK-CHA00155481 | MRK-CHA00156763 | MRK-CHA00157580 | MRK-CHA00158116 |
| MRK-CHA00155488 | MRK-CHA00156779 | MRK-CHA00157688 | MRK-CHA00158117 |
| MRK-CHA00155489 | MRK-CHA00156824 | MRK-CHA00157689 | MRK-CHA00158118 |
| MRK-CHA00155512 | MRK-CHA00156825 | MRK-CHA00157691 | MRK-CHA00158119 |
| MRK-CHA00155513 | MRK-CHA00156926 | MRK-CHA00157695 | MRK-CHA00158120 |
| MRK-CHA00155670 | MRK-CHA00156927 | MRK-CHA00157717 | MRK-CHA00158121 |
| MRK-CHA00155671 | MRK-CHA00156928 | MRK-CHA00157734 | MRK-CHA00158122 |
| MRK-CHA00155675 | MRK-CHA00156929 | MRK-CHA00157735 | MRK-CHA00158123 |
| MRK-CHA00155676 | MRK-CHA00156930 | MRK-CHA00157736 | MRK-CHA00158126 |
| MRK-CHA00155708 | MRK-CHA00156931 | MRK-CHA00157752 | MRK-CHA00158180 |
| MRK-CHA00155742 | MRK-CHA00156932 | MRK-CHA00157763 | MRK-CHA00158182 |
| MRK-CHA00155743 | MRK-CHA00156933 | MRK-CHA00157764 | MRK-CHA00158184 |
| MRK-CHA00155754 | MRK-CHA00156960 | MRK-CHA00157778 | MRK-CHA00158187 |
| MRK-CHA00155757 | MRK-CHA00156962 | MRK-CHA00157812 | MRK-CHA00158299 |
| MRK-CHA00155847 | MRK-CHA00157236 | MRK-CHA00157817 | MRK-CHA00158312 |
| MRK-CHA00155848 | MRK-CHA00157237 | MRK-CHA00157824 | MRK-CHA00158320 |
| MRK-CHA00156026 | MRK-CHA00157240 | MRK-CHA00157846 | MRK-CHA00158527 |
| MRK-CHA00156027 | MRK-CHA00157241 | MRK-CHA00157856 | MRK-CHA00158529 |
| MRK-CHA00156187 | MRK-CHA00157245 | MRK-CHA00157886 | MRK-CHA00158752 |
| MRK-CHA00156189 | MRK-CHA00157246 | MRK-CHA00157889 | MRK-CHA00158806 |
| MRK-CHA00156271 | MRK-CHA00157250 | MRK-CHA00157892 | MRK-CHA00158897 |
| MRK-CHA00156272 | MRK-CHA00157255 | MRK-CHA00157993 | MRK-CHA00158904 |
| MRK-CHA00156278 | MRK-CHA00157256 | MRK-CHA00157994 | MRK-CHA00158912 |
| MRK-CHA00156279 | MRK-CHA00157527 | MRK-CHA00157995 | MRK-CHA00158923 |
| MRK-CHA00156529 | MRK-CHA00157528 | MRK-CHA00157996 | MRK-CHA00158939 |
| MRK-CHA00156531 | MRK-CHA00157531 | MRK-CHA00157997 | MRK-CHA00158942 |
| MRK-CHA00156532 | MRK-CHA00157532 | MRK-CHA00157998 | MRK-CHA00158957 |
| MRK-CHA00156533 | MRK-CHA00157533 | MRK-CHA00157999 | MRK-CHA00158972 |
| MRK-CHA00156584 | MRK-CHA00157534 | MRK-CHA00158000 | MRK-CHA00158977 |
| MRK-CHA00156586 | MRK-CHA00157535 | MRK-CHA00158003 | MRK-CHA00158979 |
| MRK-CHA00156587 | MRK-CHA00157536 | MRK-CHA00158046 | MRK-CHA00158982 |
| MRK-CHA00156589 | MRK-CHA00157537 | MRK-CHA00158050 | MRK-CHA00158988 |
| MRK-CHA00156590 | MRK-CHA00157538 | MRK-CHA00158096 | MRK-CHA00158990 |
| MRK-CHA00156591 | MRK-CHA00157539 | MRK-CHA00158099 | MRK-CHA00158992 |
| MRK-CHA00156670 | MRK-CHA00157542 | MRK-CHA00158101 | MRK-CHA00158996 |
| MRK-CHA00156672 | MRK-CHA00157568 | MRK-CHA00158106 | MRK-CHA00158999 |
| MRK-CHA00156676 | MRK-CHA00157569 | MRK-CHA00158109 | MRK-CHA00159008 |
| MRK-CHA00156678 | MRK-CHA00157570 | MRK-CHA00158110 | MRK-CHA00159010 |
| MRK-CHA00156732 | MRK-CHA00157571 | MRK-CHA00158111 | MRK-CHA00159022 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00159039 | MRK-CHA00159584 | MRK-CHA00160051 | MRK-CHA00160243 |
| MRK-CHA00159044 | MRK-CHA00159585 | MRK-CHA00160052 | MRK-CHA00160245 |
| MRK-CHA00159049 | MRK-CHA00159737 | MRK-CHA00160053 | MRK-CHA00160248 |
| MRK-CHA00159072 | MRK-CHA00159978 | MRK-CHA00160054 | MRK-CHA00160251 |
| MRK-CHA00159074 | MRK-CHA00159979 | MRK-CHA00160055 | MRK-CHA00160254 |
| MRK-CHA00159079 | MRK-CHA00159980 | MRK-CHA00160056 | MRK-CHA00160257 |
| MRK-CHA00159082 | MRK-CHA00159981 | MRK-CHA00160057 | MRK-CHA00160259 |
| MRK-CHA00159086 | MRK-CHA00159982 | MRK-CHA00160058 | MRK-CHA00160262 |
| MRK-CHA00159090 | MRK-CHA00160016 | MRK-CHA00160059 | MRK-CHA00160266 |
| MRK-CHA00159092 | MRK-CHA00160017 | MRK-CHA00160060 | MRK-CHA00160268 |
| MRK-CHA00159094 | MRK-CHA00160018 | MRK-CHA00160061 | MRK-CHA00160270 |
| MRK-CHA00159097 | MRK-CHA00160019 | MRK-CHA00160062 | MRK-CHA00160272 |
| MRK-CHA00159099 | MRK-CHA00160020 | MRK-CHA00160063 | MRK-CHA00160275 |
| MRK-CHA00159102 | MRK-CHA00160021 | MRK-CHA00160064 | MRK-CHA00160278 |
| MRK-CHA00159105 | MRK-CHA00160022 | MRK-CHA00160065 | MRK-CHA00160283 |
| MRK-CHA00159109 | MRK-CHA00160023 | MRK-CHA00160066 | MRK-CHA00160286 |
| MRK-CHA00159113 | MRK-CHA00160024 | MRK-CHA00160067 | MRK-CHA00160294 |
| MRK-CHA00159116 | MRK-CHA00160025 | MRK-CHA00160068 | MRK-CHA00160303 |
| MRK-CHA00159118 | MRK-CHA00160026 | MRK-CHA00160069 | MRK-CHA00160309 |
| MRK-CHA00159122 | MRK-CHA00160027 | MRK-CHA00160070 | MRK-CHA00160319 |
| MRK-CHA00159124 | MRK-CHA00160028 | MRK-CHA00160071 | MRK-CHA00160321 |
| MRK-CHA00159129 | MRK-CHA00160029 | MRK-CHA00160072 | MRK-CHA00160332 |
| MRK-CHA00159131 | MRK-CHA00160030 | MRK-CHA00160073 | MRK-CHA00160340 |
| MRK-CHA00159136 | MRK-CHA00160031 | MRK-CHA00160074 | MRK-CHA00160347 |
| MRK-CHA00159138 | MRK-CHA00160032 | MRK-CHA00160075 | MRK-CHA00160353 |
| MRK-CHA00159140 | MRK-CHA00160033 | MRK-CHA00160076 | MRK-CHA00160358 |
| MRK-CHA00159141 | MRK-CHA00160034 | MRK-CHA00160078 | MRK-CHA00160363 |
| MRK-CHA00159151 | MRK-CHA00160035 | MRK-CHA00160081 | MRK-CHA00160368 |
| MRK-CHA00159162 | MRK-CHA00160036 | MRK-CHA00160083 | MRK-CHA00160373 |
| MRK-CHA00159168 | MRK-CHA00160037 | MRK-CHA00160085 | MRK-CHA00160377 |
| MRK-CHA00159174 | MRK-CHA00160038 | MRK-CHA00160129 | MRK-CHA00160386 |
| MRK-CHA00159176 | MRK-CHA00160039 | MRK-CHA00160131 | MRK-CHA00160391 |
| MRK-CHA00159184 | MRK-CHA00160040 | MRK-CHA00160163 | MRK-CHA00160403 |
| MRK-CHA00159187 | MRK-CHA00160041 | MRK-CHA00160165 | MRK-CHA00160415 |
| MRK-CHA00159196 | MRK-CHA00160042 | MRK-CHA00160190 | MRK-CHA00160421 |
| MRK-CHA00159197 | MRK-CHA00160043 | MRK-CHA00160219 | MRK-CHA00160423 |
| MRK-CHA00159205 | MRK-CHA00160044 | MRK-CHA00160221 | MRK-CHA00160428 |
| MRK-CHA00159207 | MRK-CHA00160045 | MRK-CHA00160225 | MRK-CHA00160431 |
| MRK-CHA00159393 | MRK-CHA00160046 | MRK-CHA00160229 | MRK-CHA00160433 |
| MRK-CHA00159397 | MRK-CHA00160047 | MRK-CHA00160232 | MRK-CHA00160437 |
| MRK-CHA00159400 | MRK-CHA00160048 | MRK-CHA00160235 | MRK-CHA00160439 |
| MRK-CHA00159401 | MRK-CHA00160049 | MRK-CHA00160237 | MRK-CHA00160444 |
| MRK-CHA00159439 | MRK-CHA00160050 | MRK-CHA00160240 | MRK-CHA00160446 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00160447 | MRK-CHA00160490 | MRK-CHA00160533 | MRK-CHA00160696 |
| MRK-CHA00160448 | MRK-CHA00160491 | MRK-CHA00160534 | MRK-CHA00160711 |
| MRK-CHA00160449 | MRK-CHA00160492 | MRK-CHA00160535 | MRK-CHA00160748 |
| MRK-CHA00160450 | MRK-CHA00160493 | MRK-CHA00160536 | MRK-CHA00160749 |
| MRK-CHA00160451 | MRK-CHA00160494 | MRK-CHA00160537 | MRK-CHA00160750 |
| MRK-CHA00160452 | MRK-CHA00160495 | MRK-CHA00160538 | MRK-CHA00160751 |
| MRK-CHA00160453 | MRK-CHA00160496 | MRK-CHA00160539 | MRK-CHA00160752 |
| MRK-CHA00160454 | MRK-CHA00160497 | MRK-CHA00160540 | MRK-CHA00160753 |
| MRK-CHA00160455 | MRK-CHA00160498 | MRK-CHA00160541 | MRK-CHA00160754 |
| MRK-CHA00160456 | MRK-CHA00160499 | MRK-CHA00160542 | MRK-CHA00160755 |
| MRK-CHA00160457 | MRK-CHA00160500 | MRK-CHA00160543 | MRK-CHA00160756 |
| MRK-CHA00160458 | MRK-CHA00160501 | MRK-CHA00160544 | MRK-CHA00160757 |
| MRK-CHA00160459 | MRK-CHA00160502 | MRK-CHA00160545 | MRK-CHA00160758 |
| MRK-CHA00160460 | MRK-CHA00160503 | MRK-CHA00160546 | MRK-CHA00160759 |
| MRK-CHA00160461 | MRK-CHA00160504 | MRK-CHA00160547 | MRK-CHA00160760 |
| MRK-CHA00160462 | MRK-CHA00160505 | MRK-CHA00160548 | MRK-CHA00160761 |
| MRK-CHA00160463 | MRK-CHA00160506 | MRK-CHA00160549 | MRK-CHA00160762 |
| MRK-CHA00160464 | MRK-CHA00160507 | MRK-CHA00160550 | MRK-CHA00160763 |
| MRK-CHA00160465 | MRK-CHA00160508 | MRK-CHA00160568 | MRK-CHA00160764 |
| MRK-CHA00160466 | MRK-CHA00160509 | MRK-CHA00160569 | MRK-CHA00160779 |
| MRK-CHA00160467 | MRK-CHA00160510 | MRK-CHA00160570 | MRK-CHA00160784 |
| MRK-CHA00160468 | MRK-CHA00160511 | MRK-CHA00160571 | MRK-CHA00160812 |
| MRK-CHA00160469 | MRK-CHA00160512 | MRK-CHA00160572 | MRK-CHA00160820 |
| MRK-CHA00160470 | MRK-CHA00160513 | MRK-CHA00160573 | MRK-CHA00160821 |
| MRK-CHA00160471 | MRK-CHA00160514 | MRK-CHA00160574 | MRK-CHA00160822 |
| MRK-CHA00160472 | MRK-CHA00160515 | MRK-CHA00160600 | MRK-CHA00160823 |
| MRK-CHA00160473 | MRK-CHA00160516 | MRK-CHA00160601 | MRK-CHA00160824 |
| MRK-CHA00160474 | MRK-CHA00160517 | MRK-CHA00160602 | MRK-CHA00160825 |
| MRK-CHA00160475 | MRK-CHA00160518 | MRK-CHA00160610 | MRK-CHA00160826 |
| MRK-CHA00160476 | MRK-CHA00160519 | MRK-CHA00160616 | MRK-CHA00160827 |
| MRK-CHA00160477 | MRK-CHA00160520 | MRK-CHA00160623 | MRK-CHA00160840 |
| MRK-CHA00160478 | MRK-CHA00160521 | MRK-CHA00160629 | MRK-CHA00160841 |
| MRK-CHA00160479 | MRK-CHA00160522 | MRK-CHA00160634 | MRK-CHA00160842 |
| MRK-CHA00160480 | MRK-CHA00160523 | MRK-CHA00160638 | MRK-CHA00160865 |
| MRK-CHA00160481 | MRK-CHA00160524 | MRK-CHA00160645 | MRK-CHA00160923 |
| MRK-CHA00160482 | MRK-CHA00160525 | MRK-CHA00160652 | MRK-CHA00160947 |
| MRK-CHA00160483 | MRK-CHA00160526 | MRK-CHA00160658 | MRK-CHA00160951 |
| MRK-CHA00160484 | MRK-CHA00160527 | MRK-CHA00160662 | MRK-CHA00160952 |
| MRK-CHA00160485 | MRK-CHA00160528 | MRK-CHA00160666 | MRK-CHA00160953 |
| MRK-CHA00160486 | MRK-CHA00160529 | MRK-CHA00160668 | MRK-CHA00160982 |
| MRK-CHA00160487 | MRK-CHA00160530 | MRK-CHA00160671 | MRK-CHA00160999 |
| MRK-CHA00160488 | MRK-CHA00160531 | MRK-CHA00160681 | MRK-CHA00161000 |
| MRK-CHA00160489 | MRK-CHA00160532 | MRK-CHA00160688 | MRK-CHA00161001 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00161010 | MRK-CHA00170674 | MRK-CHA00171018 | MRK-CHA00171706 |
| MRK-CHA00161017 | MRK-CHA00170680 | MRK-CHA00171019 | MRK-CHA00171716 |
| MRK-CHA00161953 | MRK-CHA00170681 | MRK-CHA00171020 | MRK-CHA00171717 |
| MRK-CHA00161966 | MRK-CHA00170691 | MRK-CHA00171025 | MRK-CHA00171718 |
| MRK-CHA00161977 | MRK-CHA00170692 | MRK-CHA00171026 | MRK-CHA00171719 |
| MRK-CHA00161992 | MRK-CHA00170693 | MRK-CHA00171027 | MRK-CHA00171720 |
| MRK-CHA00162015 | MRK-CHA00170741 | MRK-CHA00171034 | MRK-CHA00171721 |
| MRK-CHA00162838 | MRK-CHA00170770 | MRK-CHA00171040 | MRK-CHA00171722 |
| MRK-CHA00162847 | MRK-CHA00170804 | MRK-CHA00171041 | MRK-CHA00171723 |
| MRK-CHA00162857 | MRK-CHA00170810 | MRK-CHA00171042 | MRK-CHA00171728 |
| MRK-CHA00162865 | MRK-CHA00170815 | MRK-CHA00171043 | MRK-CHA00171729 |
| MRK-CHA00162873 | MRK-CHA00170820 | MRK-CHA00171044 | MRK-CHA00171737 |
| MRK-CHA00162882 | MRK-CHA00170834 | MRK-CHA00171045 | MRK-CHA00171746 |
| MRK-CHA00162902 | MRK-CHA00170835 | MRK-CHA00171046 | MRK-CHA00171751 |
| MRK-CHA00162919 | MRK-CHA00170836 | MRK-CHA00171112 | MRK-CHA00171758 |
| MRK-CHA00162935 | MRK-CHA00170844 | MRK-CHA00171119 | MRK-CHA00171761 |
| MRK-CHA00162963 | MRK-CHA00170851 | MRK-CHA00171122 | MRK-CHA00171766 |
| MRK-CHA00164826 | MRK-CHA00170856 | MRK-CHA00171134 | MRK-CHA00171772 |
| MRK-CHA00164842 | MRK-CHA00170952 | MRK-CHA00171146 | MRK-CHA00171777 |
| MRK-CHA00164862 | MRK-CHA00170953 | MRK-CHA00171151 | MRK-CHA00171786 |
| MRK-CHA00164881 | MRK-CHA00170954 | MRK-CHA00171156 | MRK-CHA00171794 |
| MRK-CHA00164918 | MRK-CHA00170955 | MRK-CHA00171164 | MRK-CHA00171805 |
| MRK-CHA00166729 | MRK-CHA00170956 | MRK-CHA00171171 | MRK-CHA00171808 |
| MRK-CHA00166745 | MRK-CHA00170957 | MRK-CHA00171175 | MRK-CHA00171813 |
| MRK-CHA00166756 | MRK-CHA00170958 | MRK-CHA00171178 | MRK-CHA00171823 |
| MRK-CHA00166772 | MRK-CHA00170959 | MRK-CHA00171179 | MRK-CHA00171829 |
| MRK-CHA00166781 | MRK-CHA00170960 | MRK-CHA00171204 | MRK-CHA00171851 |
| MRK-CHA00166802 | MRK-CHA00170961 | MRK-CHA00171205 | MRK-CHA00171860 |
| MRK-CHA00166821 | MRK-CHA00170963 | MRK-CHA00171211 | MRK-CHA00171861 |
| MRK-CHA00166846 | MRK-CHA00170964 | MRK-CHA00171220 | MRK-CHA00171862 |
| MRK-CHA00168206 | MRK-CHA00170965 | MRK-CHA00171591 | MRK-CHA00171863 |
| MRK-CHA00168232 | MRK-CHA00170966 | MRK-CHA00171616 | MRK-CHA00171864 |
| MRK-CHA00168248 | MRK-CHA00170967 | MRK-CHA00171626 | MRK-CHA00171870 |
| MRK-CHA00168268 | MRK-CHA00170968 | MRK-CHA00171634 | MRK-CHA00171871 |
| MRK-CHA00169782 | MRK-CHA00170969 | MRK-CHA00171641 | MRK-CHA00171872 |
| MRK-CHA00169784 | MRK-CHA00170970 | MRK-CHA00171649 | MRK-CHA00171873 |
| MRK-CHA00169796 | MRK-CHA00170971 | MRK-CHA00171650 | MRK-CHA00171874 |
| MRK-CHA00170630 | MRK-CHA00170972 | MRK-CHA00171651 | MRK-CHA00171875 |
| MRK-CHA00170639 | MRK-CHA00170973 | MRK-CHA00171654 | MRK-CHA00171876 |
| MRK-CHA00170648 | MRK-CHA00170981 | MRK-CHA00171655 | MRK-CHA00171877 |
| MRK-CHA00170657 | MRK-CHA00170987 | MRK-CHA00171694 | MRK-CHA00171878 |
| MRK-CHA00170665 | MRK-CHA00171016 | MRK-CHA00171695 | MRK-CHA00171879 |
| MRK-CHA00170673 | MRK-CHA00171017 | MRK-CHA00171696 | MRK-CHA00171880 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00171881 | MRK-CHA00172453 | MRK-CHA00172652 | MRK-CHA00174444 |
| MRK-CHA00171882 | MRK-CHA00172454 | MRK-CHA00172656 | MRK-CHA00174445 |
| MRK-CHA00172004 | MRK-CHA00172460 | MRK-CHA00172658 | MRK-CHA00174447 |
| MRK-CHA00172010 | MRK-CHA00172461 | MRK-CHA00172659 | MRK-CHA00174460 |
| MRK-CHA00172140 | MRK-CHA00172462 | MRK-CHA00172660 | MRK-CHA00174463 |
| MRK-CHA00172150 | MRK-CHA00172463 | MRK-CHA00172673 | MRK-CHA00174464 |
| MRK-CHA00172154 | MRK-CHA00172464 | MRK-CHA00172686 | MRK-CHA00174465 |
| MRK-CHA00172276 | MRK-CHA00172465 | MRK-CHA00172700 | MRK-CHA00174466 |
| MRK-CHA00172277 | MRK-CHA00172466 | MRK-CHA00172714 | MRK-CHA00174467 |
| MRK-CHA00172281 | MRK-CHA00172467 | MRK-CHA00172729 | MRK-CHA00174468 |
| MRK-CHA00172282 | MRK-CHA00172468 | MRK-CHA00172744 | MRK-CHA00174521 |
| MRK-CHA00172283 | MRK-CHA00172469 | MRK-CHA00172745 | MRK-CHA00174522 |
| MRK-CHA00172284 | MRK-CHA00172470 | MRK-CHA00172785 | MRK-CHA00174523 |
| MRK-CHA00172305 | MRK-CHA00172471 | MRK-CHA00172788 | MRK-CHA00174524 |
| MRK-CHA00172316 | MRK-CHA00172472 | MRK-CHA00172826 | MRK-CHA00174526 |
| MRK-CHA00172333 | MRK-CHA00172480 | MRK-CHA00173040 | MRK-CHA00174527 |
| MRK-CHA00172334 | MRK-CHA00172481 | MRK-CHA00173069 | MRK-CHA00174528 |
| MRK-CHA00172335 | MRK-CHA00172482 | MRK-CHA00173074 | MRK-CHA00174530 |
| MRK-CHA00172336 | MRK-CHA00172483 | MRK-CHA00173086 | MRK-CHA00174542 |
| MRK-CHA00172337 | MRK-CHA00172484 | MRK-CHA00173089 | MRK-CHA00174545 |
| MRK-CHA00172338 | MRK-CHA00172489 | MRK-CHA00173090 | MRK-CHA00174546 |
| MRK-CHA00172339 | MRK-CHA00172490 | MRK-CHA00173091 | MRK-CHA00174547 |
| MRK-CHA00172340 | MRK-CHA00172491 | MRK-CHA00173092 | MRK-CHA00174548 |
| MRK-CHA00172341 | MRK-CHA00172501 | MRK-CHA00173141 | MRK-CHA00174549 |
| MRK-CHA00172342 | MRK-CHA00172505 | MRK-CHA00173147 | MRK-CHA00174550 |
| MRK-CHA00172343 | MRK-CHA00172512 | MRK-CHA00173155 | MRK-CHA00174579 |
| MRK-CHA00172344 | MRK-CHA00172517 | MRK-CHA00173167 | MRK-CHA00174580 |
| MRK-CHA00172345 | MRK-CHA00172518 | MRK-CHA00173177 | MRK-CHA00174581 |
| MRK-CHA00172346 | MRK-CHA00172520 | MRK-CHA00173182 | MRK-CHA00174582 |
| MRK-CHA00172350 | MRK-CHA00172521 | MRK-CHA00173189 | MRK-CHA00174584 |
| MRK-CHA00172351 | MRK-CHA00172538 | MRK-CHA00173190 | MRK-CHA00174585 |
| MRK-CHA00172352 | MRK-CHA00172560 | MRK-CHA00173202 | MRK-CHA00174586 |
| MRK-CHA00172353 | MRK-CHA00172584 | MRK-CHA00173362 | MRK-CHA00174587 |
| MRK-CHA00172362 | MRK-CHA00172587 | MRK-CHA00173547 | MRK-CHA00174588 |
| MRK-CHA00172369 | MRK-CHA00172600 | MRK-CHA00173963 | MRK-CHA00174600 |
| MRK-CHA00172370 | MRK-CHA00172613 | MRK-CHA00173974 | MRK-CHA00174601 |
| MRK-CHA00172407 | MRK-CHA00172614 | MRK-CHA00174130 | MRK-CHA00174602 |
| MRK-CHA00172408 | MRK-CHA00172615 | MRK-CHA00174158 | MRK-CHA00174603 |
| MRK-CHA00172436 | MRK-CHA00172647 | MRK-CHA00174250 | MRK-CHA00174618 |
| MRK-CHA00172439 | MRK-CHA00172648 | MRK-CHA00174300 | MRK-CHA00174643 |
| MRK-CHA00172440 | MRK-CHA00172649 | MRK-CHA00174302 | MRK-CHA00174656 |
| MRK-CHA00172441 | MRK-CHA00172650 | MRK-CHA00174304 | MRK-CHA00174657 |
| MRK-CHA00172447 | MRK-CHA00172651 | MRK-CHA00174434 | MRK-CHA00174658 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00174659 | MRK-CHA00175317 | MRK-CHA00175953 | MRK-CHA00176676 |
| MRK-CHA00174660 | MRK-CHA00175325 | MRK-CHA00175959 | MRK-CHA00176678 |
| MRK-CHA00174661 | MRK-CHA00175326 | MRK-CHA00175960 | MRK-CHA00176690 |
| MRK-CHA00174668 | MRK-CHA00175334 | MRK-CHA00176008 | MRK-CHA00176702 |
| MRK-CHA00174707 | MRK-CHA00175342 | MRK-CHA00176017 | MRK-CHA00176704 |
| MRK-CHA00174712 | MRK-CHA00175349 | MRK-CHA00176023 | MRK-CHA00176705 |
| MRK-CHA00174720 | MRK-CHA00175350 | MRK-CHA00176031 | MRK-CHA00176706 |
| MRK-CHA00174721 | MRK-CHA00175354 | MRK-CHA00176044 | MRK-CHA00176707 |
| MRK-CHA00174722 | MRK-CHA00175360 | MRK-CHA00176057 | MRK-CHA00176708 |
| MRK-CHA00174728 | MRK-CHA00175369 | MRK-CHA00176065 | MRK-CHA00176710 |
| MRK-CHA00174729 | MRK-CHA00175731 | MRK-CHA00176070 | MRK-CHA00176712 |
| MRK-CHA00174730 | MRK-CHA00175732 | MRK-CHA00176076 | MRK-CHA00176714 |
| MRK-CHA00174778 | MRK-CHA00175733 | MRK-CHA00176084 | MRK-CHA00176715 |
| MRK-CHA00174779 | MRK-CHA00175734 | MRK-CHA00176085 | MRK-CHA00176716 |
| MRK-CHA00174780 | MRK-CHA00175735 | MRK-CHA00176130 | MRK-CHA00176721 |
| MRK-CHA00174786 | MRK-CHA00175790 | MRK-CHA00176178 | MRK-CHA00176725 |
| MRK-CHA00174791 | MRK-CHA00175878 | MRK-CHA00176202 | MRK-CHA00176727 |
| MRK-CHA00174795 | MRK-CHA00175882 | MRK-CHA00176207 | MRK-CHA00176731 |
| MRK-CHA00174796 | MRK-CHA00175888 | MRK-CHA00176208 | MRK-CHA00176733 |
| MRK-CHA00174802 | MRK-CHA00175894 | MRK-CHA00176209 | MRK-CHA00176736 |
| MRK-CHA00174803 | MRK-CHA00175901 | MRK-CHA00176232 | MRK-CHA00176737 |
| MRK-CHA00174804 | MRK-CHA00175902 | MRK-CHA00176233 | MRK-CHA00176739 |
| MRK-CHA00174805 | MRK-CHA00175903 | MRK-CHA00176297 | MRK-CHA00176773 |
| MRK-CHA00174811 | MRK-CHA00175904 | MRK-CHA00176298 | MRK-CHA00176776 |
| MRK-CHA00174825 | MRK-CHA00175905 | MRK-CHA00176322 | MRK-CHA00176778 |
| MRK-CHA00174921 | MRK-CHA00175906 | MRK-CHA00176327 | MRK-CHA00176849 |
| MRK-CHA00174950 | MRK-CHA00175907 | MRK-CHA00176328 | MRK-CHA00176852 |
| MRK-CHA00174984 | MRK-CHA00175908 | MRK-CHA00176330 | MRK-CHA00176854 |
| MRK-CHA00175106 | MRK-CHA00175909 | MRK-CHA00176331 | MRK-CHA00176856 |
| MRK-CHA00175131 | MRK-CHA00175910 | MRK-CHA00176332 | MRK-CHA00176858 |
| MRK-CHA00175136 | MRK-CHA00175912 | MRK-CHA00176333 | MRK-CHA00176859 |
| MRK-CHA00175143 | MRK-CHA00175913 | MRK-CHA00176337 | MRK-CHA00176871 |
| MRK-CHA00175144 | MRK-CHA00175914 | MRK-CHA00176338 | MRK-CHA00176875 |
| MRK-CHA00175149 | MRK-CHA00175915 | MRK-CHA00176340 | MRK-CHA00176879 |
| MRK-CHA00175159 | MRK-CHA00175916 | MRK-CHA00176342 | MRK-CHA00176883 |
| MRK-CHA00175166 | MRK-CHA00175917 | MRK-CHA00176655 | MRK-CHA00176891 |
| MRK-CHA00175288 | MRK-CHA00175918 | MRK-CHA00176657 | MRK-CHA00177081 |
| MRK-CHA00175289 | MRK-CHA00175919 | MRK-CHA00176659 | MRK-CHA00177085 |
| MRK-CHA00175296 | MRK-CHA00175920 | MRK-CHA00176661 | MRK-CHA00177086 |
| MRK-CHA00175304 | MRK-CHA00175921 | MRK-CHA00176664 | MRK-CHA00177088 |
| MRK-CHA00175305 | MRK-CHA00175922 | MRK-CHA00176666 | MRK-CHA00177110 |
| MRK-CHA00175315 | MRK-CHA00175930 | MRK-CHA00176669 | MRK-CHA00177112 |
| MRK-CHA00175316 | MRK-CHA00175941 | MRK-CHA00176674 | MRK-CHA00177124 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00177125 | MRK-CHA00177378 | MRK-CHA00177570 | MRK-CHA00177867 |
| MRK-CHA00177137 | MRK-CHA00177380 | MRK-CHA00177572 | MRK-CHA00177868 |
| MRK-CHA00177149 | MRK-CHA00177381 | MRK-CHA00177574 | MRK-CHA00177870 |
| MRK-CHA00177161 | MRK-CHA00177382 | MRK-CHA00177588 | MRK-CHA00177871 |
| MRK-CHA00177163 | MRK-CHA00177383 | MRK-CHA00177593 | MRK-CHA00177872 |
| MRK-CHA00177165 | MRK-CHA00177384 | MRK-CHA00177595 | MRK-CHA00177883 |
| MRK-CHA00177167 | MRK-CHA00177385 | MRK-CHA00177619 | MRK-CHA00177895 |
| MRK-CHA00177169 | MRK-CHA00177386 | MRK-CHA00177643 | MRK-CHA00177907 |
| MRK-CHA00177171 | MRK-CHA00177387 | MRK-CHA00177645 | MRK-CHA00177919 |
| MRK-CHA00177173 | MRK-CHA00177388 | MRK-CHA00177647 | MRK-CHA00177932 |
| MRK-CHA00177174 | MRK-CHA00177389 | MRK-CHA00177660 | MRK-CHA00177945 |
| MRK-CHA00177176 | MRK-CHA00177391 | MRK-CHA00177673 | MRK-CHA00177946 |
| MRK-CHA00177178 | MRK-CHA00177392 | MRK-CHA00177686 | MRK-CHA00177948 |
| MRK-CHA00177180 | MRK-CHA00177394 | MRK-CHA00177699 | MRK-CHA00178421 |
| MRK-CHA00177182 | MRK-CHA00177396 | MRK-CHA00177700 | MRK-CHA00178422 |
| MRK-CHA00177184 | MRK-CHA00177402 | MRK-CHA00177702 | MRK-CHA00178440 |
| MRK-CHA00177186 | MRK-CHA00177404 | MRK-CHA00177766 | MRK-CHA00178460 |
| MRK-CHA00177188 | MRK-CHA00177406 | MRK-CHA00177768 | MRK-CHA00178462 |
| MRK-CHA00177190 | MRK-CHA00177408 | MRK-CHA00177770 | MRK-CHA00178463 |
| MRK-CHA00177192 | MRK-CHA00177409 | MRK-CHA00177772 | MRK-CHA00178464 |
| MRK-CHA00177194 | MRK-CHA00177411 | MRK-CHA00177778 | MRK-CHA00178465 |
| MRK-CHA00177218 | MRK-CHA00177412 | MRK-CHA00177779 | MRK-CHA00178466 |
| MRK-CHA00177220 | MRK-CHA00177413 | MRK-CHA00177780 | MRK-CHA00178467 |
| MRK-CHA00177222 | MRK-CHA00177433 | MRK-CHA00177781 | MRK-CHA00178468 |
| MRK-CHA00177224 | MRK-CHA00177456 | MRK-CHA00177782 | MRK-CHA00178470 |
| MRK-CHA00177237 | MRK-CHA00177458 | MRK-CHA00177783 | MRK-CHA00178472 |
| MRK-CHA00177250 | MRK-CHA00177470 | MRK-CHA00177784 | MRK-CHA00178484 |
| MRK-CHA00177263 | MRK-CHA00177483 | MRK-CHA00177785 | MRK-CHA00178496 |
| MRK-CHA00177264 | MRK-CHA00177484 | MRK-CHA00177787 | MRK-CHA00178509 |
| MRK-CHA00177266 | MRK-CHA00177485 | MRK-CHA00177789 | MRK-CHA00178522 |
| MRK-CHA00177268 | MRK-CHA00177486 | MRK-CHA00177791 | MRK-CHA00178524 |
| MRK-CHA00177270 | MRK-CHA00177487 | MRK-CHA00177792 | MRK-CHA00178525 |
| MRK-CHA00177295 | MRK-CHA00177489 | MRK-CHA00177793 | MRK-CHA00178526 |
| MRK-CHA00177297 | MRK-CHA00177490 | MRK-CHA00177795 | MRK-CHA00178527 |
| MRK-CHA00177298 | MRK-CHA00177491 | MRK-CHA00177797 | MRK-CHA00178529 |
| MRK-CHA00177300 | MRK-CHA00177503 | MRK-CHA00177799 | MRK-CHA00178531 |
| MRK-CHA00177301 | MRK-CHA00177516 | MRK-CHA00177801 | MRK-CHA00178533 |
| MRK-CHA00177314 | MRK-CHA00177528 | MRK-CHA00177803 | MRK-CHA00178552 |
| MRK-CHA00177327 | MRK-CHA00177540 | MRK-CHA00177821 | MRK-CHA00178572 |
| MRK-CHA00177328 | MRK-CHA00177553 | MRK-CHA00177841 | MRK-CHA00178573 |
| MRK-CHA00177329 | MRK-CHA00177566 | MRK-CHA00177843 | MRK-CHA00178574 |
| MRK-CHA00177331 | MRK-CHA00177567 | MRK-CHA00177854 | MRK-CHA00178575 |
| MRK-CHA00177376 | MRK-CHA00177569 | MRK-CHA00177866 | MRK-CHA00178579 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00178581 | MRK-CHA00179155 | MRK-CHA00180724 | MRK-CHA00181261 |
| MRK-CHA00178594 | MRK-CHA00179159 | MRK-CHA00180725 | MRK-CHA00181262 |
| MRK-CHA00178607 | MRK-CHA00179166 | MRK-CHA00180726 | MRK-CHA00181266 |
| MRK-CHA00178620 | MRK-CHA00179173 | MRK-CHA00180727 | MRK-CHA00181355 |
| MRK-CHA00178633 | MRK-CHA00179178 | MRK-CHA00180728 | MRK-CHA00181356 |
| MRK-CHA00178634 | MRK-CHA00179187 | MRK-CHA00180729 | MRK-CHA00181357 |
| MRK-CHA00178636 | MRK-CHA00179198 | MRK-CHA00180781 | MRK-CHA00181361 |
| MRK-CHA00178638 | MRK-CHA00179374 | MRK-CHA00180782 | MRK-CHA00181362 |
| MRK-CHA00178639 | MRK-CHA00179377 | MRK-CHA00180783 | MRK-CHA00181363 |
| MRK-CHA00178640 | MRK-CHA00179383 | MRK-CHA00180784 | MRK-CHA00181367 |
| MRK-CHA00178642 | MRK-CHA00179393 | MRK-CHA00180785 | MRK-CHA00181372 |
| MRK-CHA00178644 | MRK-CHA00179401 | MRK-CHA00180786 | MRK-CHA00181373 |
| MRK-CHA00178646 | MRK-CHA00179402 | MRK-CHA00180787 | MRK-CHA00181377 |
| MRK-CHA00178650 | MRK-CHA00179406 | MRK-CHA00180789 | MRK-CHA00181385 |
| MRK-CHA00178652 | MRK-CHA00179422 | MRK-CHA00180802 | MRK-CHA00181386 |
| MRK-CHA00178700 | MRK-CHA00179423 | MRK-CHA00180806 | MRK-CHA00181390 |
| MRK-CHA00178702 | MRK-CHA00179424 | MRK-CHA00180807 | MRK-CHA00181428 |
| MRK-CHA00178704 | MRK-CHA00179425 | MRK-CHA00180970 | MRK-CHA00181469 |
| MRK-CHA00178708 | MRK-CHA00179426 | MRK-CHA00180974 | MRK-CHA00181471 |
| MRK-CHA00178710 | MRK-CHA00179427 | MRK-CHA00180975 | MRK-CHA00181496 |
| MRK-CHA00178715 | MRK-CHA00179428 | MRK-CHA00180979 | MRK-CHA00181523 |
| MRK-CHA00178716 | MRK-CHA00179429 | MRK-CHA00180980 | MRK-CHA00181524 |
| MRK-CHA00178720 | MRK-CHA00179430 | MRK-CHA00181043 | MRK-CHA00181525 |
| MRK-CHA00178858 | MRK-CHA00179431 | MRK-CHA00181047 | MRK-CHA00181529 |
| MRK-CHA00178860 | MRK-CHA00179435 | MRK-CHA00181048 | MRK-CHA00181530 |
| MRK-CHA00178861 | MRK-CHA00179437 | MRK-CHA00181050 | MRK-CHA00181531 |
| MRK-CHA00178865 | MRK-CHA00179441 | MRK-CHA00181054 | MRK-CHA00181556 |
| MRK-CHA00178867 | MRK-CHA00179442 | MRK-CHA00181056 | MRK-CHA00181583 |
| MRK-CHA00178868 | MRK-CHA00179454 | MRK-CHA00181058 | MRK-CHA00181608 |
| MRK-CHA00178869 | MRK-CHA00179613 | MRK-CHA00181062 | MRK-CHA00181633 |
| MRK-CHA00178873 | MRK-CHA00179797 | MRK-CHA00181115 | MRK-CHA00181660 |
| MRK-CHA00178878 | MRK-CHA00180252 | MRK-CHA00181141 | MRK-CHA00181687 |
| MRK-CHA00178880 | MRK-CHA00180261 | MRK-CHA00181143 | MRK-CHA00181688 |
| MRK-CHA00178884 | MRK-CHA00180417 | MRK-CHA00181144 | MRK-CHA00181689 |
| MRK-CHA00178886 | MRK-CHA00180443 | MRK-CHA00181145 | MRK-CHA00181690 |
| MRK-CHA00178980 | MRK-CHA00180533 | MRK-CHA00181149 | MRK-CHA00181694 |
| MRK-CHA00179009 | MRK-CHA00180582 | MRK-CHA00181173 | MRK-CHA00181698 |
| MRK-CHA00179017 | MRK-CHA00180584 | MRK-CHA00181197 | MRK-CHA00181738 |
| MRK-CHA00179099 | MRK-CHA00180585 | MRK-CHA00181223 | MRK-CHA00181781 |
| MRK-CHA00179104 | MRK-CHA00180697 | MRK-CHA00181249 | MRK-CHA00181783 |
| MRK-CHA00179133 | MRK-CHA00180707 | MRK-CHA00181251 | MRK-CHA00181784 |
| MRK-CHA00179139 | MRK-CHA00180709 | MRK-CHA00181252 | MRK-CHA00181785 |
| MRK-CHA00179146 | MRK-CHA00180721 | MRK-CHA00181256 | MRK-CHA00181789 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00181814 | MRK-CHA00182226 | MRK-CHA00182631 | MRK-CHA00182992 |
| MRK-CHA00181839 | MRK-CHA00182229 | MRK-CHA00182632 | MRK-CHA00182997 |
| MRK-CHA00181866 | MRK-CHA00182230 | MRK-CHA00182635 | MRK-CHA00183000 |
| MRK-CHA00181893 | MRK-CHA00182232 | MRK-CHA00182637 | MRK-CHA00183005 |
| MRK-CHA00181894 | MRK-CHA00182236 | MRK-CHA00182649 | MRK-CHA00183008 |
| MRK-CHA00181895 | MRK-CHA00182362 | MRK-CHA00182650 | MRK-CHA00183016 |
| MRK-CHA00181899 | MRK-CHA00182363 | MRK-CHA00182653 | MRK-CHA00183019 |
| MRK-CHA00181934 | MRK-CHA00182367 | MRK-CHA00182655 | MRK-CHA00183025 |
| MRK-CHA00181935 | MRK-CHA00182369 | MRK-CHA00182698 | MRK-CHA00183033 |
| MRK-CHA00181939 | MRK-CHA00182371 | MRK-CHA00182699 | MRK-CHA00183041 |
| MRK-CHA00182008 | MRK-CHA00182375 | MRK-CHA00182702 | MRK-CHA00183045 |
| MRK-CHA00182009 | MRK-CHA00182376 | MRK-CHA00182704 | MRK-CHA00183049 |
| MRK-CHA00182013 | MRK-CHA00182380 | MRK-CHA00182705 | MRK-CHA00183088 |
| MRK-CHA00182017 | MRK-CHA00182381 | MRK-CHA00182706 | MRK-CHA00183091 |
| MRK-CHA00182019 | MRK-CHA00182382 | MRK-CHA00182709 | MRK-CHA00183094 |
| MRK-CHA00182021 | MRK-CHA00182384 | MRK-CHA00182711 | MRK-CHA00183096 |
| MRK-CHA00182023 | MRK-CHA00182385 | MRK-CHA00182713 | MRK-CHA00183111 |
| MRK-CHA00182024 | MRK-CHA00182386 | MRK-CHA00182714 | MRK-CHA00183119 |
| MRK-CHA00182025 | MRK-CHA00182390 | MRK-CHA00182717 | MRK-CHA00183124 |
| MRK-CHA00182026 | MRK-CHA00182392 | MRK-CHA00182719 | MRK-CHA00183128 |
| MRK-CHA00182027 | MRK-CHA00182490 | MRK-CHA00182726 | MRK-CHA00183133 |
| MRK-CHA00182028 | MRK-CHA00182494 | MRK-CHA00182727 | MRK-CHA00183138 |
| MRK-CHA00182029 | MRK-CHA00182495 | MRK-CHA00182728 | MRK-CHA00183146 |
| MRK-CHA00182030 | MRK-CHA00182499 | MRK-CHA00182752 | MRK-CHA00183149 |
| MRK-CHA00182031 | MRK-CHA00182500 | MRK-CHA00182753 | MRK-CHA00183157 |
| MRK-CHA00182032 | MRK-CHA00182502 | MRK-CHA00182794 | MRK-CHA00183165 |
| MRK-CHA00182033 | MRK-CHA00182504 | MRK-CHA00182837 | MRK-CHA00183173 |
| MRK-CHA00182034 | MRK-CHA00182511 | MRK-CHA00182839 | MRK-CHA00183174 |
| MRK-CHA00182035 | MRK-CHA00182521 | MRK-CHA00182841 | MRK-CHA00183175 |
| MRK-CHA00182039 | MRK-CHA00182529 | MRK-CHA00182843 | MRK-CHA00183176 |
| MRK-CHA00182040 | MRK-CHA00182539 | MRK-CHA00182846 | MRK-CHA00183177 |
| MRK-CHA00182042 | MRK-CHA00182548 | MRK-CHA00182848 | MRK-CHA00183178 |
| MRK-CHA00182046 | MRK-CHA00182555 | MRK-CHA00182849 | MRK-CHA00183179 |
| MRK-CHA00182110 | MRK-CHA00182564 | MRK-CHA00182850 | MRK-CHA00183180 |
| MRK-CHA00182112 | MRK-CHA00182573 | MRK-CHA00182851 | MRK-CHA00183181 |
| MRK-CHA00182113 | MRK-CHA00182574 | MRK-CHA00182876 | MRK-CHA00183182 |
| MRK-CHA00182117 | MRK-CHA00182577 | MRK-CHA00182901 | MRK-CHA00183183 |
| MRK-CHA00182212 | MRK-CHA00182579 | MRK-CHA00182927 | MRK-CHA00183184 |
| MRK-CHA00182213 | MRK-CHA00182593 | MRK-CHA00182953 | MRK-CHA00183185 |
| MRK-CHA00182215 | MRK-CHA00182616 | MRK-CHA00182967 | MRK-CHA00183186 |
| MRK-CHA00182219 | MRK-CHA00182617 | MRK-CHA00182981 | MRK-CHA00183187 |
| MRK-CHA00182220 | MRK-CHA00182620 | MRK-CHA00182986 | MRK-CHA00183188 |
| MRK-CHA00182224 | MRK-CHA00182622 | MRK-CHA00182990 | MRK-CHA00183189 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00183190 | MRK-CHA00183528 | MRK-CHA00183701 | MRK-CHA00184256 |
| MRK-CHA00183191 | MRK-CHA00183529 | MRK-CHA00183738 | MRK-CHA00184278 |
| MRK-CHA00183192 | MRK-CHA00183530 | MRK-CHA00183777 | MRK-CHA00184279 |
| MRK-CHA00183193 | MRK-CHA00183531 | MRK-CHA00183802 | MRK-CHA00184282 |
| MRK-CHA00183194 | MRK-CHA00183532 | MRK-CHA00183828 | MRK-CHA00184283 |
| MRK-CHA00183195 | MRK-CHA00183533 | MRK-CHA00183829 | MRK-CHA00184286 |
| MRK-CHA00183196 | MRK-CHA00183534 | MRK-CHA00183831 | MRK-CHA00184287 |
| MRK-CHA00183197 | MRK-CHA00183535 | MRK-CHA00183833 | MRK-CHA00184290 |
| MRK-CHA00183198 | MRK-CHA00183536 | MRK-CHA00183836 | MRK-CHA00184294 |
| MRK-CHA00183199 | MRK-CHA00183537 | MRK-CHA00183838 | MRK-CHA00184306 |
| MRK-CHA00183200 | MRK-CHA00183538 | MRK-CHA00183840 | MRK-CHA00184308 |
| MRK-CHA00183201 | MRK-CHA00183539 | MRK-CHA00183867 | MRK-CHA00184309 |
| MRK-CHA00183202 | MRK-CHA00183540 | MRK-CHA00183894 | MRK-CHA00184310 |
| MRK-CHA00183203 | MRK-CHA00183541 | MRK-CHA00183895 | MRK-CHA00184313 |
| MRK-CHA00183221 | MRK-CHA00183542 | MRK-CHA00183897 | MRK-CHA00184314 |
| MRK-CHA00183223 | MRK-CHA00183543 | MRK-CHA00183900 | MRK-CHA00184315 |
| MRK-CHA00183225 | MRK-CHA00183544 | MRK-CHA00183902 | MRK-CHA00184316 |
| MRK-CHA00183233 | MRK-CHA00183545 | MRK-CHA00183904 | MRK-CHA00184317 |
| MRK-CHA00183255 | MRK-CHA00183546 | MRK-CHA00183905 | MRK-CHA00184318 |
| MRK-CHA00183284 | MRK-CHA00183547 | MRK-CHA00183906 | MRK-CHA00184322 |
| MRK-CHA00183286 | MRK-CHA00183548 | MRK-CHA00183909 | MRK-CHA00184323 |
| MRK-CHA00183306 | MRK-CHA00183549 | MRK-CHA00183911 | MRK-CHA00184324 |
| MRK-CHA00183335 | MRK-CHA00183550 | MRK-CHA00184060 | MRK-CHA00184325 |
| MRK-CHA00183337 | MRK-CHA00183551 | MRK-CHA00184087 | MRK-CHA00184326 |
| MRK-CHA00183344 | MRK-CHA00183552 | MRK-CHA00184114 | MRK-CHA00184547 |
| MRK-CHA00183347 | MRK-CHA00183553 | MRK-CHA00184115 | MRK-CHA00184548 |
| MRK-CHA00183357 | MRK-CHA00183554 | MRK-CHA00184117 | MRK-CHA00184551 |
| MRK-CHA00183366 | MRK-CHA00183555 | MRK-CHA00184120 | MRK-CHA00184552 |
| MRK-CHA00183374 | MRK-CHA00183556 | MRK-CHA00184122 | MRK-CHA00184556 |
| MRK-CHA00183384 | MRK-CHA00183557 | MRK-CHA00184123 | MRK-CHA00184560 |
| MRK-CHA00183386 | MRK-CHA00183559 | MRK-CHA00184148 | MRK-CHA00184566 |
| MRK-CHA00183412 | MRK-CHA00183562 | MRK-CHA00184175 | MRK-CHA00184567 |
| MRK-CHA00183426 | MRK-CHA00183564 | MRK-CHA00184200 | MRK-CHA00184571 |
| MRK-CHA00183437 | MRK-CHA00183588 | MRK-CHA00184227 | MRK-CHA00184573 |
| MRK-CHA00183447 | MRK-CHA00183613 | MRK-CHA00184228 | MRK-CHA00184574 |
| MRK-CHA00183456 | MRK-CHA00183639 | MRK-CHA00184229 | MRK-CHA00184575 |
| MRK-CHA00183462 | MRK-CHA00183664 | MRK-CHA00184231 | MRK-CHA00184577 |
| MRK-CHA00183467 | MRK-CHA00183690 | MRK-CHA00184234 | MRK-CHA00184578 |
| MRK-CHA00183475 | MRK-CHA00183691 | MRK-CHA00184235 | MRK-CHA00184579 |
| MRK-CHA00183482 | MRK-CHA00183693 | MRK-CHA00184236 | MRK-CHA00184588 |
| MRK-CHA00183495 | MRK-CHA00183695 | MRK-CHA00184237 | MRK-CHA00184599 |
| MRK-CHA00183504 | MRK-CHA00183698 | MRK-CHA00184247 | MRK-CHA00184600 |
| MRK-CHA00183517 | MRK-CHA00183700 | MRK-CHA00184248 | MRK-CHA00184607 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA00184609 | MRK-CHA00184803 | MRK-CHA01619065 | MRK-CHA01619123 |
| MRK-CHA00184611 | MRK-CHA00184806 | MRK-CHA01619066 | MRK-CHA01619124 |
| MRK-CHA00184613 | MRK-CHA00184807 | MRK-CHA01619068 | MRK-CHA01619127 |
| MRK-CHA00184615 | MRK-CHA00184808 | MRK-CHA01619071 | MRK-CHA01619128 |
| MRK-CHA00184640 | MRK-CHA00184810 | MRK-CHA01619072 | MRK-CHA01619131 |
| MRK-CHA00184644 | MRK-CHA00184811 | MRK-CHA01619073 | MRK-CHA01619132 |
| MRK-CHA00184646 | MRK-CHA00184813 | MRK-CHA01619074 | MRK-CHA01619135 |
| MRK-CHA00184648 | MRK-CHA00184815 | MRK-CHA01619075 | MRK-CHA01619136 |
| MRK-CHA00184663 | MRK-CHA00184869 | MRK-CHA01619076 | MRK-CHA01619138 |
| MRK-CHA00184664 | MRK-CHA00184870 | MRK-CHA01619078 | MRK-CHA01619139 |
| MRK-CHA00184665 | MRK-CHA00184872 | MRK-CHA01619079 | MRK-CHA01619141 |
| MRK-CHA00184666 | MRK-CHA00184874 | MRK-CHA01619080 | MRK-CHA01619142 |
| MRK-CHA00184668 | MRK-CHA00184876 | MRK-CHA01619081 | MRK-CHA01619144 |
| MRK-CHA00184670 | MRK-CHA00184903 | MRK-CHA01619083 | MRK-CHA01619145 |
| MRK-CHA00184672 | MRK-CHA00184905 | MRK-CHA01619084 | MRK-CHA01619147 |
| MRK-CHA00184674 | MRK-CHA00184959 | MRK-CHA01619086 | MRK-CHA01619148 |
| MRK-CHA00184701 | MRK-CHA00184971 | MRK-CHA01619087 | MRK-CHA01619150 |
| MRK-CHA00184702 | MRK-CHA00184973 | MRK-CHA01619088 | MRK-CHA01619151 |
| MRK-CHA00184704 | MRK-CHA00184975 | MRK-CHA01619089 | MRK-CHA01619153 |
| MRK-CHA00184706 | MRK-CHA01619022 | MRK-CHA01619091 | MRK-CHA01619154 |
| MRK-CHA00184708 | MRK-CHA01619023 | MRK-CHA01619092 | MRK-CHA01619156 |
| MRK-CHA00184710 | MRK-CHA01619024 | MRK-CHA01619093 | MRK-CHA01619157 |
| MRK-CHA00184711 | MRK-CHA01619025 | MRK-CHA01619094 | MRK-CHA01619158 |
| MRK-CHA00184713 | MRK-CHA01619027 | MRK-CHA01619096 | MRK-CHA01619159 |
| MRK-CHA00184714 | MRK-CHA01619029 | MRK-CHA01619097 | MRK-CHA01619160 |
| MRK-CHA00184716 | MRK-CHA01619030 | MRK-CHA01619099 | MRK-CHA01619161 |
| MRK-CHA00184718 | MRK-CHA01619031 | MRK-CHA01619100 | MRK-CHA01619163 |
| MRK-CHA00184721 | MRK-CHA01619032 | MRK-CHA01619102 | MRK-CHA01619164 |
| MRK-CHA00184722 | MRK-CHA01619034 | MRK-CHA01619103 | MRK-CHA01619166 |
| MRK-CHA00184723 | MRK-CHA01619036 | MRK-CHA01619105 | MRK-CHA01619167 |
| MRK-CHA00184726 | MRK-CHA01619040 | MRK-CHA01619106 | MRK-CHA01619168 |
| MRK-CHA00184729 | MRK-CHA01619041 | MRK-CHA01619107 | MRK-CHA01619169 |
| MRK-CHA00184784 | MRK-CHA01619043 | MRK-CHA01619108 | MRK-CHA01619171 |
| MRK-CHA00184785 | MRK-CHA01619044 | MRK-CHA01619109 | MRK-CHA01619172 |
| MRK-CHA00184788 | MRK-CHA01619045 | MRK-CHA01619110 | MRK-CHA01619175 |
| MRK-CHA00184789 | MRK-CHA01619046 | MRK-CHA01619111 | MRK-CHA01619176 |
| MRK-CHA00184791 | MRK-CHA01619048 | MRK-CHA01619112 | MRK-CHA01619179 |
| MRK-CHA00184793 | MRK-CHA01619049 | MRK-CHA01619114 | MRK-CHA01619180 |
| MRK-CHA00184795 | MRK-CHA01619050 | MRK-CHA01619115 | MRK-CHA01619182 |
| MRK-CHA00184796 | MRK-CHA01619051 | MRK-CHA01619117 | MRK-CHA01619183 |
| MRK-CHA00184797 | MRK-CHA01619052 | MRK-CHA01619118 | MRK-CHA01619184 |
| MRK-CHA00184801 | MRK-CHA01619053 | MRK-CHA01619120 | MRK-CHA01619185 |
| MRK-CHA00184802 | MRK-CHA01619059 | MRK-CHA01619121 | MRK-CHA01619186 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01619187 | MRK-CHA01619304 | MRK-CHA01619377 | MRK-CHA01619532 |
| MRK-CHA01619188 | MRK-CHA01619305 | MRK-CHA01619378 | MRK-CHA01619533 |
| MRK-CHA01619189 | MRK-CHA01619306 | MRK-CHA01619379 | MRK-CHA01619566 |
| MRK-CHA01619190 | MRK-CHA01619307 | MRK-CHA01619382 | MRK-CHA01619567 |
| MRK-CHA01619191 | MRK-CHA01619308 | MRK-CHA01619384 | MRK-CHA01619568 |
| MRK-CHA01619204 | MRK-CHA01619311 | MRK-CHA01619386 | MRK-CHA01619571 |
| MRK-CHA01619205 | MRK-CHA01619314 | MRK-CHA01619388 | MRK-CHA01619607 |
| MRK-CHA01619206 | MRK-CHA01619315 | MRK-CHA01619390 | MRK-CHA01619609 |
| MRK-CHA01619207 | MRK-CHA01619316 | MRK-CHA01619391 | MRK-CHA01619611 |
| MRK-CHA01619208 | MRK-CHA01619317 | MRK-CHA01619393 | MRK-CHA01619615 |
| MRK-CHA01619210 | MRK-CHA01619318 | MRK-CHA01619395 | MRK-CHA01619616 |
| MRK-CHA01619213 | MRK-CHA01619319 | MRK-CHA01619396 | MRK-CHA01619618 |
| MRK-CHA01619214 | MRK-CHA01619320 | MRK-CHA01619397 | MRK-CHA01619621 |
| MRK-CHA01619215 | MRK-CHA01619323 | MRK-CHA01619400 | MRK-CHA01619630 |
| MRK-CHA01619217 | MRK-CHA01619324 | MRK-CHA01619408 | MRK-CHA01619631 |
| MRK-CHA01619220 | MRK-CHA01619331 | MRK-CHA01619409 | MRK-CHA01619636 |
| MRK-CHA01619221 | MRK-CHA01619335 | MRK-CHA01619411 | MRK-CHA01619637 |
| MRK-CHA01619222 | MRK-CHA01619336 | MRK-CHA01619414 | MRK-CHA01619646 |
| MRK-CHA01619225 | MRK-CHA01619337 | MRK-CHA01619415 | MRK-CHA01619647 |
| MRK-CHA01619228 | MRK-CHA01619338 | MRK-CHA01619417 | MRK-CHA01619654 |
| MRK-CHA01619232 | MRK-CHA01619339 | MRK-CHA01619420 | MRK-CHA01619658 |
| MRK-CHA01619234 | MRK-CHA01619340 | MRK-CHA01619421 | MRK-CHA01619659 |
| MRK-CHA01619235 | MRK-CHA01619341 | MRK-CHA01619423 | MRK-CHA01619660 |
| MRK-CHA01619240 | MRK-CHA01619342 | MRK-CHA01619424 | MRK-CHA01619692 |
| MRK-CHA01619252 | MRK-CHA01619345 | MRK-CHA01619425 | MRK-CHA01619693 |
| MRK-CHA01619255 | MRK-CHA01619346 | MRK-CHA01619426 | MRK-CHA01619694 |
| MRK-CHA01619266 | MRK-CHA01619347 | MRK-CHA01619430 | MRK-CHA01619697 |
| MRK-CHA01619268 | MRK-CHA01619348 | MRK-CHA01619431 | MRK-CHA01619703 |
| MRK-CHA01619269 | MRK-CHA01619350 | MRK-CHA01619432 | MRK-CHA01619706 |
| MRK-CHA01619279 | MRK-CHA01619351 | MRK-CHA01619444 | MRK-CHA01619707 |
| MRK-CHA01619285 | MRK-CHA01619353 | MRK-CHA01619445 | MRK-CHA01619708 |
| MRK-CHA01619286 | MRK-CHA01619356 | MRK-CHA01619494 | MRK-CHA01619709 |
| MRK-CHA01619287 | MRK-CHA01619358 | MRK-CHA01619504 | MRK-CHA01619712 |
| MRK-CHA01619288 | MRK-CHA01619359 | MRK-CHA01619515 | MRK-CHA01619713 |
| MRK-CHA01619290 | MRK-CHA01619361 | MRK-CHA01619516 | MRK-CHA01619714 |
| MRK-CHA01619291 | MRK-CHA01619362 | MRK-CHA01619518 | MRK-CHA01619715 |
| MRK-CHA01619293 | MRK-CHA01619363 | MRK-CHA01619520 | MRK-CHA01619719 |
| MRK-CHA01619294 | MRK-CHA01619364 | MRK-CHA01619522 | MRK-CHA01619720 |
| MRK-CHA01619295 | MRK-CHA01619365 | MRK-CHA01619525 | MRK-CHA01619721 |
| MRK-CHA01619296 | MRK-CHA01619366 | MRK-CHA01619526 | MRK-CHA01619722 |
| MRK-CHA01619298 | MRK-CHA01619368 | MRK-CHA01619527 | MRK-CHA01619723 |
| MRK-CHA01619302 | MRK-CHA01619370 | MRK-CHA01619528 | MRK-CHA01619724 |
| MRK-CHA01619303 | MRK-CHA01619371 | MRK-CHA01619529 | MRK-CHA01619725 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01619726 | MRK-CHA01619979 | MRK-CHA01620288 | MRK-CHA01620577 |
| MRK-CHA01619727 | MRK-CHA01619980 | MRK-CHA01620296 | MRK-CHA01620578 |
| MRK-CHA01619728 | MRK-CHA01620026 | MRK-CHA01620297 | MRK-CHA01620579 |
| MRK-CHA01619729 | MRK-CHA01620027 | MRK-CHA01620304 | MRK-CHA01620581 |
| MRK-CHA01619730 | MRK-CHA01620034 | MRK-CHA01620305 | MRK-CHA01620599 |
| MRK-CHA01619731 | MRK-CHA01620035 | MRK-CHA01620317 | MRK-CHA01620601 |
| MRK-CHA01619732 | MRK-CHA01620062 | MRK-CHA01620318 | MRK-CHA01620604 |
| MRK-CHA01619742 | MRK-CHA01620063 | MRK-CHA01620325 | MRK-CHA01620612 |
| MRK-CHA01619743 | MRK-CHA01620064 | MRK-CHA01620326 | MRK-CHA01620613 |
| MRK-CHA01619745 | MRK-CHA01620065 | MRK-CHA01620344 | MRK-CHA01620615 |
| MRK-CHA01619746 | MRK-CHA01620066 | MRK-CHA01620345 | MRK-CHA01620637 |
| MRK-CHA01619780 | MRK-CHA01620067 | MRK-CHA01620347 | MRK-CHA01620647 |
| MRK-CHA01619781 | MRK-CHA01620068 | MRK-CHA01620350 | MRK-CHA01620648 |
| MRK-CHA01619834 | MRK-CHA01620069 | MRK-CHA01620351 | MRK-CHA01620650 |
| MRK-CHA01619835 | MRK-CHA01620076 | MRK-CHA01620354 | MRK-CHA01620667 |
| MRK-CHA01619888 | MRK-CHA01620077 | MRK-CHA01620355 | MRK-CHA01620675 |
| MRK-CHA01619891 | MRK-CHA01620083 | MRK-CHA01620377 | MRK-CHA01620676 |
| MRK-CHA01619894 | MRK-CHA01620084 | MRK-CHA01620378 | MRK-CHA01620678 |
| MRK-CHA01619895 | MRK-CHA01620089 | MRK-CHA01620380 | MRK-CHA01620686 |
| MRK-CHA01619896 | MRK-CHA01620090 | MRK-CHA01620381 | MRK-CHA01620689 |
| MRK-CHA01619897 | MRK-CHA01620094 | MRK-CHA01620490 | MRK-CHA01620692 |
| MRK-CHA01619901 | MRK-CHA01620095 | MRK-CHA01620491 | MRK-CHA01620701 |
| MRK-CHA01619902 | MRK-CHA01620099 | MRK-CHA01620493 | MRK-CHA01620702 |
| MRK-CHA01619913 | MRK-CHA01620100 | MRK-CHA01620495 | MRK-CHA01620703 |
| MRK-CHA01619914 | MRK-CHA01620108 | MRK-CHA01620497 | MRK-CHA01620705 |
| MRK-CHA01619915 | MRK-CHA01620109 | MRK-CHA01620500 | MRK-CHA01620707 |
| MRK-CHA01619916 | MRK-CHA01620116 | MRK-CHA01620501 | MRK-CHA01620712 |
| MRK-CHA01619918 | MRK-CHA01620117 | MRK-CHA01620503 | MRK-CHA01620713 |
| MRK-CHA01619919 | MRK-CHA01620127 | MRK-CHA01620506 | MRK-CHA01620714 |
| MRK-CHA01619920 | MRK-CHA01620128 | MRK-CHA01620513 | MRK-CHA01620716 |
| MRK-CHA01619921 | MRK-CHA01620130 | MRK-CHA01620515 | MRK-CHA01620721 |
| MRK-CHA01619964 | MRK-CHA01620131 | MRK-CHA01620517 | MRK-CHA01620728 |
| MRK-CHA01619965 | MRK-CHA01620133 | MRK-CHA01620518 | MRK-CHA01620729 |
| MRK-CHA01619968 | MRK-CHA01620134 | MRK-CHA01620531 | MRK-CHA01620731 |
| MRK-CHA01619969 | MRK-CHA01620141 | MRK-CHA01620539 | MRK-CHA01620735 |
| MRK-CHA01619970 | MRK-CHA01620142 | MRK-CHA01620540 | MRK-CHA01620741 |
| MRK-CHA01619971 | MRK-CHA01620249 | MRK-CHA01620541 | MRK-CHA01620742 |
| MRK-CHA01619972 | MRK-CHA01620250 | MRK-CHA01620543 | MRK-CHA01620743 |
| MRK-CHA01619973 | MRK-CHA01620259 | MRK-CHA01620544 | MRK-CHA01620745 |
| MRK-CHA01619975 | MRK-CHA01620260 | MRK-CHA01620565 | MRK-CHA01620746 |
| MRK-CHA01619976 | MRK-CHA01620266 | MRK-CHA01620566 | MRK-CHA01620765 |
| MRK-CHA01619977 | MRK-CHA01620267 | MRK-CHA01620568 | MRK-CHA01620768 |
| MRK-CHA01619978 | MRK-CHA01620287 | MRK-CHA01620571 | MRK-CHA01620771 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01620779 | MRK-CHA01621046 | MRK-CHA01621400 | MRK-CHA01621514 |
| MRK-CHA01620781 | MRK-CHA01621053 | MRK-CHA01621402 | MRK-CHA01621515 |
| MRK-CHA01620783 | MRK-CHA01621054 | MRK-CHA01621405 | MRK-CHA01621516 |
| MRK-CHA01620786 | MRK-CHA01621055 | MRK-CHA01621415 | MRK-CHA01621518 |
| MRK-CHA01620792 | MRK-CHA01621056 | MRK-CHA01621417 | MRK-CHA01621521 |
| MRK-CHA01620794 | MRK-CHA01621058 | MRK-CHA01621421 | MRK-CHA01621609 |
| MRK-CHA01620795 | MRK-CHA01621059 | MRK-CHA01621423 | MRK-CHA01621610 |
| MRK-CHA01620797 | MRK-CHA01621064 | MRK-CHA01621426 | MRK-CHA01621611 |
| MRK-CHA01620811 | MRK-CHA01621066 | MRK-CHA01621429 | MRK-CHA01621612 |
| MRK-CHA01620821 | MRK-CHA01621075 | MRK-CHA01621431 | MRK-CHA01621614 |
| MRK-CHA01620822 | MRK-CHA01621077 | MRK-CHA01621433 | MRK-CHA01621616 |
| MRK-CHA01620824 | MRK-CHA01621079 | MRK-CHA01621436 | MRK-CHA01621617 |
| MRK-CHA01620826 | MRK-CHA01621117 | MRK-CHA01621437 | MRK-CHA01621620 |
| MRK-CHA01620856 | MRK-CHA01621125 | MRK-CHA01621443 | MRK-CHA01621621 |
| MRK-CHA01620862 | MRK-CHA01621126 | MRK-CHA01621444 | MRK-CHA01621622 |
| MRK-CHA01620863 | MRK-CHA01621128 | MRK-CHA01621449 | MRK-CHA01621624 |
| MRK-CHA01620864 | MRK-CHA01621156 | MRK-CHA01621450 | MRK-CHA01621625 |
| MRK-CHA01620866 | MRK-CHA01621158 | MRK-CHA01621451 | MRK-CHA01621627 |
| MRK-CHA01620874 | MRK-CHA01621161 | MRK-CHA01621452 | MRK-CHA01621628 |
| MRK-CHA01620896 | MRK-CHA01621169 | MRK-CHA01621453 | MRK-CHA01621629 |
| MRK-CHA01620902 | MRK-CHA01621171 | MRK-CHA01621454 | MRK-CHA01621631 |
| MRK-CHA01620903 | MRK-CHA01621173 | MRK-CHA01621456 | MRK-CHA01621633 |
| MRK-CHA01620905 | MRK-CHA01621196 | MRK-CHA01621458 | MRK-CHA01621634 |
| MRK-CHA01620926 | MRK-CHA01621198 | MRK-CHA01621460 | MRK-CHA01621635 |
| MRK-CHA01620927 | MRK-CHA01621201 | MRK-CHA01621463 | MRK-CHA01621636 |
| MRK-CHA01620929 | MRK-CHA01621209 | MRK-CHA01621468 | MRK-CHA01621637 |
| MRK-CHA01620932 | MRK-CHA01621211 | MRK-CHA01621474 | MRK-CHA01621638 |
| MRK-CHA01620939 | MRK-CHA01621213 | MRK-CHA01621475 | MRK-CHA01621639 |
| MRK-CHA01620940 | MRK-CHA01621231 | MRK-CHA01621477 | MRK-CHA01621641 |
| MRK-CHA01620941 | MRK-CHA01621243 | MRK-CHA01621479 | MRK-CHA01621643 |
| MRK-CHA01620942 | MRK-CHA01621256 | MRK-CHA01621481 | MRK-CHA01621645 |
| MRK-CHA01620945 | MRK-CHA01621262 | MRK-CHA01621483 | MRK-CHA01621646 |
| MRK-CHA01620950 | MRK-CHA01621291 | MRK-CHA01621485 | MRK-CHA01621647 |
| MRK-CHA01620959 | MRK-CHA01621293 | MRK-CHA01621487 | MRK-CHA01621649 |
| MRK-CHA01620961 | MRK-CHA01621295 | MRK-CHA01621489 | MRK-CHA01621651 |
| MRK-CHA01620963 | MRK-CHA01621298 | MRK-CHA01621491 | MRK-CHA01621652 |
| MRK-CHA01621001 | MRK-CHA01621386 | MRK-CHA01621494 | MRK-CHA01621654 |
| MRK-CHA01621009 | MRK-CHA01621387 | MRK-CHA01621497 | MRK-CHA01621656 |
| MRK-CHA01621010 | MRK-CHA01621389 | MRK-CHA01621498 | MRK-CHA01621658 |
| MRK-CHA01621012 | MRK-CHA01621392 | MRK-CHA01621500 | MRK-CHA01621660 |
| MRK-CHA01621040 | MRK-CHA01621394 | MRK-CHA01621501 | MRK-CHA01621662 |
| MRK-CHA01621042 | MRK-CHA01621396 | MRK-CHA01621503 | MRK-CHA01621664 |
| MRK-CHA01621043 | MRK-CHA01621398 | MRK-CHA01621506 | MRK-CHA01621665 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01621666 | MRK-CHA01621781 | MRK-CHA01621881 | MRK-CHA01621982 |
| MRK-CHA01621668 | MRK-CHA01621784 | MRK-CHA01621886 | MRK-CHA01621985 |
| MRK-CHA01621669 | MRK-CHA01621785 | MRK-CHA01621887 | MRK-CHA01621986 |
| MRK-CHA01621671 | MRK-CHA01621786 | MRK-CHA01621888 | MRK-CHA01621988 |
| MRK-CHA01621672 | MRK-CHA01621788 | MRK-CHA01621889 | MRK-CHA01621989 |
| MRK-CHA01621673 | MRK-CHA01621790 | MRK-CHA01621891 | MRK-CHA01621991 |
| MRK-CHA01621675 | MRK-CHA01621791 | MRK-CHA01621892 | MRK-CHA01621992 |
| MRK-CHA01621676 | MRK-CHA01621793 | MRK-CHA01621893 | MRK-CHA01621993 |
| MRK-CHA01621677 | MRK-CHA01621794 | MRK-CHA01621894 | MRK-CHA01621994 |
| MRK-CHA01621679 | MRK-CHA01621795 | MRK-CHA01621895 | MRK-CHA01621995 |
| MRK-CHA01621681 | MRK-CHA01621796 | MRK-CHA01621896 | MRK-CHA01621996 |
| MRK-CHA01621682 | MRK-CHA01621802 | MRK-CHA01621897 | MRK-CHA01621997 |
| MRK-CHA01621683 | MRK-CHA01621803 | MRK-CHA01621899 | MRK-CHA01621998 |
| MRK-CHA01621685 | MRK-CHA01621804 | MRK-CHA01621900 | MRK-CHA01622001 |
| MRK-CHA01621690 | MRK-CHA01621805 | MRK-CHA01621909 | MRK-CHA01622002 |
| MRK-CHA01621691 | MRK-CHA01621806 | MRK-CHA01621910 | MRK-CHA01622003 |
| MRK-CHA01621692 | MRK-CHA01621808 | MRK-CHA01621912 | MRK-CHA01622004 |
| MRK-CHA01621693 | MRK-CHA01621809 | MRK-CHA01621913 | MRK-CHA01622005 |
| MRK-CHA01621694 | MRK-CHA01621811 | MRK-CHA01621915 | MRK-CHA01622007 |
| MRK-CHA01621696 | MRK-CHA01621814 | MRK-CHA01621916 | MRK-CHA01622008 |
| MRK-CHA01621697 | MRK-CHA01621815 | MRK-CHA01621919 | MRK-CHA01622013 |
| MRK-CHA01621698 | MRK-CHA01621817 | MRK-CHA01621920 | MRK-CHA01622014 |
| MRK-CHA01621699 | MRK-CHA01621818 | MRK-CHA01621921 | MRK-CHA01622019 |
| MRK-CHA01621700 | MRK-CHA01621819 | MRK-CHA01621922 | MRK-CHA01622020 |
| MRK-CHA01621701 | MRK-CHA01621820 | MRK-CHA01621923 | MRK-CHA01622026 |
| MRK-CHA01621702 | MRK-CHA01621821 | MRK-CHA01621924 | MRK-CHA01622027 |
| MRK-CHA01621703 | MRK-CHA01621822 | MRK-CHA01621925 | MRK-CHA01622028 |
| MRK-CHA01621704 | MRK-CHA01621823 | MRK-CHA01621927 | MRK-CHA01622029 |
| MRK-CHA01621724 | MRK-CHA01621825 | MRK-CHA01621928 | MRK-CHA01622030 |
| MRK-CHA01621725 | MRK-CHA01621826 | MRK-CHA01621929 | MRK-CHA01622031 |
| MRK-CHA01621726 | MRK-CHA01621827 | MRK-CHA01621931 | MRK-CHA01622032 |
| MRK-CHA01621746 | MRK-CHA01621847 | MRK-CHA01621932 | MRK-CHA01622033 |
| MRK-CHA01621747 | MRK-CHA01621848 | MRK-CHA01621934 | MRK-CHA01622035 |
| MRK-CHA01621748 | MRK-CHA01621849 | MRK-CHA01621935 | MRK-CHA01622037 |
| MRK-CHA01621749 | MRK-CHA01621864 | MRK-CHA01621936 | MRK-CHA01622038 |
| MRK-CHA01621750 | MRK-CHA01621867 | MRK-CHA01621937 | MRK-CHA01622039 |
| MRK-CHA01621751 | MRK-CHA01621868 | MRK-CHA01621938 | MRK-CHA01622040 |
| MRK-CHA01621771 | MRK-CHA01621869 | MRK-CHA01621939 | MRK-CHA01622041 |
| MRK-CHA01621772 | MRK-CHA01621871 | MRK-CHA01621940 | MRK-CHA01622044 |
| MRK-CHA01621775 | MRK-CHA01621872 | MRK-CHA01621960 | MRK-CHA01622045 |
| MRK-CHA01621778 | MRK-CHA01621873 | MRK-CHA01621961 | MRK-CHA01622046 |
| MRK-CHA01621779 | MRK-CHA01621874 | MRK-CHA01621980 | MRK-CHA01622047 |
| MRK-CHA01621780 | MRK-CHA01621880 | MRK-CHA01621981 | MRK-CHA01622048 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01622049 | MRK-CHA01622109 | MRK-CHA01622332 | MRK-CHA01622554 |
| MRK-CHA01622050 | MRK-CHA01622110 | MRK-CHA01622334 | MRK-CHA01622556 |
| MRK-CHA01622051 | MRK-CHA01622111 | MRK-CHA01622335 | MRK-CHA01622557 |
| MRK-CHA01622052 | MRK-CHA01622112 | MRK-CHA01622336 | MRK-CHA01622559 |
| MRK-CHA01622053 | MRK-CHA01622113 | MRK-CHA01622337 | MRK-CHA01622600 |
| MRK-CHA01622054 | MRK-CHA01622116 | MRK-CHA01622338 | MRK-CHA01622602 |
| MRK-CHA01622055 | MRK-CHA01622117 | MRK-CHA01622339 | MRK-CHA01622603 |
| MRK-CHA01622056 | MRK-CHA01622118 | MRK-CHA01622340 | MRK-CHA01622604 |
| MRK-CHA01622063 | MRK-CHA01622120 | MRK-CHA01622341 | MRK-CHA01622605 |
| MRK-CHA01622065 | MRK-CHA01622121 | MRK-CHA01622343 | MRK-CHA01622609 |
| MRK-CHA01622066 | MRK-CHA01622123 | MRK-CHA01622344 | MRK-CHA01622610 |
| MRK-CHA01622067 | MRK-CHA01622124 | MRK-CHA01622345 | MRK-CHA01622614 |
| MRK-CHA01622068 | MRK-CHA01622125 | MRK-CHA01622346 | MRK-CHA01622615 |
| MRK-CHA01622069 | MRK-CHA01622126 | MRK-CHA01622349 | MRK-CHA01622619 |
| MRK-CHA01622070 | MRK-CHA01622148 | MRK-CHA01622358 | MRK-CHA01622620 |
| MRK-CHA01622072 | MRK-CHA01622149 | MRK-CHA01622359 | MRK-CHA01622621 |
| MRK-CHA01622073 | MRK-CHA01622150 | MRK-CHA01622362 | MRK-CHA01622623 |
| MRK-CHA01622074 | MRK-CHA01622151 | MRK-CHA01622371 | MRK-CHA01622624 |
| MRK-CHA01622075 | MRK-CHA01622152 | MRK-CHA01622372 | MRK-CHA01622625 |
| MRK-CHA01622079 | MRK-CHA01622153 | MRK-CHA01622375 | MRK-CHA01622626 |
| MRK-CHA01622080 | MRK-CHA01622154 | MRK-CHA01622378 | MRK-CHA01622651 |
| MRK-CHA01622082 | MRK-CHA01622155 | MRK-CHA01622389 | MRK-CHA01622652 |
| MRK-CHA01622084 | MRK-CHA01622157 | MRK-CHA01622390 | MRK-CHA01622654 |
| MRK-CHA01622088 | MRK-CHA01622164 | MRK-CHA01622403 | MRK-CHA01622679 |
| MRK-CHA01622089 | MRK-CHA01622166 | MRK-CHA01622404 | MRK-CHA01622680 |
| MRK-CHA01622090 | MRK-CHA01622167 | MRK-CHA01622422 | MRK-CHA01622681 |
| MRK-CHA01622091 | MRK-CHA01622168 | MRK-CHA01622423 | MRK-CHA01622710 |
| MRK-CHA01622092 | MRK-CHA01622169 | MRK-CHA01622428 | MRK-CHA01622711 |
| MRK-CHA01622093 | MRK-CHA01622170 | MRK-CHA01622429 | MRK-CHA01622713 |
| MRK-CHA01622094 | MRK-CHA01622171 | MRK-CHA01622436 | MRK-CHA01622714 |
| MRK-CHA01622095 | MRK-CHA01622172 | MRK-CHA01622437 | MRK-CHA01622715 |
| MRK-CHA01622097 | MRK-CHA01622173 | MRK-CHA01622438 | MRK-CHA01622755 |
| MRK-CHA01622098 | MRK-CHA01622175 | MRK-CHA01622440 | MRK-CHA01622756 |
| MRK-CHA01622099 | MRK-CHA01622198 | MRK-CHA01622442 | MRK-CHA01622760 |
| MRK-CHA01622100 | MRK-CHA01622221 | MRK-CHA01622462 | MRK-CHA01622761 |
| MRK-CHA01622101 | MRK-CHA01622246 | MRK-CHA01622463 | MRK-CHA01622762 |
| MRK-CHA01622102 | MRK-CHA01622248 | MRK-CHA01622466 | MRK-CHA01622766 |
| MRK-CHA01622103 | MRK-CHA01622272 | MRK-CHA01622467 | MRK-CHA01622771 |
| MRK-CHA01622104 | MRK-CHA01622286 | MRK-CHA01622468 | MRK-CHA01622777 |
| MRK-CHA01622105 | MRK-CHA01622297 | MRK-CHA01622473 | MRK-CHA01622778 |
| MRK-CHA01622106 | MRK-CHA01622298 | MRK-CHA01622523 | MRK-CHA01622780 |
| MRK-CHA01622107 | MRK-CHA01622300 | MRK-CHA01622552 | MRK-CHA01622781 |
| MRK-CHA01622108 | MRK-CHA01622331 | MRK-CHA01622553 | MRK-CHA01622782 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01622784 | MRK-CHA01622947 | MRK-CHA01623144 | MRK-CHA01623321 |
| MRK-CHA01622786 | MRK-CHA01622970 | MRK-CHA01623145 | MRK-CHA01623322 |
| MRK-CHA01622790 | MRK-CHA01622971 | MRK-CHA01623156 | MRK-CHA01623324 |
| MRK-CHA01622791 | MRK-CHA01622972 | MRK-CHA01623157 | MRK-CHA01623327 |
| MRK-CHA01622792 | MRK-CHA01622973 | MRK-CHA01623164 | MRK-CHA01623336 |
| MRK-CHA01622812 | MRK-CHA01622976 | MRK-CHA01623165 | MRK-CHA01623341 |
| MRK-CHA01622814 | MRK-CHA01622977 | MRK-CHA01623175 | MRK-CHA01623342 |
| MRK-CHA01622815 | MRK-CHA01622980 | MRK-CHA01623179 | MRK-CHA01623344 |
| MRK-CHA01622816 | MRK-CHA01622981 | MRK-CHA01623180 | MRK-CHA01623345 |
| MRK-CHA01622819 | MRK-CHA01622995 | MRK-CHA01623184 | MRK-CHA01623347 |
| MRK-CHA01622820 | MRK-CHA01622996 | MRK-CHA01623185 | MRK-CHA01623348 |
| MRK-CHA01622825 | MRK-CHA01623036 | MRK-CHA01623186 | MRK-CHA01623349 |
| MRK-CHA01622826 | MRK-CHA01623037 | MRK-CHA01623198 | MRK-CHA01623350 |
| MRK-CHA01622827 | MRK-CHA01623039 | MRK-CHA01623199 | MRK-CHA01623351 |
| MRK-CHA01622828 | MRK-CHA01623040 | MRK-CHA01623202 | MRK-CHA01623352 |
| MRK-CHA01622829 | MRK-CHA01623044 | MRK-CHA01623203 | MRK-CHA01623353 |
| MRK-CHA01622830 | MRK-CHA01623045 | MRK-CHA01623227 | MRK-CHA01623354 |
| MRK-CHA01622831 | MRK-CHA01623047 | MRK-CHA01623228 | MRK-CHA01623355 |
| MRK-CHA01622832 | MRK-CHA01623048 | MRK-CHA01623229 | MRK-CHA01623356 |
| MRK-CHA01622833 | MRK-CHA01623050 | MRK-CHA01623230 | MRK-CHA01623357 |
| MRK-CHA01622834 | MRK-CHA01623051 | MRK-CHA01623241 | MRK-CHA01623358 |
| MRK-CHA01622837 | MRK-CHA01623052 | MRK-CHA01623242 | MRK-CHA01623359 |
| MRK-CHA01622839 | MRK-CHA01623053 | MRK-CHA01623249 | MRK-CHA01623360 |
| MRK-CHA01622859 | MRK-CHA01623054 | MRK-CHA01623250 | MRK-CHA01623361 |
| MRK-CHA01622860 | MRK-CHA01623055 | MRK-CHA01623260 | MRK-CHA01623363 |
| MRK-CHA01622862 | MRK-CHA01623061 | MRK-CHA01623261 | MRK-CHA01623364 |
| MRK-CHA01622865 | MRK-CHA01623062 | MRK-CHA01623264 | MRK-CHA01623384 |
| MRK-CHA01622868 | MRK-CHA01623069 | MRK-CHA01623265 | MRK-CHA01623385 |
| MRK-CHA01622869 | MRK-CHA01623070 | MRK-CHA01623269 | MRK-CHA01623387 |
| MRK-CHA01622870 | MRK-CHA01623071 | MRK-CHA01623270 | MRK-CHA01623388 |
| MRK-CHA01622872 | MRK-CHA01623072 | MRK-CHA01623271 | MRK-CHA01623389 |
| MRK-CHA01622873 | MRK-CHA01623075 | MRK-CHA01623274 | MRK-CHA01623391 |
| MRK-CHA01622882 | MRK-CHA01623096 | MRK-CHA01623275 | MRK-CHA01623393 |
| MRK-CHA01622883 | MRK-CHA01623098 | MRK-CHA01623276 | MRK-CHA01623395 |
| MRK-CHA01622887 | MRK-CHA01623099 | MRK-CHA01623277 | MRK-CHA01623410 |
| MRK-CHA01622888 | MRK-CHA01623100 | MRK-CHA01623280 | MRK-CHA01623411 |
| MRK-CHA01622893 | MRK-CHA01623101 | MRK-CHA01623281 | MRK-CHA01623412 |
| MRK-CHA01622894 | MRK-CHA01623113 | MRK-CHA01623282 | MRK-CHA01623418 |
| MRK-CHA01622895 | MRK-CHA01623114 | MRK-CHA01623303 | MRK-CHA01623419 |
| MRK-CHA01622896 | MRK-CHA01623117 | MRK-CHA01623307 | MRK-CHA01623420 |
| MRK-CHA01622920 | MRK-CHA01623118 | MRK-CHA01623308 | MRK-CHA01623423 |
| MRK-CHA01622921 | MRK-CHA01623142 | MRK-CHA01623313 | MRK-CHA01623424 |
| MRK-CHA01622946 | MRK-CHA01623143 | MRK-CHA01623314 | MRK-CHA01623425 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01623429 | MRK-CHA01623649 | MRK-CHA01623811 | MRK-CHA01623897 |
| MRK-CHA01623431 | MRK-CHA01623654 | MRK-CHA01623812 | MRK-CHA01623901 |
| MRK-CHA01623432 | MRK-CHA01623656 | MRK-CHA01623813 | MRK-CHA01623902 |
| MRK-CHA01623433 | MRK-CHA01623659 | MRK-CHA01623814 | MRK-CHA01623903 |
| MRK-CHA01623436 | MRK-CHA01623661 | MRK-CHA01623815 | MRK-CHA01623904 |
| MRK-CHA01623442 | MRK-CHA01623662 | MRK-CHA01623818 | MRK-CHA01623906 |
| MRK-CHA01623443 | MRK-CHA01623663 | MRK-CHA01623819 | MRK-CHA01623908 |
| MRK-CHA01623445 | MRK-CHA01623684 | MRK-CHA01623820 | MRK-CHA01623916 |
| MRK-CHA01623446 | MRK-CHA01623685 | MRK-CHA01623827 | MRK-CHA01623917 |
| MRK-CHA01623447 | MRK-CHA01623686 | MRK-CHA01623828 | MRK-CHA01623918 |
| MRK-CHA01623448 | MRK-CHA01623687 | MRK-CHA01623841 | MRK-CHA01623919 |
| MRK-CHA01623496 | MRK-CHA01623688 | MRK-CHA01623842 | MRK-CHA01623920 |
| MRK-CHA01623497 | MRK-CHA01623689 | MRK-CHA01623844 | MRK-CHA01623921 |
| MRK-CHA01623498 | MRK-CHA01623690 | MRK-CHA01623845 | MRK-CHA01623922 |
| MRK-CHA01623510 | MRK-CHA01623692 | MRK-CHA01623846 | MRK-CHA01623923 |
| MRK-CHA01623511 | MRK-CHA01623711 | MRK-CHA01623850 | MRK-CHA01623924 |
| MRK-CHA01623512 | MRK-CHA01623715 | MRK-CHA01623851 | MRK-CHA01623925 |
| MRK-CHA01623516 | MRK-CHA01623721 | MRK-CHA01623852 | MRK-CHA01623926 |
| MRK-CHA01623517 | MRK-CHA01623722 | MRK-CHA01623853 | MRK-CHA01623927 |
| MRK-CHA01623518 | MRK-CHA01623723 | MRK-CHA01623854 | MRK-CHA01623928 |
| MRK-CHA01623519 | MRK-CHA01623726 | MRK-CHA01623857 | MRK-CHA01623929 |
| MRK-CHA01623520 | MRK-CHA01623727 | MRK-CHA01623860 | MRK-CHA01623931 |
| MRK-CHA01623521 | MRK-CHA01623749 | MRK-CHA01623863 | MRK-CHA01623932 |
| MRK-CHA01623542 | MRK-CHA01623750 | MRK-CHA01623866 | MRK-CHA01623933 |
| MRK-CHA01623544 | MRK-CHA01623752 | MRK-CHA01623869 | MRK-CHA01623934 |
| MRK-CHA01623545 | MRK-CHA01623753 | MRK-CHA01623872 | MRK-CHA01623936 |
| MRK-CHA01623546 | MRK-CHA01623755 | MRK-CHA01623875 | MRK-CHA01623937 |
| MRK-CHA01623567 | MRK-CHA01623757 | MRK-CHA01623878 | MRK-CHA01623943 |
| MRK-CHA01623573 | MRK-CHA01623759 | MRK-CHA01623881 | MRK-CHA01623944 |
| MRK-CHA01623578 | MRK-CHA01623764 | MRK-CHA01623882 | MRK-CHA01623945 |
| MRK-CHA01623580 | MRK-CHA01623765 | MRK-CHA01623883 | MRK-CHA01623946 |
| MRK-CHA01623583 | MRK-CHA01623787 | MRK-CHA01623884 | MRK-CHA01623947 |
| MRK-CHA01623584 | MRK-CHA01623788 | MRK-CHA01623885 | MRK-CHA01623948 |
| MRK-CHA01623585 | MRK-CHA01623789 | MRK-CHA01623886 | MRK-CHA01623952 |
| MRK-CHA01623586 | MRK-CHA01623790 | MRK-CHA01623887 | MRK-CHA01623955 |
| MRK-CHA01623607 | MRK-CHA01623792 | MRK-CHA01623888 | MRK-CHA01623963 |
| MRK-CHA01623608 | MRK-CHA01623793 | MRK-CHA01623889 | MRK-CHA01623964 |
| MRK-CHA01623612 | MRK-CHA01623794 | MRK-CHA01623890 | MRK-CHA01623966 |
| MRK-CHA01623618 | MRK-CHA01623800 | MRK-CHA01623891 | MRK-CHA01623967 |
| MRK-CHA01623620 | MRK-CHA01623801 | MRK-CHA01623892 | MRK-CHA01623969 |
| MRK-CHA01623621 | MRK-CHA01623808 | MRK-CHA01623893 | MRK-CHA01623971 |
| MRK-CHA01623622 | MRK-CHA01623809 | MRK-CHA01623894 | MRK-CHA01623972 |
| MRK-CHA01623643 | MRK-CHA01623810 | MRK-CHA01623896 | MRK-CHA01623973 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01624006 | MRK-CHA01624335 | MRK-CHA01624528 | MRK-CHA01624982 |
| MRK-CHA01624007 | MRK-CHA01624339 | MRK-CHA01624530 | MRK-CHA01624984 |
| MRK-CHA01624008 | MRK-CHA01624340 | MRK-CHA01624532 | MRK-CHA01624985 |
| MRK-CHA01624009 | MRK-CHA01624342 | MRK-CHA01624534 | MRK-CHA01624986 |
| MRK-CHA01624010 | MRK-CHA01624343 | MRK-CHA01624536 | MRK-CHA01624987 |
| MRK-CHA01624012 | MRK-CHA01624345 | MRK-CHA01624658 | MRK-CHA01624989 |
| MRK-CHA01624013 | MRK-CHA01624346 | MRK-CHA01624659 | MRK-CHA01624991 |
| MRK-CHA01624014 | MRK-CHA01624347 | MRK-CHA01624660 | MRK-CHA01624993 |
| MRK-CHA01624016 | MRK-CHA01624349 | MRK-CHA01624661 | MRK-CHA01625012 |
| MRK-CHA01624018 | MRK-CHA01624354 | MRK-CHA01624663 | MRK-CHA01625013 |
| MRK-CHA01624021 | MRK-CHA01624355 | MRK-CHA01624670 | MRK-CHA01625015 |
| MRK-CHA01624023 | MRK-CHA01624356 | MRK-CHA01624672 | MRK-CHA01625017 |
| MRK-CHA01624025 | MRK-CHA01624357 | MRK-CHA01624673 | MRK-CHA01625048 |
| MRK-CHA01624026 | MRK-CHA01624358 | MRK-CHA01624674 | MRK-CHA01625049 |
| MRK-CHA01624027 | MRK-CHA01624359 | MRK-CHA01624676 | MRK-CHA01625050 |
| MRK-CHA01624028 | MRK-CHA01624360 | MRK-CHA01624677 | MRK-CHA01625051 |
| MRK-CHA01624030 | MRK-CHA01624362 | MRK-CHA01624679 | MRK-CHA01625052 |
| MRK-CHA01624113 | MRK-CHA01624363 | MRK-CHA01624681 | MRK-CHA01625053 |
| MRK-CHA01624114 | MRK-CHA01624364 | MRK-CHA01624784 | MRK-CHA01625054 |
| MRK-CHA01624115 | MRK-CHA01624366 | MRK-CHA01624785 | MRK-CHA01625055 |
| MRK-CHA01624116 | MRK-CHA01624367 | MRK-CHA01624786 | MRK-CHA01625056 |
| MRK-CHA01624118 | MRK-CHA01624368 | MRK-CHA01624788 | MRK-CHA01625058 |
| MRK-CHA01624119 | MRK-CHA01624370 | MRK-CHA01624790 | MRK-CHA01625060 |
| MRK-CHA01624120 | MRK-CHA01624425 | MRK-CHA01624791 | MRK-CHA01625225 |
| MRK-CHA01624122 | MRK-CHA01624426 | MRK-CHA01624794 | MRK-CHA01625227 |
| MRK-CHA01624124 | MRK-CHA01624427 | MRK-CHA01624885 | MRK-CHA01625228 |
| MRK-CHA01624126 | MRK-CHA01624428 | MRK-CHA01624886 | MRK-CHA01625295 |
| MRK-CHA01624128 | MRK-CHA01624432 | MRK-CHA01624888 | MRK-CHA01625296 |
| MRK-CHA01624130 | MRK-CHA01624433 | MRK-CHA01624889 | MRK-CHA01625297 |
| MRK-CHA01624131 | MRK-CHA01624435 | MRK-CHA01624890 | MRK-CHA01625298 |
| MRK-CHA01624133 | MRK-CHA01624436 | MRK-CHA01624893 | MRK-CHA01625299 |
| MRK-CHA01624135 | MRK-CHA01624438 | MRK-CHA01624894 | MRK-CHA01625300 |
| MRK-CHA01624137 | MRK-CHA01624440 | MRK-CHA01624895 | MRK-CHA01625301 |
| MRK-CHA01624139 | MRK-CHA01624442 | MRK-CHA01624897 | MRK-CHA01625302 |
| MRK-CHA01624278 | MRK-CHA01624509 | MRK-CHA01624902 | MRK-CHA01625329 |
| MRK-CHA01624280 | MRK-CHA01624511 | MRK-CHA01624905 | MRK-CHA01625330 |
| MRK-CHA01624281 | MRK-CHA01624515 | MRK-CHA01624908 | MRK-CHA01625331 |
| MRK-CHA01624283 | MRK-CHA01624516 | MRK-CHA01624909 | MRK-CHA01625333 |
| MRK-CHA01624284 | MRK-CHA01624517 | MRK-CHA01624911 | MRK-CHA01625334 |
| MRK-CHA01624329 | MRK-CHA01624520 | MRK-CHA01624915 | MRK-CHA01625335 |
| MRK-CHA01624330 | MRK-CHA01624522 | MRK-CHA01624979 | MRK-CHA01625336 |
| MRK-CHA01624331 | MRK-CHA01624524 | MRK-CHA01624980 | MRK-CHA01625337 |
| MRK-CHA01624332 | MRK-CHA01624526 | MRK-CHA01624981 | MRK-CHA01625340 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01625342 | MRK-CHA01625727 | MRK-CHA01625982 | MRK-CHA01626110 |
| MRK-CHA01625496 | MRK-CHA01625729 | MRK-CHA01625983 | MRK-CHA01626112 |
| MRK-CHA01625497 | MRK-CHA01625731 | MRK-CHA01625984 | MRK-CHA01626113 |
| MRK-CHA01625498 | MRK-CHA01625732 | MRK-CHA01625985 | MRK-CHA01626116 |
| MRK-CHA01625499 | MRK-CHA01625734 | MRK-CHA01625987 | MRK-CHA01626118 |
| MRK-CHA01625500 | MRK-CHA01625735 | MRK-CHA01625989 | MRK-CHA01626120 |
| MRK-CHA01625502 | MRK-CHA01625737 | MRK-CHA01625991 | MRK-CHA01626122 |
| MRK-CHA01625503 | MRK-CHA01625739 | MRK-CHA01625993 | MRK-CHA01626124 |
| MRK-CHA01625504 | MRK-CHA01625741 | MRK-CHA01625995 | MRK-CHA01626126 |
| MRK-CHA01625505 | MRK-CHA01625743 | MRK-CHA01625997 | MRK-CHA01626128 |
| MRK-CHA01625506 | MRK-CHA01625745 | MRK-CHA01625999 | MRK-CHA01626130 |
| MRK-CHA01625507 | MRK-CHA01625747 | MRK-CHA01626001 | MRK-CHA01626132 |
| MRK-CHA01625508 | MRK-CHA01625749 | MRK-CHA01626003 | MRK-CHA01626134 |
| MRK-CHA01625510 | MRK-CHA01625751 | MRK-CHA01626005 | MRK-CHA01626136 |
| MRK-CHA01625640 | MRK-CHA01625753 | MRK-CHA01626007 | MRK-CHA01626137 |
| MRK-CHA01625641 | MRK-CHA01625755 | MRK-CHA01626009 | MRK-CHA01626139 |
| MRK-CHA01625642 | MRK-CHA01625757 | MRK-CHA01626011 | MRK-CHA01626140 |
| MRK-CHA01625643 | MRK-CHA01625759 | MRK-CHA01626013 | MRK-CHA01626142 |
| MRK-CHA01625644 | MRK-CHA01625761 | MRK-CHA01626015 | MRK-CHA01626144 |
| MRK-CHA01625649 | MRK-CHA01625763 | MRK-CHA01626017 | MRK-CHA01626146 |
| MRK-CHA01625650 | MRK-CHA01625765 | MRK-CHA01626019 | MRK-CHA01626148 |
| MRK-CHA01625651 | MRK-CHA01625771 | MRK-CHA01626020 | MRK-CHA01626150 |
| MRK-CHA01625652 | MRK-CHA01625773 | MRK-CHA01626022 | MRK-CHA01626152 |
| MRK-CHA01625653 | MRK-CHA01625774 | MRK-CHA01626023 | MRK-CHA01626154 |
| MRK-CHA01625691 | MRK-CHA01625777 | MRK-CHA01626073 | MRK-CHA01626156 |
| MRK-CHA01625692 | MRK-CHA01625779 | MRK-CHA01626074 | MRK-CHA01626158 |
| MRK-CHA01625693 | MRK-CHA01625833 | MRK-CHA01626075 | MRK-CHA01626160 |
| MRK-CHA01625700 | MRK-CHA01625866 | MRK-CHA01626077 | MRK-CHA01626162 |
| MRK-CHA01625701 | MRK-CHA01625868 | MRK-CHA01626079 | MRK-CHA01626164 |
| MRK-CHA01625702 | MRK-CHA01625870 | MRK-CHA01626082 | MRK-CHA01626166 |
| MRK-CHA01625703 | MRK-CHA01625872 | MRK-CHA01626086 | MRK-CHA01626168 |
| MRK-CHA01625704 | MRK-CHA01625874 | MRK-CHA01626088 | MRK-CHA01626170 |
| MRK-CHA01625705 | MRK-CHA01625876 | MRK-CHA01626090 | MRK-CHA01626172 |
| MRK-CHA01625707 | MRK-CHA01625878 | MRK-CHA01626092 | MRK-CHA01626173 |
| MRK-CHA01625709 | MRK-CHA01625880 | MRK-CHA01626094 | MRK-CHA01626175 |
| MRK-CHA01625711 | MRK-CHA01625882 | MRK-CHA01626096 | MRK-CHA01626191 |
| MRK-CHA01625713 | MRK-CHA01625884 | MRK-CHA01626099 | MRK-CHA01626192 |
| MRK-CHA01625715 | MRK-CHA01625886 | MRK-CHA01626100 | MRK-CHA01626193 |
| MRK-CHA01625717 | MRK-CHA01625888 | MRK-CHA01626102 | MRK-CHA01626194 |
| MRK-CHA01625719 | MRK-CHA01625890 | MRK-CHA01626103 | MRK-CHA01626196 |
| MRK-CHA01625721 | MRK-CHA01625892 | MRK-CHA01626105 | MRK-CHA01626198 |
| MRK-CHA01625723 | MRK-CHA01625894 | MRK-CHA01626106 | MRK-CHA01626199 |
| MRK-CHA01625725 | MRK-CHA01625981 | MRK-CHA01626108 | MRK-CHA01626201 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01626203 | MRK-CHA01626486 | MRK-CHA01626817 | MRK-CHA01627371 |
| MRK-CHA01626205 | MRK-CHA01626488 | MRK-CHA01626818 | MRK-CHA01627373 |
| MRK-CHA01626207 | MRK-CHA01626526 | MRK-CHA01626820 | MRK-CHA01627374 |
| MRK-CHA01626209 | MRK-CHA01626527 | MRK-CHA01626822 | MRK-CHA01627376 |
| MRK-CHA01626211 | MRK-CHA01626528 | MRK-CHA01626829 | MRK-CHA01627378 |
| MRK-CHA01626213 | MRK-CHA01626530 | MRK-CHA01626830 | MRK-CHA01627380 |
| MRK-CHA01626215 | MRK-CHA01626532 | MRK-CHA01626831 | MRK-CHA01627382 |
| MRK-CHA01626217 | MRK-CHA01626534 | MRK-CHA01626833 | MRK-CHA01627384 |
| MRK-CHA01626219 | MRK-CHA01626536 | MRK-CHA01626835 | MRK-CHA01627386 |
| MRK-CHA01626221 | MRK-CHA01626538 | MRK-CHA01626837 | MRK-CHA01627388 |
| MRK-CHA01626223 | MRK-CHA01626540 | MRK-CHA01626839 | MRK-CHA01627390 |
| MRK-CHA01626225 | MRK-CHA01626542 | MRK-CHA01626841 | MRK-CHA01627392 |
| MRK-CHA01626227 | MRK-CHA01626544 | MRK-CHA01626843 | MRK-CHA01627394 |
| MRK-CHA01626229 | MRK-CHA01626546 | MRK-CHA01626845 | MRK-CHA01627396 |
| MRK-CHA01626231 | MRK-CHA01626548 | MRK-CHA01626847 | MRK-CHA01627398 |
| MRK-CHA01626233 | MRK-CHA01626550 | MRK-CHA01626849 | MRK-CHA01627400 |
| MRK-CHA01626430 | MRK-CHA01626552 | MRK-CHA01626851 | MRK-CHA01627402 |
| MRK-CHA01626431 | MRK-CHA01626554 | MRK-CHA01626853 | MRK-CHA01627413 |
| MRK-CHA01626432 | MRK-CHA01626556 | MRK-CHA01626855 | MRK-CHA01627414 |
| MRK-CHA01626433 | MRK-CHA01626558 | MRK-CHA01626857 | MRK-CHA01627416 |
| MRK-CHA01626434 | MRK-CHA01626603 | MRK-CHA01626859 | MRK-CHA01627511 |
| MRK-CHA01626436 | MRK-CHA01626604 | MRK-CHA01626861 | MRK-CHA01627512 |
| MRK-CHA01626438 | MRK-CHA01626605 | MRK-CHA01627327 | MRK-CHA01627514 |
| MRK-CHA01626450 | MRK-CHA01626607 | MRK-CHA01627328 | MRK-CHA01627516 |
| MRK-CHA01626452 | MRK-CHA01626608 | MRK-CHA01627329 | MRK-CHA01627518 |
| MRK-CHA01626454 | MRK-CHA01626611 | MRK-CHA01627331 | MRK-CHA01627520 |
| MRK-CHA01626456 | MRK-CHA01626718 | MRK-CHA01627333 | MRK-CHA01627522 |
| MRK-CHA01626458 | MRK-CHA01626719 | MRK-CHA01627338 | MRK-CHA01627524 |
| MRK-CHA01626460 | MRK-CHA01626720 | MRK-CHA01627341 | MRK-CHA01627526 |
| MRK-CHA01626462 | MRK-CHA01626722 | MRK-CHA01627343 | MRK-CHA01627528 |
| MRK-CHA01626464 | MRK-CHA01626723 | MRK-CHA01627345 | MRK-CHA01627530 |
| MRK-CHA01626466 | MRK-CHA01626724 | MRK-CHA01627347 | MRK-CHA01627532 |
| MRK-CHA01626468 | MRK-CHA01626727 | MRK-CHA01627349 | MRK-CHA01627534 |
| MRK-CHA01626470 | MRK-CHA01626729 | MRK-CHA01627351 | MRK-CHA01627536 |
| MRK-CHA01626472 | MRK-CHA01626730 | MRK-CHA01627353 | MRK-CHA01627538 |
| MRK-CHA01626474 | MRK-CHA01626732 | MRK-CHA01627355 | MRK-CHA01628523 |
| MRK-CHA01626476 | MRK-CHA01626734 | MRK-CHA01627357 | MRK-CHA01628524 |
| MRK-CHA01626478 | MRK-CHA01626737 | MRK-CHA01627359 | MRK-CHA01628527 |
| MRK-CHA01626479 | MRK-CHA01626739 | MRK-CHA01627361 | MRK-CHA01628529 |
| MRK-CHA01626480 | MRK-CHA01626740 | MRK-CHA01627363 | MRK-CHA01628531 |
| MRK-CHA01626482 | MRK-CHA01626741 | MRK-CHA01627365 | MRK-CHA01628533 |
| MRK-CHA01626483 | MRK-CHA01626742 | MRK-CHA01627367 | MRK-CHA01628536 |
| MRK-CHA01626484 | MRK-CHA01626743 | MRK-CHA01627369 | MRK-CHA01628573 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01628574 | MRK-CHA01629012 | MRK-CHA01629230 | MRK-CHA01629363 |
| MRK-CHA01628576 | MRK-CHA01629014 | MRK-CHA01629232 | MRK-CHA01629366 |
| MRK-CHA01628577 | MRK-CHA01629016 | MRK-CHA01629234 | MRK-CHA01629367 |
| MRK-CHA01628579 | MRK-CHA01629017 | MRK-CHA01629236 | MRK-CHA01629368 |
| MRK-CHA01628581 | MRK-CHA01629018 | MRK-CHA01629238 | MRK-CHA01629371 |
| MRK-CHA01628582 | MRK-CHA01629020 | MRK-CHA01629240 | MRK-CHA01629404 |
| MRK-CHA01628584 | MRK-CHA01629022 | MRK-CHA01629242 | MRK-CHA01629406 |
| MRK-CHA01628634 | MRK-CHA01629023 | MRK-CHA01629257 | MRK-CHA01629408 |
| MRK-CHA01628644 | MRK-CHA01629025 | MRK-CHA01629258 | MRK-CHA01629429 |
| MRK-CHA01628645 | MRK-CHA01629027 | MRK-CHA01629277 | MRK-CHA01629439 |
| MRK-CHA01628812 | MRK-CHA01629029 | MRK-CHA01629278 | MRK-CHA01629440 |
| MRK-CHA01628813 | MRK-CHA01629031 | MRK-CHA01629280 | MRK-CHA01629441 |
| MRK-CHA01628814 | MRK-CHA01629033 | MRK-CHA01629282 | MRK-CHA01629442 |
| MRK-CHA01628816 | MRK-CHA01629035 | MRK-CHA01629283 | MRK-CHA01629443 |
| MRK-CHA01628924 | MRK-CHA01629037 | MRK-CHA01629294 | MRK-CHA01629444 |
| MRK-CHA01628925 | MRK-CHA01629077 | MRK-CHA01629296 | MRK-CHA01629445 |
| MRK-CHA01628926 | MRK-CHA01629078 | MRK-CHA01629297 | MRK-CHA01629448 |
| MRK-CHA01628928 | MRK-CHA01629080 | MRK-CHA01629298 | MRK-CHA01629449 |
| MRK-CHA01628929 | MRK-CHA01629082 | MRK-CHA01629299 | MRK-CHA01629451 |
| MRK-CHA01628931 | MRK-CHA01629084 | MRK-CHA01629303 | MRK-CHA01629452 |
| MRK-CHA01628933 | MRK-CHA01629086 | MRK-CHA01629304 | MRK-CHA01629454 |
| MRK-CHA01628935 | MRK-CHA01629088 | MRK-CHA01629308 | MRK-CHA01629455 |
| MRK-CHA01628937 | MRK-CHA01629090 | MRK-CHA01629309 | MRK-CHA01629457 |
| MRK-CHA01628939 | MRK-CHA01629092 | MRK-CHA01629310 | MRK-CHA01629458 |
| MRK-CHA01628941 | MRK-CHA01629094 | MRK-CHA01629332 | MRK-CHA01629460 |
| MRK-CHA01628943 | MRK-CHA01629096 | MRK-CHA01629333 | MRK-CHA01629462 |
| MRK-CHA01628945 | MRK-CHA01629098 | MRK-CHA01629334 | MRK-CHA01629464 |
| MRK-CHA01628947 | MRK-CHA01629100 | MRK-CHA01629341 | MRK-CHA01629465 |
| MRK-CHA01628949 | MRK-CHA01629102 | MRK-CHA01629342 | MRK-CHA01629466 |
| MRK-CHA01628951 | MRK-CHA01629104 | MRK-CHA01629345 | MRK-CHA01629467 |
| MRK-CHA01628953 | MRK-CHA01629106 | MRK-CHA01629346 | MRK-CHA01629468 |
| MRK-CHA01628955 | MRK-CHA01629108 | MRK-CHA01629347 | MRK-CHA01629469 |
| MRK-CHA01628957 | MRK-CHA01629110 | MRK-CHA01629348 | MRK-CHA01629470 |
| MRK-CHA01628959 | MRK-CHA01629157 | MRK-CHA01629349 | MRK-CHA01629474 |
| MRK-CHA01628961 | MRK-CHA01629159 | MRK-CHA01629350 | MRK-CHA01629476 |
| MRK-CHA01628963 | MRK-CHA01629160 | MRK-CHA01629351 | MRK-CHA01629478 |
| MRK-CHA01629001 | MRK-CHA01629162 | MRK-CHA01629352 | MRK-CHA01629480 |
| MRK-CHA01629002 | MRK-CHA01629164 | MRK-CHA01629354 | MRK-CHA01629482 |
| MRK-CHA01629003 | MRK-CHA01629166 | MRK-CHA01629355 | MRK-CHA01629483 |
| MRK-CHA01629004 | MRK-CHA01629168 | MRK-CHA01629359 | MRK-CHA01629516 |
| MRK-CHA01629006 | MRK-CHA01629170 | MRK-CHA01629360 | MRK-CHA01629518 |
| MRK-CHA01629008 | MRK-CHA01629226 | MRK-CHA01629361 | MRK-CHA01629519 |
| MRK-CHA01629010 | MRK-CHA01629228 | MRK-CHA01629362 | MRK-CHA01629521 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01629522 | MRK-CHA01629655 | MRK-CHA01629737 | MRK-CHA01630067 |
| MRK-CHA01629523 | MRK-CHA01629657 | MRK-CHA01629738 | MRK-CHA01630070 |
| MRK-CHA01629525 | MRK-CHA01629671 | MRK-CHA01629739 | MRK-CHA01630073 |
| MRK-CHA01629526 | MRK-CHA01629673 | MRK-CHA01629741 | MRK-CHA01630076 |
| MRK-CHA01629548 | MRK-CHA01629675 | MRK-CHA01629742 | MRK-CHA01630079 |
| MRK-CHA01629549 | MRK-CHA01629677 | MRK-CHA01629756 | MRK-CHA01630082 |
| MRK-CHA01629551 | MRK-CHA01629679 | MRK-CHA01629757 | MRK-CHA01630083 |
| MRK-CHA01629552 | MRK-CHA01629680 | MRK-CHA01629758 | MRK-CHA01630085 |
| MRK-CHA01629553 | MRK-CHA01629683 | MRK-CHA01629761 | MRK-CHA01630136 |
| MRK-CHA01629555 | MRK-CHA01629685 | MRK-CHA01629762 | MRK-CHA01630137 |
| MRK-CHA01629556 | MRK-CHA01629686 | MRK-CHA01629763 | MRK-CHA01630138 |
| MRK-CHA01629560 | MRK-CHA01629687 | MRK-CHA01629765 | MRK-CHA01630175 |
| MRK-CHA01629561 | MRK-CHA01629688 | MRK-CHA01629780 | MRK-CHA01630176 |
| MRK-CHA01629563 | MRK-CHA01629689 | MRK-CHA01629781 | MRK-CHA01630178 |
| MRK-CHA01629564 | MRK-CHA01629690 | MRK-CHA01629782 | MRK-CHA01630194 |
| MRK-CHA01629584 | MRK-CHA01629691 | MRK-CHA01629783 | MRK-CHA01630195 |
| MRK-CHA01629585 | MRK-CHA01629693 | MRK-CHA01629785 | MRK-CHA01630214 |
| MRK-CHA01629587 | MRK-CHA01629694 | MRK-CHA01629786 | MRK-CHA01630215 |
| MRK-CHA01629589 | MRK-CHA01629696 | MRK-CHA01629790 | MRK-CHA01630218 |
| MRK-CHA01629590 | MRK-CHA01629697 | MRK-CHA01629792 | MRK-CHA01630219 |
| MRK-CHA01629591 | MRK-CHA01629699 | MRK-CHA01629794 | MRK-CHA01630234 |
| MRK-CHA01629592 | MRK-CHA01629700 | MRK-CHA01629795 | MRK-CHA01630235 |
| MRK-CHA01629593 | MRK-CHA01629702 | MRK-CHA01629797 | MRK-CHA01630243 |
| MRK-CHA01629594 | MRK-CHA01629703 | MRK-CHA01629799 | MRK-CHA01630244 |
| MRK-CHA01629595 | MRK-CHA01629707 | MRK-CHA01629800 | MRK-CHA01630245 |
| MRK-CHA01629596 | MRK-CHA01629709 | MRK-CHA01629803 | MRK-CHA01630246 |
| MRK-CHA01629597 | MRK-CHA01629711 | MRK-CHA01629862 | MRK-CHA01630248 |
| MRK-CHA01629598 | MRK-CHA01629713 | MRK-CHA01629863 | MRK-CHA01630295 |
| MRK-CHA01629599 | MRK-CHA01629716 | MRK-CHA01629864 | MRK-CHA01630296 |
| MRK-CHA01629600 | MRK-CHA01629718 | MRK-CHA01629867 | MRK-CHA01634316 |
| MRK-CHA01629601 | MRK-CHA01629719 | MRK-CHA01629868 | MRK-CHA01634317 |
| MRK-CHA01629602 | MRK-CHA01629720 | MRK-CHA01629870 | MRK-CHA01634318 |
| MRK-CHA01629603 | MRK-CHA01629721 | MRK-CHA01629871 | MRK-CHA01634323 |
| MRK-CHA01629604 | MRK-CHA01629723 | MRK-CHA01629903 | MRK-CHA01634330 |
| MRK-CHA01629605 | MRK-CHA01629724 | MRK-CHA01629904 | MRK-CHA01634332 |
| MRK-CHA01629625 | MRK-CHA01629726 | MRK-CHA01629909 | MRK-CHA01634334 |
| MRK-CHA01629626 | MRK-CHA01629727 | MRK-CHA01630055 | MRK-CHA01634335 |
| MRK-CHA01629627 | MRK-CHA01629728 | MRK-CHA01630056 | MRK-CHA01634353 |
| MRK-CHA01629647 | MRK-CHA01629730 | MRK-CHA01630057 | MRK-CHA01634369 |
| MRK-CHA01629648 | MRK-CHA01629732 | MRK-CHA01630059 | MRK-CHA01648163 |
| MRK-CHA01629649 | MRK-CHA01629733 | MRK-CHA01630061 | MRK-CHA01648177 |
| MRK-CHA01629651 | MRK-CHA01629734 | MRK-CHA01630063 | MRK-CHA01648187 |
| MRK-CHA01629653 | MRK-CHA01629736 | MRK-CHA01630065 | MRK-CHA01648189 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01648191 | MRK-CHA01962233 | MRK-CHA01962405 | MRK-CHA01962716 |
| MRK-CHA01648193 | MRK-CHA01962235 | MRK-CHA01962421 | MRK-CHA01962717 |
| MRK-CHA01654152 | MRK-CHA01962236 | MRK-CHA01962461 | MRK-CHA01962718 |
| MRK-CHA01654183 | MRK-CHA01962238 | MRK-CHA01962462 | MRK-CHA01962719 |
| MRK-CHA01654214 | MRK-CHA01962241 | MRK-CHA01962463 | MRK-CHA01962721 |
| MRK-CHA01654241 | MRK-CHA01962244 | MRK-CHA01962464 | MRK-CHA01962722 |
| MRK-CHA01961649 | MRK-CHA01962246 | MRK-CHA01962466 | MRK-CHA01962723 |
| MRK-CHA01961650 | MRK-CHA01962256 | MRK-CHA01962468 | MRK-CHA01962724 |
| MRK-CHA01962067 | MRK-CHA01962262 | MRK-CHA01962469 | MRK-CHA01962726 |
| MRK-CHA01962069 | MRK-CHA01962266 | MRK-CHA01962470 | MRK-CHA01962775 |
| MRK-CHA01962074 | MRK-CHA01962270 | MRK-CHA01962478 | MRK-CHA01962777 |
| MRK-CHA01962076 | MRK-CHA01962271 | MRK-CHA01962504 | MRK-CHA01962778 |
| MRK-CHA01962077 | MRK-CHA01962273 | MRK-CHA01962511 | MRK-CHA01962787 |
| MRK-CHA01962079 | MRK-CHA01962275 | MRK-CHA01962512 | MRK-CHA01962788 |
| MRK-CHA01962080 | MRK-CHA01962290 | MRK-CHA01962514 | MRK-CHA01962790 |
| MRK-CHA01962081 | MRK-CHA01962291 | MRK-CHA01962522 | MRK-CHA01962802 |
| MRK-CHA01962083 | MRK-CHA01962292 | MRK-CHA01962523 | MRK-CHA01962803 |
| MRK-CHA01962107 | MRK-CHA01962296 | MRK-CHA01962525 | MRK-CHA01962805 |
| MRK-CHA01962109 | MRK-CHA01962298 | MRK-CHA01962542 | MRK-CHA01962807 |
| MRK-CHA01962111 | MRK-CHA01962299 | MRK-CHA01962581 | MRK-CHA01962809 |
| MRK-CHA01962112 | MRK-CHA01962343 | MRK-CHA01962582 | MRK-CHA01962810 |
| MRK-CHA01962113 | MRK-CHA01962354 | MRK-CHA01962585 | MRK-CHA01962811 |
| MRK-CHA01962115 | MRK-CHA01962357 | MRK-CHA01962586 | MRK-CHA01962814 |
| MRK-CHA01962126 | MRK-CHA01962359 | MRK-CHA01962587 | MRK-CHA01962815 |
| MRK-CHA01962157 | MRK-CHA01962360 | MRK-CHA01962593 | MRK-CHA01962825 |
| MRK-CHA01962183 | MRK-CHA01962363 | MRK-CHA01962597 | MRK-CHA01962827 |
| MRK-CHA01962185 | MRK-CHA01962365 | MRK-CHA01962606 | MRK-CHA01962841 |
| MRK-CHA01962186 | MRK-CHA01962366 | MRK-CHA01962612 | MRK-CHA01962845 |
| MRK-CHA01962188 | MRK-CHA01962369 | MRK-CHA01962618 | MRK-CHA01962847 |
| MRK-CHA01962190 | MRK-CHA01962372 | MRK-CHA01962620 | MRK-CHA01962848 |
| MRK-CHA01962192 | MRK-CHA01962374 | MRK-CHA01962653 | MRK-CHA01962849 |
| MRK-CHA01962194 | MRK-CHA01962376 | MRK-CHA01962655 | MRK-CHA01962851 |
| MRK-CHA01962196 | MRK-CHA01962378 | MRK-CHA01962656 | MRK-CHA01962880 |
| MRK-CHA01962199 | MRK-CHA01962381 | MRK-CHA01962658 | MRK-CHA01962883 |
| MRK-CHA01962201 | MRK-CHA01962386 | MRK-CHA01962663 | MRK-CHA01962907 |
| MRK-CHA01962203 | MRK-CHA01962388 | MRK-CHA01962664 | MRK-CHA01962912 |
| MRK-CHA01962214 | MRK-CHA01962391 | MRK-CHA01962666 | MRK-CHA01962930 |
| MRK-CHA01962217 | MRK-CHA01962392 | MRK-CHA01962685 | MRK-CHA01962950 |
| MRK-CHA01962219 | MRK-CHA01962393 | MRK-CHA01962687 | MRK-CHA01962970 |
| MRK-CHA01962221 | MRK-CHA01962395 | MRK-CHA01962689 | MRK-CHA01962974 |
| MRK-CHA01962224 | MRK-CHA01962399 | MRK-CHA01962690 | MRK-CHA01962992 |
| MRK-CHA01962227 | MRK-CHA01962401 | MRK-CHA01962713 | MRK-CHA01963027 |
| MRK-CHA01962229 | MRK-CHA01962403 | MRK-CHA01962715 | MRK-CHA01963029 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01963048 | MRK-CHA01963619 | MRK-CHA01964113 | MRK-CHA01964906 |
| MRK-CHA01963050 | MRK-CHA01963620 | MRK-CHA01964227 | MRK-CHA01964908 |
| MRK-CHA01963073 | MRK-CHA01963622 | MRK-CHA01964235 | MRK-CHA01964910 |
| MRK-CHA01963074 | MRK-CHA01963623 | MRK-CHA01964321 | MRK-CHA01964911 |
| MRK-CHA01963075 | MRK-CHA01963677 | MRK-CHA01964391 | MRK-CHA01964960 |
| MRK-CHA01963079 | MRK-CHA01963714 | MRK-CHA01964448 | MRK-CHA01964961 |
| MRK-CHA01963086 | MRK-CHA01963717 | MRK-CHA01964450 | MRK-CHA01964962 |
| MRK-CHA01963109 | MRK-CHA01963733 | MRK-CHA01964452 | MRK-CHA01964963 |
| MRK-CHA01963131 | MRK-CHA01963751 | MRK-CHA01964460 | MRK-CHA01964964 |
| MRK-CHA01963154 | MRK-CHA01963771 | MRK-CHA01964514 | MRK-CHA01964965 |
| MRK-CHA01963155 | MRK-CHA01963783 | MRK-CHA01964515 | MRK-CHA01964977 |
| MRK-CHA01963156 | MRK-CHA01963787 | MRK-CHA01964517 | MRK-CHA01964978 |
| MRK-CHA01963158 | MRK-CHA01963789 | MRK-CHA01964518 | MRK-CHA01964980 |
| MRK-CHA01963160 | MRK-CHA01963839 | MRK-CHA01964572 | MRK-CHA01964982 |
| MRK-CHA01963256 | MRK-CHA01963859 | MRK-CHA01964609 | MRK-CHA01964984 |
| MRK-CHA01963258 | MRK-CHA01963860 | MRK-CHA01964627 | MRK-CHA01964985 |
| MRK-CHA01963259 | MRK-CHA01963863 | MRK-CHA01964647 | MRK-CHA01964987 |
| MRK-CHA01963263 | MRK-CHA01963866 | MRK-CHA01964655 | MRK-CHA01964988 |
| MRK-CHA01963266 | MRK-CHA01963868 | MRK-CHA01964658 | MRK-CHA01964989 |
| MRK-CHA01963269 | MRK-CHA01963871 | MRK-CHA01964660 | MRK-CHA01964990 |
| MRK-CHA01963271 | MRK-CHA01963874 | MRK-CHA01964710 | MRK-CHA01964991 |
| MRK-CHA01963274 | MRK-CHA01963879 | MRK-CHA01964730 | MRK-CHA01965150 |
| MRK-CHA01963279 | MRK-CHA01963882 | MRK-CHA01964732 | MRK-CHA01965152 |
| MRK-CHA01963286 | MRK-CHA01963903 | MRK-CHA01964733 | MRK-CHA01965153 |
| MRK-CHA01963288 | MRK-CHA01963910 | MRK-CHA01964735 | MRK-CHA01965154 |
| MRK-CHA01963290 | MRK-CHA01963915 | MRK-CHA01964736 | MRK-CHA01965156 |
| MRK-CHA01963297 | MRK-CHA01963932 | MRK-CHA01964744 | MRK-CHA01965160 |
| MRK-CHA01963299 | MRK-CHA01963948 | MRK-CHA01964746 | MRK-CHA01965193 |
| MRK-CHA01963385 | MRK-CHA01963971 | MRK-CHA01964750 | MRK-CHA01965195 |
| MRK-CHA01963391 | MRK-CHA01963976 | MRK-CHA01964825 | MRK-CHA01965197 |
| MRK-CHA01963392 | MRK-CHA01963993 | MRK-CHA01964827 | MRK-CHA01965203 |
| MRK-CHA01963393 | MRK-CHA01964013 | MRK-CHA01964828 | MRK-CHA01965204 |
| MRK-CHA01963394 | MRK-CHA01964016 | MRK-CHA01964835 | MRK-CHA01965208 |
| MRK-CHA01963406 | MRK-CHA01964038 | MRK-CHA01964836 | MRK-CHA01965209 |
| MRK-CHA01963408 | MRK-CHA01964039 | MRK-CHA01964837 | MRK-CHA01965211 |
| MRK-CHA01963409 | MRK-CHA01964042 | MRK-CHA01964877 | MRK-CHA01965212 |
| MRK-CHA01963479 | MRK-CHA01964046 | MRK-CHA01964879 | MRK-CHA01965213 |
| MRK-CHA01963539 | MRK-CHA01964048 | MRK-CHA01964882 | MRK-CHA01965215 |
| MRK-CHA01963541 | MRK-CHA01964061 | MRK-CHA01964889 | MRK-CHA01965217 |
| MRK-CHA01963554 | MRK-CHA01964063 | MRK-CHA01964892 | MRK-CHA01965218 |
| MRK-CHA01963555 | MRK-CHA01964100 | MRK-CHA01964895 | MRK-CHA01965220 |
| MRK-CHA01963557 | MRK-CHA01964101 | MRK-CHA01964897 | MRK-CHA01965221 |
| MRK-CHA01963565 | MRK-CHA01964112 | MRK-CHA01964904 | MRK-CHA01965222 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01965223 | MRK-CHA01966094 | MRK-CHA01966747 | MRK-CHA01967047 |
| MRK-CHA01965291 | MRK-CHA01966096 | MRK-CHA01966750 | MRK-CHA01967049 |
| MRK-CHA01965361 | MRK-CHA01966150 | MRK-CHA01966755 | MRK-CHA01967051 |
| MRK-CHA01965362 | MRK-CHA01966151 | MRK-CHA01966764 | MRK-CHA01967053 |
| MRK-CHA01965364 | MRK-CHA01966153 | MRK-CHA01966768 | MRK-CHA01967055 |
| MRK-CHA01965365 | MRK-CHA01966161 | MRK-CHA01966769 | MRK-CHA01967057 |
| MRK-CHA01965366 | MRK-CHA01966218 | MRK-CHA01966771 | MRK-CHA01967060 |
| MRK-CHA01965369 | MRK-CHA01966220 | MRK-CHA01966772 | MRK-CHA01967063 |
| MRK-CHA01965370 | MRK-CHA01966246 | MRK-CHA01966774 | MRK-CHA01967065 |
| MRK-CHA01965381 | MRK-CHA01966300 | MRK-CHA01966781 | MRK-CHA01967066 |
| MRK-CHA01965382 | MRK-CHA01966301 | MRK-CHA01966783 | MRK-CHA01967069 |
| MRK-CHA01965383 | MRK-CHA01966339 | MRK-CHA01966785 | MRK-CHA01967072 |
| MRK-CHA01965386 | MRK-CHA01966358 | MRK-CHA01966788 | MRK-CHA01967075 |
| MRK-CHA01965387 | MRK-CHA01966378 | MRK-CHA01966789 | MRK-CHA01967080 |
| MRK-CHA01965392 | MRK-CHA01966382 | MRK-CHA01966807 | MRK-CHA01967083 |
| MRK-CHA01965396 | MRK-CHA01966398 | MRK-CHA01966810 | MRK-CHA01967086 |
| MRK-CHA01965398 | MRK-CHA01966400 | MRK-CHA01966812 | MRK-CHA01967089 |
| MRK-CHA01965402 | MRK-CHA01966450 | MRK-CHA01966813 | MRK-CHA01967092 |
| MRK-CHA01965409 | MRK-CHA01966470 | MRK-CHA01966817 | MRK-CHA01967104 |
| MRK-CHA01965495 | MRK-CHA01966471 | MRK-CHA01966819 | MRK-CHA01967105 |
| MRK-CHA01965496 | MRK-CHA01966472 | MRK-CHA01966821 | MRK-CHA01967110 |
| MRK-CHA01965499 | MRK-CHA01966477 | MRK-CHA01966826 | MRK-CHA01967112 |
| MRK-CHA01965501 | MRK-CHA01966508 | MRK-CHA01966889 | MRK-CHA01967114 |
| MRK-CHA01965502 | MRK-CHA01966523 | MRK-CHA01966893 | MRK-CHA01967149 |
| MRK-CHA01965505 | MRK-CHA01966525 | MRK-CHA01966929 | MRK-CHA01967151 |
| MRK-CHA01965591 | MRK-CHA01966527 | MRK-CHA01966930 | MRK-CHA01967154 |
| MRK-CHA01965599 | MRK-CHA01966528 | MRK-CHA01966932 | MRK-CHA01967157 |
| MRK-CHA01965624 | MRK-CHA01966543 | MRK-CHA01966934 | MRK-CHA01967188 |
| MRK-CHA01965633 | MRK-CHA01966556 | MRK-CHA01966936 | MRK-CHA01967189 |
| MRK-CHA01965635 | MRK-CHA01966559 | MRK-CHA01966948 | MRK-CHA01967192 |
| MRK-CHA01965694 | MRK-CHA01966566 | MRK-CHA01966962 | MRK-CHA01967197 |
| MRK-CHA01965699 | MRK-CHA01966569 | MRK-CHA01966963 | MRK-CHA01967221 |
| MRK-CHA01965704 | MRK-CHA01966572 | MRK-CHA01966986 | MRK-CHA01967239 |
| MRK-CHA01965762 | MRK-CHA01966575 | MRK-CHA01967001 | MRK-CHA01967262 |
| MRK-CHA01965805 | MRK-CHA01966582 | MRK-CHA01967013 | MRK-CHA01967284 |
| MRK-CHA01965806 | MRK-CHA01966584 | MRK-CHA01967014 | MRK-CHA01967286 |
| MRK-CHA01965924 | MRK-CHA01966735 | MRK-CHA01967015 | MRK-CHA01967287 |
| MRK-CHA01965925 | MRK-CHA01966736 | MRK-CHA01967016 | MRK-CHA01967288 |
| MRK-CHA01966009 | MRK-CHA01966737 | MRK-CHA01967017 | MRK-CHA01967290 |
| MRK-CHA01966017 | MRK-CHA01966738 | MRK-CHA01967021 | MRK-CHA01967309 |
| MRK-CHA01966090 | MRK-CHA01966739 | MRK-CHA01967022 | MRK-CHA01967311 |
| MRK-CHA01966091 | MRK-CHA01966742 | MRK-CHA01967024 | MRK-CHA01967313 |
| MRK-CHA01966093 | MRK-CHA01966744 | MRK-CHA01967045 | MRK-CHA01967314 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01967337 | MRK-CHA01967700 | MRK-CHA01968167 | MRK-CHA01968941 |
| MRK-CHA01967339 | MRK-CHA01967701 | MRK-CHA01968215 | MRK-CHA01968943 |
| MRK-CHA01967340 | MRK-CHA01967705 | MRK-CHA01968217 | MRK-CHA01968944 |
| MRK-CHA01967341 | MRK-CHA01967706 | MRK-CHA01968284 | MRK-CHA01968946 |
| MRK-CHA01967342 | MRK-CHA01967708 | MRK-CHA01968285 | MRK-CHA01968948 |
| MRK-CHA01967344 | MRK-CHA01967709 | MRK-CHA01968288 | MRK-CHA01968953 |
| MRK-CHA01967346 | MRK-CHA01967710 | MRK-CHA01968289 | MRK-CHA01968954 |
| MRK-CHA01967347 | MRK-CHA01967712 | MRK-CHA01968341 | MRK-CHA01968956 |
| MRK-CHA01967348 | MRK-CHA01967714 | MRK-CHA01968342 | MRK-CHA01968975 |
| MRK-CHA01967350 | MRK-CHA01967782 | MRK-CHA01968343 | MRK-CHA01968977 |
| MRK-CHA01967399 | MRK-CHA01967783 | MRK-CHA01968346 | MRK-CHA01968978 |
| MRK-CHA01967401 | MRK-CHA01967784 | MRK-CHA01968414 | MRK-CHA01968979 |
| MRK-CHA01967402 | MRK-CHA01967855 | MRK-CHA01968415 | MRK-CHA01968981 |
| MRK-CHA01967410 | MRK-CHA01967857 | MRK-CHA01968416 | MRK-CHA01969022 |
| MRK-CHA01967411 | MRK-CHA01967858 | MRK-CHA01968419 | MRK-CHA01969024 |
| MRK-CHA01967413 | MRK-CHA01967860 | MRK-CHA01968519 | MRK-CHA01969025 |
| MRK-CHA01967425 | MRK-CHA01967861 | MRK-CHA01968520 | MRK-CHA01969026 |
| MRK-CHA01967426 | MRK-CHA01967862 | MRK-CHA01968521 | MRK-CHA01969029 |
| MRK-CHA01967427 | MRK-CHA01967863 | MRK-CHA01968523 | MRK-CHA01969049 |
| MRK-CHA01967429 | MRK-CHA01967864 | MRK-CHA01968585 | MRK-CHA01969050 |
| MRK-CHA01967435 | MRK-CHA01968023 | MRK-CHA01968586 | MRK-CHA01969052 |
| MRK-CHA01967437 | MRK-CHA01968025 | MRK-CHA01968595 | MRK-CHA01969057 |
| MRK-CHA01967438 | MRK-CHA01968026 | MRK-CHA01968597 | MRK-CHA01969058 |
| MRK-CHA01967440 | MRK-CHA01968027 | MRK-CHA01968599 | MRK-CHA01969067 |
| MRK-CHA01967442 | MRK-CHA01968029 | MRK-CHA01968600 | MRK-CHA01969070 |
| MRK-CHA01967575 | MRK-CHA01968033 | MRK-CHA01968787 | MRK-CHA01969115 |
| MRK-CHA01967577 | MRK-CHA01968066 | MRK-CHA01968790 | MRK-CHA01969116 |
| MRK-CHA01967579 | MRK-CHA01968068 | MRK-CHA01968792 | MRK-CHA01969117 |
| MRK-CHA01967580 | MRK-CHA01968070 | MRK-CHA01968817 | MRK-CHA01969120 |
| MRK-CHA01967581 | MRK-CHA01968071 | MRK-CHA01968819 | MRK-CHA01969142 |
| MRK-CHA01967584 | MRK-CHA01968072 | MRK-CHA01968820 | MRK-CHA01969143 |
| MRK-CHA01967585 | MRK-CHA01968074 | MRK-CHA01968821 | MRK-CHA01969172 |
| MRK-CHA01967586 | MRK-CHA01968106 | MRK-CHA01968859 | MRK-CHA01969181 |
| MRK-CHA01967671 | MRK-CHA01968107 | MRK-CHA01968861 | MRK-CHA01969183 |
| MRK-CHA01967672 | MRK-CHA01968108 | MRK-CHA01968863 | MRK-CHA01969187 |
| MRK-CHA01967674 | MRK-CHA01968109 | MRK-CHA01968890 | MRK-CHA01969196 |
| MRK-CHA01967675 | MRK-CHA01968128 | MRK-CHA01968892 | MRK-CHA01969198 |
| MRK-CHA01967676 | MRK-CHA01968146 | MRK-CHA01968893 | MRK-CHA01969203 |
| MRK-CHA01967679 | MRK-CHA01968149 | MRK-CHA01968894 | MRK-CHA01969204 |
| MRK-CHA01967680 | MRK-CHA01968150 | MRK-CHA01968895 | MRK-CHA01969205 |
| MRK-CHA01967690 | MRK-CHA01968151 | MRK-CHA01968919 | MRK-CHA01969207 |
| MRK-CHA01967692 | MRK-CHA01968154 | MRK-CHA01968921 | MRK-CHA01969215 |
| MRK-CHA01967698 | MRK-CHA01968155 | MRK-CHA01968923 | MRK-CHA01969216 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01969217 | MRK-CHA01969845 | MRK-CHA01971197 | MRK-CHA01971813 |
| MRK-CHA01969218 | MRK-CHA01969846 | MRK-CHA01971199 | MRK-CHA01971815 |
| MRK-CHA01969219 | MRK-CHA01969847 | MRK-CHA01971200 | MRK-CHA01971841 |
| MRK-CHA01969222 | MRK-CHA01969884 | MRK-CHA01971202 | MRK-CHA01971843 |
| MRK-CHA01969253 | MRK-CHA01969886 | MRK-CHA01971272 | MRK-CHA01971845 |
| MRK-CHA01969254 | MRK-CHA01969887 | MRK-CHA01971274 | MRK-CHA01971852 |
| MRK-CHA01969255 | MRK-CHA01969888 | MRK-CHA01971288 | MRK-CHA01971853 |
| MRK-CHA01969257 | MRK-CHA01969889 | MRK-CHA01971293 | MRK-CHA01971854 |
| MRK-CHA01969264 | MRK-CHA01969891 | MRK-CHA01971295 | MRK-CHA01971861 |
| MRK-CHA01969267 | MRK-CHA01969936 | MRK-CHA01971296 | MRK-CHA01971865 |
| MRK-CHA01969268 | MRK-CHA01969943 | MRK-CHA01971304 | MRK-CHA01971881 |
| MRK-CHA01969269 | MRK-CHA01969944 | MRK-CHA01971306 | MRK-CHA01971890 |
| MRK-CHA01969270 | MRK-CHA01969946 | MRK-CHA01971318 | MRK-CHA01971930 |
| MRK-CHA01969277 | MRK-CHA01969951 | MRK-CHA01971319 | MRK-CHA01972100 |
| MRK-CHA01969326 | MRK-CHA01969952 | MRK-CHA01971321 | MRK-CHA01972101 |
| MRK-CHA01969327 | MRK-CHA01969953 | MRK-CHA01971322 | MRK-CHA01972103 |
| MRK-CHA01969328 | MRK-CHA01969955 | MRK-CHA01971323 | MRK-CHA01972106 |
| MRK-CHA01969331 | MRK-CHA01969985 | MRK-CHA01971324 | MRK-CHA01972111 |
| MRK-CHA01969374 | MRK-CHA01969987 | MRK-CHA01971325 | MRK-CHA01972113 |
| MRK-CHA01969375 | MRK-CHA01969988 | MRK-CHA01971327 | MRK-CHA01972128 |
| MRK-CHA01969383 | MRK-CHA01969991 | MRK-CHA01971328 | MRK-CHA01972133 |
| MRK-CHA01969385 | MRK-CHA01969992 | MRK-CHA01971329 | MRK-CHA01972138 |
| MRK-CHA01969425 | MRK-CHA01969994 | MRK-CHA01971339 | MRK-CHA01972140 |
| MRK-CHA01969426 | MRK-CHA01970009 | MRK-CHA01971487 | MRK-CHA01972141 |
| MRK-CHA01969427 | MRK-CHA01970010 | MRK-CHA01971489 | MRK-CHA01972142 |
| MRK-CHA01969453 | MRK-CHA01970013 | MRK-CHA01971538 | MRK-CHA01972144 |
| MRK-CHA01969476 | MRK-CHA01970017 | MRK-CHA01971539 | MRK-CHA01972146 |
| MRK-CHA01969479 | MRK-CHA01970019 | MRK-CHA01971540 | MRK-CHA01972148 |
| MRK-CHA01969536 | MRK-CHA01970021 | MRK-CHA01971541 | MRK-CHA01972149 |
| MRK-CHA01969537 | MRK-CHA01970023 | MRK-CHA01971543 | MRK-CHA01972150 |
| MRK-CHA01969541 | MRK-CHA01970131 | MRK-CHA01971549 | MRK-CHA01972151 |
| MRK-CHA01969546 | MRK-CHA01970133 | MRK-CHA01971551 | MRK-CHA01972153 |
| MRK-CHA01969550 | MRK-CHA01970447 | MRK-CHA01971625 | MRK-CHA01972163 |
| MRK-CHA01969551 | MRK-CHA01970772 | MRK-CHA01971631 | MRK-CHA01972165 |
| MRK-CHA01969683 | MRK-CHA01970960 | MRK-CHA01971632 | MRK-CHA01972166 |
| MRK-CHA01969685 | MRK-CHA01971021 | MRK-CHA01971634 | MRK-CHA01972169 |
| MRK-CHA01969693 | MRK-CHA01971023 | MRK-CHA01971766 | MRK-CHA01972171 |
| MRK-CHA01969694 | MRK-CHA01971024 | MRK-CHA01971768 | MRK-CHA01972173 |
| MRK-CHA01969697 | MRK-CHA01971105 | MRK-CHA01971769 | MRK-CHA01972175 |
| MRK-CHA01969698 | MRK-CHA01971106 | MRK-CHA01971770 | MRK-CHA01972178 |
| MRK-CHA01969699 | MRK-CHA01971107 | MRK-CHA01971803 | MRK-CHA01972180 |
| MRK-CHA01969703 | MRK-CHA01971194 | MRK-CHA01971809 | MRK-CHA01972181 |
| MRK-CHA01969775 | MRK-CHA01971196 | MRK-CHA01971811 | MRK-CHA01972184 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01972186 | MRK-CHA01972308 | MRK-CHA01972601 | MRK-CHA01972856 |
| MRK-CHA01972188 | MRK-CHA01972311 | MRK-CHA01972602 | MRK-CHA01972858 |
| MRK-CHA01972190 | MRK-CHA01972314 | MRK-CHA01972604 | MRK-CHA01972865 |
| MRK-CHA01972192 | MRK-CHA01972317 | MRK-CHA01972613 | MRK-CHA01972867 |
| MRK-CHA01972194 | MRK-CHA01972320 | MRK-CHA01972615 | MRK-CHA01972869 |
| MRK-CHA01972195 | MRK-CHA01972322 | MRK-CHA01972617 | MRK-CHA01972875 |
| MRK-CHA01972196 | MRK-CHA01972323 | MRK-CHA01972705 | MRK-CHA01972881 |
| MRK-CHA01972200 | MRK-CHA01972331 | MRK-CHA01972719 | MRK-CHA01972890 |
| MRK-CHA01972203 | MRK-CHA01972334 | MRK-CHA01972721 | MRK-CHA01972901 |
| MRK-CHA01972204 | MRK-CHA01972337 | MRK-CHA01972722 | MRK-CHA01972905 |
| MRK-CHA01972207 | MRK-CHA01972340 | MRK-CHA01972724 | MRK-CHA01972906 |
| MRK-CHA01972209 | MRK-CHA01972347 | MRK-CHA01972735 | MRK-CHA01972908 |
| MRK-CHA01972213 | MRK-CHA01972348 | MRK-CHA01972759 | MRK-CHA01972911 |
| MRK-CHA01972216 | MRK-CHA01972351 | MRK-CHA01972785 | MRK-CHA01972913 |
| MRK-CHA01972220 | MRK-CHA01972354 | MRK-CHA01972786 | MRK-CHA01972923 |
| MRK-CHA01972222 | MRK-CHA01972361 | MRK-CHA01972787 | MRK-CHA01972925 |
| MRK-CHA01972225 | MRK-CHA01972363 | MRK-CHA01972789 | MRK-CHA01972926 |
| MRK-CHA01972227 | MRK-CHA01972364 | MRK-CHA01972791 | MRK-CHA01972928 |
| MRK-CHA01972230 | MRK-CHA01972377 | MRK-CHA01972793 | MRK-CHA01972931 |
| MRK-CHA01972234 | MRK-CHA01972379 | MRK-CHA01972794 | MRK-CHA01972933 |
| MRK-CHA01972239 | MRK-CHA01972383 | MRK-CHA01972797 | MRK-CHA01972935 |
| MRK-CHA01972241 | MRK-CHA01972389 | MRK-CHA01972799 | MRK-CHA01972938 |
| MRK-CHA01972245 | MRK-CHA01972409 | MRK-CHA01972801 | MRK-CHA01972940 |
| MRK-CHA01972252 | MRK-CHA01972412 | MRK-CHA01972803 | MRK-CHA01972943 |
| MRK-CHA01972255 | MRK-CHA01972414 | MRK-CHA01972806 | MRK-CHA01972954 |
| MRK-CHA01972256 | MRK-CHA01972421 | MRK-CHA01972809 | MRK-CHA01972957 |
| MRK-CHA01972258 | MRK-CHA01972427 | MRK-CHA01972811 | MRK-CHA01972958 |
| MRK-CHA01972260 | MRK-CHA01972429 | MRK-CHA01972813 | MRK-CHA01972962 |
| MRK-CHA01972263 | MRK-CHA01972448 | MRK-CHA01972818 | MRK-CHA01972963 |
| MRK-CHA01972265 | MRK-CHA01972454 | MRK-CHA01972820 | MRK-CHA01972965 |
| MRK-CHA01972266 | MRK-CHA01972455 | MRK-CHA01972822 | MRK-CHA01972966 |
| MRK-CHA01972268 | MRK-CHA01972456 | MRK-CHA01972825 | MRK-CHA01972969 |
| MRK-CHA01972271 | MRK-CHA01972458 | MRK-CHA01972827 | MRK-CHA01972972 |
| MRK-CHA01972273 | MRK-CHA01972460 | MRK-CHA01972829 | MRK-CHA01972973 |
| MRK-CHA01972275 | MRK-CHA01972464 | MRK-CHA01972831 | MRK-CHA01972980 |
| MRK-CHA01972280 | MRK-CHA01972547 | MRK-CHA01972835 | MRK-CHA01972984 |
| MRK-CHA01972282 | MRK-CHA01972548 | MRK-CHA01972838 | MRK-CHA01972987 |
| MRK-CHA01972284 | MRK-CHA01972550 | MRK-CHA01972841 | MRK-CHA01972988 |
| MRK-CHA01972287 | MRK-CHA01972551 | MRK-CHA01972842 | MRK-CHA01972990 |
| MRK-CHA01972290 | MRK-CHA01972553 | MRK-CHA01972843 | MRK-CHA01972992 |
| MRK-CHA01972292 | MRK-CHA01972592 | MRK-CHA01972847 | MRK-CHA01972995 |
| MRK-CHA01972295 | MRK-CHA01972597 | MRK-CHA01972850 | MRK-CHA01972998 |
| MRK-CHA01972306 | MRK-CHA01972599 | MRK-CHA01972853 | MRK-CHA01973002 |

Appendix C - Merck's FDA Regulatory File

| | | | |
|---|---|---|---|
| MRK-CHA01973007 | MRK-CHA01973755 | MRK-CHA01974350 | MRK-CHA01975604 |
| MRK-CHA01973011 | MRK-CHA01973757 | MRK-CHA01974353 | MRK-CHA01975673 |
| MRK-CHA01973014 | MRK-CHA01973772 | MRK-CHA01974355 | MRK-CHA01975691 |
| MRK-CHA01973039 | MRK-CHA01973774 | MRK-CHA01974357 | MRK-CHA01975692 |
| MRK-CHA01973041 | MRK-CHA01973775 | MRK-CHA01974359 | MRK-CHA01975693 |
| MRK-CHA01973045 | MRK-CHA01973820 | MRK-CHA01974362 | MRK-CHA01975741 |
| MRK-CHA01973046 | MRK-CHA01973822 | MRK-CHA01974364 | MRK-CHA01975742 |
| MRK-CHA01973047 | MRK-CHA01973824 | MRK-CHA01974473 | MRK-CHA01975945 |
| MRK-CHA01973048 | MRK-CHA01973825 | MRK-CHA01974474 | MRK-CHA01975946 |
| MRK-CHA01973059 | MRK-CHA01973827 | MRK-CHA01974495 | MRK-CHA01976123 |
| MRK-CHA01973061 | MRK-CHA01974067 | MRK-CHA01974727 | MRK-CHA01976125 |
| MRK-CHA01973062 | MRK-CHA01974069 | MRK-CHA01974729 | MRK-CHA01976127 |
| MRK-CHA01973065 | MRK-CHA01974074 | MRK-CHA01974730 | MRK-CHA01976134 |
| MRK-CHA01973066 | MRK-CHA01974076 | MRK-CHA01974768 | MRK-CHA01976136 |
| MRK-CHA01973071 | MRK-CHA01974077 | MRK-CHA01974796 | MRK-CHA01976138 |
| MRK-CHA01973228 | MRK-CHA01974079 | MRK-CHA01974799 | MRK-CHA01976156 |
| MRK-CHA01973229 | MRK-CHA01974080 | MRK-CHA01974802 | MRK-CHA01976164 |
| MRK-CHA01973230 | MRK-CHA01974117 | MRK-CHA01974805 | MRK-CHA01976169 |
| MRK-CHA01973233 | MRK-CHA01974118 | MRK-CHA01974807 | MRK-CHA01976171 |
| MRK-CHA01973235 | MRK-CHA01974119 | MRK-CHA01974809 | MRK-CHA01976173 |
| MRK-CHA01973252 | MRK-CHA01974120 | MRK-CHA01974965 | MRK-CHA01976176 |
| MRK-CHA01973288 | MRK-CHA01974121 | MRK-CHA01974966 | MRK-CHA01976191 |
| MRK-CHA01973290 | MRK-CHA01974123 | MRK-CHA01974974 | MRK-CHA01976192 |
| MRK-CHA01973291 | MRK-CHA01974125 | MRK-CHA01974975 | MRK-CHA01976193 |
| MRK-CHA01973293 | MRK-CHA01974141 | MRK-CHA01974977 | MRK-CHA-R00000241 |
| MRK-CHA01973325 | MRK-CHA01974143 | MRK-CHA01974979 | MRK-CHA-R00000248 |
| MRK-CHA01973327 | MRK-CHA01974144 | MRK-CHA01974994 | |
| MRK-CHA01973329 | MRK-CHA01974145 | MRK-CHA01974996 | |
| MRK-CHA01973330 | MRK-CHA01974146 | MRK-CHA01975021 | |
| MRK-CHA01973392 | MRK-CHA01974148 | MRK-CHA01975125 | |
| MRK-CHA01973394 | MRK-CHA01974149 | MRK-CHA01975126 | |
| MRK-CHA01973395 | MRK-CHA01974290 | MRK-CHA01975225 | |
| MRK-CHA01973413 | MRK-CHA01974292 | MRK-CHA01975298 | |
| MRK-CHA01973414 | MRK-CHA01974330 | MRK-CHA01975305 | |
| MRK-CHA01973416 | MRK-CHA01974332 | MRK-CHA01975318 | |
| MRK-CHA01973418 | MRK-CHA01974334 | MRK-CHA01975329 | |
| MRK-CHA01973431 | MRK-CHA01974336 | MRK-CHA01975330 | |
| MRK-CHA01973433 | MRK-CHA01974338 | MRK-CHA01975332 | |
| MRK-CHA01973727 | MRK-CHA01974340 | MRK-CHA01975340 | |
| MRK-CHA01973729 | MRK-CHA01974342 | MRK-CHA01975433 | |
| MRK-CHA01973730 | MRK-CHA01974344 | MRK-CHA01975452 | |
| MRK-CHA01973731 | MRK-CHA01974346 | MRK-CHA01975454 | |
| MRK-CHA01973733 | MRK-CHA01974348 | MRK-CHA01975462 | |

| DEPOSITION TRANSCRIPTS & EXHIBITS |
|---|
| Deposition of Katalin Abraham dated May 18, 2017 including Exhibits and any errata |
| Deposition of Joseph Antonello, Ph.D. dated August 3, 2017 including Exhibits and any errata |
| Deposition of Philip S. Bennett dated May 24, 2017 including Exhibits and any errata |
| Deposition of Joye L. Bramble, Ph.D. dated January 6, 2017 including Exhibits and any errata |
| Deposition of Keith D. Chirgwin, M.D. dated January 26, 2017 including Exhibits and any errata |
| Deposition of April D. Cohen dated January 4, 2018 including Exhibits and any errata |
| Deposition of Michael Dekleva, Ph.D. dated February 9, 2017 including Exhibits and any errata |
| Deposition of James Donald, M.D. dated March 23, 2017 including Exhibits and any errata |
| Deposition of Colleen Duffy dated December 12, 2016 including Exhibits and any errata |
| Deposition of Emilio Emini, Ph.D. dated June 6, 2017 including Exhibits and any errata |
| Deposition of Alison L. Fisher, Ph.D. dated November 1, 2016 including Exhibits and any errata |
| Deposition of Jonathan Hartzel, Ph.D. dated June 23, 2017 including Exhibits and any errata |
| Deposition of Amy R. Keegan dated April 27, 2017 including Exhibits and any errata |
| Deposition of Amy R. Keegan dated February 9, 2018 including Exhibits and any errata |
| Deposition of Chester J. Kitchen, Jr. dated April 25, 2017 including Exhibits and any errata |
| Deposition of Andrew Klein, M.D. dated December 19, 2016 including Exhibits and any errata |
| Deposition of David Krah, Ph.D. dated July 11, 2017 including Exhibits and any errata |
| Deposition of David Krah, Ph.D. dated July 12, 2017 including Exhibits and any errata |
| Deposition of Stephen Krahling dated May 2, 2017 including Exhibits and any errata |
| Deposition of Stephen Krahling dated May 3, 2017 including Exhibits and any errata |
| Deposition of Barbara J. Kuter, Ph.D. dated December 14, 2016 including Exhibits and any errata |
| Deposition of Barbara J. Kuter, Ph.D. dated February 9, 2018 including Exhibits and any errata |
| Deposition of Dorothy Margolskee, M.D. dated April 21, 2017 including Exhibits and any errata |
| Deposition of Tabitha Martin dated May 23, 2017 including Exhibits and any errata |
| Deposition of Roberta L. McKee, Ph.D. dated March 30, 2017 including Exhibits and any errata |
| Deposition of Eric Metzger dated June 11, 2015 including Exhibits and any errata |
| Deposition of Cynthia Morrisey dated July 27, 2017 including Exhibits and any errata |
| Deposition of Manal A. Morsy, M.D., Ph.D. dated August 5, 2016 including Exhibits and any errata |
| Deposition of Luwy Musey, M.D. dated October 7, 2016 including Exhibits and any errata |
| Deposition of Mark Pallansch, Ph.D. dated October 13, 2017 including Exhibits and any errata |
| Deposition of Robyn Reynolds dated October 27, 2016 including Exhibits and any errata |
| Deposition of Florian Schodel, M.D. dated December 22, 2016 including Exhibits and any errata |
| Deposition of Tim Schofield dated March 20, 2017 including Exhibits and any errata |
| Deposition of Alan W. Sims dated October 12, 2017 including Exhibits and any errata |
| Deposition of Mark Stannard dated December 13, 2016 including Exhibits and any errata |
| Deposition of John I. Sutter, M.D. dated November 10, 2016 including Exhibits and any errata |
| Deposition of Michele Taylor dated May 9, 2017 including Exhibits and any errata |
| Deposition of Jorge Troncoso dated May 26, 2017 including Exhibits and any errata |
| Deposition of Henrietta Ukwu, M.D. dated May 31, 2017 including Exhibits and any errata |
| Deposition of Joan Wlochowski dated June 13, 2017 including Exhibits and any errata |
| Deposition of Joan Wlochowski dated June 14, 2017 including Exhibits and any errata |
| Deposition of Mary K. Yagodich dated August 18, 2016 including Exhibits and any errata |
| ADDITIONAL MATERIALS |
| 15 U.S.C. § 2, Monopolizing trade a felony; penalty15 U.S.C. § 2, Monopolizing trade a felony; penalty |
| 21 CFR § 1.21, Failure to reveal material fact |

Appendix C - Additional Materials

| |
|---|
| 21 CFR § 10.65, Meetings and Correspondence, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=10.65. |
| 21 CFR § 1271.440, Orders of Retention, Recall, Destruction, and Cessation of Manufacturing |
| 21 CFR § 200.5, Mailing of important information about drugs |
| 21 CFR § 201.1, Drugs; name and place of business of manufacturer, packer, or distributor, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm?fr=201.1. |
| 21 CFR § 201.56, General requirements on content and format of labeling for human prescription drugs (2000), available at https://www.gpo.gov/fdsys/pkg/CFR-2000-title21-vol4/pdf/CFR-2000-title21-vol4-sec201-56.pdf. |
| 21 CFR § 201.56, Requirements on content and format of labeling for human prescription drug and biological products, (2012), available at https://www.gpo.gov/fdsys/pkg/CFR-2012-title21-vol4/pdf/CFR-2012-title21-vol4-sec201-56.pdf. |
| 21 CFR § 201.57, Specific requirements on content and format of labeling for human prescription drug and biological products described in 201.56(b)(1) |
| 21 CFR § 201.57, Specific requirements on content and format of labeling for human prescription drugs (2000) available at https://www.gpo.gov/fdsys/pkg/CFR-2000-title21-vol4/pdf/CFR-2000-title21-vol4-sec201-57.pdf. |
| 21 CFR § 201.57, Specific requirements on content and format of labeling for human prescription drugs and biological products described in § 201.56(b)(1) (2012), available at https://www.gpo.gov/fdsys/pkg/CFR-2012-title21-vol4/pdf/CFR-2012-title21-vol4-sec201-57.pdf. |
| 21 CFR § 201.80, Specific Requirements on Content and Format of labeling for human prescription drug and biological products; older drugs not described in § 201.56(b)(1), available at https://www.gpo.gov/fdsys/pkg/CFR-2012-title21-vol4/pdf/CFR-2012-title21-vol4-sec201-80.pdf. |
| 21 CFR § 211.192, Production record review |
| 21 CFR § 312.20, Requirement for an IND Application |
| 21 CFR § 312.21, FDA Phases of an Investigation |
| 21 CFR § 312.23, FDA IND Content and Format |
| 21 CFR § 312.42, Clinical Holds and Requests for Modification |
| 21 CFR § 312.70, Disqualification of a clinical investigator, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=312.70. |
| 21 CFR § 314.125, Refusal to approve an NDA |
| 21 CFR § 314.126, Adequate and well-controlled studies, available at https://www.gpo.gov/fdsys/pkg/CFR-2012-title21-vol5/pdf/CFR-2012-title21-vol5-sec314-126.pdf. |
| 21 CFR § 314.22 Submitting an abbreviated application, or a 505(j)(2)(c) petition that relies on, a listed drug that is no longer marketed, available at https://www.gpo.gov/fdsys/pkg/CFR-2011-title21-vol5/pdf/CFR-2011-title21-vol5-sec314-122.pdf. |
| 21 CFR § 314.3, Definitions, available at https://www.gpo.gov/fdsys/pkg/CFR-2012-title21-vol5/pdf/CFR-2012-title21-vol5-sec314-3.pdf. |
| 21 CFR § 314.50, Content and Format of an Application, available at https://www.gpo.gov/fdsys/pkg/CFR-2011-title21-vol5/pdf/CFR-2011-title21-vol5-sec314-50.pdf. |
| 21 CFR § 314.70, Supplements and other changes to an approved application, available at https://www.gpo.gov/fdsys/pkg/CFR-2011-title21-vol5/pdf/CFR-2011-title21-vol5-sec314-70.pdf. |
| 21 CFR § 600.14, Reporting of biological product deviations by licensed manufacturers |
| 21 CFR § 600.3, Definitions, available at https://www.gpo.gov/fdsys/pkg/CFR-2017-title21-vol7/pdf/CFR-2017-title21-vol7-sec600-3.pdf. |
| 21 CFR § 601.2, FDA Applications for Biologics Licenses; Procedures for Filing |
| 21 CFR § 601.22, Licensing |

21 CFR § 601.25, Review Procedures to Determine that licensed biological products are safe, effective, and not misbranded under prescribed, recommended, or suggested conditions of use, available at https://www.gpo.gov/fdsys/pkg/CFR-2012-title21-vol7/pdf/CFR-2012-title21-vol7-sec601-25.pdf.

21 CFR § 601.27, Pediatric studies, 1998, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=601.27.

21 CFR § 601.5(b), Revocation of License

21 CFR § 601.6(a), Suspension of License

21 CFR § 610, "Biological Products; Bacterial Vaccines and Toxoids; Implementation of Efficacy Review," *Federal Register* , 70(242), December 19, 2005, pp. 75018-75028.

21 CFR § 630.51, Clinical Trials to Qualify for License

21 CFR § 812.119, Disqualifications of clinical investigator, available at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=812.119.

21 CFR §§ 310.3-310.6, New Drugs and Biologics

21 CFR pt 211, Current Good Manufacturing Practice for Finished Pharmaceuticals

21 CFR pt 314, Applications for FDA Approval to Market a New Drug

21 CFR pt. 11, Electronic System Compliance

21 CFR pt. 210, cGMP General

21 CFR pt. 211, cGMP Detailed

21 CFR pt. 314, Drug Applications

21 CFR pt. 50, Protection of Human Subjects

21 CFR pt. 56, Institutional Review Boards

21 CFR pt. 600, GMP Biological Products

21 CFR pt. 600-680, Biologics

21 CFR pt. 601, Licensing Biologicals

21 CFR pt. 610, Biological Product Standards

21 U.S.C. § 301 et seq., Federal Food, Drug, and Cosmetic Act

21 U.S.C. § 321, Definitions; generally

21 U.S.C. § 334, Seizure – Grounds and Jurisdiction

21 U.S.C. § 351, Adulterated drugs and devices

21 U.S.C. § 352, Misbranded drugs and devices

21 U.S.C. § 355 et seq.

21 U.S.C. § 355, New drugs

31 U.S.C. § 3729, False claims

32 PEDIATRIC INFECTIOUS DISEASE 381-82 (April 2013), Plotkin SA, "Commentary: Mumps vaccines: do we need a new one?"

35 PEDIATRIC INFECTIOUS DISEASE J. 1011 (2016), Safety and Immunogenicity of M-M-RII (Combination Measles–Mumps–Rubella Vaccine) in Clinical Trials of Healthy Children Conducted Between 1988 and 2009

38 Fed. Reg. 4319, Biological Products: Procedures for Review of Safety, Effectiveness and Labeling

42 CFR 493; Clinical Laboratory Improvement Act of 1967 (CLIA), Clinical Laboratory Improvement Amendments of 1988, Food and Drug Administration Modernization Act of 1997, and Taking Essential Steps for Testing Act of 2012, available at https://www.gpo.gov/fdsys/search/searchresults.action?st=42+CFR+493+.

42 U.S.C. § 247b, Project grants for preventative health services

42 U.S.C. § 262, Regulation of biological products

42 U.S.C. § 262, Regulation of biological products, available at http://uscode.house.gov/view.xhtml?req=(title:42%20section:262%20edition:prelim).

42 U.S.C. § 300aa-1 et seq., National Vaccine Injury Act

Appendix C - Additional Materials

| |
|---|
| 42 U.S.C. § 300aa-1, Establishment |
| 42 U.S.C. § 300aa-14, Vaccine Injury Table |
| 42 U.S.C. § 300aa–15, Compensation. |
| 42 U.S.C. § 300aa-19, Advisory Commission on Childhood Vaccines |
| 42 U.S.C. § 300aa-2, Program responsibilities |
| 42 U.S.C. § 300aa-22, Standards of responsibility |
| 42 U.S.C. § 300aa-23, Trial |
| 42 U.S.C. § 300aa-5, National Vaccine Advisory Committee |
| 60 Fed Reg 39180, Statement Regarding the Demonstrations of Effectiveness of Human Drug Products and Devices |
| About FDA, 100 Years of Biologics Regulation-FDA Consumer Magazine, FDA Consumer Magazine, July-Aug. 2002, available at https://www.fda.gov/AboutFDA/WhatWeDo/History/ucm064476.htm. |
| Abrams et al, "Assessing Mumps Outbreak Risk in Highly Vaccinated Populations Using Spatial Seroprevalence Data." American Journal of Epidemiology, Volume 179, Issue 8, 15 April 2014, Pages 1006-1017, https://doi.org/10.1093/aje/kwu014. |
| Adams et al. "Summary of Notifiable Infectious Diseases and Conditions - United States, 2015". MMWR Morb Mortal Wkly Rep 2017;64:1-143. DOI: http://dx.doi.org/10.15585/mmwr.mm6453a1. |
| Afzal, M. A., A. R. Pickford, T. Forsey and P. D. Minor (1992). "Heterogeneous mumps vaccine." Lancet 340(8825): 980-981. |
| Afzal, M. A., A. R. Pickford, T. Forsey, A. B. Heath and P. D. Minor (1993). "The Jeryl Lynn vaccine strain of mumps virus is a mixture of two distinct isolates." J Gen Virol 74 ( Pt 5): 917-920. |
| Albertson, "Mumps outbreak at a university and recommendation for a third dose of measles-mumps-rubella vaccine-Illinois, 2015-2016," Morbidity and Mortality Weekly Report, 2016 July 29;65(29):731-734 |
| Allwinn, R., B. Zeidler, K. Steinhagen, E. Rohwader, S. Wicker, H. F. Rabenau and H. W. Doerr (2011). "Assessment of mumps virus-specific antibodies by different serological assays: which test correlates best with mumps immunity?" Eur J Clin Microbiol Infect Dis 30(10): 1223-1228. |
| Alsheikhly, A. R., C. Orvell, B. Wahlin, T. Andersson and P. Perlmann (1984). "The role of viral glycoproteins in mumps virus-mediated antibody-dependent cellular cytotoxicity in vitro." Scand J Immunol 20(5): 449-460. |
| Alsheikhly, A. R., T. Andersson, U. Andersson and P. Perlmann (1985). "Mumps virus-induced enhancement of the in vitro cytotoxicity of cord blood lymphocytes." Scand J Immunol 21(4): 321-328. |
| Als-Nielsen, B., W. Chen, C. Gluud and L. L. Kjaergard (2003). "Association of funding and conclusions in randomized drug trials: a reflection of treatment effect or adverse events?" JAMA 290(7): 921-928. |
| Amanna, I. J., N. E. Carlson and M. K. Slifka (2007). "Duration of humoral immunity to common viral and vaccine antigens." N Engl J Med 357(19): 1903-1915. |
| Amarasinghe, G. K., Y. Bao, C. F. Basler, S. Bavari, M. Beer, N. Bejerman, K. R. Blasdell, A. Bochnowski, T. Briese, A. Bukreyev, C. H. Calisher, K. Chandran, P. L. Collins, R. G. Dietzgen, O. Dolnik, R. Durrwald, J. M. Dye, A. J. Easton, H. Ebihara, Q. Fang, P. Formenty, R. A. M. Fouchier, E. Ghedin, R. M. Harding, R. Hewson, C. M. Higgins, J. Hong, M. Horie, A. P. James, D. Jiang, G. P. Kobinger, H. Kondo, G. Kurath, R. A. Lamb, B. Lee, E. M. Leroy, M. Li, A. Maisner, E. Muhlberger, S. V. Netesov, N. Nowotny, J. L. Patterson, S. L. Payne, J. T. Paweska, M. N. Pearson, R. E. Randall, P. A. Revill, B. K. Rima, P. Rota, D. Rubbenstroth, M. Schwemmle, S. J. Smither, Q. Song, D. M. Stone, A. Takada, C. Terregino, R. B. Tesh, K. Tomonaga, N. Tordo, J. S. Towner, N. Vasilakis, E. Volchkov, V. Wahl-Jensen, P. J. Walker, B. Wang, D. Wang, F. Wang, L. F. Wang, J. H. Werren, A. E. Whitfield, Z. Yan, G. Ye and J. H. Kuhn (2017). "Taxonomy of the order Mononegavirales: update 2017." Arch Virol 162(8): 2493-2504. |
| Amexis, G., S. Rubin, V. Chizhikov, F. Pelloquin, K. Carbone and K. Chumakov (2002). "Sequence diversity of Jeryl Lynn strain of mumps virus: quantitative mutant analysis for vaccine quality control." Virology 300(2): 171-179. |

Anderson et al, "Mumps Epidemiology and Immunity The Anatomy of a Modern Epidemic", Pediatr Infect Dis J. 2008 Oct;27(10 Suppl):S75-9.

Anderson et al, "Vaccination and herd immunity to infectious diseases." Nature 318.6044 (1985): 323.

Andzhaparidze, OG, "Chronic non-cytopathic infection of human continuous cell lines with mumps virus," Acta Virologica, 1983 Jul; 27(4):318-28.

Anis et al, "Mumps outbreak in Israel's highly vaccinated society: are two doses enough?", Epidemiol Infect. 2012 Mar;140(3):439-46.

Antibody-dependent enhancement of severe dengue disease in humans Katzelnick LC, Gresh L, Halloran ME, Mercado JC, Kuan G, Gordon A, Balmaseda A, Harris E.

Approval History, Letters, Reviews, and Related Documents, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM573996.zip.

Arnould R.J., and L. DeBrock, "An Overview of the Market for Vaccines in the United States," Background Paper Prepared for the Committee on the Evaluation of Vaccine Purchase Financing in the United States, August 2002.

Assay of humoral immunity to mumps virus. Pipkin PA, Afzal MA, Heath AB, Minor PD. J Virol Methods. 1999 May

Audsley, M. D. and G. W. Moseley (2013). "Paramyxovirus evasion of innate immunity: Diverse strategies for common targets." World J Virol 2(2): 57-70.

August 19, 2009 Approval Letter, available at http://wayback.archive-it.org/7993/20170723024951/https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm179531.htm.

B.J. Kuter, et al., *Safety and Immunogenicity of M-M-RII (Combination Measles-Mumps-Rubella Vaccine) in Clinical Trials of Healthy Children Conducted Between 1998 and 2009,* The Pediatric Infectious Disease Journal, 35(9), (Sept.) 2016.

Backhouse, J. L., H. F. Gidding, P. B. McIntyre and G. L. Gilbert (2006). "Evaluation of two enzyme immunoassays for detection of immunoglobulin G antibodies to mumps virus." Clin Vaccine Immunol 13(7): 764-767.

Bakalar N., "New Shingles Vaccine is Cost-Effective," *The New York Times,* January 4, 2018, available at https://www.nytimes.com/2018/01/04/well/live/new-shingles-vaccine-is-cost-effective.html?rref=collection%2Fsectioncollection%2Fwell.

Barskey, "Mumps Outbreak in Orthodox Jewish communities in the United States," New England Journal of Medicine, 2012 Nov 1;367(18):1704-13;

Barskey, A. E. et al.: *Mumps Outbreak in Orthodox Jewish Outbreak in the United States* , New England Journal of Medicine, 367(18): 1704-13, (Nov. 1) 2012.

Barskey, A. E. et al.: *Mumps resurgences in the United States A historical perspective* , Vaccine, 27: 6186-6195, (2009).

Bashe, W. J., Jr., T. Gotlieb, G. Henle and W. Henle (1953). "Studies on the prevention of mumps. VI. The relationship of neutralizing antibodies to the determination of susceptibility and to the evaluation of immunization procedures." J Immunol 71(2): 76-85.

Begg, C., M. Cho, S. Eastwood, R. Horton, D. Moher, I. Olkin, R. Pitkin, D. Rennie, K. F. Schulz, D. Simel and D. F. Stroup (1996). "Improving the quality of reporting of randomized controlled trials. The CONSORT statement." JAMA 276(8): 637-639.

Bektas, A., S. H. Schurman, R. Sen and L. Ferrucci (2017). "Human T cell immunosenescence and inflammation in aging." J Leukoc Biol 102(4): 977-988.

Berger, R. J., M. (1980). "Comparison of five different tests for mumps antibodies." Infection 8(5): 180-183.

Berkowska, M. A., G. J. Driessen, V. Bikos, C. Grosserichter-Wagener, K. Stamatopoulos, A. Cerutti, B. He, K. Biermann, J. F. Lange, M. van der Burg, J. J. van Dongen and M. C. van Zelm (2011). "Human memory B cells originate from three distinct germinal center-dependent and -independent maturation pathways." Blood 118(8): 2150-2158.

Berndt E.R., R.N. Denoncourt and A.C. Warner, "U.S. Markets for Vaccines: Characteristics, Case Studies and Controversies," AEI Press, Washington, DC, 2009.

Berndt E.R., T.G. McGuire, and J.P. Newhouse, "A Primer on the Economics of Prescription Pharmaceutical Pricing in Health Insurance Markets," *Forum for Health Economics & Policy* , 14(2), 2011, Article 10.

Bernstein, "Comparison of the Safety and Immunogenicity of a Refrigerator-Stable Versus a Frozen Formulation of ProQuad (Measles, Mumps, Rubella, and Varicella Virus Vaccine Live)," Pediatrics, 2007 June; 119(6)

Berry, A. A., R. Abu-Elyazeed, C. Diaz-Perez, M. A. Mufson, C. J. Harrison, M. Leonardi, J. D. Twiggs, C. Peltier, S. Grogg, A. Carbayo, S. Shapiro, M. Povey, C. Baccarini, B. L. Innis and O. Henry (2017). "Two-year antibody persistence in children vaccinated at 12-15 months with a measles-mumps-rubella virus vaccine without human serum albumin." Hum Vaccin Immunother 13(7): 1516-1522.

Beveridge, W. I. and P. E. Lind (1946). "Mumps; virus haemagglutination and serological reactions." Aust J Exp Biol Med Sci 24: 127-132.

Biedel, C. W. (1978). "Recurrent mumps parotitis following natural infection and immunization." Am J Dis Child 132(7): 678-680.

Bioanalytical method validation, An updated review, available at http://www.phmethods.net/sites/default/files/10.4103-2229-4708.72226.pdf.

Bioanalytical Method Validation, FDA Guidance for Industry, available at https://www.fda.gov/downloads/Drugs/Guidance/ucm070107.pdf.

Biological Products Regulated under Section 351 of the Public Health Service Act; Implementation of Biologics License; Elimination of Establishment License and Product License, 64 Fed. Reg. 56441 (Oct. 20, 1999).

Biological Products: Corrections and Technical Amendments, 51 Fed. Reg. 15606 (Apr. 25, 1986) (to be codified at 21 CFR pt. 601, 610, 620, 630, 640, 650, 660, and 680).

Biological Products: Procedures for Review of Safety, Effectiveness and Labeling, 38 Fed. Reg. 4319 (Feb. 13, 1973) (to be codified at 21 CFR pt. 273).

Biological Products: Reporting of Biological Product Deviations in Manufacturing (Final Rule), 65 Fed. Reg. 66,621, 66,623 (Nov. 7, 2000).

BioPharm International, "After the Consent Decree - An Uphill Battle for Affected Companies," June 1, 2004, available at http://www.biopharminternational.com/print/243232?page=full.

BLA Approval Letter from Dr. Marion Gruber, FDA to Dr. Jody Gould, GSK Biologicals, Oct. 20, 2017, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM581750.pdf.

BLA Clinical Review Memorandum, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM584811.zip.

BlueCross BlueShield of South Carolina's "2009 Comprehensive Formulary: List of Covered Drugs" for MedBlueRx, pp. 1-59.

Bonanni, P., M. Grazzini, G. Niccolai, D. Paolini, O. Varone, A. Bartoloni, F. Bartalesi, M. G. Santini, S. Baretti, C. Bonito, P. Zini, M. T. Mechi, F. Niccolini, L. Magistri, M. B. Pulci, S. Boccalini and A. Bechini (2017). "Recommended vaccinations for asplenic and hyposplenic adult patients." Hum Vaccin Immunother 13(2): 359-368.

Branche, A. R. and A. R. Falsey (2016). "Parainfluenza Virus Infection." Semin Respir Crit Care Med 37(4): 538-554.

Brunell, "The Effectiveness of Evaluating Mumps Vaccine Effectiveness", Clin Infect Dis. 2007 Aug 15;45(4):467-9. Epub 2007 Jul 10.

Brunell, P. A., A. Brickman, S. Steinberg and E. Allen (1972). "Parotitis in children who had previously received mumps vaccine." Pediatrics 50(3): 441-444.

Bulati, M., C. Caruso and G. Colonna-Romano (2017). "From lymphopoiesis to plasma cells differentiation, the age-related modifications of B cell compartment are influenced by "inflamm-ageing"." Ageing Res Rev 36: 125-136.

Burnet, F. M. (1945). "Haemagglutination by mumps virus; relationship to Newcastle disease and influenza viruses." Aust J Sci 8: 81-83.

Business Wire, Sanofi Pasteur and Merck (Known as MSD Outside the United States and Canada) Announce Intent to End Joint Vaccines Operations in Europe, Sanofi Pasteur MSD, to Pursue Their Own Distinct Growth Strategies, Mar. 8, 2016, available at https://www.businesswire.com/news/home/20160308005897/en/Sanofi-Pasteur-Merck-MSD-United-States-Canada.

Buynak EB, Whitman JE Jr, Roehm RR, Morton DH, Lampson GP, Hilleman MR. Proc Soc Exp Biol Med. 1967 Buynak, Comparison of Neutralization and Hemagglutination-Inhibition Tec.

Buynak, E. B., et al.: *Combined Live Measles, Mumps, Rubella Vaccine* , J. Am. Med. Assoc., 207:2259-2262, (Mar. 24) 1969.

Buynak, E. B., et al.: *Live Attenuated Mumps Virus Vaccine: 1. Vaccine Development* , Proc Soc Exp Biol Med, 123:768-775 (Dec), 1966.

Buynak, E. B., J. E. Whitman, Jr., R. R. Roehm, D. H. Morton, G. P. Lampson and M. R. Hilleman (1967). "Comparison of neutralization and hemagglutination-inhibition techniques for measuring mumps antibody." Proc Soc Exp Biol Med 125(4): 1068-1071.

Buynak, E.B., et al.: *Jeryl Lynn Strain Live Attenuated Mumps Virus Vaccine* , J. Am. Med. Assoc., 203(1):63-67 (Jan 1), 1968.

Bylander J., "The United States' Piecemeal Approach to Vaccine Policy," *Health Affairs* , 35(2), February 2016, pp. 195-198.

C. Grady, H.P. Forster, E. Emanuel, *The 2000 Revision of the Declaration of Helsinki: A Step Forward or More Confusion?* , The Lancet, 358(9291):1449–1453, (Oct.) 2001.

Calain, P. and L. Roux (1988). "Generation of measles virus defective interfering particles and their presence in a preparation of attenuated live-virus vaccine." J Virol 62(8): 2859-2866.

Can BioShield Effectively Procure Medical Countermeasures That Safeguard the Nation?: Hearing Before the Subcomm. on Emerging Threats, Cybersecurity and Science and Technology of the Comm. on Homeland Security, 110th Cong. (2007), at 36-41 (statement of Jesse Goodman, M.D., MPH, Director, Center for Biologics Evaluation and Research, HHS), available at https://www.gpo.gov/fdsys/pkg/CHRG-110hhrg43559/pdf/CHRG-110hhrg43559.pdf and https://web.archive.org/web/20161104011329/http://www.hhs.gov/asl/testify/2007/04/t20070418c.html.

Carbone, K. M. R. S. (2007). Mumps virus. Fields Virology. P. M. H. D.M. Knipe, Lippincott Williams & Wilkins. 1527-1550.

Cardemil et al, "Effectiveness of a Third Dose of MMR Vaccine for Mumps Outbreak Control" N Engl J Med 2017;377:947-56.

Cardemil, C. V. et al.: *Effectiveness of a Third Dose of MMR Vaccine for Mumps Outbreak Control* , New  Eng J Med., 377(10): 947-956, (Sept. 7, 2017).

CBER Clinical Review Of Studies Submitted In Support Of Licensure Of ProQuadTM, available at http://wayback.archiveit.org/7993/20170723030938/https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM123800.pdf.

CDC, "2016 Recommended Immunizations for Children from Birth Through 6 Years Old," available at https://www.cdc.gov/vaccines/schedules/.

| |
|---|
| CDC, "A Comprehensive Immunization Strategy to Eliminate Transmission of Hepatitis B Virus Infection in the United States: Recommendations of the Advisory Committee on Immunization Practices (ACIP) Part 1: Immunization of Infants, Children and Adolescents," *Morbidity and Mortality Weekly Report* , 54(RR-16), December 23, 2005, available at https://www.cdc.gov/mmwr/PDF/rr/rr5416.pdf. |
| CDC, "ACIP votes down use of LAIV for 2016-2017 flu season," available at https://www.cdc.gov/media/releases/2016/s0622-laiv-flu.html. |
| CDC, "Archived CDC Vaccine Price List as of February 24, 2015," available at https://www.cdc.gov/vaccines/programs/vfc/awardees/vaccine-management/price-list/2015/2015-02-24.html#modalIdString_CDCTable_0. |
| CDC, "Archived CDC Vaccine Price List as of January 1, 2018," available at https://www.cdc.gov/vaccines/programs/vfc/awardees/vaccine-management/price-list/2018/2018-01-01.html. |
| CDC, "Archived CDC Vaccine Price List as of September 1, 2017," available at https://www.cdc.gov/vaccines/programs/vfc/awardees/vaccine-management/price-list/2017/2017-09-01.html#modalIdString_CDCTable_0. |
| CDC, "Archived CDC Vaccine Price List as of September 23, 2008," available at https://www.cdc.gov/vaccines/programs/vfc/awardees/vaccine-management/price-list/archive.html. |
| CDC, "CDC Vaccine Price List," prices last updated December 1, 2004. |
| CDC, "CDC Vaccine Price List," prices last updated December 4, 2001. |
| CDC, "CDC Vaccine Price List," prices last updated November 2, 2002. |
| CDC, "CDC Vaccine Price List," prices last updated November 21, 2003. |
| CDC, "CDC Vaccine Price List," prices last updated September 27, 2000. |
| CDC, "Combination Vaccines for Childhood Immunization: Recommendations of the Advisory Committee on Immunization Practices (ACIP), the American Academy of Pediatrics (AAP), and the American Academy of Family Physicians (AAFP)," *Morbidity and Mortality Weekly Report* , 48(RR-5), 1999, pp. 1–15. |
| CDC, "Epidemiology and Prevention of Vaccine-Preventable Diseases: Mumps," available at http://www.cdc.gov/vaccines/pubs/pinkbook/mumps.html. |
| CDC, "Signs & Symptoms of Mumps," available at https://www.cdc.gov/mumps/about/signs-symptoms.html. |
| CDC, "The VFC Program: At a Glance," February 14, 2014, available at https://www.cdc.gov/vaccines/programs/vfc/about/. |
| CDC, "Transmission of Mumps," available at https://www.cdc.gov/mumps/about/transmission.html. |
| CDC, "Vaccine Prices," effective date October 1, 1995. |
| CDC, "Vaccine Tracking System (VTrckS)," available at https://www.cdc.gov/vaccines/programs/vtrcks/index.html. |
| CDC, "VFC CDC Vaccine Price List Archives," available at http://www.cdc.gov/vaccines/programs/vfc/awardees/vaccine-management/price-list/archive.html. |
| CDC, *Epidemiology and Prevention of Vaccine-Preventable Diseases* (Pinkbook) (13th ed.), Appendix E. |
| CDC, Epidemiology and Prevention of Vaccine-Preventable Diseases, 12th Ed., Ch. 14 Mumps (2012) |
| CDC, Epidemiology and Prevention of Vaccine-Preventable Diseases, 13th Ed., Ch. 15 Mumps (2015) |
| CDC, Measles prevention: recommendations of the Immunization Practices Advisory Committee (ACIP). MMWR 1989; 38(No. S-9):1-18. |
| CDC, Measles, Mumps, and Rubella – Vaccine Use and Strategies for Elimination of Measles, Rubella, and Congenital Rubella Syndrome and Control of Mumps: recommendations of the Immunization Practices Advisory Committee (ACIP). MMWR 1998; 47(RR-8); 1-57. |
| CDC, Measles, Mumps, Rubella, and Varicella Diseases and How to Protect Against Them, available at https://www.cdc.gov/vaccinesafety/vaccines/mmrv-vaccine.html. |

Appendix C - Additional Materials

CDC, Mumps Surveillance: January 1972-June 1974. Atlanta, GA: U.S. Department of Health, Education, and Welfare, Public Health Service, 1974.

CDC, Mumps: For Healthcare Providers, available at https://www.cdc.gov/mumps/hcp.html.

CDC, Notice to Readers: Updated Recommendations of the Advisory Committee on Immunization Practices (ACIP) for the Control and Elimination of Mumps. MMWR 2006; 55(22):629-30.

CDC, Press Briefing Transcripts: Press Briefing on Mumps Outbreak in the Midwest, Apr. 19, 2006, available at https://www.cdc.gov/media/transcripts/t060419.htm.

CDC, Q&As about Monovalent M-M-R Vaccines, https://www.cdc.gov/vaccines/hcp/clinical-resources/mmr-faq-12-17-08.html.

CDC, Questions Answered on Vaccines Purchased with 317 Funds - Important Immunization Information for Parents & Healthcare Providers, available at https://www.cdc.gov/vaccines/imz-managers/guides-pubs/qa-317-funds.html (last updated: July 19, 2013).

CDC, Recommendation of the Advisory Committee on Immunization Practices for Use of a Third Dose of Mumps Virus – Containing Vaccine in Persons at Increased Risk for Mumps During an Outbreak. MMWR 2018; 67(1); 33-38.

CDC, Recommendation of the Immunization Practices Advisory Committee (ACIP): mumps vaccine. MMWR 1980; 29:87-8,93-4.

CDC, Recommendation of the Public Health Service Advisory Committee on Immunization Practices: mumps vaccine. MMWR 1967; 16:430-1.

CDC, Recommendation of the Public Health Service Advisory Committee on Immunization Practices: mumps vaccine. MMWR 1968; 17:419.

CDC, Recommendation of the Public Health Service Advisory Committee on Immunization Practices: mumps vaccine. MMWR 1977; 26:393-4.

CDC, Recommended Immunization Schedule for Children and Adolescents Aged 18 Years or Younger, UNITED STATES, 2018 (Jan. 1, 2018).

CDC, Selected U.S. Discontinued Vaccines, available at https://www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/b/discontinued_vaccines.pdf.

CDC, *Summary of Notifiable Diseases --- United States, 2006* , MMWR 55(53):1-94. (Available at : https://www.cdc.gov/mmwr/preview/mmwrhtml/mm5553a1.htm).

CDC, *Summary of Notifiable Infectious Diseases and Conditions – United States, 2015* , MMWR, 64(53): 1-143, (Aug. 11) 2017.

CDC, U.S. Vaccines & Immunizations, available at https://www.cdc.gov/vaccines/terms/usvaccines.html.

CDC, Vaccines for Children Program, available at https://www.cdc.gov/vaccines/programs/vfc/index.html.

CDC. (2018). "Mumps for Healthcare Providers."   Retrieved 09 March, 2018, from https://www.cdc.gov/mumps/hcp.html.

CDC. Use of Combination Measles, Mumps, Rubella, and Varicella Vaccine: Recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR 2010; 59(RR03); 1-12.

Center for Disease Control. *Epidemiologic Notes and Reports – Mumps in an Elementary School – New York.* MMWR 1973;22(22): 185-90.

Center for Disease Control. *Recommendation of the Immunization Practices Advisory Committee (ACIP) – Mumps Vaccine.* MMWR 1980;29(8): 87-93.

Center for Disease Control. *Recommendation of the Public Health Service Advisory Committee on  Immunization Practices – Mumps Vaccine.* MMWR 1977;26(48): 393-94.

Center for Disease Control. *Surveillance Summary – Mumps Surveillance 1973 – the United States.* MMWR 1974;23(50): 431-32.

Centers for Disease Control and Prevention (CDC), "2016 Annual Tables of Infectious Disease Data," National Notifiable Diseases Surveillance System, 2017, https://www.cdc.gov/nndss/infectious-tables.html;

Appendix C - Additional Materials

Centers for Disease Control and Prevention (CDC), "Epidemiology and Prevention of Vaccine-Preventable Diseases" Chapter on Mumps The Pink Book: Course Textbook - 13th Edition (2015)

Centers for Disease Control and Prevention (CDC), "Mumps Cases and Outbreaks," 2018 Mar 6, https://www.cdc.gov/mumps/outbreaks.html

Centers for Disease Control and Prevention (CDC), "Mumps Outbreak --- New York, New Jersey, Quebec, 2009" Morbidity and Mortality Weekly Report, November 12, 2009 / 58(Dispatch);1-4

Centers for Disease Control and Prevention (CDC), "Mumps Outbreak at a University and Recommendation for a Third Dose of Measles-Mumps-Rubella Vaccine - Illinois, 2015-2016" Morbidity and Mortality Weekly Report, July 29, 2016 / 65(29);731-734

Centers for Disease Control and Prevention (CDC), "Mumps Outbreak on a University Campus - California, 2011" Morbidity and Mortality Weekly Report, December 7, 2012 / 61(48);986-989

Centers for Disease Control and Prevention (CDC), "National Notifiable Diseases Surveillance System, Weekly Tables of Infectious Disease Data," National Notifiable Diseases Surveillance System, 2018, https://www.cdc.gov/nndss/infectious-tables.html

Centers for Disease Control and Prevention (CDC), "Prevention of Measles, Rubella, Congenital Rubella Syndrome, and Mumps, of 2013: Summary Recommendations of the Advisory Committee of Immunization Practices (ACIP)," Morbidity and Mortality Weekly Report, 2013 June 14; 62(RR04):1-34

Centers for Disease Control and Prevention (CDC), "Recommendation of the Advisory Committee on Immunization Practices for Use of a Third Dose of Mumps Virus-Containing Vaccine In Persons at Increased Risk for Mumps During an Outbreak," Morbidity and Mortality Weekly Report, 2018 Jan 12;67(1):33-38

Centers for Disease Control and Prevention (CDC), "Summary of Notifiable Infectious Diseases and Conditions - United States, 2014," Morbidity and Mortality Weekly Report, 2016 Oct 14;63(54):31;

Centers for Disease Control and Prevention (CDC), "Summary of Notifiable Infectious Diseases and Conditions - United States, 2015," Morbidity and Mortality Weekly Report, 2017 Aug 11;64(53):32

Centers for Disease Control and Prevention (CDC), "Update: Mumps Outbreak --- New York and New Jersey, June 2009--January 2010" Morbidity and Mortality Weekly Report, February 12, 2010 / 59(05);125-129

Centers for Disease Control and Prevention (CDC), Epidemiology and Prevention of Vaccine-Preventable Diseases, Appendix E (Washington D.C. Public Health Foundation 13th Ed. 2015)

Centers for Disease Control and Prevention (CDC), National Center for Health Statistics. (2012 Dec) "Healthy People 2010 Final Review", DHHS publication ; no. (PHS)2012-1038.

Centers for Disease Control and Prevention (CDC). "Mumps epidemic--Iowa, 2006." MMWR Morb Mortal Wkly Rep. 2006 Apr 7;55(13):366-8.

Centers for Disease Control and Prevention (CDC). (1999, April 2) "Achievements in Public Health, 1900-1999 Impact of Vaccines Universally Recommended for Children -- United States, 1990-1998", MMWR 48(12);243-248.

Centers for Disease Control and Prevention (CDC). (2017, Aug 11) "Summary of Notifiable Infectious Diseases and Conditions - United States, 2015", MMWR 64(53)

Centers for Disease Control and Prevention (CDC); National Health and Nutrition Examination Survey; 2003?2004 Data Documentation, Codebook, and Frequencies; Mumps Antibody ? Serum (Surplus) (SSMUMP_C); First Published: April 2008; Last Revised: June 2009; downloaded 8/10/2017 from https://wwwn.cdc.gov/nchs/nhanes/2003-2004/SSMUMP_C.htm

Centers for Disease Control and Prevention (CDC); National Health and Nutrition Examination Survey; 2009?2010 Data Documentation, Codebook, and Frequencies; Measles, Mumps, Rubella & Varicella (MMRV_F); First Published: December 2011; Last Revised: NA; downloaded 8/10/2017 from https://wwwn.cdc.gov/nchs/nhanes/2009-2010/MMRV_F.htm

Appendix C - Additional Materials

Centers for Disease Control and Prevention (formerly National Communicable Disease Center). *Collected Recommendations of the Public Health Service Advisory Committee on Immunization Practices – Mumps Vaccine.* MMWR SUPPLEMENT 1969;18(43): 12-13.

Centers for Disease Control and Prevention (formerly National Communicable Disease Center). *Immunization Practices – Mumps Vaccine.* MMWR 1967;16(51): 430-35.

Centers for Disease Control and Prevention (formerly National Communicable Disease Center). *Recommendation of the Public Health Service Advisory Committee on Immunization Practices – Mumps Vaccine.* MMWR 1968;17(45): 419-23.

Centers for Disease Control and Prevention. *Absence of Asymptomatic Mumps Virus Shedding Among Vaccinated College Students During a Mumps Outbreak – Washington, February – June 2017.* MMWR 2017;66(47): 1307-08.

Centers for Disease Control and Prevention. *Brief Report: Update: Mumps Activity – United States, January 1-October 7, 2006.* MMWR 2006;55(42): 1152-153.

Centers for Disease Control and Prevention. *Complications of Mumps During a University Outbreak Among Students Who Had Received 2 Doses of Measles-Mumps-Rubella Vaccine – Iowa, July 2015 – May 2016.* MMWR 2017;66(14): 390-91.

Centers for Disease Control and Prevention. *Current Trends Mumps – United States, 1980-1983.* MMWR 1983;32(42): 545-7.

Centers for Disease Control and Prevention. *Current Trends Mumps – United States, 1984-1985.* MMWR 1986;35(13): 216-9.

Centers for Disease Control and Prevention. *Current Trends Mumps – United States, 1985-1988.* MMWR 1989;38(7): 101-5.

Centers for Disease Control and Prevention. *Current Trends Mumps – United States, 1985-1988 .* MMWR 1989;38(7):101-05.

Centers for Disease Control and Prevention. *Epidemiologic Notes and Reports Mumps – United States, 1985-1986.* MMWR 1987;36(10): 151-5.

Centers for Disease Control and Prevention. *Epidemiologic Notes and Reports Mumps in the Workplace – Chicago.* MMWR 1988;37(35): 533-8.

Centers for Disease Control and Prevention. *Epidemiologic Notes and Reports Mumps in the Workplace – Chicago .* MMWR 1988;37(35):533-38.

Centers for Disease Control and Prevention. *Exposure to Mumps During Air Travel – United States, April 2006.* MMWR 2006;55(14): 401-2.

Centers for Disease Control and Prevention. *Measles, Mumps, and Rubella -- Vaccine Use and Strategies for Elimination of Measles, Rubella, and Congenital Rubella Syndrome and Control of Mumps: Recommendations of the Advisory Committee on Immunization Practices (ACIP).* MMWR 1998;47(RR-8): 1-57.

Centers for Disease Control and Prevention. *Mumps – United States, 1983-1984.* MMWR 1984;33(38): 533-5.

Centers for Disease Control and Prevention. *Mumps Epidemic – Iowa, 2006.* MMWR 2006;55(13): 366-8.

Centers for Disease Control and Prevention. *Mumps Epidemic – United Kingdom, 2004-2005.* MMWR 2006;55(7): 173-5.

Centers for Disease Control and Prevention. *Mumps Outbreak – New Jersey .* MMWR 1984;33(29): 421-2, 427-30.

Centers for Disease Control and Prevention. Mumps Outbreak – New York, New Jersey, Quebec, 2009. MMWR 2009;58(45): 1270-74.

Centers for Disease Control and Prevention. *Mumps Outbreak at a Summer Camp – New York, 2005 .* MMWR 2006;55(7): 175-7.

Centers for Disease Control and Prevention. Mumps Outbreak at a University and Recommendation for a Third Dose of Measles-Mumps-Rubella Vaccine – Illinois, 2015-2016. MMWR 2016;65(29): 731-4.

Appendix C - Additional Materials

Centers for Disease Control and Prevention. *Mumps Outbreak on a University Campus – California 2011.* MMWR 2012;61(48): 986-89.

Centers for Disease Control and Prevention. *Mumps Outbreaks on University Campuses – Illinois, Wisconsin, South Dakota* . MMWR 1987;36(30): 496-8, 503-5.

Centers for Disease Control and Prevention. *Mumps Surveillance – United States, 1988-1993* . MMWR 1995;44(SS-3):1-14.

Centers for Disease Control and Prevention. *Notice to Readers: Licensure of a Combined Live Attenuated Measles, Mumps, Rubella, and Varicella Vaccine.* MMWR 2005;54(47): 1212-1214.

Centers for Disease Control and Prevention. *Notice to Readers: Updated Recommendations of the Advisory Committee on Immunization Practices (ACIP) for the Control and Elimination of Mumps.* MMWR 2006;55(22): 629-30.

Centers for Disease Control and Prevention. *Prevention of Measles, Rubella, Congenital Rubella Syndrome, and Mumps, 2013: Summary Recommendations of the Advisory Committee on Immunization Practices (ACIP).* MMWR 2013;62(RR04): 1-34.

Centers for Disease Control and Prevention. *Recommendation of the Advisory Committee on Immunization Practices for Use of a Third Dose of Mumps Virus-Containing Vaccine in Persons at Increased Risk for Mumps During an Outbreak.* MMWR 2018;67(1): 33-8.

Centers for Disease Control and Prevention. *Recommendations of the Immunization Practices Advisory Committee Measles Prevention: Supplementary Statement.* MMWR 1989;38(1): 11-14.

Centers for Disease Control and Prevention. *Recommendations of the Immunization Practices Advisory Committee Mumps Prevention.* MMWR 1989;38(22): 388-92, 397-400.

Centers for Disease Control and Prevention. *Update: Multistate Outbreak of Mumps – United States, January 1- May 2, 2006* . MMWR 2006;55(20):559-63.

Centers for Disease Control and Prevention. *Update: Mumps Outbreak – New York and New Jersey, June 2009- January 2010.* MMWR 2010;59(5): 125-50.

Centers for Disease Control and Prevention. *Update: Recommendations from the Advisory Committee on Immunization Practices (ACIP) Regarding Administration of Combination MMRV Vaccine.* MMWR 2008;57(10): 258-60

Centers for Disease Control and Prevention. *Updated Recommendations for Isolation of Persons with Mumps.* MMWR 2008;57(40): 1103-05.

Centers for Disease Control and Prevention. *Use of Combination Measles, Mumps, Rubella, and Varicella Vaccine – Recommendations of the Advisory Committee on Immunization Practices (ACIP).* MMWR 2010;59(RR03): 1-12.

Centers for Disease Control, MMWR, *Summary of Notifiable Infectious Diseases and Conditions – United States, 2014* , 63(54), 20 (2016).

Centers for Disease Control, MMWR, *Summary of Notifiable Infectious Diseases and Conditions – United States, 2015* , 64(53), 22 (2017).

Cerutti, A., X. Qiao and B. He (2005). "Plasmacytoid dendritic cells and the regulation of immunoglobulin heavy chain class switching." Immunol Cell Biol 83(5): 554-562.

Ch. 4 Key Regulatory Guidelines for the Development of Biologics in the United States and Europe, available at https://www.cov.com/-/media/files/corporate/publications/2013/10/chapter4_key_regulatory_guidlines_for_the_development_of_biologics_in_the_united_states_and_europe.pdf.

Chaiken, B. P. et al.: *The Effect of a School Entry Law on Mumps Activity in a School District* , JAMA, 257(18): 2455-58, (May 8) 1987.

Chambers, P., B. K. Rima and W. P. Duprex (2009). "Molecular differences between two Jeryl Lynn mumps virus vaccine component strains, JL5 and JL2." J Gen Virol 90(Pt 12): 2973-2981.

Changes to be Reported for Product and Establishment License Applications; Guidance, 60 Fed Reg 17535 (Apr. 6, 1995).

*Chatom Primary Care, P.C. v. Merck & Co.* , Inc., No. 2:12-cv-03555-CDJ (E.D. Pa.), Consolidated Amended Class Action Complaint, at Dkt. No. 26.

*Chatom Primary Care, P.C. v. Merck & Co.* , Inc., No. 2:12-cv-03555-CDJ (E.D. Pa.), Protective Order, at Dkt. No. 84.

Chiba, Y., J. L. Dzierba, A. Morag and P. L. Ogra (1976). "Cell-mediated immune response to mumps virus infection in man." J Immunol 116(1): 12-15.

Christenson, B. and M. Bottiger (1990). "Methods for screening the naturally acquired and vaccine-induced immunity to the mumps virus." Biologicals 18(3): 213-219.

Chu W.L., "GSK purchases Wyeth's vaccine facility," September 1, 2005, available at https://www.outsourcing-pharma.com/Article/2005/09/02/GSK-purchases-Wyeth-s-vaccine-facility.

CLIA standards, available at https://www.gpo.gov/fdsys/pkg/STATUTE-102/pdf/STATUTE-102-Pg2903.pdf.

Clinical Review Memo, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM429166.pdf.

Clinical Review of Biologics License Application for GlaxoSmithKline Biologicals Haemophilus b Conjugate Vaccine (Tetanus Toxoid Conjugate) (proposed proprietary name: Hiberix), available at https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM579091.zip.

CLINICAL REVIEW OF NEW BIOLOGICS LICENSE APPLICATION STN #125122 ROTATEQ®, Jan. 30, 2006, available at http://wayback.archive-it.org/7993/20170723031531/https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM142304.pdf.

Cohen, J. (2017). "New evidence that dengue antibodies trigger life-threatening infections," available at https://www.sciencemag.org/news/2017/11/new-evidence-dengue-antibodies-trigger-life-threatening-infections.

Coleman M.S., N. Sangrujee, F. Zhou, and S. Chu, "Factors Affecting U.S. Manufacturers' Decisions to Produce Vaccines," *Health Affairs* , Vol. 24, No. 3, 2005, pp. 635-642.

Collins, A. M. and K. J. Jackson (2013). "A Temporal Model of Human IgE and IgG Antibody Function." Front Immunol 4: 235.

"Combination Vaccine for Hepatitis A and B," available at http://www.webmd.com/hepatitis/combination-vaccine-for-hepatitis-a-and-b.

Committee On, B. (2016). "Informed Consent in Decision-Making in Pediatric Practice." Pediatrics 138(2).

Company Overview of Merck & Co., Inc., Bloomberg, available at https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=288502.

Comparison of Hemagglutination Inhibition Assay and Enzyme Immunoassay for Determination of Mumps Kumakura_et_al-2013-Journal_of_Clinical_Laboratory_Analysis

Connaughton, S. M., J. X. Wheeler, E. Vitkova, P. Minor and S. Schepelmann (2015). "In vitro and in vivo growth alter the population dynamic and properties of a Jeryl Lynn mumps vaccine." Vaccine 33(36): 4586-4593.

CONSORT 2010 Checklist.doc, available at https://osf.io/pz748/.

CONSORT 2010 Explanation and Elaboration, updated guidelines, available at https://www.academia.edu/10159568/CONSORT_2010_Explanation_and_Elaboration_updated_guidelines_for_reporting_parallel_group_randomised_trials.

Cooper, L. Z., B. Matters, J. K. Rosenblum and S. Krugman (1969). "Experience with a modified rubella hemagglutination inhibition antibody test." JAMA 207(1): 89-93.

Appx1219

Corrales-Aguilar, E., M. Trilling, H. Reinhard, V. Falcone, A. Zimmermann, O. Adams, S. Santibanez and H. Hengel (2016). "Highly individual patterns of virus-immune IgG effector responses in humans." Med Microbiol Immunol 205(5): 409-424.

Cortese et al, "Mumps Vaccine Performance among University Students during a Mumps Outbreak", Clinical Infectious Diseases 2008 Apr 15; 46(8):1172-80

Cortese, M. M., A. E. Barskey, G. E. Tegtmeier, C. Zhang, L. Ngo, M. H. Kyaw, A. L. Baughman, J. E. Menitove, C. J. Hickman, W. J. Bellini, G. H. Dayan, G. R. Hansen and S. Rubin (2011). "Mumps antibody levels among students before a mumps outbreak: in search of a correlate of immunity." J Infect Dis 204(9): 1413-1422.

Cortese, M.M. et al.: *Mumps Vaccine Performance among University Students during a Mumps Outbreak*, Clinical Infectious Diseases, 46(8): 1172-80, (Apr. 15) 2008.

Cox, R. and R. K. Plemper (2015). ""The paramyxovirus polymerase complex as a target for next-generation anti-paramyxovirus therapeutics."." Front Microbiol 6: 459.

Cox, R. J. (2013). "Correlates of protection to influenza virus, where do we go from here?" Hum Vaccin Immunother 9(2): 405-408.

CPG § 120.100, Fraud, untrue statements of material facts, bribery, and illegal gratuities, available at https://www.fda.gov/ICECI/ComplianceManuals/CompliancePolicyGuidanceManual/ucm073837.htm.

Cui, A., Z. Zhu, Y. Hu, X. Deng, Z. Sun, Y. Zhang, N. Mao, S. Xu, X. Fang, H. Gao, Y. Si, Y. Lei, H. Zheng, J. He, H. Wu and W. Xu (2017). "Mumps Epidemiology and Mumps Virus Genotypes Circulating in Mainland China during 2013-2015." PLoS One 12(1): e0169561.

Cusi, M. G., P. Correale, M. Valassina, M. Sabatino, P. E. Valensin, M. Donati and R. Gluck (2001). "Comparative study of the immune response in mice immunized with four live attenuated strains of mumps virus by intranasal or intramuscular route." Arch Virol 146(7): 1241-1248.

Cusi, M. G., R. Zurbriggen, M. Valassina, S. Bianchi, P. Durrer, P. E. Valensin, M. Donati and R. Gluck (2000). "Intranasal immunization with mumps virus DNA vaccine delivered by influenza virosomes elicits mucosal and systemic immunity." Virology 277(1): 111-118.

Cusi, M. G., S. Fischer, R. Sedlmeier, M. Valassina, P. E. Valensin, M. Donati and W. J. Neubert (2001). "Localization of a new neutralizing epitope on the mumps virus hemagglutinin-neuraminidase protein." Virus Res 74(1-2): 133-137.

Danzon P.M., and N.S. Pereira, "Vaccine Supply: Effects of Regulation and Competition," *International Journal of the Economics of Business*, 18(2), 2011, pp. 239-271.

Date et al, "Long-Term Persistence of Mumps Antibody after Receipt of 2 Measles-Mumps-Rubella (MMR) Vaccinations and Antibody Response after a Third MMR Vaccination among a University Population", J Infect Dis. 2008 Jun 15;197(12):1662-8.

Date, A. A. et al.: *Long-Term Persistence of Mumps Antibody after Receipt of 2 Measles-Mumps-Rubella (MMR) Vaccinations and Antibody Response after a Third MMR Vaccination among a University Population*, Journal of Infectious Diseases, 197(12): 1662-68, (June 15) 2008.

Davidkin, I., M. Valle and I. Julkunen (1995). "Persistence of anti-mumps virus antibodies after a two-dose MMR vaccination. A nine-year follow-up." Vaccine 13(16): 1617-1622.

Davidkin, Persistence of Measles, Mumps, and Rubella Antibodies in an MMR-Vaccinated Cohort_A 20-Year Follow-up (2008).

Davidkin, Vaccine-induced measles virus antibodies after two doses of combined measles, mumps and rubella vaccine a 12-year follow-up in two cohorts (1998).

Davidson, W. L., E. B. Buynak, M. B. Leagus, J. E. Whitman, Jr. and M. R. Hilleman (1967). "Vaccination of adults with live attenuated mumps virus vaccine." JAMA 201(13): 995-998.

Dayan, G. H. et al.: *Mumps Outbreaks in Vaccinated Populations: Are Available Mumps Vaccines Effective Enough to Prevent Outbreaks?*, Clinical Infectious Diseases, 47: 1458-467, (Dec. 1) 2008.

Dayan, G. H. et al.: *Recent Resurgence of Mumps in the United States*, New England J Med., 358(15): 1580-1589, (Apr. 10) 2008.

de la Fuente Garcia, I., L. Coic, J. M. Leclerc, C. Laverdiere, C. Rousseau, P. Ovetchkine and B. Tapiero (2017). "Protection against vaccine preventable diseases in children treated for acute lymphoblastic leukemia." Pediatr Blood Cancer 64(2): 315-320.

De Laval et al, "Lower long-term immunogenicity of mumps component after MMR vaccine." Pediatr Infect Dis J. 2010 Nov;29(11):1062-3; author reply 1063. doi: 10.1097/INF.0b013e3181f2d864.

De Paula, S. O. and B. A. Fonseca (2004). "Dengue: a review of the laboratory tests a clinician must know to achieve a correct diagnosis." Braz J Infect Dis 8(6): 390-398.

December 10, 2014 Approval Letter - Gardasil 9, available at https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm426520.htm.

Deeks et al, "An assessment of mumps vaccine effectiveness by dose during an outbreak in Canada", CMAJ. 2011 Jun 14;183(9):1014-20.

Defense Health Program Peer Reviewed Medical Research Program Clinical Trial Award Funding Opportunity Number: W81XWH-17-PRMRP-CTA; Catalog of Federal Domestic Assistance Number: 12.420 Military Medical Research and Development

Delegations of Authority and Organization; National Childhood Vaccine Injury Act of 1986, 58 Fed. Reg. 17105 (Apr. 1, 1993).

Delgado, M. F., S. Coviello, A. C. Monsalvo, G. A. Melendi, J. Z. Hernandez, J. P. Batalle, L. Diaz, A. Trento, H. Y. Chang, W. Mitzner, J. Ravetch, J. A. Melero, P. M. Irusta and F. P. Polack (2009). "Lack of antibody affinity maturation due to poor Toll-like receptor stimulation leads to enhanced respiratory syncytial virus disease." Nat Med 15(1): 34-41.

Demeio, J. L. and D. L. Walker (1957). "Demonstration of antigenic relationship between mumps virus and hemagglutinating virus of Japan." J Immunol 78(6): 465-471.

Demicheli, V., A. Rivetti, M. G. Debalini and C. Di Pietrantonj (2012). "Vaccines for measles, mumps and rubella in children." Cochrane Database Syst Rev(2): CD004407.

Department of Health and Human Services, National Institutes of Health, National Institute of Allergy and Infectious Diseases; Notice of Award, Issue Date 05/07/2012; Grant Number 1R01AI097368-01A1

Development and Use of Integral Assays in Clinical Trials, available at http://clincancerres.aacrjournals.org/content/clincanres/18/6/1540.full.pdf.

Dittrich S, Hahné S, van Lier A, Kohl R, Boot H, Koopmans M, van Binnendijk R. "Assessment of serological evidence for mumps virus infection in vaccinated children." Vaccine. 2011 Nov 15;29(49):9271-5. doi: 10.1016/j.vaccine.2011.09.072. Epub 2011 Oct 6.

Drake K., and T. McGuire, "Stock-Price Evidence for Anticompetitive Effects in the Nexium 'Reverse-Payment' Settlement," *Journal of Competition Law & Economics*, 12(4), 2016, pp. 735-747.

Drake K., M. Starr, and T. McGuire, "Do 'Reverse Payment' Settlements Constitute an Anticompetitive Pay-for-Delay?" *International Journal of the Economics of Business,* 22(2), 2015, pp. 173-200.

Early Clinical Trials With Live Biotherapeutic Products, June 2016, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Guidances/General/UCM292704.pdf.

Ellebedy, A. H., K. J. Jackson, H. T. Kissick, H. I. Nakaya, C. W. Davis, K. M. Roskin, A. K. McElroy, C. M. Oshansky, R. Elbein, S. Thomas, G. M. Lyon, C. F. Spiropoulou, A. K. Mehta, P. G. Thomas, S. D. Boyd and R. Ahmed (2016). "Defining antigen-specific plasmablast and memory B cell subsets in human blood after viral infection or vaccination." Nat Immunol 17(10): 1226-1234.

Elwenspoek, M. M. C., K. Sias, X. Hengesch, V. K. Schaan, F. A. D. Leenen, P. Adams, S. B. Meriaux, S. Schmitz, F. Bonnemberger, A. Ewen, H. Schachinger, C. Vogele, C. P. Muller and J. D. Turner (2017). "T Cell Immunosenescence after Early Life Adversity: Association with Cytomegalovirus Infection." Front Immunol 8: 1263.

Enzyme-linked immunosorbent assay compared with neutralization tests for evaluation of live mumps vaccines J. Clin. Microbiol.-1984-Sakata-21-5

Eriksen et al, "Seroepidemiology of mumps in Europe (1996-2008): why do outbreaks occur in highly vaccinated populations?" Epidemiol Infect. 2013 Mar;141(3):651-66. doi: 10.1017/S0950268812001136. Epub 2012 Jun 12.

European Commission, Accession to the EU, available at https://ec.europa.eu/neighbourhood-enlargement/policy/glossary/terms/accession-eu_en.

European Commission, Annex I: Summary of Product Characteristics - ProQuad, available at https://ec.europa.eu/health/documents/community-register/2013/20130731126261/anx_126261_en.pdf.

European Medicines Agency, EPAR Summary for the Public: ProQuad, available at http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Summary_for_the_public/human/000622/WC500044065.pdf.

EUROPEAN MEDICINES AGENCY, PRIORIX -SUMMARY OF PRODUCT CHARACTERISTICS, LABELLING AND PACKAGE LEAFLET (ANNEX III), available at http://www.ema.europa.eu/docs/en_GB/document_library/Referrals_document/Priorix_30/WC500124199.pdf.

European Medicines Agency, ProQuad, available at http://www.ema.europa.eu/ema/index.jsp?curl=pages/medicines/human/medicines/000622/human_med_000997.jsp&mid=WC0b01ac058001d124.

European Medicines Agency, Scientific Discussion: MMRVAXPRO, available at http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Scientific_Discussion/human/000604/WC500030167.pdf.

Fahlgren, K.: *Two doses of MMR vaccine-sufficient to eradicate measles, mumps and rubella?* , Scand. J. Soc. Med. 16:129-135, (Sept. 1) 1988.

Fairfax, K. A., A. Kallies, S. L. Nutt and D. M. Tarlinton (2008). "Plasma cell development: from B-cell subsets to long-term survival niches." Semin Immunol 20(1): 49-58.

"FDA Approves GlaxoSmithKline (GSK)'s Hib Vaccine, Hiberix(R)," *FierceBiotech* , August 20, 2009, available at http://www.fiercebiotech.com/biotech/fda-approves-glaxosmithkline-gsk-s-hib-vaccine-hiberix-r.

FDA , Guidance for Industry, Q1A(R2) Stability Testing of New Drug Substances and Products, Nov. 2003, available at https://www.fda.gov/downloads/drugs/guidances/ucm073369.pdf.

FDA Guidance for Industry: E6(R2) Good Clinical Practice: Integrated Addendum to ICH E6 (R1), available at https://www.fda.gov/downloads/Drugs/Guidances/UCM464506.pdf.

FDA Guidance for Industry: Early Clinical Trials with Live Biotherapeutic Products: Chemistry, Manufacturing, and Control Information, available at https://www.fda.gov/downloads/Biologi.../UCM292704.pdf.

FDA Guidance for Industry: Investigator Responsibilities - Protecting the Rights, Safety, and Welfare of Study Subjects, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM187772.pdf.

FDA Guidance for industry: Oversight of Clinical Investigations - A Risk-Based Approach to Monitoring, Guidance for Industry, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM269919.pdf.

Appendix C - Additional Materials

| |
|---|
| FDA Regulatory Procedures Manual, Section 4-1-1 Warning Letter Procedures, available at https://www.fda.gov/ICECI/ComplianceManuals/RegulatoryProceduresManual/ucm176870.htm. |
| FDA, "Biologics License Applications (BLA) Process (CBER)," available at https://www.fda.gov/BiologicsBloodVaccines/DevelopmentApprovalProcess/BiologicsLicenseApplicationsBLAProcess/default.htm. |
| FDA, "Engerix-B," available at https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm110102.htm. |
| FDA, "February 3, 2006 Approval Letter - RotaTeq," available at http://wayback.archive-it.org/7993/20170723031528/https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm142303.htm. |
| FDA, "Important Information Regarding Three Lots of Sanofi Pasteur's 2014-2015 Fluzone Quadrivalent (Influenza Vaccine) Supplied in Multidose Vials," Apr. 21, 2015, available at http://wayback.archive-it.org/7993/20170112095755/http://www.fda.gov/BiologicsBloodVaccines/SafetyAvailability/Recalls/ucm445261.htm. |
| FDA, "IND Application Procedures: Clinical Hold," available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/HowDrugsareDevelopedandApproved/ApprovalApplications/InvestigationalNewDrugINDApplication/ucm362971.htm. |
| FDA, "Investigational New Drug (IND) Application," available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/HowDrugsareDevelopedandApproved/ApprovalApplications/InvestigationalNewDrugINDApplication/default.htm. |
| FDA, "March 17, 1995 Approval Letter - Varivax," available at http://wayback.archive-it.org/7993/20170723031727/https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm142828.htm. |
| FDA, "Recall: Influenza A (H1N1) 2009 Monovalent Vaccine Live, Intranasal," available at http://wayback.archive-it.org/7993/20170112095910/http://www.fda.gov/BiologicsBloodVaccines/SafetyAvailability/Recalls/ucm196632.htm. |
| FDA, "Vaccine Product Approval Process," available at https://www.fda.gov/BiologicsBloodVaccines/DevelopmentApprovalProcess/BiologicsLicenseApplicationsBLAProcess/ucm133096.htm. |
| FDA, "Vaccines and Related Biological Products Advisory Committee," available at https://www.fda.gov/AdvisoryCommittees/CommitteesMeetingMaterials/BloodVaccinesandOtherBiologics/VaccinesandRelatedBiologicalProductsAdvisoryCommittee/default.htm. |
| FDA, "Warning Letter," Feb. 9, 2001, available at https://web.archive.org/web/20100311061607/http://www.fda.gov/downloads/ICECI/EnforcementActions/WarningLetters/2001/UCM078249.pdf. |
| FDA, "Non-Inferiority Clinical Trials to Establish Effectiveness: Guidance for Industry," November 2016, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm202140.pdf. |
| FDA, Application Integrity Policy, available at https://www.fda.gov/downloads/ICECI/EnforcementActions/ApplicationIntegrityPolicy/ucm072631.pdf. |
| FDA, Article, FDA's Office of Pharmaceutical Quality: One Year In, Apr. 2016, available at https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/SmallBusinessAssistance/UCM494312.pdf. |

FDA, Article, New Drug Quality, Sept. 2012, available at https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/SmallBusinessAssistance/UCM319879.pdf.

FDA, Biological Products: Reporting of Biological Product Deviations in Manufacturing, Final Rule, 65 Fed. Reg. 66621 (Nov. 7, 2000) (to be codified as 21 CFR Parts 600 and 606), available at https://www.gpo.gov/fdsys/pkg/FR-2000-11-07/pdf/00-28133.pdf.

FDA, Biological Products; Reporting of Errors and Accidents in Manufacturing, Proposed Rule,62 Fed. Reg. 49642 (proposed Sept. 23, 1997) (to be codified 21 CFR Parts 600 and 606), available at https://www.gpo.gov/fdsys/pkg/FR-1997-09-23/pdf/97-25129.pdf.

FDA, Blog, Continuous Manufacturing Has A Strong Impact on Drug Quality, Apr. 2016, available at https://blogs.fda.gov/fdavoice/index.php/2016/04/continuous-manufacturing-has-a-strong-impact-on-drug-quality/.

FDA, CBER Clinical Review of Studies Submitted in Support of Licensure of ProQuad™, Aug. 26, 2005, available at http://wayback.archive-it.org/7993/20170723150913/https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM123800.pdf.

FDA, Clinical Studies Section of Labeling for Human Prescription Drug and Biological Products - Content and Format, Jan. 2006, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm127534.pdf.

FDA, Compliance Policy Guide § 120.100, Fraud, Untrue Statements of Material Facts, Bribery, and Illegal Gratuities, available at https://www.fda.gov/ICECI/ComplianceManuals/CompliancePolicyGuidanceManual/ucm073837.htm.

FDA, Determining the Safety and Efficacy of Vaccines to Protect Against Viruses that Infect the Central Nervous System, Biologics Research Projects, https://www.fda.gov/BiologicsBloodVaccines/ScienceResearch/BiologicsResearchAreas/ucm127315.htm

FDA, Draft Guidance for Industry, Biological Product Deviation Reporting for Licensed Manufacturers of Biological Products other than Blood and Blood Components, Aug. 10, 2001, available at 2001 WL 34768160 (F.D.A.).

FDA, Draft Guidance for Industry, Stability Testing of Drug Substances and Drug Products, June 1998, available at https://www.fda.gov/ohrms/dockets/98fr/980362gd.pdf.

FDA, Draft Guidance, Additional Safeguards for Children in Clinical Investigations, Process for Handling Referrals to FDA Under 21 CFR 50.54, Dec. 2006, available at https://www.fda.gov/OHRMS/DOCKETS/98fr/06d-0172-gdl0001.pdf.

FDA, Draft Guidance, Chemistry, Manufacturing, and Controls Changes to an Approved Application: Certain Biological Products, Dec. 2017, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Guidances/General/UCM590118.pdf.

FDA, Draft Guidance, Clinical Development Programs for Drugs, Devices, and Biological Products Intended for the Treatment of Osteoarthritis, July 1999, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm071577.pdf.

FDA, Draft Guidance, Clinical Lactation Studies - Study Design, Data Analysis, and Recommendations for Labeling, Feb. 2005, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm127505.pdf.

Appendix C - Additional Materials

FDA, Draft Guidance, CMC Postapproval Manufacturing Changes for Specified Biological Products To Be Documented in Annual Reports, Aug. 2017, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM570441.pdf.

FDA, Draft Guidance, Comparability Protocols for Human Drugs and Biologics: Chemistry, Manufacturing, and Controls Information Guidance for Industry, Apr. 2016, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM496611.pdf.

FDA, Draft Guidance, Current Good Manufacturing Practice Requirements for Combination Products, Jan. 2017, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126198.htm.

FDA, Draft Guidance, Data Integrity and Compliance With Current Good Manufacturing Practice Guidance for Industry, Apr. 2016, available at https://www.fda.gov/downloads/drugs/guidances/ucm495891.pdf.

FDA, Draft Guidance, Drug Interaction Studies--Study Design, Data Analysis, Implications for Dosing, and Labeling Recommendations, Oct. 2017, available at https://www.fda.gov/downloads/drugs/guidances/ucm292362.pdf.

FDA, Draft Guidance, Drug Products, Including Biological Products, that Contain Nanomaterials, Dec. 2017, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM588857.pdf.

FDA, Draft Guidance, Enrichment Strategies for Clinical Trials to Support Approval of Human Drugs and Biological Products, Dec. 2012, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm332181.pdf.

FDA, Draft Guidance, Established Conditions: Reportable CMC Changes for Approved Drug and Biologic Products Guidance for Industry, May 2015, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm448638.pdf.

FDA, Draft Guidance, Exculpatory Language in Informed Consent, Aug. 2011, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm271036.pdf.

FDA, Draft Guidance, Institutional Review Board (IRB) Written Procedures - Draft Guidance for Institutions and IRBs, Aug. 2016, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm512761.pdf.

FDA, Draft Guidance, Investigational New Drug Applications (INDs)-Determining Whether Human Research Studies Can Be Conducted Without an IND, Sept. 2013, available at https://www.fda.gov/downloads/drugs/guidances/ucm229175.pdf.

FDA, Draft Guidance, Quality Metrics Technical Conformance Guide, July 2015, available at https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/Manufacturing/UCM508464.pdf.

FDA, Draft Guidance, Revised, Mixing, Diluting, or Repackaging Biological Products Outside the Scope of an Approved Biologics License Application, Jan. 2018, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM434176.pdf.

FDA, Draft Guidance, Submission of Quality Metrics Data Guidance for Industry, Nov. 2016, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM455957.pdf.

FDA, Ensuring the Safety of Vaccines in the United States, available at https://www.fda.gov/downloads/biologicsbloodvaccines/safetyavailability/vaccinesafety/ucm298181.pdf.

Appendix C - Additional Materials

FDA, FDA Researchers Advance Science for Vaccines to Prevent Mumps and Whooping Cough, https://www.fda.gov/ForConsumers/ConsumerUpdates/ucm488978.htm

FDA, Final Guidance, CGMP for Phase 1 Investigational Drugs, July 2008, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM070273.pdf.

FDA, Final Guidance, Contract Manufacturing Arrangements for Drugs: Quality Agreements Guidance for Industry, Nov. 2016, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM353925.pdf.

FDA, Final Guidance, Current Good Manufacturing Practice Requirements for Combination Products, Jan. 2017, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm429304.pdf.

FDA, Final Guidance, Formal Dispute Resolution: Scientific and Technical Issues Related to Pharmaceutical CGMP, Jan. 2006, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM070279.pdf.

FDA, Final Guidance, Guideline on the Preparation of Investigational New Drug Products (Human and Animal), Nov. 1992, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM070315.pdf.

FDA, Final Guidance, Investigating Out-of-Specification (OOS) Test Results for Pharmaceutical Production, Oct. 2006, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM070287.pdf.

FDA, Final Guidance, PAT - A Framework for Innovative Pharmaceutical Development, Manufacturing, and Quality Assurance, Sept. 2004, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM070305.pdf.

FDA, Final Guidance, Process Validation: General Principles and Practices, Jan. 2011, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM070336.pdf.

FDA, Final Guidance, Pyrogen and Endotoxins Testing: Questions and Answers, June 2012, available at https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm314718.htm.

FDA, Final Guidance, Quality Systems Approach to Pharmaceutical CGMP Regulations, Sept. 2006, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM070337.pdf.

FDA, Final Guidance, Questions and Answers on Current Good Manufacturing Practices for Drugs, Dec. 2011, available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/Manufacturing/ucm124740.htm.

FDA, Final Guidance, Sterile Drug Products Produced by Aseptic Processing - Current Good Manufacturing Practice, Sept. 2004, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM070342.pdf.

FDA, Final Guideline, Quality of Biotechnological Products: Stability Testing of Biotechnological/Biological Products, 61 FR 36466-01, July 10, 1996, available at 1996 WL 381691.

FDA, Fraud, Untrue Statements of Material Facts, Bribery, and Illegal Gratuities; Final Policy, 56 Fed. Reg. 46191 (notice Sept. 10, 1991), available at https://www.fda.gov/ICECI/EnforcementActions/ApplicationIntegrityPolicy/ucm134741.htm.

Appendix C - Additional Materials

FDA, Guidance for Industry and FDA Staff, Dear Health Care Provider Letters: Improving Communication of Important Safety Information, Jan. 2014, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM233769.pdf.

FDA, Guidance for Industry on Providing Clinical Evidence of Effectiveness for Human Drugs and Biological Products; Availability, 63 Fed. Reg. 27093 (notice May 15, 1998), available at https://www.gpo.gov/fdsys/pkg/FR-1998-05-15/pdf/98-12901.pdf.

FDA, Guidance for Industry, Biological Product Deviation Reporting for Licensed Manufacturers of Biological Products Other than Blood and Blood Components, Aug. 2001, available at https://www.fda.gov/OHRMS/DOCKETS/98fr/010221gd.pdf.

FDA, Guidance for Industry, Biological Product Deviation Reporting for Licensed Manufacturers of Biological Products Other than Blood and Blood Components, Oct. 2006, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Guidances/General/UCM163923.pdf.

FDA, Guidance for Industry, Changes to an Approved Application: Biological Products, July 1997, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/.../UCM170166.pdf.

FDA, Guidance for Industry, Changes to an Approved NDA or ANDA Questions and Answers, Jan. 2001, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm077097.pdf.

FDA, Guidance for Industry, Changes to an Approved NDA or ANDA, Apr. 2004, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm077097.pdf.

FDA, Guidance for Industry, Characterization and Qualification of Cell Substrates and Other Biological Materials Used in the Production of Viral Vaccines for Infectious Disease Indications, Feb. 2010, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/UCM202439.pdf.

FDA, Guidance for Industry, Clinical Studies Section of Labeling for Human Prescription Drug and Biological Products - Content and Format, Jan. 2006, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm127534.pdf.

FDA, Guidance for Industry, CMC Postapproval Manufacturing Changes To Be Documented in Annual Reports, Mar. 2014, available at https://www.fda.gov/downloads/Drugs/.../Guidances/UCM217043.pdf.

FDA, Guidance for Industry, Content and Format of Chemistry, Manufacturing and Controls Information and Establishment Description Information for a Vaccine or Related Product, Jan. 1999, available at https://www.fda.gov/downloads/biologicsbloodvaccines/guidancecomplianceregulatoryinformation/guidances/vaccines/ucm092272.pdf.

FDA, Guidance for Industry, E6 Good Clinical Practice Consolidated Guidance, Apr. 1996, available at https://clinicalcenter.nih.gov/ccc/clinicalresearch/guidance.pdf.

FDA, Guidance for Industry, FDA Review of Vaccine Labeling Requirements for Warnings, Use Instructions, and Precautionary Information, Sept. 2004, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Guidances/Vaccines/UCM092196.pdf.

FDA, Guidance for Industry, For the Evaluation of Combination Vaccines for Preventable Diseases: Production, Testing and Clinical Studies, Apr. 1997, available at https://www.fda.gov/downloads/biologicsbloodvaccines/guidancecomplianceregulatoryinformation/guidances/vaccines/ucm175909.pdf.

Appendix C - Additional Materials

FDA, Guidance for Industry, General Principles for the Development of Vaccines to Protect Against Global Infectious Diseases, Dec. 2011, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Guidances/Vaccines/UCM282995.pdf.

FDA, Guidance for Industry, Integrated Summary of Effectiveness, Oct. 2015, available at https://www.fda.gov/downloads/drugs/guidances/ucm079803.pdf.

FDA, Guidance for Industry, Labeling for Human Prescription Drug and Biological Products - Implementing the PLR Content and Format Requirements, Feb. 2013, available at https://www.fda.gov/downloads/drugs/guidances/ucm075082.pdf.

FDA, Guidance for Industry, Labeling for Human prescription drug and Biological products, Jan. 2006, available at https://www.fda.gov/downloads/drugs/guidances/ucm075082.pdf.

FDA, Guidance for Industry, M4Q: The CTD - Quality, Aug. 2001, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm073280.pdf.

FDA, Guidance for Industry, Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products, May 1998, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM072008.pdf.

FDA, Guidance for Industry, Q1C Stability Testing for New Dosage Forms, Nov. 1996, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm073374.pdf.

FDA, Guidance for Industry, Q1D Bracketing and Matrixing Designs for Stability Testing of New Drug Substances and Products, Jan. 2003, available at https://www.fda.gov/downloads/Drugs/Guidances/ucm073379.pdf.

FDA, Guidance for Industry, Q1E Evaluation of Stability Data, June 2004, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm073380.pdf.

FDA, Guidance for Industry, Q6B Specifications: Test Procedures and Acceptance Criteria for Biotechnological/Biological Products, Aug. 1999, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm073488.pdf.

FDA, Guidance for Industry, Q7A Good Manufacturing Practice Guidance for Active Pharmaceutical Ingredients, Aug. 2001, available at https://www.fda.gov/ICECI/ComplianceManuals/CompliancePolicyGuidanceManual/ucm200364.htm.

FDA, Guidance for Industry, Stability Testing of Drug Substances and Drug Products, June 1998, available at https://www.fda.gov/downloads/drugs/guidances/ucm073369.pdf.

FDA, Guidance, "Off-Label" and Investigational Use Of Marketed Drugs, Biologics, and Medical Devices - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126486.htm.

FDA, Guidance, Allowable Excess Volume and Labeled Vial Fill Size in Injectable Drug and Biological Products, July 2015, available at https://www.fda.gov/downloads/drugs/guidances/ucm389069.pdf.

FDA, Guidance, Analytical Procedures and Methods Validation for Drugs and Biologics; Guidance for Industry, Apr. 2015, available at https://www.fda.gov/downloads/drugs/guidances/ucm386366.pdf.

FDA, Guidance, Changes to an Approved Application for Specified Biotechnology and Specified Synthetic Biological Products, July 1997, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm124805.pdf.

FDA, Guidance, Charging for Investigational Drugs Under an IND - Qs & As, June 2016, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm351264.pdf.

FDA, Guidance, Charging for Investigational Products - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126427.htm.

FDA, Guidance, Collection of Race and Ethnicity Data in Clinical Trials, Oct. 2016, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm126396.pdf.

FDA, Guidance, Completeness Assessments for Type II API DMFs Under GDUFA Guidance for Industry, Oct. 2017, available at https://www.fda.gov/downloads/drugs/guidances/ucm321884.pdf.

FDA, Guidance, Container Closure Systems for Packaging Human Drugs and Biologics -- Questions and Answers, May 2002, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm070553.pdf.

FDA, Guidance, Container Closure Systems for Packaging Human Drugs and Biologics, May 1999, available at https://www.fda.gov/downloads/drugs/guidances/ucm070551.pdf.

FDA, Guidance, Contract Manufacturing Arrangements for Drugs: Quality Agreements, Dec. 2016, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM353925.pdf.

FDA, Guidance, Cooperative Manufacturing Arrangements for Licensed Biologics, Nov. 2008, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Guidances/General/ucm069908.pdf.

FDA, Guidance, Cooperative Research - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126422.htm.

FDA, Guidance, Current Good Manufacturing Practice for Phase 1 Investigational Drugs, July 2008, available at https://www.fda.gov/downloads/drugs/guidances/ucm070273.pdf.

FDA, Guidance, Data Retention When Subjects Withdraw from FDA-Regulated Clinical Trials, Oct. 2008, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm126489.pdf.

FDA, Guidance, Drug Study Designs - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126501.htm.

FDA, Guidance, Early Clinical Trials With Live Biotherapeutic Products: Chemistry, Manufacturing, and Control Information; Guidance for Industry, June 2016, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Guidances/General/UCM292704.pdf.

FDA, Guidance, Emergency Use of an Investigational Drug or Biologic - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126491.htm.

FDA, Guidance, Environmental Assessment of Human Drug and Biologics Applications, Mar. 2016, available at https://www.fda.gov/downloads/Drugs/Guidances/UCM444658.pdf.

FDA, Guidance, Evaluation of Gender Differences in Clinical Investigations - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126552.htm.

FDA, Guidance, Exception from Informed Consent Requirements for Emergency Research, Apr. 2013, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm249673.pdf.

FDA, Guidance, Expanded Access to Investigational Drugs for Treatment Use - Questions & Answers, Oct. 2017, available at https://www.fda.gov/downloads/drugs/guidances/ucm351261.pdf.

FDA, Guidance, FDA Guidance Document Concerning Use of Pilot Manufacturing Facilities for the Development and Manufacture of Biological Products, July 1995, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Guidances/General/UCM168111.pdf.

Appendix C - Additional Materials

FDA, Guidance, Financial Conflicts of Interest: HHS Guidance, May 2004, available at https://www.hhs.gov/ohrp/regulations-and-policy/guidance/financial-conflict-of-interest/index.html.

FDA, Guidance, Financial Disclosure by Clinical Investigators, Industry, and FDA Staff, Feb. 2013, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm341008.pdf.

FDA, Guidance, For the Submission of Chemistry, Manufacturing, and Controls Information for a Therapeutic Recombinant DNA-Derived Product or a Monoclonal Antibody Product for In Vivo Use, Aug. 1996, available at https://www.fda.gov/downloads/biologicsbloodvaccines/guidancecomplianceregulatoryinformation/guidances/general/ucm173477.pdf.

FDA, Guidance, Foreign Clinical Studies, Acceptance of - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126426.htm.

FDA, Guidance, Formal Dispute Resolution: Scientific and Technical Issues Related to Pharmaceutical CGMP, Jan. 2006, available at https://www.fda.gov/downloads/drugs/guidances/ucm070279.pdf.

FDA, Guidance, Guideline on the Preparation of Investigational New Drug Products (Human and Animal), Mar. 1991, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm070315.pdf.

FDA, Guidance, IND Meetings for Human Drugs and Biologics Chemistry, Manufacturing, and Controls Information, May 2001, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm070568.pdf.

FDA, Guidance, Independent Consultants for Biotechnology Clinical Trial Protocols, Aug. 2004, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm127220.htm.

FDA, Guidance, Informed Consent Information Sheet, Jan. 2016, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm404975.htm.

FDA, Guidance, Informed Consent, A Guide to - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126431.htm.

FDA, Guidance, Institutional Review Boards Frequently Asked Questions - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126420.htm.

FDA, Guidance, Investigating Out-of-Specification (OOS) Test Results for Pharmaceutical Production, Oct. 2006, available at https://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM070287.pdf.

FDA, Guidance, Investigator Responsibilities - Protecting the Rights, Safety, and Welfare of Study Subjects, Oct. 2009, available at https://www.fda.gov/downloads/Drugs/.../Guidances/UCM187772.pdf.

FDA, Guidance, Manufacturing Biological Intermediates and Biological Drug Substances Using Spore-Forming Microorganisms, Sept. 2007, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Guidances/General/UCM190467.pdf.

FDA, Guidance, Monoclonal Antibodies Used as Reagents in Drug Manufacturing, Mar. 2001, available at https://www.fda.gov/downloads/biologicsbloodvaccines/guidancecomplianceregulatoryinformation/guidances/blood/ucm080417.pdf.

FDA, Guidance, Nonclinical Studies for the Safety Evaluation of Pharmaceutical Excipients, May 2005, available at https://www.fda.gov/ohrms/dockets/98fr/2002d-0389-gdl0002.pdf.

FDA, Guidance, Non-local IRB Review - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126423.htm.

FDA, Guidance, Oversight of Clinical Investigations - A Risk-Based Approach to Monitoring, Aug. 2013, available at https://www.fda.gov/downloads/Drugs/Guidances/UCM269919.pdf.

Appendix C - Additional Materials

| |
|---|
| FDA, Guidance, Patient-Reported Outcome Measures: Use in Medical Product Development to Support Labeling Claims, Dec. 2009, available at https://www.fda.gov/downloads/drugs/guidances/ucm193282.pdf. |
| FDA, Guidance, Payment to Research Subjects - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126429.htm. |
| FDA, Guidance, Pharmacogenomic Data Submissions, Mar. 2005, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm079849.pdf. |
| FDA, Guidance, Possible Dioxin/PCB Contamination of Drug and Biological Products, Aug. 1999, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm070310.pdf. |
| FDA, Guidance, Process Validation: General Principles and Practices, Jan. 2011, available at https://www.fda.gov/downloads/drugs/guidances/ucm070336.pdf. |
| FDA, Guidance, Quality Systems Approach to Pharmaceutical Current Good Manufacturing Practice Regulations, Sept. 2006, available at https://www.fda.gov/downloads/Drugs/Guidances/UCM070337.pdf. |
| FDA, Guidance, Recruiting Study Subjects - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126428.htm. |
| FDA, Guidance, Screening Tests Prior to Study Enrollment - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126430.htm. |
| FDA, Guidance, Sponsor - Investigator - IRB Interrelationship - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126425.htm. |
| FDA, Guidance, Sterile Drug Products Produced by Aseptic Processing - Current Good Manufacturing Practice, Sept. 2004, available at https://www.fda.gov/downloads/Drugs/Guidances/ucm070342.pdf. |
| FDA, Guidance, Submission Documentation for Sterilization Process Validation in Applications for Human and Veterinary Drug Products, Nov. 1994, available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm072171.pdf. |
| FDA, Guidance, Submission of Documentation in Applications for Parametric Release of Human and Veterinary Drug Products Terminally Sterilized by Moist Heat Processes, Feb. 2010, available at https://www.fda.gov/downloads/Drugs/Guidances/ucm072180.pdf. |
| FDA, Guidance, Submitting and Reviewing Complete Responses to Clinical Holds, Oct. 2000, available at https://www.fda.gov/downloads/RegulatoryInformation/Guidances/ucm127538.pdf. |
| FDA, Guidance, The Establishment and Operation of Clinical Trial Data Monitoring Committees, Mar. 2006, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm127073.pdf. |
| FDA, Guidance, Treatment Use of Investigational Drugs - Information Sheet, Jan. 1998, available at https://www.fda.gov/RegulatoryInformation/Guidances/ucm126495.htm. |
| FDA, Guidances, Pharmaceutial Quality/Manufacturing Standards (CGMP), Oct. 2017, available at https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/ucm064971.htm. |
| FDA, Guideline for Submitting Documentation for the Stability of Human Drugs and Biologics, Feb. 1987, available at 1987 WL 959486. |
| FDA, Guideline for the Format and Content of the Clinical and Statistical Sections of an Application, July 1998, available at https://www.fda.gov/downloads/Drugs/.../Guidances/UCM071665.pdf. |
| FDA, ICH Harmonized Tripartite Guideline, Evaluation for Stability Data Q1E, Feb. 2003, available at http://www.ich.org/fileadmin/Public_Web_Site/ICH_Products/Guidelines/Quality/Q1E/Step4/Q1E_Guideline.pdf. |
| FDA, Information Sheet Guidance, Clinical Investigator Administrative Actions - Disqualification - Information Sheet, Mar. 2014, available at https://www.fda.gov/downloads/RegulatoryInformation/guidances/UCM214008.pdf. |

Appendix C - Additional Materials

| |
|---|
| FDA, Information Sheet Guidance, FDA Inspections of Clinical Investigators - Information Sheet, June 2010, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm126553.pdf. |
| FDA, Information Sheet Guidance, FDA Institutional Review Board Inspections - Information Sheet, Jan. 2006, available at https://www.fda.gov/downloads/RegulatoryInformation/Guidances/UCM126555.pdf. |
| FDA, Information Sheet Guidance, Statement of Investigator (Form FDA 1572) - Frequently Asked Questions - Information Sheet, May 2010, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm214282.pdf. |
| FDA, Information Sheet Guidance, Waiver of IRB Requirements for Drug and Biological Product Studies - Information Sheet, Oct. 2017, available at https://www.fda.gov/downloads/regulatoryinformation/guidances/ucm126500.pdf. |
| FDA, Inspection Technical Guides, Expiration Dating and Stability Testing for Human Drug Products, Oct. 18, 1985, available at https://www.fda.gov/ICECI/Inspections/InspectionGuides/InspectionTechnicalGuides/ucm072919.htm. |
| FDA, International Conference on Harmonisation; Final Guideline on Stability Testing of Biotechnological/ Biological Products; Availability, 61 Fed. Reg.  36466 (notice July 10, 1996), available at https://www.gpo.gov/fdsys/pkg/FR-1996-07-10/pdf/96-17471.pdf. |
| FDA, International Conference on Harmonisation; Guidance on General Considerations for Clinical Trials, 62 Fed. Reg. 66113 (notice Dec. 17, 1997), available at https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm073132.pdf. |
| FDA, Manual, 4723.1  Standing Operating Procedures for NDA/ANDA Field Alert Reports (PDF - 15KB), Nov. 1998, available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/ucm090016.htm. |
| FDA, Manual, CDER Manual of Policies and Procedures (MaPPs), Mar. 2018, available at https://www.fda.gov/AboutFDA/CentersOffices/OfficeofMedicalProductsandTobacco/CDER/ManualofPoliciesProcedures/default.htm. |
| FDA, Manual, Compliance Policy Programs and Guidelines, Feb. 2018, available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/ucm090016.htm. |
| FDA, Manual, Compliance Program Guidance Manual, Mar. 2015, available at https://www.fda.gov/ICECI/ComplianceManuals/ComplianceProgramManual/default.htm. |
| FDA, Manual, Consistent Application of Current Good Manufacturing Practice Determinations, Jan. 2018, available at https://www.fda.gov/ICECI/ComplianceManuals/CompliancePolicyGuidanceManual/default.htm. |
| FDA, Notice of Guidance, Q6A Specifications: Test Procedures and Acceptance Criteria for New Drug Substances and New Drug Products: Chemical Substances, Dec. 29, 2000, available at https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm134966.htm. |
| FDA, Presentation, Application of cGMPs to Drug Product Quality Microbiology Laboratory Tests and Manufacturing Process Validation, Sept. 2016, available at http://sbiaevents.com/redifall2016-files/. |
| FDA, Presentation, Approaches to GMP inspection, June 2014, available at https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/SmallBusinessAssistance/UCM407991.pdf. |
| FDA, Presentation, Ensuring Quality over the Product Lifecycle: Risk-based Product Specific Inspections in OPQ, Sept. 2016, available at http://sbiaevents.com/redifall2016-files/. |
| FDA, Presentation, FDA Drug Quality Regulation, June 2014, available at https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/SmallBusinessAssistance/UCM407992.pdf. |

FDA, Presentation, FDA Drug Quality Regulations: Current Topics, Sept. 14, available at https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/SmallBusinessAssistance/UCM441208.pdf.

FDA, Presentation, FDA Small Business Regulatory Education for Industry (REdI) Conference "Focus on CGMPs and FDA Inspections," Summer 2015, available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/SmallBusinessAssistance/ucm456362.htm.

FDA, Presentation, FDA's Pre-Approval Inspection (PAI) Program and How to prepare for a successful outcome, Fall 2015, available at https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/SmallBusinessAssistance/UCM466481.pdf.

FDA, Presentation, Inspection of NDA and BLA Applications, Sept. 2016, available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/SmallBusinessAssistance/ucm514324.htm.

FDA, Presentation, Pet Peeves and Roadblocks in CMC: Improving your Quality Submissions through the Product Lifecycle, Sept. 2014, available at https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/SmallBusinessAssistance/UCM441138.pdf.

FDA, Presentation, Pharmaceutical Quality Symposium, July 2016, available at http://sbiaevents.com/pqs-files-page/.

FDA, Presentation, Risk and Team-based Integrated Quality Assessment in the Office of Pharmaceutical Quality, Sept. 2016, available at http://sbiaevents.com/redifall2016-files/.

FDA, Proposed Rule, Biological Products Reporting of Errors and Accidents in Manufacturing, 62 FR 49642-01, Sept. 23, 1997, available at 1997 WL 582671(F.R.).

FDA, Reference Material, Guide to Inspections of Pharmaceutical Quality Control Laboratories, July 1993, available at https://www.fda.gov/ICECI/Inspections/InspectionGuides/ucm074918.htm#_top.

FDA, Regulatory Procedures Manual, Chapter 4: Advisory Actions, Section 4-1-1, Warning Letter Procedures, Dec. 2017, available at https://www.fda.gov/downloads/ICECI/ComplianceManuals/RegulatoryProceduresManual/UCM074330.pdf.

FDA, Regulatory Procedures Manual, Chapter 5: Administrative Actions, Aug. 2015, available at https://www.fda.gov/downloads/iceci/compliancemanuals/regulatoryproceduresmanual/ucm074324.pdf.

FDA, Regulatory Procedures Manual, Chapter 6: Judicial Actions, Dec. 2017, available at https://www.fda.gov/downloads/iceci/compliancemanuals/regulatoryproceduresmanual/ucm074317.pdf.

FDA, Report, Final Report from the FDA-EMA pilot program for the parallel assessment of quality-by-design elements of marketing applications, Apr. 2017, available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/Manufacturing/ucm552716.htm.

FDA, Requirements on Content and Format of Labeling for Human Prescription Drug and Biological Products and Draft Guidance and Two Guidance for Industry on the Content and Format of Labeling for Human Prescription Drug and Biological Products; Final Rule and Notices (2006), 71 Fed. Reg. 3922 (Jan. 24, 2006) (to be codified at 21 CFR Parts 201, 314, and 601), available at https://www.fda.gov/OHRMS/DOCKETS/98fr/06-545.pdf.

FDA, Requirements on Content and Format of Labeling for Human Prescription Drugs and Biologics; Requirements for Prescription Drug Product Labels, Proposed Rule, 65 Fed. Reg. 81082 (proposed Dec. 22, 2000) (to be codified at 21 CFR Parts 201), available at https://www.gpo.gov/fdsys/pkg/FR-2000-12-22/pdf/00-32375.pdf.

FDA, Resource, CDER's Quality Initiative, Aug. 2017, available at https://www.fda.gov/AboutFDA/CentersOffices/OfficeofMedicalProductsandTobacco/CDER/ucm417014.htm.

FDA, Resource, Integration of FDA Facility Evaluation and Inspection Program for Human Drugs: A Concept of Operations, Sept. 2017, available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/Manufacturing/ucm576307.htm.

FDA, Resource, International Council on Harmonisation-Quality, Sept. 2017, available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/Manufacturing/ucm576307.htm.

FDA, Resource, Office of Pharmaceutical Quality, Mar. 2018, available at https://www.fda.gov/AboutFDA/CentersOffices/OfficeofMedicalProductsandTobacco/CDER/ucm418347.htm.

FDA, Resource, OPS Process Analytical Technology - (PAT) Initiative, Sept. 2015, available at https://www.fda.gov/AboutFDA/CentersOffices/OfficeofMedicalProductsandTobacco/CDER/ucm088828.htm.

FDA, Resource, Quality Metrics for Drug Manufacturing, Dec. 2017, available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/Manufacturing/ucm526869.htm.

FDA, Resource, Questions and Answers on Current Good Manufacturing Practices (CGMP) for Drugs, Feb. 2018, available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/Manufacturing/ucm124740.htm.

FDA, Resource, Report a Product Quality Issue: Identify quality defects in distributed drug products that may present a potential safety threat, June 2017, available at https://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/ucm529718.htm.

FDA, September 6, 2005 Approval Letter - ProQuad, available at http://wayback.archive-it.org/7993/20170723150912/https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm123799.htm.

FDA, Statement Regarding the Demonstrations of Effectiveness of Human Drug Products and Devices, 60 Fed. Reg. 39180 (notice Aug. 1, 1995), available at https://www.gpo.gov/fdsys/pkg/FR-1995-08-01/pdf/95-18877.pdf.

FDA, Summary Basis for Regulatory Action - ProQuad, Mar. 27, 2015, available at http://wayback.archive-it.org/7993/20170723150902/https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM441486.pdf.

FDA, Supplemental Approval - ProQuad, October 22, 2015, available at http://wayback.archive-it.org/7993/20170723150901/https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM469262.pdf

FDA, Technical Specifications Document, Technical Specifications Document: "Quality Metrics Technical Conformance Guide, Version 1.0", July 2015, available at https://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/Manufacturing/UCM508464.pdf.

FDA, Vaccine Product Approval Process, available at https://www.fda.gov/BiologicsBloodVaccines/DevelopmentApprovalProcess/BiologicsLicenseApplicationsBLAProcess/ucm133096.htm.

FDA, Webinar, Postapproval Changes Related to Drug Product Quality, Manufacturing and Controls that may be Documented in Annual Reports, May 2014, available at http://wayback.archive-it.org/7993/20170112023703/available at http://www.fda.gov/Drugs/DevelopmentApprovalProcess/SmallBusinessAssistance/ucm396083.htm.

FDA, Webinar, Revised Draft Guidance for Industry: Submission of Quality Metrics Data Webinar, Dec. 2016, available at https://www.fda.gov/Drugs/DevelopmentApprovalProcess/SmallBusinessAssistance/ucm530313.htm.

FDA, White Paper, FDA Pharmaceutical Quality Oversight, available at https://www.fda.gov/downloads/AboutFDA/CentersOffices/OfficeofMedicalProductsandTobacco/CDER/UCM442666.pdf.

Fedova, D., J. Novotny and I. Kubinova (1992). "Serological diagnosis of parainfluenza virus infections: verification of the sensitivity and specificity of the haemagglutination-inhibition (HI), complement-fixation (CF), immunofluorescence (IFA) tests and enzyme immunoassay (ELISA)." Acta Virol 36(3): 304-312.

Fiebelkorn et al, VPD Surveillance Manual, 5th Edition, 2012, Mumps: Chapter 9-1 to 9-18.

Fiebelkorn, A. P. et al.: *Mumps Antibody Response in Young Adults After a Third Dose of Measles-Mumps-Rubella Vaccine* , Open Forum Infectious Diseases, 1(3), (Dec.) 2014.

Final Administrative Procedures for CLIA Categorization (2017), available at https://www.fda.gov/ucm/groups/fdagov-public/@fdagov-meddev-gen/documents/document/ucm070889.pdf.

Findlay, J.W. et al., Validation of immunoassays for bioanalysis: a pharmaceutical industry perspective, J Pharm Biomed Anal. 2000 Jan;21(6):1249-73.

Finkelstein A., "Static and Dynamic Effects of Health Policy:  Evidence from the Vaccine Industry," *Quarterly Journal of Economics* , 119(2), 2004, pp. 527-564.

FirstCare, "2017 Prescription Drug Formulary," pp. 1-150.

Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Center for Veterinary Medicine (CVM), May 2001, available at https://www.fda.gov/downloads/Drugs/Guidance/ucm070107.pdf.

Fortune, Sanofi and Merck Are Ditching a 22-Year-Old Joint Venture, Mar. 8, 2016, available at http://fortune.com/2016/03/08/sanofi-merck-joint-venture/.

Franz, S., P. Rennert, M. Woznik, J. Grutzke, A. Ludde, E. M. Arriero Pais, T. Finsterbusch, H. Geyer, A. Mankertz and N. Friedrich (2017). "Mumps Virus SH Protein Inhibits NF-kappaB Activation by Interacting with Tumor Necrosis Factor Receptor 1, Interleukin-1 Receptor 1, and Toll-Like Receptor 3 Complexes." J Virol 91(18).

Frasca, D., A. Diaz, M. Romero and B. B. Blomberg (2017). "Ageing and obesity similarly impair antibody responses." Clin Exp Immunol 187(1): 64-70.

Fraud, Untrue Statements of Material Facts, Bribery, and Illegal Gratuities; Final Policy, 56 Fed Reg 46191 (Sept. 10, 1991).

Freed G.L., *et al.* , "Variation in Provider Vaccine Purchase Prices and Payer Reimbursement," *Pediatrics* , 122(6), December 2008, pp. 1325-1331.

Friedewald, W. F., E. S. Miller and L. R. Whatley (1947). "The Nature of Non-Specific Inhibition of Virus Hemagglutination." J Exp Med 86(1): 65-75.

Fu et al, "Effectiveness of one dose of mumps vaccine against clinically diagnosed mumps in Guangzhou, China, 2006-2012", Hum Vaccin Immunother. 2013 Dec;9(12):2524-8.

G. Amexis, S. Rubin, V. Chizhikov, F. Pelloquin, K. Carbone, K. Chumakov. Sequence diversity of Jeryl Lynn strain of mumps virus, available at https://core.ac.uk/download/pdf/82001558.pdf.

G. H. Guyatt (2014). "Blinded interpretation of study results can feasibly and effectively diminish interpretation bias." J Clin Epidemiol 67(7): 769-772.

*Givens v. Lederle* , 556 F.2d 1341 (5th Cir. 1977).

GlaxoSmithKline (2016). Safety and Immunogenicity Study of GlaxoSmithKline (GSK) Biologicals' Measles, Mumps and Rubella (MMR) Vaccine (209762) Compared to Merck & Co., Inc.'s MMR Vaccine in Healthy Children 12 to 15 Months of Age, National Library of Medicine. NCT02184572.

Glazer J., and T.G. McGuire, "A Welfare Measure of 'Offset Effects' in Health Insurance," *Journal of Public Economics,* 96, 2012, pp. 520-523.

Glazer J., H. Huskamp, and T.G. McGuire, "A Prescription for Drug Formulary Evaluation: An Application of Price Indexes," Forum for Health Economics and Policy, 15(2), 2012, Article 3.

Goldman D., and D. Lakdawalla, "Intellectual Property, Information Technology, Biomedical Research, and Marketing of Patented Products," Chapter 13 in M. Pauly, T, McGuire and P. Barros (eds.) *Handbook of Health Economics,* Volume 2, Elsevier Publishing, 2012, pp. 825-872.

Gotzsche, P. C. (1989). "Methodology and overt and hidden bias in reports of 196 double-blind trials of nonsteroidal antiinflammatory drugs in rheumatoid arthritis." Control Clin Trials 10(1): 31-56.

Gotzsche, P. C. (1996). "Blinding during data analysis and writing of manuscripts." Control Clin Trials 17(4): 285-290; discussion 290-283.

Gould, P. S., A. J. Easton and N. J. Dimmock (2017). ""Live Attenuated Influenza Vaccine contains Substantial and Unexpected Amounts of Defective Viral Genomic RNA."." Viruses 9(10).

Gouma S, Hahné SJ, Gijselaar DB, Koopmans MP, van Binnendijk RS. "Severity of mumps disease is related to MMR vaccination status and viral shedding." Vaccine. 2016 Apr 7;34(16):1868-73. doi: 10.1016/j.vaccine.2016.02.070. Epub 2016 Mar 5.

Gouma, S., M. P. Koopmans and R. S. van Binnendijk (2016). "Mumps virus pathogenesis: Insights and knowledge gaps." Hum Vaccin Immunother 12(12): 3110-3112.

Gouma, S., T. M. Schurink-Van't Klooster, H. E. de Melker, J. Kerkhof, G. P. Smits, S. J. Hahne, C. A. van Els, G. J. Boland, A. C. Vossen, P. R. Goswami, M. P. Koopmans and R. S. van Binnendijk (2014). "Mumps serum antibody levels before and after an outbreak to assess infection and immunity in vaccinated students." Open Forum Infect Dis 1(3): ofu101.

Grabowski H.G., and J.M. Vernon, "The Search for New Vaccines: The Effects of the Vaccines for Children Program," The AEI Press, Washington, D.C., 1997.

Guidance for Industry (Draft), Assay Development and Validation for Immunogenicity Testing of Therapeutic Protein Products. U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Center for Biologics Evaluation and Research (CBER), Center for Devices and Radiological Health (CDRH). April 2016. Available at https://www.fda.gov/downloads/Drugs/Guidances/UCM192750.pdf.

Guidance for Industry on Chemistry, Manufacturing, and Controls Information; Withdrawal and Revision of Seven Guidances, 71 Fed. Reg. 31194 (June 1, 2006).

Guidance for Industry, Analytical Procedures and Methods Validation for Drugs and Biologics. U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Center for Biologics Evaluation and Research (CBER), July 2015. Available at https://www.fda.gov/downloads/drugs/guidances/ucm386366.pdf.

Guidance for Industry, Bioanalytical Method Validation (Draft Guidance, Revision 1). U.S. Department of Health and Human Services Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Center for Veterinary Medicine (CVM), September 2013.  Available at https://www.fda.gov/downloads/drugs/guidances/ucm368107.pdf.

Guidance on Alternatives to Lot Release for Licensed Biological Products, 58 Fed. Reg 38771 (July, 20 1993).

Guideline for Industry, Text on Validation of Analytical Procedures, ICH-Q2A, March 1995. Available at https://www.fda.gov/downloads/Drugs/.../Guidances/ucm073381.pdf.

Guidelines for good clinical practice (GCP) for trials on pharmaceutical products; WHO Technical Report Series, No. 850, 1995, Annex 3, available at http://apps.who.int/medicinedocs/en/d/Jwhozip13e/.

Guidelines on clinical evaluation of vaccines: regulatory expectations; WHO Technical Report Series, No. 1004, 2017, Annex 9, available at http://www.who.int/biologicals/expert_committee/WHO_TRS_1004_web_Annex_9.pdf.

Guidelines on procedures and data requirements for changes to approved vaccines; WHO Technical Report Series No. 993, 2015, Annex 4, available at http://apps.who.int/medicinedocs/en/m/abstract/Js22021en/.

Gut, J. P., C. Lablache, S. Behr and A. Kirn (1995). "Symptomatic mumps virus reinfections." J Med Virol 45(1): 17-23.

Guzman, M. G. and G. Kouri (2004). "Dengue diagnosis, advances and challenges." Int J Infect Dis 8(2): 69-80.

H.R.5546, National Childhood Vaccine Injury Act of 1986, 99th Congress (1985-1986), available at https://www.congress.gov/bill/99th-congress/house-bill/5546.

Habel, K. (1946). "Preparation of mumps vaccines and immunization of monkeys against experimental mumps infection." Public Health Rep 61(46): 1655-1664.

Hackett L.B., and J.J. Tofflen, "Report on the United States Vaccine Industry," Prepared by Mercer Management Consulting, Commissioned by the Department of Health and Human Services, June 14, 1995, pp. 1-33, available at https://quod.lib.umich.edu/c/cohenaids/5571095.0504.060.

Hamami, D., R. Cameron, K. G. Pollock and C. Shankland (2017). "Waning Immunity Is Associated with Periodic Large Outbreaks of Mumps: A Mathematical Modeling Study of Scottish Data." Front Physiol 8: 233.

Han, W. G., M. E. Emmelot, H. Jaadar, H. I. Ten Hulscher, C. A. van Els and P. Kaaijk (2016). "Development of an IFNgamma ELISPOT for the analysis of the human T cell response against mumps virus." J Immunol Methods 431: 52-59.

Handbook for Good Clinical Research Practice (GCP): Guidance for Implementation, available at http://apps.who.int/medicinedocs/documents/s14084e/s14084e.pdf.

Hanna-Wakim, R., L. L. Yasukawa, P. Sung, A. M. Arvin and H. A. Gans (2008). "Immune responses to mumps vaccine in adults who were vaccinated in childhood." J Infect Dis 197(12): 1669-1675.

Harmsen, T., M. C. Jongerius, C. W. van der Zwan, A. D. Plantinga, C. A. Kraaijeveld and G. A. Berbers (1992). "Comparison of a neutralization enzyme immunoassay and an enzyme-linked immunosorbent assay for evaluation of immune status of children vaccinated for mumps." J Clin Microbiol 30(8): 2139-2144.

Hashimoto, H. et al.: *An office-based prospective study of deafness in mumps*, Pediatric Infectious Disease Journal, 28(3): 173–5, (Mar.) 2009.

Havlíková et al, "Mumps in the Czech Republic in 2013: Clinical Characteristics, Mumps Virus Genotyping, and Epidemiological Links", Cent Eur J Public Health. 2016 Mar;24(1):22-8.

Hawkes, R. A. and K. J. Lafferty (1967). "The enchancement of virus infectivity by antibody." Virology 33(2): 250-261.

Health Resources & Services Administration National Vaccine Injury Compensation Program Fact Sheet (available at https://www.hrsa.gov/sites/default/files/hrsa/vaccine-compensation/faq/vicp-fact-sheet.pdf).

Henderson, F. W. (1987). "Pulmonary infections with respiratory syncytial virus and the parainfluenza viruses." Semin Respir Infect 2(2): 112-121.

Henle, G., S. Harris and W. Henle (1948). "The reactivity of various human sera with mumps complement fixation antigens." J Exp Med 88(1): 133-147.

Hersh, B. S., et al.: *Mumps outbreak in a highly vaccinated population*. J Pediatrics, 119(2): 187-93, (Aug.) 1991.

HHS, National Vaccine Advisory Committee Charter, July 30, 1987.

HHS, National Vaccine Advisory Committee, June 9-10, 1988 Meeting Minutes.

Hilleman, "Combined Measles Mumps and Rubella Vaccines, Combined Vaccines: Development, Clinical Research and Approval" (Humana Press Inc. 1999).

Hilleman, M. R. (1966). "Advances in control of viral infections by nonspecific measures and by vaccines, with special reference to live mumps and rubella virus vaccines." Clin Pharmacol Ther 7(6): 752-762.

Hilleman, M. R. (1992). "Past, present, and future of measles, mumps, and rubella virus vaccines." Pediatrics 90(1 Pt 2): 149-153.

Hilleman, M. R., E. B. Buynak, R. E. Weibel and J. Stokes, Jr. (1968). "Live, attenuated mumps-virus vaccine." N Engl J Med 278(5): 227-232.

Hilleman, M. R., E. B. Buynak, R. E. Weibel, J. Stokes, Jr., J. E. Whitman, Jr. and M. B. Leagus (1968). "Development and evaluation of the Moraten measles virus vaccine." JAMA 206(3): 587-590.

Hilleman, M. R., et al.: *Live Attenuated Mumps Virus Vaccine: 4. Protective Efficacy as Measured in Field Evaluation*, New Eng. J. Med., 276: 252-258, (Feb. 2) 1967.

Homan et al, "Are cases of mumps in vaccinated patients attributable to mismatches in both vaccine T-cell and B-cell epitopes? An immunoinformatic analysis", Hum Vaccin Immunother. 2014;10(2):290-300.

Horvath, S. (1975). "Estimation of hemagglutination-inhibition titers." Arch Virol 49(2-3): 199-205.

Appendix C - Additional Materials

| |
|---|
| House Comm. on Energy and Commerce, 99th Cong., 2nd Sess., Childhood Immunizations, a Report (Comm. Print 99-LL 1986). |
| House Report No. 99-908, 1986 WL 31971, National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to 300aa-34. |
| HRSA, National Vaccine Injury Compensation Program, available at https://www.hrsa.gov/vaccine-compensation/index.html. |
| HRSA, Public Health Service Act, Title XXI - Vaccines, available at https://www.hrsa.gov/sites/default/files/hrsa/vaccine-compensation/about/title-xxi-phs-vaccines-1517.pdf |
| HRSA, What You Need to Know About the National Vaccine Injury Compensation Program (VICP), Sept. 2016, available at https://www.hrsa.gov/sites/default/files/vaccinecompensation/resources/84521booklet.pdf. |
| Hsiung, G. D., P. Isacson and G. Tucker (1963). "Studies of Parainfluenza Viruses. Ii. Serologic Interrelationships in Humans." Yale J Biol Med 35: 534-544. |
| http://www.cdc.gov/osels/ph_surveillance/nndss/phs/files/ProvisionalNationa%20NotifiableDiseasesSurveillanceData20100927.pdf, "National Notifiable Diseases Surveillance System (NNDSS)" |
| http://www.nvic.org/injury-compensation/origihanlaw.aspx |
| http://wwwn.cdc.gov/nndss/document/ProvisionalNationaNotifiableDiseasesSurveillanceData20100927.pdf, Provisional National Notifiable Diseases Surveillance Data |
| https://www.cdc.gov/media/transcripts/t060419.htm, Press Briefing on Mumps Outbreak In the Midwest with Dr. Julie Gerberding, and Dr. Jane Seward |
| https://www.cdc.gov/mmwr/preview/mmwrhtml/mm5952md.htm?s_cid=mm5952md_w,   Morbidity and Mortality Weekly Report (MMWR) Notifiable Diseases and Mortality Tables, Weekly, January 7, 2011 |
| https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6052md.htm?s_cid=mm6052md_w, Morbidity and Mortality Weekly Report (MMWR) Notifiable Diseases and Mortality Tables, Weekly, January 6, 2012 |
| https://www.cdc.gov/mmwr/preview/mmwrhtml/mm6452md.htm?s_cid=mm6452md_w, Morbidity and Mortality Weekly Report (MMWR), Notifiable Diseases and Mortality Tables, Weekly, January 8, 2016 |
| https://www.cdc.gov/mmwr/volumes/64/wr/mm6453a1.htm?s_cid=mm6453a1_w, Morbidity and Mortality Weekly Report (MMWR), Summary of Notifiable Infectious Diseases and Conditions - United States, 2015 |
| https://www.cdc.gov/mmwr/volumes/65/wr/mm6552md.htm?s_cid=mm6552md_w, Morbidity and Mortality Weekly Report (MMWR), Notifiable Diseases and Mortality Tables, Weekly, January 6, 2017 |
| https://www.cdc.gov/mmwr/volumes/66/wr/mm6652md.htm?s_cid=mm6652md_w, Morbidity and Mortality Weekly Report (MMWR), Notifiable Diseases and Mortality Tables Weekly January 5, 2018 |
| https://www.cdc.gov/mumps/outbreaks.html, "Mumps Cases and Outbreaks" |
| https://www.cdc.gov/nndss/infectious.html, National Notifiable Diseases Surveillance System (NNDSS), "About Notifiable Infectious Diseases and Conditions Data" |
| https://www.cdc.gov/nndss/infectious-tables.html, National Notifiable Diseases Surveillance System (NNDSS), Notifiable Infectious Diseases and Conditions Tables |
| https://www.cdc.gov/vaccinesafety/ensuringsafety/history/index.html. |
| https://www.fda.gov/downloads/biologicsbloodvaccines/vaccines/approvedproducts/ucm123796.pdf, Current ProQuad Package Insert |
| https://www.fda.gov/downloads/drugs/guidancecomplianceregulatoryinformation/guidances/ucm073308.pdf, Guidance for Industry Submitting Marketing Applications According to the ICH-CTD Format-General Considerations- Draft Guidance |
| https://www.hrsa.gov/vaccine-compensation/index.html |
| https://www.niaid.nih.gov/research/emerging-infectious-diseases-pathogens |
| https://www.thermofisher.com |
| https://wwwn.cdc.gov/nndss/document/5yearweeklyaverage.pdf |
| https_www.fda.gov_BiologicsBloodVaccines_Vaccines_ApprovedProducts_ucm094050_htm |

Huang, A. S. et al.: *Risk factors for mumps at a university with a large mumps outbreak*, Public Health Report, 124(3): 419-426, (May-June) 2009.

Hunsaker J., G. Veselovskiy, and J.A. Gazmararian, "Health Insurance Plans and Immunization: Assessment of Practices and Policies, 2005-2008," *Pediatrics*, 124(5), 2009, pp. S532-S539.

Hviid, A., S. Rubin and K. Muhlemann (2008). "Mumps." Lancet 371(9616): 932-944.

Hwang T.J., and A.S. Kesselheim, "Vaccine Pipeline has Grown During the Past Two Decades with More Early-Stage Trials from Small and Medium-Sized Companies," *Health Affairs*, 35(2) 2016, pp. 219-226.

ICH E11, Clinical Investigation of MP in Pediatric Populations, available at http://www.ich.org/fileadmin/Public_Web_Site/ICH_Products/Guidelines/Efficacy/E11/Step4/E11_Guideline.pdf.

ICH E3, Structure and Content of Clinical Study Reports, available at http://www.ich.org/fileadmin/Public_Web_Site/ICH_Products/Guidelines/Efficacy/E3/E3_Guideline.pdf.

ICH E6, Good Clinical Practices, available at http://www.ich.org/fileadmin/Public_Web_Site/ICH_Products/Guidelines/Efficacy/E6/E6_R1_Guideline.pdf.

ICH E8, General Considerations for Clinical Trials, http://www.ich.org/fileadmin/Public_Web_Site/ICH_Products/Guidelines/Efficacy/E8/Step4/E8_Guideline.pdf.

ICH Q1A-F, Stability Testing Guidelines: Stability Testing of New Drug Substances and Products, available at http://www.pharma.gally.ch/ich/q1a038095en.pdf.

ICH Q3A-D, Impurities in New Drug Substances, available at http://www.ich.org/fileadmin/Public_Web_Site/ICH_Products/Guidelines/Quality/Q3A_R2/Step4/Q3A_R2__Guideline.pdf.

ICH Q4-Q4B, Evaluation and Recommendation of Pharmacopoeial Texts for Use in the ICH Regions, available at http://www.ich.org/fileadmin/Public_Web_Site/ICH_Products/Guidelines/Quality/Q4B/Step4/Q4B_Guideline.pdf.

ICH Q5A-E, Quality of Biotechnological Products: Viral Safety Evaluation of Biotechnology Products Derived From Cell Lines of Human or Animal Origin, available at http://www.ema.europa.eu/docs/en_GB/document_library/Scientific_guideline/2009/09/WC500002801.pdf.

ICH Q6A-B, Specifications: Test Procedures and Acceptable Criteria for New Drug Substances and New Drug Products: Chemical Substances, available at http://www.ich.org/fileadmin/Public_Web_Site/ICH_Products/Guidelines/Quality/Q6A/Step4/Q6Astep4.pdf.

ICH Q7, Good Manufacturing Practices Guide for Active Pharmaceutical Ingredients, available at http://www.ich.org/fileadmin/Public_Web_Site/ICH_Products/Guidelines/Quality/Q7/Step4/Q7_Guideline.pdf.

ICH VALIDATION OF ANALYTICAL PROCEDURES: Text and Methodology Q2_R1__Guideline, available at http://www.ich.org/fileadmin/Public_Web_Site/ICH_Products/Guidelines/Quality/Q2_R1/Step4/Q2_R1__Guideline.pdf.

Immunization Action Coalition, Vaccine Timeline, available at http://www.immunize.org/timeline/.

IMS National Sales Perspectives (NSP) Data, Aged Data Adhoc, Nov. 18, 2016.

IMS National Sales Perspectives (NSP) Data, Current Data Adhoc, Nov. 18, 2016.

Inou, Y., T. Nakayama, N. Yoshida, H. Uejima, K. Yuri, M. Kamada, T. Kumagai, H. Sakiyama, A. Miyata, H. Ochiai, T. Ihara, T. Okafuji, T. Okafuji, T. Nagai, E. Suzuki, K. Shimomura, Y. Ito and C. Miyazaki (2004). "Molecular epidemiology of mumps virus in Japan and proposal of two new genotypes." J Med Virol 73(1): 97-104.

Appendix C - Additional Materials

Intercenter Agreement Between CDER and CBER (effective October 31, 1991), available at https://www.fda.gov/CombinationProducts/JurisdictionalInformation/ucm121179.htm.

IOM, "Financing Vaccines in the 21st Century: Assuring Access and Availability," National Academies Press, Washington DC, 2004.

Irie, T., K. Kiyotani, T. Igarashi, A. Yoshida and T. Sakaguchi (2012). "Inhibition of interferon regulatory factor 3 activation by paramyxovirus V protein." J Virol 86(13): 7136-7145.

J. A. Sterne (2008). "Empirical evidence of bias in treatment effect estimates in controlled trials with different interventions and outcomes: meta-epidemiological study." BMJ 336(7644): 601-605.

J.W.A. Findlay, et al., *Validation of Immunoassays for Bioanalysis: A Pharmaceutical Industry Perspective*, Journal of Pharmaceutical & Biomedical Analysis, 21(2000):1249-1273.

Jackson, K. J., Y. Wang and A. M. Collins (2014). "Human immunoglobulin classes and subclasses show variability in VDJ gene mutation levels." Immunol Cell Biol 92(8): 729-733.

Jarvinen, T. L., R. Sihvonen, M. Bhandari, S. Sprague, A. Malmivaara, M. Paavola, H. J. Schunemann and

Jin, L., B. Rima, D. Brown, C. Orvell, T. Tecle, M. Afzal, K. Uchida, T. Nakayama, J. W. Song, C. Kang, P. A. Rota, W. Xu and D. Featherstone (2005). "Proposal for genetic characterisation of wild-type mumps strains: preliminary standardisation of the nomenclature." Arch Virol 150(9): 1903-1909.

Jin, L., C. Orvell, R. Myers, P. A. Rota, T. Nakayama, D. Forcic, J. Hiebert and K. E. Brown (2015). "Genomic diversity of mumps virus and global distribution of the 12 genotypes." Rev Med Virol 25(2): 85-101.

Johansson, B., T. Tecle and C. Orvell (2002). "Proposed criteria for classification of new genotypes of mumps virus." Scand J Infect Dis 34(5): 355-357.

Johnson, J. B., D. S. Lyles, M. A. Alexander-Miller and G. D. Parks (2012). "Virion-associated complement regulator CD55 is more potent than CD46 in mediating resistance of mumps virus and vesicular stomatitis virus to neutralization." J Virol 86(18): 9929-9940.

Johnson, J. B., K. Grant and G. D. Parks (2009). "The paramyxoviruses simian virus 5 and mumps virus recruit host cell CD46 to evade complement-mediated neutralization." J Virol 83(15): 7602-7611.

Jokinen, S., P. Osterlund, I. Julkunen and I. Davidkin (2007). "Cellular immunity to mumps virus in young adults 21 years after measles-mumps-rubella vaccination." J Infect Dis 196(6): 861-867.

Julkunen, I., P. Vaananen and K. Penttinen (1984). "Antibody responses to mumps virus proteins in natural mumps infection and after vaccination with live and inactivated mumps vaccines." J Med Virol 14(3): 209-219.

Kancherla, V. S. et al. *Mumps resurgence in the United States*. J Allergy Clin Immunol. 2006;118(4):938-941. 10.1016/j.jaci.2006.07.033

Kärber, G. (1931). "Beitrag zur kollektiven Behandlung pharmakologischer Reihenversuche." Naunyn-Schmiedebergs Archiv für experimentelle Pathologie und Pharmakologie 162(4): 480-483.

Katz, J. M., K. Hancock and X. Xu (2011). "Serologic assays for influenza surveillance, diagnosis and vaccine evaluation." Expert Rev Anti Infect Ther 9(6): 669-683.

Katzelnick, L. C., L. Gresh, M. E. Halloran, J. C. Mercado, G. Kuan, A. Gordon, A. Balmaseda and E. Harris (2017). "Antibody-dependent enhancement of severe dengue disease in humans." Science 358(6365): 929-932.

Keshavarz, M., A. Shafiee, M. H. Nicknam, P. Khosravani, A. Yousefi and M. Izad (2017). "Immune Response to the Mumps Virus in Iranian Unvaccinated Young Adults." Jpn J Infect Dis 70(2): 127-131.

Kidokoro, M., R. Tuul, K. Komase and P. Nymadawa (2011). "Characterization of mumps viruses circulating in Mongolia: identification of a novel cluster of genotype H." J Clin Microbiol 49(5): 1917-1925.

Killip, M. J., D. F. Young, B. L. Precious, S. Goodbourn and R. E. Randall (2012). "Activation of the beta interferon promoter by paramyxoviruses in the absence of virus protein synthesis." J Gen Virol 93(Pt 2): 299-307.

Kim, H. W., J. G. Canchola, C. D. Brandt, G. Pyles, R. M. Chanock, K. Jensen and R. H. Parrott (1969). "Respiratory syncytial virus disease in infants despite prior administration of antigenic inactivated vaccine." Am J Epidemiol 89(4): 422-434.

Kim-Farley, R et al.: *Clinical Mumps Vaccine Efficacy,* Am J Epidemiology, 121(4): 593-7, (Apr.) 1985.

Kingham, R. K., G; Carver, K.C. (2014). Key Regulatory Guidelines for the Development of Biologics in the United States and Europe. Biological Drug Products: Development and Strategies. W. S. Wang, M, John Wiley & Sons, Inc.: 75-109

Koh H.K., and K.G. Sebelius, "Promoting Prevention through the Affordable Care Act," *New England Journal of Medicine* , 363(14), September 2010, pp. 1296-1299.

Kolli, D., X. Bao and A. Casola (2012). "Human metapneumovirus antagonism of innate immune responses." Viruses 4(12): 3551-3571.

Kontio, M., S. Jokinen, M. Paunio, H. Peltola and I. Davidkin (2012). "Waning antibody levels and avidity: implications for MMR vaccine-induced protection." J Infect Dis 206(10): 1542-1548.

Krasnova, V. P., N. V. Iuminova and V. A. Liashenko (1994). "[An intranasal method of revaccination against mumps]." Vopr Virusol 39(1): 24-26.

Kumakura, S., H. Shibata, T. Isobe, M. Hirose, M. Ohe, N. Nishimura, K. Onoda, A. Nagai and S. Yamaguchi (2013). "Comparison of hemagglutination inhibition assay and enzyme immunoassay for determination of mumps and rubella immune status in health care personnel." J Clin Lab Anal 27(5): 418-421.

Kurosaki, T., K. Kometani and W. Ise (2015). "Memory B cells." Nat Rev Immunol 15(3): 149-159.

Kuter et al, "Safety and Immunogenicity of a Combination: Measles, Mumps, Rubella and Varicella Vaccine (ProQuad®)," Hum Vaccin. 2006 Sep-Oct;2(5):205-14.

Kuter et al, "Safety and Immunogenicity of M-M-RII (Combination Measles-Mumps-Rubella Vaccine) in Clinical Trials of Healthy Children Conducted Between 1988 and 2009" Pediatr Infect Dis J. 2016 Sep;35(9):1011-20.

Kutty, P. K. et al.: *Seroprevalence of Antibody to Mumps Virus in the US Population, 1999-2004* , J. Infectious Diseases, 202(5): 667-74 (Sept. 1) 2010.

Labeling and Prescription Drug Advertising; Content and Format for Labeling for Human Prescription Drugs, 44 Fed. Reg. 37434 (June 26, 1979) (to be codified in 21 CFR pt. 201 and 202).

Latner, D. R. et al. *Estimates of Mumps Seroprevalence May Be Influenced by Antibody Specificity and Serologic Method* . Clin Vaccine Immunol. 2014;21(3):286-97. 10.1128/CVI.00621-13

Latner, D. R. et al.: *Enzyme-Linked Immunospot Assay Detection of Mumps-Specific Antibody-Secreting B cells as an Alternative Method of Laboratory Diagnosis* , Clinical and Vaccine Immunology, 18(1): 35-42, (Jan.) 2011.

Latner, D. R. et al.: *Remembering Mumps* , PLOS Pathog, 11(5): 1-4 (May 7) 2015.

Latner, D. R. et al: *Mumps Virus Nucleoprotein and Hemagglutinin-Specific Antibody Response Following a Third Dose of Measles Mumps Rubella Vaccine* , Open Forum Infectious Diseases, 4(4), (Oct. 1) 2017.

Le P., and M.B. Rothberg, "Cost-effectiveness of the Adjuvanted Herpes Zoster Subunit Vaccine in Older Adults," JAMA Intern Med., February 2018, available at Fhttps://jamanetwork.com/journals/jamainternalmedicine/article-abstract/2666789.

LeBaron, C. W., B. Forghani, C. Beck, C. Brown, D. Bi, C. Cossen and B. J. Sullivan (2009). "Persistence of mumps antibodies after 2 doses of measles-mumps-rubella vaccine." J Infect Dis 199(4): 552-560.

Lebo, E. J. et al.: *Seroprevalence of Measles, Mumps, Rubella and Varicella Antibodies in the United States Population, 2009-2010* , Open Forum Infectious Diseases, 2(1), (Feb. 20) 2015.

Lefrancois, L. (1984). "Protection against lethal viral infection by neutralizing and nonneutralizing monoclonal antibodies: distinct mechanisms of action in vivo." J Virol 51(1): 208-214.

Legal Status of Approved Labeling for Prescription Drugs; Prescribing for Uses Unapproved by the Food and Drug Administration, 37 Fed. Reg. 16503 (proposed August 15, 1972) (to be codified at 21 CFR pt. 130).

Lennette, E. H., F. W. Jensen, R. W. Guenther and R. L. Magoffin (1963). "Serologic responses to para-influenza viruses in patients with mumps virus injection." J Lab Clin Med 61: 780-788.

LENNOX ES. "Transduction of linked genetic characters of the host by bacteriophage P1." Virology. 1955 Jul;1(2):190-206.

Leonardi, "Immunogenicity and Safety of MMRV and PCV-7 Administered Concomitantly in Healthy Children," Pediatrics, 2001 December, 128(6)

Lerner A.P., "The Concept of Monopoly and the Measurement of Monopoly Power," *The Review of Economic Studies* , 1(3), June 1934, pp. 157-175.

Lieberman, "The Safety and Immunogenicity of a Quadrivalent Measles, Mumps, Rubella and Varicella Vaccine in Healthy Children A Study of Manufacturing Consistency and Persistence of Antibody," The Pediatric Infectious Disease Journal, July 2006 25(7)

Lieu T., T.G. McGuire, and A.R. Hinman, "Overcoming Economic Barriers To The Optimal Use Of Vaccines," *Health Affairs,* 24(3), 2005, pp. 666-679.

Lin, R., D. Heeke, H. Liu, E. Rao, J. D. Marshall, V. Chio, F. Cataniag, L. Yu, F. Zuo and M. P. McCarthy (2017). "Development of a robust, higher throughput green fluorescent protein (GFP)-based Epstein-Barr Virus (EBV) micro-neutralization assay." J Virol Methods 247: 15-21.

Linde, G. A., M. Granstrom and C. Orvell (1987). "Immunoglobulin class and immunoglobulin G subclass enzyme-linked immunosorbent assays compared with microneutralization assay for serodiagnosis of mumps infection and determination of immunity." J Clin Microbiol 25(9): 1653-1658.

Lindley M.C., *et al.* , "Financing the Delivery of Vaccines to Children and Adolescents: Challenges to the Current System," *Pediatrics* , 124(5), December 2009, pp. S548-S557.

Livingston, K. A. et al. *Mumps vaccine effectiveness and risk factors for disease in households during an outbreak in New York City* . Vaccine 2014;32:369-374. 10.1016/j.vaccine.2013.11.021

Lo, M. S., R. M. Brazas and M. J. Holtzman (2005). "Respiratory syncytial virus nonstructural proteins NS1 and NS2 mediate inhibition of Stat2 expression and alpha/beta interferon responsiveness." J Virol 79(14): 9315-9319.

Loon, Francesco van et al. "Mumps surveillance--United States, 1988-1993." MMWR. CDC surveillance summaries : Morbidity and mortality weekly report. CDC surveillance summaries 44 3 (1995): 1-14.

Lopez-Perea, N., J. Masa-Calles, M. V. Torres de Mier, A. Fernandez-Garcia, J. E. Echevarria, F. De Ory and M. V. Martinez de Aragon (2017). "Shift within age-groups of mumps incidence, hospitalizations and severe complications in a highly vaccinated population. Spain, 1998-2014." Vaccine 35(34): 4339-4345.

Ma, "Combination Measles-Mumps-Rubella-Varicella Vaccine in Healthy Children," Medicine, 2015 November; 94(44)

Ma, A., and T.G. McGuire (guest editors), "The Industrial Organization of Health Care, III," *Journal of Economics & Management Strategy* , 8(3), Fall 1999.

Ma, A., T.G. McGuire, and M.H. Riordan (guest editors), "The Industrial Organization of Health Care, II" *Journal of Economics & Management Strategy* , 1997.

MacDonald et al, "Mumps is Back: Why is Mumps Eradication Not Working?", Adv Exp Med Biol. 2011;697:197-220.

Maguire Hayden buys vacant Wayne lab building from Merck, THE INQUIRER, Dept. 14, 2016, available at http://www.philly.com/philly/business/real_estate/commercial/maguire-hayden-buys-chester-county-lab-property.html.

Malone K.M., and A.R. Hinman, "Vaccination Mandates: The Public Health Imperative and Individual Rights," Chapter 13 in Law Public Health Practice, edited by R.A. Goodman *et al.* , Oxford University Press: New York, 2003, pp. 262-284.

Marin M., *et al* ., "Use of Combination Measles, Mumps, Rubella, and Varicella Vaccine: Recommendations of the Advisory Committee on Immunization Practices (ACIP)," *Morbidity and Mortality Weekly Report* , 59(RR-3), May 7, 2010, pp. 1-12.

Marin, "Update on Mumps Epidemiology, United States," Presentation to ACIP on October 25, 2017.

Marin, M. et al. *Recommendation of the Advisory Committee on Immunization Practices for Use of a Third Dose of Mumps Virus-Containing Vaccine in Persons at Increased Risk for Mumps During an Outbreak* . MMWR 2018;67(1):33-8. 10.15585/mmwr.mm6701a7

Marin, M., *Current Mumps Vaccination Recommendation and Epidemiology in the United States* , CDC Advisory Committee on Immunization Practices (ACIP), February 23, 2017 Meeting.

Matsubara, K., S. Iwata and T. Nakayama (2012). "Antibodies against mumps virus component proteins." J Infect Chemother 18(4): 466-471.

Mauldin, J., et al. *Mumps Virus-Specific Antibody Titers from Pre-Vaccine Era Sera: Comparison of the Plaque Reduction Neutralization Assay and Enzyme Immunoassays.* J Clin Microbiol. 2005;43(9):4847-4851. 10.1128/JCM.43.9.4847–4851.2005

May, M., C. A. Rieder and R. J. Rowe (2018). "Emergent lineages of mumps virus suggest the need for a polyvalent vaccine." Int J Infect Dis 66: 1-4.

*Mazur v. Merck & Co.* , 742 F. Supp. 239 (E.D. Pa. 1990).

*Mazur v. Merck & Co.* , 767 F. Supp. 697 (E.D. Pa. 1991).

*Mazur v. Merck & Co.* , 964 F 2d 1348 (3rd Cir. 1992).

McGuire T., K. Drake, E. Elhauge, R. Hartman, and M. Starr, "Resolving Reverse-Payment Settlements with the Smoking Gun of Stock Price Movements," *Iowa Law Review* , 101(4), 2016, pp. 1581-1599.

McGuire T.G., "Setting Prices for New Vaccines (in Advance)," *International Journal of Health Care Finance and Economics* , 3, 2003, pp. 207-224.

McGuire, T.G., and M.H. Riordan (guest editors), "The Industrial Organization of Health Care," *Journal of Economics & Management Strategy* , 3(1), 1994.

McGuire, T.G., and S. Bauhoff, "Adoption of a Cost-Saving Innovation: Germany, UK and Simvastatin," in N. Klusen, F. Verheyen, and C. Wagner, eds., *England and Germany in Europe – What Lessons Can We Learn from Each Other?* Baden-Baden, Germany: Nomos, 2011, pp. 11-26.

McLean, H. Q., A. P. Fiebelkorn, J. L. Temte, G. S. Wallace, C. Centers for Disease and Prevention (2013). "Prevention of measles, rubella, congenital rubella syndrome, and mumps, 2013: summary recommendations of the Advisory Committee on Immunization Practices (ACIP)." MMWR Recomm Rep 62(RR-04): 1-34.

*Measles, Mumps, Rubella (MMR) Vaccine* , CDC Advisory Committee on Immunization Practices (ACIP), February 22-23, 2012 Summary Report, 83-102.

*Measles-Mumps-Rubella-Varicella Vaccine Safety* , CDC Advisory Committee on Immunization Practices (ACIP), June 24-26, 2009 Summary Report, 137-65.

Mercer Management Consulting, "Lessons Learned: New Procurement Strategies for Vaccines, Final Report to the GAVI Board," June 28, 2002.

Merck & Co., Inc., Form 10-K, for the Fiscal Year ended December 31, 2016.

Merck & Co., Inc., Form 10-Q, for the quarterly period ended September 30, 2017.

Merck Manuals, Consumer Version, Overview of Immunization, available at https://www.merckmanuals.com/home/infections/immunization/overview-of-immunization.

Merck, About, available at https://www.merck.com/about/home.html.

Merck, Merck and Serum Institute Announce Collaboration to Develop and Expand Global Access to Pneumococcal Conjugate Vaccine (PCV), Aug. 3, 2011, available at https://www.merck.com/licensing/our-partnership/Serum-collab-pneumococcal-vaccine-partnership.html.

Merck, Merck Joint Venture Relationship with Sanofi Pasteur, Feb. 2009, available at https://s21.q4cdn.com/488056881/files/doc_downloads/ventures/01E51DB9-C6BB-4512-A941-D665F031FED2_merck_sanofi_2009_update.pdf.

Merck, Merck Vaccines Branded Timeline, available at https://www.merck.com/docs/VACC-1213236-0000-Merck-Vaccines-Branded-Timeline-FINAL.pdf.

Merck, M-M-R II Label, Current Production Label.

Merck, M-M-R II Label, May 2007.

Merck, ProQuad Label, Frozen Formulation HSA, Current Production Label.

Merck, ProQuad Label, Frozen Formulation RHA, Current Production Label.

Merck, ProQuad Label, Refrigerator-Stable Formulation, Current Production Label.

Merck, Sinopharm and Merck Sign Statement of Mutual Intent, July 27, 2010, available at https://www.merck.com/licensing/our-partnership/Sinopharm-partnership.html.

Merk. ANNUAL REPORT 2003, available at httph://www.merck.com/finance/annualreport/ar2003/pdf/merck2003ar.pdf.

Meta Data - MRK-CHA00587762

Meta Data - SCHOFIELD_00000315

Method Transfer, Partial Validation, and Cross Validation- Recommendations 12248_2014_Article_9650

Moher, D., S. Hopewell, K. F. Schulz, V. Montori, P. C. Gotzsche, P. J. Devereaux, D. Elbourne, M. Egger, D. G. Altman and G. Consolidated Standards of Reporting Trials (2010). "CONSORT 2010 Explanation and Elaboration: Updated guidelines for reporting parallel group randomised trials." J Clin Epidemiol 63(8): e1-37.

Molecular biology, pathogenesis and pathology of mumps virus. Rubin S, Eckhaus M, Rennick LJ, Bamford CG, Duprex WP. J Pathol. 2015 Jan

Molony, R. D., A. Malawista and R. R. Montgomery (2017). "Reduced dynamic range of antiviral innate immune responses in aging." Exp Gerontol.

Mona Marin, MD. Division of Viral Diseases, CDC. "Update on Mumps Epidemiology, United States." Center for Disease Control and Prevention, October 25, 2017. https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2017-10/mumps-02-marin-508.pdf.

Monto, A. S., R. E. Malosh, J. G. Petrie and E. T. Martin (2017). "The Doctrine of Original Antigenic Sin: Separating Good From Evil." J Infect Dis 215(12): 1782-1788.

MSD, MSD Reintegrates Vaccines Division into its Portfolio, Jan. 3, 2017, available at http://www.msd.ch/en/infocenter/meldungen/impfungen.xhtml.

MSD, MSD to Enter a New Era with Our Vaccines Portfolio in Europe, Building on the Heritage of Sanofi Pasteur MSD, available athttp://www.msd.com/about/featured-stories/spmsd/index.html.

Mufson, M. A., C. Diaz, M. Leonardi, C. J. Harrison, S. Grogg, A. Carbayo, S. Carlo-Torres, R. JeanFreau, A.

Muhlemann, K. (2004). "The molecular epidemiology of mumps virus." Infect Genet Evol 4(3): 215-219.

*Mumps Cases and Outbreaks* , CDC, https://www.cdc.gov/mumps/outbreaks.html (last updated Feb. 9, 2018).

*Mumps Disease and Vaccine* , CDC Advisory Committee on Immunization Practices (ACIP), February 22-23, 2017 Summary Report, 115-25.

*Mumps Disease and Vaccine* , CDC Advisory Committee on Immunization Practices (ACIP), June 21-22, 2017 Summary Report, 139-52.

Mumps virus-specific antibody titers from pre-vaccine era sera comparison of the plaque reduction neutralization assay and enzyme immunoassays

Mumps. Hviid A, Rubin S, Mühlemann K. Lancet. 2008 Mar 15

Mumps: Questions and Answers, "Information about the disease and vaccines", Immunization Action Coalition, dated April 28, 2011

Mumps: Questions and Answers, "Information about the disease and vaccines", Immunization Action Coalition, dated August 3, 2012

Appendix C - Additional Materials

Mumps: Questions and Answers, "Information about the disease and vaccines", Immunization Action Coalition, dated June 22, 2010

Mumps: Questions and Answers, "Information about the disease and vaccines", Immunization Action Coalition, dated March 30, 2014

Mumps: Questions and Answers, "Information about the disease and vaccines", Immunization Action Coalition, dated March 6, 2008

Naruse, H, "Studies on the adaptation of mumps virus to chick embryo," Medical Microbiology and Immunology, 1986; 174(6):295-304

National Childhood Vaccine Injury Act of 1986; Delegation of Authority; Assistant Secretary for Health, 53 Fed. Reg. 22054 (June 13, 1988).

National Notifiable Infectious Diseases and Conditions: United States, Annual Data for 2016, Table 2j "Meningococcal disease; Mumps; Novel Influenza A virus infections," CDC Wonder website, available at https://wonder.cdc.gov/nndss/static/2016/annual/2016-table2j-H.pdf.

National Notifiable Infectious Diseases: Weekly Tables, Table II (Part 11) "Meningococcal disease; Mumps; Pertussis," CDC Wonder website, available at https://wonder.cdc.gov/nndss/nndss_weekly_tables_menu.asp?mmwr_year=2017&mmwr_week=52.

"National, State, and Urban Area Vaccination Coverage among Children Aged 19-35 Months – United States, 2003," *Morbidity and Mortality Weekly Report* , 53(29), 2004, pp. 658-661.

National Vaccine Advisory Committee, Report of the Subcommittee on Improvement of Existing Vaccines (Wilfert, Sept. 13, 1989), available at http://web.archive.org/web/20161221073322/http://archive.hhs.gov/nvpo/nvac/Improvement%20of%20Existing%20Vaccines%209-13-89.pdf.

National Vaccine Injury Compensation Program, Pub. L. No. 99-660, 100 Stat. 3755 (1986) (codified as amended at 42 U.S.C. §§ 300aa-1 to -34).

NCVIA, H.R. Rep. No. 908, 99th Cong. 2nd Sess. 1986, 1986 U.S.C.C.A.N. 6344, 1986 WL 31971 (Leg. Hist.).

Nelson, G. E. et al.: *Epidemiology of a Mumps Outbreak in a Highly Vaccinated Island Population and Use of a Third Dose of Measles-Mumps-Rubella Vaccine for Outbreak Control—Guam 2009 to 2010* , Pediatric Infectious Disease Journal, 32(4): 374-380, (Apr.) 2013.

Neumann, P. W., J. M. Weber, A. G. Jessamine and M. V. O'Shaughnessy (1985). "Comparison of measles antihemolysin test, enzyme-linked immunosorbent assay, and hemagglutination inhibition test with neutralization test for determination of immune status." J Clin Microbiol 22(2): 296-298.

New Approaches for Immunization and Therapy against Human Metapneumovirus Clin. Vaccine Immunol.-2015-Wen-858-66

New Drug and Antibiotic Regulations, 50 Fed. Reg. 7452 (February 22, 1985) (to be codified in 21 CFR pt. 71, 170, 171, 180, 201, 310, 312, 314, 330, 430, 431, 433, 510, 511, 514, 570, 571, 601, 812, 1003, and 1010).

(NIH Project No. 1R01AI097368-01A1 to Dr. Biao He, University of Georgia, titled Developing a Novel Mumps Vaccine)

NIH, "HHS-Licensed Products Approved by the FDA", available at https://www.ott.nih.gov/reportsstats/hhs-licensed-products-approved-fda .

NIH, Application of Notice of Award for Project Number 1R01AI097368-01A1, Developing a Novel Mumps Vaccine.

NIH, NIAID Emerging Infectious Diseases/Pathogen, available at https://www.niaid.nih.gov/research/emerging-infectious-diseases-pathogens.

NIH, Notice of Award for Project Number 1R01AI097368-01A1, Developing a Novel Mumps Vaccine, 2012 May 7, at p.26.

NIH, Project Information1R01AI097368-01A1, Research Portfolio Online Reporting Tools, https://projectreporter.nih.gov/project_info_description.cfm?aid=8371494&icde=38326202&ddparam=&ddvalue=&ddsub=&cr=14&csb=default&cs=ASC&pball=

Nojd, J., T. Tecle, A. Samuelsson and C. Orvell (2001). "Mumps virus neutralizing antibodies do not protect against reinfection with a heterologous mumps virus genotype." Vaccine 19(13-14): 1727-1731.

Norrby, E., A. A. Salmi, B. Vandvik, B. Hammarskjold and M. Panelius (1972). "The antibody response to different measles virus antigens under various conditions of immunization." Adv Exp Med Biol 31(0): 49-69.

NVIC, The National Childhood Vaccine Injury Act of 1986, available at http://www.nvic.org/injury-compensation/origihanlaw.aspx.

Ogbuanu, I. U. et al.: *Impact of a third dose of measles-mumps-rubella vaccine on a mumps outbreak*, Pediatrics, 130(6): 1567-74, (Dec.) 2012.

Ogra, P. L., Y. Chiba, K. R. Beutner and A. Morag (1976). "Vaccination by non-parenteral routes: characteristics of immune response." Dev Biol Stand 33: 19-26.

Orenstein, W. A., K. L. Herrmann, P. Holmgreen, R. Bernier, K. J. Bart, D. L. Eddins and N. J. Fiumara (1986). "Prevalence of rubella antibodies in Massachusetts schoolchildren." Am J Epidemiol 124(2): 290-298.

Orlíková et al, "Protective effect of vaccination against mumps complications, Czech Republic, 2007-2012." BMC Public Health. 2016 Apr 1;16:293. doi: 10.1186/s12889-016-2958-4.

Orvell, C. (1984). "The reactions of monoclonal antibodies with structural proteins of mumps virus." J Immunol 132(5): 2622-2629.

Örvell, C. (1988). Paramyxoviridae: Mumps Virus. Laboratory Diagnosis of Infectious Diseases Principles and Practice. . New York, NY, Springer: 507-524.

Orvell, C., T. Tecle, B. Johansson, H. Saito and A. Samuelson (2002). "Antigenic relationships between six genotypes of the small hydrophobic protein gene of mumps virus." J Gen Virol 83(Pt 10): 2489-2496.

Package Insert - Havrix, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM224555.pdf.

Package Insert - ProQuad Frozen HAS, available at https://www.fda.gov/downloads/biologicsbloodvaccines/vaccines/approvedproducts/ucm123796.pdf.

Palgen, J. L., E. M. Jurgens, A. Moscona, M. Porotto and L. M. Palermo (2015). "Unity in diversity: shared mechanism of entry among paramyxoviruses." Prog Mol Biol Transl Sci 129: 1-32.

Park et al, "Mumps outbreak in a highly vaccinated school population: Assessment of secondary vaccine failure using IgG avidity measurements", Vaccine. 2007 Jun 11;25(24):4665-70. Epub 2007 Apr 24.

Park, M. S., J. I. Kim, S. Park, I. Lee and M. S. Park (2016). "Original Antigenic Sin Response to RNA Viruses and Antiviral Immunity." Immune Netw 16(5): 261-270.

Pawelczyk, M. and M. L. Kowalski (2017). "The Role of Human Parainfluenza Virus Infections in the Immunopathology of the Respiratory Tract." Curr Allergy Asthma Rep 17(3): 16.

Peltola, H. et al.: *Mumps Outbreaks in Canada and the United States*, Mumps Vaccines, Clinical Infectious Diseases, 45: 459-466, (Aug. 15) 2007.

Penttinen, K., V. Tommila and K. Cantell (1955). "The variation in the results of hemagglutination and hemagglutination inhibition tests with influenza and mumps viruses caused by the red cells of different fowls." Ann Med Exp Biol Fenn 33(1-2): 158-168.

Performance Standards Reporting Requirements for Essential Assays in Clinical PACCT_Assay_Standards_Document

Perrett, K. P., C. Jin, E. Clutterbuck, T. M. John, A. P. Winter, E. Kibwana, L. M. Yu, N. Curtis and A. J. Persistence of mumps antibodies after 2 doses of measles-mumps-rubella vaccine

Peter R. Krause, Minimum Potency Throughout Dating and Lot Release Practices of Other Agencies/Countries, FDA, Apr. 21, 2015, available at http://www.cfsph.iastate.edu/IICAB/meetings/april2015/KrauseP.HumanVaccines.pdf.

Appendix C - Additional Materials

Pindyck R., and D. Rubinfeld, *Microeconomics*, 8th Edition, Prentice Hall, 2013, Chapter 12.

Pipkin, P. A., M. A. Afzal, A. B. Heath and P. D. Minor (1999). "Assay of humoral immunity to mumps virus." J Virol Methods 79(2): 219-225.

Plotkin, "Commentary: Mumps vaccines: do we need a new one?" Pediatr Infect Dis J. 2013 Apr;32(4):381-2. doi: 10.1097/INF.0b013e3182809dda.

Plotkin, "History of vaccination", Proc Natl Acad Sci U S A. 2014 Aug 26;111(34):12283-7.

Plotkin, "The History of Rubella and Rubella Vaccination Leading to Elimination," Clinical Infectious Diseases, 2006, 43, Supplement 3, S164–S168.

Plotkin, S. A., D. Cornfeld and T. H. Ingalls (1965). "Studies of immunization with living rubella virus. Trials in children with a strain cultured from an aborted fetus." Am J Dis Child 110(4): 381-389.

Plotkin, S. A., J. Farquhar, M. Katz and T. H. Ingalls (1967). "A new attenuated rubella virus grown in human fibroblasts: evidence for reduced nasopharyngeal excretion." Am J Epidemiol 86(2): 468-477.

Plotkin, S.A. et al. *Nomenclature for Immune Correlates of Protection After Vaccination*. Clin Infect Dis. 2012;54(11):1615-1617. 10.1093/cid/cis238

Plotkin, Stanley A., et al., *Plotkin's Vaccines* (Elsevier, 7th ed. 2017).

Pocock, S. J., M. D. Hughes and R. J. Lee (1987). "Statistical problems in the reporting of clinical trials. A survey of three medical journals." N Engl J Med 317(7): 426-432.

Pollard (2012). "B cell memory to a serogroup C meningococcal conjugate vaccine in childhood and response to booster: little association with serum IgG antibody." J Immunol 189(5): 2673-2681.

Procedures for Review of Safety, Effectiveness, and Labeling, 37 Fed. Reg. 16679 (proposed Aug. 14, 1972) (to be codified at 21 CFR pt. 273).

Quinlisk, P. M. *Mumps Control Today*. J Infect Dis 2010;202(5):655-656. 10.1086/655395

Quintero-Del-Rio, G. Bautista, M. Povey, C. Da Costa, O. Nicholson and B. L. Innis (2015). "Safety and Immunogenicity of Human Serum Albumin-Free MMR Vaccine in US Children Aged 12-15 Months." J Pediatric Infect Dis Soc 4(4): 339-348.

Reisinger "A Combination Measles, Mumps, Rubella, and Varicella Vaccine (ProQuad) Given to 4- to 6-Year- Old Healthy Children Vaccinated Previously With M-M-RII and Varivax," Pediatrics, 2006 February 117(2)

Relationships Between Rhinitis Symptoms, Respiratory Viral Infections and Nasopharyngeal Colonization With Streptococcus pneumoniae, Haemophilus influenzae and Staphylococcus aureus in Children Attending Daycare: ERRATUM, Pediatr Infect Dis J 2013;32(6): 707.

Removal of Review and Reclassification Procedures for Biological Products Licensed Prior to July 1, 1972, 81 Fed. Reg. 7445 (February 12, 2016).

Request for Data and Information Regarding Safety, Effectiveness, and Labeling Review, 39 Fed. Reg 21176 (June 19, 1974).

Requirements on Content and Format of Labeling for Human Prescription Drug and Biological Products, 71 Fed. Reg. 3922 (Jan. 24, 2006) (to be codified at 21 CFR pt. 201, 314, and 601).

Requirements on Content and Format of Labeling for Human Prescription Drugs and Biologics; Requirements for Prescription Drug Product Labels, 65 Fed. Reg. 81082 (proposed Dec. 22, 2000) (to be codified at 21 CFR pt. 201).

Review of Warnings, Use Instructions, and Precautionary Information. Pub.L. 99-660, Title III, § 314, Nov. 14, 1986, 100 Stat. 3782.

Revocation of Certain Regulations; Biological Products (Final Rule), 61 Fed. Reg. 40,153 (Aug. 1, 1996).

Revocation of Certain Regulations; Opportunity for Public Comment (Proposed Rules), 60 Fed. Reg. 53,480 (Oct. 13, 1995).

*Reyes v. Wyeth Laboratories*, 498 F.2d 1264 (5th Cir. 1974).

Rodewald L.E., W.A. Orenstein, D.D. Mason, and S.L. Cochi, "Vaccine Supply Problems: A Perspective of the Centers for Disease Control and Prevention," *Clinical Infectious Diseases*, Supplement Article, Vol. 42, 2006, pp. S104-S110.

Rodriguez et al, "Relationships Between Rhinitis Symptoms, Respiratory Viral Infections and Nasopharyngeal Colonization With Streptococcus pneumoniae, Haemophilus influenzae and Staphylococcus aureus in Children Attending Daycare", Pediatr Infect Dis J 2013;32: 227-232.

Rodriguez, K. R. and C. M. Horvath (2014). "Paramyxovirus V protein interaction with the antiviral sensor LGP2 disrupts MDA5 signaling enhancement but is not relevant to LGP2-mediated RLR signaling inhibition." J Virol 88(14): 8180-8188.

Ross, Christian H. "Stanley Alan Plotkin's Development of a Rubella Vaccine (1969)." Embryo Project Encyclopedia (2017-06-28). Available at https://embryo.asu.edu/pages/stanley-alan-plotkins-development-rubella-vaccine-1969.

Rotarix Package Insert, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM133539.pdf.

RotaTeq Package Insert, available at https://www.fda.gov/downloads/biologicsbloodvaccines/vaccines/approvedproducts/ucm142288.

Rubin, "Response-Mumps Vaccines-Do We Need a New One", The Pediatric Infectious Disease Journal: October 2013 - Volume 32 - Issue 10 - p 1156-1157

Rubin, et al, Mumps Virus-Specific Antibody Titers from Pre-Vaccine Era Sera. J. Clin. Microbiol. 2005 Sep; 43(9):4847-51.

Rubin, S. A. et al.: *Recent Mumps Outbreaks in Vaccinated Populations: No Evidence of Immune Escape*, J Virol., 86(1): 615–620, (Jan.) 2012.

Rubin, S. A., L. Qi, S. A. Audet, B. Sullivan, K. M. Carbone, W. J. Bellini, P. A. Rota, L. Sirota and J. Beeler (2008). "Antibody induced by immunization with the Jeryl Lynn mumps vaccine strain effectively neutralizes a heterologous wild-type mumps virus associated with a large outbreak." J Infect Dis 198(4): 508-515.

Rubin, S. et al.: *Emerging Mumps Infection*, The Pediatric Infectious Disease Journal, 35(7): 799-801, (July) 2016.

Rubin, S., M. Eckhaus, L. J. Rennick, C. G. Bamford and W. P. Duprex (2015). "Molecular biology, pathogenesis and pathology of mumps virus." J Pathol 235(2): 242-252.

Sabbe, M. et al.: *The resurgence of mumps and pertussis*, Human Vaccines and Immunotherapeutics, 12(4): 955-9, (Apr. 2) 2016.

Sagonowsky E., "GSK exits U.S. market with its HPV vaccine Cervarix," October 21, 2016, available at https://www.fiercepharma.com/pharma/gsk-exits-u-s-market-its-hpv-vaccine-cervarix.

Sanofi Pasteur, History, available at http://www.sanofipasteur.us/ckfinder/userfiles/files/historyEN.pdf.

Sanofi Pasteur, Sanofi Pasteur and MSD End Joint Vaccines Business in Europe, Jan. 2, 2017, available at https://www.sanofipasteur.com/media/Project/One-Sanofi-Web/sanofipasteur-com/en/media-room/docs/PR_20170102_SanofiPasteurAndMSD_EN.pdf.

Santak, M., M. Markusic, M. L. Balija, S. K. Kopac, R. Jug, C. Orvell, J. Tomac and D. Forcic (2015). "Accumulation of defective interfering viral particles in only a few passages in Vero cells attenuates mumps virus neurovirulence." Microbes Infect 17(3): 228-236.

Santoli J.M., *et al.*, "Insurance Status and Vaccination Coverage among U.S. Preschool Children," *Pediatrics,* 113, no. 6 Supp., 2004 pp. 1959-1964.

Santos, E. M., G. R. Silva e Sa, M. M. Siqueira, M. Martins Rde, L. A. Camacho, R. von Doellinger Vdos and L. Maia Mde (2014). "Immune response to the mumps component of the MMR vaccine in the routine of immunisation services in the Brazilian National Immunisation Program." Mem Inst Oswaldo Cruz 109(3): 335-339.

Sanz, J. C., B. Ramos, A. Fernandez, L. Garcia-Comas, J. E. Echevarria and F. de Ory (2018). "Serological diagnosis of mumps: Value of the titration of specific IgG." Enferm Infecc Microbiol Clin 36(3): 172-174.

Sato, H., P. Albrecht, J. T. Hicks, B. C. Meyer and F. A. Ennis (1978). "Sensitive neutralization test for virus antibody. 1. Mumps antibody." Arch Virol 58(4): 301-311.

Sato, H., P. Albrecht, S. Krugman and F. A. Ennis (1979). "Sensitive neutralization test for rubella antibody." J Clin Microbiol 9(2): 259-265.

Sauder, C. J., K. M. Vandenburgh, R. C. Iskow, T. Malik, K. M. Carbone and S. A. Rubin (2006). "Changes in mumps virus neurovirulence phenotype associated with quasispecies heterogeneity." Virology 350(1): 48-57.

Schlegel, M. et al.: *Comparative efficacy of three mumps vaccines during disease outbreak in eastern Switzerland: cohort study,* British Med J., 319: 352-3, 1999.

Schmidt, M. E. and S. M. Varga (2017). "Modulation of the host immune response by respiratory syncytial virus proteins." J Microbiol 55(3): 161-171.

Schmitt, H. J., M. Just and A. Neiss (1993). "Withdrawal of a mumps vaccine: reasons and impacts." Eur J Pediatr 152(5): 387-388.

Schomacker, H., A. Schaap-Nutt, P. L. Collins and A. C. Schmidt (2012). "Pathogenesis of acute respiratory illness caused by human parainfluenza viruses." Curr Opin Virol 2(3): 294-299.

Schulz, K. F. (1995). "Subverting randomization in controlled trials." JAMA 274(18): 1456-1458.

Schulz, K. F., D. G. Altman, D. Moher and C. Group (2010). "CONSORT 2010 Statement: Updated guidelines for reporting parallel group randomised trials." J Clin Epidemiol 63(8): 834-840.

Schulz, K. F., I. Chalmers, R. J. Hayes and D. G. Altman (1995). "Empirical evidence of bias. Dimensions of methodological quality associated with estimates of treatment effects in controlled trials." JAMA 273(5): 408-412.

Schwartz J.L., "The First Rotavirus Vaccine and the Politics of Acceptable Risk," *The Milbank Quarterly* , 90(2), June 2012, pp. 278-310.

Schwarze-Zander, C., R. Draenert, C. Lehmann, M. Stecher, C. Boesecke, S. Sammet, J. C. Wasmuth, U. Seybold, D. Gillor, U. Wieland, T. Kummerle, C. P. Strassburg, A. Mankertz, A. M. Eis-Hubinger, G. Jager, G. Fatkenheuer, J. R. Bogner, J. K. Rockstroh and J. J. Vehreschild (2017). "Measles, mumps, rubella and VZV: importance of serological testing of vaccine-preventable diseases in young adults living with HIV in Germany." Epidemiol Infect 145(2): 236-244.

Sensitive Hemagglutination Inhibition Test for Mumps Antibody, available at http://jcm.asm.org/content/13/5/870.full.pdf.

"Seqirus now shipping its complete portfolio of seasonal influenza vaccines to US market for the 2016-2017 season," available at http://www.seqirus-us.com/news-room/Seqirus-shipping-complete-portfolio-of-seasonal-vaccines-to-US-market.

Shah, V. P., K. K. Midha, S. Dighe, I. J. McGilveray, J. P. Skelly, A. Yacobi, T. Layloff, C. T. Viswanathan, C. E. Cook, R. D. McDowall and et al. (1991). "Analytical methods validation: bioavailability, bioequivalence and pharmacokinetic studies. Conference report." Eur J Drug Metab Pharmacokinet 16(4): 249-255.

Sheerin, D., P. J. Openshaw and A. J. Pollard (2017). "Issues in vaccinology: Present challenges and future directions." Eur J Immunol 47(12): 2017-2025.

Shinefield, "Dose-Response Study of a Quadrivalent Measles, Mumps, Rubella and Varicella Vaccine in Healthy Children," The Pediatric Infectious Disease Journal, 2005 August; 24(8)

Shinefield, "Evaluation of a Quadrivalent Measles, Mumps, Rubella and Varicella Vaccine in Healthy Children," The Pediatric Infectious Disease Journal, 2005 August; 24(8)

"Shingrix approved in the US for prevention of shingles in adults aged 50 and over," October 23, 2017, available at https://www.gsk.com/en-gb/media/press-releases/shingrix-approved-in-the-us-for-prevention-of-shingles-in-adults-aged-50-and-over/.

Shults RA, Williams AF. "Graduated Driver Licensing Night Driving Restrictions and Drivers Aged 16 or 17 Years Involved in Fatal Night Crashes - United States, 2009-2014." MMWR Morb Mortal Wkly Rep 2016;65:725-730. DOI: http://dx.doi.org/10.15585/mmwr.mm6529a1.

Siegrist C-A. Vaccine immunology. In: Plotkin SA, Orenstein WA, Offit PA, editors. Vaccines, sixth edition. Philadelphia (PA): Elsevier Saunders; 2012, Chapter 2.

Singer N., "In Wyeth, Pfizer Sees a Drug Pipeline," *The New York Times* , January 26, 2009 available at http://www.nytimes.com/2009/01/27/business/27wyeth.html.

Soleimanjahi, H., T. Bamdad, F. Fotouhi, M. H. Roustai and S. Faghihzadeh (2005). "Prevalence of HI antibody titer against rubella virus to determine the effect of mass vaccination in Tehran." J Clin Virol 34(2): 153-154.

Spearman, C. (1908). "The Method of "Right and Wrong Cases' (Constant Stimuli) without Gauss's Formulae." British Journal of Psychology 2: 227-242.

Stark, P.B., 2016. The value of P-values, The American Statistician, 70, DOI:10.1080/00031305.2016.1154108

Statement Regarding the Demonstrations of Effectiveness of Human Drug Products and Devices, 60 Fed Reg 39180 (Aug. 1, 1995).

Stokes, J., et al.: *Trivalent Combined Measles-Mumps-Rubella Vaccine, Findings in Clinical-Laboratory Studies* , J. Am. Med. Assoc., 218(1):57-61, (Oct 4) 1971.

Stokes, J., Jr., et al.: *Live Attenuated Mumps Virus Vaccine: 2. Early Clinical Studies* , Pediatrics, 39:363-371, (Mar) 1967.

Subchapter D – Drugs for Human Use: Reorganization and Republication, 39 Fed. Reg. 11680 (Mar. 29, 1974).

Subchapter F – Biologics: Reorganization and Republication, 38 Fed. Reg. 32048 (November 20, 1973).

Sullivan, K. M. et al.: *Effectiveness of Mumps Vaccine in a School Outbreak,* Am J Dis Children, 139(9): 909-12, (Sept.) 1985.

Sullivan, N. J. (2001). "Antibody-mediated enhancement of viral disease." Curr Top Microbiol Immunol 260: 145-169.

SUMMARY BASIS FOR REGULATORY ACTION, Sept. 11, 205, available at https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM462939.pdf.

SUMMARY FOR BASIS OF APPROVAL: ENGERIX-B, available at https://wayback.archive-it.org/7993/20170403230357/https/www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM110155.pdf.

SUMMARY FOR BASIS OF APPROVAL: HAVRIX, available at http://wayback.archive-it.org/7993/20170723025041/https/www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM244562.pdf.

Swann, Regulatory considerations for development of bioanalytical assays for biotechnology products (2011)

Swedan, S., J. Andrews, T. Majumdar, A. Musiyenko and S. Barik (2011). "Multiple functional domains and complexes of the two nonstructural proteins of human respiratory syncytial virus contribute to interferon suppression and cellular location." J Virol 85(19): 10090-10100.

The Free Library, Merck & Co., Inc. and Kaketsuken Sign Agreement to Develop and Market Vaccines in Japan, Dec. 1, 1993, available at https://www.thefreelibrary.com/MERCK+%26+CO.%2c+INC.+AND+KAKETSUKEN+SIGN+AGREEMENT+TO+DEVELOP+AND+MARKET...-a014674685.

Thompson, M., et al. Harmonized Guidelines for Single-Laboratory Validation of Methods of Analysis, Pure Appl. Chem., 2002, 74(5):835-855.

Tirado, S. M. and K. J. Yoon (2003). "Antibody-dependent enhancement of virus infection and disease." Viral Immunol 16(1): 69-86.

Title III, National Childhood Vaccine Injury Act of 1986; Delegation of Authority, 53 Fed. Reg. 36127 (Sept. 16, 1988).

Tiwari, G. and R. Tiwari (2010). "Bioanalytical method validation: An updated review." Pharm Methods 1(1): 25-38.

Toscani, L. et al.: *Comparison of the Efficacy of Various Mumps Vaccine Strains: A Study Conducted in Schools,* Soz. Praventivmed, 41: 341-7, 1996.

Trent, D. (2015). The Regulatory Path to Vaccine Licensure. Vaccinology: An Essential Guide. G. B. Milligan, A.D.T: 212-230.

U.S. Department of Justice and the Federal Trade Commission, "Horizontal Merger Guidelines," August 19, 2010, pp. 1-34, available at https://www.ftc.gov/sites/default/files/attachments/merger-review/100819hmg.pdf.

Ubol, S. and S. B. Halstead (2010). "How innate immune mechanisms contribute to antibody-enhanced viral infections." Clin Vaccine Immunol 17(12): 1829-1835.

Ueda, *Development of measles vaccines in Japan* , Vaccine 27(2009): 3230-3231.

*United States of America et al. v. Merck & Co.* , No. 2:10-cv-04374-CDJ (E.D. Pa.), Amended Complaint for Violations of the Federal False Claims Act, at Dkt. No. 12.

*United States vs. Barr Laboratories, Inc.* , 812 F. Supp. 458 (D.N.J. 1993).

Update 1-Merck sells vaccine lab to PPD in research deal, REUTERS, Jan 5. 2009, available at https://www.reuters.com/article/ppd-merck/update-1-merck-sells-vaccine-lab-to-ppd-in-research-deal-idUSN0536976420090105.

*Update on Mumps Epidemiology in the US for 2017 and Review of Published Studies of 3rd Dose MMR for Mumps Outbreak Control* , CDC Advisory Committee on Immunization Practices (ACIP), June 21-22, 2017 Summary Report, 141-45.

*Update on the Multi-State Mumps Outbreak in the United States* , CDC Advisory Committee on Immunization Practices (ACIP), June 29-30, 2006 Record of the Proceedings, 73-6.

US National Library of Medicine, ClinicalTrials.gov listing identifier NCT00092391

USCFC, Appendix B, Vaccine Rules of the United States Court of Federal Claims, Aug. 1, 2017, available at https://www.uscfc.uscourts.gov/sites/default/files/170801VaccineRules.pdf.

USCFC, Vaccine Claims/Office of Special Masters, available at https://www.uscfc.uscourts.gov/vaccine-programoffice-special-masters.

Usonis, V., V. Bakasenas, A. Kaufhold, K. Chitour and R. Clemens (1999). "Reactogenicity and immunogenicity of a new live attenuated combined measles, mumps and rubella vaccine in healthy children." Pediatr Infect Dis J 18(1): 42-48.

Vaan de Kerk, D. J., M. H. Jansen, I. J. ten Berge, E. M. van Leeuwen and T. W. Kuijpers (2013). "Identification of B cell defects using age-defined reference ranges for in vivo and in vitro B cell differentiation." J Immunol 190(10): 5012-5019.

"Vaccine Timeline: Historic Dates and Events Related to Vaccines and Immunization," Immunization Action Coalition, available at http://www.immunize.org/timeline/.

Vaccines Licensed for Use in the United States, available at https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm093833.htm.

van Zelm, M. C. (2014). "B cells take their time: sequential IgG class switching over the course of an immune response?" Immunol Cell Biol 92(8): 645-646.

Vandermeulen et al, "Mumps outbreaks in highly vaccinated populations: What makes good even better?", Hum Vaccin. 2009 Jul;5(7):494-6.

Vandermeulen, C. et al.: *Detection of mumps virus-specific memory B cells by transfer of peripheral blood mononuclear cells into immune-deficient mice* , Immunology, 131(1): 33-39, (Sept.) 2010.

Vandermeulen, C., G. Leroux-Roels and K. Hoppenbrouwers (2009). "Mumps outbreaks in highly vaccinated populations: What makes good even better?" Hum Vaccin 5(7): 494-496.

Vandermeulen, C., L. Verhoye, S. Vaidya, F. Clement, K. E. Brown, K. Hoppenbrouwers and G. Leroux-Roels (2010). "Detection of mumps virus-specific memory B cells by transfer of peripheral blood mononuclear cells into immune-deficient mice." Immunology 131(1): 33-39.

Vatti, A., D. M. Monsalve, Y. Pacheco, C. Chang, J. M. Anaya and M. E. Gershwin (2017). "Original antigenic sin: A comprehensive review." J Autoimmun 83: 12-21.

Vidarsson, G. et al., *IgG Subclasses and Allotypes: From Structure to Effector Functions* , Front Immunol. 2014;5:520. doi: 10.3389/fimmu.2014.00520

Viral and Rickettsial Vaccines; Implementation of Efficacy Review, 47 Fed. Reg. 24696 (June 8, 1982) (to be codified at 21 CFR pt. 610 and 630).

Virus neutralization by antibodies. Vincent Racaniello. Virology Blog, 24 July 2009.

Vollmers, C., R. V. Sit, J. A. Weinstein, C. L. Dekker and S. R. Quake (2013). "Genetic measurement of memory B-cell recall using antibody repertoire sequencing." Proc Natl Acad Sci U S A 110(33): 13463-13468.

Vygen et al, "Waning immunity against mumps in vaccinated young adults, France 2013." Euro Surveill. 2016;21(10):30156. doi: 10.2807/1560-7917.ES.2016.21.10.30156.

"WAES*NET- Merck's International AE Reporting System," Judith A. Sromovsky, MS, Manager Worldwide Product Safety and Epidemiology, Merck & Co. Drug Information Journal, Vol 26, pp. 544-549, 1992, available at http://journals.sagepub.com/doi/abs/10.1177/009286159202600411?journalCode=dijb.

Walsh B., E. Doherty and C. O'Neill, "Since the Start of the Vaccines for Children Program, Uptake has Increased, and Most Disparities Have Decreased," *Health Affairs* , 35(2), February 2016, pp. 356-364.

Warning Letter from Deborah D. Ralston, Director, FDA Office of Regional Operations, to Dr. Roberta McKee, Vice-President of Vaccine & Sterile Quality Operations, Feb. 9, 2001, available at https://web.archive.org/web/20100311061607/http://www.fda.gov/downloads/ICECI/EnforcementActions/WarningLetters/2001/UCM078249.pdf.

Warning Letter to G.J. Brewer, M. D. University of Michigan Medical School, 14 January 2009, available at http://wayback.archive-it.org/7993/20170112063702/http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2009/ucm152450.htm.

Watson, "Safety and Immunogenicity of a Combined Live Attenuated Measles, Mumps, Rubella, and Varicella Vaccine (MMRIIV) in Healthy Children," The Journal of Infectious Diseases, 1996 March 173

Weibel, R. E. et al.: *Persistence of immunity following monovalent and combined live measles, mumps, and rubella vaccines* , Pediatrics, 51(3):467-475, (Mar) 1973.

Weibel, R. E., et al.: *Clinical and Laboratory Studies of Combined Live Measles, Mumps, and Rubella Vaccines using the RA 27/3 Rubella Virus (40979)* , Proc. Soc. Exp. Biol. Med., 165(2):323-326, 1980.

Weibel, R. E., et al.: *Live Attenuated Mumps Virus Vaccine: 3. Clinical and Serologic Aspects in a Field Evaluation* , New Eng J Med, 276(5):245-251 (Feb 2), 1967.

Weibel, R. E., et al.: *Long term follow-up for immunity after monovalent and combined live measles, mumps, and rubella vaccines* , Pediatrics, 56(3):380-387, (Sept) 1975.

Weibel, R. E., et al.: *Persistence of antibody after administration of monovalent and combined live measles, mumps, and rubella vaccines* , Pediatrics, 61(1):5-11, (Jan. 1) 1978.

Weibel, R. E., J. Stokes, Jr., E. B. Buynak, J. E. Whitman, Jr. and M. R. Hilleman (1967). "Live attenuated mumps-virus vaccine. 3. Clinical and serologic aspects in a field evaluation." N Engl J Med 276(5): 245-251.

Weibel, R. E., J. Stokes, Jr., E. B. Buynak, M. B. Leagus and M. R. Hilleman (1968). "Jeryl Lynn strain live attenuated mumps virus vaccine. Durability of immunity following administration." JAMA 203(1): 14-18.

Weibel, R.E., et al: *Evaluation of Live Attenuated Mumps Virus Vaccine, Strain Jeryl Lynn, First International Conference on Vaccines Against Viral and Rickettsial Diseases of Man, Washington, DC* , Pan American Health Organization Scientific Publication No.147, pp 430-437, (May) 1967.

Wellcare, "Comprehensive Formulary (List of Covered Drugs)" for Signature/Classic Prescription Drug Plans in New York, pp. I-50.

Wellington K., and K.L. Goa, "Measles, Mumps, Rubella Vaccine (Priorix™; GSK-MMR): A Review of its Use in the Prevention of Measles, Mumps and Rubella," *Drugs*, 63(19), 2003, pp. 2107-2126.

Wen, S. C. and J. V. Williams (2015). "New Approaches for Immunization and Therapy against Human Metapneumovirus." Clin Vaccine Immunol 22(8): 858-866.

Wenner, H. A., A. Monley and M. H. Jenson (1952). "A study of infections caused by mumps and Newcastle disease viruses. II. Some properties of specific and non-specific serum hemagglutination inhibitor components." J Immunol 68(4): 357-368.

Wenner, H. A., M. H. Jenson and A. Monley (1952). "A study of infections caused by mumps and Newcastle disease viruses. I. Specific and non-specific serologic relations." J Immunol 68(4): 343-356.

Wharton, M. et al.: *A Large Outbreak of Mumps in the Postvaccine Era*, J Inf Diseases, 158(6): 1253-60, (Dec.) 1988.

Whelan et al, "Ongoing mumps outbreak in a student population with high vaccination coverage, Netherlands, 2010", Euro Surveill. 2010 Apr 29;15(17):pii=19554

Whitaker, "Measles and mumps outbreaks in the United States: Think globally, vaccinate locally," Vaccine, 2014 Aug 20;32(37):4703-4

Whitman, C. et al.: *Mumps Outbreak in a Highly Vaccinated Population in New York City*, NY State Pediatrician (Newsletter), 1998.

WHO (2007). Mumps virus vaccines, WHO position paper. Weekly Epidemiological Record. Geneva, Switzerland, World Health Organization. No. 7, 2007, 82: 49-60.

WHO (2016). Guidelines on clinical evaluation of vaccines: regulatory expectations. Geneva, Switzerland, World Health Organization. WHO TRS 924.

WHO Expert Committee on biological standardization, available at http://apps.who.int/iris/bitstream/10665/129494/1/TRS_987_eng.pdf?ua=1&ua=1.

WHO, WHO/KFDA Workshop on Stability Evaluation of Vaccines, Seoul, Republic of Korea, Apr. 23-25, 2008, available at http://www.who.int/biologicals/publications/meetings/areas/vaccines/stability/WHO-KFDA%20stability%20WHO-Web-Version%2030%20Mar%2009.pdf?ua=1.

Wiedmann, "M-M-R® II manufactured using recombinant human albumin (rHA) and M-M-R® II manufactured using human serum albumin (HSA) exhibit similar safety and immunogenicity profiles when administered as a 2-dose regimen to healthy children," Vaccine, 2015 March 18; 33

Williams, J. V. (2005). "The clinical presentation and outcomes of children infected with newly identified respiratory tract viruses." Infect Dis Clin North Am 19(3): 569-584.

Wilson, R. L., S. M. Fuentes, P. Wang, E. C. Taddeo, A. Klatt, A. J. Henderson and B. He (2006). "Function of small hydrophobic proteins of paramyxovirus." J Virol 80(4): 1700-1709.

Wood, L., M. Egger, L. L. Gluud, K. F. Schulz, P. Juni, D. G. Altman, C. Gluud, R. M. Martin, A. J. Wood and World Health Organization, Mumps, http://www.who.int/biologicals/areas/vaccines/mmr/mumps/en/

Wu, H., L. Shi, Q. Wang, L. Cheng, X. Zhao, Q. Chen, Q. Jiang, M. Feng, Q. Li and D. Han (2016). "Mumps virus-induced innate immune responses in mouse Sertoli and Leydig cells." Sci Rep 6: 19507.

Wu, H., X. Zhao, F. Wang, Q. Jiang, L. Shi, M. Gong, W. Liu, B. Gao, C. Song, Q. Li, Y. Chen and D. Han (2017). "Mouse Testicular Cell Type-Specific Antiviral Response against Mumps Virus Replication." Front Immunol 8: 117.

*Wyeth v. Levine*, 555 US 555 (2009).

Xu, P., Z. Li, D. Sun, Y. Lin, J. Wu, P. A. Rota and B. He (2011). "Rescue of wild-type mumps virus from a strain associated with recent outbreaks helps to define the role of the SH ORF in the pathogenesis of mumps virus." Virology 417(1): 126-136.

Appendix C - Additional Materials

| |
|---|
| Young, M. L., et al.: *Experiences with Jeryl Lynn Strain Live Attenuated Mumps Virus Vaccine in a Pediatric Outpatient Clinic* , Pediatrics, 40(5):798-803, (Nov) 1967. |
| Yung, C-F. et al.: *Mumps complications and effects of mumps vaccination, England and Wales, 2002-2006* , Emerging Infectious Disease, 17(4): 661-7, (Apr.) 2011. |

**<u>Appendix D</u>**

**Issue Timeline**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



This is not intended to be an exhaustive timeline, nor a full description in detail.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1256**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1257**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1258**



HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY

Appx1259

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**9/99**
Merck PIDJ response - ELISA not linked to protection without correlation between ELISA and PRN - Merck correlated its ELISA to PRN, Priorix did not.
MRK-KRA0008592

**8/30/99**
Merck considers defending 96% SCR in label, by proposing to include the range of observed SCRs in the label.
MRK-KRA0027309

**8/16/99**
"2 independent assays have confirmed that the seroprotection rates against wild type virus isolates are not ~95%, per CBER's expectations."
MRK-KRA00015686 at 986

**8/16/99**
2 independent assays have confirmed that the seroprotection rates against wild type virus isolates are ~70%.
MRK-KRA00015686 at 986; MRK-KRA014527 41; MRK-KRA0027309 at 390; MRK-KRA00204420

**8/20/99**
CBER states avg. log loss 0.55 log plus variability .226
MRK-KRA00018614

**3/17/99**
"ELISA antibody may not be a good measure of protection; ELISAs cannot measure function like neutralization."
MRK-KRA00577001 at '032

**2/22/99**
If "Merck can correlate the "PRN and the ELISA assay' then CBER will let Merck "revert to the ELISA for future clinical trials."
MRK-KRA00062710

**Potency Issue**

**ELISA Issue**

**Efficacy Issue**

Merck Mumps Vaccines
MMRII Label Descrip.
MMRII Label Clinical Pharma
Merck INDS (Mumps Related)
GSK

Merck Statements

Internal Document

Key:    Potency Issue    ELISA Issue    Efficacy Issue

**Appx1260**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



**3/13/00**
CBER stated if Merck can develop low passage JL ELISA that can be validated against PRN "to CBER's satisfaction, the ELISA method would also be acceptable."
MRK-KRA01927351 at 353

**3/13/00**
CBER reserves approval of ELISA pending submission and review of validation data.
MRK-KRA01927351 at 354

**3/13/00**
CBER concurred "reasonable to try to enhance sensitivity of the assay, pending appropriate validation," including "Jeryl Lynn passages 7 to 12" and "IgG enhancement."
MRK-KRA01927351 at 354-355

**3/13/00**
CBER stated: "PRN assay is an immunological endpoint for protection," CBER required virus be wild type (early passage), not vaccine virus.
MRK-KRA01927351 at 353

**10/26/99**
For ProQuad, CBER stated: "essential" that ELISA validated against neutralization assay to demonstrate absence of frequently observed false positives and negatives in ELISA assays - cut-off values need to be justified.
MRK-KRA00761402 at 463

**12/30/99**
Merck proposed to use of Jeryl Lynn vaccine strain in neutralization assay because SCR was in agreement with Dr. Hilleman's original studies.
MRK-KRA00001470; MRK-KRA01620035 at 050-051

**9/27/99**
Merck considered delaying Protocol 007 until it could develop a more sensitive neutralization assay.
MRK-KRA00020420

**9/16/99**
CBER required neutralization assay because efficacy statement in label based on old, limited data, assay no longer used and lack of correlation between current ELISA and efficacy.
MRK-KRA00020425

**9/19/99**
"CBER requires that SCR reflect protective efficacy."
MRK-KRA01988876 at 878-879

2000

**Potency Issue**

**ELISA Issue**

**Efficacy Issue**

Merck Mumps Vaccines
MMRII Label Descrip.
MMRII Label Clinical Pharma
Merck INDS (Mumps Related)
GSK

Merck Statements

Key:  ▬ Potency Issue   ▬ ELISA Issue   ▬ Efficacy Issue   Internal Document

**Appx1261**



**Appx1262**



**Appx1263**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Key: ▬ Potency Issue ▬ ELISA Issue ▬ Efficacy Issue ▬ Internal Document

**Appx1264**

8/6/01
CBER inspected
AIGENT lab issued
Form 483, including
the changing raw
data without
justification
MRK-KRA01649971

8/20/01
483 AIGENT
Response: committed
to providing highest
quality info, supported
by sound science and
well controlled practices
and procedures
MRK-KRA0000481

8/2/01
Current stability data
not support end-expiry
claim greater than 4.0
log
MRK-KRA00247149

7/23/01
Can't meet 1 of the 2 FDA
objectives for our annual
program until the expiry
spec is lowered to 4.0
MRK-KRA01977383 at 383

6/01
Relator reports
AIGENT issues
to FDA
RELATOR000001044

7/5/01
Protocol 007 to lower
end expiry spec. "most
expeditious and sound
alternative"
MRK-KRA01898349

4/20/01
BPDR 01-005:
4 mumps lots out
of specification -
AIGENT results
used to support no
public health risk -
Overfilled to
ensure future
compliance
MRK-KRA00754233

4/4/01
Stability Issues
Meeting with
CBER: no
disclosure of out of
compliance
projections, no 223
lots, no 1.0 log
loss, no secret
testing
MRK-KRA01649955

3/13/01
Current stability
analysis projects
12 month shelf
life with 4.3 log
expiry
MRK-KRA00062218

3/12/01
Serial 63
submitted
attaching
preliminary subset
results; correlation
analysis; AIGENT
validation analysis
MRK-KRA00017036

Potency
Issue

ELISA
Issue

Efficacy
Issue

Merck Mumps
Vaccines
MMRII Label
Descrip.
MMRII Label
Clinical Pharma
Merck INDS
(Mumps Related)
GSK

Merck
Statements

Key:   — Potency Issue   — ELISA Issue   — Efficacy Issue   Internal Document

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1265



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Potency Issue**

**ELISA Issue**

**Efficacy Issue**

Merck Mumps Vaccines
MMRII Label Descrip.
MMRII Label Clinical Pharma
Merck INDS (Mumps Related)
GSK

Merck Statements

**12/7/01**
CBER re AIGENT 483: data unacceptable
MRK-KRA0007I082 at '083

**12/7/01**
Merck: "we would like to salvage the product and get a sense of the data"
MRK-KRA0007I082 at '086

**10/16/01**
CBER OK to correlate WT ELISA and AIGENT data while waiting on 483 determination
MRK-KRA0056I452

**10/16/01**
CBER requested individual titers around cutoff in PRN and ELISA to confirm categorizing in comparable fashion
MRK-KRA0056I452

**10/16/01**
If continued uncertainty about biological/clinical relevance of cutoff, expected CBER to require 4-fold criterion – Merck's choice to use 4-fold criteria or correlate ELISA to PRN
MRK-KRA0056I452

**10/16/01**
CBER requested "additional justification" for ELISA cutoffs - need to relate to protection - compare to PRN
MRK-KRA0056I452

**10/16/01**
CBER: without reference standard for sero-protective level best can do is relate ELISA cutoff to acceptable biologically relevant cutoff-PRN
MRK-KRA0056I452

**9/28/01**
If CBER required a ELISA cutoff 4-fold (<10Ab - ≥40Ab) then SCR range from 80.9%-85.2%
MRK-KRA0056I416;
MRK-KRA0056I418

**Key:** ■ Potency Issue ■ ELISA Issue ■ Efficacy Issue ■ Internal Document

Appx1266

**Appx1267**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



**4/14/02**
ELISA 10 Ab cutoff "desirable from Merck's perspective."
MRK-KRA00158339T at 100018

**4/16/02**
ProQuad Risk Table: if CBER not accept ELISA 10Ab cutoff – SCR lower than claimed on label
MRK-KRA00544510 at !511

**5/2/02**
Form 483 for deficiencies in BPDR 01-003 (3/01) re Lot 0628706 - no potential impact analysis of other representative lots
MRK-KRA00783949 at 964

**5/2/02**
Response to 483: "[c]orrective actions have been implemented in all cases."
MRK-KRA00783949 at 968

**5/7/02**
Correlation: "things... go[] stuck" around Table 6(c) & 6(d) showing breakdown of discordant PRN(-)/ELISA(+) sera.
MRK-KRA00554296

**5/7/02**
Correlation: concern in presenting Table 6(c) & 6(d) - may prompt CBER to raise ELISA cutoff
MRK-KRA00554296

**5/7/02**
CBER looking closely at sera around cutoff classified in WT ELISA and AIGENT
MRK-KRA00554296

**5/7/02**
If unable to show sufficient clinical relevance of ELISA cutoff by liking to AIGENT, a 4-fold criteria would be required – "rather avoid"
MRK-KRA00554296

**5/7/02**
Tables 6(c) & 6(d) removed "to avoid confusions" "too distracting"
MRK-KRA00554296;
MRK-KRA00561263

**6/10/02**
Serial 86 sought approval WT ELISA cutoff 10Ab, and to substitute WT ELISA for AIGENT based on "good agreement" in correlation analyses
MRK-KRA00125468

**6/10/02**
Serial 86: Table 6(c) removed from correlation analysis and 6(d) modified to de-emphasize discordance around 10 Ab.
MRK-KRA00125468 at !537

Potency Issue
ELISA Issue
Efficacy Issue

Merck Mumps Vaccines
MMRII Label Descrip.
MMRII Label Clinical Pharma
Merck INDS (Mumps Related)
GSK

Merck Statements

**Key:** ▬ Potency Issue  ▬ ELISA Issue  ▬ Efficacy Issue  ▬ Internal Document

**Appx1268**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1269**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Potency Issue**

**ELISA Issue**

**Efficacy Issue**

Merck Mumps Vaccines
MMRII Label Descrip.
MMRII Label Clinical Pharma
Merck INDS (Mumps Related)
GSK

Merck Statements

2003

**6/17/03** "there is potential" for end expiry "study to fail" MRK-KRA00190427 at '483

**6/11/03** No PAS filed to ensure meet expiry label claim despite "expectation" MRK-KRA01461838

**12/4/02** CBER's P. Krause notified of intent to submit PAS to lower shelf life to ensure mumps expiry label claim by Jan 03 MRK-KRA00560682 at '682-683

**11/26/02** Agreed "path forward" 18 month shelf-life, 38 TOR, 4hr Recon, 12X1 test MRK-KRA00560717 at '719-720

**10/31/02** "most recent stability analysis mumps does not support the current label claim, Merck is required to report this finding to the FDA." MRK-KRA00094134

**10/29/02** "series of fixes" – short date to 10 months; 4.0 log; overfill; change label 18 mos, TOR and Recon times; increase min release MRK-KRA00561103; MRK-KRA00561105 at '105-106

**10/28/02** "current end expiry potency claims for measles and mumps at 24 months will not be met with the current release potency targets" MRK-KRA00233586 at '592-593

**10/17/02** "we do not have adequate (95%) confidence" that claim. "Immediate corrective action must be taken" MRK-KRA01648892 at '892-893

Key: ▬ **Potency Issue** ▬ **ELISA Issue** ▬ **Efficacy Issue** ▬ Merck INDS (Mumps Related) ▬ **Internal Document**

**Appx1270**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1271

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

8/27/04
BLA filed for ProQuad
MRK-KRA00157272; MRK-KRA00172516

8/27/04
ProQuad BLA - Protocols 012, 013, and 014 used a WT ELISA assay with 10 Ab cutoff
MRK-KRA00158128 at 137-138; MRK-KRA00158320 at 367-368

8/27/04
ProQuad BLA - 10 Ab cutoff justified by correlation to AIGENT and supports WT ELISA as a "correlate of protection"
MRK-KRA00158128 at 137-138; MRK-KRA00158320 at 349-350

7/27/04
CBER/ProQuad: WT ELISA 10 Ab cutoff "should be supported … some relevance with protective levels of antibody (e.g., neutralizing antibody)."
MRK-KRA00846451 at 451-452

8/20/04
"Stability model … does not support" 4.3 for 24 months
MRK-KRA00184065 at '067

7/3/04
"could not overemphasize the weakness of the PRN (50% specificity!!!!!)"
MRK-KRA00791315

6/29/04
"We don't really know what a clinically protective level is in either assay [WT ELISA and AIGENT]."
MRK-KRA00791315 at '319

6/30/04
sBLA to change to rHA
MRK-KRA00137854

6/28/04
rHA sBLA: single study WT ELISA used 10Ab cutoff justified with Serial 086
MRK-KRA00158137 at '141, '144, '147; MRK-KRA00124554 at '588

6/8/04
"banking on immunogenicity data to serve as surrogate markers for efficacy"
MRK-KRA00821967 at '969

2/9/04
Bennett Stability Model 4.1 log ensures expiry claim, not 4.3
MRK-KRA00158008

3/29/04
Bennett Stability Model 4.1 log ensures expiry claim, not 4.3
MRK-KRA00158010

Potency Issue

ELISA Issue

Efficacy Issue

Merck Mumps Vaccines
MMRII Label Descrip.
MMRII Label Clinical Pharma
Merck INDS (Mumps Related)
GSK

Merck → Statements

Key:  ▬▬ Potency Issue   ▬▬ ELISA Issue   ▬▬ Efficacy Issue   ░░ Internal Document

**Appx1272**



**Appx1273**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



**Potency Issue**

**ELISA Issue**

**Efficacy Issue**

Merck Mumps Vaccines
MMRII Label Descrip.
MMRII Label Clinical Pharma
Merck INDS (Mumps Related)
GSK

Merck Statements

**10/17/05**
End expiry rejected again; too much missing data; control lot failed
MRK-KRA0000479

**9/6/05**
FDA approved the application to license ProQuad
MRK-KRA0761865

**8/31/05**
FDA approved the rHA change for MMRII
MRK-KRA0141909

**7/13/05**
rHA: Average loss rate at 2-8°C "were updated using additional stability data from mumps." Minimum release potency "recalculated with … change of assignment of loss rate at -20°C."
MRK-KRA0141789

**6/22/05**
rHA: request to provide new stability chart based on new stability loss calculation at 2-8°
MRK-KRA0560284 at 285

**6/22/05**
rHA: Stability Model average loss for 2-8°/24 mos lowered from .543 to .439
MRK-KRA0560284 at 284-285, MRK-KRA0158556 at 707

**6/13/05**
CBER rHA: informed Stability model in sBLA used 4.1, but label 4.3
MRK-KRA0025875

**5/5/05**
"not aware of any clinical evaluations where 10 Ab units has been established as a protective level."
MRK-KRA0049638

Key: ▬ Potency Issue ▬ ELISA Issue ▬ Efficacy Issue ▢ Internal Document

**Appx1274**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1275**

**Schedule 1**

**Summary of MMRII Label Changes**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1276

## LABEL CHANGES FOR M-M-R II[1]

### M-M-R II [MEASLES, MUMPS, & RUBELLA VIRUS VACCINE LIVE]

The M-M-R-II vaccine (Measles, Rumps, & Rubella virus vaccine live) is a combination live virus vaccine for vaccination against measles (rubeola), mumps and rubella (German measles). It was approved by the FDA in 1978.[2] Since that time, there have been numerous labeling revisions to date regarding M-M-R II. A summary of relevant changes is provided below.

*Following is a summary of label changes for M-M-R II (Measles, Mumps, & Rubella) beginning with selected relevant language from the earliest available version issued March 1, 1995:*

- **March 1, 1995[3]:**
    a) In the DESCRIPTION section, the language, "When reconstituted as directed, the dose for injection is 0.5 mL and contains not less than the equivalent of 1,000 $TCID_{50}$ (tissue culture infectious doses) of the U.S. Reference Measles Virus; 20,000 $TCID_{50}$, of the U.S. Reference Mumps Virus; and 1,000 $TCID_{50}$ of the U.S. Reference Rubella Virus."
    b) In the CLINICAL PHARMACOLOGY section, the paragraph: "Clinical studies of 279 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R-II is highly immunogenic and generally well tolerated. In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95 percent, mumps neutralizing antibodies in 96 percent, and rubella HI antibodies in 99 percent of susceptible persons."
    c) In the PRECAUTIONS section, the language, "As for any vaccine, vaccination with M-M-R II may not result in seroconversion in 100% of susceptible persons given the vaccine."
    d) In the DOSAGE AND ADMINISTRATION section, the language, "During shipment, to ensure that there is no loss of potency, the vaccine must be maintained at a temperature of 10°C (50°F) or less. Before reconstitution, store M-M-R II at 2 - 8°C (36 - 46°F). *Protect from light.*"
    e) In the DOSAGE AND ADMINISTRATION section, the language, "Each dose contains not less than the equivalent of 1,000 $TCID_{50}$ of the U.S. Reference Measles Virus, 20,000 $TCID_{50}$ of the US. Reference Mumps Virus and 1,000 $TCID_{50}$ of the U.S. Reference Rubella Virus."

---

[1] This is not intended to be an exhaustive history of changes, nor a full description in detail.
[2] U.S. Vaccines & Immunizations, available at https://www.cdc.gov/vaccines/terms/usvaccines.html
[3] March 1, 1995 Label, MRK-KRA00757060

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

f) In the HOW SUPPLIED section, under the subheading titled *Storage*, "It is recommended that the vaccine be used as soon possible after reconstitution. Protect vaccine from light at all times, since such exposure may inactivate the virus.  Store reconstituted vaccine in the vaccine vial in a dark place at 2 - 8°C (36 - 46°F) and discard if not used within 8 hours."

- **April 1, 1999[4]:**
  a) In the DESCRIPTION section, there was an addition of language describing the growth medium for measles and mumps, Medium 199.
  b) In the DESCRIPTION section, the addition of a paragraph stating that, "The cells, virus pools, fetal bovine serum, and human albumin are all screened for the absence of adventitious agents. Human albumin is processed using the Cohn cold ethanol fractionation procedure."
  c) In the DESCRIPTION section, the paragraph describing the contents of each dose of the vaccine was modified to specify the amount of sorbitol and hydrolized gelatin in each injection dose, and to include other ingredients that were not listed in the previously approved label.
  d) In the CLINICAL PHARMACOLOGY section, the addition of an introductory paragraph stating that measles, mumps and rubella are three common childhood diseases that may be associated with serious complications and/or death.
  e) In the CLINICAL PHARMACOLOGY section, there was an addition of the statement that a small percentage (1-5%) of vaccines may fail to seroconvert after the primary dose.
  f) In the CLINICAL PHARMACOLOGY section, the addition of a paragraph regarding how efficacy of the vaccine was established.
  g) In the CLINICAL PHARMACOLOGY section, the modification of language regarding antibody persistence.
  h) In the INDICATIONS AND USAGE section, language regarding the recommended vaccination schedule was modified and placed under a new subheading accordingly titled *Recommended Vaccination Schedule*.
  i) In the INDICATIONS AND USAGE section, language regarding the measles component of the vaccine was modified and placed under a new subheading titled *Measles Outbreak Schedule, Infants Between 6-12 Months of Age*.
  j) In the INDICATIONS AND USAGE section, under the subheading *Other Populations*, the addition of language regarding susceptible individuals in high-risk groups.
  k) In the CONTRAINDICATIONS section, a modification was made to the entry for febrile respiratory illness or other active febrile infection.

---

[4] April 1, 1999 Label, MRK-KRA00757072

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

l) In the PRECAUTIONS section, there was a change in language from "may not result in seroconversion" to "may not result in protection."

m) The ADVERSE REACTIONS section was reorganized with some modifications to language and there was an addition of new paragraphs under the subheading *Other*.

n) In the ADVERSE REACTIONS section, there was a change to language regarding burning and/or stinging at the injection site. The words "of short duration" were removed. The language was also moved from a single sentence in the opening paragraph of the entire section to a new subheading titled *Skin* near the end of the section.

o) The *Use With Other Vaccines* subsection was rewritten with minor changes and moved from the INDICATIONS AND USAGE section to the DOSAGE AND ADMINISTRATION section.

p) In the HOW SUPPLIED section, under the subheading *Storage*, the addition of language regarding freezing during shipment.

- **October 1, 2000**[5]:
  a) In the WARNINGS section, the addition of language regarding the use of albumin.

- **September 1, 2002**[6]:
  a) In the INDICATIONS AND USAGE section under *Recommended Vaccination Schedule*, there was a change in language regarding revaccination.

- **February 1, 2006**[7]:
  a) In the DESCRIPTION section, there was a change in the composition of the stabilizer used in the growth medium. Human albumin was replaced with recombinant human albumin.

  b) In the CLINICAL PHARMACOLOGY section there was a change in the number of children who participated in clinical studies.

  c) In the INDICATIONS AND USAGE section under *Post-Exposure Vaccination*, the references to "individuals exposed to natural mumps" were replaced with references to "individuals exposed to wild-type mumps."

---

[5] October 1, 2000 Label, MRK-KRA00757064
[6] September 1, 2002 Label, MRK-KRA00757096
[7] February 1, 2006 Label, MRK-KRA00757081

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

- **February 1, 2007[8]:**
  a) In the ADVERSE REACTIONS section under *Respiratory System*, there was an addition of Pneumonia to the list.

- **December 1, 2007[9]:**
  a) In the DESCRIPTION section, the mumps potency claim was reduced with the language changed to indicate that each 0.5 mL dose of the vaccine contains not less than 12,500 $TCID_{50}$ of mumps virus.

- **September 1, 2009[10]:**
  a) Format change. The addition of a patient information column printed parallel to the label titled "**Patient Information about M-M-R II  (pronounced "em ar too") Generic name: Measles, Mumps, and Rubella Virus Vaccine Live**", containing a summary of information about M-M-R II. This column could be torn off from the label and contained the following subject headings:

  What is M-M-R II and how does it work?
  What do I need to know about measles, mumps, and rubella?
  Who should not get M-M-R II?
  How is M-M-R II given?
  What are the possible side effects of M-M-R II?
  What are the ingredients of M-M-R II?
  What else should I know about M-M-R II?

- **March 1, 2010[11]:**
  a) In the HOW SUPPLIED section under the subheading *Storage*, the modification of language regarding avoiding loss of potency.

- **February 1, 2014[12]:**
  a) Format change.  Removal of the patient information column from previous approved version.  Label reverted to the approved format prior to changes that were made in March 2010.  "**Patient Information about M-M-R II Generic name: Measles, Mumps, and Rubella Virus Vaccine Live**" now printed as a separate leaflet.

---

[8] February 1, 2007 Label, MRK-KRA00757104
[9] December 1, 2007 Label, MRK-KRA00757100
[10] September 1, 2009 Label, MRK-KRA01449292
[11] March 1, 2010 Label, MRK-KRA01449276
[12] February 1, 2014 Label, MRK-KRA01449226

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

*Following is a detailed review of selected label changes for M-M-R II (Measles, Mumps, & Rubella:*

## I.    April 1, 1999 Label Changes

1. In the DESCRIPTION section, there was an addition of language describing the growth medium for measles and mumps, Medium 199.

| DESCRIPTION | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | The growth medium for measles and mumps is Medium 199 (a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum) containing SPGA (sucrose, phosphate, glutamate, and recombinant human albumin) as stabilizer and neomycin. |

2. In the DESCRIPTION section, the addition of a paragraph stating that, "The cells, virus pools, fetal bovine serum, and human albumin are all screened for the absence of adventitious agents. Human albumin is processed using the Cohn cold ethanol fractionation procedure."

| DESCRIPTION | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | The cells, virus pools, fetal bovine serum, and human albumin are all screened for the absence of adventitious agents.  Human albumin is processed using the Cohn cold ethanol fractionation procedure. |

3. In the DESCRIPTION section, the paragraph describing the contents of each dose of the vaccine was modified to specify the amount of sorbitol and hydrolized gelatin in each injection dose, and to include other ingredients that were not listed in the previously approved label.

| DESCRIPTION | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| The reconstituted vaccine is for subcutaneous administration.  When reconstituted as directed, the dose for injection is 0.5mL and contains not less than the equivalent of 1,000 $TCID_{50}$ (tissue culture infectious doses) of the U.S. Reference Measles Virus; 20,000 $TCID_{50}$ of the U.S. Reference Mumps Virus; and 1,000 $TCID_{50}$ of the U.S. Reference | The reconstituted vaccine is for subcutaneous administration.  Each 0.5 mL dose contains not less than 1,000 $TCID_{50}$ (tissue culture infectious doses) of measles virus; 20,000 $TCID_{50}$ of mumps virus; and 1,000 $TCID_{50}$ of rubella virus.  Each dose of the vaccine is calculated to contain sorbitol (14.5 mg), sodium phosphate, sucrose (1.9 mg), sodium chloride, hydrolyzed gelatin (14.5 mg), human albumin (0.3 mg), fetal bovine serum (<1 ppm), |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| Rubella Virus. Each dose contains approximately 25 mcg of neomycin. The product contains no preservative. Sorbitol and hydrolized gelatin are added as stabilizers. | other buffer and media ingredients and approximately 25 mcg of neomycin. The product contains no preservative. |

4. In the CLINICAL PHARMACOLOGY section, the addition of an introductory paragraph stating that measles, mumps and rubella are three common childhood diseases that may be associated with serious complications and/or death.

| CLINICAL PHARMACOLOGY | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | Measles, mumps, and rubella are three common childhood diseases, caused by measles virus, mumps virus (paramyxoviruses), and rubella virus (togavirus), respectively, that may be associated with serious complications and/or death. For example, pneumonia and encephalitis are caused by measles. Mumps is associated with aseptic meningitis, deafness and orchitis; and rubella during pregnancy may cause congenital rubella syndrome in the infants of infected mothers. |

5. In the CLINICAL PHARMACOLOGY section, there was an addition of the statement that a small percentage (1-5%) of vaccines may fail to seroconvert after the primary dose.

| CLINICAL PHARMACOLOGY | |
|---|---|
| PREVIOUS LANGUAGE | REVISED LANGUAGE |
| Clinical studies of 279 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated. In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95%, mumps neutralizing antibodies in 96%, and rubella HI antibodies in 99% of susceptible persons. | Clinical studies of 279 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated. In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95%, mumps neutralizing antibodies in 96%, and rubella HI antibodies in 99% of susceptible persons. However, a small percentage (1-5%) of vaccines may fail to seroconvert after the primary dose (see also INDICATIONS AND USAGE, *Recommended Vaccination Schedule*). |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

6. In the CLINICAL PHARMACOLOGY section, the addition of a paragraph regarding how efficacy of the vaccine was established.

| CLINICAL PHARMACOLOGY | |
|---|---|
| PREVIOUS LANGUAGE | REVISED LANGUAGE |
| *Language in the right column did not exist in the previous label.* | Efficacy of measles, mumps and rubella vaccine was established in a series of double-blind controlled field trials which demonstrated a high degree of protective efficacy afforded by the individual vaccine components. These studies also established that seroconversion in response to vaccination against measles, mumps and rubella paralleled protection from these diseases. |

7. In the CLINICAL PHARMACOLOGY section, the modification of language regarding antibody measurement and persistence.

| CLINICAL PHARMACOLOGY | |
|---|---|
| PREVIOUS LANGUAGE | REVISED LANGUAGE |
| Vaccine induced antibody levels following administration of M-M-R II have been shown to persist up to 11 years without substantial decline. Continued surveillance will be necessary to determine further duration of antibody persistence. | Following vaccination, antibodies associated with protection can be measured by neutralization assays, HI or ELISA (enzyme linked immunosorbent assay) tests. Neutralizing and ELISA antibodies to measles, mumps and rubella viruses are still detectable in most individuals 11-13 years after primary vaccination. |

8. In the INDICATIONS AND USAGE section, language regarding the recommended vaccination schedule was modified and placed under a new subheading accordingly titled *Recommended Vaccination Schedule*.

| INDICATIONS AND USAGE | |
|---|---|
| PREVIOUS LANGUAGE | REVISED LANGUAGE |
| M-M-R II is indicated for simultaneous immunization against measles, mumps, and rubella in persons 15 months of age or older. A second dose of M-M-R II or monovalent measles vaccine is recommended (see *Revaccination*). | M-M-R II is indicated for simultaneous vaccination against measles, mumps, and rubella in individuals 12 months of age or older.<br><br>Individuals first vaccinated at 12 months of age or older should be revaccinated prior to elementary school entry. Revaccination is intended to seroconvert those who do not respond to the first dose. The Advisory Committee on Immunization Practices (ACIP) recommends administration of the first dose of M-M-R II at 12 to 15 months of age and administration of the second dose of M-M-R II at 4 to 6 years of age. In addition, some public health jurisdictions mandate the age for |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | revaccination.  Consult the complete text of applicable guidelines regarding routine revaccination including that of high-risk adult populations. |
|---|---|

9. In the INDICATIONS AND USAGE section, language regarding the measles component of the vaccine was modified and placed under a new subheading titled *Measles Outbreak Schedule, Infants Between 6-12 Months of Age*.

| INDICATIONS AND USAGE | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Infants who are less than 15 months of age may fail to respond to the measles component of the vaccine due to presence in the circulation of residual measles antibody of material origin, the younger the infant, the lower the likelihood of seroconversion.  In geographically isolated or other relatively inaccessible populations for whom immunization programs are logistically difficult, and in population groups in which natural measles infection may occur in a significant proportion of infants before 15 months of age, it may be desirable to give the vaccine to infants at an earlier age.  Infants vaccinated under these conditions at less than 12 months of age should be revaccinated after reaching 15 months of age.  There is some evidence to suggest that infants immunized at less than one year of age may not develop sustained antibody levels when later reimmunized.  The advantage of early protection must be weighed against the chance for failure to respond adequately on reimmunization. | Local health authorities may recommend measles vaccination of infants between 6 to 12 months of age in outbreak situations.  This population may fail to respond to the components of the vaccine.  Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established.  The younger the infant, the lower the likelihood of seroconversion (see CLINICAL PHARMACOLOGY).  Such infants should receive a second dose of M-M-R II between 12 to 15 months of age followed by revaccination at elementary school entry. |

10. In the INDICATIONS AND USAGE section, under the subheading *Other Populations*, the addition of language regarding susceptible individuals in high-risk groups.

| INDICATIONS AND USAGE | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | Vaccination is recommended for susceptible individuals in high-risk groups such as college students, health-care workers, and military personnel. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

11. In the CONTRAINDICATIONS section, a modification was made to the entry for febrile respiratory illness or other active febrile infection.

| CONTRAINDICATIONS | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Any febrile respiratory illness or other active febrile infection. | Febrile respiratory illness or other active febrile infection. However, the ACIP has recommended that all vaccines can be administered to persons with minor illnesses such as diarrhea, mild upper respiratory infection with or without low-grade fever, or other low-grade febrile illness. |

12. In the PRECAUTIONS section, there was a change in language from "may not result in seroconversion" to "may not result in protection."

| PRECAUTIONS | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| As for any vaccine, vaccination with M-M-R II may not result in seroconversion in 100% of susceptible persons given the vaccine. | As for any vaccine, vaccination with M-M-R II may not result in protection in 100% of vaccinees. |

13. The ADVERSE REACTIONS section was reorganized with some modifications to language and there was an addition of new paragraphs under the subheading *Other*.

| ADVERSE REACTIONS | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | Death from various, and in some cases unknown, causes has been reported rarely following vaccination with measles, mumps, and rubella vaccines; however, a causal relationship has not been established.  No deaths or permanent sequelae were reported in a published post-marketing surveillance study in Finland involving 1.5 million children and adults who were vaccinated with M-M-R II during 1982 - 1993.<br><br>Under the National Childhood Vaccine Injury Act of 1986, health-care providers and manufacturers are required to record and report certain suspected adverse events occurring within specific time periods after vaccination.  However, the U.S. Department of Health and Human Services (DHHS) has established a Vaccine Adverse Event Reporting System (VAERS) which will accept all reports of suspected events.  A VAERS report form as well as information regarding reporting |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | requirements can be obtained by calling VAERS 1-800-822-7967. |
|---|---|

14. In the ADVERSE REACTIONS section, there was a change to language regarding burning and/or stinging at the injection site. The words "of short duration" were removed. The language was also moved from a single sentence in the opening paragraph of the entire section to a new subheading titled *Skin* near the end of the section.

| *ADVERSE REACTIONS* | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Burning and/or stinging of short duration at the injection site have been reported. | Stevens-Johnson syndrome; erythema multiforme; urticaria; rash.<br><br>Local reactions including burning/stinging at injection site; wheal and flare; redness (erythema); swelling; induration; tenderness; vesiculation at injection site. |

15. In the HOW SUPPLIED section, under the subheading *Storage*, the addition of language regarding freezing during shipment.

| *HOW SUPPLIED* | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | Freezing during shipment will not affect potency. |

II. **October 1, 2000 Label Changes**

1. In the WARNINGS section, the addition of language regarding the use of albumin.

| *WARNINGS* | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | "This product contains albumin a derivative of human blood. Based on effective donor screening and product manufacturing processes, it carries an extremely remote risk for transmission of viral diseases. Although there is a theoretical risk for transmission of Creutzleidt-Jacob disease (CJD), no cases of transmission of CJD or viral disease have ever been identified that were associated with the use of albumin." |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

III.   **September 1, 2002 Label Changes**

1.  In the INDICATIONS AND USAGE section under the subheading *Recommended Vaccination Schedule*, there was a change in language regarding revaccination.

| INDICATIONS AND USAGE | |
| --- | --- |
| PREVIOUS LANGUAGE | REVISED LANGUAGE |
| Revaccination may seroconvert primary failures or boost antibody titers of previously vaccinated individuals whose titers have declined. | Revaccination is intended to seroconvert those who do not respond to the first dose. |

IV.   **February 1, 2006 Label Changes**

1.  In the DESCRIPTION section, there was a change in the composition of the stabilizer used in the growth medium. Human albumin was replaced with recombinant human albumin.

| DESCRIPTION | |
| --- | --- |
| PREVIOUS LANGUAGE | REVISED LANGUAGE |
| The growth medium for measles and mumps is Medium 199 (a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum) containing SPGA (sucrose, phosphate, glutamate, and <u>human albumin</u>) as stabilizer and neomycin. | The growth medium for measles and mumps is Medium 199 (a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum) containing SPGA (sucrose, phosphate, glutamate, and <u>recombinant human albumin</u>) as stabilizer and neomycin. |

2.  In the CLINICAL PHARMACOLOGY section, there was a change in the number of children participating in clinical studies.

| CLINICAL PHARMACOLOGY | |
| --- | --- |
| PREVIOUS LANGUAGE | REVISED LANGUAGE |
| Clinical studies of 279 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated. In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95%, mumps neutralizing antibodies in 96%, and rubella HI antibodies in 99% of susceptible persons. However, a small percentage (1-5%) of vaccinees may fail to seroconvert after the primary dose (see also | Clinical studies of 284 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated.  In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95%, mumps neutralizing antibodies in 96%, and rubella HI antibodies in 99% of susceptible persons. However, a small percentage (1-5%) of vaccinees may fail to seroconvert after the primary dose (see also INDICATIONS AND USAGE, *Recommended Vaccination Schedule*). |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| INDICATIONS AND USAGE, *Recommended Vaccination Schedule*). | |

3. In the INDICATIONS AND USAGE section under *Post-Exposure Vaccination*, the references to "individuals exposed to natural mumps" were replaced with references to "individuals exposed to wild-type mumps."

| INDICATIONS AND USAGE | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Vaccination of individuals exposed to natural measles may provide some protection if the vaccine can be administered within 72 hours of exposure. If, however, vaccine is given a few days before exposure, substantial protection may be afforded. There is no conclusive evidence that vaccination of individuals recently exposed to natural mumps or natural rubella will provide protection. | Vaccination of individuals exposed to wild-type measles may provide some protection if the vaccine can be administered within 72 hours of exposure. If, however, vaccine is given a few days before exposure, substantial protection may be afforded. There is no conclusive evidence that vaccination of individuals recently exposed to wild-type mumps or wild-type rubella will provide protection. |

## V.   December 1, 2007 Label Changes

1. In the DESCRIPTION section, the mumps potency claim was reduced with the language changed to indicate that each 0.5 mL dose of the vaccine contains not less than 12,500 $TCID_{50}$ of mumps virus.

| DESCRIPTION | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| The reconstituted vaccine is for subcutaneous administration. Each 0.5 mL dose contains not less than 1,000 $TCID_{50}$ (tissue culture infectious doses) of measles virus; 20,000 $TCID_{50}$ of mumps virus; and 1,000 $TCID_{50}$ of rubella virus. | The reconstituted vaccine is for subcutaneous administration. Each 0.5 mL dose contains not less than 1,000 $TCID_{50}$ (tissue culture infectious doses) of measles virus; 12,500 $TCID_{50}$ of mumps virus; and 1,000 $TCID_{50}$ of rubella virus. |

## VI.   March 1, 2010 Label Changes

1. In the HOW SUPPLIED section under the subheading *Storage*, the modification of language regarding avoiding loss of potency.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| HOW SUPPLIED | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| During shipment, to ensure that there is no loss of potency, the vaccine must be maintained at a temperature of 10°C (50°F) or colder.  Freezing during shipment will not affect potency of the vaccine. | To maintain potency, M-M-R II must be stored between -58°F and +46°F (-50°C to +8°C).  Use of dry ice may subject M-M-R II to temperatures colder than -58°F (-50°C). |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 2**

**Summary of ProQuad Label Changes**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# LABEL CHANGES FOR PROQUAD[1]

**ProQuad [Measles, Mumps, Rubella and Varicella (Oka/Merck) Virus Vaccine Live]**

ProQuad is the trade name of a combined attenuated live virus vaccine containing measles, mumps, rubella, and varicella viruses.  The original formulation of ProQuad provided for frozen storage of the product and was approved by the FDA on September 6, 2005[2]. ProQuad is a sterile lyophilized preparation that consists of the components of two previously licensed vaccines, MMRII and Varicella Virus Vaccine: [3]

- M-M-R II (Measles, Mumps and Rubella Virus Vaccine Live):
  - Measles Virus Vaccine Live, a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain;
  - Mumps Virus Vaccine Live, the Jeryl Lynn (B level) strain of mumps virus;
  - Rubella Virus Vaccine Live, the Wistar RA 27/3 strain of live attenuated rubella virus

- Varicella Virus Vaccine Live, the Oka/Merck strain of varicella-zoster virus.

ProQuad is for subcutaneous injection and it exists as frozen and refrigerator-stable formulations[4] including a frozen formulation manufactured with human serum albumin (HSA), a frozen formulation manufactured with recombinant human serum albumin (rHA), and a formulation approved for refrigerator storage manufactured with recombinant human serum albumin. [5]  The refrigerated formulation is also referred to as "ProQuad 4C."  The FDA approved Merck's application for ProQuad 4C on August 4, 2006[6] but confirmation whether this product has been made available for sale in the United States is unavailable.

---

[1] This is not intended to be an exhaustive history of changes, nor a full description in detail.
[2] Source: MMWR Weekly, December 2, 2005, 54 (47);1212-1214 available at
https://www.cdc.gov/mmwr/preview/mmwrhtml/mm5447a4.htm; September 6, 2005 Approval Letter – ProQuad available at
http://wayback.archive-it.org/7993/20170723150912/https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm123799.htm
[3] March 27, 2015 Summary Basis for Regulatory Action – ProQuad available at http://wayback.archive-it.org/7993/20170723150902/https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM441486.pdf
[4] *Id.*
[5] October 22, 2015 Approval Letter - PROQUAD available at http://wayback.archive-it.org/7993/20170723150901/https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM469262.pdf
[6] Approval Memo for supplement STN # 125108/102, MRK-KRA00761626

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

In December 2014, the FDA approved Merck's application to replace HSA with rHA in the preparation of bulks used in the frozen formulation of ProQuad.[7]  However it is believed that this change was not implemented and ProQuad is still manufactured with HSA.  The quadrivalent vaccine is manufactured at Merck's West Point, PA facility and distributed by Merck of Whitehouse Station, N.J.

Since the original approval there have been a number of ProQuad labeling amendments to date. A summary of relevant changes is provided below.

*Following is a summary of label changes for ProQuad [Measles, Mumps, Rubella, and Varicella (Oka/Merck Virus) Vaccine Live] beginning with selected relevant language from the original approved product label issued August 1, 2005:*

- **August 1, 2005[8]:**
  a) In the DESCRIPTION section, the language, "Each 0.5-mL dose contains not less than 3.00 log10 $TCID_{50}$ (50% tissue culture infectious dose) of measles virus; 4.30 log10 $TCID_{50}$ of mumps virus; 3.00 log10 $TCID_{50}$ of rubella virus; and a minimum of 3.99 log10 PFU (plaque-forming units) of Oka/Merck varicella virus."
  b) In the CLINICAL PHARMACOLOGY section, the language, "In clinical efficacy studies, seroconversion in response to vaccination against measles, mumps, and rubella paralleled protection from these diseases."
  c) In the CLINICAL PHARMACOLOGY section, the language, "Clinical studies with a single dose of ProQuad have shown that vaccination elicited rates of antibody responses against measles, mumps, and rubella that were similar to those observed after vaccination with a single dose of M-M-RII (see CLINICAL STUDIES) and seroresponse rates for varicella virus were similar to those observed after vaccination with a single dose of VARIVAX (see CLINICAL STUDIES)."
  d) In the CLINICAL PHARMACOLOGY section, under the subheading *Mechanism of action*, the language, "The duration of protection from measles, mumps, rubella, and varicella infections after vaccination with ProQuad is unknown."
  e) In the CLINICAL PHARMACOLOGY section under the subheading *Persistence of Antibody Responses after Vaccination*, the following language:
     i  "The persistence of antibody at 1 year after vaccination was evaluated in a subset of 2107 children enrolled in the clinical trials. Antibody was detected in 98.9% (1722/1741) for measles, 96.7% (1676/1733) for mumps, 99.6% (1796/1804) for rubella, and 97.5% (1512/1550) for

---

[7] Supplemental Approval Letter, MRK-KRA00184876
[8] August 1, 2005 Label, MRK-KRA01448948

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

varicella (≥5 gpELISA units/mL) of vaccinees following a single dose of ProQuad."

    ii   "Experience with M-M-RII demonstrates that antibodies to measles, mumps, and rubella viruses are still detectable in most individuals 11 to 13 years after primary vaccination."

f)   In the CLINICAL STUDIES section, the following language:

    i   "Formal studies to evaluate the clinical efficacy of ProQuad have not been performed."

    ii   "Efficacy of the measles, mumps, rubella and varicella components of ProQuad was previously established in a series of clinical studies with the monovalent vaccines. A high degree of protection from infection was demonstrated in these studies."

    iii   "The presence of detectable antibody was assessed by an appropriately sensitive enzyme-linked immunosorbent assay (ELISA) for measles, mumps (wild type and vaccine type strains), and rubella, and by gpELISA for varicella."

    iv   "Children were positive for mumps antibody if the antibody level was ≥10 ELISA units/mL."

    v   "Following a single dose of ProQuad, the vaccine response rates were 97.4% (95% CI: 96.9, 97.9) for measles, 95.8 (95% CI: 95.1, 96.4) to 98.8% (95% CI: 97.9, 99.4) for mumps, and 98.5% (95% CI: 98.1, 98.8) for rubella. The vaccine response rate was 91.2% (95 % CI: 90.3, 92.0) for varicella. These results were similar to the immune response rates induced by concomitant administration of single doses of M-M-R II and VARIVAX at separate injection sites. Fever and measles-like rashes were the only adverse experiences that occurred more frequently in recipients of a single dose of ProQuad compared with recipients of single doses of M-M-R II and VARIVAX (see ADVERSE REACTIONS)."

    vi   Under the subheading titled *Children Who Received a Second Dose of ProQuad*, the language, "The proportion of initially seronegative vaccinees with positive serological responses following two doses were 99.4% (95% CI: 98.6, 99.8) for measles, 99.9% (95% CI: 99.4, 100) for mumps, 98.3% (95% CI: 97.2, 99.0) for rubella, and 99.4% (95% CI: 98.7, 99.8) for varicella (≥5 gpELISA units/mL). The geometric mean titers (GMTs) following the second dose of ProQuad increased approximately 2-fold each for measles, mumps, and rubella, and approximately 41-fold for varicella."

    vii   Under the subheading titled *Children Who Received ProQuad at 4 to 6 Years of Age After Primary Vaccination With M-M-RII and VARIVAX*, the language, "Following the dose of ProQuad, seropositivity rates were 99.2% (95% CI: 97.6, 99.8) for measles, 99.5% (95% CI: 98.0,

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

99.9) for mumps, 100% (95% CI: 99.0, 100) for rubella, and 98.9% (95% CI: 97.2, 99.7) for varicella (≥5 gpELISA units/mL). Approximate geometric mean fold-rises in antibody titers (pre-vaccination to post-vaccination) for measles, mumps, rubella, and varicella were 1.2, 2.4, 3.0 and 12, respectively. Post-vaccination GMTs for recipients of ProQuad were similar to those following a second dose of M-M-RII and VARIVAX administered concomitantly at separate injection sites. Additionally, GMTs for measles, mumps, and rubella were similar to those following a second dose of M-M-RII given concomitantly with placebo."

viii In the subheading titled *Studies With Other Vaccines*, the language, "In a clinical trial involving 1913 healthy children 12 to 15 months of age, 949 received ProQuad plus Diphtheria and Tetanus Toxoids and Acellular Pertussis Vaccine Adsorbed (DTaP) and Haemophilus Influenzae type b Conjugate (Meningococcal Protein Conjugate) and Hepatitis B (Recombinant) Vaccine concomitantly at separate injection sites. Another 485 healthy children received ProQuad at the initial visit followed by DTaP and Haemophilus b Conjugate and Hepatitis B (Recombinant) Vaccine given concomitantly 6 weeks later while 479 children were immunized with M-M-RII and VARIVAX given concomitantly at separate injection sites at the first visit. Seroconversion rates and antibody titers for measles, mumps, rubella, varicella, anti-PRP and hepatitis B were comparable between the 2 groups at approximately 6 weeks post-vaccination indicating the ProQuad and Haemophilus b Conjugate (Meningococcal Protein Conjugate) and Hepatitis B (Recombinant) Vaccine may be administered concomitantly at separate injection sites."

- **August 1, 2006[9]:**
    a) In the DESCRIPTION section, language describing the contents of each dose of the vaccine was modified.
    b) In the CLINICAL STUDIES section, the addition of an additional clinical study under the subsection titled *Children who received a single dose of ProQuad at 12 through 23 months of age*.

- **October 1, 2009[10]:**
    a) Format change. Label was revised to comply with the Physician's Labeling Rule format and reorganized into two parts with an introductory overview

---

[9] August 1, 2006 Label, MRK-KRA01448979
[10] October 1, 2009 Label, MRK-KRA01634481

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

titled HIGHLIGHTS OF PRESCRIBING INFORMATION followed by FULL PRESCRIBING INFORMATION.

b) THE INDICATIONS AND USAGE section was modified with new language describing the vaccine and its use in children 15 months to 12 years of age if a second dose of measles, mumps, rubella, and varicella is needed.

c) The WARNINGS and PRECAUTIONS sections were combined and there was an addition of language regarding fever and febrile seizures.

d) The ADVERSE REACTIONS section was restructured and an introductory paragraph was added under a new subheading, *Clinical Trials Experience*.

e) In the ADVERSE REACTIONS section, there was an addition of language under the subheading *Clinical Trials Experience* regarding the potential risk of febrile seizures following ProQuad administration.

f) In the ADVERSE REACTIONS section, the subheading *Post-marketing surveillance* was retitled *Post-Marketing Experience* in bold font and there was a modification of the introductory language.

g) In the CLINICAL PHARMACOLOGY section, there was a modification and addition of language under the subheading *Mechanism of Action* regarding the efficacy of ProQuad and how it has been shown to induce immunity.

h) The HOW SUPPLIED section was retitled HOW SUPPLIED/STORAGE AND HANDLING and there was an addition of language in bold font regarding storage of the vaccine at room temperature. The same language was also added to the DOSAGE AND ADMINISTRATION section.

*Following is a detailed review of selected label changes for ProQuad [Measles, Mumps, Rubella, and Varicella (Oka/Merck Virus) Vaccine Live]:*

**I.**   **August 1, 2006 Label Changes**

1. In the DESCRIPTION section, language describing the contents of each dose of the vaccine was modified.

| DESCRIPTION | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Each 0.5-mL dose of the vaccine contains no more than 21 mg of sucrose, 11 mg of hydrolyzed gelatin, 2.4 mg of sodium chloride, 1.8 mg of sorbitol, 0.40 mg of monosodium L-glutamate, 0.34 mg of sodium phosphate dibasic, 0.31 mg of human albumin, 0.17 mg of sodium bicarbonate, 72 mcg of potassium phosphate monobasic, 60 mcg of potassium chloride; 36 mcg of potassium phosphate dibasic; residual components of MRC-5 cells including DNA and | Each 0.5-mL dose of the vaccine contains no more than 20 mg of sucrose, 11 mg of hydrolyzed gelatin, 2.5 mg of urea, 2.3 mg of sodium chloride, 16 mg of sorbitol, 0.38 mg of monosodium L-glutamate, 1.4 mg of sodium phosphate, 0.25 mg of human albumin, 0.13 mg of sodium bicarbonate, 94 mcg of potassium phosphate, 58 mcg of potassium chloride; residual components of MRC-5 cells including DNA and protein; 5 mcg of neomycin, bovine serum |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| protein; <16 mcg of neomycin, bovine calf serum (0.5 mcg), and other buffer and media ingredients. | albumin (0.5 mcg), and other buffer and media ingredients." |

2. In the CLINICAL STUDIES section, the addition of an additional clinical study under the subsection titled *Children who received a single dose of ProQuad at 12 through 23 months of age.*

| CLINICAL STUDIES | |
|---|---|
| PREVIOUS LANGUAGE | REVISED LANGUAGE |
| *Language in the right column did not exist in the previous label.* | In an additional clinical study, 1519 children 12 through 23 months of age received either the refrigerator-stable formulation of ProQuad (N=1006) or the frozen formulation of ProQuad (N=513). Subjects enrolled in this trial had a negative clinical history, no known recent exposure, and no vaccination history of measles, mumps, rubella, and varicella. Children were excluded from study participation if they had an immune impairment or had a history of allergy to components of the vaccine. No concomitant vaccines were permitted during the study participation. Following a single dose of the refrigerator-stable formulation of ProQuad, the vaccine response rates were 99.1% (95%CI: 98.2, 99.6) for measles, 97.7% (95% CI: 96.5, 98.6) for mumps, and 99.6% (95% CI: 98.9, 99.9) for rubella. The vaccine response rate was 90.1% (95% CI: 87.9, 92.0) for varicella. The results were similar to the immune response rates induced by the frozen formulation of ProQuad in the same study. The refrigerator-stable formulation of ProQuad was generally well tolerated. The safety profile of the refrigerator-stable formulation of ProQuad was comparable to that of the frozen formulation of ProQuad (see ADVERSE REACTIONS)." |

## II. October 1, 2009 Label Changes

1. Format change. Label was revised to comply with the Physician's Labeling Rule format and reorganized into two parts with an introductory overview titled HIGHLIGHTS OF PRESCRIBING INFORMATION followed by FULL PRESCRIBING INFORMATION.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

2. The INDICATIONS AND USAGE section was modified with new language describing the vaccine and its use in children 15 months to 12 years of age if a second dose of measles, mumps, rubella, and varicella is needed.

| INDICATIONS AND USAGE | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| ProQuad is indicated for simultaneous vaccination against measles, mumps, rubella, and varicella in children 12 months to 12 years of age.<br><br>ProQuad may be used in children 12 months to 2 years of age if a second dose of measles, mumps and rubella vaccine is to be administered. | ProQuad is a vaccine indicated for active immunization for the prevention of measles, mumps, rubella, and varicella in children 12 months through 12 years of age. |

3. The WARNINGS and PRECAUTIONS sections were combined and there was an addition of language regarding fever and febrile seizures.

| WARNINGS AND PRECAUTIONS | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | Administration of ProQuad (dose 1) to children 12 to 23 months old who have not been previously vaccinated against measles, mumps, rubella, or varicella, nor had a history of the wild-type infections, is associated with higher rates of fever and febrile seizures at 5 to 12 days after vaccination when compared to children vaccinated with M-M-R II and VARIVAX administered separately (see *Adverse Reactions*). |

4. The ADVERSE REACTIONS section was restructured and an introductory paragraph was added under a new subheading, *Clinical Trials Experience*.

| ADVERSE REACTIONS | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a vaccine cannot be directly compared to rates in the clinical trials of another vaccine and may not reflect the rates observed in clinical practice.  Vaccine-related adverse reactions reported during clinical trials were assessed by the study investigators to be |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | possibly, probably, or definitely vaccine-related and are summarized below. |
|---|---|

5. In the ADVERSE REACTIONS section, there was an addition of language under the subheading *Clinical Trials Experience* regarding the potential risk of febrile seizures following ProQuad administration.

| ADVERSE REACTIONS | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | These studies were not designed or statistically powered to detect a difference in rates of febrile seizure between recipients of ProQuad as compared to M-M-R II and VARIVAX.  The risk of febrile seizure has not been evaluated in a clinical study comparing the incidence rate after ProQuad (dose 2) with the incidence rate after concomitant M-M-R II (dose 2) and VARIVAX (dose 2). |

6. In the ADVERSE REACTIONS section, the subheading *Post-marketing surveillance* was retitled *Post-Marketing Experience* in bold font and there was a modification of the introductory language.

| ADVERSE REACTIONS | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| The discussion that follows describes adverse reactions which have been identified post-approval for the monovalent components of ProQuad. Because these reactions are described in the literature or reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship. | The following adverse events have been identified during post-approval use of either the components of ProQuad or ProQuad. Because the events are in some cases described in the literature or reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to vaccine exposure. |

7. In the CLINICAL PHARMACOLOGY section, there was a modification and addition of language under the subheading *Mechanism of Action* regarding the efficacy of ProQuad and how it has been shown to induce immunity.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| CLINICAL PHARMACOLOGY | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| In clinical efficacy studies, seroconversion in response to vaccination against measles, mumps, and rubella <u>paralleled protection from these diseases</u>. | ProQuad has been shown to induce measles-, mumps-, rubella-, and varicella-specific immunity, which is thought to be the mechanism by which it protects against these four childhood diseases. The efficacy of ProQuad was established through the use of immunological <u>correlates for protection</u> against measles, mumps, rubella, and varicella. Results from efficacy studies or field effectiveness studies that were previously conducted for the component vaccines were used to define levels of serum antibodies that <u>correlated with protection</u> against measles, mumps, and rubella. |

8. The HOW SUPPLIED section was retitled HOW SUPPLIED/STORAGE AND HANDLING and there was an addition of language in bold font regarding storage of the vaccine at room temperature. The same language was also added to the DOSAGE AND ADMINISTRATION section.

| HOW SUPPLIED/STORAGE AND HANDLING -and- DOSAGE AND ADMINISTRATION | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label, in either of the aforementioned sections.* | **IF NOT USED IMMEDIATELY, THE RECONSTITUTED VACCINE MAY BE STORED AT ROOM TEMPERATURE, PROTECTED FROM LIGHT, FOR UP TO 30 MINUTES.** |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 3**

**Summary of MumpsVax Label Changes**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1300

# LABEL CHANGES FOR MUMPSVAX[1]

## MUMPSVAX [MUMPS VIRUS VACCINE LIVE, MSD] JERYL LYNN STRAIN

MUMPSVAX (Mumps Virus Vaccine Live, MSD) Jeryl Lynn Strain is a live virus vaccine for immunization against mumps. It was approved by the FDA in 1970. Merck stopped manufacturing new lots of MUMPSVAX in 2007[2] and the product is currently listed as a discontinued vaccine on the CDC website.[3] There were numerous labeling revisions to MUMPSVAX over the course of the vaccine's history. A summary is provided below.

*Following is a summary of label changes for MUMPSVAX (Mumps Virus Vaccine Live, MSD) beginning with selected relevant language from the earliest available version issued March 1, 1991:*

- **March 1, 1991[4]:**
    a) In the DESCRIPTION section, the language, "When reconstituted as directed, the dose for injection is 0.5 mL and contains not less than the equivalent of 20,000 $TCID_{50}$ (tissue culture infectious doses) of the U.S. Reference Mumps Virus."
    b) In the CLINICAL PHARMACOLOGY section, the language, "Extensive clinical trials have demonstrated that MUMPSVAX is highly immunogenic and well tolerated. A single injection of the vaccine has been shown to induce mumps neutralizing antibodies in approximately 97 percent of susceptible children and approximately 93 percent of susceptible adults. . . . Although the antibody level is significantly lower than that following natural infection; it is protective and long lasting. Vaccine-induced antibody levels have been shown to persist for at least 15 years with a rate of decline comparable to that seen in natural infection. If the present pattern continues, it will provide a basis for the expectation that immunity following vaccination will be permanent. However, continued surveillance will be required to demonstrate this point."
    c) In the INDICATIONS AND USAGE section, the language, "Children vaccinated when younger than 12 months of age should be revaccinated. Based on available evidence, there is no reason to routinely revaccinate persons who were vaccinated originally when 12 months of age or older."

---

[1] This is not intended to be an exhaustive history of changes, nor a full description in detail.
[2] 2011 Final Stability Annual Review for MUMPSVAX Virus Vaccine, signed and dated March 16, 2011, MRK-KRA01634074
[3] Source: Selected U.S. Discontinued Vaccines, available at
https://www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/b/discontinued_vaccines.pdf
[4] March 1, 1991 Label, MRK-KRA01449133

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

d) In the PRECAUTIONS section, the statement, "As for any vaccine, vaccination with MUMPSVAX may not result in seroconversion in 100% of susceptible persons given the vaccine."

e) In the DOSAGE AND ADMINISTRATION section, the following statements:

   i "The dosage of vaccine is the same for all persons.  Inject the total volume (about 0.5 mL) of reconstituted vaccine subcutaneously, preferably in to the outer aspect of upper arm."

   ii "During shipment, to ensure that there is no loss of potency, the vaccine must be maintained at a temperature of 10°C (50°F) or less."

   iii "Before reconstitution, store MUMPSVAX at 2-8°C (36-46°F). *Protect from light*."

   iv "Each dose of MUMPSVAX contains not less than the equivalent of 20,000 $TCID_{50}$ of the U.S. Reference Mumps Virus."

f) In the HOW SUPPLIED section under the subheading titled *Storage*, "It is recommended that the vaccine be used as soon as possible after reconstitution. Protect vaccine from light at all times, since such exposure may inactivate the virus. Store reconstituted vaccine in the vaccine vial in a dark place at 2-8°C (36-46°F) and discard if not used within 8 hours."

- **April 1, 1999[5]:**

   a) In the DESCRIPTION section, there was an addition of language describing the growth medium for mumps, Medium 199, and a modification of language regarding cell cultures.

   b) In the DESCRIPTION section, the paragraph describing the contents of each dose of the vaccine was modified.

   c) In the CLINICAL PHARMACOLOGY section, there was an addition of the statement that a small percentage (1-5%) of vaccines may fail to seroconvert after the primary dose.

   d) In the CLINICAL PHARMACOLOGY section, the removal and revision of language regarding how efficacy of the vaccine was established and of language discussing antibody measurement and persistence.

   e) In the INDICATIONS AND USAGE section, the removal of a statement regarding natural immunity.

   f)  In the INDICATIONS AND USAGE section, a new subheading was added titled *Other Vaccination Considerations, Other Populations* specifically recommending vaccination for high-risk groups.

   g) The addition of a new section titled WARNINGS beginning with a statement regarding temperature elevation.

---

[5] April 1, 1999 Label, MRK-KRA01449062

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

h) In the PRECAUTIONS section, there was a change in language from "may not result in seroconversion" to "may not result in protection."

i) In the HOW SUPPLIED section, under the subheading *Storage*, the addition of language regarding freezing during shipment.

- **October 1, 2000[6]:**
  a) In the WARNINGS section, the addition of language regarding the use of albumin.

- **September 1, 2002[7]:**
  a) The Merck & Co. manufacturing address in the header was changed from West Point, PA to Whitehouse Station, NJ.
  b) In the INDICATIONS AND USAGE section under the subheading Recommended Vaccination Schedule, there was a change in language regarding revaccination.

- **February 1, 2007[8]:**
  a) Final approved label before Merck stopped manufacturing new lots of the vaccine. No substantive changes.

*Following is a detailed review of selected label changes for MUMPSVAX (Mumps Virus Vaccine Live, MSD) Jeryl Lynn Strain:*

**I.    April 1, 1999 Label Changes**

1. In the DESCRIPTION section, there was an addition of language describing the growth medium for mumps, Medium 199, and a modification of language regarding cell cultures.

| DESCRIPTION | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| The virus was adapted to and propagated in cell cultures of chick embryo free of avian leukosis virus and other adventitious agents. | The virus was adapted to and propagated in chick embryo cell culture.<br><br>The growth medium for mumps is Medium 199 (a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum) containing SPGA (sucrose, phosphate, glutamate, and human albumin) as stabilizer and neomycin. |

---

[6] October 1, 2000 Label, MRK-KRA01449090
[7] September 1, 2002 Label, MRK-KRA01448998
[8] February 1, 2007 Label, MRK-KRA01448934

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

|  | The cells, virus pools, fetal bovine serum, and human albumin are all screened for the absence of adventitious agents. Human albumin is processed using the Cohn cold ethanol fractionation procedure. |
|---|---|

2.  In the DESCRIPTION section, language describing the contents of each dose of the vaccine was modified.

| DESCRIPTION | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Each dose contains approximately 25mcg of neomycin. The product contains no preservative. Sorbitol and hydrolyzed gelatin are added as stabilizers. | Each dose of the vaccine is calculated to contain sorbitol (14.5 mg), sodium phosphate, sucrose (1.9 mg), sodium chloride, hydrolyzed gelatin (14.5 mg), human albumin (0.3 mg), fetal bovine serum (<1 ppm), other buffer and media ingredients and approximately 25 mcg of neomycin. |

3.  In the CLINICAL PHARMACOLOGY section, there was an addition of the statement that a small percentage (1-5%) of vaccines may fail to seroconvert after the primary dose.

| CLINICAL PHARMACOLOGY | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Although the antibody level is significantly lower than that following natural infection; it is protective and long lasting. | Although the antibody level is significantly lower than that following natural infection; it is protective and long lasting. However, a small percentage (1-5%) of vaccinees may fail to seroconvert after the primary dose (see also INDICATIONS AND USAGE, *Recommended Vaccination Schedule*). |

4.  In the CLINICAL PHARMACOLOGY section, the removal and revision of language regarding how efficacy of the vaccine was established and of language discussing antibody measurement and persistence.

| CLINICAL PHARMACOLOGY | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Vaccine-induced antibody levels have been shown to persist for at least 15 years with a rate of decline comparable to that seen in natural infection. If the present pattern continues, it will provide a basis for the expectation that immunity following vaccination will be permanent. | Efficacy of mumps vaccine was established in a series of double-blind controlled field trials which demonstrated a high degree of protective efficacy. These studies also established that seroconversion in response to mumps vaccination paralleled protection from these |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| However, continued surveillance will be required to demonstrate this point. | diseases.<br><br>Following vaccination, antibodies associated with protection can be measured by neutralization assays, hemagglutination-inhibition (HI), or ELISA (enzyme linked immunosorbent assay) tests. |
| --- | --- |

5.  In the INDICATIONS AND USAGE section, the removal of a statement regarding natural immunity.

| INDICATIONS AND USAGE | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Most adults are likely to have been infected naturally and generally may be considered immune, even if they did not have clinically recognizable disease.  A booster is not needed. | *Language in the left column was removed from the April 1, 1999 approval label.* |

6.  In the INDICATIONS AND USAGE section, a new subheading was added titled *Other Vaccination Considerations-Other Populations* specifically recommending vaccination for high-risk groups.

| INDICATIONS AND USAGE | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | Vaccination is recommended for susceptible individuals in high-risk groups such as college students, health-care workers, and military personnel. |

7.  In the CONTRAINDICATIONS section, a modification was made to the entry for febrile respiratory illness or other active febrile infection.

| CONTRAINDICATIONS | |
| --- | --- |
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Any febrile respiratory illness or other active febrile infection. | Febrile respiratory illness or other active febrile infection.  However, the ACIP has recommended that all vaccines can be administered to persons with minor illnesses such as diarrhea, mild upper respiratory infection with or without low-grade fever, or other low-grade febrile illness. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

8. The addition of a new section titled WARNINGS beginning with a statement regarding temperature elevation.

| WARNINGS | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | The physician should be alert to the temperature elevation which may occur following vaccination (see ADVERSE REACTIONS). |

9. In the PRECAUTIONS section, there was a change in language from "may not result in seroconversion" to "may not result in protection."

| PRECAUTIONS | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| As for any vaccine, vaccination with MUMPSVAX may not result in seroconversion in 100% of susceptible persons given the vaccine. | As for any vaccine, vaccination with MUMPSVAX may not result in protection in 100% of vaccinees. |

10. In the HOW SUPPLIED section, under the subheading *Storage*, the addition of language regarding freezing during shipment.

| HOW SUPPLIED | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | Freezing during shipment will not affect potency. |

## II.   October 1, 2000 Label Changes

1. In the WARNINGS section, the addition of language regarding the use of albumin.

| WARNINGS | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| *Language in the right column did not exist in the previous label.* | This product contains albumin a derivative of human blood. Based on effective donor screening and product manufacturing processes, it carries an extremely remote risk for transmission of viral diseases. Although there is a theoretical risk for transmission of Creutzleidt-Jacob disease (CJD), no cases of transmission of CJD or viral disease have ever been identified that were associated with the use of albumin. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

### III.   <u>September 1, 2002 Label Changes</u>

1. In the INDICATIONS AND USAGE section under the subheading *Recommended Vaccination Schedule*, there was a change in language regarding revaccination.

| INDICATIONS AND USAGE | |
|---|---|
| *PREVIOUS LANGUAGE* | *REVISED LANGUAGE* |
| Revaccination may seroconvert primary failures or boost antibody titers of those individuals whose titers have declined. | Revaccination is intended to seroconvert those who do not respond to the first dose. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 4**

**Transcription of MMRV-46-01 Laboratory Notebook Page**

**MRK-KRA00064825**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Project No. V205      Project Page MMRV-46-01

Investigator D. Krah  Date March 6, 2001

**Subject** Mumps neutralization assay – sera from Protocol 007: Data being generated for
information only – Not part of
formal testing for Protocol 007

**Filed in Book Number/Title** MMRV Filer 2001 (A)

---

Purpose:  Measure mumps neutralization titers of selected sera from (DKrah March 6, 2001) M-M-R® II Protocol 007 (low/non-responders from previous testing in the anti-IgG enhanced mumps neutralization assay).  Neutralization is being tested here without anti-IgG enhancement, + using Jeryl Lynn™ vaccine virus + JL135 as indicator viruses.  Sera are being tested (due to limited amounts available) @ a 1:4 starting initial dilution (1:8 after addition of virus).  The assay is being performed following Virus + Cell Biology Res. Proc. #874.3422 ("Mumps plaque reduction neutralization assay")

Note: dates are given in month/day/year format, unless otherwise specified.  DKrah March 6, 2001.

Sera:

(1) From Protocol 007 (M-M-R® II): pre + post (42d) sera from cases: (pediatric)

|       |       |        |        |        |
|-------|-------|--------|--------|--------|
| 7-2   | 7-31  | 7-133  | 7-166  | 7-174  |
| 7-223 | 7-678 | 7-1124 | 7-1715 | 7-1716 |

(2) Adult lab volunteer sera: (from 1/18/01 subaliquotting):

DK

MKY

Prepare duplicate sets of each serum dilution series – one to receive JL135 mumps + the other to receive Jeryl Lynn vaccine virus

See attached "PRN assay help sheet" for serum dilution, reagents + incubation time + temperatures.  See attached Box + sample code for inoculation key.  David Krah March 6, 2001.

Remove overlays + fix cells with 90% acetone, 10% water as described in Virus + Cell Biology Res. Proc. #874.3488.  See attached "Information sheet for immunostaining" for details of the acetone fixing.  Hold fixed cells overlaid with RCM063 @ 2-8°C for later immunostaining (as described in Virus + Cell Biology Res. Proc. #874.3488).  David Krah March 9, 2001.

[Translation of MRK-KRA00064825]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1309

**Schedule 5**

**Mumps House Standard Adjustment**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Document Number | Description |
|------|-----------------|-------------|
| 9/16/2002 | MRK-KRA01899697 at '698, 703, 713-14 (emphasis added) | Merck submitted a Prior Approval Supplement (PAS) on September 16, 2002 for "Measles Formulation and Potency Assay Format Changes to Support Potency through Twenty Four Months Expiry" that also proposed to "apply house standard calibration to all mumps and rubella potency values….House standard calibration is proposed for all material destined for release to the market and samples placed onto stability." "The proposed changes are required to provide adequate assurances that the manufacturing process produces product that meets its claimed specification through expiry (24 months)." |
| 5/18/2005 | MRK-KRA00000315 at '336-37 | "The mumps house standard potency was reassigned from 4.2 to 4.3 log10 TCID50/0.1 mL based on 3064 thousand assay runs over about 8 years. The reassigned house standard serves both as an assay control and calibration standard that normalizes unknown potency values to compensate for the assay running high or low on any particular day." |
| 11/10/1998 | MRK-KRA01894999 at '5002 | "One way to illustrate adjustment to a house standard is to view it as a means to compensate for differential sensitivity among assay runs. Suppose for instance that the assigned potency for the house standard is 3.0 log10 TCID50/0. 1mL …. Now suppose an assay is performed yielding measured potencies of 2.8 and 2.6 log10 TCID50/0.1mLfor the house standard and test material respectively. The difference between the assigned and measured house standard potency, 3.0 -2.8 = 0.2 log10 TCID50/0.1mL, is a reflection of a decrease in sensitivity of that run of the assay; thus we would predict that all materials tested in that run measure 0.2 log10 TCID50/0.1mL lower than the norm. We therefore adjust all potencies to account for the decrease in sensitivity in that run, and the potency of the test material would be adjusted up as follows: 2.6 + 0.2 = 2.8 log10 TCID50/0.1mL." |
| 2/26/2003 | MRK-KRA00049385 at '386-87 | As a result of house stand calibration and a reassignment of the mumps house standard potency from 4.2 log10 TCID50/dose to 4.3 log10 TCID50/dose. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Document Number | Description |
|---|---|---|
| 2/26/2003 | MRK-KRA00049385 at '392 (emphasis added) | **Consequences of Re-Assigning Mumps Potency from 4.2 to 4.3**<br><br>• Mumps Expiry Clinical Trial<br>  – Expiry potency 4.0 vs. 4.1 (10,000 vs. 12,589) $TCID_{50}$/Dose<br>• ProQuad®<br>  – Mumps specifications/measurements will increase 0.1 $Log_{10}$<br>• Kaketsuken - M-M-R®II<br>  – JNDA filed with data calibrated to 4.2<br>• Stability<br>  – Calibrated stability data will increase 0.1 $Log_{10}$ |
| 11/7/2003 | MRK-KRA01481321; MRK-KRA01481322 at '334 (emphasis added) | **Table 6. Relationship of specifications to the assignment mumps expiry as 4.0 vs. 4.1 $\log_{10}$ $TCID_{50}$/dose.**<br><br>(see table below) |
| 2/26/2003 | MRK-KRA00049385 at '392 | "Calibrated stability data will increase 0.1 log10" |
| 5/18/2005 | MRK-KRA00000315 | Merck calibrated the potency results of the mumps component of MMRII |

**Table 6. Relationship of specifications to the assignment mumps expiry as 4.0 vs. 4.1 $\log_{10}$ $TCID_{50}$/dose.**

| Mumps Component M-M-R™II | Current | Using 95% UCI | Using Point Estimate |
|---|---|---|---|
| Maximum Release Specification | None | 5.5 | 5.5 |
| Target Post-Lyophilization Fill Potency | 5.2 | 5.1 | 5.1 |
| Minimum Release Specification | 5.0 | 4.9 | 4.9 |
| Manufacturing Window | N/A (No max. spec.) | 0.6 | 0.6 |
| Stability Window | 0.7 | **0.8** | **0.9** |
| Expiry Potency | 4.3 | **4.1 (4.08[b])** | **4.0 (4.04[b])** |
| Assay Format (One vial × number of assay runs) | 1 × 6 1 × 12 Below 5.0 | 1 × 6 All lots 1 × 12 ≤ 4.9 or ≥ 5.5 | 1 × 6 All lots 1 × 12 ≤ 4.9 or ≥ 5.5 |
| House Standard Calibration | None | Calibrated | Calibrated |
| TOR | 40 hours[a] | **35 hours** | **40 hours[c]** |
| Reconstitute and Store at 2–8°C | 8 hours[a] | 8 hours | 8 hours |
| Expiry Dating Period | 24 Months[a] | 24 Months | 24 Months |

[a] Currently reported values are not supported by stability model.
[b] Calculated potency and calibrated to mumps house standard using potency assignment of 4.3 $\log_{10}$ $TCID_{50}$/0.1 mL.
[c] Calculated TOR exceeds 40 h but limited by measles component.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Document Number | Description |
|---|---|---|
| | at '336-37 | tested in the Protocol 007 clinical studies, the potency of the three groups tested in Protocol 007 clinical studies were adjusted by raising each assigned potency by 0.1 log10 TCID50/dose. |
| 2/26/2003 | MRK-KRA00049385 at '392 | The 4.0 log10 TCID50/dose group tested in Protocol 007 was reassigned to a potency of 4.1 log10 TCID50/dose. "Expiry potency 4.0 vs. 4.1 (10,000 vs. 12,589) TCID50/dose." |
| 5/18/2005 | MRK-KRA01971196; MRK-KRA00000315 at '336-37 | CBER approved the PAS. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 6**

**Epidemiological Studies Relating to Mumps**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1314

| Citation[1] | Bates (if applicable) |
|---|---|
| Kim-Farley, R et al.: *Clinical Mumps Vaccine Efficacy,* Am J Epidemiology, 121(4): 593-7, (Apr.) 1985. | MRK-KRA01620084-88 |
| Sullivan, K. M. et al.: *Effectiveness of Mumps Vaccine in a School Outbreak,* Am J Dis Children, 139(9): 909-12, (Sept.) 1985. | MRK-KRA01620090-093 |
| Chaiken, B. P. et al.: *The Effect of a School Entry Law on Mumps Activity in a School District,* JAMA, 257(18): 2455-58, (May 8) 1987. | MRK-KRA00622684 at '714-717 |
| Wharton, M. et al.: *A Large Outbreak of Mumps in the Postvaccine Era,* J Inf Diseases, 158(6): 1253-60, (Dec.) 1988. | MRK-KRA01620100-107 |
| Hersh, B. S., et al.: *Mumps outbreak in a highly vaccinated population.* J Pediatrics, 119(2): 187-93, (Aug.) 1991. | MRK-KRA00622684 at '728-734 |
| Toscani, L. et al.: *Comparison of the Efficacy of Various Mumps Vaccine Strains: A Study Conducted in Schools,* Soz. Praventivmed, 41: 341-7, 1996. | MRK-KRA00622684 at '736-745 |
| Schlegel, M. et al.: *Comparative efficacy of three mumps vaccines during disease outbreak in eastern Switzerland: cohort study,* British Med J., 319: 352-3, 1999. | MRK-KRA00622684 at '747-748 |
| Whitman, C. et al.: *Mumps Outbreak in a Highly Vaccinated Population in New York City,* NY State Pediatrician (Newsletter), 1998. | MRK-KRA00622684 at '750-751 |
| Fiebelkorn, A. P. et al.: *Mumps Antibody Response in Young Adults After a Third Dose of Measles-Mumps-Rubella Vaccine,* Open Forum Infectious Diseases, 1(3), (Dec.) 2014. | |
| Cardemil, C. V. et al.: *Effectiveness of a Third Dose of MMR Vaccine for Mumps Outbreak Control,* New Eng J Med., 377(10): 947-956, (Sept. 7) 2017. | Pallansch Ex. 12 |
| Lebo, E. J. et al.: *Seroprevalence of Measles, Mumps, Rubella and Varicella Antibodies in the United States Population, 2009-2010,* Open Forum Infectious Diseases, 2(1), (Feb. 20) 2015. | |
| Kutty, P. K. et al.: *Seroprevalence of Antibody to Mumps Virus in the US Population, 1999-2004,* J. Infectious Diseases, 202(5): 667-74 (Sept. 1) 2010. | MRK-KRA00210533-540 |

---

[1] This is not intended to be an exhaustive list, nor a full description in detail.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Citation[1] | Bates<br>(if applicable) |
|---|---|
| CDC, *Summary of Notifiable Infectious Diseases and Conditions – United States, 2015*, MMWR, 64(53): 1-143, (Aug. 11) 2017. | Kuter Ex. 7 |
| Latner, D. R. et al: *Mumps Virus Nucleoprotein and Hemagglutinin-Specific Antibody Response Following a Third Dose of Measles Mumps Rubella Vaccine*, Open Forum Infectious Diseases, 4(4), (Oct. 1) 2017. | |
| Latner, D. R. et al.: *Enzyme-Linked Immunospot Assay Detection of Mumps-Specific Antibody-Secreting B cells as an Alternative Method of Laboratory Diagnosis*, Clinical and Vaccine Immunology, 18(1): 35-42, (Jan.) 2011. | |
| Vandermeulen, C. et al.: *Detection of mumps virus-specific memory B cells by transfer of peripheral blood mononuclear cells into immune-deficient mice*, Immunology, 131(1): 33-39, (Sept.) 2010. | |
| Kancherla, V. S. et al.: *Mumps resurgence in the United States*, J Allergy Clin Immunol, 11(4): 938-41, (Oct.) 2006. | MRK-KRA00120141-144 |
| Peltola, H. et al.: *Mumps Outbreaks in Canada and the United States*, Mumps Vaccines, Clinical Infectious Diseases, 45: 459-466, (Aug. 15) 2007. | MRK-KRA01532703-710 |
| Dayan, G. H. et al.: *Mumps Outbreaks in Vaccinated Populations: Are Available Mumps Vaccines Effective Enough to Prevent Outbreaks?*, Clinical Infectious Diseases, 47: 1458-467, (Dec. 1) 2008. | MRK-KRA01301361-370 |
| Dayan, G. H. et al.: *Recent Resurgence of Mumps in the United States*, New England J Med., 358(15): 1580-1589, (Apr. 10) 2008. | MRK-KRA01532949-958 |
| Barskey, A. E. et al.: *Mumps resurgences in the United States A historical perspective*, Vaccine, 27: 6186-6195, 2009. | MRK-KRA01532914-923 |
| Huang, A. S. et al.: *Risk factors for mumps at a university with a large mumps outbreak*, Public Health Report, 124(3): 419-426, (May-June) 2009. | MRK-KRA01038877-885 |
| Quinlisk, M. P.: *Mumps Control Today*, J Infect Dis., 202(5): 655-656, (Sept. 1) 2010. | MRK-KRA00027898-899 |
| Rubin, S. A. et al.: *Recent Mumps Outbreaks in Vaccinated Populations: No Evidence of Immune Escape*, J Virol., 86(1): 615–620, (Jan.) 2012. | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Citation[1] | Bates (if applicable) |
|---|---|
| Barskey, A. E. et al.: *Mumps Outbreak in Orthodox Jewish communities in the United States*, New England Journal of Medicine, 367(18): 1704-13, (Nov. 1) 2012. | |
| Nelson, G. E. et al.: *Epidemiology of a Mumps Outbreak in a Highly Vaccinated Island Population and Use of a Third Dose of Measles-Mumps-Rubella Vaccine for Outbreak Control—Guam 2009 to 2010*, Pediatric Infectious Disease Journal, 32(4): 374-380, (Apr.) 2013. | |
| Cortese, M.M. et al.: *Mumps Vaccine Performance among University Students during a Mumps Outbreak*, Clinical Infectious Diseases, 46(8): 1172-80, (Apr. 15) 2008. | |
| Date, A. A. et al.: *Long-Term Persistence of Mumps Antibody after Receipt of 2 Measles-Mumps-Rubella (MMR) Vaccinations and Antibody Response after a Third MMR Vaccination among a University Population*, Journal of Infectious Diseases, 197(12): 1662-68, (June 15) 2008. | CDC0000284 at '341-347 |
| Yung, C-F. et al.: *Mumps complications and effects of mumps vaccination, England and Wales, 2002-2006*, Emerging Infectious Disease, 17(4): 661-7, (Apr.) 2011. | |
| Hashimoto, H. et al.: *An office-based prospective study of deafness in mumps*, Pediatric Infectious Disease Journal, 28(3): 173–5, (Mar.) 2009. | MRK-KRA00860221-223 |
| Rubin, S. et al.: *Emerging Mumps Infection*, The Pediatric Infectious Disease Journal, 35(7): 799-801, (July) 2016. | |
| Latner, D. R. et al.: *Remembering Mumps*, PLOS Pathog, 11(5): 1-4 (May 7) 2015. | |
| Sabbe, M. et al.: *The resurgence of mumps and pertussis*, Human Vaccines and Immunotherapeutics, 12(4): 955-9, (Apr. 2) 2016. | |
| Livingston, K. A. et al.: *Mumps vaccine effectiveness and risk factors for disease in households during an outbreak in New York City*, Vaccine, 32(3): 369-74, (Jan. 9) 2014. | |
| Ogbuanu, I. U. et al.: *Impact of a third dose of measles-mumps-rubella vaccine on a mumps outbreak*, Pediatrics, 130(6): 1567-74, (Dec.) 2012. | CDC0000001 at '008-017 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Citation[1] | Bates (if applicable) |
|---|---|
| Albertson, J. P. et al.: *Mumps outbreak at a university and recommendation for a third dose of measles-mumps-rubella vaccine—Illinois, 2015–2016,* MMWR, 65(29): 731–734, (July 29) 2016. | MRK-KRA02102732-35 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 7**

**Studies on Mumps Efficacy**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1319

| Type of Study | Citation[1] | Bates (if applicable) |
|---|---|---|
| Monovalent Mumps (pre-licensure) | Weibel, R.E., et al: *Evaluation of Live Attenuated Mumps Virus Vaccine, Strain Jeryl Lynn, First International Conference on Vaccines Against Viral and Rickettsial Diseases of Man, Washington, DC,* Pan American Health Organization Scientific Publication No.147, pp 430-437, (May) 1967. <br><br> Also cited as: <br><br> Weibel, R.E., et al: *Evaluation Of Live Attenuated Mumps Virus Vaccine, Strain Jeryl Lynn, First International Conference on Vaccines Against Viral and Rickettsial Diseases of Man,* World Health Organization, 147, (May) 1967. | |
| Monovalent Mumps (pre-licensure) | Hilleman, M. R., et al.: *Live Attenuated Mumps Virus Vaccine: 4. Protective Efficacy as Measured in Field Evaluation,* New Eng. J. Med., 276: 252-258, (Feb. 2) 1967. | |
| Monovalent Mumps (pre-licensure) | Buynak, E. B., et al.: *Live Attenuated Mumps Virus Vaccine: 1. Vaccine Development,* Proc Soc Exp Biol Med, 123:768-775 (Dec), 1966. | |
| Monovalent Mumps | Buynak, E.B., et al.: *Jeryl Lynn Strain Live Attenuated Mumps Virus Vaccine,* J. Am. Med. Assoc., 203(1):63-67 (Jan 1), 1968. | |
| Monovalent Mumps (pre-licensure) | Stokes, J., Jr., et al.: *Live Attenuated Mumps Virus Vaccine: 2. Early Clinical Studies,* Pediatrics, 39:363-371, (Mar) 1967. | |
| Monovalent Mumps (pre-licensure) | Weibel, R. E., et al.: *Live Attenuated Mumps Virus Vaccine: 3. Clinical and Serologic Aspects in a Field Evaluation,* New Eng J Med, 276(5):245-251 (Feb 2), 1967. | |
| Monovalent Mumps | Young, M. L., et al.: *Experiences with Jeryl Lynn Strain Live Attenuated Mumps Virus Vaccine in a Pediatric Outpatient Clinic,* Pediatrics, 40(5):798-803, (Nov) 1967. | |

---

[1] This is not intended to be an exhaustive list, nor a full description in detail.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Type of Study | Citation[1] | Bates (if applicable) |
|---|---|---|
| MMR Trivalent (pre-licensure) | Stokes, J., et al.: *Trivalent Combined Measles-Mumps-Rubella Vaccine, Findings in Clinical-Laboratory Studies*, J. Am. Med. Assoc., 218(1):57-61, (Oct 4) 1971. | MRK-KRA01954958 at '244-248; *see also* MRK-KRA01955502. |
| MMR Trivalent (pre-licensure) | Buynak, E. B., et al.: *Combined Live Measles, Mumps, Rubella Vaccine*, J. Am. Med. Assoc., 207:2259-2262, (Mar. 24) 1969. | MRK-KRA01954958 at '250-253; *see also* MRK-KRA01955502. |
| MMR Trivalent (persistence) | Weibel, R. E. et al.: *Persistence of immunity following monovalent and combined live measles, mumps, and rubella vaccines*, Pediatrics, 51(3):467-475, (Mar) 1973. | MRK-KRA01954958 at '255-263; *see also* MRK-KRA01955502. |
| MMR Trivalent (persistence) | Weibel, R. E., et al.: *Long term follow-up for immunity after monovalent and combined live measles, mumps, and rubella vaccines*, Pediatrics, 56(3):380-387, (Sept) 1975. | MRK-KRA01954958 at '265-272; *see also* MRK-KRA01955502. |
| MMR Trivalent (persistence) | Weibel, R. E., et al.: *Persistence of antibody after administration of monovalent and combined live measles, mumps, and rubella vaccines*, Pediatrics, 61(1):5-11, (Jan. 1) 1978. | MRK-KRA01954958 at '274-280; *see also* MRK-KRA01955502. |
| MMRII Trivalent (pre-licensure) | Weibel, R. E., et al.: *Clinical and Laboratory Studies of Combined Live Measles, Mumps, and Rubella Vaccines using the RA 27/3 Rubella Virus (40979)*, Proc. Soc. Exp. Biol. Med., 165(2):323-326, 1980. | MRK-KRA01954958 at '309-312. *See* MRK-KRA01955502 at '749-897 (Data and clinical documentation summarized in Study Summaries 1 through 7, section D), Reference 15; *see also* MRK-KRA00018678. |
| MMRII Trivalent (post-licensure) | Fahlgren, K.: *Two doses of MMR vaccine-sufficient to eradicate measles, mumps and rubella?*, Scand. J. Soc. Med. 16:129-135, (Sept. 1) 1988. | MRK-KRA01955502 at 726, Reference 17. MRK-KRA01954958 at '320-326. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 8**

**ACIP Schedule of Recommended Vaccines**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1322

| Date[i] | ACIP Recommendation |
|---------|---------------------|
| 1967 | ACIP suggests mumps vaccine be considered for children approaching puberty, for adolescents, and for adults.[ii] |
| 1968 | ACIP suggests that mumps vaccine may be used at any age from 12 months.[iii] |
| 1972 | ACIP suggests that mumps vaccine is of particular value in children approaching puberty, adolescents, and adults, especially males.[iv] |
| 1977 | ACIP recommends routine vaccination with one dose of mumps vaccine for all children at any age after 12 months.[v] |
| 1980 | ACIP recommends vaccination of susceptible children, adolescents, and adults, unless such vaccination is contraindicated.[vi] |
| 1989 | ACIP recommends that a second dose of measles-containing vaccine be administered to children 4 to 6 years of age (at time of entry to kindergarten or first grade), and designated MMRII as the vaccine of choice.[vii] |
| 1998 | ACIP changes the recommended age for routine vaccination to 12 to 15 months for the first dose of MMR, and to 4 to 6 years for the second dose of MMR.[viii] |
| 2006 | ACIP formally recommends two doses of a live mumps virus-containing vaccine for school-aged children (grades K to 12) and adults in high risk groups.  ACIP also recommended that a second dose of mumps vaccine should be considered in outbreak settings for children aged 1 to 4 years and adults who have received 1 dose of vaccine, depending on the epidemiology of the outbreak.[ix] |
| 2010 | ACIP makes the following recommendations: <br><br> For the first dose of measles, mumps, rubella, and varicella vaccines at age 12 to 47 months, either measles, mumps, and rubella (MMR) vaccine and varicella vaccine or MMRV vaccine may be used. Providers who are considering administering MMRV vaccine should discuss the benefits and risks of both vaccination options with the parents or caregivers. Unless the parent or caregiver expresses a preference for MMRV vaccine, CDC recommends that MMR vaccine and varicella vaccine should be administered for the first dose in this age group. <br><br> For the second dose of measles, mumps, rubella, and varicella vaccines at any age (15 months to 12 years) and for the first dose at age ≥48 months, use of MMRV vaccine generally is preferred over separate injections of its equivalent component vaccines (*i.e.*, MMR vaccine and varicella vaccine). Considerations should include provider assessment, patient preference, and the potential for adverse events.[x] |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| 2018 | ACIP recommends that persons previously vaccinated with two doses of a mumps virus-containing vaccine who are identified by public health authorities as being part of a group or population at increased risk for acquiring mumps because of an outbreak should receive a third dose of a mumps virus-containing vaccine.[xi] |
| --- | --- |
| Current Schedule | ACIP recommends routine administration of two doses of mumps vaccine. It recommends either MMR or MMRV for the first dose, which should be administered at 12 to 15 months. It recommends MMRV for the second dose, which should be administered at 4 to 6 years old. The second dose may be given as early as four weeks after the first dose.<br><br>For catch-up vaccinations, ACIP recommends two doses at least 4 weeks apart. For international travel, ACIP recommends that infants 6 to 11 months received one dose before departure and two doses at 12 to 15 months (12 months in high risk areas). The second dose can be given as early as 4 weeks after the first dose. For children over 12 months, ACIP recommends two doses at least 4 weeks apart before departure.<br><br>During a mumps outbreak, persons older than 12 months who have previously received two or less doses and are identified by public health authorities to be at increased risk during an outbreak should receive one dose.[xii] |

[i] This is not intended to be an exhaustive list, nor a full description in detail.

[ii] CDC, Recommendation of the Public Health Service Advisory Committee on Immunization Practices: mumps vaccine. MMWR 1967; 16:430-1.

[iii] CDC, Recommendation of the Public Health Service Advisory Committee on Immunization Practices: mumps vaccine. MMWR 1968; 17:419.

[iv] CDC, Mumps Surveillance: January 1972-June 1974. Atlanta, GA: U.S. Department of Health, Education, and Welfare, Public Health Service, 1974.

[v] CDC, Recommendation of the Public Health Service Advisory Committee on Immunization Practices: mumps vaccine. MMWR 1977; 26:393-4.

[vi] CDC, Recommendation of the Immunization Practices Advisory Committee (ACIP): mumps vaccine. MMWR 1980; 29:87-8,93-4.

[vii] CDC, Measles prevention: recommendations of the Immunization Practices Advisory Committee (ACIP). MMWR 1989; 38(No. S-9):1-18.

[viii] CDC, Measles, Mumps, and Rubella – Vaccine Use and Strategies for Elimination of Measles, Rubella, and Congenital Rubella Syndrome and Control of Mumps: recommendations of the Immunization Practices Advisory Committee (ACIP). MMWR 1998; 47(RR-8); 1-57.

[ix] CDC, Notice to Readers: Updated Recommendations of the Advisory Committee on Immunization Practices (ACIP) for the Control and Elimination of Mumps. MMWR 2006; 55(22):629-30.
[x] CDC. Use of Combination Measles, Mumps, Rubella, and Varicella Vaccine: Recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR 2010; 59(RR03); 1-12.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

[xi] CDC, Recommendation of the Advisory Committee on Immunization Practices for Use of a Third Dose of Mumps Virus – Containing Vaccine in Persons at Increased Risk for Mumps During an Outbreak. MMWR 2018; 67(1); 33-38.

[xii] CDC, Recommended Immunization Schedule for Children and Adolescents Aged 18 Years or Younger, UNITED STATES, 2018 (Jan. 1, 2018).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 9**

**Statistics on Outbreaks of Mumps Disease**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1326

| Year | Reported Mumps Cases |
|------|---------------------|
| 1986 | 7,790[i] |
| 1987 | 12,848 |
| 1988 | 4,866 |
| 1989 | 5,712 |
| 1990 | 5,292 |
| 1991 | 4,264 |
| 1992 | 2,572 |
| 1993 | 1,692 |
| 1994 | 1,537 |
| 1995 | 906 |
| 1996 | 751 |
| 1997 | 683 |
| 1998 | 666 |
| 1999 | 387 |
| 2000 | 338 |
| 2001 | 266 |

| Year | Reported Mumps Cases |
|------|---------------------|
| 2002 | 270 |
| 2003 | 231 |
| 2004 | 258 |
| 2005 | 314 |
| 2006 | 6,584 |
| 2007 | 800 |
| 2008 | 454 |
| 2009 | 1991 |
| 2010 | 2,612 |
| 2011 | 404 |
| 2012 | 229 |
| 2013 | 584 |
| 2014 | 1,223[ii] |
| 2015 | 1,329[iii] |
| 2016 | 6,369[iv] |
| 2017 | 5,629[v] |

[i] Annual data from 1986 through 2013 comes from the 13th Edition of the Centers for Disease Control and Preventions textbook *Epidemiology and Prevention of Vaccine-Preventable Diseases* (Pinkbook), Appendix E.

[ii] Centers for Disease Control, MMWR, *Summary of Notifiable Infectious Diseases and Conditions – United States, 2014*, 63(54), 20 (2016).

[iii] Centers for Disease Control, MMWR, *Summary of Notifiable Infectious Diseases and Conditions – United States, 2015*, 64(53), 22 (2017).

[iv] National Notifiable Infectious Diseases and Conditions: United States, Annual Data for 2016, Table 2j "Meningococcal disease; Mumps; Novel Influenza A virus infections," CDC Wonder website, available at https://wonder.cdc.gov/nndss/static/2016/annual/2016-table2j-H.pdf.

[v] National Notifiable Infectious Diseases: Weekly Tables, Table II (Part 11) "Meningococcal disease; Mumps; Pertussis," CDC Wonder website, available at https://wonder.cdc.gov/nndss/nndss_weekly_tables_menu.asp?mmwr_year=2017&mmwr_week=52.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 10**

**Correlates of Protection Statement Timeline**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1328

# Correlates of Protection Statement Timeline



This is not intended to be an exhaustive timeline, nor a full description in detail.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**KEY:** Formal Merck to CBER; *Merck internal*; Formal CBER to Merck/GSK; *GSK internal*

**Appx1329**

# Correlates of Protection Statement Timeline



**2/8/00**
Merck: In call, CBER's Carbone stated that "purpose of using a neutralization assay and not an ELISA assay [was] because at end expiry the potencies are at the low end. It is important... low end be measured with a neutralization assay that can be reflective of protection."
MRK-KRA0000235 at 235-236

**3/13/00**
CBER to Merck (fax meeting summary): "The assay modifications are reasonable to try to enhance sensitivity of the assay, pending appropriate validation....
• Jeryl Lynn passage 7 to 12,
• IgG enhancement,
• KARBER method"
MRK-KRA0107235 at 264-265

**3/13/00**
CBER to Merck (fax meeting summary): "Merck's current assay showed: 90% [SCR] for JL; 66% [SCR] for L-1; 56% [SCR] for JL2." "[T]he PRN is an immunological endpoint for protection against wild type disease...." "[I]f Merck can develop an ELISA assay using these low passage JL strains that can be validated against the PRN assay to CBER's satisfaction, the ELISA method would also be acceptable."
MRK-KRA0107291 at 353

**4/21/00**
CBER to GSK

**10/27/00**
CBER to Merck: "Seroconversion rate you achieve in your new study will be used to modify the label if it results in a change in expiry titer."
MRK-KRA0000123 at 233

**2/26/01**
Merck: "neutralization assay is very artificial because of the IgG added low level responders cannot be distinguished from nonresponders."
MRK-KRA0549464 at 471

**4/20/2001**
Merck BPDR: "Our medical assessment, based on historical and recent clinical data, indicates that...3.9 ...is efficacious and the possibility of seroconverting is essentially equivalent to ... 4.9 or 4.0 log...."
MRK-KRA0079633 at 636

**8/6/01**
CBER to Merck (Summary of Inspection findings): AIGENT described "[a]s the immunological correlate for efficacy of mumps vaccination."
MRK-KRA0207164 at 166

**10/19/01**
Merck CBER requested justification for ELISA 10 Ab cutoff. CBER requested ELISA be correlated to PRN a biologically relevant cutoff that is related to seroprotection.
MRK-KRA0549451 at 452-453

2000    2001

**KEY:** Formal Merck to CBER; *Merck internal;* **Formal CBER to Merck/GSK;** GSK internal

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1330

# Correlates of Protection Statement Timeline



**1/31/02**
Merck (IND 7068):
Justification
required for ELISA
to Ab cutoff
CBER requested
ELISA be
correlated to PRN.
CBER required
'cutoff linked to a
biologically
relevant reference
standard.'
MRK-KRM0893177vt-778

**5/7/02**
Merck: "[I]f we are
unable to provide
sufficient
reassurance about
the clinical
relevance of the
ELISA cutoff
(which is Kathy
[Carbone]'s mind
means linking this
to the PRN) then
we may end up
with some type of
a fold-rise criterion
which I assume we
would rather avoid
if possible.
MRK-KRM0054247f6

**6/11/02**
Merck: "The PRN
assay correlates
well with the
mumps ELISA
and therefore
only the ELISA
testing will be
conducted for
[the one year
persistence
serology]
Revaccinations
will be based
solely on ELISA
results."
MRK-KRM0718040.at-541

**7/26/02**
Merck: "With
regard to product
efficacy, we
provided an interim
analysis of an
ongoing mumps
end-expiry trial to
justify efficacy of
lower potency
product. CBER
accepted the
Merck response."
MRK-KRM0070070vt-706

**2002**

**2003**

KEY: Formal Merck to CBER; Merck internal; Formal CBER to Merck/GSK; GSK internal

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1331**

# Correlates of Protection Statement Timeline

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



**1/2/2004**
Merck: PRN "was developed and used to measure the ability of the vaccine-induced immune response to inhibit viral replication in vitro, and therefore possibly provide a better indication of immune protection."
MRK-KRA00705709 at 913

**1/29/2004**
Merck (in sBLA): "PRN assay was used as the primary endpoint because it is a functional assay … considered a surrogate for vaccine effectiveness of rubella … presented here indicate with a high level of assurance that decreasing the mumps end-expiry titer from 4.3 to 4.1 … will ensure that M·M·R™II remains a highly effective vaccine." MRK-KRA00120766 at 766

**1/29/2004**
Merck: WT ELISA "used in this study was shown to correlate with the PRN assay." The AGENT and WT ELISA "results from this study support the effectiveness of … 4.1 … and the lowering of the mumps virus end expiry potency from the currently assigned potency of 4.3 log … to no less than 4.1 log." MRK-KRA00120784 at 952

**6/29/2004**
Merck: "We don't really know what a clinically protective level is in either assay (WT ELISA and (AGENT)." MRK-KRA00370719 at 719

**7/27/04**
CBER to Merck (7068): "Appropriate cutoff for WT ELISA 10 Ab cutoff "should be supported by … some relevance with protective levels of antibody (e.g., neutralizing antibody)." MRK-KRA00848641 at 652

**6/8/04**
Merck: "Since we're banking on immunogenicity data to serve as surrogate markers for efficacy, there's all the more interest in these assays." MRK-KRA00373967 at 969

**8/27/04**
Merck (7068): "Correlation of protection with the development of detectable antibody was established in the early mumps efficacy studies using a neutralization assay. The development of any detectable antibody in the neutralization assay was found to correlate strongly with protection against wild-type infection. More recently, Merck & Co., Inc. has assessed the correlation between neutralizing antibody (as measured in … [AGENT] assay) and a … [WT ELISA]. The overall agreement rate was 93.6% (480/513). These data support the use of the results of a wild-type ELISA as a correlate for protection." MRK-KRA00530528 at 550

**8/27/04**
Merck (7068): Efficacy of ProQuad "was determined through the use of serologic correlates of protection." "Evaluation of immunogenicity using validated assays [sic] could be used as a surrogate measure of efficacy…" MRK-KRA00670528 at 126 135

**8/27/04**
Merck (7068): "The presence of detectable antibody by the neutralization assay or EIA … for mumps … has been shown to have a strong correlation with protection from disease." MRK-KRA00530228 at 244

**10/19/04**
Merck: "The appropriateness of the cutoff employed in the ELISA for seropositivity should be supported by data demonstrating some relevance levels of antibody (e.g., neutralizing antibody)" MRK-KRA00848641 at 961

**10/24/04**
Merck: "PRN is functional assay … correlate of protection. ELISA is not a functional assay but an antibody assay. We need to convince CBER that the ELISA will provide equivalent results to PRN and thus equate (bridge) to protection." MRK-KRA00370133

**4/13/05**
Merck to CBER: "The purpose … [of sBLA was] to provide clinical data supporting a reduction in expiry potency of the mumps component … based on Mumps [PRN] assay used as a surrogate marker for vaccine efficacy." MRK-KRA00705740 at 321

**5/5/05**
Merck: "While we have compared the mumps WT ELISA to … AGENT neutralization assay, I am not aware of any clinical evaluations where 10 Ab units has been established as a protective level." MRK-KRA00049626

**6/27/05**
CBER to Merck: "The cutoffs used for MMR ELISAs have been extensively discussed with CBER…. Though not an established protective level, the cutoff in the Mumps WT ELISA … has been shown to provide good agreement with that of a mumps neutralization assay …. Indeed, a titer below these agreed-upon seroprotective levels cannot be distinguished from seronegativity and seropositivity below seroprotection." MRK-KRA00848544 at 459 460

**2 0 0 4**

**2 0 0 5**

KEY: Formal Merck to CBER: Merck internal: **Formal CBER to Merck/GSK: GSK internal:**

**Appx1332**

# Correlates of Protection Statement Timeline

**2 0 0 9**

10/09
Merck (ProQuad Label):
"The efficacy of
ProQuad was
established through the
use of immunological
correlates of
protection… Results
from efficacy studies or
field effectiveness
studies that were
previously conducted for
the component vaccines
were used to define
levels of serum
antibodies that
correlated with
protection against…
mumps."
MRK-KRA054405UR165

KEY: Formal Merck to CBER: Merck internal; Formal CBER to Merck/GSK: GSK internal

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1333

**Schedule 11**

**MMRII – Regulatory History**

## MMRII – Regulatory History[1]

| Date | Event |
|------|-------|
| June 30, 1967 | Merck submitted an Initial Investigation New Drug (IND) Application for a combined measles, mumps, and rubella vaccine ("MMR").[2] |
| April 22, 1971 | NIH's Division of Biologics Standards (DBS)[3] approved the IND for MMR.[4] |
| September 5, 1975 | Merck submitted an IND for "MMRII."[5] This IND was designated BB-IND 1016. MMRII included the RA 27/3 (human diploid fibroblast) strain of rubella vaccine instead of other strains.[6] Clinical testing of MMRII and the RA27/3 strain of rubella vaccine started in January 1976.[7] The RA 27/3 strain replaced previous strains HPV-77 and Cendehill because it induced a higher and more persistent antibody response and was associated with fewer adverse events.[8] |
| September 15, 1978 | FDA approved the IND for MMRII and licensed the combined measles, mumps, and rubella vaccine that included RA27/3.[9] |
| 1977-1980 | Merck submitted seven post-marketing studies it performed from 1975 to 1978 to support the original licensure of MMRII.[10] |
| January 1979 | FDA approved[11] the RA 27/3 (human diploid fibroblast) strain of rubella vaccine (Meruvax II); all other strains were discontinued.[12] |
| February 1996 | FDA initiated a Section 314 review of the MMRII label.[13] From this it was determined that an end expiry study needed to be done.[14] |
| November 5, 1997 | Meeting between FDA's CBER and Merck involved a discussion concerning the requirement to state in the label end of shelf-life titer for |

---

[1] This is not intended to be an exhaustive history, nor a full description in detail.

[2] MRK-KRA00283308.

[3] Testing vaccines was regulated by NIH's Division of Biologics Standards until 1972 when this function was transferred to the Food and Drug Administration.
https://www.fda.gov/AboutFDA/WhatWeDo/History/ucm064476.htm.

[4] http://www.immunize.org/timeline/ (BLA 101069); *see also, e.g.*, MRK-KRA00153450; MRK-KRA01538727.

[5] MRK-KRA00283308.

[6] The RA 27/3 strain was first isolated by Dr. Stanley Plotkin in the late 1960's. *See, e.g.*, Ross, Christian H. "Stanley Alan Plotkin's Development of a Rubella Vaccine (1969)." Embryo Project Encyclopedia (2017-06-28). Available at https://embryo.asu.edu/pages/stanley-alan-plotkins-development-rubella-vaccine-1969. *See also* Plotkin, "The History of Rubella and Rubella Vaccination Leading to Elimination," Clinical Infectious Diseases, 2006, 43, Supplement 3, S164-S168.

[7] *See, e.g.*, MRK-KRA01383134 at '4008-146.

[8] AAP-0001315 at '325; GSK-MMR-0177368 at '383.

[9] MRK-KRA00019685 at '698; MRK-KRA00019109 at '111.

[10] MRK-KRA00792125 at '134. Reports on these studies appear to have been submitted to the FDA between 1977 and 1980 (MRK-KRA01383134 at '4003-146).

[11] "The U. S. Food and Drug Administration (FDA) must license (approve) a vaccine before it can be used in the United States."
https://www.fda.gov/downloads/biologicsbloodvaccines/safetyavailability/vaccinesafety/ucm298181.pdf.

[12] http://www.immunize.org/timeline/; Plotkin, "The History of Rubella and Rubella Vaccination Leading to Elimination," Clinical Infectious Diseases, 2006, 43, Supplement 3, S164–S168.

[13] MRK-KRA00095142; MRK-KRA01972735 at '737; MRK-KRA00625250.

[14] *See* MRK-KRA01972735.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|------|-------|
| | mumps,[15] and the determination that Merck's label was interpreted to state an end-expiry mumps specification.[16] |
| December 16, 1997 | In response to FDA questions, Merck presented a proposal for a clinical trial to investigate mumps immunogenicity at vaccine end expiry (Protocol 007).[17] The study was designed to determine if children vaccinated with MMRII at mumps virus end-expiry potency below 4.3 log10 TCID50 would achieve similar seroconversion rates as children receiving MMRII at the targeted mumps release potency (~4.9 log10 TCID50).[18] |
| 1998-1999 | Merck submitted additional information related to the clinical trial to investigate mumps immunogenicity at vaccine expiry (Protocol 007) at least from January 28, 1998 through August 20, 1999.[19] |
| January 28, 1998 | Merck submitted a description of the stability analyses performed by Merck using a mixed effect statistical model, which is supposed to acknowledge variability among lots.[20] This was part of information submitted concerning the clinical trial investigating the mumps immunogenicity at vaccine expiry. |
| June 23, 1998 | Merck submitted a detailed proposal describing the clinical trial protocol for evaluating the immunogenicity of the expiry potency of the mumps component in the trivalent vaccine.[21] This was part of information submitted concerning the clinical trial investigating the mumps immunogenicity at vaccine expiry. |
| February 5, 1999 | Merck submitted additional information regarding the approach to assigning the potency of the aged vaccine lots used in clinical trial to investigate mumps immunogenicity at vaccine expiry.[22] |
| April 9, 1999 | Merck submitted a request to supplement the Biologics License Application (BLA) for MMRII to use Grifols as an alternate vendor of human serum albumin (HSA) due to an uncertainty of supply from the currently approved vendors of HSA, Centeon, and Michigan Biologics Products Institute.[23] |
| June 18, 1999 | Merck submitted a letter to CBER noting that the label expiry claim would be reevaluated once the clinical trial was complete. Merck further proposed an increase in the release titer for mumps-containing vaccines and changes to the assay format for potency testing.[24] This was part of information submitted concerning the clinical trial investigating the mumps immunogenicity at vaccine expiry. |

---

[15] MRK-KRA01972448 at '451.
[16] MRK-KRA01972448 at '451.
[17] MRK-KRA00000315 at '320.
[18] MRK-KRA00001222; MRK-KRA00001270; MRK-KRA00018536.
[19] MRK-KRA00018536.
[20] MRK-KRA00049100.
[21] MRK-KRA00137711.
[22] MRK-KRA00137638.
[23] MRK-KRA00262316 at '318; MRK-KRA01972602 at '603; MRK-KRA01968029.
[24] MRK-KRA00018608.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|------|-------|
| August 1999 | Several conversations took place between Merck and FDA regarding increasing the minimum release titer for the mumps component of mumps-containing vaccines to 5.0 log10 TCID50.[25] |
| October 20, 1999 | Merck submitted a prior approval supplement to the BLA for MMRII to increase the target mumps potency from 4.9 to 5.2 log10 TCID50 with minimum release potency specification of 5.0 log10 TCID50.[26] |
| September 28, 1999 | FDA approved Merck's Supplemental Biologics License Application (sBLA) for MMRII to include Grifols as an alternate vendor of HSA.[27] |
| February 11, 2000 | FDA approved Merck's prior approval supplement for MMRII to increase the target mumps potency from 4.9 to 5.2 log10 TCID50 with minimum release potency specification of 5.0 log10 TCID50.[28] |
| 2000-2001 | Merck submitted additional information related to the comparison of low and high mumps titer lots at least from February 24, 2000 through March 20, 2001.[29] |
| February 24, 2000 | Merck submitted a proposal for monitoring and analyzing spontaneously reported adverse events for mumps containing vaccines that include the increased minimum release titer of 5.0 log10 TCID50 for the mumps component.[30] |
| March 13, 2000 | Merck and CBER personnel held an in-person meeting to discuss, among other things, Merck's proposed changes to the neutralization assay to be used in Protocol 007.[31] At the conclusion of the meeting, Merck and CBER prepared summaries of the discussion.[32] CBER stated that it was reasonable to try certain methods to enhance the sensitivity of the assay, pending appropriate validation, including the use of the Jeryl Lynn passage 7 to 12 antigen, an IgG enhancement, and the KARBER method. CBER also requested validation data for the neutralization assay to be submitted for their review and concurrence with protocol. It was also recommended that a reference serum be included in all assays to assess assay-to-assay variability.[33] |
| April 3, 2000 | Merck submitted a request to supplement the BLA for MMRII to include a culture medium re-feed for the mumps harvested virus fluids manufacturing process on day 2 of the 4-day infection cycle.[34] |

[25] MRK-KRA00018629.
[26] MRK-KRA00040705; MRK-KRA00018536 at '537; MRK-KRA01622093.
[27] MRK-KRA01968026.
[28] MRK-KRA00018536 at '537; MRK-KRA00049174 at '175; MRK-KRA01622070.
[29] MRK-KRA00025183; MRK-KRA00019634; MRK-KRA00019636; MRK-KRA00019638; MRK-KRA00019647; MRK-KRA00024594; MRK-KRA01899087 at '088; MRK-KRA00625182 at '184; MRK-KRA01622067; MRK-KRA01630295; MRK-KRA01623322.
[30] MRK-KRA00025183; MRK-KRA01622067; MRK-KRA01622068.
[31] MRK-KRA01927351; MRK-KRA00001262.
[32] MRK-KRA01927351; MRK-KRA00001262.
[33] MRK-KRA01927351; MRK-KRA00001262.
[34] MRK-KRA01965392.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|---|---|
| June 30, 2000 | Merck submitted an annual report that included review of the potency assay variability in the mumps reference standard after 6 months of experience.[35] |
| October 6, 2000 | Merck submitted a report summarizing reported adverse events for MMRII lots manufactured with high mumps potency target compared with historical lots.[36] |
| February 2, 2001 | Merck submitted a validation report to the FDA for the mumps wild type ELISA where the serostatus cutoff was set at 10 Ab units/mL.[37] |
| 2001-2002 | Merck submitted additional information to the FDA regarding the 10 Ab cutoff for the wild type ELISA at least from March 12, 2001 through June 10, 2002.[38] |
| March 12, 2001 | Merck submitted a summary of the validation of the anti-IgG enhanced mumps wild-type plaque-reduction assay as well as a proposal to validate the wild-type mumps ELISA assay to support use of the wild-type mumps ELISA in the mumps end-expiry study.[39] |
| March 20, 2001 | Merck submitted a report comparing reported adverse events and adverse events reporting rates associated with low and high fill mumps titer lots of MMRII.[40] |
| August 7, 2001 | Merck's sBLA to include a culture medium re-feed for the mumps harvested virus fluids manufacturing process on day 2 of the 4-day infection cycle was approved.[41] |
| October 10, 2001 | Merck submitted information from a bridging study on mumps wild type ELISA and legacy mumps ELISA.[42] |
| October 12, 2001 | Merck submitted an IND for Combined Live Measles-Mumps-Rubella (RA27/3) Virus Vaccine (with Recombinant Human Albumin – rHA) to be able to investigate the bioequivalence of MMRII manufactured with recombinant human albumin (rHA) as compared to MMRII manufactured with HSA.[43] |
| January 26, 2001 | FDA agreed to the clinical evaluation of MMRII manufactured with rHA compared to HSA to be used in support of licensure of MMRII with rHA. This sBLA was a manufacturing supplement to the existing MMRII license (STN 101069).[44] |

[35] MRK-KRA01630295.

[36] MRK-KRA00625182.

[37] MRK-KRA00154997.

[38] MRK-KRA00545051; MRK-KRA00761628 at '629; MRK-KRA00017036 at '038.

[39] MRK-KRA00017036 at '038.

[40] MRK-KRA01623322.

[41] MRK-KRA01624008.

[42] MRK-KRA00761628 at '629.

[43] MRK-KRA00196728 ("M-M-R®II (STN 101069) is currently manufactured using serum-derived Human Albumin as a component of the viral growth media in the bulk manufacturing process. To address use of material derived from blood or blood products, Merck plans to substitute Recombumin™ 20% [recombinant human albumin (rHA)] for human serum albumin (HSA) in the manufacturing process for M-M-R®II."); *see also id.* at '730 (noting that the IND is being submitted "[a]t CBER's request.").

[44] MRK-KRA00196728.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|------|-------|
| June 10, 2002 | Merck submitted Serial 086 seeking to justify the 10 Ab cutoff chosen for the mumps wild type ELISA, providing clarification regarding reference sera used in the mumps wild type ELISA as they related to the AIGENT (Anti-IgG Mumps Plaque Reduction Neutralization) Assay and providing certain data of titers in relative range around cutoffs of both assays in order to confirm that both assays are categorizing sera in a comparable fashion.[45] |
| September 16, 2002 | Merck submitted a request to supplement the BLA for MMRII to include a measles product formulation change and product potency assay format changes, including incorporating house standard calibration of measles, mumps, and rubella potency to all potency results, including release and stability testing.[46] Additional information was submitted at least on October 1, 2003.[47] |
| June 26, 2003 | Merck submitted a request to supplement the BLA for MMRII to request an exemption from general safety testing as a release test for MMRII.[48] Additional information was submitted on at least September 26, 2003.[49] |
| August 18, 2003 | Merck submitted information related to use of a new measles stock seed in the MMRII vaccine due to limited volume of the original 1967 measles stock seed.[50] |
| October 24, 2003 | FDA approved Merck's request for exemption from general safety testing as a release test for MMRII.[51] |
| January 29, 2004 | Merck submitted a request to supplement the BLA for MMRII to reduce the quantity of mumps virus included in MMRII from 20,000 $TCID_{50}$ per vaccine dose to 12,500 $TCID_{50}$ per vaccine dose.[52] Additional information related to this was submitted at least from December 3, 2004 to April 13, 2005,[53] and this sBLA was resubmitted on April 18, 2005.[54] Additional information was submitted at least from July 13, 2005 to June 5, 2007.[55] |
| February 27, 2004 | Merck submitted a request to supplement the BLA for MMRII for approval of the use of white leghorn chicken (WG) eggs as an alternate source of primary chick embryo cells in the manufacture of measles and mumps vaccines.[56] Additional information was submitted on at least June 1, 2004 through July 26, 2004.[57] |

[45] MRK-KRA00126468
[46] MRK-KRA01926583 at '584.
[47] MRK-KRA01899087
[48] MRK-KRA01624340.
[49] MRK-KRA01967402.
[50] MRK-KRA00020789.
[51] MRK-KRA01971295.
[52] MRK-KRA00000032.
[53] MRK-KRA00018817; MRK-KRA00000302; MRK-KRA00000315.
[54] MRK-KRA00000301.
[55] MRK-KRA00141789; MRK-KRA00000387; MRK-KRA00000393; MRK-KRA00000554; MRK-KRA00000368.
[56] MRK-KRA01971489.
[57] MRK-KRA01971339; MRK-KRA01971329; MRK-KRA01971327; MRK-KRA01971325; MRK-KRA01971324.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|---|---|
| June 30, 2004 | Merck submitted a request to supplement the BLA for MMRII and replace the currently used HSA with rHA (STN 101069/5068) (Protocol 009).[58] |
| October 19, 2004 | FDA approved Merck's sBLA for MMRII to use of white leghorn chicken (WG) eggs as an alternate source of primary chick embryo cells in the manufacture of measles and mumps vaccines.[59] |
| December 13, 2004 | Merck submitted a request to supplement the BLA for MMRII to propose a specification change to the rubella component and propose product potency format assay changes for the mumps and rubella components. This included changing the minimum release specification for the rubella component from 3.2 to 3.4 log TCID50 of dose as well as employing a two-tiered potency testing scheme using expanded testing in the assignment of release and stability potencies for mumps and rubella, with measured initial results that are at or below the release specifications. This two-tiered testing format was previously approved for the measles component on May 18, 2004.[60] |
| May 24, 2005 | FDA approved Merck's sBLA for MMRII proposing mumps potency format assay changes.[61] |
| August 31, 2005 | FDA approved Merck's sBLA to replace HSA with rHA in MMRII.[62] Launch of the rHA formulation did not occur until September 2006.[63] |
| July 28, 2006 | FDA approved the licensure of MMRII manufactured from 2003 Measles Stock Seed manufactured with rHA (STN 101069/5105).[64] |
| October 31, 2007 | Merck submitted a request to supplement the BLA for MMRII to request approval of the use of Sterile Diluent manufactured by DSM Laboratories in reconstitution of MMRII.[65] |
| December 6, 2007 | FDA approved Merck's sBLA for MMRII to reduce the quantity of mumps virus included in MMRII from 20,000 TCID$_{50}$ per vaccine dose to 12,500 TCID$_{50}$ per vaccine dose.[66] |
| June 23, 2008 | Merck submitted a request to supplement the BLA for MMRII to remove sterility, characteristics, total solids, specific gravity, and general safety testing on the 25% v/v gelatin solution used as an excipient in the vaccine formulation.[67] |
| December 23, 2008 | FDA approved Merck's sBLA for MMRII to remove sterility, characteristics, total solids, specific gravity, and general safety testing on the 25% v/v gelatin solution used as an excipient in the vaccine formulation.[68] |

[58] MRK-KRA00000226 at '231; MRK-KRA00792125 at '134.
[59] MRK-KRA01971321.
[60] MRK-KRA01926377 at '379.
[61] MRK-KRA01971196.
[62] MRK-KRA00388445; see also MRK-KRA00618143; MRK-KRA00000226 at '231.
[63] MRK-KRA00000226 at '231.
[64] MRK-KRA00618143.
[65] MRK-KRA01968956.
[66] MRK-KRA00000383.
[67] MRK-KRA01969891.
[68] MRK-KRA01969886.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|------|-------|
| January 16, 2009 | FDA approved Merck's sBLA for use of Sterile Diluent manufactured by DSM Laboratories in reconstitution of MMRII.[69] |
| April 29, 2009 | Merck submitted a trans-BLA for MMRII for approval for the extension of measles and mumps bulk expiries to nine and twelve years respectively.[70] |
| July 22, 2009 | FDA approved Merck's trans-BLA for MMRII for the extension of measles and mumps bulk expiries to nine and twelve years respectively.[71] |
| December 17, 2009 | Merck submitted a trans-BLA for approval of the use of vaporous hydrogen peroxide (VHP) to replace paraformaldehyde for decontamination of the measles, mumps, and rubella manufacturing units between harvest product changeovers.[72] |
| July 30, 2010 | FDA approved Merck's trans-BLA for the use of VHP to replace paraformaldehyde for decontamination of the measles, mumps, and rubella manufacturing units between harvest product changeovers.[73] |
| July 20, 2011 | Merck submitted a request to supplement the BLA to implement two new reference standards for use in the mumps and rubella potency assays used in the manufacture of ProQuad® and MMRII.[74] |
| December 20, 2011 | FDA approved Merck's sBLA to implement two new reference standards for use in the mumps and rubella potency assays used in the manufacture of ProQuad® and MMRII.[75] |
| March 21, 2014 | Merck submitted a request to supplement the BLA for MMRII to include removal of the lower specification for neomycin potency for MMRII Final Formulated Bulk (FFB).[76] |
| April 28, 2014 | FDA approved Merck's sBLA to include removal of the lower specification for neomycin potency for MMRII FFB.[77] |

---

[69] MRK-KRA01314418.
[70] MRK-KRA01968981.
[71] MRK-KRA01968978.
[72] MRK-KRA01968792.
[73] MRK-KRA00124041.
[74] MRK-KRA00134105.
[75] MRK-KRA02143436; MRK-KRA01968415.
[76] MRK-KRA01968074.
[77] MRK-KRA00142086.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 12**

**ProQuad – Regulatory History**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**ProQuad – Regulatory History[1]**

| Date | Event |
|---|---|
| February 28, 1997 | Merck submitted an Initial Investigation New Drug Application (IND) for a measles-mumps-rubella-varicella vaccine ("ProQuad®") to the Food and Drug Administration (FDA).[2] |
| March 15, 2000 | Merck submitted additional information to clarify the indication for the measles-mumps-rubella-varicella vaccine.[3] |
| November 17, 2000 | Merck submitted background documents for BB-IND 7068 to describe chemistry, manufacturing and control ("CMC") for ProQuad® as the Biologics License Application (BLA) was being prepared.[4]  A Type B meeting with the FDA was held on December 18, 2000.[5]  Follow up information was submitted on at least March 12, 2002.[6] |
| September 10, 2003 | Merck submitted a clinical study report describing a randomized multicenter study of the safety, tolerability, and immunogenicity of frozen ProQuad® given concomitantly with other vaccines to healthy children 12 to 15 months of age.[7] |
| 2004-2005 | Extensive discussion between the FDA and Merck about the assay validation protocols for the measles, mumps, and rubella ELISA assays.[8]  A validation report in Serial 086 for the mumps WT ELISA where the serostatus cutoff is 10 Ab units/mL was submitted to the FDA on June 14, 2004.  This protocol was previously submitted to the FDA under the IND for MMRII.[9] |
| August 27, 2004 | Merck submitted original BLA 125108 for ProQuad® to the FDA.  ProQuad® was indicated for simultaneous vaccination against measles, mumps, rubella, and varicella in individuals 12 months to 12 years of age.[10] |
| July 21, 2005 | Merck submitted information describing plans to conduct four post-licensure studies with ProQuad®.[11] |
| August 26, 2005 | Clinical review of studies submitted in support of the licensure of ProQuad® was completed.[12] |
| September 6, 2005 | FDA approved BLA 125108 for ProQuad® for the vaccination against measles, mumps, rubella, and varicella in children 12 months to 12 years of |

[1] This is not intended to be an exhaustive history, nor a full description in detail.
[2] MRK-KRA00145486.
[3] MRK-KRA00019837; MRK-KRA00020378; MRK-KRA00025188.
[4] MRK-KRA01974364.
[5] MRK-KRA00149924; MRK-KRA00152955.
[6] MRK-KRA00152955.
[7] MRK-KRA00164918.
[8] MRK-KRA00155481; MRK-KRA00782807; MRK-KRA00620408; MRK-KRA00846076; MRK-KRA00846451; MRK-KRA00819969; MRK-KRA00846087.
[9] MRK-KRA00154997.
[10] MRK-KRA00157572; MRK-KRA00158320.
[11] MRK-KRA00176666.
[12] GSK-MMR-0147041; *see also* http://wayback.archive-it.org/7993/20170723150913/https://www.fda.gov/downloads/BiologicsBloodVaccines/Vaccines/ApprovedProducts/UCM123800.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|---|---|
| | age.[13] Approval was for ProQuad® vaccine stored at $\leq$ -15°C.[14] The FDA approved Merck's ProQuad® based on five pivotal studies: Protocol 009, Protocol 010, Protocol 012, Protocol 013, and Protocol 014, which enrolled subjects and were conducted between March 1998 and May 2002.[15] |
| September 28, 2005 | Merck submitted a request to supplement the ProQuad® BLA to include an algorithm for determining the stability of the vaccine when stored at temperatures higher than -15°C.[16] Additional information related to this was submitted from at least December 20, 2005 to October 12, 2006.[17] |
| December 2005 | Merck proposed a revision of the minimum shelf life for ProQuad® to be 8 months, instead of the 12 months minimum shelf life requested by the CDC.[18] Merck represented to the CDC that this was related to later than anticipated licensure and was expected to be a short term situation. |
| March 15, 2006 | Merck submitted a request to supplement the ProQuad® BLA to include intermediate storage of the vaccine at $\leq$ -20° C for a maximum of 12 months.[19] |
| April 5, 2006 | Merck submitted a request to supplement the ProQuad® BLA to include a refrigerator-stable formulation.[20] Additional information related to this supplement was submitted on at least August 2, 2006.[21] |
| June 9, 2006 | Merck submitted a request to supplement the ProQuad® BLA to include a comparability protocol for the manufacturing and certification of new stock seeds and working cell banks.[22] |
| July 6, 2006 | FDA approved Merck's sBLA for ProQuad® to include an algorithm for determining the stability of the vaccine when stored at temperatures higher than -15°C.[23] |
| July 2007 | Supplies of ProQuad® were temporarily unavailable as a result of manufacturing constraints. The constraints were the result of lower-than-expected yields of bulk varicella-zoster virus in production lots.[24] Orders for ProQuad® were largely suspended in June 2007.[25] |

---

[13] MRK-KRA00761865; MRK-KRA00184615; http://www.immunize.org/timeline/; *see also* http://wayback.archive-it.org/7993/20170723150912/https://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm123799.htm.

[14] MRK-KRA00184615.

[15] MRK-KRA00158320 at '366-368.

[16] MRK-KRA00176712; MRK-KRA00176714.

[17] MRK-KRA00176725; MRK-KRA00176727; MRK-KRA00176736; MRK-KRA00176737; MRK-KRA00177264; MRK-KRA00177266.

[18] MRK-KRA00941941 at '942-943; MRK-KRA00942185; MRK-KRA00942187.

[19] MRK-KRA00176854; MRK-KRA00176856.

[20] MRK-KRA00184644.

[21] MRK-KRA00177218.

[22] MRK-KRA01973733.

[23] MRK-KRA00184664.

[24] https://www.cdc.gov/mmwr/preview/mmwrhtml/rr5903a1.htm.

[25] GSK-MMR-0110008 at '106.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|---|---|
| April 23, 2007 | Merck submitted a request to supplement the BLA for ProQuad® to request approval for the use of Sterile Diluent manufactured by Hollister-Stier Laboratories in reconstitution of ProQuad®.[26] |
| October 24, 2007 | FDA approved Merck's sBLA for ProQuad® for the use of Sterile Diluent manufactured by Hollister-Stier Laboratories in reconstitution of ProQuad®.[27] |
| November 9, 2007 | Merck submitted a request to supplement the BLA for ProQuad® to request approval of the use of Sterile Diluent manufactured by DSM Laboratories in reconstitution of ProQuad®.[28] |
| June 23, 2008 | Merck submitted a request to supplement the BLA for ProQuad® to remove sterility, characteristics, total solids, specific gravity, and general safety testing on the 25% v/v gelatin solution used as an excipient in the vaccine formulation.[29] |
| August 22, 2008 | Merck provided a preliminary report on Febrile Convulsion based on the Large-Scale Post-Licensure Study of the Short-Term Safety of ProQuad®. This study was initiated in 2006.[30]  The Final Study Report associated with this study was submitted on December 19, 2008.[31]  Additional information was submitted on at least May 18, 2009 and September 14, 2009.[32] |
| September 25, 2008 | Merck submitted a request to supplement the BLA for ProQuad® to cover concomitant use of ProQuad® with hepatitis A vaccine and pneumococcal conjugate vaccine.  Merck also submitted safety data to support vaccination with ProQuad® as a second dose in the second year of a child's life.[33] Initial review of this application was completed on January 12, 2009.[34] Additional information related to the sBLA was submitted at least from May 14, 2009 to August 28, 2009.[35] |
| December 23, 2008 | FDA approved Merck's sBLA for ProQuad® to remove sterility, characteristics, total solids, specific gravity, and general safety testing on the 25% v/v gelatin solution used as an excipient in the vaccine formulation.[36] |
| January 16, 2009 | FDA approved Merck's sBLA for use of Sterile Diluent manufactured by DSM Laboratories in reconstitution of ProQuad®.[37] |

---

[26] MRK-KRA01973293.
[27] MRK-KRA01973290.
[28] MRK-KRA01969955.
[29] MRK-KRA01969891.
[30] MRK-KRA00178644.
[31] MRK-KRA00178878.
[32] MRK-KRA00180787; MRK-KRA00181054.
[33] MRK-KRA00172584.
[34] MRK-KRA00184714.
[35] MRK-KRA00179435; MRK-KRA00180806; MRK-KRA00180974; MRK-KRA00180979; MRK-KRA00181047.
[36] MRK-KRA01969886.
[37] MRK-KRA01314418.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|------|-------|
| April 29, 2009 | Merck submitted a trans-BLA for ProQuad® for approval for the extension of measles and mumps bulk expiries to nine and twelve years respectively.[38] |
| July 22, 2009 | FDA approved Merck's trans-BLA for the extension of measles and mumps bulk expiries to nine and twelve years respectively.[39] |
| October 29, 2009 | FDA approved Merck's sBLA for ProQuad® to cover concomitant use of ProQuad® with hepatitis A vaccine and pneumococcal conjugate vaccine.[40] |
| December 17, 2009 | Merck submitted a trans-BLA for approval of the use of vaporous hydrogen peroxide (VHP) to replace paraformaldehyde for decontamination of the measles, mumps and rubella manufacturing units between harvest product changeovers.[41] |
| 2010 | Merck re-launched limited quantities of ProQuad® after the suspension of orders in 2007.[42] |
| July 30, 2010 | FDA approved Merck's trans-BLA for ProQuad® for the use of vaporous hydrogen peroxide (VHP) to replace paraformaldehyde for decontamination of the measles, mumps and rubella manufacturing units between harvest product changeovers.[43] |
| February 2011 | ProQuad® was unavailable again due to manufacturing issues.[44] |
| Early 2011 | Merck requested a meeting with the FDA to discuss a proposed manufacturing change to increase the cells/dose limit for ProQuad®. On April 7, 2011, a briefing document describing a two-dose clinical study of ProQuad® in children was submitted. On May 10, 2011, a Type C meeting took place with the FDA.[45] |
| July 20, 2011 | Merck submitted a request to implement two new reference standards for use in the mumps and rubella potency assays used in the manufacture of ProQuad® and MMRII.[46] |
| October 3, 2011 | Merck submitted a formal request to the FDA for a Type C meeting to obtain FDA concurrence regarding the proposed clinical data package to support the licensure of the replacement of HSA with rHA in ProQuad®.[47] The Type C meeting took place on June 26, 2012.[48] Additional information related to this request was submitted at least from December 14, 2011 to May 10, 2013.[49] |

---

[38] MRK-KRA01968981.
[39] MRK-KRA01968978.
[40] MRK-KRA00184723.
[41] MRK-KRA01968792.
[42] MRK-KRA00089585; MRK-KRA00013982 at '986; MRK-KRA01071459; MRK-KRA00013966 at '968.
[43] MRK-KRA00124041.
[44] MRK-KRA00013982 at '986.
[45] MRK-KRA00286041 at '041-042.
[46] MRK-KRA00134105.
[47] MRK-KRA00182213.
[48] MRK-KRA00184797.
[49] MRK-KRA00182213; MRK-KRA00182219; MRK-KRA00182226; MRK-KRA00143054; MRK-KRA00182837.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|---|---|
| December 20, 2011 | FDA approved Merck's sBLA to implement two new reference standards for use in the mumps and rubella potency assays used in the manufacture of ProQuad® and MMRII.[50] |
| Late 2012 | ProQuad® was fully available for order.[51]  Currently, ProQuad is the only measles, mumps, rubella, and varicella (MMRV) vaccine approved for use in the United States.[52] |
| February 21, 2014 | FDA approved Merck's sBLA to replace HSA with rHA in the manufacture of measles, mumps, and rubella bulks used in the refrigerator-stable formulation of ProQuad®.[53] |
| December 17, 2014 | FDA approved Merck's sBLA replace HSA with rHA in the manufacture of measles, mumps, and rubella bulks used in the frozen formulation of ProQuad®.[54] |

---

[50] MRK-KRA02143436 at '437; MRK-KRA01968415.
[51] MRK-KRA00013982 at '986.
[52] https://www.cdc.gov/vaccinesafety/vaccines/mmrv-vaccine.html.
[53] MRK-KRA00184903.
[54] MRK-KRA00184876.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 13**

**Mumpsvax – Regulatory History**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1348

## Mumpsvax – Regulatory History[1]

| Date | Event |
|---|---|
| May 28, 1963 | Merck submitted an Initial Investigation New Drug (IND) Application for a live mumps virus vaccine ("Mumpsvax") to the Food and Drug Administration (FDA).[2] |
| December 28, 1967 | FDA approved the IND for Mumpsvax (BLA 101072).[3] |
| April 3, 2000 | Merck submitted a request to supplement the Biologics License Application (BLA) for Mumpsvax to include a culture medium re-feed for the mumps harvested virus fluids manufacturing process on day 2 of the 4-day infection cycle.[4] |
| August 7, 2001 | FDA approved Merck's Supplemental Biologics License Application (sBLA) to include a culture medium re-feed for the mumps harvested virus fluids manufacturing process on day 2 of the 4-day infection cycle.[5] |
| December 13, 2004 | Merck submitted a request to supplement the BLA for Mumpsvax to propose product potency format assay changes for the mumps and rubella components.  This included employing a two-tiered potency testing scheme using expanded testing in the assignment of release and stability potencies for mumps, with measured initial results that are at or below the release specifications.  This two-tiered testing format was previously approved for the measles component on May 18, 2004.[6]  Additional information related to this supplement was submitted on January 19, 2005.[7] |
| October 21, 2009 | Merck announced that the company would discontinue production of monovalent measles, mumps, and rubella vaccines.[8] |
| May 27, 2013 | Merck requested voluntary revocation of the biologics license for Mumpsvax.[9] |
| October 3, 2013 | Biologics license for Mumpsvax was revoked by the FDA.[10] |

---

[1] This is not intended to be an exhaustive history, nor a full description in detail.
[2] MRK-KRA00283308.
[3] http://www.immunize.org/timeline/; *see also, e.g.*, MRK-KRA01962790.
[4] MRK-KRA01965392.
[5] MRK-KRA01965382.
[6] MRK-KRA01926377 at '379.
[7] MRK-KRA01926962.
[8] http://www.immunize.org/timeline/.
[9] MRK-KRA02143656.
[10] MRK-KRA02143656.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 14**

**Summary of Relevant Manufacturing Changes to MMRII and ProQuad**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1350

| DATE | DOCUMENT | DESCRIPTION |
|---|---|---|
| 1978 | Hilleman, "Combined Measles Mumps and Rubella Vaccines, Combined Vaccines: Development, Clinical Research and Approval" (Humana Press Inc. 1999) | FDA licenses MMRII (the HPV-77 DE strain of live attenuated rubella strain in MMR was replaced with the Wistar RA 27/3 strain). |
| 1990 - 1991 | MRK-KRA00542860; MRK-KRA00018611 | Merck changed the minimum potency specification on the U.S. label for MMRII from 5,000 TCID50/dose to 20,000 TCID50/dose. \n\n Merck switches from using BS-C-1 cell to Vero cells. According to Merck, potency did not change, but the potency testing assay became more sensitive: a lot of vaccines assayed at 5,000 TCID50 in BS-C-1 cells measured a four-fold increase in TCID50 when assayed in Vero cells. No clinical testing conducted associated with this label change. |
| 1993 | MRK-KRA00351593 | Merck increases the amount of chick embryo trimmed tissue added to the plant bottle used to transfer cell suspension into each Unipro Tank (vaccine bulk manufacturing vessel) from 110 grams to 115 grams for mumps harvested bulk production. A Merck summary of this change from 2006 notes: "This change was in effect through the 1993 mumps campaign. This change was rescinded prior to the next campaign in 1996 after review of potency data from the 1993, 1990, and 1991 campaign showed an association between the lower plant weight and higher potency. This change would not be expected to affect either bulk or final product. The potency of the bulk product produced in 1993 was consistent with the potency obtained in previous mumps campaigns." |
| 11-16-1998 | MRK-KRA00783728 | Merck changes the passage level of Vero cells used for potency determination of measles and mumps products. Merck states that the purpose of the change is to maintain the sensitivity of the potency assay for measles within historic ranges and for consistency with the acceptable level for potency testing. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE | DOCUMENT | DESCRIPTION |
|---|---|---|
| 02-11-2000 | MRK-KRA00095144; MRK-KRA01897091; MRK-KRA01965291; MRK-KRA01625225 | Merck begins releasing to market MMRII and MumpsVax with double the potency. Merck increased the minimum release potency for MMRII and MumpsVax to 5.0 log to ensure that it could meet the end expiry label claim of 4.3 log at 24 months. To change minimum release potency to 5.0 log, Merck increased manufacturing target from 4.9 log to 5.2 log for lots filled on or after September 13, 1999. This overfill was supposed to be a temporary measure to last only until Merck could demonstrate through its Protocol 007 end-expiry study that the mumps component of MMRII had sufficient immunogenicity to match the 96% claim on the package insert at potencies below the existing 4.3 log end-expiry specification. The potency assay was also changed from a 3x1 to a 1x6 format for release testing, to reduce the assay variability associated with potency testing. |
| 08-07-2001 | MRK-KRA00351593 | FDA approves Merck's request to add a culture medium refeed step to the mumps manufacturing process. This refeed step was a replacement of the culture medium volume in the Unipro Tank between the virus seeding of the tank with mumps seed and the harvesting of the virus fluids; no change was made to the type of culture medium used. |
| 10-24-2003 | February 9, 2018 30(b)(6) Deposition of Amy Keegan, Exhibit 9 | FDA approves Merck's request for an exemption from General Safety Testing requirements for MMRII based on (1) historical General Safety Testing data demonstrating the vaccine is free of undue toxicity; (2) documents in-process safety controls; and (3) extensive adventitious agent testing. |
| 05-18-2004 | February 9, 2018 30(b)(6) Deposition of Amy Keegan, Exhibit 9 | FDA approves Merck's application that included "house standard calibration of measles, mumps, and rubella potency results" in its $TCID_{50}$ assay used to measure the potency of its mumps-containing vaccines for all tests, including release and stability testing.<br><br>FDA also approves changes to the potency to add resting in a 1x12 format for all lots with potencies at or below 5.0 $\log_{10}$ $TCID_{50}$/dose. Previously Merck only used this expanded testing for lots that were below the 5.0 $\log_{10}$ $TCID_{50}$/dose minimum release potency. |
| 10-19-2004 | MRK-KRA00351593 | FDA approved Merck's request to use a second chicken flock (WG Chicken Flock) as an alternate flock for use in measles and mumps bulk manufacturing (Merck requested the change in 1998 because a number of its chickens from its original flock were infected with Chicken Anemia Virus and they could no longer use them). |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE | DOCUMENT | DESCRIPTION |
|---|---|---|
| 08-31-2005 | MRK-KRA0141909 | FDA approves Merck's application to replace HSA with rHA in MMRII.  Merck implements this change. |
| 09-06-2005 | MRK-KRA00761865 | FDA approves Merck's application for ProQuad Frozen. |
| 08-04-2006 | MRK-KRA00842361; MRK-KRA00761626 | FDA approves Merck's application for ProQuad 4C.<br><br>The formulation changes supporting the approval include: "1) the addition of urea … and 2) an increase in minimum release packaged container potency of … mumps virus from 4.55 log to 4.74 log 10 PFU/0.5 mL dose." This change was to address the significant potency and stability problems Merck was having with ProQuad 4C.<br><br>"The newly formulated vaccine will have an expiry shelf life of 18 months when stored at 2-8 C after removal from intermediate storage at ≤ 20C for a maximum of 12 months." |
| 12-06-2007 | MRK-KRA01519087 | FDA approves label change to decrease the end expiry potency specification from 20,000 TCID50 (4.3 log10 Tcid50)/dose to 12,500 TCID50 (4.1 log10 TCID)/dose (calibrated to house standard) for the mumps component of MMRII. |
| 2010 | Q&As about Monovalent M-M-R Vaccines, https://www.cdc.gov/vaccines/hcp/clinical-resources/mmr-faq-12-17-08.html | Merck discontinues sale of its monovalent, Mumpsvax.  The only source of mumps vaccine in the United States is MMRII or ProQuad. |
| 08-04-2011 | MRK-KRA01285975 | FDA approves a change to formulate ProQuad with the varicella Harvest Virus Fluids concentration process (HVFc ProQuad). |
| 01-24-2012 | February 9, 2018 30(b)(6) Deposition of Amy Keegan, Exhibit 9 | FDA approves Merck's request to implement a new reference standard (house standard) for mumps.  The reference standard is used to verify the validity of each potency test and provide a calibration tool.  This reference standard is used in the manufacture of MMRII and ProQuad and used to determine potency for MMRII filled container vaccine product samples. |
| 02-21-2014 | MRK-KRA00184876; February 9, 2018 30(b)(6) Deposition of Amy Keegan, Exhibit 9 | FDA approves Merck's application to replace HSA with rHA in ProQuad. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 15**

**Other Mumps Vaccines**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Strain | Manufacturer (Vaccine Name) | Cell Substrate[a] | Main Area of Use |
|---|---|---|---|
| Jeryl Lynn or Jeryl Lynn-derived | Merck/Aventis Pasteur MSD (MMR-II in U.S., MMR-Vax in EU; ProQuad) | CWE | Worldwide |
| | GlaxoSmithKline (RIT-4385, Priorix, Priorix-Tetra) | CWE | Worldwide |
| | Netherlands Vaccine Institute (BMR vaccin) | CWE | Netherlands |
| | Sevapharma Inc. (Pavivac; Trivivac) | CK | Czech and Slovak Republics |
| | S79 | CWE | China |
| Urabe Am9 | Sanofi-Pasteur (Trimovax, Imovax mumps) | EHE | Worldwide |
| | GlaxoSmithKline (Pariorix, Pluserix, Trivirix)[b] | CEF | Europe, Canada |
| | Novartis Vaccines and Diagnostics (Vaxipar, Morupar)[b] | CEF | Italy, South America |
| | Biken[b] | CEF | Japan |
| Leningrad-Zagreb | Institute of Immunology of Zagreb | CEF | India, South America, Eastern Europe |
| | Serum Institute of India (Tresivac) | CEF | |
| Leningrad-3 | Moscow State Facility of Bacterial Preparations | JQE | Russia, Eastern Europe |
| Rubini | Berna Biotech (Triviraten)[b] | HDC | Europe |
| Hoshino | Kitasato Institute (trivalent MPR) | CEF | Japan, Korea |
| Torii | Takeda Chemicals | CEF | Japan |
| NK-M46 | Chiba Serum Institute | CEF | Japan |
| S-12 | Razi State Serum & Vaccine Institute | HDC | Iran |
| Sofia-6 | Center for Infectious and Parasitic Diseases[b] | GPK | Bulgaria |

Source: Plotkin, Stanley A. et al., Plotkin's Vaccines, Table 40.3 "Mumps Vaccine Strains," p. 669 (Elsevier, 7th ed. 2017).

[a] Vaccine Production Level.
[b] No Longer Produced.
   CEF, chick embryo fibroblast; CK, canine kidney cells; CWE, chick whole embryo; EHE, embryonated hen's eggs; GPK, guinea-pig kidney; HDC, human diploid cells; JQE, Japanese quail embryo.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 16**

**CDC Contracting Under the Vaccines for Children and 317 Programs**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

There are two programs under which the Centers for Disease Control and Prevention ("CDC") purchases vaccines for children: the Vaccines for Children Program ("VFC") and the Section 317 Program ("317 Program").

| Program | Description[1, 2] |
|---|---|
| Vaccines for Children Program | The VFC program is a federally funded entitlement program that provides vaccines at no cost to eligible children. Most publicly funded funding comes from the VFC program. VFC became operational October 1, 1994. Known as section 1928 of the Social Security Act, the VFC program is an entitlement program (a right granted by law) for eligible children, age 18 and younger.

Funding for the VFC program is approved by the Office of Management and Budget and allocated through the Centers for Medicare & Medicaid Services (CMS) to the CDC. The CDC administers and manages key elements of the program. The CDC buys vaccines at a discount and distributes them to state health departments and certain local and territorial public health agencies which in turn distribute them at no charge to private physicians' offices and public health clinics registered as VFC providers.

Children are eligible for vaccines under the VFC program if they are on Medicaid, uninsured, underinsured (e.g., their private insurance does not cover vaccines or does not cover certain vaccines), or American Indian or Alaskan Native. The VFC Program helps ensure that all children have a better chance of getting their recommended vaccinations on schedule. Vaccines available through the VFC Program are those recommended by the Advisory Committee on Immunization Practices (ACIP). |
| 317 Program | Section 317 of the Public Health Service Act authorizes the federal purchase of vaccines to vaccinate children, adolescents, and adults under the 317 Program. Over its 50 year history, Section 317 purchased vaccines have been directed towards meeting the needs of priority populations. Most recently this has included underinsured children not eligible for VFC, as well as uninsured adults.

Section 317 fills critical public health needs, such as providing routine vaccination for those with no insurance and responding to outbreaks |

---

[1] This is not intended to be exhaustive, nor a full description in detail.
[2] General Sources:
    https://www.cdc.gov/vaccines/imz-managers/guides-pubs/qa-317-funds.html.
    https://www.cdc.gov/vaccines/programs/vfc/index.html.
    U.S. House of Representatives, Committee on Energy and Commerce, Subcommittee on Health and the Environment, Childhood Immunizations, September 1986, Committee Print 99-LL.
    Deposition of Alan Sims, October 12, 2017, pgs. 19-22, 45-51, 156.
    Deposition of Mark Pallansch, October 13, 2017, pgs. 97-98.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Program | Description[1,2] |
|---|---|
| | of vaccine-preventable diseases.  The 317 Program fills in vaccine coverage for those ineligible for vaccines under the VFC Program. |
| CDC Purchasing under VFC and 317 Programs | In order for the CDC to purchase a vaccine under these programs, the vaccine needs to be licensed and a part of the recommended vaccination schedule.  In those cases, the CDC typically puts out an open bid to vaccine suppliers on a yearly basis, even where there is only one supplier of a particular vaccine.  The CDC typically makes vaccine contract awards to all qualified suppliers, taking several considerations into mind: technical capability, meaning whether the manufacturer is licensed and can meet the specific contract terms (e.g., the 12 month shelf life requirement or compliance with Current Good Manufacturing Practices (cGMP)); past performance, which includes consideration of whether company has engaged in fraud; and the price. |
| Stockpile | The CDC also purchases vaccines for its Strategic National Stockpile.  The CDC began stockpiling vaccines in 1983 to account for outbreak situations or other situations in which extra vaccines are needed to cover demand.  Typically, the CDC purchases enough vaccines for its stockpile to last 6 months and purchases these vaccines from the same manufacturers it contracts with for the VFC Program.  The CDC enters separate stockpile contracts with vaccine manufacturers for doses purchased for its stockpile. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 17**

**Possible Confounders for Mumps Outbreaks**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1359

| Possible Confounder[1] | Source |
|---|---|
| **Failure to vaccinate** | Centers for Disease Control and Prevention. *Current Trends Mumps – United States, 1985-1988*. MMWR 1989;38(7):101-05. |
| | Centers for Disease Control and Prevention. *Epidemiologic Notes and Reports Mumps in the Workplace – Chicago*. MMWR 1988;37(35):533-38. |
| | Centers for Disease Control and Prevention. *Mumps Surveillance – United States, 1988-1993*. MMWR 1995;44(SS-3):1-14. |
| | Centers for Disease Control and Prevention. *Update: Multistate Outbreak of Mumps – United States, January 1-May 2, 2006*. MMWR 2006;55(20):559-63. |
| **Population immunity that is below the herd immunity threshold** | Livingston, K. A. et al. *Mumps vaccine effectiveness and risk factors for disease in households during an outbreak in New York City*. Vaccine 2014;32:369-374. 10.1016/j.vaccine.2013.11.021 |
| | Quinlisk, P. M. *Mumps Control Today*. J Infect Dis 2010;202(5):655-656. 10.1086/655395 |
| **Accumulation of susceptible individuals** | *Measles, Mumps, Rubella (MMR) Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), February 22-23, 2012 Summary Report, 83-102. |
| | Centers for Disease Control and Prevention. *Update: Multistate Outbreak of Mumps – United States, January 1-May 2, 2006*. MMWR 2006;55(20):559-63. |
| | *Mumps Cases and Outbreaks*, CDC, https://www.cdc.gov/mumps/outbreaks.html (last updated Feb. 9, 2018). |
| | *Update on the Multi-State Mumps Outbreak in the United States*, CDC Advisory Committee on Immunization Practices (ACIP), June 29-30, 2006 Record of the Proceedings, 73-6. |
| | *Mumps Disease and Vaccine*, CDC Advisory |

---

[1] This is not intended to be an exhaustive list, nor a full description in detail.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Possible Confounder[1] | Source |
|---|---|
| | Committee on Immunization Practices (ACIP), February 22-23, 2017 Summary Report, 115-25.<br><br>Cardemil, C. V. et al. *Effectiveness of a Third Dose of MMR Vaccine for Mumps Outbreak Control*. N Engl J Med 2017;377:947-56. 10.1056/NEJMoa1703309 |
| **Vaccine failure** | Centers for Disease Control and Prevention. *Mumps Surveillance – United States, 1988-1993*. MMWR 1995;44(SS-3):1-14.<br><br>*Measles, Mumps, Rubella (MMR) Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), February 22-23, 2012 Summary Report, 83-102. |
| **Vaccine effectiveness** | Centers for Disease Control and Prevention. *Update: Multistate Outbreak of Mumps – United States, January 1-May 2, 2006*. MMWR 2006;55(20):559-63.<br><br>Marin, M., *Current Mumps Vaccination Recommendation and Epidemiology in the United States*, CDC Advisory Committee on Immunization Practices (ACIP), February 23, 2017 Meeting.<br><br>*Mumps Disease and Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), February 22-23, 2017 Summary Report, 115-25.<br><br>*Mumps Disease and Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), June 21-22, 2017 Summary Report, 139-52.<br><br>*Mumps Cases and Outbreaks*, CDC, https://www.cdc.gov/mumps/outbreaks.html (last updated Feb. 9, 2018).<br><br>Cardemil, C. V. et al. *Effectiveness of a Third Dose of MMR Vaccine for Mumps Outbreak Control*. N Engl J Med 2017;377:947-56. 10.1056/NEJMoa1703309<br><br>Centers for Disease Control and Prevention. *Update: Mumps Outbreak – New York and New Jersey, June 2009-January 2010*. MMWR 2010;59(5):125-50. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Possible Confounder[1] | Source |
|---|---|
| | Quinlisk, P. M. *Mumps Control Today*. J Infect Dis 2010;202(5):655-656. 10.1086/655395 |
| **Vaccine is more effective at preventing asymptomatic infection or atypical mumps than parotitis** | Centers for Disease Control and Prevention. *Update: Multistate Outbreak of Mumps – United States, January 1-May 2, 2006*. MMWR 2006;55(20):559-63. |
| **Waning immunity** | *Measles, Mumps, Rubella (MMR) Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), February 22-23, 2012 Summary Report, 83-102. |
| | Centers for Disease Control and Prevention. *Update: Multistate Outbreak of Mumps – United States, January 1-May 2, 2006*. MMWR 2006;55(20):559-63. |
| | Marin, M., *Current Mumps Vaccination Recommendation and Epidemiology in the United States*, CDC Advisory Committee on Immunization Practices (ACIP), February 23, 2017 Meeting. |
| | *Mumps Disease and Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), June 21-22, 2017 Summary Report, 139-52. |
| | Cardemil, C. V. et al. *Effectiveness of a Third Dose of MMR Vaccine for Mumps Outbreak Control*. N Engl J Med 2017;377:947-56. 10.1056/NEJMoa1703309 |
| | *Mumps Cases and Outbreaks*, CDC, https://www.cdc.gov/mumps/outbreaks.html (last updated Feb. 9, 2018). |
| | *Update on the Multi-State Mumps Outbreak in the United States*, CDC Advisory Committee on Immunization Practices (ACIP), June 29-30, 2006 Record of the Proceedings, at 73-6. |
| | *Measles, Mumps, Rubella (MMR) Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), February 22-23, 2012 Summary Report, 83-102. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Possible Confounder[1] | Source |
|---|---|
| | Livingston, K. A. et al. *Mumps vaccine effectiveness and risk factors for disease in households during an outbreak in New York City*. Vaccine 2014;32:369-74. 10.1016/j.vaccine.2013.11.021 |
| | *Mumps Disease and Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), February 22-23, 2017 Summary Report, 115-25. |
| | Marin, M. et al. *Recommendation of the Advisory Committee on Immunization Practices for Use of a Third Dose of Mumps Virus-Containing Vaccine in Persons at Increased Risk for Mumps During an Outbreak*. MMWR 2018;67(1):33-8. 10.15585/mmwr.mm6701a7 |
| **Close contact/crowded environment/conditions that foster frequent high intensity exposure** | *Mumps Cases and Outbreaks*, CDC, https://www.cdc.gov/mumps/outbreaks.html (last updated Feb. 9, 2018). |
| | Centers for Disease Control and Prevention. *Epidemiologic Notes and Reports Mumps in the Workplace – Chicago*. MMWR 1988;37(35):533-38. |
| | Centers for Disease Control and Prevention. *Update: Multistate Outbreak of Mumps – United States, January 1-May 2, 2006*. MMWR 2006;55(20):559-63. |
| | *Update on Mumps Epidemiology in the US for 2017 and Review of Published Studies of 3rd Dose MMR for Mumps Outbreak Control*, CDC Advisory Committee on Immunization Practices (ACIP), June 21-22, 2017 Summary Report, 141-45. |
| | *Update on the Multi-State Mumps Outbreak in the United States*, CDC Advisory Committee on Immunization Practices (ACIP), June 29-30, 2006 Record of the Proceedings, 73-6. |
| | *Measles-Mumps-Rubella-Varicella Vaccine Safety*, CDC Advisory Committee on Immunization Practices (ACIP), June 24-26, 2009 Summary Report, 137-65. |
| | Livingston, K. A. et al. *Mumps vaccine effectiveness* |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Possible Confounder[1] | Source |
|---|---|
| | *and risk factors for disease in households during an outbreak in New York City*. Vaccine 2014;32:369-374. 10.1016/j.vaccine.2013.11.021 |
| | Latner, D. R. et al. *Estimates of Mumps Seroprevalence May Be Influenced by Antibody Specificity and Serologic Method*. Clin Vaccine Immunol. 2014;21(3):286-97. 10.1128/CVI.00621-13 |
| | Latner, D. R. et al. *Remembering Mumps*. PLoS Pathog 2015;11(5):e1004791. 10.1371/journal.ppat.1004791 |
| | Cardemil, C. V. et al. *Effectiveness of a Third Dose of MMR Vaccine for Mumps Outbreak Control*. N Engl J Med 2017;377:947-56. 10.1056/NEJMoa1703309 |
| | Centers for Disease Control and Prevention. *Update: Mumps Outbreak – New York and New Jersey, June 2009-January 2010*. MMWR 2010;59(5):125-50. |
| | *Measles, Mumps, Rubella (MMR) Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), February 22-23, 2012 Summary Report, 83-102. |
| | Dayan, G. H. et al. *Recent Resurgence of Mumps in the United States*. N Engl J Med 2008;358:1580-9. 10.1056/NEJMoa0706589 |
| **Differences between the mumps vaccine strain and the circulating mumps wild strain** | *Measles, Mumps, Rubella (MMR) Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), February 22-23, 2012 Summary Report, 83-102. |
| | Latner, D. R. et al. *Estimates of Mumps Seroprevalence May Be Influenced by Antibody Specificity and Serologic Method*. Clin Vaccine Immunol. 2014;21(3):286-97. 10.1128/CVI.00621-13 |
| | Livingston, K. A. et al. *Mumps vaccine effectiveness and risk factors for disease in households during an outbreak in New York City*. Vaccine 2014;32:369-374. 10.1016/j.vaccine.2013.11.021 |
| | *Mumps Disease and Vaccine*, CDC Advisory |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Possible Confounder[1] | Source |
|---|---|
| | Committee on Immunization Practices (ACIP), February 22-23, 2017 Summary Report, 115-25. |
| | *Mumps Disease and Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), June 21-22, 2017 Summary Report, 139-52. |
| | Quinlisk, P. M. *Mumps Control Today*. J Infect Dis 2010;202(5):655-656. 10.1086/655395 |
| **Delayed recognition and diagnosis** | Centers for Disease Control and Prevention. *Update: Multistate Outbreak of Mumps – United States, January 1-May 2, 2006*. MMWR 2006;55(20):559-63. |
| | *Update on the Multi-State Mumps Outbreak in the United States*, CDC Advisory Committee on Immunization Practices (ACIP), June 29-30, 2006 Record of the Proceedings, 73-6. |
| | Kancherla, V. S. et al. *Mumps resurgence in the United States*. J Allergy Clin Immunol. 2006;118(4):938-941. 10.1016/j.jaci.2006.07.033 |
| **Failure to follow dosing guidelines** | Kancherla, V. S. et al. *Mumps resurgence in the United States*. J Allergy Clin Immunol. 2006;118(4):938-941. 10.1016/j.jaci.2006.07.033 |
| **Inappropriate storage and handling of vaccine** | Kancherla, V. S. et al. *Mumps resurgence in the United States*. J Allergy Clin Immunol. 2006;118(4):938-941. 10.1016/j.jaci.2006.07.033 |
| **Unrecognized importation of mumps** | *Update on the Multi-State Mumps Outbreak in the United States*, CDC Advisory Committee on Immunization Practices (ACIP), June 29-30, 2006 Record of the Proceedings, 73-6. |
| **Lack of asymptomatic natural boosting due to substantially reduced endemic disease** | Latner, D. R. et al. *Estimates of Mumps Seroprevalence May Be Influenced by Antibody Specificity and Serologic Method*. Clin Vaccine Immunol. 2014;21(3):286-97. 10.1128/CVI.00621-13 |
| | Latner, D. R. et al. *Remembering Mumps*. PLoS Pathog 2015;11(5):e1004791. 10.1371/journal.ppat.1004791 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Possible Confounder[1] | Source |
|---|---|
| | *Mumps Disease and Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), February 22-23, 2017 Summary Report, 115-25.<br><br>*Mumps Disease and Vaccine*, CDC Advisory Committee on Immunization Practices (ACIP), June 21-22, 2017 Summary Report, 139-52. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 18**

**Mumps Disease**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1367

Mumps is an acute, viral illness that frequently presents with parotitis, other salivary gland swelling, orchitis, aseptic meningitis, or non-specific respiratory symptoms. In addition, it is estimated that more than 30% of infections are asymptomatic, leading to potential for under-reporting. Complications include deafness, aseptic meningitis, and encephalitis, though these are rare. Some complications of mumps are known to occur more frequently among adults than children. In recent U.S. mumps outbreaks, orchitis occurred in 3.3 to 10% of adolescent and adult males.[1]

Mumps is spread by droplet infection, with an incubation period of 16 to 18 days. The infectious period is 2 days before up to 5 days after parotitis onset, with viral shedding from 7 days before up to 9 days after parotitis onset. Mumps typically causes pain, tenderness, and swelling in one or both cheeks or jaw area. Swelling of the lower part of the ear typically occurs first, then it moves downward and forward with fluid building up in the soft tissue and skin of the neck and face. Swelling usually peaks in 1 to 3 days and then subsides in the following week.[2]



*See* MRK-KRA00027892; MRK-KRA00040971; MRK-KRA00330661; MRK-KRA00041711.

---

[1] https://www.cdc.gov/mumps/hcp.html#complications
[2] https://www.cdc.gov/mumps/hcp.html#clinical

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 19**

**Conversion Charts**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1369

## LOG SCALE CONVERSION

The logarithmic scale is a commonly used nonlinear scale that allows individuals to represent a wide range of values.  A logarithmic scale with a basis of 10 means that each 1.0 $\log_{10}$ increase or decrease represents a ten-fold increase or decrease, respectively, in the value.  For example, 2.0 $\log_{10}$ = (10x10) = 100.0; 3.0 $\log_{10}$ = (10x10x10) = 1,000.0; 4.0 $\log_{10}$ = (10x10x10x10) = 10,000.0; 5.0 $\log_{10}$ = (10x10x10x10x10) = 100,000.0; and 6.0 $\log_{10}$ = (10x10x10x10x10x10) = 1,000,000.0.

The conversion for values between these values is as follows:

$$3.0 \ \log_{10} = 1,000.0$$
$$3.1 \ \log_{10} = 1,258.9$$
$$3.2 \ \log_{10} = 1,584.9$$
$$3.3 \ \log_{10} = 1,995.3$$
$$3.4 \ \log_{10} = 2,511.9$$
$$3.5 \ \log_{10} = 3,162.3$$
$$3.6 \ \log_{10} = 3,981.1$$
$$3.7 \ \log_{10} = 5,011.9$$
$$3.8 \ \log_{10} = 6,309.6$$
$$3.9 \ \log_{10} = 7,943.3$$
$$4.0 \ \log_{10} = 10,000.0$$
$$4.1 \ \log_{10} = 12,589.3$$
$$4.2 \ \log_{10} = 15,848.9$$
$$4.3 \ \log_{10} = 19,952.6$$
$$4.4 \ \log_{10} = 25,118.9$$
$$4.5 \ \log_{10} = 31,622.8$$
$$4.6 \ \log_{10} = 39,810.7$$
$$4.7 \ \log_{10} = 50,118.7$$
$$4.8 \ \log_{10} = 63,095.7$$
$$4.9 \ \log_{10} = 79,432.8$$
$$5.0 \ \log_{10} = 100,000.0$$
$$5.1 \ \log_{10} = 125,892.5$$
$$5.2 \ \log_{10} = 158,489.3$$
$$5.3 \ \log_{10} = 199,526.2$$
$$5.4 \ \log_{10} = 251,188.6$$
$$5.5 \ \log_{10} = 316,227.8$$
$$5.6 \ \log_{10} = 398,107.2$$
$$5.7 \ \log_{10} = 501,187.2$$
$$5.8 \ \log_{10} = 630,957.3$$
$$5.9 \ \log_{10} = 794,328.2$$
$$6.0 \ \log_{10} = 1,000,000.0$$

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## AGE PROJECTION CHART

| Birth Year | Projected Year for First Dose per ACIP[1] | Projected Year for Second Dose per ACIP[2] | Age in 2018 |
|---|---|---|---|
| 1995 | 1996 | 1999-2001 | 23 |
| 1996 | 1997 | 2000-2002 | 22 |
| 1997 | 1998 | 2001-2003 | 21 |
| 1998 | 1999 | 2002-2004 | 20 |
| 1999 | 2000 | 2003-2005 | 19 |
| 2000 | 2001 | 2004-2006 | 18 |
| 2001 | 2002 | 2005-2007 | 17 |
| 2002 | 2003 | 2006-2008 | 16 |
| 2003 | 2004 | 2007-2009 | 15 |
| 2004 | 2005 | 2008-2010 | 14 |
| 2005 | 2006 | 2009-2011 | 13 |
| 2006 | 2007 | 2010-2012 | 12 |
| 2007 | 2008 | 2011-2013 | 11 |
| 2008 | 2009 | 2012-2014 | 10 |
| 2009 | 2010 | 2013-2015 | 9 |
| 2010 | 2011 | 2014-2016 | 8 |
| 2011 | 2012 | 2015-2017 | 7 |
| 2012 | 2013 | 2016-2018 | 6 |
| 2013 | 2014 | N/A | 5 |
| 2014 | 2015 | N/A | 4 |
| 2015 | 2016 | N/A | 3 |
| 2016 | 2017 | N/A | 2 |
| 2017 | 2018 | N/A | 1 |

[1] ACIP recommends vaccination at 12-15 months. https://www.cdc.gov/mmwr/preview/mmwrhtml/rr6204a1.htm.
[2] ACIP recommends vaccination at 4-6 years. *Id*.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1371

## TCID CONVERSION

- Merck manufactures mumps vaccine in bulk using a TCID/50 measurement of 0.1 mL.[3]
- The dose administered subcutaneously is 0.5 mL TCID/50.[4]
- To convert the potency measure from the 0.1 mL manufacturing measurement to the 0.5 mL per dose measurement, add 0.7 log to the 0.1 measurement.[5]
- For example, a measurement of 3.6 log10 (0.1mL) is 4.3 log10 (0.5 mL).

  A summary of the measurements relevant in this case are set forth in the following chart:

| 0.1 mL Measurement | 0.5 mL Measurement |
|---|---|
| 2.4 Log10 TCID/50 | 3.1 Log10 TCID/50 |
| 2.5 Log10 TCID/50 | 3.2 Log10 TCID/50 |
| 2.6 Log10 TCID/50 | 3.3 Log10 TCID/50 |
| 2.7 Log10 TCID/50 | 3.4 Log10 TCID/50 |
| 2.8 Log10 TCID/50 | 3.5 Log10 TCID/50 |
| 2.9 Log10 TCID/50 | 3.6 Log10 TCID/50 |
| 3.0 Log10 TCID/50 | 3.7 Log10 TCID/50 |
| 3.1 Log10 TCID/50 | 3.8 Log10 TCID/50 |
| 3.2 Log10 TCID/50 | 3.9 Log10 TCID/50 |
| 3.3 Log10 TCID/50 | 4.0 Log10 TCID/50 |
| 3.4 Log10 TCID/50 | 4.1 Log10 TCID/50 |
| 3.5 Log10 TCID/50 | 4.2 Log10 TCID/50 |
| 3.6 Log10 TCID/50 | 4.3 Log10 TCID/50 |
| 3.7 Log10 TCID/50 | 4.4 Log10 TCID/50 |
| 3.8 Log10 TCID/50 | 4.5 Log10 TCID/50 |
| 3.9 Log10 TCID/50 | 4.6 Log10 TCID/50 |
| 4.0 Log10 TCID/50 | 4.7 Log10 TCID/50 |
| 4.1 Log10 TCID/50 | 4.8 Log10 TCID/50 |
| 4.2 Log10 TCID/50 | 4.9 Log10 TCID/50 |
| 4.3 Log10 TCID/50 | 5.0 Log10 TCID/50 |
| 4.4 Log10 TCID/50 | 5.1 Log10 TCID/50 |
| 4.5 Log10 TCID/50 | 5.2 Log10 TCID/50 |
| 4.6 Log10 TCID/50 | 5.3 Log10 TCID/50 |
| 4.7 Log10 TCID/50 | 5.4 Log10 TCID/50 |
| 4.8 Log10 TCID/50 | 5.5 Log10 TCID/50 |
| 4.9 Log10 TCID/50 | 5.6 Log10 TCID/50 |
| 5.0 Log10 TCID/50 | 5.7 Log10 TCID/50 |

---

[3] MRK-KRA00625923; MRK-KRA00333482; MRK-KRA01552314.
[4] MRK-KRA00133294 at '306.
[5] MRK-KRA02101841.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1372

**Schedule 20**

**Known Mumps Viruses**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1373

| Virus[1] | Type | Applications |
|---|---|---|
| **Wild-Type Jeryl Lynn™** | Wild-Type | Strain evaluated for Protocol 007 and used in competitive trials (Protocol 006) of MMRII and Priorix.[2] |
| **London 1 (Lo-1)** | Wild-Type | Strain evaluated for Protocol 007 and used in competitive trials (Protocol 006) of MMRII and Priorix.[3] |
| **Barnes** | Wild-Type | Strain evaluated for Protocol 007 and used in competitive trials (Protocol 006) of MMRII and Priorix.[4] |
| **Tennessee** | Wild-Type | Strain evaluated for Protocol 007 and used in competitive trials (Protocol 006) of MMRII and Priorix.[5] |
| **Iowa** | Wild-Type | Strain isolated in 2006 outbreaks.[6] |
| **Swiss Isolates** | Wild-Type | Strain evaluated for Protocol 007.[7] |
| **Enders** | Wild-Type | Strain evaluated for Protocol 007.[8] |
| **NY** | Wild-Type | Strain evaluated for Protocol 007.[9] |
| **Jones** | Wild-Type | Strain evaluated for Protocol 007.[10] |
| **SBL** | Wild-Type | |
| **SBL-1** | Wild-Type | Strain evaluated for Protocol 007.[11] |
| **JL-135** | Low Passage (8) Attenuated | Used in AIGENT.[12] |
| **JL-2** | Attenuated | Part of the Jeryl Lynn™ strain and evaluated separately in development of Protocol 007.[13] |
| **JL-5** | Attenuated | Used in vaccine made by GSK (RIT-4385) Priorix, that uses part of the Jeryl Lynn™ strain.[14] |
| **Jeryl Lynn™** | Attenuated | A mixture of the JL-2 and JL-5 substrains.  Licensed for vaccine use by Merck in the U.S. since 1967.  Used in |

---

[1] This is not intended to be an exhaustive list, nor a full description in detail.
[2] MRK-KRA00031541 at '545; MRK-KRA00026469
[3] MRK-KRA00031541 at '545; MRK-KRA00026469
[4] MRK-KRA00031541 at '545; MRK-KRA00026469
[5] MRK-KRA00026469
[6] MRK-KRA00292789
[7] MRK-KRA00031541 at '545; MRK-KRA00026469
[8] MRK-KRA00026469
[9] MRK-KRA00026469
[10] MRK-KRA00026469
[11] MRK-KRA00026469
[12] MRK-KRA00056756; MRK-KRA00223634; *see also* Krah Dep. 587:2-588:8
[13] MRK-KRA00031541 at '545; MRK-KRA00667054 at '058; MRK-KRA00026469
[14] MRK-KRA00031541 at '545; MRK-KRA00667054 at '058

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Virus[1] | Type | Applications |
|---|---|---|
| | | MumpsVax, MMRII, ProQuad, and MMRVaxPro.[15] Strain also used in competitive trials (Protocol 006) of MMRII and Priorix.[16] |
| Urabe Am9 | Attenuated | Used for live mumps vaccine first licensed in Japan and then in Belgium, France, and Italy.[17] Used in the Morupar vaccine made by Chiron and the Trimovax vaccine made by Pasteur-Merieux Serums and Vaccines.[18] |
| Leningrad-3 | Attenuated | Used in mumps vaccine made by the Moscow State Facility for Bacterial Preparations, which was used in the former Soviet Union national immunization program starting in 1980.[19] |
| Leningrad-Zagreb | Attenuated | Further attenuation of Leningrad-3. Used in mumps vaccine made by the Institute of Immunology of Zagreb in Croatia[20] and in the Tresivac vaccine made by Serum Institute of India.[21] |
| Rubini | Attenuated | Used in the Triviraten vaccine made by Berna Biotech, formerly known as Swiss Serum and Vaccine Institute, which was first licensed in Switzerland in 1985.[22] |
| Hoshino | Attenuated | Used in mumps vaccine made by the Kitasato Institute in Japan.[23] |
| Torii | Attenuated | Used in mumps vaccine made by Takeda Chemicals in Japan.[24] |
| NK-M46 | Attenuated | Used in mumps vaccine made by Chiba Serum Institute in Japan.[25] |
| S-12 | Attenuated | Used in mumps vaccine made Razi State Serum & Vaccine Institute in Iran.[26] |
| Sofia-6 | Attenuated | Used in mumps vaccine made by the Center for Infectious and Parasitic |

---

[15] MRK-KRA00123078 at '083; MRK-KRA00031541 at '545; GSK-MMR-0189468 at '473
[16] MRK-KRA00031541 at '545
[17] MRK-KRA00123078 at '084
[18] GSK-MMR-0160936 at '940; GSK-MMR-0189468 at '473
[19] MRK-KRA00264101 at '109; MRK-KRA00123078 at '084
[20] MRK-KRA00264101 at '109; MRK-KRA00123078 at '084
[21] MRK-KRA00264101 at '109; MRK-KRA00123078 at '084; GSK-MMR-0189468 at '473
[22] MRK-KRA00123078 at '084; MRK-KRA01389563.
[23] MRK-KRA00028303; MRK-KRA00264101 at '109
[24] MRK-KRA00028303; MRK-KRA00264101 at '109
[25] MRK-KRA00028303; MRK-KRA00264101 at '109
[26] MRK-KRA00028303; MRK-KRA00264101 at '109

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Virus[1] | Type | Applications |
|---|---|---|
| | | Diseases in Bulgaria, which was introduced into the Bulgarian national vaccination program in 1977.[27] |
| **Miyahara** | Attenuated | Used in the mumps vaccine made by the Chem-Sero Therapeutic Research Institute Strain in Japan.[28] |
| **RIT 4385 (or JL-1)** | Attenuated | Derived from JL-5. Used in the Priorix vaccine made by GSK since 1997.[29] |
| **S79** | Attenuated | Used in MMR vaccine made by the Shanghai Institute of Biological Products in China.[30] |

---

[27] MRK-KRA00028303; MRK-KRA00264101 at '109
[28] MRK-KRA00028303; MRK-KRA00264101 at '109
[29] MRK-KRA00123078 at '084; GSK-MMR-0000162; MRK-KRA00031541 at '545
[30] MRK-KRA00123078 at '085; GSK-MMR-0189468 at '473

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 21**

**Commonly Used Acronyms**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| 317 | Reference to Section 317 of the Public Health Services Act | The 317 Program is a discretionary federal program that provides grants to state and local health departments to support mass immunization campaigns. 42 U.S.C. § 247b (Section 317 Public Health Services Act as amended) authorizes the 317 program. The program provides vaccinations for underinsured children who are not eligible for the Vaccines for Children program. |
| 482 | FDA Form 482 | A notice of inspection provided when a FDA investigator arrives for a site inspection. |
| 483 | FDA Form 483 | A FDA Form 483 is issued to a firm at the conclusion of an inspection when an investigator has observed conditions that may constitute violations of the Food Drug and Cosmetic Act (FDCA) and related Acts. Merck was issued several 483s, including but not limited, ones on October 11, 2000, August 6, 2001 and May 3, 2002. *See also,* Schedule 24 for list. |
| ACIP | Advisory Committee on Immunization Practices | The ACIP is a federally chartered, scientific advisory committee of outside experts with the goals of providing the Centers for Disease Control and Prevention (CDC) with advice on decreasing disease through the use of vaccines and other biological products, and on improving the safety of their use. |
| AERT | Adverse Event Review Team | An internal Merck committee to review adverse event data for a given vaccine. *See* Eric Metzger Deposition Exhibit 5. |
| AIGENT | Anti-IgG Enhanced Neutralization Assay | Merck's plaque reduction neutralization assay that utilized an anti-human IgG step to increase neutralization used in Protocol 007 to lower the mumps end expiry potency claim in the label. |
| ASH | Assistant Secretary of Health | The ASH directs the National Vaccine Program (NVP). |
| BLA | Biologics License Application | Application submitted to Food and Drug Administration (FDA) seeking review and approval for a biologic, which includes vaccines. The application must provide the multidisciplinary FDA reviewer team with sufficient evidence of the efficacy and safety of the proposed product for the FDA to decide whether to approve the vaccine for manufacture |

---

[1] This is not intended to be an exhaustive list, nor a full description in detail.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| | | and sale. |
| **BPC** | Biological Process Council | An internal Merck committee. *See* Eric Metzger Deposition Exhibit 5; *see also* MRK-KRA00343384. |
| **BSC**<br><br><br>**BSEC** | Biologics Specifications Committee<br><br>Biologics Specifications Executive Committee | A two-tiered internal Merck committee responsible for specifications of biologics. The lower tier of the committee is the BSC, while the BSEC provides a higher level of review with more senior executives. *See* MRK-KRA00249044 at '046; MRK-KRA341216; Alison Fisher Deposition at 32-3, 37, 61, 67, 81. |
| **BSS** | Biologics Specifications Subcommittee | A subcommittee of the BPC. *See* MRK-KRA00281062. |
| **CAS/CAST** | Clinical Assay Subteam | An internal Merck committee to oversee the operation and throughput of assays and address any clinical, regulatory or lab issues related to the assays. According to David Krah, the CAS was responsible for development of clinical assays. *See* Eric Metzger Deposition Exhibit 5 at 7; Florian Schodel Deposition at 233-4; David Krah Deposition at 266-267. |
| **CBER** | Center for Biologics Evaluation and Research | CBER is one of the centers in the FDA that regulates biological and related products including blood, vaccines, allergenics, tissues, and cellular and gene therapies. The Center for Drug Evaluation and Research (CDER) is the other such center. |
| **CCHMC** | Cincinnati Children's Hospital Medical Center | The entity that housed Dr. Ward's laboratory and where Merck contemplated outsourcing much of the Protocol 007 assay. *See* MRK-KRA01612678, MRK-KRA00017839. |
| **CDC** | Centers for Disease Control and Prevention | A part of the United States Department of Health and Human Services, the CDC purchases and dispenses vaccines for the federal government as part of the country's vaccination programs. The CDC is also responsible for monitoring outbreaks of diseases. |
| **CDOC** | Clinical Development Oversight Committee | An internal Merck governance committee responsible for overseeing the clinical and regulatory aspects of product development. CDOC was succeeded by CRRC, which fulfilled essentially the same role as CDOC had previously. *See* Eric Metzger Deposition Exhibit 5 at 11; Joyce Bramble Deposition at 14; Keith Chirgwin Deposition at 142-3. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| **CDTF** | Competitive Defense Task Force | An internal Merck committee. *See* Eric Metzger Deposition Exhibit 5 at 15. |
| **CHMP** | Committee for Medicinal Products for Human Use | The Committee for Medicinal Products for Human Use (CHMP), formerly known as the Committee for Proprietary Medicinal Products (CPMP), is the European Medicines Agency's committee responsible for elaborating the agency's opinions on all issues regarding medicinal products for human use. |
| **CIA** | Corporate Integrity Agreement | An agreement entered into between the government and a government contractor to assure compliance with the statutes, regulations, and written directives in interactions with the government. |
| **CII** | Childhood Immunization Initiative | The CII established the goal of increasing vaccination coverage levels among children aged 2 years to greater than 90% by 1996 for the most critical doses of each vaccine routinely recommended for children.  It was launched in 1993, after several measles outbreaks.  *See* MRK-KRA00260859. |
| **CMC** | Chemistry, Manufacturing, and Controls | A category of FDA oversight in which guidance is offered.  The category was renamed to Pharmaceutical Quality/CMC. |
| **CMS** | Centers for Medicare and Medicaid services | A part of the United States Department of Health and Human Services, CMS administers Medicare, Medicaid, and the children's health insurance program.  Some vaccines are administered and paid for through state Medicaid programs. |
| **CP** | Control Procedure | An internal Merck document prescribing the use of a laboratory method.  *See, e.g.*, MRK-KRA01977772; MRK-KRA01977803 (CP 9110.676 is the Control Procedure for the "INFECTIVITY TEST FOR THE DETERMINATION OF MEASLES, MUMPS, AND RUBELLA VACCINE POTENCY."). |
| **CPE** | Cytopathic Effect | An alternative type of assay to PRN is based on CPE, which refers to structural changes in the host cells that are caused by viral invasion. |
| **CPMP** | Committee for Proprietary Medicinal Products | A scientific advisory group of the EMEA (European Medicines Evaluation Agency). |
| **CRC** | Commitment Review Committee | An internal Merck committee.  *See, e.g.*, MRK-KRA01629756. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| CRRC | Clinical and Regulatory Review Committee | An internal Merck governance committee responsible for overseeing the clinical and regulatory aspects of product development.  The CRRC fulfilled essentially the same role as CDOC had previously.  *See* Eric Metzger Deposition Exhibit 5 at 6; Joyce Bramble Deposition at 14; Keith Chirgwin Deposition at 142-3. |
| CSR | Clinical Study Report | An FDA requirement.  An "integrated" full report of an individual study of any therapeutic, prophylactic, or diagnostic agent (referred to herein as drug or treatment) conducted in patients.  *See, e.g.*, MRK-KRA00135759. |
| CST | Commercialization Subteam (circa 1998-2004)

Clinical Subteam (circa 2014) | An internal Merck committee.  *See* Eric Metzger Deposition Exhibit 5 at 12-13. |
| CTD | Clinical Trial Directive (EU)

Common Technical Document (USA) | The CTD acronym can have a different meaning whether in the EU or US.  The essence of both uses are similar and both are applicable to Merck's activities.

The Clinical Trial Directive in Europe governs clinical trial protocols and are submitted in an application for marketing authorization in the EU.

The Common Technical Document in the U.S. is for the Registration of Pharmaceuticals for Human Use (including biotechnology-derived products).  The CTD is submitted with new drug applications and marketing applications.  The US CTD was designed to be used in the US, EU, and Japan. |
| CTF | Competitive Task Force | An internal Merck committee.  *See* Eric Metzger Deposition Exhibit 5 at 17. |
| DAP | Data Analysis Plan | *See, e.g.*, MRK-KRA00126567. |
| DBS | Department of Biologics Standard | DBS was a predecessor to the modern FDA.  At the time the mumps vaccine was approved in 1967, DBS (a department of the National Institute of Health) was responsible for approving a manufacturer's license to manufacture and sell vaccines. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| **DMC** | Development Management Committee | An internal Merck committee. *See* MRK-KRA01727904. |
| **DMT** | Data Management Team | An internal Merck review function. *See* MRK-KRA00802542. |
| **DOD** | Department of Defense | The DOD has liaison members in the National Vaccine Advisory Committee. The DOD's interests in issues relating to vaccines include guarding against biologic warfare and assuring the health of all active service members and their families. |
| **DTP** | Diphtheria, Tetanus, and Pertussis | Another commonly administered trivalent vaccine to protect against three serious diseases caused by bacteria. Diphtheria and pertussis (whooping cough) are spread from person to person. Tetanus enters the body through cuts or wounds. The DTP vaccine is administered to children in a series of five doses at various ages. Also seen as DPT, DTwP (to designate the old formulation with whole cell pertussis antigen), or DTaP (to designate the current formulation with acellular pertussis antigen). |
| **EDQM** | European Directorate for the Quality of Medicines & HealthCare | The EDQM plays an essential role in the complex regulatory framework in place for medicines in Europe. Its aims are to protect public health by enabling the development, supporting the implementation, and monitoring the application of quality standards for safe medicines and their safe use. |
| **EIA or ELIA** | Enzyme Immunoassay or Enzyme-Linked Immunosorbent Assay | Commonly used assay to test immunogenicity in a controlled laboratory environment. This assay uses the addition of certain enzymes to measure the presence of virus-specific antibodies. |
| **EMA or EMEA** | European Medicines Agency | A decentralized agency of the European Union (EU), located in London, England. This agency is responsible for the scientific evaluation of medicines developed by pharmaceutical companies for use in the European Union. It serves roughly the equivalent role as the FDA in the United States. |
| **FDA** | United States Food and Drug Administration | Federal agency responsible for protecting the public health by assuring the safety, efficacy, and security of human and veterinary drugs, biological products, medical devices, United States food supply, cosmetics, and products that emit radiation. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| FDCA | Federal Food, Drug, and Cosmetics Act | 21 U.S.C. § 301 et. seq.  The FDA enforces the FDCA.  The Act is intended to ensure food safety as well as drug, medical device, and cosmetics safety and effectiveness. |
| QPA | Quantitative Precipitin Assay | PCR based viral DNA amplification assay.  Measures reduction in percentage of virus infection post incubation in serum from vaccinee relative to control potency. |
| GOS | GOS Stabilizer | GOS formulation stabilizer (a vaccine component) containing gelatin, medium O, and sorbitol.  See MRK-KRA00020881. |
| GMP/CGMP | Good Manufacturing Practices or Current Good Manufacturing Practices | System designed to ensure that products are consistently manufactured and controlled according to quality standards and the practices required in order to conform to the guidelines recommended by agencies that control authorization and licensing for manufacture and sale of food, drug products, and active pharmaceutical products.  See MRK-KRA00255145. |
| GMT | Geometric Mean Titer (aka "Titre") | In a population seronegative before vaccination, the post-vaccination geometric mean titer (post-GMT) is an immunological parameter that expresses antibody response after vaccination.  It is the simple arithmetic mean of the logarithms of the last positive dilution of each serum.  See MRK-KRA00027878. |
| GRSRC | Global Regulatory Strategic Review Committee | An internal Merck committee.  See MRK-KRA01349418; MRK-KRA00040705. |
| GSK | GlaxoSmithKline | A global health care company.  Manufacturer of Priorix, an MMR vaccine sold in Europe and elsewhere in the world (but not in the United States). |
| HHS | Health and Human Services | A cabinet level department of the United States federal government.  Its goal is to protect the health of all Americans and provides essential human services. |
| HSA | Human Serum Albumin | A component used in the manufacture of MMRII until replaced with rHA. |
| IAC | Immunization Action Coalition | This coalition works to increase immunization rates and prevent disease by creating and distributing education materials for health professionals and the public.  IAC works with and is financially supported by the CDC.  IAC |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| | | also receives funding from Merck for its work in facilitating communication about the safety, efficacy, and use of vaccines within the broad immunization community. |
| ICH | International Conference on Harmonization | Launched in 1990, ICH is a unique undertaking that brings together the drug regulatory authorities and the pharmaceutical industry of Europe, Japan, and the United States to reach common standards and guidelines that are adopted by regulatory bodies |
| IDSA | Infectious Diseases Society of America | The Infectious Diseases Society of America (IDSA) represents physicians, scientists, and other health care professionals who specialize in infectious diseases. |
| IgG | Immunoglobulin Class G Isotype | Antibodies have a constant region and a variable region. There are five different classes of constant region. IgG is one class of antibody constant region. IgG antibodies comprise 70% of circulating antibodies in humans and have a major role in immune function and disease prevention. *See generally* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4202688/. |
| IND | Investigational New Drug | Seen in the context of an IND Application. A sponsor who wishes to begin clinical trials with a vaccine must submit an IND to the FDA. The IND describes the vaccine, the method of its manufacture, and quality control tests for release. |
| IOM | Institute of Medicine | An independent, nonprofit organization that works to provide health and health care advice to decision makers and the public. |
| IPLT | Integrated Product Leadership Team | An internal Merck committee. *See* Eric Metzger Deposition Exhibit 5 at 19. |
| ITFDE | International Task Force for Disease Eradication | A task force created after the worldwide elimination of small pox to identify other preventable diseases that could be targeted for eradication. |
| JL (*see also, e.g.*, JL-1, JL-2, JL-5) | Jeryl Lynn | The strain of the mumps virus originally isolated by Dr. Maurice Hilleman in the 1960s. The JL strain is the basis for the mumps vaccine Merck has used continuously since vaccine approval in 1967. |
| JVDMC | Joint Venture Development | Committee made up of Merck and Sanofi Pasteur (SPMSD) personnel. *See* MRK- |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| | Management Committee | KRA00663137. |
| JW | Joan Wlochowski | Relator in False Claims Act case. |
| LDRC | Late Development Review Committee | An internal Merck committee. *See* Eric Metzger Deposition Exhibit 5 at 20; MRK-KRA01736573. |
| LEAD | Label Evaluation and Development | An internal Merck committee, circa 2004-2005. Appears to have superseded the work of the earlier WPCRC committee. *See* Eric Metzger Deposition Exhibit 5 at 43-47; MRK-KRA01734446 at '509. |
| LIMS | Laboratory Information Management System | A software-based laboratory and information management system with features that support a modern laboratory's operations. Merck stores potency, stability and other testing data in a LIMS database. |
| Lo1 | London 1 | A wild-type mumps strain. |
| MeV | Measles Virus | Measles virus abbreviation. *See* MRK-KRA00389693. |
| MMD | Merck Manufacturing Division | Division of Merck that manufactures and packages product, *e.g.*, vaccines. *See* MRK-KRA00032621. |
| MMR M-M-R | Measles – Mumps – Rubella Vaccine | Combination measles, mumps, and rubella vaccine. |
| MMRII MMR II M-M-R II | Measles – Mumps – Rubella II Vaccine | Merck's replacement for MMR containing a different strain of the rubella virus that is still primary vaccine used in US today. |
| MMRV | Measles –Mumps – Rubella – Varicella Vaccine | A quadrivalent vaccine that combines measles, mumps, rubella and varicella antigens. Merck's quadrivalent is marketed under the name "ProQuad." *See, e.g.*, MRK-KRA00279043. |
| MMRVAXPRO | Measles – Mumps – Rubella Vaccine | Brand name for Merck's MMRII vaccine developed and approved for sale in Europe. Sold pursuant to a joint venture between Merck and Sanofi Pasteur. |
| MMWR | Morbidity and Mortality Weekly Report | A weekly report published by the CDC. It is considered the agency's primary vehicle for scientific publication of public health information and recommendations. It includes information about vaccine use and disease outbreaks. |
| MNVT or MNV | Monkey Neurovirulence Test | Safety test of vaccine performed on monkey brains. *See* MRK-KRA00643909. |
| MRL | Merck Research Laboratories | The division of Merck in which Protocol 007 took place. *See* MRK-KRA00001270. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| **MuV** | Mumps Virus | Mumps virus abbreviation. *See* MRK-KRA00389693. |
| **MVD** | Merck Vaccine Division | *See* MRK-KRA00084900. |
| **MVX** | Merck Voice Mail | A Merck voice mail message; messages were sometimes transcribed by recipients. *See* Henrietta Ukwu Deposition Exhibit 12; MRK-KRA00343223. |
| **NIH** | National Institutes of Health | An agency of the United States Department of Health and Human Services. It is the primary agency of the United States government responsible for biomedical and health-related research. |
| **NIS** | National Immunization Survey | The National Immunization Survey is conducted each year by the HHS, through the CDC, to collect data from every state to measure immunization rates. |
| **NVAC** | National Vaccine Advisory Committee | The committee advises and makes recommendations to the ASH (Assistant Secretary of Health) regarding the work of the National Vaccine Program and assures input from a broad range of stakeholders (including federal, state and local health agencies, vaccine manufacturers and distributors, health care providers, and consumers, among others). |
| **NVICP** | National Vaccine Injury Compensation Program | The NVICP is a no-fault alternative to the traditional tort system for resolving vaccine injury claims that provides compensation to people found to be injured by certain vaccines. The NVICP also incorporates vaccine labeling requirements. |
| **NVP** | National Vaccine Program | The program was created as part of the National Childhood Vaccine Injury Act of 1986 (P.L. 99-660), which directs it to coordinate and provide direction to all federal activities related to vaccines and immunization programs. |
| **NVPO** | National Vaccine Program Office | The office manages the National Vaccine Program on behalf of the ASH. |
| **OGOS** | Optimized GOS | An "optimized" reformulation of GOS that Merck hoped would improve thermal stability of their vaccine product. *See* MRK-KRA00199236. |
| **OMB** | Office of Management and Budget | The OMB's role in vaccines is to approve funding for programs like the Vaccines for Children program. |
| **OPAR** | Office of Promotional | An internal Merck committee. *See* Eric Metzger |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| | and Advertising Review | Deposition Exhibit 5 at 22. |
| OSTIC | Office of Scientific and Technical Information Clearance | The OSTIC is one option to review any scientific result or information that is based on work conducted at Merck before it is released. The other option is a divisional vice president. *See* MRK-KRA00582424. |
| PAS | Prior Approval Supplement | A filing with the FDA to gain approval of a major change that has a substantial potential to have an adverse effect on the identity, strength, quality, purity, or potency of a drug product as these factors may relate to the safety or effectiveness of the drug product. |
| PDT | Product Development Team | An internal Merck committee. *See* Eric Metzger Deposition Exhibit 5 at 28-33. |
| PEI | Paul Ehrlich Institute | The Paul Ehrlich Institute is a German research institution and medical regulatory body, and is the German federal institute for vaccines and biomedicines. It is a federal agency and subordinate to the Federal Ministry of Health. *See* MRK-KRA00095349. |
| PHSA | Public Health Service Act | 42 U.S.C. Chapt. 6A, specifically 42 U.S.C. § 262 provides regulation for biological products, such as biologics license, recall of product presenting imminent hazard, and penalty for offenses. |
| PHAC | Public Health Agency of Canada | A Canadian regulatory body. |
| PRIORIX | Measles-Mumps-Rubella Vaccine | A competing trivalent vaccine manufactured and sold by GSK in certain markets outside the United States. |
| PRN | Plaque Reduction Neutralization | A PRN test measures the ability of an antibody to neutralize an antigen in vitro. PRN test is considered a biologically relevant standard or the "gold standard" for testing mumps. |
| PRT | Promotional Review Team | An internal Merck committee. *See* Eric Metzger Deposition Exhibit 5 at 34. |
| PVP | Pharmacovigilence Plan | *See* MRK-KRA00012248. |
| QA | Quality Assurance | A department responsible for auditing laboratories and procedures for compliance. *See* MRK-KRA00010596. |
| QPA | Quantitative Precipitin Assay | A simple technique that is routinely used in the analysis of antibody and antigen interactions and for the estimation of the antibody or antigen content in a sample. The technique is based on the interaction of antibody and antigen to form a |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| | | large protein complex that in certain solutions (buffer) will result in precipitation. Merck contemplated the use of a modified fnQPA (functional QPA) as an alternative to a PRN Assay. |
| rHA | Recombinant Human Albumin | A component tested for use in the manufacture of MMRII. |
| RIVM | Rijksinstituut voor Volksgezondheid en Milieu (Netherlands National Institute for Public Health and the Environment) | The RIVM is a Dutch research institute that is an independent agency of the Dutch Ministry of Health, Welfare and Sport. RIVM supports support the Dutch government in formulating its policy. |
| RMST | Risk Management Safety Team | An internal Merck committee. *See, e.g.*, MMR II RMST. *See* Eric Metzger Deposition Exhibit 5 at 35. |
| SBLA | Supplemental Biologics License Application | A supplemental filing to an existing BLA. |
| SK | Stephen Krahling | Relator in False Claims Act case. |
| SOHCO | Single Overriding Health Communication Objective | Messaging tool employed by CDC. A SOHCO usually consists of one sentence that sums up the most important aspect of what is being communicated followed by several statements that support or qualify that sentence. |
| SOP | Standard Operating Procedure | An SOP is a formal, written, approved procedure for laboratory work that must be followed. |
| STN | Submission Tracking Number | Identifying number assigned by CBER to a given submission. This is also referred to as a Serial. |
| TARC | Therapeutic Area Review Committee | *See* MRK-KRA00379038; MRK-KRA00251829. |
| TCID | Tissue Culture Infectious Doses | A unit quantifying the amount of cytopathogenic agents to cause cytopathic effect in 50% of inoculated cell cultures. A measure of how potent a vaccine is. An assay used by Merck to test potency of its mumps vaccine. |
| TPAC | Tactical Product Approval Committee | A senior Merck management committee. Per Joye Bramble, TPAC is the highest level governance committee that a PDT reported to. *See* Eric Metzger Deposition Exhibit 5 at 36; Abraham Deposition at 205; Bramble Deposition at 207-8. |
| TTT | Tech Transfer Team | *See* MRK-KRA00195720. |
| USAID | United States Agency | A federal agency with liaison members in the |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| | for International Development | National Vaccine Advisory Committee.  They coordinate U.S. efforts to promote vaccination in other parts of the world, including developing countries. |
| VA | Veterans Administration | A federal agency with liaison members in the National Vaccine Advisory Committee.  They coordinate efforts to provide vaccinations to adults eligible for VA health benefits. |
| VAC | Vaccine Assay Committee | An internal Merck committee.  The objective of the VAC is to provide a forum for the in-depth review of all data used to support clinical assays and approve proposals/plans for these analytical assays to support clinical endpoint evaluations.  Per Keith Chirgwin, the VAC reviewed issues related to serological assay protocols.  *See* MRK-KRA00279983; Eric Metzger Deposition Exhibit 5 at 37; Keith Chirgwin Deposition at 311-2. |
| VAERS | Vaccine Adverse Event Reporting System | A post-marketing safety surveillance program sponsored jointly by CDC and FDA, VAERS provides a nationwide mechanism by which adverse events following immunization may be reported, analyzed, and made available to the public. |
| VARIVAX | Varicella Vaccine | Merck's branded monovalent vaccine against the Varicella (chickenpox) virus. |
| VCBIO | Virus and Cell Biology Research | Merck department that includes the vaccine research division where Protocol 007 research and clinical studies were conducted.  *See* MRK-KRA00002339. |
| VDMS | Vaccine Data Management System | Official Merck database to manage clinical data.  *See* MRK-KRA00063483. |
| VFC | Vaccines for Children | Federally funded program enacted by Congress to help meet the immunization goals identified by Childhood Immunization Initiative.  It is the primary mechanism through which the federal government purchases childhood vaccines.  The VFC program provides vaccines at no cost to children who might not otherwise be vaccinated because of inability to pay. |
| VMC | Vaccine Marketing Committee | An internal Merck committee.  The objectives of the Vaccine Marketing Committee (VMC) are to ensure that the marketing plans are supported by MVD senior management and are appropriately integrated into development and manufacturing |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| ACRONYM[1] | DEFINITION | DESCRIPTION |
|---|---|---|
| | | strategies. *See* MRK-KRA00626226; Eric Metzger Deposition Exhibit 5 at 39. |
| VPAC | Vaccine Product Approval Committee | An internal Merck committee. *See* Eric Metzger Deposition Exhibit 5 at 40. |
| VRBPAC | Vaccines and Related Biological Products Advisory Committee | A non-FDA expert committee (scientists, physicians, biostatisticians, and a consumer representative) that provides advice to the Food and Drug Administration regarding the safety and efficacy of a vaccine for a proposed indication. VRBPAC review follows FDA's own review of a license application for a new indication. |
| VRC | Vaccine Report Card | An assessment of safety by the blinded investigator in a clinical trial, which includes a record of local and systemic adverse events. *See* MRK-KRA00220377. |
| VTE | Vaccine Technology & Engineering | A part of MMD. Represented at the BSEC by Barry Garfinkle as of 2003. *See* MRK-KRA00094106. |
| VZV | Varicella Zoster Virus | The virus which causes chicken pox and herpes zoster. Merck manufactures a vaccine, VARIVAX, which is also a component of ProQuad. |
| WAES | Worldwide Adverse Experience System | Database of voluntary reports to Merck of adverse experiences after use of a Merck product. Includes reports regardless of outcome or likelihood of causal association. *See* MRK-KRA00338463. |
| WCS | Worldwide Clinical Summary | *See* MRK-KRA00012828. |
| WGMPQA | Worldwide GMP Quality Assurance | A quality assurance department of Merck that audits GMP compliance. *See* MRK-KRA00066258. |
| WPCRC | Worldwide Product Circular Review Committee | An internal Merck committee, circa 1998-2000. Appears to have been superseded by LEAD committee circa 2004-2005. *See* Eric Metzger Deposition Exhibit 5 at 43-47. |
| WRAPS | Worldwide Regional Annual Product Strategy | *See* MRK-KRA00209480. |
| WT | Wild Type | A wild type virus is a strain of the virus as it exists in nature and might be encountered by a person in the real world. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 22**

**Merck Key Employees**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| **Kati (Katalin) Abraham** | April 1989 – May 1990<br>MMD, Developmental Biologist, BioQC Tech Services<br>June 1990 – February 1992<br>MMD, Lead Laboratory Supervisor<br>March 1992 – June 1994<br>MMD, Senior Scientist, Bioanalytical Development<br>June 1994 – May 2001<br>MMD, Regulatory Administrator<br>May 2001 – December 2006<br>MRL, Associate Director, Regulatory Compliance Management<br>October 2015 – January 2017<br>MRL, Director, Regulatory Affairs International |
| **Michael Angelo, Ph.D.** | November 1987 – June 1990<br>MMD, Director, Technical Operations<br>July 1990 – June 1993<br>MMD, Senior Director, Technical Operations<br>July 1993 – June 1996<br>MMD, Vice President, Safety and Environment<br>July 1996 – June 1997<br>MMD, Vice President, Chemical Technology & Engineering<br>July 1997 – June 2010<br>MMD, Senior Vice President, Global Quality<br>June 2010 – December 2012<br>MMD, Senior Vice President, Regulatory Integration |
| **Joseph Antonello, Ph.D.** | 1984 –<br>MRL, Statistician<br>MRL, Senior Statistician<br>1997 –<br>MRL, Biometrician<br>MRL, Senior Biometrician<br>~2001 – ~December 2005<br>MRL, Associate Director, Vaccine Biometrics Research<br>MRL, Director, Vaccine Biometrics Research |

---

[1] This is not intended to be an exhaustive list, nor a full description in detail.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1392

| Name[1] | Role or Title |
|---|---|
| | Prior to 2015 – Present<br>MRL, Senior Principal Scientist, GXP Systems<br>Merck Vaccines |
| **Deitra Arena** | 1987 – 2013<br>MRL, Director, Project Management |
| **Ercem Atillasoy, M.D.** | 2001 – 2003<br>MMD, Director, Regulatory Affairs<br>2003 – 2007<br>MMD, Senior Director, Regulatory Affairs<br>2007 – 2012<br>MMD, Executive Director, Regulatory Affairs<br>2012 – Present<br>MMD, Vice President, Global Regulatory<br>Affairs |
| **Linda Banion** | MRL, Executive Administrator |
| **Robert Barber, Ph.D.** | June 1997 – April 2001<br>MMD, Manufacturing Supervisor<br>April 2001 – October 2003<br>MVD, Regulatory Writer, Worldwide Product<br>Labeling |
| **Susan Behrens, Ph.D.** | August 1990 – October 1994<br>MMD, Section Head/Sr. Engineer, Technical<br>Operations<br>November 1994 – January 1997<br>MMD, Research Fellow, Pharm R&D<br>January 1997 – May 2001<br>MMD, Director, Process Engineering<br>May 2001 – November 2005<br>MMD, Sr. Director, Sterile Process<br>Technology & Engineering, Regulatory &<br>Analytical Sciences<br>November 2005 – March 2012<br>MMD, Sr. Director, Biological Sciences &<br>Strategy, Vaccine & Sterile Operations |
| **Patrice Benner** | April 1999 – April 2012<br>MRL, Project Manager/Key Data Coordinator |
| **Philip Bennett** | 1998 – ~December 2012<br>2001 – 2004 (MRL, Statistician) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| | MRL, Biometrician/Statistician, BARDS |
| **David Blois, Ph.D.** | ~1981 –<br>~1993 –<br>MRL, Executive Director, Regulatory Affairs<br>~2003 –<br>MRL, Senior Vice President, Global Regulatory Policy |
| **Gary Bolino** | ~January 2001 – January 2002<br>MRL, Manager, Worldwide Regulatory Coordination, Vaccines<br>~October 2002 – December 2007<br>MRL, Associate Director, Worldwide Regulatory Coordination (Vaccines)<br>Secretary, Global Regulatory Strategic Review Committee |
| **John Boslego, M.D.** | October 1995 – January 2006<br>MRL, Executive Director, Biologics – Clinical Research |
| **Joye Bramble, Ph.D.** | 1990 – 1999<br>MMD, Technology Group Lead<br>April 1999 – April 2002<br>MRL, Senior Director, Project Planning and Management/Vaccine Integration<br>April 2002 – November 2003<br>MMD, Senior Director, Bioprocess R&D, Biologics Pilot Plant<br>April 2005 – February 2006<br>MMD, Executive Director, Transformation Task Force<br>November 2003 – June 2007<br>MMD, Executive Director, Bioprocess R&D, Bioprocess Clinical Manufacturing and Technology<br>August 2006 – December 2007<br>MVD, Senior Leader, Therapeutic Protein Commercialization<br>June 2007 – April 2010<br>MRL, Executive Director, Research Planning and Integration |
| **Patrick Brill-Edwards, M.D.** | September 2001 – ~July 2016 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| | MRL, Associate Director, Worldwide Regulatory Affairs |
| **Kim Bruhin** | 2000 – 2005<br>MMD, Manager GMP Compliance<br>2009 – April 2012<br>MMD, Senior Coordinator, RAS-Biologics |
| **William Buckland** | MRL, Process Research |
| **Kelly Buckley** | ~2000 – 2002<br>MRL, Clinical Assay Research and Development<br>(performed ELISA assays for Krah's lab) |
| **Carl Burke, Ph.D.** | July 1990 –<br>January 2002 –<br>MRL, Senior Research Fellow, Vaccine Pharmaceutical Research and Development<br>2003 – 2008<br>MRL, Senior Director, PR&D Vaccine siRNA Group |
| **Pam Burke** | June 2003 – January 2015<br>MRL, Clinical Assay R&D<br>MRL, Executive Director, Licensing |
| **Vera Byrnes, M.D.** | ~February 1998 – June 2004<br>MRL, Project Planning and Management |
| **Isabelle Claxton** | |
| **Robert Capen** | ~1999 – 2001<br>MRL, Biometrician/Statistician<br>2001 –<br>MRL, Senior Biometrician/Statistician<br>2008 –<br>MRL, Associate Director, Scientific Staff |
| **Peggy Carson** | July 1999 – November 2003<br>Marketing/Manufacturing liaison, Planning and Logistics Manager<br>November 2003 – January 2007<br>Marketing/Manufacturing liaison Planning and Logistics Sr. Analyst<br>January 2007 – Present |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---------|---------------|
| | Marketing/Manufacturing liaison Production Planning Business Process Lead |
| **Ivan Chan, Ph.D.** | June 1995 – June 2016<br>MRL, Executive Director, Late Developmental Statistics |
| **Lisa Chiacchierini-Lupinacci** | ~February 1998 – August 2007<br>MRL, District Scientist, Clinical Research |
| **Keith Chirgwin, M.D.** | 1997 – 2000<br>MRL, Director, Worldwide Regulatory Affairs,<br>2000 – 2002<br>MRL, Senior Director, Worldwide Regulatory Affairs,<br>2002 – 2007<br>MRL, Executive Director, Worldwide Regulatory Affairs,<br>2008 – 2012<br>MRL, Vice President, Worldwide Regulatory Affairs,<br>2012 – 2013<br>MRL, Vice President, Vaccines Pipeline and Project Leader |
| **Narendra Chirmule, Ph.D.** | 2000 – 2007<br>MRL, Director |
| **Jeff Chodakewitz, M.D.** | 2002 – 2006<br>MRL, Vice President, Infectious Disease and Vaccine Clinical Research<br>2006 – 2008<br>MRL, Vice President, Clinical Pharmacology<br>2009 – January 2010<br>MRL, Vice President, Early Development Group Leader<br>January 2010 – March 2011<br>MRL, Vice President, Late Stage Development Group Leader<br>March 2011 – July 2012<br>MRL, Vice President, Late Stage Development<br>May 2012 – January 2013<br>MRL, Senior Vice President, Late Stage Development |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---------|---------------|
| | January 2013 – August 2013<br>MRL, Senior Vice President, Global Scientific Strategy, Franchise Head, Infectious Disease, Respiratory and Immunology (interim)<br>August 2013 – December 2013<br>MRL, Therapeutic Area Head, Infectious Diseases and Vaccine |
| **Jim Clair, Ph.D.** | 1988<br>MRL, Senior Biometrician / Biostatistician / Senior Research Scientist<br>June 2001 –<br>MRL, Associate Director, Vaccine and Biometrics Research<br>– 2013 |
| **Bill Collingwood** | August 2009 – March 2013<br>MMD, Executive Director, Global Supply Chain Planning<br>April 2013 – December 2014<br>MMD, Executive Director, Global Supply Chain Development<br>December 2014 – August 2016<br>MMD, World Class Supplier Champion |
| **Paul Coplan, Sc.D.** | January 1995 – August 2002<br>MRL, Associate Director, Epidemiology<br>June 2002 – December 2003<br>MRL, Associate Director, Global Strategic Regulatory Affairs |
| **Michael Dekleva, Ph.D.** | 1989 – 1996<br>MMD, Microbiologist, Vaccine Technology & Engineering<br>1996 – 2000<br>MMD, Director, Vaccine Technology & Engineering<br>2000 – 2004<br>MMD, Director, Biological/Sterile Validation<br>2004 – 2008<br>MMD, Director, Regulatory Affairs Vaccines/Biologics<br>June 2008 – 2012<br>MMD, Senior Director, Regulatory Affairs<br>2012 – Present |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| | MMD, Executive Director, Regulatory Affairs – Vaccines/Biologics |
| **Kimberly Dezura** | December 1995 – April 2003<br>MMD, Senior/Process Engineer<br>April 2003 – November 2006<br>MMD, Director, Viral Vaccine Technology & Engineering<br>November 2006 – October 2011<br>MMD, Senior Director, Viral Vaccine Technology & Engineering<br>October 2011 – October 2013<br>MMD, Executive Director, Technology Integration<br>October 2012 – January 2015<br>MMD, Executive Director, Biologics Technical Operations<br>October 2014 – January 2016<br>MMD, IPT Lead, Biotech Operations<br>May 2016 – Present<br>MMD, General Manager, Animal Health Operations |
| **Robert Dolan** | 1979 –<br>1995 – 2008<br>MMD, Vice President, Vaccine and Sterile Operations |
| **Emilio Emini, Ph.D.** | 2000 – 2001<br>MRL, Vice President, Vaccine & Biologics Research |
| **Peggy Fahnestock, Ph.D.** | 1993 – 1994<br>MMD, Senior Project Biologist<br>1994 – 1998<br>MRL, Research Fellow<br>1998 – 2005<br>MRL, Senior Research Fellow |
| **Gary Feiler** | November 1986 –<br>MRL, Associate Director<br>January 2004<br>MRL, Sr. Regulatory Coordinator (Vaccines)<br>April 2005 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
|  | MRL, Associate Manager, Worldwide Regulatory Coordination (Vaccines) – August 2013 |
| **Jeffrey Feldman** | 1998 – 2002 MRL, Capacity Planning & Management Analyst |
| **Catharina Fujii** | 1998 – 2002 |
| **Alison Fisher, Ph.D.** | 1984 – 1988 MRL, Staff Chemist, Department of Drug Metabolism (Merck) 1988 – 1990 MRL, Research Biochemist, Department of Drug Metabolism January 2001 – January 2002 MRL, Research Fellow, Department of Drug Metabolism (to support Merck Clinical Studies) July 2002 – February 2004 MRL, Project Manager, Pediatric Combination Vaccine Program March 2004 – Present MRL, Director Worldwide Regulatory Affairs, Vaccines, Worldwide Regulatory Liaison |
| **Mark Galinski, Ph.D.** | 1996 – 1999 MMD, Senior Scientist, Vaccine Technology & Engineering 1999 – 2002 MMD, Director, Vaccine Technology & Engineering 2002 – 2005 MMD, Director, Vaccine Regulatory & Analytical Sciences 2005 – 2006 MRL, Distinguished Senior Investigator, Vaccine Biologics & Research |
| **Emily Gallagher** | 2001 – 2005 MVD, Senior Contract Analyst 2005 – July 2010 MVD, Manager, Government Pricing August 2010 – November 2015 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| | MVD, Associate Director, Global Market Access Pricing |
| **Susan Gallagher** | Administrative Assistant |
| **Barry Garfinkle, Ph.D.** | January 1994 – December 1998<br>MMD, Vice President, Vaccine Quality Operations<br>January 1998 – June 2006<br>MMD, Vice President, Vaccine Technology & Engineering<br>June 2006 – Present<br>MMD, Vice President, Biological Sciences & Strategy |
| **Mario Gorziglia, Ph.D.** | Oct 2010 – April 2011<br>MMD, Scientific Contributor, Global Vaccine Technology & Engineering – Viral Vaccine Technology & Engineering<br>MMD, Principal Scientist, VTE Virology |
| **Douglas Greene, M.D.** | February 2001 – April 2002<br>MRL, Senior Vice President, Clinical & Regulatory Development |
| **Harry Guess, M.D., Ph.D.** | March 1998 – Apr 2002<br>MRL, Manager, Epidemiology |
| **Donna Gulbinski** | 1985 – 1992<br>MRL, Staff Biochemist<br>1992 – 1993<br>MRL, Laboratory Supervisor, Biological Testing<br>1993 – 1997<br>Biotrainer / Sr. Biotrainer, Biological Quality Assurance<br>1997 – 1999<br> Biotrainer Coordinator, Biological Quality Assurance<br>1999 – 2001<br>Manager, Performance Improvement<br>2001<br>Associate Director, Process Change Control and Procedures<br>2001 – 2004 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---------|---------------|
| | Director, Vaccine and Sterile GMP Compliance |
| **T. David Hansen** | 1988 – 2003<br>Quality Franchise Leader |
| **Jonathan Hartzel, Ph.D.** | 2003<br>MRL, Biometrician, BARDS<br>MRL, Associate Medical Program Clinical Specialist<br>MRL, Senior Biometrician, BARDS<br>~January 2016 – Present<br>MRL, Director, Biostatistics, BARDS |
| **Jeff Hastings** | September 1999 – May 2000<br>MRL, Clinical Monitor, Vaccines Infectious Diseases |
| **Jill Heimbach** | June 1986 – September 1991<br>Research Biochemist<br>October 1991 – February 2000<br>Manager / Production Supervisor<br>February 2000 – February 2005<br>Procurement Manager |
| **Karen Hencken** | 1981 – 2008<br>MMD, Lab Technician, Vaccine Production Biologist (Pathology), Quality Assurance<br>MMD, Associate Director, Quality Assurance<br>March 2011 – Present<br>MMD, Manager, Global GLP Quality |
| **John Hennessey, Ph.D.** | July 1989 – May 2008<br>MRL, Senior Director, Bioprocess and Bioanalytical Research |
| **Joseph Heyse, Ph.D.** | 1997 – ~April 2002<br>MRL, Senior Director, Health & Economic Statistics<br>2002 –<br>MRL, Executive Director, BARDS Vaccines<br>February 2010 –<br>MRL, BARDS Area Lead, BARDS<br>– Present |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| | MRL, Scientific Assistant Vice President, Biostatistics, Methodology Research |
| **Karen Hinckley** | March 1990 – May 1992<br>Associate/Senior Director, Economic Affairs<br>June 1992 – October 1994<br>Senior Director, Marketing Planning<br>November 1994 – April 1998<br>Senior Business Director, Pennsylvania Region<br>May 1998 – October 1998<br>Executive Director, Sales Strategic Planning<br>October 1998 – December 2001<br>Vice President Sales, Northeast Business Group<br>January 2001 – December 2006<br>Vice President, Specialty Sales |
| **Lori Hirsch, Esq.** | 1993 – 1996<br>Senior Attorney<br>1996 – 1999<br>Assistant Counsel<br>1999 – Present<br>Managing Counsel |
| **Angela Howard Stofflet** | 1992 – 2004<br>MRL, Director, Global Regulatory Affairs<br>2004 – Present<br>MRL, Director, Worldwide Regulatory Liaison |
| **Heather Joseph** | January 2001 – April 2004<br>MRL, Research Microbiologist<br>April 2004 – August 2007<br>MRL, Associate Project Manager<br>August 2007 – October 2009<br>MVD, Project Manager<br>November 2009 – September 2011<br>MRL, Project Manager |
| **Karen Kaplan, M.D.** | February 1999 – April 2004<br>MRL, Associate Director, Scientific Staff<br>MRL, Director, Scientific Staff<br>March 2012 – January 2015<br>MRL, Clinical Safety and Risk Management Physician<br>January 2015 – Present |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
|  | MRL, Executive Director, Clinical Safety and Risk Management |
| **Amy Romanowski Keegan** | March 1996 – March 1997<br>MRL, Chemist, Bioprocess & Bioanalytical Development<br>March 1997 – April 1998<br>MMD, Scientist, Bioanalytical Development<br>April 1998 – July 2002<br>MMD, Project Scientist, Bioanalytical Development/Laboratory Technical Support<br>July 2002 – November 2005<br>MMD, Senior Project Scientist, Laboratory Technical Support<br>November 2005 – September 2009<br>MMD, Manager, GVTE-Bioanalytical (formerly RAS-BAS)<br>September 2009 – November 2015<br>CMC, Associate Director, Vaccines<br>November 2015 – Present<br>CMC, Director, Global Regulatory Affairs Vaccines CMC |
| **Robyne Keleman, Ph.D.** | April 1996 – December 2001<br>MRL, Senior Project Scientist, Biological Stability Unit |
| **Paul Keller** | ~1998 – 2005<br>MRL, Scientist<br>May 2003<br>MRL, Senior Scientific Director, Virus and Cell Biology<br>2004<br>MRL, Senior Investigator/Manager |
| **Bernard Kelley** | 1993 – 2003<br>MMD, President |
| **Michael King, Ph.D.** | 1989 – 1991<br>MRL, Executive Director, Process Development<br>1991 – 1994<br>MMD, Vice President, US Manufacturing Operations<br>1994 – 1995 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| | MMD, VP Regulatory Compliance, Manufacturing Division<br>1995 – 2007<br>MMD/MVD, Sr. Vice President, Science and Technology<br>May 2005 – August 2007<br>MVD, Senior Vice President, Science and Advisor to CEO |
| **Peter S. Kim, Ph.D.** | March 2001<br>MRL, Executive Vice President for Research and Development<br>December 2002 – 2013<br>MRL, President |
| **Stephanie Olson Klopfer, Ph.D.** | March 2013 – Present<br>MRL, Senior Principal Scientist<br>MRL, Associate Director, Scientific Staff |
| **Roe Kowalski** | |
| **Peter Kniskern** | Sep 1998 – March 2000<br>MRL, Scientist, Developmental Human Vaccine Serology |
| **David Krah, Ph.D.** | 1988 – 1991<br>MRL, Senior Research Virologist, Virus and Cell Biology/Cellular and Molecular Biology<br>1991 – 1995<br>MRL, Research Fellow, Virus and Cell Biology<br>1995 – January 1998<br>MRL, Senior Research Fellow, Virus and Cell Biology<br>January 1998 –<br>MRL, Senior Investigator, Vaccine Basic Research |
| **Barbara Kuter, Ph.D.** | January 1979 – May 1985<br>MRL, Associate Biologics Program Coordinator, Virus & Cell Biology Research/Clinical Research<br>June 1985 – June 1989<br>MRL, Medical Program Coordinator, Clinical Research<br>July 1989 – May 1992 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| | MRL, Senior Medical Program Coordinator, Clinical Research<br>June 1992 – January 1997<br>MRL, Clinical Associate/Clinical Monitor, Clinical Research<br>February 1997 – 2005<br>MRL, Director, Clinical Research<br>2005 – Present<br>MRL, Executive Director of Vaccine Affairs, Medical Affairs |
| **Luc Kuykens, M.D.** | 1997 – 2001<br>MRL, Director, Regulatory Affairs, Vaccines |
| **James Laser** | October 1973 – February 2002<br>MMD, Vice President, Vaccine Manufacturing |
| **Carl Levin** | |
| **Krista Liotta** | Manager, Product Complaints<br>Associate Director, Global Quality |
| **Jeanne Liptock** | |
| **Vladimir Liska, Ph.D.** | December 1999 – July 2005<br>MRL, R&D Group Leader / Manager – Virology / Live Virus Vaccines<br>August 2005 – June 2010<br>MRL, Clinical Research Manager – Virology / Vaccines |
| **Mike Lombardo** | ~2002 – ~2014<br>MVD, Senior Director, Marketing, Pediatric Franchise<br>MVD, Executive Director, Marketing and Planning, Pediatric Franchise<br>MVD, Global Brand Franchise Leader, Infant Vaccines |
| **Bill Long** | Late 1990s<br>MRL, Clinical Assay Group, Assay Development |
| **Mary Macchi** | October 1999 –<br>MMD, Quality Assurance, Biological Stability Unit, Bioanalytical Development<br>2005 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| | MMD, Regulatory Coordinator<br>– August 2007<br>MMD, Senior Regulatory Coordinator |
| **Phil Maher** | 1998 – 2002<br>MVD, Senior Manager, Customer Segment Marketing Vaccines<br>2002 – 2005<br>MVD, Associate Director, Product Marketing Vaccines<br>2005 – 2008<br>MVD, Director, National Account Sales Vaccines & Infectious Diseases<br>2008 – 2010<br>MVD, Regional Account Executive<br>2010 – Present<br>MVD, Customer Team Leader |
| **Susan Manoff, M.D.** | 2001 – 2015<br>MRL, Physician, Clinical Research |
| **Rocio Marchese, Ph.D.** | July 1999 – November 2003<br>MRL, Senior Research Immunologist<br>December 2003 – December 2004<br>MRL, Senior Research Associate<br>January 2005 – July 2007<br>MRL, Senior Research Fellow<br>October 2008 – Present<br>MRL, Director, Clinical Research |
| **Dorothy Margolskee, M.D.** | 1987 – 1989<br>MRL, Associate Director, Clinical Pharmacology<br>1989 – 1993<br>MRL, Director, Clinical Pharmacology<br>1993 – 1996<br>MRL, Executive Director, Project Planning and Development<br>1996 – 1999<br>MRL, Vice President, Project & Vaccine Integration<br>1999 – 2001<br>MRL, Senior Vice President, Project & Vaccine Integration |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| **Donna Marron** | November 1994 – December 2002<br>Associate Director, Worldwide Product Labeling<br>November 2002 – November 2007<br>Associate Director, Adverse Experience Reporting<br>November 2007 – February 2010<br>MRL, Director, Business Standards and Compliance<br>March 2010 – July 2017<br>MRL, Head, Business Practices & Payments Compliance<br>August 2017 – Present<br>MRL, Director, Compliance Officer |
| **Holly Matthews, Ph.D.** | |
| **Peggy McGeehan** | July 2009 – 2017<br>Administrative Assistant |
| **Martin McGuire** | |
| **Roberta McKee, Ph.D.** | 1987 – 1990<br>MRL, Post-Doctoral Fellow/Sr. Research Biochemist<br>1990 – 1998<br>MRL, Director, Biological Testing & Bioanalytical Development<br>1998 – 2004<br>MRL, Vice President, Vaccine & Sterile Quality Operations |
| **Maureen McNamara** | May 1992 – December 1994<br>MRL, Clinical Research Operations<br>January 1995 – June 2004<br>MRL, Associate Director/Sr. Project Manager/Project Manager<br>June 2004 – December 2005<br>MRL, Director, Project Management<br>February 2010 – June 2013<br>MVD, Executive Director, Project Management and Global Scientific Strategy Integration<br>June 2011 – February 2017<br>MVD, Executive Director, Global Project and Alliance Management |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| **Donald Meade** | |
| **Cynthia Morrisey** | May 1998 – July 1999<br>MRL, Stability Coordinator, Bioprocess and Bioanalytical Research<br>July 1999 – November 2004<br>MRL, Manager, Vaccine Regulatory and Analytical Sciences<br>November 2004 – February 2007<br>MRL, Manager, Vaccine and Sterile Quality Operations |
| **Manal Morsy, M.D., Ph.D.** | 1995 – 1997<br>MRL, Research Fellow, Virus and Cell Biology<br>1997 – 1999<br>MRL, Associate Director, Virus and Cell Biology<br>1999 – 2002<br>MRL, Associate Director, Worldwide Regulatory Affairs, Vaccines and Biologics<br>2002 – 2004<br>MRL, Director, Worldwide Regulatory Affairs, Vaccines and Biologics |
| **Lily Mo** | 1996 – 2000<br>MRL, Scientist, Biological Stability Unit |
| **William Mullin** | March 2001 – March 2004<br>MMD, Executive Director, North American Pharmaceutical Quality Operations<br>April 2004 – June 2004<br>MMD, Vice President, Quality Assurance<br>July 2004 – September 2008<br>MMD, Vice President, West Point Quality Operations<br>October 2008 – February 2011<br>MMD, Vice President, Global Vaccine and Sterile Quality Operations<br>February 2011 – December 2013<br>MMD, Vice President, Sterile Quality Assurance & COE |
| **Luwy Musey, M.D.** | Prior to June 2012<br>MRL, Sr. Principal Scientist<br>June 2012 – |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
|  | MRL, Director Clinical Research<br>– Present<br>MRL, Medical Director |
| **Raj Nalavade** | Present<br>MMD, Product Leader, Supply Chain<br>Management |
| **David Nalin, M.D.** | 1983 – 2002<br>MRL, Director, Clinical Research International<br>MVD, Director, Vaccine Scientific Affairs |
| **Alan Nies, M.D.** | 1992 – 2002<br>MRL, Senior Vice President, Clinical Sciences |
| **Tim Obara** | September 1996 – October 1998<br>MVD, Marketing & Strategic Planning<br>Director: Holland<br>October 1998 – December 2000<br>MVD, International Marketing Director: MMR<br>and Varivax<br>January 2001 – October 2003<br>MVD, US Marketing Director: Varivax<br>November 2003 – April 2004<br>MVD, International Marketing Director:<br>Rotateq |
| **Charles Osborn** | December 1979 – 1984<br>MMD, In-process analytical lab Supervisor<br>February 1984 – January 1995<br>MMD, Analytical Lab Supervisor<br>January 1995 – November 2003<br>MMD, QA Inspector Supervisor |
| **Chris Petroski** | ~August 2000 – May 2005<br>MMD, VRAS<br>– Present<br>MMD, Executive Director, West Point Quality<br>Operations |
| **Roseanne Przasnyski** | 2005 – 2011<br>Administrative Assistant. |
| **Beverly Rich** | 1999 – 2003 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
|  | MRL, Research Associate, Clinical Assay Research & Development |
| **Taryn Rogalski-Salter, Ph.D.** | ~August 2000 – September 2005<br>MMD, Director, Global Regulatory Policy |
| **Mark Rosolowsky, Ph.D.** | 1991 – 2006<br>Senior Director, Regulatory & Analytical Sciences |
| **David Ross** | 1988 – 1991<br>MVD, Senior Director, Specialty Products<br>July 1991 – March 1994<br>MVD, Executive Director, Field Administration,<br>April 1994 – July 1997<br>MVD, Managing Director, New Zealand<br>July 1997 – July 1999<br>MVD, Vice President, Worldwide Marketing Specialty Products<br>July 1999 – March 2004<br>MVD, Vice President, Vaccines Worldwide Marketing |
| **Leonard Rubinstein** | 1990 – Present<br>MRL, Director, Clinical Research |
| **Carlo Russo, M.D.** | 1997 – 2003<br>MRL, Executive Director, Global Strategic Regulatory Development |
| **Jerald Sadoff, M.D.** | April 1995 – July 2003<br>MRL, Executive Director, Clinical Vaccines (Head of Clinical Vaccine Development) |
| **Kellee Salber** |  |
| **Ronald Salerno, Ph.D.** | 1973 –<br>January 1990 – December 1993<br>MLR, Associate Director, Regulatory Liaison, Biologics and Vaccines<br>June 1994 – December 1995<br>MRL, Director, Europe, Regulatory Liaison, Biologics and Vaccines<br>January 1996 – February 1997 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
|  | MRL, Director, Regulatory Liaison Biologics and Vaccines<br>February 1997 – June 2001<br>MMD, Director, Biologics Licensing |
| **Wendy Santoro** | Executive Assistant |
| **Linda Schaffer, D.V.M.** | July 1987 – May 1993<br>MRL, Research Fellow, Pharmacology<br>May 1993 – November 1996<br>MRL, Project Manager/Senior Project Manager<br>November 1996 – April 1997<br>MRL, Associate Director, Regulatory Affairs International<br>April 1997 – May 2003<br>MRL, Director/Senior Director, Project Management<br>2003 – 2009<br>MRL, Executive Director / Vice President, Scientific Integration<br>2009 – 2013<br>MRL, Senior Vice President, Project Leadership and Management |
| **Florian Schodel, M.D.** | November 1996 – November 1998<br>MRL, Director, Clinical Vaccine Research, Europe<br>November 2000 – March 2002<br>MRL, Executive Director, Vaccine Integration<br>March 2002 – December 2007<br>MRL, Executive Director, Biologics/Vaccines Clinical Research<br>January 2008 – April 2010<br>MRL, Vice President, Clinical Research |
| **Timothy Schofield** | November 1976 – November 1978<br>MRL, Assistant Biologics Program Coordinator<br>December 1978 – May 1981<br>MRL, Associate Biologics Program Coordinator<br>June 1981 – November 1987<br>MRL, Biometrician<br>December 1987 – September 1993 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
|  | MRL, Senior Biometrician<br>October 1993 – June 1999<br>MRL, Associate Director<br>July 1999 – April 2005<br>MRL, Director<br>May 2005 – December 2008<br>MRL, Senior Director |
| **Edward Scolnick, M.D.** | 1982 – 2003<br>MRL, Executive Director, Virus & Cell Biology<br>MRL, Executive Vice President, Science and Technology<br>MRL, Vice President, Virus & Cell Biology<br>MRL, President<br>MRL, Senior Vice President, Basic Research |
| **Maureen Scott** | 1989 – 1999<br>MMD, Biologist / Trainer, Environmental Monitoring<br>1999 – 2004<br>MMD, Senior Trainer / Associate Manager, BioTraining Department<br>2005 – 2013<br>MMD, Learning Lead / Senior Specialist, Training & Development |
| **Alan Shaw, Ph.D.** | 1990 –<br>MRL, Executive Director, Virus & Cell Biology<br>February 2004 – December 2005<br>MRL, Senior Director, Adult Vaccine/Medical Affairs |
| **Eric Shaw** | February 1996 – February 2008<br>MRL, Research Fellow |
| **Charlotte Shay** |  |
| **Daniel Sikkema, Ph.D.** | February 2005 – September 2008<br>MRL, Senior Director, Vaccines and Biologics |
| **Keiko Simon, Ph.D.** | November 1993 – November 1996<br>MRL, Postdoctoral Fellow – Bone Biology<br>1996 – 2001<br>MRL, Project Management |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| | 2004 – 2011<br>MRL, Portfolio Director<br>February 2011 – July 2013<br>MRL, Vaccines R&D Chief of Staff |
| **Rahul Singhvi, Sc.D.** | February 1994 – April 2004<br>MMD, Director, Vaccine Technology and Engineering |
| **Heather Sinsel** | April 2002 – October 2006<br>MRL, Senior Administrative Assistant<br>October 2006 – November 2013<br>MRL or MVD, Senior Consular Liaison<br>February 2013 – November 2013<br>MRL or MVD, Senior Specialist – SDL |
| **Eve Slater, M.D.** | 1982 – 2002<br>MRL, Senior Vice President |
| **Keith Soper, Ph.D.** | 2003 – Present<br>MLR, Senior Director, Biostatistics |
| **Nick Spring** | December 1981 – June 1993<br>MVD, Director of Marketing, UK & Ireland<br>July 1993 – October 1998<br>MVD, Senior Director, USA<br>November 1997 – December 1998<br>(non-Merck)<br>January 1999 – January 2002<br>MVD, Senior Director Global Marketing<br>January 2002 – October 2004<br>MVD, Executive Director US Operations |
| **Mark Stannard** | February 1984<br>August 2000<br>Director, Control Monitoring<br>August 2011 – June 2013<br>Quality Lead, Merck VVM West<br>July 2013 – February 2017<br>Executive Director, Quality Operations |
| **Bonnie Stankunas** | January 1995 – August 2012<br>MMD, Franchise Lead, Vaccines & Biologics, Global Regulatory Affairs<br>August 2012 – Present |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| | MMD, Director, Regulatory Liaison, Vaccines & Biologics, Global Regulatory Affairs |
| **Ryan Starr** | Quality |
| **Joan Staub** | August 1965 – May 1992<br>June 1992 – May 1996<br>MRL, Senior Research Associate<br>June 1996 – May 2003<br>MRL, Project Manager (management of vaccine and pharmaceutical projects)<br>May 2003 – June 2007<br>MRL, Director, Project Management |
| **Ted Staub** | MRL, Pharmaceutical Development |
| **Kenneth Surowitz, Ph.D.** | March 2004 – 2006<br>MRL, Senior Director, Regulatory Affairs, Vaccines/Biologics<br>2006 – 2008<br>MBV (Merck BioVentures), Therapeutic Area Lead, Adult Vaccine Franchise<br>2008 – July 2010<br>MBV, Therapeutic Area Lead, Biosimilars |
| **Colleen Taddeo** | ~2000 – 2002<br>MVD, International Health Education Coordinator |
| **Scott Thaler, M.D.** | January 1999 – Jan 2002<br>MRL, Clinical Monitor, Vaccines Infectious Diseases |
| **Sean Thomas** | |
| **Barbara Thompson** | |
| **Mark Twyman** | 1988 – 2006<br>MVD, Pharmaceutical Drug Representative, Market Research Analyst, Cardiovascular<br>MVD, Promotion Manager, Cardiovascular Product Manager – Hepatitis B Vaccines<br>MVD, Director, Sales and Marketing Operations, Vaccines<br>MVD, National Account Executive, Vaccines<br>MVD, Senior Director, National Payer Accounts, Vaccines |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1414

| Name[1] | Role or Title |
|---|---|
| | MVD, Senior Director, US Marketing Pediatric Vaccines<br>MVD, Vice President, International Vaccine Marketing<br>MVD, Vice President, Global Pediatric Vaccine Marketing (last position held) |
| Henrietta Ukwu, M.D. | September 1992 – July 1996<br>MRL, Director, Regulatory Affairs, Pharmaceuticals and Vaccines<br>July 1996 – November 1998<br>MRL, Senior Director, Worldwide Regulatory Affairs, Biologics and Vaccines<br>November 1998 – July 2002<br>MRL, Vice President, Worldwide Regulatory Affairs, Biologics and Vaccines<br>August 2002 – April 2004<br>MRL, Vice President, Global Regulatory Policy |
| Robert Verdugo | 1989 – 1993<br>MVD, Manager, Communications Planning<br>1993 – 1996<br>MVD, Product Manager, Companion Animal Products<br>1996 – 1997<br>MVD, Group Product Manager, Livestock Pharmaceuticals<br>2001 – 2004<br>MVD, Senior Director, International Sales, Marketing & Operations |
| Tom Vernon, M.D. | 2002<br>Vice President, Policy, Public Health, and Medical Affairs, Vaccines |
| Cathy Wadsworth | October 1979 – December 2011<br>MMD, Associate Director, Research and Commercialization Quality |
| William Wang, Ph.D. | January 2001 – May 2003<br>MRL, Biometrician, BARDS<br>February 2010<br>MRL, BARDS area Lead, BARDS China (Shanghai) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
|  | – Present<br>MRL, Executive Director, Biostatistics CSRM Statistics |
| **Michael Washabaugh, Ph.D.** | July 1996 – April 2010<br>MRL, Senior Director, Bioprocess Development |
| **Julie Waterbury, Ph.D.** | 1989 – 1992<br>MRL, Research Biochemist<br>2001 – 2006<br>MRL, Project Manager<br>Director, Licensing Scientific Liaison, Vaccines<br>2012 – July 2014<br>Executive Director, Strategic Licensing & Acquisitions Lead, Vaccines<br>July 2014 – Present<br>Executive Director, Global Vaccine Strategy and Innovation |
| **Ken Wesner** | June 1977 – Present<br>Senior Regulatory Analyst |
| **George Williams, Ph.D.** | 1991 – December 2001<br>MRL, Senior Vice President, Biostatistics and Research Data Systems, BARDS (last position held at Merck) |
| **Kenneth Wilson** | January 1997 – September 1998<br>Customer Marketing Manager<br>September 1998 – December 2000<br>MVD, Senior Product Manager<br>January 2001 – June 2002<br>MVD, Director of Marketing<br>June 2002 – March 2004<br>MVD, Director of Sales and Marketing |
| **Helen Winterbottom** |  |
| **Maria Wirths** | Director Quality Assurance, Solid Dosage |
| **A Wise** |  |
| **Robin Wolchko** |  |
| **Sally Wolfgang** | September 2007 – July 2017<br>Comparator Manager |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Name[1] | Role or Title |
|---|---|
| **Sally Wong** | Stability Manager |
| **David Wonnacott, Ph.D.** | 1995 – 2000<br>MMD, Director, Biologics Licensing (1996) |
| **Bridget Wright** | |
| **Mary Yagodich** | March 1992 – August 1993<br>MRL, Virologist<br>August 1993 – December 1994<br>MRL, Virologist<br>December 1994 – December 1998<br>MRL, Staff Virologist<br>December 1998 – December 2005<br>MRL, Research Virologist<br>December 2005 – December 2013<br>Senior Research Virologist |
| **Beverly Zaber** | 1980 – 2004<br>MMD, Senior Director, WW GMP QA and Quality Engineering |
| **Donna Zacholski** | 2003<br>Senior Regulatory Manager<br>February 2014<br>Director, Worldwide Regulatory Affairs |
| **Jinglin Zhong, Ph.D.** | Statistician |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 23**

**Merck Collaborations**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1418

**Merck Collaborations in Europe**

| Date | Event |
|------|-------|
| 1994 | Joint venture Sanofi Pasteur MSD ("SPMSD") formed by Sanofi Pasteur and Merck Sharp & Dohme ("MSD").[1, 2]  Sanofi Pasteur MSD, equally owned by Sanofi Pasteur and MSD, was created to develop and commercialize vaccines originating from both companies' pipelines to improve and promote public health in 19 European countries.[3]  The joint venture included numerous vaccines including Merck's HPV shot Gardasil, flu vaccines used in Europe, and other inoculations for infections ranging from rabies to pneumonia to hepatitis A and B.[4]  Sanofi Pasteur MSD was known as Pasteur Mérieux MSD when the joint venture was first formed.[5] |
| | SPMSD headquarters were located in Lyon, France.  The joint venture territory included the following countries and certain of their territories and possessions: Austria; Belgium; Denmark; Finland; France; Germany; Greece; Iceland; Ireland; Italy; Liechtenstein; Luxemburg; Netherlands; Norway; Portugal; Spain; Sweden; Switzerland; and United Kingdom.[6] |
| | Several European "Accession Countries"[7] were not covered by the joint venture and were still considered Merck only territories.[8] |
| | SPMSD was viewed as a stand-alone company responsible for marketing and selling vaccines in Europe.[9]  Merck and Sanofi Pasteur each supplied the joint venture with R&D and manufacturing functions.[10]  While Merck continued to work closely with SPMSD to apprise them of any changes to vaccines or regulatory filings in the U.S.,[11] SPMSD was responsible for regulatory filings in Europe.[12]  SPMSD also coordinated some of the |

---

[1] http://fortune.com/2016/03/08/sanofi-merck-joint-venture/; http://www.msd.com/about/featured-stories/spmsd/index.html.

[2] Merck is known as MSD or Merck Sharp & Dohme outside of the United States and Canada. *See* https://www.merck.com/about/home.html.

[3] https://www.businesswire.com/news/home/20160308005897/en/Sanofi-Pasteur-Merck-MSD-United-States-Canada; http://www.msd.com/about/featured-stories/spmsd/index html.

[4] https://www.businesswire.com/news/home/20160308005897/en/Sanofi-Pasteur-Merck-MSD-United-States-Canada.

[5] http://www.sanofipasteur.us/ckfinder/userfiles/files/historyEN.pdf.

[6] https://s21.q4cdn.com/488056881/files/doc_downloads/ventures/01E51DB9-C6BB-4512-A941-D665F031FED2_merck_sanofi_2009_update.pdf.

[7] An "accession country" or "acceding country" is a country that has applied to become a member state of the European Union and has signed the treaty of accession, but has not yet become a member of the EU. *See, e.g.*, https://ec.europa.eu/neighbourhood-enlargement/policy/glossary/terms/accession-eu_en.

[8] MRK-KRA00094351; MRK-KRA00511311.

[9] MRK-KRA00098926; MRK-KRA00020709.

[10] MRK-KRA00098926.

[11] *See, e.g.*, MRK-KRA00542289; MRK-KRA00506469; MRK-KRA00542508; MRK-KRA00042289; MRK-KRA00511311; MRK-KRA00543845; MRK-KRA00564768.

[12] MRK-KRA01732996; MRK-KRA00094351; MRK-KRA00012817; MRK-KRA00527182; MRK-KRA00813336; http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|------|-------|
| | clinical studies and testing in Europe[13] and, at times, co-sponsored those clinical studies with Merck.[14] |
| 1999 | Pasteur Mérieux Connaught changed its name to Aventis Pasteur.[15]<br><br>Pasteur Mérieux MSD changed its name to Aventis Pasteur MSD.[16] |
| 2004 | Sanofi-Synthélabo and Aventis merged and became the Sanofi-Aventis Group.[17] The vaccines division of the Group was renamed Sanofi Pasteur,[18] and Aventis Pasteur MSD was renamed Sanofi Pasteur MSD.[19]<br><br>SPMSD (then Aventis Pasteur MSD) took responsibility for the regulatory filings in Europe for approval of MMRVAXPRO—essentially a version of the MMRII vaccine that employed recombinant human albumin ("rHA") in place of human serum albumin ("HSA") in the manufacturing of measles, mumps, and rubella viral bulks.[20] The marketing authorization application for MMRVAXPRO included Merck's original seven pre-licensure studies for MMRII, Protocol 009 to support the rHA manufacturing update, and Protocol 007 to support the reduction in mumps end expiry.[21] The application also included proposed labeling indicating "not less than 12,500 TCID50" of live attenuated mumps virus (Jeryl Lynn™ [Level B] strain).[22] |
| 2006 | The European Medicines Agency recommended marketing authorization[23] for MMRVAXPRO.[24] SPMSD also handled regulatory filings in Europe for ProQuad®, which received marketing authorization from the European |

_Scientific_Discussion/human/000604/WC500030167.pdf; MRK-KRA00011758; MRK-KRA00813411; MRK-KRA01350442.

[13] MRK-KRA00810530; MRK-KRA00804080; MRK-KRA00813336; MRK-KRA01888578.

[14] MRK-KRA00042123.

[15] http://www.sanofipasteur.us/ckfinder/userfiles/files/historyEN.pdf.

[16] MRK-KRA00074565.

[17] http://www.sanofipasteur.us/ckfinder/userfiles/files/historyEN.pdf.

[18] http://www.sanofipasteur.us/ckfinder/userfiles/files/historyEN.pdf.

[19] MRK-KRA00074565.

[20] MRK-KRA00011758; MRK-KRA00043293; MRK-KRA00046143.

[21] MRK-KRA00100480.

[22] MRK-KRA01956089 at '134.

[23] The European Medicines Association defines "marketing authorization" as "The approval to market a medicine in one, several or all European Union Member States." *See* http://www.ema.europa.eu/ema/index.jsp?curl=pages/medicines/human/medicines/000622/human_med_000997.jsp&mid=WC0b01ac058001d124.

[24] http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Scientific_Discussion/human/000604/WC500030167.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|------|-------|
| | Medicines Agency around the same time as MMRVAXPRO.[25] (MMRII had been marketed in Europe since 1978.[26]) |
| 2009 | SPMSD was supplying 45 vaccines in Europe to protect infants and children, adolescents, adults, and the elderly from 20 infectious diseases.[27] Primary infant vaccines, human papillomavirus ("HPV") vaccine, flu vaccines, and booster vaccines accounted for ~80% of SPMSD end market sales.[28] Vaccines supplied by SPMSD included vaccines for HPV, rotavirus, shingles, flu, MMR, varicella, and various "booster" vaccines.[29]<br><br>SPMSD had the right to all vaccine post-Phase II developments originating from both Merck and Sanofi Pasteur.[30] SPMSD shared in the development expenses of vaccines from both Merck and Sanofi Pasteur, while Merck and Sanofi Pasteur could each receive royalty income for certain contributed products.[31] |
| 2011 | After a long period of growth for SPMSD, sales began to fall. Some of the drop in the sales was attributed to diminishing sales of Gardasil in certain European countries.[32] Sales were also affected by price wars affecting flu vaccines[33] and a mild flu season.[34] |
| March 2016 | Merck and Sanofi Pasteur announced that the joint venture would end.[35] In a joint statement, the companies said that managing their vaccine portfolios independently would put them both in a better position to drive growth.[36] |

[25] http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Summary_for_the_public/human/000622/WC500044065.pdf; https://ec.europa.eu/health/documents/community-register/2013/20130731126261/anx_126261_en.pdf.

[26] http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Scientific_Discussion/human/000604/WC500030167.pdf at 14; http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Scientific_Discussion/human/000622/WC500044067.pdf at 29.

[27] https://s21.q4cdn.com/488056881/files/doc_downloads/ventures/01E51DB9-C6BB-4512-A941-D665F031FED2_merck_sanofi_2009_update.pdf.

[28] https://s21.q4cdn.com/488056881/files/doc_downloads/ventures/01E51DB9-C6BB-4512-A941-D665F031FED2_merck_sanofi_2009_update.pdf.

[29] MRK-KRA00074565; MRK-KRA00094351.

[30] https://s21.q4cdn.com/488056881/files/doc_downloads/ventures/01E51DB9-C6BB-4512-A941-D665F031FED2_merck_sanofi_2009_update.pdf.

[31] https://s21.q4cdn.com/488056881/files/doc_downloads/ventures/01E51DB9-C6BB-4512-A941-D665F031FED2_merck_sanofi_2009_update.pdf.

[32] MRK-KRA00074565.

[33] MRK-KRA00074565.

[34] MRK-KRA00072165.

[35] http://fortune.com/2016/03/08/sanofi-merck-joint-venture/.

[36] http://fortune.com/2016/03/08/sanofi-merck-joint-venture/.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|------|-------|
| Dec. 31, 2016 | Official closing date of the vaccine joint venture, SPMSD, following clearances granted by the European Commission.[37] |
| Jan. 1, 2017 | Sanofi Pasteur and Merck announce plans to pursue their own vaccine strategies in Europe.[38] |

---

[37] http://www.msd.com/about/featured-stories/spmsd/index.html;
https://www.sanofipasteur.com/media/Project/One-Sanofi-Web/sanofipasteur-com/en/media-room/docs/PR_20170102_SanofiPasteurAndMSD_EN.pdf.
[38] http://www.msd.ch/en/infocenter/meldungen/impfungen.xhtml;
https://www.sanofipasteur.com/media/Project/One-Sanofi-Web/sanofipasteur-com/en/media-room/docs/PR_20170102_SanofiPasteurAndMSD_EN.pdf.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Merck Collaborations in Japan**

| Date | Event |
|---|---|
| 1993 | Merck and Kaketsuken (the Chemo-Sero-Therapeutic Research Institute in Japan) signed a Letter of Understanding to establish a collaboration by the two companies in the development and marketing of a variety of vaccine products in Japan.[39] |
| 2002 | Merck and Kaketsuken continued work to register MMRII in Japan with the goal of expanding the MMRII market.[40] Kaketsuken assisted Merck with the Japanese New Drug Application ("JNDA") for MMRII.[41] The intent was to submit the Japanese New Drug Application ("JNDA") to the Pharmaceutical and Medical Devices Agency in September 2002, but there were complications in completing the JNDA as a result of an end expiry clinical study that was not finished in time for this deadline.[42] Kaketsuken was concerned about this delay because Biken was expected to file for approval of its measles-rubella vaccine by the end of 2002.[43] A delayed filing by Merck would increase the chances of Biken's measles-rubella vaccine being recommended and adopted into the Japanese vaccination schedule, which would have an impact on revenue potential for Merck from mumps vaccines, including MMRII.[44] |
| February 2003 | Merck's JNDA for MMRII was filed.[45] Kaketsuken coordinated the original filing of the JNDA as well as responses to questions concerning the filing with ongoing input from Merck.[46] |
| 2005 | Biken's measles-rubella vaccine was licensed.[47] |
| 2012 | Merck explored partnering with Biken to develop a different MMR vaccine for Japan.[48] Merck's JNDA with Kaketsuken was still pending.[49] |

---

[39] Merck & Co., Inc. and Kaketsuken Sign Agreement To Develop And Market Vaccines. PR Newswire Association LLC. Dec. 1, 1993.
https://www.thefreelibrary.com/MERCK+%26+CO.%2c+INC.+AND+KAKETSUKEN+SIGN+AGREEMENT+T
O+DEVELOP+AND+MARKET...-a014674685.
[40] MRK-KRA00330509.
[41] Id.
[42] Id.
[43] Id.
[44] Id.
[45] MRK-KRA00040973; MRK-KRA00526677.
[46] MRK-KRA00121120; MRK-KRA00121124; MRK-KRA00190817; MRK-KRA00191280.
[47] Ueda, "Development of measles vaccines in Japan," Vaccine, 2009, 27, 24, 3230-1.
[48] MRK-KRA00456815.
[49] MRK-KRA00456815.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Merck Collaborations Outside of Europe and Japan**

| Date | Event |
|------|-------|
| 2009-2015 | Merck explored additional partnerships in at least China, Russia, and India to manufacture, market, and sell certain vaccines those countries.[50] |
| 2010 | Merck and Sinopharm (the China National Pharmaceutical Group) signed a "statement of mutual intent" to cooperate on an HPV vaccine and other mutually-selected vaccine products in China and to evaluate a future joint venture potential for promoting and marketing Merck's pharmaceutical products in China.[51] Sinopharm already had its own MMR vaccine, but was interested in both Merck's Jeryl Lynn strain mumps vaccine and its MMRV product.[52] |
| 2011 | Russian Technologies (the State Corporation to Facilitate Development, Production, and Export of Hi-Tech Industrial Products) proposed a joint venture with Merck in Russia.[53] The partnership was designed as an equal ownership joint venture where Merck would maintain operational control and Russian Technologies would provide administrative support. The partnership would satisfy local manufacturing mandates and provide market access in Russia to Merck.[54]<br><br>Merck entered a joint venture with Sun Pharmaceutical Industries Ltd. ("Sun Pharma") in India to develop, manufacture, and sell new formulations of branded generics.[55] Sun Pharma further proposed a vaccine development, manufacturing, and marketing joint venture.[56] Around the same time, Merck agreed to collaborate with the Serum Institute of India ("Serum Institute") to develop and commercialize a pneumococcal conjugate vaccine ("PCV").[57] Merck also explored working with the Serum Institute to develop and commercialize a new MMR vaccine.[58] |
| 2015 | Merck was again researching Chinese companies to find a local manufacturing partner and to boost Merck's vaccine business in China.[59] |

---

[50] See, e.g., MRK-KRA00071741; https://www.merck.com/licensing/our-partnership/Sinopharm-partnership.html; MRK-KRA00071784; MRK-KRA0071952; MRK-KRA00077214; https://www.merck.com/licensing/our-partnership/Serum-collab-pneumococcal-vaccine-partnership html; MRK-KRA00078487; MRK-KRA01052876; MRK-KRA00455889; MRK-KRA00637900; MRK-KRA01342092; MRK-KRA02069595.
[51] https://www.merck.com/licensing/our-partnership/Sinopharm-partnership html; MRK-KRA00961894 at '902; MRK-KRA01342092.
[52] MRK-KRA00455889; MRK-KRA01342092.
[53] MRK-KRA00071784; MRK-KRA00071952.
[54] MRK-KRA00071784; MRK-KRA00071952.
[55] MRK-KRA00077214.
[56] MRK-KRA00077214.
[57] https://www.merck.com/licensing/our-partnership/Serum-collab-pneumococcal-vaccine-partnership html.
[58] MRK-KRA00078487.
[59] MRK-KRA00637900.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Date | Event |
|------|-------|
|      | MMRV was considered a priority for development, but a local partner was considered necessary to handle regulatory issues.[60] |

---

[60] MRK-KRA00637900.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 24**

**Chronology of all Biological Process Deviation Reports (BPDR), Form FDA 483, and Warning Letters Regarding Mumps Vaccines (2000-2006)**

| DATE | INTERACTION | DESCRIPTION |
|---|---|---|
| 2000-10-11 | Form FDA 483 | Merck was issued a Form FDA 483, containing 24 observations. Four observations are summarized as follows: 1) CBER was not notified of a change in the passage level of Vero cells used for potency determination of measles and mumps products; 2) Merck did not adhere to the commitment made pursuant to the approval of the license supplement regarding increasing the minimum release titer of the mumps component of mumps containing vaccines (Merck committed to tracking adverse events for each lot of the higher titer mumps containing vaccines for the same month of production the previous year, to be performed monthly for the first six months) and to change to a 1x6 assay format; 3) Error and Accident Reports were not submitted to CBER for 13 product stability failures, eleven of them solely for mumps potency failures and two for measles and mumps potency failures; and 4) There was no assurance that procedures and specifications were current and accurate (one of the examples referenced is that of Merck not updating preparation of Vero cells used in the assays for measles and mumps until April, 2000 when modification was in November, 1998).[i] |
| 2001-01-31 | BPDR | Merck filed Biological Product Deviation Report Form, number BPD 01-002, to the Food and Drug Administration (FDA) for a Biological Product Deviation discovered on December 20, 2000, as a result of an investigation initiated into a recent out-of-specification measles potency result for 10-dose vials of M-M-R II Lot # 0627419, at the 18 month stability interval.  An average measles potency value of 2.8 logTCID50/dose was observed, versus the expiry specification of 3.0 logTCID50/dose.  M-M-R II Lot # 0627419 was packaged into Lot # 0507J and Lot # 1827H, which had expiry dates of 3/18/01 and 11/21/00, respectively.  Distribution of this material was limited to Honduras through Merck & Co., Inc.'s corporate contribution program.[ii] |
| 2001-02-09 | Warning Letter | Merck received a Warning Letter from the Center for Biologics Evaluation and Research (CBER) regarding the Form FDA 483 that was issued to Merck on October 11, 2000, stemming from the FDA's inspection of Merck's West Point facility from August 14 to October 11, 2000.  With regards to M-M-R II, CBER discussed Merck's response to Form FDA 483 Observation 3 (Failure to submit Error and Accident Reports for mumps and measles stability failures): "Regarding the Mumps Virus Vaccine Live stability data, your response indicated the stability profile of each lot was within the expected range based on historical trends. Products must meet their specifications, not the historical trend |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

|  |  | throughout the labeled expiry period." CBER noted that their investigators reported finding that a number of Mumps Vaccine stability samples, representative of lots manufactured before the February 2000 formulation change (overfill), failed to meet the minimum potency specification. Subsequently, CBER requested: "Please submit an analysis of Mumps stability data describing the range of potencies you would expect the various Mumps Vaccine products to reach at the two-year expiration date. For the analysis, assume the initial potency is the minimum release potency specification that was in effect before February 2000. Please summarize the available data regarding product efficacy at the lower end of this potency range."<br><br>CBER also discussed another deficiency on the part of Merck's stability test failure investigation. Merck failed to include analyses of reserve samples of additional batches. "When the designated stability batch fails to meet its specification, the investigation should include examination of reserve samples of other batches to quickly determine whether the out of specification result represents an anomaly or serious problem."<br><br>Wrapping up its letter, CBER stated that "Neither this letter nor the list of inspectional observations (Form FDA 483) is meant to be an all-inclusive list of deviations. It is your responsibility to ensure that your facility is in compliance with the provisions of the Federal Food, Drug, and Cosmetic Act and all applicable regulations. Federal agencies are advised of the issuance of all Warning Letters about drugs and devices so that they may take this information into account when considering the award of contracts."[iii] |
|---|---|---|
| **2001-03-05** | **BPDR** | Merck filed a Biological Product Deviation Report Form, number BPD 01-003, to the Food and Drug Administration (FDA) for a Biological Product Deviation discovered on January 4 and 16, 2001. The report stated: "An investigation was initiated into a recent out-of-specification result for single-dose vials of M-M-R II Lot # 0628706 at the 24-month stability interval for potency of measles and mumps at the 4-hour and 8-hour reconstitute and store intervals, respectively. . . . An average mumps potency value of 4.2 logTCID50/dose was observed, versus the expiry specification of 4.3 logTCID50/dose. M-M-R II Lot 0628706 was packaged into Lot # 1540H. This lot was distributed domestically and expired on 10/03/00." "Active Stability Monitoring indicates that the performance of this lot is consistent with the historical performance of previous lots of this product. . . . Our medical assessment determined that clinical studies have |

| | | |
|---|---|---|
| | | shown that the minimum dose required to immunize a seronegative child has been found to be as low as … 3.1 logTCID50/dose for mumps. Therefore, for a child who might receive a sub-optimal dose of vaccine in the range of … 4.2 logTCID50/dose for mumps, as measured in the stability study, the possibility of not seroconverting, potentially leading to a lack of immunity, would not be expected….To ensure that lots will meet the mumps potency specification of 4.3 TCID50/dose at expiry, the minimum specification was revised from 4.3 to 5.0 logTCID50/dose at release.  Merck concluded its report by saying "Based on the fact that potency values in the range of 2.8 logTCID50/dose for measles and 4.2 logTCID50/dose for mumps would not be expected to lead to a lack of immunity Merck & Co., Inc. believes that no further action is warranted for Lot # 1540H."[iv] |
| 2001-04-20 | BPDR | Merck filed a Biological Product Deviation Report Form, number BPD 01-005, to the Food and Drug Administration (FDA) for a Biological Product Deviation discovered on March 6, 2001.  As part of Merck's interim analysis of seroconversion rates of one-third of the sera from the end-expiry clinical trial (preliminary subset analysis), retention samples of specific M-M-R II lots were evaluated for mumps potency.  Lots were selected for testing if their expiry potencies were predicted, based on recent stability analyses, to be below 3.7 log TCID50/dose, the lowest evaluated dose in the clinical trial.  The predicted worst-case expiry potencies were calculated based on the measured release potency and applying the lower 95% confidence limit of the loss rate.  Using that criteria, five domestically distributed lots were analyzed.  Four of the five lots tested yielded results below the label claim of 4.3 log TCID50/dose, but higher than the projected worst-case values of less than 3.7 logTCID50/dose.  Two lots had a result of 3.9 logTCID50/dose; one lot was 4.0 logTCID50/dose and the other result was 4.2 logTCID50/dose.  The last lot met the current expiry specification.  Merck stated: "There were no atypical events that would result in lower than expected potencies associated with the manufacture of these lots."  Merck further stated that, based on historical and recent clinical data, their medical assessment was that the mumps component of M-M-R II at a potency of 3.9 logTCID50/dose was efficacious and the chance of a child seroconverting at 3.9 logTCID50/dose was essentially equivalent to those who received a 4.0 or 4.9 logTCID50/dose.  Merck further stated: "Our medical assessment, based on both historical and recent clinical data, indicates that the mumps component of MMRII at a potency of 3.9 logTCID50/dose is efficacious and the possibility |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| | | of seroconverting is essentially equivalent to that of a child who receives a dose at 4.9 or 4.0 logTCID/dose." Merck also stated: "On 2/11/00, a Prior Approval Supplement was approved that included an increase in the mumps release potency specification from 4.3 to 5.0 log TCID50/dose….These changes were implemented to ensure that, in the future, potency of lots at expiry would meet the current specification of 4.3 logTCID50/dose."<br><br>Finally, Merck claimed that potency values in the range of 3.9 logTCID50/dose or above would not be likely to lead to a lack of immunity against mumps.[v] |
| 2001-08-06 | **Form FDA 483** | Merck was issued a Form FDA 483 by investigators Kathryn Carbone and Debra Bennett after inspecting the lab that ran the AIGENT assay of Protocol 007. Four observations were listed for Merck's IND 1016: 1) Raw data is being changed with no justification; 2) There is no procedure in place to determine when a Research Lab is assessed to assure suitability for clinical testing prior to startup. For example: Bldg. 16 Rooms 203 and 213 has not been evaluated for testing IND 1016 samples; 3) Spreadsheets used to determine questionable results and retesting of clinical samples for IND-1016 has not been validated; and 4) Notebooks do not identify each technician performing each task.[vi] |
| 2002-05-03 | **Form FDA 483** | Merck was issued a Form FDA 483 pursuant to a Team Biologics Inspection on the following dates: April 9-12; 15-18; 29-30 and May 1-3, 2002. Observation number five documented: "Several Stability failure investigations (STI) STI100-S026 dated 12/19/00 (MMR II lot 0627419 – 18 months measles potency), STI00-S041 dated 1/24/01 (MMR II lot 0628706 – 24 months measles potency), STI01-S028/STI01-S037 dated 6/15/01 . . . and STI01-S040 dated 5/24/01 . . . were incomplete as they did not include a documented assessment of potential impact of other lots manufactured that were representative of the stability lots. Lot 0627419 was placed on stability to represent the manufacture MMR II ten-dose lots manufactured in 1999, lot 0628706 represented MMR II single-dose lots manufactured in 1998. . . . At the time of the 18 month stability failure of lot 0627419, two MMR II ten-dose lots filled in 1999 remained in inventory (0631367 and 0631456). These lots were subsequently packaged as lots 1832K, 1833K and 1834K on 1/4/00 & 1/5/00 and released on 1/24/01." Additionally, observation number nine noted that "SOP 223-308X, 'Qualification of ATTENUVAX, MUMPSVAX, or MERUVAX Lot for Use as a House Standard |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| | | in Live Virus Vaccine Potency Testing' requires monthly analyses of the house standard, however there was no documented criteria for the evaluation."[vii] |
| 2002-07-26 | BPDR | Merck filed a Biological Product Deviation Report, number BPD 02-005, to the Food and Drug Administration (FDA) for a Biological Product Deviation discovered on June 11, 2002 (M-M-R II) and June 17, 2002 (M-M-VAX).  The report detailed M-M-R II and M-M-VAX lots that were observed as having out-of-specification measles potency values.  The first lot, M-M-R II lot 0633815, was one of three lots placed on a special stability monitoring study to evaluate the 1999 process change to increase the mumps titer.  An average measles potency result of 2.9 log10 TCID50/dose for the eight hour "reconstitute and store" sample was observed versus the expiry specification of ≥3.0 log10 TCID50/dose.  The second lot, M-M-VAX lot 0634993, was selected for the 1999 M-M-VAX single-dose annual stability study.  An average measles potency value of 2.9 log10 TCID50/dose was observed for the eight hour "reconstitute and store" sample, versus the expiry specification of ≥3.0 log10 TCID50/dose.[viii] |
| 2002-10-18 | BPDR | Merck filed a Biological Product Deviation Report Form, number BPD 02-007, to the Food and Drug Administration (FDA) for a Biological Product Deviation discovered on September 4, 2002.  As part of its ongoing stability program, Merck initiated an investigation into a recent 24-month out-of-specification measles potency and measles reconstitute and store potency results obtained during testing of M-M-R II Lot # 0636850 at the 24-month stability interval.  M-M-R II Lot # 0636850 was placed on a special stability monitoring study as one of three lots to evaluate the use of a new source of albumin, Instituto Grifols, S.A., used in the diluent for the manufacture of M-M-R II.  The average measles potency result (reconstituted, but not stored) for the 24-month interval, was 2.9 log10 TCID50/dose, versus a specification of ≥3.0 log10TCID50/dose.  In addition, an average measles potency result of 2.9 log10 TCID50/dose for the eight-hour reconstitute and store sample was observed versus the specification of ≥3.0 logioTCID30/dose.  Furthermore, while discussing its manufacturing documentation concerning lot 0636850, Merck noted that M-M-R II Lot # 0636850 had an out of trend, but within specification, high mumps titer of 5.7 log10 TCID50 /dose.  Merck asserted that the high mumps titer had no effect on the measles stability results.  Finally, Merck reviewed its measles stability profile, which was based on principles developed in 1999 with CBER for the M-M-R II family Mumps |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | stability profile.  It concluded that a higher minimum release specification would be required to ensure with 95% confidence that the potencies of measles-containing products are $\geq 3.0$ log10TCID50/dose at expiry.  To address this, Merck filed a Prior Approval Supplement (PAS) with the FDA on September 16, 2002, containing proposed changes to the measles filling target, release specifications and assay testing scheme.[ix] |
|---|---|---|
| 2006-05-26 | BPDR | Merck filed a Biological Product Deviation Report Form, number 06-004, to the Food and Drug Administration (FDA) for a Biological Product Deviation discovered on April 13, 2006, but occurring on December 2001.  The BPDR discussed missed or invalid stability intervals discovered following a comprehensive internal assessment of Merck's stability data that was completed in April 2006.  This assessment was committed to by Merck in one of its responses to a 2006 Team Biologics Inspection.  As a result of the assessment and the re-assessment of Merck's BPDR reporting procedures, five (5) additional missed / invalid stability intervals were discovered.  In its summary, Merck noted that all of the instances reviewed within the report occurred prior to the reorganization of Merck's West Point Quality Operations in November 2004, and the implementation of improvements to Merck's quality systems in late 2004 and 2005.  The missed/invalid test interval related to M-M-R II was an invalid test interval resulting from a Mumps 6-month potency test that occurred in December 2001 on an M-M-R II Lot.  The lot was tested during Study 0734L that was initiated in August 2001 to support the annual requirement for M-M-R II.  The Mumps Potency testing was performed in December 2001, but the test data entry for the average value was not performed until March 2002 due to an ongoing investigation.  At that time, it was determined that the range criteria were exceeded for the 6-month interval, and the high/low results were invalidated.  A third replicate was invalidated due to expired anti-sera, resulting in only three remaining valid test replicates versus the six valid test replicates required for the test.  There were no remaining representative samples available to perform additional replicate testing, resulting in an invalid result for the 6-month time point.  All subsequent Mumps Potency time points for the study were satisfactory.[x] |

---

[i] October 24, 2000 Merck responses to the Team Biologics inspection Form FDA 483 observations, found at MRK-KRA01897017 and MRK-KRA00783728 AEO; and an October 11, 2000 Memorandum from Christopher Petroski re: "Team Biologics Close Out – Form FDA 483," containing the list of communicated observations from Inspectors Loren and Schofield, found at MRK-KRA00071265.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ii Biological Product Deviation Report Form, number BPD 01-002, reported January 31, 2001, found at MRK-KRA00754221.

iii February 9, 2001 Warning Letter from the FDA to Roberta McKee found at PUBLIC0000666 (public version), or MRK-KRA00209399 AEO with redactions.

iv Biological Product Deviation Report Form, number BPD 01-003, reported March 5, 2001, found at MRK-KRA00754239.

v Biological Product Deviation Report Form, number BPD 01-005, reported April 20, 2001, found at MRK-KRA00754233.

vi August 6, 2001 Form FDA 483 issued to Alan Shaw from investigators Kathryn Carbone and Debra Bennett, found at MRK-KRA00000547; and August 20, 2001 letter to Dr. Steven Masiello of CBER from Emilio Emini attaching Merck's response to the observations made by Investigators Carbone and Bennett, found at MRK-KRA00000481.

vii May 20, 2002 Merck responses to Form FDA 483 observations, resulting from a Team Biologics Inspection occurring on April 9-12, 15-18, 29-30 and May 1-3, found at MRK-KRA00783949 AEO (parent email MRK-KRA00783945 indicates that this was the 'final' version sent to the FDA); see also MRK-KRA02023386 AEO (contains far fewer redactions regarding the Stability failure investigations observation, but it is not the 'final' version).

viii Biological Product Deviation Report Form, number BPD 02-005, reported July 26, 2002, found at MRK-KRA00754245.

ix October 18, 2002 letter from Roberta McKee to the Food and Drug Administration (FDA), Center for Biologics Evaluation and Research (CBER) attaching a Biological Product Deviation Report Form, number BPD 02-007, Reported October 18, 2002, found at MRK-KRA00754322.

x May 26, 2006 Letter from William J. Mullin to Ms. Mary Anne Malarkey, Director, Office of Compliance and Biologics Quality, Center for Biologics Evaluation and Research (CBER) attaching a Biological Product Deviation Report Form, number BPD 06-004, reported May 26, 2006, found at MRK-KRA00754392.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 25**

**Low Potency Lots Identified in 2001**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1434

**MMD "Lots in Question"[1]**

| Fill | Mumps Potency | Per Dose | Est titer End-expiry | DOM | Fill Release | Expiry | QC Release | Packaged Doses |
|---|---|---|---|---|---|---|---|---|
| 0629591 | 4.3 | 5 | 4 | 11/2/1998 | 1/5/1999 | 11/2/2001 | 1/22/1999 | 116,415 |
| 0630084 | 4.5 | 5.2 | 4.2 | 11/9/1998 | 1/4/1999 | 11/9/2001 | 1/22/1999 | 118,080 |
| 0629532 | 4.1 | 4.8 | 3.8 | 10/8/1998 | 1/26/1999 | 10/8/2001 | 2/12/1999 | 100,890 |
| 0629573 | 4.4 | 5.1 | 4.1 | 10/21/1998 | 1/28/1999 | 10/21/2001 | 2/12/1999 | 119,229 |
| 0630087 | 4.2 | 4.9 | 3.9 | 11/12/1998 | 1/14/1999 | 11/12/2001 | 2/12/1999 | 114,160 |
| 0630090 | 4.2 | 4.9 | 3.9 | 11/16/1998 | | 11/16/2001 | 2/12/1999 | 116,196 |
| 0630085 | 4.6 | 5.3 | 4.3 | 11/10/1998 | 2/9/1999 | 11/10/2001 | 2/22/1999 | 114,390 |
| 0630088 | 4.5 | 5.2 | 4.2 | 11/13/1998 | 1/25/1999 | 11/13/2001 | 2/23/1999 | 116,220 |
| 0629572 | 4.5 | 5.2 | 4.2 | 10/29/1998 | 2/11/1999 | 10/29/2001 | 2/24/1999 | 118,020 |
| 0629592 | 4.3 | 5 | 4 | 11/4/1998 | 2/10/1999 | 11/4/2001 | 2/24/1999 | 118,080 |
| 0630089 | 4.5 | 5.2 | 4.2 | 11/14/1998 | 2/12/1999 | 11/14/2001 | 2/24/1999 | 118,190 |
| 0629574 | 4.2 | 4.9 | 3.9 | 10/25/1998 | 2/17/1999 | 10/25/2001 | 3/8/1999 | 113,730 |
| 0630092 | 4.6 | 5.3 | 4.3 | 11/17/1998 | 2/9/1999 | 11/17/2001 | 3/8/1999 | 111,530 |
| 0628889 | 4.2 | 4.9 | 3.9 | 1/4/1999 | 3/4/1999 | 1/4/2002 | 3/23/1999 | 115,295 |
| 0628890 | 4.3 | 5 | 4 | 1/5/1999 | 3/4/1999 | 1/5/2002 | 3/23/1999 | 114,080 |
| 0630091 | 4.3 | 5 | 4 | 11/15/1998 | 3/15/1999 | 11/15/2001 | 3/26/1999 | 115,208 |
| 0630093 | 4.5 | 5.2 | 4.2 | 12/4/1998 | 3/15/1999 | 12/4/2001 | 3/26/1999 | 119,140 |
| 0630095 | 4.2 | 4.9 | 3.9 | 11/29/1998 | 3/26/1999 | 11/29/2001 | 3/26/1999 | 118,898 |
| 0630254 | 4.6 | 5.3 | 4.3 | 12/10/1998 | 3/15/1999 | 12/10/2001 | 3/26/1999 | 118,815 |
| 0630260 | 4.4 | 5.1 | 4.1 | 12/11/1998 | 3/15/1999 | 12/11/2001 | 3/26/1999 | 117,975 |
| 0630232 | 4.6 | 5.3 | 4.3 | 11/23/1998 | 3/2/1999 | 11/23/2001 | 4/5/1999 | 115,710 |
| 0630086 | 4.5 | 5.2 | 4.2 | 11/11/1998 | 3/23/1999 | 11/11/2001 | 4/7/1999 | 111,809 |
| 0630094 | 4.2 | 4.9 | 3.9 | 11/28/1998 | 3/31/1999 | 11/28/2001 | 4/14/1999 | 114,829 |
| 0630255 | 4.4 | 5.1 | 4.1 | 1/7/1999 | 3/26/1999 | 1/7/2002 | 4/14/1999 | 114,385 |
| 0630632 | 4.5 | 5.2 | 4.2 | 1/30/1999 | 3/26/1999 | 1/30/2002 | 4/14/1999 | 110,400 |
| 0630235 | 4.6 | 5.3 | 4.3 | 11/24/1998 | 3/1/1999 | 11/24/2001 | 4/22/1999 | 117,380 |
| 0630608 | 4.1 | 4.8 | 3.8 | 1/11/1999 | 4/8/1999 | 1/11/2002 | 4/29/1999 | 115,310 |
| 0630635 | 4.2 | 4.9 | 3.9 | 1/25/1999 | 4/14/1999 | 1/25/2002 | 4/29/1999 | 113,848 |
| 0630636 | 4.3 | 5 | 4 | 1/22/1999 | 4/13/1999 | 1/22/2002 | 4/29/1999 | 115,740 |
| 0630628 | 4.4 | 5.1 | 4.1 | 1/15/1999 | 4/13/1999 | 1/15/2002 | 5/5/1999 | 116,480 |
| 0631041 | 4.2 | 4.9 | 3.9 | 2/4/1999 | 4/21/1999 | 2/4/2002 | 5/5/1999 | 117,300 |
| 0631042 | 4.3 | 5 | 4 | 2/5/1999 | 4/21/1999 | 2/5/2002 | 5/5/1999 | 115,400 |
| 0631045 | 4.1 | 4.8 | 3.8 | 2/11/1999 | 4/26/1999 | 2/11/2002 | 5/19/1999 | 112,240 |
| 0631037 | 4.4 | 5.1 | 4.1 | 2/21/1999 | 5/13/1999 | 2/21/2002 | 5/27/1999 | 113,902 |
| 0631043 | 4.2 | 4.9 | 3.9 | 2/7/1999 | 5/6/1999 | 2/7/2002 | 6/1/1999 | 116,882 |
| 0631044 | 4.3 | 5 | 4 | 2/13/1999 | 5/10/1999 | 2/13/2002 | 6/1/1999 | 117,554 |
| 0630262 | 4.3 | 5 | 4 | 1/17/1999 | 5/20/1999 | 1/17/2002 | 6/3/1999 | 114,660 |
| 0631370 | 4.5 | 5.2 | 4.2 | 2/26/1999 | 5/17/1999 | 2/26/2002 | 6/3/1999 | 118,470 |

[1] Referenced in MRK-KRA0549510; MRK-KRA00549518.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Fill | Mumps Potency | Per Dose | Est titer End-expiry | DOM | Fill Release | Expiry | QC Release | Packaged Doses |
|------|------|------|------|------|------|------|------|------|
| 0631372 | 4.3 | 5 | 4 | 3/1/1999 | 5/24/1999 | 3/1/2002 | 6/3/1999 | 111,710 |
| 0631875 | 4.3 | 5 | 4 | 3/30/1999 | 5/14/1999 | 3/30/2002 | 6/4/1999 | 118,650 |
| 0631371 | 4.3 | 5 | 4 | 2/26/1999 | 5/14/1999 | 2/26/2002 | 6/15/1999 | 112,500 |
| 0631447 | 4.4 | 5.1 | 4.1 | 3/4/1999 | 6/7/1999 | 3/4/2002 | 6/15/1999 | 118,420 |
| 0631446 | 4.2 | 4.9 | 3.9 | 3/2/1999 | 6/2/1999 | 3/2/2002 | 6/22/1999 | 115,554 |
| 0631485 | 4.3 | 5 | 4 | 2/23/1999 | 6/14/1999 | 2/23/2002 | 6/29/1999 | 101,660 |
| 0631654 | 4.4 | 5.1 | 4.1 | 3/20/1999 | 6/14/1999 | 3/20/2002 | 6/29/1999 | 116,505 |
| 0631881 | 4.2 | 4.9 | 3.9 | 4/7/1999 | 6/11/1999 | 4/7/2002 | 6/29/1999 | 117,760 |
| 0631885 | 4.4 | 5.1 | 4.1 | 4/9/1999 | 6/15/1999 | 4/9/2002 | 6/29/1999 | 118,620 |
| 0631878 | 4.5 | 5.2 | 4.2 | 4/3/1999 | 6/14/1999 | 4/3/2002 | 6/30/1999 | 119,140 |
| 0631657 | 4.3 | 5 | 4 | 3/26/1999 | 6/16/1999 | 3/26/2002 | 7/1/1999 | 117,020 |
| 0631658 | 4.2 | 4.9 | 3.9 | 4/13/1999 | 6/17/1999 | 4/13/2002 | 7/1/1999 | 114,540 |
| 0631659 | 4.2 | 4.9 | 3.9 | 4/30/1999 | 6/17/1999 | 4/30/2002 | 7/1/1999 | 115,300 |
| 0631877 | 4.1 | 4.8 | 3.8 | 4/2/1999 | 6/24/1999 | 4/2/2002 | 7/7/1999 | 118,350 |
| 0631882 | 4.1 | 4.8 | 3.8 | 4/16/1999 | 6/22/1999 | 4/16/2002 | 7/7/1999 | 117,300 |
| 0631873 | 4.1 | 4.8 | 3.8 | 3/30/1999 | 6/16/1999 | 3/30/2002 | 7/15/1999 | 116,908 |
| 0632229 | 4.2 | 4.9 | 3.9 | 4/22/1999 | 7/1/1999 | 4/22/2002 | 7/15/1999 | 117,851 |
| 0632238 | 4.4 | 5.1 | 4.1 | 4/26/1999 | 7/6/1999 | 4/26/2002 | 7/21/1999 | 116,290 |
| 0631884 | 4.1 | 4.8 | 3.8 | 5/1/1999 | 7/7/1999 | 5/1/2002 | 7/23/1999 | 119,390 |
| 0632346 | 4.2 | 4.9 | 3.9 | 5/8/1999 | 7/7/1999 | 5/8/2002 | 7/23/1999 | 118,520 |
| 0632348 | 4.2 | 4.9 | 3.9 | 5/14/1999 | 7/7/1999 | 5/14/2002 | 7/23/1999 | 115,546 |
| 0632227 | 4.1 | 4.8 | 3.8 | 4/19/1999 | 6/22/1999 | 4/19/2002 | 7/26/1999 | 117,460 |
| 0631883 | 4.1 | 4.8 | 3.8 | 4/15/1999 | 7/15/1999 | 4/15/2002 | 7/29/1999 | 118,056 |
| 0632237 | 4 | 4.7 | 3.7 | 4/24/1999 | 7/19/1999 | 4/24/2002 | 7/29/1999 | 116,840 |
| 0631653 | 3.9 | 4.6 | 3.6 | 3/19/1999 | 7/1/1999 | 3/19/2002 | 8/6/1999 | 115,400 |
| 0631871 | 4.3 | 5 | 4 | 3/25/1999 | 6/14/1999 | 3/25/2002 | 8/16/1999 | 118,475 |
| 0631872 | 4.4 | 5.1 | 4.1 | 3/27/1999 | 7/15/1999 | 3/27/2002 | 8/16/1999 | 118,635 |
| 0631040 | 4.4 | 5.1 | 4.1 | 2/2/1999 | 8/12/1999 | 2/2/2002 | 8/24/1999 | 111,390 |
| 0632345 | 4.4 | 5.1 | 4.1 | 5/7/1999 | 8/12/1999 | 5/7/2002 | 8/24/1999 | 118,220 |
| 0632228 | 4.4 | 5.1 | 4.1 | 4/23/1999 | 8/2/1999 | 4/23/2002 | 8/31/1999 | 110,650 |
| 0632356 | 4.3 | 5 | 4 | 4/29/1999 | 8/16/1999 | 4/29/2002 | 8/31/1999 | 117,824 |
| 0632998 | 4.3 | 5 | 4 | 6/25/1999 | 8/16/1998 | 6/25/2002 | 9/1/1999 | 117,760 |
| 0631038 | 4.3 | 5 | 4 | 2/19/1999 | 8/16/1999 | 2/19/2002 | 9/2/1999 | 115,621 |
| 0632526 | 4.3 | 5 | 4 | 6/16/1999 | 8/16/1999 | 6/16/2002 | 9/2/1999 | 118,220 |
| 0632768 | 4.3 | 5 | 4 | 6/20/1999 | 9/1/1999 | 6/20/2002 | 9/2/1999 | 118,680 |
| 0632999 | 4.3 | 5 | 4 | 6/26/1999 | 8/16/1999 | 6/26/2002 | 9/2/1999 | 118,140 |
| 0633000 | 4.2 | 4.9 | 3.9 | 6/27/1999 | 8/17/1999 | 6/27/2002 | 9/2/1999 | 117,300 |
| 0633007 | 4.3 | 5 | 4 | 6/29/1999 | 8/19/1999 | 6/29/2002 | 9/2/1999 | 117,230 |
| 0633009 | 4.3 | 5 | 4 | 7/1/1999 | 8/19/1999 | 7/1/2002 | 9/2/1999 | 114,080 |
| 0633088 | 4.3 | 5 | 4 | 7/10/1999 | 8/17/1999 | 7/10/2002 | 9/2/1999 | 116,325 |
| 0633010 | 4.2 | 4.9 | 3.9 | 6/29/1999 | 8/20/1999 | 6/29/2002 | 9/7/1999 | 105,200 |
| 0632988 | 4.2 | 4.9 | 3.9 | 6/24/1999 | 8/16/1999 | 6/24/2002 | 9/14/1999 | 116,730 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Fill | Mumps Potency | Per Dose | Est titer End-expiry | DOM | Fill Release | Expiry | QC Release | Packaged Doses |
|---|---|---|---|---|---|---|---|---|
| 0633008 | 4.6 | 5.3 | 4.3 | 6/30/1999 | 9/20/1999 | 6/30/2002 | 9/23/1999 | 117,975 |
| 0633087 | 4.3 | 5 | 4 | 7/11/1999 | 9/28/1999 | 7/11/2002 | 9/28/1999 | 114,965 |
| 0633089 | 4.2 | 4.9 | 3.9 | 7/11/1999 | 9/28/1999 | 7/11/2002 | 9/28/1999 | 118,680 |
| 0631039 | 4.3 | 5 | 4 | 2/25/1999 | 10/25/1999 | 2/25/2002 | 10/25/1999 | 115,520 |
| 0631876 | 4.3 | 5 | 4 | 4/1/1999 | 10/25/1999 | 4/1/2002 | 10/25/1999 | 119,140 |
| 0632767 | 4.2 | 4.9 | 3.9 | 6/14/1999 | 10/25/1999 | 6/14/2002 | 10/25/1999 | 113,573 |
| 0633090 | 4.2 | 4.9 | 3.9 | 7/12/1999 | 10/25/1999 | 7/12/2002 | 10/25/1999 | 117,485 |
| 0628891 | 4.2 | 4.9 | 3.9 | 1/7/1999 | 10/25/1999 | 1/7/2002 | 10/26/1999 | 112,700 |
| 0630234 | 4.7 | 5.4 | 4.4 | 11/22/1998 | 10/26/1999 | 11/22/2001 | 10/26/1999 | 115,700 |
| 0632772 | 4.3 | 5 | 4 | 6/13/1999 | 8/24/1999 | 6/13/2002 | 10/26/1999 | 118,680 |
| 0633001 | 4.3 | 5 | 4 | 6/25/1999 | 10/25/1999 | 6/25/2002 | 10/26/1999 | 112,240 |
| 0633602 | 4.2 | 4.9 | 3.9 | 8/27/1999 | 11/30/1999 | 8/27/2002 | 10/26/1999 | 110,885 |
| 0633601 | 4.2 | 4.9 | 3.9 | 8/26/1999 | 10/21/1999 | 8/26/2002 | 11/2/1999 | 112,030 |
| 0633091 | 4.3 | 5 | 4 | 7/31/1999 | 10/25/1999 | 7/31/2002 | 11/3/1999 | 117,040 |
| 0633444 | 4.4 | 5.1 | 4.1 | 8/13/1999 | 10/25/1999 | 8/13/2002 | 11/3/1999 | 110,400 |
| 0632765 | 4 | 4.7 | 3.7 | 6/9/1999 | 11/2/2000 | 6/9/2002 | 11/4/1999 | 118,085 |
| 0632347 | 4.2 | 4.9 | 3.9 | 5/22/1999 | 11/12/1999 | 5/22/2002 | 11/15/1999 | 116,680 |
| 0633440 | 4.3 | 5 | 4 | 8/10/1999 | 11/12/1999 | 8/10/2002 | 11/15/1999 | 115,920 |
| 0633453 | 4.3 | 5 | 4 | 8/18/1999 | 11/12/1999 | 8/18/2002 | 11/15/1999 | 115,380 |
| 0633454 | 4.3 | 5 | 4 | 8/19/1999 | 10/25/1999 | 8/19/2002 | 11/24/1999 | 111,917 |
| 0633600 | 4.2 | 4.9 | 3.9 | 8/25/1999 | 2/1/2000 | 8/25/2002 | 11/24/1999 | 117,160 |
| 0632769 | 4.4 | 5.1 | 4.1 | 6/21/1999 | 10/25/1999 | 6/21/2002 | 2/3/2000 | 118,220 |
| 0631655 | 4.1 | 4.8 | 3.8 | 4/9/1999 | 2/18/2000 | 4/9/2002 | 2/18/2000 | 115,100 |
| 0631656 | 4 | 4.7 | 3.7 | 4/11/1999 | 2/23/2000 | 4/11/2002 | 2/23/2000 | 116,285 |
| 0632464 | 4.1 | 4.8 | 3.8 | 5/6/1999 | 2/22/2000 | 5/6/2002 | 2/23/2000 | 118,870 |
| 0631879 | 4.4 | 5.1 | 4.1 | 4/2/1999 | 11/30/1999 | 4/2/2002 | 4/6/2000 | 118,220 |
| 0631880 | 4.1 | 4.8 | 3.8 | 4/6/1999 | 11/30/1999 | 4/6/2002 | 4/20/2000 | 115,920 |
| 0633452 | 4.3 | 5 | 4 | 9/8/1999 | 10/26/1999 | 9/8/2002 | 7/12/2000 | 117,442 |
| 0632770 | 4.3 | 5 | 4 | 6/12/1999 | 8/12/1999 | 9/1/2001 | 9/21/1999 | 118,385 |
| 0632773 | 4.2 | 4.9 | 3.9 | 6/18/1999 | 8/24/1999 | 9/1/2001 | 9/21/1999 | 118,930 |
| 0630103 | 4.2 | 4.9 | 3.9 | 12/14/1998 | 3/3/1999 | 2/25/2001 | 3/12/1999 | 114720 |
| 0627382 | 3.8 | 4.5 | 3.5 | 3/28/1998 | 6/8/1998 | 3/26/2001 | 4/21/1999 | 117970 |
| 0627426 | 4.3 | 5 | 4 | 4/16/1998 | 6/2/1998 | 3/26/2001 | 4/22/1999 | 117910 |
| 0627385 | 3.8 | 4.5 | 3.5 | 4/1/1998 | 6/8/1998 | 3/26/2001 | 5/4/1999 | 115320 |
| 0628286 | 4.1 | 4.8 | 3.8 | 1/18/1999 | 3/30/1999 | 2/25/2001 | 5/5/1999 | 113930 |
| 0630623 | 4.3 | 5 | 4 | 1/11/1999 | 4/21/1999 | 2/25/2001 | 5/5/1999 | 116250 |
| 0630625 | 4.4 | 5.1 | 4.1 | 1/23/1999 | 4/26/1999 | 2/25/2001 | 5/5/1999 | 117370 |
| 0630626 | 4.5 | 5.2 | 4.2 | 1/20/1999 | 4/21/1999 | 2/25/2001 | 5/5/1999 | 57940 |
| 0630627 | 4.1 | 4.8 | 3.8 | 1/20/1999 | 4/21/1999 | 2/25/2001 | 5/5/1999 | 57530 |
| 0630629 | 4.3 | 5 | 4 | 1/21/1999 | 4/21/1999 | 2/25/2001 | 5/5/1999 | 110870 |
| 0630630 | 4.5 | 5.2 | 4.2 | 1/24/1999 | 4/21/1999 | 3/26/2001 | 5/5/1999 | 57600 |
| 0630631 | 4.5 | 5.2 | 4.2 | 1/24/1999 | 4/21/1999 | 3/26/2001 | 5/5/1999 | 56850 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1437

| Fill | Mumps Potency | Per Dose | Est titer End-expiry | DOM | Fill Release | Expiry | QC Release | Packaged Doses |
|------|------|------|------|------|------|------|------|------|
| 0631052 | 4.6 | 5.3 | 4.3 | 2/8/1999 | 4/26/1999 | 3/25/2001 | 5/5/1999 | 57310 |
| 0631053 | 4.3 | 5 | 4 | 2/8/1999 | 4/26/1999 | 2/27/2001 | 5/5/1999 | 48050 |
| 0631084 | 4 | 4.7 | 3.7 | 2/5/1999 | 4/21/1999 | 2/27/2001 | 5/5/1999 | 57150 |
| 0627187 | 4.1 | 4.8 | 3.8 | 4/22/1998 | 6/19/1998 | 3/26/2001 | 5/7/1999 | 116100 |
| 0627425 | 4.2 | 4.9 | 3.9 | 4/17/1998 | 6/1/1998 | 3/26/2001 | 5/7/1999 | 117480 |
| 0631051 | 4.5 | 5.2 | 4.2 | 2/4/1999 | 4/21/1999 | 3/25/2001 | 5/10/1999 | 56170 |
| 0630624 | 4.3 | 5 | 4 | 1/17/1999 | 4/26/1999 | 3/26/2001 | 5/25/1999 | 114800 |
| 0631054 | 4.3 | 5 | 4 | 2/12/1999 | 5/10/1999 | 2/27/2001 | 5/28/1999 | 59070 |
| 0631055 | 4.3 | 5 | 4 | 2/12/1999 | 5/10/1999 | 2/27/2001 | 5/28/1999 | 59560 |
| 0631056 | 4.2 | 4.9 | 3.9 | 2/15/1999 | 5/12/1999 | 3/25/2001 | 5/28/1999 | 57640 |
| 0631057 | 4.2 | 4.9 | 3.9 | 2/15/1999 | 5/12/1999 | 2/27/2001 | 5/28/1999 | 57700 |
| 0631046 | 4.1 | 4.8 | 3.8 | 2/14/1999 | 5/12/1999 | 3/26/2001 | 6/3/1999 | 116480 |
| 0631047 | 4.5 | 5.2 | 4.2 | 2/16/1999 | 5/12/1999 | 3/26/2001 | 6/3/1999 | 116160 |
| 0631049 | 4.3 | 5 | 4 | 2/18/1999 | 5/12/1999 | 3/26/2001 | 6/3/1999 | 117740 |
| 0631448 | 4.1 | 4.8 | 3.8 | 3/4/1999 | 5/14/1999 | 3/27/2001 | 6/3/1999 | 119270 |
| 0631451 | 4.4 | 5.1 | 4.1 | 3/11/1999 | 5/17/1999 | 3/27/2001 | 6/3/1999 | 118570 |
| 0631452 | 4.3 | 5 | 4 | 3/8/1999 | 5/14/1999 | 3/27/2001 | 6/3/1999 | 115530 |
| 0631645 | 4.4 | 5.1 | 4.1 | 3/14/1999 | 6/7/1999 | 5/27/2001 | 6/24/1999 | 57700 |
| 0631646 | 4.1 | 4.8 | 3.8 | 3/14/1999 | 6/8/1999 | 5/28/2001 | 6/24/1999 | 55070 |
| 0631643 | 4.3 | 5 | 4 | 3/21/1999 | 6/10/1999 | 5/27/2001 | 6/25/1999 | 58740 |
| 0631644 | 4.2 | 4.9 | 3.9 | 3/21/1999 | 6/10/1999 | 5/27/2001 | 6/25/1999 | 56860 |
| 0630639 | 4.4 | 5.1 | 4.1 | 4/5/1999 | 6/8/1999 | 5/27/2001 | 7/9/1999 | 55820 |
| 0631640 | 4.3 | 5 | 4 | 3/23/1999 | 6/7/1999 | 5/27/2001 | 7/9/1999 | 112650 |
| 0631642 | 4.2 | 4.9 | 3.9 | 3/17/1999 | 5/24/1999 | 5/27/2001 | 7/9/1999 | 118800 |
| 0631886 | 4.2 | 4.9 | 3.9 | 3/25/1999 | 6/24/1999 | 5/28/2001 | 7/9/1999 | 58190 |
| 0631888 | 4.3 | 5 | 4 | 3/28/1999 | 6/17/1999 | 5/28/2001 | 7/9/1999 | 57130 |
| 0631889 | 4.4 | 5.1 | 4.1 | 3/28/1999 | 6/17/1999 | 5/28/2001 | 7/9/1999 | 58020 |
| 0631887 | 4.1 | 4.8 | 3.8 | 3/25/1999 | 6/24/1999 | 5/28/2001 | 7/13/1999 | 56930 |
| 0632236 | 4 | 4.7 | 3.7 | 4/23/1999 | 6/29/1999 | 5/28/2001 | 7/15/1999 | 118250 |
| 0632326 | 4.3 | 5 | 4 | 4/29/1999 | 6/29/1999 | 5/28/2001 | 7/15/1999 | 58000 |
| 0631649 | 4 | 4.7 | 3.7 | 4/8/1999 | 6/21/1999 | 5/28/2001 | 7/23/1999 | 57760 |
| 0631650 | 3.9 | 4.6 | 3.6 | 4/8/1999 | 6/21/1999 | 5/28/2001 | 7/23/1999 | 57720 |
| 0631890 | 4.5 | 5.2 | 4.2 | 3/31/1999 | 6/16/1999 | 5/28/2001 | 7/23/1999 | 57810 |
| 0631891 | 4.3 | 5 | 4 | 4/1/1999 | 6/16/1999 | 5/28/2001 | 7/23/1999 | 58040 |
| 0631651 | 4.1 | 4.8 | 3.8 | 4/15/1999 | 7/19/1999 | 5/28/2001 | 7/29/1999 | 74320 |
| 0631652 | 4.2 | 4.9 | 3.9 | 4/15/1999 | 7/19/1999 | 5/28/2001 | 7/29/1999 | 57550 |
| 0632232 | 4.2 | 4.9 | 3.9 | 4/18/1999 | 7/14/1999 | 5/28/2001 | 7/29/1999 | 57760 |
| 0632233 | 4 | 4.7 | 3.7 | 4/18/1999 | 7/14/1999 | 5/28/2001 | 7/29/1999 | 58660 |
| 0632341 | 4.5 | 5.2 | 4.2 | 5/2/1999 | 6/30/1999 | 6/25/2001 | 8/4/1999 | 61560 |
| 0632400 | 4.2 | 4.9 | 3.9 | 5/16/1999 | 7/15/1999 | 6/25/2001 | 8/4/1999 | 115200 |
| 0627835 | 3.8 | 4.5 | 3.5 | 5/18/1998 | 6/24/1998 | 5/18/2001 | 8/5/1999 | 117550 |
| 0627839 | 3.7 | 4.4 | 3.4 | 5/15/1998 | 7/23/1998 | 5/15/2001 | 8/5/1999 | 118040 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1438

| Fill | Mumps Potency | Per Dose | Est titer End-expiry | DOM | Fill Release | Expiry | QC Release | Packaged Doses |
|---|---|---|---|---|---|---|---|---|
| 0632230 | 4.1 | 4.8 | 3.8 | 4/16/1999 | 7/19/1999 | 6/24/2001 | 8/5/1999 | 179370 |
| 0632325 | 4.2 | 4.9 | 3.9 | 4/29/1999 | 6/29/1999 | 5/28/2001 | 8/5/1999 | 58390 |
| 0632340 | 4.5 | 5.2 | 4.2 | 5/4/1999 | 7/19/1999 | 6/25/2001 | 8/5/1999 | 225920 |
| 0632342 | 4.4 | 5.1 | 4.1 | 5/3/1999 | 6/30/1999 | 6/25/2001 | 8/5/1999 | 90780 |
| 0632343 | 4.3 | 5 | 4 | 5/10/1999 | | 6/25/2001 | 8/5/1999 | 127760 |
| 0631641 | 4.3 | 5 | 4 | 3/18/1999 | 7/15/1999 | 5/27/2001 | 8/17/1999 | 118800 |
| 0632457 | 4.3 | 5 | 4 | 5/19/1999 | 8/12/1999 | 6/25/2001 | 8/17/1999 | 118090 |
| 0632530 | 4.4 | 5.1 | 4.1 | 6/6/1999 | 8/12/1999 | 6/25/2001 | 8/19/1999 | 117920 |
| 0632766 | 4.2 | 4.9 | 3.9 | 6/10/1999 | 8/12/1999 | 6/25/2001 | 8/24/1999 | 116950 |
| 0631454 | 4.3 | 5 | 4 | 3/10/1999 | 8/12/1999 | 5/27/2001 | 8/30/1999 | 58390 |
| 0631455 | 4.4 | 5.1 | 4.1 | 3/11/1999 | 8/12/1999 | 3/27/2001 | 8/30/1999 | 57540 |
| 0632339 | 4.1 | 4.8 | 3.8 | 5/7/1999 | 8/16/1999 | 6/25/2001 | 8/30/1999 | 114680 |
| 0632531 | 4.2 | 4.9 | 3.9 | 6/7/1999 | 8/16/1999 | 6/25/2001 | 8/30/1999 | 117160 |
| 0632529 | 4.5 | 5.2 | 4.2 | 6/23/1999 | 8/12/1999 | 8/4/2001 | 9/9/1999 | 118210 |
| 0632533 | 4.5 | 5.2 | 4.2 | 6/17/1999 | 8/18/1999 | 8/4/2001 | 9/9/1999 | 118630 |
| 0632535 | 4.3 | 5 | 4 | 6/10/1999 | 7/16/1999 | 8/3/2001 | 9/9/1999 | 111130 |
| 0632771 | 4.2 | 4.9 | 3.9 | 6/14/1999 | 8/12/1999 | 8/4/2001 | 9/9/1999 | 118100 |
| 0632858 | 4.2 | 4.9 | 3.9 | 6/22/1999 | 8/18/1999 | 8/4/2001 | 9/9/1999 | 118830 |
| 0633011 | 4.1 | 4.8 | 3.8 | 7/2/1999 | 8/19/1999 | 8/4/2001 | 9/9/1999 | 117900 |
| 0633012 | 4.5 | 5.2 | 4.2 | 7/3/1999 | 8/24/1999 | 8/4/2001 | 9/9/1999 | 118120 |
| 0632532 | 4.3 | 5 | 4 | 6/21/1999 | 9/20/1999 | 8/4/2001 | 9/20/1999 | 114,550 |
| 0632455 | 4.3 | 5 | 4 | 5/17/1999 | 9/28/1999 | 6/25/2001 | 9/28/1999 | 114,870 |
| 0629640 | 4.3 | 5 | 4 | 11/6/1998 | 10/26/1999 | 9/21/2001 | 10/26/1999 | 85,100 |
| 0632344 | 4.4 | 5.1 | 4.1 | 5/11/1999 | 7/29/1999 | 6/25/2001 | 10/26/1999 | 117,720 |
| 0632552 | 4.6 | 5.3 | 4.3 | 7/5/1999 | 10/25/1999 | 8/4/2001 | 10/26/1999 | 51,530 |
| 0632764 | 4.1 | 4.8 | 3.8 | 6/9/1999 | 9/27/1999 | 8/4/2001 | 10/26/1999 | 107,200 |
| 0633013 | 4.3 | 5 | 4 | 7/5/1999 | 9/23/1999 | 8/4/2001 | 10/26/1999 | 118,400 |
| 0633014 | 4.3 | 5 | 4 | 7/7/1999 | 9/22/1999 | 8/4/2001 | 10/26/1999 | 102,680 |
| 0633015 | 4.2 | 4.9 | 3.9 | 7/4/1999 | 8/19/1999 | 8/4/2001 | 10/26/1999 | 104,760 |
| 0633016 | 4.2 | 4.9 | 3.9 | 7/6/1999 | 8/24/1999 | 8/4/2001 | 10/26/1999 | 118,600 |
| 0633017 | 4.4 | 5.1 | 4.1 | 7/7/1999 | 11/30/1999 | 8/4/2001 | 10/26/1999 | 117,900 |
| 0633018 | 4.5 | 5.2 | 4.2 | 7/9/1999 | 9/29/1999 | 8/4/2001 | 10/26/1999 | 118,520 |
| 0633086 | 4.2 | 4.9 | 3.9 | 7/9/1999 | 9/29/1999 | 8/4/2001 | 10/26/1999 | 53,760 |
| 0633603 | 4.2 | 4.9 | 3.9 | 8/28/1999 | 11/30/1999 | 9/21/2001 | 10/26/1999 | 56,640 |
| 0633599 | 4 | 4.7 | 3.7 | 8/24/1999 | 11/12/1999 | 9/21/2001 | 11/15/1999 | 116,540 |
| 0633707 | 4.4 | 5.1 | 4.1 | 9/4/1999 | 11/12/1999 | 10/16/2001 | 12/1/1999 | 55,100 |
| 0633595 | 4.2 | 4.9 | 3.9 | 8/29/1999 | 11/12/1999 | 10/16/2001 | 12/14/1999 | 111,820 |
| 0633598 | 4.1 | 4.8 | 3.8 | 8/22/1999 | 10/26/1999 | 10/16/2001 | 12/14/1999 | 86,290 |
| 0633705 | 4.2 | 4.9 | 3.9 | 8/31/1999 | 11/12/1999 | 10/16/2001 | 12/14/1999 | 56,980 |
| 0633513 | 4.2 | 4.9 | 3.9 | 8/11/1999 | 10/25/1999 | 10/16/2001 | 1/27/2000 | 57,960 |
| 0633570 | 4.2 | 4.9 | 3.9 | 8/15/1999 | 10/25/1999 | 10/16/2001 | 1/27/2000 | 48,840 |
| 0633597 | 4.1 | 4.8 | 3.8 | 8/21/1999 | 10/25/1999 | 10/16/2001 | 1/27/2000 | 108,420 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Fill | Mumps Potency | Per Dose | Est titer End-expiry | DOM | Fill Release | Expiry | QC Release | Packaged Doses |
|---|---|---|---|---|---|---|---|---|
| 0629284 | 4.3 | 5 | 4 | 11/7/1998 | 10/25/1999 | 11/7/2001 | 2/16/2000 | 45,470 |
| 0630385 | 4.1 | 4.8 | 3.8 | 2/1/1999 | 10/25/1999 | 1/8/2002 | 2/16/2000 | 56,790 |
| 0630633 | 4.2 | 4.9 | 3.9 | 1/27/1999 | 10/25/1999 | 1/14/2002 | 2/16/2000 | 56,700 |
| 0630634 | 4.2 | 4.9 | 3.9 | 1/28/1999 | 10/25/1999 | 1/14/2002 | 2/16/2000 | 56,710 |
| 0630638 | 4.4 | 5.1 | 4.1 | 3/7/1999 | 10/25/1999 | 1/14/2002 | 2/16/2000 | 52,730 |
| 0631050 | 4.3 | 5 | 4 | 3/12/1999 | 10/25/1999 | 1/14/2002 | 2/16/2000 | 117,090 |
| 0631449 | 4.3 | 5 | 4 | 3/6/1999 | 10/25/1999 | 1/14/2002 | 2/16/2000 | 102,110 |
| 0628907 | 4.1 | 4.8 | 3.8 | 1/31/1999 | 10/25/1999 | 1/14/2002 | 2/23/2000 | 54,660 |
| 0630637 | 4.6 | 5.3 | 4.3 | 2/20/1999 | 10/25/1999 | 1/21/2002 | 2/24/2000 | 57,500 |
| 0631450 | 4.1 | 4.8 | 3.8 | 3/9/1999 | 10/25/1999 | 1/14/2002 | 2/24/2000 | 112,330 |
| 0631639 | 4.1 | 4.8 | 3.8 | 3/16/1999 | 10/25/1999 | 1/14/2002 | 2/24/2000 | 112,090 |
| 0632456 | 4.1 | 4.8 | 3.8 | 5/21/1999 | 11/12/1999 | 1/27/2002 | 2/24/2000 | 113,600 |
| 0632706 | 4.3 | 5 | 4 | 7/1/1999 | 11/18/1999 | 1/27/2002 | 2/24/2000 | 57,210 |
| 0632459 | 4.2 | 4.9 | 3.9 | 5/20/1999 | 11/12/1999 | 1/21/2002 | 2/25/2000 | 118,230 |
| 0633092 | 4.4 | 5.1 | 4.1 | 7/30/1999 | 10/25/1999 | 1/27/2002 | 2/25/2000 | 112,570 |
| 0633093 | 4.2 | 4.9 | 3.9 | 8/2/1999 | 10/25/1999 | 1/27/2002 | 2/25/2000 | 114,780 |
| 0633094 | 4.2 | 4.9 | 3.9 | 8/3/1999 | 10/25/1999 | 1/27/2002 | 2/25/2000 | 114,070 |
| 0633095 | 4.1 | 4.8 | 3.8 | 8/6/1999 | 10/25/1999 | 2/9/2002 | 3/9/2000 | 110,290 |
| 0633098 | 4.4 | 5.1 | 4.1 | 8/9/1999 | 10/25/1999 | 2/9/2002 | 3/9/2000 | 117,180 |
| 0633433 | 4.1 | 4.8 | 3.8 | 8/5/1999 | 10/25/1999 | 2/9/2002 | 3/9/2000 | 56,220 |
| 0633434 | 4.3 | 5 | 4 | 8/7/1999 | 10/25/1999 | 2/9/2002 | 3/9/2000 | 57,550 |
| 0633100 | 4.2 | 4.9 | 3.9 | 8/8/1999 | 10/25/1999 | 2/9/2002 | 3/17/2000 | 118,100 |
| 0633097 | 4.3 | 5 | 4 | 8/7/1999 | 3/8/2000 | 2/9/2002 | 3/30/2000 | 115,590 |
| 0633387 | 4.3 | 5 | 4 | 8/11/1999 | 10/25/1999 | 6/21/2002 | 7/17/2000 | 57,670 |
| 0633593 | 4.1 | 4.8 | 3.8 | 9/7/1999 | 11/12/1999 | 6/21/2002 | 7/19/2000 | 116,000 |
| 0633450 | 4.2 | 4.9 | 3.9 | 8/15/1999 | 10/25/1999 | 6/21/2002 | 9/12/2000 | 57,020 |
| 0631048 | 4.2 | 4.9 | 3.9 | 2/19/1999 | 10/25/1999 | 1/14/2002 | 9/20/2000 | 116,310 |
| 0629284 | 4.3 | 5 | 4 | 11/6/1998 | 10/26/1999 | 3/4/2001 | 4/5/1999 | 20400 |
| 0629640 | 4.3 | 5 | 4 | 11/7/1998 | 10/25/1999 | 10/21/2001 | 12/14/1999 | 48,575 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**13 Lots Observed in October 2000 Form FDA 483 for MMD[2]**

| Product | Fill | Observed Stability Failures |
|---------|------|----------------------------|
| Mumpsvax | 1187E | Failed potency at:<br>- 9 months<br>- 12 months<br>- 18 months<br>- 24 months<br>- 30 months<br><br>Also failed reconstitute and store potency at 24 months. |
| Mumpsvax | 0616798 | Failed potency at:<br>- 12 months<br>- 18 months<br>- 24 months<br>- 30 months |
| MMRII | 0627847 | Failed mumps potency at:<br>- 6 months<br>- 9 months<br>- 12 months<br>- 18 months<br>- 24 months<br><br>Also failed measles potency at 18 months.<br><br>Also failed mumps and measles reconstitute and store potency at 24 months. |
| MMRII | 0624918 | Failed measles and mumps potency at:<br>- 24 months<br><br>Also failed measles and mumps reconstitute and store potency at 24 months. |
| MMRII | 0628001 | Failed mumps reconstitute and store potency at 24 months. |
| MMRII | 0067H | Failed mumps reconstitute and store potency at 24 months. |

---

[2] Referenced in MRK-KRA00783728.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Product | Fill | Observed Stability Failures |
|---|---|---|
| MMRII | 1315B | Failed mumps potency at:<br>- 6 months<br>- 12 months<br>- 17 months<br>- 18 months<br>- 24 months<br>- 30 months |
| MMRII | 1006D | Failed mumps potency at:<br>- 18 months<br>- 24 months<br>- 30 months |
| MMRII | 1348D | Failed mumps potency at:<br>- 6 months<br>- 12 months<br>- 18 months<br>- 24 months<br>- 30 months |
| MMRII | 0624E | Failed mumps potency at:<br>- 24 months |
| MMRII | 0621727 | Failed mumps potency at:<br>- 24 months<br>- 30 months |
| MMRII | 0621999 | Failed mumps and measles potency at:<br>- 24 months<br>- 30 months |
| MMVax | 0616340 | Failed mumps potency at:<br>- 9 months<br>- 24 months<br>- 30 months |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 26**

**Number of Lots of MMRII Distributed Worldwide**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Year | Number of M-M-R™II Doses Distributed* Worldwide[1] |
|------|---------------------------------------|
| 1978 | N/A** |
| 1979 | N/A** |
| 1980 | N/A** |
| 1981 | N/A** |
| 1982 | 202,849 |
| 1983 | 7,167,421 |
| 1984 | 7,915,457 |
| 1985 | 6,852,436 |
| 1986 | 7,262,013 |
| 1987 | 8,357,023 |
| 1988 | 8,609,142 |
| 1989 | 11,905,755 |
| 1990 | 17,283,698 |
| 1991 | 20,014,958 |
| 1992 | 17,489,360 |
| 1993 | 23,420,124 |
| 1994 | 38,830,662 |
| 1995 | 29,644,626 |
| 1996 | 31,010,147 |
| 1997 | 27,925,314 |
| 1998 | 28,701,096 |
| 1999 | 27,204,285 |
| 2000 | 23,258,384 |
| 2001 | 21,748,565 |
| 2002 | 18,124,244 |
| 2003 | 22,176,934 |
| 2004 | 18,497,542 |
| 2005 | 4,977,271 |
| **TOTAL** | **428,579,306** |

**Yearly M-M-R™II dose distribution data not available prior to 1982.

---

[1] MRK-KRA00174588 at '591.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1444

**Schedule 27**

**Excerpts From Mumps Related MMWRs**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1445

| DATE[1] | TITLE |
|---|---|
| 1967-12-23 | "A live attenuated mumps virus vaccine has recently become available for general use. . . . Live mumps vaccine may be considered for use in children approaching puberty, in adolescents, and in adults, especially males, if they have not had mumps."[2] |
| 1968-11-09 | "Live mumps vaccine may be used at any age from 12 months. . . . Since the Committee's initial statement on live, attenuated mumps vaccine in 1967, further experience with the vaccine has been accumulated.  In view of evidence showing continued vaccine efficacy and safety, the Committee has modified its recommendation for limited vaccination of young children and now suggests that consideration be given to immunizing all susceptible children over 1 year of age.  The Committee reaffirms its position, however, that mumps vaccination programs should not be allowed to take priority over essential ongoing health activities."[3] |
| 1969-10-25 | Same as above.[4] |
| 1973-06-02 | "Between March 2 and April 30, 1973, 121 cases of mumps (infectious parotitis) occurred among 899 children in the kindergarten through 3rd grades of an Orange County, New York, elementary school (Figure 1). . . . Vaccine efficacy was calculated to be 79%. . . . The reported vaccine efficacy of 79% is lower than the 90% or greater figured usually reported in epidemics of . . . mumps (3) after use of live virus vaccines. In this outbreak the number of children who developed mumps after vaccination is small, and any change in this number would produce relatively large changes in calculated vaccine efficacy.  In particular, children developing mumps after killed mumps vaccine, which provides only temporary immunity, would lower the calculated vaccine efficacy if included in the 'vaccinated' group.  Although these data suggest a lower vaccine efficacy for live mumps vaccine than that reported previously and than that achieved with other live virus vaccines, more information is needed in epidemic situations to confirm these differences."[5] |
| 1974-12-14 | "In 1973, a total of 69,087 cases of mumps were reported in the United States, 37% below the average reported for the 5-year period 1968-1972.  The disease incidence, 32.8 |

---

[1] This is not intended to be an exhaustive list, nor a full description in detail.
[2] Centers for Disease Control and Prevention (formerly National Communicable Disease Center). *Immunization Practices – Mumps Vaccine.* MMWR 1967;16(51): 430-35.
[3] Centers for Disease Control and Prevention (formerly National Communicable Disease Center). *Recommendation of the Public Health Service Advisory Committee on Immunization Practices – Mumps Vaccine.* MMWR 1968;17(45): 419-23.
[4] Centers for Disease Control and Prevention (formerly National Communicable Disease Center). *Collected Recommendations of the Public Health Service Advisory Committee on Immunization Practices – Mumps Vaccine.* MMWR SUPPLEMENT 1969;18(43): 12-13.
[5] Center for Disease Control. *Epidemiologic Notes and Reports – Mumps in an Elementary School – New York.* MMWR 1973;22(22): 185-90.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE[1] | TITLE |
|---------|-------|
| | cases per 100,000 population, has reached the lowest point in the history of mumps surveillance."[6] |
| 1977-12-02 | "Mumps vaccination programs should not take priority over more essential ongoing community health activities; however, the large-scale production and use of combination live virus vaccines containing the measles, mumps, and rubella antigens have made mumps vaccination a practical component of routine immunization activities."[7] |
| 1980-02-29 | "Susceptible children, adolescents, and adults should be vaccinated against mumps, unless vaccination is contraindicated. Persons can be considered susceptible to mumps unless they have documentation of 1) physician-diagnosed mumps or laboratory evidence of immunity, or 2) adequate immunization with live mumps virus vaccine when 12 or more months of age. Persons born before 1957 are likely to have been infected naturally and generally may be considered immune."[8] |
| 1983-10-28 | "In 1982, 5,270 cases of mumps were reported to CDC, for an incidence rate of 2.3 cases per 100,000 population (Figure 1). This is 7% higher than the 1981 total of 4,941 cases, the lowest reported incidence since mumps became a nationally notifiable disease in 1968. The small increase in 1982 was principally due to increased mumps disease in Ohio, which does not require mumps vaccination for school attendance. Ohio had almost three times as many cases in 1982 (1,775 cases) as in 1981 (687). The number of reported cases in other states decreased 17.8% between 1981 and 1982."[9] |
| 1984-07-27 | "From October 19, through December 14, 1983, 63 cases of mumps were reported from six schools in a school district in Atlantic County, New Jersey."[10] |
| 1984-09-28 | "During the first 37 weeks of 1984, a provisional total of 2,112 mumps cases was reported to CDC; this is a 13.5% decline from the 2,443 cases reported during the same period in 1983. To date, two states and the District of Columbia have reported no mumps cases.<br><br>In 1983, a total of 3,355 mumps cases was reported to CDC, for a reported incidence rate of 1.4 cases per 100,000 population (Table 1). This is 36% lower than the 1982 total of 5,270 cases and is the lowest reported incidence rate since mumps became a nationally |

[6] Center for Disease Control. *Surveillance Summary – Mumps Surveillance 1973 – the United States.* MMWR 1974;23(50): 431-32.
[7] Center for Disease Control. *Recommendation of the Public Health Service Advisory Committee on Immunization Practices – Mumps Vaccine.* MMWR 1977;26(48): 393-94.
[8] Center for Disease Control. *Recommendation of the Immunization Practices Advisory Committee (ACIP) – Mumps Vaccine.* MMWR 1980;29(8): 87-93.
[9] Centers for Disease Control and Prevention. *Current Trends Mumps – United States, 1980-1983.* MMWR 1983;32(42): 545-7.
[10] Centers for Disease Control and Prevention. *Mumps Outbreak – New Jersey.* MMWR 1984;33(29): 421-2, 427-30.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE[1] | TITLE |
|---------|-------|
|  | notifiable disease in 1968 (Figure 1). It represents a 98% decrease from 1968, the year after mumps vaccine licensure."[11] |
| 1986-04-04 | "For 1985, a provisional total of 2,886 mumps cases (1.2 cases/100,000 population) was reported in the United States . . . . Because the potential for outbreaks will continue in unvaccinated cohorts, considerable medical and economic savings can be realized by including immunization with MMR vaccine as part of compliance with state school-immunization laws. Current data indicate that vaccine-induced immunity persists for at least 19 years and will likely be lifelong. Appropriate administration of mumps vaccine to susceptible adolescents and young adults should be emphasized. In 1984, 305 (11.5%) persons of known age with mumps were 20 years of age or older. Older individuals are at higher risk for mumps complications. Although mumps is generally a self-limited disease, meningeal signs may appear in up to 15% of cases. Adult males are particularly at risk of orchitis, which occurs in up to 20% of clinical cases in postpubertal males . . . . MMR is the vaccine of choice for persons likely to be susceptible to measles and/or rubella, as well as to mumps."[12] |
| 1987-03-20 | "In 1985, 2,982 cases of mumps were reported in the United States, representing an annual incidence rate of 1.2 cases/100,000 population (Table 6). . . . Before the routine use of measles-mumps-rubella (MMR) vaccine in recent years, mumps immunization levels were considerably lower than measles or rubella immunization levels. This was partly because of the relatively high cost of mumps vaccine compared with the cost of either measles or rubella vaccines. In addition, mumps has never been given the same priority as measles or rubella in the public or medical community, despite the morbidity due to mumps and the fact that mumps virus was a leading cause of acquired deafness in the prevaccine era and the leading cause of viral encephalitis of known etiology in the United States until 1975 (1). Mumps vaccine was not recommended for routine use in all susceptible children until December 1977 (9). Nevertheless, mumps vaccine has been consistently shown to be highly cost-beneficial (10,11) and to be safe and effective, with reported clinical efficacy in the range of 75%-90% (2,12,13)."[13] |

[11] Centers for Disease Control and Prevention. *Mumps – United States, 1983-1984*. MMWR 1984;33(38): 533-5.
[12] Centers for Disease Control and Prevention. *Current Trends Mumps – United States, 1984-1985*. MMWR 1986;35(13): 216-9.
[13] Centers for Disease Control and Prevention. *Epidemiologic Notes and Reports Mumps – United States, 1985-1986*. MMWR 1987;36(10): 151-5.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE[1] | TITLE |
|---|---|
| 1987-08-07 | "A total of 480 cases of mumps (epidemic parotitis) were reported among students attending 16 universities and colleges in three states where active surveillance was undertaken during the 1986-87 academic year."[14] |
| 1988-09-09 | "Between August 18 and December 25, 1987, 116 employees at three futures exchanges in Chicago developed clinically diagnosed mumps (Figure 1). Three cases subsequently occurred in household contacts of affected exchange employees. Twenty-one persons developed complications; nine were hospitalized."[15] |
| 1989-01-13 | "To improve immunity levels in high-risk children less than 15 months of age, the ACIP recommends that a routine two-dose vaccination schedule for preschoolers be implemented in areas with recurrent measles transmission (i.e., counties with more than five reported cases among preschool-aged children during each of the last 5 years)."[16] |
| 1989-02-24 | "After the introduction of live mumps virus vaccine in 1967 and the recommendation for its routine use in 1977, the incidence rate of reported mumps cases in the United States decreased steadily. In 1985, a record low of 2982 cases occurred, representing a 98.0% decline from the 152,000 cases reported in 1968 (Figure 1). However, from 1985 to 1987, mumps increased; 7790 and 12,848 cases were reported in 1986 and 1987, respectively. During this time, the annual reported incidence rate rose almost fivefold, from 1.1 cases/100,000 population to 5.2 cases/100,000 population (Table 1). However, in 1988, a provisional total of 4730 cases was reported, representing a 63.2% decrease from 1987. <br><br> In 1987, of the 48 areas (47 states plus the District of Columbia) that routinely reported mumps cases, at least one mumps case was reported from all but three (Delaware, Rhode Island, and Wyoming) of the reporting areas. Similarly, in 1988, all except Maine, North Dakota, and Rhode Island have provisionally reported mumps cases. In 1985, seven states (Illinois, Tennessee, Michigan, Wisconsin, Indiana, Louisiana, and Minnesota) reported more than 500 cases each (case range: 810-2737, incidence range: 18.1-37.7 cases/100,000 population). In addition, in 1985, 680 (22.8%) of the 2982 counties in the 48 reporting areas reported at least one case, compared with 889 (28.3%) of 3138 in 1987. During 1987, 31 (64.6%) of the 48 reporting areas noted more mumps cases than in 1986. . . ." |

[14] Centers for Disease Control and Prevention. *Mumps Outbreaks on University Campuses – Illinois, Wisconsin, South Dakota*. MMWR 1987;36(30): 496-8, 503-5.
[15] Centers for Disease Control and Prevention. *Epidemiologic Notes and Reports Mumps in the Workplace – Chicago*. MMWR 1988;37(35): 533-8.
[16] Centers for Disease Control and Prevention. *Recommendations of the Immunization Practices Advisory Committee Measles Prevention: Supplementary Statement*. MMWR 1989;38(1): 11-14.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE[1] | TITLE |
|---|---|
|  | Ensuring immunity for adolescents and young adults is especially important, given the recent shift in risk of disease to these age groups. . . . The evidence that the shift in risk to older persons through 1987 is limited to states without comprehensive mumps immunization school laws provides further evidence that the relative resurgence of mumps in the United States is not due to vaccine failure but to a failure to vaccinate. . . .<br><br>The adoption and enforcement of universal comprehensive vaccination requirements for school attendance are likely to reduce mumps incidence substantially. . . . More aggressive outbreak control, including exclusion of susceptibles from school, is also helpful in eliminating transmission in mumps epidemics."[17] |
| 1989-06-09 | "Susceptible children, adolescents, and adults should be vaccinated against mumps, unless vaccination is contraindicated.  Mumps vaccine is of particular value for children approaching puberty and for adolescents and adults who have not had mumps.  MMR vaccine is the vaccine of choice for routine administration and should be used in all situations where recipients are also likely to be susceptible to measles and/or rubella. The favorable benefit-cost ratio for routine mumps immunization is more marked when vaccine is administered as MMR (17).  Persons should be considered susceptible to mumps unless they have documentation of 1) physician-diagnosed mumps, 2) adequate immunization with live mumps virus vaccine on or after their first birthday, or 3) laboratory evidence of immunity.  Because live mumps vaccine was not used routinely before 1977 and because the peak age-specific incidence was in 5-9-year-olds before the vaccine was introduced, most persons born before 1957 are likely to have been infected naturally between 1957 and 1977.  Therefore, they generally may be considered to be immune, even if they may not have had clinically recognizable mumps disease. However, this cutoff date for susceptibility is arbitrary.  Although outbreak-control efforts should be focused on persons born after 1956, these recommendations do not preclude vaccination of possibly susceptible persons born before 1957 who may be exposed in outbreak settings."[18] |
| 1995-08-11 | "Except for a minimal increase in 1989, the incidence of mumps continued to decline during 1988-1993, from 2.0 per 100,000 population in 1988 to 0.7 per 100,000 population in 1993 (Figure 1).  Only 1,692 mumps cases were reported for 1993; this |

---

[17] Centers for Disease Control and Prevention. *Current Trends Mumps – United States, 1985-1988*. MMWR 1989;38(7): 101-5.

[18] Centers for Disease Control and Prevention. *Recommendations of the Immunization Practices Advisory Committee Mumps Prevention*. MMWR 1989;38(22): 388-92, 397-400.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE[1] | TITLE |
|---------|-------|
|  | was the lowest number ever reported to NNDSS and a 99% reduction from the 152,209 cases reported for 1968."[19] |
| 1998-05-22 | "The principal strategy to prevent mumps is to achieve and maintain high immunization levels by routinely vaccinating all children with two doses of MMR. . . . Two doses of MMR vaccine separated by at least 1 month (i.e., a minimum of 28 days) and administered on or after the first birthday are recommended for all children and for certain high-risk groups of adolescents and adults. . . . MMR is the vaccine of choice when protection against any of these three diseases is required on or after the first birthday, unless any of its component vaccines is contraindicated. . . . Mumps can occur in highly vaccinated populations; in these outbreaks, substantial numbers of cases have occurred among persons who had previously received a single dose of mumps-containing vaccine (33, 81). . . . Transmission of mumps has occurred in medical settings (122). Therefore, immunity to mumps is highly desirable for all health-care workers (Table 1). Adequate mumps vaccination for health-care workers born during or after 1957 consists of one dose of live mumps-containing vaccine."[20] |
| 2005-12-02 | "On September 6, 2005, the Food and Drug Administration licensed a combined live attenuated measles, mumps, rubella, and varicella (MMRV) vaccine (ProQuad®, Merck & Co., Inc., Whitehouse Station, New Jersey) for use in children aged 12 months--12 years. The attenuated measles, mumps, and rubella vaccine viruses in ProQuad are identical and of equal titer to those in the measles, mumps, and rubella (MMR) vaccine, MMRII® (Merck). . . . Advisory Committee on Immunization Practices (ACIP) current recommendations are that children aged 12 months--12 years receive 2 doses of MMR vaccine at least 1 month apart and 1 dose of varicella vaccine (1). MMRV vaccine can decrease the number of injections received by children when all of the component antigens are indicated for administration. One dose of MMRV vaccine should be administered on or after the first birthday, preferably as soon as the child becomes eligible for vaccination (2). . . . MMRV vaccine is indicated for simultaneous vaccination against measles, mumps, rubella, and varicella among children aged 12 months--12 years; MMRV is not indicated for persons outside of this age group. Use of licensed combination vaccines, such as MMRV vaccine, is preferred over separate injection of equivalent component vaccines (6)."[21] |

---

[19] Centers for Disease Control and Prevention. *Mumps Surveillance – United States, 1988-1993*. MMWR 1995;44(SS-3): 1-14.

[20] Centers for Disease Control and Prevention. *Measles, Mumps, and Rubella -- Vaccine Use and Strategies for Elimination of Measles, Rubella, and Congenital Rubella Syndrome and Control of Mumps: Recommendations of the Advisory Committee on Immunization Practices (ACIP).* MMWR 1998;47(RR-8): 1-57.

[21] Centers for Disease Control and Prevention. *Notice to Readers: Licensure of a Combined Live Attenuated Measles, Mumps, Rubella, and Varicella Vaccine.* MMWR 2005;54(47): 1212-1214.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE[1] | TITLE |
|---------|-------|
| 2006-02-24 | "During 2004--2005, the United Kingdom (UK) experienced a nationwide epidemic of mumps, which peaked during 2005 when 56,390 notified cases were reported in England and Wales.  The majority of confirmed cases during 2004--2005 were in persons aged 15--24 years, most of whom had not been eligible for routine mumps vaccination. . . . The UK epidemic illustrates the susceptibility of certain cohorts who have not been vaccinated and have not developed immunity through exposure to mumps because of a decrease in mumps circulation after implementation of a childhood immunization program.  The epidemic also underscores the importance of ensuring high levels of mumps immunity among adolescents and young adults when vaccination with mumps-containing vaccine is introduced into the routine immunization schedule for children."[22] |
| 2006-02-24 | "On July 26, 2005, the Sullivan County Health Department (SCHD) and the New York State Department of Health (NYSDOH) were notified of a cluster of cases of parotitis among campers and staff members at a summer camp.  An investigation conducted by NYSDOH identified 31 cases of mumps, likely introduced by a camp counselor who had traveled from the United Kingdom (UK) and had not been vaccinated for mumps. . . . The outbreak described in this report likely resulted from a combination of delay in diagnosis of mumps and failure to report the cluster of illnesses in a timely manner, in addition to close contact and social mixing among camp participants.  Controlling the outbreak resulted in a substantial burden on the camp and its staff, including cancellation of activities and likely loss of revenue.  Previous mumps outbreaks also have carried substantial burden, particularly with respect to costs associated with school absenteeism (9).  To prevent large outbreaks of mumps in their communities, U.S. health-care providers should suspect mumps independent of vaccination history, diagnose mumps by using laboratory testing, and report mumps immediately to local health authorities."[23] |
| 2006-04-07 | "In the United States, since 2001, an average of 265 mumps cases (range: 231--293 cases) have been reported each year, and in Iowa, an average of five cases have been reported annually since 1996.  However, in 2006, by March 28, a total of 219 mumps cases had been reported in Iowa (Figure 1), and an additional 14 persons with clinically compatible symptoms were being investigated in three neighboring states (11 in Illinois, two in Nebraska, and one in Minnesota) in what has become the largest epidemic of mumps in the United States since 1988 (1). . . . Despite control efforts and a highly vaccinated population, this epidemic has spread across Iowa and potentially to neighboring states.  Ongoing investigations will focus on identifying actual vaccine |

---

[22] Centers for Disease Control and Prevention. *Mumps Epidemic – United Kingdom, 2004-2005*. MMWR 2006;55(7): 173-5.
[23] Centers for Disease Control and Prevention. *Mumps Outbreak at a Summer Camp – New York, 2005*. MMWR 2006;55(7): 175-7.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE[1] | TITLE |
|---------|-------|
| | coverage on college campuses, potential modes of mumps transmission, and the effectiveness of 1 or 2 doses of MMR."[24] |
| 2006-04-14 | "The state of Iowa has been experiencing a large mumps outbreak that began in December 2005 (1).  As of April 10, 2006, a total of 515 possible mumps cases have been reported to the Iowa Department of Public Health (IDPH) during 2006 (2).  This outbreak has spread across Iowa, and mumps activity, possibly linked to the Iowa outbreak, is under investigation in six neighboring states, including Illinois (n = four), Kansas (n = 33), Minnesota (n = one), Missouri (n = four), Nebraska (n = 43), and Wisconsin (n = four) (CDC, unpublished data, April 10, 2006).  The reasons for this outbreak are under investigation."[25] |
| 2006-05-26 | "CDC and state and local health departments continue to investigate an outbreak of mumps that began in Iowa in December 2005 (1) and involved at least 10 additional states as of May 2, 2006."[26] |
| 2006-06-09 | "Evidence of immunity through documentation of adequate vaccination is now defined as 1 dose of a live mumps virus vaccine for preschool-aged children and adults not at high risk and 2 doses for school-aged children (i.e., grades K--12) and for adults at high risk (i.e., health-care workers, international travelers, and students at post--high school educational institutions). . . .

Adequate mumps vaccination for health-care workers born during or after 1957 consists of 2 doses of a live mumps virus vaccine.  Health-care workers with no history of mumps vaccination and no other evidence of immunity should receive 2 doses (at a minimum interval of 28 days between doses).  Health-care workers who have received only 1 dose previously should receive a second dose.  Because birth before 1957 is only presumptive evidence of immunity, health-care facilities should consider recommending 1 dose of a live mumps virus vaccine for unvaccinated workers born before 1957 who do not have a history of physician-diagnosed mumps or laboratory evidence of mumps immunity. . . .

Depending on the epidemiology of the outbreak (e.g., the age groups and/or institutions involved), a second dose of mumps vaccine should be considered for children aged 1--4 years and adults who have received 1 dose. . . . During an outbreak, health-care facilities should strongly consider recommending 2 doses of a live mumps virus vaccine to |

---

[24] Centers for Disease Control and Prevention. *Mumps Epidemic – Iowa, 2006.* MMWR 2006;55(13): 366-8.
[25] Centers for Disease Control and Prevention. *Exposure to Mumps During Air Travel – United States, April 2006.* MMWR 2006;55(14): 401-2.
[26] Centers for Disease Control and Prevention. *Update: Multistate Outbreak of Mumps – United States, January 1 – May 2, 2006.* MMWR 2006;55(20): 559-63.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE[1] | TITLE |
|---|---|
| | unvaccinated workers born before 1957 who do not have evidence of mumps immunity."[27] |
| 2006-10-27 | "During January 1--October 7, 2006, a total of 45 states and the District of Columbia reported 5,783 confirmed or probable mumps cases to CDC. . . . In response to this nationwide mumps outbreak, ACIP recommendations for prevention and control of mumps were updated (4).  Evidence of immunity through documentation of vaccination is now defined as 1 dose of live mumps vaccine for preschool-aged children and adults not at high risk for exposure and infection and 2 doses of live mumps vaccine for school-aged children (i.e., grades kindergarten--12) and adults at high risk for exposure and infection (i.e., health-care workers, international travelers, and students at post--high-school education institutions).  Additional recommendations for outbreak control include administering a second dose of MMR for preschool children and adults not at high risk for exposure and infection if these persons are part of a group that is experiencing an outbreak (4).  To ensure high levels of immunity, especially among groups at high risk for exposure and infection, every opportunity should be used to provide the first or second dose of MMR vaccine to those without adequate evidence of immunity (e.g., documentation of vaccination)."[28] |
| 2008-03-14 | "These updated recommendations remove ACIP's previous preference for administering combination MMRV vaccine over separate injections of equivalent component vaccines (i.e., measles, mumps, and rubella [MMR] vaccine and varicella vaccine). . . . In MMRV vaccine prelicensure studies, an increased rate of fever was observed 5--12 and 0--42 days after the first vaccine dose, compared with administration of MMR vaccine and varicella vaccine at the same visit (3,4).  Because of the known association between fever and febrile seizures (5), CDC and Merck initiated postlicensure studies to better understand the risk for febrile seizures that might be associated with MMRV vaccination. . . . The preliminary results indicated a rate of febrile seizure of nine per 10,000 vaccinations among MMRV vaccine recipients compared with four per 10,000 vaccinations among MMR vaccine and varicella vaccine recipients (adjusted odds ratio = 2.3; 95% confidence interval [CI] = 1.6--3.2; p<0.0001).  These results suggest that, in the 7--10 day postvaccination period, approximately one additional febrile seizure would occur among every 2,000 children vaccinated with MMRV vaccine, compared with children vaccinated with MMR vaccine and varicella vaccine administered at the same visit.  Of the 166 children who experienced febrile seizures after vaccination and had hospitalization information available, 26 (16%) were hospitalized.  No child who had a |

[27] Centers for Disease Control and Prevention. *Notice to Readers: Updated Recommendations of the Advisory Committee on Immunization Practices (ACIP) for the Control and Elimination of Mumps.* MMWR 2006;55(22): 629-30.
[28] Centers for Disease Control and Prevention. *Brief Report: Update: Mumps Activity – United States, January 1-October 7, 2006.* MMWR 2006;55(42): 1152-153.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE[1] | TITLE |
|---------|-------|
|  | febrile seizure died. . . . Given the availability of alternative options for vaccination against measles, mumps, rubella, and varicella and the limited supply of MMRV vaccine, ACIP voted to change the preference language for MMRV vaccine to read as follows: 'Combination MMRV vaccine is approved for use among healthy children aged 12 months--12 years.  MMRV vaccine is indicated for simultaneous vaccination against measles, mumps, rubella, and varicella.  ACIP does not express a preference for use of MMRV vaccine over separate injections of equivalent component vaccines (i.e., MMR vaccine and varicella vaccine).'"[29] |
| 2008-10-10 | "CDC, AAP, and HICPAC now recommend a 5-day period after onset of parotitis for 1) isolation of persons with mumps in either community or health-care settings and 2) use of standard precautions and droplet precautions.  Postexposure recommendations remain unchanged.  HCP with no evidence of mumps immunity who are exposed to patients with mumps should be excluded from duty from the 12th day after first exposure through the 26th day after last exposure."[30] |
| 2009-11-20 | "In August 2009, CDC was notified of the onset of an outbreak of mumps in a summer camp in Sullivan County, New York.  The outbreak has spread and gradually increased in size and is now the largest U.S. mumps outbreak since 2006, when the United States experienced a resurgence of mumps with 6,584 reported cases (2)."[31] |
| 2010-02-12 | "State and local health departments, in collaboration with CDC, continue to investigate a mumps outbreak that began in New York in June 2009 (1). . . . The 1,521 outbreak-related mumps cases have been reported from several counties in New York and New Jersey; local transmission is continuing (Figure). . . . Although several factors play a role in mumps control in the United States (Box), maintenance of high 2-dose MMR vaccine coverage remains the most effective way to prevent and limit the size of mumps outbreaks."[32] |
| 2010-05-07 | "ACIP adopted new recommendations regarding use of MMRV vaccine for the first and second doses and identified a personal or family (i.e., sibling or parent) history of seizure as a precaution for use of MMRV vaccine.  For the first dose of measles, mumps, rubella, and varicella vaccines at age 12–47 months, either MMR vaccine and varicella |

[29] Centers for Disease Control and Prevention. *Update: Recommendations from the Advisory Committee on Immunization Practices (ACIP) Regarding Administration of Combination MMRV Vaccine.* MMWR 2008;57(10): 258-60
[30] Centers for Disease Control and Prevention. *Updated Recommendations for Isolation of Persons with Mumps.* MMWR 2008;57(40): 1103-05.
[31] Centers for Disease Control and Prevention. *Mumps Outbreak – New York, New Jersey, Quebec, 2009.* MMWR 2009;58(45): 1270-74.
[32] Centers for Disease Control and Prevention. *Update: Mumps Outbreak – New York and New Jersey, June 2009-January 2010.* MMWR 2010;59(5): 125-50.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE[1] | TITLE |
|---------|-------|
| | vaccine or MMRV vaccine may be used.  Providers who are considering administering MMRV vaccine should discuss the benefits and risks of both vaccination options with the parents or caregivers.  Unless the parent or caregiver expresses a preference for MMRV vaccine, CDC recommends that MMR vaccine and varicella vaccine should be administered for the first dose in this age group.  For the second dose of measles, mumps, rubella, and varicella vaccines at any age (15 months–12 years) and for the first dose at age ≥48 months, use of MMRV vaccine generally is preferred over separate injections of its equivalent component vaccines (i.e., MMR vaccine and varicella vaccine)."[33] |
| 2012-12-07 | "On September 29, 2011, the California Department of Public Health (CDPH) confirmed by polymerase chain reaction (PCR) three cases of mumps among students recently evaluated at their university's student health services with symptoms suggestive of mumps.  An investigation by CDPH, student health services, and the local health department identified 29 mumps cases. . . . This outbreak demonstrates the potential value of requiring MMR vaccination (including documentation of immunization or other evidence of immunity) before college enrollment, heightened clinical awareness, and timely reporting of suspected mumps patients to public health authorities. . . . CDC has evaluated use of a third dose of MMR vaccine for mumps outbreak control during two previous mumps outbreaks in which transmission was sustained, despite high 2-dose coverage (9,10).  During both outbreaks, targeted vaccination was followed by a decrease in mumps incidence among the target group.  Available data are insufficient to recommend for or against the use of a third dose of MMR vaccine for mumps outbreak control.  Because control measures for mumps are limited, the ability to offer a third dose of MMR vaccine might be a tool that could be used in an attempt to limit the extent of mumps outbreaks, particularly in high-risk settings."[34] |
| 2013-06-14 | "At the October 24, 2012 meeting, ACIP adopted the following revisions, which are published here for the first time.  These included:<br><br>• For acceptable evidence of immunity, removing documentation of physician diagnosed disease as an acceptable criterion for evidence of immunity for measles and mumps, and including laboratory confirmation of disease as a criterion for acceptable evidence of immunity for measles, rubella, and mumps.<br><br>. . .<br><br>Data are insufficient to recommend for or against the use of a third dose of MMR |

---

[33] Centers for Disease Control and Prevention. *Use of Combination Measles, Mumps, Rubella, and Varicella Vaccine – Recommendations of the Advisory Committee on Immunization Practices (ACIP)*. MMWR 2010;59(RR-3): 1-12.
[34] Centers for Disease Control and Prevention. *Mumps Outbreak on a University Campus – California 2011*. MMWR 2012;61(48): 986-89.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE[1] | TITLE |
|---------|-------|
| | vaccine for mumps outbreak control.  CDC has issued guidance for consideration for use of a third dose in specifically identified target populations along with criteria for public health departments to consider for decision making . . . . Persons who have written documentation of adequate vaccination for mumps at age ≥12 months, laboratory evidence of mumps immunity, laboratory confirmation of disease, or were born before 1957 have acceptable presumptive evidence of mumps immunity (Table 3)."[35] |
| 2016-07-29 | "On May 1, 2015, the Illinois Department of Public Health (IDPH) confirmed a mumps outbreak at the University of Illinois at Urbana-Champaign. IDPH and the Champaign-Urbana Public Health District (C-UPHD) conducted an investigation and identified 317 cases of mumps during April 2015–May 2016. . . . Because outbreaks occur despite high 2-dose coverage, a third dose has been provided as a control measure to targeted populations during previous outbreaks (4,5,7). . . . Currently there is no formal recommendation for a third dose of MMR vaccine during mumps outbreaks; the decision to implement this intervention needs to be carefully considered.  In light of the recent increased incidence of mumps, CDC is gathering additional data to assess use of a third dose of vaccine to inform decision-making during outbreak responses and potential changes in the recommendations.  Although evidence of its effectiveness is needed, a third dose of MMR vaccine may be considered as a control measure during mumps outbreaks occurring in settings in which persons are in close contact with one another, when transmission is sustained despite high 2-dose MMR coverage, and when traditional control measures fail to slow transmission. . . . Further evaluation is needed to determine if the reduction was a result of the recommendation for a third MMR dose."[36] |
| 2017-04-14 | "During July 2015–May 2016, a mumps outbreak occurred at the University of Iowa, which is located in Johnson County (1).  A total of 301 cases of mumps were diagnosed among students."[37] |
| 2017-12-01 | "On February 8, 2017, a suspected case of mumps in a member of a fraternity or sorority at the University of Washington, Seattle campus (UW) was reported to Public Health—Seattle & King County (PHSKC).  Additional confirmed and probable mumps cases were subsequently identified among UW students and staff members according to the |

[35] Centers for Disease Control and Prevention. *Prevention of Measles, Rubella, Congenital Rubella Syndrome, and Mumps, 2013: Summary Recommendations of the Advisory Committee on Immunization Practices (ACIP)*. MMWR 2013;62(RR04): 1-34.
[36] Centers for Disease Control and Prevention. *Mumps Outbreak at a University and Recommendation for a Third Dose of Measles-Mumps-Rubella Vaccine – Illinois, 2015-2016*. MMWR 2016;65(29): 731-4.
[37] Centers for Disease Control and Prevention. *Complications of Mumps During a University Outbreak Among Students Who Had Received 2 Doses of Measles-Mumps-Rubella Vaccine – Iowa, July 2015 – May 2016*. MMWR 2017;66(14): 390-91.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| DATE[1] | TITLE |
|---------|-------|
| | national case definition. By July 19, 2017, a total of 42 (16 confirmed and 26 probable) mumps cases were reported among UW students and associated community members, with symptom onset February 6–June 4 (Figure)."[38] |
| 2018-01-12 | "A substantial increase in the number of mumps outbreaks and outbreak-associated cases has occurred in the United States since late 2015 (1,2). To address this public health problem, the Advisory Committee on Immunization Practices (ACIP) reviewed the available evidence and determined that a third dose of measles, mumps, rubella (MMR) vaccine is safe and effective at preventing mumps. During its October 2017 meeting, ACIP recommended a third dose of a mumps virus-containing vaccine for persons previously vaccinated with 2 doses who are identified by public health authorities as being part of a group or population at increased risk for acquiring mumps because of an outbreak. The purpose of the recommendation is to improve protection of persons in outbreak settings against mumps disease and mumps-related complications. This recommendation supplements the existing ACIP recommendations for mumps vaccination (3). <br><br> . . . <br><br> Recommendation <br><br> Persons previously vaccinated with 2 doses of a mumps virus-containing vaccine who are identified by public health authorities as being part of a group or population at increased risk for acquiring mumps because of an outbreak should receive a third dose of a mumps virus-containing vaccine to improve protection against mumps disease and related complications."[39] |

[38] Centers for Disease Control and Prevention. *Absence of Asymptomatic Mumps Virus Shedding Among Vaccinated College Students During a Mumps Outbreak – Washington, February – June 2017*. MMWR 2017;66(47): 1307-08.

[39] Centers for Disease Control and Prevention. *Recommendation of the Advisory Committee on Immunization Practices for Use of a Third Dose of Mumps Virus-Containing Vaccine in Persons at Increased Risk for Mumps During an Outbreak*. MMWR 2018;67(1): 33-8.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 28**

**Potency Statement Timeline**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1459

# Potency Statement Timeline



**1996**

2/26/96
"The current label says that 20,000 TCID50 [4.3 log10] are available at reconstitution. According to Bob [Yetter], CBER understands that only 70% of lots will actually contain 20,000 infectious units at expiry."
MRK-KRA0009142

**1999**

5/12/99
"We have seen values below the label claim in the past and we will continue to see them until we increase the release titer. We do not plan to report these low values as OOS results."
MRK-KRA0009960

This is not intended to be an exhaustive timeline, nor a full description in detail.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEY: Merck internal = Italicized

**Appx1460**

# Potency Statement Timeline



**12/21/00**
"even the use of a higher release potency overfill may not be sufficient to maintain the CBER requested expiry potency through shelf life"
MRK-KRM0172962 at 999

**12/14/00**
"unacceptable risk of current product failure ... potentially culminating in a recall or branding issue"
MRK-KRM0096998 at 906

**3/21/01**
"Current release with 1.0 log stability loss supports 4.0 log TCID50 expiry"
MRK-KRM0172952 at 940

**3/2/01**
"Stability data do not support current end of shelf life label claim"
MRK-KRM0096938

**8/2/01**
"current stability data do not support an end-expiry mumps potency claim of greater than 4.0 log10"
MRK-KRM0371958 at 149

**12/19/00**
"current stability data suggest[s] 4.3 at expiry cannot be supported"
MRK-KRM0060233 at 003

**12/19/00**
"Short dating may be required, although this may not address compliance issue"
MRK-KRM0060233 at 006

**3/14/01**
"Our expiry dating needs to be 12 months in order to provide 95% confidence that a lot released at 5.0 will be above 4.3 at expiry."
MRK-KRM0062278

**3/16/01**
"The assessment of shelf life needed to maintain 4.3 was reported Phillip]
Bennett to be limited 12 month only"
MRK-KRM0093964 at 100

**2/23/01**
"Given this new analysis, lots manufactured since September 1999 are still fine and 24 month end-expiry at or above 4.0."
MRK-KRM0093964 at 151

2 0 0 0

2 0 0 1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEY: Merck internal = Italicized

**Appx1461**

# Potency Statement Timeline



**1/2/02**
"Even at the current release specification, approx. 7% of the lots are expected to be < 4.3 at expiry."
MRK-KRA005001098 at 100

**1/18/02**
"With some creative math and the updated stability data for fills made 1995-1999, the shelf life is about 15-16 months..."
MRK-KRA005001098 at 108

**3/7/02**
"MeStranded [sic] – stability continues to be an issue, even with the increase in mumps and reduction of end expiry of 4.0."
MRK-KRA0022054 at 654

**7/12/02**
M-M-R II stability failures also came under close scrutiny during this year's Team Biologics inspection during the inspection the lead investigator questioned why Merck continued to distribute product following these stability failures.
MRK-KRA00273794 at 106

**9/5/02**
"We have much larger problem than just [Japan] if we can only support 12 month..."
MRK-KRA003320916 at 1620

**9/5/02**
"We've been lucky with mumps so far, but it's only a matter of time, since we can statistically predict that a certain number of lots will fail on stability."
MRK-KRA003320916 at 1619

**10/11/02**
"implementing new stability monitoring model, current estimate for shelf-life is <12 months"
MRK-KRA004074246 at 103

**10/11/02**
"Estimated shelf life with 4.3 log life is <12 months, a potentially non-marketable shelf life"
MRK-KRA004074746 at 100

**7/28/03**
"The current release titer of 5.0 log10 TCID50/dose for mumps are also insufficient to meet the current minimum potencies at expiry of 4.3"
MRK-KRA01689604 at 186

**1/22/02**
"Each time a lot tests below 4.3 log, MMD must file a Biologic Product Deviation Report to CBER detailing results of investigation and medical impact (estimate ~7% of lots)"
MRK-KRA005001096 at 100

**1/22/02**
"Product still not compliant with labeled mumps potency"
MRK-KRA005001096 at 101

**4/10/02**
"... the [FDA] investigator expressed concern that there was no recall for an M-M-R II lot that failed to meet Measles potency expiry specifications on stability."
MRK-KRA000376452 at 1009

**7/15/02**
"Key issues current product does not meet expiry specifications for potency"
MRK-KRA005005914 at 917

**10/2/02**
"current expiry dose of 4.3 log TCID50/dose which would only support ≤ 12 months expiry using current data in the stability"
MRK-KRA003320916 at 165

**10/17/02**
"Based on recent stability ... model we now believe that we do not have adequate (95%) confidence that the current manufacturing process supports the 4.3 log ... As such, an immediate corrective action must be taken."
MRK-KRA004766604 at 182

**10/28/02**
"current end expiry potency claims ... will not be met ... By current calculation models, the end-expiry potency claims would justify a shelf life of less than 12 months, a potentially non-marketable product profile."
MRK-KRA003335904 at 182

**10/31/02**
"Given that our most recent stability analysis for mumps does not support the current label claim, Merck is required to report this finding to FDA."
MRK-KRA004765704 at 134

**2002** **2003**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEY: *Merck internal = Italicized*

**Appx1462**

# Potency Statement Timeline



8/20/04
"The expiry (dose-claim) window does not support an expiry of 20,000 [4.3 log] after storage for 24 months
MRK-KRM376408408 0367

9/18/04
"Some of those countries have a mumps end expiry of 20,000 in their labels (4.3 log TCID50), which is wrong as we cannot guarantee this potency in our product
MRK4MER0747234 732

2 0 0 4

KEY: Merck internal = Italicized

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1463

**Schedule 29**

**Vaccine Courts**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1464

| Program/Process/Law | Description[1,2] |
|---|---|
| The National Vaccine Injury Compensation Program | The National Vaccine Injury Compensation Program ("Vaccine Program") was established on October 1, 1988 under the National Childhood Vaccine Injury Act as a no-fault system for resolving vaccine injury petitions. Under the Vaccine Program, petitions for monetary compensation may be brought by or on behalf of persons allegedly suffering injury or death as a result of the administration of certain compulsory childhood vaccines. Congress intended that the Vaccine Program provide individuals a swift, flexible, and less adversarial alternative to the often costly and lengthy civil arena of traditional tort litigation.<br><br>All vaccine claims are managed and adjudicated by the congressionally created Office of Special Masters, which consists of eight special masters who are appointed to serve for four year terms. The Office of Special Masters is established within the U.S. Court of Federal Claims which appoints and removes the special masters and to which the special masters' decisions are appealed. Throughout the entire process, the special master makes every effort to balance Congress's vision of streamlined proceedings with parties' rights to a fair opportunity to present their cases.<br><br>Any individual, of any age, who received a covered vaccine, and believes he or she was injured as a result, can file a petition. Parents, legal guardians, and legal representatives can file on behalf of children, disabled adults, and individuals who are deceased. |
| NVP Process | • An individual files a petition with the U.S. Court of Federal Claims.<br><br>• The U.S. Department of Health and Human Services' medical staff reviews the petition, determines if it meets the medical criteria for compensation, and makes a preliminary recommendation. |

---

[1] This is not intended to be exhaustive, nor a full description in detail.

[2] General Sources:

National Vaccine Injury Compensation Program, Pub. L. No. 99-660, 100 Stat. 3755 (1986) (codified as amended at 42 U.S.C. §§ 300aa-1 to -34).

https://www.hrsa.gov/vaccine-compensation/index.html.

Appendix B, Vaccine Rules of the United States Court of Federal Claims (available at https://www.uscfc.uscourts.gov/sites/default/files/170801VaccineRules.pdf).

https://www.uscfc.uscourts.gov/vaccine-programoffice-special-masters.

"What You Need to Know About the National Vaccine Injury Compensation Program (VICP)," Health Resources and Services Administration, September 2016 (available at https://www.hrsa.gov/sites/default/files/hrsa/vaccinecompensation/resources/84521booklet.pdf).

https://www.hrsa.gov/sites/default/files/hrsa/vaccine-compensation/about/title-xxi-phs-vaccines-1517.pdf.

http://www.nvic.org/injury-compensation/origihanlaw.aspx.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Program/Process/Law | Description[1, 2] |
|---|---|
| | • The U.S. Department of Justice develops a report that includes the medical recommendation and legal analysis and submits it to the Court.<br><br>• The report is presented to a court-appointed special master, who decides whether the petitioner should be compensated, often after holding a hearing in which both parties can present evidence. If compensation is awarded, the special master determines the amount and type of compensation. |
| Compensation | The Court orders the U.S. Department of Health and Human Services to award damages to compensate victims for their injuries. Even if the petition is dismissed, if certain requirements are met, the Court may order the Department to pay attorneys' fees and costs.<br><br>Compensation awarded under the Vaccine Program for a vaccine-related injury or death associated with the administration of a vaccine after October 1, 1988 shall include the following:[3]<br><br>(1)　(A) Actual unreimbursable expenses incurred from the date of the judgment awarding such expenses and reasonable projected unreimbursable expenses which—<br>　　　(i) result from the vaccine-related injury for which the petitioner seeks compensation,<br>　　　(ii) have been or will be incurred by or on behalf of the person who suffered such injury, and<br>　　　(iii)<br>　　　　(I) have been or will be for diagnosis and medical or other remedial care determined to be reasonably necessary, or<br>　　　　(II) have been or will be for rehabilitation, developmental evaluation, special education, vocational training and placement, case management services, counseling, emotional or behavioral therapy, residential and custodial care and service expenses, special equipment, related travel expenses, and facilities determined to be reasonably necessary.<br><br>　　(B) Subject to section 2116(a)(2) [42 USCS § 300aa-16(a)(2)], actual unreimbursable expenses incurred before the date of the judgment awarding such expenses which— |

---

[3] 42 USCS § 300aa–15, Compensation.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Program/Process/Law | Description[1, 2] |
|---|---|
| | (i) resulted from the vaccine-related injury for which the petitioner seeks compensation, (ii) were incurred by or on behalf of the person who suffered such injury, and (iii) were for diagnosis, medical or other remedial care, rehabilitation, developmental evaluation, special education, vocational training and placement, case management services, counseling, emotional or behavioral therapy, residential and custodial care and service expenses, special equipment, related travel expenses, and facilities determined to be reasonably necessary. (2) In the event of a vaccine-related death, an award of $250,000 for the estate of the deceased. (3) (A) In the case of any person who has sustained a vaccine-related injury after attaining the age of 18 and whose earning capacity is or has been impaired by reason of such person's vaccine-related injury for which compensation is to be awarded, compensation for actual and anticipated loss of earnings determined in accordance with generally recognized actuarial principles and projections. (B) In the case of any person who has sustained a vaccine-related injury before attaining the age of 18 and whose earning capacity is or has been impaired by reason of such person's vaccine-related injury for which compensation is to be awarded and whose vaccine-related injury is of sufficient severity to permit reasonable anticipation that such person is likely to suffer impaired earning capacity at age 18 and beyond, compensation after attaining the age of 18 for loss of earnings determined on the basis of the average gross weekly earnings of workers in the private, non-farm sector, less appropriate taxes and the average cost of a health insurance policy, as determined by the Secretary. (4) For actual and projected pain and suffering and emotional distress from the vaccine-related injury, an award not to exceed $250,000. |
| Punitive Damages[4] | Punitive damages are allowed under the Vaccine Program in cases in which the manufacturer engaged in— |

---

[4] 42 USCS § 300aa–23, Trial.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Program/Process/Law | Description[1, 2] |
|---|---|
| | (A) fraud or intentional and wrongful withholding of information from the Secretary during any phase of a proceeding for approval of the vaccine under section 351 [42 USCS § 262], |
| | (B) intentional and wrongful withholding of information relating to the safety or efficacy of the vaccine after its approval, or |
| | (C) other criminal or illegal activity relating to the safety and effectiveness of vaccines, which activity related to the vaccine-related injury or death for which the civil action was brought. |
| Civil Court | A vaccine manufacturer may be subject to suit in civil court where the manufacturer engaged in fraud or misrepresentation relating to its vaccine. Under the Vaccine Program:[5] |
| | **(1) No vaccine manufacturer shall be liable in a civil action for damages** arising from a vaccine-related injury or death associated with the administration of a vaccine after the effective date of this part [effective Oct. 1, 1988] if the injury or death resulted from side effects that were unavoidable even though the vaccine was properly prepared and was accompanied by proper directions and warnings. |
| | (2) For purposes of paragraph (1), a vaccine shall be presumed to be accompanied by proper directions and warnings if the vaccine manufacturer shows that it complied in all material respects with all requirements under the Federal Food, Drug, and Cosmetic Act [21 USCS §§ 301 et seq.] and section 351 of the Public Health Service Act [42 USCS § 262] (including regulations issued under such provisions) applicable to the vaccine and related to vaccine-related injury or death for which the civil action was brought **unless the plaintiff shows—** |
| | (A) **that the manufacturer engaged in** the conduct set forth in subparagraph (A) or (B) of section 2123(d)(2) [42 USCS § 300aa-23(d)(2)(A) or (B)] [which includes "**fraud or intentional and wrongful withholding of information** from the Secretary during any phase of a proceeding for approval of the vaccine under section 351 [42 USCS § 262]," **or "intentional and wrongful withholding of information relating to the safety or efficacy of the vaccine after its approval**"], or |
| | (B) by clear and convincing evidence that the manufacturer failed to exercise due care notwithstanding its compliance |

---

[5] 42 USCS § 300aa–22, Standards of Responsibility (emphasis added).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Program/Process/Law | Description[1,2] |
|---|---|
| | with such Act and section (and regulations issued under such provisions). |
| Appeals | Finally, the special master's decision may be appealed and petitioners who reject the decision of the court (or withdraw their petitions within certain timelines) may file a claim in civil court against the vaccine company and/or the health care provider who administered the vaccine.[6] |

---

[6] https://www.hrsa.gov/vaccine-compensation/index.html.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 30**

**Chronology of Protocol 007**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1470

# Chronology of Protocol 007

**12/16/97**
Merck: "In 1997, it was recognized that the minimum release potency specification …4.3… did not provide assurance that the labeled mumps potency was maintained through the end of shelf life in all lots released to the market." Merck made "a proposal for a clinical trial to investigate mumps immunogenicity at an end-expiry dose consistent with the EP mumps potency specification (3.7 log10 TCID50)."
MRK-KRA0084844 at 846

**2/26/98**
Merck: neutralization assay required because no "demonstrated correlation between the older assays and the ELISA-based assays"
MRK-KRA0084844 at 938


**3/25/98**
GSK

**3/8/98**
Merck's Margulskee: "We all agree that an MMR-II end expiry study is needed."
MRK-KRA0000026


**2/6/98**
GSK

**9/17/98**
Merck stated: "At this time, Merck Research Laboratories do not have any current and relevant data concerning the relationship between ELISA assay and virus neutralization capacity."
MRK-KRA0084817 at 826

**9/8/98**
CBER to Merck: Merck needs 5% equivalence margin; SCR lower limit > 90%, using wild-type antigens reflective of efficacy against disease; and "[S]eropositivity as indicators of protection require clinically valid justification."
MRK-KRA0145515 at 516-521

**11/16/98**
Merck: Regulatory issues - "Neutralization assay necessary due to inability to re-establish clinical correlation; "interested in protection against wild-type, not vaccine strains; "possible to use alternate assay possible []"; "Surrogate assay must be highly specific (100%) for WT neutralizing response; "CBER considers WT neutralizing antibody assay to 'gold standard'"
MRK-KRA0377177 at 778-779

**2/5/99**
Merck in Serial 027: "Ongoing studies include evaluation of assay specificity. One year persistence objective added."
TBD 757

**2/26/99**
Initiation date of Protocol 007

**1 9 9 9**

**12/16/97**
Merck at 12/16/97 meeting, CBER requested clinical trial protocol to support potency claim for mumps.
MRK-KRA0359256

**2/26/98**
Merck: If claimed potency is lower than available data, then "must provide clinical data"
MRK-KRA0084844 at 925

**3/6/98**
Merck's Chirgwin: "trial is necessary for regulatory purposes . . . have only limited clinical data at [4.3] and no data at all with the trivalent below 4.1. . . [T]herefore clinical data at the expiry is required."
MRK-KRA0000020


**3/8/98**
CBER to GSK:

**5/8/98**
CBER to Merck re IND 7068: "demonstrate a direct correlation of ELISA seroconversion with 90% … with presence of neutralizing antibody"
MRK-KRA0145515 at 516

**6/2/98**
Merck data limited to 4.1 - 4.3; no data below 4.1 log; MRL will demonstrate 3.7 log. No correlation between the older neutralization assays and ELISA, thus CBER requested neutralization assay. Assumed SCR for neutralizing assay would be 95%, which is the rate in the package circular."
MRK-KRA0137714 at 716-720, 723

**10/2/98**
Merck stated: "CBER has repeatedly requested 'clinically valid justification' for serologic criteria."
MRK-KRA0089926 at 290

**12/10/98**
Merck: "Merck has undertaken a clinical study to evaluate the immunogenicity of mumps … at a targeted expiry titer of 3.7 log10 TCID50/dose.
MRK-KRA0152815 at 2358

**2/2/99**
Merck: CBER does not use IgG to enhance sensitivity and feels not necessary. CBER encouraged Merck to correlate PRN and ELISA assay. Merck can use ELISA for future clinical trials.
MRK-KRA0052270

**3/7/99**
Merck: ELISA antibody may not be a good measure of protection.
MRK-KRA0537001 at 932

**1 9 9 8**

**9/1/99**
Merck: "A requirement was set forth by CBER to use a functional neutralization assay … due to: 1. The efficacy studies for M-M-R®II label are based on old, limited data and an assay that is no longer used by Merck
2. Lack of data that correlates ELISA assays and efficacy for M-M-R®II
3 - Emergence of out breaks in highly vaccinated populations."
MRK-KRA0020070

**9/1/99**
Merck: "CBER requires that SCR reflect protective efficacy"
MRK-KRA0149749 at 874

**8/16/99**
Merck: "assays confirmed: "seroprotection rates against wild type virus isolates are not ~95%, per CBER's expectations."
MRK-KRA0005608

**8/30/99**
Merck: PRN results – JL SCR = ~90%, and LO1 SCR = ~70-80%; If titers raise 96% SCR in the label as an issue and Merck defends unsuccessfully, "one option may be to propose range of observed SCRs in the label."
MRK-KRA0005272

**9/14/99**
Merck: approved "Mumps Plaque Reduction Neutralization Assay (the 1999 PRN) SOP No. 874.3422 Rev00.
MRK-KRA0002603

**10/26/99**
(MRP) (CBER) re ELISA v. PRN) "False positive and false negative results are frequently observed when using mumps ELISA assays; "it is essential that ELISA … be validated against … neutralization assay; "Required ELISA cut-off to be justified.
MRK-KRA0018116 at 93

**9/1/99**
Merck: "CBER requires that SCR reflect protective efficacy"

**9/27/99**
Merck: "PRN performance 70-75% Neut. WT"; "PRN … no correlation with ELISA; "Label change UNDERS[I]REABLE at the present time ⇒ delay label change - "Have time to develop a more sensitive functional Neut.
MRK-KRA0020070

**12/30/99**
Merck: PRN designed as "correlate of protection from disease." "[W]e propose to use Jeryl Lynn™ as the target strain."
MRK-KRA0020078 at 511
MRK-KRA0020070 at 090

**1 9 9 9**

This is not intended to be an exhaustive timeline, nor a full description in detail.
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**KEY:** Formal Merck to CBER; *Merck internal;* Formal CBER to Merck/GSK; Formal GSK to CBER;
*GSK internal;* Relator statement

**Appx1471**

# Chronology of Protocol 007



**2000**

**3/1/00**
Merck: CBER's
Carbone: "optimistic
with further
optimization the SCR
will be >90%, in which
case the issue [of
clinical implications]
becomes moot."
MRK-KRA0007604r 384

**2/16/00**
Merck: For MMRV
only, no
requirement to
conduct correlation
study, MRL
allowed to use
ELISA.
MRK-KRA0017085 1

**3/13/00**
CBER Summary: JL
passage 7 to 12 would
be acceptable. CBER
will accept ELISA if
satisfactorily validated
against PRN.
"[P]ending appropriate
validation,
"reasonable to to
enhance sensitivity of
the assay" using Jeryl
Lynn passage 7 to 12
and IgG enhancement
step.
MRK-KRA0007601r 353 384

**3/30/00**
Merck: "[U]se of anti-
human IgG to
enhance M. as a
back-up if we fall
short of our 90+%
target.
MRK-KRA0035033at 34-325

**10/24/00**
Steve Krahling
[Relator] receives
full-time job offer
from Merck.
MRK-KRA0045008 at 471

**10/6/00**
Merck: Anti-IgG
Enhanced Mumps
Plaque Neutralization
Assay [AGENT], SOP
No. 874.3469,
neutralization enhanced
by addition of anti-
human IgG
MRK-KRA0023607

**10/11/00**
FDA Issued:
Form FDA 483
that stated: Merck
failed to submit
Error and
Accident Reports
[BPDR] for
stability failures
in 13 mumps
containing lots.
MRK-KRA0017185 at 205-206

**10/24/00**
Merck: Objective of
AIGENT to identify assay
format that "permits
measurement of a ≥95%
Seroconversion." "Pre-
positive rate is higher than
desirable. [T]arget ≤10%
pre-positive rate and ≥95%
seroconversions."
MRK-KRA0029074 at 912 915

**10/27/00**
CBER to Merck:
"[T]he
seroconversion
rate you achieve
in your new study
will be used to
modify the label if
it results in a
change in expiry
titer."
MRK-KRA0007123 at 133

**12/6/00**
Merck stated:
"The testing of the
interim analysis set
started 06-Dec-
2000"
MRK-KRA0006242

**11/29/00**
Merck: Proposed
"to conduct
preliminary subset
analysis provided
no adjustments or
modifications of
the assay or study
would occur [from]
the analysis"
MRK-KRA0007216 at 218

KEY: **Formal Merck to CBER:** *Merck internal;* <span style="color:red">Formal CBER to Merck/GSK;</span> <span style="color:red">Formal GSK to CBER;</span>
<span style="color:green">GSK internal;</span> <span style="color:blue">Relator statement</span>

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1472**

# Chronology of Protocol 007



KEY: **Formal Merck to CBER**; *Merck internal*; **Formal CBER to Merck/GSK; Formal GSK to CBER;** *GSK internal*; **Relator statement**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1473

# Chronology of Protocol 007



**2002**     **2003**

**1/11/02**
Merck: FDA's Carbone said: " there is nothing really scientifically wrong with our mumps PRN assay."
MRK-KRA0007188

**2/4/02**
Merck Response: "A reliable record of the originally recorded assay results exists ... [W]e propose using the originally recorded results..."
MRK-KRA0007210 at 423

**1/22/02**
Merck: Full data set from the expiry trial on hold until CBER concerns are resolved
MRK-KRA0007898 at 010

**3/23/02**
Merck: CBER has accepted AGENT assay data to support mumps expiry change
MRK-KRA0005304 at 322

**4/9/02**
Merck: 86% assays valid after manual check of original, uncorrected values
MRK-KRA0047104 at 127-1

**4/25/02**
Merck: At 33TD more discrepancies than can be explained by just assay variability. Tables 6c & 6d deleted.
MRK-KRA0024515

**5/7/02**
Merck: "one concern is that presenting the data in this fashion [Tables 6c & 6d] may prompt CBER to request that the ELISA cutoff be raised ... [I]t is also clear that they [CBER] are going to look closely at ___ values around the cutoff -- "if we are unable to provide sufficient reassurance about the clinical relevance of the ELISA cutoff ( ___ linking this to the PRN) then we may end up with some type of a fold-rise criterion which I assume we would rather avoid if possible. ___ Tables 6 c and 6 d ___ too distracting."
MRK-KRA0024552 at 512
MRK-KRA0054514

**6/10/02**
Merck (Serial 086): CBER concurrence requested: 1. WT ELISA cutoff of 10 Ab. 2. Request to delete 1 year persistence testing. "There is good agreement between the AGENT and Mumps WT ELISA assays"
MRK-KRA0054668 at 707, 714

**8/8/02**
Merck stated: "We understand CBER confirmed acceptance of WT mumps ELISA assay cutoff of 10 Ab units". "WT mumps ELISA only ... at the one year time point"
MRK-KRA0000561

**9/13/02**
Merck stated: "CBER considers a neutralization assay essential for establishing efficacy were [sic] you need to define effectiveness for a product - the mumps end expiry trial is comparing release to expiry within the same product."
MRK-KRA0061077 at 177

**6/10/02**
Merck: Table 6(c) moved from correlation analysis, to different section and 6(d) modified to de-emphasize discordance around 10 Ab.
MRK-KRA0012646 at 536-537

**6/11/02**
Merck (Serial 086): "One year persistence ... will not be tested in ___ [PRN] assay. The PRN assay correlates only the ELISA testing will be conducted. Revaccinations will be based solely on ELISA results."
MRK-KRA0012646at 541

**9/12/02**
Merck: "[W]hat ever the results are for the ongoing mumps end expiry trial are [sic] will affect current label and will be transferred to revised label for MMRII/HA
MRK-KRA0318417at 178

**1/17/03**
Merck: "Protocol 006 study used a straightforward, non-enhanced neutralization, using ___ several different indicator viruses ... We would have used the same assay used in 006 for 007 except that we could not achieve the 90% seroconversion sensitivity with any of the wild-type mumps strains without enhancing the assay sensitivity"
MRK-KRA0005540

**12/19/03**
Merck (CSR – P007): • PRN at 1 year eliminated in view of the excellent correlation between mumps PRN and ELISA." • AGENT used to "possibly provide a better indication of immune protection." • WT "ELISA used in this study was shown to correlate with the PRN assay ..." • The "mumps PRN assay and ELISA results from this study support the effectiveness of MMRII containing a mumps virus potency of no more than 4.1 log10 TCID50"
MRK-KRA0013579 at 580F 581 592

**12/19/03**
Merck filed: V205C Clinical Study Report (CSR) Protocol 007 attached to sBLA filed on 12/9/2004.
MRK-KRA00129

**12/19/03**
Merck (CSR – P007): "Shelf-life is based on several factors: (1) the stability of the vaccine ... (2) knowledge about the minimum vaccine potency required to ensure successful protection, and (3) the release potency ..."
MRK-KRA0013579 at 582

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

KEY: Formal Merck to CBER: Merck internal: **Formal CBER to Merck/GSK**: **Formal GSK to CBER**: GSK internal: Relator statement

**Appx1474**

# Chronology of Protocol 007



**2004**

**2005**

**1/29/04**
Merck (sBLA):
Merck filed Supplemental Biologics License Application (sBLA) to change end expiry potency specification.
MRK-KRM0000022

**6/8/04**
Merck: "Since we're banking on immunogenicity data to serve as surrogate markers for efficacy, there's all the more interest in these assays."
MRK-KRM0027967 x 98

**6/29/04**
Merck: "We don 1 really know what a clinically protective level is in either assay..."
MRK-KRM0027915 x 918

**6/29/04**
Merck: "The question is to what degree are these assays concordant...CBER suggested 'specific criteria for concordance which I am not sure we could meet.'"
MRK-KRM0027915 x 318

**6/28/04**
<span style="color:red">CBER Comment 6:</span>
"[Please provide A/AGENT data in support of the ELISA cutoff...as requested by CBER... [on] October 16, 2001."
MRK-KRM0007834 x 985, 993

Merck (MMRII rHA—Serial 053):
"[Q]uestion was addressed previously ... serial no. 086 ... we understand that CBER confirmed the acceptance of the WT mumps ELISA assay cutoff of 10 Ab units (...August 8, 2002, serial number 89)."
MRK-000000000xx x 111112

**7/2/04**
Merck: "Agree with Joe - could not overemphasize the weakness of the PRN (50% specificity!!!!!)."
MRK-KRM0027915

**7/2/04**
Merck:
• No documentation that CBER concurred with 10 Ab cutoff ... claimed strong concordance between PRN and WT ELISA
• "The precision with the PRN assay was very poor
MRK-KRM0027915

**7/27/04**
<span style="color:red">CBER to Merck:</span>
• For MMRIV, ELISA cutoff "should be supported by data demonstrating some relevance with protective levels of antibody"
• overall agreement between ELISA and PRN of 93% "does not support 10Ab per se."
MRK-KRM0038440 at 461-462

**10/5/04**
Merck Regulatory Conversation memo: CBER's Dr. Herb Smith received an internal request for additional data to support the appropriateness of the cutoff employed in the mumps ELISA for seropositivity, relative to the plaque reduction neutralization assay.
MRK-KRM0000465

**11/12/04**
Merck (MMRV – Serial 221): "The sponsor submitted ... serial number 86) which we believe provided information on the relevance of the chosen ELISA cutoff..."
MRK-KRM0005481

**10/26/04**
Merck: "[T]he precision of the ELISA and A/GENT assay are not equivalent."
MRK-KRM0019534 at 38

**10/19/04**
Merck: "[J]ustification of mumps ELISA seropositive cutoff by justified live use of known mumps neutralizing and non-neutralizing sera, or seropositive [,]... was never provided "...
"Seems to me like we need to look at the correlation between the assays for plaque neutralization assay (PNA) points above the lower 95% confidence bound (i.e. all points).
MRK-KRM0000465 x 982

**4/13/05**
Merck: "The purpose ... [of this was] to provide clinical data supporting a reduction in expiry potency of the mumps component... based on Mumps [PRN] assay used as a surrogate marker for vaccine efficacy."
MRK-KRM0000466 x 231

**3/28/05**
Merck: "Mumps Plaque Reduction Neutralization (PRN) assay used as a surrogate marker for vaccine efficacy."
MRK-KRM0007201 x 318

**3/30/05**
Merck: CBER called and requested: 'All of the results rather than the 'most frequently observed results' to support the serostatus cutoff of 1:32 in the plaque reduction neutralization assay.
MRK-KRM0016382

**5/3/05**
Merck: "While we have compared the mumps WT ELISA to [A/GENT] I am not aware of any clinical evaluations where 10 Ab units has been established as a 'protective' level.
MRK-KRM0040406

**4/22/05**
Merck: "all references are restricted to prior communications between Merck and CBER (adheres to Mike [Dekleva]'s desire that we not provide 'new' information to CBER)."
MRK-KRM0000466 x 189

**5/4/05**
Merck ProQuad Study 019: "four fold rise criteria substantial concern... not feasible with our current assays."
MRK-KRM0027991 at 929

**4/22/05**
Merck Memo concerning 30-Mar-2005 Telephone Request from CBER for the Executed Assay Validation Protocols for the MMR ELISAs."
MRK-KRM0004660

**5/4/05**
Merck Response to Request for Information: "data showed agreement between assays when using a cutoff of 10 Ab units mL in the mumps WT ELISA and a cutoff of 1:32 in the mumps neutralization assay." Attached, Serial No. 086.
MRK-KRM0018382

**10/18/05**
Merck: "Our argument for 1c was always a bit more shaky since the 'failure' (though there was no hypothesis for it) of the control lot raises the question if the non-inferiority comparison is really valid (since we have a low response in the control lot).
MRK-KRM0046678

**10/17/05**
<span style="color:red">CBER to Merck:</span> End expiry sBLA "inadequate for final approval"; and citing deficiencies, including the amount of sample data excluded from analysis, and "control lot failed acceptability criteria.'
MRK-KRM0000xxx x 679

**10/18/05**
Merck: "There is no clinical history/expectation /meaning that can be attached to the 90% response level in the PRN assay."
MRK-KRM0006861

**12/3/04**
<span style="color:red">CBER to Merck: FDA Denied the sBLA to change the MMRII end expiry claim because "data submitted for final approval."</span>
MRK-KRM0044404 at 506-507

**KEY:** Formal Merck to CBER; *Merck internal*; <span style="color:red">Formal CBER to Merck/GSK; Formal GSK to CBER;</span> <span style="color:#6699cc">*GSK internal*;</span> <span style="color:red">Relator statement</span>

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx1475**

# Chronology of Protocol 007



**11/15/06**
Merck Response To FDA Request For Information Concerning the End Expiry Study: "additional analysis performed by MRL has shown a strong correlation (93.6%) between ELISA and PRN"
MRK 454000309 at 351 400

**2 0 0 6**

**5/21/07**
Merck: "Wow. What a bizarre twist to an already bizarre history for this study."
MRK 454005282

**5/21/07**
Merck: "Thanks again for your hard work in bringing the FDA to the conclusion that use of ELISA to evaluate immunogenicity for the mumps end expiry study, can be acceptable given some further analyses"
MRK 454005282

**2 0 0 7**

**5/18/07**
CBER to Merck: finding the AGENT data submitted as "inadequate for final approval" for the sBLA at this time....But finding that science related to immunogenicity testing of MMR has substantially evolved since our initial testing requirements. Use of ELISA data to evaluate the effect of differences in product potency on immunogenicity is now acceptable."
MRK 454003414

**6/5/07**
Merck stated to CBER in support of a change in end expiry potency sBLA: "These responses. . . [were] based on the ELISA assay and support the change in mumps end-expiry potency to 12,500 TCID."
MRK 438000094

**12/6/07**
CBER to Merck: FDA approves sBLA "to include a change in the labeled potency of the mumps component from no less than 20,000 TCID50 to no less than 12,5000 TCID50 per dose at end of expiry."
MRK 454007504 at 506

KEY: Formal Merck to CBER: Merck internal; Formal CBER to Merck/GSK; Formal GSK to CBER; GSK internal; Relator statement

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Schedule 31**

**Legislative History of the
National Childhood Vaccine Injury Compensation Act**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

In 1986, Congress enacted the National Childhood Vaccine Injury Compensation Act (the "NCVIA"). The NCVIA consists of two parts: (1) the National Vaccine Program ("NVP"), which is concerned with improving vaccines, monitoring and tracking adverse reactions to vaccines, and supporting efforts by the Department of Health and Human Services to improve immunization programs; and (2) the National Childhood Vaccine Injury Compensation Program ("NCVIP"), which establishes a "no-fault" compensation program designed to efficiently and expediently compensate vaccine-injured children and their families.

| Program | Description[1,2] |
|---|---|
| National Vaccine Program | The NCVIA requires the Secretary to establish in the Department of Health and Human Services a NVP to achieve optimal prevention of human infectious diseases through immunization and to achieve optimal prevention against adverse reactions to vaccines. The NVP shall be administered by a Director selected by the Secretary. The Director of the NVP has several responsibilities, including:[3] |
| | (1) Vaccine research. The Director of the NVP shall coordinate and provide direction for research carried out in or through the National Institutes of Health, the Centers for Disease Control and Prevention, the Office of Biologics Research and Review of the Food and Drug Administration, the Department of Defense, and the Agency for International Development on means to induce human immunity against naturally occurring infectious diseases and to prevent adverse reactions to vaccines. |
| | (2) Vaccine development. The Director of the NVP shall coordinate and provide direction for activities carried out in or through the National Institutes of Health, the Office of Biologics Research and Review of the Food and Drug Administration, the Department of Defense, and the Agency for International Development to develop the techniques needed to produce safe and effective vaccines. |
| | (3) Safety and efficacy testing of vaccines. Clinical trials to establish safety and efficacy are required for all vaccines. Difficulty in organizing clinical trials and their cost may deter the development of important vaccines. The NVP will assure that clinical testing of vaccines proceeds efficiently, so that the basic |

[1] This is not intended to be exhaustive, nor a full description in detail.

[2] General Sources:

> H.R.5546 – 99th Congress (1985-1986) (available at https://www.congress.gov/bill/99th-congress/house-bill/5546).
> https://www.cdc.gov/vaccinesafety/ensuringsafety/history/index.html.
> House Report No. 99-908, 1986 WL 31971, National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to 300aa-34.
> http://www.nvic.org/injury-compensation/originhanlaw.aspx.
> Health Resources & Services Administration National Vaccine Injury Compensation Program Fact Sheet (available at https://www.hrsa.gov/sites/default/files/hrsa/vaccine-compensation/faq/vicp-fact-sheet.pdf).
> Guidance for Industry, FDA Review of Vaccine Labeling Requirements for Warnings, Use Instructions, and Precautionary Information, FDA, September 2004 (available at https://permanent.access.gpo.gov/LPS112955/ucm092196.pdf).

[3] 42 USCS § 300aa–2, Program Responsibilities.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Appx1478

| Program | Description[1, 2] |
|---------|-------------------|
|  | public health goals of immunization programs can be met. The Director of the NVP shall coordinate and provide direction for safety and efficacy testing of vaccines carried out in or through the National Institutes of Health, the Centers for Disease Control and Prevention, the Office of Biologics Research and Review of the Food and Drug Administration, the Department of Defense, and the Agency for International Development.<br><br>Under Section 314 of the NCVIA, FDA was required to review warnings, use instructions and precautionary information that states: "Not later than 1 year after the effective date of this title and after consultation with the Advisory Commission on Childhood Vaccines established under section 2119 of the Public Health Service Act [42 USCS § 300aa-19] and with other appropriate entities, the Secretary of Health and Human Services shall review the warnings, use instructions, and precautionary information presently issued by manufacturers of vaccines set forth in the Vaccine Injury Table set out in section 2114 of the Public Health Service Act [42 USCS § 300aa-14] and shall by rule determine whether such warnings, instructions, and information adequately warn health care providers of the nature and extent of dangers posed by such vaccines. If the Secretary determines that any such warning, instruction, or information is inadequate for such purpose in any respect, the Secretary shall at the same time require the manufacturers to revise and reissue such warning, instruction, or information as expeditiously as practical, but not later than 18 months after the effective date of this title."[4]<br><br>"If FDA determined that any such warnings, use instructions or precautionary information were inadequate, then manufacturers were required to revise and reissue such warnings, use instructions or precautionary information as expeditiously as practical."[5]<br><br>"On June 13, 1988, the Secretary delegated authority to implement section 314 of the NCVIA to the Assistant Secretary of Health (ASH). On September 16, 1988, the ASH delegated authority to implement section 314 of the NCVIA to the Commissioner of the Food and Drugs. On April 1, 1993, FDA delegated to the Center of Biologics Evaluation and Research Authority to implement Section 314 of the NCVIA."[6]<br><br>(4) Licensing of vaccine manufacturers and vaccines. The Food and Drug Administration licenses vaccine manufacturers and vaccines. The NVP will, by coordinating these licensure activities with other Federal agencies that are |

---

[4] Note to 42 U.S.C. § 300aa–1.

[5] Guidance for Industry, FDA Review of Vaccine Labeling Requirements for Warnings, Use Instructions, and Precautionary Information, FDA, September 2004, available at (https://www.fda.gov/downloads/BiologicsBloodVaccines/GuidanceComplianceRegulatoryInformation/Guidances/Vaccines/UCM092196.pdf).

[6] *Id.*

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Program | Description[1, 2] |
|---------|-------------------|
|         | engaged in research, development, and clinical testing, seek to make the licensure program responsive to the public health priorities of immunization. The NVP will assist the Food and Drug Administration to assign resources to vaccine licensure activities, so that these activities may best contribute to rapid licensure of important vaccines. The Director of the NVP shall coordinate and provide direction for the allocation of resources in the implementation of the licensing program.<br><br>(5) Production and procurement of vaccines. The Director of the NVP shall ensure that the governmental and non-governmental production and procurement of safe and effective vaccines by the Public Health Service, the Department of Defense, and the Agency for International Development meet the needs of the United States population and fulfill commitments of the United States to prevent human infectious diseases in other countries.<br><br>(6) Distribution and use of vaccines. The Director of the NVP shall coordinate and provide direction to the Centers for Disease Control and Prevention and assistance to States, localities, and health practitioners in the distribution and use of vaccines, including efforts to encourage public acceptance of immunizations and to make health practitioners and the public aware of potential adverse reactions and contraindications to vaccines.<br><br>(7) Evaluating the need for and the effectiveness and adverse effects of vaccines and immunization activities. The Director of the NVP shall coordinate and provide direction to the National Institutes of Health, the Centers for Disease Control and Prevention, the Office of Biologics Research and Review of the Food and Drug Administration, the National Center for Health Statistics, the National Center for Health Services Research and Health Care Technology Assessment, and the Centers for Medicare & Medicaid Services in monitoring the need for and the effectiveness and adverse effects of vaccines and immunization activities.<br><br>(8) Coordinating governmental and non-governmental activities. The NVP would constitute the central focus in the Federal government for gathering and analyzing information about non-government vaccine and immunization activities. Because [] the success of immunization efforts, including vaccine research and development, is dependent on close collaboration and cooperation between government, industry, universities, and others, the NVP will encourage the investment of non-government resources in a manner that they will complement government activities. The Director of the NVP shall provide for the exchange of information between Federal agencies involved in the implementation of the Program and non-governmental entities engaged in the development and production of vaccines and in vaccine research and encourage the investment of non-governmental resources complementary to the governmental activities under the Program. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Program | Description[1,2] |
|---------|-------------|
| | (9) Funding of Federal agencies.  The Director of the NVP shall make available to Federal agencies involved in the implementation of the plan issued under the NCVIA funds appropriated to supplement the funds otherwise available to such agencies for activities under the plan. |
| National Childhood Vaccine Injury Compensation Program[7] | Created under the NCVIA, the National Vaccine Injury Compensation Program ("NVICP") is a no-fault alternative to the traditional legal system for resolving vaccine injury petitions.  It was created after lawsuits against vaccine companies and health care providers threatened to cause vaccine shortages and reduce U.S. vaccination rates.  Any individual, of any age, who received a covered vaccine and believes he or she was injured as a result, can file a petition.  Parents, legal guardians and legal representatives can file on behalf of children, disabled adults, and individuals who are deceased.<br><br>The NVICP is administered through the Department of Health and Human Services.  The Department of Justice represents HHS in Court.  The U.S. Court of Federal Claims makes the final decision regarding whether a petitioner should be compensated.<br><br>The NVICP compensates those injured by vaccines on a "no fault" basis.  The United States Court of Federal Claims and the United States Court of Federal Claims special masters shall have jurisdiction over proceedings to determine if a petitioner is entitled to compensation under the NVICP and the amount of such compensation. |
| Liability under the NCVIA[8] | (b) Liability.  The first stage of such a civil action shall be held to determine if a vaccine manufacturer is liable under section 2122 [42 USCS § 300aa-22].<br><br>(c) General damages.  The second stage of such a civil action shall be held to determine the amount of damages (other than punitive damages) a vaccine manufacturer found to be liable under section 2122 [42 USCS § 300aa-22] shall be required to pay.<br><br>(d) Punitive damages.<br>    (1) If sought by the plaintiff, the third stage of such an action shall be held to determine the amount of punitive damages a vaccine manufacturer found to be liable under section 2122 [42 USCS § 300aa-22] shall be required to pay.<br>    (2) If in such an action the manufacturer shows that it complied, in all material respects, with all requirements under the Federal Food, Drug, and Cosmetic Act and this chapter applicable to the vaccine and related to the vaccine injury or death with respect to which the action was |

---

[7] *See* Schedule 29 Vaccine Courts for more details.
[8] *Id.*; 42 USCS § 300aa–23, Trial.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Program | Description[1,2] |
|---------|------------------|
| | brought, the manufacturer shall not be held liable for punitive damages unless the manufacturer engaged in—<br>    (A) fraud or intentional and wrongful withholding of information from the Secretary during any phase of a proceeding for approval of the vaccine under section 351 [42 USCS § 262],<br>    (B) intentional and wrongful withholding of information relating to the safety or efficacy of the vaccine after its approval, or<br>    (C) other criminal or illegal activity relating to the safety and effectiveness of vaccines, which activity related to the vaccine-related injury or death for which the civil action was brought. |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

10/25/2019
Declaration of G. Reilly
EXHIBIT 4

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3
 4   UNITED STATES OF AMERICA,    ) Civil Action
     ex rel., STEPHEN A. KRAHLING )
 5   and JOAN A. WLOCHOWSKI,      ) No. 10-4374 (CDJ)
                                  )
 6            Plaintiff,          ) Volume I of II
                                  ) 9:20 a.m. - 7:28 p.m.
 7        v.                      )
                                  )
 8   MERCK & CO., INC.,           )
                                  )
 9            Defendant.          )
     -----------------------------)
10   IN RE:  MERCK MUMPS VACCINE  ) Master File No.
     ANTITRUST LITIGATION         ) 12-03555 (CDJ)
11                                )
     THIS DOCUMENT RELATES TO:    )
12   ALL ACTIONS                  )
     -----------------------------)
13
14                    - - -
15            Friday, September 28, 2018
16                    - - -
17      Videotaped deposition of DAVID KESSLER, M.D.,
18   taken at the offices of VENABLE LLP,
19   600 Massachusetts Avenue, N.W., Washington, D.C.,
20   beginning at 9:20 a.m., before Nancy J. Martin, a
21   Registered Merit Reporter, Certified Shorthand
22   Reporter.
23
              VERITEXT LEGAL SOLUTIONS
24               MID-ATLANTIC REGION
           1801 Market Street - Suite 1800
25              Philadelphia, PA  19103
```

Page 2

```
1  A P P E A R A N C E S :
2
3     VENABLE LLP
      BY:  KATHLEEN S  HARDWAY, ATTORNEY AT LAW
4        JAMAR S  MANCANO, ESQ
         MICHAELA F  ROBERTS, ESQ
5        DINO S  SANGIAMO, ESQ
      750 East Pratt Street
6     Suite 900
      Baltimore, Maryland  21202
7     (202) 747-1900
      kshardway@venable com
8     mfroberts@venable com
      dsangiamo@venable com
9     jmancano@venable com
      Representing Merck
10
11    CONSTANTINE CANNON LLP
      BY:  GORDON SCHNELL, ESQ
12    335 Madison Avenue
      Ninth Floor
13    New York, New York   10017
      (212) 350-2730
14    gschnell@constantinecannon com
      hmahendranathan@constantinecannon com
15    Representing Relators
16    KELLER GROVER LLP
      BY:  KATHLEEN R  SCANLAN, ATTORNEY AT LAW
17       SARAH E  WYSOCKI, ATTORNEY AT LAW
      1965 Market Street
18    San Francisco, California  94103
      (415) 543-1305
19    kscanlan@kellergrover com
      swysocki@kellergrover com
20    Representing Relators
21
22
23
24
25
```

Page 3

```
1  A P P E A R A N C E S :  (CONTINUED)
2
3     ROBBINS KAPLAN
      BY:  KELLIE LERNER, ATTORNEY AT LAW
4        JEFFREY F  KELLER, ESQ  (VIA TELECON)
      399 Park Avenue
5     Suite 3600
      New York, New York   10022
6     (212) 980-7406
      klerner@robinskaplan com
7     Representing the Private Plaintiffs
8
9     MORGAN LEWIS
      BY:  LISA DYKSTRA, ATTORNEY AT LAW
10    1701 Market Street
      Philadelphia, Pennsylvania  19103
11    (215) 963-5699
      lisa dykstra@morganlewis com
12    Representing Merck
13
14    ALSO PRESENT:
15    TIM HOWARD, MERCK
16    GENE ARANOV, LEGAL VIDEOGRAPHER
17
18
19
20
21
22
23
24
25
```

Page 4

```
1              I N D E X
                           PAGE
2  TESTIMONY OF DAVID KESSLER
3
   BY MS  HARDWAY              10
4
5       E X H I B I T S
6  NUMBER      DESCRIPTION      MARKED
7  Exhibit 1     Expert Report of David A    12
               Kessler, M D , 932 pages
8
   Exhibit 2     Errata Sheet, 7 pages      15
9
   Exhibit 3     Released Lots Filled after  37
10             March 28, 1998 through
               October 26, 1999, 42 pages
11
   Exhibit 4     Appendix D, Issue         38
12             Timeline, 21 pages
13 Exhibit 5     Appendix C, Materials     39
               Provided, 132 pages
14
   Exhibit 6     Rubin/Carbone             60
15             Publications, 384 pages
16 Exhibit 7     Appendix A, Curriculum    64
               Vitae, 26 pages
17
   Exhibit 8     Trial Transcript, Day 4,   83
18             A M  Session, May 25,
               2017, In Re Depakote,
19             32 pages
20 Exhibit 9     Appendix B, Prior        114
               Testimony & Expert Witness
21             Fee, 4 pages
22 Exhibit 10    Trial Transcript, Volume  117
               7-A, January 19, 2018, In
23             Re Testosterone
               Replacement Therapy,
24             72 pages
25
```

Page 5

```
1       E X H I B I T S
2       (CONTINUED)
3  NUMBER      DESCRIPTION      MARKED
4  Exhibit 11    Trial Transcript - In Re  125
               Testosterone Replacement
5              Therapy, March 12, 2018,
               Volume 4-A, 178 pages
6
   Exhibit 12    Trial Transcript, Xarelto  137
7              Litigation, April 12
               2018, 20 pages
8
   Exhibit 13    Enforcement Statistics    142
9              2001, Chapter 10, August 7,
               2003, 8 pages
10
   Exhibit 14    Guidance for Industry, FDA  154
11             Review of Vaccine Labeling
               Requirements for Warnings,
12             Use Instructions, and
               Precautionary Information,
13             8 pages
14 Exhibit 15    Subchapter F - Biologics,  158
               4 pages
15
   Exhibit 16    610 1, Subpart C -        160
16             Standard Preparations and
               Limits of Potency, 1 page
17
   Exhibit 17    Letter dated December 10,  165
18             1998, MARK-KRA000756233 -
               -756255, 24 pages
19
   Exhibit 18    Letter dated January 28,   166
20             1998, MRK-KRA-01625508 -
               -1625639, 132 pages
21
   Exhibit 19    Measles, Mumps, and Rubella  173
22             Virus Vaccine Live,
               Minutes for December 18,
23             1998, Meeting, Merck &
               Co , January 8, 1999,
24             MRK-KRA00756381 - -756533,
               154 pages
25
```

Page 6

```
1          E X H I B I T S
2           (CONTINUED)
3  NUMBER      DESCRIPTION      MARKED
4  Exhibit 20    Letter dated December 16,   178
      1998, MRK-KRA01629294 -
5     -1629307, 30 pages
6  Exhibit 21   E-mail dated May 12, 1999,  182
      MRK-KRA00094960, 1 page
7
   Exhibit 22    E-mail dated October 25,   188
8     2000, MRK-KRA00784029 -
      -784046, 22 pages
9
   Exhibit 23    Measles, Mumps, and   191
10    Rubella Virus Vaccine Live
      Statistical Analysis of
11    Potency on Stability, STN
      101069, October 24, 2000,
12    MRK-KRA01899087 -
      -1899253, 168 pages
13
   Exhibit 24    Warning Letter dated   197
14    February 9, 2001,
      MRK-KRA00209399 - -209403,
15    6 pages
16 Exhibit 25    Letter dated March 8,   201
      2001, MRK-KRA01537603 -
17    -1537611, 10 pages
18 Exhibit 26    Memorandum dated April 8,  212
      2001, MRK-KRA01649955 -
19    -1649956, 2 pages
20 Exhibit 27    Biological Product   217
      Deviation, Report Form,
21    MRK-KRA00754239 - -754244,
      6 pages
22
   Exhibit 28    Biological Product   219
23    Deviation, Report Form,
      MRK-KRA00754233 - -754238,
24    6 pages
25
```

Page 7

```
1          E X H I B I T S
2           (CONTINUED)
3  NUMBER       DESCRIPTION       MARKED
4  Exhibit 29     Team Biologics Inspection,  225
      May 20, 2002,
5     MRK-KRA-00783949 -
      -783977, 30 pages
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

```
1     WASHINGTON, D.C., SEPTEMBER 28, 2018, Friday,
2        9:20 A.M.
3     THE VIDEOGRAPHER:  Good morning.  We're going
4  on the record at 9:20 a.m. on September 28, 2018.
5  Please note that the microphones are sensitive and may
6  pick up whispering, private conversations, and
7  cellular interference.  Please turn off all cell
8  phones or place them away from the microphones as they
9  can interfere with the deposition audio.  Audio and
10 video recording will continue to take place unless all
11 parties agree to go off the record.
12    This is Media Unit 1 of the video recorded
13 deposition of David Kessler taken by counsel for
14 defendant in the matter of United States of America,
15 et al., vs. Merck & Co., Inc. filed in the
16 United States District Court for the Eastern District
17 of Pennsylvania, Civil Action 10-CV-4374 (CDJ).
18    This deposition is being held at Venable,
19 located at 600 Massachusetts Avenue, Northwest,
20 Washington, D.C.  My name is Gene Aranov from the firm
21 Veritext Legal Solutions, and I'm the videographer.
22 The court reporter is Nancy Martin from the firm
23 Veritext Legal Solutions.  I'm not authorized to
24 administer an oath.  I'm not related to any party in
25 this action, nor am I financially interested in the
```

Page 9

```
1  outcome.
2     Counsel and all present in the room and
3  everyone attending remotely will now state their
4  appearances and affiliations for the record.  If there
5  are any objections to proceeding, please state them at
6  the time of your appearance, beginning with the
7  noticing attorney.
8     MS. HARDWAY:  Kathleen Hardway from Venable
9  for Merck.
10    MR. MANCANO:  Jamar Mancano from Venable for
11 Merck.
12    MR. SANGIAMO:  Dino Sangiamo from Venable for
13 Merck.
14    MS. ROBERTS:  Michaela Roberts from Venable
15 for Merck.
16    MS. DYKSTRA:  Lisa Dykstra, Morgan Lewis, for
17 Merck.
18    MS. LERNER:  Kellie Lerner, Robins Kaplan for
19 private plaintiffs.
20    MR. SCHNELL:  Gordon Schnell, Constantine
21 Cannon for relators.
22    MS. WYSOCKI:  Sarah Wysocki, Keller Grover
23 for relators.
24    MS. SCANLAN:  Kathleen Scanlan, Keller
25 Grover, for relators.
```

3 (Pages 6 - 9)

Appx1486

Page 10

1    MR. HOWARD: Tim Howard, in-house counsel for
2 Merck.
3
4         DAVID KESSLER,
5    having been first duly sworn/affirmed,
6    was examined and testified as follows:
7
8         EXAMINATION
9 BY MS. HARDWAY:
10   Q. Good morning, Dr. Kessler.
11   A. Good morning.
12   Q. We met right before the deposition. My name
13 is Kathleen Hardway, and I represent Merck in these
14 matters.
15      Could you please state your name and address
16 for the record.
17   A. David Kessler, 2715 Steiner Street,
18 San Francisco, California, 94123.
19   Q. You've been deposed several times,
20 Dr. Kessler; is that right?
21   A. Yes.
22   Q. And you understand in the deposition you're
23 to testify fully and accurately as if you're at trial?
24   A. Correct.
25   Q. And that you're to make audible responses?

Page 11

1    A. I will try.
2    Q. And you understand that the court reporter is
3 trying to take down everything that both of us say.
4 So I will give you the respect of trying to let you
5 finish your answer before I start asking my question.
6 I'd ask for you to let me finish my question before
7 you begin your answer. Is that fair?
8    A. Good idea.
9    Q. You know you can take a break at any time. I
10 would just ask that, if you need a break, that you
11 would wait until providing an answer to a question
12 before asking for a break.
13   A. Of course.
14   Q. Is there any reason today that you cannot
15 give complete and accurate testimony?
16   A. No.
17   Q. What is your understanding of the claims in
18 this case?
19   A. They're set out in my report in certain
20 paragraphs. Specifically, I believe there's actions
21 under the False Claims Act. I believe there's
22 antitrust actions. There are a number of matters, but
23 I can refer you to -- specifically, I laid that out in
24 Paragraph 10 and 11 of my report more specifically.
25      MS. HARDWAY: We're going to go ahead and

Page 12

1 mark your report and the appendices as Exhibit 1.
2      (Deposition Exhibit 1 was marked for
3       identification.)
4 BY MS. HARDWAY:
5    Q. Now, you're looking at -- excuse me -- a
6 version of your report that you brought with you. We
7 marked it 1 in this binder here, as Exhibit 1. Do you
8 recognize this as your report?
9    A. I don't have it in front of me, but I will
10 take your representation that it has every page.
11   Q. It does.
12   A. Then I'll take your representation, and I'll
13 work from this copy unless you have a specific request
14 that's different.
15      My microphone just fell apart.
16   Q. Now, about five minutes before the deposition
17 started I was handed an errata to your report, which
18 is nearly four full pages long with a three-page
19 attachment; is that correct?
20   A. It's an errata plus a supplemental reliance,
21 supplemental list of materials.
22   Q. Did you prepare this errata?
23   A. It was prepared at my request by counsel and
24 under my direction.
25   Q. When did you direct it to be prepared?

Page 13

1    A. The last couple of days.
2    Q. When, specifically, did you ask it to be
3 prepared?
4    A. I don't remember specifically. As I was
5 pulling articles and looking at things, I asked
6 counsel to, on citations, if anyone noticed any
7 changes from the actual Bates numbers, whether there's
8 any mistakes, that they keep that, and I've asked that
9 to be kept for the last several months.
10      If anyone noted, as they helped me put
11 together books, et cetera -- oh, actually, over
12 probably a period of more than a year, anything that
13 changes.
14   Q. So you asked counsel to keep a record of any
15 errors or changes that had been made over the course
16 of the last year?
17   A. No. I asked -- the report's obviously signed
18 somewhere, what, March, I believe. But as I -- I
19 asked counsel to print out also some documents, and
20 then they see certain things, and if they see any
21 errors in Bates numbers, to keep it -- keep a record
22 of that. I did some, and then those were put together
23 the last couple of days.
24   Q. But the record was being kept longer than
25 just during the last couple of days; is that right?

1    A.  If anyone noted any citation changes -- the
2  vast majority of these my guess is 98 percent would be
3  considered citation.  Just proofreading kind of
4  things.
5    Q.  But there are other substantive changes to
6  your report; correct?
7    A.  There are several substantive changes,
8  probably two, to my recollection.
9    Q.  Which two to your recollection?
10    A.  So there is -- I'd have to go through this.
11  There's the swap-out, to use a -- just a colloquial
12  term.  I asked Dr. Stark over the last several days.
13  My understanding is Dr. Shenerman is ill and can't
14  testify, and for that and other reasons I asked
15  Dr. Stark to do the calculation that Dr. Shenerman had
16  done, and I attached that.
17    As you see, there's an E-mail to me, and I
18  asked Dr. Stark to do that, and that's my handwriting
19  is Attachment 1.  So that swaps out calculation of
20  Stark for Shenerman, and I believe I deleted -- I
21  noted one error.  I can find it here.  I can do it now
22  or at the break.  One error where I deleted a certain
23  paragraph.
24    MS. HARDWAY:  Okay.  We're going to go ahead
25  and mark this, the errata as Exhibit 2.

1    (Deposition Exhibit 2 was marked for
2    identification.)
3  BY MS. HARDWAY:
4    Q.  And Exhibit 2 is the errata that we've been
5  discussing; right, Dr. Kessler?
6    A.  Right.  And a supplement to materials
7  considered.
8    Q.  The error that you were just describing,
9  would that be errors in Paragraphs 366 and 434 on
10  Page 2?
11    A.  I believe so.  By memory I can double-check.
12  I can pull those.  I believe those are the paragraphs
13  by memory.  I'd be happy to get it in front of me.
14    Q.  And could you explain to me why Paragraph 366
15  is in error.
16    A.  Well, it's not entirely in error.  I think
17  that it's primarily -- it was a question of my reading
18  of the four-fold rise, and I didn't think it was quite
19  right in one part of this as it was phrased, and
20  certain parts of the paragraph are correct, but I
21  didn't like the way it was phrased.
22    Q.  Explain to me specifically why you didn't
23  like the way it was phrased.
24    A.  So it says, "In my opinion Merck's Proquad
25  label is misleading because it admitted that the WT

1  ELISA used in the --
2    REPORTER MARTIN:  Can you slow down just a
3  little, please  "Admitted that the" --
4    THE WITNESS:  "...admitted that the WT ELISA
5  used in the clinical studies to support the licensure
6  of Proquad did not include the --
7    REPORTER MARTIN:  Slow down, please.
8    "...did not" support the...
9    THE WITNESS:  "It did not include the
10  four-fold rise criteria reported to be correlated with
11  protection against mumps infection.  Furthermore, the
12  label omitted that the WT ELISA assay with a 10 AB
13  cutoff did not have a connection to whether a subject
14  was protected from disease.  Moreover, the label is
15  misleading because it did not state that the
16  seroconversion rates measured in the clinical studies
17  to support the Proquad were not measured using the
18  four-fold rise criteria used in previous clinical
19  studies."
20    That's the part that's inartful because this
21  four-fold rise is used several times -- several
22  different ways when you deal with seroconversion, and
23  I thought this was ambiguous and it was better to be
24  struck.  I'm happy to go into how four-fold rise is
25  used, but it's used both diagnostically in terms of

1  mumps diagnosis in clinical studies, and it's also
2  used as an immunological surrogate.  So for that
3  ambiguity, I decided it was better to strike it.
4  BY MS. HARDWAY:
5    Q.  And then Paragraph 434.
6    A.  I think that just should be the corresponding
7  conclusions, if my memory serves me right, but let me
8  look.
9    (The witness reviewed the document.)
10    THE WITNESS:  It should be the corresponding
11  paragraph to that.  Hold on a second.
12    (The witness further reviewed the document.)
13    THE WITNESS:  I have to check.  It's just
14  that that exact, same -- those sentences that
15  relate -- it's a way to those.  So it's the sentences
16  that I just told you about that I meant to strike.
17  It's the reference to the four-fold.  So the
18  conclusions just bring down -- tries to summarize the
19  opinions at the end, and the conclusions at the end
20  that relate to four-fold is what I meant to strike.
21  BY MS. HARDWAY:
22    Q.  Okay.  You also struck Paragraphs 259.6 to
23  259.11.
24    A.  Yeah, that should be Shenerman if I'm
25  correct.  Let's just go do it.  If I got my numbers

5 (Pages 14 - 17)

Page 18

1 right -- yeah. 259.6 to 259.11 is the striking of
2 Shenerman and the replacement of Shenerman with, in
3 essence, the E-mail on the second page of the E-mail
4 of Dr. Stark's calculation.
5    Q. The supplement materials considered, which is
6 pages -- it starts on Page 3 and continues onto
7 Page 4.
8    A. Yes, ma'am.
9    Q. Were these materials that you requested?
10    A. No. These may be -- well, these are
11 materials that I probably -- let me just take a look.
12 So I'm sure there's articles on here. I may have
13 downloaded articles from PubMed. I've been looking
14 at -- these are articles that I may have found off the
15 database of provided documents. These may be
16 documents that I requested. So they're a compilation.
17    Q. When is the earliest time that you either
18 obtained one of these documents or articles yourself
19 or that you requested them from counsel?
20    A. I don't recall. A number of these were
21 supplemental to or added to the database, either an
22 FOI subsequent to the report, and I don't remember
23 exactly when I looked at them, but they weren't
24 available. Some of these were not available, such as
25 the FDA FOI request that -- and some of these I just

Page 19

1 saw on the database myself and searched.
2    Q. Why is it that you were performing additional
3 searches on PubMed for certain articles?
4    A. Well, because as you know, Counsel, science
5 continues -- things continue to be published, and
6 things continue to be published throughout, even after
7 the report. So it's an effort to be thorough.
8    Q. Well, the first article was published in 2016
9 by Gumer, et al?
10    A. Yes.
11    Q. So that was published before you drafted your
12 report.
13    A. I didn't see it. I did a search. I was very
14 interested in the computational genetics that go into
15 the mumps vaccine. And this is a paper on certain
16 epitopes, and I continued to study in that area. I
17 didn't see it until after -- I didn't do the search
18 until after my report was done. So I saw it after.
19    Q. The Latner article, the next one, do you have
20 a date or a period in which it was published?
21    A. Yeah. So the Latner was published. As you
22 know, the Latner was CDC. I can give that you if you
23 just wait for just a second, Counselor.
24       Actually, I have a printout of Latner, as
25 well as Gumer, but you asked me for Latner. So I can

Page 20

1 tell you that Latner was published in clinical and
2 vaccine immunology. That's where it was published.
3    Q. What year?
4    A. 2014. And I believe Latner should be on my
5 material. There may be some duplication, but Latner,
6 I thought, was in my original reliance list. It may
7 be duplicated here. I thought Latner was on my
8 original reliance list. They were searching Gumer
9 articles, just also to be clear, that were published
10 that are on my reliance list. So this just may be a
11 duplication because what I did was I gave my stack of
12 articles to counsel and said, "Just make sure these
13 are on the reliance list."
14       So that may be a duplication is my guess.
15    Q. But the Nalen article, that was published in
16 1998; correct?
17    A. Yes. And, again, these represent here, but
18 they should be cross-checked against my original
19 reliance list. These are things that I've printed
20 out.
21    Q. The Stohaniv article at the bottom of Page 3,
22 what year was that published in? In what periodical
23 was that published?
24    A. So let me see. I may have to check on that.
25 I may have it here.

Page 21

1       (The witness reviewed the document.)
2       THE WITNESS: I'd have to check on-line,
3 Counselor. I just don't have that in my hand.
4 BY MS. HARDWAY:
5    Q. Page 4, the Usonis article, when was that
6 published and in what periodical?
7    A. Yeah. So there's several Usonis articles.
8 These are on the GSK vaccine on PEDIARIX, and I think
9 they also may be originally on my original reliance
10 list. I can get it for you if you'd like. We can
11 double-check this.
12    Q. Let me ask you this, Dr. Kessler --
13    A. I think -- hold on one second. Let me just
14 answer your question if I may. I think this is a
15 duplicate. I'm pretty sure Usonis is on the original
16 reliance list. Yeah. So there's several -- so the
17 one Usonis is -- the one that I've just referred to is
18 1999. That is on my reliance list.
19    Q. The first one?
20    A. The reactor *geneceity article is on my
21 reliance list. And I'd have to check the dates on the
22 others.
23    Q. Which materials on Pages 3 and 4 were sent to
24 you by counsel not at your request?
25    A. Certainly the expert reports were sent to me

6 (Pages 18 - 21)

Appx1489

Page 22

1 by counsel. I'd have to go back and check and go
2 through and look and see which of the MRKs. I can go
3 through individually. I'd have to look at it and see
4 which ones I found on the database and which I may
5 have asked counsel to send me.
6        And it is also possible there's a third
7 category, I apologize, just to finish the question. I
8 have a problem printing off from the database at
9 times. So there are a number of times where I ask
10 counsel -- or I gave them a Bates number and I was
11 able to look at something on-line and --
12    Q. Hang on a second, Doc.
13    A. Did I do it again?
14        (Pause in proceedings to adjust microphone.)
15        THE WITNESS: There are a number of times
16 where I've asked counsel to print a document for me or
17 send me a PDF or something like that.
18        MS. SCANLAN: And if I just caution the
19 witness, there is a stipulation in place that protects
20 against the disclosure of communications between
21 counsel and the witness, and just to remind the
22 witness not to disclose communications in the context
23 of answering the questions.
24        THE WITNESS: You're citing the federal rule
25 to me. Thank you very much, Counsel.

Page 23

1 BY MS. HARDWAY:
2    Q. Did you read all the expert reports on
3 Page 4?
4    A. No. I mean I think it's fair to say I
5 probably -- it depends on your definition of the word
6 "read." I didn't read them from the beginning to end.
7 That would be impossible. But I am sure that I have
8 searched them as a collection for certain terms over
9 time.
10    Q. Is it fair to say, Dr. Kessler, that you've
11 had the materials on Pages 3 and 4 prior to this week?
12    A. That wouldn't be a complete -- that would not
13 be completely accurate.
14    Q. Which materials did you get prior to this
15 week, Dr. Kessler?
16    A. I can't -- I'd have to go through
17 individually, and I'm not sure I would recall exactly
18 the time frame. The answer is I don't know the answer
19 to that exact question.
20    Q. But certainly some of the materials on
21 Pages 3 and 4 you got prior to this week. Is that
22 fair?
23    A. Well, the FOI documents were produced
24 subsequent to the report, and they were on the
25 database and I looked at them prior to this week, yes.

Page 24

1    Q. And any other ones that -- any other
2 materials that you can recall looking at -- without
3 going back to the materials themselves, any other
4 materials that you can recall looking at prior to this
5 week?
6    A. Sure. I certainly recall reading Gumer and
7 reading Latner, and furthermore, I remember -- and
8 certainly the expert reports that cite me, Norman
9 Baylor, Bruce Burlington, a number of these. Leanne
10 Arvin. A number of these other reports. I have
11 Patriarca I read before this week.
12    Q. Turning to the Attachment 1.
13    A. Yes.
14    Q. When were you advised that Dr. Shenerman was
15 no longer going to be an expert in this case?
16    A. I don't remember exactly.
17    Q. Was it prior to this week?
18    A. I believe so. I believe that was correct.
19    Q. What was your request to Dr. Stark?
20    A. My request to Dr. Stark was that he take his
21 regression analysis and -- with his calculation -- I'd
22 like to look at it if we want to talk about it in
23 detail. But that the rate of loss that he calculated
24 from his slope and that he could kindly calculate the
25 variance, the total variance, then drew the square

Page 25

1 root -- calculate the total variance correctly and
2 come up with the minimum release per their equation in
3 the table that is referenced in the E-mail. So I
4 asked him to do the calculation, as I would normally
5 do of any statistician.
6    Q. When did you make that request to him?
7    A. Several days ago.
8    Q. Prior to this week?
9    A. No.
10    Q. How did you make that request of him?
11    A. Through counsel.
12    Q. You did not E-mail him?
13    A. I did not. I asked counsel to contact him.
14 I did not E-mail him. As you can see, he E-mailed me.
15        MS. HARDWAY: I'm just going to state an
16 objection for the record. We were handed this errata
17 sheet five minutes before the deposition started. It
18 contains a significant number of changes, including
19 substantive changes to Dr. Kessler's report, as well
20 as a significant number of additional materials
21 reviewed.
22        We had an agreed-upon 10 hours for
23 Dr. Kessler's deposition, but I'm going to reserve the
24 right to ask for more time based on this errata and
25 these additional materials reviewed.

7 (Pages 22 - 25)

Appx1490

1    MS. SCANLAN: You've now spent 20 minutes
2 going through the errata that he gave. He described
3 that 90 percent of the changes in here are
4 typographical changes for citation errors. There were
5 two substantive changes to which you have already
6 addressed, and the supplemental materials, he's
7 already described what the context was that he used.
8 Many of them are already on his reliance list.
9 They're already duplications.
10    MS. HARDWAY: Well, we have no way of knowing
11 what's on his reliance list, and I'm not going to
12 waste anymore time on this. I'm just stating my
13 objection for the record and reserving the right to
14 seek more time.
15    MS. SCANLAN: I would appreciate you giving
16 me the time to put my response on the record before
17 you interrupt me in response, please.
18    We've already gone through these in the
19 course of the day. Your objection is understood. You
20 have asked in various other depositions whether our
21 experts have reviewed the report of your experts, and
22 he has simply provided you the list showing which ones
23 he actually reviewed.
24    MS. HARDWAY: It's a lot more than just
25 expert reports.

1    Q. Dr. Kessler, what was the general assignment
2 that was given to you by relator's counsel in terms of
3 what opinions they wanted you to offer?
4    A. So I think the specific questions that I grew
5 to understand that the matter involved are laid out in
6 the report beginning on Page 6, I believe. But that's
7 certainly not what -- counsel didn't phrase it that
8 way, but as I sat and did my report, those were the
9 questions in my head.
10    Q. How did you go about preparing your report?
11    A. Reading a lot of materials.
12    Q. Did your assignment change at all over time
13 in terms of what opinions you were asked to offer?
14    A. No, I was not -- I think, simply put, I mean
15 the assignment -- there was no restrictions on the
16 assignment. Obviously I'm the -- you know, I deal
17 with the interface between the regulatory and the
18 scientific aspects of the matter at hand in these
19 cases, but it really had to do with Merck's conduct
20 with regard to issues of potency and efficacy
21 surrounding the MMR II Proquad, et al., applications.
22    Q. How much time did you spend preparing your
23 report in this case?
24    A. The report itself?
25    Q. Yes.

1    A. Hundreds.
2    Q. Hundreds of hours?
3    A. Yeah.
4    Q. More than 500?
5    A. No.
6    Q. More than 100?
7    A. I can -- I mean I billed -- I kept track of
8 about -- I don't know. Does anyone have an invoice?
9 My guess is about 225 hours. There may be hours
10 beyond that that I didn't -- that I spent that I
11 didn't bill, where I was reading things.
12    Q. Are those hours that you haven't billed yet
13 and you intend to bill?
14    A. No, I'm talking about -- you asked -- your
15 question was about in preparation of the report.
16    Q. Okay. So about 225 hours in preparation of
17 the report. Are you confident in that estimate?
18    A. You can look at an invoice. Happy to do that
19 at a break. I know it's 225 or 250. Something of
20 that magnitude.
21    Q. If you could look at an invoice during the
22 break, I would appreciate that and we can --
23    A. I didn't want to interrupt.
24    Q. -- and we can get that number on the record.
25    A. I don't have it. I'm sure you're entitled to

1 it. So I'm happy to have counsel give it to you. If
2 not -- if they don't have it at the break -- I don't
3 have it with me today, but if counsel has it, I'm
4 happy to have them share it with you.
5    Q. In addition to the time spent preparing your
6 report, are there other hours that you've billed on
7 this matter?
8    A. No.
9    Q. So just the 225 hours?
10    A. 225 to 250. Whatever the invoice says.
11    Q. Okay. Did anyone help you, assist you in
12 reviewing documents for your report?
13    A. No.
14    Q. Did anyone assist you in writing your report?
15    A. Other than in the traditional way that
16 counsel helps as far as typing, et cetera.
17    Q. So only typing?
18    A. Yeah. No. This report is my report. It's
19 only me. I tend to dictate or direct how things --
20 you know, "Please type these lines," et cetera. So I
21 direct all that.
22    Q. Did anyone help you form your opinions in
23 this case?
24    A. Absolutely not.
25    Q. Are you affiliated with any consulting firm?

Page 30

1    A. "Consulting firm." That's an interesting
2  question. I don't -- affiliated. So I'm on the board
3  of several organizations. I'm a senior advisor. None
4  of those are consulting firms.
5    Q. Okay. Do you anticipate doing any additional
6  work before trial?
7    A. There's always preparation for trial.
8  There's always new information that occurs. I will do
9  as counsel requests.
10    Q. Do you have any specific intention, as we sit
11  here today, to do any additional work in this case?
12    A. Yes.
13    Q. What is that?
14    THE WITNESS: Could you make sure that any
15  principals that you want in this matter are on the
16  phone for both sides, please.
17    MS. SCANLAN: I can represent my firm.
18    THE WITNESS: I just want to make sure that
19  all principals are here. I want this to be on the
20  record. I just want to make sure that people have
21  had -- that any principals in this matter for any
22  parties hear this.
23    So I have done some work. I'm sure we'll
24  talk about it. But in preparation of this work -- and
25  counsel -- just for the record, counsel does not know

Page 31

1  I'm going to say this. I've not spoken to anyone
2  about this.
3    I have done certain work in this matter
4  that's led me, as obviously it's in the report and
5  subsequently. I have a document that's in front of me
6  that I have worked on that's called "Release Lots"
7  filed after March 28, 1998 through -- actually, this
8  goes complete through 2007.
9    This is of great -- this is an important
10  public health concern. This is by lot, in essence,
11  the subpotency of some 60 million doses of MMR II that
12  have been released either below 4.3 or 4.1.
13    I think public health -- I think there's
14  public health significance to this data. I need --
15  I'm happy to talk to both sides in this matter, but my
16  plan is to seek -- in the next 10 days to seek out
17  private counsel to represent me. The complexity of
18  that is that there needs -- I understand this is
19  material subject to a protective order.
20    My current thinking is to move the Court --
21  and it has to be done in a thoughtful way. I don't
22  know what a reasonable period of time is, 45 days, 60
23  days -- to move the Court to make sure that certainly
24  at least the secretary of health and human services
25  have this information, and maybe broader. I have to

Page 32

1  think through that. I don't want to do anything
2  without permission of both sides.
3    But this matter is, at this point, enough of
4  a public concern -- and also for the Court -- and
5  that's why I want to do this on the record. I think
6  the fact that there are some 60 million doses that
7  have been released that have been subpotent that still
8  have implications for immunity in young adults who get
9  exposed to this disease.
10    It is of such import that that needs to be
11  thoughtfully done. I don't profess, sitting here, how
12  to do this, and again, I seek counsel from both sides.
13  I want to do it completely subject to the protective
14  orders, to follow the rules to the T, but my intention
15  is to petition the Court, as I sit here, so that this
16  information is appropriately -- people are
17  appropriately informed of this.
18  BY MS. HARDWAY:
19    Q. Dr. Kessler, that the 60 million doses you're
20  referring to, are those listed on this spreadsheet
21  that you've prepared?
22    A. Yes. I'd be happy to go through the
23  spreadsheet with you --
24    (Telephonic interruption.)
25    MS. HARDWAY: Did someone just join us?

Page 33

1    MR. MACORETTA: Yeah, hi. John Macoretta
2  from Spector Roseman & Kodroff, just joining.
3  BY MS. HARDWAY:
4    Q. You brought copies of the spreadsheet?
5    A. I did. I brought one for -- yes. I'd be
6  happy to share that at this point.
7    MS. LERNER: And this is Kelley Lerner for
8  the plaintiffs. This is something that's been
9  previewed with us. He's raising the prospect of
10  bringing a separate matter retained by separate
11  counsel. So I just don't want to undermine what we're
12  doing today in these cases by belabored discussion of
13  what that might look like. He says he wants it to be
14  thoughtful, and we need to be thoughtful but don't
15  want to take from the record of today's proceedings to
16  discuss what Dr. Kessler may be doing separately in
17  his own capacity represented by other counsel. So I
18  just want to put that on the record.
19    THE WITNESS: And just, Counsel, I mean it
20  perhaps -- I mean my request is that both of you --
21  both sides confer. I am -- I will also put on the
22  record for Mr. Howard, you know, I got a phone call
23  back a number of years ago from Ken Frazier saying if
24  I ever -- it was a very nice phone call I think when
25  he assumed the CEO-ship. I don't remember the call

9 (Pages 30 - 33)

Page 34

1 exactly, but if there were issues ever involving Merck
2 that I thought were important, that I should feel free
3 to call him.
4        I understand this is a matter of litigation.
5 I didn't pick up the phone and do that, but I
6 certainly do think this rises to that level and am
7 prepared to do that. But I'm willing to do this
8 thoughtfully, but I am not willing to just to sit
9 silent. And, again, I don't want to distract from
10 today. I think this document is relevant to today's
11 inquiry because it supports what's in the record. The
12 number may be a little different than the 12 million
13 in the report. This comes out to 60 million, but this
14 is of such import that I think everyone will
15 understand the matter.
16        But you asked me whether I intend to do other
17 work. So the answer to your question is a belated
18 yes.
19        MS. HARDAWAY: Let's go ahead and mark this as
20 Exhibit 3.
21        You know, obviously this is something we were
22 not aware of. It's significant both in its substance
23 and in what Dr. Kessler is saying he intends to do
24 with it. Whether we ask him about it today or not --
25 and he also just said it's relevant to his opinions in

Page 35

1 this case -- it's certainly not something that --
2 because of that, it's something that I'm going to want
3 to ask him about today, but again, because this is
4 significant both in terms of the substance and what
5 he's saying he's going to do with it, I'm going to go
6 on the record for a second time and say we're going to
7 need more time with him.
8        THE WITNESS: I'm just going to respond. If
9 that's the case, why don't you decide -- if you want
10 more time, then let's adjourn, and you can pick up
11 when you're ready because my time is very limited. So
12 if you're going to reserve other time, that's fine.
13 Make your decision. You get 7 hours under the federal
14 rule. I'm respectful of the two sides agreeing to 10.
15 I'm prepared to stay here throughout the night.
16        But if you're not ready to take this
17 deposition -- this is just -- this just is part of
18 my -- this is just supplement. Just so there
19 shouldn't be any mistake, this just supports the
20 opinions in my report.
21        If you are gaming for more time, if you don't
22 think 10 hours is enough time, then please adjourn, go
23 talk to the Court, get that solved and call me back
24 when you are ready to depose me. I just don't have
25 endless time. I just want to represent to you,

Page 36

1 Counsel, I'm prepared to stay here throughout the
2 night. I think that 10 hours gets to be excessive,
3 but I'm prepared to stay here.
4        But if that's not enough for you, Counselor,
5 then let's adjourn right now, and we'll pick up when
6 you're ready.
7 BY MS. HARDAWAY:
8    Q. We're going to continue with the deposition
9 today and tomorrow, if necessary, to complete the
10 10 hours. In terms of additional time that we're
11 going to be seeking, we'll seek it when -- at the
12 appropriate time and get however much time we're going
13 to get, and we'll be together again at some point in
14 the future.
15    A. I just want the record to show it's my
16 understanding, just so we're on the same wavelength,
17 is because I have meetings tomorrow, you know, I am
18 prepared to sit here as late as you want to complete
19 your 10 hours. I just want to make sure because I
20 requested from counsel everyone is aware that there
21 should be enough court reporters and videographers to
22 last as long as you would like, but I'm prepared to do
23 this because I would like to be at those medical
24 meetings tomorrow in this town.
25        If I can't because the 10 hours is not yet

Page 37

1 completed, I will stay here, but I'm going as long as
2 humanly possible if you want 10 hours. So just make
3 sure there's court reporters and videographers and
4 enough coffee for everybody.
5        MS. HARDAWAY: And respectfully, Dr. Kessler,
6 because of the time limit that I have, at least at
7 this sitting, I would ask for you to refrain from some
8 of these longer answers and speeches because we're
9 going to be here -- we're going to ask for even more
10 time if your answers are not specific to the
11 questions, and I would ask that you refrain from
12 giving speeches and instructions because that's just
13 really taking up unnecessary time.
14        MS. SCANLAN: Objection. You asked him a
15 question about what he intended to do separate from
16 here before trial, and he gave his answer. You have
17 to allow him to give his answer to the fullest extent
18 possible.
19        MS. HARDAWAY: He just gave a speech about
20 adjourning and about how long we're going to go today.
21 So I'm, again, not going to waste time with that.
22        Have you had a chance to mark that exhibit
23 yet?
24        (Deposition Exhibit 3 was marked for
25        identification.)

10 (Pages 34 - 37)

Appx1493

BY MS. HARDWAY:

1 Q. Is this the only copy you brought,

3 Dr. Kessler?

4 A. No. There should be one other that --

5 there's one other copy.

6 MS. LERNER: On the record, I just want to

7 confirm that you are not retreating on what was

8 memorialized in correspondence, I believe -- I don't

9 have it in front of me, but between John Macoretta and

10 Lisa Dykstra that this deposition would go on until

11 Dr. Kessler said he could no longer go on for 10 hours

12 or until Dr. Kessler says, "I can't go on." I don't

13 think he got an answer to his question.

14 MS. HARDWAY: Yeah, that's fine.

15 MS. LERNER: Okay. Great.

16 BY MS. HARDWAY:

17 Q. Towards the end of your report, Dr. Kessler,

18 there's an issue timeline. It's Appendix D?

19 A. Yes. Can we just roll it out, please.

20 MS. HARDWAY: I'm going to mark this

21 separately as Exhibit 4.

22 (Deposition Exhibit 4 was marked for

23 identification.)

24 BY MS. HARDWAY:

25 Q. Did you personally prepare these materials?

1 A. I'm graphically challenged. So the answer is

2 no. As you can see, I am not capable of doing these.

3 These were done under my direction, but as the -- as

4 like some of the schedules, these were done subject to

5 my direction and review.

6 Q. Do you plan on using this timeline or any of

7 your other schedules as exhibits or demonstratives at

8 trial?

9 A. It's not my choice, Your Honor -- Your Honor,

10 sorry. Counsel. It depends on what counsel decides

11 to do. The purpose of these are to objectively just

12 make it easier, as we're talking today, to be able to

13 have facts in front of us. I think the matter is

14 of -- again, of such importance that I think as

15 complete a record. But as you know, counsel gets to

16 ask the questions and decides what demonstratives. I

17 don't.

18 MS. HARDWAY: Appendix C of your report is a

19 list of materials provided. I'm going to mark this

20 separately as Exhibit 5.

21 (Deposition Exhibit 5 marked for

22 identification.)

23 BY MS. HARDWAY:

24 Q. Did you review each of the documents in this

25 list?

1 A. Define the word "review." There's some --

2 probably tens of millions of pages. I have all of

3 this material on hard drives. I've searched these

4 hard drives, but I have not -- I make no

5 representation that I have read every single page. It

6 would be beyond human possibility to do that, but I

7 wanted, again, to make sure that these materials were

8 searchable for me and that I was able to consider

9 this.

10 Q. So when you say, "database," what is it that

11 you're referring to?

12 A. Well, some of these documents are, as you

13 know, produced by you. They go into a database that I

14 can sit in front of a screen, and more specifically, I

15 have a hard drive, and I have these documents in OCR

16 format, and they are searchable.

17 Q. What percentage of these documents would you

18 say that you've reviewed?

19 A. I wouldn't want to -- I couldn't give you an

20 estimate. I can tell you that 100 percent gets

21 searched but that I don't -- certainly there's -- I

22 think there's -- I have the record. I think there's

23 37 gigabytes. You can translate to how many pages

24 that is.

25 Q. With that appendix, as well as the

1 materials -- or the errata and additional list of

2 materials provided that you gave us today, would that

3 be everything that you've reviewed in this matter?

4 A. So the intent -- yes. With the caveat that I

5 always -- there's always a chance that I was on-line

6 looking at things on PubMed or on the FDA website, or

7 even on the database that I may have seen that I

8 can't -- you know, when you get back certain searches

9 and you're scrolling through things, but I think that

10 that reflects the four corners of what I consider sort

11 of a reliance list or a considered list.

12 Q. There are a list of depositions in

13 Appendix C. Did you review all those depositions?

14 A. So, again, some of them I read. All of them

15 I searched. And, again, I tend to put these things --

16 either search them through a hard drive, through a

17 root directory or sometimes a combined binder, as it's

18 called in Adobe.

19 Q. Are there specific documents that you

20 requested from counsel?

21 A. Oh, sure. I mean many of these are large

22 documents, and so there are many documents that I

23 requested from counsel.

24 Q. Are there any specific categories of

25 documents that you requested from counsel that you can

11 (Pages 38 - 41)

Appx1494

1 recall?

2    A. Oh, sure. I mean the regulatory files. The
3 BLAs, et cetera. Oh, FDA correspondence, FDA internal
4 documents. I asked for all those documents. I asked
5 for all the depositions. I asked for all the -- I
6 asked for all those documents.

7    Q. Any other documents or categories of
8 documents that you recall requesting?

9    A. Oh, I mean on certain subject areas there
10 certainly were substantive areas within this that are
11 in my report that I may have asked for. So there are
12 numerous documents that I requested.

13    Q. Anything that you reviewed or relied on,
14 prior to forming your opinions in this case, that is
15 not listed either in Appendix C or in Exhibit 2?

16    A. I tried to be comprehensive. Not that I can
17 recall.

18    Q. When were you first contacted about this
19 litigation?

20    A. May, 2015.

21    Q. Who contacted you?

22    A. Kathleen Scanlan.

23    Q. Did you begin working on the case in May of
24 2015?

25    A. I don't want to waste your time, counselor,

1 to ask you what you mean by working on the case. I
2 took that as a -- from the first phone call, that that
3 was a -- privilege would attach, and I didn't agree.
4 You know, certainly -- so that's when -- I guess
5 "working on," but it depends how you define "working
6 on."

7    Q. Let me ask you this: When did you agree to
8 be an expert witness in this case on behalf of
9 relators and plaintiffs?

10    A. So I mean I guess the answer to that question
11 is the day -- again, you asked when did I agree?
12 Sometime between -- I mean I'm not sure I can point to
13 a specific time. I considered the matter. I
14 considered myself bound by privilege from that
15 beginning in May 2015. I may not have considered -- I
16 may not have, in my own head, considered to be an
17 expert witness in this matter until I signed my
18 report.

19    Q. So you had not agreed to be an expert for
20 relators and plaintiffs until you signed your report
21 in 2018?

22    A. I certainly didn't bind myself to certain
23 opinions until I signed my report.

24    Q. That wasn't my question. My question was
25 when did you agree to be an expert witness and provide

1 expert opinions on behalf of relators and plaintiffs?

2    A. When I had my -- well, again, maybe it's
3 semantics. I'm not sure I can answer that question
4 exactly. I mean my sense was when I signed my report,
5 then I had my opinions formed, and then I was, in
6 essence, committing to testify, as I understand the
7 process. But I considered myself bound from the first
8 time we talked, but certainly from the first time I
9 talked, I didn't have any opinions. I didn't know
10 whether I would testify or what I would testify about
11 or whether I was willing to testify. So I didn't know
12 that from the first call.

13    Q. So when did you know that you'd be willing to
14 testify and provide opinions in this case?

15    A. Well, when I signed my report.

16    Q. So up to that point in 2018, you did not know
17 whether you were going to be providing opinions or
18 testifying in this case?

19    A. You never -- until I am sure of what my
20 opinions are, until I finish the process, I'm not sure
21 of anything, ma'am.

22    Q. Did you -- when did you agree to be -- let me
23 ask you this: When did you start drafting your
24 report?

25    A. I don't know exactly. My guess is somewhere

1 less than a year before I signed it. Probably the
2 actual draft date.

3    Q. Was it your intent -- so that would have been
4 in 2017 that you began drafting your report?

5    A. That would be accurate.

6    Q. And in the first half of 2017?

7    A. Probably more toward latter part of 2017, but
8 I don't have it exactly.

9    Q. When you began drafting your report in 2017,
10 was it your intention to provide opinions in this
11 case, expert opinions?

12    A. Again, I think I've answered your question,
13 Counselor.

14    Q. I don't think you have, Dr. Kessler. I'm
15 asking you when -- this is now the third time, I
16 think, that I've asked this question.

17    A. Third time I've answered it, Counselor.

18    Q. I disagree.

19       What I'm asking you, Dr. Kessler, is when you
20 started drafting your report in 2017, was it your
21 intention to offer expert opinions in this case?

22       MS. SCANLAN: Objection. Asked and answered.

23       THE WITNESS: My intention to offer expert
24 opinions was on the date -- that was when I had a
25 formal intention to do that, when I signed my report,

12 (Pages 42 - 45)

Appx1495

Page 46

1  as I stated.
2  BY MS. HARDWAY:
3      Q.  Have you ever worked with relator's counsel
4  before?
5      A.  I'd have to go back and think about that.  I
6  don't recall whether there were any whistle blower --
7  whether there were any whistle blower matters that
8  I've testified in to -- as an expert that -- I mean,
9  for example -- I just want to be careful.  I've
10 testified in Philadelphia and in California on a
11 certain matter, and I know they were tangential
12 whistle blowers, but I don't believe I was involved in
13 those relator cases, but they were relator cases that
14 were attached to those.  So I'd have to do the
15 homework to make sure I'm exact -- answering your
16 question exactly.
17     Q.  And I'm not limiting to whistle blower cases.
18 I'm just asking whether you've worked with relator's
19 counsel on any case before?
20     A.  I'd have to go back and check.
21     Q.  And same question for private plaintiff's
22 counsel.  Have you ever worked with private
23 plaintiff's counsel before?
24     A.  Define "private plaintiff counsel," if you'd
25 be so kind.

Page 47

1      Q.  Some of the lawyers sitting in this room or
2  people from their firm.
3      A.  Oh, I'm sorry.  Have I worked with these
4  folks before, these specific lawyers before?
5      Q.  Yes, or their firm.
6      A.  Their firm.  I don't recall.  I've not worked
7  with Keller Grover before.  I have -- I may have been
8  involved in a matter -- certainly I was involved in
9  tobacco with Robins Kaplan going back decades, and
10 there may have been other matters with Robins Kaplan.
11     MS. LERNER:  And to the extent that those
12 matters are sealed and are not public, I would just
13 caution Dr. Kessler not to divulge anything that may
14 not be public.
15 BY MS. HARDWAY:
16     Q.  Prior to the phone call that you got in 2015
17 from Ms. Scanlan, did you have any knowledge of the
18 claims that were being brought in this case?
19     A.  No.
20     Q.  Do you have a financial stake in the outcome
21 of this litigation?
22     A.  No, nothing whatsoever.
23     Q.  Did you interview or speak with anyone other
24 than relator's counsel before preparing your opinions
25 in this case?

Page 48

1      A.  I speak to a lot of people.
2      Q.  Did you speak to anybody, other than
3  relator's or private plaintiff's counsel, about your
4  opinions in this case prior to forming those opinions?
5      A.  About my opinions, no.
6      Q.  Do you know Dr. Norman Baylor?
7      A.  I know of him from reading his report and
8  from reading documents and E-mails that are -- that
9  were produced in this matter.  I don't believe -- I
10 don't remember meeting Dr. Baylor, but I think he
11 probably goes back when he joined the agency, from his
12 CV.  I think I looked that up.  I don't recall.
13     Q.  He was at CBER during the relevant time
14 period; right?
15     A.  I'm talking about whether -- you're asking me
16 whether I met with him, whether I knew him.  So my
17 relevant time frame to that question was when I was
18 there.  So the question is was he there when I was
19 there, to answer your question, but I don't recall
20 meeting him.
21     Q.  So since you don't recall meeting him, you
22 don't have a personal opinion about Dr. Baylor?
23     A.  I have a professional opinion about
24 Dr. Baylor.
25     Q.  What is your professional opinion?

Page 49

1      A.  So my professional opinion, based on what
2  I've read, is that there were certain -- again, maybe
3  "professional opinion" is too strong a term.  There's
4  some E-mails that strike me as -- what's the right
5  word -- as concerning.  There's one in particular that
6  strikes me as concerning.  Let's say it that way.
7      Q.  What E-mail is that?
8      A.  Well, there's an E-mail, and I think it's an
9  E-mail -- it's a Merck E-mail.  It's actually cited in
10 my report, where he says -- actually, let me get it so
11 I can be exact, please.  I'm just looking at my
12 report, and I'm just going to search so I can quote it
13 exactly.
14     So there's an E-mail -- it's in
15 Paragraph 251.7 of my report.  I guess it's Keith
16 Sherwin at Merck to himself.  So this is a Merck
17 document, to be fair.  This is not Dr. Baylor writing
18 it, but it's Dr. Baylor -- it's referenced to
19 Dr. Baylor.  And so, again, I can't represent these
20 facts are correct.  Others would have to determine
21 that.
22     But he says from his perspective, and in
23 there -- I assume that goes to the prior sentence of
24 Norman Baylor.  By having this filing plan submitted
25 with risk assessment -- this is Merck's filing plan --

13 (Pages 46 - 49)

Appx1496

1 this allows CBER to just come back and say that they
2 would concur with the plan and allows them to be
3 silent on the label noncompliance issue. That strikes
4 me as concerning.
5    Q. Why does that strike you as concerning?
6    A. Well, if anyone wants to be -- if an FDA
7 official at the time is talking about being silent on
8 noncompliance with the statute, I think that's
9 concerning. Now, again, I'd want to be very careful
10 that -- and make no aspersions, but you're asking me
11 questions about why that's concerning. Again, this is
12 not Dr. Baylor saying this. This is Merck saying this
13 and representing. But if one is talking about being
14 silent about noncompliance with the Act, that's not
15 the way I would consider an FDA official to act.
16       Then he goes -- "Norm Baylor, somewhat
17 nervous. We will need to do some negotiation
18 internally." That actually is -- can someone pull the
19 actual document for me because there's a typo in that.
20 If you look at that underlying document in my report,
21 I know I made a typo in there. If you'd pull the
22 underlying document. He's saying, yes, check with
23 compliance. He's somewhat nervous about that, but I
24 would not expect Merck to say -- of an FDA official to
25 say that we can be silent on an issue of -- on a

1 noncompliance issue.
2       Merck gets us this, and that allows us to be
3 noncompliant. So that, obviously, just needs to be
4 looked at, but that would be concerning.
5    Q. Anything else regarding your professional
6 opinion about Dr. Baylor other than this particular
7 E-mail that you just referred us to?
8    A. That's the one that strikes me for the
9 moment. I mean there were other E-mails that I've
10 looked at, and I'm sure other things may jog my
11 memory. Let me just make sure because there is an
12 error in my transcription of that.
13       It says, "and be somewhat nervous and will
14 need to do some negotiation internally." So why is
15 he -- he's nervous, and he's going to need to
16 negotiate about a Merck issue internally, and he's
17 going to be silent on noncompliance. Again, this
18 needs to be explored.
19    Q. Do you know Peter Patriarca?
20    A. Not personally, I don't believe. I may have
21 met him.
22    Q. Do you have a professional opinion about
23 Dr. Patriarca?
24    A. I have no opinion.
25    Q. Do you know Bruce Burlington?

1    A. I do.
2    Q. Do you have a professional opinion about
3 Bruce Burlington?
4    A. I appointed Bruce, I believe, to several
5 positions. I hold Bruce in -- not that we agree
6 necessarily on matters, but I certainly hold Bruce in
7 high personal regard.
8    Q. Do you know Kathy Carbone, Dr. Kathy Carbone?
9    A. I don't know if I've ever met her. I
10 don't -- sitting here, I can't tell you one way or the
11 other.
12    Q. You'll agree that Dr. Carbone is in regular
13 contact with Merck on issues related to its stability
14 testing of MMR; correct?
15    A. For a certain period of time. I believe she
16 left the agency at a certain point in time.
17    Q. And you agree that she evaluated data for
18 both MMR II and Proquad; right?
19    A. In certain regards. She was, in essence, the
20 medical review officer, yes.
21    Q. And you'd agree that she's an expert on both
22 mumps and the mumps vaccine?
23       MS. SCANLAN: Objection.
24       THE WITNESS: Yeah. I think as any
25 physician -- again, I have nothing -- no challenge to

1 Dr. Carbone's knowledge, but no physician is going to
2 be expert on all matters, on all molecular biology
3 matters, on all compliance matters. There's certainly
4 things that I would take significant issue with her in
5 her E-mails but -- as I read them.
6       But, again, I don't have the ability to talk
7 to her. So I don't know what she knows or knows about
8 the issues that I would want to raise with her about
9 what she's written.
10 BY MS. HARDWAY:
11    Q. Dr. Kessler, my question was whether you'd
12 agree that she's an expert on both mumps and the mumps
13 vaccine.
14       MS. SCANLAN: Objection. Asked and answered.
15       THE WITNESS: I understand that's your
16 question.
17 BY MS. HARDWAY:
18    Q. And what is your answer to that question?
19    A. Exactly as I said. I'd be happy to repeat
20 it. I think she's expert on certain aspects of the
21 mumps vaccine. I don't think she -- from what I can
22 tell, I don't think she's expert on all aspects of the
23 mumps vaccine.
24    Q. Do you have an opinion about Dr. Carbone or
25 her work at CBER?

1    MS. SCANLAN: Objection. Compound.
2 BY MS. HARDWAY:
3    Q. Do you have a professional opinion about
4 Dr. Carbone?
5    A. I'm thinking, Counselor. You asked your
6 question. I'm thinking.
7    Q. I was restating it so as not to make it
8 compound, Doctor.
9    A. Thank you. I'm happy to talk to you about
10 Dr. Carbone's opinions. I don't have a general -- I
11 don't have a general overview opinion that I think
12 would be fair of her in general. I think I'd be happy
13 to talk to you about specific statements that she made
14 and whether I think those are right. Were they on
15 target, whether they're wrong. But I think we'd have
16 to discuss individual statements to be fair.
17    Q. Do you know Steve -- Dr. Steve Rubin?
18    A. I don't believe -- I know of him, certainly.
19    Q. And Dr. Rubin evaluated Merck data for both
20 MMR and Proquad; correct?
21    A. Sure.
22    Q. Would you agree that he's an expert on mumps
23 and the mumps vaccine?
24    MS. SCANLAN: Objection.
25    THE WITNESS: He's certainly expert on

1 certain aspects of the mumps vaccine. He has national
2 reputation on certain aspects of the mumps vaccine,
3 yes.
4 BY MS. HARDWAY:
5    Q. Do you have a professional opinion about
6 Dr. Rubin?
7    A. Again, I have certain -- in this matter? Are
8 you asking me specifically about in this matter?
9    Q. I'm just asking if you have a professional
10 opinion about Dr. Rubin.
11    A. Yeah. Again, there are certain things that I
12 find striking in the database that concern Dr. Rubin,
13 but I don't think it goes to his -- I don't form a
14 professional opinion about it. But there are certain
15 things that are striking in this matter that concern
16 Dr. Rubin.
17    Q. What things are striking that concern
18 Dr. Rubin?
19    A. So there's a -- this is an E-mail that's
20 August -- dated August 24, 2011 from Dr. Rubin to
21 David Krah, and they're talking -- I mean these are
22 two scientists talking to each other, and in the CBER
23 tradition they're being colleagues. I respect that,
24 but Rubin is a scientist, he's not -- I mean he's
25 talking as a scientist to a scientist, and I respect

1 this.
2    And when he's talking about looking at the
3 effectiveness of the vaccine induced immune response,
4 again, the vaccine strain. And he's saying this would
5 not be an acceptable practice to David Krah for
6 measuring vaccine immunogenicity as a surrogate for
7 efficacy in a clinical trial. Given that we are not
8 interested in the protection against vaccine virus
9 exposure -- of course they're talking about they're
10 interested in vaccine, again, exposure against
11 circulating virus, the reality of today. Instead a
12 wild type will have to be used.
13    Many years ago Merck argued for use of a --
14 it says, "Many years ago Merck argued for use of a low
15 passage version of JL," Jeryl Lynn, "in such an assay,
16 and we accepted (not my decision. I would not have
17 been in favor of stacking the deck)."
18    So, you know, this whole matter, I mean
19 certainly the whole agent test, the whole wild-type
20 ELISA deals with a significant part of this matter in
21 assessing whether in fact Merck studies were done
22 under a low passage strain. And the JL135 -- again,
23 it's a Passage 7 or something like that strain, and
24 that all these tests -- some of these tests, not all
25 of these tests, there were other earlier, preliminary

1 tests done against other strains, he's saying, that
2 doesn't have anything -- that's not the way you test
3 effectiveness. Merck argued to use this -- a low
4 passage strain. I would not have done that. That
5 doesn't measure effectiveness. The agency approved
6 that.
7    So I guess my question to Dr. Rubin -- and I
8 understand he's the scientist -- if you didn't think
9 this was appropriate that this agent test or these --
10 the JL 135 were not a measure of wild type, which they
11 are not -- right? I think we can agree on that,
12 because they have low passage -- why did you allow
13 that? He says, "Well, it wasn't my decision." The
14 question is, whose decision was it.
15    So my sense is he's in the role of scientist
16 letting other people make decisions on the regulatory,
17 certainly, in this matter. He's signing off on other
18 things. I think people are representing that he made
19 certain approval decisions. But he's clearly saying
20 it makes sense you would never use a low passage
21 strain in your serological tests if you wanted to test
22 effectiveness. So what's going on here at CBER and
23 with Merck? I don't know. Others can figure that
24 out.
25    Q. Anything else that's striking that concerns

1 Dr. Rubin?
2     A. Again, he's basically saying there are
3 decisions being made that I would not have approved.
4 So, again, that just opens questions to me.
5     Q. And you're referring to that one E-mail?
6     A. His E-mail to David Krah, yes. And that's
7 not fair. I have looked at a lot of other E-mails of
8 him with David Krah and back and forth where they're
9 talking scientist to scientist. They're talking as
10 colleagues, not as regulator to regulator.
11     Q. Are those E-mails that you have issues with,
12 Dr. Kessler?
13     A. It's a longer discussion.
14     Q. Well, let me withdraw that question.
15     Are there any other E-mails specifically that
16 you can think of, as you sit here today, that concern
17 you that were authored by Dr. Rubin?
18     A. Concern, maybe not. I mean there is a -- I
19 think when you look at the totality of the E-mails
20 when I went back and I tried to search for the
21 correspondence, you can see them in both the data you
22 produced and the documents you produced and in the FDA
23 FOI documents.
24     I think -- again, this is one of the issues
25 with CBER and the long-standing issues with CBER.

1 CBER was set up at the National Institute of Health
2 campus. It was the biologics center, and there were
3 scientists who had their own laboratories who became
4 national experts, world class experts in their
5 respective fields, and they may be narrow fields, but
6 they were world class. And CBER had a tradition of
7 allowing them to be involved in the regulatory
8 decision.
9     That model came under significant criticism
10 over the last two decades because they were acting as
11 scientist to scientist, and if you and I are acting as
12 colleagues, then what role do I have as a regulator.
13 So you see this familiarity or this sort of symbiotic
14 relationship, which is appropriate scientist to
15 scientist and is good and may have a role for the FDA
16 because you want the FDA to have the knowledge and the
17 science. So you want their scientists.
18     But there's a blurring with CBER between
19 regulator and colleague with the regulated industry,
20 and I think that's -- again, one can have different
21 opinions on whether that's a good thing or not a good
22 thing. And, again, that's part of a longer
23 discussion, but you see that relationship between
24 Dr. Steve Rubin and David Krah.
25     Q. Both Drs. Carbone and Rubin have published

1 extensively on mumps and the mumps vaccine; correct?
2     A. I've seen articles -- I've certainly seen
3 Dr. Rubin has published extensively. Dr. Carbone's
4 name has been on a number of those articles.
5     MS. HARDWAY: I'm going to show you what
6 we're going to mark as the next exhibit.
7     (Deposition Exhibit 6 was marked for
8     identification.)
9     MS. SCANLAN: Kathleen, we've been going for
10 an hour and 15. So at some point if you want to plan
11 a break.
12     MS. HARDWAY: All right. Just a couple more
13 questions.
14     MS. SCANLAN: Sure.
15 BY MS. HARDWAY:
16     Q. Exhibit 6, Dr. Kessler, is a collection of at
17 least some of the peer-reviewed articles and textbook
18 chapters authored by Drs. Rubin and Carbone. Do you
19 see that, the index at the front there?
20     A. Yes, I do.
21     Q. And these are peer-reviewed publications;
22 correct?
23     A. Probably Plotkin's vaccines. Certainly the
24 books are not peer reviewed, but some -- I assume the
25 majority of these are peer reviewed. We can go

1 through them, but some are clearly not.
2     Q. Do you recall seeing at least some of these
3 publications prior to forming your opinions in this
4 case?
5     A. Yes, ma'am.
6     Q. Do you know Dr. Suresh Rastogi?
7     A. I don't believe I know Dr. Rastogi. I don't
8 believe I know Dr. Rastogi.
9     Q. He's a biostatistician at CBER?
10     A. Again, I don't recall.
11     Q. Do you have a professional opinion about
12 Dr. Rastogi?
13     A. I do not.
14     MS. HARDWAY: All right. We'll go ahead and
15 take a break.
16     THE VIDEOGRAPHER: We're going off the
17 record. This is the end of Media Unit No. 1. The
18 time is 10:40 a.m.
19     (A recess was taken from 10:40 a.m.
20     to 11:00 a.m.)
21     THE VIDEOGRAPHER: We're back on the record.
22 This is the beginning of Media Unit No. 2. The time
23 is 11:00 a.m.
24 BY MS. HARDWAY:
25     Q. Dr. Kessler, earlier we were talking about

1 Dr. Bruce Burlington, and I'm not sure if I asked you
2 this question. Do you have a professional opinion
3 about Dr. Burlington?
4     A. I think you asked me that question, and I
5 think I said Bruce and I may agree and disagree on
6 certain issues, but I appointed Bruce. I think my
7 answer was I hold him in the highest personal regard.
8 I think it's probably fair to say I hold him -- in
9 general, I respect Bruce certainly in a professional
10 capacity, not that -- that doesn't mean we would agree
11 on all issues, et cetera.
12     Q. Are you being compensated for your work in
13 this case?
14     A. I am.
15     Q. Are you being reimbursed for expenses related
16 to preparing for and attending this deposition?
17     A. Yes.
18     Q. What did you do to prepare for your
19 deposition today?
20     A. Just read a lot of materials.
21     Q. Just read a lot of materials?
22     A. Read a lot of materials.
23     Q. About how many hours did you spend reading
24 materials to prepare for your deposition?
25     A. I don't know exactly. I don't have that in

1 my head.
2     Q. Is it more than 50 hours?
3     A. Potentially.
4     Q. More than 100 hours?
5     A. It's possible. I don't know the answer to
6 that question.
7     Q. Is it more than 200 hours?
8     A. Probably not, but again, I don't know the
9 answer to that question.
10     Q. Did you meet with counsel to prepare for your
11 deposition?
12     A. I did.
13     Q. About how many hours did you meet with
14 counsel to prepare for your deposition?
15     A. I don't know exactly. I came yesterday. I
16 insisted on watching TV most of the time. So I don't
17 know whether you'd consider that meeting or not
18 meeting. I don't know exactly. But, again, we've
19 had -- again, we've had conversations since my report
20 was signed.
21     Q. About how many hours have you spent having
22 conversations with counsel after your report was
23 signed prior to today?
24     A. Oh, probably -- I don't know exactly.
25 Probably several dozen is my guess, but I don't know.

1     Q. Several dozen hours?
2     A. I'm sure.
3     Q. Which attorneys have you spoken with since
4 your report was signed?
5     MS. SCANLAN: Objection. Vague and
6 ambiguous.
7     THE WITNESS: Which attorneys? I think the
8 three attorneys -- four attorneys sitting here today
9 I've had conversations with.
10 BY MS. HARDWAY:
11     Q. Who did you meet with yesterday?
12     A. So yesterday, Sarah and Kate. Again, came,
13 tried to get my attention, pretty much unsuccessfully.
14     Q. Have you agreed to testify at trial in these
15 matters?
16     A. I think the answer to that -- no one has
17 asked me that question specifically, but my sense is
18 the answer to that is generally yes. You going to
19 trial?
20     MS. HARDWAY: I'm going to mark the next
21 exhibit, which is your CV.
22     (Deposition Exhibit 7 was marked for
23     identification.)
24     MS. HARDWAY: Exhibit 7.
25     Q. Is your CV accurate and up to date?

1     A. My CV is never accurate or up to date.
2 There's always errors or dates that are wrong, and
3 it's always a little behind. And I'm sure this is
4 behind. At a certain point I just stopped putting
5 things on my CV.
6     Q. When did you stop putting things on your CV?
7     A. Whenever I did this -- I don't know what
8 version this is, but there's a certain number of
9 pages, and I just sort of stop. So I'm not -- it's
10 generally accurate. I'm being a little flip. I
11 apologize, Counsel. I'm just saying there may be
12 dates that are not exactly correct here, things that
13 maybe -- to the present that are a little old. No.
14 This looks pretty -- this looks pretty right, but
15 there may be other things that are not on here.
16     Q. Does this include all of your relevant
17 experience?
18     A. No. I mean I've had experience in these
19 matters for some 40 years. So is everything listed,
20 no.
21     Q. Does it include all of your education?
22     A. Yes. Formal education, yes.
23     Q. Does it include all of your specialties?
24     A. I think so. Well, include specialties, I
25 don't know what that means by that question.