**23-2553**

IN THE

# United States Court of Appeals

FOR THE THIRD CIRCUIT



UNITED STATES OF AMERICA EX REL.,
STEPHEN A. KRAHLING; JOAN A. WLOCHOWSKI,

*against*

MERCK & CO, INC.,

STEPHEN A. KRAHLING; JOAN A. WLOCHOWSKI,

*Appellants.*

---

*On Appeal from the United States District Court
for the Eastern of District of Pennsylvania
The Honorable Chad F. Kenney, Case No. 2:10-04374-CFK*

## JOINT APPENDIX
## VOLUME VIII OF XLV
## Pages Appx2501 to Appx3000
## (Filed Under Seal)

VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
410-244-7400

MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
215-963-5000

HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
202-637-5600

*Attorneys for Defendant-Appellee*

CONSTANTINE CANNON LLP
355 Madison Avenue, 9th Floor
New York, New York 10017
212-350-2700

KELLER GROVER, LLP
1965 Market Street
San Francisco, California 94103
415-543-1305

*Attorneys for Relators-Appellants*



# Table of Contents

**Page**

**Volume III**
**(Filed Under Seal)**

Order of the Honorable Lynne A. Sitarski, dated May 16, 2019
(Doc. 250) ................................................................ Appx181

Statement of Material Facts by Defendant in Support of
Its First Dispositive Motion, dated October 25, 2019
(Doc. 281-3) ............................................................ Appx185

Statement of Material Facts by Defendant in Support of
Its Fourth Dispositive Motion, dated October 25, 2019
(Doc. 287-3) ............................................................ Appx247

Statement of Material Facts by Relators,
dated October 25, 2019 (Doc. 294) ........................... Appx295

Declaration of Gary Reilly, for Relators,
in Support of Motion, dated October 25, 2019 (Doc. 24) ......... Appx396

Exhibit 1 to Reilly Declaration -
Expert Report of Eugene Shapiro, M.D.,
dated March 13, 2018. ............................................ Appx438

Exhibit 2 to Reilly Declaration -
Expert Report of Dr. Robert Malone, M.D.,
dated March 13, 2018 ............................................. Appx460
***(Cont'd in Vol IV)***

**Volume IV**
**(Filed Under Seal)**

Exhibit 3 to Reilly Declaration -
Expert Report of David A. Kessler, M.D.,
dated March 14, 2018, with Schedules
and Appendices ..................................................... Appx551
***(Cont'd in Vol V)***

**Table of Contents**
**(Continued)**

**Page**

**Volume V**
**(Filed Under Seal)**

Exhibit 4 to Reilly Declaration -
Deposition Testimony of David Kessler, M.D.,
taken September 28, 2018 ...................................................... Appx1483
*(Cont'd in Vol VI)*

**Volume VI**
**(Filed Under Seal)**

Exhibit 5 to Reilly Declaration -
Expert Report of D. Bruce Burlington, M.D.,
dated June 19, 2018 .............................................................. Appx1588

Exhibit 6 to Reilly Declaration -
Deposition Testimony of D. Bruce Burlington, M.D.,
taken December 13, 2018 ....................................................... Appx1637

Exhibit 7 to Reilly Declaration -
Deposition Testimony of Mark Pallansch, M.D.,
taken October 13, 2017 .......................................................... Appx1715

Exhibit 8 to Reilly Declaration -
Deposition Testimony of Eugene Shapiro, M.D.
taken November 7, 2018 ......................................................... Appx1765

Exhibit 9 to Reilly Declaration -
Deposition Testimony of Alison L. Fisher, Ph.D.,
taken November 1, 2016 ......................................................... Appx1822

Exhibit 10 to Reilly Declaration -
Expert Report of Ann M. Arvin, M.D.,
dated June 11, 2018 .............................................................. Appx1910

Exhibit 11 to Reilly Declaration -
Letter from Dr. Robert Redfield, Director, CDC,
dated May 24, 2018 .............................................................. Appx1945

**Table of Contents**
**(Continued)**

Exhibit 12 to Reilly Declaration -
Letter from Dr. Anne Schuchat, Principal Deputy
Director, CDC, dated September 26, 2017 ........................... Appx1950

Exhibit 13 to Reilly Declaration -
Statement of Dr. Jesse Goodman, FDA,
dated April 18, 2007 ............................................................. Appx1956

Exhibit 14 to Reilly Declaration -
Letter from Merck to Jacqueline Little, Ph.D.,
dated March 23, 2006 (MRK-CHA00214088-148) ............... Appx1960
*(Cont'd in Vol VII)*

**Volume VII**
**(Filed Under Seal)**

Exhibit 15 to Reilly Declaration -
Deposition Testimony of Jonathan L. Temte, M.D., Ph.D.,
taken August 17, 2018 .......................................................... Appx2010

Exhibit 16 to Reilly Declaration -
Expert Report of Peter H. Calcott, B.Sc. (Hons.), D.Phil.,
dated March 12, 2018 ........................................................... Appx2061

Exhibit 17 to Reilly Declaration -
Deposition Testimony of Joye L. Bramble, Ph.D.,
taken January 6, 2017 ........................................................... Appx2141

Exhibit 18 to Reilly Declaration -
FDA Warning Letter, dated February 9, 2001
(MRK-CHA00209399-409) ................................................... Appx2220

Exhibit 19 to Reilly Declaration -
Excerpts from Defendant Merck's Answer to
Amended Complaint (ECF No. 62) ....................................... Appx2232

# Table of Contents
## (Continued)

Exhibit 20 to Reilly Declaration -
Excerpts from Defendant Merck's Responses and
Objections to Relator's Third Set of Requests for Admission,
dated August 16, 2017 ........................................................... Appx2239

Exhibit 21 to Reilly Declaration -
ProQuadTM (Measles, Mumps, Rubella and Varicella
[Oka/Merck] Virus Vaccine Live)-Original Application
(MRK-CHA00158126-79) ...................................................... Appx2293

Exhibit 22 to Reilly Declaration -
Expert Report of William L. Atkinson, M.D., MPH,
dated June 12, 2018 ................................................................ Appx2348

Exhibit 23 to Reilly Declaration -
Deposition Testimony of Jonathan Hartzel, Ph.D.,
taken June 23, 2017 ................................................................ Appx2380

Exhibit 24 to Reilly Declaration -
Expert Report of Anna Durbin, M.D, dated June 14, 2018  ... Appx2476
***(Cont'd in Vol VIII)***

## Volume VIII
## (Filed Under Seal)

Exhibit 25 to Reilly Declaration -
Expert Report of Marcela Pasetti, Ph.D.,
dated June 14, 2018 ................................................................ Appx2511

Exhibit 26 to Reilly Declaration -
Excerpts of Presentation, Principles of Vaccinology,
produced as "Principles of Vaccination.ppt"
(MRK-CHA01339555) ........................................................... Appx2534

Exhibit 27 to Reilly Declaration -
Deposition Testimony of Mary K. Yagodich,
taken August 18, 2016 ............................................................ Appx2538

**Table of Contents**
(Continued)

Exhibit 28 to Reilly Declaration -
GlaxoSmithKline Application for Priorix
(GSK-MMR-IND-0019450-76) ............................................ Appx2631

Exhibit 29 to Reilly Declaration -
Deposition Testimony of Marcela Pasetti, Ph.D.,
taken December 4, 2018 ....................................................... Appx2659

Exhibit 30 to Reilly Declaration -
Deposition Testimony of Anna P. Durbin, M.D.,
taken October 8, 2018 .......................................................... Appx2699

Exhibit 31 to Reilly Declaration -
Excerpts from Rationale for the M-M-R®II End Expiry
Clinical Studies Presentation (MRK-CHA01893680-730) ... Appx2788

Exhibit 32 to Reilly Declaration -
Letter to the Editor "Comparability of M-M-R™II and
Priorix" from Scott Thaler, M.D., *et al.*, *The Pediatric
Infectious Disease Journal*, September 1999:18(9)
(MRK-CHA00088592-3) ...................................................... Appx2836

Exhibit 33 to Reilly Declaration -
Phase V Clinical Development Plan for M-M-R®II
(MRK-CHA00667054-122) ................................................... Appx2839

Exhibit 34 to Reilly Declaration -
Fax from Yolanda Stewart to Donna Boyce,
dated April 25, 2012 (GSK-MMR-IND-0029256-63) ........... Appx2909

Exhibit 35 to Reilly Declaration -
Letter from Karen L. Goldenthal, M.D. to Angus Grant, Ph.D.,
dated September 2, 1997 (GSK-MMR-IND-0000004-7) ...... Appx2918

Exhibit 36 to Reilly Declaration -
Email from Katalin G. Abraham to Keith D. Chirgwin, M.D.,
dated October 5, 1998 (MRK-CHA00095142) ..................... Appx2923

**Table of Contents**
**(Continued)**

Exhibit 37 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449029-40) ........................ Appx2925

Exhibit 38 to Reilly Declaration -
Deposition Testimony of Mark Stannard,
taken December 13, 2016 ...................................................... Appx2938
*(Cont'd in Vol IX)*

**Volume IX**
**(Filed Under Seal)**

Exhibit 39 to Reilly Declaration -
Deposition Testimony of Luwy Musey, M.D.,
taken October 7, 2016 ........................................................... Appx3023

Exhibit 40 to Reilly Declaration -
Deposition Testimony of Ann M. Arvin, M.D.,
taken November 12, 2018 ...................................................... Appx3129

Exhibit 41 to Reilly Declaration -
Deposition Testimony of William Nichols,
taken October 25, 2018 .......................................................... Appx3213

Exhibit 42 to Reilly Declaration -
Proposed New Stabilizer for M-M-R®II,
dated July 26, 2022 (MRK-CHA00207690-7735) ................. Appx3249

Exhibit 43 to Reilly Declaration -
M-M-R®II Mumps End Expiry Study: AIGENT Assay Issues
Impact on Study Criteria Regulatory Implications,
dated October 11, 2002 (MRK-CHA00094161-82) .............. Appx3296

Exhibit 44 to Reilly Declaration -
Memo re: Historical Review and Confirmation of Mumps
Virus Potency Formulation Targets in M-M-R®II,
dated April 8, 2011 (MRK-CHA01456760) .......................... Appx3319

**Table of Contents**
**(Continued)**

Exhibit 45 to Reilly Declaration -
Presentation, M-M-R II Mumps End Expiry Trial, produced as
"CDOC presentation November 15-00-draft.ppt"
(MRK-CHA00020396) ......................................................... Appx3321

Exhibit 46 to Reilly Declaration -
Memo re: Stability of Mumps Component in Merck's Live
Virus Vaccines, dated October 5, 2000
(MRK-CHA00587859-62) ..................................................... Appx3419

Exhibit 47 to Reilly Declaration -
Memo re: Stability of Measles, Mumps, and
Rubella Components in Merck's Live Virus Vaccines,
dated October 17, 2000 (MRK-CHA00549487-94) .............. Appx3424

Exhibit 48 to Reilly Declaration -
Email from Katalin G. Abraham to Bonita M. Stankunas,
dated October 5, 2000 (MRK-CHA00284623-9) .................. Appx3433

Exhibit 49 to Reilly Declaration -
Deposition Testimony of Philip S. Bennett,
taken May 24, 2017 .............................................................. Appx3441

**Volume X**
**(Filed Under Seal)**

Exhibit 50 to Reilly Declaration -
Email from Keiko Simon, dated October 2, 2002
(MRK-CHA00615147-74) ..................................................... Appx3501

Exhibit 51 to Reilly Declaration -
Internal Strategy Document regarding M-M-R®II
Regulatory Compliance (MRK-CHA00019225-45) .............. Appx3530

Exhibit 52 to Reilly Declaration -
"Genetic Heterogeneity of Mumps Strains: Potential
Implications in Comparative Neutralization Studies" CBER
Background Information, dated November 1999
(MRK-CHA00020635-42) ..................................................... Appx3552

**Table of Contents**
(Continued)

Exhibit 53 to Reilly Declaration -
Draft memo, produced as "Outstanding-
issuesMMRV&MMRII.doc"
(MRK-CHA00198876-91) ..................................................... Appx3561

Exhibit 54 to Reilly Declaration -
Memo re: Mumps neutralization meeting minutes,
dated September 16, 1999 (MRK-CHA00020425-7) ............ Appx3578

Exhibit 55 to Reilly Declaration -
Email from Katalin G. Abraham to Keith D. Chirgwin,
dated February 25, 2000 (MRK-CHA00095143) .................. Appx3582

Exhibit 56 to Reilly Declaration -
Memo re: Team Biologics Close Out – Form FDA 483,
dated October 11, 2000 (MRK-CHA00071265-71) .............. Appx3584

Exhibit 57 to Reilly Declaration -
Email from Dorothy Margolskee, M.D., to
Florian Schodel, M.D., with attachments,
dated February 26, 2001
(MRK-CHA00549510-35) ..................................................... Appx3592

Exhibit 58 to Reilly Declaration -
Email from Joseph F. Heyse with attachments,
dated March 5, 2001
(MRK-CHA00616007-12) ..................................................... Appx3627

Exhibit 59 to Reilly Declaration -
Response to FDA 483 Observation 3
(MRK-CHA00086295-7) ....................................................... Appx3634

Exhibit 60 to Reilly Declaration -
Draft Response to FDA 483 Observation 3
(MRK-CHA00086298-317) ................................................... Appx3638

Exhibit 61 to Reilly Declaration -
Draft Response to FDA 483 Observation 3
(MRK-CHA00562230-41) ..................................................... Appx3659

**Table of Contents**
**(Continued)**

**Page**

Exhibit 62 to Reilly Declaration -
Draft Response to FDA 483 Observation 3
(MRK-CHA01440844-64) ..................................................... Appx3672

Exhibit 63 to Reilly Declaration -
Letter from Robert L. McKee, Ph.D. to Steven A. Masiello,
dated March 8, 2001 (MRK-CHA01537603-11) ................... Appx3694

Exhibit 64 to Reilly Declaration -
Deposition Testimony of Dorothy Margolskee, M.D.,
taken April 21, 2017 .............................................................. Appx3704

Exhibit 65 to Reilly Declaration -
Excerpts from Label Claim Compliance M-M-R®II
Peer Review Meeting, dated July 15, 2002
(MRK-CHA00322038-65) ..................................................... Appx3796

Exhibit 66 to Reilly Declaration -
Memo re: Executive Summary-CBER/Merck Meeting
April 4, 2001, dated April 8, 2001
(MRK-CHA01649955-6) ....................................................... Appx3819

Exhibit 67 to Reilly Declaration -
Memo re: Minutes, Meeting with CBER on 4/4/01
Regarding Mumps Stability, dated April 9, 2001
(MRK-CHA00754687-91) ..................................................... Appx3822

Exhibit 68 to Reilly Declaration -
Email from Christopher J. Petroski to Keith D. Chirgwin,
dated January 21, 2002 (MRK-CHA00561350-5) ................. Appx3828

Exhibit 69 to Reilly Declaration -
Presentation, M-M-R®II Mumps Expiry Mumps Potency
Claim in Label (MRK-CHA00334863-8) .............................. Appx3835

Exhibit 70 to Reilly Declaration -
Presentation, Mumps Expiry- Label Claim, produced as
"RMC mumps expiry update.ppt" (MRK-CHA00086318) ... Appx3842

# Table of Contents
## (Continued)

Exhibit 71 to Reilly Declaration -
Memo re: M-M-R®II: Mumps End Expiry label change –
filing strategy, dated August 2, 2001
(MRK-CHA00247149-52) ..................................................... Appx3846

Exhibit 72 to Reilly Declaration -
Email from Keith D. Chirgwin to Manal A. Morsy with
attachment, dated January 22, 2002
(MRK-CHA00019084-5) ..................................................... Appx3851

Exhibit 73 to Reilly Declaration -
Email from Cynthia F. Morrisey, dated September 5, 2002
(MRK-CHA01562819-20) ..................................................... Appx3873

Exhibit 74 to Reilly Declaration -
Email from Roberta L. McKee, Ph.D.,
dated October 31, 2002 (MRK-CHA00094134-5) ................ Appx3876

Exhibit 75 to Reilly Declaration -
Memo, Mumps and Rubella Formulation and Potency Assay
Format Changes to Support Potency through Twenty-four
Month Expiry (MRK-CHA01894982-98) ............................ Appx3879

Exhibit 76 to Reilly Declaration -
Email from Mark S. Galinski to Keiko Simon,
dated August 23, 2004 (MRK-CHA01564065-8) .................. Appx3897

Exhibit 77 to Reilly Declaration -
Email from Alison L. Fisher with attachments,
dated September 20, 2004
(MRK-CHA01574732-8) ..................................................... Appx3902

Exhibit 78 to Reilly Declaration -
Presentation, Accomplishments to Date,
produced as "accomplishments to 5-17-01.ppt"
(MRK-CHA00724288) ........................................................ Appx3910

# Table of Contents
## (Continued)

Page

Exhibit 79 to Reilly Declaration -
Draft letter from Roberta L. McKee, Ph.D., to
Michael Angelo, with metadata date of October 17, 2002
(MRK-CHA01649892-3) ...................................................... Appx3917

Exhibit 80 to Reilly Declaration -
Email from Manal Morsy to Keith D. Chirgwin,
dated November 4, 2002 (MRK-CHA00501762-5) .............. Appx3920

Exhibit 81 to Reilly Declaration -
Memo re: Preparations for the Mumps Stability-CBER
discussion, dated March 19, 2001
(MRK-CHA00019430-2) ...................................................... Appx3925

Exhibit 82 to Reilly Declaration -
Email from Philip S. Bennett to Joseph M. Antonello,
dated September 5, 2002 (MRK-CHA00780325-6) .............. Appx3929

Exhibit 83 to Reilly Declaration -
Memo re: Mumps End Expiry study issues,
with Attachment (MRK-CHA00019246-67) ........................ Appx3932

Exhibit 84 to Reilly Declaration -
Draft Presentation, M-M-R II to October 8, 2002 CRRC,
produced as "Draft#1-CRRC 10-08-02 slides.ppt"
(SCHOFIELD_00000201) .................................................... Appx3955

Exhibit 85 to Reilly Declaration -
Presentation, M-M-R II to October 8, 2002 CRRC,
produced as"CRRC-10-08-02 slides.ppt"
(MRK-CHA00027726) ......................................................... Appx3991
*(Cont'd in Vol XI)*

Volume XI
(Filed Under Seal)

Exhibit 86 to Reilly Declaration -
Email from Philip S. Bennett with attachment,
dated March 14, 2001 (MRK-CHA00562218-9) ................... Appx4021

**Table of Contents**
(Continued)

Exhibit 87 to Reilly Declaration -
Meeting Agenda, dated March 7, 2002
(MRK-CHA00205854-60) ...................................................... Appx4024

Exhibit 88 to Reilly Declaration -
Email from Manal Morsy, M.D., Ph.D. to Deitra E. Arena,
dated March 27, 2002 (MRK-CHA00064005-12) ................. Appx4032

Exhibit 89 to Reilly Declaration -
Email from Manal Morsy, M.D., Ph.D. to David Krah, M.D.,
dated April 10, 2002 (MRK-CHA00561310-2) ..................... Appx4041

Exhibit 90 to Reilly Declaration -
Spreadsheet for June 10, 2003 Vaccine Assay Committee
meeting (MRK-CHA00440797-811) ..................................... Appx4045

Exhibit 91 to Reilly Declaration -
Minutes of CBER Teleconference, dated December 7, 2001
(MRK-CHA00019434-7) ....................................................... Appx4061

Exhibit 92 to Reilly Declaration -
Draft Summary of Teleconference Notes
(MRK-CHA00024596-9) ....................................................... Appx4066

Exhibit 93 to Reilly Declaration -
Memo re: CBER teleconference (December 7, 2001): Mumps
Inspection results and discussion, dated December 13, 2001
(MRK-CHA00071082-9) ....................................................... Appx4071

Exhibit 94 to Reilly Declaration -
Memo re: Consultation with Dr. William Fairweather
on Vaccine Stability, dated December 14, 2000
(MRK-CHA00590949-58) ..................................................... Appx4080

Exhibit 95 to Reilly Declaration -
Excerpts from Proposed New Stabilizer for M-M-R®II,
dated August 2002 (MRK-CHA01591461-87) ...................... Appx4091

**Table of Contents**
(Continued)

Exhibit 96 to Reilly Declaration -
Email from Manal Morsy, M.D., Ph.D. to Joye L. Bramble,
dated June 11, 2002 (MRK-CHA00494158-61) .................... Appx4117

Exhibit 97 to Reilly Declaration -
M-M-R®11 Defense Action Plan, dated June 1999
(MRK-CHA00285276-96) .................................................... Appx4122

Exhibit 98 to Reilly Declaration -
Memo re: Statement of Interest for ProQuad™ Measles,
mumps, rubella, and varicella virus vaccine live, dated
November 10, 2000 (MRK-CHA00325472-91) .................... Appx4144

Exhibit 99 to Reilly Declaration -
Memo re: Statement of Interest for ProQuad™ Measles,
mumps, rubella, and varicella virus vaccine live,
dated November 10, 2000 (MRK-CHA00671410-28) .......... Appx4165

Exhibit 100 to Reilly Declaration -
Memo re: Minimum Expiry Specification Limit for Mumps
Potency in M-M-R®II, dated July 5, 2001
(MRK-CHA01896349) ......................................................... Appx4185

Exhibit 101 to Reilly Declaration -
Excerpts from Clinical and Regulatory Review Committee
Development Projects, dated October 29, 2002
(MRK-CHA01725276-364) .................................................. Appx4187

Exhibit 102 to Reilly Declaration -
Presentation, MMRII Mumps End Expiry study status &
Regulatory implications, produced as "slides for
GRSRC_MumpsEndExpiry -10-11-02.ppt"
(MRK-CHA00040705) ......................................................... Appx4197

Exhibit 103 to Reilly Declaration -
Presentation, MMRII Mumps End Expiry study status &
Regulatory implications, produced as
"slides for GRSRC -10-11-02.ppt"
(MRK-CHA00094159) ......................................................... Appx4227

**Table of Contents**
(Continued)

Exhibit 104 to Reilly Declaration -
Email from Joseph F. Heyse to Keith D. Chirgwin,
dated September 30, 2002 (MRK-CHA01582137-9) ............ Appx4256

Exhibit 105 to Reilly Declaration -
MRL Clinical Study Report, Multicenter Study: A Study of
M-M-R II at Mumps Expiry Potency in Healthy Children 12
to 18 Months of Age (Protocol 007)
(MRK-CHA00224982-26529) ............................................... Appx4260

Exhibit 106 to Reilly Declaration -
Email from Dorothy Margolskee to Keith D. Chirgwin,
dated March 8, 1998 (MRK-CHA00095320-1) ..................... Appx4419

Exhibit 107 to Reilly Declaration -
Slide Deck from M-M-R™ Expiry Investigators Meeting,
dated March 15-16, 1999 (MRK-CHA00017605-12) ........... Appx4422

Exhibit 108 to Reilly Declaration -
Excerpts from Merck Submission to the Department of Justice,
dated April 9, 2012 (MRK-CHA0002549-75) ....................... Appx4431

Exhibit 109 to Reilly Declaration -
Letter from Karen L. Goldethal, M.D. to
Keith Chirgwin, M.D., dated September 8, 1998
(MRK-CHA00001467-9) ...................................................... Appx4459

Exhibit 110 to Reilly Declaration -
Memo re: BB-IND 1016: Summary of discussion with
Dr. Kathryn Carbone and Ms. Luba Vujcic (CBER) regarding
the Mumps neutralization assay, dated February 8, 2000
(MRK-CHA00001255-7) ...................................................... Appx4463

Exhibit 111 to Reilly Declaration -
Memo re: Communication with Dr. Kathryn Carbone (CBER)
on April 12, 200 regarding CBER's meeting (face to face-
March 13, 2000) minutes and the mumps neutralization
and ELISA assays, dated April 12, 2000
(MRK-CHA01927351-5) ...................................................... Appx4467

**Table of Contents**
**(Continued)**

Exhibit 112 to Reilly Declaration -
Response to FDA Request for Information,
dated November 17, 2004 (MRK-CHA00126963-71) .......... Appx4473

Exhibit 113 to Reilly Declaration -
Summary of Findings of Inspection, dated August 6, 2001
(MRK-CHA02021754-61) .................................................... Appx4483

Exhibit 114 to Reilly Declaration -
Meeting Minutes, dated March 14, 2000
(MRK-CHA00001258-61) .................................................... Appx4492

Exhibit 115 to Reilly Declaration -
Deposition Testimony of Emilio Emini, Ph.D.,
taken June 6, 2017 ................................................................ Appx4497
***(Cont'd in Vol XII)***

**Volume XII**
**(Filed Under Seal)**

Exhibit 116 to Reilly Declaration -
Deposition Testimony of Florian Schodel, M.D.,
taken December 22, 2016  .................................................... Appx4592

Exhibit 117 to Reilly Declaration -
Email from Manal Morsy, dated September 13, 2002
(MRK-CHA01386177-82) .................................................... Appx4700

Exhibit 118 to Reilly Declaration -
Email from Keiko Simon with attachments,
dated October 27, 2003
(MRK-CHA00279197-247) .................................................. Appx4707

Exhibit 119 to Reilly Declaration -
Slide Deck from M-M-R™ Expiry Investigators Meeting,
dated March 15-16, 1999 (MRK-CHA01888826-913) ......... Appx4759

**Table of Contents**
**(Continued)**

Page

Exhibit 120 to Reilly Declaration -
Email from Deitra E. Arena with attachments,
dated June 16, 2000
(MRK-CHA00026466-89) ...................................................... Appx4848

Exhibit 121 to Reilly Declaration -
Email from Manal Morsy to Henrietta Ukwu,
dated October 10, 1999 (MRK-CHA01898773-6) ................ Appx4874

Exhibit 122 to Reilly Declaration -
Deposition Testimony of David Krah, M.D.,
taken July 11-12, 2017 ........................................................... Appx4879
*(Cont'd in Vol XIII)*

**Volume XIII**
**(Filed Under Seal)**

Exhibit 123 to Reilly Declaration -
Mumps Neutralization Assay Development
(MRK-CHA00336905-18) ...................................................... Appx5076

Exhibit 124 to Reilly Declaration -
Minutes of CAS Meeting, dated June 20, 2000
(MRK-CHA00209674-8) ........................................................ Appx5091

Exhibit 125 to Reilly Declaration -
Email from Ted L. Staub to George Williams,
dated February 20, 1998 (MRK-CHA00625629-30) ............. Appx5097

Exhibit 126 to Reilly Declaration -
Minutes of Mumps Neutralization Assay Meeting,
dated September 29, 1999 (MRK-CHA00020428-9) ............ Appx5100

Exhibit 127 to Reilly Declaration -
Presentation, MMR II End Expiry Trial,
produced as "MMRII-Neut-fnQPAslides9-27-99.ppt"
(MRK-CHA00025315) ........................................................... Appx5103

## Table of Contents
## (Continued)

Exhibit 128 to Reilly Declaration -
Draft Summary of 8/17/99 meeting by M. Morsy
(MRK-CHA00198869-70) ......................................................Appx5111

Exhibit 129 to Reilly Declaration -
Memo re: Options and proposed path forward for the
Mumps Expiry Trial (MRK-CHA00086292-3) ..................... Appx5114

Exhibit 130 to Reilly Declaration -
Email from Florian P. Schodel to Colleen A. Forsythe,
dated July 7, 1997 (MRK-CHA01648951-6) ........................ Appx5117

Exhibit 131 to Reilly Declaration -
Memo re: Monthly report for August, 2000,
dated August 23, 2000 (MRK-CHA00016632-5) .................. Appx5124

Exhibit 132 to Reilly Declaration -
Virus & Cell Biology Research Procedure
(MRK-CHA00002189-98) ..................................................... Appx5129

Exhibit 133 to Reilly Declaration -
Letter from Karen L. Goldenthal, M.D. to Keith D. Chirgwin,
M.D., dated October 26, 1999 (MRK-CHA00761482-4) ...... Appx5140

Exhibit 134 to Reilly Declaration -
Memo re: Filing Strategy for ProQuad,
dated January 31, 2002 (MRK-CHA00818776-81) ............... Appx5144

Exhibit 135 to Reilly Declaration -
Memo re: CBER teleconference (October 16, 2001):
Measles, Mumps and Rubella ELISAs, dated October 19, 2001
(MRK-CHA00331831-6) ....................................................... Appx5151

Exhibit 136 to Reilly Declaration -
Email from Michael L. Dekleva to Alison L. Fisher,
dated October 26, 2004 (MRK-CHA00846454-8) ................ Appx5158

## Table of Contents
### (Continued)

Exhibit 137 to Reilly Declaration -
Response to FDA Request for Information,
dated April 13, 2005 (MRK-CHA00000315-60) ................... Appx5164

Exhibit 138 to Reilly Declaration -
Response to FDA Request for Information,
dated November 15, 2006 (MRK-CHA00000393-409) ........ Appx5211

Exhibit 139 to Reilly Declaration -
Response to CBER Comments, dated June 10, 2002
(MRK-KRA00761628-702) ................................................... Appx5229

Exhibit 140 to Reilly Declaration -
Regulatory Liaison FDA Conversation Record,
dated October 5, 2004 (MRK-CHA00846405-15) ................ Appx5305

Exhibit 141 to Reilly Declaration -
Email from Florian Schodel to Michael L. Dekleva,
dated July 3, 2004 (MRK-CHA00791315-9) ........................ Appx5317

Exhibit 142 to Reilly Declaration -
Proposal for Immunogenicity Analyses
(MRK-CHA00561111-2) ...................................................... Appx5323

Exhibit 143 to Reilly Declaration -
Email from David Krah, M.D. to Emilio Emini, Ph.D.,
dated October 9, 2000 (MRK-CHA00065695-703) .............. Appx5326

Exhibit 144 to Reilly Declaration -
Anti-IgG Enhanced Mumps Neutralization Assay-Update,
dated October 24, 2000 (MRK-CHA00026912-8) ................ Appx5336

Exhibit 145 to Reilly Declaration -
Email from Jospeh Antonello to David Krah, M.D.,
dated October 30, 2000 (MRK-CHA00759836-9) ................ Appx5344

Exhibit 146 to Reilly Declaration -
Deposition Testimony of Barbara Kuter,
taken February 9, 2018 ......................................................... Appx5349

**Table of Contents**
**(Continued)**

**Page**

Exhibit 147 to Reilly Declaration -
Email from Steven Rubin to David Krah, M.D.,
dated August 24, 2011 (MRK-CHA00030994-8) .................. Appx5398

Exhibit 148 to Reilly Declaration -
Excerpts from Attachments to 11/18/98 CDOC Meeting
(MRK-CHA01731773-1804) ................................................ Appx5404

Exhibit 149 to Reilly Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
teleconference on methods used for the plaque reduction
neutralization assay, dated February 22, 1999
(MRK-CHA00095050-2) ...................................................... Appx5437

Exhibit 150 to Reilly Declaration -
Extra CDAB Meeting Abstract, dated August 1, 2011
(GSK-MMR-0195819-42) ..................................................... Appx5441

Exhibit 151 to Reilly Declaration -
Performance Characteristics and Validation for Mumps Plaque
Reduction Microneutralization assay
(GSK-MMR-IND-0022195-269) .......................................... Appx5466
***(Cont'd in Vol XIV)***

**Volume XIV**
**(Filed Under Seal)**

Exhibit 152 to Reilly Declaration -
Agenda for CBER Meeting, dated March 13, 2000
(MRK-CHA00016335-43) ..................................................... Appx5542

Exhibit 153 to Reilly Declaration -
Email from David Krah, M.D. to Alan Shaw,
dated August 15, 2000 (MRK-CHA00068546) ..................... Appx5552

Exhibit 154 to Reilly Declaration -
To-Do List, dated August 26, 2000
(MRK-CHA00273243-4) ...................................................... Appx5554

## Table of Contents
### (Continued)

Exhibit 155 to Reilly Declaration -
Deposition Testimony of Stephen Krahling,
taken May 2-3, 2017 ............................................................. Appx5557

Exhibit 156 to Reilly Declaration -
Memo re: Monthly report for May, 2000, dated May 23, 2000
(MRK-CHA01634869-71) ...................................................... Appx5690

Exhibit 157 to Reilly Declaration -
Handwritten Notes in Book 31271, Pages 161-2
(MRK-CHA00064608-9) ........................................................ Appx5694

Exhibit 158 to Reilly Declaration -
Email from David Krah, M.D. to Emilio Emini, Ph.D.,
dated March 30, 2000 (MRK-CHA00336323-5) ................... Appx5697

Exhibit 159 to Reilly Declaration -
Email from Keith D. Chirgwin with attachment,
dated February 26, 2001
(MRK-CHA00549462-72) ...................................................... Appx5701

Exhibit 160 to Reilly Declaration -
Relator Stephen A. Krahling's Responses and Objections
to Merck's Revised First Set of Interrogatories,
dated May 18, 2015 ............................................................... Appx5713

Exhibit 161 to Reilly Declaration -
Deposition Testimony of Joseph Antonello, Ph.D.,
taken August 3, 2017 ............................................................ Appx5780

Exhibit 162 to Reilly Declaration -
Email from Beverly A. Zaber to Cathy W. Wadsworth,
dated August 9, 2001 (MRK-CHA00008835-9) .................... Appx5862

Exhibit 163 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Steve Krahling, dated March 29, 2001
(MRK-CHA00015702-3) ........................................................ Appx5868

**Table of Contents**
(Continued)

Exhibit 164 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Colleen Barr, dated March 29, 2001
(MRK-CHA00014739-40) .................................................... Appx5871

Exhibit 165 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Mary Yagodich, dated March 29, 2001
(MRK-CHA00014746-7) ...................................................... Appx5874

Exhibit 166 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Jennifer Kriss, dated March 29, 2001
(MRK-CHA00014829-30) .................................................... Appx5877

Exhibit 167 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Steve Krahling, dated March 29, 2001
(MRK-CHA00014731-2) ...................................................... Appx5880

Exhibit 168 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Mary Yagodich, dated March 29, 2001
(MRK-CHA00014744-5) ...................................................... Appx5883

Exhibit 169 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Jill DeHaven, dated March 29, 2001
(MRK-CHA00014749-50) .................................................... Appx5886

Exhibit 170 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Jennifer Kriss, dated March 29, 2001
(MRK-CHA00015719-20) .................................................... Appx5889

Exhibit 171 to Reilly Declaration -
Memo re: Study KM-248 Phase III-Questionable ELISA
Results in the Comparator Group, dated November 1, 2001
(MRK-CHA00760670-2) ...................................................... Appx5892

**Table of Contents**
**(Continued)**

**Page**

Exhibit 172 to Reilly Declaration -
Deposition Testimony of Joan L. Wlochowski,
taken June 13-14, 2017 ......................................................... Appx5896
*(Cont'd in Vol XV)*

**Volume XV**
**(Filed Under Seal)**

Exhibit 173 to Reilly Declaration -
Outline for HR Discussion (RELATOR_00000273) ............. Appx6040

Exhibit 174 to Reilly Declaration -
Expert Report of Philip Stark, Ph.D.,
dated March 12, 2018 ........................................................... Appx6042

Exhibit 175 to Reilly Declaration -
Supplemental Expert Report of Philip Stark, Ph.D.,
dated October 16, 2018 ......................................................... Appx6072

Exhibit 176 to Reilly Declaration -
Email from Jospeh Antonello with attachments,
dated March 20, 2002
(MRK-CHA00544820-47) ..................................................... Appx6079

Exhibit 177 to Reilly Declaration -
Excerpts from journal of David Krah, M.D.
(MRK-CHA00489903-490080) ............................................. Appx6133

Exhibit 178 to Reilly Declaration -
Handwritten Log (RELATOR_00001025-6) ......................... Appx6136

Exhibit 179 to Reilly Declaration -
Excerpts from journal of David Krah, M.D.
(MRK-CHA00490592-91038) ............................................... Appx6139

Exhibit 180 to Reilly Declaration -
Memo re: Review of mumps-AIGENT neutralization data,
dated August 1, 2001 (MRK-CHA00026864) ....................... Appx6144

# Table of Contents
## (Continued)

Exhibit 181 to Reilly Declaration -
Email from Karen R. McKenney, dated August 7, 2001
(MRK-CHA00052249-53) ...................................................... Appx6146

Exhibit 182 to Reilly Declaration -
General Correspondence and Submission to FDA,
dated February 4, 2002 (MRK-CHA00000410-78) ............... Appx6152

Exhibit 183 to Reilly Declaration -
Assay Log (MRK-CHA00050333-42) .................................. Appx6222

Exhibit 184 to Reilly Declaration -
Handwritten Notes regarding Discarded Plates
(MRK-CHA00055013) .......................................................... Appx6233

Exhibit 185 to Reilly Declaration -
Memo re: Validation of the Anti-IgG Enhanced Mumps Wild
Type Plaque Reduction Neutralization Assay (Virus and Cell
Biology Research Procedure #874.3489), dated
February 27, 2001 (MRK-CHA00016988-17023) ................ Appx6235

Exhibit 186 to Reilly Declaration -
Response to FDA Request for Information,
dated March 12, 2001 (MRK-CHA00017036-115) ............... Appx6272

Exhibit 187 to Reilly Declaration -
Biological Product Deviation Report Form,
dated April 20, 2001 (MRK-CHA00754233-8) ..................... Appx6353

Exhibit 188 to Reilly Declaration -
Background Document: M-M-R®II Protocol 007-Mumps End
Expiry Study: AIGENT Assay Issues and Impact on Study
Criteria (MRK-CHA00615152-74) ....................................... Appx6360

Exhibit 189 to Reilly Declaration -
Supplemental Biologics License Application,
dated January 29, 2004 (MRK-CHA00000032-139) ............. Appx6384

**Table of Contents**
**(Continued)**

Exhibit 190 to Reilly Declaration -
Information Amendment-Clinical, dated November 30, 2001
(MRK-CHA00126233-66) ..................................................... Appx6493
*(Cont'd in Vol XVI)*

**Volume XVI**
**(Filed Under Seal)**

Exhibit 191 to Reilly Declaration -
Email from Mandie Lyon to David Krah, M.D.,
dated August 19, 2004 (MRK-CHA00337141-57) ................ Appx6528

Exhibit 192 to Reilly Declaration -
Email from Barbara J. Kuter to Barbara J. Kuter
with attachment, dated August 5, 2009
(MRK-CHA00121080-82) ..................................................... Appx6546

Exhibit 193 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of October 24, 2011 ..................... Appx6550

Exhibit 194 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of September 26, 2012 ................. Appx6555

Exhibit 195 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of October 17, 2012 ..................... Appx6559

Exhibit 196 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of December 22, 2012 ................. Appx6563

Exhibit 197 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of July 3, 2013 ............................. Appx6567

**Table of Contents**
(Continued)

Exhibit 198 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of October 7, 2015 ....................... Appx6571

Exhibit 199 to Reilly Declaration -
CinicalTrials.gov "Background" webpage,
last accessed October 14, 2019 .............................................. Appx6575

Exhibit 200 to Reilly Declaration -
EMEA Scientific Discussion Paper re: M-M-RVAXPRO
and M-M-RII, downloaded October 10, 2019 ........................ Appx6580

Exhibit 201 to Reilly Declaration -
Letter from Dr. Gudrun V. Wangenheim to
D. Wonnacott, Ph.D. (MRK-CHA00626021-2) .................... Appx6616

Exhibit 202 to Reilly Declaration -
Letter from Karen L. Goldenthal, M.D. to Alison Fisher,
Ph.D., dated October 17, 2005 (MRK-CHA00560257-8) ..... Appx6619

Exhibit 203 to Reilly Declaration -
Amendment to Supplemental Biologics License Application
Response to FDA Request for Information,
dated June 5, 2007, with Attachments
(MRK-CHA00000368-82) ...................................................... Appx6622

Exhibit 204 to Reilly Declaration -
Email from Margaret Kanters to Donna Zacholski,
dated January 30, 2009 (MRK-CHA01300697-9) ................. Appx6638

Exhibit 205 to Reilly Declaration -
Approval Letter from FDA, dated December 6, 2007
(MRK-CHA01519087-8) ....................................................... Appx6642

Exhibit 206 to Reilly Declaration -
Memo re: Review of Merck's 7068-214, dated July 27, 2004
(MRK-CHA00846451-3) ....................................................... Appx6645

**Table of Contents**
(Continued)

Exhibit 207 to Reilly Declaration -
ProQuad™ Original Application, dated August 3, 2004
(MRK-CHA00158320-71) ..................................................... Appx6649

Exhibit 208 to Reilly Declaration -
Deposition Testimony of Michael Dekleva,
taken February 9, 2017 ......................................................... Appx6687

Exhibit 209 to Reilly Declaration -
Original Biologics License Application, dated August 27, 2004
(MRK-CHA00157572-3) ....................................................... Appx6760

Exhibit 210 to Reilly Declaration -
Email from Louis H. Washington to Michael L. Dekleva,
dated June 10, 2004 (MRK-CHA00821967-9) ...................... Appx6763

Exhibit 211 to Reilly Declaration -
Information Amendment-Clinical, dated November 27, 2001
(MRK-CHA00152449-67) ..................................................... Appx6767

Exhibit 212 to Reilly Declaration -
Excerpts from Merck's Responses and Objections to
Plaintiffs' First Set of Interrogatories,
dated August 16, 2017 .......................................................... Appx6787

Exhibit 213 to Reilly Declaration -
Excerpts from Merck's Response to Request for Information,
dated May 4, 2005 (MRK-CHA00846087-6404) .................. Appx6798

Exhibit 214 to Reilly Declaration -
Approval Letter, dated September 6, 2005
(MRK-CHA00761865-89) ..................................................... Appx6804

Exhibit 215 to Reilly Declaration -
Supplemental Biologics License Application,
dated June 30, 2004 (MRK-CHA00137854-5) ...................... Appx6830

# Table of Contents
## (Continued)

**Page**

Exhibit 216 to Reilly Declaration -
Excerpts from A Comparison of the Safety, Tolerability, and
Immunogenicity of M-M-R™II Manufactured With
Recombinant Human Albumin (rHA) Versus M-M-R™II
Manufactured with Pooled-Donor Human Serum Albumin
(HSA) in Healthy Children 12 to 18 Months of Age
Protocol 009 (MRK-CHA00140056-41340) ......................... Appx6833

Exhibit 217 to Reilly Declaration -
Excerpts from Measles, Mumps, and Rubella Virus Vaccine,
Live-Replacement of Human Serum Albumin With
Recombinant Albumin (MRK-CHA00138137-72) ............... Appx6908

Exhibit 218 to Reilly Declaration -
Excerpts from Response to FDA Request for Information,
dated June 28, 2004 (MRK-CHA00124554-4690) ................ Appx6931

Exhibit 219 to Reilly Declaration -
Approval Letter, dated August 31, 2005
(MRK-CHA00141909-22) .................................................... Appx6979

Exhibit 220 to Reilly Declaration -
M-M-R®II Label (April 1999)
(MRK-CHA00757072-6) ....................................................... Appx6994

Exhibit 221 to Reilly Declaration -
M-M-R®II Label (MRK-CHA00757108-11) ......................... Appx7000
*(Cont'd in Vol XVII)*

## Volume XVII
## (Filed Under Seal)

Exhibit 222 to Reilly Declaration -
M-M-R®II Label (2004) (MRK-CHA00757100-3) .............. Appx7005

Exhibit 223 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449260-70) ....................... Appx7010

# Table of Contents
## (Continued)

Exhibit 224 to Reilly Declaration -
Current M-M-R®II Label (last revised: 09/2019),
downloaded on October 22, 2019 .......................................... Appx7022

Exhibit 225 to Reilly Declaration -
M-M-R®II Label (1990) (MRK-CHA00757060-3) .............. Appx7034

Exhibit 226 to Reilly Declaration -
Summary of Revisions of M-M-R®II Label
(MRK-CHA00137876-7) ....................................................... Appx7039

Exhibit 227 to Reilly Declaration -
Protocol 006 Clinical Study Report Synopsis,
dated August 16, 2004 (MRK-CHA01580213-19) ................ Appx7042

Exhibit 228 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449029-40) ........................ Appx7050

Exhibit 229 to Reilly Declaration -
Description of ProQuad® (MRK-CHA00177125-36) .......... Appx7063

Exhibit 230 to Reilly Declaration -
ProQuad® Label (MRK-CHA01449181-2) ........................... Appx7076

Exhibit 231 to Reilly Declaration -
Current ProQuad Label (last revised: 09/2019),
downloaded on October 22, 2019 .......................................... Appx7079

Exhibit 232 to Reilly Declaration -
Excerpts from Merck's Responses and Objections to Relators'
First Set of Interrogatories, dated April 9, 2015 .................... Appx7105

Exhibit 233 to Reilly Declaration -
Expert Report of Yonatan Grad, M.D., Ph.D.,
dated June 12, 2018 ............................................................... Appx7114

Exhibit 234 to Reilly Declaration -
Excerpts from "Summary of Notifiable Diseases-United
States, 2006," *MMWR*, 2008:55(53) ..................................... Appx7169

# Table of Contents
## (Continued)

Exhibit 235 to Reilly Declaration -
Excerpts from "Summary of Notifiable Diseases-United
States, 2009," *MMWR*, 2009:58(53) ..................................... Appx7173

Exhibit 236 to Reilly Declaration -
Excerpts from a "Summary of Notifiable Diseases-United
States, 2010," *MMWR*, 2012:59(53) ..................................... Appx7177

Exhibit 237 to Reilly Declaration -
Excerpts from "Summary of Notifiable Diseases-United
States, 2012," *MMWR*, 2014:61(53) ..................................... Appx7181

Exhibit 238 to Reilly Declaration -
Excerpts from "Summary of Notifiable Infectious
Diseases and Conditions-United States, 2013,"
*MMWR*, 2015:62(53) ........................................................... Appx7185

Exhibit 239 to Reilly Declaration -
Excerpts from "Summary of Notifiable Infectious
Diseases and Conditions-United States, 2014,"
*MMWR*, 2016:63(54) ........................................................... Appx7189

Exhibit 240 to Reilly Declaration -
Excerpts from "Summary of Notifiable Infectious
Diseases and Conditions-United States, 2015,"
*MMWR*, 2017:64(53) ........................................................... Appx7194

Exhibit 241 to Reilly Declaration -
National Notifiable Infectious Diseases and Conditions:
United States TABLE 2j. Reported cases of notifiable
diseases, by region and reporting area-United States and
U.S. territories, 2016 ........................................................... Appx7199

Exhibit 242 to Reilly Declaration -
National Notifiable Infectious Diseases and Conditions:
United States TABLE 2j. Reported cases of notifiable
diseases, by region and reporting area-United States and
U.S. territories, 2017 ........................................................... Appx7202

**Table of Contents**
(Continued)

Exhibit 243 to Reilly Declaration -
Nationally Notifiable Infectious Diseases and Conditions,
United States: Weekly Tables; TABLE 1y. Weekly cases of
notifiable diseases, United States, U.S. Territories, and
Non-U.S. Residents weeks ending September 14, 2019
(week 37) ............................................................................. Appx7205

Exhibit 244 to Reilly Declaration -
"Decreased humoral immunity to mumps in young adults
immunized with MMR vaccine in childhood," Rasheed, *et al.*,
PNAS, dated September 17, 2019 116 (38) ........................... Appx7209

Exhibit 245 to Reilly Declaration -
Deposition Testimony of William L. Atkinson, M.D., MPH,
taken January 30, 2019 ......................................................... Appx7216

Exhibit 246 to Reilly Declaration -
Email from Don Latner to William Bellini,
dated July 29, 2010 (BIAOHE000446-53) ........................... Appx7270

Exhibit 247 to Reilly Declaration -
Deposition Testimony of Yonatan Grad, M.D., Ph.D.,
taken October 30, 2018 ......................................................... Appx7279

Exhibit 248 to Reilly Declaration -
Press Briefing Transcripts from CDC,
dated April 19, 2006 ............................................................. Appx7342

Exhibit 249 to Reilly Declaration -
Deposition Testimony of Alan W. Sims,
taken October 12, 2017 ......................................................... Appx7349

Exhibit 250 to Reilly Declaration -
Deposition Testimony of Katalin Abraham,
taken May 18, 2017 ............................................................... Appx7403
*(Cont'd in Vol XVIII)*

**Table of Contents**
**(Continued)**

**Volume XVIII**
**(Filed Under Seal)**

Exhibit 251 to Reilly Declaration -
Email from Eric T. Skjeveland to Christopher J. Petroski,
dated June 7, 2012 (MRK-CHA00955961) ........................... Appx7504

Exhibit 252 to Reilly Declaration -
Expert Report of Jonathan Temte, M.D., Ph.D.,
dated June 12, 2018 ............................................................. Appx7506

Exhibit 253 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449243-53) ....................... Appx7556

Exhibit 254 to Reilly Declaration -
Transcription of an MVX (voice mail) from Manal A. Morsy
to Henrietta Ukwu and Keith D. Chirgwin
(MRK-CHA00020421-2) ...................................................... Appx7568

Exhibit 255 to Reilly Declaration -
CDC Presentation, "Mumps-What Happened in 2006?
National Perspective," by Gustavo Dayan,
dated March 5, 2007
(MRK-CHA01372603-33) .................................................... Appx7571

Exhibit 256 to Reilly Declaration -
"Commentary: Mumps Vaccines: Do We Need A New One?"
by Stanely A. Plotkin, M.D., accepted for publication
December 4, 2012 ................................................................ Appx7603

Exhibit 257 to Reilly Declaration -
"Mumps: A Pain in the Neck," by Stanley A. Plotkin, M.D.,
accepted for publication April 19, 2018 ................................ Appx7606

Exhibit 258 to Reilly Declaration -
"Emerging Mumps Infection," by Rubin, *et al.*,
accepted for publication April 12, 2016 ................................ Appx7609

**Table of Contents**
(Continued)

Exhibit 259 to Reilly Declaration -
"Measles and mumps outbreaks in the United States: Think
globally, vaccinate locally," by Jennifer A. Whitaker,
*Vaccine* 32 (2014) ................................................................ Appx7613

Exhibit 260 to Reilly Declaration -
"Remembering Mumps," by Latner, *et al.*, *PLOS Pathogens*,
published May 7, 2015 ........................................................... Appx7616

Exhibit 261 to Reilly Declaration -
"The resurgence of mumps and pertussis," by Martine Sabbe
and Corinne Vandermeulen accepted for publication
October 22, 2015 .................................................................... Appx7621

Exhibit 262 to Reilly Declaration -
"Mumps Outbreaks in Vaccinated Populations: Are Available
Mumps Vaccines Effective Enough to Prevent Outbreaks?"
by Dayan, *et al.*, accepted for publication May 20, 2008 ...... Appx7631

Exhibit 263 to Reilly Declaration -
Shapiro Deposition Exhibit 25, Program Announcement for
the Department of Defense's Defense Health Program for
Funding Opportunity No. W81XWH-17-PRMRP-CTA ........ Appx7642

Exhibit 264 to Reilly Declaration -
Excerpts from Notice of Grant Award, issued May 7, 2012
(RELATOR_00004392-478) .................................................. Appx7712

Exhibit 265 to Reilly Declaration -
Expert Report of William P. Nichols, dated June 12, 2018 .... Appx7743

Exhibit 266 to Reilly Declaration -
Solicitation Number 2003-N-00734,
issued December 19, 2002 by the CDC ................................. Appx7779

Exhibit 267 to Reilly Declaration -
Solicitation Number 2005-N-01706,
issued January 4, 2005 by the CDC ....................................... Appx7826

## Table of Contents
### (Continued)

**Page**

Exhibit 268 to Reilly Declaration -
Solicitation Number 2007-N-09211,
issued January 23, 2007 by the CDC ..................................... Appx7872

Exhibit 269 to Reilly Declaration -
Solicitation Number 2010-N-11873,
issued January 26, 2010 by the CDC ..................................... Appx7923

Exhibit 270 to Reilly Declaration -
Solicitation Number 2011-N-13043,
issued December 21, 2010 by the CDC ................................. Appx7956

Exhibit 271 to Reilly Declaration -
Solicitation Number 2012-N-14228,
issued December 13, 2011 by the CDC ................................. Appx7987
*(Cont'd in Vol XIX)*

### Volume XIX
### (Filed Under Seal)

Exhibit 272 to Reilly Declaration -
Solicitation Number 2013-N-14972,
issued January 22, 2013 by the CDC ..................................... Appx8013

Exhibit 273 to Reilly Declaration -
Solicitation Number 2014-N-15784,
issued January 24, 2014 by the CDC ..................................... Appx8040

Exhibit 274 to Reilly Declaration -
Solicitation Number 2015-N-16850,
issued January 16, 2015 by the CDC ..................................... Appx8067

Exhibit 275 to Reilly Declaration -
Solicitation Number 2016-N-17693,
issued January, 4, 2015 by the CDC ..................................... Appx8098

Exhibit 276 to Reilly Declaration -
Solicitation Number 2017-N-18099,
issued January 21, 2017 by the CDC ..................................... Appx8127

# Table of Contents
## (Continued)

**Page**

Exhibit 277 to Reilly Declaration -
Solicitation Number 2018-N-67769,
issued January 10, 2018 by the CDC .................................... Appx8156

Exhibit 278 to Reilly Declaration -
Solicitation Number 75D301-19-R-67848,
issued January 7, 2019 by the CDC ...................................... Appx8183

Exhibit 279 to Reilly Declaration -
Summary of GSK-CDC MMR/V Vaccine Meeting
(GSK-MMR-0030570-2) ........................................................ Appx8212

Exhibit 280 to Reilly Declaration -
Charter of the Advisory Committee on Immunization
Practices, filed April 1, 2018 .................................................. Appx8216

Exhibit 281 to Reilly Declaration -
Relators' Expert Report of Dr. Thomas McGuire,
dated March 13, 2018 ........................................................... Appx8222

Exhibit 282 to Reilly Declaration - [1]
Transactional data, "1998 Lot Assignment.xlsx"
(MRK-CHA02143443) .......................................................... Appx8369

Exhibit 283 to Reilly Declaration -
Transactional data, "1999 Lot Assignment.xlsx"
(MRK-CHA02143444) .......................................................... Appx8371

Exhibit 284 to Reilly Declaration -
Transactional data, "2000 Lot Assignment.xlsx"
(MRK-CHA02143445) .......................................................... Appx8373

Exhibit 285 to Reilly Declaration -
Transactional data, "2001 Lot Assignment.xlsx"
(MRK-CHA02143446) .......................................................... Appx8375

---

[1] Exhibits 282 through 299 to the Reilly Declaration have been omitted by consent of the parties.

# Table of Contents
## (Continued)

**Page**

Exhibit 286 to Reilly Declaration - Transactional data, "2002 Lot Assignment.xlsx" (MRK-CHA02143447) ........................................................ Appx8377

Exhibit 287 to Reilly Declaration - Transactional data, "2003 Lot Assignment.xlsx" (MRK-CHA02143448) ........................................................ Appx8379

Exhibit 288 to Reilly Declaration - Transactional data, "2004 Lot Assignment.xlsx" (MRK-CHA02143449) ........................................................ Appx8381

Exhibit 289 to Reilly Declaration - Transactional data, "2005 Lot Assignment.xlsx" (MRK-CHA02143450) ........................................................ Appx8383

Exhibit 290 to Reilly Declaration - Transactional data, "2006 Lot Assignment.xlsx" (MRK-CHA02143451) ........................................................ Appx8385

Exhibit 291 to Reilly Declaration - Transactional data, "2007 Lot Assignment.xlsx" (MRK-CHA02143452) . ........................................................ Appx8387

Exhibit 292 to Reilly Declaration - Transactional data, "2008 Lot Assignment.xlsx" (MRK-CHA02143453) ........................................................ Appx8389

Exhibit 293 to Reilly Declaration - Transactional data, "2009 Lot Assignment.xlsx" (MRK-CHA02143454) ........................................................ Appx8391

Exhibit 294 to Reilly Declaration - Transactional data, "2010 Lot Assignment.xlsx" (MRK-CHA02143455) ........................................................ Appx8393

Exhibit 295 to Reilly Declaration - Transactional data, "2011 Lot Assignment.xlsx" (MRK-CHA02143456) ........................................................ Appx8395

# Table of Contents
## (Continued)

Exhibit 296 to Reilly Declaration -
Transactional data, "2012 Lot Assignment.xlsx"
(MRK-CHA02143457) ......................................................... Appx8397

Exhibit 297 to Reilly Declaration -
Transactional data, "2013 Lot Assignment.xlsx"
(MRK-CHA02143458) ......................................................... Appx8399

Exhibit 298 to Reilly Declaration -
Transactional data, "2014 Lot Assignment.xlsx"
(MRK-CHA02143459) ......................................................... Appx8401

Exhibit 299 to Reilly Declaration -
Transactional data, "2015 Lot Assignment.xlsx"
(MRK-CHA02143460) ......................................................... Appx8403

Exhibit 300 to Reilly Declaration -
Letter from Lisa C. Dykstra to Counsel,
dated April 17, 2017 ............................................................. Appx8405

Exhibit 301 to Reilly Declaration -
Letter from Stan Bernard, M.D., M.B.A. to Kim Haupt,
dated November 9, 2008 (MRK-CHA02063339-45) ............ Appx8407

Exhibit 302 to Reilly Declaration -
Merck's 2004 Vaccine for Children Contract with the CDC
(MRK-CHA01371280-310) .................................................. Appx8415

Exhibit 303 to Reilly Declaration -
Merck's 2003 Vaccine for Children Contract with the CDC
(MRK-CHA01371311-40) ..................................................... Appx8447

Exhibit 304 to Reilly Declaration -
Merck's 2005 Vaccine for Children Contract with the CDC
(MRK-CHA01371341-72) ..................................................... Appx8478
*(Cont'd in Vol XX)*

**Table of Contents**
**(Continued)**

**Page**

**Volume XX**
**(Filed Under Seal)**

Exhibit 305 to Reilly Declaration -
Merck's 2010 Vaccine for Children Contract with the CDC
(MRK-CHA01371373-97) .................................................... Appx8511

Exhibit 306 to Reilly Declaration -
Merck's 2012 Vaccine for Children Contract with the CDC
(MRK-CHA01371398-421) .................................................. Appx8537

Exhibit 307 to Reilly Declaration -
Merck's 2013 Vaccine for Children Contract with the CDC
(MRK-CHA01371422-44) .................................................... Appx8562

Exhibit 308 to Reilly Declaration -
Merck's 2014 Vaccine for Adults Contract with the CDC
(MRK-CHA01371445-72) .................................................... Appx8586

Exhibit 309 to Reilly Declaration -
Merck's 2014 Vaccine for Children Contract with the CDC
(MRK-CHA01371473-96) .................................................... Appx8615

Exhibit 310 to Reilly Declaration -
Merck's 2011 Vaccine for Children Contract with the CDC
(MRK-CHA01371497-518) .................................................. Appx8640

Exhibit 311 to Reilly Declaration -
Merck's 2011 Vaccine for Adults Contract with the CDC
(MRK-CHA01371519-47) .................................................... Appx8663

Exhibit 312 to Reilly Declaration -
Merck's 2013 Vaccine for Adults Contract with the CDC
(MRK-CHA01371548-71) .................................................... Appx8693

Exhibit 313 to Reilly Declaration -
Merck's 2012 Vaccine for Adults Contract with the CDC
(MRK-CHA01371572-603) .................................................. Appx8718

**Table of Contents**
(Continued)

Page

Exhibit 314 to Reilly Declaration -
Merck's 2007 Vaccine for Children Contract with the CDC
(MRK-CHA01371604-23) ..................................................... Appx8751

Exhibit 315 to Reilly Declaration -
Merck's 2006 Vaccine for Children Contract with the CDC
(MRK-CHA01371624-55) ..................................................... Appx8772

Exhibit 316 to Reilly Declaration -
Merck's 2001 Vaccine for Children Contract with the CDC
(MRK-CHA01371656-92) ..................................................... Appx8805

Exhibit 317 to Reilly Declaration -
Merck's 2000 Vaccine for Children Contract with the CDC
(MRK-CHA01371693-727) .................................................... Appx8843

Exhibit 318 to Reilly Declaration -
Merck's 1998 Vaccine for Children Contract with the CDC
(MRK-CHA01371728-50) ..................................................... Appx8879

Exhibit 319 to Reilly Declaration -
Merck's 1999 Vaccine for Children Contract with the CDC
(MRK-CHA01371751-84) ..................................................... Appx8903

Exhibit 320 to Reilly Declaration -
Merck's 2002 Vaccine for Children Contract with the CDC
(MRK-CHA01371785-816) ................................................... Appx8938

Exhibit 321 to Reilly Declaration -
Merck's 2008 Vaccine for Children Contract with the CDC
(MRK-CHA01371817-840) ................................................... Appx8971

Exhibit 322 to Reilly Declaration -
Merck's 2009 Vaccine for Adults Contract with the CDC
(MRK-CHA01371841-879) ................................................... Appx8996
*(Cont'd in Vol XXI)*

# Table of Contents
## (Continued)

**Page**

**Volume XXI**
**(Filed Under Seal)**

Exhibit 323 to Reilly Declaration -
Merck's 2009 Vaccine for Children Contract with the CDC
(MRK-CHA01371880-1900) .................................................. Appx9036

Exhibit 324 to Reilly Declaration -
Merck's 2010 Vaccine for Adults Contract with the CDC
(MRK-CHA01371901-33) ...................................................... Appx9058

Exhibit 325 to Reilly Declaration -
Merck's 2015 Vaccine for Adults Contract with the CDC
(MRK-CHA01371934-61) ...................................................... Appx9092

Exhibit 326 to Reilly Declaration -
Merck's 2016 Vaccine for Children Contract with the CDC
(MRK-CHA01371962-89) ...................................................... Appx9121

Exhibit 327 to Reilly Declaration -
Merck's 2010 Vaccine for Adults Contract with the CDC
(MRK-CHA01371990-2020) .................................................. Appx9150

Exhibit 328 to Reilly Declaration -
Merck's 2016 Vaccine for Adults Contract with the CDC
(MRK-CHA01372021-44) ...................................................... Appx9182

Exhibit 329 to Reilly Declaration -
Merck's 2015 Vaccine for Children Contract with the CDC
(MRK-CHA01372045-72) ...................................................... Appx9207

Exhibit 330 to Reilly Declaration -
Invoice, dated March 14, 2012 (MRK-CHA01371253) ........ Appx9236

Exhibit 331 to Reilly Declaration -
Invoice, dated January 3, 2011(MRK-CHA01371256) ......... Appx9238

Exhibit 332 to Reilly Declaration -
Invoice, dated January 6, 2014 (MRK-CHA01371258) ........ Appx9240

**Table of Contents**
**(Continued)**

Exhibit 333 to Reilly Declaration -
Invoice, dated May 20, 2010 (MRK-CHA01371259) ........... Appx9242

Exhibit 334 to Reilly Declaration -
Invoice, dated January 14, 2013 (MRK-CHA01371261) ...... Appx9244

Exhibit 335 to Reilly Declaration -
Invoice, dated February 2, 2011 (MRK-CHA01371262) ...... Appx9246

Exhibit 336 to Reilly Declaration -
Invoice, dated November 17, 2010 (MRK-CHA01371263)  . Appx9248

Exhibit 337 to Reilly Declaration -
Invoice, dated November 28, 2012 (MRK-CHA01371264)  . Appx9250

Exhibit 338 to Reilly Declaration -
Invoice, dated March 20, 2013 (MRK-CHA01371268-69) ... Appx9252

Exhibit 339 to Reilly Declaration -
Invoice, dated January 22, 2016 (MRK-CHA01371274) ...... Appx9255

Exhibit 340 to Reilly Declaration -
Invoice, dated February 26, 2014 (MRK-CHA01371278) .... Appx9257

Exhibit 341 to Reilly Declaration -
Invoice, dated February 4, 2015 (MRK-CHA01371279) ...... Appx9259

Exhibit 342 to Reilly Declaration -
FDA webpage, "National Drug Code Directory," accessible
online at https://www.fda.gov/drugs/drug-approvals-and-
databases/national-drug-code-directory, last accessed
October 1, 2019 .................................................................. Appx9261

Exhibit 343 to Reilly Declaration -
Email from Jonathan Hartzel to Joseph M. Antonello,
dated October 18, 2005 (MRK-CHA00759061-4) ................ Appx9268

# Table of Contents
## (Continued)

Exhibit 344 to Reilly Declaration -
Email from Joseph M. Antonello to Timothy L. Shofield,
dated May 5, 2005 (MRK-CHA00649638-40) ..................... Appx9273

Exhibit 345 to Reilly Declaration -
Letter from Lisa C. Dykstra to Counsel,
dated September 13, 2018 ..................................................... Appx9277

Exhibit 346 to Reilly Declaration -
Letter from Lisa C. Dykstra to the Honorable
Lynne A. Sitarski, dated June 15, 2015 .................................. Appx9289

Exhibit 347 to Reilly Declaration -
Deposition Testimony of Peter Calcott, Ph.D.,
taken September 7, 2018 ....................................................... Appx9307

Exhibit 348 to Reilly Declaration -
Email from Mandie Lyon, dated May 5, 2006
(MRK-CHA00069026-36) ..................................................... Appx9385

Exhibit 349 to Reilly Declaration -
Presentation, M-M-R II End Expiry, produced as "12-14
CDOC presentation.ppt" (MRK-CHA00021319) ................. Appx9397

Exhibit 350 to Reilly Declaration -
Department of Justice Press Release, dated May 13, 2013 .... Appx9410

Exhibit 351 to Reilly Declaration -
Department of Justice Press Release,
dated October 26, 2010 ......................................................... Appx9414

Exhibit 352 to Reilly Declaration -
Department of Justice Press Release,
dated January 12, 2017 ......................................................... Appx9417

Exhibit 353 to Reilly Declaration -
Department of Justice Press Release,
dated September 24, 2014 ..................................................... Appx9420

# Table of Contents
## (Continued)

**Page**

Exhibit 354 to Reilly Declaration -
Department of Justice Press Release, dated April 15, 2009 ... Appx9423

Exhibit 355 to Reilly Declaration -
Rule 30(b)(6) Deposition topics, dated December 13, 2016
(Stannard Ex. 3) ..................................................... Appx9426

Exhibit 356 to Reilly Declaration -
Department of Justice Press Release,
dated August 8, 2014 ............................................. Appx9443

Exhibit 357 to Reilly Declaration -
FDA Form 483, dated August 6, 2001
(MRK-CHA00000547) .......................................... Appx9446

Exhibit 358 to Reilly Declaration -
Deposition Testimony of Robert Malone, M.D.,
taken September 14, 2018 ...................................... Appx9448
***(Cont'd in Vol XXII)***

## Volume XXII
## (Filed Under Seal)

Exhibit 359 to Reilly Declaration -
Deposition Testimony of Dr. Manal Morsy,
taken August 5, 2016 ............................................. Appx9511

Exhibit 360 to Reilly Declaration -
Atkinson Deposition Exhibit 6, "Recommendations of
the Immunization Practices Advisory Committee Measles
Prevention: Supplementary Statement,"
dated January 13, 1989 .......................................... Appx9621

Declaration of Lisa C. Dykstra in Support of
Defendant's Motions for Summary Judgment,
executed October 25, 2019 (Doc. 295) .................... Appx9625

Exhibit 1 to Dykstra Declaration -
Stephen A. Krahling's Resume (MRK-KRA00331426-7) .... Appx9656

**Table of Contents**
(Continued)

Exhibit 2 to Dykstra Declaration -
Excerpts from Deposition Testimony of Stephen Krahling,
taken May 2, 2017 ................................................................. Appx9659

Exhibit 3 to Dykstra Declaration -
Merck Employee Initialization Form for Stephen Krahling
(MRK-KRA00582401) .......................................................... Appx9680

Exhibit 4 to Dykstra Declaration -
Stephen Krahling's November 30, 2001 Separation Agreement
(MRK-KRA00582394-7) ....................................................... Appx9682

Exhibit 5 to Dykstra Declaration -
Excerpts from Relator Stephen A. Krahling's Responses
and Objections to Merck's First Set of Interrogatories,
dated January 28, 2015 .......................................................... Appx9687

Exhibit 6 to Dykstra Declaration -
Excerpts from Relator Stephen A. Krahling's Responses
and Objections to Merck's Revised First Set of Interrogatories,
dated May 18, 2015 ............................................................... Appx9716

Exhibit 7 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Stephen Krahling, taken May 3, 2017 ................................... Appx9783

Exhibit 8 to Dykstra Declaration -
Stephen Krahling's handwritten notes,
dated October 1, 2001 (RELATOR_00001044-5) ................. Appx9792

Exhibit 9 to Dykstra Declaration -
FDA's Summary of Findings, dated August 6, 2001
(RELATOR_00004086-94) .................................................... Appx9795

Exhibit 10 to Dykstra Declaration -
Merck FDA Inspection Records, dated August 6, 2001
(MRK-KRA01631009-254) ................................................... Appx9805
*(Cont'd in Vol XXIII)*

**Table of Contents**
**(Continued)**

**Volume XXIII**
**(Filed Under Seal)**

Exhibit 11 to Dykstra Declaration -
Excerpts from the Expert Report of
D. Bruce Burlington M.D. ................................................... Appx10052

Exhibit 12 to Dykstra Declaration -
Merck's Virus and Cell Biology Organization Chart
(RELATOR_00000902-3) ................................................... Appx10070

Exhibit 13 to Dykstra Declaration -
Excerpts from Relator Stephen A. Krahling's Responses
and Objections to Defendant Merck's Requests for
Admission, dated April 4, 2016 .......................................... Appx10073

Exhibit 14 to Dykstra Declaration -
FDA Form 483 Frequently Asked Questions ....................... Appx10101

Exhibit 15 to Dykstra Declaration -
FDA Re-Inspection Memorandum, dated August 10, 2001
(MRK-KRA00071241-5) ................................................... Appx10104

Exhibit 16 to Dykstra Declaration -
CBER Merck Communications Mumps Expiry,
dated August 8, 2002 (MRK-KRA00623049-51) ............... Appx10110

Exhibit 17 to Dykstra Declaration -
Email Communication with Attachments regarding FDA
Inspection-IND 1016, dated September 14, 2001
(MRK-KRA00063885-8) ................................................... Appx10114

Exhibit 18 to Dykstra Declaration -
FDA Telephone Conversation Memorandum,
dated September 17, 2001 (MRK-KRA00019107) ............. Appx10119

Exhibit 19 to Dykstra Declaration -
FDA Teleconference-IND 1016 Inspection Follow up,
dated September 25, 2001 (MRK-KRA00071300-1) .......... Appx10121

**Table of Contents**
(Continued)

Exhibit 20 to Dykstra Declaration -
CBER December 7, 2001 Teleconference: Mumps Inspection
results and discussions, dated December 13, 2001
(MRK-KRA00019640-6) ..................................................... Appx10124

Exhibit 21 to Dykstra Declaration -
General Correspondence to FDA in response to CBER
Comments, dated February 4, 2002
(MRK-KRA00025847-916) ................................................. Appx10132

Exhibit 22 to Dykstra Declaration -
General Correspondence to FDA regarding April 18, 2002
Teleconference, dated April 2002
(MRK-KRA00337265-72) ................................................... Appx10203

Exhibit 23 to Dykstra Declaration -
BB-IND 1016 Memorandum regarding Summary of
Discussion with CBER on March 22, 2002 regarding
acceptability of mumps PRN assay data,
dated March 23, 2002 (MRK-KRA00009042) .................... Appx10212

Exhibit 24 to Dykstra Declaration -
Offer Letter to Stephen A. Krahling, dated October 24, 2000
(RELATOR_00001058-60) .................................................. Appx10214

Exhibit 25 to Dykstra Declaration -
Correspondence from Stephen A. Krahling to
Emilio A. Emini, Ph.D., dated April 8, 2001
(RELATOR_00000328-31) .................................................. Appx10218

Exhibit 26 to Dykstra Declaration -
Email communication from Stephen Krahling to
Alan Shaw, dated July 17, 2001 (MRK-KRA00002243) .... Appx10223

Exhibit 27 to Dykstra Declaration -
Email communication from Stephen Krahling to Alan Shaw,
dated September 25, 2001 (RELATOR_00000745) ............ Appx10225

**Table of Contents**
(Continued)

Exhibit 28 to Dykstra Declaration -
Email communications between Stephen Krahling and
Alan Shaw, dated September 27-28, 2001
(RELATOR_00000747) ...................................................... Appx10227

Exhibit 29 to Dykstra Declaration -
Letter from Emilio A. Emini, Ph.D. to Stephen Krahling,
dated October 15, 2001, (RELATOR_00001100-3) ............ Appx10229

Exhibit 30 to Dykstra Declaration -
Letter from Tonia Torquato to Alexis Pinto,
dated October 22, 2001 (MRK-KRA00002033-5) .............. Appx10234

Exhibit 31 to Dykstra Declaration -
Letter from Alexis Pinto to Tonia Torquato,
dated October 19, 2001 (MRK-KRA00002036-9) .............. Appx10238

Exhibit 32 to Dykstra Declaration -
Letter from Tonia Torquato to Alexis Pinto,
dated October 26, 2001 (MRK-KRA00002028-9) .............. Appx10243

Exhibit 33 to Dykstra Declaration -
Letter from Alexis Pinto to Tonia Torquato,
dated October 26, 2001 (MRK-KRA00002017-25) ............ Appx10246

Exhibit 34 to Dykstra Declaration -
Letter from Tonia Torquato to Alexis Pinto,
dated October 29, 2001 (MRK-KRA00002013-16) ............ Appx10256

Exhibit 35 to Dykstra Declaration -
Letter from Axel Johnson to Tonia Torquato,
dated November 26, 2001 (RELATOR_00001086) ............ Appx10261

Exhibit 36 to Dykstra Declaration -
Stephen Krahling Pay Stubs (RELATOR_00001061-7) ...... Appx10263

Exhibit 37 to Dykstra Declaration -
Letter from Axel Johnson to Tonia Torquato,
dated December 20, 2001 (RELATOR_00001090) ............. Appx10271

# Table of Contents
## (Continued)

Exhibit 38 to Dykstra Declaration -
CDC Vaccines for Children Program web page
"About VFC," last reviewed on February 18, 2016 ............. Appx10273

Exhibit 39 to Dykstra Declaration -
Advisory Committee on Immunization Practices Charter
approved March 27, 2018 .................................................... Appx10277

Exhibit 40 to Dykstra Declaration -
Excerpts from Expert Report of William P. Nichols ............ Appx10283

Exhibit 41 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Mark Pallansch,
Ph.D., taken October 13, 2017 ............................................ Appx10292

Exhibit 42 to Dykstra Declaration -
1971 MMR Product License (MRK-KRA01972538) ......... Appx10307

Exhibit 43 to Dykstra Declaration -
1995 MMR Product License (MRK-KRA01676252) ......... Appx10309

Exhibit 44 to Dykstra Declaration -
Merck's Establishment License (MRK-KRA01676250) ..... Appx10311

Exhibit 45 to Dykstra Declaration -
Advisory Committee on Immunization Practices Vaccines for
Children Program-Resolution No. 10/17-3, Vaccines to
Prevent Measles, Mumps, Rubella and Varicella,
dated October 25, 2017 ....................................................... Appx10313

Exhibit 46 to Dykstra Declaration -
Vaccines for Children Program-Resolution No. 6/06-1,
Vaccines included in the VFC Program,
dated June 29, 2006 ............................................................ Appx10317

Exhibit 47 to Dykstra Declaration -
Advisory Committee on Immunization Practices, Policies
and Procedures, dated December 2018 ................................ Appx10319

**Table of Contents**
(Continued)

Exhibit 48 to Dykstra Declaration -
"Recommendation of the Advisory Committee on
Immunization Practices for Use of a Third Dose of Mumps
Virus Containing Vaccine in Persons at Increased Risk for
Mumps During Outbreak," *MMWR*,
dated January 12, 2018 ........................................................ Appx10345

Exhibit 49 to Dykstra Declaration -
Excerpts from the Expert Report of
William L. Atkinson M.D., MPH, dated June 12, 2018 ....... Appx10355

Exhibit 50 to Dykstra Declaration -
National Center for Immunization and Respiratory Diseases
(CVG) Fact Sheet ............................................................... Appx10365

Exhibit 51 to Dykstra Declaration -
"Prevention of Measles, Rubella, Congenital Rubella
Syndrome, and Mumps," *MMWR*, dated June 14, 2013 ...... Appx10380

Exhibit 52 to Dykstra Declaration -
CDC's "Measles, Mumps, and Rubella (MMR) Vaccination:
What Everyone Should Know," last reviewed
March 28, 2019 ................................................................. Appx10421

Exhibit 53 to Dykstra Declaration -
"Measles, Mumps and Rubella-Vaccine Use and Strategies for
Elimination of Measles, Rubella and Congenital Rubella
Syndrome and Control of Mumps: Recommendations of the
Advisory Committee on Immunization Practices,"
*MMWR*, dated May 22, 1998 ............................................... Appx10428

Exhibit 54 to Dykstra Declaration -
Merck's 1998 Vaccine for Children Contract with the CDC
(MRK-KRA01371728-50) .................................................. Appx10473

Exhibit 55 to Dykstra Declaration -
Merck's 1999 Vaccine for Children Contract with the CDC
(MRK-KRA01371751-84) .................................................. Appx10497
*(Cont'd in Vol XXIV)*

**Table of Contents**
(Continued)

**Volume XXIV**
**(Filed Under Seal)**

Exhibit 56 to Dykstra Declaration -
Merck's 2000 Vaccine for Children Contract with the CDC
(MRK-KRA01371693-1727) ................................................ Appx10532

Exhibit 57 to Dykstra Declaration -
Merck's 2001 Vaccine for Children Contract with the CDC
(MRK-KRA01371656-92) ................................................ Appx10568

Exhibit 58 to Dykstra Declaration -
Merck's 2002 Vaccine for Children Contract with the CDC
(MRK-KRA01371785-816) ................................................ Appx10606

Exhibit 59 to Dykstra Declaration -
Merck's 2003 Vaccine for Children Contract with the CDC
(MRK-KRA01371311-340) ................................................ Appx10639

Exhibit 60 to Dykstra Declaration -
Merck's 2004 Vaccine for Children Contract with the CDC
(MRK-KRA01371280-310) ................................................ Appx10670

Exhibit 61 to Dykstra Declaration -
Merck's 2005 Vaccine for Children Contract with the CDC
(MRK-KRA01371341-72) ................................................ Appx10702

Exhibit 62 to Dykstra Declaration -
Merck's 2006 Vaccine for Children Contract with the CDC
(MRK-KRA01371624-55) ................................................ Appx10735

Exhibit 63 to Dykstra Declaration -
Merck's 2007 Vaccine for Children Contract with the CDC
(MRK-KRA01371604-23) ................................................ Appx10768

Exhibit 64 to Dykstra Declaration -
Merck's 2008 Vaccine for Children Contract with the CDC
(MRK-KRA01371817-40) ................................................ Appx10789

**Table of Contents**
**(Continued)**

**Page**

Exhibit 65 to Dykstra Declaration -
Merck's 2009 Vaccine for Children Contract with the CDC
(MRK-KRA01371880-1900) ............................................... Appx10814

Exhibit 66 to Dykstra Declaration -
Merck's 2010 Vaccine for Children Contract with the CDC
(MRK-KRA01371373-97) .................................................... Appx10836

Exhibit 67 to Dykstra Declaration -
Merck's 2011 Vaccine for Children Contract with the CDC
(MRK-KRA01371497-518) ................................................. Appx10862

Exhibit 68 to Dykstra Declaration -
Merck's 2012 Vaccine for Children Contract with the CDC
(MRK-KRA01371398-421) ................................................. Appx10885

Exhibit 69 to Dykstra Declaration -
Merck's 2013 Vaccine for Children Contract with the CDC
(MRK-KRA01371422-44) .................................................... Appx10910

Exhibit 70 to Dykstra Declaration -
Merck's 2014 Vaccine for Children Contract with the CDC
(MRK-KRA01371473-96) .................................................... Appx10934

Exhibit 71 to Dykstra Declaration -
Merck's 2015 Vaccine for Children Contract with the CDC
(MRK-KRA01372045-72) .................................................... Appx10959

Exhibit 72 to Dykstra Declaration -
Merck's 2016 Vaccine for Children Contract with the CDC
(MRK-KRA01371962-89) .................................................... Appx10988
*(Cont'd in Vol XXV)*

**Volume XXV**
**(Filed Under Seal)**

Exhibit 73 to Dykstra Declaration -
CDC Vaccine Price List for Vaccines for Children Program
as of April 6, 2001 .............................................................. Appx11017

# Table of Contents
## (Continued)

Exhibit 74 to Dykstra Declaration -
Letter from Katherine Norris to Lisa C. Dykstra, dated
November 24, 2015 (MRK-KRA01373392-1373393) ........ Appx11022

Exhibit 75 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Alan Sims,
taken October 12, 2017 ........................................................ Appx11025

Exhibit 76 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Michele Taylor,
taken May 9, 2017 ............................................................... Appx11045

Exhibit 77 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Colleen Duffy,
taken December 12, 2016 .................................................... Appx11052

Exhibit 78 to Dykstra Declaration -
Letter from Lisa Dykstra to CDC regarding FOIA
request, dated May 18, 2015 ............................................... Appx11058

Exhibit 79 to Dykstra Declaration -
ACIP's Vaccine Recommendations and Guidelines-MMR
Vaccine Recommendations, last reviewed
November 21, 2014 ............................................................. Appx11067

Exhibit 80 to Dykstra Declaration -
FDA's Vaccines Licensed for Use in the United States ....... Appx11069

Exhibit 81 to Dykstra Declaration -
CDC's Mumps Vaccination, last reviewed
March 8, 2019 .................................................................... Appx11077

Exhibit 82 to Dykstra Declaration -
Excerpts from the Expert Report of
Thomas G. McGuire Ph.D., dated March 13, 2018 ............. Appx11081

Exhibit 83 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Thomas G. McGuire, taken July 2, 2018 ............................ Appx11086

Case 23-2553   Document 78-4   Page 53   Date Filed: 11/20/2023

## **Table of Contents**
### **(Continued)**

Exhibit 84 to Dykstra Declaration -
Relator Joan Wlochowski's Responses and Objections
to Merck's Revised First Set of Interrogatories,
dated May 20, 2015 ............................................................ Appx11091

Exhibit 85 to Dykstra Declaration -
Relator Joan Wlochowski's Responses and Objections
to Defendant Merck's Request for Admission,
dated April 6, 2016 ............................................................Appx11116

Exhibit 86 to Dykstra Declaration -
"Live, Attenuated Mumps-Virus Vaccine," *New England
Journal of Medicine*, by R. Weibel, *et al.*,
dated February 2, 1967 .......................................................Appx11144

Exhibit 87 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to Alison Fisher, Ph.D.,
dated October 17, 2005 (MRK-KRA00000479-80) .............Appx11152

Exhibit 88 to Dykstra Declaration -
Response to FDA Request for Information,
dated November 15, 2006 (MRK-KRA00000393-409) .......Appx11155

Exhibit 89 to Dykstra Declaration -
Email from Zak Johns to Marlene Koury,
dated February 23, 2017 .....................................................Appx11173

Exhibit 90 to Dykstra Declaration -
Excerpts from the Expert Report of
Ann M. Arvin, M.D., dated June 11, 2018 ...........................Appx11176

Exhibit 91 to Dykstra Declaration -
Excerpts from the Expert Report of
Dipti Gulati, M.S., D. Phil. ..................................................Appx11183

Exhibit 92 to Dykstra Declaration -
Excerpts from the Expert Report of Anna Durbin, M.D.,
dated June 14, 2018 ............................................................Appx11194

**Table of Contents**
(Continued)

Exhibit 93 to Dykstra Declaration -
FDA's Guidance for Industry for the Evaluation of
Combination Vaccines for Preventable Diseases: Production,
Testing and Clinical Studies, dated April 1997 .................... Appx11210

Exhibit 94 to Dykstra Declaration -
CDC's How Flu Vaccine Effectiveness and Efficacy is
Measured, last reviewed January 29, 2016 .......................... Appx11234

Exhibit 95 to Dykstra Declaration -
Excerpts from the CDC's Manual for the Surveillance of
Vaccine-Preventable Diseases ............................................. Appx11243

Exhibit 96 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Joseph Antonello, taken August 3, 2017 ............................. Appx11253

Exhibit 97 to Dykstra Declaration -
"Summary of Notifiable Diseases-United States," 2005,
*MMWR*, dated March 30, 2007 ........................................... Appx11258

Exhibit 98 to Dykstra Declaration -
CDC's Mumps Cases and Outbreaks, last reviewed
September 17, 2019 ............................................................. Appx11361

Exhibit 99 to Dykstra Declaration -
CDC's Mumps: For Healthcare Providers, last reviewed
March 15, 2019 ................................................................... Appx11364

Exhibit 100 to Dykstra Declaration -
CDC's Principles of Epidemiology in Public Health Practice,
Third Edition: An Introduction to Applied Epidemiology
and Biostatistics, last reviewed May 18, 2012 .................... Appx11369

Exhibit 101 to Dykstra Declaration -
CDC's Flu Vaccine Effectiveness: Questions and Answers for
Health Professionals, last updated November 27, 2013 ...... Appx11373

## **Table of Contents**
### **(Continued)**

Exhibit 102 to Dykstra Declaration -
"Mumps Virus," by Cherry, *et al*., *Viral Infections*,
(7th Edition, Chapter 180) ................................................... Appx11383

Exhibit 103 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
David Kessler, M.D., taken September 28, 2018 ................. Appx11399

Exhibit 104 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Anna Durbin, M.D., taken October 8, 2018 ......................... Appx11402

Exhibit 105 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Emilio Emini, Ph.D., taken June 6, 2017 ............................. Appx11406

Exhibit 106 to Dykstra Declaration -
January 1998 *Curriculum Vitae* of David L. Krah, M.D.
(MRK-KRA00000695-702) ................................................. Appx11415

Exhibit 107 to Dykstra Declaration -
Excerpts from the Expert Report of
David A. Kessler, M.D. ....................................................... Appx11424

Exhibit 108 to Dykstra Declaration -
FDA Lot Release ................................................................. Appx11429

Exhibit 109 to Dykstra Declaration -
Drugs@FDA Instructions: Health Information .................... Appx11434

Exhibit 110 to Dykstra Declaration -
FDA's Vaccine Safety Questions and Answers .................... Appx11440

Exhibit 111 to Dykstra Declaration -
Excerpts from the Expert Report of
Gary Freed M.D., MPH ...................................................... Appx11447

**Table of Contents**
**(Continued)**

Exhibit 112 to Dykstra Declaration -
"Vaccine Manufacturing," by Philip Gomez
and James Robinson ............................................................ Appx11450

Exhibit 113 to Dykstra Declaration -
Informational Amendment: Clinical, dated September 15, 2011
(GSK-MMR-IND-0022162-3) ............................................. Appx11461

Exhibit 114 to Dykstra Declaration -
Mumps Serology Strategy in Support of Phase III
Development of Priorix®
(GSK-MMR-IND-0022180-6) ............................................. Appx11464

Exhibit 115 to Dykstra Declaration -
Fax from Yolanda Stewart to Donna Boyce,
dated April 25, 2012 (GSK-MMR-IND-0029256-63) ......... Appx11472

Exhibit 116 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Dipti Gulati, M.S., D. Phil., taken December 5, 2018 ......... Appx11481

Exhibit 117 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Amy Keegan,
taken February 9, 2018 ........................................................ Appx11485

Exhibit 118 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
David Krah, M.D., taken July 11, 2017 ............................... Appx11488

Exhibit 119 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
David Krah, M.D., taken July 12, 2017 ............................... Appx11493

Exhibit 120 to Dykstra Declaration -
Excerpts from the Expert Report of
Marcela Pasetti, Ph.D. ........................................................ Appx11497
*(Cont'd in Vol XXVI)*

**Table of Contents**
**(Continued)**

**Volume XXVI**
**(Filed Under Seal)**

Exhibit 121 to Dykstra Declaration -
M-M-R®II Current Label ................................................... Appx11507

Exhibit 122 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Cynthia Morrisey, taken July 27, 2017 ............................... Appx11519

Exhibit 123 to Dykstra Declaration -
Supplemental Biologics License Application,
dated January 29, 2004 (MRK-KRA00000032-139) ........... Appx11522

Exhibit 124 to Dykstra Declaration -
Amendment to Supplemental Biologics License
Application Response to FDA Request for Information,
dated June 5, 2007, with Attachments
(MRK-KRA00000368-82) ................................................ Appx11631

Exhibit 125 to Dykstra Declaration -
Approval Letter, dated December 8, 2007
(MRK-KRA00000383-4) .................................................. Appx11647

Exhibit 126 to Dykstra Declaration -
Letter from Paul Richman, Ph.D. to Alison Fisher, Ph.D.,
dated May 18, 2007 (MRK-KRA00000385-6) .................... Appx11650

Exhibit 127 to Dykstra Declaration -
Response to Form FDA 483, dated August 20, 2001
(MRK-KRA00000481-539) ............................................... Appx11653

Exhibit 128 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
teleconference regarding clarification of CBER's comments on
the Mumps Expiry trial, dated November 10, 1998
(MRK-KRA00001215-7) ................................................... Appx11713

**Table of Contents**
(Continued)

**Page**

Exhibit 129 to Dykstra Declaration -
Memo re: Mumps End Expiry trial; November 29th, 2000
CBER teleconference, dated November 29, 2000
(MRK-KRA00001218-21) ................................................... Appx11717

Exhibit 130 to Dykstra Declaration -
Letter from Manal Morsy, M.D., Ph.D., to Luba Vujcic,
dated December 1, 1999 (MRK-KRA00001222-30) ........... Appx11722

Exhibit 131 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to
Manal Morsy, M.D., Ph.D., dated October 27, 2000
(MRK-KRA00001231-6) ................................................... Appx11732

Exhibit 132 to Dykstra Declaration -
General Correspondence to FDA, dated November 16, 2000
(MRK-KRA00001237-48) ................................................... Appx11739

Exhibit 133 to Dykstra Declaration -
Memo re: MMRV (BB-IND 7068): Summary of Pre-Phase III
teleconference discussion on 01/31/00 with CBER,
dated January 31, 2000 (MRK-KRA00001249-52) ............. Appx11752

Exhibit 134 to Dykstra Declaration -
Teleconference Minutes with CBER, dated February 19, 1999
(MRK-KRA00001253-4) ................................................... Appx11757

Exhibit 135 to Dykstra Declaration -
Memo re: BB-IND 1016: Summary of discussion with Dr.
Kathryn Carbone and Ms. Luba Vujcic (CBER) regarding the
Mumps neutralization assay, dated February 8, 2000
(MRK-KRA00001255-57) ................................................... Appx11760

Exhibit 136 to Dykstra Declaration -
Meeting Minutes, dated March 14, 2000
(MRK-KRA00001258-61) ................................................... Appx11764

**Table of Contents**
**(Continued)**

**Page**

Exhibit 137 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II) and BB-IND 7068
(MMRV); Summary of face-to-face meeting discussion
(3/13/00) with CBER regarding wild type mumps
neutralization and ELISA assays, dated March 13, 2000
(MRK-KRA00001262-5) .................................................... Appx11768

Exhibit 138 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to Keith Chirgwin, M.D.,
dated August 30, 1999 (MRK-KRA00001266-9) ................ Appx11773

Exhibit 139 to Dykstra Declaration -
Letter from M. Carolyn Hardegree, M.D. to
Keith Chirgwin, M.D., dated September 8, 1998
(MRK-KRA00001467-9) .................................................... Appx11778

Exhibit 140 to Dykstra Declaration -
Response to FDA Request for Information,
dated December 30, 1999 (MRK-KRA00001470-1924) ..... Appx11782
*(Cont'd in Vol XXVII)*

**Volume XXVII**
**(Filed Under Seal)**

Exhibit 141 to Dykstra Declaration -
Letter from Loris McVittie, Ph.D. to
Roberta L. McKee, Ph.D., dated August 20, 1999
(MRK-KRA00018614-9) .................................................... Appx12238

Exhibit 142 to Dykstra Declaration -
Memo re: Teleconference with CBER: Mumps End
Expiry trial-BB IND 1016, dated November 8, 2000
(MRK-KRA00025161-2) .................................................... Appx12245

Exhibit 143 to Dykstra Declaration -
FDA Warning Letter, dated February 9, 2001
(PUBLIC0000666-670) ...................................................... Appx12248

# Table of Contents
## (Continued)

Exhibit 144 to Dykstra Declaration -
Memo re: M-M-R®II (BB-IND 1016); Summary of telephone
discussions on 11/23/99 and 12-06-99 with Ms. Luba Vujcic
(CBER) regarding the neutralization assay results and impact
on Equivalence Margin and lower bound criterion of the
M-M-R®II End Expiry Study hypothesis,
dated December 23, 1999 (MRK-KRA00025713-24) ......... Appx12254

Exhibit 145 to Dykstra Declaration -
Memo re: BB-IND 1016: Summary of discussion with
Ms. Luba Vujcic (CBER) regarding the Mumps neutralization
assay, dated January 5, 2000 (MRK-KRA00048855) ......... Appx12267

Exhibit 146 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
teleconference on methods used for the plaque reduction
neutralization assay, dated February 22, 2019
(MRK-KRA00062710-3) .................................................. Appx12269

Exhibit 147 to Dykstra Declaration -
Meeting Minutes with CBER, dated March 13, 2000
(MRK-KRA00062845-53) ................................................ Appx12274

Exhibit 148 to Dykstra Declaration -
Email from David M. Wonnacott to Roberta L. McKee, Ph.D.,
dated May 12, 1999 (MRK-KRA00094960) ....................... Appx12284

Exhibit 149 to Dykstra Declaration -
Email from Katalin G. Abraham to Joye L. Bramble,
dated December 3, 1998 (MRK-KRA00095063) ................ Appx12286

Exhibit 150 to Dykstra Declaration -
Memo re: Teleconference with Dr. Norman Baylor, CBER,
Regarding Meeting on Expiry Titers for M-M-R®II,
dated December 3, 1998 (MRK-KRA00095064) ................ Appx12288

**Table of Contents**
**(Continued)**

**Page**

Exhibit 151 to Dykstra Declaration -
Memo re: Teleconference with Norman Baylor, CBER,
on 11/16/98, Regarding VARIVAX® and M-M-R®II,
dated November 16, 1998 (MRK-KRA00095065) ............. Appx12290

Exhibit 152 to Dykstra Declaration -
Email from Katalin G. Abraham to Keith Chirgwin, M.D.,
dated October 5, 1998 (MRK-KRA00095142) ................... Appx12292

Exhibit 153 to Dykstra Declaration -
ProQuad™ Original Application, dated August 3, 2004
(MRK-KRA00158320-526) ................................................ Appx12294
***(Cont'd in Vol XXVIII)***

**Volume XXVIII**
**(Filed Under Seal)**

Exhibit 154 to Dykstra Declaration -
Memo re: CBER teleconference (October 16, 2001): Measles,
Mumps and Rubella ELISAs, dated October 19, 2001
(MRK-KRA00201389-91) ................................................. Appx12502

Exhibit 155 to Dykstra Declaration -
Clinical Study Report for the Protocol 007 Study
(MRK-KRA00224982-6529) .............................................. Appx12506
***(Cont'd in Vols XXIX, XXX, and XXXI)***

**Volume XXXI**
**(Filed Under Seal)**

Exhibit 156 to Dykstra Declaration -
Memo re: Supporting Documents for Stephen Krahling,
dated October 10, 2000 (MRK-KRA00331424-33) ............ Appx14055

Exhibit 157 to Dykstra Declaration -
Neutralization Assay Draft faxed on February 19, 1999
(MRK-KRA00336634-6) ................................................... Appx14066

**Table of Contents**
**(Continued)**

Exhibit 158 to Dykstra Declaration -
Letter from Paul G. Richman, Ph.D. to Alison Fisher, Ph.D.,
dated May 18, 2007 (MRK-KRA00570703-5) .................... Appx14070

Exhibit 159 to Dykstra Declaration -
Response to FDA Request for Information,
dated February 2, 2001 (MRK-KRA00622078-273) ........... Appx14074

Exhibit 160 to Dykstra Declaration -
Response to FDA Request for Information,
dated August 1, 2002 (MRK-KRA00624279-87) ................ Appx14271

Exhibit 161 to Dykstra Declaration -
General Correspondence to FDA, dated June 23, 1998
(MRK-KRA00624345-4446) ............................................... Appx14281

Exhibit 162 to Dykstra Declaration -
Response to FDA Request for Information,
dated February 5, 1999 (MRK-KRA00624448-4589) ......... Appx14384
*(Cont'd in Vol XXXII)*

**Volume XXXII**
**(Filed Under Seal)**

Exhibit 163 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
telephone conversations on 9/24/98 regarding the revised
M-M-R®II draft label and on 9/29/98 regarding the mumps
expiry protocol, dated September 29, 1998
(MRK-KRA00636592-3) .................................................... Appx14527

Exhibit 164 to Dykstra Declaration -
Biological Product Deviation Report Form,
dated April 20, 2001 (MRK-KRA00754233-8) ................... Appx14530

Exhibit 165 to Dykstra Declaration -
M-M-R®II Label (March 1995)
(MRK-KRA00757060-3) .................................................... Appx14537

# Table of Contents
## (Continued)

**Page**

Exhibit 166 to Dykstra Declaration -
M-M-R®II Label (April 1999)
(MRK-KRA00757072-6) ..................................................... Appx14542

Exhibit 167 to Dykstra Declaration -
M-M-R®II Label (2004) (MRK-KRA00757100-3) ............ Appx14548

Exhibit 168 to Dykstra Declaration -
Response to FDA Request for Information,
dated November 17, 2004 (MRK-KRA00761530-8) .......... Appx14553

Exhibit 169 to Dykstra Declaration -
Response to CBER Comments, dated June 10, 2002
(MRK-KRA00761628-702) ................................................. Appx14563

Exhibit 170 to Dykstra Declaration -
Email from Charlotte Shay to Michael L. Dekleva,
dated June 30, 2004 (MRK-KRA00791508-10) .................. Appx14639

Exhibit 171 to Dykstra Declaration -
Meeting Minutes from a MMRV Pre-Phase III meeting
with CBER, dated February 16, 2000
(MRK-KRA00821856-61) ................................................. Appx14643

Exhibit 172 to Dykstra Declaration -
Approval Letter, dated September 6, 2005
(MRK-KRA00821906-9) ................................................... Appx14650

Exhibit 173 to Dykstra Declaration -
Regulatory Liaison FDA Conversation Record,
dated October 5, 2004 (MRK-KRA00846405-15) .............. Appx14655

Exhibit 174 to Dykstra Declaration -
CBER's Clinical Review of Studies submitted in support of
Licensure of ProQuad™ (MRK-KRA01285010-272) ........ Appx14667

Exhibit 175 to Dykstra Declaration -
FDA report on the release of MMR,
dated February 23, 2016 (MRK-KRA01447562) ................ Appx14931

**Table of Contents**
(Continued)

Exhibit 176 to Dykstra Declaration -
Standard Operating Procedure-Preparation, Review and
Shipment of Biological Product Protocols and Samples to
CBER, dated September 23, 2015
(MRK-KRA01448181-207) ................................................ Appx14933

Exhibit 177 to Dykstra Declaration -
Letter from Roberta L. McKee, Ph.D. to Steven Masiello,
dated March 8, 2001 (MRK-KRA01537603-11) ................. Appx14961

Exhibit 178 to Dykstra Declaration -
Letter from Roberta L. McKee, Ph.D. regarding a proposal for
changes to release specifications, dated December 10, 1998
(MRK-KRA01622125) ....................................................... Appx14971

Exhibit 179 to Dykstra Declaration -
Prior Approval Supplement from Roberta L. McKee, Ph.D.
to William Egan, Ph.D., dated June 18, 1999
(MRK-KRA01622463-5) .................................................... Appx14973

Exhibit 180 to Dykstra Declaration -
Minutes from a December 8, 1998 Meeting,
dated January 8, 1999 (MRK-KRA01622468-72) ............... Appx14977

Exhibit 181 to Dykstra Declaration -
Letter from Katalin Abraham to Dr. Suresh Rastogi
(MRK-KRA01622552) ....................................................... Appx14983

Exhibit 182 to Dykstra Declaration -
Letter from David Wonnacott Ph.D. to Dr. Suresh Rastogi,
dated December 16, 1998 (MRK-KRA01622600-1) ........... Appx14985

Exhibit 183 to Dykstra Declaration -
Prior Approval Supplement from Roberta L. McKee, Ph.D. to
William Egan, Ph.D., dated September 15, 1999
(MRK-KRA01622711-2) .................................................... Appx14988

**Table of Contents**
**(Continued)**

Exhibit 184 to Dykstra Declaration -
Attachment 4 to the Prior Approval Supplement from
Roberta L. McKee, Ph.D. to William Egan, Ph.D.,
dated September 15, 1999 (MRK-KRA01622778-9) .......... Appx14991

Exhibit 185 to Dykstra Declaration -
Letter from William Egan, Ph.D. to Roberta L. McKee, Ph.D.,
dated August 20, 1999 (MRK-KRA01624909-10) .............. Appx14994

Exhibit 186 to Dykstra Declaration -
Letter from Barry D. Garfinkle, Ph.D. to Carolyn Hardegree,
M.D., dated January 28, 1998
(MRK-KRA01625508-5639) .............................................. Appx14997
*(Cont'd in Vol XXXIII)*

**Volume XXXIII**
**(Filed Under Seal)**

Exhibit 187 to Dykstra Declaration -
Letter from Peter Patriarca, M.D. to Roberta L. McKee, Ph.D.,
dated February 11, 2000 (MRK-KRA0187091-2) .............. Appx15130

Exhibit 188 to Dykstra Declaration -
MMR Statistical Analysis of Potency on Stability,
dated October 24, 2000 (MRK-KRA01897103-7271) ........ Appx15133

Exhibit 189 to Dykstra Declaration -
Letter from David Wonnacott, Ph.D. to Carolyn Hardegree,
M.D., dated December 5, 1997 (MRK-KRA01972451) ..... Appx15303

Exhibit 190 to Dykstra Declaration -
Various Correspondence between the FDA and Merck,
dated 1969 to 1994 (MRK-KRA01972464-546) ................. Appx15305

Exhibit 191 to Dykstra Declaration -
Various Email Correspondence in 1997
(MRK-KRA01972735-58) .................................................. Appx15389

# Table of Contents
## (Continued)

Exhibit 192 to Dykstra Declaration -
Vaccine & Biological Stability Protocol,
dated September 6, 2016 (MRK-KRA02139917-25) .......... Appx15414

Exhibit 193 to Dykstra Declaration -
Chapter "Mumps Vaccine," by Steven Rubin and
Stanley Plotkin .................................................... Appx15424

Exhibit 194 to Dykstra Declaration -
Stephen Krahling's 2001 Correspondence
(RELATOR_00000736-66) .................................... Appx15453

Exhibit 195 to Dykstra Declaration -
Letter from Axel Johnson to Tonia Torquato,
dated November 30, 2001 (RELATOR_00001036-43) ....... Appx15485

Exhibit 196 to Dykstra Declaration -
Stephen Krahling's 2001 Correspondence and Papers
(RELATOR_00001071-90) .................................. Appx15494
*(Cont'd in Vol XXXIV)*

## Volume XXXIV
## (Filed Under Seal)

Exhibit 197 to Dykstra Declaration -
Chapter "Mumps Vaccine," by Steven Rubin,
in Plotkin's Vaccines, 7th edition (2018) ............................ Appx15515

Exhibit 198 to Dykstra Declaration -
Letter from Kevin Malone to Kathleen Hardway,
dated July 31, 2018 ............................................. Appx15548

Exhibit 199 to Dykstra Declaration -
"Live, Attenuated Mumps Virus Vaccine," *New England
Journal of Medicine*, by R. Weibel, *et al.*,
dated February 2, 1967 ...................................... Appx15556

# Table of Contents
## (Continued)

Exhibit 200 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Luwy Musey, M.D., taken October 7, 2016 ......................... Appx15565

Exhibit 201 to Dykstra Declaration -
Rule 30(b)(6) Deposition Topics, dated December 13, 2016
(Stannard Ex. 3) ................................................................. Appx15569

Exhibit 202 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Mark Stannard,
taken December 13, 2016 ..................................................... Appx15585

Exhibit 203 to Dykstra Declaration -
*Curriculum Vitae* of Joan L. Wlochowski ........................... Appx15595

Exhibit 204 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Joan L. Wlochowski, taken June 13, 2017 ........................... Appx15597

Exhibit 205 to Dykstra Declaration -
FDA/CDC Submission, dated October 23, 2019 ................. Appx15603

Exhibit 206 to Dykstra Declaration -
Excerpts of Defendant Merck's Responses and Objections to
Relators' Third Set of Requests for Admission,
dated August 16, 2017 ......................................................... Appx15719

Exhibit 207 to Dykstra Declaration -
"Vaccine Impact: Benefits for human health,"
by M. Doherty *et al.*, in *Vaccine* 34 (2016) ........................... Appx15722

Exhibit 208 to Dykstra Declaration -
FDA Prescription Drug Labeling Resources ........................ Appx15731

Exhibit 209 to Dykstra Declaration -
ACIP Committee Members .................................................. Appx15738

**Table of Contents**
(Continued)

Exhibit 210 to Dykstra Declaration -
"Notice to Readers: Updated Recommendations of the
ACIP for the Control and Elimination of Mumps," *MMWR*,
June 9, 2006/55(22); 629-630 ............................................. Appx15743

Exhibit 211 to Dykstra Declaration -
"Measles Prevention: Recommendations of the ACIP,"
*MMWR*, December 28, 1989 38(S-9); 1-18 ......................... Appx15749

Exhibit 212 to Dykstra Declaration -
"FDA in Brief: FDA reiterates the importance of vaccines
such as MMR vaccine," dated September 6, 2019 .............. Appx15766

Exhibit 213 to Dykstra Declaration -
"Recommendations of the ACIP Mumps Prevention,"
*MMWR*, June 9, 1989/38(22) ............................................. Appx15769

Exhibit 214 to Dykstra Declaration -
"Recommendation of the ACIP Mumps Vaccine,"
*MMWR*, November 26, 1982; 31(46) .................................. Appx15777

Exhibit 215 to Dykstra Declaration -
Statement by Peter Marks M.D., Ph.D., FDA, on FDA's
continued confidence in the safety and effectiveness
of the MMR vaccine, dated April 22, 2019 ......................... Appx15783

Exhibit 216 to Dykstra Declaration -
About CBER ...................................................................... Appx15788

Exhibit 217 to Dykstra Declaration -
Excerpt from FDA's Website on Warning Letters ................ Appx15791

Exhibit 218 to Dykstra Declaration -
Excerpt of FDA's Website with an Index to Warning
Letters for 'M' Companies .................................................. Appx15794

# Table of Contents
## (Continued)

Exhibit 219 to Dykstra Declaration -
"The Immunological Basis for Immunization Series, Module
16: Mumps," by McLean, *et al.*, *Immunization, Vaccines and
Biologicals-World Health Organization* (2010) ................... Appx15817

Exhibit 220 to Dykstra Declaration -
Email from Sue Manoff to Mark Paponia,
dated February 25, 2000 (MRK-KRA00091399-405) ......... Appx15862

Exhibit 221 to Dykstra Declaration -
Memo re: Teleconference with Norman Baylor, CBER, on
11/16/98, Regarding VARIVAX® and M-M-R®II
(MRK-KRA00095065) ....................................................... Appx15870

Exhibit 222 to Dykstra Declaration -
M-M-R®II Label (MRK-KRA00757064-7) ....................... Appx15872

Exhibit 223 to Dykstra Declaration -
M-M-R®II Label (February 2001)
(MRK-KRA00757068-71) .................................................. Appx15877

Exhibit 224 to Dykstra Declaration -
M-M-R®II Label (August 2001)
(MRK-KRA00757077-80) .................................................. Appx15882

Exhibit 225 to Dykstra Declaration -
M-M-R®II Label (February 2006)
(MRK-KRA00757081-4) .................................................... Appx15887

Exhibit 226 to Dykstra Declaration -
M-M-R®II Label (March 1995)
(MRK-KRA00757085-8) .................................................... Appx15892

Exhibit 227 to Dykstra Declaration -
M-M-R®II Label (March 1995)
(MRK-KRA00757089-91) .................................................. Appx15897

**Table of Contents**
**(Continued)**

Page

Exhibit 228 to Dykstra Declaration -
M-M-R®II Label (October 2003)
(MRK-KRA00757092-5) ..................................................... Appx15901

Exhibit 229 to Dykstra Declaration -
M-M-R®II Label (September 2002)
(MRK-KRA00757096-9) ..................................................... Appx15906

Exhibit 230 to Dykstra Declaration -
M-M-R®II Label (February 2007)
(MRK-KRA00757104-7) ..................................................... Appx15911

Exhibit 231 to Dykstra Declaration -
M-M-R®II Label (February 2007)
(MRK-KRA00757108-11) ..................................................... Appx15916

Exhibit 232 to Dykstra Declaration -
M-M-R®II Label (April 19999)
(MRK-KRA01449029-40) ..................................................... Appx15921

Exhibit 233 to Dykstra Declaration -
M-M-R®II Label (February 2014)
(MRK-KRA01449226-36) ..................................................... Appx15934

Exhibit 234 to Dykstra Declaration -
M-M-R®II Label (June 2014)
(MRK-KRA01449243-53) ..................................................... Appx15946

Exhibit 235 to Dykstra Declaration -
M-M-R®II Label (October 2015)
(MRK-KRA01449260-70) ..................................................... Appx15958

Exhibit 236 to Dykstra Declaration -
M-M-R®II Label (February 2000)
(MRK-KRA01449271-5) ..................................................... Appx15970

Exhibit 237 to Dykstra Declaration -
M-M-R®II Label (March 2010)
(MRK-KRA01449276-83) ..................................................... Appx15976

**Table of Contents**
**(Continued)**

Exhibit 238 to Dykstra Declaration -
M-M-R®II Label (December 2010)
(MRK-KRA01449284-91) ................................................... Appx15985

Exhibit 239 to Dykstra Declaration -
M-M-R®II Label (September 2009)
(MRK-KRA01449292-99) ................................................... Appx15994
*(Cont'd in Vol XXXV)*

**Volume XXXV**
**(Filed Under Seal)**

Exhibit 240 to Dykstra Declaration -
Attachment 1 to Letter from Barry D. Garfinkle, Ph.D.
to Carolyn Hardegree, M.D., dated January 28, 1998
(MRK-KRA01625510-639) ................................................ Appx16003

Exhibit 241 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II) and BB-IND 7068
(MMRV); Summary of Face-to face meeting discussion
(3/13/00) with CBER regarding wild type mumps
neutralization and ELISA assays, dated March 13, 2000
(MRK-KRA00019855-7) ................................................... Appx16134

Exhibit 242 to Dykstra Declaration -
PowerPoint Presentation entitled Immunogenicity
Mumps-Containing Vaccines (MRK-KRA00091408) ........ Appx16138

Exhibit 243 to Dykstra Declaration -
Letter from David M. Wommacott, Ph.D. to
Suresh C. Rastogi, Ph.D., dated December 16, 1998
(MRK-KRA01629294-1629295) ........................................ Appx16152

Exhibit 244 to Dykstra Declaration -
Response to the FDA Form 483, dated October 24, 2000
(MRK-KRA01649535-1649551) ........................................ Appx16155

Exhibit 245 to Dykstra Declaration -
Warning Letters from FDA Website ................................... Appx16173

**Table of Contents**
**(Continued)**

**Page**

Exhibit 246 to Dykstra Declaration -
MMD Quality Manual Glossary, dated October 5, 2016
(MRK-KRA01679618-1679772) ......................................... Appx16176

Exhibit 247 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Eric Metzger,
taken June 11, 2015 ............................................................ Appx16332

Exhibit 248 to Dykstra Declaration -
Federal Register Vol. 58 No. 137, July 20, 1993 ................. Appx16336

Exhibit 249 to Dykstra Declaration -
FDA Review of Vaccine Labeling Requirements for
Warnings, Use Instructions, and Precautionary
Information, dated October 2004 ......................................... Appx16342

Defendant Merck's Response to Relators' Statement of
Material Facts, dated November 26, 2019 (Doc. 299) .......... Appx16345

**Volume XXXVI**
**(Filed Under Seal)**

Declaration of Lisa C. Dykstra, for Merck, in Support of
Response to Relators' Statement of Material Facts,
executed November 26, 2019 (Doc. 299) ............................. Appx16501

Exhibit 250 to Dykstra Declaration -
"Mumps Complications and Effects of Mumps Vaccination,
England and Wales, 2002-2006," by Yung, Chee-Fu, *et al.*,
*Emerging Infectious Diseases*, (2011) 17(4):661-667 ......... Appx16513

Exhibit 251 to Dykstra Declaration -
Excerpts from the Deposition Testimony of April Cohen,
taken January 4, 2018 ........................................................ Appx16521

## Table of Contents
### (Continued)

Exhibit 252 to Dykstra Declaration -
"Mumps Virus-Specific Antibody Titers from Pre-Vaccine
Era Sera: Comparison of the Plaque Reduction Neutralization
Assay Enzyme Immunoassays," by Mauldin, Jeremy, *et al.*,
*Journal of Clinical Microbiology*, 2005:43(9):4847-4851 .. Appx16525

Exhibit 253 to Dykstra Declaration -
"Correlates of Protection," by Plotkin and Gilbert,
2018:35-40 ........................................................................ Appx16531

Exhibit 254 to Dykstra Declaration -
FDA, Guidance for Industry: FDA Review of Vaccine
Labeling Requirements for Warnings, Use Instructions, and
Precautionary Information, dated September 2004 ............. Appx16538

Exhibit 255 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Roberta L. McKee, Ph.D., taken March 30, 2017 ............... Appx16547

Exhibit 256 to Dykstra Declaration -
Excerpts from the Expert Report of
Dipti Gulati, MS, D. Phil. ................................................. Appx16551

Exhibit 257 to Dykstra Declaration -
Biological Product Deviation Report Form
submitted by Merck to the FDA, dated March 5, 2001
(MRK-KRA00754239-44) ................................................. Appx16556

Exhibit 258 to Dykstra Declaration -
"Jeryl Lynn Strain Live Attenuated Mumps Virus Vaccine
-Influence of Age, Virus Dose, Lot, and-Globulin
Administration on Response," by Buynak, Eugene, *et al.*,
*Journal of the American Medical Association* (1968)
203(1):63-67 ....................................................................... Appx16563

Exhibit 259 to Dykstra Declaration -
2003 Annual Stability Report for M-M-R®II
(MRK-KRA01632888-945) ................................................ Appx16569

**Table of Contents**
(Continued)

Exhibit 260 to Dykstra Declaration -
"Sensitive Neutralization Test for virus antibody,"
by Sato *et al.*, *Archives of Virology*, (1978) 58:301-311 ...... Appx16628

Exhibit 261 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to Alison Fisher, Ph.D.,
dated December 3, 2004 (MRK-KRA00000361-5) ............. Appx16640

Exhibit 262 to Dykstra Declaration -
Fax from Luba Vujcic to Alison Fisher, Ph.D.,
dated July 20, 2007 (MRK-KRA00141957-8) .................... Appx16646

Exhibit 263 to Dykstra Declaration -
Submission, dated August 8, 2007
(MRK-KRA00000140-225) ................................................ Appx16649

Exhibit 264 to Dykstra Declaration -
Submission, dated December 3, 2007
(MKR-KRA00000226-300) ................................................ Appx16736

Exhibit 265 to Dykstra Declaration -
"Long-Term Persistence of Mumps Antibody after Receipt of 2
Measles-Mumps-Rubella (MMR) Vaccinations and Antibody
Response after a Third MMR Vaccination among a University
Population," by Date, Anand, *et al.*, *Journal of Infectious
Diseases*, (2008) 197:1662-1668 ........................................ Appx16812

Exhibit 266 to Dykstra Declaration -
"Mumps Antibody Levels Among Students Before a Mumps
Outbreak: In Search of a Correlate of Immunity,"
by Cortese, *et al.*, *Journal of Infectious Diseases*, (2011)
204:1413-1422 .................................................................. Appx16820

**Table of Contents**
**(Continued)**

Exhibit 267 to Dykstra Declaration -
"Immunogenicity and Safety of Two Tetravalent (Measles,
Mumps, Rubella, Varicella) Vaccines Coadministered With
Hepatitis A and Pneumococcal Conjugate Vaccines to Children
Twelve to Fourteen Months of Age," by Blatter, *et al.*,
*The Pediatric Infectious Disease Journal,*
(2012) 31:e133-e140 .......................................................... Appx16831

Exhibit 268 to Dykstra Declaration -
Analytical Validation Protocol
(MRK-KRA00337307-18) ................................................... Appx16840

Exhibit 269 to Dykstra Declaration -
Expert Report of Robert Platt, Ph.D.,
dated June 14, 2018 ........................................................... Appx16853

Exhibit 270 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Amy Keegan,
taken April 27, 2017 .......................................................... Appx16992

Exhibit 271 to Dykstra Declaration -
Documentation of Work Activities
(RELATOR_00000272-3) ................................................... Appx16995

Exhibit 272 to Dykstra Declaration -
Work Summary Document (RELATOR_00000274-6) ........ Appx16998
*(Cont'd in Vol XXXVII)*

**Volume XXXVII**
**(Filed Under Seal)**

Exhibit 273 to Dykstra Declaration -
Submission, dated May 5, 2005
(MRK-KRA00176342-176654) .......................................... Appx17002

Exhibit 274 to Dykstra Declaration -
Submission, dated June 30, 2004
(MKR-KRA00137854-55 and 8137-72) ............................. Appx17316

**Table of Contents**
**(Continued)**

Exhibit 275 to Dykstra Declaration -
"Safety and Immunogenicity of Human Serum Albumin-Free
MMR Vaccine in US Children Aged 12-15 months,"
by Mufson, *et al.*, *Journal of Pediatric Infectious Diseases
Society*, (2014) 4:339-348 .................................................. Appx17355

Exhibit 276 to Dykstra Declaration -
Letter from Jerry P. Weir, Ph.D. to Alison Fisher, Ph.D.,
dated December 30, 2004 (MRK-KRA00141670-2) ........... Appx17366

Exhibit 277 to Dykstra Declaration -
Submission, dated February 28, 2005
(MRK-KRA00141676-729) ................................................ Appx17370

Exhibit 278 to Dykstra Declaration -
Submission, dated July 13, 2005
(MRK-KRA00141789-906) ................................................ Appx17425
*(Cont'd in Vol XXXVIII)*

**Volume XXXVIII**
**(Filed Under Seal)**

Exhibit 279 to Dykstra Declaration -
"Summary of Notifiable Diseases-United States 2012,"
*MMWR*, 2014:61(53):1-121 ................................................ Appx17544

Exhibit 280 to Dykstra Declaration -
CDC Publication "Mumps Outbreak-Related Questions
and Answers for Patients," last reviewed March 15, 2019 .. Appx17669

Exhibit 281 to Dykstra Declaration -
CDC Publication "Nationally Notifiable Infectious Diseases
and Conditions, United States: Annual Tables" ................... Appx17672

Exhibit 282 to Dykstra Declaration -
"Characteristics of Large Mumps Outbreaks in the United
States during July 2010-December 2015," by Clemmons,
Nakia *et al.*, *Clinical Infectious Diseases*, (2019) ............... Appx17676

# Table of Contents
## (Continued)

Exhibit 283 to Dykstra Declaration -
CDC Publication "Healthy People 2010 Final Review" ...... Appx17684
***(Cont'd in Vol XXXIX)***

### Volume XXXIX
### (Filed Under Seal)

Exhibit 284 to Dykstra Declaration -
CDC Publication "Healthy People 2020 Immunization and
Infectious Diseases Objectives" .......................................... Appx18245

Exhibit 285 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.2
Cases of Hib Data" .............................................................. Appx18278

Exhibit 286 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.4
U.S.-acquired cases of Measles Data" ................................. Appx18280

Exhibit 287 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.5
U.S.-acquired cases of Mumps Data" .................................. Appx18282

Exhibit 288 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.9
 U.S.-acquired cases of Rubella Data" ................................. Appx18284

Exhibit 289 to Dykstra Declaration -
CDC Webpage "National Center for Immunization
and Respiratory Diseases" .................................................. Appx18286

Exhibit 290 to Dykstra Declaration -
"Mumps vaccination coverage and vaccine effectiveness in a
large outbreak among college students-Iowa, 2006,"
by Marin, Mona *et al.*, *Vaccine*, (2008) 26:3601-3607 ........ Appx18301

# Table of Contents
## (Continued)

Page

Exhibit 291 to Dykstra Declaration -
"Mumps Outbreak in Orthodox Jewish Communities in the
United States," Barskey, Albert, *et al.*, *New England Journal
of Medicine*, (2012) 367(18):1704-1713 .............................. Appx18309

Exhibit 292 to Dykstra Declaration -
"Impact of a Third Dose of Measles-Mumps-Rubella Vaccine
on a Mumps Outbreak," by Ogbuanu, Ikechukwu, *et al.*,
*Pediatrics*, (2012) 130(6):1-8 ............................................. Appx18320

Exhibit 293 to Dykstra Declaration -
"Epidemiology of a Mumps Outbreak in a Highly Vaccinated
Island Population and Use of a Third Dose of Measles-
Mumps-Rubella Vaccine for Outbreak Control—Guam 2009
to 2010," by Nelson, George, *et al.*, *Pediatric Infectious
Disease Journal*, (2013) 32(4):374-380 .............................. Appx18330

Exhibit 294 to Dykstra Declaration -
"Effectiveness of a Third Dose of MMR Vaccine for Mumps
Outbreak Control," by Cardemil, Cristina, *et al.*, *New England
Journal of Medicine*, (2017) 377(10):947-956 .................... Appx18338

Exhibit 295 to Dykstra Declaration -
"Mumps in a highly vaccinated Marshallese community in
Arkansas, USA: an outbreak report," by Fields, Virgie, *et al.*,
*Lancet Infectious Diseases*,
(Published online January 8, 2019) 1-8 ............................... Appx18349

Exhibit 296 to Dykstra Declaration -
"Antibody Induced by Immunization with the Jeryl Lynn
Mumps Vaccine Strain Effectively Neutralizes a Heterologous
Wild-Type Mumps Virus Associated with a Large Outbreak,"
by Rubin, Steven, *et al.*, *Journal of Infectious Diseases*, (2008)
198:508-515 ....................................................................... Appx18358

Exhibit 297 to Dykstra Declaration -
"Vaccine waning and mumps-re-emergence in the United
States," by Lewnard, Joseph and Grad, Yonatan, *Science
Translational Medicine*, (2018) 10(433):1-10 .................... Appx18367

**Table of Contents**
(Continued)

Exhibit 298 to Dykstra Declaration -
"Comment: The changing epidemiology of mumps in a high
vaccination era," by Marshall, Helen and Plotkin, Stanley,
*Lancet Infectious Diseases*, (2019) 19:118-119 ................... Appx18379

Exhibit 299 to Dykstra Declaration -
"Successes and challenges for preventing measles, mumps and
rubella by vaccination," by Bankamp, Bettina, *et al.*, *Current
Opinion in Virology*, (2019) 34:110-116 .............................. Appx18382

Exhibit 300 to Dykstra Declaration -
"Mumps Vaccines Do We Need a New One?," by Rubin,
Steven and Beeler, Judy, *Pediatric Infectious Disease Journal*,
(2013) 32(10):1156-1157 ..................................................... Appx18390

Exhibit 301 to Dykstra Declaration -
CDC website listing Measles-related *MMWR* Articles ........ Appx18393

Exhibit 302 to Dykstra Declaration -
CDC website listing Pertussis (Whooping Cough)
Publications ........................................................................ Appx18399

Exhibit 303 to Dykstra Declaration -
CDC website listing Chickenpox (Varicella) References and
Resources .......................................................................... Appx18407

Exhibit 304 to Dykstra Declaration -
CDC webpage: Glossary ...................................................... Appx18411

Exhibit 305 to Dykstra Declaration -
Email from Jeanne Santoli to Eric Skjeveland,
dated June 12, 2012 (MRK-KRA00122172-3) .................... Appx18425

Exhibit 306 to Dykstra Declaration -
CDC webpage, ACIP Workgroups, last reviewed
May 30, 2019 ..................................................................... Appx18428

# Table of Contents
## (Continued)

Page

Exhibit 307 to Dykstra Declaration -
"Recommendations of the Advisory Committee on
Immunization Practices for Use of Hepatitis A Vaccine
for Persons Experiencing Homelessness,"
*MMWR* 2019:68(6):153-56 .................................................. Appx18435

Exhibit 308 to Dykstra Declaration -
"Human Papillomavirus Vaccination for Adults: Updated
Recommendations of the Advisory Committee on
Immunization Practices," *MMWR* 2019:68(3):698-702 ...... Appx18440

Exhibit 309 to Dykstra Declaration -
"Prevention and Control of Seasonal Influenza with
Vaccines: Recommendations of the Advisory Committee
on Immunization Practices-United States, 2019-20
Influenza Season," *MMWR* 2019:69(3):1-21 ....................... Appx18446

Exhibit 310 to Dykstra Declaration -
"Japanese Encephalitis Vaccine: Recommendations of the
Advisory Committee on Immunization Practices,"
*MMWR* 2019:68(2);1-33 .................................................... Appx18475
***(Cont'd in Vol XL)***

### Volume XL
### (Filed Under Seal)

Exhibit 311 to Dykstra Declaration -
"Prevention of Pertussis, Tetanus, and Diphtheria with
Vaccines in the United States: Recommendations of the
Advisory Committee on Immunization Practices,"
*MMWR* 2018:67(2):1-44 .................................................... Appx18516

Exhibit 312 to Dykstra Declaration -
"Updated Recommendations for Use of Tetanus Toxoid,
Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine
(Tdap) in Pregnant Women and Persons Who Have or
Anticipate Having Close Contact with an Infant Aged <12
Months-Advisory Committee on Immunization Practices
(ACIP), 2011," *MMWR* 2011:60(41):1424-1426 ................. Appx18565

# Table of Contents
## (Continued)

Exhibit 313 to Dykstra Declaration -
"Updated Recommendations for the Use of Tetanus Toxoid,
Reduced Diphtheria Toxoid, and Acellular Pertussis Vaccine
(Tdap) in Pregnant Women-Advisory Committee on
Immunization Practices (ACIP), 2012," *MMWR*
2013:62(7):131-135 ............................................................ Appx18569

Exhibit 314 to Dykstra Declaration -
"Immunization in the United States (Chapter 73),"
by Cohn, *et al.*, *Vaccines* 1421-1440 ................................... Appx18575

Exhibit 315 to Dykstra Declaration -
Excerpts from the Expert Report of
Daniel Salmon, Ph.D., MPH ................................................. Appx18596

Exhibit 316 to Dykstra Declaration -
Excerpts from Merck's Supplemental Responses and
Objections to Relators' First Set of Interrogatories,
dated December 12, 2016 .................................................... Appx18608

Exhibit 317 to Dykstra Declaration -
"The Pertussis Problem," by Plotkin, Stanley, *Clinical
Infectious Diseases*, (2014) 58(6): 830-833 ......................... Appx18618

Exhibit 318 to Dykstra Declaration -
"Establishing a Global Vaccine-Development Fund,"
by Plotkin, Stanley, *et al.*, *New England Journal of Medicine*,
(2015) 373:297-300 ........................................................... Appx18623

Exhibit 319 to Dykstra Declaration -
Chapter 11 "Anthrax Vaccines," by Friedlander, Arthur, *et al.*,
*Vaccines* (2018) ................................................................ Appx18628

Exhibit 320 to Dykstra Declaration -
Chapter 38 "Meningococcal Capsular Group A, C, W, and Y
Conjugate Vaccines," by Harrison, Lee, *et al.*,
*Vaccines* (2018) ................................................................ Appx18646

**Table of Contents**
(Continued)

Exhibit 321 to Dykstra Declaration -
Chapter 52 "Rotavirus Vaccines," by Parashar, Umesh, *et al.*,
*Vaccines* (2018) .................................................................. Appx18673

Exhibit 322 to Dykstra Declaration -
Chapter 60 "Tuberculosis Vaccines," by Hanekom, Willem,
*et al.*, *Vaccines* (2018) ......................................................... Appx18694

Exhibit 323 to Dykstra Declaration -
Excerpts from Expert Report of
Gary L. Freed, M.D., MPH .................................................. Appx18714

Exhibit 324 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Gary L. Freed, M.D., MPH, taken October 18, 2018 .......... Appx18718

Exhibit 325 to Dykstra Declaration -
Excerpts from "2012 CDC Summary of
Notifiable Diseases" ............................................................ Appx18721

Exhibit 326 to Dykstra Declaration -
Excerpts from "1977 Annual Summary,"
*MMWR*, Vol. 26, No. 53, September 1978 .......................... Appx18729

Exhibit 327 to Dykstra Declaration -
Excerpts from "1980 Annual Summary,"
*MMWR*, Vol. 29, No. 54, September 1981 .......................... Appx18734

Exhibit 328 to Dykstra Declaration -
Excerpts from "2013 CDC Summary of
Notifiable Diseases" ............................................................ Appx18742

Exhibit 329 to Dykstra Declaration -
Excerpts from "2014 CDC Summary of
Notifiable Diseases" ............................................................ Appx18747

**Table of Contents**
**(Continued)**

Relators' Responses to Merck's Statements of Material Facts in
Support of Its First and Fourth Summary Judgment Motions
and Their Corresponding Additional Statement of Material
Facts, dated November 26, 2019 (Doc. 300) ........................ Appx18751

Declaration of Gary Reilly in Support of Relators' Oppositions to
Merck's Four Motions for Summary Judgment,
executed November 26, 2019 (Doc. 300) ............................. Appx18984

    Exhibit 361 to Reilly Declaration -
    Deposition Testimony of Amy Keegan,
    taken April 27, 2017 ............................................................. Appx18996
    *(Cont'd in XLI)*

**Volume XLI**
**(Filed Under Seal)**

    Exhibit 362 to Reilly Declaration -
    Memorandum titled "Delay of Filing for Optimized
    GOS/HAS-free Diluent for M-M-R®II" with Attachment,
    dated August 28, 2000 (MRK-CHA01593194-9) ................ Appx19070

    Exhibit 363 to Reilly Declaration -
    The Current Manufacturing Target Titer for the Mumps
    Component of Measles, Mumps, and Rubella Virus Vaccine
    Live M-M-R®II (MRK-CHA00576983-93) ....................... Appx19077

    Exhibit 364 to Reilly Declaration -
    Letter from Robert L. McKee, Ph.D. to Carolyn Hardegree,
    M.D., dated December 10, 1998, with Attachment
    (MRK-CHA00756233-55) .................................................. Appx19089

    Exhibit 365 to Reilly Declaration -
    Excerpts from Clinical and Regulatory Review Committee
    Critical Activities, issued August 15, 2001
    (MRK-CHA01724860-25029) ............................................ Appx19113

**Table of Contents**
(Continued)

Exhibit 366 to Reilly Declaration -
Excerpts from Clinical and Regulatory Review Committee
Critical Activities, issued March 17, 1999
(MRK-CHA01717354-7508) .............................................. Appx19123

Exhibit 367 to Reilly Declaration -
Table (MRK-CHA00280517) .............................................. Appx19142

Exhibit 368 to Reilly Declaration -
Project Management Regulatory Submissions
Schedule for "All Products," from 01-AUG-2002
(MRK-CHA01726084-7) .................................................... Appx19144

Exhibit 369 to Reilly Declaration -
Email from Hentrietta Ukwu to David W. Blois,
dated October 6, 1998, with Attachment
(MRK-CHA00625837-9) .................................................... Appx19149

Exhibit 370 to Reilly Declaration -
Justification of Mumps Component Frequency
(MRK-CHA00032404-7) .................................................... Appx19153

Exhibit 371 to Reilly Declaration -
Email from Alison L. Fisher, Ph.D. to Mark S. Galinski,
dated March 28, 2005 (MRK-CHA00560317-9) ................. Appx19158

Exhibit 372 to Reilly Declaration -
Email from Bonita M. Stankunas to Amy Keegan,
dated October 1, 2010 (MRK-CHA01470854-6) ................ Appx19162

Exhibit 373 to Reilly Declaration -
Presentation titled M-M-R®II
(MRK-CHA00021133-67) .................................................. Appx19166

Exhibit 374 to Reilly Declaration -
Excerpts from Pediatric Measles, Mumps, Rubella &
Varicella-containing Franchise: Integrated Vaccine T-PAC
Review, dated October 28, 2002
(MRK-CHA00233586-3623) .............................................. Appx19202

**Table of Contents**
(Continued)

Exhibit 375 to Reilly Declaration -
Deposition Testimony of April D. Cohen,
taken January 4, 2018 .......................................................... Appx19211

Exhibit 376 to Reilly Declaration -
Minutes of October 6, 1999 Project Team Meeting,
dated October 8, 1999 (MRK-CHA01899074-86) .............. Appx19276

Exhibit 377 to Reilly Declaration -
Draft Memo re: Clinical and Regulator Review Committee
Meeting Summary-October 8, 2002, dated October 11, 2002
(MRK-CHA01728735-8) ..................................................... Appx19290

Exhibit 378 to Reilly Declaration -
Pediatric Live Virus Vaccine Franchise Review,
dated October 28, 2002 (MRK-CHA00207636-83) ............ Appx19295

Exhibit 379 to Reilly Declaration -
Presentation, produced as "M-M-R II and Priorix Profiles
8_19_11F.ppt" (MRK-CHA00955777) ............................... Appx19344

Exhibit 380 to Reilly Declaration -
Deposition Testimony of Tim Schofield,
taken March 20, 2017 .......................................................... Appx19347

Exhibit 381 to Reilly Declaration -
Memo re: Mumps Stability and Potency Estimations,
dated February 27, 2001 (MRK-CHA01896072-3) ............. Appx19449

Exhibit 382 to Reilly Declaration -
Email from Philip S. Bennett to Cynthia Morrisey,
dated January 18, 2002 (MRK-CHA00094849-50) ............. Appx19452

Exhibit 383 to Reilly Declaration -
*Curriculum Vitae* of Manal Anwar Morsy, M.D., Ph.D., MBA
(MORSY00001-10) ............................................................. Appx19455

# Table of Contents
## (Continued)

**Page**

Exhibit 384 to Reilly Declaration -
*Curriculum Vitae* of Cynthia F. Morrisey
(MORRISEY_00000001-6) ................................................. Appx19466

Exhibit 385 to Reilly Declaration -
Memo re: Determination of Minimum Release
Specifications for Mumps and Rubella in M-M-R®II,
dated February 9, 2004 (MRK-CHA00722641-2) ............... Appx19473

Exhibit 386 to Reilly Declaration -
Memo re: Determination of Minimum Release Specifications
for Mumps in M-M-R®II, dated November 4, 2004
(MRK-CHA00722667-8) .................................................... Appx19476

Exhibit 387 to Reilly Declaration -
Email from Philip S. Bennett with attachments,
dated December 4, 2012
(MRK-CHA01580006-15) .................................................... Appx19479

Exhibit 388 to Reilly Declaration -
Email from Kimberly A. Duffy to Amy Keegan,
dated December 5, 2012 (MRK-CHA01579943-5) ............. Appx19490

Exhibit 389 to Reilly Declaration -
*Curriculum Vitae* of Amy Keegan
(MRK-CHA02009507-9) .................................................... Appx19494

Exhibit 390 to Reilly Declaration -
Presentation, MMRII Protocol #007 - Mumps End Expiry
study: AIGENT Assay Issues and Impact on Study Criteria,
produced as "6-30 pm Draft 10-04-02 for CRRC-10-08-02
slides.ppt" (MRK-CHA00025831) ...................................... Appx19498
***(Cont'd in Vol LXII)***

**Table of Contents**
**(Continued)**

**Volume LXII**
**(Filed Under Seal)**

Exhibit 391 to Reilly Declaration -
Gulati Deposition Exhibit 14, Select Pages of Supplemental
Biologics License Application, dated June 30, 2004
(MRK-CHA00137854-55 and
MRK-CHA00138585-708) .................................................. Appx19533

Exhibit 392 to Reilly Declaration -
Regulatory Liaison FDA Conversation Record,
dated May 27, 2005 (MRK-CHA00793082-3) .................... Appx19539

Exhibit 393 to Reilly Declaration -
Submission, dated July 13, 2005
(MRK-CHA00141789-906) ................................................. Appx19542

Exhibit 394 to Reilly Declaration -
Deposition Testimony of Dipti Gulati, M.S., D. Phil.,
taken December 5, 2018 ..................................................... Appx19550

Exhibit 395 to Reilly Declaration -
Merck's Biological Stability Program 2001 Annual Stability
Report for M-M-R®II (MRK-CHA01632745-51) .............. Appx19661

Exhibit 396 to Reilly Declaration -
Biological Stability Program 2004 Annual Stability
Report for M-M-R®II (MRK-CHA01632833-8) ................ Appx19669

Exhibit 397 to Reilly Declaration -
Biological Stability Program 2005 Annual Stability
Report for M-M-R®II (MRK-CHA01634117-22) .............. Appx19676

Exhibit 398 to Reilly Declaration -
Biological Stability Program 2008 Annual Stability
Report for M-M-R®II (MRK-CHA01633948-59) .............. Appx19683

# **Table of Contents**
## (Continued)

Exhibit 399 to Reilly Declaration -
Response to FDA Request for Information,
dated February 28, 2005 (MRK-CHA02078926-7) ............. Appx19696

Exhibit 400 to Reilly Declaration -
Excerpts from Biological Stability Program 2010
Annual Stability Report for M-M-R®II
(MRK-CHA01458201-6) ..................................................... Appx19699

Exhibit 401 to Reilly Declaration -
CDC "Mumps Cases and Outbreaks" webpage,
last accessed November 25, 2019 ........................................ Appx19706

Exhibit 402 to Reilly Declaration -
CDC "Mumps Vaccination" webpage, last reviewed
March 28, 2019 ................................................................... Appx19709

Exhibit 403 to Reilly Declaration -
CDC "Mumps Vaccination" webpage, archived as of
May 30, 2012 ...................................................................... Appx19711

Exhibit 404 to Reilly Declaration -
CDC "Mumps Vaccination" webpage, archived as of
December 8, 2009 ............................................................... Appx19714

Exhibit 405 to Reilly Declaration -
Email from Janet Ernst-Gerner to Alan Modlinger,
dated September 23, 2016 (MRK-CHA02008691-4) .......... Appx19717

Exhibit 406 to Reilly Declaration -
Marked M-M-R®II (Measles, Mumps, and Rubella Virus
Vaccine Live) Literature (MRK-CHA02008695-705) ......... Appx19722

Exhibit 407 to Reilly Declaration -
Email from Mark Papania to Barbara Kuter,
dated February 12, 2010 (MRK-CHA00351988-90) ........... Appx19734

**Table of Contents**
(Continued)

Exhibit 408 to Reilly Declaration -
Email from Chester J. Kitchen, dated February 25, 2010
(MRK-CHA00790153-4) .................................................... Appx19738

Exhibit 409 to Reilly Declaration -
Email from Chester J. Kitchen to Scott Porreca,
dated February 26, 2010 (MRK-CHA00791347) ................ Appx19741

Exhibit 410 to Reilly Declaration -
FDA Conversation re; PRIOrix™, measles, mumps &
rubella live, attenuated, viral vaccine BB-IND-7229,
dated December 18, 1997 (GSK-MMR-IND-0047687-9) ... Appx19743

Exhibit 411 to Reilly Declaration -
FDA Conversation re: PRIOrix IND submission,
Clinical Hold, dated October 16, 1997
(GSK-MMR-IND-0047654-6) ............................................. Appx19747

Exhibit 412 to Reilly Declaration -
Extra CDAB Meeting Abstract, dated August 1, 2011
(GSK-MMR-019819-42) .................................................... Appx19751

Exhibit 413 to Reilly Declaration -
Memo re: Minutes of Meeting with CBER on 4/4/01,
dated April 9, 2001 (MRK-CHA00049238-40) ................... Appx19776

Exhibit 414 to Reilly Declaration -
Email from Sally S. Wong to Cathy Hoath,
dated February 26, 2013 (MRK-CHA01556424-8) ............. Appx19780

Exhibit 415 to Reilly Declaration -
Email from Joseph D. Bernardo to Mark J. Stannard,
dated November 30, 2016 (MRK-CHA02101841) ............. Appx19786

Exhibit 416 to Reilly Declaration -
Deposition Testimony of Roberta L. McKee, Ph.D.,
taken March 30, 2017 ......................................................... Appx19788

**Table of Contents**
(Continued)

Exhibit 417 to Reilly Declaration -
Vaccine & Biological Stability Protocol for M-M-R®II
(MRK-CHA01714300-8) .................................................... Appx19870

Exhibit 418 to Reilly Declaration -
Excerpts from Biological Stability Program 2000
Annual Stability Report for M-M-R®II
(MRK-CHA01633601-6) .................................................... Appx19880

Exhibit 419 to Reilly Declaration -
Excerpts from Biological Stability Program 2002
Annual Stability Report for M-M-R®II
(MRK-CHA01633529-39) .................................................... Appx19887

Exhibit 420 to Reilly Declaration -
Excerpts from Biological Stability Program 2003
Annual Stability Report for M-M-R®II
(MRK-CHA01632888-95) .................................................... Appx19899

Exhibit 421 to Reilly Declaration -
SOP Active Stability Monitoring of Live Virus Vaccine
Potency Results, effective November 10, 2000
(MRK-CHA00049165-73) .................................................... Appx19908

Exhibit 422 to Reilly Declaration -
SOP Real Time Stability Trend Monitoring, effective
September 21, 2016 (MRK-CHA01714343-54) .................. Appx19918

Exhibit 423 to Reilly Declaration -
Label Claim Compliance of M-M-R®II
(MRK-CHA00322066-73) .................................................... Appx19931

Exhibit 424 to Reilly Declaration -
Proposed New Stabilizer for M-M-R®II,
dated July 12, 2002 (MRK-CHA00239179-99) .................. Appx19940

**Table of Contents**
**(Continued)**

Exhibit 425 to Reilly Declaration -
Clinical and Regulatory Review Committee Agenda,
dated October 8, 2002 (MRK-CHA00780210-65) .............. Appx19962
*(Cont'd in Vol XLIII)*

**Volume XLIII**
**(Filed Under Seal)**

Exhibit 426 to Reilly Declaration -
Analytical Approach for MMR in Japan
(MRK-CHA00719989-20008) ............................................ Appx20019

Exhibit 427 to Reilly Declaration -
Excerpts from Memo re: Mumps neutralizing antibody test vs.
efficacy and effectiveness, dated September 10, 1999
(MRK-CHA00061698-703) ................................................. Appx20040

Exhibit 428 to Reilly Declaration -
Atkinson Deposition Exhibit 2, Letter from Kevin Malone
to Kathleen Hardway, dated July 31, 2018,
and Letter from Robert Redfield to Kathleen Hardway,
dated May 24, 2018 ............................................................. Appx20047

Exhibit 429 to Reilly Declaration -
CDC Publication, Ensuring the Safety of Vaccines in the
United States, last updated July 2011 .................................. Appx20055

Exhibit 430 to Reilly Declaration -
Email from Colleen M. Duffy to Diana DeLong,
dated December 14, 2005 (MRK-CHA00942187-8) ........... Appx20058

Exhibit 431 to Reilly Declaration -
Email from Kevin Agnew to Diana DeLong,
dated March 14, 2014 (MRK-CHA01673057-9) ................. Appx20061

Exhibit 432 to Reilly Declaration -
Letter to CDC Request for Final Proposal to RFP 2014-N-
15784 Consolidated Vaccines for Children Contact,
dated March 7, 2014 (MRK-CHA01655048-93) ................. Appx20065

**Table of Contents**
(Continued)

Exhibit 433 to Reilly Declaration -
Email from Diana DeLong to Cindy Rivera,
dated March 13, 2014 (MRK-CHA01656202-3) ................. Appx20112

Exhibit 434 to Reilly Declaration -
FDA Comments on PRN Assay, dated May 9, 2007
(GSK-MMR-IND-0015993-4) ............................................ Appx20115

Exhibit 435 to Reilly Declaration -
Excerpts from Merck Presentation, dated November 10, 2011
(MRK-CHA0002441-681) .................................................... Appx20118

Exhibit 436 to Reilly Declaration -
Letter from Lisa C. Dykstra to CDC and Office of General
Counsel for Department of Health and Human Services,
dated May 18, 2015 (MRK-CHA01374713-20) .................. Appx20121

Exhibit 437 to Reilly Declaration -
Summary of GSK Vaccines development pipeline meeting
with CDC March 8, 2016 (GSK-MMR-0062025-30) ......... Appx20130

Exhibit 438 to Reilly Declaration -
Email from Ouzama Nicholson to Donna Boyce,
dated May 27, 2010 (GSK-MMR-0058532) ....................... Appx20137

Exhibit 439 to Reilly Declaration -
Memo re: Supporting Documents for Stephen Krahling,
dated October 10, 2000 (MRK-CHA00447565-74) ............ Appx20139

Exhibit 440 to Reilly Declaration -
Excerpts from journal of David Krah, M.D.
(MRK-CHA00490081-591) ................................................ Appx20150

Exhibit 441 to Reilly Declaration -
Minutes of August 8, 2001 Project Team Meeting
(MRK-CHA00209441-53) .................................................. Appx20176

## **Table of Contents**
### (Continued)

Exhibit 442 to Reilly Declaration -
Deposition Testimony of  Thomas McGuire, Ph.D.,
taken July 2, 2018 ................................................................ Appx20190

Exhibit 443 to Reilly Declaration -
National Vaccine Advisory Committee Report,
The National Vaccine Program 2008 State of the
Program Report, dated February 2009................................... Appx20274

Exhibit 444 to Reilly Declaration -
"National, State, and Local Area Vaccination Coverage
Among Children Aged 19–35 Months — United States, 2012,"
*MMWR* 2013; 62:733-755, dated September 13, 2013 ........ Appx20289

Exhibit 445 to Reilly Declaration -
"Financing Immunizations in the United States," Hinman
*et al.*, *Clinical Infectious Diseases* 2004; 38:1440-6 ........... Appx20314

Exhibit 446 to Reilly Declaration -
"Program Review, National Immunization Survey (NIS) and
State and Local Area Integrated Telephone Survey (SLAITS),"
dated November 27-28, 2007 ............................................... Appx20322

Exhibit 447 to Reilly Declaration -
"About VFC" webpage ........................................................ Appx20344

Exhibit 448 to Reilly Declaration -
"Medicaid Program; Charges for Vaccine Administration
Under the Vaccines for Children Program,"
Federal Register Volume 59, Issue 190
(October 3, 1994) .............................................................. Appx20347

Exhibit 449 to Reilly Declaration -
Deposition Testimony of Michele Taylor,
taken May 9, 2017 ............................................................. Appx20360

**Table of Contents**
**(Continued)**

Page

Defendant Merck's Response to Relators' Additional Statement of
   Material Facts in Connection with Defendant's First and Fourth
   Summary Judgment Motions, dated December 20, 2019
   (Doc. 311) ............................................................................ Appx20427

Defendant Merck's Response to Relators' Additional Statement of
   Material Facts in Connection with Defendant's First and Fourth
   Summary Judgment Motions, dated December 20, 2019
   (Doc. 314) ............................................................................ Appx20486
   *(Cont'd in Vol XLIV)*

**Volume XLIV**
**(Filed Under Seal)**

Declaration of Lisa C. Dykstra in Support of Defendant's
   Replies and Response to Motions for Summary Judgment,
   executed December 20, 2019 (Doc. 315) .............................. Appx20545

   Exhibit 330 to Dykstra Declaration -
   Excerpts from the Deposition Testimony of Amy Keegan,
   taken February 9, 2018 ....................................................... Appx20552

   Exhibit 331 to Dykstra Declaration -
   Email from Paul Lanzetta to Thomas Romanus
   and John Comonitski, dated August 19, 2011
   (MRK-KRA00955764-955765) .......................................... Appx20555

   Exhibit 332 to Dykstra Declaration -
   Excerpts from Deposition Testimony of Cynthia Morrisey,
   taken July 27, 2017 ............................................................ Appx20558

   Exhibit 333 to Dykstra Declaration -
   Table of Contents for Information Submitted with Merck's
   BLA for the replacement of Human Serum Albumin with
   Recombinant Albumin (MRK-KRA00137827-137828) ..... Appx20562

   Exhibit 334 to Dykstra Declaration -
   FDA's Draft Guidance for Industry Stability Testing of
   Drug Substances and Drug Products (June 8, 1998) ............ Appx20565

**Table of Contents**
**(Continued)**

Exhibit 335 to Dykstra Declaration -
WHO's Draft Guidelines on Stability Evaluation of
Vaccines, Expert Committee on Biological Standardization
(October 23-27, 2006) ........................................................ Appx20662

Exhibit 336 to Dykstra Declaration -
Biological Stability Program 1999 Annual Stability
Report for M-M-R®II (MRK-KRA01632656-86) .............. Appx20691

Exhibit 337 to Dykstra Declaration -
Biological Stability Program 2000 Annual Stability
Report for M-M-R®II (MRK-KRA01633601-29) .............. Appx20723

Exhibit 338 to Dykstra Declaration -
Biological Stability Program 2001 Annual Stability
Report for M-M-R®II (MRK-KRA01632745-822) ............ Appx20753

Exhibit 339 to Dykstra Declaration -
Biological Stability Program 2002 Annual Stability
Report for M-M-R®II (MRK-KRA01633529-600) ............ Appx20832

Exhibit 340 to Dykstra Declaration -
Biological Stability Program Annual 2003 Stability
Report for M-M-R®II (MRK-KRA01632888-945) ............ Appx20905

Exhibit 341 to Dykstra Declaration -
Biological Stability Program 2004 Annual Stability
Report for M-M-R®II (MRK-KRA01632833-68) .............. Appx20964

**Volume XLV**
**(Filed Under Seal)**

Exhibit 342 to Dykstra Declaration -
Biological Stability Program 2005 Annual Stability
Report for M-M-R®II (MRK-KRA01633267-99) .............. Appx21001

Exhibit 343 to Dykstra Declaration -
M-M-R®II Stability Data Summary for the 2006
Annual Stability Report (MRK-KRA0163946-83) ............ Appx21035

**Table of Contents**
**(Continued)**

Exhibit 344 to Dykstra Declaration -
M-M-R®II Stability Data Summary for the 2007
Annual Stability Report (MRK-KRA01633723-31) ........... Appx21074

Exhibit 345 to Dykstra Declaration -
CDC's Nationally Notifiable Infectious Diseases and
Conditions, United States: Weekly Tables, Table 1y
(October 2019) .................................................................... Appx21084

Exhibit 346 to Dykstra Declaration -
CDC's Nationally Notifiable Infectious Diseases and
Conditions, United States: Weekly Tables, Table 1z
(October 2019) .................................................................... Appx21088

Exhibit 347 to Dykstra Declaration -
CDC's Nationally Notifiable Infectious Diseases and
Conditions, United States: Weekly Tables, Table 1kk
(October 2019) .................................................................... Appx21092

Exhibit 348 to Dykstra Declaration -
"An Assessment of Mumps Vaccine Effectiveness by Dose
during an Outbreak in Canada," by Deeks, Shelley, *et al.*,
*CMAJ*, 183(9) (June 14, 2011) ........................................... Appx21096

Exhibit 349 to Dykstra Declaration -
"Mumps Vaccine Effectiveness and Risk Factors for Disease
in Households during an Outbreak in New York City,"
by Livingston, Kara, *et al.*, Vaccine 32; 369-374 (2014) ..... Appx21104

Exhibit 350 to Dykstra Declaration -
"A Large Outbreak of Mumps in the Postvaccine Era,"
by Wharton, Melinda, *et al.*, *Journal of Infectious Diseases*,
Vol. 158, No. 6 (December 1988) ........................................Appx21111

Exhibit 351 to Dykstra Declaration -
"Persistence of Mumps Antibodies after 2 Doses of
Measles-Mumps-Rubella Vaccine," by LeBaron, Charles,
*et al.*, *Journal of Infectious Diseases*, 2009:199
(February 15, 2009) ........................................................... Appx21120

**Table of Contents**
(Continued)

Exhibit 352 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Keith Chirgwin, M.D., taken January 26, 2017 ................... Appx21130

Exhibit 353 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Barbara Kuter, Ph.D., taken December 14, 2016 ................ Appx21137

Exhibit 354 to Dykstra Declaration -
Letter from Manal Morsy, M.D., Ph.D. to Luba Vujcic,
dated March 9, 2000 (MRK-KRA00020409-20410) ........... Appx21141

Exhibit 355 to Dykstra Declaration -
Memorandum from R. Wolchko with the subject "Bridging
Study of the Mumps Legacy ELISA" and "Mumps
'Wild Type' IgG ELISA," dated February 23, 2001
(MRK-KRA00561875-561885) .......................................... Appx21144

Exhibit 356 to Dykstra Declaration -
*Curriculum Vitae* of Emilio Emini, Ph.D. (January 2016)
(EMINI 00001-22) ............................................................. Appx21156

Exhibit 357 to Dykstra Declaration -
General Correspondence to FDA, dated April 23, 2002
(MRK-KRA00000548-553) ................................................ Appx21179

Exhibit 358 to Dykstra Declaration -
"Mumps Epidemiology and Immunity-The Anatomy of a
Modern Epidemic," by Anderson, Larry, *et al.*,
*Pediatric Infectious Disease Journal*, Vol. 27, No. 10
(October 2008) .................................................................. Appx21186

Exhibit 359 to Dykstra Declaration -
IID-1.5 "Reduce cases of mumps (U.S. acquired cases),"
Healthy People 2020 ......................................................... Appx21192

## **Table of Contents**
### **(Continued)**

**Page**

Defendant's Response to the United States' Statement of
    Interest in Response to the Parties' Summary Judgment
    Briefing, dated January 18, 2021 (Doc. 323)...................... Appx21194

Defendant Merck's Reply to Relators' Response Regarding
    the United States' Statement of Interest (Doc. 328) .......... Appx21206

counting. We also include recounting of plaques in a PRN when we are training new personnel in the assay and as a part of annual competency training.

One example from my own experience of taking a harder look at unexpected results was in connection with running a neutralization assay for a yellow fever vaccine.  During that work, there were several occasions on which an American participant with no history of travel outside the United States and no history of military or government work had neutralizing antibody to yellow fever virus when the participant was screening for a dengue vaccine study.  Yellow fever virus is found only in Africa and South America so it was unexpected that an American would have been exposed to yellow fever virus and the presence of antibodies as reflected in the assay results did not make sense.  We first checked the recorded plaque count but unfortunately did not have the original plates to recheck. For this reason, we retested the sample.  Although we did not, as a practice, recheck the plaque count before retesting, that would also have been a useful and reasonable approach scientifically.

In Protocol 007, there were additional factors that I would expect to increase the potential for the need for counting checks.  First, the prozone effect noted by the FDA researchers in publishing about their use of anti-human IgG in their mumps assay and by Dr. Krah in relation to the AIGENT assay, could confound the typical pattern one would otherwise theoretically expect to see of plaque counts steadily increasing from the lowest dilution to the highest dilution.  That could, and according to Dr. Krah did, create instances of the middle dilutions showing more neutralization than lower dilutions, which he described in his deposition as single positive dilution samples.  Particularly as regards pre-vaccination samples, which one would generally expect to be negative, if there were circumstances in which only one dilution was positive and that dilution was in the middle of the dilution range, it would make sense to double check that plaque count to assure that it was correct.  If the plaques were correctly counted, then the recorded count should of course not change.  If there was an error in counting, however, it would make sense to change it to enhance accuracy.

More broadly, a pre-vaccination positive result is in general an unexpected result.  It is to be expected that there will be at least some pre-vaccination positives as a result of maternal antibodies, but, in any given instance, the result is unlikely and therefore unexpected.  It would be within the range of reasonable ways to run the AIGENT assay to periodically recheck pre-vaccination positive plaque counts to ensure that they are accurate. In addition, if there were significant variability between the three wells of a dilution, it would make sense to recheck the plaque count to verify that the wells actually did have significant differences, as they should have counts that are very similar. If there is a significant difference in the wells, this could indicate there was an error in pipetting during the assay set up and that the results may not be accurate.

Appx2501

Another factor that could increase the need for counting checks as a practical matter is the number of people who were working on the assay. If there are many people counting, it would not be unexpected that there would be errors or inconsistencies in how plaques were counted. This is what we call inter-operator variability. Although there sometimes are not absolutes in terms of one count being "right" and another count being "wrong," it is still preferable to take a second look at counts when circumstances warrant.

In general, there are benefits to pre-specifying criteria for the running of an assay. For something like performing counting checks, however, it is difficult to identify in advance all of the circumstances that would warrant a check of a count and very often it can just come down to judgment based on experience, like the example I gave above regarding different plaque counts in three wells of the same dilution. As another example, what is a questionable difference cannot always be pre-specified because the total number of plaques in the control or at a specific dilution will vary from assay to assay and from dilution to dilution. Certainly, the idea of a lab head directing that certain plaque counts be rechecked or rechecking them himself would not be unexpected and as I mentioned earlier, may even be part of the quality control procedure of the assay.

It also was appropriate to retest samples or assays in Protocol 007 after a determination of invalidity was made. The AIGENT assay had a high positive control and a low positive control. It also had requirements that, for a valid assay, the mock plaque count average had to be between 10 and 40 and there had to be no plaques in the uninfected wells. If any of these criteria for a valid assay was not satisfied, retesting would not only be appropriate but would be mandated to ensure accurate and valid results.

I have reviewed documentation of assays being determined to be invalid for reasons other than one of the controls not being within spec. Specifically:

A notation in Assay 748-2000 reads:

Due to inadvertent use of a liquid overlay (instead of agarose overlay) in part of the assay this entire assay is being invalidated and will be repeated (rather than only retest those sera from the incorrectly overlaid plates).[39]

A notation in Assay 122-2001 reads:

Plates were inadvertently placed in the 35°C incubator incorrectly. Therefore, the plates were out of original inoculated sequence and rocked and overlayed at the incorrect

---

[39] MRK-KRA00676488.

times.  Plates will still be fixed and stained as intended but serum samples will need to be re-assayed.[40]

A notation in Assay 169-01 reads:

> Mock showed extensive tearing – cannot count.  Assay is invalid and must be repeated.[41]

A notation in Assay 182-01 reads:

> Entire assay including mock – plaques very faint and unable to read.  Assay needs to be repeated.[42]

A notation in Assay 183-01 reads:

> Assay invalid due to cell detachment for MKY control serum.[43]

A notation in Assay 190-01 reads:

> Plate number 173 was not immunostained correctly; since plate 173 is a control plate and is invalid, this assay must be repeated.[44]

A notation in Assay 211-01 reads:

> Large amount of plates in assay showed faint staining.  See counting sheet for details. This assay will be repeated per Dave Krah's request.[45]

A notation in Assay 215-01 reads:

> Assay MMRV 215-2001 is invalid due to excessive tearing and unable to count plaques.[46]

A notation in Assay 252-01 reads:

> Assay will be repeated since the 2 sets of plates were not processed in the same way.[47]

These findings and reasons for re-running an assay all ring true for me because they are consistent with the kinds of problems that arise in running PRNs.

---

[40] MRK-KRA00676631.
[41] MRK-KRA00676713.
[42] MRK-KRA00677002.
[43] MRK-KRA00677009.
[44] MRK-KRA00677094.
[45] MRK-KRA00680669.
[46] MRK-KRA00680917.
[47] MRK-KRA00677702.

Appx2503

   2. **The documentation practices utilized by Dr. Krah's lab do not rise to the level of scientific misconduct and are not indicative of an intent to falsify or change data.**

The practice for documentation of plaque count changes in the Merck lab that ran the AIGENT assay for Protocol 007 appears to have been to mark the changed count with a strike-through and write the corrected count next to it.  In my opinion, that is appropriate documentation. One can see the original recorded count and the new count and it is obvious that a change has been made. Ideally, the change should be noted with the initials of the person who made the change and the date the change was made.

I am aware that for many plaque count changes in the running of the AIGENT assay in Protocol 007, the reason for the change was not specified.  What is more important to me is that when a change was made on a counting sheet, it was done by a strike-through so that the original plaque count was still visible on the counting sheet.  That way, if a decision was later made to use the data as it existed before the plaque count change, it would still be available. That is what in fact happened with this study.  As a scientist, while the reason for the change could be of interest, I do not consider it critical.  I also do not think that the fact that the reason for the change was not recorded means that the changes were suspect.

   3. **Running a variable PRN assay in a Merck research laboratory was appropriate.**

It is my understanding that the Merck lab operated by Dr. Krah was primarily engaged in research.[48]  In my opinion as a scientist, that was entirely appropriate.  The PRN is, to a great extent, a research assay. For the dengue vaccine studies that I run, the PRN assays are run in my laboratory and in the laboratory of our collaborator and I consider both of these laboratories research laboratories. We have just completed qualification of the PRN assay and are distributing the qualified protocol to our collaborator and to the manufacturers who have licensed the vaccine, including a manufacturer who is conducting a Phase 3 trial of the vaccine. All of these manufacturers will be running the PRN in their own laboratories for their own clinical trials. It takes great experience to run the PRN assay. I have trained four different laboratories to run the PRN for the dengue trials. For each of them, it has taken more than 6 months and several visits before they are able to run the PRN assay proficiently. In fact, given the complexity and variability of PRN assays, it is preferable to have them run in a lab familiar with them.

---

[48] Deposition of David Krah at 58(13)-24.

**Appx2504**

### 4. The blinding procedures for running the AIGENT assay in Protocol 007 were proper.

It is my understanding that the personnel in the Merck lab that was running the AIGENT assay were blinded to treatment group for the samples they were testing.[49] That means that, for any sample being tested, they did not know whether the sample was in the control arm or in one of the reduced potency arms. The lab personnel did know whether a sample being tested was pre-vaccination or post-vaccination and they knew which pre-vaccination and post-vaccination samples were associated with each other. This is appropriate blinding. For proper interpretation of seroconversion data, samples collected at different time-points should be run in the same assay. This will avoid assay-to-assay variability that could affect interpretation of the results. In addition, it can be helpful for laboratory staff to know which samples are pre-vaccination and which are post-vaccination to pick up potential errors in the assay or with a specific sample. For instance, if a pre-vaccination sample had a much higher PRN titer than a post-vaccination sample, that would indicate a problem with the assay. We consistently run samples in our PRN with the longitudinal samples pre- and post-vaccination from a subject included in the same assay consecutively. This reduces inter-assay variability and also allows for us to pick-up potential problems with the assay. For instance, if a sample taken prior to vaccination has a positive dengue titer, that would be problematic and could indicate that there was something wrong either with the assay or how the sample was labeled. As long as the staff are blinded to the treatment assignment, the results cannot be manipulated to show one arm is better than another.

Furthermore, implementing an additional layer of coding such a designating one sample A and the other sample B where the lab staff would not know whether A or B was pre-vaccination or post-vaccination would pose logistical complications. Every vial would need to be relabeled introducing the possibility of mistakes and mix-ups. In my lab, the samples are run in the same order in every assay, based on the time point at which they were collected (Days 0, 28, 56, 90). It was scientifically sound and consistent with the practice in my lab for staff to have access to information that would allow them to identify pre-vaccination samples and post-vaccination samples.

---

[49] Deposition of David Krah, at 561(15)-562(1).

Appx2505

**5.   The counting changes made by Dr. Krah and his lab staff had no material effect on the results of Protocol 007 and are inconsistent with an intent to manipulate clinical trial results.**

As stated above, review of PRN data including rechecking plaque counts is typical and appropriate.  It is also noteworthy, however, that, in my opinion, the plaque count changes were immaterial and were inconsistent with an intent to manipulate results.

First and foremost, Merck and CBER ultimately decided that the plaque count changes, as well as certain additional assay validity quality control measures, would be disregarded for purposes of the final assay results to be submitted to CBER in support of the application for the potency label change.[50]  The changes are therefore of no scientific or regulatory consequence in terms of the final study data.

In addition, if one still wanted to evaluate the plaque count changes, it is instructive to explore what effect they may have had even if Merck and CBER had not decided to use the pre-recount data.  I have reviewed the Expert Report of Robert W. Platt, Ph.D., the Albert Boehringer Chair in Phamacoepidemiology at McGill University and Professor of Pediatrics and Epidemiology.  Dr. Platt's report describes a review conducted under his supervision of assays from Protocol 007 that were run and counted prior to the inspection conducted by the FDA of Dr. Krah's lab on August 6, 2001.  The questions he addresses in his report are those that I considered useful for purposes of evaluating whether the changes would have had a material impact on the data had Merck and CBER not agreed to use the unchanged data in support of the label change application, as well as several other questions.

**a.   Impact on SCR**

Dr. Platt's report shows that the SCR of the study participants across all study arms prior to plaque count changes was 91.6% and the SCR of the study participants across all study arms after plaque count changes was 91.2%.[51]  Thus, the effect of the plaque changes was to <u>reduce</u>, not to <u>increase</u>, the SCR.  In addition to establishing the scientific immateriality of the changes, this also strongly indicates to me that the changes were consistent with a desire for enhanced accuracy and were inconsistent with an attempt to manipulate data to increase the chance of a study outcome favorable to Merck.

---

[50] MRK-KRA00000540
[51] Platt Report at 11.

**Appx2506**

**b.      Size of individual changes**

Dr. Platt's report also shows that the average plaque count change was 3.05 (Platt Report at 11) and that 76.3% of the changes were of three plaques or fewer.  (Platt Report at 12.)  In my opinion, a change of three plaques to be entirely consistent with corrections for accuracy and to be inconsistent with an intent to manipulate in a way that would materially affect titers or study outcome.

**c.      Pre-positives**

At paragraphs 47 through 49 of the Amended Complaint, the relators allege that Dr. Krah directed that plaque count changes were to be focused on pre-vaccination positive samples ("pre-positives") and that the practice in the lab, at Dr. Krah's instruction, was to change all pre-positives to pre-negatives.  Dr. Platt's report does not support these allegations. Dr. Platt found that only 18.6% of the wells that were changed were in pre-positive samples. (Platt Report at 41.)  To put it another way, 81.4% of the wells that were changed were in something other than a pre-positive sample (i.e., a pre-negative sample, a control, a post-vaccination sample, or the mock).

I noted above that, in addition to making sense to check pre-positive samples generally, it would also make sense to check the special kind of pre-positive sample referred to as a single positive dilution.  Dr. Platt found that 72.3% of the pre-positive samples that had a plaque count change were single positive dilution samples.  (Platt Report at 13.)  In my opinion, this indicates that the checking of pre-positives was focused on the kind of pre-positive that it was especially reasonable to check.

Dr. Platt also found that only 32.1% of pre-positives became pre-negative as a result of a plaque count change.  This means that a very substantial majority of pre-positives remained pre-positive.  (Platt Report at 13.)

It is important to remember that just because a pre-positive was changed to pre-negative, that does not mean that it made the results more favorable for the study outcome.  If a sample is pre-positive, it is excluded from the SCR, which is the measurement used for the primary endpoint in the study.  If a sample becomes pre-negative, it will then be included in the SCR calculation.  Whether inclusion of that patient will increase the SCR depends on the titer of the post-vaccination sample.  Dr. Platt found that the SCR of the patients whose pre-vaccination status was changed from pre-positive to pre-negative was 89.6%.  (Platt Report at 14.)  This SCR was in line with, and in fact slightly lower than, the SCR of the overall data set.

To summarize as to pre-positives, Dr. Platt's report shows that plaque count changes were not focused on pre-positives; that the changes that were made to pre-positives were

31

Appx2507

focused on single positive dilutions; that most pre-positives remained pre-positive, either because no plaque count was changed or because the change to the plaque count did not affect the status of the sample; and that the plaque count changes that were made to pre-positives had the effect of reducing the SCR, not increasing it. In my opinion, this further substantiates the scientific reasonableness of the plaque changes and is entirely inconsistent with the allegation of a scheme to improve study results by means of manipulating pre-positive samples.

      **d.**    **50% dilution cross-over**

It is not surprising that the plaque count changes had such a small effect on the study data. The mere fact that a plaque count was changed, does not mean that the relevant study data point, i.e., seroconversion, was changed. In fact, quite the contrary is true. It is important to keep in mind what would be necessary for a plaque count change to matter for a determination of whether someone in the clinical trial was a seroconverter. To take an example, suppose the average plaque count for the mock for a particular assay run was 20. If there were a dilution for which all three plaque counts were above 10, a change could not possibly affect whether someone was a seroconverter unless, at a minimum, it caused the plaque count change to go below 10. So if the plaque counts for the three wells for that dilution were 13, 17, and 14, if they were changed to numbers that were also above 10 (or to any other numbers that yielded an average of more than 10), there would be no chance of there being any impact on whether the sample was a seroconverter. In that situation, the dilution was negative before the plaque count change and remained negative after the plaque count change. Even if the changes were such that the average for that dilution went below 10, with the result being that the dilution became positive, it still might not have any impact at all on whether the patient from whom the sample was drawn was a seroconverter. Because plaque counts don't necessarily affect whether a study participant is deemed positive or negative, the mere fact that a change has been made in no way means that the study results have been changed. In this context, it is notable that Dr. Platt found that only 12.5% of the plaque count changes made to study samples had the effect of causing a dilution to change from being less than 50% of the mock or vice versa. (Platt Report at 15.) For the vast majority of samples, even this first pre-condition for materiality of a change was not met.

These observations help support my opinion that the plaque count changes are inconsistent with manipulation of study results for the purpose of "improving" the results for Merck. In fact, they show that the changes had little to no effect.

**Appx2508**

**E. The literature survey in Dr. Salmon's report further substantiates my confidence in the outcome of Protocol 007 and further undermines any suggestion that a different result in Protocol 007 would have affected our understanding of the performance of Merck's mumps vaccine.**

I have reviewed the expert report of Daniel Salmon, Ph.D., MPH, submitted in this litigation. In particular, I reviewed Task 1 at pages 3 to 10 of his report, in which Dr. Salmon describes a survey of literature reporting on sero-response rates of various mumps vaccines, including Merck's. I also reviewed Appendix 2 of Dr. Salmon's report which provides specific data concerning the literature he found. I am satisfied that Dr. Salmon's methodology was reasonable and appropriate as a means of capturing such literature.

In the context of the allegations in this litigation regarding the AIGENT assay and its use in Protocol 007, several aspects of the results reported by Dr. Salmon were noteworthy.

First, he concludes that the SCRs reported for Merck's mumps vaccine by various investigators coalesce at approximately 94%. Report at p. 10. This is very much in line with the SCR found using the AIGENT assay in Protocol 007, where the SCR for the control arm using the marketed release potency was 92.1%. In my opinion, that further buttresses the validity of the Merck results using the AIGENT assay in Protocol 007. I also note that in a recent review following ACIP re-evaluation of the recommendations for MMR, the CDC reported on its own review of the literature and found a median SCR of 94% for Merck's mumps vaccine, with a range of 89% to 97%.[52] This further demonstrates that there was nothing unusual about what Merck found using the AIGENT assay in Protocol 007.

Second, Dr. Salmon's report demonstrates that there is abundant literature reporting seroconversion rates for Merck's mumps vaccine. In addition, some of those rates are below what Merck found in Protocol 007. I am not aware of a contention by relators' expert witnesses of an SCR they believe Protocol 007 would have found had the AIGENT assay been designed or run differently. Nevertheless, as a consequence of the numerosity and range of the results reported in the literature, even if Merck had found a lower SCR in Protocol 007 than what it did find, it is unlikely that it would have changed our understanding of the immunogenicity of Merck's mumps vaccine. In this regard, I note not only the CDC figures cited above, but also that a WHO review published by three investigators from the CDC found that "seroconversion rates vary widely from 74% to 100% for vaccines containing the Jeryl Lynn strain."[53] It bears repeating here that, although measuring SCRs may have a specific purpose in

---

[52] McLean H, Fiebelkorn A, Temte J, Wallace G. Prevention of measles, rubella, congenital rubella syndrome, and mumps, 2013: summary recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR Recommendations and Reports **2013**; 62-04:1-34 at 9, Table 1.

[53] McClean H, Hickman C, Seward J. The Immunological Basis for Immunization Series: Module 16: Mumps. World Health Organization (2010) at 9.

Appx2509

certain contexts for mature vaccines such as providing data to compare vaccine potencies, the more important consideration for public health purposes is the disease reduction effected by the vaccine.  In the case of Merck's mumps vaccine, that disease reduction has been dramatic.

Dated: June 14, 2018

_Anna P. Durbin, MD_

Anna P. Durbin, MD

34

Appx2510

10/25/2019
Declaration of G. Reilly
EXHIBIT 25

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEPHEN A. KRAHLING AND JOAN A. WLOCHOWSKI,<br><br>               *Plaintiffs,*<br><br>v.<br><br>MERCK & CO., INC.,<br><br>               *Defendant.* | Civil Action No. 10-4374 (CDJ) |
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION<br><br>THIS DOCUMENT PERTAINS TO ALL ACTIONS | Master File No. 12 -3555 (CDJ) |

**Expert Report of Marcela Pasetti, Ph.D.**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## I.   Background and Qualifications

My name is Marcela F. Pasetti. I have a degree in Biochemistry and a Ph.D in Immunology from the University of Buenos Aires, Argentina. I am a presently a tenured Professor in the Department of Pediatrics and Microbiology and Immunology at the Center for Vaccine Development (CVD), University of Maryland School of Medicine (tenure awarded in 2010, full professor since 2012).

My area of expertise is Vaccine Immunology.  I have been at the University of Maryland for about 22 years, first as a post-doctoral fellow (for which I received a prestigious Fogarty Scholarship from NIH), and since 2001 as a CVD faculty member. I am Chief of the Applied Immunology Section at the CVD and in that capacity (for the past 17 years) I have been involved in a large number (probably over 100) human clinical studies by providing laboratory support or performing immunological measurements. These studies involved a variety of vaccines including live enteric organisms, subunit vaccines, inactivated viruses, DNA vectors and others.

The Applied Immunology Laboratory under my supervision develops, standardizes, and qualifies immunological assays, and we apply those assays to evaluate immune responses (mainly antibodies) in support of vaccine studies. I have also been involved in Investigational New Drug (IND) submissions for vaccine studies and participated in pre-IND calls with CBER.

**Professional Experience.** I have been involved in vaccine research for my entire career and have extensive expertise developing and applying immunological methods to measure serum antibody responses during vaccine or seroepidemiological studies. I have developed, performed (with my own hands) and/or overseen laboratory work involving multiple serological assays, including enzyme-linked immunosorbent assays (ELISA) and functional assays, such as plaque reduction neutralization (PRN), hemmaglutination (HAI), toxin neutralization, microagglutination, serum bactericidal and

1

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2513

opsonophagocytic killing. My Ph.D. thesis (defended in May 1994) involved developments of methods to determine potency of tetanus and diphtheria vaccines. For this work, I developed ELISAs to determine tetanus and diphtheria serum antibody levels and investigated the correlation between tetanus and diphtheria serum IgG titers measured by ELISA with serum toxin neutralization titers measured in vivo.

My expertise as an immunologist in the area of vaccine research is recognized nationally and internationally. I have been Editor in Chief of the journal Clinical and Vaccine Immunology published by the American Society for Microbiology (ASM) from 2014 to 2017 and I am presently Senior Editor for the journal mSphere. In that capacity, I handle papers in the area of vaccines, clinical immunology and diagnostic laboratory immunology. I have been a permanent member of the NIH Vaccines for Microbial Diseases (VMD) Study Section for the allowed 4-year term 2008-2012, and I am presently a permanent member of the NIH Immunology and Host Disease (IHD) Study Section. I have also been external reviewer for international research organizations such as MRC in the UK and the Helmholtz Institute in Germany.

**Teaching & Research.** I teach Immunology to medical students and graduate students at the University of Maryland. I also teach Vaccinology to graduate students at the Center for Vaccine Development (I am co-course master of the CVD Vaccinology Course).

In addition to overseeing the CVD Applied Immunology Section, which main focus is clinical/vaccine immunology, I also direct a basic research group of post-doctoral fellows and students; we investigate immunological mechanisms underlying vaccine-induced immunity in animal models and in humans. One of my main research interests is maternal-infant immunity and pediatric vaccines. Other major areas of work in my laboratory are mucosal immunology, enteric vaccines, and immunological

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2514

correlates of protection. I have received extensive support from NIH for my research as well as support from research foundations and private sponsors.

I have been involved in the analysis of immune responses to enteric bacterial vaccines as well as multiple other vaccines including viral vaccines (influenza and measles). I have authored over 100 papers in peer review journals, which can be accessed here:

https://www.ncbi.nlm.nih.gov/myncbi/browse/collection/44111732/?sort=date&direction=descending

In the early 2000s, investigators at the CVD and Johns Hopkins University received an award by the Bill and Melinda Gates Foundation to work on the development of a new measles vaccine that could be given to infants during the time they are too young to receive the current vaccine. My laboratory played an important role in this work performing all serological assays (in vaccinated animals and humans) and most importantly, measles PRN and ELISAs to measure measles-specific antibodies. Both assays are routinely conducted in my laboratory[1].

---

[1] Mandomando I, Naniche D, Pasetti MF, et al. Assessment of the epidemiology and burden of measles in Southern Mozambique, *AmJ TropMedHyg*. 2011;85(1):146-151; Mandomando IM, Naniche D, Pasetti MF, et al. Measles-specific neutralizing antibodies in rural Mozambique: seroprevalence and presence in breast milk. *AmJ TropMedHyg*. 2008;79(5):787-792; Pasetti MF, Barry EM, Losonsky G, et al. Attenuated *Salmonella enterica* serovar Typhi and *Shigella flexneri* 2a strains mucosally deliver DNA vaccines encoding measles virus hemagglutinin, inducing specific immune responses and protection in cotton rats. *JVirol*. 2003;77(9):5209-5217; Pasetti MF, Ramirez K, Resendiz-Albor A, Ulmer J, Barry EM, Levine MM. Sindbis virus-based measles DNA vaccines protect cotton rats against respiratory measles: relevance of antibodies, mucosal and systemic antibody-secreting cells, memory B cells, and Th1-type cytokines as correlates of immunity. *J Virol*. 2009;83(6):2789-2794; Pasetti MF, Resendiz-Albor A, Ramirez K, et al. Heterologous prime-boost strategy to immunize very young infants against measles: pre-clinical studies in rhesus macaques. *ClinPharmacolTher*. 2007;82(6):672-685; Ramirez K, Barry EM, Ulmer J, et al. Preclinical safety and biodistribution of Sindbis virus measles DNA vaccines administered as a single dose or followed by live attenuated measles vaccine in a heterologous prime-boost regimen. *HumGene Ther*. 2008;19(5):522-531; Simon JK, Pasetti MF, Viret JF, et al. A clinical study to assess the safety and immunogenicity of attenuated measles vaccine administered intranasally to healthy adults. *HumVaccin*. 2007;3(2):54-58; Simon JK, Ramirez K, Cuberos L, et al. Mucosal IgA responses in healthy adult volunteers following intranasal spray delivery of a live attenuated measles vaccine, *ClinVaccine Immunol*. 2011;18(3):355-361; Song MK, Vindurampulle CJ, Capozzo AV, et al. Characterization of immune responses induced by intramuscular vaccination with DNA vaccines encoding measles virus hemagglutinin and/or fusion proteins. *JVirol*. 2005;79(15):9854-9861; Tapia MD, Sow SO, Medina-Moreno S, et al. A serosurvey to identify the window of vulnerability to wild-type measles among infants in rural Mali. *AmJTropMedHyg*. 2005;73(1):26-31.

3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2515

For my work on this matter, I am being compensated at the rate of $150 per hour.

I have never given testimony by deposition or in court.

My curriculum vitae is attached as Attachment 1.

In preparation for this report, I reviewed the documents listed in Attachment 2, in addition to the references cited herein.

## II.   <u>Summary of Expert Opinions</u>

My report focuses on the development, validation, and implementation of Merck's Mumps Wild-Type ELISA ("WT ELISA") to test samples in support of Protocol 007.

1.  Merck's development and validation of its WT ELISA was scientifically sound and followed standard procedures for developing an ELISA.

2.  The selection of the seropositive threshold ("serostatus cut-off") in Merck's WT ELISA ($\geq$10 Ab) was justified, and it was consistent with the original purpose of the assay (*i.e.,* to document vaccine responders among seronegative subjects).

3.  It was appropriate not to include a fold rise when determining seroconversion with Merck's WT ELISA.

4.  Merck conducted an extensive bridging analysis between its WT ELISA and a previously established ELISA ("Legacy ELISA") resulting in confirmation of the appropriate performance of the WT ELISA and providing further support for the $\geq$10 Ab serostatus cut-off for the WT ELISA.

5.  Merck also conducted a correlation analysis between its WT ELISA and the PRN assay used in Protocol 007, the Anti-IgG Enhanced Mumps Plaque-Reduction Neutralization Assay ("AIGENT"), and established good agreement between its WT ELISA and AIGENT.

4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2516

6.  Merck and CBER had thorough discussion concerning the development of its WT ELISA used in Protocol 007.

## III.  **Background on Protocol 007 and Serological Assays**

### A.  **Protocol 007 Research Objectives**

Protocol 007 was a multicenter study conducted in healthy children 12 to 18 months of age to compare the safety, tolerability, and <u>immunogenicity</u> of the mumps component of M-M-R®II at three different potencies (*i.e.,* the measured amount of virus found in the vaccine). There were three treatment arms in the study; two arms were of M-M-R®II with the mumps component at reduced potencies and one arm was of M-M-R®II with the mumps component at its release potency (the control arm). Serum samples were obtained from each subject immediately prior to vaccination, and 6 weeks and 1 year post vaccination.[2]

The study had <u>two primary objectives</u>: 1) to demonstrate similar immune responses (i.e. seroconversion) to mumps virus using neutralization assay among children receiving M-M-R®II with a reduced potency of the mumps component in comparison to children receiving M-M-R®II containing the release potency of the mumps component (control 1 and 2) to demonstrate an adequate immune response among children receiving M-M-R®II containing a reduced potency of the mumps component. In all cases, M-M-R®II was given concomitantly with VARIVAX.[3] <u>Secondary objectives</u> of Protocol 007 included the demonstration of immune responses (i.e. seroconversion) to the mumps component of the vaccine as measured by ELISA 42 days post vaccination and persistence of antibodies 1 year apart from vaccination.[4]

---

[2] See *generally* Dec. 19, 2003, MRL Clinical Study Report: Protocol 007 ("CSR") (MRK-KRA00224982 to 226529).
[3] CSR at 225017.
[4] <u>Id.</u>

5

**Appx2517**

The term serocoversion in the context of vaccine studies refers to a specific increase in immunity induced after vaccination. The definition of seroconversion varies depending on the study and the particular immune response in question; it can involve a 2 or 4 fold increase in antibody ("Ab") titer at any time point post vaccination as compared to baseline or the presence of Ab levels above a pre-determined seronegative threshold post vaccination (*i.e.,* a subject becomes "seropositive").

**Protocol 007 Immunogenicity Endpoints:** The primary endpoint for mumps immunogenicity was the proportion of mumps seronegative subjects (baseline titer 1:16, corresponding to a starting dilution of 1:32) who had a 4-fold rise in response (titer $\geq$1:64), as measured by the AIGENT assay, 6 weeks post vaccination.[5] The secondary endpoint for mumps immunogenicity was the proportion of subjects who were seronegative at baseline by mumps ELISA (<10Ab) and seropositive ($\geq$10 Ab) at 6 weeks post vaccination.[6] Functional and binding assays are used in a complementary manner under Protocol 007 to obtain confirmatory information.

## B. ELISA and PRN as serological assays to evaluate vaccine responses.

Antibodies are proteins produced by the host immune system in response to antigenic stimuli such as vaccination; they mediate effector mechanisms (*e.g.*, microbial killing, phagocytic uptake, toxin or virus neutralization, etc.) that help prevent infections. Vaccine-induced antibodies can be measured in serum and provide reliable proof of vaccine take (or host immune response). The term serology is used to refer to the analysis of serum antibodies in the context of natural infection or vaccination. Levels of systemic antibodies reflect the host immune status (*i.e.,* host's immunity against a pathogen acquired through either vaccination or natural infection). For some diseases, the presence of antibodies in a person's blood has been associated with reduced risk of infection, and a certain level of antibodies is considered

---

[5] CSR at 225032.
[6] Id.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Appx2518**

sufficient to prevent illness (also known as threshold of protection).[7] Unfortunately, there are no known immunological parameters that can reliably assure protection from symptomatic wild-type mumps infection.[8] Neutralizing antibodies are assumed to play an essential role, yet there is no defined predictor of protective immunity.[9]

ELISA is one of multiple methods available to determine levels of antigen-specific (or vaccine-induced) antibodies. The assay involves the immobilization of an antigen to a plastic surface (microtiter wells), the addition of serum containing antibodies to antigen-coated wells, and the detection of "bound" antibodies by means of a secondary anti-human antibody labeled with an enzyme that transforms a substrate into a colored product (which can be measured in an ELISA spectrophotometer). In the absence of antigen-specific antibodies, the secondary antibody does not bind to the immobilized antigen, and there is no (or minimal) color reaction. Controls in ELISAs typically include: 1) antigen-coated wells incubated with serum <u>diluent</u> instead of serum samples (no antibodies), with all other reagents and procedures being the same; these are also known as "blanks"; 2) antigen-coated wells incubated with negative serum or negative matrix known as the negative control; and 3) antigen-coated wells incubated with a positive serum (containing antibodies against the antigen in question) known as the positive control. Test samples are usually tested in serial dilutions and Ab titers are calculated as the inverse of the serum dilution that produces a certain Optical Density ("OD") value.

Another method for calculation of titers involves interpolation of diluted specimen OD values into the curve of a calibrated control or standard (tested in the same conditions as the experimental

---

[7] Plotkin SA. Correlates of protection induced by vaccination. *ClinVaccine Immunol.* 2010;17(7):1055-1065.

[8] Latner DR, McGrew M, Williams NJ, Sowers SB, Bellini WJ, Hickman CJ. Estimates of mumps seroprevalence may be influenced by antibody specificity and serologic method. *Clin Vaccine Immunol.* 2014;21(3):286-297.

[9] Latner DR, Parker Fiebelkorn A, McGrew M, et al. Mumps Virus Nucleoprotein and Hemagglutinin-Specific Antibody Response Following a Third Dose of Measles Mumps Rubella Vaccine. *Open Forum Infect Dis.* 2017;4(4):ofx263.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

samples). Although there are many other iterations, this ELISA format, known as indirect ELISA, is the most common and is the one Merck used for Protocol 007.

PRN, on the other hand, is a tissue culture based method that measures amount of antibodies based on their capacity to neutralize infectivity of virus particles. In its traditional format, (serially diluted) serum samples presumably containing antibodies are incubated with viral particles, and the mix is added to monolayers of cells susceptible to virus infection. If antibodies effectively neutralized virus particles, the cell monolayers remain intact. In contrast, in the absence of neutralization, the virus causes cell cytotoxicity that is visualized as a hole or "plaque." These plaques are manually counted (although instruments that facilitate the process have become available in recent years) to determine the extent of viral infection in the tested sample.  PRN is generally regarded as the gold standard for mumps and measles serology. For Protocol 007, Merck developed an anti-IgG enhanced PRN assay (AIGENT) aimed to detect neutralizing serological responses induced by its mumps vaccine.

While PRN assays measure antibodies relying on their functional capacity (*i.e.,* effective virus neutralization that prevents cell infection), ELISAs detect all antibodies capable of recognizing and binding to an immobilized antigen. ELISA results provide information on the presence and magnitude of antibodies, but not on biological activity. Functional assays are traditionally preferred because of their presumed demonstration of antibody biological relevance. However, these assays have important disadvantages: 1) they are complex and extremely time consuming; 2) they require infrastructure and skilled personnel; and 3) they are prone to error and results can be quite variable, especially given plaque counting is subjective and results obtained from different operators can be inconsistent.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2520

Alternative assays aimed at measuring antibody function with lower complexity than PRN have been proposed.[10]

On the other hand, ELISAs possess several advantages: 1) they are easier to perform; 2) they are easier to standardize and troubleshoot; 3) they require minimal training and can be performed much faster (in 4 hours as compared to time periods as long as 10 days required for PRN) and with lower cost; 4) they can also be automatized for high throughput; and 5) results obtained by ELISA are more precise (the assay has higher repeatability and reproducibility) and objective compared with PRN (there is no subjective interpretation of tested samples). As a result, PRN assays have been widely replaced by more convenient ELISAs.[11]  The literature does report significant, yet imperfect correlations between PRN and ELISA IgG titers.[12] Notwithstanding, antibody titers measured by ELISA are reliable indicators of host immunity (particularly when comparing pre- and post-intervention results).

### C.  Assay Validation

The quality of laboratory methods used for measurement of Ab or other biological markers are subject to variation from multiple sources (*e.g.*, operator, reagents, equipment, procedure, etc.) and this variation can introduce systematic or random errors that can severely compromise the integrity of results.  A rigorous control of assay performance is therefore essential to obtain reproducible results. The purpose of assay validation is to provide objective evidence (in a standardized format) that a method is reliable and fulfills the requirements for intended use. In the case of the WT ELISA, this means

---

[10] Vaidya SR, Kumbhar NS, Bhide VS. Detection of measles, mumps and rubella viruses by immuno-colorimetric assay and its application in focus reduction neutralization tests. *Microbiol Immunol.* 2014;58(12):666-674.

[11] Latner DR, Parker Fiebelkorn A, McGrew M, et al. Mumps Virus Nucleoprotein and Hemagglutinin-Specific Antibody Response Following a Third Dose of Measles Mumps Rubella Vaccine. *Open Forum Infect Dis.* 2017;4(4):ofx263.

[12] Id.; Latner DR, McGrew M, Williams NJ, Sowers SB, Bellini WJ, Hickman CJ. Estimates of mumps seroprevalence may be influenced by antibody specificity and serologic method. *Clin Vaccine Immunol.* 2014;21(3):286-297.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

accurate determination of mumps antibody levels to distinguish seronegative and seropositive samples (as result of vaccination).

Operating characteristics examined during the validation process include[13]:

1. Robustness/Ruggedness: The terms robustness and ruggedness refer to the ability of an analytical method to remain unaffected by small variations in method parameters.

2. Precision: The closeness of agreement (reproducibility) across independent test results obtained under stipulated conditions. Precision is a quantitative measure of random variation between repeated measurements.

3.  Standard Curve Modeling:  This feature represents the best curve fit to establish a relationship between the assay response measurement and Ab concentration in control/standard samples.

4. Limits of Detection: The lowest detection level is the lowest concentration of antibody (from an expected response) determined to be significantly greater than (the response corresponding to) the blank with no antibody.

5. Quantifiable range: This is the range of the standard curve over which results for the experimental samples can be determined with acceptable precision [Relative Standard Deviation, (RSD) <25%].

6. Dilutability. Also known as linearity. This is an attribute of a biological assay whereby a series of specimen dilutions result in similar titers across the series. Sample matrix can interfere, and this effect is typically more pronounced at lower sera dilution.

---

[13] Marchese RD, Jain NT, Antonello J, et al. Enzyme-linked immunosorbent assay for measuring antibodies to pneumococcal polysaccharides for the PNEUMOVAX 23 vaccine: assay operating characteristics and correlation to the WHO international assay. *Clin Vaccine Immunol.* 2006;13(8):905-912; Menzies SL, Kadwad V, Pawloski LC, et al. Development and analytical validation of an immunoassay for quantifying serum anti-pertussis toxin antibodies resulting from Bordetella pertussis infection. *Clin Vaccine Immunol.* 2009;16(12):1781-1788.

10

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2522

7. <u>Serostatus cut off:</u> Lowest Ab concentration which can reliable distinguish from a panel of negative samples. Serostatus cutoff does not infer sero-protection.

8. <u>Specificity:</u> Ability of the test to measure accurately a specific Ab titer ("true positive").

Although there is a general agreement on the various parameters to be evaluated during a validation process, there is diversity with regards to the details and methodology employed for validation and acceptance criteria. Different recommendations and different sets of terminology can be found in different guidelines.

## IV.   **The Development and Validation of Merck's Mumps WT ELISA Used in Protocol 007.**

Following CBER's request in early 2000, Merck developed its mumps WT ELISA which was used in Protocol 007.[14] This assay used an antigen derived from an early passage of the Jeryl Lynn mumps virus that is less attenuated than the vaccine strain and therefore considered wild-type-like.[15] This was the same strain used in the AIGENT assay.[16] Merck's WT ELISA was an indirect ELISA whereby mumps antibodies bind to virus antigen attached to microtiter plates.[17]  The immune complexes are detected using an enzyme-labeled anti-human IgG and color is measured by a spectrophotometer.[18] A negative control consisting of a pool of negative serum was included, as well as a low and a high positive control.[19]

In my opinion, Merck's mumps WT ELISA was well-designed and had acceptable performance for the purpose of determining mumps serological responses in children post-vaccination.

---

[14]  CSR at 225043 to 225045.
[15]  <u>Id.</u> at 225044.
[16]  <u>Id.</u> at 225037
[17]  <u>Id.</u> at 225044
[18]  <u>Id.</u>
[19]  Id.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2523

## A. The Validation Analysis of Merck's WT ELISA

After discussion with CBER, Merck designed a validation protocol,[20] and performed a validation analysis of the WT ELISA.[21]  On February 2, 2001, Merck submitted, among other things, the validation protocol and the WT ELISA assay validation analysis in support of its use for Protocol 007.[22] The validation protocol indicated that 30 pediatric sera samples: 12 negative, 6 low, 6 medium and 6 high titered samples, would be tested in six runs by two different operators and on different days. This sample set was adequate in number and provided balance with regards to antibody content. Each assay was also appropriately controlled with negative, low, and high markers. The operating characteristics evaluated in the mumps WT ELISA validation analysis included:

1) Standard Curve Modeling: The standard curve was robust and calculated using nine concentrations (a 2-fold dilution series from 0.5 to 64 Ab units) plus the sero-concentration point (0 Ab units), using a 4-parameter logistic regression function.

2) Limit of Detection: 0.24 Ab units

3) Serostatus cut off: $\geq$10 Ab units

4) Quantifiable range: The quantifiable range of the standard curve was 0.5 to 64 Ab units.

5) Dilutability: For the WT ELISA, dilutability was assessed by performing 2-fold serial dilutions 1:1,000-1:16,000 on high and medium tittered samples. Titers on average increased 15.9% with each 10-fold dilution and in a 10% of the samples, estimated titers were increased ~24% with each 10-fold dilution.

---

[20] Aug. 18, 2000, Mumps "Wild Type" ELISA Validation Protocol (MRK-KRA00622221 to 622227).
[21] Dec. 4, 2000, Mumps "Wild Type" ELISA Validation Memorandum (MRK-KRA00622228 to 622250).
[22] Feb. 2, 2001 BB-IND 1016: MMR®II Serial No. 062 Response to FDA Request for Information (MRK-KRA00622078-00622273).

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2524

6) <u>Precision and Inter-Analyst Variability</u>: Intra- and Inter-assay precision estimates (%RSD) were 18.9% and 25.3%, respectively. On average, the fold difference in titer between 2 operators was 1.11. Precision values are acceptable and even better than % RSD values reported in the literature for similar ELISAs.[23]

7) <u>Specificity:</u> The WT ELISA was found to support a specific response to mumps. The presence of measles, rubella, or varicella antibodies exhibited no significant response in the mumps WT ELISA. The mix of these antibodies with mumps antibodies did not interfere with mumps responses either.[24]

8) <u>Specification limits for control samples:</u> High positive: > 100 (additional dilutions recommended), low positive: 14.7-57.0 Ab units and <10 Ab for negative control samples.[25]

It is my opinion Merck's validation protocol was well designed and executed. The parameters evaluated were appropriate, samples containing a wide range of Ab content were included in the tests, and results were subjected to a rigorous statistical analysis and results are clearly described. The assay was robust, reproducible, and had a wide dynamic range.

### B. The Serostatus Cutoff Established for Merck's WT ELISA was Appropriate and Justified.

Serological cutoff values are established to distinguish individuals who have serum antibodies (or a certain amount of serum antibodies) of a defined specificity from those who do not, typically to determine exposure to pathogens in diverse setting. Cutoff values can also be used to ascertain antibody responses to vaccine antigens.

---

[23] Marchese RD, Jain NT, Antonello J, et al. Enzyme-linked immunosorbent assay for measuring antibodies to pneumococcal polysaccharides for the PNEUMOVAX 23 vaccine: assay operating characteristics and correlation to the WHO international assay. *Clin Vaccine Immunol.* 2006;13(8):905-912
[24] WT ELISA Validation Memorandum at 622233.
[25] WT ELISA Validation Memorandum at 622228.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2525

A serostatus cutoff was established for the WT ELISA as the lowest antibody titer that could reliably distinguish children who were seronegative (*i.e.,* have not been exposed to mumps previously) from those who developed mumps-specific antibodies. The establishment of serological cutoff values requires testing of specimens for which the immune status is known, or at least, presumed. In the selection of serological cutoff values, an important goal is to maximize (or find the best balance between) assay specificity (an assay's ability to identify a "true negative") and assay sensitivity (an assay's ability to identify a "true positive"), which are inversely related.

To establish the serostatus cutoff for the WT ELISA, Merck employed a panel of 72 negative samples: 60 were from children pre-vaccination ("true negatives") and 12 were from children post-vaccination determined to be negative by Merck's Legacy ELISA. The serostatus assignment for two cutoff values (5 Ab and 10 Ab) were examined. The 10 Ab cutoff provided the best specificity (no discordance with true negative samples) and was recommended. Samples with antibody titers $\geq 10$ Ab units were considered seropositive and quantified using the standard curve, whereas those with titers $\leq 10$ Ab units were considered negative and were assigned a titer below 10 Ab units.

**In my opinion, the analysis performed by Merck to select the serostatus cutoff was valid and the selection of the $\geq 10$ Ab cut off was reasonable and justified based on the available data.**

The appropriate and scientifically sound objective for identifying acceptable cutoff values in serological assays is to maximize specificity and sensitivity based on pre-classified negative clinical samples considering the purpose of the assay, and not considerations such as being "more conservative" or "generating lower seroconversion rates than another method."   The purpose of selecting the cutoff value for the WT ELISA was to define the point where the test could reliably discriminate mumps seronegative and seropositive samples; it was not meant to determine seroprotection.  .

14

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2526

Merck's analysis demonstrated that when 5 Ab was the selected serostatus cutoff, 5.3% of the pre-vaccination samples were considered positive, whereas when ≥10 Ab was the selected serostatus cutoff, 0% of the pre-vaccination samples were considered positive.[26]  Based on these findings, it was reasonable for Merck to conclude that the lowest titer capable of discriminating between non-vaccinated seronegative samples from seropositive samples was ≥10 Ab. Since a threshold was identified to separate all true negatives, exploring additional cut-offs would not have provided an analytical advantage. Use of a higher cutoff in Merck's WT ELISA would have reduced sensitivity to detect vaccine responders (classifying as negative samples that might have true vaccine-induced antibodies), and thus diminished the value of the measurements and the assessment of vaccine performance.

Dr. Phillip Stark also mentions in his opinion that a 23 Ab serostatus cut-off for the full Protocol 007 data set (1612 samples) would have found a 91.3% rate (0.5% lower than the AIGENT rate) which would have reduced the bias in favor of finding seroconversion.[27]  This post-hoc analysis is irrelevant as the full Protocol 007 dataset was not available to Merck investigators at the time the WT ELISA was developed. The cutoff value had to be defined at early stages as part of the assay validation.

Dr. Robert Malone also contends that Merck selected the cutoff value based on a single run rather than multiple runs designed to increase the statistical validity of the analysis and cites a 2013 FDA guidance document which reportedly recommends a minimum of 5 determinations of sample values to ensure accuracy for ligand binding assays.[28] Notably, this reference was published more than 10 years after the Merck WT ELISA was developed and validated, and therefore is not applicable nor

---

[26] WT ELISA Validation Memorandum at 622248.

[27] Expert Report of Dr. Philip Stark at ¶ 44.

[28] *See* Guidance for Industry, Bioanalytical Method Validation (Draft Guidance, Revision 1). U.S. Department of Health and Human Services Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Center for Veterinary Medicine (CVM), September 2013 (Available at https://www.fda.gov/downloads/drugs/guidances/ucm368107.pdf).

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2527

relevant here. Moreover, clinical specimens tested using validated methods are not typically run 5 times. In fact, multiple testing is not common laboratory practice.

### C.  A Fold Rise in Ab Titer Over Baseline Was Not Appropriate or Necessary for Determining Seroconversion in Merck's WT ELISA.

For Protocol 007's primary endpoint, mumps vaccine immunogenicity was determined as the rate of seronegative children with $\geq$4 fold increase in titer over baseline using the AIGENT assay.  For the secondary objective, immune responses were determined by ELISA based on the rate of mumps seropositive individuals post vaccination.

Because PRN tests have larger assay variability (usually 2 fold),  at least a 4-fold rise in titer between initially seronegative samples and post vaccination samples is often desired to properly document a vaccine response; this is standard in the field. However, assay variability is much lower for the ELISA (in the vicinity of 25%) and therefore a fold rise requirement to demonstrate seroconversion is not necessary if a well-defined cut off is available; this has been the case for other vaccines.  In fact, in my opinion, this method is preferable because it allows for detecting low or modest responses post vaccination, which may be still biologically relevant in vivo even if they do not amount to a pre-determined fold increase over baseline.

### D.  Bridging Study (Legacy ELISA to WT ELISA) Confirmed the Design of the WT ELISA and Selection of the Serostatus Cutoff.

To further support the WT ELISA, Merck investigators performed an extensive bridging study to compare titers and serostatus assignments between the WT ELISA and a previously established mumps ELISA ("Legacy ELISA").[29] Merck submitted the results of the bridging study to CBER on September 27, 2001.[30]

---

[29] Feb. 23, 2001 Bridging Study Memorandum ("Bridging Study Memo") (MRK-KRA00561875 to 561885).
[30] Sep. 19, 2001 Facsimile Cover Letter from Merck to CBER (MRK-KRA00561903), attaching Bridging Study Memo (MRK-KRA00561875 to 561885).

16

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Appx2528**

For the bridging analysis, a sample set from pediatric samples consisting of 60 negative, 60 low, 30 medium, and 30 high titers were tested by both methods. No discrepancies were found in the assignments for the negative and medium titered samples, which supports the adequate performance of the WT ELISA.[31] Some discrepancy was seen in the categorization of low titer sample (positive for Legacy ELISA and negative for WT ELISA). High titer sample were excluded from the analysis as they had not been tested in the Legacy ELISA at the dilution used for the study.[32] No significant differences in Ab titer and serostatus were observed between mumps Legacy and WT ELISA when the same cutoff and dilutions were applied. Merck concluded that the differences in the low titered samples were due to the differences in initial dilution and the serostatus cutoffs of both assays, and concluded that the ELISAs were comparable.[33]  I concur with Merck's assessment that those differences did not necessarily indicate a lack of concordance between methods as they only represent a narrow spectrum in the range of possible responses around the cut off.

During this bridging study, Merck recalculated the seroconversion status in 1,400 archived serum samples that had been tested by the Legacy ELISA; this time using the 10 Ab instead of the 2 Ab units threshold established for that assay. Interestingly, the rate of seroconversion changed minimally (from 99.3% to 97.7%) and thus the ≥10 Ab serostatus cutoff chosen for the WT ELISA was expected to have little impact on historical seroconversion.[34]  This small change when using an alternate threshold suggests the lack of potential bias to increase seroconversion using Merck's selected ≥10 Ab cut-off for its WT ELISA.

---

[31] Id. at 561875.
[32] Id.
[33] Id. at 561876.
[34] Id. at 561875.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2529

In my opinion, this study provided further assurance for the ≥10 Ab cut off and supports the adequate performance and utility of the WT ELISA.

### E. Correlation Analysis of WT ELISA With AIGENT Assay Provided Additional Support for the use of the WT ELISA.

Neutralizing antibodies have generally been associated with protection against mumps infection.[35] Because mumps neutralizing antibodies are the gold standard for mumps, new serological methods are usually compared to serum neutralization assays. Following discussions with CBER, Merck performed a correlation analysis between the WT ELISA and AIGENT to assess the performance of the WT ELISA using the ≥10 Ab unit cutoff relative to the AIGENT using the 32 cutoff.[36] Specimens tested in this analysis included 565 subjects (pre- and post-vaccination) who participated in the Protocol 007 trial.[37]

A cross classification analysis was performed of serological status determined by both assays among pre-and post-vaccination samples (alone or combined).[38] Another cross classification analysis was performed including initially negative samples that had the same seroconversion result (as opposed to serostatus alone) in both assays.[39] The percent of agreement were determined as a ratio of samples with the similar results by both methods over the total number of samples.[40] Serostatus agreement values were: 90.4% overall, 87% for pre-vaccination and 93.6% for post-vaccination samples.[41] The overall

---

[35] Hilleman MR, Weibel RE, Buynak EB, Stokes J, Jr., Whitman JE, Jr. Live attenuated mumps-virus vaccine. IV. Protective efficacy as measured in a field evaluation. *N Engl J Med.* 1967;276(5):252-258.
[36] May 4, 2005 Response to Request for Information (MRK-KRA00846087 to 846404), attaching Merck's WT ELISA-AIGENT Correlation Analysis (MRK-KRA00846360 to 846370).

[37] WT ELISA-AIGENT Correlation Analysis.
[38] Id.
[39] Id.
[40] Id.
[41] Id.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2530

seroconversion agreement was 93.4%, "with the ELISA being only slightly, though not statistically

significantly more likely than the AIGENT to classify a sample as positive."[42]

Because the AIGENT and WT ELISA operate under different principles (the AIGENT detecting

virus infectivity and the WT ELISA recognizing a wider repertoire of viral antigens) one would not

expect a perfect concordance between both methods. This has also been acknowledged in the literature.

In fact, one would anticipate greater discordance at low level titers near the cutoff (titers higher than 10

Ab units but lower than 20 Ab units) first two lines in Table 8 in Merck's submission from June 10,

2002.[43]

**Table 8**
**Observed and Expected Mismatch Rates as a Function of Distance from the Cutoff**
**in the Context of the Comparison Between the AIGENT and WT ELISA Assays**

| ELISA Titer Grouping | ELISA Titer Grouping | Resampling Procedure | | | | Observed Results | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | ELISA Titer Distribution | No. Mismatched Samples | 95% CI on No. Mismatched Samples | Percent Mismatched Samples | ELISA Titer Distribution | No. Mismatched Samples | Percent Mismatched Samples of Subgroup | Percent Mismatched Samples of Total |
| 10≤titer<1sd | 10≤titer<14.1 | 12.62 | 5.10 | (1,10) | 40.40% | 13 | 4 | 30.77% | 0.82% |
| 1sd≤titer<2sd | 14.1≤titer<20 | 14.64 | 1.96 | (0,5) | 13.40% | 12 | 2 | 16.67% | 0.41% |
| 2sd≤titer<3sd | 20≤titer<28.3 | 29.71 | 0.41 | (0,2) | 1.40% | 31 | 6 | 19.35% | 1.23% |
| 3sd≤titer<4sd | 28.3≤titer<40 | 36.92 | 0.03 | (0,1) | 0.10% | 37 | 2 | 5.41% | 0.41% |
| 4sd≤titer<5sd | 40≤titer<56.6 | 65.74 | 0.00 | (0,0) | 0.00% | 69 | 4 | 5.80% | 0.82% |
| 5sd≤titer<6sd | 56.6≤titer<80 | 78.19 | 0.00 | (0,0) | 0.00% | 77 | 1 | 1.30% | 0.20% |
| 6sd≤titer<7sd | 80≤titer<113.1 | 81.75 | 0.00 | (0,0) | 0.00% | 83 | 0 | 0.00% | 0.00% |
| 7sd≤titer<8sd | 113.1≤titer<160 | 79.62 | 0.00 | (0,0) | 0.00% | 78 | 2 | 2.56% | 0.41% |
| 8sd≤titer<9sd | 160≤titer<226.2 | 51.68 | 0.00 | (0,0) | 0.00% | 49 | 1 | 2.04% | 0.20% |
| 9sd≤titer<10sd | 226.2≤titer<320 | 23.71 | 0.00 | (0,0) | 0.00% | 25 | 0 | 0.00% | 0.00% |
| 11sd≤titer | 320≤titer | 13.43 | 0.00 | (0,0) | 0.00% | 14 | 0 | 0.00% | 0.00% |
| | Totals: | 488 | 7.49 | | | 488 | 22 | | 4.51% |

Merck proposed reasons for these differences, which I support, include: the artificially truncated

sensitivity of the AIGENT due to the selected initial serum dilution and/or pro-zone inherent effect of

plaque neutralization assay. In my opinion, the correlation analysis performed by Merck demonstrated a

good overall agreement in the assignment of seropositives and seronegatives by both methods for the

---

[42] Id. at 846363.
[43] June 10, 2002 BB-IND 1016: M-M-R®II Serial No. 086, Response to Request for Information (Mumps Cutoff Document) (MRK-KRA00761628 to 761702 at 761640).

19

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

defined cutoff values (10 Ab for mumps WT ELISA and 1:32 for the AIGENT). The assays categorized sera in a comparable manner. The sensitivity and specificity of the ELISA were 87.2% and 94.0%.

Peter Calcott's report mentions "discrepancies in the values between the two assays" (WT ELISA and AIGENT) citing the ELISA intermediate value for the SB Standard and its high value in the AIGENT. Agreement between methods cannot be interpreted based on single, isolated values. Statistical analyses used to appropriately determine such agreements (*e.g.*, Pearsons or Spearman correlations) consider results in aggregate, not isolated values.

Because both assays were meant to detect vaccine-induced responses in seronegative individuals, the inclusion of <u>pre-vaccination</u> positives in this analysis is not necessary in my opinion as they would be regarded as positives samples for practical purposes. The value of true negative children (not vaccinated and without history of previous infection) is that they reflect the non-vaccination status, on which vaccine performance can be assessed (without confounders). One cannot know if the pre-positive value is true or an artifact of the assay, in which case it would introduce a bias.

## V.   <u>Conclusions</u>

In my opinion, Merck and CBER had thorough discussion concerning development of its WT ELISA. The WT ELISA development and validation were scientifically sound and included the appropriate parameters for evaluation, specimens tested, controls, statistical analysis, and reporting. The selection of the serostatus cutoff ($\geq$10 Ab) was justified and it was consistent with the original purpose of the assay (*i.e.,* document vaccine responders among seronegative subjects). It was also appropriate not to include a fold rise when determining seroconversion in the WT ELISA. The bridging (between Legacy ELISA and WT ELISA) and correlation analyses (between AIGENT and WT ELISA) conducted by Merck demonstrated good agreement between the assays studied, and provided further confirmation of the appropriateness of the design of Merck's WT ELISA. In my opinion, CBER invested significant effort

20

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Appx2532

over nearly 5 years closely monitoring the data generated. I do not see evidence of issues that would compromise the integrity of the data generated or decisions made by regulatory agency.


*Marcela Pasetti*

_____

Marcela Pasetti, Ph.D.


Dated: June 14, 2018

21

Appx2533

10/25/2019
Declaration of G. Reilly
EXHIBIT 26



# PRINCIPLES OF VACCINOLOGY



Mike Dekleva

Bio/Sterile Validation

Vaccine Technology & Engineering

June 2003



Restricted
Confidential
limited access

1



# EVALUATING A VACCINE

The Food and Drug Administration (FDA) defines a
correlate of protection as:

"A laboratory parameter that has been shown from
adequate and well-controlled studies to be
associated with protection from clinical disease."

*Example*: anti-HBs titer of ≥10mIU/mL=seroprotection



61

CONFIDENTIAL

MRK-KRA01339555

**Appx2536**



# NEW VACCINE DEVELOPMENT

- More than 20 safe and effective vaccines introduced during the 20th century
- Several diseases curtailed or nearly eliminated

BUT:

- Efforts to develop new and improved vaccines continue:
  - Vaccine must be protective against all variants of an organism
  - Need to reduce number of injections
  - Eliminate the use of needles for vaccination
  - Vaccines against new emerging diseases
  - Vaccines against novel biological threats



72

10/25/2019
Declaration of G. Reilly
EXHIBIT 27

Appx2538

```
1        IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2                    -  -  -
3   UNITED STATES OF AMERICA  : CIVIL ACTION
    ex rel., STEPHEN A.       : NO. 2:10-04374(CDJ)
4   KRAHLING and JOAN A.      :
    WLOCHOWSKI,               :
5        Plaintiffs,          :
                             :
6        vs.                  :
                             :
7   MERCK & CO., INC.,        :
        Defendant.            :
8   _____  : Master File No.
    IN RE:  MERCK MUMPS       : 2:12-cv-03555(CDJ)
9   VACCINE ANTITRUST         :
    LITIGATION                :
10                            :
    THIS DOCUMENT RELATES TO: :
11  ALL ACTIONS               :
                    -  -  -
12
                August 18, 2016
13
                    -  -  -
14
15          Videotape deposition of MARY K.
16  YAGODICH, taken at the offices of Spector
17  Roseman Kodroff & Willis, 1818 Market Street,
18  Suite 2500, Philadelphia, Pennsylvania 19103,
19  beginning at 9:00 a.m., before LINDA
20  ROSSI-RIOS, a Federally Approved RPR, CCR and
21  Notary Public.
22
23
24
25
```

## Page 2

1 A P P E A R A N C E S :
2
3 For the Private Plaintiffs
4 SPECTOR ROSEMAN KODROFF & WILLIS, P C
   BY: DIANA J ZINSER, ESQUIRE
5 1818 Market Street
   Suite 2500
6 Philadelphia, PA 19103
   215-496-0300
7 dzinser@srkw-law com
   and
8 ROBINS KAPLAN LLP
   BY: KELLIE LERNER, ESQUIRE
9 601 Lexington Avenue
   Suite 3400
10 New York, NY 10022
   212-980-7400
11 klerner@robinskaplan com
12
   For the Relator
13
14 CONSTANTINE CANNON LLP
   BY: GORDON SCHNELL, ESQUIRE
15    and
   DANIEL VITELLI, ESQUIRE
16 335 Madison Avenue
   New York, NY 10017
17 212-350-2700
   gschnell@constantinecannon com
18 dvitelli@constantinecannon com
19
   KELLER GROVER, LLP
20 BY: JEFFREY F KELLER, ESQUIRE
   1965 Market Street
21 San Francisco, CA 94103
   415-543-1305
22 jfkeller@kellergrover com
23
24
25

## Page 3

1 For the Defendant, Merck & Co , Inc
2 MORGAN LEWIS & BOCKIUS LLP
   BY: MARGARET ERIN RODGERS SCHMIDT, ESQUIRE
3 1701 Market Street
   Philadelphia, PA 19103
4 215-963-5000
   margaret rodgers-schmidt@morganlewis com
5
6
   VENABLE LLP
7 BY: DINO S SANGIAMO, ESQUIRE
   and
8 MEREDITH B HEALY, ESQUIRE
   750 E Pratt Street
9 Suite 900
   Baltimore, MD 21202
10 410-244-7400
   srbryan@venable com
11 mbhealy@venable com
12
13 For the Witness:
14 SAUL EWING, LLP
   BY: CHRISTOPHER R HALL, ESQUIRE
15 Centre Square West
   1500 Market Street, 38th Floor
16 Philadelphia, PA 19102
   215-972-7180
17 chall@saul com
18
19 A L S O P R E S E N T :
20 STEPHEN KRAHLING, Relator
21 RUSS STRAIN, Videographer
22
         - - -
23
24
25

## Page 4

1      I N D E X
2
WITNESS              PAGE
3
MARY K YAGODICH
4
   By Mr Schnell          8
5
6
7      E X H I B I T S
8
MARKED      DESCRIPTION      PAGE
9 Yagodich-1  Resume,          13
   YAGODICH 00001
10 Yagodich-2  Clinical Assay    93
   Subcommittee
11 Backgrounder,
   MRK-KRA00016275 - 16277
12
   Yagodich-3  2/19/99 Document,  111
13 MRK-KRA00016180 & 16181
14 Yagodich-4  Face-to-Face CBER Meeting 119
   Monday, March 13, 2000,
15 Bares MRK-KRA00016335 -
   MRK-KRA00016343
16
   Yagodich-5  3/14/00 Meeting minutes,  157
17 MRK-KRA00001258 - 1261
18 Yagodich-6  8/15/00 E-mail,    161
   MRK-KRA00068546
19
   Yagodich-7  8/23/00 Memo,      189
20 MRK-KRA00016632 - 16635
21 Yagodich-8  Anti-IgG Enhanced Mumps  212
   Neutralization
22 Assay-Update:  October 8,
   2000,
23 MRK-KRA00014542 - 14547
24
25

## Page 5

1 Yagodich-9  Supplemental Activities  262
   for Mumps Neuts  Protocol
2 005, Mary Yagodich,
   MRK-KRA00014744 & 14745
3
   Yagodich-10A Document outlining the  273
4 samples and plate number,
   MRK-KRA00683916
5
   Yagodich-10B Example of counting  273
6 sheets,
   MRK-KRA00683926 - 683930
7
   Yagodich-10C Mumps AIGENT Assay Raw  273
8 Data Correction Log,
   MRK-KRA00683932 & 683933
9
   Yagodich-11A Handwritten document,  300
10 MRK-KRA00682377 - 682384
11 Yagodich-11B Example of counting  300
   sheets,
12 MRK-KRA00682385 - 682389
13 Yagodich-11C Mumps AIGENT Assay Raw  300
   Data Correction Log,
14 MRK-KRA00682391 & 682392
15 Yagodich-12A Plate map for assay 157,  308
   MRK-KRA00684146
16
   Yagodich-12B Counting sheet for assay  308
17 157,
   MRK-KRA00684148 - 684152
18
   Yagodich-13A Plate map for assay 275,  308
19 MRK-KRA00682290
20 Yagodich-13B Counting sheet for assay  308
   275,
21 MRK-KRA00682292 - 682296
22 Yagodich-14A Plate map for assay 256,  308
   MRK-KRA00681992
23
   Yagodich-14B Counting sheet for assay  308
24 256,
   MRK-KRA00681994 - 681998
25

2 (Pages 2 - 5)

Page 6

1  Yagodich-15  Summary of Controlled      334
                Serum Titers in Mumps
2               Neutralization Assays,
                MRK-KRA00053153 - 53160
3
   Yagodich-16  Mumps Neutralization       352
4               Assay Testing summary
                spreadsheet,
5               MRK-KRA0029068
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1              MARY K. YAGODICH
2                    - - -
3          VIDEOGRAPHER:  We're now on the
4     record.  My name is Russ Strain
5     representing Veritext Legal Solutions.
6          The date today is August 18,
7     2016.  The time is approximately
8     9:00 a.m.  This deposition is being
9     held at the office of Spector Roseman,
10    1818 Market Street, Philadelphia, PA.
11    Caption of this case is In Re:  Merck
12    Mumps Vaccine Antitrust Litigation,
13    filed in the US District Court for the
14    Eastern District of Pennsylvania, Case
15    Number 2:10-04374(CDJ), and master
16    file 2:12-cv-03555 (CDJ).  The name of
17    the witness is Mary Yagodich.
18         If counsel -- all counsel
19    present will be noted on the
20    stenographic record.
21         The court reporter is Linda
22    Rossi of Veritext.  Will the court
23    reporter, please, swear in the
24    witness.
25                   - - -

Page 8

1              MARY K. YAGODICH
2          MARY K. YAGODICH, after having
3     been duly sworn, was examined and
4     testified as follows:
5                    - - -
6          VIDEOGRAPHER:  Testimony can now
7     proceed.
8                    - - -
9              EXAMINATION
10                   - - -
11    BY MR. SCHNELL:
12         Q.   Good morning.  Is it Ms. Yagodich?
13         A.   Yes.
14         Q.   Yagodich.  And is it Ms., Mrs.,
15    what do you want me to call you?
16         A.   You can call me Mary, if you'd
17    like.
18         Q.   All right.  You can call me
19    Gordon.
20         A.   Thank you.
21         Q.   So my name is Gordon Schnell,
22    and I'm a lawyer with Constantine Cannon.
23    We're counsel for the relators in this case.
24              Have you ever been deposed
25    before?

Page 9

1              MARY K. YAGODICH
2         A.   No.
3         Q.   Do you know how this process
4     works, you've seen it on TV or the movies?
5         A.   Somewhat.
6         Q.   It's exactly like that.
7         A.   Okay.
8         Q.   There's going to be lots of
9     screaming and yelling and very exciting.
10        A.   Okay.
11        Q.   But the only thing you need to
12    know is I'm going to ask you questions --
13        A.   Okay.
14        Q.   -- and if you don't understand
15    the question, please let me know and I'll
16    rephrase it --
17        A.   Thank you.
18        Q.   -- or try to deal with what you
19    don't understand.  Otherwise, I'll assume you
20    that understand.  If you ever need to take a
21    break, usually we take a break every hour,
22    but --
23        A.   Okay.
24        Q.   -- I'm going to leave it to you
25    and your lawyers when you want to take a

3 (Pages 6 - 9)

Appx2541

MARY K. YAGODICH

1 break.
2     A.    Thank you.
3     Q.    You can take it whenever you
4 want.
5         So just to begin, just, please,
6 state your full name for the record.
7     A.    Mary, middle initial is K.
8 Yagodich.
9     Q.    And your current address?
10     A.    701 Pennstone Road, Bryn Mawr,
11 Pennsylvania.
12     Q.    I want to get just a little bit
13 of the basic background stuff out of the way.
14 So you graduated college in what year?
15     A.    1991.
16     Q.    And where did you work right
17 after?
18     A.    I was a waitress.
19     Q.    Okay.  And you had a degree in
20 biology, I think.  Is that right?
21     A.    I was a double major.  I was --
22 I had a BS, I was a dual major, and a BA,
23 biology and English.
24     Q.    And where was your next employment

MARY K. YAGODICH

1 after being a waitress?
2     A.    I was a temporary employee for
3 Yoh Scientific.
4     Q.    What did you do for them?
5     A.    I was placed at Merck for a
6 three-month assignment.
7     Q.    And then is it after that that
8 you started your work at Merck?
9     A.    I -- my contract was extended
10 one more year and then I was hired in the
11 fall of -- or winter of '93?  Yeah.
12     Q.    Okay.  So you started work as a
13 contract employee at Merck in what year?
14     A.    '92.
15     Q.    What was your position at the
16 time?
17     A.    An entry level scientist.
18     Q.    Which department were you in?
19     A.    At the time it was called virus
20 and cell biology.
21     Q.    Who ran that department at the
22 time?
23     A.    Ron Ellis.
24     Q.    Okay.  And then just take me

MARY K. YAGODICH

1 really high level through your employment at
2 Merck in your various positions.  If I want to
3 drill it down, we can stop.
4     A.    Okay.
5     Q.    But I really just want the high
6 level picture starting in '92 and then moving
7 forward.
8     A.    I'm sorry, could you clarify?
9 My own personal --
10     Q.    Yes, at Merck.  Yeah.
11     A.    I guess -- I don't remember the
12 names of what the -- what my level would be,
13 but I was -- when I left Merck, I was --
14 which was '90 -- no, 2013, I was the same
15 level as an entry level PhD.
16     Q.    That's when you left in 2013?
17     A.    Yes.
18     Q.    Were you in the --
19     A.    Or 2012.
20     Q.    Were you in the same group the
21 entire time?
22     A.    Yes.
23     Q.    Okay.  So let me give you your
24 resume.  We can mark this as Exhibit 1.

MARY K. YAGODICH

1 Because that gives a little detail, that might
2 shorten this.  Actually give me a clean one.
3         Okay.  So here's a copy of your
4 resume we're going to mark as Yagodich
5 Exhibit 1.
6             - - -
7         (Exhibit Yagodich-1, Resume,
8     Bates YAGODICH 00001, was marked for
9     identification.)
10             - - -
11 BY MR. SCHNELL:
12     Q.    Okay.  So this is a copy of your
13 current resume?
14     A.    Uh-huh.  Yes.
15     Q.    Okay.  So this says you were
16 research -- let's see, it's a little -- okay.
17 So this says you were at Merck from '92 to
18 2013, which is what you just said.  And it
19 says you were a research virologist and then a
20 senior research virologist.  Is that
21 basically --
22     A.    That was my title.
23     Q.    And you left Merck as a senior
24 research virologist.  Correct?

MARY K. YAGODICH

1    A.    Yes.
2    Q.    So what were your -- at the time
3 you left Merck, what were your general
4 responsibilities?
5    A.    Continuing product development,
6 assay development, working on novel vaccine
7 projects, working on novel vaccines. Cell
8 culture and virology were still a core of my
9 research. And that basically sums it up. It
10 covered a wide range of viruses.
11    Q.    And when -- at the time you left
12 Merck, were you still in the virus and cell
13 biology lab, is it?
14    A.    It changed names. It changed
15 names. I don't remember, it might have been
16 just vaccines research when I left.
17    Q.    Okay. Is it a division? Is it
18 a department?
19    A.    It's part of MRL, Merck
20 Research Labs.
21    Q.    Okay. At the time you left, who
22 was your immediate supervisor?
23    A.    David Krah. Dr. David Krah.
24    Q.    Who did he report to?

MARY K. YAGODICH

1    A.    I believe at the time I left it
2 was Danny Casimiro.
3    Q.    Who did Mr. Casimiro report to?
4    A.    After that I don't remember.
5    Q.    And do you remember what
6 Casimiro's position was at the time?
7    A.    Director.
8    Q.    Of the virus and cell biology
9 group?
10    A.    As part of his umbrella of
11 groups. There were other groups which I
12 don't remember off the top of my head.
13    Q.    When did you first start
14 reporting to Mr. Krah?
15    A.    19 -- when I started at Merck
16 as a temporary employee.
17    Q.    So you reported to him your
18 entire tenure at Merck?
19    A.    Yes.
20    Q.    And prior to Mr. Casimiro, who
21 did Mr. Krah report to?
22    A.    Jan ter Meulen.
23    Q.    And before that?
24    A.    Alan Shaw.

MARY K. YAGODICH

1    Q.    Okay. So looking at your
2 resume, it says that you have an expertise in
3 virology, cell biology, assay development.
4 That's all true? Am I reading that right?
5    A.    Yes, you are.
6    Q.    And that expertise was developed
7 at Merck?
8    A.    Yes.
9    Q.    Then it also has in parentheses
10 after what I just read something called
11 LI-COR, ELISA and Nt. What are those three
12 things?
13    A.    LI-COR is a -- it's a machine,
14 it's an electronic readout to read cell
15 cultures that have been tagged with
16 fluorescent antibodies. It's just a
17 methodology -- an assay platform. Nt means
18 neutralization. That's an abbreviation for
19 neutralization. And I'm sorry, what was the
20 third one?
21    Q.    E-L-I-S-A.
22    A.    ELISA. That means enzyme
23 linked immunosorbent assay.
24    Q.    You have an expertise in those

MARY K. YAGODICH

1 three things?
2    A.    Yes.
3    Q.    And those are -- are those ways
4 of testing, is that what they are, different
5 ways of testing?
6    A.    They're different assay
7 platforms, yes.
8    Q.    Okay. And what's the ELISA
9 platform, just generally speaking?
10    A.    Generally speaking, it could --
11 there are many different ways to approach it,
12 but basically it's a solid phase. It's a
13 sandwich assay where you have an antigen, an
14 antibody and you tag it with an anti-IgG or
15 some other substrate and you read it with a
16 conjugate.
17    Q.    And what about a neutralization
18 platform?
19    A.    Neutralization means -- it's a
20 functional assay meaning that you are able to
21 demonstrate antibody binding to a virus and
22 inactivating it.
23    Q.    Are there any major differences
24 between the ELISA and the neutralization

5 (Pages 14 - 17)

Appx2543

Page 18

MARY K. YAGODICH

1    platform in terms of performing tests?
2
3        A.    There are different platforms
4    but that's subjective.
5        Q.    Are there particular
6    circumstances where it would be appropriate to
7    use one assay versus the other?
8        A.    It wouldn't be up to me to
9    decide.
10       Q.    But in your experience, has
11   it -- have you found that it more -- be more
12   appropriate in certain circumstances to use
13   the ELISA type of test versus the
14   neutralization type of test?
15       A.    It would depend on the
16   circumstances how quickly -- an ELISA could
17   give you a quicker readout.  Cell culture
18   takes longer.  You could have a day versus a
19   week.  It's just different -- differences in
20   the assays themselves.
21       Q.    So timing was one.  What are
22   some of the other circumstances which would
23   make it more appropriate to use one assay over
24   the other?
25       A.    It wouldn't be my decision to

Page 19

MARY K. YAGODICH

1    decide what to employ --
2
3        Q.    Yeah, no.
4        A.    -- for a readout.
5        Q.    Just in your experience, though?
6        A.    But in my experience, again,
7    it's a subjective thing.  It would depend on
8    what virus, what you were trying to read,
9    what you were -- you know, it would just be
10   -- it's subjective.
11       Q.    So we talked about timing.
12   We've talked about the type of virus you're
13   trying to read.  Any other subjective criteria
14   that would weigh into whether you would use
15   one versus the other?
16       MR. SANGIAMO:  Object to the
17   form.
18       THE WITNESS:  No.
19   BY MR. SCHNELL:
20       Q.    In your experience, how many
21   ELISA tests have you been involved with?  I'm
22   talking about your entire tenure as a
23   virologist including your time at
24   GlaxoSmithKline.
25       A.    ELISAs, probably two or three

Page 20

MARY K. YAGODICH

1    at the most.
2        Q.    And do you recall the
3    circumstances surrounding those two or three
4    times?
5        A.    It would -- they were protocols
6    that were already in place at -- in MRL.  And
7    it would be to measure viruses that were part
8    of the legacy vaccine profile.  Part of the
9    standard either measles or mumps or rubella.
10       Q.    So the two or three times that
11   you were involved in ELISA testing were at
12   Merck.  Is that correct?
13       A.    Yes.
14       Q.    And they involved the MMR
15   vaccine.  Is that what you said?
16       A.    Measles, mumps and rubella.
17       Q.    Was it part of --
18       A.    Not necessarily vaccine strain.
19       Q.    Okay.  And do you recall the
20   time -- when those tests occurred, the time
21   frame?
22       A.    No, not specific times.  It was
23   over the course of my employment there, but
24   it wasn't something I ran all the time.
25

Page 21

MARY K. YAGODICH

1        Q.    And then in terms of
2    neutralization testing, how many of those
3    tests have you been involved with during your
4    entire tenure as a virologist?
5        A.    Like the number of tests?
6        Q.    Yes.
7        A.    I can't remember an exact
8    number off the top of my head.
9        Q.    Roughly?
10       A.    Oh, probably several hundreds.
11       Q.    Now, even though you've only
12   worked on you said about two or three ELISA
13   tests, you still feel like you've had enough
14   experience to identify that as part of your
15   expertise as a virologist?
16       A.    It's part of -- if you're --
17   it's part of job requirements.  If you're
18   running something that's a protocol in place
19   and if you -- if you're asked to develop
20   something new, you have a sound platform with
21   which to further develop something new if
22   you're required to do that as part of your
23   job.
24       Q.    So the answer is, yes, you

Page 22

MARY K. YAGODICH

1    consider that part of your expertise?
2    A.    I do.
3            MR. SANGIAMO:  Object to the
4    form.
5    BY MR. SCHNELL:
6    Q.    Earlier when you were talking
7    about neutralization testing, I believe you
8    used the term, I think, "functional assay."
9    Do you recall?
10   A.    Yes.
11   Q.    What did you mean by that?
12   A.    A functional assay is where a
13   reaction is occurring in an incubation step
14   where antibody will neutralize a virus.  And
15   that's a function that could occur in vivo,
16   in vitro.  And once the virus is inactivated,
17   it's no longer able to be infectious.
18   Q.    Is that same functional assay
19   process present in an ELISA-type test?
20   A.    No.
21   Q.    Does that in any way impact the
22   reliability of one test over the other?
23   A.    Again, it's not -- that
24   wouldn't -- it's objective.  I mean

Page 23

MARY K. YAGODICH

1    subjective rather.
2    Q.    In your experience.
3            MR. SANGIAMO:  Object to the
4    form.
5            THE WITNESS:  In my experience,
6    they both give you an answer, but it's
7    what -- it's just, again, it's
8    subjective.  It's what's required
9    for -- it's there for a different
10   purpose in what answer you're trying
11   to -- what answer you're looking for.
12   BY MR. SCHNELL:
13   Q.    Well, if you were looking for an
14   answer that was as reliable as possible, would
15   a functional assay be the better test to
16   undertake compared to an ELISA test?
17   A.    Again, it wouldn't be my
18   decision to make that distinction.
19   Q.    But in your experience --
20           MR. HALL:  Objection.
21   BY MR. SCHNELL:
22   Q.    -- would the neutralization test
23   or the functional assay provide a more
24   reliable answer than an ELISA test?

Page 24

MARY K. YAGODICH

1            MR. HALL:  Objection.
2            THE WITNESS:  More reliable?
3    You're answering two different things
4    in two different methods.  Determining
5    correlation between those wouldn't be
6    my -- it wouldn't be my decision of
7    which assay to run or what to -- or
8    how to interpret those answers.  My
9    purpose was to generate data.
10   BY MR. SCHNELL:
11   Q.    Yeah.  I mean a lot of my
12   questions you keep saying it wasn't my
13   decision.  I'm not asking if it was your
14   decision.  I just want to know in your
15   experience what you found.  So those are the
16   types of questions I'm asking.  So in your
17   experience, did you find that the results of a
18   neutralization test were more reliable than
19   the test of using an ELISA platform?
20           MR. HALL:  Objection.
21           THE WITNESS:  Again, reliable is
22   a subjective term.  So it's just
23   you're measuring something that's a
24   functional occurrence in a tube versus

Page 25

MARY K. YAGODICH

1    something that's just going to bind to
2    something in a plate.  So you have two
3    different -- it's two different
4    methods.  So it's subjective as to
5    whether are think one is better than
6    the other.
7    BY MR. SCHNELL:
8    Q.    Which do you think is better
9    than the other?
10           MR. SANGIAMO:  Object to the
11   form.
12           THE WITNESS:  I don't think
13   either one is better or the other.
14   BY MR. SCHNELL:
15   Q.    It depends?
16   A.    It doesn't -- they could
17   depend.
18   Q.    What could it depend on?
19   A.    It could depend on what is
20   required of -- what is asked of you, and what
21   method is asked -- you're asked to use to
22   employ to find your answer.
23   Q.    Why is it over the course of
24   your time at Merck that you performed hundreds

7 (Pages 22 - 25)

Page 26

MARY K. YAGODICH

of neutralization tests but only two or three
ELISA tests?

A. It's not a -- I didn't mean
test, just a single test. I meant a --
running a protocol over the course of years.

Q. And so why is it that over the
course of your time at Merck you ran hundreds
of neutralization protocols versus only two or
three ELISA protocols?

A. It -- I think we're at a cross
point. Running a -- I can't remember how
many ELISA tests I ran over the course of all
those years. But meaning protocols, there
are only several viruses and several
protocols that I would have been using at the
time. Most of our work was cell-based
virology.

Q. Okay. Your resume also mentions
that you have 12 publications?

A. Yes.

Q. And you don't list them here and
I don't want you to list every single one, but
are they generally surrounding a particular
topic or were they all over the place?

Page 27

MARY K. YAGODICH

A. They're in different virus
systems.

Q. Were there any that were related
to the MMR vaccine?

A. I'm sure. I can't remember
right now off the top of my head. I don't
have them in front of me.

Q. Why are you sure?

A. Because that's what we worked
on. I wouldn't be publishing on, you know,
Zika because I wasn't working on it.

Q. Other than the MMR vaccine --
and just for the sake of clarity, when I say
MMR, I mean MMR II. Well, let's just clarify
that.

Did you work only on the MMR II
vaccine in terms of mumps-related vaccines?

A. I worked on monovalent measles,
mumps, rubella, varicella. I worked on MMR
as a combined trivalent vaccine. I also
worked on MMRV development, which is our
quadrivalent called ProQuad, Merck's.

COURT REPORTER: Which is? I
can't hear you.

Page 28

MARY K. YAGODICH

THE WITNESS: Merck's. Merck's.
I'm sorry.

MR. SANGIAMO: I think she said
Merck's quadrivalent called ProQuad.

COURT REPORTER: Thank you.

THE WITNESS: Yes.

BY MR. SCHNELL:

Q. Were any of these twelve
publications on mumps specifically?

A. Mumps alone? I don't recall if
it would be mumps alone.

Q. And in terms of these
publications, where were some of the -- where
were some of these published, just what you
recall?

A. Internal poster presentations,
external meetings, just general -- maybe
Archives of Virology. I don't remember off
the top of my head.

Q. It also attributes five patents
to you. What area were these patents granted?

A. Varicella. Rotavirus.
Respiratory syncytial virus. Inactivated
varicella. I can't remember the other one.

Page 29

MARY K. YAGODICH

Q. Then it mentions the Prix Galien
Award recipient twice. What is that?

A. It's -- it was -- it's an award
based -- it's determined by a group of peers,
and it's an industry award for scientific
excellence. It was awarded to the group that
I was in at the time.

Q. Which group was that?

A. MRL.

Q. So it was awarded to the MRL
group itself, the entire group?

A. Whoever worked on the project.

Q. And when did you receive those
awards?

A. 2009 maybe. 2011 maybe.

Q. So in around -- I'm going to
take you back a bit. But in the 2000 time
frame, give or take, you worked under David
Krah, we established that already. Correct?

A. Yes.

Q. Who else was in your group at
the time?

A. Colleen Barr, Jill DeHaven,
Jennifer Kriss, Kristin Haas, Kevin

8 (Pages 26 - 29)

Page 30

MARY K. YAGODICH

Szczpiorski. Did I say Beth Yancoskie?

COURT REPORTER: I can't hear you.

THE WITNESS: Beth Yancoskie. I'm sorry. Who else was in the group? I'm trying to think of who else was in the group.

BY MR. SCHNELL:

Q. Okay. And at the time you left who was in the group?

A. Colleen Barr, Jill DeHaven, Jenny Kriss, I believe Frank Kennedy. And that's it, that I can recall.

Q. And you earlier said that in the -- I don't know if you said this, in 2000 Mr. Krah reported to Alan Shaw. Is that correct?

A. He did.

Q. Who did Alan Shaw report to?

A. Emilio Emini.

Q. And who did Mr. Emini report to?

A. I don't remember. Sorry, Peter Kim.

Q. Peter Kim?

Page 31

MARY K. YAGODICH

A. Yeah.

Q. And when did Mr. -- Mr. Shaw no longer works at Merck. Is that correct?

A. Correct.

Q. When did he leave Merck?

A. I don't remember.

Q. Roughly was it -- roughly if you know.

A. Like six years ago.

Q. And do you know who took over for him?

A. Jan ter Meulen.

Q. How do you spell that?

A. J-A-N, and then capital T-E-R, and then capital M-E-U-L-E-N, I think.

Q. Who did he report to at that time when he started?

A. I would think Emilio.

Q. Do you know when Emilio left Merck?

A. Don't remember.

Q. Do you know who succeeded Emilio?

A. No.

Page 32

MARY K. YAGODICH

Q. By the way, when you won the Prix Galien Award, what projects were the -- was the award for?

A. Rotavirus and --

Q. Both of them?

A. No. And the other one was Zostavax.

Q. What exactly were you doing for each, very high level?

A. Rotavirus was creating virus stocks for vaccine, vaccine development, vaccine process development. And we were working in conjunction with Children's Hospital. And for Zostavax it was way -- it was like in early '90s, early development was working on inactivation studies of the virus to create the antigen vaccine to give to zoster, patients to prevent zoster.

Q. Okay. So you left Merck in 2013 and did you immediately go to GlaxoSmithKline or did you stop somewhere else first?

A. No, I was just off for a few months.

Q. Why did you leave Merck at the

Page 33

MARY K. YAGODICH

time?

A. I was restructured.

Q. And what -- it says here on your resume that you're an investigator at GlaxoSmithKline. Is that correct?

A. That's my job title there.

Q. Has that been your job title the entire time you've been there?

A. Yes.

Q. What does that entail?

A. Assays development and, you know, for clinical studies and monitoring immune responses to their product base on the pharma side.

Q. So you're not working in vaccines at Glaxo --

A. I am not.

Q. With -- back to your time at Merck, can you identify for me all of the various tests that you worked on that had anything to do with a vaccine involving mumps?

A. I worked on -- I ran plaque assays and collaborated on a neutral -- mumps neutralization assay and an anti-IgG enhanced

## MARY K. YAGODICH

neutralization assay for mumps.

Q.   That's it?

A.   Yes.  I didn't develop the mumps ELISA protocol because there was one already in place in the department.

Q.   So these two things that you mentioned, running plaque assays and collaborating on a neutralization test, did that involve a single test at Merck or did it involve many different tests over time?

A.   It was developing one assay, the neutralization, Priorix neutralization assay.

Q.   Is that the test that was referred to as Protocol 007?

A.   No.

Q.   So what was it called, if it was called anything?

A.   It's -- the short name for the assay was PRN neut. assay for mumps.

Q.   What time frame were you working on that?

A.   '97-ish.

Q.   Through what time period?

---

## MARY K. YAGODICH

Page 35

A.   It was like to '98, '99 I was working on it, collaborating with working on it.

Q.   Collaborating with whom?

A.   Other lab members and Dr. Krah.

Q.   What other lab members?

A.   Colleen, Jenny and Jill.

Q.   This was Jenny Barr and Jill DeHaven?

A.   Jenny Kriss.

Q.   Jenny Kriss and Jill DeHaven?

A.   And Colleen Barr.

Q.   And then after 1999, you were no longer working on that assay?

A.   It was developed.  So as far as development, there was no further development for it.

Q.   So the five of you, Krah, Kriss, DeHaven, Barr and yourself, were responsible for developing this assay?

A.   Yes.

Q.   Anyone else involved?

A.   No.

Q.   Then after it was developed,

---

## MARY K. YAGODICH

Page 36

were you involved in running the assay?

A.   Yes.

Q.   What did that entail?

A.   Running the protocol.  Setting up cell culture.  Maintaining cell lines.  Having -- creating virus stocks or utilizing, you know, whatever virus stocks needed to be tested.  Staining, counting, enumerating plaques, recording data.

Q.   For what period of time did you engage in that work?

A.   The time that I was -- I mean, as long as the assay was required to be run, I would run it.  So over the course of when I was at Merck, if it was a necessity, we would run it.

Q.   And do you recall up until what point in time you ran it?

A.   I mean, like a cutoff point?  I don't recall anything like that.

Q.   A year?

A.   I ran -- we ran for maybe two years, two, three years.

Q.   So by 2002 your work in running

---

## MARY K. YAGODICH

Page 37

that assay was completed, as far as you recall?

A.   It wouldn't be completed.  If you have a standard operating procedure as part of your -- like part of your lab, you -- it stays in place, and if you ever need to run it, you can run it whenever you're required to run it.

Q.   So do you --

A.   So --

Q.   I'm just trying to figure out -- why don't we start with say it this way:  When was the last period of time you recall running that assay, the most recent period of time?

A.   Something in 2000, but I can't remember --

Q.   You mean in the decade, somewhere in the decade of 2000?

A.   Yes.  Yeah.

Q.   Okay.  By the way, who is representing you today at this deposition?

A.   Chris is, Dino and Meredith and Erin.

Q.   And Chris, you're referring to

---

Veritext Legal Solutions
212-279-9424          www.veritext.com          212-490-3430

Appx2548

Page 38

MARY K. YAGODICH

1   Chris Hall --
2   A.   Yes.
3   Q.   -- the gentleman on your left?
4   A.   Yes.
5   Q.   And the lawyers on your right
6   who you're referring to, are those lawyers
7   from Venable and Morgan Lewis?
8   A.   Yes.
9   Q.   Did they meet with you to prep
10  for this deposition?
11  A.   Yes.
12  Q.   And when did they meet with you?
13  A.   We met three times.
14  Q.   Do you recall when?
15  A.   One day in July. I don't
16  remember the date. And Monday of this week
17  and Wednesday.
18  Q.   And those were in-person
19  meetings?
20  A.   Yes.
21  Q.   Do you recall how long roughly
22  each meeting lasted?
23  A.   Several hours.
24  Q.   And other than the four lawyers

Page 39

MARY K. YAGODICH

1   that are here today with you, were there other
2   people present?
3   A.   Yes.
4   Q.   Who?
5   A.   Other attorneys whose names I
6   can't recall.
7   Q.   How many total?
8   A.   Maybe eight. Seven.
9   Q.   At each meeting?
10  A.   Yes.
11  Q.   Are you paying for this
12  representation?
13  A.   No.
14  Q.   Do you know who is?
15  A.   No.
16  Q.   Does GlaxoSmithKline know that
17  you're here today?
18  A.   Yes.
19  Q.   But they're not representing
20  you?
21  A.   No.
22  Q.   Have you spoken -- other than
23  lawyers, have you spoken to anyone about this
24  deposition?

Page 40

MARY K. YAGODICH

1   A.   No.
2   Q.   Not even your husband?
3   A.   Well, he knows I'm here, but...
4   Q.   Have you spoken to anyone at
5   Merck about this deposition?
6   A.   No.
7   Q.   Have you spoken to anyone at
8   Merck about this case in any way?
9   A.   No.
10  Q.   Are you in contact with anyone
11  at Merck still?
12  A.   Not really.
13  Q.   When was the last time you spoke
14  with Mr. Krah?
15  A.   At his father's funeral last
16  summer.
17  Q.   What about Mr. Shaw?
18  A.   I can't remember the last time
19  I spoke to Alan.
20  Q.   What about any members of the
21  lab that were with you under Krah, have you
22  spoken to any of them recently?
23  A.   No.
24  Q.   When was the last time you spoke

Page 41

MARY K. YAGODICH

1   to any of them?
2   A.   When I saw them at Dave's
3   father's funeral last summer.
4   Q.   Have you heard of a protocol at
5   Merck involving the MMR vaccine that was
6   referred to as Protocol 006?
7   A.   Yes.
8   Q.   What was that?
9   A.   That was the study to compare
10  antibody responses of vaccine recipients
11  receiving measles, mumps and rubella
12  vaccines. And it was to compare titers
13  against a panel of different mumps viruses,
14  different mumps virus strains.
15  Q.   Which were the strains that were
16  compared against in this test?
17  A.   Jeryl Lynn, Barnes, London-1
18  strain.
19       COURT REPORTER: I can't hear
20  you.
21       THE WITNESS: London-1.
22       COURT REPORTER: Thank you.
23       THE WITNESS: And I can't
24  remember the others off the top of my

11 (Pages 38 - 41)

Appx2549

MARY K. YAGODICH

1    MARY K. YAGODICH
2    head.
3    BY MR. SCHNELL:
4        Q.    Were you involved in that test?
5        A.    Involved in meaning?
6        Q.    In any way.
7        A.    Would you clarify?
8        Q.    Involved in that test in any
9    way.
10       A.    In testing those samples?
11       Q.    In any part of that testing.
12       A.    Yes.
13       Q.    What were you -- what was your
14   responsibility in that regard?
15       A.    It would be to carry out the
16   assay and run it.
17       Q.    Was that a neutralization assay?
18       A.    Yes.
19       Q.    Was it also an ELISA assay?
20       A.    No.
21       Q.    Do you know why a neutralization
22   assay was picked for that particular test?
23       A.    No.
24       Q.    Who picked or who developed that
25   test?

1    MARY K. YAGODICH
2        A.    I developed it with Dave Krah
3    in our lab and colleagues in the lab.
4        Q.    Is that the test that you were
5    referring to earlier that you were involved in
6    developing?
7        A.    PRN mumps neut., yes.
8        Q.    Did you consider using an ELISA
9    platform for that test at any point in time?
10       A.    No.
11       Q.    Why not?
12       A.    It wouldn't be my consideration.
13       Q.    Do you know if anyone considered
14   it?
15       A.    No.
16       Q.    Whose consideration would it
17   have been?
18       A.    It would have been levels far
19   above me.
20       Q.    Which levels?
21       A.    Like Alan level.  Alan Shaw's
22   level.  Dave's level.
23       Q.    Did you ever discuss whether or
24   not an ELISA test should be used for the
25   Protocol 006?

1    MARY K. YAGODICH
2        A.    No.
3        Q.    Did you ever discuss why a
4    neutralization platform was selected for that
5    protocol?
6        A.    No.
7        Q.    In your experience, do you have
8    an understanding as to why a neutralization
9    platform was selected over an ELISA platform?
10       A.    No.
11            MR. SANGIAMO:  Object to the
12   form.
13   BY MR. SCHNELL:
14       Q.    You can't think of any reason,
15   with your experience, why neutralization
16   platform --
17            MR. SANGIAMO:  Objection.
18            MR. SCHNELL:  Let me finish,
19   please.
20            MR. SANGIAMO:  Sure.
21   BY MR. SCHNELL:
22       Q.    You can't -- with your
23   experience, you can't think of any reason why
24   neutralization platform was picked over an
25   ELISA platform for that protocol?

1    MARY K. YAGODICH
2        A.    No.
3            MR. SANGIAMO:  Object to the
4    form.  Calls for speculation.  Asked
5    and answered.
6            MR. SCHNELL:  Object to the form
7    will do.
8            THE WITNESS:  No.
9    BY MR. SCHNELL:
10       Q.    Would an ELISA, with your
11   experience, do you think an ELISA test would
12   have made sense with respect to the Protocol
13   006?
14            MR. HALL:  Objection.
15            THE WITNESS:  No.
16   BY MR. SCHNELL:
17       Q.    Why?
18       A.    Well, making sense is, again,
19   subjective.
20       Q.    Well, what was the objective of
21   Protocol 006?
22       A.    To measure serum neutralizing
23   titers.
24       Q.    For what purpose?
25       A.    To neutralize -- to observe the

12 (Pages 42 - 45)

Appx2550

MARY K. YAGODICH

1  capability of vaccine recipients to neutralize
2  live mumps virus.
3      Q.    What were the circumstances
4  surrounding Merck engaging in this test?
5      A.    I don't recall.
6      Q.    But you were trying to -- let's
7  talk about some terminology.  You've heard of
8  the term "efficacy"?
9      A.    Yes.
10     Q.    What does efficacy mean?
11     A.    Efficacy is how well a vaccine
12 works in the field.
13     Q.    When you say "in the field,"
14 what do you mean?
15     A.    In the vaccinated population.
16     Q.    So how well the vaccine works in
17 the real world?
18     A.    Yes.
19     Q.    What does effectiveness mean?
20     A.    Effectiveness, it's how well it
21 can -- it induces immune response in the
22 patient receiving the vaccine.
23     Q.    So with respect to those two
24 definitions for efficacy and effectiveness, is

MARY K. YAGODICH

1  there any difference?
2      A.    In my -- to me, no.
3      Q.    What does immunogenicity mean?
4      A.    Immunogenicity is the ability
5  of an immunogen to elicit an immune response.
6      Q.    So, again, in your experience,
7  is there any difference in that definition
8  with the ones that you just gave for efficacy
9  and effectiveness?
10     A.    I think the nuances between the
11 three are subtle but they are different.
12     Q.    So what's different --
13     A.    Because something like
14 immuno -- an immunogen can -- it gives rise
15 to an immune response but that could vary.
16 That's a broad reaching biological term.
17     Q.    With respect to the objective of
18 Protocol 006, was it in your experience to
19 determine what the efficacy of the MMR vaccine
20 was?
21     A.    I was supposed to report titers
22 subjects receiving vaccine.  So that to me
23 was what my goal was with the study.
24     Q.    But what was the goal of the

MARY K. YAGODICH

1  study itself?
2      MR. SANGIAMO:  Objection.  Asked
3  and answered.
4      THE WITNESS:  I don't remember.
5  BY MR. SCHNELL:
6      Q.    You helped develop that study.
7  Correct?
8      A.    No.  A study wouldn't be -- I
9  would be presented with the subjects from a
10 study.  The study development would have
11 nothing to do with me.
12     Q.    Well, the PRN mumps
13 neutralization test is the one that you helped
14 develop?
15     A.    That's assay development.
16     Q.    Okay.  What was the purpose of
17 that assay?
18     A.    The purpose of the assay was to
19 show to be able to measure antibody titers to
20 mumps virus.
21     Q.    To what end?
22     A.    To determine -- just report a
23 titer.
24     Q.    And what does that do for you,

MARY K. YAGODICH

1  if you know what the titer is?
2      A.    It does nothing for me personally,
3  but it just shows that your patient has serum
4  antibodies and can neutralize mumps.
5      Q.    Do all titers neutralize mumps?
6      A.    If you have a titer, you should
7  be able to neutralize mumps.  If you respond
8  to the vaccine and generate antibody, it
9  should in theory be able to neutralize a
10 virus, which is the goal vaccination.
11     Q.    Why do you say "in theory"?
12     A.    It's a scientific theory.
13     Q.    Have you found that it bears out
14 in practice?
15     A.    Yes.
16     Q.    Protocol 006 also involved a
17 comparison between Merck's MMR II vaccine and
18 GlaxoSmithKline's Priorix vaccine.  Correct?
19     A.    Yes.
20     Q.    Wasn't that the ultimate
21 objective, was to compare the efficacy of the
22 two vaccines?
23     A.    We were to report titers on
24 subjects.  The goal of the study was -- I

Appx2551

Page 50

MARY K. YAGODICH

mean, if you're comparing a head-to-head
trial, you're just comparing the two,
comparing the response.
   Q.   The titer response?
   A.   Yes.
   Q.   And is there a correlation
between titer response and efficacy?
   A.   No. More titer response would
be showing seroconversion.
   Q.   So we haven't talked about that.
What's seroconversion mean?
   A.   If you're naive to an antigen
or immunogen and once you're inoculated to
it, you mount an antibody response, which is
a seroconvert.
   Q.   So there is a correlation
between titers and seroconversion?
   A.   Yes. Because if you can
demonstrate you have a titer, you show that
you've seroconverted.
   Q.   And seroconversion is typically
measured in percentages. Is that correct?
   A.   That's another subjective
question. It could be you're reporting a

Page 51

MARY K. YAGODICH

titer. You could -- there's -- you could
look at it different ways. You could -- it
depends on how you want to measure it.
   Q.   So what were the various ways
that you measured it while you were at Merck?
   A.   So we measured plaque reduction
in the plaque-reduction neutralization assay
with an antibody response. You would run
serial dilutions of antibody, and at the
higher dilutions which is -- it's throwing
out there, one to two, effectively you should
be able to neutralize your virus and you
should see that waning of the dilutions.
When you dilute your antibody out, there's
less of a chance that your antibody will bind
to virus and neutralize it. So -- and you
measure that against a mock control which
receives no serum, no antibody. And when you
can calculate 50 percent of your mock, that
is your titer as delineated in the protocol
for the PRN neut., the plaque production neut.
   Q.   The one that you helped develop?
   A.   Yes.
   Q.   So if -- well, let's -- do you

Page 52

MARY K. YAGODICH

recall what the results, the seroconversion
results were for the Protocol 006 test?
   A.   That -- I think all subjects
showed antibody responses to the strains that
were run.
   Q.   Was that measured in a
percentage form?
   A.   I don't do the stats on that.
I would give raw numbers.
   Q.   So if a vaccine is tested and it
has 100 percent seroconversion rate, what does
that mean?
   A.   Every subject responded to the
vaccine and produced antibody.
   Q.   Does that mean to you that every
subject who took the vaccine was then immune
from the disease that was being tested?
   A.   You've got antibody -- you
should be, yes. You should have protected
immunity.
   Q.   Because seroconversion is a
correlate of protection against the disease?
   A.   Yes.
   Q.   And that's the whole basis for

Page 53

MARY K. YAGODICH

doing the seroconversion test?
   A.   Yes.
   Q.   Now, if something has a 50
percent seroconversion rate, what does that
mean in terms of the efficacy of the vaccine
being tested?
      MR. SANGIAMO: Object to the
   form.
      THE WITNESS: If 50 percent of
   your subjects seroconvert, then
   50 percent of your subjects are --
   responded to the vaccine.
BY MR. SCHNELL:
   Q.   And 50 percent did not respond
to the vaccine?
   A.   Yes.
      MR. SANGIAMO: Object to the
   form.
BY MR. SCHNELL:
   Q.   Meaning for those 50 percent
that did not respond, then the vaccine did not
work for them?
      MR. SANGIAMO: Object to the
   form.

14 (Pages 50 - 53)

Appx2552

MARY K. YAGODICH

1 MARY K. YAGODICH
2 THE WITNESS: If -- yes. If by
3 measuring what those means, yes.
4 BY MR. SCHNELL:
5 Q. Do you have an understanding as
6 to why Protocol 006 involved a comparison
7 between Merck's MMR II vaccine and
8 GlaxoSmithKline's Priorix vaccine?
9 A. No.
10 Q. You never discussed why with
11 anyone in your -- at Merck, why you were
12 comparing the efficacy of the two different
13 vaccines?
14 A. No.
15 Q. And you have no understanding
16 sitting here today why that comparison was
17 done?
18 MR. SANGIAMO: Object to the
19 form.
20 THE WITNESS: No. Well, I mean,
21 it's a head-to-head trial, and you
22 compare your subjects and come up with
23 a -- give your titers and report your
24 results.
25 BY MR. SCHNELL:

1 MARY K. YAGODICH
2 Q. Why was there a head-to-head
3 comparison between Merck's vaccine and
4 GlaxoSmithKline's vaccine?
5 A. I don't know.
6 Q. Do you recall ever being
7 involved in any other head-to-head trials
8 between a Merck vaccine and a competitor's
9 vaccine?
10 A. No.
11 Q. So in your -- how many years
12 were you at Merck, let's do the math, 21?
13 A. Yes.
14 Q. In your 21 years at Merck, the
15 only head-to-head comparison of vaccine
16 efficacy that you were involved in was the
17 comparison between MMR II and Priorix?
18 MR. SANGIAMO: Object to the
19 form.
20 THE WITNESS: Yes. Because we
21 were a basic research lab. We weren't
22 a clinical lab. So it wouldn't be
23 something we'd be doing all the time,
24 like running clinical samples all the
25 time.

1 MARY K. YAGODICH
2 BY MR. SCHNELL:
3 Q. What's the difference between a
4 research lab and a clinical lab?
5 A. Clinical testing is a clinical
6 testing lab and they're involved in study
7 sites and protocols are -- they follow GXP
8 guidelines and only deal with clinical
9 studies and clinical samples. It's different
10 than basic research.
11 Q. Did the clinical testing labs
12 ever do research?
13 A. At Merck? I don't recall.
14 Q. But the research lab that you
15 were in also did clinical testing?
16 A. Just for this study. We
17 weren't always involved in clinical studies.
18 Q. This was the only clinical study
19 that you were involved in while you were at
20 Merck?
21 MR. SANGIAMO: Object to the
22 form.
23 BY MR. SCHNELL:
24 Q. Let me rephrase it.
25 A. And I was trying to -- it's a

1 MARY K. YAGODICH
2 confusing question because --
3 Q. Was this the only -- was this
4 the only clinical test that you were involved
5 in when you were at Merck?
6 MR. SANGIAMO: Object to the
7 form.
8 THE WITNESS: Well, the
9 plaque-reduction neutralization assay
10 was used on clinical subjects.
11 Also -- I still don't understand what
12 you're asking. I'm so sorry.
13 BY MR. SCHNELL:
14 Q. So you both developed, you both
15 developed the PRN mumps neutralization test
16 and then actually applied the test to a real
17 live test. Correct?
18 A. Used it on subjects, yeah.
19 Q. Is that the only time that you
20 actually used the test on real live subjects?
21 A. I'm sure we used it in other
22 instances, but I mean this is like 20 years
23 ago, there might have been other things,
24 nothing jumps out at me. I'm sure I have run
25 it, like, and other team members have run

Page 58

MARY K. YAGODICH

that particular SOP in other instances,
but...

Q.    But other than that SOP, do you
recall any other clinical testing that you
were involved in while you were at Merck?

MR. SANGIAMO:  Object to the
form.

THE WITNESS:  There were some
for varicella, but that has nothing do
with what -- you know, has nothing to
do with mumps.  Like other
vaccine plat -- other vaccines or
virus platforms.

BY MR. SCHNELL:

Q.    Yeah, I wasn't limiting it to
mumps.  I just want --

A.    Yeah.

Q.    -- to get a handle on how much
clinical testing you did versus research and
development.

A.    R&D is the bulk, like easily
like 90 percent.

Q.    Why was it that for the -- let's
get the terminology correct.  Are we calling

Page 59

MARY K. YAGODICH

it the PRN test?  Are we -- what's the
official so we know we're talking about the
same thing?

A.    Just the PRN neut.

Q.    The PRN neut., that's the one
that you developed with Krah and others in the
lab?

A.    Uh-huh.

Q.    Typically when David Krah's
lab -- again, I'm only talking about the time
you were with Mr. Krah.  But typically, am I
understanding correct that when David Krah's
lab developed an assay, it was then -- and
then tests were conducted with that assay,
that that testing was done in the clinical
testing arm of Merck rather than in the
research lab arm?  Is that correct?

MR. SANGIAMO:  Object to the
form.

THE WITNESS:  That -- I'm not
aware of any other groups at Merck
that ran the plaque-reduction neut.
assay out of our group, Dave's group.

BY MR. SCHNELL:

Page 60

MARY K. YAGODICH

Q.    Yeah.  I'm talking other than
the PRN neutralization assay, was it typical
that when Mr. Krah's research lab developed an
assay, that it then was brought to the
clinical testing arm to do the actual testing
on live subjects?

A.    That I don't know.

Q.    So why was it that with respect
to the PRN neutralization test, that you and
Mr. Krah's group did the actual testing as
well as development?

A.    It wouldn't have been my
decision.  I would have just been said those
are what we're running and we're running
these samples and this is what we're doing.

COURT REPORTER:  I'm sorry?

THE WITNESS:  Can you hear me?
I'm sorry.

COURT REPORTER:  It wouldn't
have been my decision --

THE WITNESS:  To decide what to
run or when to run it.  I was told
what to run and when to run it.

BY MR. SCHNELL:

Page 61

MARY K. YAGODICH

Q.    Do you have an understanding as
to why your group not only developed the test
but ran the test?

MR. HALL:  Objection.

THE WITNESS:  No.  I mean, but
it's -- you know, it wouldn't be -- I
wouldn't question it either.  It's my
job, you know.

BY MR. SCHNELL:

Q.    But sitting here today, can you
think of any reason why Mr. Krah's group not
only was selected to develop the test but also
to run it on live subjects?

MR. HALL:  Objection.

MR. SANGIAMO:  Objection.  Asked
and answered.

THE WITNESS:  No.

BY MR. SCHNELL:

Q.    Okay.  So we talked about
Protocol 006.  You've heard of an assay called
Protocol 007?

A.    Yes.

Q.    And was that another test that
used the PRN neutralization assay that you

16 (Pages 58 - 61)

Page 62

MARY K. YAGODICH

1  helped develop?
2      A.    Yes.
3      Q.    And what was that test about?
4      A.    The study?
5      Q.    Yes.
6      A.    It was to measure antibody
7  responses in vaccinees receiving MMR, or it
8  could have been MMRV, one or the other, I
9  don't recall, monitoring responses to the
10  mumps component when the subject was
11  vaccinated with the product from the time of
12  fill and then comparing titers of vaccinees
13  that received the vaccine with the product
14  being near the end of its expiration date or
15  nearing its expiration date.
16      Q.    What was the ultimate objective
17  of the test?
18      MR. SANGIAMO:  Object to the
19      form.
20      THE WITNESS:  To monitor
21      antibody responses and compare and
22      contrast between the two groups.
23  BY MR. SCHNELL:
24      Q.    What were the two groups that

Page 63

MARY K. YAGODICH

1  were being compared?
2      A.    The group receiving mumps,
3  mumps MMR at fill when the product was filled
4  versus when it was nearing expiry.
5      Q.    And was that also a test that
6  measured results in terms of seroconversion
7  rate?
8      A.    Seroconversion rate, yes.  Or
9  versus immuno, like rather antibody responses
10  to mumps, the mumps component.
11      Q.    That was measured as a function
12  of seroconversion rate?
13      A.    I guess -- well, you're
14  reporting a titer so whether you say it's
15  like seroconversion or antibody response,
16  they're to me, like, similar, saying the same
17  thing.
18      Q.    And Protocol 007, again, used
19  the PRN neutralization test that you helped
20  develop.  Correct?
21      A.    Yes.
22      Q.    And you were also involved in
23  running this test on a live subjects.  Correct?
24      A.    Serum responses from subjects.

Page 64

MARY K. YAGODICH

1      Q.    Was that different than how
2  Protocol 006 was run?
3      A.    It was -- no.  They're both
4  serum samples from subjects, yeah.
5      Q.    And what period of time did you
6  work on running Protocol 007?
7      A.    Oh, my goodness.  I think like
8  '98-ish to 2001 maybe.
9      Q.    Do you recall any other tests
10  involving -- in which you were involved in
11  running which used the PRN neutralization
12  assay that you helped develop?
13      A.    I'm sorry, any other?
14      Q.    Tests.
15      A.    Tests, like testing of
16  subjects?
17      Q.    Uh-huh.
18      A.    I remember, God, employing --
19  we were using the assay -- I think we were
20  working in conjunction with the NIH and the
21  CDC to report titers on a mumps outbreak.
22      Q.    What period of time was that?
23      A.    Like 2005-ish.  Somewhere in
24  that realm.

Page 65

MARY K. YAGODICH

1      Q.    And that was work that followed
2  an outbreak of mumps in the United States?
3      A.    It was -- samples were
4  collected from people who were part of a
5  mumps outbreak.
6      Q.    And what work did you do with
7  the CDC and NIH in this regard?
8      A.    I reported titers on the subjects.
9      Q.    You did that using the PRN
10  neutralization test that you helped develop?
11      A.    Yes.
12      Q.    And who worked --
13      MR. SANGIAMO:  Object to the
14      form of that last question.
15  BY MR. SCHNELL:
16      Q.    Who worked with you on that?
17      A.    It was a collaborative, the
18  lab.  Everyone in the lab.
19      Q.    How many subjects were roughly
20  in that test, do you recall?
21      A.    I don't remember.
22      Q.    But you actually ran the tests
23  and got results and then submitted that to the
24  CDC and the NIH?

17 (Pages 62 - 65)

Appx2555

MARY K. YAGODICH

1    A.    I generated data which then
2  Dave or whoever sent -- whoever they were
3  collaborating with, and that would be
4  reported. I didn't directly report anything
5  to the NIH or FDA.
6    Q.    But there were results that were
7  found and then reported you understand, that's
8  your understanding?
9    A.    Oh, yes.
10   Q.    And other than Mr. Krah, what
11 other individuals at Merck who were higher
12 than you in the reporting chain worked on that
13 test?
14   A.    Only Alan, I would think.
15   Q.    Did you have any contact with
16 anyone at the NIH or CDC regarding this test?
17   A.    Me personally?
18   Q.    Yes.
19   A.    No.
20   Q.    Were you involved in any
21 discussions with anybody from the NIH or CDC
22 involving these tests?
23   A.    The PRN assay?
24   Q.    Yeah, the one that you just

MARY K. YAGODICH

1  referenced.
2    A.    Oh, for the outbreak?
3    Q.    Yeah.
4    A.    Not for the outbreak.
5    Q.    Were there other instances where
6  you were involved in discussions with the NIH
7  and CDC?
8    A.    Earlier in -- I believe with
9  the end-expiry study there was -- there were
10 meetings were the NIH and CBER.
11   Q.    Were you in attendance at any of
12 those meetings?
13   A.    One or two.
14   Q.    Anyone else from your lab?
15   A.    David Krah, Dr. David Krah,
16 Alan, and I can't remember who else.
17   Q.    Any of the other -- of your
18 other colleagues in the lab that reported to
19 Mr. Krah attend those meetings?
20   A.    I don't recall if they did or
21 not. I don't remember.
22   Q.    Where were you situated in the
23 hierarchy, if there was one, in the lab under
24 Mr. Krah?

MARY K. YAGODICH

1    A.    I was the person who was
2  working in the lab the longest with Dave so I
3  would say I was the most senior chronologically.
4  I did not have any -- I wasn't managing
5  anyone. I didn't have any direct reports.
6    Q.    Were you kind of known as the
7  second in command in the lab under Dr. Krah?
8    A.    I wouldn't say that.
9    Q.    Did others view you in that way?
10   A.    I don't think so.
11   Q.    Mr. Shaw didn't view you that
12 way?
13   A.    He never said that to me.
14   Q.    Did you attend meetings with Mr.
15 Shaw, or Dr. Shaw and Dr. Krah that others in
16 the lab did not attend because of your
17 seniority?
18       MR. SANGIAMO: Object to the
19    form.
20       THE WITNESS: No. I mean, if
21    they weren't -- an invitee list
22    wasn't -- it could have been drawn up
23    by anyone. Like so it would -- you
24    know what I mean? Whether I was

MARY K. YAGODICH

1       invited to a meeting or not wouldn't,
2       you know, be my discretion.
3  BY MR. SCHNELL:
4    Q.    So with regard to the work that
5  your lab did in testing titers on subjects
6  from the mumps outbreak that we referred to,
7  that you referred to earlier in the 2005 time
8  frame, just so the record is clear, the
9  outbreak was in 2006, are we talking about --
10 we're talking about the same thing or is there
11 something else in 2005?
12   A.    No. It was -- that's probably
13 it.
14   Q.    Okay.
15   A.    I can't remember dates --
16       MR. SANGIAMO: I think --
17       THE WITNESS: -- off the top of
18    my head.
19       MR. SANGIAMO: I think her
20    testimony is 2005-ish.
21       MR. SCHNELL: Yeah. I'm not
22    trying to say she was wrong. I just
23    want to make sure we're talking about
24    the same outbreak.

18 (Pages 66 - 69)

Page 70

MARY K. YAGODICH

1 BY MR. SCHNELL:
2 Q. So 2006 --
3 A. Yes.
4 Q. -- there was a big outbreak,
5 right, you recall that?
6 MR. SANGIAMO: Object to the
7 form.
8 THE WITNESS: I don't remember
9 the number of subjects. So I can't
10 say whether it was big or small or --
11 BY MR. SCHNELL:
12 Q. But that's the time frame we're
13 talking about where your lab --
14 A. Yes.
15 Q. -- did work for the NIH and CDC
16 reporting titers on --
17 A. Yes.
18 Q. So once you were done in the
19 test, did you have any follow up with the NIH
20 or CDC, I'm talking about you personally, did
21 you have any follow up with them or --
22 A. No.
23 Q. -- any findings?
24 A. No.

Page 71

MARY K. YAGODICH

1 Q. Do you know if Mr. -- if
2 Dr. Krah or Dr. Shaw did?
3 A. I don't remember.
4 Q. Do you recall what your findings
5 were from that testing?
6 A. I do not remember.
7 Q. Okay. So we've talked about
8 Protocol 006, we've talked about Protocol 007,
9 we've talked about the outbreak testing in
10 2006. Any other instances where you did work
11 on Merck that involved the PRN neutralization
12 test that you helped develop?
13 A. Well, the neutralization assay
14 was also used for Protocol 007 in our lab.
15 Q. Right. So other than Protocol
16 006, Protocol 007 and the NIH/CDC work, were
17 there any other tests that you were involved
18 in using your PRN neutralization test?
19 A. I mean, I think that's where we
20 used it, in those instances. It wasn't --
21 the PRN assay was not used, it wasn't used
22 routinely because we weren't always measuring
23 titers of things. So only when those
24 instances arose.

Page 72

MARY K. YAGODICH

1 Q. And other than those three
2 instances, were you involved while at Merck
3 with any other testing that involved mumps?
4 A. In regards to -- I'm sorry, can
5 you clarify?
6 Q. Were you involved in any other
7 mumps testing while at Merck other than what
8 you've already talked about with Protocol 006,
9 Protocol 007 and the NIH/CDC mumps outbreak
10 work?
11 A. I mean just general lab
12 research, we would use the mumps plaque assay
13 or, you know, things like that, but not -- it
14 would just be to monitor our, you know,
15 anything we were doing with product
16 development or product improvement, growth
17 studies, things like that. We would just
18 report straight titers on mumps. Not an
19 antibody titer but just an actual physical
20 enumeration of like virus particles themselves.
21 Q. For what purpose would you do
22 that kind of work?
23 A. To monitor how your studies
24 are -- how your growth -- if you're comparing

Page 73

MARY K. YAGODICH

1 growth characteristics and you have condition
2 A, B, C, D, E, and utilize different media
3 components, you might have more virus in A,
4 less virus in B, a little virus in C, a lot
5 of -- in comparing those conditions and
6 finding out what is optimal for, you know,
7 viral output, what your best condition is.
8 And you can't really measure that. Measuring
9 live virus is best done in a plaque assay.
10 MR. SANGIAMO: Gordon, if you
11 reach a point we can take a break,
12 we've been going a little over an hour.
13 MR. SCHNELL: Sure. Let me just
14 finish up this line.
15 THE WITNESS: Okay.
16 BY MR. SCHNELL:
17 Q. Did any of this work -- outside
18 of Protocol 006, Protocol 007 and the mumps
19 outbreak work, did any of this other work with
20 mumps involve measuring in some form how well
21 the vaccine works?
22 MR. SANGIAMO: Object to the
23 form.
24 THE WITNESS: No.

19 (Pages 70 - 73)

Appx2557

MARY K. YAGODICH

1            MARY K. YAGODICH
2       MR. SCHNELL: Okay. We can take
3 a break.
4       THE WITNESS: Okay.
5       VIDEOGRAPHER: Off the record at
6 10:05. This will end disc number one.
7         - - -
8       (A recess was taken.)
9         - - -
10       VIDEOGRAPHER: Time now is
11 10:22. Back on the record. Beginning
12 of disc number two.
13 BY MR. SCHNELL:
14    Q. Mary, we talked about Protocol
15 006 and the PRN neutralization test that you
16 helped develop for that test and that you used
17 with other tests as well. The question I have
18 is, in developing that PRN neutralization
19 test, did you and Dr. Krah and the others that
20 helped develop it, develop that from scratch
21 or was it based on preexisting neutralization
22 tests?
23    A. It's preexisting in -- just in
24 the art, in science it's known. It's a
25 virological test that's been around since the

MARY K. YAGODICH

1            MARY K. YAGODICH
2 '50s, the '40s. It's just part of basic
3 virology.
4    Q. Is it considered in the industry
5 the so-called gold standard for measuring
6 titers?
7    A. I wouldn't say that.
8    Q. Would you say it's a good test?
9    A. Yes.
10    Q. And why did you choose for
11 Protocol 006 to develop a PRN neutralization
12 type test?
13       MR. SANGIAMO: Objection.
14       THE WITNESS: I didn't choose
15 that.
16 BY MR. SCHNELL:
17    Q. Who chose that?
18    A. I don't remember.
19    Q. Well, if it was only Dr. Krah,
20 you and a few others in your lab who developed
21 it, would it have been one of you that came up
22 with the idea?
23       MR. HALL: Objection.
24       MR. SANGIAMO: Object to the
25 form.

MARY K. YAGODICH

1            MARY K. YAGODICH
2 BY MR. SCHNELL:
3    Q. So who else might it have been?
4       MR. SANGIAMO: Object. Answer
5 if you know.
6       THE WITNESS: I don't know.
7 BY MR. SCHNELL:
8    Q. You said Alan Shaw was involved
9 in developing that test, too?
10    A. He was Dave's supervisor, but
11 he was not in the lab.
12    Q. You also used that test for
13 Protocol 007. Correct?
14    A. Yes.
15    Q. Were there any differences in
16 the neutralization test that you used for
17 Protocol 006 versus what you used for Protocol
18 007?
19    A. Yes. The assay in Protocol 007
20 employed an additional incubation step with
21 anti-IgG before inoculating the cells.
22    Q. And what is anti-IgG?
23    A. Anti-IgG is -- let me try to
24 explain this. If you purify immunoglobulin
25 from a human subject and inoculate a

MARY K. YAGODICH

1            MARY K. YAGODICH
2 different species, it could be any species, a
3 rabbit, a donkey, a sheep, a guinea pig, that
4 animal will mount an antibody response to
5 make antibodies against that immunoglobulin.
6 And when you purify that out and concentrate
7 it, then that then can bind to human IgG.
8    Q. And in the case of Protocol 007,
9 was it rabbit antibodies that comprised the
10 anti-IgG?
11    A. It was a rabbit anti-human IgG.
12    Q. What's the purpose of using an
13 anti-IgG in a neutralization test?
14    A. The scientific basis or theory
15 is that you are either strengthening the bond
16 between the antibody and the antigen and
17 allowing it -- preventing dissociation, or
18 either strengthening the bond or preventing
19 the, I guess, popping off of the antibody
20 from the antigen and ensuring neutralization
21 occurs.
22    Q. So it increases the
23 neutralization?
24       MR. SANGIAMO: Object to the
25 form.

Page 78

MARY K. YAGODICH

1    MARY K. YAGODICH
2    THE WITNESS: It does not -- it
3    makes the assay more sensitive.
4  BY MR. SCHNELL:
5    Q.    How does it make it more
6  sensitive? Well, first of all, let's define
7  what you mean by that. What do you mean by it
8  makes it more sensitive?
9    A.    It allows the antibody titer to
10  be in theory more accurately read, measured.
11    Q.    How does it do that?
12    A.    Well, it's -- there's -- it's
13  not a proven -- the mechanism of action isn't
14  absolute but the theories are that it
15  strengthens the bond between the antibody and
16  the antigen or it prevents the dissociation
17  of the two by forming an immune complex.
18    Q.    Now, doesn't it also cause a
19  neutralization that may have nothing to do
20  with the vaccine itself?
21    A.    No.
22    Q.    So is there any need to control
23  for adding animal antibodies into these tests?
24    A.    I'm sorry, I'm not
25  understanding what you're saying.

Page 79

1    MARY K. YAGODICH
2    Q.    So you can just use these
3  anti-IgGs and put it in a test and let it do
4  its thing and it doesn't interfere in any way
5  with the actual neutralization that occurs?
6    A.    I wouldn't say it would be
7  added to interfere with the mechanism of
8  action in the assay.
9    Q.    So let's go through how the
10  step -- how the testing worked. If you could
11  just in a very high level go through one by --
12  step by step and when you add the rabbit
13  antibody and then what happens?
14    MR. SANGIAMO: Object to the
15    form.
16    THE WITNESS: So you would like
17    me to describe just in a nutshell the
18    assay, the assay?
19  BY MR. SCHNELL:
20    Q.    Yeah.
21    A.    You have -- you incubate virus
22  and serum for a set amount of time, which if
23  I recall correctly is an hour at ambient --
24  or 37 degrees. And you incubate for a half
25  an hour then with anti-IgG and then you

Page 80

1    MARY K. YAGODICH
2  inoculate your cells and the assay then
3  proceeds as would the PRN. The incubation
4  times are the same for plaque development.
5    Q.    Is there any need to control for
6  anti-IgG in these tests? In this particular
7  test Protocol 007, is there any need to
8  control for adding anti-IgG into the test
9  process?
10    MR. SANGIAMO: Object to the
11    form.
12    THE WITNESS: I'm sorry, I don't
13    understand what you mean by "control."
14  BY MR. SCHNELL:
15    Q.    So when you add anti-IgG which
16  is an animal antibody, is there anything extra
17  you have to do with the test to make sure that
18  adding animal antibodies in a test doesn't
19  corrupt the test in any way?
20    A.    I still don't understand what
21  you mean by "corrupt."
22    Q.    To taint the results.
23    A.    No.
24    Q.    There's no control you need?
25    A.    We are running -- you run a

Page 81

1    MARY K. YAGODICH
2  mock sample that doesn't have any anti -- no
3  serum and no anti-IgG. I mean, that's
4  your -- you're basing a result on your mock
5  sample that doesn't receive that. Anti-IgG
6  on its own does not neutralize virus.
7    Q.    So the mock control that you use
8  for Protocol 007 did not contain any anti-IgG?
9    A.    No.
10    Q.    If it did contain anti-IgG,
11  would there be something that you would need
12  to do to control for the effect of anti-IgG?
13    A.    Anti-IgG only works in the
14  presence of antibody.
15    Q.    So you would not need to control
16  for it if it were in the mock control?
17    MR. SANGIAMO: Object to the
18    form.
19    THE WITNESS: It can't
20    neutralize virus on its own so there
21    would be no reason to have it in
22    there.
23  BY MR. SCHNELL:
24    Q.    So why was an anti-IgG used in
25  Protocol 007 but not in Protocol 006?

21 (Pages 78 - 81)

Appx2559

1           MARY K. YAGODICH
2        A.   It was at the request of CBER
3    and the NIH.
4        Q.   Who requested it from CBER?
5        A.   Kathy Carbone.
6        Q.   Who requested it from NIH?
7        A.   I don't recall.
8        Q.   Were you present when Ms. Carbone
9    requested the use of IgG?
10       A.   I was present at that
11   particular meeting, yes.
12       Q.   When was that meeting?
13       A.   I don't recall how long ago it
14   was.
15       Q.   Where was that meeting?
16       A.   In Maryland.
17       Q.   Who else from your lab was at
18   that meeting?
19       A.   Dr. Krah and Dr. Shaw.
20       Q.   And why did Kathy Carbone make
21   the request that Merck use anti-IgG in its
22   Protocol 007 test?
23       A.   To improve the assay sensitivity.
24       Q.   Was there a need at the time to
25   improve the assay sensitivity?

1           MARY K. YAGODICH
2           MR. SANGIAMO:  Object to the
3        form.
4           THE WITNESS:  That, I can't
5        confirm.  I can't agree or disagree
6        with.
7    BY MR. SCHNELL:
8        Q.   You don't recall?
9        A.   No.
10          MR. SANGIAMO:  Object to the
11       form.
12   BY MR. SCHNELL:
13       Q.   Did it seem like a strange
14   request that Ms. Carbone made to put rabbit
15   antibodies into the Protocol 007 testing?
16       A.   No.
17       Q.   Why not?
18       A.   Anti-IgG is used in a wide
19   range of immunoassays, immunological assays,
20   assay platforms testing.  For millions of
21   anti species, it's just part of research to
22   employ secondary antibodies in all
23   areas of research.  They're commonly used.
24   Every company makes them.  It's just a very
25   prevalent known in the art thing.

1           MARY K. YAGODICH
2        Q.   So why didn't you use it with
3    Protocol 006?
4        A.   Because -- I have no idea.  No
5    one asked us to.
6        Q.   Was it even discussed?
7        A.   No.
8        Q.   So it wasn't even considered to
9    be used in Protocol 006?
10       A.   No.
11       Q.   When you developed the PRN
12   neutralization assay, was using rabbit
13   antibodies a part of that?
14          MR. SANGIAMO:  Object to the
15       form.
16          THE WITNESS:  No.
17   BY MR. SCHNELL:
18       Q.   Why not?
19       A.   It was just a measure of human
20   serum binding to mumps virus, human antibodies.
21       Q.   Wasn't that what the purpose of
22   Protocol 007 was?
23       A.   It's to measure antibody titers
24   in human subjects.
25       Q.   Was there a different purpose

1           MARY K. YAGODICH
2    between Protocol 006 and Protocol 007?
3        A.   In a testing standpoint, to
4    report titers was what my understanding of my
5    work was to produce.
6        Q.   So sitting here today, can you
7    think of any reason why using rabbit
8    antibodies with Protocol 007 made sense -- no,
9    strike that.
10          Can you think of any reason why
11   you would use rabbit antibodies with Protocol
12   007 but not with Protocol 006?
13          MR. SANGIAMO:  Object to the
14       form.
15          THE WITNESS:  It wouldn't be my
16       decision to make.
17   BY MR. SCHNELL:
18       Q.   Can you think of any reason why
19   rabbit antibodies would be used with Protocol
20   007 and not Protocol 006?
21       A.   No.
22          MR. SANGIAMO:  Object to the
23       form again.
24   BY MR. SCHNELL:
25       Q.   Did you use rabbit antibodies

22 (Pages 82 - 85)

Appx2560

Page 86

MARY K. YAGODICH
1  MARY K. YAGODICH
2  when you did the testing for the CDC and the
3  NIH in 2006?
4      A.   I don't believe so.
5      Q.   Why not?
6      A.   I don't remember.
7      Q.   Can you think of any reason why
8  you would use rabbit antibodies for Protocol
9  007 but not use it with the testing you did
10  for the CDC and the NIH in 2006?
11     A.   No.
12     Q.   Were there any other differences
13  between Protocol 006 and Protocol 007 other
14  than the use of rabbit antibodies in Protocol
15  007?
16     A.   The staining method was
17  different.
18     Q.   How was it different?
19     A.   Protocol 006 used Coomassie
20  Blue which is a protein stain, and Protocol
21  007 utilized immunostaining.
22     Q.   What was the purpose of changing
23  the method of staining?
24     A.   I don't remember exactly why,
25  why we changed it.  It actual -- immunostaining

Page 87

MARY K. YAGODICH
1  MARY K. YAGODICH
2  resolves, shows plaques on a monolayer that
3  may not be fully lytic and make a hole.  And
4  it would pick up more accurately plaques that
5  you may miss if they aren't as lytic.
6      Q.   Other than using rabbit
7  antibodies in the staining method, any other
8  differences between Protocol 007 and Protocol
9  006?
10     A.   No.
11     Q.   What about the vaccine or the
12  virus strain against which you were testing,
13  were those the same in Protocol 006 and
14  Protocol 007?
15     A.   Virus strains were different.
16     Q.   So that's another difference
17  between Protocol 006 and Protocol 007?
18     A.   I thought -- I'm sorry, I
19  thought you were discussing methodology, the
20  protocol itself.
21     Q.   No, any differences between the
22  tests.  So virus strain is another difference
23  between Protocol 007 and Protocol 006?
24          MR. SANGIAMO:  Object to the
25     form.

Page 88

MARY K. YAGODICH
1  MARY K. YAGODICH
2          THE WITNESS:  Again, that's --
3  yeah, it's -- a method is a method but
4  what you decide.  Indicator virus
5  is -- could be different but that's
6  not delineated in a protocol and an
7  SOP.  It just -- say it's mumps virus,
8  whatever that mumps virus is.
9  BY MR. SCHNELL:
10     Q.   Okay.
11     A.   It's a protocol.
12     Q.   So I'm looking for any
13  differences in the actual test that was
14  performed.
15     A.   Okay.
16     Q.   Regardless of what kind of
17  differences we're talking about --
18     A.   Okay.
19     Q.   -- I just want to know any
20  differences between Protocol 007 and Protocol
21  006.  So far we have rabbit antibodies were
22  used in Protocol 007 but not Protocol 006, the
23  staining method was different and the virus
24  strain was different.  Any other differences
25  between the testing in Protocol 007 and

Page 89

MARY K. YAGODICH
1  MARY K. YAGODICH
2  Protocol 006?
3      A.   No.
4      Q.   What virus strain was tested in
5  Protocol 006?
6          MR. SANGIAMO:  Objection.  Asked
7  and answered.
8          THE WITNESS:  I already answered
9  that question.  You wrote them down.
10  London-1.
11  BY MR. SCHNELL:
12     Q.   I believe you said London-1,
13  Barnes --
14     A.   Barnes.
15     Q.   -- and Jeryl Lynn.
16     A.   Jeryl Lynn.
17     Q.   Any others?
18     A.   I don't remember there were
19  others.
20     Q.   Now, the Jeryl Lynn strain, was
21  that the actual vaccine strain?
22     A.   Jeryl Lynn, it was either --
23  well, part of the vaccine strain.  I mean,
24  depending on the passage level, vaccine
25  strain is the attenuation level that's used

23 (Pages 86 - 89)

MARY K. YAGODICH
1 in the vaccine in Jeryl Lynn. There's also
2 Jeryl Lynn that is wild-type isolate, so
3 there's grades of that in between.
4     Q. And which strains of Jeryl Lynn
5 did you use in Protocol 006 testing?
6     A. I don't remember.
7     Q. Did you use the attenuated
8 vaccine strain?
9     A. I don't remember.
10     Q. You don't recall if you used --
11     A. No.
12     Q. Okay. And with Protocol 007,
13 which virus strain did you test against?
14     A. Jeryl Lynn.
15     Q. Do you recall which strain of
16 Jeryl Lynn?
17     A. It was low passage Jeryl Lynn,
18 which means --
19     Q. Which you also -- I'm sorry. Go
20 ahead.
21     A. -- closer to wild type.
22     Q. What is wild type?
23     A. Wild type is an isolated virus,
24 isolated from a person with active mumps

---

Page 90

MARY K. YAGODICH
1 in the vaccine in Jeryl Lynn. There's also
2 Jeryl Lynn that is wild-type isolate, so
3 there's grades of that in between.
4 Q. And which strains of Jeryl Lynn
5 did you use in Protocol 006 testing?
6 A. I don't remember.
7 Q. Did you use the attenuated
8 vaccine strain?
9 A. I don't remember.
10 Q. You don't recall if you used --
11 A. No.
12 Q. Okay. And with Protocol 007,
13 which virus strain did you test against?
14 A. Jeryl Lynn.
15 Q. Do you recall which strain of
16 Jeryl Lynn?
17 A. It was low passage Jeryl Lynn,
18 which means --
19 Q. Which you also -- I'm sorry. Go
20 ahead.
21 A. -- closer to wild type.
22 Q. What is wild type?
23 A. Wild type is an isolated virus,
24 isolated from a person with active mumps

Page 91

MARY K. YAGODICH
1 disease.
2 Q. Is that the type of virus that
3 you would expect to see in the real world?
4 MR. SANGIAMO: Object --
5 THE WITNESS: Wild type, yes.
6 MR. SANGIAMO: -- to the form.
7 BY MR. SCHNELL:
8 Q. What does that mean?
9 A. Excuse me?
10 Q. What does that mean, you would
11 see it in the real world?
12 A. If someone had an active mumps
13 infection, it would be wild type. If
14 vaccines -- if the vaccine caused you to have
15 disease, it wouldn't be attenuated enough to
16 be a vaccine.
17 Q. So why would you ever test -- if
18 you're testing how well a vaccine works, why
19 would you ever test it against the attenuated
20 strain that is in the vaccine?
21 A. Passage 8, I guess passage 1
22 to -- I could be wrong, I'm not recalling
23 correctly, but it was passaged many, many,
24 many times. 8 would be closer to the wild

Page 92

MARY K. YAGODICH
1 type than vaccine strain would. So -- but as
2 far as choosing that strain and why, it would
3 not be my decision nor would --
4 Q. But, again, I'm not asking about
5 your decision, I'm just saying what value
6 would it be if you're trying to figure out how
7 well a vaccine works, what value would it be
8 to test it against the weakened vaccine
9 version?
10 MR. SANGIAMO: Object to the
11 form.
12 THE WITNESS: I don't know.
13 BY MR. SCHNELL:
14 Q. Can you think of any value in
15 that kind of test?
16 A. No.
17 Q. Any other differences that we
18 haven't covered between Protocol 007 and
19 Protocol 006?
20 A. Not that I can recall.
21 Q. Did Dr. Krah oversee the testing
22 of Protocol 006?
23 A. Yes.
24 Q. And he also oversaw the testing

Page 93

MARY K. YAGODICH
1 of Protocol 007?
2 A. Yes.
3 Q. And he also oversaw the testing
4 for the NIH and CDC in 2006?
5 A. Yes.
6 Q. Let's get into some documents.
7 The first document I'd like to -- the second
8 document actually that we're going to mark as
9 Yagodich Exhibit 2 is a document entitled:
10 "Clinical Assay Subcommittee Backgrounder."
11 Bates number is 16275 through 277. It's dated
12 from the metadata that Merck produced this as
13 November 19, 1998, and it comes from your
14 files.
15     - - -
16 (Exhibit Yagodich-2, Clinical
17 Assay Subcommittee Backgrounder, Bates
18 MRK-KRA00016275 - 16277, was marked
19 for identification.)
20     - - -
21 BY MR. SCHNELL:
22 Q. You can just take a second -- I
23 only have a couple of questions on it. If you
24 could just take a moment to see if you

Appx2562

MARY K. YAGODICH

1  recognize the document. If you don't, that's
2  fine. I just have a couple questions off of
3  this. My basic question with this or any
4  document that I'm about to show you is -- the
5  first one is just do you recognize it and do
6  you know what it's about?
7  MR. SANGIAMO: Gordon, this
8  isn't a big deal, but did you --
9  MR. SCHNELL: Did you hand
10  out --
11  MR. SANGIAMO: -- mark the --
12  MR. SCHNELL: No, I did not. Do
13  I have a copy to mark?
14  THE WITNESS: Yeah.
15  - - -
16  (A discussion off the record
17  occurred.)
18  - - -
19  BY MR. SCHNELL:
20  Q.   Do you recognize this document?
21  A.   Vaguely.
22  Q.   It's only 17 years old, are you
23  kidding? I'm kidding.
24  A.   I know.

MARY K. YAGODICH

1  Q.   Okay. So have you looked at it?
2  It has no -- you have no recollection at all.
3  This came from your files, but it's fine if
4  you don't recognize it.
5  A.   Yeah, I mean, it's
6  specifically -- I mean, the content of it I
7  recognize, but the specific document is, you
8  know...
9  Q.   So the first line is the
10  plaque-reduction neutralization assay has been
11  designed to support the comparative trial of
12  MMR II versus Priorix. Do you see that?
13  A.   Uh-huh.
14  Q.   Okay. So this is Protocol 006.
15  Correct?
16  A.   Yes.
17  Q.   And the plaque-reduction
18  neutralization assay referred to there is the
19  one you've been referring to as the PRN
20  neutralization test that you helped develop.
21  Correct?
22  A.   Uh-huh. Yes.
23  Q.   Okay. And, again, this speaks
24  to it in terms of a comparison trial between

MARY K. YAGODICH

1  MMR II versus Priorix. Correct?
2  A.   Comparison, yes.
3  Q.   That's consistent with what you
4  testified to earlier, that Protocol 006 was
5  about comparing the efficacy of MMR II versus
6  Priorix. Is that correct?
7  A.   Comparing the antibody responses
8  between the two groups.
9  Q.   And it was this objective which
10  was the reason why you and Dr. Krah and your
11  lab developed the PRN neutralization test. Is
12  that correct?
13  MR. SANGIAMO: Object to the
14  form.
15  THE WITNESS: We developed it,
16  yes, we developed it to answer this
17  question and to find antibody titers
18  on subjects.
19  BY MR. SCHNELL:
20  Q.   Other than this test, were there
21  other tests of which you are aware where Merck
22  wanted to compare its MMR II vaccine to
23  GlaxoSmithKline's Priorix vaccine?
24  MR. SANGIAMO: Objection.

MARY K. YAGODICH

1  THE WITNESS: No.
2  BY MR. SCHNELL:
3  Q.   And you don't know why Merck was
4  interested in this comparison at this time?
5  MR. SANGIAMO: Objection.
6  THE WITNESS: No.
7  BY MR. SCHNELL:
8  Q.   Do you know what the results of
9  this test showed?
10  A.   I believe -- I don't remember
11  exact numbers, but I believe that both
12  behaved similarly, both vaccines behaved
13  similarly.
14  Q.   In terms of what?
15  A.   Antibody responses.
16  Q.   So to you did that mean that
17  both worked equally well in protecting vaccine
18  recipients from the disease?
19  A.   It meant that they both
20  reported titers and showed titers and behaved
21  similarly.
22  Q.   Now, this mentions, this refers
23  to a JL2 and a JL5 strain of the Jeryl Lynn
24  virus. Do you see that?

25 (Pages 94 - 97)

Page 98

MARY K. YAGODICH

A. Yes.

Q. Do you know what the difference is between JL2 and JL5?

A. They are the components of Jeryl Lynn.

Q. So they are -- and we're talking about the attenuated virus that's used for the vaccine?

A. Yes.

Q. So this is not wild type strain. Is that correct?

MR. SANGIAMO: Object to the form.

THE WITNESS: I guess what I mean -- what I would constitute as vaccine strain would be MMR II. And these are subpopulations of Jeryl Lynn, but it doesn't say to me whether it's low passage, high passage, wild type, attenuated, whatever.

BY MR. SCHNELL:

Q. So this doesn't in any way refresh your recollection of which type of Jeryl Lynn strain was used for the Protocol

Page 99

MARY K. YAGODICH

006 testing?

A. No.

Q. Later on in the paragraph towards the bottom of the first paragraph it says, "Because the goal is to identify potential differences in protective epitopes (such as HN), a non-biological binding assay such as an ELISA would not be adequate."

Do you see that?

A. Yes.

Q. Do you have an understanding as to why for this test it was decided at Merck that a nonbiological binding assay such as an ELISA would not be adequate?

MR. SANGIAMO: Object to the form.

THE WITNESS: A functional assay is different than an ELISA. So they're two different assays. You're actually measuring -- neutralization is the capability of a person's serum antibodies to neutralize a virus. An ELISA just measures antibody binding to an antigen. There's no functional

Page 100

MARY K. YAGODICH

component, and that's why -- that's how they differ.

BY MR. SCHNELL:

Q. But an ELISA test is still used to measure how well a vaccine works. Right?

A. I would assume.

Q. Well, you've worked on ELISA tests. Right?

A. Yes, but I didn't use them to -- I didn't use them in these protocols.

Q. But in your experience, you have an expertise in ELISA tests. Right?

A. But it still wouldn't be my decision as to what would be the better assay platform to employ in a study.

Q. Again, I'm not asking about your decision. But you do admit you have an expertise in ELISA tests. Right?

A. But it still doesn't -- I still don't understand what you're asking. Whether if I knew X, Y, Z about ELISAs versus -- it is -- essentially it is you're measuring antibody, but you're measuring binding -- antibody antigen binding. You're not showing

Page 101

MARY K. YAGODICH

neutralization. A neutralization assay is a functional assay. They're two different assays. So I don't understand why they're -- my expertise in ELISA is -- what -- again, even if, you know, it isn't my decision as to what the theory behind -- saying one is better than another I feel is subjective. But if you want a functional answer, you use the functional -- if you want to see neutralization, you use the functional assay.

Q. So would an ELISA test ever be inappropriate if you were looking to measure neutralization?

A. I don't think it would be -- if you want to measure antibody, again, it's a subjective thing.

Q. I'm asking for your subjective opinion. Would it ever be appropriate to use an ELISA test to measure neutralization?

A. I haven't run them in that regard so I have not -- I mean, measuring antibody and measuring -- neutralizing antibody are two different things.

Q. But, again, the question I'm

26 (Pages 98 - 101)

Veritext Legal Solutions
212-279-9424    www.veritext.com    212-490-3430

Appx2564

MARY K. YAGODICH

1        MARY K. YAGODICH
2 asking is, in your expertise, would it ever
3 been appropriate to use an ELISA test to
4 measure neutralization?
5       MR. SANGIAMO: Object to the
6    form. I object to your
7    characterization of her expertise.
8    She's testified expertise about
9    running ELISAs and running
10    neutralization. She's made it clear
11    multiple times she doesn't decide
12    which ones to chose. You have to ask
13    fair questions, Gordon.
14       MR. SCHNELL: Are you finished?
15    I'd appreciate you just objecting and
16    keeping your speeches off the record.
17       MR. SANGIAMO: Well, I'd
18    appreciate some fair questions.
19 BY MR. SCHNELL:
20    Q. Can you answer the question,
21 please?
22    A. In -- if in my scientific
23 opinion, if I want to measure neutralization,
24 I would run the functional neutralization
25 assay. If that's what you want to measure as

1        MARY K. YAGODICH
2 a neutralizing antibody, you run the test for
3 which it was designed.
4    Q. And is that why an ELISA test --
5    A. To fit the purpose.
6    Q. Is that why an ELISA test was
7 not -- was decided by Merck as not being
8 adequate for the Protocol 006 test?
9    A. I didn't --
10       MR. SANGIAMO: Object to the --
11 sorry.
12       THE WITNESS: Again, if I was
13    said -- told, Mary, let's develop an
14    ELISA for this, that's what I would
15    have done. None of that was done. It
16    wasn't required, it wasn't asked of
17    me, nor would I question why.
18 BY MR. SCHNELL:
19    Q. Whose -- do you know whose
20 handwriting this is on the document?
21    A. That is my handwriting.
22    Q. All of it?
23    A. I am not sure.
24    Q. Which of it is yours?
25    A. Quantify, capacity to neut.

1        MARY K. YAGODICH
2 vaccine and wild type, identify qualitative
3 differences in antibody response, which
4 is basically I rewrote what this bottom
5 sentence is. I was just doodling, chicken
6 scratching.
7    Q. Under what circumstances, in
8 your experience, would it be appropriate to
9 use an ELISA test if you wanted to measure how
10 well a vaccine worked?
11    A. I don't know when it would be
12 appropriate or not appropriate.
13    Q. Can you think of any
14 circumstances where it would be appropriate to
15 use an ELISA test to measure how well a
16 vaccine works?
17    A. No.
18       MR. SANGIAMO: Object to the
19    form.
20 BY MR. SCHNELL:
21    Q. In the last line, last sentence
22 on this page, it says, "The overall goal is to
23 identify qualitative differences in the
24 antibody responses to these two vaccines that
25 would relate to protection from disease."

1        MARY K. YAGODICH
2    Do you see that?
3    A. Yes.
4    Q. That was the goal of Protocol
5 006. Correct?
6    A. Yeah, if you go by what this
7 says.
8    Q. And was the goal of Protocol 007
9 also to measure how well Merck's MMR II
10 vaccine protected vaccinees from the disease?
11    A. It was to measure antibody
12 responses in patients receiving vaccine at
13 the time of product fill and vaccinated
14 against -- with vaccine close to the
15 expiration date.
16    Q. If you could turn to the second
17 page. The second paragraph reads,
18 "Neutralization...is assessed by the reduction
19 in pfu...." pfu means?
20    A. Plaque forming unit.
21    Q. Neutralization is assessed by
22 the reduction in plaque forming units against
23 a mock serum sample (culture medium). The
24 neutralization end point is assigned to the
25 higher serum dilution providing greater than

27 (Pages 102 - 105)

Appx2565

MARY K. YAGODICH

1  or equal to 50 percent plaque reduction.
2          Do you see that?
3      A.   Yes.
4      Q.   That was part of the PRN
5  neutralization test that you developed, helped
6  develop.  Correct?
7      A.   Yes.
8      Q.   Did you use the same mock serum
9  control in Protocol 006 as you did for
10 Protocol 007?
11     A.   I don't remember.
12     Q.   Do you remember anything about
13 the mock serum control that you helped develop
14 to be used in Protocol 006?
15     A.   No.
16     Q.   What does it mean that the
17 neutralization endpoint is assigned to the
18 highest serum dilution providing greater or
19 equal to 50 percent plaque reduction?
20     A.   So if you start out at -- I
21 think if you read the top of the document, it
22 says starting at serial two full dilutions
23 typically ranging 1 to 2 through 256, if you
24 start out with no plaques and by the end of

MARY K. YAGODICH

1  the dilution, you have -- you see plaques,
2  and whatever dilution in between gives you
3  50 percent of your control that has no serum,
4  no antibody, it could be -- I mean, so it --
5  within that range, the titer will fall --
6  should fall within that range.  So it could
7  be 1 to 8.  You can have a titer of 1 to 16,
8  you could have a titer 1 to 32 or 1 to 64.
9      Q.   The mock serum control that you
10 used for Protocol 006 -- well, mock serum
11 means that there's no actual serum in the
12 control.  Is that correct?
13     A.   Uh-huh.
14     Q.   And serum means blood.  Is that
15 correct?
16     A.   Serum is a component of blood.
17     Q.   So there's no human blood in the
18 mock serum control?
19     A.   It's culture medium.  It's a
20 mock sample.
21     Q.   Now, you could also have a
22 control that has actual human serum.  Correct?
23     A.   A negative human -- a
24 seronegative person you could.  That's very

MARY K. YAGODICH

1  hard to find, though.
2      Q.   Hard to find because of why?
3      A.   Adults that aren't seropositive
4  to mumps.  It's just one of those things.
5  We -- I remember the FDA may have had a
6  control serum like that, but they couldn't --
7  there was not enough to give us to use in
8  this study.
9      Q.   Because it's hard to find a
10 person who is --
11     A.   A seronegative person to mumps.
12     Q.   What does that mean, a
13 "seronegative person to mumps"?
14     A.   Someone who hasn't been exposed
15 to natural infection or has -- or had been
16 vaccinated.
17     Q.   So when you performed this
18 Protocol 006 PRN neutralization test when you
19 were counting plaques between the
20 pre-vaccination sample and the
21 post-vaccination sample, you would always
22 compare it to 50 percent of the mock control
23 number of plaques to determine whether it was
24 a neutralization or not a neutralization?

MARY K. YAGODICH

1      A.   No.  You would count your
2  results on a counting sheet and enter your
3  data into a spreadsheet and where the
4  calculations were already in the spreadsheet,
5  and then you would read your data after
6  entering your data into your spreadsheet.
7      Q.   When you say the calculations
8  were already on the spreadsheet, what do you
9  mean?
10     A.   Like in an Excel file, it would
11 take the average and do whatever other
12 calculations needed to be done.
13     Q.   How -- what determines whether
14 or not a sample is a positive neutralization
15 or a negative neutralization?
16     A.   I don't think it's -- you have
17 varying titers, but I don't know if
18 something -- if you're -- like with the case
19 of kids, if you take a serum sample before
20 they're vaccinated, of course, they'd be
21 naive to the virus.  But when you -- after
22 vaccination you're measuring a titer to the
23 immunogen.
24     Q.   When you say, "naive to the

Appx2566

MARY K. YAGODICH

1 virus," you mean what?
2
3    A.  You haven't incurred -- you
4 haven't been vaccinated before.
5    Q.  But you could still be immune,
6 right?
7    A.  To mumps if you've never had a
8 vaccination?
9    Q.  Yes.
10    A.  In theory, no.
11    Q.  How about in practice?
12    A.  In practice meaning -- I'm
13 sorry, I'm not understanding what you're
14 saying.
15    Q.  I didn't understand what you
16 meant "in theory."
17    A.  Most kids don't -- I mean, a
18 baby having never been around either -- if
19 you're around someone with mumps who has wild
20 type infection, you may mount an immune
21 response without being vaccinated. But when
22 you are, as a one-year-old or two-year-old,
23 or what have you, when you are exposed to the
24 immunogen through vaccination, then you give
25 an anti -- your body mounts an antibody

MARY K. YAGODICH

1
2 response to that.
3    MR. SCHNELL: That's all I have
4 on this one.
5    I'd like to mark as Yagodich
6 Exhibit 3 a document dated
7 February 19, 1999, Bates number is
8 16180 through 181.
9    - - -
10    (Exhibit Yagodich-3, 2/19/99
11 Document, Bates MRK-KRA00016180 &
12 MRK-KRA00016181, was marked for
13 identification.)
14    - - -
15 BY MR. SCHNELL:
16    Q.  Looks like it refers to, without
17 wanting to characterize it -- I won't
18 characterize the document. If you can take a
19 moment to look at it and tell me if you
20 recognize it. It does list at the top that
21 there are CBER participants and sponsor
22 participants with Merck being the sponsor and
23 Ms. Yagodich is one of the individuals listed
24 as the sponsor participants. So if you could
25 take a moment and let me know if you recognize

MARY K. YAGODICH

1 this document or have any understanding of
2 what this document is. This also came from
3 your files.
4
5    A.  I don't recall this exact
6 document.
7    Q.  Do you recall a meeting that you
8 and others at Merck had in this time frame
9 with CBER in connection with Protocol 006?
10    A.  I do not recall.
11    Q.  Now, CBER is a division within
12 the FDA. Correct?
13    A.  Yes.
14    Q.  And that was the division that
15 worked with your group in the testing of
16 Protocol 006 and Protocol 007. Is that
17 correct?
18    A.  They, yes, collaborated with
19 Merck.
20    Q.  In what way did they collaborate?
21    A.  They -- I can't definitively
22 say for sure, but it was just one thing where
23 we're working with the FDA on this. And,
24 again, I wouldn't be like, well, why because
25 I would just say, okay, so we're working with

MARY K. YAGODICH

1
2 the FDA on this.
3    Q.  Did they collaborate with you
4 and Dr. Krah and the others in your lab in
5 developing the PRN neutralization test?
6    A.  The PRN assay? No. I mean,
7 they weren't in the lab with us working on
8 it, if that's what you -- I mean, if that's
9 what you mean.
10    Q.  Were they involved in any way in
11 developing the assay that was used for
12 Protocol 006?
13    A.  As far as assay parameters, no.
14 Like developing the assay in the lab, CBER
15 was not in there, people in CBER weren't in
16 our labs working with us.
17    Q.  So in what way were they
18 involved in collaborating with you on Protocol
19 006?
20    A.  I believe -- well, it looks as
21 though consulting, and on the consulting --
22 in a consulting manner. I don't remember.
23 This is so long ago. I just -- I honestly --
24 I mean, just from reading this right now, I
25 can, you know...

Appx2567

MARY K. YAGODICH

1             MARY K. YAGODICH
2     Q.    Is this your handwriting on the
3 bottom?
4     A.    Yes.
5     Q.    Do you see in the first line you
6 wrote, "WT Jeryl Lynn?"?
7     A.    The bottom sentence says,
8 "check card catalog in 212." That was where
9 our nitrogen tank library cards were. So I
10 guess I was just in -- going to look for
11 something in the nitrogen tanks after the
12 meeting. Because if I can interpret my
13 handwriting and thinking what I -- why I
14 would write that.
15     Q.    And the "WT Jeryl Lynn," WT is
16 wild type?
17     A.    Yes.
18     Q.    And do you know what you were
19 referring there, wild type Jeryl Lynn,
20 question mark, original versus low passage?
21     A.    No. Either I'm going to look
22 for it in the tanks or I'm just -- I don't
23 know, it could be anything. I don't
24 remember.
25     Q.    Towards the -- two-thirds down

1             MARY K. YAGODICH
2 the document under number 2, it says, "What is
3 the appropriate control? Media or negative
4 human serum?"
5     Do you see that?
6     A.    Okay. This one is hard to read.
7 I need my glasses. Excuse me. Okay. So...
8     Q.    Do you know what's being
9 referenced there?
10     A.    What's utilized -- what's
11 utilized is the mock control.
12     Q.    And it talks about a media or
13 negative human serum?
14     A.    Yes.
15     Q.    What is that referencing?
16     A.    It is just what to use as the
17 mock.
18     Q.    What purpose --
19     A.    These are just meeting minutes.
20 So it -- you know, it's just the question was
21 raised.
22     Q.    What's the purpose that's served
23 by a mock control?
24     A.    A mock control is -- well, it's
25 control, it's negative for -- it's anti what

1             MARY K. YAGODICH
2 you're testing for. So it just -- a control
3 shows -- it's a control on your assay to show
4 that your assay is performing consistently
5 from run to run.
6     Q.    When would you use a control
7 with human blood versus one without human
8 blood?
9     A.    It doesn't -- any assay, any
10 experiment all utilize controls. It's
11 just -- it's standard practice in research.
12 And running assays to have controls.
13     Q.    When would --
14     A.    You would never not run a
15 control.
16     Q.    My question is the difference
17 between a control that uses human serum and
18 one that does not. When would be -- when
19 would it be appropriate to use one with human
20 serum versus when not to?
21     A.    It doesn't matter. It
22 wouldn't -- the distinction is, you know, as
23 stated in the question here is media or
24 human -- negative human serum. Both are
25 appropriate.

1             MARY K. YAGODICH
2     Q.    Why was it that you chose to
3 have a control without human serum --
4     MR. HALL: Objection.
5 BY MR. SCHNELL:
6     Q.    -- in your protocol
7 neutralization test?
8     A.    It wasn't my choice.
9     Q.    Do you understand why that
10 choice was made?
11     A.    If both behave similarly in the
12 assay, you could utilize either.
13     Q.    But do you have any understanding
14 as to why the decision was made at Merck to
15 use a control without human serum?
16     A.    No.
17     Q.    Can you think of any reason why
18 you would?
19     MR. SANGIAMO: Object to the --
20 what are you asking her? Asking her
21 to speculate --
22     MR. SCHNELL: If she doesn't --
23     MR. SANGIAMO: -- as to what
24 the --
25     MR. SCHNELL: If she doesn't

Appx2568

MARY K. YAGODICH

1 understand the question, she'll tell
2 me. I have to --
3     MR. SANGIAMO: I can object to
4 the question.
5     MR. SCHNELL: So just object and
6 that's it. Okay.
7     MR. SANGIAMO: I'm trying to
8 help you to clarify the question.
9     MR. SCHNELL: I don't need help.
10 She didn't ask me for help.
11     THE WITNESS: My answer was I
12 don't know.
13 BY MR. SCHNELL:
14     Q.    Do you recall asking or someone
15 at Merck asking FDA for the reference serum
16 that's referenced in the paragraph we've just
17 been looking at?
18     A.    I don't remember.
19     Q.    Any understanding as to why
20 Merck would want to look at that serum?
21     MR. SANGIAMO: Object to the
22 form.
23     THE WITNESS: No.
24 BY MR. SCHNELL:
25

MARY K. YAGODICH

1     Q.    Okay. That's all I have for
2 this one.
3     MR. SCHNELL: I'd like to mark
4 as Yagodich Exhibit 4 another document
5 from Ms. Yagodich's files titled,
6 "Face-to-Face CBER Meeting Monday,
7 March 13, 2000," Bates-numbered 16335
8 through 343.
9     - - -
10     (Exhibit Yagodich-4,
11 Face-to-Face CBER Meeting Monday,
12 March 13, 2000, Bates MRK-KRA00016335
13 16343, was marked for identification.)
14     - - -
15 BY MR. SCHNELL:
16     Q.    What I'm interested in this --
17 first of all, do you recognize this document?
18     A.    No.
19     Q.    If you could turn to the page
20 with the Bates number -- the Bates number is
21 the number in the lower right corner. If you
22 could turn to the page with the number ending
23 341.
24     I had asked you earlier if you
25

MARY K. YAGODICH

1 recall, what the results of the Protocol 006
2 testing were. You said you didn't recall.
3 I'm hoping that this page and the next might
4 refresh your recollection. So if you could
5 take a look at this page and the one that
6 follows. If you look at the one that follows,
7 the bottom next to "OVERALL" there is "Jeryl
8 Lynn," "Lo1" and "JL2" and a series of numbers
9 and percentages. Does that refresh your
10 recollection as to what the final sero -- the
11 overall seroconversion rates that were found
12 for the Protocol 006 testing?
13     A.    It shows what the percentage of
14 the antibody response was to that indicator
15 virus. I would not use the word
16 "seroconversion." Seroconversion is what you
17 do after you're -- that's a term after being
18 vaccinated. This is taking a vaccinated sera
19 and testing it against a strain and this is a
20 titer, a percentage of responders to the
21 indicator virus.
22     Q.    So was Merck incorrect in using
23 the term "seroconversion" to identify these
24 percentages?
25

MARY K. YAGODICH

1     A.    It's -- I didn't write this
2 table, so I don't know.
3     Q.    So you don't believe that these
4 are seroconversion rates, this 90 percent for
5 Jeryl Lynn, the 66 percent for Lo1 and this
6 56 percent for JL2?
7     A.    I'm not saying -- a
8 seroconversion is a response to being
9 vaccine. This is testing a vaccinated serum
10 in an assay. So this is, you're reporting
11 the antibody responses to indicator viruses
12 of someone who is immunized, who has
13 seroconverted. So to me this is -- you're
14 measuring antibody responses to an indicator
15 virus in an assay.
16     Q.    So with Jeryl Lynn, it says,
17 "62/69 (90%)." What do the 62 and 69
18 represent?
19     A.    I guess the subjects.
20     Q.    And what does that tell you,
21 that 62 out of 69, what happened to those 62
22 out of the 69 that were tested?
23     A.    90 percent showed neutralizing
24 antibodies for that indicator strain.
25

31 (Pages 118 - 121)

Page 122

MARY K. YAGODICH

Q. And what does that indicate if they showed neutralizing antibodies for that strain?

A. That's the ability of the -- that's just measuring your antibody titer to that -- to this indicator virus.

Q. And is that supposed to indicate that 62 out of 69 that were given this vaccine were -- showed neutralizing antibodies against that particular strain of virus?

A. The titers reported in this assay shows that 90 percent of the subjects have antibodies to Jeryl Lynn.

Q. And that's also supposed to indicate that they would be protected from contracting that strain of mumps. Correct?

MR. SANGIAMO: Object to the form.

THE WITNESS: It shows that 90 percent of them have an antibody response.

BY MR. SCHNELL:

Q. Well, does having an antibody response have anything to do with protection

Page 123

MARY K. YAGODICH

from the disease?

A. It should.

Q. And isn't that the purpose of what this test was all about?

A. This test --

MR. SANGIAMO: Object to the form.

THE WITNESS: -- was to measure antibody responses to mumps.

BY MR. SCHNELL:

Q. And the document that I showed you earlier, Yagodich Exhibit 2, said the overall goal is to identify quantitative differences in the antibody responses in these two vaccines that would relate to protection from disease. That's an accurate -- that's an accurate statement of the goal. Right?

MR. SANGIAMO: Object to the form.

THE WITNESS: It's what's stated in the paper. I mean, that's in the memo.

BY MR. SCHNELL:

Q. Is it your understanding as to

Page 124

MARY K. YAGODICH

what the goal of that test was?

A. The goal of my role was to report titers --

Q. I'm not asking --

A. -- not analyze results.

Q. I'm asking about the goal of the test. If you don't know, that's okay. But I didn't ask about your goal. I asked the goal of the test. Here it said the goal was to identify differences in antibody responses that would relate to protection from the disease. And it's your understanding that that was the goal of Protocol 006?

MR. HALL: Objection.

THE WITNESS: The objective and -- the objective of the study, again, was not -- the objective wasn't developed by me nor my -- again, my job was to assay samples and report titers.

BY MR. SCHNELL:

Q. When under Jeryl Lynn it says 62 out of 69, does that indicate to you that those 62 individuals were protected from

Page 125

MARY K. YAGODICH

contracting the Jeryl Lynn strain of the mumps vaccine?

A. It shows that they -- 62 of the subjects out of the 69, as measured by this assay, show neutralizing antibodies.

Q. To that strain of mumps?

A. To that strain of mumps.

Q. And then Lo1 is London-1. Correct?

A. Yes.

Q. In this test it showed that 66 percent of the test subject -- subjects had neutralizing antibodies to that strain of mumps. Correct?

A. Yes.

Q. And that 34 percent of those subjects did not?

A. Yes.

Q. And for JL2, this test, Protocol 006, showed that 56 percent of the test subjects had neutralizing antibodies to that strain of mumps. Correct?

MR. SANGIAMO: Object to the form.

32 (Pages 122 - 125)

1      MARY K. YAGODICH
2      THE WITNESS: 18 subjects out of
3   32 mount an antibody response to JL2.
4   BY MR. SCHNELL:
5      Q.   And for JL2, do you know what
6   level passage that is?
7      A.   No.
8      Q.   Do you know if that was a low
9   passage?
10     A.   I don't remember.
11     Q.   And you don't remember if the
12  Protocol 006 tested against the low passage
13  strain of the Jeryl Lynn virus?
14     A.   I don't remember.
15     Q.   If you could flip back one page,
16  in the bottom bullet point it references
17  enhancements to neutralization. Do you see
18  that?
19     A.   Yes.
20     Q.   And then it has complement (less
21  than or equal to eightfold enhancement). What
22  is complement that it's referring to there?
23     A.   Guinea pig complement.
24     Q.   What does that mean, less than
25  or equal to eightfold enhancement?

1      MARY K. YAGODICH
2      A.   Less than or equal to an
3   eightfold enhancement of sensitivity of the
4   assay.
5      Q.   What does that mean in terms of
6   neutralization?
7      A.   It's just a step added to
8   measure whether or not it would enhance
9   neutralization and improve the sensitivity of
10  the assay.
11     Q.   Is eightfold eight times?
12     A.   Eightfold?
13     Q.   Yeah.
14     A.   That's -- I assume.
15     Q.   And then anti-human IgG, now
16  that's the rabbit antibodies that we were
17  referring to?
18     A.   Rabbit anti-human IgG.
19     Q.   Right. And that's the rabbit
20  antibodies that we spoke about earlier?
21     MR. SANGIAMO: Object to the
22  form.
23     THE WITNESS: Rabbit anti-human
24  IgG.
25  BY MR. SCHNELL:

1      MARY K. YAGODICH
2      Q.   And that speaks of a hundredfold
3   enhancement. Was that your understanding of
4   what the enhancement was by introducing
5   anti-IgG into a PRN neutralization test?
6      A.   Again, I'm not exactly sure
7   what you're asking.
8      MR. SCHNELL: Can you repeat the
9   question, please?
10         - - -
11     (The court reporter read the
12  pertinent part of the record.)
13         - - -
14     MR. HALL: Objection.
15     THE WITNESS: If I'm reading
16  this correctly, it's saying that it's
17  not a concrete validation of this
18  number because there's a symbol that's
19  the about. And to me it looks like
20  it's something you could expect to see
21  up to a one-hundredfold enhancement
22  with addition of anti-IgG. But that's
23  how I'm interpreting it.
24  BY MR. SCHNELL:
25     Q.   Well, what's your understanding

1   of the level of enhancement, if any, that
2   introducing anti-IgG into a PRN neutralization
3   test caused?
4      MR. HALL: Objection.
5      MR. SANGIAMO: Object to the
6   form.
7      THE WITNESS: How much it what?
8   BY MR. SCHNELL:
9      Q.   What's your level --
10     A.   Excuse me?
11     Q.   What's your -- in your
12  experience, what was your understanding of how
13  much of an enhancement, if any, was caused by
14  introducing anti-IgG into a plaque -- a PRN
15  neutralization test?
16     MR. SANGIAMO: Object to the
17  form.
18     THE WITNESS: I had never run it
19  before, so I couldn't -- there was --
20  I had no predictive basis.
21  BY MR. SCHNELL:
22     Q.   I'm asking now, now you've run
23  it a lot. What was your experience as to the
24  level of enhancement it caused?

33 (Pages 126 - 129)

Appx2571

MARY K. YAGODICH

1       MARY K. YAGODICH
2       MR. HALL:  Objection.
3       MR. SANGIAMO:  Objection.
4       THE WITNESS:  I don't remember.
5   There was enhancement, but I can't
6   give you exact numbers.
7   BY MR. SCHNELL:
8       Q.   Was it in the range of a
9   hundredfold?
10      A.   I don't remember.
11      Q.   You don't remember if it was two
12  times or a hundred times?
13      A.   No.
14      Q.   You have no recollection one way
15  or the other?
16      A.   There was enhancement, the
17  sensitivity was increased, but I don't
18  remember exactly --
19      Q.   So when you say --
20      A.   -- how much.
21      Q.   When you say the sensitivity was
22  increased, does that mean that the number of
23  plaques that appeared on the cell plates when
24  you did these tests increased?
25      A.   No.

1       MARY K. YAGODICH
2       Q.   Does it mean they decreased?
3       A.   Yes.
4       Q.   Why did they decrease because of
5   adding anti-human IgG?
6       A.   Again, well, because you had
7   asked me this earlier in the morning, the
8   scientific theory behind why anti-IgG works,
9   there are two schools of thought.  One is
10  that it strengthens the bond between the
11  complement -- not the complement, the antigen
12  and the antibody, and doesn't -- and
13  strengthens the bond to allow neutralization
14  to occur or it prevents the two from popping
15  apart in the incubation step.
16      Q.   When neutralization occurs, it
17  reduces the number of plaques.  Correct?
18      A.   Yes.
19      Q.   So if you're adding anti-human
20  IgG which causes the lower number of plaques
21  to appear, how do you know if that reduction
22  in plaques is caused by the anti-IgG or if
23  it's caused by the actual work of the vaccine
24  itself?
25      A.   Part of development tests were

1   MARY K. YAGODICH
2   running virus dilutions with anti-IgG alone,
3   and no plaques were neutralized.  Anti-IgG
4   alone does not neutralize mumps.
5       Q.   But anti-IgG alone can cause a
6   reduction in plaques.  Correct?
7       A.   No.  It is only -- the method
8   of action is -- occurs in the presence of
9   antibody, antigen binding, and then anti-IgG
10  binds to that.
11      Q.   So in your experience, using
12  anti-IgG in this PRN neutralization test
13  doesn't cause any reduction in plaques.  That
14  would have nothing to do with the vaccine
15  itself.  Is that correct?
16      A.   No.
17      MR. HALL:  Objection.
18      THE WITNESS:  Yeah, that doesn't
19  make sense.  You need to -- the
20  stepwise fashion of the assay is you
21  allow the serum and the virus to have
22  an incubation step for an hour or
23  whatever the time frame is at whatever
24  temperature, 37.  You add the diluted
25  anti-IgG as another step because

1   MARY K. YAGODICH
2   you've allowed the antibody and the
3   antigen to bind, and then the anti-IgG
4   then forms that immune complex in the
5   second step.
6   BY MR. SCHNELL:
7       Q.   So even when you're using
8   anti-IgG, there would be no circumstances
9   where there would be a neutralization caused
10  by the anti-IgG alone?
11      A.   By itself, no.  No.
12      Q.   Would there been an instance
13  where a neutralization would be caused by the
14  anti-IgG bonding with something other than
15  blood?
16      A.   No.
17      Q.   So who came up with -- you said
18  earlier that it was Kathy Carbone that came up
19  with the use of using anti-IgG in this test?
20      A.   The FDA -- what Kathy had said
21  that to -- because known prior in the art,
22  the FDA worked on an anti-IgG enhanced
23  neutralization assay in the '70s and there's
24  a published paper, came out of the NIH,
25  developed in-house in their group 30 years,

Appx2572

MARY K. YAGODICH

1  MARY K. YAGODICH
2  40 years ago now. So it wasn't novel. It
3  wasn't earth shattering science. It was
4  known in the art. Anti-IgG is used in other
5  virological assays and other viral systems
6  and other cell systems.
7      Q. Were there -- I'm sorry.
8      A. Go ahead.
9      Q. Were there any differences in
10 the way that you used anti-IgG in Protocol 007
11 that are typically used in the industry when
12 using anti-IgG?
13     A. That's -- I'm not understanding
14 that question.
15     MR. SCHNELL: Do you want to
16 read back the question, please?
17     THE WITNESS: Yeah. I don't
18 understand.
19     - - -
20     (The court reporter read the
21 pertinent part of the record.)
22     - - -
23     MR. HALL: Objection.
24     THE WITNESS: Yeah. That's --
25 no, we only utilized IgG in our assay

1  MARY K. YAGODICH
2  in the manner described by the SOP.
3  Simply that.
4  BY MR. SCHNELL:
5      Q. Who came up with this
6  hundredfold enhancement?
7      A. I don't know what that
8  reference is from.
9      Q. And you don't have any
10 recollection of hearing that during your work
11 on Protocol 007, that using anti-IgG resulted
12 in a hundredfold enhancement --
13     A. No.
14     Q. -- to neutralization?
15     And sitting here today, you have
16 no recollection as to what, if any,
17 enhancement to neutralization was caused by
18 using anti-IgG?
19     A. If -- I'm sorry, if I what? I
20 didn't understand the question either.
21     - - -
22     (The court reporter read the
23 pertinent part of the record.)
24     - - -
25     THE WITNESS: Meaning the

1  MARY K. YAGODICH
2  resulting data or --
3  BY MR. SCHNELL:
4      Q. Yeah.
5      A. I recall an increase in titers,
6  but as to what they would have been or -- I
7  can't recall exact numbers or percentages or
8  anything like that.
9      Q. And was there anything that you
10 employed in the Protocol 007 testing that
11 would allow you to ensure that the increase in
12 titers caused by using anti-IgG was reflective
13 of the vaccine's properties and not the
14 anti-IgG alone?
15     A. Oh, no. I don't understand
16 that question either.
17     MR. SCHNELL: Please repeat the
18 question.
19     - - -
20     (The court reporter read the
21 pertinent part of the record.)
22     - - -
23     MR. HALL: Objection.
24     MR. SANGIAMO: Objection.
25     THE WITNESS: I'm trying

1  MARY K. YAGODICH
2  to figure out -- still trying to
3  under -- decipher your question. But
4  if -- I mean, you're measuring serum
5  antibody titers, not your vaccine.
6  You know what I'm saying? Like so I'm
7  not really understanding the context
8  of your question.
9  BY MR. SCHNELL:
10     Q. Let me break it down. So the
11 purpose of the Protocol 007 testing was to
12 measure titers. Correct?
13     A. Yes.
14     Q. It was to measure titers that
15 were produced as a result of the vaccine.
16 Correct?
17     A. Of vaccines, yes, serum from
18 vaccines.
19     Q. If the anti-IgG increased the
20 number of titers, just you said it did,
21 correct?
22     MR. SANGIAMO: Object.
23     THE WITNESS: Increased the
24 sensitivity --
25     MR. SANGIAMO: Object to the

35 (Pages 134 - 137)

Appx2573

MARY K. YAGODICH

1 form.
2
3          THE WITNESS: -- of the assay.
4   BY MR. SCHNELL:
5      Q.    So it doesn't increase the
6   number of titers?
7      A.    It just --
8          MR. SANGIAMO: Object to the
9   form.
10         THE WITNESS: I wouldn't say
11     number of titers. I would just say it
12     increases the sensitivity assay to
13     measure titers.
14  BY MR. SCHNELL:
15     Q.    So it doesn't -- so let's break
16  that down because we keep -- you keep using
17  the word "sensitivity," and I want to make
18  sure I understand.
19         So using anti-IgG only increases
20  sensitivity in measuring titers, it doesn't
21  actually increase the number of titers itself?
22     Q.    MR. SANGIAMO: Object to the
23  form.
24         THE WITNESS: Going back to
25     anti-IgG does not mimic antibody, it

MARY K. YAGODICH

1
2   doesn't -- it does not -- it cannot
3      neutralize mumps virus.
4   BY MR. SCHNELL:
5      Q.    And does using anti-IgG in
6   Protocol 007, or did using anti-IgG in
7   Protocol 007 enhance the neutralization that
8   was found from the testing?
9      A.    It increased the sensitivity of
10  the assay, but I do not recall what the
11  resulting titers were from that.
12     Q.    Well, there's a big difference
13  between increasing sensitivity of
14  neutralization and increasing the
15  neutralization itself. I'm just trying to
16  make sure I understand. Did the rabbit
17  antibodies increase the sensitivity or did it
18  also increase the amount of neutralization
19  that occurred?
20     A.    Increasing the sensitivity of
21  the assay means that the antibody titers --
22  how can I say this? If you -- you're reading
23  what's there. Like, you can't -- it's not by
24  adding anti-IgG suddenly, like, your antibody
25  is replicating and you're getting lots more

MARY K. YAGODICH

1   antibodies in a sample. You're not reading
2   something that's not there. If the
3   antibodies aren't there, they're not going to
4   bind, they're not going to bind to virus.
5   There won't be an immune complex formed. So
6   you're just able to accurately, more
7   accurately pick up what is in your sample and
8   read it more clearly. You can't -- it's like
9   if you don't have the antibodies there, you
10  don't see an enhancement. Do you know what
11  I'm saying? So it's not like you're creating
12  something that's not there.
13     Q.    Because if you were creating
14  something that's not there with rabbit
15  antibodies, that would be kind of cheating on
16  this test. Right?
17         MR. SANGIAMO: Object to the
18     form.
19         MR. HALL: Objection.
20         THE WITNESS: I would neither
21     agree nor disagree with that.
22  BY MR. SCHNELL:
23     Q.    Why wouldn't you agree or
24  disagree with that?

MARY K. YAGODICH

1
2      A.    Because it's -- science is --
3   employing methods in science and getting
4   answers, whether it's a yes answer or a no
5   answer, it -- I wouldn't use the word
6   cheating. I don't think that's an
7   appropriate term.
8      Q.    Well, if you used an enhancement
9   that increased neutralization that had nothing
10  to do with the vaccine itself and you're
11  measuring how well the vaccine works, wouldn't
12  that be cheating?
13         MR. SANGIAMO: Object to the
14     form.
15         THE WITNESS: No.
16  BY MR. SCHNELL:
17     Q.    That wouldn't be cheating?
18     A.    You're reading antibody that's
19  in that sample.
20     Q.    And if the antibody --
21     A.    You're not creating antibodies
22  that aren't there.
23     Q.    So if the antibody was counted
24  merely because of the use of anti-IgG, and it
25  had nothing to do with the vaccine properties,

36 (Pages 138 - 141)

Appx2574

MARY K. YAGODICH

1 would that still be an appropriate way to
2 measure?
3     A.    I don't think that's still a
4 proper question.
5           MR. SANGIAMO: Objection.
6           THE WITNESS: That still doesn't
7     make any sense to me --
8 BY MR. SCHNELL:
9     Q.    Because why?
10    A.    -- like, what you're asking.
11 Because if you have an antibody to mumps, it
12 just -- I don't know, I still don't
13 understand what you're saying. I mean, it
14 doesn't make any sense.
15    Q.    Was this meeting, this is a
16 meeting that was dated March 13, 2000, do you
17 believe that was the meeting with CBER where
18 Kathy Carbone you said made the suggestion to
19 use rabbit --
20    A.    I don't remember.
21    Q.    -- antibodies?
22    A.    I don't remember.
23    Q.    Was it around this time,
24 March 2000?

MARY K. YAGODICH

1     A.    I don't remember exactly the
2 date and time.
3     Q.    Do you recall any discussion
4 with CBER about the level of enhancement to
5 neutralization that was caused by anti-IgG?
6     A.    I don't remember that.
7           MR. SANGIAMO: Gordon, we've
8     been going an hour and 15 minutes. Do
9     you want to let me know when you're at
10    a good breaking point?
11          MR. SCHNELL: Yeah, sure.
12 BY MR. SCHNELL:
13    Q.    Other than Protocol 007, you
14 said there was no other test that you ever
15 worked on that involved the use of rabbit
16 antibodies. Is that correct?
17          MR. SANGIAMO: Object to the
18    form.
19          THE WITNESS: No.
20 BY MR. SCHNELL:
21    Q.    And I don't remember if I asked
22 this, I apologize if I did, but do you have
23 any understanding sitting here today why you
24 used rabbit antibodies for Protocol 007 and

MARY K. YAGODICH

1 not Protocol 006?
2     A.    No.
3     Q.    And you can't think of any
4 reason why you would?
5     A.    No.
6           MR. SANGIAMO: Object to the
7     form.
8           MR. SCHNELL: Okay, we can take
9     a break.
10          VIDEOGRAPHER: The time is
11    11:35. Off the record. This will end
12    disc number two.
13               - - -
14    (A recess was taken.)
15               - - -
16          VIDEOGRAPHER: Back on the
17    record at 11:58. Beginning of disc
18    number three.
19 BY MR. SCHNELL:
20    Q.    Mary, how did you come to learn
21 of the effect of using rabbit antibodies in
22 the -- on the level of neutralization in your
23 PRN neutralization test?
24    A.    When it was suggested by CBER

MARY K. YAGODICH

1 to develop assay parameters, we would look
2 for scholarly articles describing methods or
3 similar methods to define how you can go
4 about developing your assay.
5     Q.    Were there any other ways in
6 which you learned about the effect of using
7 rabbit antibodies on neutralization?
8           MR. HALL: Object to the form.
9           THE WITNESS: No.
10 BY MR. SCHNELL:
11    Q.    Did you come to gain any
12 experience from the impact on neutralization
13 of using rabbit antibodies in the actual
14 testing that you performed in Protocol 007?
15          MR. SANGIAMO: Objection.
16          THE WITNESS: No.
17 BY MR. SCHNELL:
18    Q.    Now, you said that Kathy Carbone
19 was the one who first suggested using rabbit
20 antibodies with Protocol 007. Correct?
21    A.    She suggested running an
22 anti-IgG enhanced assay, neutralization
23 assay.
24    Q.    And you don't know why she

37 (Pages 142 - 145)

Appx2575

MARY K. YAGODICH

1    suggested that. Right?
2        A.    No.
3        Q.    Did she also suggest the type of
4    mock control -- or I'm sorry, the type of
5    negative control?
6        A.    I don't remember.
7        Q.    Do you know who came up with the
8    type of negative control to be used with
9    Protocol 007?
10       A.    I don't remember. If -- I
11   ran -- if the assay was developed using both
12   and both gave a similar result, the decision
13   would ultimately be Dave.
14       Q.    Did you test using both types of
15   negative controls?
16       A.    As part of the meeting minutes
17   it says we did, so...
18       Q.    Do you have any recollection of
19   actually doing that?
20       A.    As part of development I'm sure
21   I would have, but remembering exactly
22   specifics, what day, all that, no.
23       Q.    I don't recall in the minutes
24   meetings it saying that Merck tested both

MARY K. YAGODICH

1    types of negative control. Were you referring
2    to a particular exhibit that we've looked at?
3        A.    The one that you showed me.
4        Q.    Exhibit 3?
5        A.    Exhibit 3.
6        Q.    The one where it says, "What is
7    the appropriate control?"
8        A.    Yes.
9        Q.    Is that what you're referring
10   to?
11       A.    Yes.
12       Q.    That doesn't say that Merck
13   actually tested using both types of negative
14   control, does it?
15       A.    It's suggesting comparing them.
16       Q.    And this was with respect to
17   Protocol 006, though, wasn't it?
18       A.    With this? I don't know. It
19   just has a date on it.
20       Q.    So other than your interpretation
21   of this document, do you have an independent
22   recollection of whether or not Merck used or
23   tested Protocol 007 using both types of
24   negative control?

MARY K. YAGODICH

1        MR. SANGIAMO: Object to the
2    form.
3        THE WITNESS: No.
4    BY MR. SCHNELL:
5        Q.    When I say "both types of
6    negative control," you're understanding that
7    to mean a mock control which doesn't have
8    human serum and a negative control that does?
9        MR. SANGIAMO: Same objection.
10       THE WITNESS: Do I -- oh, wait,
11   you're asking --
12   BY MR. SCHNELL:
13       Q.    Yes.
14       A.    -- that those listed here are
15   what you're referring to?
16       Q.    That when I speak of --
17       A.    Yes.
18       Q.    Well, the two types of negative
19   controls that you could use in a PRN
20   neutralization test would be a mock control
21   which does not use human serum and a negative
22   control that does use human serum. Is that
23   correct?
24       A.    A seronegative sample is what

MARY K. YAGODICH

1    you're saying?
2        Q.    With human serum.
3        A.    That are listed here in this
4    document?
5        Q.    Forget about this document.
6        A.    Okay.
7        Q.    I'm just taking you away from
8    this document and saying when you're thinking
9    about the types of negative controls you can
10   employ with a PRN neutralization test, why
11   don't you tell me what are the different types
12   of controls that you can use?
13       A.    As far as delineating controls
14   I don't know what I'm -- like off the cuff,
15   off the top of my head, I don't know what
16   else I would use in this assay. It lists an
17   FDA reference serum that we may have run and
18   ultimately due to just availability of that
19   reagent with a mock giving -- mock meaning
20   serum, rather media, giving the same result,
21   then it would be just easier just to use
22   media if they behave similarly in an assay.
23       Q.    But you don't know one way or
24   the other if they behalf similarly because you

Appx2576

MARY K. YAGODICH

1 MARY K. YAGODICH
2 don't recall whether you tested both ways?
3     A.    If we did, the decision would
4 be made by generating result. I don't think
5 you just blindly pick a result because you
6 felt like it. Like, you need an answer to
7 say, well, they look the same, let's go with
8 media.
9     Q.    But I'm asking if you have any
10 recollection one way or the other as to
11 whether or not you tested Protocol 007 using a
12 mock control and a different kind of negative
13 control?
14         MR. SANGIAMO: Object to the
15     form.
16         THE WITNESS: I still don't
17     understand. I'm discussing assay
18     development, not implementing an assay
19     in a clinical protocol.
20 BY MR. SCHNELL:
21     Q.    Oh, that's --
22     A.    I'm talking about assay
23 development. I'm not talking about the
24 actual work with clinical samples.
25     Q.    Well, I'm talking about the

MARY K. YAGODICH

1 MARY K. YAGODICH
2 actual Protocol 007 testing now.
3     A.    Oh, no. Whatever -- no, no.
4 It would have been whatever was in the
5 protocol to use as the mock control.
6     Q.    Now, if you're using rabbit
7 antibodies in the testing, wouldn't you also
8 need to use rabbit antibodies in the mock
9 control?
10         MR. SANGIAMO: Object to the
11     form.
12         THE WITNESS: The antigen
13     doesn't neutralize the virus, so
14     whether it's present or not in the
15     serum is irrelevant.
16 BY MR. SCHNELL:
17     Q.    And if the neutralization that
18 the anti-IgG enhances is a result of it
19 binding with human serum, wouldn't that also
20 be something that should be in the mock
21 control or in the negative control to account
22 for that binding?
23         MR. HALL: Objection.
24         THE WITNESS: Not necessarily.
25         MR. SANGIAMO: Objection. Same

MARY K. YAGODICH

1 MARY K. YAGODICH
2 objection.
3         THE WITNESS: I don't recall
4     doing that. I don't remember. I
5     don't remember the exact protocol off
6     the top of my head. I haven't run it
7     for 18 years or 20 years, so...
8 BY MR. SCHNELL:
9     Q.    But, again, I'm not talking
10 about the protocol.
11     A.    Yeah.
12     Q.    I'm talking about to have a good
13 experiment, to get good reliable results, if
14 you're using rabbit antibodies in the testing
15 and it's binding with blood that's causing the
16 enhancement, wouldn't you want both the blood
17 and the rabbit antibodies in the control so
18 you can properly control for that enhancement?
19         MR. HALL: Objection.
20         THE WITNESS: I don't -- I'm not
21     sure if that's how the assay was set
22     up. I don't recall that, nor would
23     I -- I don't remember that at all,
24     like, why we would have used or not
25     used it --

MARY K. YAGODICH

1 MARY K. YAGODICH
2 BY MR. SCHNELL:
3     Q.    But, again, --
4     A.    -- in the controls.
5     Q.    I'm asking as with respect to
6 your experience running these tests and your
7 general experience as a virologist, wouldn't
8 it make sense to properly control for the
9 rabbit antibody binding with the blood in the
10 test to also have rabbit antibody and blood in
11 the control so you could properly identify the
12 neutralization that was enhanced by the rabbit
13 antibody?
14         MR. HALL: Objection.
15         THE WITNESS: If I had a
16     protocol in front of me and could
17     remember exactly what I did, I could
18     say whether we did it or not, but I
19     can't tell you if I did or didn't do
20     it, because I don't remember.
21 BY MR. SCHNELL:
22     Q.    Again, listen to the question.
23 I'm not asking if you did it or not did it.
24 I'm saying with your -- respect to your
25 experience as a virologist, one didn't make

39 (Pages 150 - 153)

Appx2577

MARY K. YAGODICH

1  MARY K. YAGODICH
2  sense to properly control for rabbit
3  antibodies by having in the mock control
4  rabbit antibodies in blood?
5      MR. SANGIAMO: Object to the
6  form.
7      THE WITNESS: I think --
8  controls are delineated with specific
9  parameters. And I don't recall if the
10  high and low positive human serum
11  controls received or did not receive
12  anti-IgG. I don't remember.
13  BY MR. SCHNELL:
14  Q.   I'm talking about the negative
15  control.
16  A.   No.
17  Q.   No what?
18  A.   Just virus, the virus alone
19  wouldn't receive anti-IgG because it wouldn't
20  bind or neutralize or alter the titer. It
21  doesn't make any purpose to be there.
22  Q.   So it's your testimony, just so
23  we're clear, that you do not need a negative
24  control with human serum to properly account
25  for any enhancement that's caused by using

1  MARY K. YAGODICH
2  anti-IgG in a PRN neutralization test?
3      MR. SANGIAMO: Object to the
4  form.
5      THE WITNESS: Maybe I'm not
6  understanding what you mean by "mock."
7  I'm -- to me, the mock sample is the
8  plaque count that you get by which you
9  measure plaque reduction and measure
10  and calculate titer. That would be
11  virus and antibody and that would be
12  it.
13  BY MR. SCHNELL:
14  Q.   What kind of antibody?
15  A.   I mean, not antibody. Virus
16  and -- virus in media, in culture media
17  without any additives whatsoever.
18  Q.   So no human serum. Right?
19  A.   No, because then it would be --
20  no. You would just have -- if you're
21  measuring it for your mock control, you're --
22  that plate with those plaque counts, the
23  average of those wells, you're just getting a
24  titer on that. You don't -- you're not
25  looking for any other immunological

1  MARY K. YAGODICH
2  occurrence in the plate. You're just -- you
3  just want to read those plaques.
4      Q.   Okay. So no human serum and no
5  rabbit antibodies in the mock control.
6  Correct?
7      MR. SANGIAMO: Object to the
8  form.
9      THE WITNESS: No.
10  BY MR. SCHNELL:
11  Q.   What would happen if you did
12  have rabbit antibody --
13      MR. KELLER: Sorry, can I get
14  that question and answer back?
15      - - -
16      (The court reporter read the
17  pertinent part of the record.)
18      - - -
19  BY MR. SCHNELL:
20  Q.   Was that no that I wasn't
21  correct or is that no an affirmation that I
22  was correct?
23  A.   No for the mock control to --
24  by which you're measuring titer, that plate
25  with plaques is virus and diluent, and that's

1  MARY K. YAGODICH
2  it.
3      Q.   What would happen if it also had
4  rabbit antibodies?
5      A.   Nothing would happen. Anti-IgG
6  has no functionality, not in the presence of
7  serum antibody.
8      MR. SCHNELL: Let me mark
9  Exhibit 5.
10      - - -
11      (Exhibit Yagodich-5, 3/14/00
12  Meeting minutes, Bates MRK-KRA00001258
13  - 1261, was marked for identification.)
14      - - -
15  BY MR. SCHNELL:
16  Q.   It appears to be meeting minutes
17  dated -- for a meeting March 14, 2000, Bates
18  number beginning 1258 to 1260.
19      MR. KELLER: Is this 6 or 5, I'm
20  sorry?
21      MR. SCHNELL: Sorry? 5.
22  BY MR. SCHNELL:
23  Q.   Now, again, this is -- I had
24  showed you Exhibit -- Exhibit 4 also spoke
25  about a face-to-face meeting on March 13,

Appx2578

MARY K. YAGODICH

1    MARY K. YAGODICH
2    2000. This speaks about a meeting on
3    March 14, 2000. I don't know if it's the same
4    meeting or not. But it has you listed as one
5    of the attendees, along with Mr. Krah,
6    Mr. Shaw, some others at Merck, and then
7    representatives from the FDA, including Kathy
8    Carbone. Do you believe that this is the
9    meeting where you say Ms. Carbone recommended
10   using the anti-IgG in the Protocol 007
11   testing?
12       A.   I -- no, I can't recall if this
13   was that meeting.
14       Q.   Okay. If you could turn to the
15   page with the Bates number ending 260. At the
16   very bottom of the page after number 2 it
17   says, "The following PRN assay modifications
18   are reasonable to try to enhance sensitivity
19   of the assay, pending appropriate validation,"
20   and then on the following page it lists the
21   IgG enhancement. Do you see that?
22       A.   Yes.
23       Q.   And is it your understanding
24   that that IgG enhancement there is referencing
25   the anti-IgG that we've been talking about?

1    MARY K. YAGODICH
2        A.   Yes.
3        Q.   So what was the -- well, did
4    Merck engage in appropriate validation of
5    using the anti-IgG?
6        A.   Validating an assay, I'm curious
7    about your use of the word "appropriate."
8        Q.   Okay. I'll change it if you
9    want me to.
10       A.   I mean, validation is
11   validation. Validation studies.
12       Q.   So did Merck -- well, it's not
13   my word actually as I'm looking here, it's the
14   author of this document's word. But in any
15   event, if you don't understand that word, I'll
16   take that word out and just say did Merck --
17       A.   I understand the word, it's the
18   context in which it was used. I mean,
19   validation studies, it's just a validation
20   study, I mean to show that your assay is
21   performing as stated in the SOP.
22       Q.   So did Merck engage in a
23   validation of the use of anti-IgG for Protocol
24   007?
25       A.   The assay protocol including

1    MARY K. YAGODICH
2    anti-IgG incubation, that assay was
3    validated.
4        Q.   And you were involved in
5    drafting that validation. Correct?
6        A.   Drafting? No. Me personally,
7    no. It would be our statisticians working
8    with Dave, myself, the group to delineate the
9    assay parameters or the validation parameters.
10       Q.   Okay. So you --
11       A.   And generating data that they
12   could then make a study from or report the
13   results.
14       Q.   What's the purpose of a
15   validation?
16       A.   To ensure that you reproduce
17   civility in your assay between runs and --
18   basically.
19       Q.   And why would you need a
20   validation specifically for the use of
21   anti-IgG?
22       MR. SANGIAMO: Object to the
23   form.
24       THE WITNESS: I don't understand
25   why. Validating an assay is just

1    MARY K. YAGODICH
2    to -- validating an assay just proves
3    that you have reproducibility from
4    assay to assay and between operator to
5    operator. And that your protocol is
6    sound. And I guess whoever's decision
7    to ask for validation rather than put
8    it as an experimental protocol did not
9    lie with me, so I can't speak to that.
10   BY MR. SCHNELL:
11       Q.   And in what ways did Merck
12   ultimately validate the use of the anti-IgG in
13   Protocol 007?
14       MR. SANGIAMO: Object to the
15   form. Also asked and answered.
16       THE WITNESS: Generated data on
17   a series of runs of the assay. And
18   the statisticians gave a report with
19   variability between assay to assay,
20   run to run, operator to operator, and
21   what the resulting confidence
22   intervals are.
23       - - -
24       (Exhibit Yagodich-6, 8/15/00
25   E-mail, Bates MRK-KRA00008546, was

41 (Pages 158 - 161)

Appx2579

1          MARY K. YAGODICH
2     marked for identification.)
3          - - -
4  BY MR. SCHNELL:
5     Q.    I'd like to mark as Yagodich
6  Exhibit 6 an e-mail from David Krah to Alan
7  Shaw with a copy to Mary Yagodich and others,
8  dated August 15, 2000, Bates number ending
9  68546.
10         Do you recognize this e-mail?
11    A.    No.
12    Q.    You have no reason to believe
13 that you didn't receive it, though.  Correct?
14    A.    Excuse me?
15    Q.    You have no reason to believe
16 you didn't receive this e-mail.  Correct?
17    A.    No.
18    Q.    So there's a discussion by
19 Mr. Krah of Protocol 006 testing.  Do you see
20 that in the second paragraph?
21    A.    Yes.
22    Q.    And there's a reference there to
23 a seroconversion rate of 76 percent and then a
24 second of 91 percent.  Do you see that in the
25 second paragraph?

1          MARY K. YAGODICH
2     A.    Yes.
3     Q.    Do you have an understanding of
4  what that's referring to?
5     A.    It's comparing the same sera
6  run in the PRN versus the anti-IgG neut.
7  assay.
8     Q.    So if I understand this
9  correctly, and tell me if I'm wrong, the
10 76 percent seroconversion rate reference is
11 the result that was found by testing these
12 subjects using the PRN neutralization test
13 without the use of anti-IgG.  Is that correct?
14    A.    Standard neut., yes, the
15 standard neutralization assay which is the
16 PRN.  Yeah.
17    Q.    And the standard neutralization
18 assay does not use anti-IgG.  Correct?
19    A.    Correct.
20    Q.    Then the 91 percent
21 seroconversion rate is the result that was
22 found -- the seroconversion rate result that
23 was found by doing a test using the enhanced
24 PRN neutralization test which had anti-IgG.
25 Is that correct?

1          MARY K. YAGODICH
2     A.    Yes.
3     Q.    So how do you explain the
4  difference from 76 percent seroconversion rate
5  to 91 percent seroconversion rate?
6     A.    As I explained earlier,
7  antibody is present in the serum and the
8  means of anti -- adding anti-IgG better
9  enable you to detect the antibody there and
10 it shows that it is there.  Just by adding
11 anti-IgG, you're not falsely creating
12 antibody out of the air.  Like it doesn't
13 materialize out of nowhere.  It's already
14 present in the sample, you're just better
15 able to read it with the addition of
16 anti-IgG.
17    Q.    So in your opinion, then, the
18 76 percent seroconversion rate is not reliable
19 because there was no use of anti-IgG in that
20 test?
21         MR. SANGIAMO:  Objection to
22     form.
23         THE WITNESS:  I wouldn't say
24     that.
25 BY MR. SCHNELL:

1          MARY K. YAGODICH
2     Q.    Well, which of these two results
3  is the more reliable result, in your opinion?
4     A.    It wouldn't be my opinion --
5         MR. SANGIAMO:  Object to the
6     form.
7         MR. HALL:  Objection.
8         THE WITNESS:  It wouldn't be my
9     decision to say what's reliable or
10     more reliable or less reliable or --
11 BY MR. SCHNELL:
12    Q.    I'm not asking about anyone's
13 decision.  I'm just asking about in your
14 opinion, with your experience in this kind of
15 testing, which is the more reliable result?
16         MR. HALL:  Objection.
17         MR. SANGIAMO:  Objection to
18     form.
19         THE WITNESS:  I have to keep
20     saying this like a broken record.  My
21     job was to report results and the
22     decision of what was better or not
23     better or deemed more accurate or not
24     accurate would not be a decision that
25     would be up to me.

42 (Pages 162 - 165)

Appx2580

MARY K. YAGODICH

1 MARY K. YAGODICH
2 MR. SCHNELL: Can you repeat the
3 question, please?
4 - - -
5 (The court reporter read the
6 pertinent part of the record.)
7 - - -
8 MR. HALL: And the objections
9 were noted?
10 COURT REPORTER: Yes.
11 THE WITNESS: Again, it's -- it
12 wouldn't be a decision that I would --
13 I mean, an opinion that I would give,
14 or a decision. I mean, and it
15 wouldn't even -- it wasn't my decision
16 to implement this in the assay. My
17 job was to develop it and report
18 results.
19 BY MR. SCHNELL:
20 Q. Sitting here today, do you have
21 an opinion one way or the other as to which of
22 these results is a more accurate reflection of
23 how well the mumps vaccine works in the real
24 world?
25 A. No.

1 MARY K. YAGODICH
2 Q. Sitting here today, do you have
3 an opinion as to whether or not the use of
4 anti-IgG or not using anti-IgG is a better way
5 of testing how well a vaccine does in the real
6 world?
7 MR. HALL: Objection.
8 MR. SANGIAMO: Objection to the
9 form.
10 THE WITNESS: No.
11 BY MR. SCHNELL:
12 Q. And you don't have an opinion
13 even though you've tested many times how well
14 a vaccine works in the real world?
15 MR. HALL: Objection.
16 MR. SANGIAMO: Objection.
17 THE WITNESS: No.
18 BY MR. SCHNELL:
19 Q. Why don't you have an opinion?
20 MR. SANGIAMO: Objection.
21 MR. HALL: Objection.
22 THE WITNESS: Because just --
23 it's kind of like, like I like that
24 the sky is blue, I don't have an
25 opinion on it. Like I'm reporting

1 results, concrete results, giving
2 data. And, again, being not a senior
3 level scientist in 1997, I was four
4 grades, three grades lower, I was only
5 at Merck -- I wasn't even at Merck a
6 decade yet at that point. My job was
7 to develop assays and report data.
8 BY MR. SCHNELL:
9 Q. But I'm asking for your opinion
10 today. You've been in the field for over 20
11 years. You have an expertise --
12 A. I don't work on this anymore so
13 I don't have an opinion. This isn't what I
14 do.
15 Q. If you were told to perform a
16 certain test a certain way and you believed
17 that it wasn't an accurate way of testing,
18 would you not speak up and say I don't think
19 this is an accurate way of testing or would
20 you just do the test as told?
21 A. If it's a protocol that I was
22 given to run, I would run a protocol and that
23 would be it --
24 Q. So even if the --

1 MARY K. YAGODICH
2 A. -- on something developed.
3 Q. So even if the protocol, in your
4 opinion, was a completely unreliable way of
5 measuring neutralization, you wouldn't speak
6 up and say something?
7 MR. HALL: Objection.
8 THE WITNESS: No. Because if
9 I'm given a protocol validated
10 elsewhere and told to run it and run
11 these samples and give data, that's
12 what I do. That's what I would do.
13 BY MR. SCHNELL:
14 Q. The fact that there was a
15 76 percent seroconversion rate with the
16 standard neutralization test and a 91 percent
17 seroconversion rate with the neutralization
18 test enhanced with anti-IgG, does that tell
19 you anything with respect to how reliable
20 either one of these two tests are?
21 MR. HALL: Objection.
22 MR. SANGIAMO: Object to the
23 form.
24 THE WITNESS: No.
25 BY MR. SCHNELL:

MARY K. YAGODICH

1  Q.  Do you think the Protocol 006
2  testing that you were involved in reliably
3  measured how well the mumps vaccine worked in
4  the real world at the time?
5  A.  Yes.
6  Q.  And do you believe that the
7  Protocol 007 testing in which you engaged
8  accurately measured how well the mumps vaccine
9  worked in the real world at the time?
10  A.  Yes.
11  Q.  And the use or not use of
12  anti-IgG doesn't weigh into that at all.
13  Correct?
14  A.  No.
15  Q.  So when you were asked to
16  test -- I take that back.
17  When you were involved in
18  testing with the CDC and the NIH in 2006, did
19  you ever discuss the use or not the use of
20  anti-IgG in that testing?
21  A.  No.
22  Q.  Why not?
23  MR. SANGIAMO:  Object to the
24  form.

MARY K. YAGODICH

1  THE WITNESS:  Because I just
2  wouldn't.
3  BY MR. SCHNELL:
4  Q.  So the next paragraph in this
5  document three sentences in reads, "Retesting
6  of the pre-positive sera...."  By the way,
7  what's pre-positive sera?
8  MR. SANGIAMO:  Excuse me one
9  second, Gordon.  Are you going to give
10  her a chance to read that paragraph in
11  full?  Maybe she has, but I don't
12  know.
13  BY MR. SCHNELL:
14  Q.  If you need to.  I'll read the
15  whole sentence that I'm focused on and then we
16  can take it back.
17  MR. SANGIAMO:  And she'll have a
18  chance to read the whole paragraph?
19  BY MR. SCHNELL:
20  Q.  If you want to read it.
21  MR. SANGIAMO:  Thanks.
22  THE WITNESS:  [Reviewing
23  document.]
24  BY MR. SCHNELL:

MARY K. YAGODICH

1  Q.  Did you read that paragraph?
2  A.  Yes.
3  Q.  So let's -- before we get to
4  that, let's -- it's probably a good place to
5  stop and just go over a couple of terms.
6  So what does pre-positive mean?
7  A.  A pre-positive is an individual
8  who has not yet been vaccinated that does
9  show a titer response to the virus, an
10  antibody response to the virus.
11  Q.  So that would be someone whose
12  blood sample neutralizes the mumps vaccine,
13  but -- I'm sorry, neutralizes the mumps virus,
14  but not having been given the vaccine?
15  A.  Before having been vaccinated,
16  yes.
17  Q.  Okay.  Would you expect that to
18  occur very often in the population?
19  A.  I would assume it to not occur
20  very often but that -- again, it's just kind
21  of is a common sense thing.  If you haven't
22  been given the vaccine, if you haven't been
23  exposed to the immunogen, you wouldn't expect
24  to have preexisting antibodies.

MARY K. YAGODICH

1  Q.  Did you have -- through your
2  work at Merck, gain any understanding as to
3  the rough percentage of the population that
4  would be pre-positive?
5  A.  No.
6  Q.  And pre-negative means?
7  A.  Pre-negative, pre-vaccination,
8  seronegative.
9  Q.  And, again, so this would be
10  someone who has not yet been vaccinated, not
11  being able to neutralize the mumps virus?
12  A.  Yes.
13  Q.  And post-positive?
14  A.  Post-vaccination, seropositive.
15  Q.  Can you explain that in lay
16  terms?
17  A.  After having given the vaccine,
18  been given the vaccine, you have measurable
19  antibody titers.
20  Q.  And post-negative?
21  A.  You did not respond to the
22  vaccine.
23  Q.  So the vaccine did not work for
24  that individual?

Appx2582

MARY K. YAGODICH

2    A.   It did not induce an antibody
3  response.
4    Q.   For the purposes of Protocol
5  007, what was counted as a seroconversion?
6    A.   I don't remember.  It was a
7  something fold rise in titer like --
8    Q.   Okay.  Yeah --
9    A.   I mean, that I don't -- I don't
10  remember the exact numbers off the top of my
11  head.  It was a certain increase, either
12  twofold or fourfold maybe.  I don't remember
13  off the top of my head.
14    Q.   Now, if you were a pre-positive,
15  could you ever be counted toward seroconversion?
16    A.   I think, if I recall correctly
17  the criteria were set higher, so maybe it was
18  an eightfold rise in titer as opposed to a
19  twofold rise.
20    Q.   But regardless of the rise in
21  titer, if there was a blood sample that was a
22  pre-positive, meaning before they were given
23  the vaccine they were producing antibodies,
24  could that sample ever be counted towards a
25  seroconversion?

MARY K. YAGODICH

2    A.   I don't remember --
3    Q.   You don't remember a lot.
4    A.   -- how the samples were
5  treated.
6    Q.   Would it make sense to ever
7  count a pre-positive towards seroconversion
8  given that it was already showing
9  neutralization towards the virus before being
10  given the vaccine?
11    A.   I don't remember how the
12  samples were handled.
13       MR. SANGIAMO:  Object to the
14  form.
15       THE WITNESS:  I don't remember.
16  BY MR. SCHNELL:
17    Q.   So you don't recall how
18  pre-positives --
19    A.   No.
20    Q.   -- worked?
21    A.   No.
22    Q.   Do you recall if there were any
23  issues with the pre-positives that arose with
24  the Protocol 007 testing?
25    A.   No.

MARY K. YAGODICH

2    Q.   Do you recall any issues that
3  arose with Protocol 007 testing?
4    A.   No.
5    Q.   Do you remember --
6       MR. SANGIAMO:  Object to the
7  form.
8       MR. HALL:  Objection.
9       MR. SANGIAMO:  Object to the
10  form on this.
11       THE WITNESS:  What do you mean
12  issues?  Like --
13  BY MR. SCHNELL:
14    Q.   Problems.
15    A.   I'm not sure what you mean by
16  "issues."  Problems?  No.
17    Q.   Do you recall that the FDA
18  inspected Merck's lab in connection with the
19  Protocol 007 testing?
20    A.   No.
21    Q.   Would that have been a big deal?
22       MR. SANGIAMO:  Objection.
23       THE WITNESS:  I don't know.  I
24  was on maternity leave.
25  BY MR. SCHNELL:

MARY K. YAGODICH

2    Q.   You would have heard about it,
3  wouldn't you have?
4    A.   I was home with a baby, a
5  two-year-old, and a newborn.  So if it -- it
6  would be something that I would have been
7  told, I don't remember or honestly probably
8  wouldn't have cared at the time because I had
9  a newborn and a two-year-old and was on
10  maternity leave.  So my focus would be on
11  being a mommy at the time.
12    Q.   So going back -- oh, there's a
13  couple other terms.  What does -- what does
14  the ruggedness of a test mean, if you know?
15    A.   It's a validation term.  It's
16  one of seven validation parameters.  You
17  could go on fda.gov or anywhere and just say
18  the assay validation parameters, and they'll
19  come up.  It's just a term describing -- it's
20  just another parameter for how well your
21  assay is running.
22    Q.   Do you recall what the other six
23  are or any of them?
24    A.   Off the top of my head,
25  reproducibility, robustness, inter-assay

45 (Pages 174 - 177)

MARY K. YAGODICH

1  precision, intra-assay precision. And I
2  can't remember the other one.
3      Q.    Specificity, is that one of
4  them?
5      A.    Specificity. I think so. I
6  think so.
7      Q.    Is sensitivity one of them?
8      A.    I don't remember if that's one
9  of them or not.
10      Q.    What does specificity mean?
11      A.    Specificity, the fact that
12  you're using the right antigen in an
13  appropriate cell substrate. Like, things
14  like that. Like --
15      Q.    Okay. So getting back to this
16  document, in the middle of the paragraph, the
17  third paragraph, "Retesting of the
18  pre-positive sera from other serum sets has
19  shown that the pre-positives often do not
20  repeat (although post-positives do repeat)."
21      Do you see that sentence?
22      A.    Oh, read -- okay. Okay. Yeah.
23      Q.    Do you have an understanding
24  what that is referring to?

MARY K. YAGODICH

1      A.    I think just what it states,
2  that serum were rerun to confirm results.
3      Q.    When you say "rerun," do you
4  mean retested?
5      A.    Retested, repeated, yeah.
6      Q.    So was that part of the protocol
7  for Protocol 007 testing, to retest the
8  results?
9      A.    I have no idea.
10      Q.    Well, you were involved in the
11  testing. Right?
12      A.    I don't remember.
13      Q.    You were involved in the
14  protocol, developing the protocol, too.
15  Correct?
16      A.    Yes, but this specific retesting
17  I don't recall at all. I don't remember.
18      Q.    Then the next sentence reads,
19  "Although it would likely drive the testing
20  lab mad, a retest policy on all sera might
21  reduce the pre-positive rate."
22      Do you see that?
23      A.    I read that, yes.
24      Q.    Do you recall that policy being

MARY K. YAGODICH

1  implemented on Protocol 007?
2      A.    No.
3      Q.    So it was not implemented on
4  Protocol 007 or you don't recall one way or
5  the other?
6      A.    I don't recall. I do not
7  recall.
8      Q.    Why would there be -- if you
9  know, why would there be any kind of goal of
10  reducing pre-positive rate?
11      MR. SANGIAMO: Object to the
12  form.
13      THE WITNESS: I don't know.
14  BY MR. SCHNELL:
15      Q.    How does a pre-positive impact
16  the testing for plaque-reduction neutralization?
17      MR. SANGIAMO: Object to the
18  form of that.
19      THE WITNESS: I don't know. I
20  don't -- I don't know what exactly
21  you're saying. Again, I mean, I don't
22  understand why -- what you mean by
23  "impact." Like that's where I'm
24  confused. I mean, again, you're

MARY K. YAGODICH

1  reporting a titer and getting a
2  result, and I mean --
3  BY MR. SCHNELL:
4      Q.    Well, here David Krah is saying
5  "...a retest policy on all sera might reduce
6  the pre-positive rate." Why would David Krah
7  care about the pre-positive rate?
8      MR. SANGIAMO: Object to the --
9      THE WITNESS: I have no idea.
10  BY MR. SCHNELL:
11      Q.    You worked with him for how many
12  years, 20 years, and you have no understanding
13  as to what he meant here when he said that he
14  wanted to -- well, that he said that a retest
15  policy might reduce the pre-positive rate?
16      A.    I don't know why he would want
17  to suggest retesting. Maybe it was his
18  suggestion from somebody else, I don't know.
19  I have no idea. I didn't write this memo,
20  Dave did. So I can't speak to it. I mean, I
21  can only say if there -- it was a directive
22  saying we're going to retest, then you retest
23  samples. But, again, it's, you know, me
24  doing my job and not being a supervisor or a

46 (Pages 178 - 181)

Appx2584

MARY K. YAGODICH

1  director or in any position to make these
2  decisions.
3      Q.   So if David Krah --
4      A.   I can't speak to why Dave would
5  say that.
6      Q.   If David Krah asked you as part
7  of your work in Protocol 007 to retest all the
8  pre-positive samples, would you have done
9  that?
10     A.   If he asked me to test
11  something, I would.
12     Q.   So if he asked you to test,
13  retest all the pre-positive samples but no
14  other samples, would you have done that?
15     A.   If that's what Dave asked me to
16  test, I would test it.
17     Q.   And if he asked you to recheck
18  all the results that were pre-positive but
19  none of the other results in the Protocol 007
20  testing, would you have done that?
21     A.   If Dave asked me to do
22  something and requested that I do it, or
23  Colleen or Jenny or anyone in the lab, of
24  course it would get done.

MARY K. YAGODICH

1      Q.   Would you ask -- in those
2  situations that I just gave you, if that had
3  been asked of you, would you have asked why?
4          MR. SANGIAMO:  Object to the
5  form.
6          THE WITNESS:  No.
7  BY MR. SCHNELL:
8      Q.   You would just do it because
9  they asked you to do it?
10     A.   Yes.
11     Q.   So if David Krah asked you to
12  change results that came out from the Protocol
13  007 testing, would you have done it?
14     A.   Change results?
15     Q.   Yes.
16     A.   Dave didn't ask me to change
17  results.
18     Q.   I didn't ask you that.  If he
19  had asked you to change results, would you
20  have?
21         MR. SANGIAMO:  Object to the
22  form.
23         THE WITNESS:  That's still the
24  question I don't understand.

MARY K. YAGODICH

1  BY MR. SCHNELL:
2      Q.   What don't you understand it
3  about it?
4      A.   Because changing results,
5  that's not -- I mean, I don't understand what
6  you're saying.
7      Q.   If David Krah asked you to
8  change the results of what you found when you
9  were counting plaques in the Protocol 007
10  testing, would you have done it?
11     A.   Changing results.  I don't
12  understand what you mean by changing results.
13     Q.   So if you had done plaque counts
14  and you found on a particular sample a 5, a 7
15  and a 9 for plaque counts, and he went back
16  and said change that to a 9, an 11 and a 13,
17  would you have done it?
18     A.   If the plaques aren't there,
19  Dave wouldn't ask me to do that.
20     Q.   But if he did, would you do it?
21         MR. SANGIAMO:  Object to the
22  form.
23         THE WITNESS:  Changing a result
24  I would not do, nor would I have been

MARY K. YAGODICH

1  asked to change a result.
2  BY MR. SCHNELL:
3      Q.   So there you wouldn't do it.  If
4  he had asked you to do it, you would say, no,
5  I'm not changing results.  Right?
6      A.   Correct.
7      Q.   But if he asked you to recount
8  plaques on a certain selected portion of the
9  Protocol 007 testing, would you have done
10  that?
11     A.   If he felt the result was out
12  of -- I guess the industry term is an
13  outlier, like one that doesn't behave
14  normally or gives a completely different
15  result than expected, you'd want to confirm
16  that it was correct and accurate.
17     Q.   So if he asked you to do this
18  selective type of rechecking and recounting,
19  would you say, well, sure, but first tell me
20  why so I know it's a good reason, or would you
21  just do it?
22         MR. HALL:  Objection.
23         MR. SANGIAMO:  Object to the
24  form.

47 (Pages 182 - 185)

1          MARY K. YAGODICH
2          THE WITNESS:  I don't -- I mean,
3     I'm sure we would have discussion
4     around it, but I can't recall what
5     that would have been.  And if --
6     knowing Dave and his affinity for
7     accuracy, it would just be to make
8     sure if something is out of the norm,
9     to confirm is it truly out of the
10     norm, was it tabulated correctly.  It
11     would be for the sake of accuracy.  It
12     wouldn't be -- I can't think of any
13     other reason why Dave would ask me to
14     check an outlier.
15     BY MR. SCHNELL:
16          Q.    So did Mr. Krah or anyone else
17     at Merck ever ask you to recheck any of the
18     plaque counting that was done on Protocol 007?
19          A.    Intermittently, yes.  It would
20     be -- but it would be in all sorts of
21     context.  It would be if a colleague was
22     counting an assay and something appeared
23     unclear, that person would go -- could go to
24     any other colleague trained to just look, you
25     know, take a look/see and look at the same

1          MARY K. YAGODICH
2     plate.  It could be Dave, it could be me, it
3     could be anyone.  So it wouldn't
4     necessarily -- it would occur throughout the
5     process.  It wouldn't always be -- in a
6     manner of assisting one another in the lab
7     and then also once data would be tabulated
8     and Dave would look over the data and he
9     would say, oh, that one is pre-positive,
10     well, let's look at it and make sure it's
11     counted correctly, and he would ask me to
12     check it.  And so pre-positives would remain
13     as such.
14          Q.    What does that mean,
15     "pre-positives would remain as such"?
16          A.    After being checked, they were
17     still pre-positive, the titers didn't change
18     or the result would change.
19          Q.    Every single time you rechecked
20     a pre-positive, it remained a pre-positive?
21          A.    To my knowledge, from what I
22     can recall, the titers didn't -- they stayed
23     the same.
24          Q.    So -- but you do acknowledge
25     that Dr. Krah asked you to recheck

1     pre-positives.  Correct?
2          A.    Yes.
3          Q.    Did he ask others in the lab to
4     recheck pre-positives?
5          A.    I don't recall.
6          Q.    Did he ask you to check
7     pre-negatives?
8          A.    I don't recall.
9          Q.    Did he ask you to check
10     post-positives?
11          A.    I don't recall.
12          Q.    Did he ask you to check
13     post-negatives?
14          A.    I don't recall.
15          Q.    So the only thing you do recall
16     is him, is Dr. Krah asking you to check
17     pre-positives?
18          A.    Yes.
19          Q.    Do you recall why he asked you
20     to check pre-positives?
21          MR. SANGIAMO:  Object to the
22     form.
23          THE WITNESS:  No.
24     BY MR. SCHNELL:

1          MARY K. YAGODICH
2          Q.    Did you ask him why?
3          A.    No.
4               - - -
5          (Exhibit Yagodich-7, 8/23/00
6          Memo, Bates MRK-KRA00016632 - 16635,
7          was marked for identification.)
8               - - -
9     BY MR. SCHNELL:
10          Q.    I'd like to mark as Yagodich
11     Exhibit 8 --
12          A.    7.
13          Q.    7, thank you.  A memo dated
14     August 23, 2000, from David Krah to Alan Shaw,
15     titled, "Monthly report for August, 2000,"
16     Bates number 16632 to 35.  And this comes from
17     the files of Ms. Yagodich.
18               Does this format, not this
19     particular document itself, but does this
20     format of a document titled the monthly
21     report, look familiar to you?
22          A.    Yes.
23          Q.    Were you involved in preparing
24     these?
25          A.    It was mostly Dave.

MARY K. YAGODICH

1  MARY K. YAGODICH
2      Q.   Did you ever help him in
3  preparing these?
4      A.   Providing data for Dave to put
5  in the monthly report.
6      Q.   The only reason I ask is because
7  I saw a document that said -- that referenced
8  Mary was working on the monthly report, so I
9  just wanted to know if that meant that
10  sometimes you prepared it, sometimes he
11  prepared it, or if you were involved in any
12  way?
13      A.   The monthly report came from
14  the group overall.  So I don't ever recall
15  specifically writing an entire one of these
16  and making them every month on my own, no.
17      Q.   But you contributed to some of
18  them?
19      A.   Yes.
20      Q.   Okay.  And these -- there's a cc
21  on the back to the lab staff and Paul Keller.
22  Lab staff would be you and other members of
23  the -- of David Krah's lab.  Is that correct?
24      A.   Uh-huh.
25      Q.   So you would receive copies of

1  MARY K. YAGODICH
2  these regularly?
3      A.   Uh-huh.
4      Q.   Who is Paul Keller?
5      A.   He was an MRL scientist, which
6  he retired so he's no longer at Merck.
7      Q.   When did he retire?
8      A.   I don't remember exactly when.
9      Q.   Why was he copied along with the
10  lab staff on this?
11      A.   I couldn't tell you.
12      Q.   But he wasn't in your lab.
13  Right?
14      A.   No, but he was part of
15  vaccine's -- he was a member of the group
16  reporting to Alan.
17      Q.   Okay.  So was this something,
18  this kind of report something that Mr. Krah,
19  Dr. Krah completed every month for Mr. Shaw?
20      A.   Yes.
21      Q.   Did this continue throughout
22  your whole tenure with -- in Dr. Krah's lab?
23      A.   I would assume so.
24      Q.   Well, in terms of your being in
25  the lab, do you recall getting these pretty

1  much throughout the time until you left?
2      A.   Yes.
3      Q.   And do you know what the purpose
4  of these memos was?
5      A.   To just update on what was
6  going on in the lab.
7      Q.   Update Mr. Shaw?
8      A.   Yes.
9      Q.   Okay.  So the first -- under
10  "Measles, Mumps and Rubella" it says after
11  number 1, Modification of the standard mumps
12  neutralization assay to include an incubation
13  with anti-human IgG, then there's
14  parenthetical, has been evaluated to determine
15  whether the sensitized assay is capable of
16  detecting greater than or equal to 95 percent
17  seroconversion in vaccinees.
18          Do you see that?
19      A.   Yes.
20      Q.   The reference there is to the
21  Protocol 007 test with anti-IgG that we've
22  been discussing.  Is that correct?
23      A.   Yes.
24      Q.   What is the reference there to

1  MARY K. YAGODICH
2  the greater than or equal to 95 percent
3  seroconversion rate?
4          MR. SANGIAMO:  Are you going to
5      let her read the rest of the
6      paragraph?
7  BY MR. SCHNELL:
8      Q.   You can always read as much of
9  the document as you want if you need to.
10          MR. SANGIAMO:  Why don't you
11      read the rest of that paragraph.
12      Continue.
13  BY MR. SCHNELL:
14      Q.   So my question was about the 95
15  percent -- greater than or equal to 95 percent
16  seroconversion.
17      A.   Okay.
18      Q.   It says this is a target
19  established by CBER that demonstrate adequate
20  immunogenicity of the mumps vaccine in current
21  use at the time.  Do you know where that 95
22  percent figure came from?
23      A.   No.
24      Q.   Do you know why that was a
25  target set by CBER?

Appx2587

1 　　　　MARY K. YAGODICH
2 　　A.　No.
3 　　Q.　But that was the target that you
4 and your group were trying to reach with the
5 Protocol 007 testing.  Is that correct?
6 　　　　MR. SANGIAMO:  Object to the
7 　　form.
8 　　　　THE WITNESS:  We were employing
9 　　anti-IgG in the assay and utilizing
10 　　the protocol developed by CBER and,
11 　　again, it's just reporting titers.
12 　　It's not like we were shooting for a
13 　　magic number.  I mean, I think that
14 　　was a predictive in my best opinion,
15 　　but why -- the criteria for that, I
16 　　don't know why they would set that
17 　　figure.
18 BY MR. SCHNELL:
19 　　Q.　I don't know if you meant to --
20 if you misspoke or not.  I just want to be
21 clear for the record.  You said the protocol
22 developed by CBER?
23 　　A.　Oh, well, the agent, the
24 anti-IgG enhanced assay with mumps was
25 originally developed at CBER --

1 　　　　MARY K. YAGODICH
2 　　Q.　So --
3 　　A.　-- by scientists in the NIH.
4 　　Q.　But you didn't mean that --
5 　　A.　The protocol.
6 　　Q.　-- Protocol 007 was developed by
7 CBER, did you?
8 　　A.　No.  No.  I mean the assay, the
9 anti-IgG enhanced.
10 　　Q.　The use of anti-IgG, the idea of
11 that was developed at CBER, that's what you're
12 saying?
13 　　A.　They're -- they had a mumps
14 assay utilizing anti-human IgG.
15 　　Q.　And do you know what negative
16 control they used in that assay?
17 　　A.　No.
18 　　Q.　Do you know if it was the same
19 negative control that you used in Protocol
20 007?
21 　　A.　No, I don't remember.
22 　　Q.　Would that have made a
23 difference in terms of your view of the
24 reliability of the Protocol 007 assay?
25 　　A.　No.

1 　　　　MARY K. YAGODICH
2 　　Q.　Would it have been important if
3 you were using the anti-IgG that CBER used in
4 its assay to also use the same negative
5 control that they used in the assay with the
6 anti-IgG?
7 　　A.　No.
8 　　Q.　So if you read further on in
9 this paragraph, it's the sentence that says,
10 "Preliminary studies have focused on
11 identifying an optimum concentration of
12 anti-human IgG that provides adequate
13 sensitivity to detect post-vaccination
14 responses, but does not provide excess
15 pre-vaccination positive titers."
16 　　　　Do you see that?
17 　　A.　Yes.
18 　　Q.　What's your understanding of
19 what Dr. Krah was saying there?
20 　　A.　If you -- what he's saying is
21 trying to optimize the dilution of anti-IgG
22 that -- well, it gives you a clearer signal.
23 If you saturate -- that's why test --
24 different dilutions were tested and
25 evaluated.  If you have too much in there,

1 　　　　MARY K. YAGODICH
2 your signal to a noise goes up.  It's
3 called -- I think Dave refers to this as a
4 like prozone sort of thing, prozone effect.
5 And if you dilute it out too far, then
6 you've -- you dilute it out too far and it's
7 not effective.  You're just finding an
8 optimum concentration.
9 　　Q.　Why did you need to mess with
10 this -- I'll take that back because I already
11 hear the objections coming for that word.
12 　　　　Why would you need to test
13 different concentrations of anti-IgG if
14 anti-IgG was merely a way to enhance the
15 finding of neutralization?
16 　　A.　Well, it was part of the --
17 that's what we did for assay development.  I
18 mean, just trying different dilutions and see
19 what works the best.  I mean, as far as, you
20 know, more -- I can't describe assay
21 development any clearer.  But it's kind of --
22 where you found your, I guess, strongest
23 signal, most sensitive signal, would be based
24 on you don't want to saturate your sample
25 with too much anti-IgG and you don't want to

Appx2588

MARY K. YAGODICH

1  MARY K. YAGODICH
2  not have a signal at all because you didn't
3  add enough in.  It's just finding the optimal
4  concentration.
5      Q.    But at no dilution would the use
6  of -- would the anti-IgG result in the
7  neutralization that wasn't caused by the
8  vaccine.  Correct?
9      A.    It wouldn't, no.  I can't
10  explain it more adequately.  I mean, it just
11  by mode of action how it works, it's again,
12  you can't add -- if you didn't test anything
13  undiluted, everything would, you know what
14  I'm -- I can't explain this properly.
15      The -- our directive was to
16  develop the assay and just find the optimal
17  concentration and just by repeating,
18  repeating runs and trying different dilutions
19  and whatever Dave determined to be the most
20  sensitive or the results from the assay were
21  deemed by our, you know, whatever team made
22  these decisions, whether it gave the clearest
23  result.  And that determination would be made
24  after results were given, so...
25      Q.    So at some dilution of anti-IgG,

1  MARY K. YAGODICH
2  it would result in excess pre-vaccination
3  positive titers.  Correct?
4      A.    I don't recall if that was the
5  effect of too much anti-IgG being added.
6      Q.    Well, isn't that what Dr. Krah
7  is saying here when he writes that "...but
8  does not provide excess pre-vaccination
9  positive titers"?
10      MR. SANGIAMO:  Object to form.
11      THE WITNESS:  The best way that
12      I can describe this is in the
13      industry, it's called signal-to-noise
14      ratio, and you -- when you find an
15      optimal concentration, you have
16      optimal signal and reduce and little
17      to no noise, and that the best way I
18      can describe it.  Dave can expound
19      upon this.  But as far as the assay
20      development goes, we ran multiple
21      human samples and compared all kinds
22      of concentrations of anti-human IgG to
23      find the optimal -- I mean, you want
24      your assay to run as accurately as
25      possible.  You don't want -- I mean,

1  MARY K. YAGODICH
2      that is the goal of what research is.
3      You want your assay to be reliable and
4      reproducible and everything within,
5      you know, validation parameters.
6  BY MR. SCHNELL:
7      Q.    Are you equating accuracy with
8  sensitivity?
9      A.    Yes.
10      Q.    Is it possible that a test can
11  be too sensitive?
12      A.    No.
13      Q.    Is it possible that the use of
14  anti-IgG can make a test too sensitive?
15      A.    No.
16      Q.    Is it possible that the use of
17  anti-IgG can result in too many pre-positives?
18      MR. SANGIAMO:  Object to the
19      form.
20      THE WITNESS:  That, I don't
21      know.  I don't remember that.  Like I
22      can't -- I mean, if Dave is saying it
23      in this memo, that's Dave saying that
24      in that memo.  So I can't speak to
25      that.  I don't recall.  I mean, I

1  MARY K. YAGODICH
2      definitely don't remember.
3  BY MR. SCHNELL:
4      Q.    You don't have any reason to
5  believe that he misspoke in this memo, do you?
6      MR. HALL:  Objection.
7      THE WITNESS:  No.
8  BY MR. SCHNELL:
9      Q.    But you have no understanding
10  sitting here today about how the use of
11  anti-IgG could result in an excess level of
12  pre-vaccination positive titers?
13      A.    No.
14      Q.    Would that be a problem if an
15  assay had an excess level of pre-positives?
16      MR. HALL:  Objection.
17      MR. SANGIAMO:  Object to the
18      form.
19      THE WITNESS:  No.
20  BY MR. SCHNELL:
21      Q.    That would not be a problem?
22      A.    I mean, I can't confirm or deny
23  whether that -- I mean, I can't agree or
24  disagree with that.
25      Q.    You don't know whether or not

51 (Pages 198 - 201)

MARY K. YAGODICH

1
2  having an excess level of pre-positives would
3  be a problem in a PRN neutralization test?
4         MR. HALL:  Objection.
5         MR. SANGIAMO:  Object to the
6     form.
7         THE WITNESS:  I don't know.
8  BY MR. SCHNELL:
9     Q.    Can you think of any reason why
10 it would be a problem?
11        MR. SANGIAMO:  Object to the
12    form.
13        THE WITNESS:  No.
14 BY MR. SCHNELL:
15    Q.    But, again, you would expect
16 there to be an extremely small number of
17 pre-positives in a PRN neutralization test of
18 a vaccine.  Correct?
19        MR. SANGIAMO:  Object to the
20    form.
21        MR. HALL:  Objection.
22        THE WITNESS:  I don't agree or
23    disagree with that, I don't know.
24 BY MR. SCHNELL:
25    Q.    Well, let me make it specific to

MARY K. YAGODICH

1
2  the Protocol 007 test.  Would you have
3  expected there to be any pre-positives in the
4  testing?
5     A.    I would not expect anything.
6     Q.    What does that mean?
7     A.    I wouldn't expect, I would just
8  run samples and get results.  I can't predict
9  what is going to be in a vial.  I can't --
10 nor can anyone, which is why you have tests.
11    Q.    So as a virologist with more
12 than 20 years' experience having performed
13 hundreds of neutralization tests, your
14 testimony is that you don't have any opinion
15 as to whether or not -- strike that.
16        You have no opinion -- let me
17 strike that altogether.
18        So your opinion with all this
19 experience in virology and with all this
20 experience in neutralization tests, is that a
21 pre-positive rate in a neutralization test
22 could be low, could be high, you have no
23 understanding as to what would be a measure of
24 a reliable test?
25        MR. SANGIAMO:  Objection to the

MARY K. YAGODICH

1
2     form.
3         MR. HALL:  Objection.
4         THE WITNESS:  I'm not
5     understanding that question at all.
6  BY MR. SCHNELL:
7     Q.    Let me make it specific.
8     A.    I'm not understanding what
9  you're saying.
10    Q.    Protocol 007, you had no
11 expectation one way or the other what the
12 level of pre-positives would be in the
13 testing?
14    A.    No.  That's why you run an
15 assay.  You get -- you don't know going into
16 it what -- you can't expect anything.  You
17 expect to run a sample and you expect to get
18 data and you expect to have an answer that
19 way, but I think conjecture on what you're
20 going to see is pointless.
21    Q.    So if you ran a neutralization
22 test --
23    A.    I mean --
24    Q.    -- and you had 100 percent of
25 pre-positives in the samples, what would that

MARY K. YAGODICH

1
2  tell you about the test, if anything?
3     A.    I still don't understand what
4  you're saying, asking or --
5     Q.    If in running Protocol 007 you
6  found that 100 percent of the samples were
7  pre-positive, would that have told you
8  anything about the reliability of the test?
9     A.    I still don't understand what
10 you're saying.
11    Q.    What don't you understand?
12    A.    Why -- I mean, I still don't
13 understand.  I mean, if you -- the point of
14 assay development is that if you -- I still
15 don't understand what you're saying.  Like if
16 they're all pre-positive, I mean, it's kind
17 of like -- I mean, in a two-year-old who
18 is -- or a one-year-old who has never been
19 vaccinated, I mean, predictably you would
20 think, well, they haven't had mumps and they
21 haven't been immunized.  So I just think -- I
22 don't know.  I still don't understand what
23 you're saying.
24    Q.    Why don't we flip the page.
25        MR. SANGIAMO:  Gordon, are you

Appx2590

1  MARY K. YAGODICH
2  going to get to a breaking point here
3  soon?
4       MR. SCHNELL: Yeah. Why don't
5  we finish this document, about five
6  minutes or so.
7       MR. SANGIAMO: All right.
8  BY MR. SCHNELL:
9       Q.   So in the carryover paragraph,
10 Dr. Krah references an unexpectedly
11 pre-positive rate, 22 percent. Do you see
12 that?
13      MR. SANGIAMO: Where are you
14      reading?
15 BY MR. SCHNELL:
16      Q.   The carryover paragraph, about
17 seven lines down. Do you see there's a
18 reference to "...an unexpectedly high
19 pre-positive rate"? Do you see that?
20      A.   Yes.
21      Q.   Now, your testimony, I think,
22 and correct me if I'm wrong, is that you have
23 no expectation one way or the other as to what
24 the pre-positive rate should have been with
25 the Protocol 007 testing. Is that correct?

1  MARY K. YAGODICH
2       A.   Neither would I remember. I
3  wouldn't remember this document, you know
4  what I mean? So this -- anyway. I just do
5  not remember these figures or percentages.
6       Q.   Now having seen this, do you
7  recall that there was an issue that Dr. Krah
8  had flagged about an unexpectedly high
9  pre-positive rate in the Protocol 007 testing?
10      MR. SANGIAMO: Objection.
11      MR. HALL: Objection.
12      THE WITNESS: I don't -- I still
13      don't remember this. Even with
14      reading it, I don't recall that.
15 BY MR. SCHNELL:
16      Q.   Now, a pre-positive means that
17 someone is immune to the virus but without
18 having had the vaccine. Correct?
19      MR. HALL: Objection.
20      THE WITNESS: They show an
21      antibody response, a neutralization
22      response, but without having been
23      vaccinated.
24 BY MR. SCHNELL:
25      Q.   And that neutralization response

1  MARY K. YAGODICH
2  correlates to protection from the disease.
3  Correct?
4       A.   Well, it shows you can
5  neutralize mumps.
6       Q.   And if you can neutralize mumps,
7  that means you're not going to catch mumps.
8  Right?
9       A.   Well, you would hope.
10      Q.   If the vaccine is working?
11      MR. SANGIAMO: Object to the
12      form.
13      THE WITNESS: Well, I guess it's
14      all semantics, but if you mount an
15      antibody response, you're able to
16      neutralize mumps. And why that would
17      occur in a naive individual without
18      having been vaccinated, no one can
19      explain that.
20 BY MR. SCHNELL:
21      Q.   If you could flip back, the very
22 bottom paragraph, it references seroconversion
23 rates of 79.5 percent.
24      MR. SANGIAMO: Hang on a second,
25      Gordon. I don't think she's looking

1  MARY K. YAGODICH
2  at the same thing you are.
3       THE WITNESS: Wait, where am I?
4  BY MR. SCHNELL:
5       Q.   The first page, sorry. The
6  bottom of that page it references
7  seroconversion rates of 79.5 percent and 91.7
8  percent. Do you see that?
9       A.   Uh-huh.
10      Q.   And then 94 percent.
11      A.   Okay.
12      Q.   And, again, the 79.5 percent
13 seroconversion rate was from testing done with
14 the standard neutralization test that did not
15 have anti-IgG. Is that correct?
16      A.   This is still reporting
17 responses, as far as I can tell, from
18 development. Like I don't think these are
19 final reports or -- you know what I'm --
20 like, this isn't --
21      Q.   Yeah. I'm not asking whether
22 they were final or not.
23      A.   Yeah. I mean --
24      Q.   I'm just saying that these
25 figures, this 79.5 percent seroconversion rate

MARY K. YAGODICH
1          MARY K. YAGODICH
2  refers to results using the standard
3  neutralization test without anti-IgG.
4  Correct?
5      A.   Yes, that's what it reads.
6      Q.   And the 91. --
7      A.   That's what it's saying.
8      Q.   I'm sorry?
9      A.   That's what it states.
10     Q.   And then 91.7 to 94 percent
11 seroconversion rates were after anti-IgG was
12 added to this to test. Is that correct?
13     A.   As Dave -- yes, as Dave is
14 stating in this, that's what he's --
15     Q.   You have no reason to doubt what
16 he's stating here. Correct?
17     A.   He's reporting data, so I
18 wouldn't -- it was just -- I'm reading data
19 that's being reported.
20          MR. HALL: Gordon, can we take a
21     break at a convenient time?
22          MR. SCHNELL: I'm sorry, I just
23     wanted to finish this document --
24          MR. HALL: Yeah.
25          MR. SCHNELL: -- so just a

1          MARY K. YAGODICH
2      couple minutes.
3          MR. HALL: Yeah, give you a
4      minute.
5  BY MR. SCHNELL:
6      Q.   The ultimate -- the ultimate --
7  the strain of mumps virus that was used with
8  the enhanced PRN neutralization test was a low
9  passage Jeryl Lynn strain. Correct?
10     A.   Yes.
11     Q.   And it was the JL135. Do you
12 recall?
13     A.   I don't remember exactly what
14 the nomenclature was, but I remember it being
15 low passage Jeryl Lynn.
16     Q.   Did you ever perform a test on a
17 low passage Jeryl Lynn strain using the
18 standard neutralization test?
19     A.   I don't remember.
20          MR. SCHNELL: Okay.
21          VIDEOGRAPHER: Off the record at
22     1:12. This will end disc number
23     three.
24              - - -
25          (A recess was taken.)

1          MARY K. YAGODICH
2              - - -
3          VIDEOGRAPHER: The time now is
4      2:06. Back on the record. Beginning
5      of disc number four.
6              - - -
7          (Exhibit Yagodich-8, Anti-IgG
8      Enhanced Mumps Neutralization Assay-Update:
9      October 8, 2000, Bates MRK-KRA00014542
10     - 14547, was marked for identification.)
11             - - -
12 BY MR. SCHNELL:
13     Q.   I'd like to introduce as
14 Yagodich Exhibit 8 a document titled:
15 "Anti-IgG Enhanced Mumps Neutralization Assay
16 Update: October 8, 2000," Bates range 14542
17 through 14547. This also comes from the files
18 of Ms. Yagodich.
19          Do you recognize this document?
20     A.   No.
21     Q.   Do you believe you've ever seen
22 this document before?
23     A.   Yes.
24     Q.   What makes you believe that you
25 have seen it?

1          MARY K. YAGODICH
2      A.   It appears that it is a
3  presentation at a meeting, like meeting
4  slides or rather these would have been on a
5  projector because there was no PowerPoint,
6  so...
7      Q.   And the second page actually
8  says, "Data presented at August 18, 2000 CAS
9  meeting." Do you know what CAS stands for
10 there?
11     A.   See, I don't recall what that
12 acronym was for.
13     Q.   Clinical assay subcommittee,
14 does that ring a bell?
15     A.   Clinical -- that would work.
16     Q.   But that doesn't ring a bell in
17 terms of any committees that you were a part
18 of?
19     A.   No.
20     Q.   Do you believe you were at this
21 meeting?
22     A.   I can't confirm or deny if I
23 was or was not.
24     Q.   Does the fact that it came from
25 your files suggest to you whether you were at

54 (Pages 210 - 213)

MARY K. YAGODICH

1 that meeting one way or the other?
2
3     A.   Dave would have made copies of
4 his presentations and given them to
5 everybody. So I would have had it whether I
6 was at the meeting or not.
7     Q.   Do you see under "Objective" on
8 the first page it says, Identify a mumps
9 neutralization assay format using a,
10 quote/unquote, wild-type mumps strain that
11 permits measurement of a greater or equal 95
12 percent seroconversion rate in MMR II
13 vaccinees?
14     Do you see that?
15     A.   I see that.
16     Q.   Is that an accurate statement of
17 what your understanding was of the objective
18 of Protocol 007?
19     MR. SANGIAMO: Object to the
20 form.
21     THE WITNESS: That is the
22 parameter that was set by CBER.
23 BY MR. SCHNELL:
24     Q.   What was the parameter?
25     A.   95 percent.

MARY K. YAGODICH

1
2     Q.   Yes, but my question is, the
3 objective that's listed here, is that an
4 accurate statement of what the objective was
5 for Protocol 007?
6     A.   I'm not sure what exactly
7 what -- if this is referring to assay
8 development or implementing in the protocol.
9 Like, I'm not exactly sure what -- I don't
10 remember what this would be for, or if it was
11 in the time frame of the schedule, I mean
12 between assay development and actually
13 running the assay, I don't know when this
14 would -- where this would fall.
15     Q.   You were involved in developing
16 Protocol 007. Correct?
17     MR. SANGIAMO: Object to the
18 form.
19     THE WITNESS: Development of an
20 assay? Yes. Development of 007, no.
21 BY MR. SCHNELL:
22     Q.   What's the difference?
23     A.   007 is a clinical trial of
24 which I would have no involvement.
25     Q.   Who was responsible for

MARY K. YAGODICH

1 developing the 007 clinical trial?
2     A.   I don't remember.
3     Q.   So what was your role in
4 developing an assay?
5     A.   My role in developing an assay
6 was to collaborate with my group and my
7 supervisor to develop the assay.
8     Q.   Which assay are you referring
9 to?
10     A.   For Protocol 007.
11     Q.   So you were involved in
12 developing the assay used for Protocol 007?
13     A.   Yes.
14     Q.   And is this an accurate
15 statement of the objective that you followed
16 in developing the Protocol 007 assay?
17     MR. HALL: Objection.
18 Objection.
19     THE WITNESS: The -- my
20 objective was to help develop the
21 assay and utilize mumps strain --
22 mumps virus and co-developing it with
23 Dave and our group. Any decisions
24 with regards to strain would have been
25

MARY K. YAGODICH

1 made by Dave who was our group leader
2 and CBER. So I'm still not -- I'm
3 still confused as to what you're
4 asking. I mean, my part would be to
5 develop assay parameters, implementing
6 different mump strains and reporting
7 data.
8 BY MR. SCHNELL:
9     Q.   Is it fair to say that what you
10 were trying to do in your development of a
11 Protocol 007 assay was develop an assay that
12 most accurately measured how well the mumps
13 vaccine worked in protecting vaccinees against
14 mumps?
15     A.   No, how accurately you can read
16 titers -- report titers of people who have
17 been vaccinated with mumps.
18     Q.   So your goal was to develop --
19     A.   With MMR.
20     Q.   So your goal was to develop an
21 assay that most accurately measured titers.
22 Is that correct?
23     A.   Yes.
24     Q.   Your goal wasn't to develop a

Appx2593

1          MARY K. YAGODICH
2  test that would find a 95 percent predetermined
3  rate of titers, is it?
4          MR. SANGIAMO:  Object to the
5      form.
6          THE WITNESS:  That -- what the
7      results were would be the results.
8  BY MR. SCHNELL:
9      Q.    Right.  It wouldn't be part --
10     A.    I mean, the confidence interval
11 of 95 percent that's set by CBER wouldn't
12 have been something that I would have
13 determined or...
14     Q.    My question is, was it also your
15 goal to develop a test that would reach this
16 predetermined 95 percent rate?
17     A.    So my goal was to develop the
18 assay with anti-IgG, an incubation step with
19 anti-IgG as outlined by CBER to improve the
20 sensitivity of the assay.  Without -- gaining
21 a result -- getting a result is your result,
22 whether it would be have been 93 or 98 or 99
23 or 89, whatever it would have been, it would
24 have been.  But my purpose was to develop an
25 assay that would give, again, reproducible

1          MARY K. YAGODICH
2  sensitive and reliable results.
3      Q.    Would it ever make sense
4  scientifically in your experience to develop
5  an assay based on what a predetermined result
6  it would get?
7          MR. HALL:  Objection.
8          MR. SANGIAMO:  Objection.
9          THE WITNESS:  No.
10 BY MR. SCHNELL:
11     Q.    Why not?
12     A.    Well, I mean, you develop an
13 assay to get an answer.  Whether -- I don't
14 understand.  I mean, to me CBER suggested
15 this and they have reasons why they did.  I
16 can't explain what those reasons are.  Dave,
17 my supervisor, being a PhD and a virologist
18 for however many years he has been, could
19 speak to if this could be obtained is this an
20 achievable goal.  Why -- you know.  But as
21 far as in my level with determining assay
22 parameters and conducting all the testing,
23 that was my role and my goal to create, to
24 develop this assay.
25     Q.    If you could flip to the page

1          MARY K. YAGODICH
2  ending 545, please.  You see the second bullet
3  point it says, "Pre-positive rate is higher
4  than desirable"?
5      A.    I see that.
6      Q.    What does that mean?
7          MR. SANGIAMO:  Objection.
8          THE WITNESS:  Since I did not
9      write this, so I cannot speak to it.
10 BY MR. SCHNELL:
11     Q.    You saw this document before,
12 though.  Right?
13         MR. HALL:  Objection.
14         THE WITNESS:  Seeing it years
15     ago and remembering exactly what it
16     says, no.
17 BY MR. SCHNELL:
18     Q.    Do you have any under -- any
19 possible understanding of what that could
20 mean?
21         MR. SANGIAMO:  Objection.
22     Objection.  Calls for speculation.
23         THE WITNESS:  So what it says or
24     doesn't say, again, not being the
25     senior scientist in the lab and not

1          MARY K. YAGODICH
2      being CBER and not questioning why
3      they established this criteria and how
4      they would address pre-positives
5      would, again, not be my place to
6      question.
7  BY MR. SCHNELL:
8      Q.    You testified earlier that
9  you've worked on hundreds of neutralization
10 tests in your time at Merck.  Is that correct?
11     A.    Yes.
12     Q.    Other than in Protocol 007, put
13 that to the side, was there ever a situation
14 in any of those other tests where there was an
15 issue with pre-positives or a pre-positive
16 rate being higher than desirable?
17     A.    Not that I recall.
18     Q.    With your experience, can you
19 think of any reason why it would matter what a
20 pre-positive rate is in a test that you were
21 performing?
22         MR. SANGIAMO:  Objection.
23         THE WITNESS:  Again, it's not
24     my -- it's not to me to interpret data
25     results and study results.  It's my

56 (Pages 218 - 221)

Appx2594

Page 222

1  MARY K. YAGODICH
2  job to give forth data, along with the
3  other lab members.
4  BY MR. SCHNELL:
5  Q.  So the next bullet point says,
6  Continue evaluation of results using optimized
7  anti-IgG amount (target less than or equal to
8  10 percent pre-positive rate and greater than
9  or equal to 95 percent seroconversions).
10  Do you see that?
11  A.  I do.
12  Q.  Do you have any understanding
13  what that's referring to?
14  A.  It's just saying that assay
15  development isn't complete and whether a
16  target is set and whether or not it's
17  achieved are two different things.  I mean, a
18  target is something in the future and if it's
19  achieved is a whole different thing.  But,
20  again, this would not be something that I
21  would, you know, Mary says 10 percent and --
22  like it would be -- it would be a decision
23  that would not be in my realm to make or
24  criteria that I would ever establish.
25  Q.  Again, I'm not asking about the

Page 223

1  MARY K. YAGODICH
2  decision that went into this and who came up
3  with it.  I'm asking you who helped develop
4  this assay, who worked on this assay for
5  several years, who is the most senior person
6  in the lab under Mr. Krah, I'm asking for your
7  understanding as to what this means?
8  MR. SANGIAMO:  Objection.
9  BY MR. SCHNELL:
10  Q.  And if you don't remember,
11  that's fine, but that's what I'm asking.
12  A.  I don't remember what it means.
13  Q.  Was there a target of a less
14  than or equal to 10 percent pre-positives in
15  the Protocol 007 assay that you worked on?
16  A.  I don't remember.
17  Q.  Was there a target of greater
18  than or equal to 95 percent seroconversions on
19  the Protocol 007 assay that you worked on?
20  MR. SANGIAMO:  Objection.
21  THE WITNESS:  I do not recall.
22  MR. SANGIAMO:  Object to the
23  form.
24  BY MR. SCHNELL:
25  Q.  Can you think of any reason why

Page 224

1  there would be a target of less than or equal
2  to 10 percent pre-positive rate in a test of
3  neutralization where you were trying to find
4  the most accurate seroconversion rate?
5  MR. HALL:  Objection.
6  THE WITNESS:  No.
7  MR. SANGIAMO:  Objection.  Calls
8  for speculation.
9  BY MR. SCHNELL:
10  Q.  When you're preparing a
11  neutralization test, you want it to be as
12  sensitive as possible.  Correct?
13  A.  As accurate, as reproducible.
14  You need a sound assay.  If you have an assay
15  that completely gives you separate results
16  from test to test to test, it's not reliable.
17  Q.  That's what we're talking about
18  with sensitivity.  Correct?
19  A.  Sensitivity, accuracy, yes,
20  you're developing an assay that's robust.
21  Q.  So you wouldn't want --
22  A.  That's what you hope to
23  achieve.
24  Q.  Would you in any way want to

Page 225

1  MARY K. YAGODICH
2  optimize the dilution of anti-IgG to lower the
3  sensitivity?
4  MR. SANGIAMO:  Objection.
5  THE WITNESS:  That was --
6  MR. SANGIAMO:  Object to the
7  form.
8  THE WITNESS:  No.
9  BY MR. SCHNELL:
10  Q.  It wouldn't make sense to do
11  that.  Right?
12  A.  So -- no.
13  Q.  It would reduce the accuracy of
14  the test.  Right?
15  A.  It would -- well, if you're
16  reducing the sensitivity, then you are
17  reducing the accuracy.
18  Q.  You can't think of any
19  scientific reason why you would ever want to
20  reduce the accuracy of the test.  Correct?
21  A.  No.
22  Q.  If you could turn to the next
23  page, please.  Again, in the bottom paragraph
24  there's a reference to "...excess pre-positive
25  results...," and I just ask you to read that

57 (Pages 222 - 225)

Appx2595

MARY K. YAGODICH

2 and let me know if that refreshes your
3 recollection as to what was meant in this
4 presentation about excess pre-positive
5 results.
6     A.    [Reviewing document.]
7     Q.    Does that refresh your
8 recollection?
9     A.    I mean, I'm reading it, I can
10 read the results, but it doesn't, again --
11 the slide, this presentation, I still don't
12 completely -- I don't remember.
13    Q.    So you have no recollection --
14 sitting here today, you have no recollection
15 of any issue during the Protocol 007 testing
16 with an excess level of pre-positives.
17 Correct?
18    A.    Yes.
19    Q.    Were you involved in running the
20 various dilutions of anti-IgG to find what's
21 been referred to in these documents as the
22 optimum level?
23    A.    Those are experiments I would
24 have been involved in among other lab
25 members.

MARY K. YAGODICH

2     Q.    Why did you run those various
3 dilutions?
4     A.    Collaborating with Dave, it
5 would have been parameters that he would
6 agreed that I should run.
7     Q.    Did you have any idea why you
8 were running them?
9     A.    Well, you're -- when assay
10 development, you always utilize different
11 parameters and different dilutions, otherwise
12 how do you have a comparison?
13    Q.    So with respect to these
14 parameters and dilutions, what were you hoping
15 to find?
16        MR. SANGIAMO:  Object to the
17    form.
18        THE WITNESS:  The goal was to
19    find the reduced, which again, I'm
20    using this in industry term again, but
21    signal to noise and 1 to 6 gave the
22    strongest signal and the least amount
23    of noise, meaning it's the most
24    sensitive of the grouping.
25 BY MR. SCHNELL:

MARY K. YAGODICH

2     Q.    The 1 to 6 is the most sensitive?
3     A.    Yes.
4     Q.    Most sensitive in what way?
5     A.    It's picking up -- it's
6 accurately -- it's accurately measuring the
7 antibody titers.
8     Q.    But the 1 to 4 had a higher
9 level of antibody titers in the pre-positive
10 so why isn't that the most sensitive solution?
11    A.    Excuse me?
12    Q.    You said that the 1 to 6 was the
13 most sensitive solution because it picked up
14 the most antibody titers.  Right?
15    A.    If you read Dave's -- what Dave
16 is saying at the bottom of this paragraph, to
17 clarify I think what you're trying to ask me,
18 The overall recommendation from the current
19 data is to use the 1 to 6 anti-IgG dilution
20 of anti-IgG lot whatever for expanding
21 testing to support the expiry trial.
22    Q.    What does that have to do with
23 sensitivity because you in your earlier answer
24 said it was the most sensitive?
25    A.    Because you're reading --

MARY K. YAGODICH

2 you're picking up all of your antibody.  It
3 says 100 percent.
4     Q.    Yeah, but that's in the
5 seroconversions.  But in the pre-positives
6 you're picking up much fewer than in the 1 to
7 4 dilution.  So if you're looking at it from
8 both the pre-vaccination and the
9 post-vaccination samples, isn't the 1 to 4
10 dilution more sensitive?
11    A.    That wouldn't -- again, would
12 be a decision for Dave to determine and not
13 me.
14    Q.    I'm not asking about the
15 decision to use one or the other.  I'm just
16 saying which was the most sensitive dilution?
17        MR. HALL:  Objection.
18        THE WITNESS:  Again, that's a
19    decision, where I, you know, give data
20    to Dr. Krah and he would say -- and
21    look over the results and determine,
22    say this one looks the best.  And why,
23    I can't remember.  It's like 20 years
24    ago.  All this is so long ago.
25 BY MR. SCHNELL:

58 (Pages 226 - 229)

Appx2596

MARY K. YAGODICH

1
2    Q.    Is sensitivity a subjective
3 measure?
4    A.    Sensitivity, no.  Sensitivity
5 just means trying to read what you're trying
6 to find as accurately as you can.
7    Q.    So looking at this data that you
8 helped put together, which of the dilutions
9 represented the most sensitive measure of
10 antibody titers?
11    A.    Well, to me it would be the 1
12 to 6 because you have the least amount of
13 signal to noise.
14    Q.    What's that based on?
15    A.    Just -- it's just an industry
16 term.
17    Q.    What's the noise that you're
18 referring to?
19    A.    Signal to noise is just -- it's
20 a term that states either you have, it's
21 either background noise or your signal is too
22 far dilute.  So it's basically just saying
23 signal to noise is reducing that means,
24 finding your optimal concentration that gives
25 you -- to get your result.

MARY K. YAGODICH

1
2    Q.    And what's your basis for saying
3 the 1 to 6 dilution here gave you the optimal
4 concentration?
5    A.    Well, first of all, the -- you
6 have -- you most accurately read your
7 samples, you have -- it reads 100 percent.
8 And also Dave's recommendation was to go
9 ahead with 1 to 6.
10    Q.    Where does it show that the 1 to
11 6 dilution was the most accurate reading of
12 the samples, because I don't see that in the
13 document?
14    A.    It doesn't say -- it says the
15 overall recommendation from the current data
16 is to use the 1 to 6 dilution.
17    Q.    But it doesn't say why.  So I'm
18 asking you as someone who was involved in the
19 testing, why was that the conclusion that was
20 reached when you're talking about sensitivity
21 and it's -- well, let me take a step back.
22        The 1 to 4 dilution was clearly
23 more sensitive for pre-positives than either
24 the 1 to 6 or 1 to 8 dilutions.  Correct?
25        MR. HALL:  Objection.

MARY K. YAGODICH

1
2        THE WITNESS:  Again, the
3 decision --
4 BY MR. SCHNELL:
5    Q.    Actually if you could just
6 answer the first question.  If you could read
7 that question and please answer that question,
8 then you can answer a different question if
9 you want.
10        - - -
11        (The court reporter read the
12        pertinent part of the record.)
13        - - -
14        MR. HALL:  The objection is
15 noted?
16        COURT REPORTER:  Objection
17 noted.
18        THE WITNESS:  I'm not agreeing
19 with that.
20 BY MR. SCHNELL:
21    Q.    So which is most sensitive
22 dilution for pre-positives?
23        MR. SANGIAMO:  Objection.
24        THE WITNESS:  I'm not discussing
25 pre-positives.  Like I'm just

MARY K. YAGODICH

1
2 discussing --
3 BY MR. SCHNELL:
4    Q.    I am.  And that's the question
5 I'm asking.
6    A.    But I can't speak to pre-positives.
7    Q.    Why?
8    A.    I mean, apparently, again,
9 dealing with pre-positives and reading --
10 determining -- finding them in an assay or
11 reading them in an assay and as to what to do
12 with them, again, it would be give these
13 results to the statisticians and find your
14 confidence intervals.  Again, my job is to
15 generate data, develop assays.  So Dave's
16 recommendation and whoever else might have
17 been in that decision pool with him to go
18 ahead with 1 to 6, that was his decision.
19    Q.    You have no understanding?
20    A.    It was based on results, but I
21 mean, to me, the best way I can describe it
22 to you is it provided the least amount of
23 signal to noise and gave us our most accurate
24 reading of the antibody titers.
25    Q.    Did it give it the most accurate

59 (Pages 230 - 233)

Page 234

MARY K. YAGODICH
1 reading of pre-positives?
2    A.   Again, I don't remember
3 anything about pre-positives. I can't speak
4 to that.
5    Q.   Did it give you the most
6 accurate reading of pre-vaccination samples?
7        MR. HALL: Objection.
8        THE WITNESS: That I can't
9    answer either.
10 BY MR. SCHNELL:
11    Q.   Did it give the most accurate
12 reading of post-vaccination samples?
13    A.   The goal was to create as
14 sensitive an assay as possible. So -- but,
15 again, the results that were generated in the
16 comparison studies, in the development
17 studies, the final parameters for the
18 protocol were agreed upon by Dave and whoever
19 else would have been involved in that --
20    Q.   Let me ask you again.
21    A.   -- decision process.
22    Q.   Let me ask you again. I want
23 you to listen to the question carefully.
24 Maybe you don't know the answer and that's

Page 235

MARY K. YAGODICH
1 okay, but I want you to listen to this
2 question.
3        Did the 1 to 6 dilution of
4 anti-IgG in Protocol 007 give the most
5 accurate reading of post-vaccination samples?
6        MR. SANGIAMO: Objection. Form.
7        THE WITNESS: Of
8    post-vaccination samples?
9 BY MR. SCHNELL:
10    Q.   Yes.
11    A.   I would think it would give --
12 it was implemented in the assay overall for
13 pre, post. It was used across the board. It
14 wasn't just used for specific samples or to
15 -- or just pre-positives. It was used in the
16 entire assay, every sample would be treated
17 the same, 1 to 6 was used across the board.
18 1 to 6 was part of the protocol. That is
19 what we followed.
20    Q.   So is your answer yes, the 1 to
21 6 dilution of anti-IgG used in Protocol 007
22 gave the most accurate reading of
23 post-vaccination samples?
24        MR. HALL: Objection.

Page 236

MARY K. YAGODICH
1        MR. SANGIAMO: Objection.
2 BY MR. SCHNELL:
3    Q.   It's yes, no or I don't know.
4    A.   I don't know.
5    Q.   And do you also not know if the
6 1 to 6 anti-IgG dilution gave the most
7 accurate reading of pre-vaccination samples?
8        MR. SANGIAMO: Objection.
9        THE WITNESS: I don't know.
10 BY MR. SCHNELL:
11    Q.   Now, why would the dilution of
12 anti-IgG result in different levels of
13 pre-positives?
14    A.   That is definitely more of a
15 question for Dave Krah, not myself.
16    Q.   So you don't know?
17    A.   No.
18    Q.   Because earlier you testified
19 that using anti-IgG should have no impact on
20 the level of neutralization because the titer
21 is either there or not there and having
22 anti-IgG is not going to change that.
23 Correct?
24    A.   I said that for a sample for

Page 237

MARY K. YAGODICH
1 the mock control. You asked why anti-IgG was
2 not added to the mock control which was our
3 virus controlled by which the titers would be
4 generated against. And anti-IgG in the
5 presence of mumps virus without antibody
6 would be -- does not neutralize the virus on
7 its own.
8    Q.   And let's not talk about the
9 mock control. I want to talk about the actual
10 tests that were performed. In the tests that
11 were performed in Protocol 007, did anti-IgG
12 add to the level of neutralization that
13 otherwise would have occurred if anti-IgG were
14 not used?
15        MR. SANGIAMO: I'm going to
16    object to that.
17        THE WITNESS: Again, it could
18    be -- I can't speak -- I can't say
19    definitively.
20 BY MR. SCHNELL:
21    Q.   Why?
22    A.   If I had -- if I knew, I would
23 tell you. I don't know. It's a scientific --
24 it's one of those things that, again, I'm not

60 (Pages 234 - 237)

Veritext Legal Solutions
212-279-9424          www.veritext.com          212-490-3430

Appx2598

Page 238

MARY K. YAGODICH
1    MARY K. YAGODICH
2  a PhD and I couldn't accurately explain the
3  scientific mechanism.
4      Q.    Okay.  Just so we're clear, your
5  testimony is that you don't know whether
6  adding anti-IgG to the Protocol 007 testing
7  increased the level of neutralization that
8  occurred?
9          MR. SANGIAMO:  Objection to
10         form.
11         THE WITNESS:  Could you repeat
12         that one more time?  You keep making
13         distinctions between vaccinees and
14         patients and I can just -- like I'm
15         not sure --
16 BY MR. SCHNELL:
17     Q.    Yeah.  We don't want you to be
18 confused.  We want you to understand the
19 question.
20     A.    I mean...
21          - - -
22         (The court reporter read the
23         pertinent part of the record.)
24          - - -
25         THE WITNESS:  The anti-IgG

Page 239

1          MARY K. YAGODICH
2  doesn't work if antibody is not
3  present.  So if there are antibodies
4  present in a pre-positive sample, the
5  anti-IgG would do the same thing in
6  that sample as it would in a
7  post-vaccination sample.
8  BY MR. SCHNELL:
9      Q.    It doesn't have to be just human
10 antibodies that anti-IgG impacts.  Correct?
11     A.    That, I don't know.
12     Q.    So, again, if you could ask that
13 question -- again you either know or you don't
14 know.
15     A.    Anti-IgG is a secondary
16 antibody that binds to IgG, that specific
17 antibody.
18         MR. SCHNELL:  If you could read
19         that original question again.
20          - - -
21         (The court reporter read the
22         pertinent part of the record.)
23          - - -
24         MR. HALL:  Objection.
25         MR. SANGIAMO:  Objection.

Page 240

1          MARY K. YAGODICH
2          THE WITNESS:  It -- anti-IgG,
3          again, it enhances the ability of
4          antibody present in the sample to
5          neutralize mumps.  Antibody needs to
6          be there in that sample.
7  BY MR. SCHNELL:
8      Q.    So is your answer it does
9  increase the neutralization, it doesn't
10 increase the neutralization or you don't know
11 if it increased the neutralization?
12         MR. SANGIAMO:  Objection.
13         MR. HALL:  Objection.
14         THE WITNESS:  It increases the
15         sensitivity of the assay.
16 BY MR. SCHNELL:
17     Q.    That wasn't my question.
18          - - -
19         (The court reporter read the
20         pertinent part of the record.)
21          - - -
22         MR. SANGIAMO:  Objection.
23 BY MR. SCHNELL:
24     Q.    I'm not trying to trick you
25 here.  I just want your answer.

Page 241

1          MARY K. YAGODICH
2      A.    The -- I keep saying the same
3  answer, though.  The point of adding anti-IgG
4  is to more accurately read antibody that is
5  there.
6      Q.    Again, that was a different
7  question.  I'd still like the answer to my
8  question which is maybe for the fourth time,
9  either you know or you don't know, did adding
10 anti-IgG in the Protocol 007 testing increase
11 the level of neutralization that occurred?
12         MR. SANGIAMO:  Objection.
13         THE WITNESS:  I still don't
14         understand what you mean by
15         "occurred."  Like occurred from what?
16         Like that's what -- I'm very confused
17         by what you're asking.
18 BY MR. SCHNELL:
19     Q.    Did it increase the neutralization
20 that would have occurred if you hadn't added
21 anti-IgG?
22     A.    It improves the assay sensitivity.
23         MR. SANGIAMO:  Objection.  You
24         can answer.
25         THE WITNESS:  It improves the

61 (Pages 238 - 241)

MARY K. YAGODICH

1    MARY K. YAGODICH
2    assay sensitivity. Whether or not --
3    again, I think that's subjective.
4    It's a different assay and -- than the
5    PRN assay. It is more sensitive and
6    it's -- the titers are there, it's
7    just you're able to read them. The
8    antibody is there, it's already there.
9    You're just able to read it more
10   accurately and improve the sensitivity
11   of the assay with the addition of
12   anti-IgG.
13   BY MR. SCHNELL:
14      Q.   And antibodies, you're referring
15   to human antibodies. Correct?
16      A.   Human immunoglobulin G, yes,
17   that antibody.
18      Q.   Are you equating increased
19   sensitivity with increased neutralization?
20      A.   It's -- again, it's --
21   that's -- the neutralization capacity, by
22   adding anti-IgG you are able to read it
23   better and you are neutralizing mumps virus.
24   So, again, it's something that is already
25   present. It's already there and the anti-IgG

1    MARY K. YAGODICH
2    is -- well, the two theories are -- by every
3    which mechanism of action, it is ensuring
4    that mumps is neutralized. So I still -- I
5    guess it's -- I'm not understanding what
6    you're saying.
7       Q.   So if we look back at this
8    document where it has the 1 to 4 dilution
9    having 24 percent pre-positives but the 1 to 6
10   dilution have 11 percent pre-positives, which
11   is the more accurate measure?
12      MR. SANGIAMO: Object to the
13   form.
14      THE WITNESS: I sound like a
15   broken record again. Again, it's
16   going back to signal to ratio noise,
17   and that's just higher signal so the
18   noise is a little higher. But if
19   whoever, in deciding which dilution to
20   go with, would have had a reason for
21   doing so, we would have proceeded with
22   that dilution, but, you know, the
23   decision was to make 1 to 6 the
24   dilution.
25   BY MR. SCHNELL:

1    MARY K. YAGODICH
2       Q.   You don't know which is the more
3    accurate measure for pre-positives, do you?
4       MR. SANGIAMO: Object to the
5    form.
6       THE WITNESS: But, again, the
7    focusing on --
8    BY MR. SCHNELL:
9       Q.   Do you know which is more
10   accurate?
11      A.   But, again --
12      Q.   Could you just answer that
13   question, then you can keep talking?
14      MR. SANGIAMO: And I'm making an
15   objection to the question.
16      THE WITNESS: The fact that --
17      MR. SANGIAMO: You should answer
18   the question if you understand the
19   question. I'm sure Mr. Schnell would
20   agree with that, that you should not
21   answer it if you don't.
22      THE WITNESS: It doesn't make
23   sense to me. The question doesn't
24   make sense to me at all.
25   BY MR. SCHNELL:

1    MARY K. YAGODICH
2       Q.   Which of the dilutions that I
3    pointed to, 1 to 4 or 1 to 6, which is the
4    more accurate measure of neutralization
5    pre-vaccination, that doesn't make sense to
6    you?
7       A.   I still don't understand what
8    you're saying. Like, I still don't
9    understand what -- I don't understand what
10   you're -- I still have no idea what you're
11   saying.
12      Q.   Am I correct that the whole
13   point of testing the different dilutions of
14   anti-IgG in the Protocol 007 testing was to
15   come up with what Merck hoped was the most
16   accurate measure of seroconversion?
17      A.   The most accurate way to report
18   titers, yes.
19      Q.   So my question to you is, which
20   was the most accurate measure, way of
21   reporting titers in the pre-vaccination
22   samples, the 1 to 4 dilution or the 1 to 6
23   dilution?
24      MR. HALL: Objection.
25      THE WITNESS: Again -- again, I

62 (Pages 242 - 245)

Appx2600

Page 246

MARY K. YAGODICH

1 can't explain it any more simply than
2 the just signal to noise. That
3 isn't -- the 1 to 6 dilution provided
4 the least amount of that. So -- but
5 why pre-positives, I don't understand
6 what -- I don't understand why you're
7 so focused on that.
8 BY MR. SCHNELL:
9 Q. Why --
10 A. What part of the assay, I'm
11 just confused.
12 Q. Why do you say that the 1 to 6
13 dilution provided the lowest amount of signal
14 to noise?
15 A. Because once -- I guess, with
16 reading this document and going through
17 Dave's slides, so that's what they -- Dave
18 determined to be an optimal dilution and we
19 went with it.
20 Q. Is that the only basis for your
21 testimony that --
22 A. Well, also --
23 Q. If I could finish. Was that the
24 only basis for your testimony that the 1 to 6

Page 247

MARY K. YAGODICH

1 dilution represented the best signal-to-noise
2 ratio?
3 A. Yes.
4 Q. But sitting here today, you
5 don't have any understanding as to why the 1
6 to 6 dilution of anti-IgG presented the most
7 accurate signal-to-noise ratio?
8 A. To remember that far back, I
9 can't remember exactly specifically why.
10 Q. And you have no understanding as
11 sitting here today as to which of these three
12 dilutions represented the most accurate
13 measure of seroconversions in the Protocol 007
14 testing?
15 MR. SANGIAMO: Object to the
16 form.
17 THE WITNESS: Again, whether --
18 I can surmise anything, but again, my
19 decision -- again, I keep saying all I
20 did was develop, work on assays,
21 collaborate with the group and give
22 data, and it would be analyzed and go
23 or no-go decisions were not my call.
24 BY MR. SCHNELL:

Page 248

MARY K. YAGODICH

1 Q. Why would the level of dilution
2 of anti-IgG result in different pre-positive
3 rates?
4 A. I don't know.
5 Q. Can you think of any explanation
6 as to why differing dilutions of anti-IgG
7 would result in different pre-positive rates?
8 MR. SANGIAMO: Objection. Asked
9 and answered.
10 THE WITNESS: No.
11 BY MR. SCHNELL:
12 Q. Did there come a point in time
13 where Merck was planning to outsource the
14 Protocol 007 testing to a lab in Ohio run by a
15 fellow named Dick Ward?
16 A. Yes.
17 Q. Why was that originally the
18 plan?
19 A. I don't know.
20 Q. Did there come a point in time
21 where it was decided at Merck to not outsource
22 the testing after all but to do it in-house
23 with Dr. Krah's lab, including you?
24 A. Why that decision was made? I

Page 249

MARY K. YAGODICH

1 don't --
2 Q. Not why the decision was made.
3 Did there come a time where that decision was
4 changed and instead of sending it out for Dick
5 Ward's lab to do it, Merck decided to keep it
6 with Dr. Krah's lab at Merck?
7 A. I recall that we -- that it was
8 not a decision to use Dr. Ward's lab.
9 Q. Was it something with the
10 quality of Dr. Ward's lab?
11 A. I don't remember.
12 Q. Do you have any recollection
13 whatsoever as for any of the reasons why the
14 testing that was originally scheduled to go to
15 Dr. Ward's lab was done in Dr. Krah's lab
16 instead at Merck?
17 A. No.
18 Q. Do you recall how far into the
19 process Dr. Ward's lab got before the decision
20 to use them was rescinded?
21 A. I don't recall.
22 Q. Do you recall if they had been
23 trained in Protocol 007 testing?
24 A. Who is "they"?

63 (Pages 246 - 249)

MARY K. YAGODICH

1  
2  Q. Dr. Ward and his staff.
3  A. A staff of Dr. Ward's were
4  trained in MRL in virus and cell biology in
5  the department.
6  Q. They came to Merck from Ohio?
7  A. Yes.
8  Q. For how long?
9  A. If I recall correctly, like
10 maybe a week or two.
11 Q. And was Dr. Krah and how many of
12 his staff?
13 A. I don't remember exactly.
14 Q. Several people?
15 A. Everybody. No. I don't
16 remember exactly.
17 Q. Was it two people, was it ten
18 people?
19 A. It wasn't everyone. I don't
20 remember the names of specific people who
21 helped train.
22 Q. But there were several people
23 with Dr. Ward that came and got trained at
24 Merck?
25 A. Two, if I'm -- if I recall

MARY K. YAGODICH

1  
2  correctly.
3  Q. And were you involved in that
4  training?
5  A. I was -- yes.
6  Q. What was your role in that
7  training?
8  A. I don't remember. I remember
9  every -- I don't remember everything.
10 Probably showing them the assay and cell
11 culture, like the assay parameters.
12 Q. Did you -- I'm sorry.
13 A. Teaching them the protocol.
14 That's what training would involve.
15 Q. Did you get as far as teaching
16 them the protocol for counting plaques?
17 A. I don't remember.
18 Q. Did any samples get sent over to
19 Dr. Ward's lab?
20 A. I don't remember.
21 Q. Do you recall what the protocol
22 for counting plaques was with Protocol 007
23 testing?
24 A. No.
25 Q. You counted plaques. Right?

MARY K. YAGODICH

1  
2  A. Yes.
3  Q. So what was the protocol that
4  you undertook?
5  A. I would, after cells would be
6  stained, use a Sharpie or whatever, like
7  marker, and count a plate on a light box and
8  just count your plaques.
9  Q. And when you counted the
10 plaques, did you mark on the plastic cell
11 plate with a magic marker each time you found
12 a plaque?
13 A. Uh-huh.
14 Q. Why would you do that?
15 A. Just -- I don't know. Just how
16 I did it.
17 Q. That was the protocol?
18 A. I don't think protocol. It was
19 just how Dave taught me how to count plaques,
20 so...
21 Q. So once you marked with a magic
22 marker on the back of the cell plate each time
23 you saw a plaque, then you had a number and
24 then you would record that number on a
25 counting sheet?

MARY K. YAGODICH

1  
2  A. I would write the number on the
3  well in a corner, like off to the side and
4  also write it on the counting sheet.
5  Q. And then did anybody check your
6  work?
7  A. They may have. I don't
8  remember.
9  Q. Did you check anybody's work?
10 A. If I was asked to help, I would.
11 Q. And you were asked to help?
12 A. If I was asked to help.
13 Q. And were you asked to help?
14 A. Yes.
15 Q. After --
16 A. But would I jump in and just
17 feel like looking at people's work, no.
18 Q. After you recorded it on the
19 counting sheet, was it then entered into an
20 Excel spreadsheet?
21 A. Yes.
22 Q. And was there more than one
23 Excel spreadsheet?
24 A. There would be one per experiment.
25 Q. And then once it was on the

MARY K. YAGODICH

1  Excel spreadsheet, did it go anywhere else?
2      A.   It was saved on the desktop.
3  And our quality assurance group or quality
4  control group would audit the data and the
5  counting sheets.  The resulting data would be
6  used by statisticians to generate the
7  reports.
8      Q.   And the quality assurance group
9  was someone outside of Dr. Krah's lab?
10     A.   Well, QA was its own group.
11     Q.   And so they would get the --
12  they would use the spreadsheets or the
13  counting sheets or both?
14     A.   Both.
15     Q.   And what would -- how would they
16  assure that there was quality in the counting?
17     A.   Because they would check to
18  verify that what was entered on the counting
19  sheet was entered on the Excel spreadsheet.
20     Q.   Would they recount the plaques
21  on the cell plates?
22     A.   The QA, they didn't count
23  assays.
24     Q.   So all they did was compare the

MARY K. YAGODICH

1  counting sheets to the Excel spreadsheets?
2      A.   Yes.
3      Q.   Protocol 007 involved roughly
4  2,000 kids.  Is that right?
5      A.   I don't remember the exact
6  number.
7      Q.   But it was around 2,000.  Right?
8      A.   I don't remember.
9      Q.   Do you remember that there was a
10  preliminary subset analysis that was done?
11     A.   I don't remember.
12     Q.   You worked on the validation of
13  the Protocol 007 test.  Correct?
14     A.   Yes.
15     Q.   Was that complete before any of
16  the Protocol 007 testing began?
17     A.   I don't remember.
18     Q.   Well, would it make sense to
19  begin the testing before the validation was
20  complete?
21     A.   It's not -- that wouldn't be a
22  decision -- not a decision I would make, but
23  it -- as far as making sense goes, it's not
24  my decision to make, decide if something

MARY K. YAGODICH

1  should be done first or not first or
2  whatever.
3      Q.   The validation is what sets the
4  controls that are going to be used for the
5  experiment.  Right?
6          MR. SANGIAMO:  Object to the
7      form.
8          THE WITNESS:  That's -- the
9      assay validation -- if the assays were
10     completed, as good as our
11     statisticians were, I don't think they
12     could turn around a whole validation
13     report in two days.  And I think that
14     the authorship of those and revisions
15     going through the department would
16     take time.  So it wouldn't necessarily
17     mean that it wasn't in progress or not
18     under -- not being worked on, but
19     again, if -- again, if we are told
20     that we're starting testing, we were
21     starting testing.
22  BY MR. SCHNELL:
23     Q.   You can't do a proper assay
24  without controls.  Right?

MARY K. YAGODICH

1      A.   You need to implement controls
2  in your assays.
3      Q.   And the controls aren't
4  finalized until a validation is finalized.
5  Correct?
6          MR. SANGIAMO:  I'm going to
7      object to the form on that.
8          THE WITNESS:  That's -- again,
9      that's -- I don't understand that
10     question.  Like, I don't understand
11     what you're saying.
12  BY MR. SCHNELL:
13     Q.   What was the purpose of the
14  Protocol 007 validation?
15     A.   Just to show reproducibility
16  and robustness in the assay.
17     Q.   Did it also finalize the
18  controls that would be used?
19         MR. SANGIAMO:  Objection.
20         THE WITNESS:  I don't remember.
21  BY MR. SCHNELL:
22     Q.   Where were the counting sheets
23  that you referred to earlier that had the
24  plaque counts, where were they kept?

65 (Pages 254 - 257)

Appx2603

MARY K. YAGODICH

1  MARY K. YAGODICH
2  A.  In notebooks.
3  Q.  Where were the notebooks kept?
4  A.  In the lab.
5  Q.  Where in the lab?
6  A.  Just wherever there was space.
7  Q.  Everybody had access to them.
8  Correct?
9  A.  Of course.
10  Q.  And the Excel spreadsheets,
11  where were those maintained?
12  A.  On the computers, everybody's
13  computers.
14  Q.  And everybody had access to
15  those as well?
16  A.  Of course.
17  Q.  When you were done with marking
18  on the plastic cell plates the plaque counts
19  and the plaque counts were entered in on the
20  counting sheets, were the markings on the cell
21  plate erased or were they kept?
22  A.  Probably just kept.  I don't
23  remember.
24  Q.  If there was a recount that ever
25  occurred, would you erase the back of the cell

1  MARY K. YAGODICH
2  plate and start again?
3  A.  It would depend on the plate
4  itself.
5  Q.  What would it depend on?
6  A.  It would depend on if just, I
7  guess, how the plate looked, how it looked
8  after staining or if -- like asking -- well,
9  it depends.  If it's a plate that was very
10  difficult to read, its monolayers tore or
11  there was a lot of precipitate from the
12  immunostaining, it might be easier to wipe it
13  off and clean it back -- I mean, wipe it off
14  and start fresh.  But if it was to check a
15  single well with a few plaques in it, it was
16  easier just to put it on the light box.  It
17  wasn't always necessary to do, so...
18  Q.  So when you worked with the
19  training of Dr. Ward and his staff, did you
20  find them to be competent?
21  A.  Excuse me?
22  Q.  When you worked on training
23  Dr. Ward and his staff, the ones originally
24  scheduled to do the Protocol 007 testing, did
25  you find any issues that made you concerned

1  MARY K. YAGODICH
2  about them doing the testing?
3  A.  No.
4  Q.  Did you feel like they'd be able
5  to do the testing well?
6  A.  That is -- I guess if it's
7  opinion based, it would -- once I trained
8  them, I would be confident that they could
9  run the protocol and that the training was
10  successful.  That was the objective.
11  Q.  And you completed the training
12  and it was successful and you did feel
13  confident that they'd be able to do the
14  testing well?
15  A.  I felt confident in the fact
16  that I trained them, but as to their ability,
17  I really -- I mean, again, that's an
18  objective -- like a subjective question.
19  Q.  Did you raise any concerns with
20  anybody about their ability to handle the
21  testing?
22  A.  No.
23  Q.  Did you have any concerns about
24  their ability to handle the testing?
25  A.  No.

1  MARY K. YAGODICH
2  Q.  And if you had concerns, you
3  would have raised them.  Right?
4  A.  I suppose, but I didn't -- it
5  was just a matter of training, you know,
6  training and getting through the steps and
7  showing them every aspect of the assay and
8  it's -- you know, I trained them and they
9  learned, so it was as simple as that.
10  Q.  And at the point you trained
11  them, did you train them on the use of
12  anti-IgG?
13  A.  I don't remember.
14  Q.  And Dr. Ward is, his lab was
15  based in Ohio.  Is that correct?
16  A.  Cincinnati, I believe.
17  Q.  And it was Children's Hospital
18  Cincinnati.  Right?
19  A.  Yes.
20  Q.  That's a pretty prestigious
21  institution.  Right?
22  A.  If you say so.
23  Q.  I'm asking you.
24  A.  I guess.
25  Q.  Do you know why they were

Appx2604

1 MARY K. YAGODICH
2 selected?
3     A.    No.
4     Q.    Do you know who selected them?
5     A.    No.
6     Q.    Were there any issues about the
7 resources that Dr. Ward had with his lab at
8 Children's Hospital in Cincinnati?
9     A.    Not that I recall.
10         MR. SCHNELL:  I'd like to mark
11     as Yagodich Exhibit 9 a memo dated
12     March 29, 2001, from Alan Shaw to
13     Emilio Emini titled:  "Supplemental
14     Activities for Mumps Neuts....,"
15     N-E-U-T-S, "...Protocol 005 Mary
16     Yagodich," Bates number 14744 and 45.
17             - - -
18         (Exhibit Yagodich-9, Supplemental
19     Activities for Mumps Neuts. Protocol
20     005, Bates MRK-KRA00014744 & 14745,
21     was marked for identification.)
22             - - -
23 BY MR. SCHNELL:
24     Q.    Do you see the reference to
25 Protocol 005 in the subject line?

1 MARY K. YAGODICH
2     A.    Yes.
3     Q.    What is that referring to?
4     A.    I have no idea.
5     Q.    Have you ever heard of a
6 Protocol 005?
7     A.    No.
8     Q.    Do you think that's a typo and
9 that meant Protocol 007?
10         MR. HALL:  Objection.
11         MR. SANGIAMO:  Objection.
12         THE WITNESS:  I don't know.
13 BY MR. SCHNELL:
14     Q.    Well, based on the first
15 sentence that says, "During the course of the
16 year 2000 David Krah and his lab group
17 developed two plaque-reduction neutralization
18 tests...."  Does that lead you to conclude one
19 way or the other what they're referring to
20 here?
21     A.    I can't -- yeah, I can't
22 describe -- I mean, I can't definitively say
23 whether it does or does not.
24     Q.    Now, the two plaque-reduction
25 neutralization tests being referenced in this

1 MARY K. YAGODICH
2 sentence that I just read would be Protocol
3 006 and Protocol 007.  Correct?
4     A.    Yes.
5     Q.    Because there were no other
6 plaque-reduction neutralization tests that
7 Dr. Krah and you and the rest of the lab
8 worked on in this time frame.  Correct?
9     A.    No.
10     Q.    And with Protocol 006, that was
11 the standard PRN test.  Correct?
12         MR. SANGIAMO:  Object to the
13     form.
14         THE WITNESS:  The first -- are
15     you saying the second sentence?
16 BY MR. SCHNELL:
17     Q.    No, I'm not.
18     A.    The first assay?
19     Q.    I'm just saying when I -- when
20 we mentioned 006, we're talking about the
21 standard neutralization test and when we're
22 talking about 007, we're talking about the
23 enhanced neutralization test.  Is that
24 correct?
25         MR. SANGIAMO:  Object to the

1 MARY K. YAGODICH
2 form.
3         THE WITNESS:  The plaque-reduction
4     neutralization assay, and we've also
5     referred to it as the PRN neut., was
6     utilized in protocol 006 and the
7     anti-IgG enhanced assay was used in
8     007.
9 BY MR. SCHNELL:
10     Q.    If you go down to the second
11 paragraph, a couple of sentences in, it says,
12 "Recognizing the tightness of the first
13 dataset, we realize that an outside laboratory
14 would not be able to reproduce this kind of
15 precision."
16         Do you see that?
17     A.    How am I not seeing that?
18         MR. SANGIAMO:  Mary, it's in
19     front of you.  The second paragraph.
20         THE WITNESS:  Oh, my God.  I
21     thought you meant the --
22         MR. SANGIAMO:  But if you want
23     to read the first, that's fine, too.
24         MR. HALL:  Start here.
25         MS. SCHMIDT:  Do you want your

67 (Pages 262 - 265)

Appx2605

MARY K. YAGODICH

1      glasses?
2      glasses?
3          THE WITNESS: Oh, my God, yeah.
4      Where did I put them? Okay.
5  BY MR. SCHNELL:
6      Q.   So you see the sentence that I
7  read there?
8      A.   Yes.
9      Q.   Do you have an understanding as
10 to what Mr. Shaw meant by "tightness of the
11 first dataset"?
12         MR. SANGIAMO: Objection. Calls
13     for speculation.
14         THE WITNESS: Tight -- well,
15     again, this is Alan's -- these are
16     Alan's words, so I can't speak to what
17     he means exactly there.
18 BY MR. SCHNELL:
19     Q.   If you don't know, that's fine.
20     A.   Yeah, I can't speak to what
21 he's trying to say.
22     Q.   Based on your work on this test,
23 you have no understanding of what he meant by
24 "tightness"?
25         MR. SANGIAMO: Objection. Calls

MARY K. YAGODICH

1      for speculation.
2      for speculation.
3          THE WITNESS: No.
4  BY MR. SCHNELL:
5      Q.   Is that even a scientific term?
6      A.   I'm not sure. It's Alan.
7      Q.   Have you ever heard it used in
8  your 20-some-odd years' work in virology?
9      A.   I've never used it to describe
10 anything. But that -- you know, and also
11 this is from Alan to Emilio. I definitely
12 wouldn't have seen this. I don't under --
13 yeah, I don't know what Alan's -- what he
14 means by "tightness."
15     Q.   Was there anything that you
16 experienced in your work on Protocol 007 and
17 your training of Dr. Ward and his staff that
18 made you believe that they would not be able
19 to produce as accurate a result in the testing
20 as Dr. Krah, you and the rest of the lab could
21 have done at Merck?
22     A.   But, again, my opinion would
23 not result in a business decision and my job
24 was to train them, and I trained them. And
25 that was my role.

MARY K. YAGODICH

1          MR. SCHNELL: Can you ask the
2  question again? Please listen to the
3  question.
4                - - -
5          (The court reporter read the
6      pertinent part of the record.)
7                - - -
8          THE WITNESS: I think that's a
9      prediction that you're asking me to
10     make. Again, if you've trained them
11     sufficiently, you would assume that
12     they could run the assay as stated in
13     the protocol.
14 BY MR. SCHNELL:
15     Q.   So then is your answer no, there
16 is nothing from your experience with the work
17 on the testing and your training of Dr. Ward
18 and his staff that would have led you to the
19 conclusion that they were incapable of
20 producing as accurate a result in the testing
21 as you, Dr. Krah and the rest of the staff
22 could at Merck?
23     A.   No.
24     Q.   No, meaning there was nothing

MARY K. YAGODICH

1  that would have led to you that conclusion.
2  Is that correct?
3      A.   Oh, that -- no. They -- I
4  trained them and it all went well. Like, it
5  was fine.
6      Q.   Now, below the last paragraph
7  says that you, "Mary Yagodich...will manage
8  the organizational aspects of this exercise."
9  Is that what happened, did you manage the
10 organizational aspects of the Protocol 007
11 testing?
12     A.   I don't remember.
13     Q.   Do you have any reason to
14 believe that --
15     A.   That's the first time I've seen
16 that.
17     Q.   Do you have any reason to
18 believe that Dr. Shaw was inaccurate in his
19 description of you being the one that will
20 manage the organizational aspects of the
21 Protocol 007 exercise?
22         MR. SANGIAMO: Mary, do you want
23     to read the whole document?
24         THE WITNESS: Yeah, I really do.

Appx2606

1         MARY K. YAGODICH
2   [Reviewing document.] Okay.
3       MR. SCHNELL: Do you want to
4   read back the question?
5             - - -
6      (The court reporter read the
7   pertinent part of the record.)
8             - - -
9       THE WITNESS: I do not remember
10  doing that. And Dave was still in
11  charge of the lab, so that I don't
12  ever remember being the person to head
13  up everything. That I don't remember
14  at all.
15 BY MR. SCHNELL:
16   Q.   He has -- sorry.
17   A.   So --
18   Q.   He also wrote in the last
19 paragraph on the next page, page ending 745,
20 second sentence, that you had been the prime
21 mover in the lab for the first third of the
22 testing, and continues to provide
23 organizational leadership. Is that an
24 accurate description of your responsibility in
25 the lab at the time?

1         MARY K. YAGODICH
2   A.   I would say organizing as an
3 adjunct to Dave's directives because I
4 still -- I mean, I was not by any way, in any
5 shape or form the head manager of the group.
6 I was not -- that was Dave's role. And at
7 the same time -- I mean, it's one -- it's --
8 yeah, Alan points out, I was at this -- when
9 this memo was written, I was seven months
10 into expecting my second child, working half
11 week and soon to go out. So I was part time.
12 And definitely I wouldn't be there seven days
13 a week to oversee all that. So, I guess,
14 maybe that was something he had hoped would
15 happen or he had asked to -- had wanted to
16 occur, but I mean --
17   Q.   Well, this is speaking in the
18 past tense. This says, "She has been the
19 prime mover in the lab for the first third of
20 the testing...." Is that not correct?
21       MR. HALL: Objection.
22       THE WITNESS: I would say --
23       MR. SANGIAMO: Objection.
24       THE WITNESS: Yeah. I would say
25  that there were too many people in the

1         MARY K. YAGODICH
2   group all contributing. So if that's
3   Alan's opinion, I can't speak to
4   Alan's opinion.
5       MR. SANGIAMO: Could we take a
6   break when you're done with this
7   document?
8       MR. SCHNELL: Sure.
9 BY MR. SCHNELL:
10   Q.   Now, it says at the bottom that
11 you should be rewarded for this extra effort.
12 Did you get a reward for your work on Protocol
13 007?
14   A.   Not that I can recall.
15   Q.   And it also says that you
16 anticipated the decision to run the remainder
17 of the sera in-house. Did you anticipate the
18 decision to not do the -- to take the -- to
19 change the decision to do the testing at
20 Dr. Ward's lab and bring it in-house at Merck?
21   A.   That I don't remember either at
22 all.
23   Q.   So you don't know what he's
24 referring to there?
25   A.   I don't remember. I don't

1         MARY K. YAGODICH
2 remember like this -- don't remember this at
3 all.
4       MR. SCHNELL: Okay. That's all
5 I have. We can take a break.
6       VIDEOGRAPHER: Off the record at
7 3:18. This will end disc number four.
8           - - -
9      (A recess was taken.)
10           - - -
11       VIDEOGRAPHER: The time now is
12 3:18. Back on the record. Beginning
13 of disc number five. I'm sorry, 3:38.
14       MR. SCHNELL: I'd like to mark
15 as Yagodich Exhibits 10A, 10B and 10C,
16 three related documents.
17           - - -
18      (Exhibits Yagodich-10A, Document
19 outlining the samples and plate
20 number, Bates MRK-KRA00683916;
21 Yagodich-10B, Example of counting
22 sheets, Bates MRK-KRA00683926 - 3930;
23 and Yagodich-10C, Mumps AIGENT Assay
24 Raw Data Correction Log, Bates
25 MRK-KRA00683932 & 3933, were marked

Appx2607

Page 274

1              MARY K. YAGODICH
2         for identification.)
3              - - -
4    BY MR. SCHNELL:
5         Q.    The first one, 10A is a document
6    with the Bates number 683916; the second one
7    is a series of pages marked with the Bates
8    number 683926 through 30; and the third one,
9    Exhibit 10C is a two-page document with the
10   Bates number 683932 and 3.  These are all
11   documents related to assay number 762 in the
12   Protocol 007 testing.  And, Mary, I'm going to
13   go through these with you, I just have some
14   questions.
15            The first one, first document
16   which we've marked as Exhibit 10A, can you
17   tell us if you recognize what this document
18   represents?
19        A.    It's like a plate map with
20   the -- it's just what samples -- it's
21   outlining the samples and the plate number.
22        Q.    So for this -- and this is for
23   assay 762?
24        A.    762.
25        Q.    So this maps for assay 762 the

Page 275

1              MARY K. YAGODICH
2    different plates that were used in the
3    Protocol 007 testing of this assay?
4         A.    Uh-huh.  Uh-huh.
5         Q.    And then if you could look at
6    Exhibit 10B, is that an example of the
7    counting sheets that you and the others in
8    your -- in the lab would use to record plaque
9    counts in the Protocol 007 testing?
10        A.    Yes.
11        Q.    And on the left, those numbers
12   that are on the left, do those -- are those
13   plate numbers that correspond to the plate
14   numbers that we saw in Yagodich Exhibit 10A?
15        A.    Yes.
16        Q.    And if you could also look at
17   Exhibit 10C.
18        A.    Yes.
19        Q.    Can you tell us what that
20   represents?
21        A.    It's a record of corrections
22   made to the plate.
23        Q.    And that was used in Protocol
24   007 testing when a correction was made to the
25   plaque counts on counting sheets?

Page 276

1              MARY K. YAGODICH
2         A.    This -- yes.
3         Q.    Was this -- it's called a data
4    correction log.  Is that correct?
5         A.    That's -- yeah, that's what it
6    states on the spreadsheet.
7         Q.    And was this used throughout the
8    Protocol 007 testing or was it implemented
9    somewhere along the way?
10        A.    It was implemented somewhere
11   along the way.
12        Q.    Do you recall when it was
13   implemented?
14        A.    No.
15        Q.    So originally before this was
16   implemented, if certain changes were made to
17   the plaque counts, would those changes be
18   recorded anywhere?
19        A.    On the counting sheet itself.
20        Q.    Were there also changes that
21   were made that were not recorded on the
22   counting sheet?
23        A.    No.
24        Q.    Well, for example, if you did a
25   count on a particular plate, were there

Page 277

1              MARY K. YAGODICH
2    instances where you would have someone double
3    check it before recording it in the counting
4    sheet?
5         A.    Of an assay that I was counting?
6         Q.    Yes.
7         A.    Not one that I was counting,
8    but if other lab members needed assistance
9    with just a second opinion, they would ask me
10   or ask another team member or Dave.  It would
11   kind of be a group, like it would be just a
12   group-wide thing, so...
13        Q.    Okay.  And if that happened,
14   would there be first the original count put on
15   the counting sheet and then it would be
16   crossed out and a new count or would there not
17   be a count on the counting sheet until the
18   double check was done?
19            MR. SANGIAMO:  Object to the
20        form.
21            THE WITNESS:  I guess you could
22        take it -- it was like a case by case.
23        If say, for instance, Jenny was
24        reading a plate and a well seemed --
25        something seemed unclear and she is in

70 (Pages 274 - 277)

Appx2608

1          MARY K. YAGODICH
2     the midst of counting and she would
3     say, Mary or Jill or whoever, can you
4     look at this.  And either look at it
5     on the light box or under a microscope
6     and say, yes, I think that's a plaque,
7     no, I don't think that's a plaque.
8     And then she would continue recording
9     her results.
10    BY MR. SCHNELL:
11        Q.    If you could look at Exhibit 10A,
12    can you identify the plate number of the mock
13    control?
14            Let me ask it this way:  Is
15    plate 1318 the mock control?
16        A.    1318 appears to be the mock.
17        Q.    The way you can tell that is
18    because if you look on Exhibit 10A on the
19    left-hand column when you get past all the
20    plate -- all the box numbers and at the very
21    bottom there is something that says mock, it's
22    three up from the bottom and then you go
23    across and that corresponds with 1318.  Is
24    that how I -- am I reading this map correctly?
25        A.    Yes.

1          MARY K. YAGODICH
2        Q.    Then if we want to find the
3    corresponding plaque counts for the mock
4    control, we find that on Exhibit 10B on the
5    last page where 1318 is recorded.  Is that
6    correct?  This is the Exhibit 10B page with
7    the Bates number ending 930.  And next is
8    there's one, two, three, four rows of 1318,
9    and three columns.  Correct?
10        A.    Yes.
11        Q.    And those were the plaque counts
12    for all of the counts that were made for the
13    mock control in assay 762.  Correct?
14        A.    Yes.
15        Q.    And typically when you were
16    doing plaque counts, would you do the mock
17    control first?
18        A.    No, I would count them from one
19    to -- like starting to finish.
20        Q.    So you would start with the
21    kid's blood samples pre- and post-vaccination?
22        A.    Yeah, like 1 through 70 or
23    whatever.  Like I would do them in order in
24    which they were run.  That's how I would
25    count them.

1          MARY K. YAGODICH
2        Q.    So you would do the controls
3    after counting the plaques on the kid samples.
4    Is that correct?
5            MR. SANGIAMO:  Object to the
6        form.
7            THE WITNESS:  Well, they are at
8        the end.  So if I'm running them in
9        order -- if I'm counting them from
10       start to finish, then that would be
11       the last -- they would be the last
12       plates.
13    BY MR. SCHNELL:
14        Q.    Was that just your practice or
15    was that part of the official protocol for
16    plaque counting, if there was one?
17        A.    That's how I counted them.
18        Q.    Do you know how others in the
19    lab counted plaques?
20        A.    Uh-uh.  No.
21        Q.    Is there a particular reason you
22    did it that way other than it just being in
23    order?
24        A.    Just being in order.  I mean,
25    start to finish.  Numerological order.

1          MARY K. YAGODICH
2        Q.    Wouldn't it make more sense to
3    do the controls first to see if you even had a
4    valid assay that was worth counting?
5        A.    No.
6        Q.    So it would be worth counting
7    the plaques even if you determined that the
8    controls were not valid?
9        A.    I guess I never thought to do
10   it that way.  I always count them from start
11   to finish.  And that's how I always did it.
12        Q.    And that made sense to you?
13        A.    Yes.
14        Q.    So if we look at the plate, if
15   we wanted to calculate the average mock
16   control, we would add up these four rows of
17   three columns of numbers and then divide it by
18   12 to get the average mock control?
19        A.    Yes.
20        Q.    Then once you had the average
21   mock control, you could use that to compare to
22   the plaque counts of the kid samples to
23   determine whether or not it was a positive
24   neutralization or a negative neutralization.
25   Correct?

Appx2609

1          MARY K. YAGODICH
2          MR. SANGIAMO:  Object to the
3    form.
4          THE WITNESS:  Do you mean
5    after -- I'm sorry, I would count my
6    assay and enter it in a spreadsheet
7    and do those calculations on the
8    spreadsheet and save the spreadsheet.
9    And Dave would look at the data.
10   So -- but I'm not sure what you were
11   asking before.
12   BY MR. SCHNELL:
13   Q.   That's fine.  Now --
14   A.   That's what I would do.
15   Q.   So after you did these counting
16   sheets, then Dr. Krah would look at the data?
17   A.   Yes.
18   Q.   For what purpose?
19   A.   To see the results.
20   Q.   Why did he want to see the
21   results?
22         MR. SANGIAMO:  Objection.  Calls
23   for speculation.  Answer if you know.
24         THE WITNESS:  Just to see the
25   results.  That's -- I answered your

1          MARY K. YAGODICH
2    question.
3    BY MR. SCHNELL:
4    Q.   Do you have an understanding as
5    to why he wanted to see the results?
6          MR. SANGIAMO:  Objection.
7          THE WITNESS:  No.  To see -- to
8    look at the results.  I keep answering
9    the same thing, I sound like a broken
10   record, but that's what he would do.
11   BY MR. SCHNELL:
12   Q.   So after the plaque counts were
13   entered on these counting sheets, they would
14   also be entered onto an Excel spreadsheet.
15   Correct?
16   A.   Yes.
17   Q.   And would -- if you were the
18   counter of the plaques, would you also enter
19   the plaque counts into the Excel spreadsheet?
20   A.   It would depend.  It would
21   depend on how busy everyone was in the lab or
22   who had -- if someone was entering in numbers
23   and would enter in another set.  There was --
24   it was just kind of you could enter your own
25   data in if you had the counts, in the

1          MARY K. YAGODICH
2    notebook and they weren't entered yet;
3    someone else might enter them in.  It was
4    kind of -- there was no set parameters to
5    follow.
6    Q.   Was there ever a time in the
7    plaque counting process where the counting
8    sheet was bypassed and the plaque counts were
9    directly entered into the Excel spreadsheet?
10   A.   No.
11   Q.   So there should be a counting
12   sheet that corresponds to an Excel spreadsheet
13   with respect to every single assay that was
14   performed?
15   A.   Yes.
16   Q.   And every single plate that was
17   performed in the assay?
18   A.   Yes.
19   Q.   And what happened to the cell
20   plates after a particular count was done?
21   A.   The assays were grouped,
22   plates, assay plates would be grouped and
23   just stored.
24   Q.   Why were they stored and not
25   just discarded?

1          MARY K. YAGODICH
2    A.   I don't remember.
3    Q.   Okay.  I'm going to give you a
4    calculator.  This isn't a test, but I want
5    this to just be as accurate as possible.  Can
6    you calculate for us the average mock control
7    for assay 762?  Again, my understanding is you
8    simply tally all the numbers in the four rows
9    and three columns, so it's 12 numbers in --
10   associated with plate 1318?
11   A.   I don't remember exactly how
12   the Excel formula was designed.  I don't
13   remember if it took all 12 with those cells
14   and took the straight average or if it -- if
15   each row was averaged and then those averages
16   were averaged, I don't remember.  But if you
17   would like me to do it that way, I can do
18   that for you.
19   Q.   Yeah, I would.
20         MR. SANGIAMO:  Do it which way?
21   BY MR. SCHNELL:
22   Q.   The way --
23   A.   Averaging 12, the numbers.
24   Q.   Yes.
25   A.   The 12 counts.

72 (Pages 282 - 285)

MARY K. YAGODICH

1    Q.    Your recollection is that it was
2  either done that way or it was either done the
3  other way.  Correct?
4    A.    It was one -- I don't remember
5  which one it was.  I don't remember.
6    Q.    Would that be in the validation?
7    A.    I don't know.
8        MR. HALL:  It might be the same
9    number.
10       THE WITNESS:  It should be the
11   same number, but I don't remember how
12   the --
13  BY MR. SCHNELL:
14   Q.    It's the same number.
15   A.    Like, I guess, what I'm saying
16  like --
17   Q.    All right.  Well, let's
18  assume --
19   A.    For sake of --
20   Q.    -- it's the same number.
21       MR. KELLER:  You can test it if
22   you want.
23       THE WITNESS:  I was just
24   saying -- I'm not sure how it came out

MARY K. YAGODICH

1  on the spreadsheet, that's what I'm
2  saying.  Like I don't know how it --
3  BY MR. SCHNELL:
4    Q.    That's fine.
5    A.    If I -- whatever.  It's fine.
6  I'm just talking -- whatever.
7        14.9.
8    Q.    14.9?
9    A.    1666.
10   Q.    Okay.  So that's what we get,
11  too.  Now, cut that in half, what do you get?
12  7.46 rounded up to the nearest thousandth.
13  Right?  7.46.  Is that correct?
14   A.    Uh-huh.
15   Q.    Okay.  So that's one-half the
16  average mock control for this assay.  Is that
17  correct?
18   A.    Yes.
19   Q.    Okay.  Now, in order to
20  determine the neutralization, whether there
21  was a neutralization in the Protocol 007
22  testing of the kid's blood samples, you would
23  compare the plaque counts in the blood samples
24  both pre-vaccination and post-vaccination to

MARY K. YAGODICH

1  one-half the average mock control.  Correct?
2    A.    Yes.
3    Q.    And if the plaque count was
4  greater on the kid's blood sample than
5  one-half the average mock control, then that
6  meant that there was no neutralization in that
7  sample.  Is that correct?
8    A.    If -- I'm trying to think in my
9  head now.  When I see this on paper versus in
10  my head.  If you do not see -- wait.  If you
11  count plaques -- once you reach the titer
12  that becomes that number or greater, then
13  that number is your titer.
14   Q.    So if the number of plaque
15  counts was higher in the kid's blood sample in
16  this instance than 7.46, that would mean that
17  there was a negative neutralization?
18   A.    The sample would be negative.
19   Q.    And if the plaque count was
20  lower than 7.46, then there would be positive
21  neutralization.
22   A.    Yes.
23   Q.    Correct?  Okay.
24       So if we can go back to

MARY K. YAGODICH

1  Exhibit 10A, and I'm interested in box number
2  or kid number 1325.  That's shown -- it's the
3  first sample on the second rectangle on
4  Exhibit 10A, you'll see 1325 is listed there
5  twice.  No, go back to Exhibit 10A.  You're on
6  10B.
7    A.    Oh.
8    Q.    So you see the second box on the
9  left and the first two numbers are 1325?  Do
10  you see that?
11       MR. SANGIAMO:  Where are you
12   looking?
13  BY MR. SCHNELL:
14   Q.    Right here.
15   A.    This goes up to 1320.
16   Q.    Yeah.  Is that not 1325?
17       MR. SCHNELL:  Can you point her
18   to what I'm looking at?
19       THE WITNESS:  Oh, okay.
20  BY MR. SCHNELL:
21   Q.    So you see the 1325 that I'm
22  referring to?
23   A.    Yes.
24   Q.    If we wanted to find the

73 (Pages 286 - 289)

Appx2611

MARY K. YAGODICH

1 MARY K. YAGODICH
2 corresponding pre-vaccination plates for this
3 sample, we look on the map and it shows us
4 1285 and 1286. Right?
5     A.   Yes.
6     Q.   Okay. So now let's look at
7 those plates in Exhibit 10B. In Exhibit 10B
8 those plates are found on the page with the
9 Bates number ending 928. Do you see that,
10 1285 and 1286?
11     A.   Yes.
12     Q.   You see that there are, again,
13 four rows for 1285 and four rows for 1286 and
14 three columns for each. Do you see that?
15     A.   Yes.
16     Q.   Okay. These represent the
17 plaque counts for the pre-vaccination samples
18 for this kid. Is that correct?
19     A.   Yes.
20     Q.   And if you look four rows down
21 from the bottom, I mean from the top, there
22 are cross outs in each one of the plaque
23 counts in that row. The first row originally
24 said 11. There's a cross out, and it says 12.
25 The second row originally said 7, it was

1 MARY K. YAGODICH
2 crossed out to 10. And the third row
3 originally said 4 and it's crossed out and
4 says 5. Do you see that?
5     A.   Yes.
6     Q.   And then it says, plaques missed
7 - MKY checked January 8, 2001. MKY is you.
8 Correct?
9     A.   Yes.
10     Q.   You're the ones that -- you're
11 the one that made the cross outs there and
12 wrote in the new numbers. Correct?
13     A.   Yes.
14     Q.   The reason you wrote that in is
15 because you found that in those three
16 instances, and there's one above it, too, 8 to
17 11, in those four instances you found that the
18 counter who wasn't you who originally made
19 these counts missed some plaques and you put
20 in what you found to be the correct number of
21 plaques upon your recounting. Is that
22 correct?
23     A.   Yes.
24     Q.   Now, what would the circumstance
25 be that would have led to your doing that?

1 MARY K. YAGODICH
2     A.   It would have been a request of
3 Dave to check those results and make sure
4 that plaques were not missed.
5     Q.   You testified earlier that he
6 did that on occasion. Is that correct?
7     A.   Yes.
8     Q.   Okay. So let's look -- let's
9 calculate whether the original count was a
10 pre-vaccination positive neutralization or a
11 pre-positive -- or a pre-vaccination negative
12 neutralization. And the way we would do that
13 is we would average the three rows and compare
14 it to the one-half average mock control like
15 we just discussed. Correct?
16     A.   Yes.
17     Q.   And so doing that, if you add
18 11, 7 and 4, and divide it by 3, what do you
19 get?
20     A.   9.8.
21     Q.   11, 7 and 4, that's 22 divided
22 by 3.
23     A.   I must have hit something
24 wrong. 22, 7.3.
25     Q.   So that's lower than one-half

1 the mock average which was 7.46, so that would
2 have been a pre-positive. Is that correct?
3     A.   Yes.
4     Q.   Now, can you redo that with the
5 new numbers that you put in and tell me what
6 you get?
7     A.   27.9.
8     Q.   So that is higher than one-half
9 the average mock which was 7.46, so that made
10 it a pre-negative. Correct?
11     A.   In this plate, yes.
12     Q.   So your changes took what was
13 originally a pre-positive and made it a
14 pre-negative. Correct?
15     A.   Correct.
16     Q.   Earlier I thought you testified
17 that there was never even a single instance
18 where you're rechecking pre-positives and
19 changing them ever resulted in a pre-positive
20 becoming a pre-negative.
21     MR. SANGIAMO: Objection.
22 Misstates the testimony.
23 BY MR. SCHNELL:
24     Q.   Is that not what you earlier

Appx2612

MARY K. YAGODICH

1  testified?
2     A.   Yes.
3     Q.   Yes, that is not what you
4  testified to?
5     A.   That I remember pre-positives
6  remaining pre-positive.
7     Q.   And you --
8     A.   I don't remember one becoming
9  pre-negative.
10    Q.   So does this refresh your
11 recollection that there were instances, at
12 least one instance where you made plaque count
13 changes that made a pre-positive into a
14 pre-negative?
15         MR. SANGIAMO:  Object to the
16    form.
17         THE WITNESS:  One out of how
18    many thousands of plates years ago and
19    I would remember that.  I mean --
20 BY MR. SCHNELL:
21    Q.   Are you saying this is the only
22 one that that happened to?
23    A.   I don't recall any more than
24 that.  I don't ever recall any pre-positives

MARY K. YAGODICH

1  becoming pre-negative.
2     Q.   But you do recall pre-negatives
3  staying pre-negatives?
4     A.   Yes.
5     Q.   So now you have this one but
6  there's no other recollection -- you're still
7  comfortable with your testimony?
8     A.   Of course.
9     Q.   But now you at least acknowledge
10 that it did happen.  Correct?
11    A.   For one subject.
12    Q.   So it's your testimony that in
13 only one occasion a change was made from
14 pre-positive to pre-negative?
15    A.   This one that I see is, in
16 fact, that, but I don't recall any others.
17    Q.   If you had a pre-positive in the
18 testing, what happened to that kid's sample?
19    A.   I don't remember.
20    Q.   Were you able to use a
21 pre-positive sample towards seroconversion?
22         MR. SANGIAMO:  Objection.  Asked
23    and answered.
24         THE WITNESS:  I don't remember.

MARY K. YAGODICH

1  BY MR. SCHNELL:
2     Q.   When you made these changes, did
3  you talk to anyone about making these changes?
4     A.   Well, if Dave wanted to confirm
5  a result and check the accuracy, being as the
6  lab could access any documents at any time,
7  any counting sheets, any Excel spreadsheets,
8  every single person in the lab, nothing was
9  locked up, anyone could see anything any time
10 they wanted.  And as far as being accurate,
11 Dave also would have looked at this plate,
12 maybe someone else in the lab would have
13 looked at this plate.  When you stain a
14 plate, there is a plaque.  You can't create a
15 plaque out of nowhere.  You can't -- you know
16 what I'm saying?  If it was missed in the
17 counting, it's not -- I mean, plaques are
18 there.  They just don't materialize out of
19 thin air.  So if it was rechecked for
20 accuracy and that was the mathematical
21 result, then that's what the mathematical
22 result was.
23    Q.   So if you could turn to
24 Exhibit 10C, and this is the data correction

MARY K. YAGODICH

1  log which at some point in the Protocol 007
2  testing was introduced -- by the way, do you
3  recall why it was introduced somewhere in the
4  middle of the Protocol 007 testing?
5     A.   No.
6     Q.   If you look to the second page,
7  it deals with plate 1285 that we were just
8  looking at and with the corrections that you
9  made, and it says the scientist justification
10 for the correction, and it says, "Recheck
11 plate with single positive dilution (to verify
12 positive result)," and it's signed by David
13 Krah.  Now, you made the change.  Correct?
14    A.   Yes.
15    Q.   So why is David Krah signing the
16 justification for the change?
17         MR. SANGIAMO:  Objection.  Calls
18    for speculation.
19         THE WITNESS:  I don't understand
20    where you're --
21 BY MR. SCHNELL:
22    Q.   It's the second page of that
23 document, of Exhibit 10C.
24         MR. SANGIAMO:  Flip it over.

Appx2613

MARY K. YAGODICH

1 THE WITNESS: Oh, here. I'm
2 sorry. I didn't realize. What's the
3 date on this?
4 MR. SANGIAMO: The pending
5 question is why is David Krah signing
6 the justification for the change?
7 THE WITNESS: But he's noting
8 that I made the change, which is
9 accurate. But I don't know why -- I
10 don't know -- I mean --
11 BY MR. SCHNELL:
12 Q. Was that your scientific
13 justification for making the correction?
14 A. Well, I wrote plaques were
15 missed. So I'm not sure how that -- "Plaques
16 missed." God, I cannot read --
17 Q. So was it not your scientific
18 justification that you reject the plates with
19 single positive dilutions to verify positive
20 result?
21 A. That's --
22 MR. SANGIAMO: Objection.
23 THE WITNESS: Dave wrote that,
24 not me.

MARY K. YAGODICH

1 BY MR. SCHNELL:
2 Q. And is it your understanding
3 that as a matter of practice for Protocol 007,
4 that plates with single positive dilutions
5 were always rechecked to verify the results?
6 A. I don't remember it being
7 stated in that manner.
8 Q. So you don't recall that being
9 part of the protocol for Protocol 007, do you?
10 A. No.
11 Q. Do you recall whether or not it
12 was Dr. Krah who asked you to go back and
13 recount that particular sample?
14 A. It would have been the most
15 likely person.
16 Q. Why is that?
17 A. Dave is reviewing the data and
18 did want me to check a plate, he would ask me
19 to check or anyone else in the lab.
20 Q. And do you recall if on this
21 particular assay he asked you to recheck any
22 of the other samples?
23 A. I don't remember that.
24 Q. And just so the timing is clear,

MARY K. YAGODICH

1 the original counting was done on January 3,
2 2001, as indicated at the bottom of
3 Exhibit 10B. Correct?
4 A. Uh-huh.
5 Q. And that was counted by Steve --
6 Stephen Krahling. Correct?
7 A. Yes, it's his signature.
8 Q. And then five days later is when
9 you made the change. Correct?
10 A. Yes.
11 Q. So it's your understanding that
12 somewhere between January 3rd and January 8th,
13 David Krah analyzed the results of this
14 counting of this assay and then came to you
15 with direction to recheck at least that plate
16 sample. Is that correct?
17 A. Yes.
18 - - -
19 (Exhibits Yagodich-11A,
20 Handwritten document, Bates
21 MRK-KRA00682377 - 2384; Yagodich-11B,
22 Example of counting sheets, Bates
23 MRK-KRA00682385 - 2389; Yagodich-11C,
24 Mumps AIGENT Assay Raw Data Correction

MARY K. YAGODICH

1 Log, Bates MRK-KRA00682391 & 2392,
2 were marked for identification.)
3 - - -
4 BY MR. SCHNELL:
5 Q. I'd like to mark as Yagodich
6 Exhibits 11A, 11B, and 11C, another series of
7 documents. These relating to assay number
8 742. The first one, Exhibit 11A is a series
9 of pages with the Bates range 682377 through
10 84; the second one series of pages, 682385
11 through 89; and the third one a series of
12 pages, two pages, 682391 and 2.
13 If I could refer you on
14 Exhibit 11A to the Bates number 682381. It's
15 another one of these map plates that you
16 previously identified. Do you see that?
17 A. I see it, yes.
18 Q. And the mock control for this
19 assay, again, this is assay 742, the plate
20 that is associated with the mock control is
21 plate 118. Correct?
22 A. Yes.
23 Q. So if we want to look at that
24 mock control, look at Exhibit 11B, with the

MARY K. YAGODICH

1    MARY K. YAGODICH
2    page Bates number ending 389 and you look at
3    plate 118 and we see, again, the four rows and
4    three columns of numbers that represent the
5    plaque counts for that mock control. Correct?
6        A.    Yes.
7        Q.    And the original counts here
8    were done by Elizabeth Thoryk, T-H-O-R-Y-K?
9        A.    Yes.
10       Q.    And that was done on December
11   18, 2000. Correct?
12       A.    Yes.
13       Q.    And then you on January 10,
14   2001, so about three weeks later, rechecked
15   the plaque counts for the mock control and
16   changed most of the numbers. Is that correct?
17       A.    10 of them.
18       Q.    10 of the 12?
19       A.    Yes.
20       Q.    And in every one of those 10
21   instances -- no, not in every one. Let's go
22   through them one by one. So one of them you
23   changed from 25 to 18. Correct?
24       A.    Looks like a 23, but whatever.
25       Q.    Yes, I believe you're right. 23

MARY K. YAGODICH

1    MARY K. YAGODICH
2    to 18. And in looking at these now, in every
3    instance except one, so nine of the ten
4    changes you actually lowered the plaque
5    counts. Correct?
6        A.    One went up and, yes, they're
7    like off by one.
8        Q.    So for 23 to 18 Ms. Thoryk was
9    off by five. Correct?
10       A.    Yes.
11       Q.    Now, did that happen very often
12   where there was an instance where the original
13   plaque counter counted too many plaques?
14       A.    Well, counts could be
15   inaccurate for any reason. It could be as a
16   result of the -- just the immunostaining.
17   Sometimes plates were very faint and it was
18   hard to -- it was more difficult to count
19   plaques than if the monolayer were stained
20   slightly more darkly. And then on the
21   opposite end of the spectrum, the substrate
22   could over precipitate in the reaction and
23   resulting in, like, dark globs of
24   precipitate, precipitated substrate that
25   wouldn't rinse off the monolayer and could

MARY K. YAGODICH

1    MARY K. YAGODICH
2    appear as a plaque that you could see under a
3    microscope and confirm whether or not it is a
4    plaque. I mean, in this assay Liz corrects
5    herself. So this -- yeah. So that could
6    have been a result of that.
7        Q.    Did you find that in rechecking
8    plaque counts when mistakes were made, there
9    was any pattern in the mistakes that were
10   made? For example, did you find it was more
11   often the case that too many plaques were
12   counted or too few plaques were counted?
13       A.    I don't remember.
14       Q.    You don't remember any pattern
15   one way or the other?
16       A.    No.
17       Q.    In your experience, would you
18   expect there to be mistakes in -- more likely
19   in one direction than in the other in terms of
20   counting --
21       A.    No.
22       Q.    -- too many plaques or counting
23   too few plaques?
24       A.    They went both ways.
25       Q.    What about the number of plaque,

MARY K. YAGODICH

1    MARY K. YAGODICH
2    would you find that it was more likely that
3    mistakes were made when there was a greater
4    number of plaques on the cell plate?
5        A.    No. It could go either direction.
6        Q.    And so then it says, and that's
7    your handwriting, MKY recheck plate
8    January 10, 2001?
9        A.    Yes.
10       Q.    Then whose handwriting is it
11   that says, "data entered into workbook"?
12       A.    Colleen Barr.
13       Q.    What workbook is being
14   referenced there?
15       A.    Just the Excel workbook, the
16   Excel spreadsheet.
17       Q.    Why was this data entered in the
18   Excel spreadsheet, what looks to be a year and
19   four months later?
20       A.    I don't know. I have no idea.
21       Q.    What was the practice in terms
22   of taking the information on the counting
23   sheets and entering them into the workbook?
24       A.    Because of the volume of
25   assays --

77 (Pages 302 - 305)

Appx2615

MARY K. YAGODICH

1          MARY K. YAGODICH
2          MR. SANGIAMO:  Object to the
3   form of that question.  You can
4   answer.
5          THE WITNESS:  -- typically the
6   assays would get counted, there were
7   usually many assays to count at once,
8   which means multiple people are
9   counting at once.  People entered the
10   data, once you have this on paper, you
11   could -- people would enter it into
12   the Excel spreadsheet whenever they
13   were able to or could have time to do
14   it.  So there was no data must be
15   entered 72 hours post-count.  There
16   was no parameters set for that.  It
17   was just kind of do it when you can,
18   everyone was really busy.  So -- and
19   this date discrepancy I cannot speak
20   to.
21   BY MR. SCHNELL:
22   Q.   Do you have an understanding as
23   to how you came to recheck, recount and change
24   these numbers in the mock control of this
25   assay number 742?

1          MARY K. YAGODICH
2   A.   If I was asked to check it, I
3   would have checked it.
4   Q.   So does the fact that you
5   checked it and changed it lead you to conclude
6   that you were asked to check it?
7   A.   Yes.
8   Q.   And you believe that was
9   Mr. Krah who asked you to check it?
10   A.   It could have been Dave.  It
11   could have been Liz.  It could have been who
12   counted it.  It could have been either of
13   them.  I don't remember.
14   Q.   Do you recall many occasions
15   where you were asked to check the mock control
16   plaque counts?
17   A.   No.
18   Q.   Was Liz one of the others in
19   your lab who was involved in Protocol 007
20   testing?
21   A.   Yes.
22   Q.   Did you identify her earlier on?
23   A.   I believe so.
24   Q.   Only one more in this exercise.
25              - - -

1          MARY K. YAGODICH
2          (Exhibits Yagodich-12A, Plate
3   map for assay 157, Bates
4   MRK-KRA00684146; Yagodich-12B,
5   Counting sheet for assay 157, Bates
6   MRK-KRA00684148 - 4152; Yagodich-13A,
7   Plate map for assay 275, Bates
8   MRK-KRA00682290; Yagodich-13B,
9   Counting sheet for assay 275, Bates
10   MRK-KRA00682292 - 2296; Yagodich-14A,
11   Plate map for assay 256, Bates
12   MRK-KRA00681992; Yagodich-14B,
13   Counting sheet for assay 256, Bates
14   MRK-KRA00681994 - 1998, were marked
15   for identification.)
16              - - -
17   BY MR. SCHNELL:
18   Q.   I'll give you six pages.  It's
19   going to be Yagodich 12A and B, 13A and B, and
20   14A and B.  So Yagodich 12A is a plate map for
21   assay 157 with the Bates number 684146.  And
22   Yagodich 12B is the corresponding counting
23   sheet for that assay 157.  Yagodich 13A is the
24   plate map for assay 275.  And the Yagodich 13B
25   is the corresponding counting sheet for assay

1          MARY K. YAGODICH
2   275.  Yagodich 14A is the plate map for assay
3   256.  And the corresponding -- Exhibit 14B is
4   the corresponding counting sheet for that
5   assay 256.  So these are all additional
6   examples of plate maps and counting sheets.
7   Correct?
8   A.   Yes.
9   Q.   This is for the Protocol 007
10   testing.  Correct?
11   A.   Yes.
12   Q.   Okay.  So if you look at
13   Exhibit 12A, and in particular I want you to
14   look at case number 2800.  And that's on the
15   top part of the page under box A.  Do you see
16   that?
17   A.   Yes.
18   Q.   It's one, two, three, four case
19   numbers down.  And the corresponding
20   pre-positive -- I'm sorry, pre-vaccination
21   plate numbers for case number 2800 is 13 and
22   14.  Is that correct?
23   A.   Yes.
24   Q.   And on that same page we see
25   that the mock control for this assay is -- the

Page 310

MARY K. YAGODICH

1 plaque counts for that is found on page -- on
2 plate number 58. Correct? That's on the
3 plate -- on the plate -- on the map?
4     A.    Yes.
5     Q.    It says mock serum --
6     A.    I see it, yes.
7     Q.    Okay. So let's look at the
8 plaque counts for the mock control for this
9 assay 157. And to do that we look at
10 Exhibit 12B, we go to the last page of that
11 exhibit. We look at plate 58. Are you with
12 me?
13     A.    Yes.
14     Q.    And calculate the average mock,
15 we already talked about it, you would add up
16 all these and divide by 12. You can do that
17 or you can trust me that the total is 216
18 divided by 12 equals 18. So the average mock
19 count for this mock control is 18. You're
20 free to double check my math if you want, but
21 this guy next to me did it and he never makes
22 mistakes.
23          MR. SANGIAMO: Are you sure you
24     don't want to double check?

Page 311

MARY K. YAGODICH

1          THE WITNESS: I can double
2     check.
3          MR. SCHNELL: Obviously Dino
4     doesn't agree that you never make
5     mistakes.
6          MR. SANGIAMO: First time for
7     everything.
8          THE WITNESS: 18.
9 BY MR. SCHNELL:
10     Q.    And 50 percent of that is 9?
11     A.    Yes.
12     Q.    So for this assay 157, if the
13 plaque count on a kid's blood sample were
14 greater than 9, that would show a negative
15 neutralization. And if the plaque count was
16 lower than 9, that would show a positive
17 neutralization. Is that correct?
18     A.    Yes.
19          MR. SANGIAMO: Object to the
20     form.
21 BY MR. SCHNELL:
22     Q.    If I can now point you to the
23 case number 2800 that we looked at before, and
24 that's plate numbers 13 and 14, and that's on

Page 312

MARY K. YAGODICH

1 the same Exhibit 12B at the page ending Bates
2 number 149, are you with me, plate numbers 13
3 and 14?
4     A.    Uh-huh.
5     Q.    And I want to point to you the
6 very first row of plate 13 where there's a 7,
7 9 and 6. You don't need a calculator to know
8 that the average of 7, 9 and 6 is less than 9.
9 Right? You wouldn't need a calculator for
10 that, you can just eyeball it and know right
11 off the bat that 7, 9 and 6 as an average is
12 lower than 9. Right?
13     A.    Yes.
14     Q.    But you can double check my
15 work. But you would be able to eyeball that
16 and tell.
17          So that's a pre-positive sample.
18 Correct?
19     A.    Yes.
20     Q.    So pre-positive sample at that
21 point, what would be the protocol if you found
22 a pre-positive sample?
23     A.    There's nothing written in the
24 protocol to address those. And Dave has

Page 313

MARY K. YAGODICH

1 checked counts on this so I can't speak to
2 why he did or didn't check that result or --
3 I mean, I didn't count this, nor did I check
4 it. And I think my name might be on the
5 plate map or making my initials, there's a
6 correction made with numbering that has my
7 initials on it. But Colleen Barr counted
8 this assay, and any amendments that were made
9 to counts were done by Dave. So...
10     Q.    Okay. I'm not talking about any
11 changes made on this example. I'm just
12 talking about for this kid's sample it was a
13 pre-positive. Correct?
14     A.    Yes.
15     Q.    Under the Protocol 007 testing,
16 a pre-positive cannot count toward
17 seroconversion. Correct?
18     A.    I don't remember.
19     Q.    Well, you know what a
20 pre-positive is. Right?
21     A.    Yes.
22     Q.    Is there any circumstances under
23 which a pre-positive vaccination could be
24 counted toward seroconversion?

Appx2617

MARY K. YAGODICH

1 MARY K. YAGODICH
2 MR. SANGIAMO: Objection. Asked
3 and answered.
4 THE WITNESS: I don't remember
5 if there were separate criteria for
6 fold, rise and titer, but I would not
7 be making an accurate statement
8 because I don't remember exactly.
9 But, again, if I didn't -- I wasn't
10 asked to check this assay, nor would I
11 remember this.
12 BY MR. SCHNELL:
13 Q. But generally speaking, if
14 you're trying to see if a vaccine works or
15 not, how could a child that is -- has a
16 positive neutralization to the virus before
17 even being given the vaccine, how could that
18 assist you in determining whether or not the
19 vaccine worked for that particular child?
20 MR. SANGIAMO: Object. Answer
21 you if you know.
22 THE WITNESS: Again, I could not
23 confirm what those criteria would fall
24 under.
25 BY MR. SCHNELL:

1 MARY K. YAGODICH
2 Q. So as far as your recollection,
3 there may have been instances where
4 pre-positives were counted towards
5 seroconversion in Protocol 007 testing?
6 A. I don't remember.
7 Q. You don't remember one way or
8 the other?
9 A. No.
10 Q. And as far as --
11 A. At this point I think the 10th
12 of May, I might have even have been home.
13 Two weeks before I was having my child.
14 Q. I'm not talking about this now.
15 I'm talking about generally speaking.
16 A. Generally speaking, just
17 remembering -- no, I don't recall.
18 Q. Okay. So let's put this to the
19 side for now.
20 Now, if we could look at
21 Exhibits 13A and B. So Exhibit 13A is the
22 plate map for assay 275. Correct?
23 A. Yes.
24 Q. And case number 2800, the one we
25 just looked at, is here again in this assay.

1 MARY K. YAGODICH
2 Do you see that?
3 A. Yes.
4 Q. And the case number represents
5 an individual child. Correct?
6 A. It refers -- it's a patient
7 number.
8 Q. Right.
9 A. Yes.
10 Q. And they were unique to -- so
11 2800 was unique to that particular patient.
12 Correct?
13 A. Yes.
14 Q. So this indicates that child
15 2800 who had a pre-positive in assay 157 was
16 now retested in assay 275. Correct?
17 A. Yes.
18 Q. Why would a child who tested
19 pre-positive in one test be retested in
20 another test?
21 A. To confirm the result.
22 Q. And was that a practice that was
23 standard in Merck's Protocol 007 testing?
24 A. I don't remember.
25 Q. Would that have been a good

1 MARY K. YAGODICH
2 practice?
3 MR. SANGIAMO: Objection.
4 THE WITNESS: I can't speak to
5 whether it's good or bad.
6 BY MR. SCHNELL:
7 Q. You worked, you helped develop
8 protocol for Protocol 007 testing. Right?
9 A. Yes.
10 Q. And you don't recall one way or
11 the other whether or not a child who tested
12 pre-positive in one test was routinely
13 retested in a second test to confirm if that
14 pre-positive was accurate?
15 A. I don't remember. It wasn't
16 written in the protocol.
17 Q. So that wasn't part of the
18 protocol?
19 A. No.
20 Q. So does that mean --
21 A. From what I can remember.
22 Q. But it's possible even though it
23 wasn't in the protocol, that that's a practice
24 in which Merck engaged with Protocol 007
25 testing?

MARY K. YAGODICH

1
2    A.    Again, the decision to test or
3    retest, a sample would not be my decision.
4    It wasn't -- it wouldn't be my determination
5    to re-assay a sample.
6    Q.    Okay.  So let's continue on with
7    Exhibit 13A.  And the mock control as indicated
8    on the bottom of this plate map shows that
9    it's on plate 118.  Correct?  Correct?
10   A.    Yes.
11   Q.    Okay.  So if we look at
12   Exhibit 13B, the counting sheet, and we go to
13   the last page and we go to plate 118, we see
14   the plaque counts for the mock control.  And,
15   again, you can trust my math which -- actually
16   my colleague's math, which shows a total of
17   159 if you add up all the numbers for plate
18   118.  You divide that by 12, you get 13.25.
19   You're free to check it.
20   A.    13.25.
21   Q.    Then if you cut that in half,
22   you get 6.63.
23   A.    6.625.
24   Q.    Okay.  6.625.  Again, if on the
25   children's blood sample the plaque count is

MARY K. YAGODICH

1
2    above 6.625, that means in that instance there
3    was a negative neutralization.  And if it's
4    below 6.625, that means there was a
5    positive neutralization for that sample.
6    Correct?
7         MR. SANGIAMO:  Objection to
8    form.
9         THE WITNESS:  I'm sorry, what
10   sample?
11   BY MR. SCHNELL:
12   Q.    The sample that we're --
13   A.    Number.
14   Q.    -- assay -- I'm just saying with
15   this assay with the one-half average mock
16   control being 6.625, that meant for this
17   sample, for this assay, if a child's blood
18   sample had a plaque count above 6.625, that
19   was a negative neutralization, and if below
20   6.625, that was a positive neutralization.
21   Correct?
22        MR. SANGIAMO:  Object to the
23   form.
24        THE WITNESS:  Yes.
25   BY MR. SCHNELL:

MARY K. YAGODICH

1
2    Q.    Okay.  So now if we go to the
3    plate map again and we look at child 2800, we
4    look at the associated plates for this child
5    and we see it's 69, 70, 71 and 72.  And we go
6    back to Exhibit 13B, and we find those four
7    plates are on the very first page of
8    Exhibit 13B, carrying over to the next page.
9    And if you look at the pre-vaccination samples
10   which are plate 69 and 70, are you with me?
11   A.    69 and -- yes.
12   Q.    And use a calculator if you'd
13   like, but I believe it's pretty apparent just
14   from eyeballing, that all of the those samples
15   are pre-negative in that the average of all of
16   them are way higher than the 6.625 one-half
17   average mock control.  Is that correct?
18   A.    Yes.
19   Q.    So this is a pre-negative
20   sample, so it was originally in the first test
21   a pre-positive, in this test it's a
22   pre-negative.  And if we looked at the
23   post-vaccination samples, again, you don't
24   need a calculator to tell that all of these
25   plaque counts on average for each of these

MARY K. YAGODICH

1
2    plates, samples are well below the 6.625
3    one-half of average mock.  Correct?
4    A.    Yes.
5    Q.    So this is a case where the
6    original test found the child to be
7    pre-positive invalid assay.  And then it was
8    retested in a different assay and was found to
9    be pre-negative and post-positive which would
10   count as a success towards seroconversion in
11   the Protocol 007 test.  Correct?
12        MR. SANGIAMO:  Object to the
13   form.  Assumes facts not in evidence.
14        THE WITNESS:  So your statement
15   or question, could you repeat that?
16        MR. SCHNELL:  Could you repeat
17   the question, please?
18              - - -
19        (The court reporter read the
20   pertinent part of the record.)
21              - - -
22        MR. SANGIAMO:  Objection.
23        THE WITNESS:  The decisions,
24   again, to -- it wouldn't -- well, I
25   didn't run this.  Colleen ran --

Appx2619

MARY K. YAGODICH

counted this. I'm not sure who ran
the assay. It doesn't say. But the
decision to retest pre-positives,
again, would not have been a go or no
go from me. It would have been Dave
or committee decisions to retest
pre-positives. Often if retesting is
required, it can happen across any
assay, any assay format, any assay
platform, looking for antibodies to
viruses, drugs. It's just a part of
research to retest the sample when you
feel a result is questionable. And
those samples are commonly referred to
in the industry as outliers. But,
again, I don't remember this set of
data. I don't remember the sample. I
don't -- I couldn't say what the
rationale was, I mean, why it was
retested, what the specific reason
was. So it's not an uncommon thing in
industry to retest samples. So...

BY MR. SCHNELL:

    Q.   Is it an uncommon thing in the

MARY K. YAGODICH

industry to retest only certain type of
samples, so, for example, if in this test,
Protocol 007 test, only the pre-positives were
retested but not the pre-negatives or the
post-positives or post-negatives, so if
only the pre-positives were tested, routinely
retested, would that be an ordinary and
scientifically justifiable practice?

        MR. SANGIAMO: Object to the
    form.

        THE WITNESS: Again, it wouldn't
    be my expertise to make that
    determination. Nor -- but I -- I
    do -- they are tested as paired sera.
    The pre-sera is not tested alone. Is
    that what you were trying to say?

BY MR. SCHNELL:

    Q.   I wasn't trying to say anything.

    A.   Oh.

    Q.   I was just asking a question.

    A.   So the decision made to do the
retesting, it would not have been my
expertise to make that decision, nor can I
explain why or what I remember.

MARY K. YAGODICH

    Q.   Regardless of whose decision it
was, you don't disagree that what happened in
this instance was there was a child who was
tested in one test, was found to be
pre-positive and then was retested in a second
test and was found to be pre-negative?

    A.   Well, that's the purpose of
retesting --

    Q.   And that's what happened?

    A.   -- to see if you recapitulate
your result. It doesn't -- I mean, that does
happened. It's not uncommon.

    Q.   And that's what happened?

    A.   It's not uncommon. It's not
uncommon.

    Q.   And it wasn't uncommon in
Protocol 007. Correct?

    A.   I don't remember all the data.
I'm speaking broadly from an assay standpoint
of any kind of assay, assay platform.
Outliers often get retested. And the fact
that the result was different in the second
assay, I can't say for certain. It could
have been tested a third time to see which --

MARY K. YAGODICH

to confirm that result one more time, but I
don't know. But, again --

    Q.   If you had been in charge of the
testing, would you have tested it a third
time?

        MR. HALL: Objection.

        THE WITNESS: If I was asked to,
    I was required to.

BY MR. SCHNELL:

    Q.   If you were in charge and you
made the decision, if it tested one way the
first time and tested a different way the
second time, would you have tested it a third
time to make sure that the second result was
the proper one and not the first one?

        MR. SANGIAMO: Objection.

        MR. HALL: Objection.

        THE WITNESS: I wasn't in
    charge.

BY MR. SCHNELL:

    Q.   You have no opinion as to what
you would have done if you were in charge?

        MR. SANGIAMO: Objection.

        THE WITNESS: No.

Appx2620

MARY K. YAGODICH

1 MARY K. YAGODICH
2     MR. SANGIAMO:  We've been going
3 an hour and ten minutes here since the
4 last break.
5     MR. SCHNELL:  Sure, we can take
6 a break.
7     MR. SANGIAMO:  Take a break?
8     MR. SCHNELL:  Yeah.
9     VIDEOGRAPHER:  Off the record at
10 4:45.  This will end disc number five.
11        - - -
12     (A recess was taken.)
13        - - -
14     VIDEOGRAPHER:  Time now is 5:08.
15 Back on the record.  Beginning of disc
16 number six.
17 BY MR. SCHNELL:
18   Q.   Mary, if you could return to
19 Exhibit 14A, please.  That's the plate map for
20 assay 256.  The two case numbers of interest
21 are 617 and 623.  Do you see those on this
22 page?  617 is in the middle set, and 623 is by
23 itself in the last set.
24   A.   Yes.
25   Q.   First I just want us to take a

1 MARY K. YAGODICH
2 look at the mock serum plate.  That's at 118.
3 So if you look at Exhibit 14B, the last page
4 of that exhibit shows the plaque counts for
5 the mock plate.  And you check my math, but
6 the total is 168 divided by 12 equals 14?
7   A.   14.  Yes.
8   Q.   Half of that is 7.  Correct?
9   A.   Yes.
10   Q.   When it was put in the Excel
11 spreadsheet, did the Excel spreadsheet
12 automatically calculate these kinds of figures
13 so you didn't have to do it with a calculator?
14     MR. SANGIAMO:  Object to the
15 form.
16     THE WITNESS:  This spreadsheet
17 would include the mathematical
18 formulas to take the averages of the
19 samples.
20 BY MR. SCHNELL:
21   Q.   So those would auto -- those
22 would be automatically appearing on the
23 spreadsheet along with the plaque counts?
24   A.   Yes.
25     MR. SANGIAMO:  Object to the

1 MARY K. YAGODICH
2 form.
3 BY MR. SCHNELL:
4   Q.   Would it also indicate on the
5 spreadsheet which samples were positive
6 neutralization and which were negative
7 neutralization?
8   A.   No.
9     MR. SANGIAMO:  Object to the
10 form.
11 BY MR. SCHNELL:
12   Q.   Okay.  So if you go back to --
13 let's look at 623.  So if you go back to the
14 plate map for 623, that would be plate -- the
15 pre-vaccination plates for 623 were 109 and
16 110.  Correct?
17   A.   Yes.
18   Q.   If you look back at Exhibit 14B,
19 the page with the Bates number ending 997 and
20 998, that shows plates 109 and 110.  Correct?
21   A.   Yes.
22   Q.   And, again, with one-half
23 average mock being 7, you can tell even
24 without a calculator, that the first row, 109
25 with a plaque count of 4, 5 and 4, that

1 MARY K. YAGODICH
2 average is clearly pre-positive because it's
3 below 7.  Correct?
4   A.   Yes.  Yes.
5   Q.   And the same with --
6   A.   Losing my voice.
7   Q.   The same with on the next page,
8 the second row, the third row, the fourth row
9 and the fifth row, those are all -- the
10 average of those are all clearly below 7, so
11 those are all pre-positive samples.  Correct?
12     MR. SANGIAMO:  Object to the
13 form.
14 BY MR. SCHNELL:
15   Q.   You don't need a calculator to
16 get the average of 3, 4 and 2 being below 7,
17 correct, or 1, 4 and 3 below 7, or 2, 2, and 1
18 below 7?
19   A.   I am looking at something
20 different.  So you're saying 108 and 109,
21 those are the plates?
22   Q.   No.  I am just looking at plate
23 109.  108 is a different child.
24   A.   So just plate 109?
25   Q.   Yes.

83 (Pages 326 - 329)

1          MARY K. YAGODICH
2      A.    Okay.
3      Q.    Actually 109 and 110.  Those are
4  the pre-vaccination plates for child 623.
5      A.    So two of the dilutions, they
6  are above the 50 percent cutoff.
7      Q.    But one, two, three, four, five
8  of the dilutions are pre-positive.  Correct?
9      A.    Yes.
10          MR. SANGIAMO:  Object to the
11      form.
12  BY MR. SCHNELL:
13      Q.    So this is considered a
14  pre-positive sample.  Correct?
15      A.    No, you stated they all were
16  pre-negative -- pre-positive.  And two of the
17  dilutions are negative.
18      Q.    If I did, I misstated.
19          But this is a pre-positive
20  sample because at least one of the solutions
21  is pre-positive.  Correct?
22      A.    Yes.
23      Q.    And, in fact, five of them are
24  pre-positive here.  Correct?
25          MR. SANGIAMO:  Object to the

1          MARY K. YAGODICH
2      form.
3          THE WITNESS:  So yes.
4  BY MR. SCHNELL:
5      Q.    Now, if we go back to Exhibit 14A
6  and we look at child 617, that child's
7  pre-vaccination plates are 93 and 94.  Correct?
8      A.    Yes.
9      Q.    If we go back to Exhibit 14B and
10  we look at plates 93 and 94, again, you can
11  eyeball right off the bat without a calculator
12  that the first row, the second row, the third
13  row, the fourth row, the fifth row and the
14  sixth row are all pre-positive because they
15  average below 7.  Correct?
16          MR. SANGIAMO:  Object to the
17      form.
18          THE WITNESS:  They appear they
19      would be under 7.
20  BY MR. SCHNELL:
21      Q.    Okay.  So now I want you to take
22  out Exhibit 13A.  Now, this is a different
23  assay.  This is assay 275.  You see that child
24  623 and 617 were retested again in this assay.
25  Do you see that?  And I'm looking at

1          MARY K. YAGODICH
2  Exhibit 13A the plate map for assay 275, and
3  you see child 623 and 617 are listed in the
4  middle area.
5      A.    Yes.
6      Q.    Now, we had already looked at
7  this exhibit and you had confirmed that
8  one-half of average mock here is was 6.625.
9  And now let's look at what the results were
10  for these two children in the second test.  We
11  start with child -- well, actually we can do
12  both together because they're on the same
13  page.  So if you turn to -- well, first on the
14  plate map, let's see what plates we're looking
15  at.  So we're looking at plates 85 through 92
16  for these two children.  Correct?
17      A.    Yes.
18      Q.    And so if we look at those
19  plates, those appear on page Bates number
20  ending 294 on Exhibit 13B.  And if you look at
21  the pre-vaccination plates for child 623,
22  that's plates 85 and 86, you see that the
23  child is pre-negative because the average of
24  the plaques on all the samples are higher than
25  7.  And, again, you can use a calculator if

1          MARY K. YAGODICH
2  you want -- are higher than 6.625.  You can
3  use a calculator if you want, but it's pretty
4  apparent just from some eyeballing that the
5  average in every one of these rows is well
6  above one-half the mock control of 6.625.  Do
7  you see that for child 623?
8      A.    Yes.
9      Q.    And the same is true for child
10  617, if you look down a little bit, plates 89
11  and 90 which are the pre-vaccination samples
12  for child 617, again, even without a
13  calculator you can tell that all of these
14  samples, the average of the plaque counts were
15  well above the 6.625 of one-half average mock
16  making these all pre-negative as well.  Is
17  that correct?
18      A.    Yes.
19      Q.    So, again, with these two
20  children, like the child 2800 that we
21  previously looked at before the break, this is
22  a situation where when the child -- when the
23  two children were first tested, they had a
24  pre-positive finding and then when they were
25  retested, they each had a pre-negative

84 (Pages 330 - 333)

1 　　　　MARY K. YAGODICH
2 finding. Is that correct?
3 　　A.　Yes.
4 　　Q.　That's all I have with these.
5 　　　　- - -
6 　　　　(Exhibit Yagodich-15, Summary of
7 　　Controlled Serum Titers in Mumps
8 　　Neutralization Assays, Bates
9 　　MRK-KRA00053153 - 53160, was marked
10 　　for identification.)
11 　　　　- - -
12 BY MR. SCHNELL:
13 　　Q.　I'd like to mark as Yagodich
14 Exhibit 15 a document titled: "Summary of
15 Controlled Serum Titers in Mumps
16 Neutralization Assays," Bates number range
17 53153 through 53160.
18 　　　　Mary, I just want to know if you
19 recognize this document or you can explain to
20 me what it is?
21 　　A.　I don't recognize it.
22 　　　　MR. SANGIAMO:  Object to the
23 　　form.
24 BY MR. SCHNELL:
25 　　Q.　Do you recognize the handwriting?

1 　　　　MARY K. YAGODICH
2 　　A.　It's David's.
3 　　Q.　From the title of the document,
4 "Summary of Serum Titers in Mumps
5 Neutralization Assays" and the various rows
6 and columns, in the comments where many of the
7 comments say invalid assay, invalid assay,
8 invalid assay, do you have any understanding
9 as to what this document represents?
10 　　A.　It just states an assay number
11 and the titers of the control serum that were
12 run in the assay.
13 　　Q.　And does it have in the comment
14 section Mr. Krah's writing about which assays
15 he indicated were invalid?
16 　　A.　Yes.
17 　　Q.　Do you have any understanding as
18 to whether or not Mr. Krah kept a record of
19 which of the Protocol 007 PRN testing assays
20 were valid and which were not valid?
21 　　A.　No.
22 　　Q.　What does it mean if an assay is
23 invalid?
24 　　A.　Invalid means it was out of
25 range for whatever reason, whatever criteria.

1 　　　　MARY K. YAGODICH
2 Like this first invalid describes itself, it
3 says the mock is less than 10.  And I
4 think -- I recall, if I recall correctly, an
5 invalid assay would be established by the
6 statisticians, and why.  So Dave is stating
7 reasons why the assay is invalid, where they
8 are invalid.
9 　　Q.　What happens to an invalid
10 assay?
11 　　A.　I don't remember.
12 　　Q.　Well, is an invalid -- was an
13 invalid assay ever used in the Protocol 007
14 testing?
15 　　　　MR. SANGIAMO:  Object to the
16 　　form.
17 　　　　THE WITNESS:  I don't remember.
18 BY MR. SCHNELL:
19 　　Q.　So --
20 　　A.　You mean data from an invalid
21 assay?
22 　　Q.　Yes.
23 　　A.　Sorry, I just wanted to you
24 clarify the question.
25 　　　　I don't believe so.

1 　　　　MARY K. YAGODICH
2 　　Q.　Okay.  If you look at the second
3 page of this document, the very last assay
4 listed on this table is 157.  Correct?  The
5 second page of the document.
6 　　A.　It is?
7 　　Q.　If you look at the first column
8 it says, "MMRV-157...."  And that is an
9 indication of the assay number.
10 　　A.　Oh, I'm sorry.  I was looking
11 at 158.  I was looking at the second page,
12 the front of...
13 　　Q.　Do you see that there?
14 　　A.　Yes.
15 　　Q.　And there's no indication that
16 that was an invalid assay.  Right?
17 　　　　MR. SANGIAMO:  Object to the
18 　　form.
19 　　　　THE WITNESS:  There's nothing
20 　　written there, there's no notation by
21 　　Dave.
22 BY MR. SCHNELL:
23 　　Q.　That says it's an invalid assay.
24 Correct?
25 　　A.　That's correct.

Appx2623

MARY K. YAGODICH

Q.   Would that lead you to conclude that assay 157 was a valid assay?

A.   If you're going by this sheet, that would -- it would say, it would show as not being invalid, but it doesn't say it is valid.

Q.   So can we assume, then, are you suggesting that not only -- that this spreadsheet may not indicate all of the Protocol 007 assays that were invalid?

A.   I don't know.

Q.   And if you could turn three pages later, the Bates number ending 157, that lists assay 256. Also no indication that it's invalid. Correct?

MR. SANGIAMO: Object to the form again.

THE WITNESS: There's nothing written in the comment section.

BY MR. SCHNELL:

Q.   And assay 157 and assay 256 were the two assays that we looked at on Exhibit 12 and 14 which were the original exhibits that had been tested where the subjects were found

MARY K. YAGODICH

pre-positive and then were retested again. Correct?

A.   I believe so.

Q.   You have no indication, or -- yeah, there's nothing that would suggest to you that either of those assays were invalid. Is that correct?

MR. SANGIAMO: Object to the form.

THE WITNESS: I don't -- this table, I don't remember it. I don't know if it was part of a notebook or if it was part of -- I don't know why this was made or in what context it was used, so I can't really speak. It's not a -- it's not a -- it's not a study report that has -- so I can't really speak to why Dave would have made this, or -- I can't really speak to this.

BY MR. SCHNELL:

Q.   Do you recall in connection with the Protocol 007 assay that you helped develop, do you recall any practice that gave

MARY K. YAGODICH

guidelines on when retesting was supposed to occur?

A.   No.

Q.   Was there anything on retesting in the Protocol 007 assay?

A.   No.

MR. SANGIAMO: Object to the form.

BY MR. SCHNELL:

Q.   So retesting was up to the whim of David Krah?

MR. HALL: Objection.

MR. SANGIAMO: Object to the form.

THE WITNESS: No.

BY MR. SCHNELL:

Q.   So what were the criteria that guided when a retest should be done and when it should not be done?

A.   I don't remember.

Q.   Can you think of a single criteria?

A.   No.

Q.   Now, you can count all these

MARY K. YAGODICH

assays, or maybe you recall, but is it fair to say that there were roughly 170 assays that were part of the Protocol 007 testing?

A.   I don't remember the exact number.

Q.   Does that sound about right?

MR. SANGIAMO: Object to the form.

THE WITNESS: I still don't remember.

BY MR. SCHNELL:

Q.   Well, there were roughly 2,000 kids in the study. Correct?

MR. SANGIAMO: Objection. Asked and answered.

THE WITNESS: I can't recall the exact number.

BY MR. SCHNELL:

Q.   Now, if you add up all of the number of assays here that are listed as invalid, you get, and my math could be off, but you get around 38. Let's assume that that's correct give or take, and let's assume that 172 is correct give or take, that gives a

Appx2624

1          MARY K. YAGODICH
2  rough percentage of about a little over
3  20 percent of the assays were invalid. Does
4  that seem like a very high percentage in a
5  clinical trial in terms of the percentage of
6  assays that were found to be invalid?
7          MR. SANGIAMO: Wait. I'm sorry.
8  Is your question is 20 percent --
9          MR. SCHNELL: Please let her
10  answer. If she doesn't understand
11  it --
12          MR. SANGIAMO: That's a very
13  unfair question. You just made some
14  assumptions and I need clarification
15  as to whether you're asking in general
16  is 20 percent a high number or are you
17  asking her to make some comment about
18  the number in 007?
19          MR. SCHNELL: I'm asking her to
20  answer my question. If you want to
21  instruct her not to answer, you can.
22          MR. SANGIAMO: Well, do you
23  understand the issue, Mary? Do you
24  understand the question?
25          THE WITNESS: I think it's a

1          MARY K. YAGODICH
2  subjective answer, it's not an
3  objective answer, so I can't say it is
4  or it isn't.
5  BY MR. SCHNELL:
6      Q.   So in the other tests that you
7  worked on, the other clinical trials that you
8  worked on at Merck, do you have any
9  recollection of what the percentage of assays
10  was found to be invalid?
11      A.   No.
12      Q.   Do you have any explanation as
13  to why roughly 20 percent of the assays were
14  invalid in the Protocol 007 testing?
15          MR. SANGIAMO: Objection.
16  Assumes facts not in evidence.
17          THE WITNESS: No.
18  BY MR. SCHNELL:
19      Q.   Would you be surprised if that,
20  in fact, was the actual percentage of assays
21  found to be invalid in the Protocol 007
22  testing?
23      A.   No.
24      Q.   Would you be surprised if
25  50 percent of the assays were found to be

1          MARY K. YAGODICH
2  invalid in the Protocol 007 testing?
3      A.   Again, that's a subjective
4  question. I don't think surprise is a
5  correct word, and so my answer is no.
6      Q.   Do you think a clinical trial in
7  which 50 percent of the assays were found to
8  be invalid is a reliable clinical trial?
9          MR. SANGIAMO: Objection.
10  Answer if you know.
11          THE WITNESS: Again, that's
12  subjective.
13  BY MR. SCHNELL:
14      Q.   So what's your subjective
15  experience -- subjective opinion with your 20
16  years' plus of experience in doing these kinds
17  of studies?
18          MR. SANGIAMO: Objection.
19          THE WITNESS: I have no opinion
20  either way.
21  BY MR. SCHNELL:
22      Q.   So your testimony is that you
23  have no opinion as to whether or not a
24  clinical trial in which 50 percent of the
25  assays were found to be invalid has any

1          MARY K. YAGODICH
2  relevance to the reliability of the test?
3          MR. SANGIAMO: Objection.
4  Object to the form.
5          THE WITNESS: Again, my answer
6  is no.
7  BY MR. SCHNELL:
8      Q.   What would you think a good
9  clinical trial would have in terms of a
10  percentage of invalid assays?
11          MR. HALL: Objection.
12          THE WITNESS: Again, it's not
13  anything where I would set those
14  parameters or expect a certain amount
15  of results. So, again, that's a
16  subjective question, so...
17  BY MR. SCHNELL:
18      Q.   So if every single assay was
19  invalid in a clinical trial, would you find
20  that to be a reliable clinical trial?
21          MR. SANGIAMO: Object to the
22  form.
23          THE WITNESS: I disagree with
24  the use of clinical trial. Do you
25  mean assay?

87 (Pages 342 - 345)

Appx2625

1          MARY K. YAGODICH
2   BY MR. SCHNELL:
3        Q.    Was Protocol 007 a clinical
4   trial?
5        A.    Yes.
6        Q.    So what do you disagree with?
7        A.    You were asking about assay
8   results.
9        Q.    So if in a clinical trial 100
10  percent of the assays were found to be
11  invalid, would you find that to be a reliable
12  clinical trial?
13           MR. SANGIAMO: Object to the
14       form. Makes no sense.
15           MR. HALL: Objection.
16           THE WITNESS: No.
17  BY MR. SCHNELL:
18       Q.    Why is that?
19           MR. SANGIAMO: Same objection.
20           THE WITNESS: I don't think -- I
21       just -- same answer.
22  BY MR. SCHNELL:
23       Q.    Same answer as what?
24       A.    I do -- I don't have -- like
25  repeat the question, please. It's very

1          MARY K. YAGODICH
2   confusing.
3        Q.    Let's make it specific to
4   Protocol 007. Protocol 007 testing involved a
5   certain number of assays. Agreed?
6        A.    Yes.
7        Q.    I think it was around 172, we're
8   not sure. So let's just say it was some
9   number of assays were involved in the Protocol
10  007 testing. Correct?
11       A.    Yes.
12       Q.    We're talking about the PRN
13  testing. Correct?
14       A.    Yes.
15       Q.    If every one of those assays was
16  found to be invalid, would you trust the
17  results that came out of that clinical trial?
18           MR. SANGIAMO: Object to the
19       form.
20           THE WITNESS: That's still
21       not -- that's still not -- I still
22       don't understand. That still doesn't
23       make any sense.
24  BY MR. SCHNELL:
25       Q.    What doesn't make any sense?

1          MARY K. YAGODICH
2        A.    If an assay is invalid, if -- I
3   still don't understand what you're saying.
4        Q.    Is it because if 100 percent of
5   the assays were invalid, there would be no test,
6   is that why it doesn't make sense?
7        A.    No, because that's not -- it's
8   not something that occurred. So I don't
9   understand why you'd want to ask that.
10       Q.    Okay. So let's say 50 percent
11  of the assays in the Protocol 007 testing were
12  found to be invalid, would you still trust the
13  results of the assays that were valid?
14       A.    If they fall within -- if they
15  meet the control criteria, then, yes, the
16  assay, if it's valid, yes.
17       Q.    And the fact that a significant
18  number of assays were found to be invalid,
19  that wouldn't in any way affect your opinion
20  as to the reliability of the other assays?
21       A.    If an assay is invalid for
22  falling out of range for whatever criteria,
23  you would, again, where it's -- where it is
24  requested to retest your samples -- I mean,
25  if an assay is invalid, like Dave says one

1          MARY K. YAGODICH
2   thing here, it's because the monolayers tore
3   when it was tested, I mean when it was
4   steamed, that's a physical issue. It has
5   nothing to do with whatever. It has to do
6   with the fact that the auger ripped off the
7   cells. And if you can't read your plates,
8   obviously the assay is then invalid. There
9   are many bases why an assay would be invalid.
10  So, no, I wouldn't say it's an assay issue.
11  It could be a testing issue.
12       Q.    Is there anything that could
13  make it an assay issue depending on why the
14  assays were found to be invalid?
15           MR. HALL: Objection.
16           MR. SANGIAMO: Object to the
17       form.
18           THE WITNESS: It would be
19       criteria that were established for --
20       by our statisticians for reasons why
21       with ranges, things falling out of
22       range, like with control titers or
23       plaque counts or what have you. And
24       those criteria are established to --
25       as part of validation to -- it goes

Appx2626

MARY K. YAGODICH

1  with the robustness of the assay. And
2  that's why controls are in place. And
3  if they behave -- if they behave
4  consistently, your assay is performing
5  consistently. And sometimes if the --
6  if it falls without -- out of those
7  parameters, it's not an abnormal
8  occurrence, so...
9  BY MR. SCHNELL:
10  Q. Was there some --
11  A. I mean -- some, sorry. Go
12  ahead.
13  Q. Was there some record that was
14  kept in your lab as to the assays that were
15  valid and the assays that were invalid and the
16  reasons why?
17  A. I don't remember.
18  Q. If you were checking the plaque
19  counts and you found that from your counting
20  the assay was invalid, what would you do?
21  A. If, for accuracy sake, if
22  counts were confirmed, whether whichever
23  result -- your result is your result. So it
24  is what it is. I mean, if it -- it's, you

MARY K. YAGODICH

1  know, your plaques are there, you enumerate
2  your plaques and that's your result. So...
3  Q. So you wouldn't do anything?
4  A. I mean --
5  MR. SANGIAMO: Object to the
6  form.
7  THE WITNESS: -- not do anything
8  but if it -- if you record your
9  results and it does fall out of range,
10  then it falls out of range. So it is
11  what it is.
12  BY MR. SCHNELL:
13  Q. And who picks that up if it
14  falls out of range?
15  A. It could be anyone looking at
16  the data. It could be Dave. It could be
17  anyone in the lab looking at the data. The
18  person counting it, the person counting their
19  own assay. The person -- it could be anyone
20  in the group. Everyone worked -- like some
21  groups would stain plates one week, some
22  would count. It would change. Everything
23  would change all the time. Everyone had a
24  role in every single aspect of the assay,

MARY K. YAGODICH

1  including data crunching, including -- I mean
2  every part of it. Cell culture, staining,
3  running -- actually running the assay itself,
4  so...
5  - - -
6  (Exhibit Yagodich-16, Mumps
7  Neutralization Assay Testing summary
8  spreadsheet, Bates MRK-KRA0029068, was
9  marked for identification.)
10  - - -
11  BY MR. SCHNELL:
12  Q. I'd like to mark as Yagodich
13  Exhibit 16 a spreadsheet that was produced
14  only -- was produced in native form. And it
15  has the Bates number 29068. It's titled:
16  "Mumps Neutralization Assay Testing summary."
17  And it's many pages. And the spreadsheet,
18  among other things, has columns that have the
19  case number which would be the child, the
20  assay number, and then the assay numbers of
21  any retests, and also an indication of whether
22  or not the assay was valid or invalid. And
23  my -- I don't have a lot on this. My question
24  is just do you recognize this spreadsheet?

MARY K. YAGODICH

1  A. No.
2  Q. And you're not aware of any
3  records that were kept on whether or not a
4  particular child was retested in the Protocol
5  007 testing?
6  A. I don't recall.
7  Q. And you're not aware, again, of
8  any criteria for when it was appropriate or
9  not appropriate to retest a child. Correct?
10  A. No.
11  Q. Do you have any sense in the
12  Protocol 007 testing of what percentage of
13  kids were retested?
14  A. No.
15  Q. Do you have any opinion on what
16  a -- on whether or not there comes a point
17  where a test becomes unreliable when too high
18  a percentage of children are retested?
19  MR. SANGIAMO: Object to the
20  form.
21  THE WITNESS: No.
22  BY MR. SCHNELL:
23  Q. Would it surprise you that in
24  the Protocol 007 testing there were instances

89 (Pages 350 - 353)

Appx2627

MARY K. YAGODICH

1 where children were retested two, three, four,
2 even five times?
3     A.    I don't recall that.
4     Q.    But would that surprise you if
5 that was the case?
6     A.    No.
7     Q.    Why not?
8     A.    I guess it just -- it wouldn't
9 surprise me.
10     Q.    What's that answer based on?
11     A.    It's -- if the result -- if the
12 retesting is required, again, it's outside of
13 my expertise, area of expertise to determine
14 why. And it would be my responsibility as
15 with other lab members to do the retesting
16 and report the results. And what decision to
17 go forward ahead -- go forward with retesting
18 or not retesting, again, wouldn't be a go or
19 no-go decision from me.
20     Q.    In your experience, is it good
21 scientific practice to retest a sample because
22 you don't like the result of the original
23 test?
24         MR. SANGIAMO: Objection to the

MARY K. YAGODICH

1 form.
2         MR. HALL: Objection.
3         THE WITNESS: No.
4 BY MR. SCHNELL:
5     Q.    And to retest more than once
6 because you don't like the results, that
7 wouldn't be good scientific practices either.
8 Right?
9         MR. SANGIAMO: Same objection.
10         THE WITNESS: I think liking is
11     an incorrect term. In industry,
12     retesting outliers is conducted and it
13     confirms a result. And if it needs to
14     be done more than once, sometimes that
15     does occur, it's not uncommon. So I
16     don't know exactly why I would have an
17     opinion on it one way or another.
18     Liking it or not liking it makes no
19     sense. It's just...
20 BY MR. SCHNELL:
21     Q.    But retesting simply because you
22 don't like the result of the first test,
23 that's not common, is it?
24         MR. SANGIAMO: Object to form.

MARY K. YAGODICH

1         THE WITNESS: That's still not a
2     right question.
3 BY MR. SCHNELL:
4     Q.    What's wrong with that question?
5     A.    Well, liking it isn't -- that's
6 not -- I mean, I don't think that's the
7 correct term to use.
8     Q.    Well, you had a target for
9 Protocol 007. Correct?
10         MR. HALL: Objection.
11         MR. SANGIAMO: Objection.
12         THE WITNESS: That -- again, I'm
13     not understanding what you're saying.
14 BY MR. SCHNELL:
15     Q.    We looked at a document before
16 that said there was a target of greater than
17 or equal to 95 percent seroconversion rate.
18 Remember?
19         MR. SANGIAMO: Object.
20     Objection. Misstates the document.
21         THE WITNESS: Yeah.
22 BY MR. SCHNELL:
23     Q.    Do you want to see that
24 document? Would that help?

MARY K. YAGODICH

1     A.    No.
2     Q.    You remember the document.
3 Right?
4     A.    I recall what CBER, their --
5 that they had stated that that would be a
6 criteria. But still a target doesn't mean an
7 absolute. It's just a target. It's like you
8 aim for a target. You miss your target, you
9 miss your target. Like when you do archery,
10 you want to aim -- I mean, you -- it's just a
11 target. It's not -- it's not an edict that
12 states do this or die. It's a target. It's
13 a suggestion. And that -- so an assay result
14 is an assay result is an assay result.
15 Reconfirming or confirming a titer on the
16 sample, that's standard practice in the industry.
17 And not just in live virus, it can be solid
18 phase, it could be electrochemiluminescence
19 assays, it could be anything. If everything
20 was perfect on the first time and everyone
21 was right the first time, we'd have cancer
22 cured by now, we'd have -- all sorts of
23 miracles would be happening. But the point
24 of research is if you need to retest, it

Page 358

1  MARY K. YAGODICH
2  is -- you are answering a question every time
3  you test. You're answering a question.
4  You're not liking it or not liking it.
5  You're answering a question. And that's what
6  it is.
7      Q.   Do you agree that a good
8  scientific practice would be to have a strict
9  protocol as to the criteria under which a
10  retest should occur?
11     MR. SANGIAMO: Object to the
12  form.
13     MR. HALL: Objection.
14     THE WITNESS: Again, when you
15  write a protocol, you're describing
16  the method to which you get your
17  result. It doesn't include
18  speculating on what you may see or not
19  see. Like, as you're stating if you
20  like this result. If you like this
21  result, then do this; and if you don't
22  like it, do that. It doesn't -- you
23  don't speculate. You describe a
24  method, you adhere to your method and
25  you get a result. And what it will

Page 359

1  MARY K. YAGODICH
2  have is a valid assay is valid because
3  of this A, B, C, D. And if it falls
4  out of those ranges, the usually very
5  last sentence would be, if this falls
6  out of range, testing must be repeated.
7  BY MR. SCHNELL:
8      Q.   Out of range for the controls,
9  is that what you're talking about?
10     A.   Uh-huh.
11     MR. SCHNELL: Give us five more
12  minutes to convene. We're pretty much
13  done. Just want to make sure.
14     MR. HALL: All right.
15     VIDEOGRAPHER: Off the record at
16  5:48.
17         - - -
18     (A recess was taken.)
19         - - -
20     VIDEOGRAPHER: Back on the
21  record at 5:54.
22     MR. SCHNELL: Thank you,
23  Ms. Yagodich. I have no more
24  questions. Thank you, Mary. I have
25  no more questions, since we're on a

Page 360

1  MARY K. YAGODICH
2  first name basis.
3      THE WITNESS: You're welcome.
4      MR. SANGIAMO: No questions.
5      VIDEOGRAPHER: No questions.
6  Concludes. The time now is 5:54.
7  This concludes the deposition. End of
8  disc six of six.
9         - - -
10     (Witness excused.)
11         - - -
12     (Deposition concluded at
13  5:54 p.m.)
14  _____
15     MARY K. YAGODICH
16
17  Subscribed and sworn to before me
18  this _____ day of _____, 2016
19
20  _____
21     NOTARY PUBLIC
22
23
24
25

Page 361

1  MARY K. YAGODICH
2  CERTIFICATE
3
4
     I do hereby certify that I am a Notary
5  Public in good standing, that the aforesaid
   testimony was taken before me, pursuant to
6  notice, at the time and place indicated; that
   said deponent was by me duly sworn to tell
7  the truth, the whole truth, and nothing but
   the truth; that the testimony of said
8  deponent was correctly recorded in machine
   shorthand by me and thereafter transcribed
9  under my supervision with computer-aided
   transcription; that the deposition is a true
10  and correct record of the testimony given by
   the witness; and that I am neither of counsel
11  nor kin to any party in said action, nor
   interested in the outcome thereof
12
     WITNESS my hand and official seal this
13  29th day of August, 2016
14
15
16  _____
   Linda Rossi-Rios, RPR, CSR,
17  and Notary Public
18
19
20
21
22
23
24
25

91 (Pages 358 - 361)

Appx2629

```
 1              ERRATA SHEET
           VERITEXT LEGAL SOLUTIONS
 2           330 OLD COUNTRY ROAD
            MINEOLA, NEW YORK 10001
 3             516-608-2400
 4   NAME OF CASE: USA VS. MERCK & CO., INC
     DATE OF DEPOSITION: AUGUST 18, 2016
 5   NAME OF DEPONENT: MARY K. YAGODICH
 6   PAGE  LINE(S)    CHANGE          REASON
 7   ___|_____|_____|_____
 8   ___|_____|_____|_____
 9   ___|_____|_____|_____
10   ___|_____|_____|_____
11   ___|_____|_____|_____
12   ___|_____|_____|_____
13   ___|_____|_____|_____
14   ___|_____|_____|_____
15   ___|_____|_____|_____
16   ___|_____|_____|_____
17   ___|_____|_____|_____
18   ___|_____|_____|_____
19   ___|_____|_____|_____
20   ___|_____|_____|_____
21        _____
             MARY K. YAGODICH
22
     SUBSCRIBED AND SWORN TO BEFORE ME
23   THIS___DAY OF _____, 20__.
24
     _____  _____
25   (NOTARY PUBLIC)      MY COMMISSION EXPIRES:
```

Appx2630

10/25/2019
Declaration of G. Reilly
EXHIBIT 28

**CONFIDENTIAL**



- 1 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019450

**Appx2632**

**CONFIDENTIAL**



2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019451

Appx2633

**CONFIDENTIAL**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019452

Appx2634

**CONFIDENTIAL**



- 4 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019453

Appx2635

**CONFIDENTIAL**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019454

**Appx2636**

**CONFIDENTIAL**



6

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019455

Appx2637

**CONFIDENTIAL**



7

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019456

**Appx2638**

**CONFIDENTIAL**



8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019457

Appx2639

**CONFIDENTIAL**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019458

Appx2640

**CONFIDENTIAL**



- 10 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019459

Appx2641

**CONFIDENTIAL**



- 11 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019460

Appx2642

**CONFIDENTIAL**



- 12 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019461

Appx2643

**CONFIDENTIAL**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019462

**Appx2644**

**CONFIDENTIAL**



- 14 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019463

Appx2645

**CONFIDENTIAL**



- 15 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019464

Appx2646

**CONFIDENTIAL**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019465

Appx2647

**CONFIDENTIAL**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019466

Appx2648

**CONFIDENTIAL**



- 18 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019467

Appx2649

**CONFIDENTIAL**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019468

**Appx2650**

**CONFIDENTIAL**



- 20 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019469

Appx2651

**CONFIDENTIAL**



- 21 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019470

**Appx2652**

**CONFIDENTIAL**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019471

**Appx2653**

**CONFIDENTIAL**



- 23 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019472

Appx2654

**CONFIDENTIAL**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019473

Appx2655

**CONFIDENTIAL**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019474

Appx2656

**CONFIDENTIAL**



- 26 -

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019475

**Appx2657**

**CONFIDENTIAL**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0019476

**Appx2658**

10/25/2019
Declaration of G. Reilly
EXHIBIT 29

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3
 4   UNITED STATES OF AMERICA,     ) Civil Action
     ex rel., STEPHEN A. KRAHLING )
 5   and JOAN A. WLOCHOWSKI,       ) No. 10-4374 (CDJ)
                                   )
 6             Plaintiff,          )
                                   )
 7         v.                      )
                                   )
 8   MERCK & CO., INC.,            )
                                   )
 9             Defendant.          )
     ------------------------------)
10   IN RE:  MERCK MUMPS VACCINE   ) Master File No.
     ANTITRUST LITIGATION          ) 12-03555 (CDJ)
11                                 )
     THIS DOCUMENT RELATES TO:     )
12   ALL ACTIONS                   )
     ------------------------------)
13
14                      - - -
15             Tuesday, December 4, 2018
16                      - - -
17
18       Videotaped deposition of MARCELA PASETTI, PH.D.,
19   taken at the offices of Constantine Cannon LLP,
20   1001 Pennsylvania Avenue NW, Suite 1300, Washington,
21   D.C., beginning at 8:56 a.m., before Nancy J. Martin,
22   a Registered Merit Reporter, Certified Shorthand
23   Reporter.
24
25
```

Appx2660

Page 2

1 A P P E A R A N C E S :
2
 VENABLE LLP
3 BY: CRAIG A. THOMPSON, ESQ
 HARRISON H. TAYLOR, ESQ
4 750 East Pratt Street
 Suite 900
5 Baltimore, Maryland 21202
 (202) 747-1900
6 cathompson@venable.com
 hhtaylor@venable.com
7 Representing Merck
8
 CONSTANTINE CANNON LLP
9 BY: GORDON SCHNELL, ESQ
 HAMSA MAHENDRANATHAN, ATTORNEY AT LAW
10 335 Madison Avenue
 Ninth Floor
11 New York, New York 10017
 (212) 350-2730
12 gschnell@constantinecannon.com
 hmahendranathan@constantinecannon.com
13 Representing Relators
14
 ALSO PRESENT:
15
 SOLOMON FRANCIS, LEGAL VIDEOGRAPHER
16
17
18
19
20
21
22
23
24
25

Page 3

1          I N D E X
                            PAGE
2
 TESTIMONY OF MARCELA PASETTI
3
 BY MR. SCHNELL                    5
4
5     E X H I B I T S
6 NUMBER      DESCRIPTION      MARKED
7 Exhibit 1    Expert Report of Marcela    6
          Pasetti, Ph.D., 64 pages
8
 Exhibit 2    Validation of Mumps "Wild    116
9          Type" LgG ELISA (SOP No.
          910-0096), MRK-KRA00622251
10          - -622273, 23 pages
11 Exhibit 3    Validation of the Anti-IgG    129
          Enhanced Mumps Wild Type
12          Plaque Reduction
          Neutralization Assay,
13          February 27, 2001,
          MRK-KRA00017080 - -17115,
14          36 pages
15
16
17
18
19
20
21
22
23
24
25

Page 4

1
2 DECEMBER 4, 2018, TUESDAY, WASHINGTON, D C ; 8:56 A M
3          -OoO-
4     THE VIDEOGRAPHER: Good morning  We're going on
5 the record at 8:56 a m , December 04, 2018  Please
6 note that the microphones are sensitive and may pick
7 up whispering, private conversations, and cellular
8 interference  Please turn off all cell phones or
9 place them away from the microphones as they can
10 interfere with the deposition audio
11     Audio and video recording will continue to
12 take place unless all parties agree to go off the
13 record  This is Media Unit 1 of the video recorded
14 deposition of Dr  Marcela Pasetti taken by counsel for
15 the plaintiff in the matter of United States of
16 America ex relator, Stephen A  Krahling, Joan
17 Wlochowski, plaintiffs vs  America & Company,
18 defendant, filed in the United States District Court
19 for the Eastern District of Pennsylvania  Civil
20 Action No  10-4374 (CDJ)
21     This deposition is being held at the law
22 offices of Constantine Cannon located at
23 1001 Pennsylvania Avenue, Northwest, Washington, DC
24     My name is Solomon Francis  I'm with the
25 firm of Veritext Legal Solutions, and I'm the

Page 5

1 videographer.  The court reporter is Nancy Martin of
2 Veritext Legal Solutions.
3     At this time will counsel present in the
4 room, and everyone attending remotely please state
5 their appearances and affiliations for the record.
6     MR. SCHNELL:  Gordon Schnell, Constantine
7 Cannon, counsel for relators.
8     MS. MAHENDRANATHAN:  Hamsa Mahendranathan
9 from Constantine Cannon for relators.
10     MR. THOMPSON:  Craig Thompson from Venable on
11 behalf of Merck.
12     MR. TAYLOR:  Harrison Taylor also from
13 Venable on behalf of Merck.
14
15     MARCELA PASETTI, PH.D.,
16 having been first duly sworn/affirmed,
17 was examined and testified as follows:
18     THE VIDEOGRAPHER:  Please proceed, Counsel.
19
20          EXAMINATION
21 BY MR. SCHNELL:
22 Q.  Good morning, Dr. Pasetti.
23 A.  Good morning.
24     MR. SCHNELL:  I just want to start by
25 introducing your expert report.

2 (Pages 2 - 5)

Page 6

1    So if you could mark this as Exhibit 1,
2 please.
3    (Deposition Exhibit 1 was marked for
4    identification.)
5    MR. SCHNELL: I'd like to mark as Exhibit 1
6 the expert report of Dr. Pasetti.
7    Q. And just if you could take a skim through
8 that and make sure that's, as far as you can tell, a
9 copy of your expert report in this case.
10    A. Yes.
11    Q. And does that expert report contain all the
12 opinions you're giving in this case?
13    A. Yes. This expert report contains my opinions
14 on the documents that I have evaluated and commented
15 on.
16    Q. Okay. And there are no other expert opinions
17 that you're planning to provide in this case that are
18 not contained in that report; is that correct?
19    A. Yes.
20    Q. And have your opinions changed in any way
21 since you prepared your expert report?
22    A. My opinions have not changed.
23    Q. You stand behind your report in its entirety?
24    A. Yes, I do.
25    Q. Your counsel said earlier that there were

Page 7

1 some --
2    A. Typos.
3    Q. -- typos.
4    Do you want to just state those --
5    A. Yes.
6    Q. -- for the record.
7    A. So I don't remember exactly the pages, but so
8 one --
9    MR. THOMPSON: Counsel, I wrote them down, if
10 it's okay to --
11    MR. SCHNELL: Yeah. I don't even care. If
12 they're just typographical errors, I don't care.
13    THE WITNESS: They are typos. For example,
14 zero should be written with a zero --
15    MR. THOMPSON: Page 12.
16    THE WITNESS: Zero, no zero. That's a typo
17 on Page 12.
18 BY MR. SCHNELL:
19    Q. Okay.
20    A. So meaning zero, the number zero. Zero
21 concentration, which is --
22    MR. SCHNELL: If you just want to do -- I
23 don't know, Craig, however you want to do it. If you
24 want to just do an E-mail, if you want to do an
25 errata?

Page 8

1    MR. THOMPSON: I'm fine with that.
2    MR. SCHNELL: That's fine.
3    THE WITNESS: And the other thing is on
4 Page 14 -- we wrote it here (indicating). So at the
5 end of the second paragraph it should be more than 10
6 international units. Samples with titers more than
7 10 -- samples with antibody titers more than 10 were
8 considered sero positive and quantified whereas those
9 less than 10 were considered negative. So less than
10 10.
11 BY MS. SCHNELL:
12    Q. Not less than equals?
13    A. Yes.
14    Q. Okay. But no substantive errors that you
15 want to --
16    A. No. No. No, only typos. There was another
17 one that was "F" instead of "S," but it's very -- with
18 the context you can -- there's no confusion.
19    MR. THOMPSON: We'll submit something.
20    THE WITNESS: Three typos.
21 BY MR. SCHNELL:
22    Q. That's not bad for a report this size. When
23 were you retained in this matter, roughly, month, year
24 if you recall?
25    A. "Retained"? What do you mean by "retained"?

Page 9

1    Q. When were you hired by Merck to become an
2 expert in this matter?
3    A. To produce the report?
4    Q. Yes.
5    A. I don't recall exactly. Maybe a couple of
6 years. Two years or -- I don't recall exactly.
7    Q. Okay. And do you have a sense of how many
8 hours you've worked for Merck on this matter?
9    A. So approximately I would say the equivalent
10 of about, roughly, 8 working days, 10 working days. 8
11 hours a day. So...
12    Q. Okay.
13    A. With the reading -- including the reading and
14 the writing and --
15    Q. So around 60 to 70 hours. Does that sound
16 about right?
17    A. Yeah.
18    Q. Okay. And how would you characterize the
19 scope of your assignment on this matter?
20    MR. THOMPSON: Object to form.
21    THE WITNESS: So I was asked to provide an
22 expert opinion on the ELISA and the validation of the
23 immunological assay that was used for protocol 007 and
24 some of the comparisons that were made with the ELISAs
25 and other assays, and, basically, to evaluate the

3 (Pages 6 - 9)

Page 10

1 characterization of the assay, the ELISA.
2 BY MR. SCHNELL:
3    Q. And when you say, "ELISA," you're speaking of
4 the wild-type ELISA that was used in Protocol 7?
5    A. Yes. All type ELISA.
6    Q. I think you mentioned other assays. Is that
7 the only assay that you --
8    A. My scope was narrowed to the wild-type ELISA
9 that America used.
10    Q. Do you have any opinions -- are you familiar
11 with the aigent, a-i-g-e-n-t? You're familiar with
12 the aigent assay that was used in 007?
13    A. I have come across the mentioning of the
14 aigent in the documents that I have reviewed.
15    Q. But you're not providing any opinion on the
16 aigent assay itself; is that correct?
17    A. That is correct. I am not providing any
18 opinion on the aigent.
19    Q. In any manner in terms of the reliability or
20 the validation or the appropriateness or the
21 methodology, you're not providing any opinions on the
22 aigent assay; is that correct?
23    A. So my scope was on the ELISA. I did not
24 review in detail documents about the aigent. So I am
25 not providing an expert opinion on the

Page 11

1 characterization of the aigent.
2    Q. And do you have any opinions on the aigent
3 assay?
4    A. I do not have any opinions.
5    Q. With respect to any of the opinions that
6 you've provided in your report, are you relying on any
7 assumptions?
8    A. Assumptions? What do you mean by
9 "assumptions"?
10    Q. Are you assuming anything that goes into your
11 opinions? Are there any facts that you are assuming
12 to be true that are relevant to the opinions that you
13 have provided in your report?
14    A. I'm not sure what you mean by "assumptions."
15 When I review the documents, I am relying on my own
16 expertise. I am relying on my understanding of the
17 assay. I am relying on how I have done ELISAs in the
18 past. So I am relying on my own expertise, basically,
19 and I'm relying on the documents that I see in front
20 of me.
21    Q. Have you read any of the other expert reports
22 that Merck has offered in this case?
23    A. Expert report. I don't believe I have. Let
24 me think for a moment. I have -- so all the documents
25 that I have that I reviewed are in my report. I have

Page 12

1 reviewed -- so in the literature here I have reviewed
2 the reports of some of the people that provided
3 expertise for the plaintiff, Calcott, I think.
4    Q. Uh-huh.
5    A. And so they are listed here. I don't
6 remember the exact name. Stark.
7    Q. Malone.
8    A. Malone, yeah.
9    Q. Yeah, those are our experts, but I'm asking
10 if you reviewed any of Merck's other experts. Merck
11 has a number of experts in this matter.
12    A. I don't believe I did.
13    Q. Okay. And in terms of the materials that we
14 reviewed, obviously this was prepared at this -- those
15 were reviewed before you prepared your report. Have
16 you looked at anything since you prepared your report?
17 I think you had mentioned there were some depositions
18 or something. So what additional materials have you
19 looked at?
20    A. I have looked at the deposition of
21 Dr. Antinelo. That's what I can recall.
22    I have looked -- yeah. That's the one that I
23 recall right now. I have looked at the deposition of
24 Anna Durbin. I think I have looked at the deposition
25 of Florian Shodell and Anna Durbin. Those are the

Page 13

1 ones that I recall at this moment.
2    Q. And in preparation of your report, I believe
3 you just said that you reviewed plaintiff's expert
4 reports for Drs. Malone, Stark, and Calcott; is that
5 correct?
6    A. Yes, that's correct.
7    Q. Did you read their deposition transcripts?
8    A. I don't believe so, no. I do not recall. I
9 don't believe so.
10    Q. And you also looked -- listed on your
11 "Materials Considered" in your Appendix 2 you list the
12 only deposition transcript at that time was Dr. Krah,
13 David Krah.
14    A. That's correct.
15    Q. Why did you look at his deposition?
16    A. That was provided to me by counsel, along
17 with the other documents for me to review.
18    Q. And the documents that you reviewed in
19 preparing for your report, were they all provided to
20 you by Merck?
21    A. By counsel, yes.
22    Q. Were there any documents that you yourself
23 asked to review?
24    A. I asked for, I think it was a specific paper,
25 but that's -- mostly I relied on what they gave me.

4 (Pages 10 - 13)

**Appx2663**

Page 14

1   Q. Why did you read -- why did you not read
2  Dr. Antinello or Dr. Shodell's deposition prior to
3  doing your report?
4   A. That was not in the set of documents that I
5  was given to review.
6   Q. And why did you read it after you prepared
7  your report?
8   A. Counsel provided those documents to me.
9   Q. Have you had any communications with any of
10 Merck's other experts?
11  A. No, I haven't.
12  Q. Have you communicated with any -- throughout
13 your representation -- or not your representation, but
14 throughout your work with Merck on this matter, have
15 you spoken to any Merck employees, current or former?
16  A. No, I have not.
17  Q. Have you spoken with anyone outside of
18 counsel with regard to the opinions of your report?
19  A. No, I have not.
20  Q. Among the materials that you considered in
21 your Appendix 2 are notebook pages from the aigent
22 assay. Do you recall reviewing that?
23  A. Can you repeat the question? Sorry.
24  Q. Sure. Among the materials that you
25 considered as part of your report that are identified

Page 15

1  on your Appendix 2 are notebook pages from the aigent
2  assay. Do you recall reviewing those?
3   A. So everything that I was able to review is
4  listed here. Among the many pages that I had there
5  were pages with raw data and titers. So there were
6  many pages with data on titers. But not
7  specifically -- I cannot recall specifically aigent
8  data.
9   Q. Okay. So the major area of your work
10 generally, not necessarily with this report, but as
11 you described in your background, a major area of the
12 work you apparently are involved in is immunological
13 correlates of protection. You say that on Page 3 of
14 your report when you're describing the major area of
15 your work. Do you see at the bottom of Page 2 --
16  A. Yes.
17  Q. You include "immunological correlates of
18 protection"?
19  A. Yes.
20  Q. What work have you done in that area?
21  A. So I work on enteric vaccines. For example,
22 I work on enteric vaccines, and we are looking for
23 correlates of protection, meaning to be able to
24 establish general threshold or levels or end points,
25 biomarkers that could help us determine whether a

Page 16

1  vaccine induces a protective immunity or could be
2  useful for the population. I'm just -- in general
3  terms, I'm describing my involvement in correlates of
4  protection.
5       I also teach vaccinology, and correlates of
6  protection is an area that we teach students. The
7  field of vaccinology looked for correlates of
8  protection for multiple vaccines. That's the work
9  that we do.
10  Q. When you said "enteric" --
11  A. "Enteric" means enteric pathogens. Pathogens
12 that you can acquire by contaminated food or
13 contaminated water. I work on enterics.
14  Q. Okay.
15  A. I work on other vaccines as well, but you
16 asked specifically my work involved in correlates of
17 protection. My research work, just to give you an
18 example.
19  Q. Sure. And how would you define what a
20 correlate of protection is?
21  A. In general terms?
22  Q. Yes.
23  A. So a correlate of protection is a threshold,
24 or it's basically a biomarker, a measurement that
25 could be associated with protective immunity or

Page 17

1  protective efficacy. If we're talking about vaccines,
2  protective efficacy of a vaccine, and investigators
3  look for correlates of protection so that as new
4  vaccines are produced, they could use a practical
5  measurement that can estimate vaccine efficacy. In
6  general terms, I'm giving you in general terms --
7   Q. Okay.
8   A. -- an idea of correlates of protection.
9   Q. And is it a fair characterization to say that
10 a correlate of protection is a level at which you are
11 protected from the particular disease at issue?
12  A. In general terms, we could say that a
13 threshold of protection is a level that we could
14 assume an individual would be protected from an
15 infection.
16  Q. You also use the term "biomarker." Is that
17 another word for threshold?
18  A. No. A correlate of protection could be an
19 antibody tighter, but it also could be another
20 measurement from a biological measurement. It could
21 be number of cells. It could be number of spots for
22 interferon gamma --
23     REPORTER MARTIN: Could be what?
24     THE WITNESS: Number of spots for interferon
25 gamma or another measurement.

5 (Pages 14 - 17)

Appx2664

**Page 18**

BY MR. SCHNELL:

Q. Is there any difference between a correlate of protection and a surrogate of protection?

A. A correlate of protection, or we could say a mechanistic correlate of protection is an immunological effector that is associated -- directly associated with a protective immunity, and we anticipate that that element would be effective in clearing the pathogen, for example.

A surrogate of protection is a measurement that is associated with protection but mechanistically does not protect by itself in general terms.

Q. So can you take that one step further. So if a surrogate of protection does not protect in and of itself, how does it relate to protection?

A. So when there is an immune response, many arms of the immune system can be activated, and you could be measuring one arm of immune system that consistently is increased or consistently is produced when there is a protective immunity. But that on itself is not the protective mechanism. Something else is protecting, but it's an associated measurement.

So you could measure that as a surrogate of protection, but still, mechanistically, what is

**Page 19**

exactly the effect of mechanism, it's not known.

Q. So if there's an assay that is acting as a correlate of protection, does it demonstrate protection any differently than an assay that is serving as a surrogate of protection?

A. Can you repeat the question?

Q. Sure. Is there any difference between an -- in terms of measuring protection, is there any difference between an assay that you would consider a correlative protection versus an assay that's considered a surrogate of protection?

A. An assay does not measure protection. An assay provides a value, and a value is associated with -- value could be associated with protection. We need to make a distinction here. There could be different assays. One measures a surrogate and another measures a correlate of protection.

Q. But in terms of the measurement of protection, is there any difference between one assay acting as a correlative and one acting as a surrogate of protection?

A. There could be different assays, different characteristics. They could be completely different. It depends of what aspect of the immune system in general we are looking at.

**Page 20**

Q. The question that you're asking me is very broad. So -- and it's hypothetical. It depends. It could be totally different. It could be different principles. True protective efficacy is measured in individuals, when individuals are exposed to a disease and either they are protected or they are not protected. Everything that we do in the lab is sort of associated; right?

Q. Uh-huh.

Now, there's no immunologic correlative of protection for mumps; is that correct?

A. That's correct. That's what the literature said, uh-huh.

Q. And you know that based on the literature, not based on your own work; is that correct?

A. That's correct.

Q. Are there immunologic surrogates of protection for mumps?

A. Not that I'm aware.

Q. So what does that mean, the fact that there's no -- neither an immunologic correlative protection for mumps or an immunologic surrogate of protection for mumps?

MR. THOMPSON: Objection to form.

THE WITNESS: So that would be the case for

**Page 21**

other infectious diseases for which there is no correlative of protection. So there is no specific effector or no specific value or no specific threshold that we could use to predict whether an individual would be protected from an infection or not.

So there is no firm value or firm -- there's no firm value or firm measurement that we could attribute a protective immunity.

BY MR. SCHNELL:

Q. So is there any serologic method for assessing whether or not an individual is protected from mumps?

A. Not that I am aware.

Q. What role, if any, did neutralizing antibodies play when it comes to assessing the level of protection afforded by mumps vaccine?

A. The question is what's the value of neutralization antibodies?

Q. No. What role, if any, did neutralizing antibodies play in that assessment?

A. The measurement of neutralizing antibodies provides a biological measure of -- so neutralizing antibodies tells you that antibodies are good to neutralize the virus, meaning the antibodies that a host has developed are good antibodies, antibodies

6 (Pages 18 - 21)

Page 22

1 that are active against the virus. Beyond that,
2 it's -- there's not much that I'm aware that can be
3 said because there is no firm level that we could
4 assign a protective immunity or not.
5     Q. So neutralizing antibodies aren't equivalent
6 to protective antibodies when it comes to mumps; is
7 that correct?
8     A. Well, I would not say that. I would only say
9 that neutralizing antibodies are functionally active
10 antibodies that you can demonstrate in the laboratory
11 that they neutralize the virus. That's -- and it is a
12 good indication that the host has developed those
13 functionally antiviral antibodies that can block
14 ineffectivity in vitro.
15     Q. Do we know what role, if any, neutralizing
16 antibodies against mumps play in protecting the
17 patient from mumps?
18         MR. THOMPSON: Objection to form.
19         THE WITNESS: In general -- and I can speak
20 from my experience with measles. In the laboratory we
21 prefer to measure antibodies that are functionally
22 active or that provides, let's say, a reassuring
23 information that those antibodies combined with virus
24 and that can neutralize infection. So the value is
25 the demonstration that a host has developed the

Page 23

1 antibodies that are effective to prevent an infection
2 in vitro. So that already is a good standpoint. The
3 antibodies are functionally active. So eventually we
4 could think, then, those antibodies could act against
5 the virus later on.
6 BY MR. SCHNELL:
7     Q. That's what we know happens or that's what we
8 assume happens, or what is your knowledge based on
9 that connection between the neutralizing antibodies
10 and actually acting against the virus later on?
11     A. So the -- in the laboratory we try to
12 reproduce situations or to create situations that
13 could happen in real life. So what we can say is that
14 if an antibody shows neutralizing capacity, that is
15 already a good information that those antibodies
16 produced by the host could eventually be good in terms
17 of helping the host clear an infection.
18     Q. So would you agree, then, that when it comes
19 to mumps neutralizing antibodies is equivalent to
20 protective antibodies?
21         MR. THOMPSON: Objection to form.
22         THE WITNESS: I cannot agree with that
23 statement because the fact that we measured in vitro
24 these antibodies may or may not result in protection
25 in vivo. I can only say with the tools that I have in

Page 24

1 my laboratory, that a host, a child or an adult has
2 developed antibodies that potentially have the
3 capacity to neutralize the virus.
4         Sometimes we see in the laboratory certain
5 behaviors in general, and then we only see a partial
6 scenario; right? So the host immune system works in
7 multiple compartments. The antibodies do not work,
8 isolate. It works with other components of the immune
9 system. So we cannot say more than that because there
10 are many other aspects that we do not evaluate.
11 BY MR. SCHNELL:
12     Q. When it comes to mumps disease, is it true,
13 in your opinion, that there's no serologic method that
14 can measure protection?
15     A. There's no immunological correlative of
16 protection against mumps.
17     Q. So how can one serologically measure how well
18 the vaccine protection against mumps?
19     A. Your question has two parts, as I understand
20 it. The serological measurements tell about the
21 capacity of a host to develop an immune response.
22 Protection is a different story. So protection needs
23 to be -- protection against disease needs to be
24 evaluated in the context of a scenario where disease
25 can be measured, and we could see the response of a

Page 25

1 host either infected or not infected.
2         Serological assays per se, the principle of
3 serological assays is to determine an immune response.
4 For some diseases, where the field has relied on
5 specific values, people use those values to infer that
6 a vaccine has chances to be protected. In the case of
7 measles, there's no firm immunological correlate of
8 protection that I'm aware of that could be linked to a
9 serological assay.
10     Q. You said, "measles," but I think you meant
11 mumps; is that correct?
12     A. I'm sorry. Mumps. I'm sorry. Pardon me.
13     Q. That's okay.
14         MR. THOMPSON: Do you want some water?
15         THE WITNESS: That would be great. Thank
16 you.
17 BY MR. SCHNELL:
18     Q. If you could turn to Page 18 of your report.
19 If you -- the first sentence in your Section E reads,
20 "Neutralizing antibodies have generally been
21 associated with protection against mumps infection.
22 So -- and then you cite the 1967 study from Maurice
23 Hilleman. Is that -- first of all, is that -- when
24 you say, "neutralizing antibodies have generally been
25 associated with the protection against mumps

7 (Pages 22 - 25)

Page 26

1 infection," I'm trying to reconcile that with the
2 testimony you've just given where you -- where I
3 believe -- and I don't mean to mischaracterize you.
4 So correct me if I'm wrong. But I believe you said
5 that you can't really make that large between
6 neutralizing antibodies and protection. It's more a
7 potential. Did I characterize your testimony
8 correctly?
9     A. That's correct.
10    Q. So how can you reconcile that with what you
11 wrote here? I'm not trying to trick you. I'm just
12 trying to understand because I know it's a complicated
13 subject.
14    A. Right. Right. Right.
15    Q. What do you mean when you say, "neutralizing
16 antibodies have generally been associated with
17 protection"?
18    A. So this comes from the early studies from
19 human, and the key here is have generally been
20 associated. So what they did was, if I believe, this
21 was the early clinical studies. They looked at people
22 that were vaccinated and protected against disease,
23 and in general, in the population, in general they
24 compared titers in people that were protected and were
25 not protected.

Page 27

1     But it's an association. It's a general
2 association between an observation and the protection
3 against disease. That doesn't mean that we could say
4 this neutralizing antibodies are protecting this
5 individual, this particular individual.
6     Q. Has there been any support for this statement
7 since this original Hilleman study from the '60's in
8 terms of your review of your literature?
9     A. So in my review of the literature, what the
10 literature says is that how to understand the value of
11 neutralizing antibodies in protection and how to go
12 beyond that and have a clear correlative of protection
13 has been elusive for measles -- for mumps. And
14 studies have been -- studies of associations have been
15 conflicting.
16     Some studies report better associations than
17 the others, and it's -- the literature describes
18 instances where in some studies there have been
19 associations and in other studies there haven't.
20 So -- and I think I further mentioned something about
21 the imperfect associations described in the
22 literature.
23     Q. And in terms of the work that you did for
24 this report in reviewing Merck's assays for 007, where
25 do you come out on the issue of neutralizing

Page 28

1 antibodies and the relevance to protection?
2     MR. THOMPSON: Objection to form.
3     THE WITNESS: So the scope of my expert
4 opinion has been centered in the ELISA and the
5 literature that I have reviewed and an in-depth
6 analysis and opinion. It's mostly on the ELISA. I do
7 not -- I'm not familiar with Merck and the
8 neutralizing antibodies that Merck measured in -- on
9 that regard. And I don't have an opinion because the
10 Merck study did not measure protection. So I cannot
11 say more than that.
12 BY MR. SCHNELL:
13    Q. When you say, "the Merck study did not
14 measure protection," are you talking about the aigent
15 study?
16    A. The study design did not measure the
17 protective efficacy in the field. It did not measure
18 disease and an efficacy, meaning children that got
19 sick or children that did not.
20    Q. And this study you're referring to is 007?
21    A. Yes.
22    Q. So what did it study?
23    A. Excuse me?
24    Q. What did it study?
25    A. So my understanding is that the study,

Page 29

1 primary end points were immunogenicity from what I --
2 the studies -- my scope of work was the specific
3 ELISA.
4     Q. And the ELISA, the wild-type ELISA that you
5 did study, that was not for the purpose of measuring
6 protection against mumps?
7     A. That's my understanding. The end points or
8 the objectives of the study, the primary and secondary
9 end points were immune responses. Immune response.
10    Q. And doesn't the immune response equate to
11 protection?
12    A. Just to go back to your previous question, so
13 in my expert opinion, I summarized the immunogenicity
14 end points of protocol 007 on Page 6.
15    To your second question, can you repeat it?
16 Sorry.
17    Q. You said that the end points or the
18 objectives of the study were immune response, and then
19 I asked "Doesn't the immune response equate to
20 protection"?
21    A. Immune response in general does not equate to
22 protection.
23    Q. What does "immune response" mean?
24    A. Immune response is the ability of a host to
25 general to mount effective mechanisms that would

8 (Pages 26 - 29)

Appx2667

1 recognize the virus, the vaccine antigens, and the
2 idea is that those effector mechanisms would be
3 available and would be able to prevent infection later
4 on. But introduction of immune response does not
5 necessarily equate to protection in general.
6    Q. And with respect to the wild-type ELISA that
7 you studied, what relationship, if any, did the immune
8 response being measured relate to protection against
9 mumps?
10    A. So the objective of the wild-type ELISA was
11 immunogenicity, was to measure immune responses post
12 vaccination. There is no relation with -- the study
13 doesn't have an objective to evaluate protection from
14 disease.
15    Q. If you could turn to Page 6, the part of the
16 report you were on. And if you look on the bottom of
17 the page on the section under B, it's the second
18 sentence. You wrote, "Vaccine-induced antibodies can
19 be measured in serum and provide reliable proof of
20 vaccine take (or host immune response)." Is that what
21 you're talking about in this -- is that what you're
22 referring to in your last answer about immune
23 response?
24    A. Host immune response, yes.
25    Q. And can you explain what you mean by "host

1 immune response"? And I want to talk about it not
2 generally but in the context of the wild-type ELISA
3 that was used in 007.
4    A. So vaccine-induced antibodies, in this case
5 the antibodies against the component of the vaccine,
6 the mumps components can be measured in serum and
7 provide reliable proof of vaccine take or a host
8 immune response, meaning the vaccine engaged the
9 immune system, and the immune system produced an
10 immune response. So in the particular case of the
11 wild-type ELISA what we measure is antibodies
12 generated post vaccination by the host. These are
13 systemic antibodies.
14    Q. And does it tell us anything about -- does
15 the test tell us anything about what relationship, if
16 any, those antibodies that are measured have to
17 protection against mumps.
18    A. So the test tells us that the host has
19 developed antibodies. The higher the magnitude of the
20 antibodies, the best, the most immunogenic the
21 vaccine.
22    Ideally, those antibodies would be readily
23 available to prevent an infection in an individual.
24 What we cannot say or what cannot be said is that
25 these antibodies are directly related to a specific

1 vaccine efficacy.
2    Q. And why can't we say that?
3    A. For mumps there is no immunological correlate
4 of protection. So all we can say with the wild-type
5 ELISA is that the host has developed antibodies and
6 that the vaccine has been immunogenic.
7    Q. And what do you mean by "immunogenic"?
8    A. Induced an immune response.
9    Q. And that immune response being the creation
10 of antibodies?
11    A. Antibodies. Serum antibodies, for virus --
12 for viral infections serum antibodies are.
13    Q. And the antibodies that are developed are not
14 necessarily mumps neutralizing antibodies as measured
15 by the wild-type ELISA; is that correct?
16    A. So the principle of the ELISA is the
17 measurement of all antibodies that combine to an
18 antigen.
19    Q. Whether it neutralizes the antigen or not; is
20 that correct?
21    A. That's correct. The ELISA does not
22 distinguish between functionally active antibodies.
23    Q. So the wild-type ELISA does not measure
24 neutralizing antibodies; correct?
25    A. So the ELISA can measure neutralizing

1 antibodies and can measure no neutralizing antibodies.
2 It can measure all of the antibodies. The ELISA
3 doesn't tell me that those are neutralizing
4 antibodies. So the ELISA can measure all of the
5 antibodies that are in serum. The ELISA only tells
6 me, "You have antibodies." The neutralization assay
7 tells me, "These are neutralizing antibodies."
8    Q. So there's no way to tell from the antibodies
9 that are measured by the wild-type ELISA which, if any
10 of the antibodies, are actually having a protective
11 effect against the mumps; is that correct?
12    A. The ELISA does not measure protective effect.
13    Q. So if you could go back to Page 5. I think
14 you referred to it earlier where you talked about the
15 objectives of Protocol 7. And you wrote that, "The
16 study," Protocol 7, "had two primary objectives." The
17 first, "to demonstrate similar immune response (i.e.
18 seroconversion) to mumps virus using neutralization
19 assay," and then you wrote on.
20    And then the second objective -- that was the
21 primary objective -- you wrote, "to demonstrate an
22 adequate immune response among children receiving
23 M-M-R II containing" a reduced potency, and then you
24 went on.
25    Where did you get that understanding as the

9 (Pages 30 - 33)

Appx2668

Page 34

1 two primary objectives of Protocol 7?
2    A. So I think I read -- so it's cited here.
3    Q. From the CSR?
4    A. Yeah.
5    Q. You just got that directly from the CSR;
6 correct?
7    A. Yes. Yes. Yeah. Here are the citations
8 (indicating).
9    Q. Okay. And then you wrote that the "Secondary
10 objective of Protocol 7 included the demonstration of
11 immune response (i.e. seroconversion) to the mumps
12 component of the vaccine as measured by ELISA." And
13 there you're talking about the wild-type ELISA that
14 we've been discussing; correct?
15    A. That's correct.
16    Q. So when you say, "immune response (i.e.
17 seroconversion)," are you equating immune response
18 with seroconversion?
19    A. So in this particular case the demonstration
20 of immune response needs a quantifiable measure. So
21 seroconversion is usually used in serology to
22 determine -- to establish that quantitative
23 measurement meaning. What it means is what's the
24 difference between a post intervention immune
25 measurement versus a preintervention, a baseline

Page 35

1 immune measurement. So they call it "seroconversion"
2 meaning there was a conversion serologically. There
3 was a change serologically.
4    Q. So is it your understanding that Protocol 7
5 was not for the purpose of measuring the effectiveness
6 of the mumps vaccine at the various potencies being
7 tested?
8    A. I cannot comment on whole Protocol 7 because
9 my focus was on the ELISA. Now effectiveness, when
10 you -- what do you mean by "effectiveness"?
11    Q. Well, what does it mean to you in your field?
12    A. Okay. "Effectiveness" means a vaccine being
13 effective in the population, meaning it protected
14 against disease.
15       To me effectiveness carries an analysis of
16 the sick person versus healthy people. I do not
17 believe Protocol 7 has any effectiveness component to
18 it. Effectiveness, to me, means once a vaccine is in
19 the field, do we see vaccinated people and
20 nonvaccinated people having different rates of
21 infection.
22    Q. Is it your understanding that Protocol 7 had
23 anything to do with measuring the protection that the
24 vaccine afforded recipients at the various potencies
25 that were being tested?

Page 36

1    A. My understanding is that Protocol 7 did not
2 evaluate sick children versus healthy children.
3    Q. So your understanding is that Protocol 7 was
4 just about measuring antibodies?
5       MR. THOMPSON: Object to form.
6       THE WITNESS: So what I wrote here is what I
7 gathered from the CSR. The two primary objectives are
8 listed in my report.
9 BY MR. SCHNELL:
10    Q. So when you refer to "immune response" in
11 your primary objectives, to demonstrate similar immune
12 responses, to demonstrate adequate immune response,
13 what exactly are you referring to with immune
14 response?
15    A. An antibody response, the capacity of the
16 host to induce the production of antibodies, and
17 typically, when we use the word "seroconversion" means
18 serological -- serologically increase post vaccination
19 compared to prevaccination.
20    Q. And doesn't the production of antibodies in
21 that sense relate to effectiveness of the vaccine?
22    A. So your question is very broad, and I would
23 divide it in two things like before. A serological
24 measurement is the capacity of a host to induce an
25 immune response. Effectiveness, efficacy pertains to

Page 37

1 the capacity of a population to fend off the virus or
2 be protected against an infection. So those are two
3 different things.
4       There are clinical studies that are designed
5 not only in general, not only to measure immune
6 response but also to look up protective efficacy.
7 Those are completely different studies. Those studies
8 involved different arms, challenged with infectious
9 organisms or in other cases looking at the rate of
10 infection in the field.
11       So your question -- I would answer your
12 question in -- with the caveat that they are two
13 different things.
14    Q. So is it your understanding, then, that
15 Protocol 7 really had nothing to do with measuring how
16 well the vaccine protected recipients from mumps?
17    A. Protocol 7 was an analysis of immune
18 responses. Protocol 7 did not include an analysis of
19 efficacy or rate of infection in the population,
20 actual rate of infected children.
21    Q. Did it include any kind of analysis of
22 protection against mumps?
23    A. So define "protection." Meaning in the
24 field? Rate of children infected versus children not
25 infected? Protocol 7 did not include a proper

10 (Pages 34 - 37)

1 analysis of vaccine efficacy.
2    Q. And are you using the term efficacy
3 equivalent with protection or effectiveness?
4    A. Yes.
5    Q. So you don't have an opinion, one way or the
6 other, as to whether the aigent assay accomplished the
7 objectives that you identified of Protocol 7; is that
8 correct?
9    A. I -- my task was on the ELISA. So I do not
10 have an opinion of the aigent per se.
11    Q. Do you have an opinion as to whether the
12 wild-type ELISA accomplished any of the objectives of
13 Protocol 7?
14    A. In my opinion, the wild-type ELISA was able
15 to measure an immune response post vaccination, as I
16 stated in Protocol 7.
17    Q. And just to flush your answer out, your
18 opinion that the wild-type ELISA was able to measure
19 an immune response, you're saying that it was able to
20 measure antibodies that -- well, I'll leave it to you.
21 Can you frame your answer -- can you break it down one
22 step further? When you say it was able -- that the
23 wild-type ELISA in your opinion was able to measure an
24 immune response, can you tell me what you mean by
25 that?

1    A. So the ELISA -- the objective of the ELISA
2 was to determine the proportion of -- to determine a
3 proportion of individuals that induced an immune
4 response post vaccination, and the ELISA was able to
5 determine the fraction of the -- or the rate of
6 individuals, children in this particular case, that
7 developed a response post vaccination.
8    Q. And the response being a certain level of
9 antibodies?
10    A. That's correct.
11    Q. But without any further distinction as to
12 what, if any, relationship those antibodies had to
13 protection?
14    A. The ELISA does not measure protection. It
15 only measures an immune response, an antibody
16 response.
17    Q. So part of your -- the scope of your
18 assignment was evaluating the validation study that
19 was performed on the wild type ELISA?
20    A. Yes.
21    Q. And that validation was -- a validation is
22 only as good as what the purpose of the validation assay is
23 supposed to be validated for. Is that a fair
24 statement?
25    MR. THOMPSON: Object to the form.

1    THE WITNESS: Say it again.
2 BY MR. SCHNELL:
3    Q. A validation of an assay is very specific to
4 what the purpose of the assay is supposed to be; is
5 that correct?
6    A. So the validation, the objective of the
7 validation is to determine that an assay is # purpose.
8    Q. And for the wild type ELISA, the purpose for
9 which you were looking to see if the assay was fit was
10 whether it was capable of accurately measuring mumps
11 antibodies; is that correct?
12    A. Capable of determining immune response post
13 vaccination accurately, reliably.
14    MR. SCHNELL: Why don't we take a break.
15 We've been going about an hour.
16    THE VIDEOGRAPHER: The time is 9:56 a.m.
17 This completes Media Unit No. 1. We are now off the
18 record.
19    (A recess was taken from 9:56 a.m.
20    to 10:13 a.m.)
21    THE VIDEOGRAPHER: The time is 10:13 a.m.
22 This begins Media Unit No. 2. We're now on the
23 record.
24    Please proceed, Counsel.
25 BY MR. SCHNELL:

1    Q. Dr. Pasetti, we were talking about the
2 purpose of the wild-type ELISA as it was used in 007.
3 Are you familiar with Merck's use of the wild-type
4 ELISA in other assays, for example, one it used for
5 its licensing of ProQuad?
6    A. I have read that eventually this wild type
7 ELISA was used for ProQuad. I have not seen -- I
8 don't recall that that was the second -- there was a
9 later clinical study.
10    Q. Well, do you have any opinions on whether or
11 not the wild-type ELISA that was used in ProQuad was
12 used properly or what the results showed or any
13 opinions whatsoever?
14    A. I can comment on the ELISA per se. I cannot
15 comment on the results of the study because I had not
16 reviewed the results of the study.
17    (Discussion held off the record.)
18    REPORTER MARTIN: May we go off the record
19 briefly, please.
20    MR. SCHNELL: Sure.
21    THE VIDEOGRAPHER: The time is 10:14 a.m.
22 We're going off the record.
23    (A recess was taken from 10:14 a.m.
24    to 10:19 a.m.)
25    THE VIDEOGRAPHER: The time is 10:19 a.m.

11 (Pages 38 - 41)

Appx2670

1 We're back on the record.

2      Please proceed, Counsel.

3      MR. SCHNELL: So if you could please read

4 back the last question and answer. Thanks.

5      (Record read.)

6      THE WITNESS: I have not reviewed. I have

7 not the reviewed the results at this time.

8 BY MR. SCHNELL:

9      Q. And that's for ProQuad?

10     A. Correct.

11     Q. But in terms of what the purpose of the

12 ProQuad or the purpose of the wild-type ELISA, as used

13 in the ProQuad study, do you have a sense of what that

14 was?

15     A. So I have not reviewed any documents of

16 ProQuad. So I cannot comment on ProQuad. I can

17 comment on the ELISA used in 007.

18     Q. And I guess your answer would be the same for

19 the wild-type ELISA that was used for the RHA study

20 for licensing -- for an SBLA that was done for MMR II

21 using RHA for mumps? Is that the same answer, that

22 you don't have an opinion on the study that was --

23     A. I don't have an opinion, no. I did not

24 review material from other studies.

25     Q. So your -- and just to be clear, so your

1 opinion on wild-type ELISA assay is limited to how it

2 was used and the results that were obtained in

3 connection with Protocol 7?

4      A. How it was validated and the operative

5 features that were examined and how it was applied to

6 Protocol 007.

7      Q. And just that protocol? No others?

8      A. That's correct, yeah.

9      Q. Do you know if the same wild-type ELISA that

10 was used in Protocol 7 was the one you used for the

11 ProQuad study?

12     A. So I saw in the documents that I reviewed

13 some mentioning of the same ELISA being used in

14 ProQuad. That's all I can say.

15     Q. And what about with the RHA study?

16     A. I do not recall seeing that study or reading

17 about that study.

18     Q. Do you have an understanding of how the

19 results of Protocol 7 were used in the SBLA that Merck

20 submitted for the label change for MMR II?

21     A. I am -- I cannot comment on that. I'm not

22 aware of how -- what Merck submitted or in which way

23 things were submitted.

24     Q. So, again, because I think I'm a little

25 confused, I just want to understand the full scope of

1 your opinion. So let's just go through it. So you

2 have an opinion on the validation of the wild-type

3 ELISA as used in Protocol 7; is that correct?

4      A. That's correct. It's on my report.

5 Everything that I commented on, it's the work scope

6 that I had, and that includes --

7      Q. If you could point to the particular page.

8      A. Page 4 has the summary of my expert opinions.

9      Q. Okay. So let's go through that because it's

10 still not clear from that. So No. 1 says, "Merck's

11 development and validation of its wild-type ELISA was

12 scientifically sound and followed standard procedures

13 for developing an ELISA." But that opinion is limited

14 to the development and validation of the wild-type

15 ELISA as used in Protocol 7. Is that a fair

16 characterization of the boundary of your opinion on

17 that particular point?

18     A. So if you read the previous sentence, "to

19 test samples in support of Protocol 007."

20     Q. Okay. So that would qualify all the opinions

21 that followed?

22     A. Yes, that's correct.

23     Q. Okay.

24     A. I have not seen detailed data set for other

25 clinical studies.

1      Q. So in terms of what Merck submitted as its

2 results of the wild-type ELISA in Protocol 7 in

3 support of the SBLA for a label change for MMR II, you

4 don't have an opinion on that in any regard; is that

5 correct?

6      A. So I have reviewed the documents that

7 included the data that Merck submitted in the context

8 of the validation and some of the comparisons that

9 were done for Protocol 007.

10     Q. And but you don't have an opinion on what

11 Merck communicated to the FDA in that regard regarding

12 the results of the wild-type ELISA?

13     A. Regarding the validation of the ELISA and the

14 comparisons of the ELISAs with other tests. Is that

15 your question?

16     Q. No. The results of -- the immunogenicity

17 results itself, what Merck communicated to the FDA.

18 Do you have an opinion of what they communicated as

19 the results of the wild-type ELISA?

20     A. I don't have a specific opinion on...

21     Q. On that subject?

22     A. On that subject.

23     Q. This is the first time you've been an expert

24 in litigation; is that correct?

25     A. That's correct.

12 (Pages 42 - 45)

1   Q.  Have you had fun?
2   A.  Yes, so far.
3   Q.  You going to do it again?  You don't have to
4   answer that.
5       Let's talk about your clinical trial
6   experience.  You've done many PRN studies and ELISA
7   studies; correct?
8   A.  That's correct.  I have a laboratory that
9   specializes in vaccines serology and vaccine
10  immunology, and in that context I have performed
11  multiple serological assays to support those studies.
12  Q.  Would you say that your experience in
13  packaging a -- neutralization assays is just as good
14  as your experience with ELISA assays, or would you say
15  you're more experienced in one versus the other?
16  A.  I feel more experienced in ELISAs than in
17  neutralization tests.
18  Q.  And is that because you've done more?
19  A.  That's part of it, and it's because I have
20  done it for longer, and I have seen different
21  variations.  It's more widely used.  The immunological
22  ELISAs are more widely used in general for serological
23  vaccine purposes.
24  Q.  And in terms of the clinical trials that
25  you've worked on, have you worked on any clinical

1   trials in support of FDA licensure?
2   A.  No.  We have been involved in earlier phases
3   of clinical development.
4   Q.  What's the latest phase that you've been
5   involved in?
6   A.  Phase II.  Phase II B.
7   Q.  And would those be -- would those be
8   characterized as research studies?
9   A.  Those are first studies in humans and in
10  Phase I and also larger number of human subjects.
11  Q.  When you're performing validations of the
12  various assays that you're working on, do you perform
13  validations at the Phase I or Phase II level?
14  A.  We perform mostly qualifications.  Validation
15  is a higher -- it's typically done for specific
16  purposes, regulatory purposes.
17  Q.  Have you been involved in any validations?
18  A.  I have been involved in qualifications.  I
19  have been involved in validations, reviewing as an
20  academic editor and as a scientist.  I have not
21  performed validations in my own laboratory.  My
22  laboratory usually does qualification, assay
23  qualification.
24  Q.  What's the difference between an assay
25  qualification and an assay validation?

1   A.  So an assay -- both are systematic procedures
2   to evaluate the operating characteristics of an assay.
3   A validation is a farther step, usually required by
4   regulatory agencies at the stage of licensure.  It is
5   more involved in the sense that it requires a quality
6   assurance oversight, and it has higher restrictions
7   on -- or a higher complexity in terms of additional
8   parameters that are measured.
9       In general, if there are standards, what are
10  the specifications and expectations of the assay.
11  It's basically a higher step from qualification.
12  Q.  And what was the work you said that you did
13  perform outside of this matter in connection with
14  validation of assays for vaccines?
15  A.  So I am an academic editor, and I review
16  papers for publication, and I have seen validation
17  reports prior to publications.  I have been involved
18  in collaborative studies where validation of assays or
19  qualifications/validation of assays are being done not
20  necessary only on my lab but in a collaborative study.
21  Q.  You said, "qualification/validations."  Just
22  with respect to validations, can you give me some more
23  detail on what that entailed?
24  A.  In what sense?
25  Q.  What actually you did.  You said you've been

1   involved in collaborative studies where validation of
2   assays/qualification of assays were being done.  What
3   did you actually do?
4   A.  In some collaborative studies what they do is
5   they convene a group of laboratories and they
6   distribute samples, specimens, and each laboratory has
7   to perform a specific assay, and all the data is
8   examined in aggregate, and the comparison between the
9   different laboratories is put together, basically, and
10  see how the assay is performing in multiple sites.
11  Q.  And that was in the context of your work as
12  an editor?
13  A.  We did a collaborative study recently as part
14  of one of our research projects.  It has been
15  published.
16  Q.  So with -- the validation work that you've
17  done has been limited to the context of publishing or
18  editing?
19  A.  That's correct.
20  Q.  But you've never performed your own
21  validation for any of the work in your lab?
22  A.  We have performed extensive qualification,
23  but validation for BLAs or licensures we have not.
24  Q.  Have you worked on any clinical trials
25  involving mumps?

13 (Pages 46 - 49)

Page 50

1    A.  Not that I recall.  No.  All the -- let me
2  think about -- not that I recall.  Sometimes we
3  measure immune responses to all components of
4  vaccines, and I have to think carefully.  Not that I
5  recall specifically for mumps.  I do not -- I do not
6  perform mumps in my lab or serology.
7    Q.  Have you written any publications on mumps?
8    A.  I have read publications for the preparation
9  of the report and as part of my teaching duties.  I
10  teach vaccinology.
11    Q.  Have you written any publications on mumps?
12  Written.
13    A.  Written.  No, I have not written any
14  publications on mumps.  I'm sorry.
15    Q.  In terms of your teaching, would your --
16  would the subject of mumps be part of a general survey
17  of vaccines generally, or did you teach specific
18  classes where mumps was a focus?
19    A.  We do not have specific classes with mumps as
20  a focus.  We do teach pediatric vaccination, and mumps
21  is a component on pediatric vaccinations.
22    Q.  And what is the subject that you cover with
23  regard to mumps?
24    A.  I do not teach mumps.  I do not teach mumps
25  vaccines.  The course, in general, covers pediatric

Page 51

1  immunizations, and MMR is one of the pediatric
2  vaccines.
3    Q.  Have you ever served -- outside of the
4  litigation context, have you ever served as an expert
5  consultant in any capacity?
6    A.  You mean academically?
7    Q.  Have you ever been retained as a consultant
8  by any company -- well, let me take a step back.
9      I already asked if you've ever served as a
10  litigation expert consultant.  You said this was your
11  first time; is that correct?
12    A.  No.  That's correct.
13    Q.  I'm just broadening that question.  Have you
14  ever served as an expert consultant in any capacity?
15    A.  Many years ago I was at the meeting -- very
16  sporadically.  Many years ago we had a meeting about
17  vaccines for children, and it was organized by a
18  company.  It was very short meeting of one day, and
19  I -- more recently I helped -- I will help in the
20  board of consultants for a start-up company.  This was
21  very recent.  That is developing a vaccine on -- a
22  typhoid vaccine to prevent prostate cancer.  All I
23  have done is participated in one phone call.
24    Q.  For that one-day meeting -- is that the scope
25  of these two engagements?

Page 52

1    A.  It's very narrow, and it's -- the first one
2  must have been 15 years ago.  It's so narrow.  And
3  there were maybe 30 people in the room.
4    Q.  Did you get paid for that?
5    A.  Maybe a stipend for the day.
6    Q.  Okay.  And what was the subject?
7    A.  Infant im- -- infant immunology.  I think it
8  was Novartis, and the -- what it was is a course
9  where multiple professors, multiple pediatricians
10  basically discussed how to induce better immunity in
11  infants.
12    Q.  And for the current engagement you've only
13  had one call, is that something you're going to be
14  paid for?
15    A.  I do not get paid.  I think the university --
16  it's through the University of Maryland.  They
17  approved my consultancy.  The way that works is the
18  board will have a share of -- I don't know exactly
19  what it is.  But some sort of share in the company if
20  eventually the company takes -- moves forward.
21    Q.  Okay.  Other than your work for Merck on this
22  matter, have you ever worked for Merck in the past?
23    A.  No.
24    Q.  Do you have any relationship with Merck other
25  than your work on this matter?

Page 53

1    A.  No, I do not.
2    Q.  Have you ever received funding from Merck?
3    A.  No, I did not receive funding from Merck.
4    Q.  And never have had any collaborations with
5  Merck in any facet outside of your work on this case?
6    A.  Myself, no.
7      MR. THOMPSON:  Speak up just a little.
8      THE WITNESS:  Yes.
9  BY MR. SCHNELL:
10    Q.  And there's nothing pending or something
11  you're anticipating in the future with Merck in terms
12  of collaboration or funding?
13    A.  No, I don't have anything pending or
14  anticipated.
15    Q.  Have you ever served on an institutional
16  review board?
17    A.  I have not.
18    Q.  Do you know what an institutional review
19  board is?
20    A.  I do.
21    Q.  What is it?
22    A.  It's academic institutions and other
23  communities, they have a board that reviews clinical
24  studies and ensures that the studies conformed to
25  regulatory standards and make sure also that the

14 (Pages 50 - 53)

Appx2673

1 safety of the participants is taken into
2 consideration. Basically they approve -- any work
3 that relates to human subject needs to be approved by
4 an institution, a review board.
5    Q. Is that a requirement of the FDA that you're
6 aware of?
7    A. So it is a requirement for any clinical study
8 and institution requirement or regulatory
9 requirements.
10    Q. Have you -- in any of the clinical studies
11 you performed, have you had to have your study
12 evaluated by an institutional review board?
13    A. All of the clinical studies that we perform
14 are reviewed by the competent IRB.
15    Q. And who comprises the IRB, generally
16 speaking?
17    A. Scientists. And also there's a regulation on
18 how the IRB needs to be constituted, and it includes
19 scientists, and I believe different categories of
20 people.
21    Q. And what is the obligation of the entity
22 performing the clinical trial with regard to
23 disclosures it needs to provide to the IRB regarding
24 the clinical trial on this study?
25    A. So I am a laboratory person. I am not a

1 clinical trialist. All my interactions with the IRB
2 are use of clinical samples. So I cannot tell you all
3 of the exact documents that the IRB requires. I have
4 seen the clinical studies being written. I have
5 collaborated and provided portions for the clinical
6 studies. It's usually the physicians and the
7 regulatory offices that -- where I work, they deal
8 with the IRB, and they provide all of the IRB
9 requirements. I don't want to list off them because I
10 might forget.
11    Q. But is it your general understanding that the
12 purpose the IRB serves is to review the anticipated
13 clinical trial to make sure that it is -- well, rather
14 than my asking, what is your understanding of the
15 purpose that the IRB serves in terms of reviewing the
16 anticipated clinical trial?
17    A. To ensure that it's properly conducted, that
18 it's -- that there's a justification for it. That
19 there are proper measures to safeguard the safety,
20 confidentiality of the participants, that the methods
21 are appropriate, that there are contingencies for
22 potential issues, that there's adequate planning, that
23 there are safeguards for the safety of the subjects,
24 and that the study's justified.
25    Q. What do you mean that "the study is

1 justified"?
2    A. That it is reasonable, that there is a
3 scientific question that balances the risks and the
4 benefits.
5    Q. To the human subjects?
6    A. To the human subjects. Uh-huh.
7    Q. Are there special IRBs for clinical trials
8 that involve children as opposed to adults?
9    A. So, again, I'm not an expert on IRB, and I'm
10 not a clinical trialist. So my experience with the
11 University of Maryland is all of the clinical studies
12 that we perform are reviewed by the institutional IRB.
13 They may have additional committees, or they may have
14 additional, but all of the clinical studies that we
15 perform are reviewed by the institutional IRB.
16    Q. And this review is obviously done before the
17 trial is commenced?
18    A. Of course, yeah.
19    Q. It's a prerequisite before the trial can
20 commence; is that correct?
21    A. You wouldn't be able to start work or you
22 wouldn't be able to enroll subjects until it's fully
23 approved -- a clinical study has been fully approved.
24    Q. And do you know what materials they review in
25 terms of -- would one of the pieces of information,

1 the IRB review would be the validation study report?
2 Is that -- I'm trying to get a sense of the materials
3 that they review.
4    MR. THOMPSON: I'm just going to object to
5 the compound nature of the question.
6    THE WITNESS: Can I answer?
7 BY MR. SCHNELL:
8    Q. Yeah, please.
9    A. So the -- again, I'm not a clinical trialist.
10 I have not seen validation reports being submitted to
11 the IRB myself, but I cannot say that if the IRB
12 requires a specific information it can always ask for
13 it.
14    Q. When you say -- you said a couple times that
15 you're "not a clinical trialist." What does that
16 mean?
17    A. I'm not an infectious disease physician. I'm
18 not an M.D. I am a Ph.D.
19    Q. But you perform clinical trials.
20    A. I do not perform them in the sense of
21 enrolling subjects myself or administering a product
22 myself. Those procedures are done by medical doctors
23 and nurse coordinators. When I say I'm not a clinical
24 trialist, means I'm not a medical doctor, infectious
25 disease, a specialist who would be a person that would

15 (Pages 54 - 57)

Appx2674

1 traditionally be the PI of a clinical protocol.
2    Q. But you would have those types of individuals
3 working under your direction in your lab when your lab
4 is performing clinical trials?
5    A. My lab does not perform clinical trials on
6 its own. A clinical trial is a very complex study. I
7 would not direct a physician doing a clinical study.
8 The way that it works is the opposite. A clinical --
9 a team of scientists determines a scientific question,
10 and a medical doctor or multiple medical doctors
11 establish a concept, and then a team contributes to
12 the different parts of a clinical trial in general
13 terms.
14    I myself, as a laboratory person, my
15 contribution is looking at the proper valuation of
16 vaccine immunogenicity, for example. Handling of
17 specimens, tracking specimens, providing laboratory
18 support for clinical trials. So that is my
19 involvement in all these studies. We take adequate
20 trainings. We train our personnel to isolate specific
21 biological specimens. A clinical trial is -- it's a
22 quite involved endeavor.
23    Q. Are you involved in ever designing the assays
24 that you're running?
25    A. It depends. Sometimes I have been involved

1 in the design of the assays because the assays are new
2 or the vaccine antigens are new, and yes.
3    Q. Would you -- do you ever lead the design of
4 the assay?
5    A. I have. There have been instances in which I
6 have led the design, yes.
7    Q. And is this true with respect to ELISAs?
8    A. Yes.
9    Q. How many ELISA assays would you estimate that
10 you've been involved in the design of?
11    A. Design and refinement?
12    Q. Sure.
13    A. Lots of it.
14    Q. Okay.
15    A. Multiple. Multiple.
16    Q. Are you familiar with patient consent forms?
17    A. I am familiar with patient consent forms in
18 the sense that from -- I have seen them as part of
19 the -- of clinical trials. I have participated in
20 clinical trials myself. So I have signed consent
21 forms myself in occasions where I have been an
22 enrolled subject.
23    Q. And that's also a requirement before a
24 subject can be involved in a clinical trial?
25    A. Yes.

1    Q. And what's the purpose of the consent form?
2    A. I can tell you as a clinical trial subject
3 that is to understand the scope of the study. Also to
4 understand what are the risks and the benefits, and to
5 understand the rights and what will happen through the
6 study and what are the options that the participants
7 have. The use of clinical specimens as well.
8    Q. What do you mean, "the use of clinical
9 specimens"?
10    A. So the participant can opt for allow storage
11 of unused clinical specimens or not. That would be
12 something that one could initialize or not in the
13 consent form.
14    Q. Now, in terms of the clinical trials that you
15 conduct --
16    A. That I have been involved. I do not conduct
17 clinical studies on my own.
18    Q. Okay. Fair enough. Is it typical that --
19 are you at all involved with the patient -- subject
20 consent forms that --
21    A. I am not.
22    Q. Are you involved with what goes into them?
23    A. I am not.
24    Q. Now, for the studies that you were a subject
25 of, were they -- did they involve vaccines?

1    A. Yes.
2    Q. Which vaccines?
3    A. I participated in several. One was, I
4 believe, an influenza vaccine, and others, I have
5 received -- I have been a participant in other studies
6 during my life.
7    Q. And as a subject in these studies, do you get
8 the results of -- for the vaccine whether or not it
9 works or not for you?
10    A. No, we do not.
11    Q. In the studies you've been involved in, you
12 did not; is that correct?
13    A. We do not.
14    Q. So in your report you say that you routinely
15 performed PRNs and ELISAs in your lab?
16    A. My lab performs PRNs and ELISAs, that's
17 correct.
18    Q. And roughly how many of each have you done
19 over your tenure there?
20    A. My lab performs measles PRN. Thousands.
21    Q. All measles?
22    A. Measles.
23    Q. Any other PRN?
24    A. We perform a variant of pseudo neutralization
25 assay.

1    REPORTER MARTIN:  I'm sorry.
2    THE WITNESS:  A variant of neutralization
3 assays, we performed.  But it's a very different
4 assay.  It's a pseudo neutralization assays for SARS.
5 We performed that very briefly.  But most of -- that
6 was very limited.  So most of my experience is on
7 measles PRN.
8 BY MR. SCHNELL:
9    Q.  And you performed ELISAs with respect to
10 measles as well; correct?
11    A.  That's correct.
12    Q.  And you're still conducting those assays?
13    A.  Yes.
14    Q.  And is it still for the purpose that you
15 stated in your report, to test whether or not you can
16 provide to younger infants or younger children than
17 normally get the MMR vaccine, a measles vaccine; is
18 that correct?
19    A.  We performed PRNs and ELISAs for measles for
20 not the purpose that you mentioned, but in general, to
21 evaluate immune responses against measles in multiple
22 ways.  Sometimes we perform in adults.  We are
23 presently working on a sero survey looking at children
24 that have been vaccinated, but not with MMR but with
25 another measles vaccine that is used in another

1 country.
2    Q.  And has your lab been hired by somebody to
3 perform this study -- these studies?
4    A.  So what do you mean by "hired"?
5    Q.  What are the circumstances surrounding your
6 lab being involved in these studies?
7    A.  So we work on vaccine projects, scientific
8 projects.  So we are working with a foundation that
9 supports immunization of children, and they were
10 interested in learning the sero prevalence of children
11 in a specific area, and that helps to evaluate vaccine
12 coverage.
13    Q.  When you say, "sero prevalence," what do you
14 mean?
15    A.  Meaning what is the immune status.  Meaning
16 what is the prevalence of antibodies in the community.
17 So what happens is a vaccine goes through multiple
18 steps from the time that somebody purchases the
19 vaccine to the time that it's given to the children in
20 the field, and things can happen through the vaccine.
21 It can lose the cold chain or -- so we want to know
22 the level of antibodies, the actual level of
23 antibodies in realities in a particular population.
24    Q.  So when you say that somebody purchases the
25 vaccine at the time that it's given to the children,

1 so in that time between when the vaccine is being
2 released to market and the time being given to
3 children, you're saying there's things that happen to
4 it that can affect how well it works?
5    A.  So I gave you sort of a broad hypothesis of
6 why people may be looking at sero prevalence.  So
7 there may be multiple reasons why it's important to
8 see the actual level of antibodies that the children
9 may have.  In areas -- this is remote areas where
10 there's no rapid transportation, and we want to make
11 sure that the vaccine gets in the right conditions to
12 children.
13    So the most accurate way is to measure
14 antibodies rather than to count vaccine doses.  But
15 it's a general example that I'm giving you to show you
16 the type of work that we do in our lab.
17    Q.  And this particular example is outside the
18 United States?
19    A.  I am not allowed to say.
20    Q.  Well, you can say if it's out of the
21 United States --
22    A.  It's outside the United States.
23    Q.  -- in a developing country, one of the
24 developing countries.
25    Yeah.  Your thesis, I believe if I recall

1 correctly, had to do with potency of vaccines; is that
2 right?
3    A.  So my thesis was about a method that would
4 help -- yes.  Discern tetanus and diphtheria vaccine
5 potency.
6    Q.  And what is "vaccine potency"?
7    A.  So in this particular context, what it was is
8 the assays, to determine if a vaccine lot was
9 adequate, was to test it in animals.  And the animals
10 were given the vaccine, and then subject to either an
11 infection or some sort of in vivo analysis of
12 protection in animals.  That's what means by vaccine
13 potency.
14    And that was very time consuming, and we were
15 looking for ways where we could look at immune
16 response that can help us understand the capacity of
17 the vaccine and how it would function in those
18 animals.  I did my thesis in Argentina, in
19 Buenos Aires.  So the vaccines that were purchased by
20 the country, the national institute required that they
21 would be tested in animals to confirm that they were
22 still good.
23    Q.  Is there any relationship between potency and
24 how well a vaccine works?
25    A.  In general terms of those -- in general

17 (Pages 62 - 65)

1 terms?
2    Q. Yeah.
3    A. In this particular case the vaccine -- we
4 call it -- we call it potency. As the potency tests
5 in animals, meaning we were looking to confirm that
6 the vaccine was indeed able to protect animals with --
7    Q. But in terms of Protocol 7, that test
8 involved measuring immunogenicity of MMR II at various
9 potencies; correct?
10   A. The way that they use potency, I believe, is
11 by viral contents? Viral content.
12   Q. And is it your understanding that that has a
13 relationship to how well the vaccine works?
14   A. I cannot comment on potency in how it was
15 used by Merck. I do not know exactly how do they
16 define potency in their own in this particular
17 vaccine.
18   Q. Are there different definitions of potency
19 depending on the particular type of vaccine at issue?
20   A. So it depends on the context. The context
21 matters, and how a particular vaccine and in a
22 particular context the word "potency" is used. In our
23 study "potency" meant the performance of the vaccine
24 in animals. In other content it defines -- it depends
25 on how the assessment of potency is defined for each

1 vaccine in particular.
2    Q. So -- and the way I think you just said that
3 it was described in Protocol 7 is viral particles; is
4 that correct?
5    A. So if you read my report, what I said was
6 that it has a reduced potency of the mumps components.
7 So I believe they used the word "potency" in terms of
8 viral titers. But, again, I cannot comment on more
9 than potency because that's another area that I did
10 not review in detail, or I don't have expertise on
11 vaccine potency, viral vaccine potencies.
12   Q. Well, in terms of the purpose of Protocol 7
13 in doing immunogenicity comparisons of MMR II at
14 various potencies, do you have an understanding of
15 what the purpose was with that objective?
16   A. So what I can tell you is regardless of where
17 that was -- so regardless of what the comparators were
18 is the same assay used in two different treatments.
19 How they related the potency with that, it's up to the
20 analysis of Protocol 007.
21   Q. And you don't have an understanding as to
22 how -- the circumstances surrounding Protocol 7, do
23 you?
24   A. Very vaguely from what I read in the CSR,
25 that basically, there were different arms, and I wrote

1 them here. That the idea was to demonstrate immune
2 responses in children receiving MMR containing
3 different levels of virals.
4    Q. Going back to your testing, you're conducting
5 testing using PRN tests and ELISA tests; correct?
6    A. For measles.
7    Q. Yes.
8    A. Yes.
9    Q. Why both?
10   A. So measles neutralization antibodies --
11      REPORTER MARTIN: Neutralization what?
12      THE WITNESS: Antibodies, are functional
13 antibodies, and they provide you -- they are used
14 complimentary. It provides you with results or with
15 an information that says that not only the vaccine
16 induced antibodies, but the antibodies are
17 biologically active. We used other functional assays
18 for other vaccines as well, and it is very informative
19 to say that not only a vaccine induces a high level of
20 antibodies or induces an immune response, but that
21 immune response is meaningful in terms of it can do
22 something against the pathogen in the in vitro
23 setting.
24 BY MS. SCHNELL:
25   Q. Is that what you mean by "biologically

1 active," that it can do something --
2    A. Yes. It can have an effect. Neutralizing
3 antibodies neutralize the viral's particle and prevent
4 infection of cells. Toxin neutralizing antibodies
5 bind the toxin and prevent cellular toxicity.
6 Complement fixing antibodies can kill a bacteria, for
7 example.
8    Q. And you're talking generally, or are you
9 talking within the measles context or are you talking
10 in some other context?
11   A. So in general my response -- my previous
12 response was in general with measles where the
13 question started is to confirm that the antibodies are
14 functional.
15   Q. And an ELISA does not give you any kind of
16 measure of antibodies that is functional. Is that a
17 fair statement?
18   A. So ELISA measures everything. ELISA does not
19 allow you to demonstrate function.
20   Q. So would there be ever -- let me ask it this
21 way: So when would it ever be useful to have just an
22 ELISA study if the measure of antibodies that it is
23 providing does not in any way distinguish functional
24 antibodies?
25   A. So, in general, it's important to know

18 (Pages 66 - 69)

Appx2677

1 whether a vaccine induces antibodies at all. So
2 that's the first step. That would be important.
3 Let's say that a vaccine was changed or a component of
4 a vaccine was modified. The immunogenicity -- the
5 analysis of immunogenicity by ELISA will tell you that
6 the vaccine was adequate at inducing an immune
7 response.
8     Do you mean in general or for --
9     Q. Yeah, in general.
10     A. So in some vaccines you don't have functional
11 assays that you can apply for example. And the
12 measurement of antibodies is, basically by ELISA, what
13 can demonstrate and induce an immune response. Not
14 all of the pathogens are amenable to neutralization or
15 functionality.
16     Q. What are some examples of those pathogens?
17     A. So some antigens for -- so, for example, for
18 the Pertussis vaccine we typically measure ELISAs
19 against some of the components. We don't have
20 functional assays that can be applied to all the
21 components of a Pertussis vaccine.
22     Q. So in the case of your measles testing, you
23 do have at your disposal functional assays, and so is
24 that why you decided to use that in addition to an
25 ELISA assay?

1     A. Yes. And for measles there is a reported
2 value that the community uses as a correlate of
3 protection. Some people may argue that it has -- that
4 it is an indicator of protection. Others believe more
5 on that. But for measles we do have a number that has
6 been established in an outbreak situation, and the
7 antibodies against measles are high ability
8 antibodies, are different from the measles, the mumps
9 antibodies. So for measles there is a value that the
10 community uses as an indicator, and 120 mill
11 international units.
12     Q. And is that --
13     REPORTER MARTIN: I'm sorry. 120 --
14     THE WITNESS: 120 international units.
15 BY MR. SCHNELL:
16     Q. And is that a measure of antibodies?
17     A. It's a plaque reduction neutralization.
18     Q. So it's a measure of plaque reduction
19 neutralization assays. So if you --
20     A. Antibodies.
21     Q. Antibodies. And so if you wanted to
22 determine whether or not your vaccine measured at that
23 threshold, you would have to perform a PRN test?
24     A. That's correct.
25     Q. So has there been an ELISA assay that's been

1 correlated to a PRN test in the measles context?
2     A. There have been attempts, and the literature
3 has different publications. Some people have had
4 agreements -- more agreements or less agreements
5 depending on the type of assays that are being
6 compared and the specimens that are being compared.
7 It's a difficult comparison because it depends on
8 multiple parameters. But there are no -- that I'm
9 aware of, we don't have a value that is absolutely
10 considered a correlate of protection by ELISA.
11     Q. And is that one of the reasons why you're
12 also doing a PRN test, to be sure, with respect to the
13 vaccines that you're testing, that they meet that
14 correlate of protection threshold?
15     A. So it depends on the question. Sometimes
16 it's informative to see where the immune response
17 falls close to that level, and sometimes the question
18 is to demonstrate that the vaccine can induce
19 antibodies that are neutralizing.
20     Q. And with respect to that question, you would
21 want to use the PRN test; is that correct?
22     A. That's correct.
23     Q. Now, if you wanted to measure whether or not
24 the vaccine protects against disease, would the PRN
25 test in the measles context be sufficient?

1     A. So a proper analysis would be an efficacy
2 study. This is an indicator, and it has a cautionary
3 value.
4     Q. Meaning that you could -- well, tell me what
5 you mean by a "cautionary value."
6     A. Right. So the right way to look at
7 protection is to test a vaccine and see whether the
8 individuals are protected from disease or not. So
9 that is the right way to look at efficacy.
10     This is an indicator of protection, a
11 predictor of protection, but it's not an absolute.
12     Q. And is it at least a predictor of protection
13 because of the correlate of protection that's been
14 established?
15     A. Yes.
16     Q. If you don't have a correlative of
17 protection, is there any way you can even get a
18 predictor of protection?
19     A. There would have to be an assessment of rate
20 of infection of protection in the field. Without a
21 firm correlative of protection, there are no elements
22 that could be used to predict whether a vaccine will
23 protect or not.
24     MR. THOMPSON: If you're moving to a
25 different area.

19 (Pages 70 - 73)

**Appx2678**

Page 74

1     MR. SCHNELL: Take a break? Let me just see.
2     (Pause in proceedings.)
3     MR. SCHNELL: I'm not, but it's a different
4 enough -- it's the same subject, but we can take a
5 break if you want. It's up to you guys.
6     MR. THOMPSON: How are you feeling?
7     THE WITNESS: That would be nice, a break.
8     MR. THOMPSON: Okay. Let's do it.
9     THE VIDEOGRAPHER: The time is 11:15 a.m.
10 This completes Media Unit No. 2. We're going off the
11 record.
12     (A recess was taken from 11:15 a.m.
13     to 11:31 a.m.)
14     THE VIDEOGRAPHER: The time is 11:31 a.m.
15 This begins Media Unit No. 3. We're now on the
16 record.
17     Please proceed, Counsel.
18 BY MR. SCHNELL:
19     Q. Dr. Pasetti, going back to the studies that
20 you've been conducting in connection with measles, I'd
21 like to go through both the PRN and the ELISA and talk
22 about any similarities or differences between those
23 two assays and the two assays that Merck used on 007.
24 So if we could start with the ELISA. If we could
25 start high level. You don't have to get into the

Page 75

1 weeds, but on a high level, are there any major
2 differences between the ELISA that you're using in
3 your measles testing and the wild-type ELISA that
4 Merck used in Protocol 7?
5     MR. THOMPSON: Objection to form.
6     THE WITNESS: So you mean the assay that I'm
7 using now?
8 BY MR. SCHNELL:
9     Q. Yes.
10     A. The assay from Merck is a long time ago. So
11 the format is the same, and we use a different enzyme.
12 I think they use phosphatized alkaline and we use
13 peroxidase.
14     REPORTER MARTIN: I'm sorry. Used what?
15 They used --
16     THE WITNESS: Phosphatized alkaline, and I
17 think we used peroxidase. I think the enzyme is
18 different, but pretty much the format is the same.
19 It's an antigen absorbed to a support, and incubation
20 then with the antibodies and a secondary antibody with
21 an enzyme and a substrate. So it's pretty much -- we
22 have a different spreadsheet where we calculate the
23 data that was prepared by our own statistician.
24     So they use a quadratic formula.
25     REPORTER MARTIN: A what formula?

Page 76

1     THE WITNESS: They use, I believe it's a
2 quadratic formula, but basically, it's the same.
3 BY MR. SCHNELL:
4     Q. What about the intended use for each of the
5 respective assays?
6     A. So in our projects it depends on the study.
7 We usually measure an end point titer. If it's a
8 vaccine study, we would measure pre-vaccination and
9 post-vaccination. If it's a sero prevalence study, we
10 only have one specimen and we measure the antibody
11 titer.
12     Q. And how is that -- how does that compare to
13 how -- the intended purpose of the wild-type ELISA as
14 used in 007?
15     A. So they also measure an antibody titer. They
16 also measure an antibody titer.
17     Q. In your current measles testing, are you able
18 to determine from the results whether a particular
19 test subject is actually protected against measles?
20     A. ELISA does not measure protection. ELISA
21 only measures a level of antibodies. All I can say in
22 my sero survey studies is the subject has measles
23 antibodies. I cannot say anything about protection.
24     Q. And what about with the wild-type ELISA? Was
25 Merck able to determine from the results of the

Page 77

1 testing whether a particular test subject was
2 protected against mumps?
3     A. So the objective of the ELISA was to measure
4 the proportion of subjects that develop an immune
5 response after vaccination. There is no relationship
6 between these antibody levels and actual protection
7 from disease.
8     Q. So how would Merck know, if at all, whether
9 or not the test subjects who were enrolled in 007 were
10 actually protected against mumps?
11     A. So, again, the objective of this assay was to
12 measure an immune response. It was not to determine
13 protection status.
14     Q. So there would be no way that the test would
15 help them assess that, whether there was a level of
16 protection against mumps for the 007 test subjects?
17     A. As I understand the protocol, all that the
18 ELISA would do is give a measurement of antibody
19 levels. There's no indication of protection with
20 those results.
21     Q. With respect to the PRN test that you're
22 currently using in measles, are there any differences
23 between that test and the agent assay that was used by
24 Merck in 007?
25     A. So I can tell you my own measles PRN. I'm

20 (Pages 74 - 77)

Appx2679

1 not familiar at the level that I can comment on the
2 aigent. I can tell you that as my PRN uses an
3 attenuated measles vaccine strain and follows the
4 regular PRN steps, incubation with the virus, and then
5 look at ineffectivity in a cell culture.
6    Q. Are you currently using anti-IgG in your PRN
7 tests?
8    A. My measles PRN test?
9    Q. Yes.
10    A. The measles PRN test in my lab does not use
11 antibody anti-IgG.
12    Q. Do you have an understanding that the aigent
13 tested --
14    A. I have read broadly, but that's the
15 definition of "aigent." So yes.
16    Q. Have you ever used anti-IgG in any of your
17 neutralization tests that you've done in your lab?
18    A. I have only done measles, and for measles, we
19 do not use an antibody IgG.
20    Q. Are you familiar with the practice of using
21 anti-IgG in neutralization tests?
22    A. So that, it appears to be something specific
23 for mumps, and I'm not -- I don't do mumps antibodies.
24 So for measles, I don't use an antibody IgG. But
25 antibodies are different.

1    Q. Do you have any understanding as to why --
2 well, strike that.
3    Do you have any understanding as to what
4 purpose using anti-IgG in a mumps PRN test serves?
5    A. So in general terms, it's one of the
6 reaigents that allowed the assay to see -- basically,
7 to look at -- to evaluate the neutralizing antibodies.
8 In broad terms, that's my understanding of the
9 anti-IgG in the aigent.
10    Q. But you have no opinion, one way or the
11 other, as to whether or not it's proper to do that,
12 whether Merck properly controlled for it, whether it
13 was justified. You have no opinion whatsoever, one
14 way or the other on that subject; right?
15    A. I don't have an opinion. I did not -- I'm
16 not familiar with mumps PRNs.
17    Q. Did you say that with respect to the
18 indicator strain for your measles testing you used a
19 measles vaccine strain?
20    A. We used an Edmonston strain, I believe.
21    Q. And is that a wild-type strain or a vaccine
22 strain or --
23    A. It's an attenuated strain.
24    Q. I'm sorry?
25    A. It's an attenuated strain.

1    Q. And "attenuated" meaning it's a --
2    A. It's a passaged strain.
3    Q. -- low passaged version of the vaccine
4 strain.
5    REPORTER MARTIN: It's a what?
6    THE WITNESS: It's a passaged.
7    MR. SCHNELL: Did you get that?
8    REPORTER MARTIN: Yes, but I didn't get
9 your -- because you started talking over each other.
10 So I got, "It's an attenuated strain."
11    And then you said, "attenuated" meaning it's
12 a...
13    MR. SCHNELL: Low passaged version of the
14 vaccine strain.
15    Q. And then you answered, I think, a different
16 question but -- because we ran into each other.
17    Is that considered -- do you consider this a
18 low passaged version of a vaccine strain?
19    A. For measles I cannot tell you the number of
20 passages exactly. We have a traditional strain that
21 is an attenuated strain. When you do viral assays,
22 you have to cultivate the strain on cells, and that
23 attenuates the strain. So we use -- we have a stock
24 strain that has been used in all our PRNs, and it's an
25 attenuated strain.

1    Q. Is it a strain that is currently circulating
2 in the real world?
3    A. I believe so, but I would not -- I'm not sure
4 completely.
5    Q. So you have an understanding of the indicator
6 strain that Merck used in 007, yes?
7    A. For which assay?
8    Q. For both the aigent and the wild-type ELISA.
9    A. Yes.
10    Q. And that was -- you talk about it on Page 11
11 of your report briefly somewhere. Where do you talk
12 about it? There it is (indicating). It's in the --
13 following Section IV. You wrote, "Following CBER's"
14 -- that C-B-E-R's -- "requests in early 2000, Merck
15 developed its mumps wild-type ELISA which was used in
16 Protocol 7. This assay" --
17    A. Can you tell me where you are exactly.
18    Q. Right under Section IV.
19    A. Yes.
20    Q. And the second sentence says, "This assay
21 used an antigen derived from an early passage of the
22 Jeryl Lynn mumps virus that is less attenuated than
23 the vaccine strain and therefore considered
24 wild-type-like."
25    So when you say "considered wild-type-like,"

21 (Pages 78 - 81)

Appx2680

Page 82

1   what do you mean?
2       A. So generally we -- in the microbiology
3   interpretation, the wild-type strain is a strain that
4   is circulating and that can be found in sick
5   individuals. And when somebody is sick, a culture is
6   done and a strain is isolated. That very first
7   isolate is the wild type that we can consider is
8   causing disease in the population. That specific
9   isolate.
10      And that isolate is brought to the lab, and
11  in order to use it in an assay, you have to do
12  passages in order to harvest the virus, and that has
13  the potential to attenuate the virus.
14      So it's not the exact, same strain that it
15  was isolated from the sick individual, that very
16  isolate. Now you have what I call a wild-type-like,
17  meaning as close as wild type as you can, but if we
18  consider the exact, same isolate, it is not the exact,
19  same isolate.
20      So in several of the documents you would --
21  sometimes you would see between brackets wild type
22  because a wild type means the absolute strain that was
23  obtained from a sick individual while this one was
24  passaged minimally.
25      Q. Doesn't wild type also mean that it's a

Page 83

1   strain currently circulating?
2       A. A wild type means a strain that has been
3   isolated from a case. It can be circulating or it
4   cannot be circulating, depending on the areas.
5       Q. How important is it to serologic testing of
6   vaccines to choose the proper antigen to test against?
7       A. In general?
8       Q. Yes.
9       A. So it's in the configuration of an assay, one
10  would want to have an assay that would provide results
11  as representative as possible of a specific immune
12  response. So the consideration of the antigen is
13  important. When I do my own assays, I look for
14  antigens of high quality, antigens that can be
15  obtained in the future. I make sure that that is --
16  that there was a thoughtful analysis of what type of
17  antigen goes into an assay.
18      Q. What are the risks, if any, of testing
19  against an antigen that is not one that's currently
20  circulating in the real world?
21      MR. THOMPSON: Object to the form.
22      THE WITNESS: That is a very broad question.
23  So it all depends on -- it all depends on what the
24  assay is for. It depends on what the vaccine is
25  trying to achieve. It depends on the availability of

Page 84

1   a circulating antigen. So your question is very
2   broad. If you break it in points, I'll be happy to
3   answer.
4   BY MR. SCHNELL:
5       Q. If the goal is to assess level of immune
6   response that's being caused by a vaccine, how
7   important is it to test against a vaccine that's
8   currently circulating?
9       MR. THOMPSON: Objection to form.
10      THE WITNESS: I wouldn't put it in those
11  terms. I would say currently circulating. There may
12  be multiple strains circulating. It's a very broad
13  question. So you would want an antigen that helps you
14  capture in the best way possible the immune responses
15  induced by a vaccine. It is a very broad question.
16  So if the vaccine has a specific composition, one
17  would want to have an antigen that offers the same
18  composition so that you could measure whether it
19  induced an immune response or not. So if you help me
20  understand more your question --
21  BY MR. SCHNELL:
22      Q. Sure. Well, do you have an opinion, one way
23  or the other, as to whether or not the antigen -- the
24  test antigen that Merck used in 007 was an appropriate
25  antigen for accomplishing the objective of 007?

Page 85

1       A. So the antigen that was used in the wild-type
2   ELISA was a Jeryl Lynn mumps virus that was less
3   attenuated than the vaccine strains, and they consider
4   that to be closer to the wild type.
5       What I have seen is -- well, first of all, it
6   is good that they used a Jeryl Lynn vaccine that is
7   less attenuated than the vaccine strain and closer to
8   a wild type. That is, as you were asking before, more
9   representative of what could be a wild-type strain.
10      What I can also tell you is that when I
11  reviewed this document, the selection of the wild-type
12  strain was done in consultation with CBER, and they
13  recommended the use of that less passaged strain. And
14  what I find personally useful is that -- or relevant
15  is that the same strain used in the aigent was also
16  used in the ELISA.
17      Q. You find that relevant in what regard?
18      A. Relevant in both assays.
19      Q. Well, you said, "I find it relevant" that the
20  same strain was used in the aigent and the wild-type
21  ELISA. I'm saying relevant how?
22      A. Relevant in the sense that we are
23  measuring -- we are comparing immune responses using
24  the same type of strains.
25      Q. Do you have a -- did you study whether or not

22 (Pages 82 - 85)

1 the use of that antigen was appropriate for the
2 purposes of those tests?
3      A. That seems to be an appropriate antigen for
4 several reasons. One is the fact that the Jeryl Lynn
5 vaccine -- that this Jeryl Lynn strain was part of the
6 vaccine strain, and it -- also the fact that they
7 choose a strain that was less attenuated as a
8 substrate for both measurements.
9           In part of the conversations that were with
10 CBER, this strain was also used in historical studies,
11 the historical human studies. So when I read these, I
12 felt that the strain was adequately selected.
13     Q. Did you do any kind of assessment as to
14 whether or not using a true wild-type strain, meaning
15 a strain that was currently circulating at the time
16 the assays were being conducted, whether those would
17 have been a more appropriate selection for the test
18 antigen?
19     A. That is a broad question, and to me, the
20 strain that was used was an appropriate strain. So
21 hypothetically there may be many strains. So what
22 would be the rationale for selecting one versus the
23 other.
24           To me, the fact that this strain was selected
25 and the regulatory authorities basically recommended

1 it was appropriate, was sufficient, and I concurred,
2 actually.
3      Q. Other than the aigent assay, are you aware of
4 any other PRN tests that have ever been conducted
5 where anti-IgG was used?
6      A. Again, I'm not familiar with other PRNs that
7 are not mumps. So I wouldn't be able to tell. I'm
8 not aware.
9      Q. I think you said, "I'm not familiar with
10 other PRNs that are not mumps"?
11     A. So I'm not familiar with the broad -- sorry.
12 Measles. So I'm not familiar with broad PRNs beyond
13 measles. So I do not know whether some may use it or
14 may not. Most of the PRNs that I have seen do not use
15 it.
16     Q. Are there any that you've seen in the review
17 of your materials for this case and the reviews of
18 literature where it was used other than in the aigent
19 assay?
20     A. So my focus was not the PRN. So my review
21 was not focused on PRN methodology.
22     Q. Okay. But the answer would be given that you
23 haven't seen any other indications of its use outside
24 of the aigent assay and whatever review you've done?
25     A. I didn't look specifically.

1      Q. Okay. In terms of the current PRNs that
2 you're doing for your measles testing, how are the
3 plaques counted?
4      A. So the plaques are counted after -- there is
5 a growth colorant. So there is a step where the -- we
6 add I think it's a growth. So the plaques are counted
7 by naked eye, by a trained research technician, and
8 most recently we purchased a machine that helps us
9 take pictures of the wells because it's very
10 cumbersome to count the plates, the plaques, and it's
11 very labor intensive, and it requires a lot of
12 training. So it's very involved.
13           So we purchased a machine that helps us to
14 capture the image and allows to basically set
15 parameters that helps with the evaluation. Still, one
16 person needs to see them and corroborate the counting.
17 This was very recent.
18     Q. And do you have a team of plaque counters
19 generally involved, or is there one particular person
20 who's your expert plaque counter?
21     A. I have one expert person that not only is the
22 plaque counter, but she's the PRN expert because it's
23 a very laborious and -- assay that requires expertise.
24     Q. Do you have any kind of system in place where
25 after she does her initial count it gets reviewed

1 either by her or by someone else to make sure that the
2 count is accurate?
3      A. In my measles work, we have a system whereby
4 the technician who is very experienced does the
5 counting, and then the next level of QC is done by my
6 laboratory manager, and the last level of QC is done
7 by myself.
8      Q. So is that -- are those three levels of
9 review employed for all the plaque counts?
10     A. No. Only if there is any need to review
11 specific situations or if there is any issues with the
12 assay, or if anything is flagged as contamination or
13 some problems in the laboratory that would require
14 another person to do a quality assessment at the level
15 of the counting.
16     Q. So let's just take a specific example. Your
17 plaque counter counts the plaques directly off the
18 plate, I'm assuming?
19     A. Yes.
20     Q. And then does she record that number on a
21 notebook page or a sheet?
22     A. Yes.
23     Q. Okay.
24     A. We have an Excel sheet, and they are on the
25 computer.

1 Q. And then does anyone review that for quality
2 control purposes?
3 A. The laboratory manager may do reviews of a
4 certain percent.
5 Q. Like a random selection?
6 A. Yes.
7 Q. And is it always a random selection?
8 A. Yes.
9 Q. Is there any time that you would employ a
10 selective review based on the results of the plaque
11 counts?
12 A. It has to be something out of the normal.
13 For example, if there is any difficulty with the
14 assay, if, for some reason, the assay is not
15 performing as usual, if there was a change of
16 reaigent, we have a very close collaboration. So the
17 technician would alert us if something is out of the
18 ordinary, or she has an SOP and the expected counts
19 for the negative control for the virus alone, and we
20 have a standard.
21 Measles has a WHO standard that has
22 established set of dilutions. So it really depends on
23 the specific situation. Sometimes we are training
24 people, and when people are being trained, all the
25 steps are being quality controlled by the technician

1 that is training and the person who's also -- my lab
2 manager who's also the next QC level.
3 Q. Are you familiar with the term "prepositive"?
4 A. In the context of the documents that I
5 reviewed, I have read the term "prepositives," yes.
6 Q. In terms of your PRN testing for measles, is
7 it fair to say a prepositive would be a positive
8 neutralization but with a prevaccination sample?
9 A. So we don't -- we are not performing vaccines
10 studies at the moment. In the sero survey that we are
11 doing, we are measuring one time point. So we don't
12 have pre and post at the moment. We would -- if there
13 was a vaccine study and I would have pre and post
14 samples, we would record the plaques for both.
15 Q. In those instances where your lab manager
16 reviews the plaque count and finds that he or she gets
17 a different number than your original reviewer, what
18 process is undertaken at that point?
19 A. So most of the QC that she does is QC'ed on
20 paper. Rarely she looks at specific counts. But if
21 that was the case, she would go and she would look at
22 the plaques, and there would be an explanation for
23 what is different or what can be happening, and the
24 lab manager would say, "Well, I think this may be
25 happening" or -- and ultimately they agreed either on

1 the recount or that is repeated. Usually it's marked
2 for repeat. And eventually, if they need my help,
3 they would call for my help. So if there is any
4 anomaly -- anomaly result, those would be marked for
5 repeat.
6 Q. Repeat, meaning recounting?
7 A. No. Repeat the whole assay. Take a new
8 serum and test it again. So we have a criteria for
9 repeats. It could be a simple contamination. There
10 has to be a reason. Sample contamination or anything.
11 Maybe there's a question of whether the right tube was
12 used. So there has to be a valid reason, and then
13 usually the whole assay is repeated.
14 But there could be instances where there is a
15 question about the plaques, and this is the difficulty
16 with PRN. Sometimes the plaques are difficult to
17 count because they may not have the right shape, and
18 that's where we rely on expertise, the people who have
19 seen them, is trained to see them, and we actually
20 take pictures now so that we can help with the
21 training.
22 Q. But just so I understand, so if there's a
23 situation where the original plaque count is one
24 number and then the lab manager's recount shows a
25 different number, there's a third step that gets

1 involved in terms of either repeating the test all
2 together or some further discussion or further count
3 to try to get to the bottom of what the proper count
4 is; is that correct?
5 A. So that's a hypothetical case. And let me
6 walk you through what I would do in that case.
7 So the next person who would look at the
8 plaques would be the lab manager, and if there is a
9 significant difference in what we count, which is
10 seldom because the plaques can be seen. If it's a
11 significant difference, then the test would be
12 repeated. If eventually the issue is not resolved,
13 they would ask me my opinion and how to resolve, and
14 then I would say, "This sample is marked as
15 potentially contaminated," or we would indicate what
16 was the last resolution and how we got to that
17 decision.
18 Q. If the original plaque count was a 5 and the
19 recount was a 7, what would you do then? Say it's not
20 a significant difference, but it's a small
21 significance, then what would your procedure be there?
22 A. It's hard to say. I don't -- I can't think
23 about -- so even the count of one person can differ.
24 If you do the recount of a plaque -- it depends. It
25 would be the reason why the change is made and when it

24 (Pages 90 - 93)

**Appx2683**

1 was made and why that recount is done.  Typically we
2 don't do that.  We intervene when there is a bigger
3 problem.  When there's a doubt on a higher level.
4     Q.  Okay.  But your general procedure, in terms
5 of recounting, is random checking or recounting if
6 there are, I think you said --
7     A.  Reasons.
8     Q.  Reasons.  Like unexpected reasons?
9     A.  Yeah.  Unexpected technical difficulties.
10     Q.  Suppose the result was unexpected.  You were
11 expecting -- you know, a result that surprised you.
12 You got a different result.  Would that be a reason to
13 recount the plaques?
14        MR. THOMPSON:  Objection to form.
15        THE WITNESS:  So the way that we work is we
16 are concerned with the assay performing correctly.  So
17 we really don't have expectations as to a result
18 per se.  We turn the data to the statistician, and the
19 statisticians or the data management system, they
20 would deal with the data interpretation.  So our level
21 is to make sure that the assay is performing correctly
22 and that the data that we generate is, to the best of
23 our capacity, controlled by the laboratory standards.
24 BY MR. SCHNELL:
25     Q.  If you could turn to Page 6 of your report,

1 please.  The last sentence on that page, right before
2 Section B, you wrote, "functional and binding assays
3 are used in a complimentary manner under Protocol 7 to
4 obtain confirmatory information."  Do you see that?
5     A.  Yes.
6     Q.  The functional assay you're talking about
7 there is the aigent; is that correct?
8     A.  Yes.
9     Q.  And the binding assay you're talking about is
10 the wild-type ELISA?
11     A.  Yes.
12     Q.  And when you say that they "are used in a
13 complementary manner to obtain confirmatory
14 information," what did you mean?
15     A.  I mean that both assays are used to help each
16 other to obtain information about the induction of an
17 immune response.  So both assays ultimately will
18 produce data that would indicate whether a host has
19 induced an immune response.  And I say complementary
20 because it's not equal.  So one measures all
21 antibodies, as we said before, and the other one
22 measures functional antibodies.  So not only will I
23 know that the vaccine has induced antibody levels but
24 with the aigent we would know also that some of those
25 antibodies can block the virus in vitro.

1     Q.  And when you say, "block the virus in vitro,"
2 you're talking about that's performing a neutralizing
3 function?
4     A.  That's correct.
5     Q.  And that's your understanding of what the
6 aigent assay did?  It measured functional antibodies?
7     A.  Yes.  The aigent assay measures virus
8 neutralizing antibodies.
9     Q.  But you didn't do an independent assessment
10 as to whether or not the aigent assay actually did
11 perform that function; right?
12     A.  What do you mean by an "independent
13 assessment"?  I saw the protocol of the assay.  I saw
14 the --
15     Q.  You saw the protocol of the aigent assay?
16     A.  I saw the definition of the aigent assay.  So
17 it's a virus.  It's an in vitro neutralization.
18     Q.  But you -- correct me if I'm wrong, but I
19 thought earlier you testified that you don't have an
20 opinion, one way or the other, as to what the aigent
21 assay did and how it did it and what the results are
22 and what they mean.
23     A.  Well, I do not know the extent of the result
24 of the aigent assay.  What I mean is the format of the
25 aigent assay is a neutralization assay, and by

1 definition, it measures the capacity of antibodies to
2 block virus ineffectivity in vitro.
3     Q.  That's what the aigent assay was supposed to
4 do; correct?
5     A.  Yes.
6     Q.  But you don't have an opinion of whether it
7 actually did that; right?
8     A.  In the sense of ultimate results or --
9     Q.  Right.
10     A.  So, again, the assay is used -- is an in
11 vitro -- is an in vitro neutralization assay.  So when
12 the results are produced, one assumes that the counts
13 and the lack of counts corresponds to lack of
14 neutralization or neutralization.  So in that regard,
15 that's what I understand the aigent -- a
16 neutralization assay I would too.
17     Q.  Right.  But, again, just to be clear, you
18 don't have an opinion, one way or the other, as to
19 whether or not that's actually what the aigent assay
20 did do?
21     A.  So I don't have opinions on the aigent in
22 final results or in general because that was not my --
23 the scope of my work.  I'm just basically stating that
24 by principle, the aigent is -- has the format of an in
25 vitro neutralization assay.

25 (Pages 94 - 97)

1    Q.  You also say in your report on Page 8 that
2  the PRN is generally regarded as the gold standard for
3  mumps and measles serology.  And that's based on what?
4    A.  So the term "gold standard" is sort of what
5  we would aim to.  So basically a black reduction
6  neutralization antibody or neutralizing antibodies
7  would be the highest type of antibodies that we
8  would -- that we would want to have for mumps and
9  measles serology, meaning antibodies that we know that
10  inhibit the formation of the plaque.
11    Q.  And you say, "we would want to have that"
12  because it provides a higher level of understanding of
13  what the antibodies are actually --
14    A.  The functionality.  That's correct.
15    Q.  And in that same part of this Page 8 you say
16  that "For Protocol 7, Merck developed antibody
17  anti-IgG enhanced PRN assay," the aigent --
18    A.  Uh-huh.
19    Q.  -- "aimed to detect neutralizing serological
20  responses induced by its mumps vaccine," which we
21  talked about.
22       My question is you used the word "enhanced."
23  How was it enhanced from, I guess, the standard --
24  well, tell me what you mean by "enhanced" there.
25    A.  So it -- basically, "enhanced" comes from the

1  definition of "aigent."  So that's aigent means
2  enhanced neutralization titer.  So I didn't go --
3  because my scope was the ELISA, I didn't go into the
4  details of exactly what is the role of the anti-IgG.
5  I can tell you from the basic concept that we are
6  discussing right now is that the IgG -- the anti-IgG,
7  it appears, that enhanced the visualization of
8  antibody neutralization.
9       But apart from that which is stated in the
10  title, my scope was not really to look in detail as to
11  the aigent so that I can comment in detail on the
12  performance of these particular assay.  It's not a
13  format that I used.  So I can only go by the general
14  statement here.
15    Q.  Okay.  And then -- and we've talked about
16  this a little bit, but I just want to make sure I
17  understand.  In the preceding sentence you talk about
18  in comparing the ELISA to the PRN, how the PRN
19  measures functional activity, and you use the term
20  "biological activity" and "biological relevance."  Can
21  you explain to me what you mean by that?
22    A.  Sure.  So biologically relevance in a
23  biological process.  So in ELISA, for example, you
24  have an antigen bound to a plastic, and then
25  antibodies bind to the antigen, but there is no

1  information as to what those antibodies do.  It just
2  binds.  Whereas in functional assays, you see some
3  biology, some biological effects taking place.
4       So in the presence of antibodies, these
5  antibodies will actually interact with the virus and
6  will do something biologically, which is the blocking,
7  and the virus will not be able to infect the cells in
8  the best case scenario.  If there are no antibodies or
9  the antibodies cannot -- are not sufficient to block
10  the virus, then you have a residual ineffectivity.
11       So as opposed to the ELISA that basically
12  shows the very limited information on binding, all
13  these other functional assays tell you a little bit
14  more about biological process in which they are
15  involved.
16    Q.  Are you equating here biological relevance to
17  protection from disease?
18    A.  No.  The way that "biological relevance" is
19  used here is the capacity to interact with the virus
20  in an in vitro setting.  We used the same terminology
21  for other functional assays.  For my enteric work we
22  use compliment fixation and killing of a bacterium.
23  So that's the biology there.
24       The antibodies can do something to the
25  pathogen.  Now, that is completely separate from

1  actual protection, if by "protection" you mean
2  protection from disease.
3    Q.  Yes.  Also, I'll point you to one particular
4  sentence in this passage.  You say, "Functional assays
5  are traditionally preferred because of their presumed
6  demonstration of antibody biological relevance."
7    A.  Can you tell me where exactly --
8    Q.  Yeah.  It's right there (indicating).  It's
9  like a quarter of the way up.
10    A.  Yes.
11    Q.  What's the significance, if any, of your
12  inserting the word "presumed" before "demonstration of
13  antibody biological relevance"?
14    A.  So the fact that we see an interaction in
15  vitro in a reductionist event setting with cell
16  culture doesn't mean that the antibody will perform
17  exactly in the same way in an in vivo setting with
18  live human cells.  So all I can tell you is that
19  "antibody" in this particular setting, in this
20  particular context, was able to neutralize viral
21  ineffectivity.  How exactly that -- and whether that
22  will take place in vivo is presumed.  So we cannot
23  tell for sure.
24    Q.  Then you go on, on the next page, and you
25  talk about some more differences between PRN tests and

26 (Pages 98 - 101)

Appx2685

1 ELISAs, and you say that PRN assays have widely --
2 "have widely been replaced by the ELISAs."  Do you see
3 where I'm talking about?  About a third of the way
4 down.
5      "As a result, PRN assays have been widely
6 replaced by more convenient ELISAs."
7      A.  Yes.
8      Q.  And that's your experience, or is that what
9 you read in literature or both?
10      A.  Yeah.  So there is a citation here from a
11 paper from Dr. Latner.  So my experience has been that
12 doing PRN assays is quite difficult, and it requires a
13 high level of expertise, and it's very difficult also
14 to process large number of specimens in a timely
15 manner.  So the field has used more ELISAs or other
16 type of enzyme immuno assays to measure immune
17 responses to these vaccines.
18      I can tell you more from my experience with
19 measles.  There are few laboratories that now perform
20 PRN, and the reason is because it requires trained
21 personnel.  It is very time consuming.  It's also very
22 expensive, and as a matter of fact, I have one person
23 doing PRN.  I do not have multiple people, and I do
24 not give PRN assignments to people that are not
25 trained exhaustively and they have done beyond

1 training, that they have done the assay for a long
2 time because of the nuances of the assay per se.  That
3 is basically summarized on my...
4      Q.  That is basically summarized on your --
5      A.  In my report.
6      Q.  Okay.  So with all of that, why did you feel
7 the need to use a PRN with your current measles
8 testing?
9      A.  Because, once again, even though it has
10 multiple disadvantages in terms of methodology, it is
11 an assay that reveals whether the antibodies are
12 capable of acting against the virus in an in vitro
13 setting, and it provides more information as to what
14 they can do as compared to an ELISA.
15      Q.  So if you're just using an ELISA for a
16 particular serologic test, what can you do to get a
17 biologically relevant measure from it if you're not
18 going to use a PRN as well?
19      MR. THOMPSON:  Object to the form.
20      THE WITNESS:  On itself, it's already a good
21 measurement.  On itself, the ELISA tells about the
22 capacity of a treatment to induce antibodies.  That in
23 itself, it's a very important information in the sense
24 of was this vaccine able to induce an immune response

1 in a particular population.
2      It also provides information when you have --
3 when there are different arms and different arms are
4 compared.  Let's give an example.  In general, two
5 doses versus three doses.  So in that regard, you
6 could see the immune responses induced by one
7 treatment and the other.  So in itself, it has very
8 valuable information.  As always, with the laboratory
9 analysis and immunology, there can always be more.
10 But on itself, the value of sero conversion or the
11 value of an immune response is already quite valuable.
12 BY MR. SCHNELL:
13      Q.  But it wouldn't give you a -- any kind of
14 information that you would consider biologically
15 relevant; is that correct?
16      A.  It will give you an information as to let's
17 define "biological relevance" or what relevance can
18 the ELISA provide, as you are asking me.  I can
19 already tell you that the host was able to see the
20 vaccine and induce an immune response.  That, to me,
21 is quite relevant.
22      Now, if we look for additional information in
23 terms of functionality, then we could do PRN.  If we
24 would like to know T cell responses, we could do
25 T cell assays.  So each assay contributes a glimpse of

1 the performance of a treatment, if you wish to call it
2 that way.
3      Q.  So in terms of what an ELISA on its own can
4 do, it can measure whether or not an immune response
5 has been induced; correct?
6      A.  That's correct.
7      Q.  Can it do anything else?
8      A.  If you have multiple treatments, it could
9 give you a rate of responses when the different
10 treatments are compared.  Rate of sero conversion, for
11 example.
12      Q.  Anything else?
13      A.  It -- we mentioned the capacity of a vaccine
14 to induce an immune response.  If the ELISA is
15 measured like here, one year later, it gives you an
16 idea of how sustained that immune response is.
17      Q.  Okay.  Anything else?
18      A.  That's all I can think of off the top of my
19 head.  There are different -- sorry.
20      Q.  No.  Go ahead.
21      A.  There are different permutations of ELISA
22 that help you understand more about the type of
23 antibodies.  ELISA could also be adapted to measure
24 antibody subclasses, and that also gives you an idea
25 of what makeup of antibodies a vaccine induces and

27 (Pages 102 - 105)

Appx2686

1 where that is important, perhaps it's better for
2 infants to have a different or certain pattern of
3 response versus the elderly versus adults.
4    Q.  So for the wild-type ELISA, now let's talk
5 specifics.
6    A.  Okay.
7    Q.  It measured the immune response for the mumps
8 vaccine; right?
9    A.  The mumps component of the MMR.
10    Q.  And by "immune response," we're speaking of
11 antibodies; right?  And we're speaking of antibodies
12 that bind to mumps; correct?
13    A.  Recognize the mumps antigen.
14    Q.  But what it did not do -- I just want to be
15 clear what the wild-type ELISA did not do is provide
16 any kind of measure of mumps neutralizing antibodies;
17 correct?
18    A.  So it measures all the antibodies in the
19 serum.  It can measure those that would be
20 neutralizing and those that may not be neutralizing.
21 ELISA doesn't give me an idea of functional capacity
22 of those antibodies.
23    Q.  So the wild-type ELISA, is it fair to say,
24 did not provide any kind of biologically relevant
25 measure of the immune response?

1    A.  I would -- I do not agree with that
2 statement.  The wild-type ELISA is very relevant in
3 the sense that it allows to determine immune responses
4 to treatment, and it allows to determine rate of sero
5 conversion.  It does provide very valuable
6 information.  What I mentioned here is that both the
7 binding assays as the ELISA on the functional assays
8 are paired in a complimentary manner to obtain
9 confirmatory information.  One gives an idea of
10 antibody magnitude in terms of all of the antibodies
11 produced, and the other one gives an idea of specific
12 functionality of those antibodies.
13    Q.  So my understanding of your testimony -- and
14 maybe I misunderstood.  I thought you said that PRNs
15 provide a response that is biologically relevant, but
16 ELISAs do not because it is only the PRN that provides
17 a functional response, not the ELISA.  So that's
18 not -- my understanding is not correct; right?
19    A.  Let's see where that is.
20    Q.  It was on Page 8 --
21    A.  Okay.
22    Q.  -- when you went through the differences
23 between the PRN and the ELISA, making a point, as I
24 read it, of saying that it's the PRN that provides the
25 biologically relevant response --

1    A.  Let's see how that is written.
2    Q.  -- because it measures functional activity.
3    A.  So let's see how it is written, and then I
4 will be happy to answer.  Let's see where that was
5 again.
6    Q.  It's on the bottom part.
7    A.  Okay.  All right.  So...
8        (The witness reviewed the document.)
9        THE WITNESS:  Okay.  So functional assays are
10 traditionally preferred because of their presumed
11 demonstration of antibody biological relevance.  That
12 does not mean that the wild-type ELISA did not provide
13 any relevant information, as I understood the
14 question.
15        So it talks about antibody biological
16 relevance, meaning that capacity of that antibody to
17 be biologically meaningful in the in vitro setting.
18 The way that I heard the question was different.  It
19 was does the wild-type ELISA provide any -- has any
20 relevance, and to me, the assay has -- it is relevant
21 to the protocol in the sense that it provides
22 information on antibody levels.
23        So the distinction here, it talks about the
24 capacity of the antibodies to biologically block the
25 virus in vitro.  The measurement of antibodies by a

1 wild-type ELISA is meaningful in the sense that it
2 provides a measure of how a host responded to the
3 vaccination.  I guess that is the importance if you're
4 going to call it that way.
5 BY MR. SCHNELL:
6    Q.  Yeah.  No, my question was specifically about
7 biological relevance, as you've used it in your
8 report.  And my question was did the wild-type ELISA
9 provide any measure that was biologically relevant
10 with respect to mumps?
11    A.  Biologically -- so here's the thing.
12 Antibody biological relevance.  What I meant here is
13 antibody in the context of biological processes.  In
14 the context of showing a biology effect.  So this is
15 the way that I put it here.  So the wild-type ELISA
16 measures level of antibodies, and what it does is
17 basically shows that an individual produced or not
18 antibodies.  In terms of the clinical study, it's
19 important to know whether an individual produced
20 antibodies.
21    Q.  But in terms of -- I'm sorry.  In terms of
22 what you've been describing in your report as
23 biological relevance, you would agree that, while the
24 aigent assay was supposed to measure that, the
25 wild-type ELISA did not?

28 (Pages 106 - 109)

Appx2687

Page 110

1    A.  Well, the way that it's expressed here is it
2  talks about the particularly measure of the -- how
3  these antibody, this specific antibody in the
4  neutralization assay is biologically relevant, meaning
5  this one antibody or this antibody that is measured in
6  vitro is biologically relevant.  So that's the PRN.
7       In general, a measurement by ELISA provides a
8  meaningful measurement of an immune response to a
9  vaccine.  I guess there's a subtle -- the question is
10  subtle.  So I want to make sure that it comes -- that
11  my answer is clear --
12    Q.  Sure.
13    A.  -- that I do not diminish -- not to diminish
14  the relevance of the ELISA in providing a measurement
15  of antibody response in a host.
16    Q.  I understand that you believe that there is
17  significance to what the wild-type ELISA measured.
18  I'm just trying to look at what you used.  I want to
19  make sure I understand when you talk about antibody
20  biological relevance --
21    A.  Right.  I'm talking biological function.
22    Q.  -- that is not something that's associated
23  with the wild-type ELISA; is that correct?
24    A.  If we say "biological function," that's it,
25  yes.  The ELISA does not measure biological function

Page 111

1  per se.
2       MR. SCHNELL:  Okay.  Thank you.
3       Why don't we take a break now for lunch, and
4  I can give you an idea -- we can go off the record.
5       THE VIDEOGRAPHER:  The time is 12:36 p.m.
6  This completes Media Unit No. 3.  We're now off the
7  record.
8       (A recess was taken from 12:36 p.m.
9  to 1:16 p.m.)
10       THE VIDEOGRAPHER:  The time is 1:16 p.m.
11  This begins Media Unit No. 4.  We're now on the
12  record.
13       Please proceed, Counsel.
14  BY MR. SCHNELL:
15    Q.  If you could turn to Page 11 of your report,
16  please.  At the very top under "Serostatus cut off"
17  you wrote, "Lowest Ab concentration which can"
18  reliably "distinguish from a panel of negative
19  samples.  Serostatus cutoff does not infer
20  sero-protection."  Do you see that?
21    A.  Yes.
22    Q.  And this was -- this comes from the
23  validation report for the wild-type ELISA; is that
24  correct?
25    A.  That's correct.

Page 112

1    Q.  Although I don't -- the serostatus cutoff not
2  inferring sero-protection, that doesn't come from the
3  report.  That's just your adding to it?
4    A.  Yes.  I believe so, yes.
5    Q.  So first of all, what is sero protection?
6    A.  So meaning that there is any relationship
7  between serology and protection, meaning this cutoff
8  infers anything about protection due to these
9  antibodies.  That was the way that I intended.
10    Q.  And what led you to that conclusion?
11    A.  So just to make the distinction between what
12  a cutoff is as opposed to this is not a threshold that
13  would indicate clinical protection.  It's...
14    Q.  And if you turn to Page 14.  The top of the
15  page you wrote, "A serostatus cutoff was established
16  for the wild-type ELISA as the lowest antibody titer
17  that could reliably distinguish children who were
18  seronegative (i.e., have not been exposed to mumps
19  previously) from those who developed mumps-specific
20  antibodies."  So essentially the same definition that
21  we just looked at at Page 11; correct?
22    A.  That's correct.
23    Q.  And that's -- is that unique to the wild-type
24  ELISA, or is that a definition that's -- that holds
25  across assays?

Page 113

1    A.  In the particular sentence that we are
2  looking at right now, the serostatus cutoff that was
3  established for the wild-type ELISA was defined as the
4  concentration that would allow to distinguish children
5  who were sero negative.
6    Q.  That's how Merck defined it for this assay;
7  correct?
8    A.  Yes, that's correct.
9    Q.  And mumps-specific antibodies here, you're
10  referring to antibodies that bind to mumps whether or
11  not they neutralize; is that correct?
12    A.  That's correct.  They are still
13  mumps-specific antibodies.
14    Q.  And then further on in this paragraph you
15  wrote that "an important goal is to maximize (or find
16  the best balance between) assay specificity "an
17  assay's ability to identify a 'true negative') and
18  assay sensitivity (an assay's ability to identify a
19  'true positive'), which are inversely related."
20       First of all, isn't -- is that correct?  I
21  just want to make sure you didn't flip them.  It may
22  be my understanding, but I thought "specificity" was
23  about identifying false positives or making sure that
24  you're identifying true positives and that
25  "sensitivity" was about negatives.  But it may be

29 (Pages 110 - 113)

Appx2688

1 that --
2    A. So the sensitivity is the ability to identify
3 a true positive.
4    Q. And so with sensitivity, is the concern not
5 having false negatives, and with specificity, the
6 concern is not having false positives?
7    A. With sensitivity the concern is that whatever
8 is identified as a positive, it is -- so that we can
9 identify true positives, meaning that we can capture
10 the true positives accurately. And with specificity
11 is to be able -- when we say that it's a negative,
12 that is truly a negative.
13    Q. Because on Page 11 for specificity you
14 identified at the top the "Ability of the test to
15 measure accurately a specific Ab titer," and then in
16 parenthesis a "('true positive').' So it seems like
17 it's the --
18    A. So what is specific in this particular case
19 for specificity, I mean the ability to -- this is the
20 specificity of the assay. So basically it's make sure
21 that the antibodies that are being detected are not
22 against other components, meaning measles or rubella,
23 but basically that the antibodies are detected against
24 mumps, and there's no readout with antibodies.
25    REPORTER MARTIN: Readout?

1    THE WITNESS: Readout. Detection.
2 BY MR. SCHNELL:
3    Q. So when you're trying to identify the
4 serostatus cutoff that -- well, strike that.
5    So the goal in establishing a serostatus
6 cutoff is to pick up the cutoff that best balances the
7 specificity and sensitivity of the assay; is that
8 correct?
9    A. So the cutoff is to establish a value that
10 will reliably identify or distinguish the negatives
11 from the positives.
12    Q. And if you go too much in one direction, it
13 may -- the risk is that the assay will identify
14 samples that are positive falsely, or if you go in the
15 other direction, the risk is it may identify samples
16 as negative when they're not truly negative. That's
17 the risk?
18    A. When the -- yes. When samples are positives,
19 you will not be able to capture them, yes.
20    Q. From your -- I'm sorry. Did you --
21    A. No.
22    Q. From your review of the materials, did you
23 have an understanding that Merck had a greater -- with
24 respect to the wild-type ELISA had a greater concern
25 about specificity versus sensitivity or vice versa?

1    A. So when I reviewed the parameters and
2 basically what they did for the establishment of the
3 cutoff, they set up a cutoff where they positioned
4 themselves in a way that they would reliably identify
5 the negatives and that all the negatives would come
6 out negative, and there was no false positives. So
7 that's how the antibody cutoff provided the
8 specificity, no discordance with the new negative
9 samples.
10    MR. SCHNELL: Let's take a look at the
11 validation.
12    (Deposition Exhibit 2 was marked for
13    identification.)
14 BY MR. SCHNELL:
15    Q. What I've marked as Exhibit 2 is the
16 wild-type ELISA validation protocol for the wild-type
17 ELISA that was used in Protocol 7. And you're
18 familiar with this document; correct?
19    A. Yes.
20    Q. And the only question I have relates to the
21 serostatus cutoff, which is discussed on Page 6. If
22 you could turn to that.
23    MR. THOMPSON: If you need a few minutes to
24 familiarize yourself, you can take a few minutes.
25 BY MR. SCHNELL:

1    Q. Yeah. Of course, take as much time to review
2 as much of it as you need. If I could ask the
3 question, and then you can decide if you need to look
4 at more. But this is the -- this is the validation of
5 the wild-type ELISA that you have an opinion on that
6 you said this was a -- I don't know what your words
7 are exactly, but this is the validation that you
8 reviewed as part of your expert report and you thought
9 was a proper and reliable validation.
10    And so for the serostatus cutoff, the study
11 was done on 72 samples that were found negative in
12 Merck's prior ELISA, what they call the "legacy
13 ELISA"; is that correct?
14    A. "A panel of 72 'negative' samples were
15 tested," yes. As determined in the non-1 type ELISA,
16 yes.
17    Q. Okay. And in terms of -- and Merck
18 ultimately selected 10 Ab as the serostatus cutoff for
19 the wild-type ELISA; correct?
20    A. Repeat that again.
21    MR. SCHNELL: Repeat that.
22    (Record read.)
23 BY MR. SCHNELL:
24    Q. So Merck ultimately selected 10 Ab as the
25 serostatus cutoff for the wild-type ELISA; correct?

Appx2689

1    A. Correct.

2    Q. And you agree that that was a proper cutoff

3 for the assay; correct?

4    A. Yes. The key element here is that these are

5 prevaccination samples. That's what important --

6    Q. Well, not all of them?

7    A. Okay. So the basis of the cutoff is based on

8 the prevaccination sample, but I'll let you ask the

9 question.

10    Q. Well, that was one of my questions. They do

11 chart out here post vaccination samples, but they seem

12 to ignore it in the analysis, and I'm -- first of all,

13 am I correct in that they ignored the post vaccination

14 samples in the analysis?

15    A. Well, they are shown on the table in the

16 determination of the 10 antibody cutoff. The main --

17 the critical samples to look at are the prevaccination

18 samples.

19    Q. And why is that? Why is it not important to

20 also look at the post vaccination samples?

21    A. So my understanding of the definition of the

22 sero cutoff here was to reliably establish which is a

23 value, the minimum value that classifies reliably all

24 the negative samples, and by "negative" means

25 prevaccination, children that have not been exposed to

1 the mumps vaccine. So those are -- if you wish to

2 call it what are known to be true negatives.

3        So that is the key aspect of that table.

4 Those that are known biologically to come from

5 children not exposed to a vaccine are not supposed to

6 have antibodies. So if you look at the Table No. 5,

7 10 antibody units is the first antibody concentration

8 that was tested that basically provides no positives

9 on the prevaccination samples. So in other words, so

10 basically, it -- there's no discordance in this

11 results of these prevaccination samples. All of them

12 are shown to be negative, and you have here the 56.

13 That, to me, is the main point of this table.

14    Q. But the table also shows that at either 5 Ab

15 or 10 Ab there was a discordance in the post

16 vaccination samples; right?

17    A. So what -- again, the majority of the samples

18 here is the prevaccination samples. So I think

19 Table 5, the critical information here on Table 5 is

20 where do the negative samples, known to be from

21 children not exposed to the vaccine, fall in the terms

22 of the antibody cutoff. So all of them fall into

23 being negative.

24        If you look at the 5 antibody units are about

25 samples that are known from children that have not

1 been exposed to the virus, but then they show to be

2 positive using the 5 antibody cutoff.

3        On the contrary, the 10 antibody gives a

4 clean -- it's a clean discrimination, that there's no

5 discordance with the true vaccine samples. So I

6 think that's the basis for the recommendation.

7    Q. But why isn't it also important to look at

8 the post vaccination samples which at 10 Ab found 2 of

9 10 showing a false positive?

10    MR. THOMPSON: Objection to form.

11    THE WITNESS: So the post vaccination samples

12 here were added to this table, and it's informative to

13 see the results, but again, in the determination of

14 the cutoff, what is most important is an assay that

15 would -- clearly discriminates negatives from

16 positives, and you can see that that is done with the

17 antibody units.

18        Now, what happens with the post

19 vaccination -- and besides, it's a very low number

20 here. Why they would include it in this way. In this

21 particular table, I was not part of the makeup of the

22 table. But where the emphasis needs to be here is on

23 the true negatives. So which is the level that allows

24 to discriminate the true negatives, and that was

25 achieved with the 10 antibody cutoff.

1 BY MR. SCHNELL:

2    Q. Now, that was only because that was how Merck

3 defined what type of serostatus cutoff it wanted with

4 the wild-type ELISA; is that correct?

5    A. Well, if by definition the ELISA -- so the

6 purpose of the ELISA was to determine the rate of

7 responses in sero negative individuals. So it was

8 important for the assay to be able to clearly

9 distinguish sero negatives from sero positives. So

10 this cutoff clearly distinguishes both, and there are

11 no positives that come up -- sorry.

12        There are no prevaccination samples that come

13 up positives with the 10 antibody cutoff.

14    REPORTER MARTIN: With the what cutoff?

15    THE WITNESS: With the 10 antibody cutoff.

16 BY MR. SCHNELL:

17    Q. But you do acknowledge that with the 10 post

18 vaccination samples that are identified here, 2 of

19 them showed false positives?

20    A. So this is a very small sample size for these

21 post samples seen here, and again, see the emphasis

22 here is the 56, and the post vaccination samples could

23 be negative for other reasons. What I think the

24 emphasis here is on the prevaccination samples.

25    Q. But you think ignoring the post vaccination

31 (Pages 118 - 121)

Appx2690

1 samples runs the risk of ignoring the assay measuring
2 false positives?
3     A. I think the number of post vaccination
4 samples that are included here, I personally do not --
5 cannot make a match out of the post vaccination
6 samples here. The number is very limited. What I can
7 see clearly, and what the purpose of this cutoff was
8 is to be able to reliably identify which were the true
9 negatives, and the true negatives are identified with
10 the 10 antibody cutoff.
11     Ideally all of the post vaccination samples
12 would be positive. Maybe the vaccination in this
13 particular case maybe this host did not develop these
14 antibodies. Maybe these samples became negative for
15 some reason. They were stored samples. I cannot tell
16 you. Why would we not see all of the positives here,
17 I cannot tell you. What I can tell you is where do
18 we -- what is known biologically and what the assay is
19 known -- how the assay performs. All of the ones that
20 it's known -- are known to come from children not
21 exposed to the vaccine were shown as negative with a
22 10 antibody cutoff.
23     Q. So did the assessment that was performed
24 here, as reflected in this table, relate to both assay
25 specificity and specificity?

1     A. So the -- most of these is making sure that
2 the assay was able to adequately determine which are
3 the negatives and which are the positives. And
4 basically it does not -- it shows a specificity
5 because it does not show as a positive a -- samples
6 that are clearly negative.
7     Q. At the prevaccination level but not at post?
8     A. That's the important thing. The important
9 point here is the prevaccination levels. We do not
10 want to assign a positive to a child that has not been
11 vaccinated. So the 10 antibody cutoff provided the
12 best specificity and no discordance with the true
13 negative samples.
14     Q. Uh-huh.
15     Now, when you are determining the serostatus
16 cutoff for the ELISAs you performed, what type of
17 validation do you conduct?
18     A. So we usually do qualification in our assays.
19 And so in our particular studies we deal with people
20 that most of the time have pre-existing immunity. So
21 I do not have the luxury that Merck had to have a set
22 of truly negative samples for the vaccines that I use.
23 So, for example, tetanus or diphtheria, those are
24 antigens that the population has seen already.
25     So in our case, this is a difficult exercise

1 to do unless it would be -- it's absolutely known that
2 the population or the group is -- has not been exposed
3 to the antigen. So I think they have a precious set
4 of samples from true non-exposed children here.
5     Q. And your opinion on the validity of the 10 Ab
6 cutoff that Merck selected here is qualified by your
7 understanding as to what the purpose of the wild-type
8 ELISA test was to accomplish; is that correct?
9     A. Say that again.
10     MR. SCHNELL: Can you...
11     (Record read.)
12     MR. THOMPSON: Objection to form.
13     THE WITNESS: So the adequacy of the 10
14 antibody cutoff in this particular case is to be able
15 to reliably identify or distinguish negatives from
16 positives. That's the basic -- that's the basic of
17 the -- having a cutoff level and...
18 BY MR. SCHNELL:
19     Q. And it had nothing to do with protection; is
20 that correct?
21     A. That's correct. This particular number does
22 not relate to a protected status.
23     Q. And when you say to rely that they identify
24 or distinguish negatives from positives, what do you
25 mean "negatives from positives"?

1     A. So true negatives are subjects that we know
2 that have not been in contact with the mumps vaccine.
3 So the key here is prevaccination samples.
4     Q. And that would be the negatives. What would
5 be the positives?
6     A. Positives in which sense? Positives would be
7 children that, after they have been vaccinated or
8 exposed, would develop an immune response.
9     Q. And the immune response being antibodies
10 binding to --
11     A. Antibody levels, uh-huh.
12     Q. In the course of preparing your report, did
13 you review any of the communications between Merck and
14 the FDA regarding the wild-type ELISA cutoff that was
15 used?
16     A. In the body of papers there were
17 communications about the ELISA, and there were
18 communications about multiple aspects. So all of the
19 documents that I reviewed -- and I have seen questions
20 from the FDA and answers from the FDA. So all of the
21 documents are listed in my report. Yeah.
22     Q. And in that review you saw documents
23 specifically addressing the cutoff and what the cutoff
24 was or what the FDA expected the cutoff to demonstrate
25 in terms of an immune response?

32 (Pages 122 - 125)

Appx2691

Page 126

1    A. Specifically?
2    Q. In your review of the communications on the
3  subject of the cutoff for the wild-type ELISA, do you
4  recall seeing any communications where the FDA
5  communicated a particular viewpoint as to what they
6  expected the cutoff to demonstrate?
7    A. I don't recall specifically. In general, I
8  recall the conversations about the wild-type ELISA and
9  the -- in serial -- in one of the serials it included
10 basically how it was done and all the raw data. I
11 don't recall specifically the questions that --
12 exactly the line of communication that there was
13 between the two of them. I recall them in a global
14 way, but I do recall seeing the questions and answers
15 on specific aspects of the ELISA.
16   Q. Do you recall what the FDA required of Merck
17 for the cutoff to demonstrate?
18   A. I don't recall off the top of my head. If
19 you show me some specifics, then I can answer.
20   Q. On Page 15 of your report you reference an
21 opinion by the plaintiff's expert, Dr. Philip Stark,
22 regarding 23 Ab cutoff that he calculated. That's in
23 the middle of Page 15.
24   A. Yes.
25   Q. And you express the opinion that -- that his

Page 127

1  opinion which was premised on the full 007 data set
2  involved data that wasn't available at the time 10 Ab
3  was calculated. Do you see that?
4    A. Yes.
5    Q. Do you have any opinion on Dr. Stark's
6  calculation of 23 Ab aside from that opinion about the
7  data set not being available at the time?
8    A. So I guess my opinion is written here. It
9  seems to be an analysis done afterwards. This was
10 developed in 2000, and the full data set was not
11 available at this time. So...
12   Q. So is that the extent of your opinion on that
13 portion of Dr. Stark's report?
14   A. So that's -- so my opinion is on the
15 recalculation on the 23 using a complete data set, and
16 so this is a different sample set done later on, and
17 this was a much -- a calculation done at a later time
18 point with a set of data that is different from the
19 one that is here.
20   Q. And that's the extent of your opinion with
21 regard to Dr. Stark's opinion on that point?
22   A. My opinion is written here. Yeah.
23   Q. If you could turn to Page 9 of your report,
24 please. Under "Assay Validation" at the bottom of
25 that page --

Page 128

1    A. Uh-huh.
2    Q. -- a couple -- two sentences in you say, "A
3  rigorous control of assay performance is therefore
4  essential to obtain reproducible results." Do you see
5  that?
6    A. Uh-huh.
7    Q. Can you explain what you mean there.
8    A. So when we perform an assay in the
9  laboratory, it's important to know that -- how the
10 assay is performing and how the assay is done. So as
11 to make sure that not only is the data that is
12 generated -- that is being generated is reliable, but
13 also that the parameters are written and conditions
14 have been tested and selected so that the assay can be
15 done in the future, and the assay can be trusted to
16 generate a reproducible and meaningful data.
17   Q. And "reproducible" means that the assay can
18 be run at a different time, different place by a
19 qualified group of scientists and that the results
20 should be similar?
21   A. Similar. Define "similar" within accepted
22 criteria.
23   Q. And you have an opinion that the wild-type
24 ELISA was subject to rigorous control and obtained
25 reproducible results; is that correct?

Page 129

1    A. So, yes, I looked at the analysis of the
2  precision and the way that the assay was performed
3  multiple times by multiple operators and multiple
4  place. So it does follow the standard of assay
5  qualification and assay validation.
6    Q. You don't have that analysis for the aigent
7  assay; right? You don't have an opinion one way or
8  the other on that?
9    A. I did not look at the aigent assay to be able
10 to give you an opinion at the level that we're talking
11 with the ELISA.
12       (Deposition Exhibit 3 was marked for
13       identification.)
14 BY MR. SCHNELL:
15   Q. I'm going to mark as Exhibit 3 the aigent
16 assay validation. This was included within the
17 materials you reviewed. So it should be familiar.
18 Just if you want to take a minute. Oh, yeah. This is
19 an excerpt that's contained within one of the
20 documents -- at least one of the documents you
21 identified in your materials considered.
22       So I don't know if you actually looked at
23 this or not, but it was listed by you as one of the
24 materials that you -- or within the materials you
25 considered.

Page 130

1    And the question I have for you -- I know
2 that you said you're not providing an opinion on this,
3 and so if you can't provide an opinion, that's fine.
4 But my question is if you could look at the
5 "Specificity" section, which begins on Page 14. It's
6 on Page 14 and 15 and 16.
7    And, first of all, have you looked at this as
8 part of your work on this case?
9    A. I don't recall.
10    Q. So my question is if you could take a moment
11 to review those pages and whatever else of this you
12 need to, and then my ultimate question is can you tell
13 from this validation report whether or not this
14 validation, in your opinion, demonstrated what you
15 would consider a sufficient level of specificity for
16 the aigent assay.
17    A. So to be honest, in order to do that I would
18 need to take time to read these very thoroughly. I
19 would not feel comfortable giving any opinion just
20 looking at these so quickly. So these would require
21 an honest opinion --
22    Q. Sure.
23    A. -- and a meaningful opinion. This would
24 require taking time and evaluating this with due
25 attention.

Page 131

1    Q. Would there be anything more you would need
2 than -- to make that assessment on the sufficiency of
3 the specificity than what's contained in here?
4    A. And, again, I did not -- since the aigent
5 assay was not my primary assignment, I'm not -- I
6 don't feel comfortable -- or I'm not familiar with it
7 enough. I'm not familiar with this enough in order to
8 give you an opinion that I will feel comfortable.
9    Q. You mean even if you took the time to read
10 this, you wouldn't feel comfortable giving an opinion
11 on the sufficiency of the specificity?
12    A. So I would have to do more work. I would
13 have to do more research. I would have to take the
14 time to basically look at the data in more detail. I
15 honestly do not feel comfortable commenting on the
16 PRN, on the aigent just by looking at these very
17 quickly.
18    Q. But, generally speaking, would this give you
19 enough -- if you did take the time. I'm not saying we
20 will take the time, but if you did take the time, do
21 you think you could review this and come up with an
22 opinion on at least whether you felt this was a
23 sufficient level of specificity for this assay?
24    MR. THOMPSON: Objection. Asked and
25 answered.

Page 132

1    THE WITNESS: Because my expertise is mainly
2 on ELISA, I feel that my expert opinion is better used
3 on the ELISA. I would need more information and the
4 opportunity to look at these in more detail in order
5 to give you an assessment, a meaningful assessment.
6 BY MR. SCHNELL:
7    Q. Okay. So on Page 11 -- by the way, in your
8 preparation of this report, you had not read -- you
9 provided these opinions without having read the
10 deposition of Joe Antonello; correct?
11    A. That is correct.
12    Q. And he was the gentleman who conducted the
13 validation and wrote the validation report of the
14 wild-type ELISA; correct?
15    A. My understanding is that he was the
16 statistician. So he was the statistician who did
17 the -- who did the work. But, again, I'm not familiar
18 with the division of roles at Merck. I believe I saw
19 him signing as a statistician or the statistician.
20    Q. Well, if you look at Exhibit 2, he is
21 identified as one of the two?
22    A. Okay.
23    Q. -- individuals who prepared the validation
24 report.
25    A. Okay. Perfect.

Page 133

1    Q. Did you not think that was relevant -- in
2 opining on the validity of the validation report, did
3 you not think it would be relevant to your opinions to
4 review Dr. Antonello's deposition?
5    MR. THOMPSON: Objection to form and
6 foundation.
7    THE WITNESS: Interesting question. So more
8 than the opinions, when we review validation material,
9 we rely on the data and the explanation of the data
10 and the methods and the conclusions. So opinions may
11 be interesting or instructive for your -- in your
12 particular role. To me, this is the most important
13 document, and the other reason is because this is what
14 was submitted to the regulatory agency.
15    So if there was any other information that
16 was available at a different time, the authorities
17 were not able to see it. So this is what I -- to me,
18 is the most important document. And my understanding
19 from the documents that I already said all the data
20 was provided to CBER in addition to the description of
21 the activities. So that would be, to me, the most
22 important piece.
23 BY MR. SCHNELL:
24    Q. So when you say that your understanding from
25 the documents that you've already read, that all the

34 (Pages 130 - 133)

1 data was provided to CBER? Is that what you said?
2     A. From the validation. Yes, they are here.
3     Q. Oh, you mean the evaluation was provided to
4 CBER?
5     A. Yeah. Yeah. Here in the attachments.
6     Q. Okay. So on the bottom of Page 11 you say,
7 "In my opinion, Merck's mumps wild-type ELISA was
8 well-designed and had acceptable performance for the
9 purpose of determining mumps serological responses in
10 children post-vaccination."
11     So that opinion is qualified to the purpose
12 of determining mumps serological response in children
13 post vaccination; is that correct?
14     A. Yes. So the wild-type ELISA was designed and
15 had an acceptable performance for determining mumps
16 serological responses.
17     Q. Now, if the purpose of the wild-type ELISA
18 were for assessing how well the vaccine protected
19 against mumps, you don't have an opinion, one way or
20 the other, do you, as to whether or not the wild-type
21 ELISA was well designed and had acceptable
22 performance; is that correct?
23     MR. THOMPSON: Objection to form.
24     THE WITNESS: So maybe you can repeat because
25 I don't understand the difference.

1     MR. SCHNELL: Sure.
2     (Record read.)
3     THE WITNESS: Okay. The word "protection."
4 ELISA does not measure protection. So the ELISA was
5 well defined -- designed and acceptable for the
6 purposes of measuring an immune response in these
7 children post vaccination. I'm sorry. I didn't hear
8 your first question clearly.
9 BY MR. SCHNELL:
10     Q. And that immune response, as you've
11 previously said, was measuring antibodies that bind to
12 mumps --
13     A. Correct.
14     Q. -- and that's it; is that right?
15     A. So the purpose of the ELISA was to measure
16 antibodies induced by a vaccine in the sero negative
17 individuals. Antibodies produced by the mumps
18 components of the vaccine.
19     Q. And when you say in your -- in this passage
20 that I read that "the wild-type ELISA was
21 well-designed and had acceptable performance," what do
22 you mean by "acceptable performance"?
23     A. So what I mean by acceptable performance is
24 there was a good linear dose response assessed by the
25 dilutability. There was also a good precision values.

1 The parameters are basically listed in the validation
2 results. There was a good range of quantifiable
3 antibodies from .5 to 64. There was data provided to
4 support the serostatus cutoff as 10 antibody units.
5 They did not find a difference -- a marked difference
6 when the assay was tested by different operators.
7     So all of these compounded results showed
8 that the assay was not random. The assay was not
9 performing one day or the other not, that the assay
10 was properly evaluated before. This is documented by
11 the analysis of the statistician. So as an expert and
12 as I read all these criteria, to me, these fulfill
13 the -- let's say the operating characteristics that we
14 would want in an ELISA to be used for this purpose.
15     Q. If you could turn to Page 18 of your report,
16 please. And under your Section E, the second sentence
17 says, "Because mumps neutralizing antibodies are the
18 gold standard for mumps, new serological methods are
19 usually compared to serum neutralization assays."
20 What do you mean there?
21     A. So we discussed what gold standard means in
22 that -- in the sense that out of the antibodies that
23 we look for, in terms of neutralization, and these
24 also happen for measles. When we look for new assays,
25 in order to see whether the assays have any

1 relationship or how do they fare in terms of
2 determining antibody responses, they -- they are
3 typically compared with assays that measure the
4 antibodies we would want to have, which are the
5 neutralizing antibodies. I myself have performed
6 ELISAs, and we always want them to have an agreement
7 with neutralization assays.
8     Q. And you didn't -- part of your opinion here
9 is you did an analysis of the correlation study Merck
10 performed between the wild-type ELISA and the aigent
11 assay; is that correct?
12     A. That's correct.
13     Q. And in that correlation the aigent assay was
14 used, was it not, as the benchmark against which it
15 was measuring the wild-type ELISA sero conversion
16 rates; is that correct?
17     A. Well, what this is was an analysis of two
18 assays basically. So the -- and CBER asked -- or
19 there were discussions between CBER and Merck about
20 the correlation analysis. So the performance of the
21 ELISA was compared versus the aigent using the -- they
22 used the 10 antibody cutoff for the ELISA and the 32
23 antibody cutoff that they had determined for the
24 aigent.
25     Q. And what's your understanding as to the

35 (Pages 134 - 137)

Appx2694

1 purpose the correlation analysis was intended to
2 serve?
3    A. So why they performed -- you mean why CBER
4 asked for these correlation analyses?
5    Q. If you know.
6    A. So you would have to ask them  specifically.
7 I mean I don't know in which terms they specifically
8 requested that information.  In general terms, we can
9 say that one would expect an agreement between the two
10 assays, or one would expect to have, if we showed the
11 children develop high antibody responses, for those
12 antibody responses to be neutralizing.
13    So I think we touched upon this earlier today
14 when we said that the two assays worked complimentary.
15 So both of them measured levels of antibodies, but the
16 aigent gives an additional information about
17 functionality.  So if there is agreement between both
18 of them, they were complimentary.
19    Q. What do you consider a good agreement when
20 you're comparing --
21    A. In general?
22    Q. Yeah.
23    MR. THOMPSON:  Object to the form.
24    THE WITNESS:  I can give you my own
25 estimation of a good agreement.  So -- and, again,

1 this depends on the data set.  This depends on the
2 number of samples.  Or this depends on the specifics
3 of the agreement and how an agreement is in general
4 considering titers from different -- from different
5 antibody levels and a large number of samples, one
6 would have to have as much agreement as possible.
7 It's hard to give a hard number because it depends on
8 the assay.  It depends on the biology of the assay.
9 What I can tell you is that I read here it was at
10 least 80 percent.  To me, that number is -- it denotes
11 a reasonable agreement, a good agreement.
12 BY MR. SCHNELL:
13    Q. And your opinion is that the correlation
14 provided further confirmation of the appropriateness
15 of the wild-type ELISA; is that correct?  I mean I'm
16 reading it from Page 20 of your report.
17    A. A cross-specification was performed, and the
18 percent agreement -- it's here.  The serostatus
19 agreements were in the order of about 87 percent,
20 depending on the type of samples that were examined.
21    Q. But, again, the correlation is only as good
22 as the underlying assays are good; right?  So if the
23 aigent assay ended up not being accurate or reliable,
24 then this correlation wouldn't be meaningful; is that
25 correct?

1    A. I wouldn't say it that way.  I wouldn't say
2 it that way.  In general, the correlation takes into
3 account the type of assay, not necessarily -- even the
4 biology of the assay.  So some assays are very
5 different in nature, and then the agreement can get up
6 to a point because biologically, we are measuring
7 different things.  So a perfect agreement, unless is
8 exactly the same type of measurement, is difficult
9 to -- is difficult to achieve.
10    So we know in biology that what we are trying
11 to do is basically to see how they correspond to each
12 other.  But the assays are tools that we have to
13 measure -- right? -- and they, by themselves, are
14 different tools.  So there is a degree of lack of
15 similarity, call it that way, that it's inherent to
16 the different assays.
17    Q. If the aigent were ultimately found to have
18 been unreliable, would that impact your opinion as to
19 the significance of the correlation with the wild-type
20 ELISA?
21    MR. THOMPSON:  Objection to form.
22 Foundation.
23    THE WITNESS:  That is a speculation, and I
24 cannot tell you more than that.  I can tell you what I
25 read here about the performances of the two assays as

1 documented in the report.
2 BY MR. SCHNELL:
3    Q. But you have an opinion that the correlation
4 provided further confirmation of the appropriateness
5 of the design of the wild-type ELISA; correct?
6    A. Yes.
7    Q. And my question is is that opinion premised
8 on the assumption that the aigent assay was a reliable
9 assay in terms of what its purpose was?
10    A. Well, I can tell you that it's a good thing
11 that both assays correlate with each other so that
12 they have such a good agreement.  As I'm reading the
13 correlation, I have no reasons to doubt on the
14 performance of either in the sense that what I can see
15 is that the assay as described here, the ELISA as
16 described here, how the agreement of conversion of
17 sero conversion is versus the aigent.  And the fact
18 that there is such a -- you know, it's over
19 87 percent.  To me, that means that the assays are in
20 good agreement.
21    Q. But you have no -- you didn't do an analysis
22 of the performance of the aigent assay, you said;
23 correct?
24    A. I did not.  It was not my scope to look at
25 the performance of the aigent.

36 (Pages 138 - 141)

1    Q.  So you don't have any opinion, one way or the
2  other, as to whether or not the aigent assay provided
3  a reliable measure of immunogenicity in any way; is
4  that correct?
5        THE WITNESS:  So I don't have any reasons
6  here to doubt.  I can only tell you what I can see
7  from the correlation with the ELISA.
8        MR. SCHNELL:  Okay.  Why don't we take a
9  break.
10        THE VIDEOGRAPHER:  The time is 2:15 p.m. We
11  are going off the record.
12        (A recess was taken from 2:15 p m.
13        to 2:30 p m.)
14        THE VIDEOGRAPHER:  The time is 2:30 p.m.
15  We're back on the record.
16        Please proceed, Counsel.
17  BY MR. SCHNELL:
18    Q.  Dr. Pasetti, if I could point you to Page 20,
19  your conclusions.  And the very first sentence, you
20  write, "In my opinion, Merck and CBER had thorough
21  discussion concerning development of its wild-type
22  ELISA."  Do you see that?
23    A.  I do.
24    Q.  And that's based on the materials you
25  reviewed; correct?

1    A.  Yes.
2    Q.  And what is your knowledge of the discussions
3  that Merck and CBER had on the wild-type ELISA with
4  respect to the serostatus cutoff?
5    A.  So I know that the serostatus cutoff was
6  reported in the validation report, and I don't recall
7  specifically if there were specific questions about --
8  I don't recall specific -- any questions specifically
9  right this moment.  If I see a document, I may be able
10  to remember.
11    Q.  But in terms of informing your opinion that
12  the discussions between CBER and Merck were thorough
13  regarding the development of the wild-type ELISA,
14  other than the validation study, you can't point to
15  any other communications that you were aware of on
16  that issue?
17    A.  Now the question is different.  General
18  discussions.  So CBER had asked for the use of the
19  wild-type strain.  They were very involved in the
20  selection of the strain.  They also asked for some
21  specifics.  They were very detail oriented in the
22  things they were asking.  So that is -- that was
23  my -- the basis of my comment that had thorough
24  discussion in the development.
25        So in the serials you see some of the

1  questions, and then you see the answers one after the
2  other after the other.  So that's -- I saw a very
3  close interaction between the two.  It was not just an
4  overview.  It was a very detailed -- a very
5  detailed -- very detailed observations.
6    Q.  And in your review of those materials, do you
7  have an understanding as to what CBER was looking for
8  in terms of the serostatus cutoff that Merck used for
9  its wild-type ELISA?
10    A.  I can tell you how the cutoff was set up and
11  what it was meant to do.  I don't understand -- I
12  guess the question will be for CBER or what they
13  wanted.  I can't comment for them.
14    Q.  Well, you said that they had a thorough
15  discussion in your --
16    A.  Concerning the development of the wild-type
17  ELISA, meaning the development performance of the
18  assay.  Now that I remember, there was a question
19  about the comparability with previous ELISA that Merck
20  developed.  So when I mean thorough discussions
21  concerning the development of the ELISA, meaning the
22  whole assay itself.
23    Q.  What is your understanding of what CBER was
24  requiring the cutoff to demonstrate in terms of the
25  wild-type ELISA?

1        MR. THOMPSON:  Objection.  Asked and
2  answered.
3        THE WITNESS:  So I don't have the
4  communications from CBER.  If you have the specific
5  communications or what they were asking, I would be
6  happy to take a look.  What I can tell you is that as
7  they were developing the ELISA, there was a closed
8  communication as to the questions and the answers and
9  the data that was provided and the analysis in terms
10  of comparison with other assays that are in the
11  material that is cited on my report.
12  BY MR. SCHNELL:
13    Q.  And at the last sentence on Page 21, you say,
14  "I do not see evidence of issues that would compromise
15  the integrity of the data generated or decisions made
16  by the regulatory agency."  What "decisions" are you
17  referring to there?
18    A.  So what I see here is that in the set of
19  information that I had, I did not see any glaring
20  issues or any results or any procedures that, to me,
21  would compromise the integrity of the data that was
22  generated here or that would compromise any of the
23  conclusions and -- that would prevent the regulatory
24  agency to proper evaluate and to make -- and to derive
25  conclusions from it.

37 (Pages 142 - 145)

1 So from the package that I have seen, I did
2 not see anything that was glaring incorrect that would
3 compromise any decision that eventually a regulatory
4 aigent could make. The whole data set was provided.
5 It was important when I saw that the whole data set
6 was provided to them. It was not just only an
7 analysis and conclusions. So the tables are backed up
8 by raw data.
9 Q. Now, this is based on the materials you
10 reviewed in connection with your report; right?
11 A. That's correct.
12 Q. And those are listed -- those are the ones
13 listed in Attachment 2 to your report; right?
14 A. Yes.
15 Q. And those are all materials that Merck's
16 counsel provided you; correct?
17 A. That's correct.
18 Q. So going back to your last statement, the
19 decisions made by the regulatory agency, just to be
20 clear, you're only talking about decisions in the
21 context of 007; correct?
22 A. So I just mentioned that in general. So I
23 did not see anything here that would compromise any
24 decisions made based on this particular assay, the
25 assay that was developed here.

1 Q. So you're not talking about any specific
2 decisions. You're talking about just general
3 decisions that the regulatory agency may have made?
4 A. Well, conclusions that could be made based on
5 this data. So the question is very broad. I don't --
6 I can't speak for future decisions or broad decisions.
7 What I mean is that there wasn't anything glaring here
8 that would compromise any conclusions that would
9 derive from this data set.
10 Q. And "this data set," you're referring to
11 what? You keep saying, "this data set," but I'm not
12 sure which data set you're referring to.
13 A. The data set that was provided to them in
14 relation to the validation of the wild-type ELISA.
15 Q. So you're talking only about the validation
16 data set?
17 A. So I'm talking about the set-up of this assay
18 and the use of this assay and the comparison of
19 assays. So basically what is in my report.
20 Q. Now, your report doesn't speak to the final
21 data set that came out of the wild-type ELISA study
22 itself, does it?
23 A. That's correct.
24 Q. Did you look at the final data set that came
25 out of the wild-type ELISA testing that was done for

1 Protocol 7?
2 A. The complete set of data for Protocol 007 --
3 Q. Yes.
4 A. -- the full data set?
5 I don't believe I have seen the complete data
6 set. All complete.
7 Q. What data set did you see?
8 A. So what I have seen is what was used for the
9 validation of the ELISA, the comparisons of the
10 assays, and what is included here in my report. There
11 are some attachments to each one of the serials
12 where -- that support some of the tables that are
13 included in the documentation from Merck.
14 MR. SCHNELL: Okay. I think that's all we
15 have.
16 THE WITNESS: Okay.
17 MR. THOMPSON: Take three minutes.
18 THE VIDEOGRAPHER: The time is 2:40 p.m.
19 We're going off the record.
20 (A recess was taken from 2:40 p.m.
21 to 2:46 p.m.)
22 THE VIDEOGRAPHER: The time is 2:46 p.m.
23 We're back on the record.
24 Please proceed, Counsel.
25 MR. THOMPSON: I don't have any questions.

1 MR. SCHNELL: Thank you very much,
2 Dr. Pasetti.
3 THE WITNESS: Thanks to you. Thanks,
4 everybody.
5 THE VIDEOGRAPHER: The time is 2:46 p.m.
6 This concludes testimony given by Mr. Marcela Pasetti.
7 We are now off the record.
8 (Witness excused.)
9 (Deposition concluded at 2:46 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

38 (Pages 146 - 149)

CERTIFICATE OF DEPONENT

I have read the foregoing transcript of my deposition and except for any corrections or changes noted on the errata sheet, I hereby subscribe to the transcript as an accurate record of the statements made by me.

____________________________

MARCELA PASETTI, PH.D.

SUBSCRIBED AND SWORN before and to me this ____ day of _______________, 20___.

____________________________

NOTARY PUBLIC

My Commission expires:

C E R T I F I C A T E

I do hereby certify that the aforesaid testimony was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true and correct record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

Nancy J. Martin, RMR, CSR

Dated: December 13, 2018

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying shorthand reporter.)

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it. You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition. It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS
330 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
516-608-2400

NAME OF CASE: USA VS. MERCK & CO., INC.
DATE OF DEPOSITION: DECEMBER 4, 2018
NAME OF DEPONENT: MARCELA PASETTI, PH.D.,

| PAGE | LINE(S) | CHANGE | REASON |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

____________________________

MARCELA PASETTI, PH.D.

SUBSCRIBED AND SWORN TO BEFORE ME THIS___DAY OF _____________, 20__.

______________________ ______________________

(NOTARY PUBLIC) MY COMMISSION EXPIRES:

10/25/2019
Declaration of G. Reilly
EXHIBIT 30

Appx2699

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
     - - - - - - - - - - - - - - x
 3     UNITED STATES OF           :
       AMERICA, ex rel.,          :
 4     STEPHEN A. KRAHLING and    :
       JOAN A. WLOCHOWSKI,        :
 5                                :
           Plaintiffs,            :  Civil Action No.
 6                                :
         v.                       :  10-4374 (CDJ)
 7                                :
       MERCK & CO., INC.,         :
 8                                :
           Defendants.           :
 9     - - - - - - - - - - - - - - x
       IN RE: MERCK MUMPS         :
10     VACCINE ANTITRUST          :
       LITIGATION                 :  Master File No.
11                                :  12-03555 (CDJ)
       THIS DOCUMENT RELATES      :
12     TO:  ALL ACTIONS.          :
     - - - - - - - - - - - - - - x
13                         Monday, October 8, 2018
                                 Washington, D.C.
14
15
16   Videotaped Deposition of:
17                 ANNA P. DURBIN, M.D.,
18   called for oral examination by counsel for the
19   Plaintiffs, pursuant to notice, at the law offices of
20   Constantine Cannon, LLP, 1001 Pennsylvania Avenue,
21   Northwest, Suite 1300N, Washington, D.C. 20004,
22   before Christina S. Hotsko, RPR, CRR, of Veritext
23   Legal Solutions, a Notary Public in and for the
24   District of Columbia, beginning at 9:07 a.m., when
25   were present on behalf of the respective parties:
```

Page 2

A P P E A R A N C E S

On behalf of Relators:
GORDON SCHNELL, ESQUIRE
DANIEL VITELLI, ESQUIRE
Constantine Cannon, LLP
335 Madison Avenue, Ninth Floor
New York, New York 10017
(212) 350-2700
gschnell@constantinecannon.com

On behalf of Merck Defendant:
DINO S SANGIAMO, ESQUIRE
SALLY W BRYAN, ESQUIRE
SARA M PORTER, ESQUIRE
Venable, LLP
750 Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400
dssangiamo@venable.com
LISA C DYKSTRA, ESQUIRE
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5699
lisa.dykstra@morganlewis.com

Also Present:
Solomon Francis, Video Technician
Tim Howard, Merck In-house Counsel

Page 3

C O N T E N T S

EXAMINATION BY:     PAGE
Counsel for Relator     07

DURBIN DEPOSITION EXHIBITS: *     PAGE
Exhibit 1   Expert Report of Anna Durbin, MD   20
Exhibit 2   Protocol Specific Informed   22
    Consent
    Bates 00226196 through 6202
Exhibit 3   BB-IND 1016 Combined M-M-R   34
    Information Amendment - Clinical
    Bates 00126233 through 6266
Exhibit 4   Meeting Minutes - 14 Mar 2000   48
    Bates 00001258 through 1261
Exhibit 5   Submission by Merck to FDA with   78
    Validation Report - 20 Aug 2001
    Bates 00000481 through 0522
Exhibit 6   Deposition Transcript - Joseph   89
    Antonello
Exhibit 7   E-mail Chain   104
    Bates 00791315 through 1319
Exhibit 8   E-mail Chain   112
    Bates 00759061 through 9064
Exhibit 9   Merck Memo - 22 Feb 1999   150
    00095050 through 5052
Exhibit 10   E-mail Chain - 26 Feb 2001   169
    Bates 00549462 through 9472
Exhibit 11   Bates 00020421 through 0422   216
Exhibit 12   Bates 00001615 through 1642   224

Page 4

DURBIN DEPOSITION EXHIBITS: *     PAGE
Exhibit 13   E-mail Chain - 24 Aug 2011   244
    Bates 00030994 through 0998
Exhibit 14   Expert Report of Philip B.   291
    Stark, Ph.D. 12 Mar 2018
Exhibit 15   Memo - Draft - 1 Nov 2001   299
    Bates 00760670 through 0672
Exhibit 16   Memo - 29 Mar 2001   310
    Bates 00014739 through 4740
Exhibit 17   Merck Submission to FDA   319
    15 Nov 2006
    Bates 00000393 through 0409

* (Exhibits attached to transcript.)

Page 5

P R O C E E D I N G S

VIDEO TECHNICIAN: Good morning. We're going on the record at 9:07 a.m., October 8th, 2018.

Please note that the microphones are sensitive and may pick up whispering and private conversations and cellular interference. Please turn off all cell phones or place them away from the microphones, as they can interfere with the deposition audio.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Dr. Anna Durbin, taken by counsel for the relator in the matter of United States of America, et al., Plaintiffs, versus Merck & Company, Inc., Defendants, filed in the United States District Court for the Eastern District of Pennsylvania, Case No. 10-cv-4374 (CDJ).

This deposition is being held at the law offices of Constantine Cannon, LLP, located at 1001 Pennsylvania Avenue, Northwest, Washington, D.C.

2 (Pages 2 - 5)

Page 6

1 My name is Solomon Francis from the firm
2 Veritext Legal Solutions, and I'm the
3 videographer. The court reporter is Christina
4 Hotsko of Veritext Legal Solutions.
5 At this time, will counsel present
6 please state their appearances for the record.
7 MR. SCHNELL: Gordon Schnell,
8 Constantine Cannon, counsel for relator.
9 MR. VITELLI: Daniel Vitelli,
10 Constantine Cannon, counsel for relators.
11 MR. SANGIAMO: Dino Sangiamo, Venable,
12 counsel for Merck.
13 MS. BRYAN: Sally Bryan, Venable,
14 counsel for Merck.
15 MS. PORTER: Sara Porter, Venable,
16 counsel for Merck.
17 MS. DYKSTRA: Lisa Dykstra, Morgan
18 Lewis, counsel for Merck.
19 MR. HOWARD: Tim Howard, in-house
20 counsel for Merck.
21 Whereupon,
22 ANNA P. DURBIN, M.D.,
23 being first duly sworn or affirmed to testify to
24 the truth, the whole truth, and nothing but the
25 truth, was examined and testified as follows:

Page 7

1 EXAMINATION BY COUNSEL FOR RELATORS
2 BY MR. SCHNELL:
3 Q. Good morning, Dr. Durbin.
4 A. Good morning.
5 Q. We're going to be speaking today a lot
6 about something called the AIGENT assay,
7 A-I-G-E-N-T.
8 Just so we're all clear we're talking
9 about the same assay, this is the plaque
10 reduction neutralization assay that Merck used
11 in connection with protocol 7; is that correct?
12 A. Yes.
13 Q. Do you have any opinion on whether or
14 not the AIGENT assay was a reliable measure of
15 protection against mumps?
16 A. I do.
17 Q. And what is your opinion?
18 A. My opinion is that the AIGENT assay, as
19 a PRN or PRNT assay, is that it doesn't directly
20 measure protection. It measures the immune
21 response that one has either to a natural
22 infection or to vaccination. So it's an
23 indicator of an immune response. That immune
24 response may or may not be protective.
25 Q. And were you talking generally, or are

Page 8

1 you talking specifically about the AIGENT?
2 A. I was talking generally about PRN
3 assays.
4 Q. So my question is specific to the AIGENT
5 assay.
6 A. Can you repeat the question, please?
7 Q. Do you have an opinion as to whether or
8 not the AIGENT assay was a relevant measure of
9 protection against mumps?
10 A. So I think --
11 MR. SANGIAMO: Object to the form.
12 You can answer.
13 THE WITNESS: I think that the AIGENT
14 assay, in terms of measuring -- in terms of
15 measuring -- in terms of measuring antibody, was
16 reflective of the protection that mumps vaccine
17 has induced.
18 So what I mean by that is we know from
19 previous efficacy studies that the mumps vaccine
20 induces high protection -- I think it was
21 greater than 90 to 95 percent efficacy -- and
22 the seroconversion rate from the AIGENT assay
23 was reflective of that.
24 BY MR. SCHNELL:
25 Q. When you say "reflective," I'm still not

Page 9

1 following what you mean. Do you mean that it
2 was -- well, why don't you tell me again.
3 A. So what I mean by reflective is that 90
4 to 95 -- they achieved a 90 to 95 percent
5 seroconversion rate, depending on which arm of
6 the study they were in, and that is consistent
7 with prior efficacy studies in terms of
8 protection.
9 Q. Well, is it consistent in the sense that
10 it was the same range of numbers? Is that what
11 you mean by "consistent"?
12 A. So I would say it's consistent with the
13 same range of numbers, and it's also consistent
14 with other PRN assays or other measures. Not
15 just PRN assays, but other measures of antibody
16 that had been done in various other studies.
17 Q. But if I handed you a piece of paper
18 that had the number 95 percent on it, that too
19 would be consistent with the numbers found in
20 those other studies, right?
21 MR. SANGIAMO: Object to the form.
22 THE WITNESS: I would say I don't know
23 what that 95 percent meant.
24 BY MR. SCHNELL:
25 Q. Okay. So other than the numbers being

3 (Pages 6 - 9)

Appx2702

1 consistent between the AIGENT assay and these
2 other studies, do you have an opinion as to
3 whether or not, in and of itself, the AIGENT
4 assay was relevant -- was a relevant measure of
5 protection against mumps?
6       MR. SANGIAMO:  Object to the form.
7       THE WITNESS:  You know, I have a little
8 bit of trouble, because I'm not exactly sure
9 what you mean by "protection."
10       I will tell you my interpretation of the
11 AIGENT assay and neutralizing antibodies is that
12 we know that neutralizing antibodies are a
13 measure of immunity.
14       We, as scientists or vaccine developers,
15 when we're developing a vaccine, we look for
16 measures of immunity to perceive at development
17 because we think that immunity is important to
18 protection.
19       It's not the only thing, though.  And
20 that's why, you know, when I looked at the
21 seroconversion rate induced by the AIGENT assay
22 and I look at that efficacy studies that were
23 done with the mumps vaccine and I look at, for
24 instance, Dan Salmon's review of different
25 studies looking at seroconversion rates and

1 protection, I think that it is consistent with
2 protection.
3       It does not mean, however, on an
4 individual level that someone who seroconverted
5 would be protected.  So that's where I have a
6 little bit of trouble with your -- with what you
7 mean by "protection."
8 BY MR. SCHNELL:
9    Q.  I think you've defined protection as I
10 meant it.
11       So is it your opinion, then, that an
12 individual child whose blood was used in the
13 AIGENT assay whose blood showed a seroconversion
14 rate of 95 percent, do you have an opinion one
15 way or another as to whether that child was
16 protected against mumps?
17    A.  Well --
18       MR. SANGIAMO:  Object to the form.
19       THE WITNESS:  That child wouldn't have a
20 95 percent seroconversion rate.  That child
21 would either seroconverted or wouldn't have
22 seroconverted.
23 BY MR. SCHNELL:
24    Q.  Okay.  So if that child had
25 seroconverted through the AIGENT assay, is it

1 your opinion that that showed that that child
2 was protected?
3    A.  It would be my opinion that it would be
4 likely, but not guaranteed, because we know that
5 people who had antibodies to mumps were not
6 protected during an outbreak.  It may depend on
7 the level of antibody, not just seroconversion.
8    Q.  And is it your opinion that the AIGENT
9 assay measured mumps neutralizing antibody?
10    A.  It is.
11    Q.  Is it your opinion that mumps -- that
12 the AIGENT assay was able to distinguish between
13 mumps neutralizing antibodies and other types of
14 antibodies?
15    A.  The AIGENT assay did not measure other
16 types of antibodies.  It only measured mumps
17 antibodies.
18    Q.  And was it able to distinguish between
19 what it measured as mumps neutralizing
20 antibodies and what it did not?
21    A.  Knowing that it didn't look for other
22 antibodies, I can't answer that question.
23    Q.  Why?
24    A.  Because when you do the PRN, when you're
25 looking for whether or not it's measuring

1 antibodies, it's the target virus, so the
2 indicator virus, that you look for.
3       So they used a mumps indicator virus;
4 therefore, what they're looking for is mumps
5 antibody.
6    Q.  And is it your opinion that any
7 antibodies that the AIGENT assay measured, they
8 were all mumps neutralizing antibodies?
9    A.  I can't say that, not knowing what else
10 was looked for.
11    Q.  Well, you know what else was looked for
12 in the AIGENT assay, right?
13    A.  It's only looking for mumps antibody.
14 There could be other antibodies there that were
15 not looked for.
16    Q.  What was the scope of your assignment in
17 this case?
18    A.  The scope of my assignment was to
19 evaluate the AIGENT assay in terms of whether it
20 was designed properly, whether it was developed
21 properly, and whether it measured seroconversion
22 rates to mumps.
23       It was also to look at the issue of
24 recounting plaques and whether or not I felt
25 that was appropriate and just to evaluate how

4 (Pages 10 - 13)

Appx2703

Page 14

1 the AIGENT assay was developed.
2  Q. When you say within the scope of your
3 assignment was whether the AIGENT assay measured
4 seroconversion to mumps, what did you mean?
5  A. So the AIGENT assay was developed to try
6 to determine whether or not mumps vaccine at
7 different potencies induced a measurable immune
8 response and that measurable immune response, in
9 the scope of my work, was neutralizing antibody
10 in the AIGENT assay.
11   So when looking for immunogenicity of a
12 vaccine, we look for the development of
13 antibodies, and seroconversion is the state in
14 which somebody goes primarily from seronaive or
15 seronegative to developing antibodies, and then
16 they're considered seropositive. And that is a
17 seroconversion.
18   So in terms of the mumps vaccine, what
19 they're looking for are people, children who are
20 presumed to be seronegative by their age.
21 Vaccinated, post-vaccination at that six-week
22 time point, did they seroconvert, did they
23 develop neutralizing antibodies, and how do we
24 measure those neutralizing antibodies?
25   And that was what Merck was doing with

Page 15

1 the development of the AIGENT assay was the
2 development of an assay to measure neutralizing
3 antibody, using those neutralizing antibodies to
4 define a seroconversion rate within their study.
5  Q. In your opinion, was one of the purposes
6 of the AIGENT assay to assess whether or not
7 M-M-R II, given at the lower potency, the two --
8 of the two potencies that were part of the 007
9 study, was it to measure whether or not the
10 vaccine provided protection against mumps?
11  A. No.
12  Q. It's your opinion that that was not one
13 of the purposes of the AIGENT assay?
14  A. That is correct.
15  Q. And why is that your opinion?
16  A. Because the purpose of the AIGENT assay
17 is only to measure neutralizing antibody. It's
18 not to determine whether or not the vaccine
19 protects or not.
20  Q. And part of your work, you've -- I think
21 you said in your report somewhere that you're
22 familiar with consent forms that are used in
23 these kinds of clinical trials, correct?
24  A. Yes.
25  Q. And what is the purpose of a consent

Page 16

1 form?
2  A. A consent form -- and again, this was
3 not part of the scope of my particular
4 assignment. I'm familiar with consent forms
5 from my work in clinical trials unrelated to
6 this.
7   But the purpose of the consent form is
8 to ensure that the participant is fully informed
9 that research is being done, informed on what
10 the risks and benefits of that research is, is
11 informed about what their rights as a research
12 subject is, and is informed about the duration
13 of the study, generally how many subjects are
14 enrolled in the study or what the study
15 population is, why they were chosen or selected
16 to be in the study, and what the visit schedule
17 or what the procedures that are going to be
18 performed as part of the study are, in general.
19  Q. How important is it to be accurate on
20 the part of the manufacturer or the sponsor of
21 the study? How important is it to be accurate
22 in the consent form?
23   MR. SANGIAMO: Object to the form.
24   THE WITNESS: It's important to be
25 accurate.

Page 17

1 BY MR. SCHNELL:
2  Q. Why?
3  A. Well, you want to make sure that the
4 subject is fully informed.
5   I will say that the responsibility of
6 the consent form lies actually with the
7 principal investigator, primarily.
8  Q. So the sponsor has no responsibility?
9  A. The sponsor has some responsibility, but
10 it's the principal investigator who signs the
11 1572 that's submitted to the FDA to say that
12 they are the primary responsible person for the
13 research. The sponsor has responsibilities as
14 well.
15  Q. So who was the principal investigator in
16 connection with the AIGENT assay?
17  A. I don't know. That was not part of my
18 task.
19  Q. The sponsor was Merck, correct?
20  A. Yes.
21  Q. Typically, who is the investigator?
22  A. The investigator is chosen from any
23 number of -- any number of ways. So there's
24 CROs, which are contract research organizations,
25 that then take the role of identifying study

5 (Pages 14 - 17)

Appx2704

1 sites and principal investigators.

2　　There may be experts in the field that
3 the sponsor wants to use as principal
4 investigator.

5　　There may be other people who were
6 involved with previous trials who were principal
7 investigators. There's a variety of ways that a
8 principal investigator can be chosen.

9　　Q. And generally, based on your experience,
10 how is the principal investigator apprised of
11 the information it needs to know whether or not
12 the consent form is accurate?

13　　A. The investigator's brochure is provided
14 to all investigators, all principal
15 investigators. That is a document that is
16 developed by, generally by the sponsor.

17　　And then there are also site initiation
18 visits, there are conference calls with
19 principal investigators to inform them of the
20 study and what their role is in the study.

21　　Q. So is it fair to say that the sponsor is
22 generally the entity that provides the
23 information to the principal investigator so
24 that the principal investigator can do whatever
25 job it needs to do to make sure the consent

1 forms are accurate and complete?

2　　MR. SANGIAMO: I'm just going to object
3 here. Dr. Durbin is not offering opinions about
4 the consent forms used in the clinical trial.
5 That's not something she's investigated.

6　　But if you want to answer generally --

7　　MR. SCHNELL: You can answer --

8　　MR. SANGIAMO: -- unspecific to this
9 case, then go ahead.

10　　THE WITNESS: I'll answer generally,
11 yes.

12 BY MR. SCHNELL:

13　　Q. By the way, if you see, Appendix B to
14 your report has the additional documents
15 reviewed, additional to, I assume, what was
16 cited in your report, correct?

17　　A. Yes.

18　　Q. And how did you come to select which
19 documents, expert reports, articles, and
20 deposition transcripts to review in reliance or
21 consider for your report?

22　　A. I'd have to look at what all those
23 documents were. I did a literature search
24 myself for some things. Some documents were
25 provided to me by counsel.

1　　Q. Same with depositions?

2　　A. Depositions, yes.

3　　Q. Did you ask for any?

4　　A. Can I see the list?

5　　Q. Sure.

6　　A. I don't believe I asked for any, but --

7　　Q. Why don't we introduce your report as
8 Exhibit 1.

9　　A. I don't believe I specifically -- but I
10 may have. I need to see the list.

11　　(Durbin Deposition Exhibit 1 marked for
12　　identification and attached to the
13　　transcript.)

14 BY MR. SCHNELL:

15　　Q. So anyway, I was asking generally, not
16 specific. But generally, you were provided with
17 the materials that you relied on?

18　　A. Yes.

19　　Q. You didn't ask for any additional
20 materials?

21　　A. The only material that I may have asked
22 for was the transcript of Dr. Platt's
23 deposition.

24　　Q. Okay.

25　　A. And I did ask -- this isn't

1 supplementary, but Dr. Platt's report.

2　　Q. Okay. Other than the deposition
3 testimony of Dr. Krah, you didn't review the
4 deposition of any other Merck witness in this
5 case, correct?

6　　A. I reviewed them, but I did not
7 specifically ask for them. They were provided.

8　　Q. Which ones, other than Dr. Krah, because
9 the only one I see is --

10　　A. Oh, as supplementary or --

11　　MR. SANGIAMO: Maybe you should explain
12 what you mean by "Merck witness."

13 BY MR. SCHNELL:

14　　Q. I'm not talking about expert witness.
15 I'm talking about the employees of Merck, either
16 current or --

17　　A. Oh, no, no.

18　　Q. Just Dr. Krah?

19　　A. Yes. I'm sorry. I didn't understand.

20　　Q. That's okay.

21　　MR. SCHNELL: I'd like to introduce as
22 Exhibit 2 a document with the Bates
23 number 226196 through 202, titled "Protocol
24 Specific Informed Consent."

25

6 (Pages 18 - 21)

Appx2705

1    (Durbin Deposition Exhibit 2 marked for
2    identification and attached to the
3    transcript.)
4   BY MR. SCHNELL:
5    Q. If you could turn to the second page of
6   this document, I believe this was part of the
7   CSR which you did review. So this would have
8   been within the materials you reviewed, correct?
9        MR. SANGIAMO: Dr. Durbin, take your
10  time to read the document in order to be
11  prepared to answer his questions.
12       MR. SCHNELL: Well, let me strike that.
13  BY MR. SCHNELL:
14   Q. The question is, you reviewed the CSR,
15  the clinical study report --
16   A. Yes.
17   Q. -- for the AIGENT assay, right --
18   A. Yes.
19   Q. -- for protocol 7?
20   A. Yes.
21   Q. And this was within that. Did you read
22  every page, or did you just read select pages?
23   A. I glanced at every page. I can't say
24  that I read every page in depth.
25   Q. So this would have been within that

1   larger document.
2        And with any document I show you, you
3   should feel free to read as much or as little of
4   it as you need.
5    A. Thank you.
6    Q. It's usually efficient to wait for the
7   question to see, you know, because sometimes I'm
8   just asking about a very specific thing that you
9   may not need context for, but always feel free.
10       On the second page, it says, "Protocol
11  007 Generic Consent Form for U.S. Sites."
12       Do you see that?
13   A. Yes. 1216? That's page 1216?
14   Q. Yes.
15       MR. SANGIAMO: Where is this?
16       MR. SCHNELL: The second page of the
17  document.
18  BY MR. SCHNELL:
19   Q. Is it fair to say that this was one of
20  the consent forms used in protocol 7?
21   A. Yeah, I --
22       MR. SANGIAMO: Answer if you know,
23  Doctor.
24       THE WITNESS: I mean, based on the
25  title, I would assume that it was used for

1   protocol 7. I don't know how many consent forms
2   were used for protocol 7. I don't know if this
3   was revised at all or not.
4   BY MR. SCHNELL:
5    Q. Okay. So if you look under "Purpose of
6   the Study," in the second paragraph says, "The
7   purpose of this study is to compare the ability
8   of the three different formulations of M-M-R II
9   to make protective antibodies against disease."
10       Do you agree that that was the
11  purpose -- do you agree that that's a fair
12  characterization of the purpose of the AIGENT
13  assay?
14       MR. SANGIAMO: Dr. Durbin, take your
15  time to read as much of the document as you need
16  to.
17       THE WITNESS: I think in terms of trying
18  to relate to the lay population what the purpose
19  study is, I think this is an adequate
20  description of that.
21       You know, we try to make consent forms
22  for grade levels eighth grade or lower, and so I
23  think it's difficult to get really into the
24  scientific intricacies of it.
25       So I think in terms of relating the

1   purpose to the lay public, this is fine.
2   BY MR. SCHNELL:
3    Q. But wasn't it your testimony that the
4   AIGENT assay was not about measuring protection
5   against mumps?
6    A. I said it was about measuring
7   antibodies, and this is saying that it's
8   measuring antibodies.
9    Q. Saying protective antibodies.
10       MR. SANGIAMO: What is the question,
11  Gordon?
12  BY MR. SCHNELL:
13   Q. Right?
14   A. This says --
15       MR. SANGIAMO: The question is, is it
16  saying protective antibodies. That's the
17  question.
18       THE WITNESS: Yes. It says protective
19  antibodies.
20  BY MR. SCHNELL:
21   Q. So is that accurate, from your -- based
22  on your review of the AIGENT assay?
23       MR. SANGIAMO: Object to the form.
24  Asked and answered.
25       THE WITNESS: The AIGENT assay, again,

7 (Pages 22 - 25)

Appx2706

Page 26

1 is to measure seroconversion rates.
2 Neutralizing antibody -- I think it's important
3 to know that we don't have a correlate of
4 protection for mumps.
5     Neutralizing antibodies were measured as
6 an immune response. Based on previous efficacy
7 studies, the seroconversion rate was chosen.
8     So I think in terms of relating this to
9 the public, it is accurate. I don't know how,
10 otherwise, you could relate the purpose of the
11 study to the lay population at an eighth grade
12 reading level.
13 BY MR. SCHNELL:
14     Q. So it's your opinion that telling the
15 parents of the children who were being used in
16 this study that the purpose of this study is to
17 assess whether or not the vaccine their children
18 are getting would protect them against mumps,
19 your opinion is that was a fair and accurate
20 statement to make?
21     MR. SANGIAMO: Object to the
22 characterization of the document.
23     Also, Dr. Durbin, I would suggest you
24 read the entire section called "Purpose of the
25 Study."

Page 27

1     THE WITNESS: It is my opinion that,
2 when reading the entire purpose of the study,
3 it's clear that the purpose is to measure
4 antibodies.
5     So I do think that this is a fair and
6 accurate statement.
7 BY MR. SCHNELL:
8     Q. I don't disagree with your
9 characterization that it was -- that it mentions
10 antibodies. But you don't disagree with my
11 reference that this talks about protecting
12 children, right?
13     MR. SANGIAMO: Object to the form.
14     THE WITNESS: Again, I'm not an expert
15 on this consent form. What I will say is that
16 it is generally accepted. And when you read --
17 when you read the literature on mumps, it is
18 thought that neutralizing antibodies will lead
19 to protection, but we do not have a defined
20 correlate of protection.
21     I do not think that it is unreasonable
22 or misleading to say that that -- to say in the
23 consent form that the purpose of the study is to
24 measure antibodies against mumps.
25     And I'm not -- I'm not -- I'm not

Page 28

1 bothered by the word "protective antibodies" in
2 this case.
3 BY MR. SCHNELL:
4     Q. You said, "I do not think it's
5 unreasonable or misleading to say in the consent
6 form that the purpose of the study is to measure
7 antibodies against mumps," right?
8     A. Yes.
9     Q. Do you think it's misleading or
10 unreasonable to say that, in the consent form,
11 that the purpose of the study is to measure
12 protective antibodies?
13     A. I do not --
14     MR. SANGIAMO: Objection. Asked and
15 answered.
16     THE WITNESS: Yes. I do not think that
17 that is misleading, no.
18 BY MR. SCHNELL:
19     Q. But your opinion is still that the
20 AIGENT assay wasn't about measuring protection
21 against mumps, correct?
22     MR. SANGIAMO: Object to the form.
23     THE WITNESS: Correct. The assay
24 doesn't measure protection.
25

Page 29

1 BY MR. SCHNELL:
2     Q. So just so I'm clear, your opinion is it
3 was okay to tell the parents of the participants
4 in the study that the assay was going to measure
5 or not whether -- measure whether or not their
6 child was protected against mumps, but it's also
7 your opinion that the assay wasn't about
8 measuring protection against mumps?
9     A. No.
10     MR. SANGIAMO: Object to the form.
11 Object to the characterization of the document.
12     This is going on for a long time on a
13 topic she doesn't have a -- namely, the consent
14 form that she doesn't have an opinion on.
15     MR. SCHNELL: Well, she certainly has an
16 opinion on what the purpose of the study is, and
17 that's what --
18     THE WITNESS: So I want to make it
19 clear. An assay does not measure protection.
20 You measure antibodies, which may be indicative
21 of protection. Neutralizing antibodies were
22 chosen because we know that the mumps virus is
23 efficacious.
24     The only way you can truly measure
25 protection in a vaccine study is an efficacy

8 (Pages 26 - 29)

Appx2707

1 study.  To do that, you need to give the vaccine
2 to some people and you need to give a control to
3 some people.  And then you measure the
4 difference in the incidence of disease in those
5 who receive the vaccine and those who receive
6 the control.
7      We cannot do that with mumps because the
8 current mumps vaccine has essentially reduced
9 the incidence of mumps to such a degree that
10 there's not enough disease to measure efficacy.
11      So what you are looking at is not a true
12 measure of protection.  You are measuring a
13 relatedness.
14      So we know, for instance, that the mumps
15 vaccine induced in the original trials greater
16 than
17 90 -- or 95 percent or so protective efficacy.
18      We know in those studies that the
19 subjects who received the vaccine seroconverted,
20 and we know that with the AIGENT assay, we're
21 measuring seroconversion.
22      So I think that it is fair to go from A
23 to B to C, which in my opinion is what the
24 consent form is relating.
25      But you can't go into all of those

1 intricacies in a consent form, because you have
2 to make sure that the people who are being
3 consented understand, at their own level, what
4 you're saying.
5 BY MR. SCHNELL:
6   Q.  So is it your opinion that the AIGENT
7 assay provided a relevant measure of protective
8 antibodies against mumps?
9   A.  It is my opinion that the AIGENT assay
10 measured neutralizing antibodies and that, yes,
11 a high seroconversion rate using the AIGENT
12 assay is indicative that the vaccine would, in
13 fact, be protective.
14      I just want to follow up by saying,
15 again, that is on a population level.  It does
16 not mean that every individual who seroconverts
17 will be protected against mumps.
18   Q.  But isn't that what the consent form is
19 telling the parents, that they're going to find
20 out through this test whether or not their child
21 is protected?
22      MR. SANGIAMO:  Object to the form.
23 Object to the characterization of the consent
24 form.
25      THE WITNESS:  No.

1 BY MR. SCHNELL:
2   Q.  It's not?
3   A.  No, not on an individual level.
4   Q.  So then if you can turn to the page with
5 the Bates number ending 201 in this document,
6 this consent form we were just looking at, you
7 see where it says "Benefits"?
8   A.  I'm still -- I'm sorry.  I'm looking.  I
9 got it.
10   Q.  It says, "Your child may benefit
11 from participating" --
12      MR. SANGIAMO:  Hang on.  Do you see it,
13 Dr. Durbin?
14      THE WITNESS:  I'm reading it now.
15 BY MR. SCHNELL:
16   Q.  "Your child may benefit from
17 participating in this study if the
18 antibodies formed following his/her vaccination
19 protect your child against developing measles,
20 mumps, rubella and chicken pox."
21      Skipping a few sentences down -- one
22 sentence down, "You will be informed of your
23 child's results."
24      So my question is, if the test was not
25 capable of identifying, on an individual basis,

1 whether or not the child was protected, how
2 could the parents be informed of their child's
3 results?
4      MR. SANGIAMO:  Objection.  This doesn't
5 say what tests results or whether it's going to
6 be this assay, some other assay that was going
7 to be the basis for what the parent was going to
8 be informed.
9      This is not a --
10      MR. SCHNELL:  Do you want to just say
11 objection?
12      MR. SANGIAMO:  No, I don't want to just
13 say objection.  No, I can say --
14      MR. SCHNELL:  No, you can't.  You can
15 say objection.  You can't coach the witness into
16 what she's going to answer.
17      MR. SANGIAMO:  This is not a topic on
18 which she is designated as an expert.  She's not
19 designated as an expert on this consent form,
20 and I think this has gone on far longer than it
21 should.
22      You can ask your next question.
23      MR. SCHNELL:  Can you can repeat my
24 question, please?
25      (The reporter read the record as

Appx2708

Page 34

1 requested.)
2     THE WITNESS: So one of the things that
3 I want to say is the study says "if," not
4 "will." So there is no guarantee that the child
5 will develop antibodies.
6     And whether or not -- based on my
7 reading of this paragraph, the results that will
8 be given are not whether or not the child is
9 protected but the result of whatever immunoassay
10 was being done.
11     MR. SCHNELL: Can you -- so I'd like to
12 mark as Durbin Exhibit 3 a Merck submission to
13 FDA dated November 30, 2001, Bates range 126233
14 through 66.
15     (Durbin Deposition Exhibit 3 marked for
16     identification and attached to the
17     transcript.)
18 BY MR. SCHNELL:
19     Q. Have you seen this document?
20     A. I do not recognize this document.
21     Q. Do you know what this document is?
22     A. It looks like --
23     MR. SANGIAMO: Take your time to look at
24 it, Dr. Durbin, because there could be multiple
25 components to it.

Page 35

1     THE WITNESS: It appears to be an
2 amendment to an IRB for a revised consent form
3 for different investigators and different sites.
4 BY MR. SCHNELL:
5     Q. So if you could turn to the page with
6 the Bates number ending 247.
7     You know that's the bottom right corner
8 when I'm talking Bates number?
9     A. Right.
10     Q. By the way, you mentioned correlate of
11 protection before.
12     A. Uh-huh.
13     Q. What is a correlate of protection?
14     A. A correlate is -- of protection is a
15 measurement that can definitively relate to
16 protection so that you may not need to do an
17 efficacy study. It may be a direct -- so, for
18 instance, an immune response such as
19 neutralizing antibody. If you had one, you
20 could say, if I had a titer of neutralizing
21 antibody above X, then I know that this person
22 is protected against that specific disease.
23     Q. And we don't have that for mumps,
24 correct?
25     A. That is correct.

Page 36

1     Q. But we do have the capability of
2 serologic testing that shows relevance to
3 protection; is that correct?
4     A. I believe so, yes.
5     Q. And you believe the AIGENT test was such
6 a test, correct?
7     A. I believe it is one, yes.
8     Q. And the relevance to protection is what
9 you've described as neutralizing antibodies,
10 correct?
11     A. So I think that the mechanistic -- that
12 neutralizing antibodies are the mechanism by
13 which it would protect, yes.
14     Q. We just don't know how many neutralizing
15 antibodies you need for full protection; is that
16 correct?
17     A. It's not just that, no. It's that
18 there's likely other mediators within the immune
19 system that are needed for protection, and
20 neutralizing antibody is just one of many. That
21 it may not be that neutralizing antibody, in and
22 of itself, will lead to full protection.
23     Q. So is it fair to say that the AIGENT
24 assay, in your opinion, was relevant to
25 protection because it measured neutralizing

Page 37

1 antibodies that are relevant to protection?
2     A. Yes.
3     Q. But that the extent of that protection
4 was not something that the AIGENT assay took on;
5 is that correct?
6     MR. SANGIAMO: Object to the form.
7     THE WITNESS: I would agree with that,
8 mostly because you're looking at measuring at a
9 snapshot in time. You're measuring this at six
10 weeks post-vaccination. We know antibodies
11 decline over time. We know that there are other
12 components of the immune system are important
13 for protection against all pathogens. So it is
14 a measurement, but it is not an absolute
15 measurement to protection.
16 BY MR. SCHNELL:
17     Q. But just dealing with that snapshot of
18 time, the AIGENT assay, in your opinion,
19 measured neutralizing antibodies relevant to
20 protection but did not in any way measure
21 whether or not the particular child who was the
22 subject of that test was protected from mumps.
23 Is that a fair statement of your opinion?
24     MR. SANGIAMO: Object to the form.
25     You can answer.

10 (Pages 34 - 37)

Appx2709

Page 38

1 THE WITNESS: I would say not exactly,
2 because there's more to it than just
3 seroconversion. It's the quantity of
4 antibodies.
5 So I would presume, if somebody had a
6 titer of greater 1 to 4,000, that that
7 individual is likely protected, as opposed to
8 someone who had a titer of 1 to 64.
9 It's not just the fact that you
10 seroconvert, but it's the quantity. The
11 quantity of those neutralizing antibodies is
12 also likely important to protection.
13 BY MR. SCHNELL:
14 Q. But with respect to the AIGENT test, it
15 didn't -- once a seroconversion was scored, it
16 did not take a step further and distinguish
17 among the titers between those seroconversions;
18 is that correct?
19 A. That was not the primary endpoint, no.
20 Seroconversion was the primary endpoint.
21 Q. So is it fair to say that with respect
22 to an individual sample, an individual
23 participant in the AIGENT assay, the results of
24 that assay did not indicate, one way or another,
25 whether or not that particular participant was

Page 39

1 protected against mumps?
2 A. So let me go back again. So the
3 individual result of the participant was, in
4 fact, known. The titer was known. As I stated
5 earlier, I am not aware of what results were
6 given back to the participant at all.
7 Again, we don't have a defined correlate
8 of protection for mumps, so I can't say
9 definitively that any particular titer was
10 protective.
11 I will tell you, from my experience with
12 other neutralizing antibody assays and other
13 viruses, the higher the titer generally means
14 you're protected. And I'll leave it at that.
15 Q. So do you have any sense of where that
16 cutoff between protection and not --
17 A. Not for mumps.
18 Q. -- protection was with the AIGENT assay?
19 A. I do not for mumps.
20 Q. With respect to the AIGENT assay?
21 A. That was not an endpoint; so no, I do
22 not.
23 Q. So the AIGENT assay, in your opinion,
24 could have measured -- actually did measure
25 samples scored at seroconverting, even though

Page 40

1 those samples did not necessarily -- let me
2 strike that.
3 So the AIGENT assay results,
4 seroconversion results, as far as you know, did
5 not distinguish between seroconversion results
6 that were protective against mumps and those
7 that were not?
8 MR. SANGIAMO: Object to the form.
9 THE WITNESS: So we don't know the titer
10 that's protective, so there would be no way to
11 do that.
12 What the AIGENT assay did provide was a
13 geometric mean titer of the antibody titers in a
14 summary fashion. Not -- so you take all the
15 individual titers and you determine the
16 geometric mean titer.
17 BY MR. SCHNELL:
18 Q. What's your understanding as to how the
19 AIGENT assay measured mumps-specific
20 neutralizing antibodies?
21 A. So as with all PRNs, the general premise
22 of the assay is you have serum -- generally, you
23 can use plasma. But serum from an individual.
24 You mix that serum with -- you do dilutions of
25 that serum, and you can do serial twofold or

Page 41

1 serial fourfold or other serial dilutions of
2 that serum. You mix it with your indicator
3 virus, and then you have a separate control
4 plate of that indicator virus without antibody,
5 and you count the number of plaques.
6 So that mumps -- in this case, it would
7 be mumps virus only. And you get an average
8 number of plaques in your control, and then you
9 look at your serial dilutions and you see at
10 what point, at what dilution you have fewer than
11 50 percent of the control well.
12 So you're measuring a population of
13 antibodies in the serum that are preventing
14 plaque formation of mumps. So you're looking
15 specifically at mumps in that situation.
16 Q. But this was a trivalent vaccine,
17 correct?
18 A. Correct.
19 Q. So there are also measles and rubella in
20 the sample?
21 A. Yes.
22 Q. And so do you have an understanding as
23 how the assay distinguished between antibodies
24 that were specific to mumps versus specific to
25 rubella versus specific to measles?

11 (Pages 38 - 41)

Appx2710

Page 42

1    A. So, again, I was not -- my task was not
2  to review the specificity of the assay.
3       From what I understand is that measles
4  antibodies and rubella antibodies were measured
5  by a different assay. In trying to look at
6  measles -- or, excuse me, looking at mumps
7  neutralizing antibody, they tried to do an
8  antibody depletion assay in a small number of
9  sera.
10   Q. If you could turn -- I had you on 247.
11 Let me see if I still have a question.
12      Yeah. If you look under Background and
13 Purpose of the Study --
14   A. Uh-huh.
15   Q. -- midway down, it says, "This study is
16 being done because Merck would like to make sure
17 that M-M-R II vaccine still has enough live
18 viruses at the end of its 24-month storage
19 period or shelf life to protect children from
20 measles, mumps, and rubella infections."
21      Do you see that?
22   A. Uh-huh.
23   Q. And it's your opinion that that is an
24 accurate statement of the purpose of the study,
25 correct?

Page 43

1       MR. SANGIAMO: Object to the form.
2       THE WITNESS: First of all, I don't know
3  what this consent form is for. I have not seen
4  this before so I don't know if this is related
5  to protocol 7.
6  BY MR. SCHNELL:
7    Q. I want you to assume for my question
8  that it is related to the AIGENT assay
9  specifically.
10   A. The AIGENT assay? This -- this, to me,
11 does not say anything about the AIGENT assay.
12   Q. Okay. I just want you to assume it
13 does.
14   A. Well --
15   Q. Is that an accurate statement of what
16 the purpose of the AIGENT assay was?
17      MR. SANGIAMO: Is what an accurate
18 statement of the purpose?
19      MR. SCHNELL: The sentence I just read
20 into the record.
21      MR. SANGIAMO: The sum and --
22      THE WITNESS: This -- I mean, what this
23 is telling me, it's not -- it's not saying --
24 it's just saying that there's enough virus in
25 the -- there's enough vaccine in the -- in the

Page 44

1  vials.
2       That doesn't tell me anything about the
3  AIGENT assay or whether it's measuring -- it
4  doesn't tell me how it's measuring whether or
5  not there's enough live virus.
6       To me, to measure live virus, you would
7  simply titrate the virus.
8  BY MR. SCHNELL:
9    Q. So then is your answer that this is not,
10 in your opinion, an accurate statement of the
11 purpose of the AIGENT assay?
12   A. The AIGENT assay is not -- the purpose
13 of the AIGENT assay is not to measure live
14 virus, no. It's not to measure the amount of
15 live virus, based on that sentence.
16   Q. And then if you read down to the next
17 paragraph, the second sentence says, "The way
18 that protection for disease is determined is by
19 measuring the amount of antibodies (germ
20 fighters)" --
21   A. Yes.
22   Q. -- "in the blood after vaccination."
23      You would agree with that, right?
24      MR. SANGIAMO: Dr. Durbin, you have to
25 wait until he finishes his question before start

Page 45

1  to you answer.
2       THE WITNESS: Okay. Thank you.
3       So this is a broad general statement
4  that, yes, some measures of protection are
5  antibodies. Not everything, but yes.
6  BY MR. SCHNELL:
7    Q. Now, is this an accurate statement with
8  respect to the AIGENT assay?
9    A. The AIGENT assay was designed to measure
10 neutralizing antibody, yes.
11   Q. And is that the way that protection for
12 disease is determined with respect to mumps?
13   A. No.
14   Q. So with respect to the AIGENT assay, as
15 it related to measuring mumps-specific
16 antibodies, is this an accurate statement?
17   A. So let me go back again. The definitive
18 way to measure protection is an efficacy study,
19 which we cannot do with mumps. Neutralizing
20 antibody is an indirect way of measuring
21 protection.
22      So I would say that it is accurate to
23 say that the AIGENT assay's purpose was to
24 measure antibodies that are thought to be
25 protective.

12 (Pages 42 - 45)

Page 46

1    Q.  So my question was specific to this
2  sentence.  As it relates to the AIGENT assay, is
3  it an accurate statement?
4    A.  Yes, I believe that --
5       MR. SANGIAMO:  Object to the form.
6       THE WITNESS:  I believe that it is
7  accurate.
8  BY MR. SCHNELL:
9    Q.  You mentioned earlier in your testimony
10 about previous studies that demonstrated the --
11 I don't remember if you used "effectiveness" or
12 "efficacy," but something along those lines.
13 That there were previous studies that you said
14 measured the effectiveness or efficacy of mumps
15 and that the AIGENT assay was consistent with
16 those studies.
17      Do you recall that testimony?
18   A.  Yes.
19   Q.  What study -- what previous studies are
20 you talking about?
21   A.  So the original studies by Hilleman,
22 et al., where they looked at the protective
23 efficacy of mumps vaccine prior to licensure.
24   Q.  Any other studies, or are those the only
25 ones you were referring to?

Page 47

1    A.  There have been numerous different
2  studies.  I can't -- I can't relate each and
3  every.  But yes, there were numerous studies in
4  other countries as well that looked at efficacy
5  of mumps vaccination.
6    Q.  Can you tell me any one of those
7  studies?
8    A.  So some, I think, were in Finland and
9  Soviet Union.  They may not have all been with
10 the Jeryl Lynn Merck vaccine, but many numerous
11 different studies.  GSK.
12   Q.  What were the endpoints that -- the
13 endpoints for the AIGENT study?
14   A.  So the --
15      MR. SANGIAMO:  Object.  Object to the
16 form.
17 BY MR. SCHNELL:
18   Q.  You can answer.
19   A.  Oh, I can answer?
20      So the objectives of the study were,
21 one, to ensure that MMR, given with VARIVAX,
22 ensured similar seroconversion rates of the
23 different potencies of the mumps vaccine.
24      And the second objective was to ensure
25 that MMR, with mumps given at different

Page 48

1  potencies with VARIVAX, ensured a seroconversion
2  rate of 90 percent or greater.
3    Q.  Protection was not one of the endpoints?
4    A.  No.  Again, you can't measure protection
5  unless you do the standard efficacy study.
6       MR. SCHNELL:  What are we on, 4?
7       THE WITNESS:  Direct protection.  You
8  can't measure direct protection without an
9  efficacy study.
10      MR. SCHNELL:  I'd like to mark as
11 Exhibit 4 a document dated March 14, 2000, Bates
12 number 1258 through 61.
13      (Durbin Deposition Exhibit 4 marked for
14       identification and attached to the
15       transcript.)
16 BY MR. SCHNELL:
17   Q.  These purport to be minutes from a
18 meeting dated March 14, 2000.
19      You should be familiar with this
20 document.  You cite it many times in your
21 report.
22      Do you recognize it?
23   A.  I do recognize it.
24   Q.  Do you know what this document is?
25   A.  This is a document that -- and I'm just

Page 49

1  going to review it because I haven't seen it in
2  a little while.
3       MR. SANGIAMO:  Take your time to review
4  it, Dr. Durbin.
5       THE WITNESS:  Yes.  I recognize this
6  document.  This was a discussion with members
7  from FDA about the indicator virus that was --
8  that should be used in the assay as whether --
9  as well as different variables, discussing with
10 CBER how they do their PRNT assay, and other
11 different modifications that Merck can do to
12 make the assay more sensitive.
13 BY MR. SCHNELL:
14   Q.  Do you know who drafted these minutes?
15   A.  I believe someone from Merck.  I don't
16 know the individual.
17   Q.  But obviously, you trust these minutes
18 to be an accurate representation of what
19 occurred during the meeting or I assume you
20 wouldn't have cited it in your report several
21 times, right?
22   A.  I do.
23   Q.  Okay.  On the second page, under number
24 8, it says, "The PRN assay is an immunological
25 endpoint for protection against wild-type

13 (Pages 46 - 49)

Appx2712

Page 50

1 disease."
2    A.  Correct.
3    Q.  And that's a correct statement, right?
4    A.  It's an immunological endpoint.
5    Q.  So what does that mean?
6    A.  It means that it is an immunological
7 assay that they're using to infer protection or
8 to hopefully relate to protection.
9    Q.  And so if the assay -- if the AIGENT
10 assay had nothing to do with protection, then
11 they would not be -- Merck would not have been
12 complying with what was a central purpose of the
13 protocol 7 study; is that correct?
14       MR. SANGIAMO:  Object to the form.
15       THE WITNESS:  So I would not say that
16 the AIGENT assay had nothing to do with
17 protection.
18       What I'm saying is -- and this may be
19 from -- this may be a semantic point, because
20 looking at efficacy as a direct measure of
21 protection, the immunological assay is an
22 indirect measure.  It does not guarantee
23 protection.
24       So yes, it is an indicator of
25 protection, but it is not a guarantee of

Page 51

1 protection because we don't have a correlate of
2 protection.
3       Were a neutralizing antibody to be a
4 correlate of protection, then we could say, yes,
5 it's direct measure of protection.  But we don't
6 have a correlate of protection.  Neutralizing
7 antibody is not a correlate of protection for
8 mumps and, therefore, we can't say it's a direct
9 measure of protection.
10 BY MR. SCHNELL:
11    Q.  So then going back to what might have
12 been the first question I asked you, is it your
13 opinion that the purpose of the AIGENT assay was
14 to provide an indirect measure of protection
15 against mumps?
16    A.  Again, semantics.  I'm going to say the
17 purpose of the AIGENT assay is to measure
18 neutralizing antibody.  How you interpret those
19 results is whether or not you think that those
20 results are indicative of protection.
21       So the assay itself is measuring
22 antibody.  Those results are then interpreted to
23 mean yes or no, you may be protected.  So a
24 seroconversion rate -- if you seroconvert based
25 on the AIGENT assay, then that is an indicator

Page 52

1 that you have made an immunological response to
2 mumps vaccine and that you may be protected, but
3 it is not a guarantee that you are protected.
4    Q.  Going back to the question I just asked,
5 though, which I don't think you answered, was if
6 the AIGENT assay --
7    A.  Uh-huh.
8    Q.  -- was irrelevant to protection against
9 mumps in what it measured, would that assay then
10 not have complied with what the central purpose
11 of the AIGENT assay was supposed to be?
12       MR. SANGIAMO:  Object to the form.
13       THE WITNESS:  I think you asked it a
14 little bit different, and now I don't understand
15 what you're asking.  Could you repeat the
16 question?
17       MR. SCHNELL:  Could you read back the
18 question.
19       THE WITNESS:  There were a lot of double
20 negatives there.
21       (The reporter read the record as
22       requested.)
23       THE WITNESS:  Again, the central purpose
24 of the AIGENT assay was to measure neutralizing
25 antibody.  That was the purpose of the AIGENT

Page 53

1 assay, to be able to measure neutralizing
2 antibody.
3       That neutralizing antibody is thought to
4 be indicative of protection.  So I would say
5 that the AIGENT assay, in measuring neutralizing
6 antibody -- and again, this was -- this was
7 discussed with FDA.  And FDA, you know, felt
8 that neutralizing antibody is a functional
9 AIGENT assay and there -- and it's one of the
10 reasons we like to do PRN assays is because we
11 feel neutralizing antibody is functional assay
12 and is more indicative of a protective immune
13 response.
14       So I would say that neutralizing
15 antibody seroconversion rates, as measured by
16 the AIGENT assay, are helpful in indicating
17 protection of the vaccine.
18 BY MR. SCHNELL:
19    Q.  So then you agree with the statement
20 that the PRN assay --
21    A.  It is --
22    Q.  -- has an -- was an immunological
23 endpoint for protection?
24    A.  Yes, on a population level.  It does not
25 mean that an individual necessarily is

14 (Pages 50 - 53)

Page 54

1 protected.
2    Q. And you don't understand -- you have no
3 understanding as to whether or not -- or what
4 titer was necessary to provide protection
5 against mumps as -- mumps as measured by the
6 AIGENT assay, right?
7       MR. SANGIAMO: Object to the form.
8       THE WITNESS: There is no titer that's
9 associated with protection for mumps. We don't
10 have a correlate for protection.
11 BY MR. SCHNELL:
12    Q. So your -- is it true, then, in your
13 opinion, the higher the level of titers, the
14 more likely there's protection. But there's no
15 guarantee, regardless of how high the titers
16 are?
17    A. I don't know that I would say that. I
18 think that there probably are very high titers
19 that are, in fact, protective. I only know what
20 was -- what was used to define seroconversion,
21 which was a pretty standard and FDA-accepted
22 definition of seroconversion.
23    Q. And you know what the cutoff that was
24 used --
25    A. Yes.

Page 55

1    Q. -- in the AIGENT assay, right?
2    A. Yes.
3    Q. And in your opinion, whether or not that
4 cutoff was reached did not correlate necessarily
5 with protection against mumps, correct?
6    A. No, not necessarily. So if you didn't
7 reach that cutoff, I would say that you're
8 likely not to be protected. If you did reach
9 that cutoff, if you had a fourfold rise in
10 neutralizing antibody titer, then you are more
11 likely that you are protected than not, but it
12 is not a guarantee.
13    Q. And how would one determine whether or
14 not that particular patient who did reach the
15 cutoff, how would one determine whether or not
16 that person was protected from disease?
17    A. So how you would have to do that and
18 what was tried to do in previous studies is that
19 you have to have enough cases of mumps.
20       So you would either have to take that
21 person at that six-week time point,
22 post-vaccination, with that titer and try to
23 infect them with mumps and see if they were
24 protected or not. We cannot do that.
25    Q. So was there any way for Merck to know,

Page 56

1 with regard to the patients in protocol 7,
2 whether or not patients that met the serostatus
3 cutoff threshold in the AIGENT assay were
4 protected against mumps?
5    A. Prospectively, no. They can, again, set
6 that serostatus cutoff based on historical data
7 that we know from the efficacy studies and also
8 from many different trials of the mumps vaccine
9 that showed different seroconversion rates.
10       And we know that the vaccine must be
11 effective because mumps has declined more than
12 99 percent since the introduction of the
13 vaccine.
14    Q. So is your answer, then, that those that
15 reached the serostatus cutoff threshold were
16 protected against mumps based on what you
17 described as the linking to --
18    A. We can't --
19    Q. -- this prior study?
20    A. No. We cannot know on an individual
21 level. We know that there are breakthrough
22 infections. We know the vaccine is not a
23 hundred percent effective. Therefore, there are
24 breakthrough infections.
25       We do not know at what titer, and there

Page 57

1 were studies that were done historically to look
2 at -- try to find that correlate of
3 protection, and they were unsuccessful.
4       And it was noted even in Dr. -- in the
5 document that you gave me that Dr. Carbone was
6 hoping that a study in Russia may lead to a
7 correlate of protection. I had not seen that
8 that was ever determined.
9    Q. So trying to understand the second part
10 of your answer, that on an individual basis
11 there would be no way to determine whether or
12 not a particular patient was protected against
13 mumps just from the titers resulting from the
14 AIGENT assay but that there could be a
15 determination on an aggregate basis, am I
16 restating your --
17    A. So --
18    Q. -- testimony correctly?
19       MR. SANGIAMO: Doctor, again, let him
20 finish his question. I think you got it, but
21 let him finish.
22       THE WITNESS: So what I'm saying is that
23 when we look on an individual basis -- because,
24 again, we're not inbred. We have very different
25 immune systems. So an individual basis, a titer

15 (Pages 54 - 57)

1 of 1 to 64 may protect me but may not protect
2 you.
3        On a population basis, what we look at
4 is when we give the vaccine, we look at
5 naturally circulating mumps and we see if, on a
6 population basis, most people are protected.
7        We have not seen, you know, as I said
8 earlier, since the introduction of the mumps
9 vaccine, we have seen a 99 percent reduction in
10 the numbers of mumps cases.  That tells us that,
11 on a population basis, the mumps vaccine is
12 effective in preventing mumps.
13        There are some breakthrough infections.
14 So there are individuals who are not protected.
15 Why they are not protected is not necessarily
16 known.  So whether or not their antibody titers
17 have waned over time, whether they have defects
18 in their immune system, we don't know.
19        But we do know, on a population basis,
20 the mumps vaccine is very effective against
21 preventing mumps.  But we can't determine, on an
22 individual basis, who may or may not be at risk
23 for mumps unless we were, for instance, to --
24 you know, what some people have done for
25 measles, for mumps, for chickenpox is to measure

1 antibodies, look for antibodies.  If they don't
2 have antibodies, then we vaccinate.
3 BY MR. SCHNELL:
4     Q.  So my question is about the AIGENT assay
5 specifically and how the AIGENT assay, if at
6 all, gave any kind of support for the mumps
7 component of
8 M-M-R II at the lower potencies being protective
9 against disease.
10        MR. SANGIAMO:  I'm sorry.  Could you
11 please rephrase that question because --
12        MR. SCHNELL:  Can you repeat it?  And
13 she's the one that needs to understand it.
14        MR. SANGIAMO:  Well, I need to
15 understand it, too, because I need to know
16 whether it's objectionable.
17        (The reporter read the record as
18 requested.)
19        THE WITNESS:  So again, I think I've
20 answered this already, but I'll answer it again.
21        So they're using neutralizing antibody
22 as an indirect measure of protection with a
23 cutoff of seroconversion rate of greater than
24 90 percent and also looking at inferiority
25 compared with a higher potency.

1        So that is how the AIGENT assay was used
2 for protocol 7.  It is an immunological endpoint
3 for protection.  It's not a biological endpoint
4 of protection.
5 BY MR. SCHNELL:
6     Q.  And can you tell me the difference
7 between those two?
8     A.  A biological endpoint of protection
9 would be you don't get mumps, so a traditional
10 efficacy study.
11        An immunological endpoint is an indirect
12 measure -- in this case, it's an indirect
13 measure of protection because we do not have a
14 correlate, true correlate of protection.
15     Q.  But again, even with that indirect
16 measure, it wouldn't apply on an individual
17 basis.  You said it would only apply in the
18 aggregate, right?
19        MR. SANGIAMO:  Object to the form.
20        THE WITNESS:  It may or may not apply.
21 I can't say.
22 BY MR. SCHNELL:
23     Q.  It may or may not apply to what?
24     A.  To protection.  It may or may not.  It
25 may be that the person is protected with, you

1 know -- as I said, it may be a person is
2 protected with a titer of 1 to 64 or is
3 protected with a titer of 1 to 4,000.  That's
4 why we don't have the correlate of protection.
5     Q.  So it may or may not apply on an
6 individual basis.  But on an aggregate basis,
7 you're comfortable that it does demonstrate
8 effectiveness?
9     A.  Yes.
10     Q.  And now that's where I want to zero in.
11 So what gives you that comfort?
12     A.  So that comfort -- that comfort comes
13 from knowing the efficacy study of mumps and the
14 immunological assays that were done in those
15 original efficacy studies that showed
16 seroconversion rates of about 95 percent.  And
17 then Dr. Salmon's review of all the many
18 different studies that were done of many
19 different mumps vaccines that also showed
20 seroconversion rates in the range of the AIGENT
21 assay.
22     Q.  Anything else?
23     A.  No.  I think that's basically it.
24     Q.  So it's the original Hilleman studies
25 done in the '60s and then the survey of the --

1 the broad survey that Salmon did
2 of seroconversion studies. It's those
3 two things --
4 A. No. It's all of -- there was more than
5 just the Hilleman study. So other studies,
6 which are probably references in Dr. Salmon's
7 paper. But other efficacy studies of mumps
8 vaccines.
9 Q. Well, the part of Dr. Salmon's paper
10 that you relied on were not efficacy studies.
11 They were just immunologic studies of the
12 seroconversion rates, right?
13 A. Well, no. Some of those studies may
14 have come from efficacy studies where they
15 measured immune responses in either a subset --
16 in a subset of the population.
17 Q. Okay. So how does -- we'll talk about
18 Dr. Salmon's studies later, but the Hilleman
19 studies I want to focus on now.
20 How do the studies that Dr. Hilleman did
21 in the 1960s give you any kind of comfort that
22 the AIGENT study provided an indirect measure of
23 protection against mumps?
24 MR. SANGIAMO: Object to the form.
25 THE WITNESS: So Dr. Hilleman's study

1 was a true efficacy study. So it was measuring
2 how many people who got the vaccine got mumps,
3 compared to people who didn't get the vaccine
4 and got mumps and showed high efficacy.
5 As part of that study, they also
6 measured antibodies from people who got the
7 vaccine. And he -- those antibodies were
8 measured in different ways, one of which was
9 neutralizing antibody.
10 BY MR. SCHNELL:
11 Q. So the Hilleman study gives you comfort
12 because, in your opinion, the Hilleman study
13 demonstrated that neutralizing -- mumps-specific
14 neutralizing antibodies correlated with
15 protection from disease?
16 A. So let me back up. There is no proven
17 correlate of protection for mumps. What the
18 Hilleman study showed was that on neutralization
19 assays, there was a high seroconversion rate of
20 greater -- I believe greater than 90 percent,
21 around 95 percent.
22 So again, an indirect measure of
23 protection, based on a true efficacy study.
24 So we know that -- we know that more
25 than 95 percent of people were actually

1 protected against mumps. We know that a high
2 proportion of those people who got the vaccine
3 seroconverted to mumps. So that seroconversion
4 was related -- you know, what you can say is
5 people seroconverted, and we had protection.
6 Q. Well, isn't the relevance of the
7 Hilleman study to the AIGENT assay only as good
8 as the comparability, the apples-to-apples
9 comparability of the two studies?
10 A. They're --
11 MR. SANGIAMO: Object to the form.
12 THE WITNESS: They're measuring
13 neutralizing antibody. So there's different
14 ways to measure neutralizing antibody, but
15 you're still measuring neutralizing antibody.
16 BY MR. SCHNELL:
17 Q. Right. But if the way that you're
18 measuring them are completely different and the
19 potency of the samples are very different and
20 the indicator strains are very different, aren't
21 those all reasons to make relying on the
22 Hilleman study to support the relevance to
23 protection of the AIGENT study not something
24 that you can rely on?
25 A. I would disagree with that.

1 Q. So is it your opinion that did not --
2 the size of the Hilleman study has no bearing on
3 the relevance of it to the AIGENT assay?
4 A. I don't know what you mean by the size
5 of the --
6 Q. The sample size.
7 A. No.
8 Q. And is it your opinion that the
9 indicator strain used in the Hilleman studies is
10 irrelevant to the indicator strain used in the
11 AIGENT assay in terms of using the Hilleman
12 study to support your opinions on the AIGENT
13 assay?
14 A. Can you repeat the question, please?
15 (The reporter read the record as
16 requested.)
17 THE WITNESS: So the indicator strain
18 may or may not be important. And I think that
19 was evident in discussions with CBER in
20 determining which indicator strain they were
21 going to use.
22 So again, if we go back and we look at
23 seroconversion rates not only based in the
24 original Hilleman study, but you look at
25 seroconversion rates through different studies

17 (Pages 62 - 65)

Appx2716

1  of the mumps vaccine, and we see a
2  seroconversion rate of about 94, 95 percent.
3  And we know that the vaccine is effective
4  because we've reduced the incidence of mumps by
5  about 99 percent.
6      So what we're looking at in terms of
7  the -- when we're measuring neutralizing
8  antibody, we expect that the mumps vaccine will
9  induce a high seroconversion rate.  And that
10  seroconversion rate is, in fact -- you're
11  right -- dependent upon the indicator strain
12  that was used.
13      And those -- that was a topic of great
14  discussion between Merck and CBER, and that is
15  how they came to the conclusion of which
16  indicator strain to use.
17      MR. SANGIAMO:  Gordon, we're coming up
18  on an hour and 15 minutes.  When you get to a
19  good breaking point --
20      MR. SCHNELL:  Right now.
21      VIDEO TECHNICIAN:  The time is
22  a.m.  This completes Media Unit 1.  We're now
23  off the record.
24      (A recess was taken.)
25      VIDEO TECHNICIAN:  The time is

1  10:37 a.m.  This begins Media Unit 2.  We're now
2  on the record.
3      Please proceed, Counsel.
4  BY MR. SCHNELL:
5      Q.  Dr. Durbin, I just want to make sure I
6  understand your testimony.
7      It's your opinion that the AIGENT assay
8  was a reliable indirect measure of protection
9  against mumps, correct?
10      A.  Correct.  As measured by seroconversion
11  rate.
12      Q.  What do you mean by "as measured by
13  seroconversion rate"?
14      A.  Again, to reiterate my testimony from
15  before, it's -- we don't know that an individual
16  titer as measured by the AIGENT assay is
17  protective.  But we do know that induction of
18  seroconversion rate above -- as specified in
19  protocol 7, seroconversion rate above
20  90 percent.  So we look at the overall
21  seroconversion rate.
22      We think that the AIGENT assay measuring
23  neutralizing antibodies and then looking at the
24  seroconversion rate is indicative that the
25  vaccine would be protective.

1      Q.  And then that is based on the findings
2  of Hilleman and the findings of Salmon; is that
3  correct?
4      A.  And other findings as well.  MMWR had an
5  article about that.  And, also, the WHO had a
6  report looking at seroconversion rates of
7  different mumps vaccines.
8      Oh, I'm sorry.  So MM -- so CDC or --
9  and MMWR had a report looking at mumps vaccine
10  and seroconversion rates, as well as WHO.
11      Q.  And your opinion on the AIGENT assay
12  being a reliable indirect measure of protection
13  is based on your understanding, is it not, that
14  the AIGENT assay measured mumps-specific
15  neutralizing antibodies?
16      A.  Yes.
17      Q.  If the AIGENT assay did not measure
18  mumps-specific neutralizing antibodies, would
19  your opinion change?
20      A.  So I -- you know, I was not asked to
21  look at the specificity of the assay.  What I
22  would say is that the antibodies are
23  neutralizing mumps.  Whether they neutralize
24  other viruses as well really doesn't matter as
25  long as they neutralize mumps.  So it wouldn't

1  necessarily change my opinion, no.
2      Q.  It might; it might not.  You just don't
3  know because you're assuming, are you not, that
4  the AIGENT assay measured mumps-specific
5  neutralizing antibodies?
6      A.  So I may or --
7      MR. SANGIAMO:  Object to the form.
8      You can answer.
9      THE WITNESS:  I may or may not know
10  because I don't know enough specifics about --
11  about, you know, the circumstances where they
12  may not -- where it may matter.
13      What I know is that when they measure
14  neutralizing antibody, the neutralizing -- it
15  neutralized mumps virus, and that is what's
16  important.
17  BY MR. SCHNELL:
18      Q.  When you say, "What I know is that when
19  they measure neutralizing antibodies, it
20  neutralizes mumps virus and that is what is
21  important" --
22      A.  Yes.
23      Q.  -- what is the "they"?
24      A.  So the assay.  So when the assay -- when
25  you get a neutralizing antibody titer against

18 (Pages 66 - 69)

Appx2717

1  mumps virus, the antibodies -- and again, you
2  have a whole population of antibodies within
3  serum -- is neutralizing mumps; mumps antigen or
4  mumps virus.  That is -- that is the -- that is
5  the what you're looking for in the assay.
6      If there are antibodies that measure
7  other viruses, that would be detected in another
8  assay.
9      Q.  So you're talking generally.  You're not
10  talking about the AIGENT in that answer, right?
11      A.  Well, so in the AIGENT assay, when we're
12  looking at mumps neutralizing antibody, we know
13  that those antibodies are neutralizing mumps
14  virus, by definition.  That is what -- that is
15  the important endpoint of the assay.
16  Neutralization of mumps virus is the important
17  endpoint of the assay.
18      Q.  How do you know that the AIGENT assay
19  accurately measured mumps-specific neutralizing
20  antibodies?
21      MR. SANGIAMO:  Object to the form.
22  Asked and answered.
23      THE WITNESS:  So I don't know that it
24  matters whether they're mumps-specific
25  antibodies or not.  I know they neutralize mumps

1  virus.  I can't comment on the specificity of
2  that.  That was not within my task.
3      What I do know is that FDA accepted the
4  results of the AIGENT assay.  And in the -- I
5  believe that in the -- in the report to FDA,
6  they were aware of the sensitivity of the assay
7  and specificity of the assay, and they accepted
8  the qualities of the assay.
9  BY MR. SCHNELL:
10      Q.  Okay.  I'm not talking about the FDA.
11  I'm talking about your opinion, and I want to
12  know how do you know -- first of all, you know
13  that the AIGENT assay measured mumps
14  neutralizing antibodies?
15      A.  Yes.
16      Q.  How do you know that?
17      A.  Because mumps virus was the target
18  virus, and that is the virus that was
19  neutralized.  Therefore, the antibodies are
20  measuring mumps neutralizing antibody.
21      Q.  How do you know they were neutralized?
22      A.  Because there were reduction in the
23  number of plaques as you went through dilutions.
24      Q.  But how do you know that, if you didn't
25  study the specificity of the assay?

1      A.  Because I know how the assay was
2  designed and what a PRN assay does.  And the PRN
3  assay is diluting out serum, mixing that diluted
4  serum with a set amount of virus, and comparing
5  the number of plaques at each dilution with a
6  control plate.
7      And when you have neutralizing -- and
8  you determine your titer by looking at a
9  50 percent cut point.  If you have fewer number
10  of plaques than the 50 percent cut point, then
11  it's defined as neutralization 50 percent.  If
12  they are above the 50 percent cut point, then
13  your -- you don't have neutralization.
14      Q.  I want to separate what you actually
15  know and what you're assuming.  And maybe you
16  know everything, or maybe you're assuming
17  everything, but I just want to get to the bottom
18  because it's not clear to me from your answers.
19      So you know that the AIGENT assay
20  measured mumps neutralizing antibodies, right?
21      A.  Yes.
22      Q.  And you know that it was mumps
23  neutralizing antibodies that was reducing the
24  formation of plaques, even though you didn't
25  look at the -- any of the specificity analyses

1  that were performed, right?
2      A.  That is correct, by definition.  If you
3  neutralize a mumps virus, it is mumps
4  neutralizing antibody.
5      Q.  Are mumps neutralizing antibodies the
6  only thing that can neutralize mumps virus?
7      A.  So let me rephrase.  By definition, if
8  an antibody neutralizes mumps virus, it is mumps
9  neutralizing antibody.
10      So if you have an antibody and it's
11  neutralizing mumps virus, that's mumps
12  neutralizing antibody.  If you're -- it's mumps
13  neutralizing antibody.
14      Q.  But not necessarily mumps-specific
15  neutralizing antibody?
16      A.  Can you define what you mean by
17  "mumps-specific neutralizing antibody"?
18      Q.  Well, sure.  You could have a lot of
19  things that could neutralize an antibody to
20  mumps, but it doesn't have to be mumps-specific
21  neutralizing antibody.
22      MR. SANGIAMO:  Object to the form.
23  BY MR. SCHNELL:
24      Q.  Right?
25      A.  So that's correct.  So it may not be

19 (Pages 70 - 73)

Appx2718

1  mumps-specific antibody.  What I would say is in
2  the context of the assay, it doesn't matter
3  because you're looking at the ability of that
4  serum to neutralize mumps virus.
5      Q.  Now, didn't the serum have anti-IgG in
6  it?
7      A.  Yes.
8      Q.  Doesn't that play a role in preventing
9  the formation of plaques?
10     A.  So the purpose of the -- of the anti-IgG
11  is to increase the sensitivity of the assay.
12  That is the purpose of the IgG.  That doesn't
13  mean that in the absence of -- and that's why
14  you use a pre- and the post-serum, because the
15  anti-IgG is, in fact, in both the pre- and the
16  post-serum.  So any effect of the anti-IgG would
17  be the same across pre- and post-sera.  So it
18  doesn't affect the interpretation of the assay.
19     Q.  Didn't you think looking at the
20  specificity results in the validation study
21  would have been relevant to your opinion?
22     A.  I do not.
23     Q.  The specificity to -- the specificity of
24  the AIGENT assay is irrelevant to your opinion?
25     A.  The specificity of the assay was not

1  something that I was tasked with.  I will say
2  that whenever you're doing an assay, there's a
3  balance between sensitivity and specificity.
4      In discussions with FDA, the -- in
5  optimizing the AIGENT assay, the concern was
6  sensitivity, and that was highly discussed
7  between FDA and Merck.  In those discussions,
8  the AIGENT assay was deemed to be acceptable by
9  both sensitivity and specificity by the FDA.
10     So I am -- you know, I think that the
11  AIGENT assay, in my opinion, the absolute
12  specificity of the assay is not -- is -- you
13  know, wouldn't change my opinion.
14     Q.  So even if the specificity of the AIGENT
15  assay was terrible, that wouldn't change your
16  opinion as to whether or not the AIGENT assay
17  provided a reliable measure of mumps
18  neutralizing antibodies?
19     A.  Again --
20     MR. SANGIAMO:  Object to the form.
21  Incomplete hypothetical.
22     THE WITNESS:  Yes.  Again, I was going
23  to say, I would need to know more details around
24  that.
25     What I will tell you is that when you

1  have serum, serum is made up of a population of
2  antibodies.  If those antibodies neutralize the
3  virus, that is the important endpoint.  The
4  individual population of those antibodies may or
5  may not be important.
6  BY MR. SCHNELL:
7      Q.  So let's look at this -- and you did not
8  want to look at the specificity that was
9  performed in the validation, right?
10     MR. SANGIAMO:  Object to the form of
11  that question.
12     THE WITNESS:  I reviewed the documents
13  related to the AIGENT assay.  I saw that they
14  did -- they did an antibody depletion assay with
15  a very small amount of serum, and that did not
16  impact my opinion on the validity of the AIGENT
17  assay.
18     It was accepted by the FDA.  That was
19  good enough for me.  The FDA is the ultimate
20  authority on that.
21  BY MR. SCHNELL:
22     Q.  Do you have an opinion as to whether or
23  not the validation study showed that the AIGENT
24  assay had good specificity?
25     A.  My opinion is that the AIGENT assay --

1  the specificity of the AIGENT assay was
2  acceptable -- was acceptable.
3      Q.  Acceptable in your opinion?
4      A.  It was acceptable in my opinion and
5  acceptable in the opinion of the FDA.
6      Q.  Did you read -- you didn't read the
7  deposition of Joe Antonello, did you?
8      A.  Of, pardon me?
9      Q.  Joe Antonello.
10     A.  I did not.
11     Q.  He wrote the validation study.  Would it
12  have been relevant to your opinion if he didn't
13  believe that the specificity was good?
14     MR. SANGIAMO:  Object to the form.
15  Incomplete hypothetical and misstates
16  Dr. Antonello's testimony.
17     THE WITNESS:  So again, I would need to
18  know more about what his concerns were.  I can't
19  comment on that, not knowing the full
20  context of --
21  BY MR. SCHNELL:
22     Q.  Did you know he had concerns about the
23  specificity of the assay?
24     MR. SANGIAMO:  Object to the form.
25  Mischaracterizes Dr. Antonello's testimony and

Appx2719

Page 78

1 calls for speculation.
2      THE WITNESS:  I don't recall.
3 BY MR. SCHNELL:
4    Q.  And you never wanted to see the
5 deposition of the Merck statistician who
6 performed the validation study of the AIGENT
7 assay?
8    A.  I did not.  I am not a statistician.
9    Q.  You didn't think it was relevant to see
10 what this Merck individual said about the
11 validation that he wrote?
12    A.  I did not.  Again, the validation report
13 and the assay were acceptable to the FDA and,
14 therefore, acceptable.
15      MR. SCHNELL:  I'd like to mark as Durbin
16 Exhibit 5 a submission by Merck to FDA dated
17 August 20, 2001, Bates range 481 to 539.  And
18 I'd like to point you to the validation report
19 that begins on 502.
20      (Durbin Deposition Exhibit 5 marked for
21       identification and attached to the
22       transcript.)
23 BY MR. SCHNELL:
24    Q.  You've reviewed the validation report,
25 right?

Page 79

1    A.  Let me look at it and see.
2      I've looked at this, yes.
3    Q.  And specifically, you've looked at the
4 "Specificity" section, which is -- the
5 conclusions are summarized on page 2, and then
6 the actual -- page 2 of the document.  And then
7 the actual discussion begins on page 14 of the
8 document.
9      You've seen all this, right?
10    A.  Yes.
11    Q.  What's your opinion of, from this valid
12 -- of what this validation report shows in terms
13 of the specificity of the AIGENT assay?
14    A.  My opinion is that depletion of serum
15 with mumps virus led to a reduction in the mumps
16 titer and that the assay did show, in 50 percent
17 of the samples tested, which were four -- I
18 think four or eight, that it showed reduction in
19 the mumps virus titer by PRN.
20    Q.  And in your opinion, as someone who has
21 performed or been involved with or overseen
22 thousands of PRNs --
23    A.  Yeah.
24    Q.  -- your opinion is that's sufficient
25 specificity?  You would be satisfied, in terms

Page 80

1 of any of the PRN tests you were overseeing, you
2 would be satisfied with that specificity level?
3    A.  I am satisfied with that specificity
4 level, knowing there's a tradeoff between
5 sensitivity and specificity.  And the purpose of
6 optimization of the AIGENT assay was to increase
7 the sensitivity of the assay.
8      So yes, I am fine with that specificity.
9    Q.  And so tell me --
10    A.  As was the FDA.
11    Q.  So tell me, when you say that there was
12 a 50 percent reduction of the samples tested in
13 the mumps titer by PRN, what does that mean, "in
14 50 percent"?
15    A.  So in 50 percent of the samples that
16 were tested, the PRN titer was reduced.
17    Q.  And what about the other 50 percent?
18    A.  There was no reduction in titer.
19    Q.  And so what does that tell you?  In
20 50 percent of the cases there was mumps
21 specificity, and in the other 50 percent there
22 wasn't?
23    A.  So what that tells me when I look at
24 this -- and I think it's important to note --
25 what that tells me is that there is some

Page 81

1 inhibition of mumps that may or may not be
2 related to mumps virus in itself.
3      Again, you're looking at polyclonal
4 serum.  There's a lot of different components to
5 that.  You can't say, yes or no, that it's
6 particularly related.  It may be an indirect
7 effect of mumps.  You don't know.
8      But again, in 50 percent, you saw a
9 clear reduction in the titer.
10    Q.  And the other 50 percent, you didn't?
11    A.  You did not.  Some of those titers, the
12 starting titer was quite low, however.
13    Q.  But if you had seen this report and you
14 were in the position of running the PRN and
15 making sure that the study was up to your
16 standards, you would have been satisfied with
17 this -- with this specificity, right?  It
18 wouldn't have raised any red flags for you?
19    A.  Again, knowing -- knowing what the
20 purpose of the AIGENT assay was, no, this would
21 not have raised red flags.
22    Q.  The purpose being that this was supposed
23 to be an indirect measure of protection?
24    A.  That the purpose of the AIGENT assay was
25 to have increased sensitivity to neutralizing

21 (Pages 78 - 81)

Appx2720

1 antibody, yes.
2     Q.  What about the other purpose we've
3 discussed, that it was supposed to be an
4 indirect measure of protection against mumps?
5     A.  Again, it doesn't bother me because the
6 serum neutralized mumps antibody.  The
7 components within that serum were able to
8 neutralize mumps antibody.
9         Again, in terms of a big picture of
10 protection and if you're giving, for instance, a
11 multivalent vaccine like MMR plus VARIVAX,
12 you're looking for antibody that neutralizes
13 mumps.  You do presume and assume that the
14 majority of those antibodies are, in fact,
15 induced by the mumps virus.  So you're getting
16 a seroconversion rate of 90 -- you're seeing
17 neutralization of the mumps virus.
18        Again, in my opinion, this assay was not
19 designed to test the specificity of the assay.
20 And again, it was not my purview, it was not my
21 task to review the specificity.
22        The specificity of the assay was
23 acceptable to FDA, it was acceptable to me when
24 I look at this, knowing that those antibodies,
25 whatever their derivation, neutralized mumps

1 virus.
2     Q.  But the sample that was being tested had
3 anti-IgG, right?
4     A.  All of the samples.
5     Q.  Right.  And that's not -- in the shot
6 given to your child, that's not in there, right?
7     A.  So let me go back.  The PRN assay is a
8 biological assay.  It does not contain all of
9 the components of the immune system.  So you're
10 not going to -- you don't give IgG to help the
11 vaccine work.  What you're looking at is trying
12 to find an indicator of immunogenicity.
13        We cannot include all the components of
14 the immune system in a single assay.  For that
15 reason, you're looking at how you can best
16 design your assay to be sensitive enough -- in
17 this case, looking at sensitivity primarily,
18 you're looking to see how you can design your
19 assay to, in fact, measure what it is you want
20 to measure.
21        You don't want to exclude people who are
22 seropositive because your assay was not
23 sensitive enough to pick up those antibodies.
24        We can't include every component of the
25 immune system in our assay.  So when we're

1 designing assays and optimizing assays, we do
2 what we can to ensure that we are actually
3 measuring what it is we want to measure, and
4 that's why the anti-IgG was added.
5        It was -- it was -- you know, it had
6 been reported to increase the sensitivity of
7 mumps.  It had been used in different assays
8 other than mumps as well, and it was an
9 accepted -- it was an accepted additive to the
10 AIGENT assay to increase sensitivity.
11        And if I recall, it was actually
12 suggested at one of the meetings with FDA and
13 was acceptable to FDA.
14        So, you know, no, you don't give the
15 vaccine with anti-IgG.  That's not how it works.
16 What you're trying to do is get a more
17 reflective measure of the immune response to the
18 vaccine.
19     Q.  And in your opinion, it's okay to
20 disregard specificity in favor of sensitivity
21 when you're having a problem with an accurate
22 measure --
23     A.  That is not what I --
24     MR. SANGIAMO:  Object to the form.
25 Object to the characterization of her testimony.

1     THE WITNESS:  Yes.  That is not what I
2 would say.  I didn't say disregard.  I said you
3 take into consideration both sensitivity and
4 specificity, and you weigh them both.
5 BY MR. SCHNELL:
6     Q.  Okay.  And you believe that that was
7 done appropriately here?
8     A.  I do.
9     Q.  So if your comfort with the specificity
10 is based on the fact that regardless of whether
11 the antibodies that neutralize mumps were mumps
12 specific, they still neutralized mumps, that's
13 an accurate statement of your comfort level of
14 the specificity, right?
15     MR. SANGIAMO:  Object to the
16 characterization of her testimony.
17     THE WITNESS:  So there's a couple
18 things.
19        One, yes, what you're measuring is
20 you're measuring neutralizing antibody to mumps.
21 I think what you can get from the specificity
22 analysis is that that is an acceptable degree of
23 specificity.  That was an acceptable degree of
24 specificity.
25        It doesn't necessarily mean that those

22 (Pages 82 - 85)

Appx2721

1 antibodies weren't induced by mumps. What -- in
2 the PRN assay, all it's telling you is that if
3 you've tried to remove mumps antibody, then the
4 titer will go down. That is all the antibody
5 depletion assay did. It's a relatively crude
6 assay.
7 BY MR. SCHNELL:
8   Q. Now, how do you get comfort in assessing
9 whether or not the mumps neutralization that
10 occurs in the assay isn't caused by the anti-IgG
11 or some other --
12   A. Again --
13   Q. -- some other factor in the serum?
14   A. Again, because you're comparing pre and
15 post. So it's present in all of the samples.
16 So when you see a difference between pre and
17 post, it's not due to the IgG. It's due to the
18 induction of an immune response.
19   Q. But suppose you see an inflated
20 neutralization in both the pre and post.
21 Doesn't that raise a flag that maybe there's
22 something else that's causing the
23 neutralization?
24   A. Again, I would have to have more details
25 on your context. But one thing that I will say

1 is that is why you look for fourfold rise to be
2 your definition of seroconversion.
3 BY MR. SCHNELL:
4   Q. You know there was an issue with too
5 many pre-positives in the AIGENT assay, right?
6     MR. SANGIAMO: Object to the form.
7     THE WITNESS: Pre-positive? What do you
8 mean by pre-positive? People? Tests?
9 BY MR. SCHNELL:
10   Q. Positive neutralization in the
11 pre-vaccination samples.
12   A. Yes.
13     MR. SANGIAMO: Object to the form.
14 BY MR. SCHNELL:
15   Q. And do you know why there was an issue
16 with that in the AIGENT assay?
17   A. So I'm going to --
18     MR. SANGIAMO: Well, object to the form
19 of that question as well.
20     THE WITNESS: Yes.
21     MR. SANGIAMO: You can answer.
22     THE WITNESS: I would not say that there
23 was an increased number of pre-positives in the
24 AIGENT assay. There were an increased number of
25 pre-positives which led them to optimize and

1 create the AIGENT assay.
2     And there were concerns about that, I
3 think for good reason, that the number of
4 pre-positives, I think, was a concern for a
5 number of reasons.
6 BY MR. SCHNELL:
7   Q. And what are those reasons?
8   A. The reasons are that you're vaccinating
9 12- to 18-month-old children who should be
10 seronegative. So when you have a
11 disproportionately high number of seropositives
12 prior to vaccination, that is -- that would
13 raise a question mark. That would make me
14 think, why am I seeing so many? These people
15 should all be seronegative. And perhaps I need
16 to refine or optimize my assay, because that's
17 not the reading
18 that -- you know, that is an unexpected result.
19   Q. And couldn't it also mean that there was
20 something else going on in the serum that was
21 causing neutralization that wasn't from a mumps
22 neutralizing antibody?
23   A. You know, it -- I would say that, you
24 know, not knowing the context of these children,
25 I can't think of -- knowing that they didn't get

1 a combination vaccine that, you know, there's
2 not something in there that I can think of that
3 would cause -- you know, that would be
4 non-specific neutralization.
5     It could be non-specific neutralization.
6 But I think that, again, is why you need to
7 optimize your assay to look at that and see if
8 you can find a more sensitive assay looking at
9 mumps neutralization.
10     MR. SCHNELL: I'd like to mark as
11 Exhibit 6 the deposition transcript of Joe
12 Antonello.
13     (Durbin Deposition Exhibit 6 marked for
14       identification and attached to the
15       transcript.)
16 BY MR. SCHNELL:
17   Q. You didn't look at this deposition, you
18 said before, right?
19   A. I have not seen this deposition.
20   Q. You've never even heard of Joe
21 Antonello, right?
22   A. I don't believe so, no.
23   Q. And you didn't think it was relevant to
24 review the testimony of the Merck employee who
25 conducted the validation study for the AIGENT

23 (Pages 86 - 89)

Appx2722

Page 90

1 assay on which you're opining in your report,
2 correct?
3    A. I did --
4      MR. SANGIAMO: Object to the form.
5      THE WITNESS: I did not.
6 BY MR. SCHNELL:
7    Q. And so is it also fair to say that it's
8 not relevant to your opinion whether or not the
9 specificity validation study demonstrated good
10 specificity with the assay?
11     MR. SANGIAMO: Object to the form.
12     THE WITNESS: Again, I don't know how
13 you define good specificity. What I know is
14 that the specificity, as submitted to FDA, was
15 acceptable to the FDA.
16 BY MR. SCHNELL:
17    Q. So your opinion -- really, the essence
18 of your opinion in your report is on the -- and
19 correct me if I'm wrong. I just want to
20 understand.
21     The essence of your opinion is on
22 whether or not the AIGENT assay was a properly
23 conducted and reliable assay; is that correct?
24     MR. SANGIAMO: Object to the form. It's
25 a 34-page report. There's a lot of opinions in

Page 91

1 there.
2      THE WITNESS: That is one of my
3 opinions, yes.
4 BY MR. SCHNELL:
5    Q. One of your key opinions, correct?
6    A. Yes.
7    Q. Yet you didn't review anything about the
8 specificity of the assay; is that correct?
9    A. That is not correct.
10    Q. Well, you said --
11    A. The specificity --
12    Q. I'm sorry. Go ahead.
13    A. The specificity of the assay was in the
14 documents, and I did -- I did look at the
15 summary report that showed that there was
16 acceptable specificity listed in this document.
17    Q. I thought your earlier testimony was
18 that reviewing the specificity of the assay was
19 outside the scope of your opinion.
20    A. It was outside of the scope on how it
21 was done. I saw the specificity listed in the
22 report.
23    Q. Okay. So -- but it was outside the
24 scope of your opinion in this report on the
25 reliability of the AIGENT assay; is that

Page 92

1 correct?
2    A. That is correct. I did not review how
3 the specificity was validated.
4    Q. And you don't have an opinion, one way
5 or the other, on the specificity; is that
6 correct?
7      MR. SANGIAMO: She's given you testimony
8 about what she thinks about the specificity.
9      MR. SCHNELL: Just say objection,
10 please.
11     MR. SANGIAMO: Well, no, I can say
12 whatever is appropriate to say and --
13     MR. SCHNELL: No, you really can't.
14     MR. SANGIAMO: No, I really can.
15     MR. SCHNELL: You really can't.
16     MR. SANGIAMO: She just testified at
17 length about what she thinks of the specificity
18 of the assay.
19     THE WITNESS: What I think about the
20 specificity assay is this: When you are
21 designing an assay, there was always a tension
22 between sensitivity and specificity. The
23 primary purpose of the AIGENT assay was to
24 increase the sensitivity of the assay.
25     I believe that the specificity of the

Page 93

1 assay, as it was in the report, is adequate.
2 BY MR. SCHNELL:
3    Q. Okay. And your opinion -- and you're
4 making this opinion or rendering this opinion
5 without hearing what the Merck employee who
6 conducted the specificity or who wrote the
7 validation report of the specificity analysis
8 had to say; is that correct?
9    A. That is correct. That is correct.
10 The -- how the Merck -- how the Merck -- the
11 Merck employee's opinion, again, that was out of
12 my scope.
13     Merck discussed with the FDA the
14 optimization of this assay. They discussed with
15 them the sensitivity and the specificity of the
16 assay. Those were all acceptable to the FDA.
17    Q. What --
18    A. I did not have an issue with the
19 specificity of the assay.
20    Q. Were you at the meetings where Merck
21 discussed specificity with FDA?
22    A. I was not.
23    Q. Did you review all the documents where
24 Merck is describing its specificity to the FDA?
25    A. I would have no idea. I don't know what

24 (Pages 90 - 93)

1 all those documents were.
2    Q.  So you don't really know what Merck told
3 the FDA about specificity, other than what's in
4 the validation report, right?
5    A.  What I know is that the report was
6 submitted to FDA, and FDA accepted it.
7    Q.  Okay.  So if you were giving an opinion
8 on the specificity of the AIGENT assay, wouldn't
9 you want to know what the testimony was of the
10 Merck employee who wrote the validation study?
11    A.  Out of context, I can't -- I can't --
12 no.  I mean, what I know is that the assay was
13 formulated.  The specificity and the sensitivity
14 were known.  They were acceptable to both
15 parties.
16    So I -- you know, in my opinion, I don't
17 need to know how they got there.  All I need to
18 know is how the protocol was devised, how the
19 protocol's run, and whether or not that
20 protocol, as submitted to FDA, was deemed valid.
21    That's one of the purposes of working
22 with FDA as you're developing assays because you
23 want to ensure, when you submit those results to
24 FDA, they're going to be accepted based on the
25 assay that you ran.  That was accepted by FDA.

1 Therefore, I didn't feel that I needed to know,
2 down to a granular detail, communications
3 between whoever validated the assay.
4    Q.  How do you know that Merck provided full
5 and accurate information to the FDA regarding
6 the specificity of the AIGENT assay?
7    A.  That is outside of my scope, and I
8 don't -- I can't comment on that.  I don't know
9 what documents were provided.  I don't know all
10 of the documents that were provided to FDA by
11 Merck.
12    Q.  And your assumption that -- I'm sorry.
13 And your opinion that the FDA accepting the
14 specificity of the assay as being relevant to
15 your opinion assumes that the FDA received full
16 and accurate information from Merck on the
17 specificity of the AIGENT assay, correct?
18    MR. SANGIAMO:  Object to the form.
19    THE WITNESS:  I would assume that Merck
20 submitted the relevant documents, including the
21 validation, how they -- that they submitted
22 relevant documents to FDA.  I can't testify as
23 to what those relevant documents are.  It's out
24 of my scope, and I don't know.
25

1 BY MR. SCHNELL:
2    Q.  But you're assuming that to be true for
3 the purposes of your opinion, correct?
4    A.  Yes.
5    MR. SANGIAMO:  Object to the form.
6 BY MR. SCHNELL:
7    Q.  And you're also assuming that if Merck
8 internally believed that the assay had poor
9 specificity that it would have shared that with
10 the FDA, correct?
11    MR. SANGIAMO:  Object to the form.
12    THE WITNESS:  Again, I don't know how
13 you would define poor specificity.  I don't know
14 what conditions those were run under.
15    I know that -- you know, all I can
16 testify to is that Merck submitted the
17 specificity of the assay to FDA, and FDA
18 accepted the assay.
19 BY MR. SCHNELL:
20    Q.  You're saying all I know is that Merck
21 submitted the specificity of the assay to the
22 FDA, and FDA accepted the assay.
23    But didn't you just say you don't know
24 what they submitted to the FDA regarding
25 specificity, other than the validation study?

1    A.  So I believe that they submitted the
2 study that showed it was -- and, again, this is
3 me remembering many, many documents, through
4 many, many documents.  I do remember that FDA
5 was aware of the specificity, that it had been
6 submitted perhaps in a summary document of the
7 AIGENT assay, but that FDA was, in fact, aware
8 of the specificity of the assay.
9    Q.  Only through the validation report?
10    A.  I can't comment to that.  I don't know
11 what documents they received.
12    Q.  Okay.  So let's look at what Joe
13 Antonello had to say about specificity.
14    So if you could turn to page 115.
15    A.  Is that here or --
16    Q.  No, of the actual deposition.  Page 30
17 of the transcript.
18    "Question" -- this is starting at line
19 4 -- "And did it also -- and it also had a
20 specificity that you were satisfied with as
21 well?
22    "Answer:  In retrospect, looking at the
23 specificity results in this study, they're
24 peculiar.  And I think today, I might push back
25 a little more on the lab, given these results.

25 (Pages 94 - 97)

Appx2724

1    "Question: The results that were in the
2 validation report?
3    "Yes.
4    "Question: So at the time you found
5 these results, you were satisfied and did not
6 provide any pushback to the lab. But in
7 retrospect, you're saying you would have?
8    "Answer: In retrospect now, yeah, I
9 think I would. At the time, probably I didn't
10 have enough experience to know to push back on
11 that."
12    I want to read another passage from
13 Dr. Antonello. This is on page 121.
14    "Question," starting line 10: "With
15 these results, what do they tell you about the
16 ability of this assay to distinguish between
17 mumps neutralizing antibodies, measles
18 neutralizing antibodies, and rubella
19 neutralizing antibodies?
20    "Answer: Yeah. I'd say these results
21 don't show that it can distinguish measles and
22 rubella. However, you also see the same result
23 for mock, where there's no measles or rubella
24 antigen.
25    "So where there is no antigen, you're

1 seeing the same result for mock. So if it was
2 specifically measles or rubella, you'd see
3 reductions here, but not in the mock. So
4 there's something going on here that I don't
5 understand because you also see it for the mock.
6    "So it's not demonstrating conclusively
7 that these -- that it's specific for these, but
8 it's more complicated than that."
9    And then finally, on page 123, starting
10 line 25.
11    "Question: Isn't the purpose of the
12 validation report, as it relates to specificity,
13 to conclude with some level of confidence that
14 the assay is specific to the antigen that you're
15 attempting to measure?
16    "Answer: Yes. And I think that looking
17 back, the results are not strong in that
18 regard."
19    MR. SANGIAMO: Can you finish that?
20    MR. SCHNELL: Sure.
21 BY MR. SCHNELL:
22    Q. "Now too these results were submitted to
23 the FDA. The validation was submitted to the
24 FDA. They viewed it as acceptable and approved
25 the assay. You know, perhaps, you know, their

1 understanding -- I don't know enough about the
2 biology to say that maybe there's an explanation
3 for this, for this result."
4    Now, having seen all that, would this
5 testimony have been relevant to the FDA in
6 assessing the specificity of the assay, in your
7 opinion?
8    MR. SANGIAMO: I'm going to object to
9 any questions about this deposition, which she
10 has not read. You've just excerpted several
11 lines from a 300-some page transcript.
12    So I'm objecting to any questions about
13 the transcript because she can't possibly be
14 called upon to testify about Dr. Antonello's
15 testimony.
16    MR. SCHNELL: She could testify about
17 whether it's relevant to her opinion. For some
18 reason, she was not given this transcript to
19 read.
20 BY MR. SCHNELL:
21    Q. And I would like to know if it would
22 have been relevant to your opinion.
23    MR. SANGIAMO: Same objection.
24 BY MR. SCHNELL:
25    Q. My question was first about in your

1 opinion, with all the work you've done, would
2 this testimony from the individual who performed
3 the -- who wrote the validation study on
4 specificity and other attributes of the AIGENT
5 assay, in your opinion, be relevant to the FDA
6 in assessing the specificity of the AIGENT
7 assay?
8    MR. SANGIAMO: Same objection.
9    THE WITNESS: And I will say I can't
10 comment for FDA. I know that FDA has their own
11 statisticians. They got the validation report,
12 they were aware of the specificity from the
13 validation report. I don't think this testimony
14 would necessarily have affected their
15 interpretation at all.
16    I want to make it clear: When you're
17 designing an assay, there is always a tradeoff
18 between sensitivity and specificity, and you
19 determine which is the most relevant to your
20 outcome, and sometimes you are willing to trade
21 off specificity for sensitivity.
22    I think that that is completely
23 acceptable in this assay. I think it was, based
24 on the fact that the FDA accepted the assay,
25 that that was acceptable.

26 (Pages 98 - 101)

Appx2725

Page 102

1 BY MR. SCHNELL:
2    Q.  So if you were running an assay and you
3 were concerned about sensitivity, you would
4 be -- it would be acceptable to you to have the
5 specificity reach a point where the assay was
6 unable to distinguish between neutralizing
7 antibodies between the antigen that you were
8 testing for and other antigens in the serum?
9    A.  So let me qualify that that is not what
10 this validation report states.  It doesn't state
11 that it was unable to distinguish.
12    When I am looking at an assay -- again,
13 it's a very broad question.  I would need to
14 know specifics.  But I would look at what level
15 of sensitivity, I would look at what level of
16 specificity, and at some point I would make a
17 determination of whether or not it's acceptable.
18    I can't speak to non-specific, broad
19 generalities like that.  It is a tradeoff, and
20 you have to know what the primary purpose of the
21 assay is.  And you look at the conditions, and
22 then you make a decision whether or not it's
23 acceptable for you to move on.
24    And I think it's important to note that,
25 again, this was done in discussions with FDA,

Page 103

1 and FDA felt that the sensitivity and the
2 specificity of the assay were acceptable.
3    Q.  Now, the validation study didn't say
4 that the assay was incapable of distinguishing
5 between mumps neutralizing antibodies and other
6 neutralizing antibodies, but that's what Joe
7 Antonello said; isn't that true?
8    A.  Can you point to the line you're
9 quoting, please?
10    Q.  It would be page 121, starting at line
11 10, and it would be page 123, starting at line
12 25.
13    MR. SANGIAMO:  Again, I'm going to
14 repeat my objection to any questions about
15 Dr. Antonello's deposition.
16    THE WITNESS:  Again, all I can say is
17 that is the opinion of Dr. Antonello.  That is
18 not necessarily my opinion or the opinion of the
19 FDA, as far as I know.
20 BY MR. SCHNELL:
21    Q.  But you didn't study the specificity
22 of this case and --
23    A.  No.  I only looked -- again, what I
24 looked at was the -- was the 50 percent
25 specificity that was shown in a table.

Page 104

1    MR. SCHNELL:  I'd like to mark as
2 Exhibit 6 [sic] a series of e-mails --
3    MR. SANGIAMO:  I think it's 7.
4    Mr. SCHNELL:  7, thanks.  With the Bates
5 range 791315 through 319, with the top e-mail
6 being from Florian Schodel, S-c-h-o-d-e-l, to
7 Mike Dekleva, D-e-k-l-e-v-a.
8    (Durbin Deposition Exhibit 7 marked for
9    identification and attached to the
10    transcript.)
11 BY MR. SCHNELL:
12    Q.  Is this document familiar to you,
13 Dr. Durbin?
14    A.  I do not believe it is.  It does not
15 look familiar to me.
16    Q.  Again, in your work on this report, you
17 only looked at the documents -- in terms of the
18 Merck internal documents, you only looked at the
19 documents that were provided to you, correct?
20    MR. SANGIAMO:  Object to the form.
21    THE WITNESS:  That is correct.
22 BY MR. SCHNELL:
23    Q.  And there was not an instance where you
24 were like, hey, I'd like to see this or, hey,
25 I'd like to see that, and documents were gotten

Page 105

1 for you?
2    A.  I had no idea what documents were
3 available.  No, I did not request additional
4 documentation.
5    Q.  Okay.  So the only interest I have in
6 this document for you is the first two e-mails
7 on the first page.
8    A.  Uh-huh.
9    Q.  The first one is from -- the bottom
10 e-mail is from Mike Dekleva for Florian Schodel.
11    A.  Uh-huh.
12    Q.  Mike Deklava, at the time, was the
13 director of worldwide regulatory affairs for
14 vaccines and biologics at Merck.
15    Pretty important position, right?
16    MR. SANGIAMO:  Okay.  Answer if you know
17 if he was a director -- a director -- in the
18 department.  Answer if you know what the
19 importance was of that position.
20    THE WITNESS:  I don't know the
21 importance of the position.
22 BY MR. SCHNELL:
23    Q.  And you don't know who he is, right?
24    A.  I do not know who he is.
25    Q.  Okay.  So if you look at the bottom

27 (Pages 102 - 105)

Appx2726

1 paragraph, one, two, three, four lines down, he
2 is saying, Deklava is saying, "I spoke with Joe
3 Antonello yesterday, and he reemphasized that
4 the precision with the PRN assay was very poor."
5     Do you see that?
6   A. Uh-huh.
7   Q. Then if you go to the top e-mail,
8 Florian Schodel is telling Mr. Deklava in the
9 second sentence, "Agree with Joe. Could not
10 overemphasize the weakness of the PRN.
11 50 percent specificity," with a bunch of
12 exclamation marks.
13     You've never seen this document before,
14 correct?
15   A. I have not.
16   Q. Would this document have been relevant
17 to your opinion?
18     MR. SANGIAMO: By the way, before you
19 answer that, Dr. Durbin, feel free to read the
20 document.
21 BY MR. SCHNELL:
22   Q. And again, I'm not asking you to agree
23 with the document, disagree with the document,
24 to get in the science behind the document.
25     Simply asking if seeing this kind of

1 document, where internal Merck employees are
2 commenting on their view of the AIGENT assay,
3 would have been relevant to your opinion in this
4 case.
5   A. Again, not knowing the exact contents of
6 these e-mails, I don't know that that -- I can't
7 say that they would have been relevant to my
8 discussion.
9     We know that -- again, we know there's a
10 tradeoff between sensitivity and specificity.
11 In review of the documents, I was aware -- you
12 know, I saw in their report 50 percent
13 specificity. FDA was aware of that.
14     So in regards to, you know, what the
15 assay was designed for and knowing that there's
16 a tradeoff between sensitivity and specificity,
17 my interpretation is that that is an acceptable
18 tradeoff in this circumstance. That you're not
19 going to have -- you may not have -- you know,
20 it's very difficult to have very high
21 sensitivity and specificity in the same assay.
22     I think going in knowing what the
23 specificity is is fine. You take that into
24 consideration. FDA took that into
25 consideration.

1     So internal documents reiterating that
2 the assay was 50 percent specific -- had
3 50 percent specificity does not change my
4 opinion of the AIGENT assay.
5   Q. Well, this goes more than just saying
6 50 percent specificity. This is one individual
7 characterizing the AIGENT as very poor or the
8 precision of the AIGENT as very poor. Another
9 one who says can't overemphasize the weakness of
10 the PRN. You're telling me --
11   A. So again --
12   Q. -- your testimony is that these opinions
13 from internal Merck employees about the AIGENT
14 assay have no relevance to your decision? And
15 I'll leave it at that.
16   A. No. I mean, I think you have to take
17 into account who these people are. So are they
18 part of designing the assay? Do they know
19 exactly what the endpoint of the assay is? Have
20 they taken into consideration the tension
21 between sensitivity and specificity?
22     On the face of it, they may not have
23 been happy with the specificity of the assay,
24 but that does not negate the validity of the
25 assay. It was acceptable to FDA, and that is

1 the bottom line. The FDA is the one who is
2 going to utilize those results to -- in
3 consideration of their study.
4     So, you know, whether or not people
5 agree or disagree that 50 percent specificity is
6 good, bad, or ugly, you know, I don't think is
7 relevant to the -- you know, internal
8 discussions amongst Merck employees doesn't
9 affect my sort of interpretation of the assay.
10     I know that it can be very difficult at
11 times to have a very highly sensitive and highly
12 specific assay, and sometimes you make a
13 tradeoff between the two.
14   Q. So just so we're clear, your testimony
15 is that the opinions of Dr. Antonello,
16 Dr. Schodel -- and I don't know if Michael
17 Deklava is a doctor, but Michael Deklava, their
18 opinions on the AIGENT assay with regard to
19 precision, with regard to the strength or
20 weakness of the assay, with regard to the
21 specificity, their opinions, without knowing
22 anything about their role in the AIGENT assay,
23 their opinions on those subjects are irrelevant
24 to your opinions?
25     MR. SANGIAMO: Object to the form.

28 (Pages 106 - 109)

Appx2727

1 BY MR. SCHNELL:
2   Q.  Is that your testimony?
3       MR. SANGIAMO:  Object to the form, and
4 asked and answered.
5       THE WITNESS:  Yes.  My response is this:
6 The information that's provided in this e-mail
7 is not new.  It's information that was known; it
8 was known to FDA, it was known to Dr.
9       It's clear that they would have
10 preferred higher specificity, but that does
11 not -- that does not change my opinion in terms
12 of the validity of the AIGENT assay.
13 BY MR. SCHNELL:
14  Q.  It's your testimony that the FDA knew
15 that Florian Schodel could not overemphasize the
16 weakness of the AIGENT --
17  A.  That is not my testimony.  My testimony
18 is --
19  Q.  Okay.  Well --
20      (Simultaneous crosstalk interrupted by
21      the court reporter.)
22      THE WITNESS:  My testimony is that the
23 FDA was aware that the specificity of the assay
24 was 50 percent.
25  Q.  But you don't know whether or not they

1 knew thought Florian Schodel's opinion was,
2 right?
3   A.  I can't --
4       MR. SANGIAMO:  Asked and answered.
5       THE WITNESS:  I can't testify to that.
6 I don't know what communication -- I don't know
7 all of the communications that the FDA received.
8 BY MR. SCHNELL:
9   Q.  And you didn't read the deposition
10 testimony of Dr. Schodel, right?
11  A.  I did not.
12  Q.  And you didn't read the deposition of
13 Dr. Deklava, right?
14  A.  I did not.
15  Q.  And you already said you didn't read of
16 Joe Antonello, correct?
17  A.  I did not.
18  Q.  And sitting here today, you don't think
19 that would have been relevant to your opinion?
20  A.  I --
21      MR. SANGIAMO:  Objection.  Asked and
22 answered.
23      Just -- you've already answered it.
24      THE WITNESS:  I've already answered it.
25 I do not.

1       MR. SCHNELL:  I'd like to mark as
2 Exhibit 8 a series of e-mails, Bates range
3 759061 through 64.  Top e-mail from
4 Dr. Antonello to Jonathan Hartzel,
5 H-a-r-t-z-e-l, with several other individuals
6 copied.
7       (Durbin Deposition Exhibit 8 marked for
8       identification and attached to the
9       transcript.)
10 BY MR. SCHNELL:
11  Q.  I'm only interested in asking you about
12 this top e-mail, and specifically where
13 Dr. Antonello says -- well, actually, let me
14 read the three sentences I want to ask you
15 about.
16      So it starts with the second sentence.
17 "The PRN was developed specifically for this
18 study.  Based on assay development work, the
19 90 percent lower bound was a level that we
20 thought could be achieved and most likely would
21 have achieved if not for the reduction in sample
22 size.
23      "Beyond that, there was no clinical
24 history/expectation/meaning that can be attached
25 to the 90 percent response level in the PRN

1 assay."
2       You've not seen this series of e-mails
3 either, right?
4   A.  I have not.
5   Q.  Do you have any understanding as to what
6 Dr. Antonello was mean -- meant when he said,
7 "Beyond that, there is no clinical
8 history/expectation/meaning that can be attached
9 to the 90 percent response level in the PRN
10 assay"?
11  A.  I can't comment.  I have no idea of the
12 context of this or what he's talking about.
13  Q.  Wouldn't you want to know what he's
14 talking about with respect to the opinions
15 you're giving in this case?
16  A.  No.  My -- my task was to evaluate the
17 assay itself, how it was developed.  This
18 communication, I have no idea what it's about,
19 and I -- I don't know how it would impact what I
20 was doing.
21  Q.  Wasn't part of your assignment to opine
22 on whether or not the AIGENT assay had any
23 clinical meaning?
24      MR. SANGIAMO:  Object to the form.
25      THE WITNESS:  I believe that was -- that

29 (Pages 110 - 113)

Appx2728

1 was developed between Merck and FDA. Merck --
2 the FDA wanted an assay that was reflective of
3 clinical protection, if I recall. The only --
4 the only -- in that context, the only, I would
5 say, outcome that I was looking at was the
6 seroconversion rate.
7 BY MR. SCHNELL:
8    Q. So then would you not consider, within
9 the scope of your opinion, whether or not the
10 AIGENT assay had any clinical meaning?
11    A. Again, I don't know what Joe
12 Antonelli [sic] is defining as clinical,
13 meaning I can't -- this e-mail is completely out
14 of context. I have no idea what these
15 discussions are about. I really don't feel I
16 can comment on that.
17    Q. Agreed. My question to you is, was what
18 you believed as having clinical meaning
19 something that you felt was within the scope of
20 your analysis of the AIGENT assay?
21    A. The scope of my analysis was looking at
22 seroconversion rate, which FDA, in the PRN
23 assay, was associating with protection or
24 clinical relevance for protection.
25    Q. But you believe that whether you

1 believe -- whether you felt the AIGENT assay had
2 any clinical relevance is outside the scope of
3 your opinions?
4    A. So let me state, again, the scope of my
5 opinion was to evaluate the AIGENT assay as a
6 PRN assay. I was not -- the scope of my opinion
7 was not to determine whether the outcome of that
8 assay would result in efficacy or clinical
9 protection.
10    It was how is this assay -- how was this
11 assay developed? Is this assay, as a
12 neutralizing antibody, are we measuring
13 neutralizing antibody? And then looking at that
14 in terms of seroconversion rate. And the only
15 relationship with clinical outcome is the
16 induction of the neutralizing antibody and the
17 seroconversion rate.
18    So, you know -- and again, if that's
19 what you mean by clinical outcome, I was basing
20 that on discussions that Merck had with FDA in
21 the original discussions of what assay they were
22 going to use. FDA wanted an assay that could
23 relate to the clinical outcome of protection.
24 That is -- that was within my task.
25    I don't know, in terms of this e-mail,

1 what this relates to at all because it's out of
2 context. I don't know if the definitions are
3 the same. I can't comment on that. I don't
4 know the context of this e-mail.
5    Q. Assuming the definitions were the same,
6 wouldn't you want to know more about what
7 Dr. Antonello's view was that supported what
8 he's saying here, that in his opinion, there was
9 no clinical history, expectation, or meaning
10 that can be attached to the 90 percent response
11 level in the PRN assay?
12    A. Again, I can't comment on that because I
13 don't know what he's referring to.
14    Q. But why didn't you want to find out?
15    A. I didn't see this before.
16    Q. Well, if you had --
17    A. I've never seen this before.
18    Q. Well, if you had seen it now, would you
19 want to find out?
20    A. Again, his opinion is not -- is not
21 relative to my analysis of the assay. So I
22 looked, was the assay technically correct? Was it
23 developed -- were the assay characteristics
24 acceptable to the FDA? And was the assay able
25 to measure neutralizing antibody response to

1 mumps virus? And then what was the
2 seroconversion rate related to that?
3    That is what I was asked to review. It
4 doesn't have anything to do with opinions within
5 Merck with -- by Joe Antonello or others in
6 Merck. I looked at the assay, how it was
7 developed, and the characteristics and the
8 communications between FDA.
9    I rely -- you know, looking at how the
10 assay was developed, I was very impressed at the
11 communications between Merck and FDA in
12 development of the assay. That tells me that
13 FDA was well aware, during the development of
14 the assay, how Merck was developing the assay,
15 what the characteristics of the assay were, what
16 the target virus, indicator virus was, what
17 other reagents were used in the assay, and all
18 of those were acceptable to FDA.
19    Q. And the fact that, at least in this
20 e-mail, the Merck employee who wrote the
21 validation study having the opinion that the
22 AIGENT assay had no clinical meaning is
23 irrelevant to all of those opinions?
24    MR. SANGIAMO: Objection.
25

30 (Pages 114 - 117)

Appx2729

Page 118

1  BY MR. SCHNELL:
2      Q.  Is that your testimony?
3          MR. SANGIAMO:  Objection.  Asked and
4  answered.  She already testified to this.  It's
5  going on an awfully long time.
6          THE WITNESS:  My opinion is this:  I
7  don't know what background Joe Antonello knows.
8  What I know is that it is ultimately up to FDA,
9  and FDA found it acceptable and clinically
10 relevant.
11 BY MR. SCHNELL:
12     Q.  Is it your opinion that the AIGENT assay
13 measured neutralization solely -- solely -- due
14 to mumps-specific neutralizing antibodies?
15         MR. SANGIAMO:  Object to the form.
16         THE WITNESS:  I can't -- I can't comment
17 on that.  That is not -- that was not the design
18 of the AIGENT assay, and there's other --
19 there's not enough information to say that
20 specifically.
21         All I can tell you is it measures mumps
22 neutralizing antibody.  I can't say that it's
23 solely mumps neutralizing antibody.
24 BY MR. SCHNELL:
25     Q.  And in terms of your view as to the

Page 119

1  relevance to clinical protection of the AIGENT
2  assay, doesn't matter to you whether or not the
3  AIGENT assay was able to distinguish between
4  mumps-specific neutralizing antibodies and mumps
5  neutralizing antibodies?
6          MR. SANGIAMO:  Object to the form.
7          THE WITNESS:  So I'm going to go back.
8  So all the mumps -- all the AIGENT assay can
9  tell you are these antibodies that are
10 neutralizing mumps virus.  That is the important
11 outcome of the assay.
12         It cannot tell you the origin of those
13 antibodies, per se, but the outcome is measuring
14 neutralization of mumps virus.  That is what's
15 important.  Sort of that is how I interpret the
16 assay.  I cannot -- I cannot delve into that any
17 deeper.
18 BY MR. SCHNELL:
19     Q.  But isn't it true that in the AIGENT
20 assay, the plaque inhibition could have been the
21 result of the anti-IgG?
22     A.  Again, I can't comment on that.  That's
23 why you have pre- and post-specimens.  That is
24 an -- and you have internal controls to measure
25 those types of effects.

Page 120

1      Q.  Well, tell me, because you've studied
2  the assay, tell me how the AIGENT assay
3  distinguished between a neutralization that was
4  caused by a mumps-specific neutralizing antibody
5  and caused by the binding of an anti-IgG to an
6  antibody.
7      A.  It doesn't distinguish that.
8      Q.  So how does that give you any level of
9  confidence that the AIGENT assay was able to
10 identify mumps neutralizing antibodies that
11 would be in the vaccine given to a child?
12     A.  Because you saw a difference between the
13 pre and the post specimens.  So the only thing
14 that changed in that interim was vaccination.
15         So you know that based on your pre and
16 your post, person was vaccinated, antibody
17 titers changed.  That's why you look for a
18 fourfold rise in antibody titer.
19     Q.  But the anti-IgG was in both the pre and
20 post.
21     A.  Right.
22     Q.  How can you tell what was caused by, if
23 anything, caused by the mumps-specific
24 neutralizing antibodies and what was caused by
25 the anti-IgG binding?

Page 121

1      A.  Because you see a difference in both.
2  You see a difference in the titer pre and post.
3  And the only thing that changed was vaccination.
4  So you have anti-IgG in the pre, you have
5  anti-IgG in the post.  The only thing that was
6  different is you were immunized with mumps virus
7  and now you're seeing an increase in mumps virus
8  titer.
9      Q.  But how do you not know that the
10 increase in titer was simply because there were
11 more antibodies to be binding to that weren't
12 mumps specific?
13     A.  I'm not sure I understand your question.
14         MR. SCHNELL:  Can you read back the
15 question, please?
16         THE WITNESS:  It doesn't matter -- well,
17 actually, let me answer that.
18         Again, what you are measuring is
19 antibodies that neutralize mumps.  These
20 antibodies have increased in number
21 post-vaccination, and these antibodies are
22 neutralizing mumps virus.  That is what the
23 assay is detecting.  It is detecting sensitivity
24 of neutralization.
25     Q.  Right.  But the neutralization could be

31 (Pages 118 - 121)

1 from the anti-IgG binding with something that
2 has nothing to do with mumps, or it could be
3 from an actual mumps neutralizing antibody,
4 correct?
5     MR. SANGIAMO: Object to the form.
6     THE WITNESS: No. I would disagree with
7 that. Otherwise, you would see that in the
8 pretest specimen. You would see a high titer.
9 You would see no change across titers if it were
10 reacting with something that was not induced by
11 the vaccine.
12 BY MR. SCHNELL:
13    Q. But you did see that in the
14 pre-vaccination samples. That's why there was a
15 high pre-positive rate, correct?
16    MR. SANGIAMO: Object to the form.
17    THE WITNESS: No. You had a lower titer
18 pre-vaccination than post-vaccination. The
19 titer went up post-vaccination, indicating that
20 the vaccine induced antibodies to mumps.
21 BY MR. SCHNELL:
22    Q. So your testimony is that the AIGENT
23 assay reliably distinguished between mumps
24 neutralizing antibodies caused by mumps-specific
25 neutralizing antibodies and mumps neutralizing

1 antibodies caused merely by the binding of
2 anti-IgG with something else?
3     MR. SANGIAMO: Object to the form.
4     THE WITNESS: So that is not my
5 testimony. What I am saying is I don't -- there
6 is no indication that the anti-IgG that was
7 added as part of the assay both pre and post
8 causes the increase in mumps antibody titer
9 post-vaccination.
10    My testimony is that the AIGENT assay
11 measures neutralizing antibody to mumps.
12 BY MR. SCHNELL:
13    Q. But not mumps-specific neutralizing
14 antibody?
15    A. I can't say that. That is not -- that
16 is not the purpose of the AIGENT assay.
17    Q. And -- okay.
18    MR. SANGIAMO: We're a little over an
19 hour, Gordon.
20    MR. SCHNELL: We can take a break.
21    VIDEO TECHNICIAN: The time is
22 11:42 a.m. This completes Media Unit 2. We're
23 going off the record.
24    (A recess was taken.)
25    VIDEO TECHNICIAN: The time is

1 11:58 a.m. This begins Media Unit 3. We're now
2 on the record.
3     Please proceed, Counsel.
4 BY MR. SCHNELL:
5     Q. Generally speaking, Dr. Durbin, is
6 neutralization the only way to inhibit the
7 formation of plaques?
8     A. So -- how can I answer this? So
9 neutralization, there's inhibition of plaques
10 and there's neutralization of virus.
11    Are you talking about a PRN assay
12 specifically?
13    Q. Yes.
14    A. So inhibition of plaque formation in a
15 PRN is -- inhibition of plaque formation is
16 thought to be by neutralizing antibodies.
17 That's how we define it. We define
18 neutralization by the inhibition of plaque
19 formation.
20    However, there are things that can be
21 added to a neutralization assay that can enhance
22 neutralization, or there can be contaminants
23 that, for instance, would inhibit plaque
24 formation of everything; for instance, bacteria.
25    So there are other things than

1 neutralizing antibodies that can inhibit plaque
2 formation.
3     Q. And anti-IgG would be one of those
4 things, correct?
5     A. In and --
6     MR. SANGIAMO: Object to the form.
7     THE WITNESS: In and of itself, I
8 believe it has to be included with -- so it
9 can -- it can have an effect on neutralization,
10 yes. It can inhabit -- inhibit plaque
11 formation, yes.
12 BY MR. SCHNELL:
13    Q. And generally speaking, what's the
14 difference between an antigen -- let's keep it
15 to mumps. Let's keep it simple.
16    The difference between a mumps
17 neutralizing antibody and a mumps-specific
18 neutralizing antibody?
19    A. So in terms of the antibody itself and
20 not related to any assay, one would say that a
21 mumps-specific neutralizing antibody is an
22 antibody that neutralizes mumps and nothing
23 else.
24    Neutralizing antibody, in general, is
25 antibodies that neutralize mumps but can be

Appx2731

Page 126

1 comprised of antibodies that also neutralize
2 other things.
3    Q. And just so we're clear, your opinion is
4 that the AIGENT assay reliably distinguished
5 between mumps neutralizing antibodies and
6 non-mumps neutralizing antibodies, correct?
7    A. That is not my opinion. My opinion is
8 that the AIGENT assay measures antibodies that
9 neutralize mumps.
10    Q. But it does not measure mumps-specific
11 neutralizing antibodies?
12    MR. SANGIAMO: Object to the form.
13    THE WITNESS: So that was not the intent
14 of the AIGENT assay. So you would have to do --
15 you would have to devise another assay to look
16 at distinguishing whether all of the antibodies
17 that neutralize mumps are mumps specific or if
18 they're comprised of mumps specific and
19 non-specific antibodies. The AIGENT assay, in
20 and of itself, was not designed for that. It
21 was designed only to measure mumps neutralizing
22 antibody.
23 BY MR. SCHNELL:
24    Q. It was not designed to measure
25 mumps-specific neutralizing antibodies, and it

Page 127

1 did not measure mumps-specific neutralizing
2 antibodies, correct?
3    A. No, that is --
4    MR. SANGIAMO: Object to the form.
5    THE WITNESS: That is not my testimony.
6 My testimony is that the AIGENT assay measured
7 antibodies that neutralize mumps.
8 BY MR. SCHNELL:
9    Q. I understand that. My question is, did
10 it measure mumps-specific neutralizing
11 antibodies? I'm just trying to clear the record
12 up.
13    A. Again, I can't tell you the composition
14 of the antibodies that neutralize mumps looking
15 only at the AIGENT assay.
16    Q. If you could turn to page 4 of your
17 report, please. It's actually page 6. I was
18 trying to trick you.
19    In the first paragraph, the last
20 sentence, you're defining sero -- you're saying
21 seroconversion refers to a person going from
22 being seronegative prior to vaccination, which
23 generally means lacking pathogen-specific
24 antibodies, to being seropositive after
25 vaccination, which generally means possessing

Page 128

1 such antibodies.
2    A. Yes.
3    Q. That was not the definition of
4 seroconversion in the AIGENT assay, correct?
5    A. So the AIGENT assay defines
6 seroconversion as a fourfold or greater rise in
7 neutralizing antibody.
8    There are -- and I believe this is also
9 referenced in Dr. Salmon's report. There are
10 different definitions of seroconversion. You
11 can -- and I believe he stated also one
12 definition is from seronegative to seropositive.
13    The other is defined by a specific fold
14 rise in antibody titer. Historically, or I
15 would say conventionally, fourfold or greater is
16 the definition that we use when people already
17 have antibodies to a specific pathogen.
18    Q. But here I want you to focus on your
19 language, "pathogen-specific antibodies."
20 That's how you're defining what seroconversion
21 is here. That's your definition of
22 seroconversion, correct?
23    A. That is -- that is a definition for
24 vaccination, yes. Related to vaccination. So
25 in the context of a person who is naive to a

Page 129

1 pathogen, is vaccinated, and then responds to
2 that vaccine.
3    Q. But in the AIGENT assay, seroconversion
4 was not related to mumps-specific antibodies.
5 It was just related to mumps neutralizing
6 antibodies; is that correct?
7    A. So let me clarify. When we say looking
8 at antibodies pathogen specific, we mean in the
9 PRN or in the antibody assay, you add that
10 specific pathogen, and you measure antibodies
11 against that specific pathogen. That is what
12 was done in the AIGENT assay.
13    Q. But it wasn't measuring mumps-specific
14 antibodies, correct?
15    A. So it was measuring antibodies -- I
16 think you're getting hung up sort of in the
17 semantics of this.
18    When we say measuring pathogen, we mean
19 antibodies to that pathogen. So in our assay,
20 we are measuring antibodies to that pathogen.
21    So were some of the antibodies measured
22 by the AIGENT assay specific to mumps? Highly
23 probable. I think we've gone over and over this
24 definition of specificity. I think I've
25 answered it about a million different times

33 (Pages 126 - 129)

1 today.
2     So it was measuring antibodies against
3 mumps. That is all I can say with the AIGENT
4 assay. I cannot give you any more information
5 on that. That was not the intent of the assay,
6 and it's not -- the assay is not able to
7 distinguish mumps-specific versus non-specific
8 antibody.
9     Q. And do you know why?
10     A. Do I know why what?
11     Q. It wasn't able to distinguish in that
12 way.
13     A. Because neutralizing antibody assays, by
14 the way they are run, do not distinguish
15 specific from non-specific antibodies.
16     Q. So in the thousands of PRN assays that
17 you've run, it's the same thing. They do not
18 measure the pathogen-specific antibodies, as
19 you've --
20     A. Let me rephrase --
21     Q. -- described them?
22     A. You cannot --
23     MR. SANGIAMO: Object to the form.
24 Remember, Dr. Durbin, you need to let
25 Mr. Schnell finish the question.

1     MR. SCHNELL: Thank you.
2 BY MR. SCHNELL:
3     Q. So they do not measure neutralizing
4 antibodies that are specific to the pathogen
5 you're testing for?
6     A. That is not true. What I'm saying is it
7 can't distinguish between specific and
8 non-specific antibodies. It does, in fact,
9 measure specific antibodies, but the assay by
10 itself cannot distinguish which are pathogen
11 specific or specific to, for instance, even a
12 viral strain to those that are not.
13     Q. And that's the case with all of the
14 assays you run, the PRN assays you run?
15     A. That is -- that is the characteristic of
16 neutralizing antibody assays.
17     Q. So let's take your dengue -- am I
18 pronouncing it right, dengue?
19     A. Yes, dengue.
20     Q. In your report, you speak about the
21 assays that you've prepared for measuring dengue
22 vaccine.
23     Those are PRN assays, right?
24     A. The PRN, yes, is the primary assay that
25 we use.

1     Q. Right. And in those assays, they are
2 not able to distinguish between dengue-specific
3 antibodies and those that are not specific to
4 dengue?
5     A. So with the PRN, it cannot
6 necessarily -- it does not -- it does not -- you
7 have a neutralizing antibody titer to, for
8 instance, a dengue-1 virus.
9     There's four different dengue viruses.
10 You can have a neutralizing antibody titer to
11 dengue-1. Those antibodies might also
12 neutralize dengue-2. They might also neutralize
13 dengue-3.
14     There are cross-reactive antibodies to
15 dengue so it is difficult to tell, in the
16 PRN, whether or not you are measuring antibodies
17 that are specific to that dengue serotype.
18     You also have cross-reactive antibodies
19 that are reactive to Zika that may be reactive
20 to other flaviviruses.
21     So the PRN assay -- for dengue, because
22 these are all related viruses, we cannot -- you
23 know, we know that those antibodies neutralize
24 dengue. We don't know if they are specific to
25 only that dengue strain, for instance, or only

1 that dengue serotype. Because in a PRN, you can
2 have viruses that neutralize one dengue virus
3 type 1, but they don't neutralize another dengue
4 virus type 1.
5     So you're looking at the overall effect
6 of neutralization. I cannot, using the dengue
7 PRN, using any PRN, tell you specifically how
8 much of that antibody is dengue-specific and how
9 much is not.
10     Q. And how does that bear out, if at all,
11 on the relevance of your PRN assays in terms of
12 measuring likelihood of protection against
13 dengue?
14     A. So dengue -- and dengue is not the same
15 as -- I want to make it clear, dengue is not the
16 same as mumps virus.
17     We know from the Phase III clinical
18 vaccine trial of the recently licensed vaccine
19 Dengvaxia that the presence of neutralizing
20 antibody, in and of itself, may not be
21 protective. We know that the higher the
22 antibody titer, the more likelihood of
23 protection.
24     But we also know that if you have
25 cross-reactive, non-neutralizing antibody, that

34 (Pages 130 - 133)

Appx2733

1 that can actually lead to more severe disease
2 years down the road. And that is why we elected
3 to develop a dengue human infection model
4 specifically for dengue to better try to assess
5 our vaccine for protective efficacy.
6    Q. So the issues of cross-reactivity that
7 you mentioned, weren't those also present in the
8 AIGENT assay?
9    A. No. This is -- the issues that I have
10 with cross-reactivity with dengue, to my
11 knowledge, were not present in -- were not
12 looked for and were not present in the AIGENT
13 assay.
14    Q. And your knowledge is based on what?
15    A. My knowledge is that they did the PRNT
16 for mumps. So they looked specifically at
17 mumps. They did not add other target agents to
18 the PRN.
19    Q. Weren't they also measuring for
20 neutralizing antibodies for measles and for
21 rubella?
22    A. That was not the scope of my review. I
23 believe ELISAs were used, but I cannot state
24 specifically because I did not review anything
25 to do with the measles or the rubella assays.

1    Q. Did you not consider the potential for
2 cross-reactivity between those antigens and
3 mumps?
4    A. I did. I think you can consider that in
5 my opinion. It was not relevant because they
6 were part of the vaccine. And, hence, if you
7 see protection from mumps, in my opinion,
8 because you're receiving measles, mumps,
9 rubella, it's not -- it's not all that important
10 whether the origin is from mumps or measles as
11 long as it protects mumps.
12    Q. And that opinion also is based on the
13 assumption that cross-reactivity and anti-IgG
14 would play no role in what the AIGENT assay
15 measured as mumps neutralizing antibodies,
16 correct?
17    MR. SANGIAMO: Object to the form.
18    THE WITNESS: So again, I don't agree
19 with your assessment. Again, I don't believe
20 that the IgG that was added to the assay had any
21 role in protection because it was included in
22 assays pre-vaccination and included in assays
23 post-vaccination. And the relevant indicator
24 was the increase in titer from pre- to
25 post-vaccination.

1 BY MR. SCHNELL:
2    Q. But the pre-vaccination, there were --
3 well, post-vaccination, there were a whole bunch
4 of antibodies stirred up from the presence of
5 mumps and measles and rubella, correct?
6    A. Theoretically, yes, since they were all
7 included in the vaccine.
8    Q. So wouldn't it have been important to
9 assess any potential cross-reactivity in those
10 antigens and with the mixture of anti-IgG and
11 the binding of all that together in terms of
12 what, if any, effect it had on the measurement
13 of mumps neutralizing antibodies?
14    A. Again, it is my opinion that that is not
15 important because what you are measuring is the
16 overall effect of vaccination. That vaccine
17 included measles, mumps, rubella within the
18 vaccine. You're inducing immune response, and
19 then you're measuring the ability of that immune
20 response to make antibodies and to seroconvert
21 or not seroconvert.
22    The mechanism of that neutralization,
23 whether it's by a cross-reactive antibody or a
24 mumps-specific antibody, in my opinion, is
25 not -- is not necessarily relevant because

1 you're getting neutralization of the virus.
2    Q. Now, that opinion is also assuming that
3 the anti-IgG had no effect to increase the
4 neutralization of mumps, correct?
5    A. So I'm going to answer this again. I
6 don't believe that the effect of IgG is
7 important in this because it was measured
8 pre-vaccination and post-vaccination.
9    Therefore, when you're looking at the
10 effect, the only difference between the
11 pre-vaccination and the post-vaccination serum
12 is the vaccination that occurred.
13    So the effect of IgG is washed out when
14 you're looking at the pre versus the post.
15    Q. There's one other difference you're not
16 mentioning, which is that it's the presence of
17 mumps, measles, and rubella in the
18 post-vaccination sample, correct?
19    MR. SANGIAMO: Object to the form.
20    THE WITNESS: So antibody; measles,
21 mumps, rubella, and varicella.
22 BY MR. SCHNELL:
23    Q. Right.
24    A. Yeah.
25    Q. And so there's no possibility of there

35 (Pages 134 - 137)

Appx2734

Page 138

being any cross-reactivity in the pre-vaccination samples when anti-IgG is used. How do you know that there wasn't that in the post-vaccination sample?

A. So you would notice that in samples possibly that were pre-positive. But again, I think the important point that you're -- with the issue -- or with the assay itself is that you're looking at the total effect of antibodies that are induced by the vaccine. The total effect of those antibodies is neutralization.

Without those antibodies induced, you wouldn't see a rise in antibody titer, unless you were able to induce antibodies by vaccination. That is what the assay is measuring. It's measuring the rise in antibodies post-vaccination.

What the anti-IgG does is increase the sensitivity of that so you're able to actually see the effect of those antibodies.

Q. Well, earlier you testified that it enhanced the neutralization. Is that not true?

A. That's increasing the sensitivity. That's what I just said.

Q. So enhancing the neutralization, in your

Page 139

view, is the exact same thing as increasing the sensitivity of the assay?

MR. SANGIAMO: Object to the form.

THE WITNESS: So what I'm saying is it -- what the anti-IgG does, it enhances the ability to detect the antibodies. It doesn't necessarily enhance neutralization. It enhances the ability to detect the antibodies, and it therefore increases the sensitivity.

And that was well documented in the Sato article and other studies that used anti-IgG for the specific purpose of increasing the sensitivity of the neutralization assay.

BY MR. SCHNELL:

Q. Are you equating neutralization with inhibition of plaque formation?

A. In this particular assay. It doesn't -- in this particular assay, yes.

Q. And are those equivalent, in your mind?

A. So neutralization in this assay is measured by inhibition of plaque formation. So yes.

Q. And is that generally true in PRN assays, that neutralization is the same as inhibition of plaque formation?

Page 140

MR. SANGIAMO: Object to the form.

THE WITNESS: So in the traditional PRNT, which is a plaque reduction neutralization assay, you are reducing the number of plaques. Sometimes plaques don't form. The virus doesn't cause lytic plaques, so you're looking at reduction in the number of focus-forming units as identified by monoclonal antibodies, immunostaining.

So in general, those are the same. You're reducing the ability of the virus to form a plaque or form a focus. And that is what -- how we measure neutralization.

BY MR. SCHNELL:

Q. Can a plaque -- can plaque formation be inhibited by a mechanism other than neutralization?

A. It can be measured by something that's toxic to the virus. So if you kill the virus, the virus won't form a plaque.

Q. Anything else that could inhibit plaque formation, other than neutralization?

MR. SANGIAMO: Object to the form.

THE WITNESS: I think I just answered that, didn't I?

Page 141

BY MR. SCHNELL:

Q. Well, you gave an example. I'm saying, are there any other examples where the formation of a plaque could be inhibited by a mechanism other than neutralization?

MR. SANGIAMO: Object to the form.

THE WITNESS: Anything that inhibits entry of the virus into your cell monolayer will inhibit plaque formation.

BY MR. SCHNELL:

Q. So how did the AIGENT distinguish between inhibition of plaque formation by neutralization versus inhibition of plaque formation by something else?

A. So again, based on the definition of the neutralization assay, what we're seeing is that that antibody binding to the virus is inhibiting the virus from entering the cell and replicating.

So by that mechanism, you don't see a plaque, and that's why we feel, when we're doing the neutralization assay, you can have antibodies that bind to virus, but the virus can still get into the cell and replicate. So we know that the virus is not neutralized.

1 When we're talking about neutralization,
2 we're talking about the antibody binding to the
3 virus and inhibiting that virus's ability to
4 enter cells and replicate. That is detected by
5 lack of a plaque or focus-forming unit when you
6 do your either plaque staining or
7 immunostaining.
8 Q. I want to compare the AIGENT assay in
9 terms of measuring mumps neutralization versus
10 the real world when a vaccine is given to a
11 child.
12 Were there any -- was there anything
13 that the AIGENT measured in terms of mumps
14 neutralization that doesn't happen in the real
15 world in terms of mumps neutralization when a
16 child is given the
17 M-M-R II vaccine with regard to mumps?
18 A. So again, I think as I stated in my
19 report, neutralization is only one small
20 component of the immune system. So there is
21 lots going on post-vaccination in a child
22 related to immunity to mumps that is not
23 measured in the neutralization assay.
24 The neutralization assay is a biological
25 assay that measures functional antibody, but it

1 is in no way a replication of what goes on in a
2 human being.
3 MR. SCHNELL: So can you read back my
4 question, please? My question was only about
5 mumps neutralization.
6 You can read back the question, and I'd
7 like you to answer that question.
8 (The reporter read the record as
9 requested.)
10 THE WITNESS: I'm still not sure I
11 understand your question.
12 BY MR. SCHNELL:
13 Q. Well, the AIGENT assay measured mumps
14 neutralization, correct?
15 A. Yes.
16 Q. And my question is, was there anything
17 in terms of what the AIGENT measured and called
18 mumps neutralization, any difference between
19 that and what happens with mumps neutralization
20 in the real world when a child is given the
21 vaccine?
22 A. So mumps neutralization in the real
23 world -- so there is much more that happens in
24 the real world than happens in a PRN assay.
25 So I'll give an example. Complement.

1 You have complement in your body. You have
2 antibodies interact with complement and aid in
3 the neutralization of virus.
4 When we're looking at
5 neutralizing antibody in many assays, we
6 specifically remove the complement because we
7 want to see the effect of the antibodies in and
8 of itself.
9 So, for instance, in the mumps assay,
10 there is no complement added to the assay. It's
11 removed by heat and activation and not re-added.
12 They looked at complement but found that
13 complement did not increase the sensitivity of
14 the assay, at least in Sato's report.
15 So there's actually more going on in the
16 humans than -- in the real world than is
17 incorporated in the PRN AIGENT assay.
18 Q. Now, you just said that you often take
19 out complement because you want to see -- when
20 you're doing a PRN test because you want to see
21 the effect of the antibodies in and of
22 themselves. Was that done with the AIGENT
23 assay?
24 A. So from what I recall, they looked at
25 different components, they looked at different

1 complement, and I'd have to look at the protocol
2 before me.
3 It was my -- my recollection is that
4 they did not re-add complement. They did so --
5 they were looking at earlier assays with
6 complement because it helped the plaque
7 definition around another strain. I believe it
8 was the LO-1 strain, but I can't recall
9 completely.
10 Whether or not one adds complement or
11 doesn't add complement, you know, you're doing
12 that as part of optimization of the assay. So I
13 would have to look to specifically see whether
14 complement was re-added or not. I know it was
15 discussed as an optimization method.
16 Q. Now, anti-IgG was added, obviously.
17 A. Yeah.
18 Q. That's not a complement, right?
19 A. No, that is not complement.
20 Q. That's a reagent?
21 A. Yes.
22 Q. And did that in any way, in your
23 opinion, interfere with the ability of the
24 AIGENT assay to see the effect of the antibodies
25 in and of themselves?

37 (Pages 142 - 145)

Appx2736

1 A. That actually aided in the ability to
2 see the effect of the antibodies, in my opinion.
3 It increased the sensitivity of the assay.
4 Q. Have you ever done a mumps PRN?
5 A. I have not.
6 Q. Have you ever done a mumps clinical
7 trial?
8 A. I have not. I'm not that old.
9 Q. Have you ever used anti-IgG in a PRN?
10 A. I have not.
11 Q. Why not?
12 A. Because I haven't found the need to do
13 that in the assays that I'm running.
14 Q. And you've run thousands of PRNs?
15 A. My lab has run thousands of PRNs, and I
16 have supervised them. I have not personally
17 pipetted for a thousand PRNs, but I've been
18 heavily involved in the running of thousands of
19 PRNs.
20 Q. And not in a single one of those
21 thousands was anti-IgG used?
22 A. No. And I believe if you look at the
23 literature review, there's only certain viruses
24 that actually use anti-IgG. So measles doesn't
25 require it, rubella doesn't require it, but

1 mumps did require it.
2 Q. You're saying mumps requires the use of
3 anti-IgG in the PRN assay?
4 A. It did in the AIGENT assay to include --
5 increase the sensitivity.
6 Q. What's your opinion as to why it was
7 needed in the AIGENT assay?
8 A. So I think, and I can't quote this, but,
9 you know, in reviewing Sato's assay, so mumps is
10 behaving differently from measles and rubella.
11 It doesn't behave in the same way in a PRN. The
12 antibodies are not able to be detected as easily
13 as in a measles or rubella PRN or in the PRNs
14 that I've run.
15 And so for that reason, they were
16 looking -- they were looking to optimize the
17 assay to increase the ability to detect those
18 antibodies, and that's why the anti-IgG was
19 added.
20 Q. Hilleman didn't use anti-IgG in his PRN
21 studies, right?
22 A. I have not seen his protocol. I cannot
23 comment on that.
24 Q. You've seen no indication that he used
25 anti-IgG?

1 A. No. I have not reviewed his protocol,
2 so I cannot comment on that.
3 Q. Well, you did have a research into the
4 use of anti-IgG in PRNs for this report, right?
5 A. I did.
6 Q. Did you not look and see whether
7 Hilleman used it?
8 A. Hilleman -- a paper by Hilleman was not
9 referenced, but I have not seen the exact
10 protocol that Hilleman used.
11 Q. Now, you mentioned that GSK used it in
12 one of their PRNs.
13 A. Yes.
14 Q. Any other PRNs that you're aware of in
15 which anti-IgG was used?
16 A. So not for mumps, per se. But certainly
17 for other viruses like herpes, CMV. There were
18 several different papers that referenced the use
19 of IgG.
20 Q. Anti-IgG?
21 A. Anti-IgG.
22 Q. Were any of those Phase III pivotal
23 clinical trials?
24 A. Not to my knowledge, no.
25 Q. So the only Phase III pivotal clinical

1 trial that you're aware of where anti-IgG was
2 used in a PRN was the AIGENT?
3 MR. SANGIAMO: Object to the form.
4 THE WITNESS: First of all, I want to
5 say I don't know that that protocol 7 was a
6 Phase III clinical trial. I don't know the
7 phase of that trial, per se. I think I saw
8 reference that it was a Phase V, but I could be
9 wrong.
10 But I do know that it was used in at
11 least two different mumps clinical trials.
12 BY MR. SCHNELL:
13 Q. The GSK one?
14 A. GS -- yes.
15 Q. And what else?
16 A. And the AIGENT assay that was used in
17 protocol 7.
18 Q. Oh, okay.
19 And your opinion is that the use of
20 anti-IgG in the AIGENT assay -- and I don't want
21 to paraphrase; you tell me if I'm wrong; I'm
22 sure Dino will -- was that made it a more
23 reliable measure of the level of mumps
24 neutralizing antibodies; is that correct?
25 MR. SANGIAMO: Object to the form.

Appx2737

Page 150

1    THE WITNESS: So what I would say, it is
2 a more sensitive measure. And, you know, I also
3 want to comment that, you know, in optimizing
4 this assay, again, anti-IgG was suggested at a
5 meeting with FDA. FDA is well aware of the use
6 of anti-IgG in the assay, and it was acceptable
7 to FDA.
8 BY MR. SCHNELL:
9    Q. Your understanding that FDA -- did you
10 say that FDA was aware of it or that -- I
11 forget. Let me see. Was acceptable to FDA.
12    MR. SCHNELL: I'd like to mark as Durbin
13 Exhibit 9 a memo dated February 22nd, '99, from
14 Henrietta Ukwu, U-k-w -- I'm sorry. From Dr.
15 Keith Chirgwin, C-h-i-r-g-w-i-n, Bates range
16 95050 to 52.
17    (Durbin Deposition Exhibit 9 marked for
18      identification and attached to the
19      transcript.)
20 BY MR. SCHNELL:
21    Q. You haven't seen this document, right?
22    A. I'm not sure. I've seen documents
23 similar to this with these names, so I can't say
24 for sure, and discussing some of these -- some
25 of these issues. It may have been a response to

Page 151

1 this. I'm not sure.
2    Q. Okay. So number 4, "CBER does not
3 use either" -- CBER is C-B-E-R. "CBER does not
4 use either complement or IgG to enhance
5 sensitivity and feels that these maneuvers
6 should not be necessary."
7    Have you seen that before?
8    A. I don't recall seeing that before.
9    Q. So you do recall seeing something that
10 indicated to you that the FDA approved the use
11 of anti-IgG, right?
12    A. Yes.
13    Q. But you haven't seen this document where
14 the FDA is saying it doesn't feel that the use
15 of anti-IgG is necessary, correct?
16    MR. SANGIAMO: Object to the
17 characterization of her testimony about whether
18 she's seen this document.
19    THE WITNESS: So I will say this is very
20 early. This is before optimization of the
21 assay, of the AIGENT assay. This was before
22 discussions of anti-IgG and the target plaque, I
23 believe.
24    So I do know that later on, anti-IgG was
25 discussed in a meeting with FDA and that

Page 152

1 anti-IgG was, in fact, incorporated into the
2 AIGENT. That's how it got its name.
3    So it's my opinion that this is a very
4 early document and is not representative of the
5 final assay.
6 BY MR. SCHNELL:
7    Q. But it's fair to say that at least in
8 this point in time, February 1999, the FDA did
9 not believe that using anti-IgG would be
10 necessary; is that correct?
11    MR. SANGIAMO: Object to the form.
12    THE WITNESS: It says that they do
13 not -- that they do not think it should be
14 necessary. That is what it says, yes.
15 BY MR. SCHNELL:
16    Q. Do you have any understanding as how the
17 FDA got from the position reflected in this
18 document to the position which you characterized
19 subsequent, which was to allow the use of
20 anti-IgG?
21    A. So it's my understanding that Merck was
22 optimizing the assay and with discussions with
23 FDA when they looked at different target viruses
24 that were used, when they looked at
25 seroconversion rates with those other target

Page 153

1 viruses, and when they looked at the overall
2 performance of the assay in discussions with FDA
3 at a meeting at which FDA was present, that FDA
4 suggested the use of anti-IgG as a way to
5 increase the sensitivity of the assay.
6    Q. So it's your opinion -- it's your
7 testimony that it was the FDA's idea to use
8 anti-IgG?
9    A. It is my testimony that, at a meeting at
10 which Merck and FDA were present, anti-IgG was
11 suggested. I believe in a summary memo that I
12 read that was a summary memo that Merck used to
13 summarize the results of the meeting, they said
14 that FDA suggested the use of IgG.
15    I was not at the meeting. I don't know
16 which person did it. But in that summary memo,
17 I believe it stated that FDA suggested the use
18 of anti-IgG.
19    Q. And just so your testimony is clear,
20 it's your opinion that Merck's use of anti-IgG
21 in the AIGENT assay increased the sensitivity of
22 the assay; is that correct?
23    A. It is my -- it is my opinion that
24 anti-IgG was used to -- used to increase the
25 sensitivity of the assay. I don't have all of

39 (Pages 150 - 153)

Appx2738

1 the documents or all of the tests to look from
2 each optimization step. I only know the results
3 at the end of the assay, and I only know the
4 communications between Merck and FDA that I saw.
5 So I am -- I'm -- and knowing from Sato and
6 other papers the use of anti-IgG, yes, I am -- I
7 am assuming that the use of the IgG was to
8 increase the sensitivity of the assay.
9    Q. Do you have an opinion as to whether or
10 not the use of anti-IgG actually did increase
11 the sensitivity of the AIGENT assay?
12    A. Again, all I can say, I have not seen
13 all of the assays that were run so I can't
14 comment on that.
15       What I can comment on is that the
16 sensitivity of the assay did improve. The
17 AIGENT assay, its end result did have a better
18 sensitivity than previous iterations that were
19 discussed in communications with FDA regarding
20 low seropositivity rates with the LO-1 strain of
21 mumps virus.
22    Q. What's your opinion, if any, on the
23 impact of using anti-IgG had on the specificity
24 of the AIGENT assay?
25    A. I can't comment on that. I don't -- I

1 don't have -- I don't have -- I don't have -- I
2 can't comment on that. I don't -- I don't know.
3 I can't comment on that.
4    Q. What's your opinion, if any, on whether
5 or not Merck's use of anti-IgG in the AIGENT
6 assay made the assay a more reliable measure --
7 a more reliable indirect measure of protection
8 against mumps?
9       Let me rephrase that.
10       What's your opinion, if any, on whether
11 Merck's use of anti-IgG in the AIGENT assay made
12 the assay a more reliable measure of protection
13 against mumps?
14    A. So my opinion is that there were several
15 optimization things that were done in the AIGENT
16 assay, one of which was anti-IgG, among other
17 things. That the final optimized AIGENT assay
18 was able to measure neutralizing antibody
19 against mumps, and that seroconversion rate or
20 that measurement of neutralizing antibody would
21 be an indirect predictor of protection.
22    Q. So is your answer that you don't have an
23 opinion one way or the other with respect to the
24 use of anti-IgG and whether it made the AIGENT
25 assay more or less reliable as a measure of

1 protection against mumps?
2    A. My testimony is that it's one of many
3 components of the assay. I can't -- I can't
4 define exactly what proportion of -- your
5 term -- "reliability" the anti-IgG assay
6 contributes to. I know that there were a lot of
7 optimization steps. It's one of them.
8       The overall AIGENT assay, as it was
9 completed, including IgG, made the assay more
10 sensitive in terms of the -- in terms of the
11 detection of neutralizing antibody.
12    Q. I'm not talking about sensitivity
13 anymore. I'm talking about something else.
14    A. Well, sensitivity -- I'm sorry, finish
15 the question.
16    Q. No, go ahead.
17    A. Okay.
18       MR. SANGIAMO: Well, that's not a
19 question so...
20 BY MR. SCHNELL:
21    Q. Did you have something to add?
22    A. I'll let you finish the question.
23    Q. The question is, what were you about to
24 add?
25    A. I was about to add --

1       MR. SANGIAMO: He's joking.
2       MR. SCHNELL: No, I'm not.
3       THE WITNESS: I was just going to add
4 that the measure of protection is neutralizing
5 antibody. That is the indirect measure of
6 protection.
7 BY MR. SCHNELL:
8    Q. So you have the use of anti-IgG. What
9 are some of the other methods that you were
10 referring to that Merck employed to, I think
11 your word was "optimize" the AIGENT assay?
12    A. So there's many different steps in
13 optimization. One of the critical ones was the
14 choice of indicator virus.
15       And then again, also evaluating the use
16 of complement or not the use of complement,
17 incubation times, media.
18    Q. Anything else?
19    A. Overlay, how you detect your plaques.
20 Those were not -- I did not review -- I did not
21 see detailed internal Merck documents in terms
22 of evaluating each and every one of those steps.
23 I did see communications between Merck and FDA
24 specifically related to the indicator virus.
25    Q. Other than sensitivity, do you have an

40 (Pages 154 - 157)

1 opinion on whether or not Merck's use of
2 anti-IgG in the AIGENT assay had any other
3 effect of improving or decreasing the quality of
4 the AIGENT assay?
5    A. I do not.
6    Q. Now, sensitivity is only one element of
7 the characteristics of a PRN test that you need
8 to ensure -- is to a high enough standard to
9 ensure that the assay is adequate and
10 well-controlled for its purpose; is that
11 correct?
12    A. I would state that's correct for many
13 different laboratory assays.
14    Q. So what are some of the other elements
15 that you would look to, beyond sensitivity?
16    A. Reproducibility is key. Inter and --
17 and this goes to how good your test is. So
18 inter-operator variability. Inter-operator
19 variability, what's the variability in the
20 number of plaques that you get in your control
21 wells.
22      As I said, reproducibility.
23      Standardization of reagents. So you
24 want to ensure that you're using reagents that
25 you -- that are well characterized. So, for

1 instance, your indicator virus, knowing the
2 source of your indicator virus, ensuring that
3 you have adequate stocks of that indicator virus
4 so that you don't have to use different lots,
5 that you're using the same lot of indicator
6 virus.
7      That all of the reagents that you use
8 are as qualified as possible.
9      That persons who are running the assay
10 are well trained and are proficient in the
11 assay.
12    Q. Any other factors?
13    A. I'm sure there are. I can't think of
14 them off the top of my head.
15    Q. You left specificity off the list, but
16 that would be on the list, too, right?
17    A. You know, not -- again, when you're
18 looking at the sensitivity of the assay and the
19 purpose of the assay, you may or may not look at
20 the overall specificity of the assay. It
21 depends, again, on the goal of what your assay
22 is.
23      There's always -- there is always, you
24 know, attention, as I said before, between
25 specificity

1 and -- sensitivity and specificities.
2      For some assays, for some purposes,
3 specificity may be more important than
4 sensitivity. For others, sensitivity is more
5 important than specificity.
6      For the PRN assays that I'm doing, I am
7 looking for the presence of antibodies. I am
8 looking for sensitivity. So although we may
9 consider specificity, it may be lower down on
10 the list.
11    Q. But it's still on the list, right?
12    A. It is on the list.
13    Q. Now, with the AIGENT assay, specificity
14 was on the list, too, in terms of something that
15 needed to be of a certain level to ensure that
16 the assay was adequate and well-controlled for
17 the purpose that it was meant to serve; is that
18 correct?
19    A. I would disagree --
20      MR. SANGIAMO: Object to the form.
21      THE WITNESS: I was going to say, I
22 would disagree with that assessment. Nowhere in
23 the report did I see that it had to have a
24 specificity level of any set degree.
25      So although it is important to the

1 assay, the level of specificity was not
2 specified a priori.
3 BY MR. SCHNELL:
4    Q. But your opinion isn't that specificity
5 didn't matter at all to the AIGENT assay, right?
6    A. That is correct. I think you take into
7 account the specificity, and you make a decision
8 whether or not that specificity is adequate for
9 your assay. And I think that Merck and the FDA
10 did that, and it was -- the specificity of the
11 assay was deemed acceptable by the FDA for
12 running of the assay.
13    Q. Okay. And for reproducibility, do you
14 have an opinion on the reproducibility of the
15 AIGENT assay?
16    A. So I do not have an opinion on the
17 reproducibility of the assay. I did not see all
18 of the runs of the test to know what the
19 reproducibility of the assay is.
20      I do recall, I think, reading something
21 about it in the -- in the validation report, but
22 I can't recall off the top of my head what it
23 was.
24    Q. And is it fair to say that assessing the
25 reproducibility of the AIGENT assay was outside

41 (Pages 158 - 161)

Appx2740

1 the scope of your opinions?
2    A. Yes.
3    Q. And what about inter-operator
4 variability? Was that also outside the scope of
5 your opinions?
6    A. So that was not necessarily outside the
7 scope because it -- when looking at
8 inter-operator variability, one of those things
9 that you look at is counting plaque.
10    So within the scope of my task was to
11 look at recounting of plaques, and
12 inter-operator variability and intra-operator
13 variability fall under sort of that task.
14    Q. And do you have an opinion as to the
15 level of variability in the AIGENT assay?
16    A. So again, based on the validation report
17 and the assay being accepted by FDA, it's my
18 opinion that they were acceptable.
19    I did not see all of the runs of those
20 assays to analyze those data myself.
21    Q. So you don't have an independent opinion
22 of the -- the operator variability in the AIGENT
23 assay?
24    A. No.
25    MR. SANGIAMO: Object to the form.

1    THE WITNESS: No. I'm relying on the --
2 I'm relying on the acceptability of the assay by
3 the FDA and the validity report.
4 BY MR. SCHNELL:
5    Q. Now, in your report, you distinguish
6 between -- generally distinguish between a
7 functional assay, of which a neutral -- a PRN is
8 one, could be one, and an ELISA assay, correct?
9    A. Yes. And other assays that just measure
10 antibody but don't necessarily measure
11 functional antibody.
12    Q. And putting that in more lay terms, as
13 you so helpfully did in your report, an ELISA
14 assay is not functional because while it
15 measures antibodies, it doesn't measure the
16 function of those antibodies, correct?
17    A. That is correct.
18    Q. And specifically, it doesn't measure
19 whether or not the antibodies it's measuring
20 have any effect on neutralizing the test
21 antigen --
22    MR. SANGIAMO: Object to the form.
23 BY MR. SCHNELL:
24    Q. -- is that correct?
25    MR. SANGIAMO: Object to the form.

1    THE WITNESS: Correct. ELISAs do not
2 measure -- do not specifically measure
3 neutralizing antibody. They measure antibody
4 binding.
5 BY MR. SCHNELL:
6    Q. So can ELISA provide any measure of how
7 well a vaccine protects against disease?
8    MR. SANGIAMO: Object to the form.
9    THE WITNESS: In very general terms, it
10 can, much like the PRN. So, for instance, if
11 you do a vaccine efficacy study and you show
12 that your vaccine protects 95 percent of the
13 individuals in your efficacy study, and then you
14 measure antibodies by ELISA and you see that the
15 people who were protected by the vaccine had
16 antibody as measured by ELISA, then that may be
17 indicative that you can use ELISA in future
18 studies to be an indirect measure of protection.
19 BY MR. SCHNELL:
20    Q. And so is that referred to as
21 correlating the ELISA to a functional assay?
22    A. That would be correlating an ELISA to,
23 actually, protective efficacy. Correlating an
24 ELISA to a functional assay would be looking at
25 a functional assay that is an indirect predictor

1 of protection and then correlating that with
2 ELISA antibodies.
3    Q. Unless you have one or the other of
4 those two types of correlation, can an ELISA
5 assay provide any relevant measure of protection
6 against disease?
7    A. So again, in a very broad sense, it may
8 be able to. For instance, if you've had people
9 who have been exposed to a disease and you
10 measure antibodies by ELISA, you can then, pre-
11 and post-outbreak, you may be able to determine
12 people develop antibodies to this disease and
13 measured by ELISA.
14    So you may get some indicator that way,
15 as well.
16    Q. But in that case, you're also
17 correlating that to the actual, real-world
18 effect of whether or not the people got mumps or
19 not; is that correct?
20    A. Yes.
21    Q. So is there any utility in an ELISA
22 assay in terms of measuring protection without
23 correlating it to something else that gives a
24 more meaningful measure of protection?
25    MR. SANGIAMO: Object to the form.

42 (Pages 162 - 165)

Appx2741

1    THE WITNESS: I was going to say, I
2 think that's a very broad question. You know,
3 I'm not an expert on ELISAs. I don't run ELISAs
4 in my lab.
5    And I think what ELISAs tell us is that
6 you have antibody present there. So given
7 different circumstances, you may or may not be
8 able to correlate that with protection or not,
9 whether it's historical data, you know, you --
10 all you know from the ELISA is that those
11 antibodies are present.
12    Whether or not present antibodies is
13 indicative of protection, you would likely have
14 to have data knowing that antibodies are somehow
15 involved in protection.
16 BY MR. SCHNELL:
17    Q. So going back to Merck's use of anti-IgG
18 in the AIGENT, your testimony, I believe, and
19 correct me if I'm wrong, is that -- your opinion
20 is that it was designed to increase the
21 sensitivity of the assay in terms of measuring
22 mumps neutralization, correct?
23    MR. SANGIAMO: Objection. Asked and
24 answered.
25    THE WITNESS: So it was one of the

1 components that was used to increase the
2 sensitivity of the assay.
3 BY MR. SCHNELL:
4    Q. And in your opinion, it was successful
5 in increasing the sensitivity of the AIGENT
6 assay's ability to detect mumps neutralizing
7 antibodies, correct?
8    MR. SANGIAMO: Objection. Asked and
9 answered.
10    THE WITNESS: What I will say is that
11 the end SOP or protocol for the AIGENT assay,
12 which included anti-IgG, did improve the
13 sensitivity of the assay. It's difficult to
14 know whether that -- what that contribution was
15 to overall increase in sensitivity.
16 BY MR. SCHNELL:
17    Q. And your opinion is that Merck's use of
18 the anti-IgG in the AIGENT assay was proper,
19 correct?
20    A. That is correct.
21    Q. And that it was appropriate under the
22 circumstances, correct?
23    A. Correct.
24    Q. And that -- did it make for a better
25 test in terms of the endpoint in measuring

1 protection against mumps?
2    A. So again, I don't exactly know what you
3 mean by "better test."
4    What I will say is that the AIGENT
5 assay, which included anti-IgG, was able to
6 detect neutralizing antibody to mumps, which was
7 used as an indirect measure of protection.
8    Q. So my question is, did it make it better
9 able to detect neutralizing antibodies compared
10 to whether anti-IgG had not been used?
11    A. So let me state, again, I did not see
12 all of the assays. So there were many different
13 modifications, as I've said before, to the
14 assay, one of which was anti-IgG. So I have not
15 seen side-by-side assays that included anti-IgG
16 and didn't include anti-IgG.
17    What I know from communications with FDA
18 and looking at the protocol for the AIGENT
19 assay, it included anti-IgG. That final assay
20 was able to measure seroconversion more
21 sensitively than the earlier iterations, which
22 were using different indicator viruses and had
23 other different components.
24    So again, the overall effect of the
25 final AIGENT assay was to measure, in a more

1 sensitive manner, antibodies, neutralizing
2 antibodies to mumps.
3    MR. SANGIAMO: Gordon, do you want to --
4 well, we're at about 55 minutes.
5    MR. SCHNELL: Yeah. In a few minutes.
6    I'd like to mark as Durbin
7 Exhibit 11 [sic] a document with the Bates range
8 459462 through 472.
9    MS. BRYAN: I think it's 10.
10    MR. SCHNELL: Oh, 10. Thank you.
11    (Durbin Deposition Exhibit 10 marked for
12    identification and attached to the
13    transcript.)
14 BY MR. SCHNELL:
15    Q. The top e-mail is from Keith Chirgwin,
16 dated February 26, 2001. And I want to point to
17 -- your attention to the Bates -- the page,
18 Bates number ending 471.
19    MR. SANGIAMO: Dr. Durbin, you've got to
20 be sure you're comfortable with your
21 understanding of the entire document before you
22 start.
23    MR. SCHNELL: As always.
24 BY MR. SCHNELL:
25    Q. And I want you to --

Appx2742

1      MR. SANGIAMO: So she'll definitely need
2  time.  Ask your question, but she'll probably
3  need time to read the document.
4      MR. SCHNELL:  You don't even know what
5  my question is.
6  BY MR. SCHNELL:
7      Q.  I want you to focus in on the first
8  complete paragraph.
9      Do you know who Emilio Emini is in
10  Merck?
11      A.  I believe he's Merck management.
12      Q.  Yeah.  He was the head of vaccine
13  research.
14      A.  Which page are you on?
15      Q.  I'm on the page ending 471, and I'll
16  read -- I'll point you to this passage.
17      It says, "In talking with Emilio, the
18  neutralization assay is very artificial because
19  of the IgG added.  To avoid too many
20  seropositives, very high initial dilutions are
21  required.  Thus, low-level responders cannot be
22  distinguished from nonresponders."
23      You can read as much of that as you
24  want, but my question is, have you seen this
25  document before?

1      A.  I don't believe that I have.
2      Q.  Have you seen this attribution to
3  Dr. Emini before?
4      A.  I'm sorry.  What's an attribution?
5      Q.  Have you seen a reference to Dr. Emini
6  having the position that the neutralization
7  assay was very artificial?
8      A.  I can't recall.  It may have been.  I do
9  know -- I believe I read Dr. Krah's deposition,
10  and Dr. Emilio was mentioned, but I don't
11  remember the specifics.
12      Q.  Would it have been relevant to your
13  opinion in this matter that the head of Merck
14  vaccine research was of the opinion that the
15  AIGENT assay was very artificial because of the
16  anti-IgG that was used?
17      MR. SANGIAMO:  I will -- Dr. Durbin, I
18  think you need to read the document.
19      THE WITNESS:  Yeah.  There's a lot in
20  this.
21  BY MR. SCHNELL:
22      Q.  That's -- I think the question is -- I'm
23  not asking about the validity of his opinions.
24  I'm not speaking about anything else in the
25  document.

1      The simple question is, would that be
2  relevant to your opinion about Merck's use of
3  anti-IgG, that the head of vaccine research
4  thought it made the AIGENT assay highly
5  artificial?
6      MR. SANGIAMO:  It's not a simple
7  question, Gordon.  These are complicated topics.
8  The statement appears in the context of a long,
9  complicated document.
10      THE WITNESS:  So in reading this full
11  paragraph, one, I don't know what Emilio -- I
12  forget his last name -- what Emilio, what
13  information Emilio had in looking at the AIGENT
14  assay.
15      What I can say is that based on the
16  response to that paragraph, I think it shows
17  that there was not -- there was not -- you know,
18  his concern was you're not going to be able to
19  detect non-responders from low responders.  And
20  in the followup that they did, that did not seem
21  to be a problem.
22      So in reading this communication, it
23  does not bother me.
24  BY MR. SCHNELL:
25      Q.  You didn't read the deposition of

1  Dr. Emini either, right?
2      A.  I did not.
3      Q.  So you have no idea what his concern was
4  based on, right?
5      A.  I do not.
6      Q.  And --
7      A.  Well, I do not other than what is stated
8  in this paragraph.
9      Q.  Okay.  And you would agree that it's
10  very important in a PRN assay to be able to
11  distinguish between nonresponders and low
12  responders, correct?
13      MR. SANGIAMO:  Object to the form.
14      THE WITNESS:  So in -- again, it depends
15  on what the purpose of your assay is.  So if
16  your purpose is to look at seroconversion,
17  then -- as basis of fourfold rise in serum
18  neutralizing antibody, then that would be less
19  of a concern because you're really looking at
20  the fourfold rise pre-vaccination to
21  post-vaccination.
22      If you're trying to determine
23  seropositivity either pre-vaccination or for
24  other reasons, then you'll want to distinguish
25  those who have antibody from those who don't

44 (Pages 170 - 173)

Appx2743

## Page 174

1 have antibody.
2 BY MR. SCHNELL:
3   Q. So is it your testimony that with
4 respect to the AIGENT assay, it wasn't important
5 for the AIGENT assay to be able to distinguish
6 between nonresponders and low-level responders?
7   MR. SANGIAMO: Object to the form.
8   THE WITNESS: That is not my testimony.
9 My testimony is that on further review of these
10 documents, that that was not an issue. That the
11 assay was able to distinguish nonresponders from
12 low responders.
13 BY MR. SCHNELL:
14   Q. You're basing that on this one or two
15 paragraphs that follow this in a document you've
16 never seen before?
17   A. I'm basing that on --
18   MR. SANGIAMO: That's all you gave her
19 time to read.
20   THE WITNESS: -- on this as well as
21 looking at, again, seroconversion rates.
22   So the endpoint or the purpose of
23 protocol 7 was to measure seroconversion. So in
24 that instance, you're looking at a fourfold or
25 greater rise post-vaccination.

## Page 175

1   So the distinguish between nonresponder
2 and low responder pre-vaccination would be --
3 wouldn't make -- wouldn't make that much of a
4 difference in terms of looking for a fourfold
5 rise.
6   So when you're looking at a fourfold
7 rise post-vaccination, you're comparing it to
8 the pre-vaccination titer. Whether it be a
9 titer of less than 32 or a titer greater than
10 32, you're still looking for that fourfold rise.
11 BY MR. SCHNELL:
12   Q. Wasn't the FDA very concerned about the
13 ability of the AIGENT assay to reliably
14 distinguish between nonresponders and low-level
15 responders?
16   A. I can't comment on that. I did not see
17 all of the communications from FDA. I don't
18 recall -- I don't recall specifically that
19 discussion.
20   Q. Roughly how many pages did you re -- or
21 documents did you review? I have it here.
22   Do you have a sense of how many
23 documents you reviewed in this case?
24   A. I believe I reviewed 20 to 30 documents.
25   Q. Did you know there were millions of

## Page 176

1 pages of documents produced in this case?
2   A. I'm sure there were, yes.
3   Q. And you felt like you'd reviewed enough
4 documents to get a full picture of what went
5 down with the AIGENT assay?
6   A. Yes. I had --
7   MR. SANGIAMO: Object to the form.
8   THE WITNESS: I had a very narrow scope
9 to just review the development appropriateness
10 of the AIGENT assay. That was -- that was my
11 task, so I felt that I had more than enough
12 documents to review in order to do that.
13 BY MR. SCHNELL:
14   Q. And just so your testimony is clear, you
15 did not feel like it was relevant to your
16 opinions to -- that the head of Merck vaccine
17 research thought that the AIGENT assay was
18 highly artificial because of the use of
19 anti-IgG?
20   A. So my opinion is that looking only at
21 one paragraph and knowing that paragraph in
22 context, but knowing also the response to that
23 paragraph, that his opinion was not material to
24 my assessment of the assay.
25   And again, FDA accepted the assay, felt

## Page 177

1 the assay was appropriate, and met the
2 requirements that they had set forth. And they
3 are the ultimate authority in whether or not
4 they are going to accept the data from a
5 particular assay.
6   Q. Do you have an opinion as to whether or
7 not you believe the AIGENT assay was highly
8 artificial because of the use of anti-IgG?
9   A. I do not -- well, let me back up.
10   So I think, again, PRN assays, in and of
11 themselves, are somewhat artificial. They are
12 not -- they are not replicating what goes on in
13 the human immune system.
14   I do not believe that it is any more
15 artificial than other PRN assays, if I can say
16 that.
17   Q. And do you have an opinion as to whether
18 or not the use of anti-IgG made it -- made the
19 AIGENT assay unable to distinguish between
20 low-level responders and non-responders?
21   A. Based on -- based on this and -- based
22 on the -- my opinion is that it was able to
23 distinguish low-level responders from
24 non-responders.
25   Q. And that's based on this document?

45 (Pages 174 - 177)

Page 178

1    A.  That -- that is what I have, yes.  I was
2  not given all of the individual assays to know
3  otherwise.
4    Q.  So your opinion that it was able to
5  distinguish between low-level responders and
6  non-responders is not based on any independent
7  analysis you did, right?
8    A.  No.
9    Q.  And it's not based on any review of what
10  was behind Dr. Emini's view about the -- what he
11  called the very artificial nature of the AIGENT
12  assay, right?
13    A.  So it is based -- it is based on the
14  numbers that were presented in this document to
15  show that overall, it can distinguish between
16  non-responders and low-level responders, and
17  it's based on the fact that the FDA accepted the
18  assay as being able to distinguish between
19  non-responders and low-level responders.
20    Q.  But the paragraph that we're talking
21  about talks about tests that haven't occurred
22  yet, right?
23    A.  I don't --
24    Q.  The same paragraph that I read --
25    MR. SANGIAMO:  You're going to have to

Page 179

1  take time to read the document, Doctor.
2  BY MR. SCHNELL:
3    Q.  In the same paragraph that I read, it
4  says -- I'll just keep reading.  "To address
5  this" -- talking about the concern about not
6  being able to distinguish between non-responders
7  and low-level responders.
8    "To address this, two approaches will be
9  taken.  First, ELISA assays will be performed,
10  along with appropriate controls, which will
11  allow us to benchmark against our usual assay
12  and experience base.
13    "In addition, the neutralization assay
14  using JL vaccine strain without the IgG step
15  will be utilized to detect low-level
16  neutralization responses.
17    "In this way, we will better approach
18  Maurice's initial studies where seroconversion
19  was declared at very low titers."
20    At the time that this document was
21  written, they hadn't done these tests yet,
22  right?
23    A.  Again, I don't know.  I can only tell
24  you -- you know, I don't know.  I don't have
25  access to the documents.

Page 180

1    What I can tell you is that the FDA
2  accepted the assay as being adequately able to
3  distinguish between responders and
4  non-responders, and that is the ultimate thing
5  that matters.
6    What Dr. Emilio -- his concerns are, I
7  don't know if they were addressed later, I don't
8  know if they were addressed in later testing
9  that showed that there was appropriate -- that
10  you can distinguish between responders and
11  non-responders.
12    What I do know is that the FDA was happy
13  with the assay, accepted the assay, and
14  therefore felt that the assay could, in fact,
15  distinguish between non-responders and low-level
16  responders.  They are the ultimate authority.
17    Q.  And is it their acceptance of the assay
18  what is the crux of your opinion that the AIGENT
19  assay using anti-IgG was appropriate?
20    A.  It is part of -- it is part of the -- it
21  is part of my assessment.  It's also my
22  assessment, when I look at how the assay was
23  done, what it was based on, the different steps,
24  the reagents that were used were appropriate and
25  well in line with other PRN assays.

Page 181

1    Q.  And with respect to what you said your
2  opinion was with respect to the ability of the
3  AIGENT to distinguish between low-level
4  responders and non-responders, your opinion is
5  based on the mention here of assays that had not
6  yet been performed and of which you did not see
7  the results?
8    A.  So --
9    MR. SANGIAMO:  Object to the form of the
10  question and object, actually, to the whole line
11  of questioning.
12    But you can answer.
13    THE WITNESS:  So I do not -- I was not
14  review -- I did not review data to look at
15  low-level responders or non-level responders.
16  All I can tell you is that FDA accepted the
17  assay, they felt that it was adequately able to
18  distinguish between non-responders and low-level
19  responders.
20    Without seeing the raw data, I cannot
21  comment on that.  I have not seen the raw data.
22  I can't comment on whether it was -- what the
23  ability of that assay was to distinguish
24  low-level responders from non-responders.
25    What I can tell you is that the FDA was

46 (Pages 178 - 181)

Appx2745

1 accepting of whatever level that was.
2 BY MR. SCHNELL:
3 Q. Did Dr. Emini tell the FDA that, in his
4 view, the assay was very artificial -- the
5 AIGENT assay was very artificial because of the
6 use of anti-IgG?
7 A. I can't comment on that. I don't know
8 what Dr. Emilio said to the FDA.
9 Q. Do you know if anyone from Merck shared
10 with the FDA an opinion by Dr. Emini that the
11 assay was very artificial because of its use of
12 anti-IgG?
13 A. I do not know that. I do know that the
14 FDA got the data set from Merck and would be
15 able to determine that on their own without
16 needing to get any opinions from Merck. They
17 would analyze the data on their own.
18 Q. And how do you know that's what the --
19 MR. SANGIAMO: We're up to an hour and
20 10 minutes here, so if you could wrap up, that
21 would be good.
22 THE WITNESS: Because Merck -- well,
23 because as part of the licensure process, the
24 FDA gets submissions from the company, and they
25 do audits in the company. They look at raw

1 data, they saw some of the raw data.
2 So it is my opinion, as general --
3 again, I'm not an expert on GMP. I haven't
4 reviewed all of the datas and all of the
5 submissions from Merck to FDA.
6 But by and large, the data packet that
7 is submitted by the sponsor to the FDA is quite
8 comprehensive. And if the FDA had any issues
9 about the non-responder versus low responder,
10 they could ask Merck to submit additional data.
11 BY MR. SCHNELL:
12 Q. And this is based on the 30 or so
13 documents that you reviewed for your report?
14 MR. SANGIAMO: Object to the form. It's
15 far more than 30, by the way.
16 We should wrap this up. We're overdue
17 for lunch.
18 MR. SCHNELL: Please don't interrupt
19 when I'm in a line of questioning.
20 MR. SANGIAMO: You know from the
21 reliance list and from the documents stated, it
22 was far more than 30 documents.
23 MR. SCHNELL: I think that she is in the
24 best position to know exactly what she relied on
25 for her opinion.

1 MR. SANGIAMO: I don't think so.
2 MR. SCHNELL: You don't that so? Well,
3 that's an interesting -- that's an interesting
4 thought.
5 MR. SANGIAMO: I don't think she's in a
6 position to, off the top of her head, to come up
7 with a number that you're then going to use back
8 against her, estimating the number of documents
9 she reviewed.
10 THE WITNESS: If you'll give me time, I
11 can count them all up.
12 MR. SCHNELL: Sure.
13 THE WITNESS: What was your question?
14 MR. SCHNELL: Can you read the last
15 question, please?
16 (The reporter read the record as
17 requested.)
18 THE WITNESS: What is the "this"?
19 BY MR. SCHNELL:
20 Q. The testimony you gave right before
21 that, before we were interrupted.
22 A. So my opinion --
23 MR. SANGIAMO: Hang on a second. We've
24 got to find out what the -- what the "this" is.
25 And then after this answer, we'll break for

1 lunch.
2 BY MR. SCHNELL:
3 Q. So it was -- I'll read, if I may. "So
4 it is my opinion as general -- again, I'm not an
5 expert on GMP. I haven't reviewed all of the
6 datas and submissions from Merck to FDA. But by
7 and large, the data packet that is submitted by
8 the sponsor to the FDA is quite comprehensive.
9 And if the FDA had any issue about the
10 non-responder versus low responder, they could
11 ask Merck to submit additional data."
12 So let me ask a new question, then.
13 You're speaking generally there, not with
14 respect to protocol 7; is that correct?
15 A. That is correct. I do not know all of
16 the documents that were submitted by Merck to
17 FDA.
18 I do know that FDA, in response to some
19 of the documents that Merck submitted, requested
20 additional information and went back to Merck
21 for additional information.
22 Q. Okay. Thanks.
23 VIDEO TECHNICIAN: The time is 1:13 p.m.
24 This completes Media Unit 3. We're now off the
25 record.

1 (A recess was taken.)
2 VIDEO TECHNICIAN: The time is 2:10 p.m.
3 This begins Media Unit 4. We're now on the
4 record.
5 Please proceed, Counsel.
6 BY MR. SCHNELL:
7 Q. Dr. Durbin, do you recall, in the
8 documents you reviewed, seeing that Merck, in
9 developing the AIGENT assay, experimented with
10 varying levels of concentration of anti-IgG to
11 be used in the assay?
12 A. I do.
13 Q. And what's your understanding as to why
14 they -- Merck did that?
15 A. It's my understanding that they did that
16 to find the concentration that would give the
17 best balance of identifying sensitivity in terms
18 of identifying true pre-positives.
19 Q. What do you mean in "true
20 pre-positives"?
21 A. So as they diluted out the sample, you
22 had -- it reduced the number of pre-positives, I
23 believe, from 24 percent to 8 percent.
24 Somewhere around those numbers.
25 So at the higher -- at the highest

1 concentration of anti-IgG, there may -- it may
2 be interpreted that there were an artificially
3 high number of pre-positives.
4 Q. Did you say artificially interpreted?
5 A. So what I'm saying is that, yes, that
6 they felt that the number of pre-positives was
7 artificially high.
8 I don't know if I'm explaining that
9 quite right, but they felt that at the highest
10 concentration, it wasn't reflecting the true
11 number of pre-positives.
12 Q. And why would that be?
13 A. Why would it --
14 Q. Why would the use of anti-IgG result in
15 artificially identifying pre-vaccination samples
16 as having positive neutralizations when, in
17 fact, they were not?
18 A. So it would show that there is -- that
19 the serum that was used -- that the serum that
20 was used was neutralizing virus when there --
21 when one would suppose there was not mumps
22 antibody present.
23 Q. But my understanding from your testimony
24 is that the use of anti-IgG just acts to make
25 the detection of neutralizing antibodies more

1 sensitive, right?
2 A. Yes. So in this case, it may be overly
3 sensitive, which is why you dilute them out, to
4 find a dilution that is representative of true
5 positives.
6 Q. What do you mean, "overly sensitive"?
7 A. So that -- so, for instance, you can do
8 -- you can see the same effect with complement.
9 Something within that is affecting the virus's
10 ability to infect the cell so it doesn't show up
11 as a plaque. So it looks like there is
12 neutralization.
13 Q. And do you have an understanding as to
14 the mechanics of that with anti-IgG?
15 A. So it -- I'm not an expert on the
16 mechanics of anti-IgG. What I've read about
17 from the Sato paper and such is that it's
18 thought that it may bind different antibodies
19 together that then can affect neutralization of
20 the virus. So it enhances those antibodies that
21 are present to neutralize the virus.
22 Q. And in that case, it would score as a
23 neutralizing antibody when, in fact, it's not
24 actually neutralizing the path of the target
25 antigen?

1 MR. SANGIAMO: Object to the form.
2 THE WITNESS: Again, that, by
3 definition, if it's neutralizing the virus, so
4 it may be nonspecifically neutralizing the
5 virus. But the virus appears to be neutralized.
6 BY MR. SCHNELL:
7 Q. But why is it important to eliminate
8 that from happening in a PRN test if you're
9 using anti-IgG?
10 A. So again, what your point of the assay
11 is specifically to do is to measure neutralizing
12 antibody. And you're trying to optimize your
13 assay to balance, as I said earlier, sensitivity
14 with specificity.
15 So in that balance, you're looking to
16 get the optimum sensitivity, as well as trying
17 to balance that with specificity. So by
18 diluting out the anti-IgG, what they were able
19 to do is to increase the sensitivity and still
20 maintain a good balance for specificity, or at
21 least an adequate balance for specificity, as
22 we've discussed previously.
23 Q. But if I'm understanding your testimony
24 on the effect of anti-IgG on these pre-positive
25 samples, you're saying that the use of anti-IgG

48 (Pages 186 - 189)

Appx2747

1 in certain dilutions would bind to antibodies
2 and then act in that way to neutralize?  Is that
3 what you're saying?
4     A.  I'm saying that, you know, in terms of
5 what I understand about the anti-IgG, it is
6 increasing the sensitivity of that assay.  So
7 it's increasing the ability of that assay to
8 recognize antibodies that neutralize the virus.
9        It doesn't distinguish between -- it
10 doesn't distinguish what type of antibodies
11 those are in terms of the source of those
12 antibodies, but it does help -- it does help
13 increase the sensitivity of picking up
14 antibodies that may neutralize the virus.
15     Q.  So why isn't the goal to just get the
16 highest sensitivity possible?
17     A.  Because, again, you're always looking at
18 a tradeoff between sensitivity and specificity.
19     Q.  And why is it that the more sensitive an
20 assay becomes -- and I'm speaking in the context
21 of using anti-IgG.  Why is it that as it becomes
22 more sensitive with the use of anti-IgG, it
23 becomes less specific?
24     A.  It may or may not become less specific.
25 So in terms of, again, any assay you're

1 developing, you have -- the first question that
2 you ask yourself is what -- why am I -- what am
3 I going to use this assay for.
4        So the purpose of the AIGENT assay was
5 to detect neutralizing antibody to mumps.
6 Regarding -- you know, looking at the
7 literature, it was clearly known that mumps
8 virus does not behave the same way that measles
9 and rubella does, meaning that people appear to
10 be protected with low or no detectable titers of
11 mumps neutralizing antibody.
12        And the theory behind that was that very
13 low levels of neutralizing antibody may, in
14 fact, be protective and that those antibodies --
15 or that those antibodies are just not being
16 detected by the assays at the time.
17        So the purpose of the AIGENT assay was
18 to develop an assay that can, in fact, detect
19 anti-mumps antibody.  And so with utilizing
20 anti-IgG, something that was developed at CBER
21 by Dr. Sato when he was at FDA, they were able
22 to increase the sensitivity of the assay in
23 detecting mumps antibody.
24        And I think that's important for a
25 couple reasons.  One, you want to make sure that

1 you're not missing pre-positives.  And if you
2 increase the sensitivity of the assay, you may
3 be able to find people who have antibody to
4 mumps that you didn't previously think had
5 antibodies to mumps.
6     Q.  And was the concern at Merck with the
7 AIGENT assay that if they increase the
8 sensitivity too much, that it would score as a
9 positive neutralization pre-vaccination samples
10 that really weren't -- that really didn't
11 contain neutralizing antibodies?
12        MR. SANGIAMO:  Object to --
13        THE WITNESS:  So I can't really --
14        MR. SANGIAMO:  Sorry.  Go ahead.
15        THE WITNESS:  I can't really comment on
16 what Merck thought internally.  I was not -- I
17 did not see internal Merck communications.  I
18 can't really speak broadly to that.
19        You know, I would believe that when
20 you're developing an assay, you, as I said
21 earlier, do take into account balancing
22 sensitivity with specificity.
23 BY MR. SCHNELL:
24     Q.  Well, in your review of the materials,
25 did you gain an understanding as to whether or

1 not the 24 percent pre-positive figure was an
2 accurate measure of the pre-vaccination
3 pre-positive samples?
4     A.  So in my review of the materials, it was
5 my understanding that that was felt to be an
6 artificially high number.
7     Q.  Did you think it was an artificially
8 high number?
9     A.  Based on the age range tested, I thought
10 that that was high, yes.
11     Q.  And so if -- again, if the AIGENT
12 assay -- well, let me take a step back.
13        Am I correct that using anti-IgG doesn't
14 create neutralization where no neutralization
15 would have otherwise been there?
16     A.  I can't -- I can't comment on that in
17 every circumstance.  What I can comment on -- so
18 it can't -- so my understanding is that in and
19 of itself, if you were just to mix anti-IgG with
20 a different virus, you would not see a high
21 degree -- you would not see neutralization.
22 It's in the presence of other antibodies that it
23 enhances the neutralization of other antibodies.
24     Q.  And those antibodies could be mumps
25 neutralizing antibodies or some other kind of

Appx2748

1 pathogen-specific neutralizing antibody,
2 correct?
3    A. Yes. I -- you would not know that, but
4 yes.
5    Q. And so -- and your understanding is
6 that -- well, let me take a step back.
7       It's your opinion that the 24 percent
8 pre-positive number was an inaccurate measure of
9 the true pre-positives in the AIGENT assay
10 during these developmental studies; is that
11 correct?
12    A. I believe it was high.
13    Q. And that belief is based on what?
14    A. The fact that these are young kids who
15 should not have been -- who were not previously
16 vaccinated and who, because mumps has been
17 nearly eradicated, would not have had natural
18 exposure to mumps.
19       There could be some maternal antibody
20 that is still present in the kids. But at the
21 age that these kids were, it's unlikely that
22 still 25 percent of them would have detectible
23 maternal antibody that would show up in the
24 assay.
25    Q. So this 24 percent figure contained what

1 we could call false positives; is that fair?
2    A. Possibly, yes.
3    Q. So why would anti-IgG cause false
4 positives if it's purely enhancing the ability
5 to detect true positives?
6    A. So what it's doing, there may be other
7 antibodies these kids have had vaccinations to.
8 You know, they've the DPT, they've had other
9 vaccinations, they've had other natural
10 infections with other viruses. So the
11 antibodies that that -- that if anti-IgG is
12 acting with other antibodies, then that can
13 cause neutralization.
14    Q. And that can happen in the
15 post-vaccination samples as well, correct?
16    A. Again, and that's why you always include
17 them as paired samples. You would not, for
18 instance, have anti-IgG in only your post or
19 only your pre. The effect is neutralized.
20 Probably not the right word, but the effect is
21 aggregated when you have them in both in a pre
22 and a post sample.
23    Q. And so Merck played with different
24 dilutions of anti-IgG to get it to -- to get the
25 level of pre-positives to what it considered to

1 be the appropriate level; is that correct?
2       MR. SANGIAMO: Object to the form.
3       THE WITNESS: I can't comment as to what
4 their end objective was, and I would probably
5 disagree with the term "played with."
6       I mean, I think, as we do with all of
7 our reagents, we do different titrations to try
8 to determine which dilution or which quantity of
9 a particular reagent gives the best balance for
10 what we're looking for in an end result. So
11 looking at, you know, looking at what we think
12 would be the most appropriate concentration to
13 use in the assay.
14 BY MR. SCHNELL:
15    Q. Do you know if the mock control that was
16 used for the AIGENT assay contained anti-IgG?
17    A. I cannot -- I would have to go back and
18 look. I can't comment on that. I would have to
19 go back and look. I do know the pre and the
20 post positive samples did.
21    Q. Would there be any significance to
22 whether or not the mock control contained it as
23 well?
24    A. So it depends, and I'm not exactly sure
25 in what reference you're referring to the mock

1 control.
2       So there's the virus only control, which
3 you base your cutoff on. That does not contain
4 anti-IgG. That is just virus with media to set
5 your total mean virus count. You take half of
6 that, and that becomes your cutoff value.
7       Is that what you're referring to when
8 you say "mock virus control"?
9    Q. No. The negative serum control.
10    A. So the negative serum control --
11       MR. SANGIAMO: Object to the form, by
12 the way.
13       THE WITNESS: I don't know. I recall,
14 certainly, the other controls in the assay,
15 particularly the pre-specified positive
16 controls, did control anti-IgG.
17 BY MR. SCHNELL:
18    Q. So your understanding is that the
19 controls, whatever controls you're aware of, did
20 contain it, anti-IgG?
21    A. That is my understanding.
22    Q. Would it matter one way or another to
23 the reliability of the assay as to whether or
24 not the controls used contained anti-IgG or not?
25    A. I mean, in general, you want to run all

50 (Pages 194 - 197)

Appx2749

1 of your samples under the same conditions. Not
2 knowing, again, specifically -- the specifics
3 around what you're asking, you know, I can't say
4 for sure. I would say in general, when you're
5 running an assay, you want all of your samples
6 to be treated the same way, if possible.
7 Q. Are there -- what are the consequences,
8 if any, if you -- if the AIGENT, in its
9 controls, did not use anti-IgG?
10 A. Again, it depends on what they specified
11 as the outcome for those controls. So, for
12 instance, a negative control, you want to ensure
13 that every time you run the assay that it's
14 negative.
15 And from what I understood, their
16 negative controller, or at least one of it was
17 that there were no plaques. They had one
18 control that contain -- in order for the assay
19 to pass, it was to have no plaques in any of
20 those wells.
21 So it depends on what -- again, for your
22 controls, those controls are used to ensure that
23 reproducibility so that you know that the assay
24 was essentially run in the correct manner.
25 For instance, if your positive controls

1 are not positive, then generally that would
2 result in rejection of the assay because your
3 positive controls should always be positive.
4 Your negative controls should always be
5 negative.
6 If you determine the range of those
7 variables or those -- those results a priori,
8 you just want to ensure that those results are
9 reproducible over time.
10 So there may, in fact, be instances
11 where they may not have the exact same reagents
12 as the samples that you're running, but the
13 purpose of those is to show that the assay is
14 reproducible over time with respect to those
15 controls.
16 Q. In your report, you give an opinion on
17 your view of using various types of indicator
18 strains in PRN tests.
19 A. Yes.
20 Q. And generally speaking, what's your
21 opinion of the importance or the significance of
22 picking the correct indicator strain in the PRN
23 assay?
24 A. The importance is that you pick a strain
25 that you can use time and time and time again.

1 So you want to pre -- you want to pick an
2 indicator strain that is the virus, of course,
3 that you're trying to measure neutralizing
4 antibody against. So you would want to pick a
5 mumps virus strain.
6 Other than that, which strain you pick
7 depends -- may depend on many different factors
8 and what stage of development of, for instance,
9 a vaccine you're in. Again, it may depend on
10 what the outcome of your assay is. So there's
11 many different sort of rationales for which
12 indicator strain you may pick.
13 Q. Now, your opinion is that the JL-135
14 strain, which was the low-passage strain for the
15 Jeryl Lynn vaccine, was an appropriate indicator
16 strain to use for the AIGENT assay, correct?
17 A. I do.
18 Q. And your opinion is also that the
19 vaccine strain itself, not the low-passage
20 strain, but the vaccine itself would have been
21 an appropriate indicator strain for the AIGENT
22 assay, correct?
23 A. Yes, it can be.
24 Q. It would have been, in your opinion, for
25 the AIGENT assay?

1 A. It would have been, in my opinion.
2 Q. And is your opinion also that a true
3 wild-type -- do you know what I mean by true
4 wild-type?
5 A. I do know.
6 Q. Is it also your opinion that a true
7 wild-type strain would have been an appropriate
8 strain to use as the indicator strain for the
9 AIGENT assay?
10 MR. SANGIAMO: Object to the form.
11 THE WITNESS: So I want to say that the
12 Jeryl Lynn strain 8 would be considered a true
13 wild-type. You cannot use what I think you mean
14 by a true wild-type virus as the indicator
15 strain because in order to make enough of that
16 virus, you have to passage that virus.
17 And so if you're -- if you're saying
18 that it's not true wild-type because it's been
19 passaged, there is no indicator strain that you
20 could use that would meet that definition.
21 So we use wild-type strains in -- when
22 we're talking about wild-type strains in our
23 assays, typically what we mean by that is a
24 strain that was originally isolated, probably
25 from a case of your particular illness, and then

51 (Pages 198 - 201)

Appx2750

Page 202

1 that strain has generally been passaged numerous
2 times. And we look for phenotypic
3 characteristics to tell us that that virus
4 strain still retains the properties of a
5 wild-type virus.
6 BY MR. SCHNELL:
7    Q. What I'm talking about with the true
8 wild-type is a vaccine strain of the currently
9 circulating strain.
10      So at the time that the AIGENT assay was
11 run, what was the current circulating -- then
12 currently circulating strain of mumps in the
13 United States?
14      MR. SANGIAMO: Object to the form.
15 Answer if you know.
16      THE WITNESS: I could pick it out from
17 multiple choice. I do remember seeing it --
18 BY MR. SCHNELL:
19    Q. Was it Jeryl Lynn?
20    A. No, it was not.
21    Q. So how could any version of the
22 Jeryl Lynn vaccine at that time represent the
23 true wild -- any kind of type of wild-type
24 strain if it wasn't circulating in the United
25 States at the time but other strains were?

Page 203

1    A. So because you're looking -- so let me
2 back up a little bit.
3      So what we know from mumps in
4 particular or mumps in general and other virus
5 strains is that you do not need strain-specific
6 antibody to be protective. You're looking at,
7 generally, antibody against the virus of itself.
8 Otherwise, we would not see the
9 continued suppression of mumps in the United
10 States. Because the vaccine contains the
11 Jeryl Lynn strain of mumps, we presume that the
12 mumps antibodies that are induced by that
13 vaccine recognize the Jeryl Lynn strain of
14 mumps, and yet we're seeing reduced mumps
15 activity continue throughout the United States.
16      There are occasional outbreaks with a
17 different strain, but the population -- the vast
18 majority of the population is protected against
19 mumps.
20      So for that reason, it's not believed
21 that you need a strain-specific antibody to
22 protect against mumps.
23    Q. Is that opinion uniform in the industry?
24    A. I can't speak for others in the
25 industry. I do know that we do not consider

Page 204

1 mumps to be, for instance, like influenza, where
2 we have to make a new vaccine for each strain
3 that is identified.
4      We recognize that the mumps vaccine, as
5 it is today, does not need to be modified in
6 response to identified cases of mumps. We've
7 seen continued suppression of mumps circulation
8 throughout the United States.
9    Q. You keep saying "we." Who else are you
10 referring to other than yourself?
11    A. The CDC reports of -- all of the reports
12 of the incidents of mumps.
13    Q. So the "we" is you and the CDC?
14    A. So me as a general -- if you like, I can
15 change it to "I."
16      There have not been -- there have not
17 been the numbers of cases of mumps in the United
18 States that we saw in the pre-vaccination era.
19 The numbers of cases of mumps have been reduced
20 substantially, I believe more than 95 to
21 99 percent, since the introduction of the mumps
22 vaccine.
23    Q. Aren't there several prominent mumps
24 specialists who have the opinion that the --
25 there is a difference in terms of the genetic

Page 205

1 makeup of the mumps strain and circulation and
2 how effective the current mumps vaccine that
3 Merck makes is at protecting against those
4 different strains?
5    A. Again, I do not --
6      MR. SANGIAMO: Object to the form.
7      THE WITNESS: I do not purport to be a
8 mumps expert. I cannot speak for what other
9 mumps -- for what mumps experts may state.
10 BY MR. SCHNELL:
11    Q. Well, you're saying that we, we, we. I
12 just want to -- you do understand that others in
13 the industry disagree with what you're saying
14 about the genetic makeup of mumps and the
15 ability of the Merck mumps vaccine to provide
16 protection against it; do you not?
17      MR. SANGIAMO: Object to the form and
18 object to the assumption built into the
19 question.
20      But you can answer.
21      THE WITNESS: All I know is what you're
22 telling me. I can't state for certain that I've
23 read that anywhere, while I can state for
24 certain that I personally have not read that.
25 BY MR. SCHNELL:

52 (Pages 202 - 205)

Appx2751

Page 206

1   Q. How in-depth was your research, if any,
2 on how well Merck's mumps vaccine protects
3 against disease?
4   A. So I read the Plotkin chapter of
5 "Vaccines," and I read some in -- a little bit
6 in "Fields Virology."
7      I do know, just from general -- from
8 being an infectious diseases specialist, I do
9 know that, yes, we do see occasional outbreaks
10 of mumps, and there's various theories as to why
11 that is.
12      But I believe that the consensus of
13 opinion is that the mumps vaccine is still very
14 effective at preventing mumps.
15   Q. Do you know what Dr. Plotkin's view is
16 on this subject?
17   A. His personal view or his -- I don't --
18   Q. His published view.
19   A. Well, he didn't publish the chapter in
20 "Vaccines." I believe he's the editor of
21 "Vaccines."
22   Q. I'm not talking about that.
23   A. No.
24   Q. I'm just saying do you have an opinion
25 of what his published view is --

Page 207

1   A. I --
2   Q. -- on the effectiveness of the current
3 Merck mumps vaccine?
4   A. I cannot comment on that. I have not
5 read his opinion recently.
6   Q. Have you read what Dr. Plotkin has said
7 about the ability of the current Merck mumps
8 vaccine to address the current circulating mumps
9 virus?
10   A. I have not.
11   Q. So just to set the foundation, so you --
12 your opinion is that it was reasonable for Merck
13 to use either the vaccine strain of the
14 Jeryl Lynn virus or a low-passage strain of the
15 Jeryl Lynn virus for its AIGENT assay, correct?
16   A. Yes. Again, it depends on what you're
17 looking for as an outcome in your assay, what
18 you're hoping to show.
19      We use, for instance, in early vaccine
20 development, when you just want a yes, no, do we
21 think this vaccine is going to induce an
22 appropriate -- is going to induce an immune
23 response, you may use the vaccine strain because
24 you know that that is what a person was given.
25 You know that if they're going to have

Page 208

1 antibodies, it was to that particular virus.
2      You can use, and it is appropriate to
3 use low-passage wild-type strains, with the idea
4 that that virus may be more virulent, may be
5 harder to neutralize, so you can get a better
6 assessment of the neutralizing antibody. Again,
7 it depends on the purpose of your test.
8   Q. Well, I'm talking about the AIGENT.
9 That was my question.
10   A. So I think -- the AIGENT, I think, you
11 know, you could use either. The reason I say
12 that is just based on earlier tests that use the
13 Jeryl Lynn strain, vaccine strain of a virus.
14 But I also agree with FDA's opinion that it's
15 entirely appropriate to use a low-passage
16 wild-type strain.
17   Q. Who at FDA had that opinion?
18   A. I believe it was in some of the
19 communications. I don't recall whether it was
20 Kathy Carbone exactly. But in communications
21 between Merck and FDA, it was acceptable to FDA
22 to use a low passage of Jeryl Lynn.
23   Q. So is it your opinion that it would have
24 been reasonable for Merck in the AIGENT assay to
25 use an indicator strain from a non-Jeryl Lynn

Page 209

1 vaccine virus?
2      MR. SANGIAMO: Object to the form.
3      THE WITNESS: I mean, again, I think you
4 test different -- you test different indicator
5 viruses in the development of your assay, and
6 you pick the indicator virus that best -- that
7 best works with the assay to give, you know, to
8 give you an assay that -- an assay that is
9 working.
10      So if you want to measure neutralizing
11 antibodies to mumps, then you can look at a
12 variety of different strains of mumps. And from
13 that, you'll pick which indicator strain is
14 appropriate for your assay and acceptable to the
15 FDA.
16 BY MR. SCHNELL:
17   Q. And did you, in your work in forming
18 your opinions, reach an opinion as to whether or
19 not it would have been reasonable for Merck to
20 use, as an indicator strain for the AIGENT
21 assay, a non-Jeryl Lynn vaccine strain?
22   A. I would say there were certain strains
23 that I felt were certainly not appropriate
24 because they didn't accurately, in my opinion,
25 reflect seroconversion properly or

53 (Pages 206 - 209)

Appx2752

1 seropositivity properly. And that was the
2 problem that they had with the LO-1 strain and
3 why they moved away from that strain.
4    Q. And why is it your opinion that it did
5 not accurately reflect seropositivity properly?
6    A. Because, again, we've seen a greater
7 than 99 percent reduction in the occurrence of
8 mumps. And if the mumps vaccine was not
9 inducing suitable immunity, as evidenced by a
10 low seroconversion rate -- I think it was around
11 60 percent -- I would have expected to see many,
12 many more cases of mumps. I would expect to see
13 that that would translate into a lower efficacy
14 of the mumps vaccine, which we have not seen.
15    Q. We haven't seen that since 2006?
16    A. The overall efficacy of the vaccine has
17 not diminished substantially. We've seen
18 occasional outbreaks of mumps, but the overall
19 efficacy of the vaccine in terms of
20 post-vaccination is not substantially lower.
21 There are concerns that there may be waning
22 immunity, but the overall efficacy of the
23 vaccine is still extremely high.
24    Q. And that's based on what?
25    A. That's based on the small numbers of

1 cases of mumps that are reported each year.
2 Again, we have occasional outbreaks in certain
3 settings, but the overall efficacy of the mumps
4 vaccine has remained high.
5    Q. And so your opinion is that when Merck
6 was testing various indicator strains, that
7 unless the indicator strain showed a
8 seroconversion rate of 90 percent or higher,
9 that automatically disqualified that as a valid
10 indicator strain?
11       MR. SANGIAMO: Object to the form.
12       THE WITNESS: That is not my opinion. I
13 don't think there was any disqualifications of
14 an indicator strain. What I'm saying is that
15 you have to take all of these factors into
16 consideration when you're developing your assay.
17 BY MR. SCHNELL:
18    Q. It sounds like you're saying you
19 disagreed with the use of a non-Jeryl Lynn
20 vaccine virus as an indicator strain because in
21 the ones that Merck tested, they got
22 seroconversion rates that were well below
23 90 percent. Is that a fair characterization of
24 your testimony?
25    A. Yes. I would say that that -- my

1 opinion is then that assay is not -- that
2 indicator strain is not necessarily reflective
3 of actual detecting neutralizing antibody.
4    Q. But wasn't the whole point of the AIGENT
5 assay to detect what the proper seroconversion
6 rate should be?
7    A. I don't --
8       MR. SANGIAMO: Object to the form.
9       THE WITNESS: I don't know what you mean
10 by "proper."
11 BY MR. SCHNELL:
12    Q. Well, I'm reading your opinions, and it
13 sounds like -- it sounds like your opinion is
14 that, with respect to indicator strain, that
15 there's a certain expectation of seroconversion.
16 And if your testing doesn't show you hitting
17 that expectation, then something's wrong with
18 the assay.
19    A. So what I'm saying is if you could go
20 back and use the exact same indicator strain
21 that Maurice Hilleman used in his original
22 studies, which I believe was the vaccine strain,
23 that would be ideal because you'd get a better
24 comparison, you know, a better sort of
25 connection between the AIGENT assay and the

1 original assay.
2       That was not done. I think FDA made it
3 clear they didn't want a vaccine strain used.
4       So what I'm saying is when you're
5 looking and you're evaluating the different
6 target indicator viruses, you want to ensure
7 that that indicator virus, you know, again,
8 going back, is reflective as an indirect.
9       So you want to know that the AIGENT
10 assay is -- neutralizing antibody is an indirect
11 marker of protection.
12       We know that 45 percent of the
13 population was not developing mumps. Yet using
14 different target viruses, you got a
15 seroconversion or seropositivity rate of about
16 60 percent. That tells me, just on a very
17 general level, that that is not reflective of
18 the protection afforded by the vaccine.
19    Q. Unless there are other indications of
20 protection that aren't reflected by
21 seroconverting, which is what is a big thesis in
22 your report, right?
23    A. Except that when you go back to the
24 original studies, they were able to measure the
25 seroconversion rate. The seroconversion rate

54 (Pages 210 - 213)

1 was greater than 90 percent. The efficacy rate
2 was greater than 90 percent. And therefore, you
3 would -- that seroconversion rate, using that
4 virus, was reflective as an indicator of
5 protection.
6     So again, I think that the PRN, yes, can
7 be used as an indirect marker of protection.
8 But again, when you develop an assay, you want
9 to optimize that assay and you want to ensure
10 that you're using the correct reagents. And I
11 believe that using the Jeryl Lynn strain, even
12 at low passage, is completely appropriate.
13     Q. So is it your opinion that if Merck had
14 used the London-1 strain as the indicator strain
15 in the AIGENT assay, that would have been a less
16 reliable measure of indirect protection than the
17 actual strain that Merck did use in the AIGENT
18 assay?
19     A. So I do think that it would be less
20 direct. I also want -- you know, I think it's
21 important to note the AIGENT assay was developed
22 for use in the study to compare different
23 vaccines. The gold standard or -- being the
24 release potency of the vaccine.
25     So if you don't have the appropriate

1 indicator strain and that indicator, the
2 London-1, showed a very low seroconversion rate
3 in sera collected from people that received the
4 release potency of vaccine, so what that tells
5 me is, you know, that vaccine has been
6 protective for years and years and years, and
7 we're not seeing that correlation with
8 neutralizing antibody when you're using the
9 London-1 strain as the indicator virus.
10     We did see protect -- we did see a
11 correlation when the Jeryl Lynn strain was used
12 in the original assays. And so you can -- you
13 know, what you want to do is then, looking at
14 the next best thing, per se, to again tie those
15 original assays with the current assay, is to
16 use the same strain of virus. Or if not the
17 vaccine strain, at least a lower passage.
18     I think it's a more relevant comparison
19 than the London-1 strain, and I think it's a
20 more relevant strain to really to measure
21 neutralization.
22     Q. Do you have an opinion as which was more
23 relevant using the Jeryl Lynn, the vaccine
24 strain, or the low-passage vaccine strain?
25     A. I do not because the vaccine strain was

1 not used in the AIGENT assay.
2     MR. SCHNELL: I'd like to mark as
3 Exhibit 11 a document with the Bates
4 number 20421 and 2.
5     (Durbin Deposition Exhibit 11 marked for
6     identification and attached to the
7     transcript.)
8 BY MR. SCHNELL:
9     Q. And I'd draw your attention to the
10 fourth paragraph.
11     A. I just need to review the document.
12     Q. Sure.
13     A. I'm not exactly sure what the origin or
14 composition of the document is.
15     Q. Okay. Do you want to hear my question
16 first?
17     A. Well, so to get what all this is about,
18 and then when you ask me a question, I can sort
19 of relate it to --
20     Q. Okay.
21     A. Because this is pretty dense.
22     Okay. I'm ready for your question.
23     Q. You haven't seen this document before,
24 right?
25     A. No, I have not.

1     Q. In the fourth para -- one, two, three,
2 four, five. Fifth paragraph says, "First part
3 of item 3 on the agenda related to the
4 implications of label changes reflecting the PRN
5 and CPE assay performances at 70, 75 percent.
6 This was addressed by Dorothy."
7     Do you know who Dorothy Margolskee is?
8     A. I do not.
9     Q. "This was addressed by Dorothy, who
10 referred to the Swiss study in which protective
11 efficacy associated with Jeryl Lynn, JL, was
12 70-some percent and pointed out if this study
13 and similar data are reflective of the true
14 efficacy in the field, then the PRN and CPE may
15 be telling us what the neutralization against
16 wild truly is."
17     Now, would it have been relevant to your
18 decision on the appropriate indicator strain
19 used for the AIGENT to understand where this
20 view was coming from?
21     MR. SANGIAMO: I'm going to object to
22 that question and any questions about this
23 document. It's undated. I don't even think we
24 know who it's from. Obviously, Dr. Durbin does
25 not have the context for this.

Page 218

1    So on those various bases, I'm objecting
2 the this document.
3    THE WITNESS: The other -- and I was
4 just going to say, no, it would not. It would
5 not change my opinion on the indicator strain
6 because, again, I don't know -- I don't know
7 anything about what assay, what PRN assay was
8 being used here. I don't know the context of
9 this. It does not change my opinion in terms of
10 the indicator virus.
11 BY MR. SCHNELL:
12    Q. So if there was a question within Merck
13 at the time that it was deciding which indicator
14 strain to use for its protocol 7 PRN test, there
15 was a question as to whether or not low
16 seroconversion rates it was getting against
17 wild-type were truly reflective of what
18 seroconversion rates would draw with its current
19 vaccine, that wouldn't have been something you
20 thought was relevant to understand before giving
21 an opinion as to what you thought was an
22 appropriate indicator strain?
23    A. No. Again, I think --
24    MR. SANGIAMO: Objection.
25    You can answer.

Page 219

1    THE WITNESS: I was going to say, again,
2 as I've stated before, the indicator virus was
3 discussed with FDA. It was accepted by FDA.
4 That, to me, is the most important factor when
5 you're looking at whether or not data are going
6 to be accepted by FDA in their decision making
7 around the vaccine.
8    The indicator virus, again, when you're
9 choosing indicator viruses, in my experience
10 with PRNs, I can choose an indicator virus that
11 I give you.
12    I give you -- for instance, with our
13 dengue vaccines, we have an indicator virus in
14 our dengue vaccine assay that is what we call
15 the parent strain of the vaccine strain. So it
16 is an unattenuated virus. It was acquired from
17 the NIH. Yes, it has been passaged, as all
18 wild-type viruses are. It has been passaged.
19    The antibodies that you develop to that
20 vaccine can be of lower titer than antibodies to
21 another dengue-1 strain. What you're looking
22 for when you're picking your indicator virus,
23 again, you look at many different factors.
24    I think it's highly -- I think it's
25 appropriate to use the Jeryl Lynn strain of low

Page 220

1 passage. You know that that is -- that is the
2 virus that is related to the vaccine that you
3 gave, you know that the vaccine has continued to
4 be efficacious, and so measuring antibodies to
5 that virus are likely an indirect measure of
6 protection.
7 BY MR. SCHNELL:
8    Q. And you don't think it's relevant to
9 that opinion whether or not Merck internally had
10 a different view as to what it thought was the
11 most accurate indicator strain to use?
12    MR. SANGIAMO: Objection. Incomplete
13 hypothetical. Presuming facts that aren't
14 accurate.
15    THE WITNESS: Exactly. I mean, I don't
16 know what the internal discussions were at
17 Merck. I know what Merck decided in the end was
18 to include the Jeryl Lynn low passage strain as
19 the indicator virus. That is what I know.
20    I do not know how they came to that
21 conclusion, whether there were internal
22 discussions or not. But what I know is that the
23 end result was that it was the Jeryl Lynn
24 strain, low passage strain that was used in the
25 assay and accepted by the FDA.

Page 221

1 BY MR. SCHNELL:
2    Q. So if Merck did have an internal view
3 that the more appropriate indicator strain to
4 reflect the true efficacy of the vaccine against
5 wild-type was a non-Jeryl Lynn strain, that
6 wouldn't matter to you in your opinion; is that
7 correct?
8    MR. SANGIAMO: Objection. Incomplete
9 hypothetical. Presuming facts that are
10 inaccurate.
11    THE WITNESS: One, that is not what this
12 document says. This is one document that is
13 describing one efficacy study.
14    There were lots of other efficacy
15 studies that showed, again, greater than
16 90 percent efficacy, that showed seroconversion
17 rates that were much higher.
18    So there may have been a lot of internal
19 discussions within Merck. I cannot comment on
20 those.
21    All I can comment was that the end
22 result of all of those discussions was that
23 Merck believed the low-passage Jeryl Lynn strain
24 was the appropriate indicator strain for the
25 AIGENT assay.

56 (Pages 218 - 221)

Appx2755

1 BY MR. SCHNELL:
2    Q.  Well, if you hadn't been privy to those
3 internal communications and deliberations at
4 Merck, how can you testify that the end result
5 was that Merck -- as -- was that Merck believed
6 the low-passage Jeryl Lynn strain was
7 appropriate?
8    A.  Because that's what they included in
9 their assay.
10   Q.  It doesn't mean they believed internally
11 that it was appropriate, does it?
12       MR. SANGIAMO:  Object to the form.
13 Object to the --
14       MR. SCHNELL:  Can you just say
15 objection?  You're taking up half the record
16 with these long objections.  Just say objection.
17 You are coaching right and left, and it's got to
18 stop.
19       MR. SANGIAMO:  I'm not coaching the
20 witness at all.
21       MR. SCHNELL:  Oh, my gosh.
22       MR. SANGIAMO:  I'm objecting to the
23 form, and I can articulate the bases for the
24 objection on the record.
25       MR. SCHNELL:  Can you please repeat the

1 question.
2       MR. SANGIAMO:  You're asking unfair
3 questions.
4       MR. SCHNELL:  Keep it up, Dino, because
5 this is going to stop or we're going to the
6 magistrate.  You're just wasting time.  We're
7 going to be here late for no reason.  Let the
8 witness speak.  She's a smart witness.  Okay?
9       MR. SANGIAMO:  You can ask your next
10 question, Gordon.
11       MR. SCHNELL:  Please repeat the question
12 before the interruption.
13       (The reporter read the record as
14       requested.)
15       THE WITNESS:  I can't speak for Merck.
16 I do not know why they would use that passaged
17 -- low-passage Jeryl Lynn strain if they didn't
18 think it was the most appropriate strain.
19 BY MR. SCHNELL:
20   Q.  You're just assuming that they used it
21 because they thought it was the most
22 appropriate, correct?
23   A.  I mean, I -- I'm assuming that they
24 thought it was the most appropriate because they
25 used it in an assay that they were using to

1 support data related to their product for FDA
2 and that if they felt that it wasn't
3 appropriate, then they certainly would have not
4 used it, because then they risk FDA not
5 approving their assay.
6    Q.  But you don't know one way or the other
7 sitting here today, do you?
8    A.  I do not.
9       MR. SCHNELL:  I'd like to mark as
10 Exhibit 12 a document, Bates number 1615, 1642.
11       (Durbin Deposition Exhibit 12 marked for
12       identification and attached to the
13       transcript.)
14 BY MR. SCHNELL:
15    Q.  You're familiar with this document?
16    A.  I believe I am.  I believe I've seen
17 this before.
18    Q.  In fact, you cite it repeatedly in your
19 report, correct?
20       MR. SANGIAMO:  Do you want to let her
21 check her report?
22       THE WITNESS:  I'm putting this in
23 context now.
24 BY MR. SCHNELL:
25    Q.  You cite it at footnote 12, footnote 13,

1 footnote 14 --
2       MR. SANGIAMO:  Take a look.  Hold on.
3 BY MR. SCHNELL:
4    Q.  -- footnote 17, footnote 24,
5 footnote 25, and maybe several other places,
6 too.
7       But you're obviously very familiar with
8 this document, right?
9    A.  Uh-huh.
10       MR. SANGIAMO:  You can check those.
11       THE WITNESS:  Uh-huh.
12 BY MR. SCHNELL:
13    Q.  In what way does this document which you
14 cite repeatedly during your report support your
15 opinions in your report?
16       MR. SANGIAMO:  Feel free to refresh your
17 recollection and to consult the report.
18       THE WITNESS:  Can you repeat the
19 question?
20 BY MR. SCHNELL:
21    Q.  You cite this report repeatedly -- this
22 document repeatedly in your report.  And maybe
23 you can't answer generally, but I'm curious as
24 to, generally, why did you cite the this
25 particular document so much?

57 (Pages 222 - 225)

Appx2756

Page 226

1    A.  Because I think that it reflects sort of
2  what I've already discussed with you in terms of
3  neutralization and how -- I don't want to call
4  it complete bridging, but how we relate sort of
5  the early studies done with Merck's -- Merck
6  vaccine that showed high, greater than
7  90 percent seroconversion rates, how we relate
8  those results from that, those neutralization
9  studies to the AIGENT assays.
10     So when we're looking at this document,
11  it talks about the early studies with Hilleman.
12  It talks about the continued suppression of
13  mumps transmission, showing that the efficacy of
14  the vaccine has not changed over time.
15     And the fact that, you know, you can't
16  necessarily have one -- there's not one strain
17  of mumps that's going to be representative of a
18  global mumps virus population.  There are
19  strains that are circulating throughout the
20  world.
21     You know, we talked about you can get --
22  different strains will give you different
23  neutralization titers.
24    Q.  I thought your position was that the
25  difference of the strain shouldn't matter in

Page 227

1  terms of seroconversion rates.  That's why, in
2  your opinion, it was reasonable for Merck to use
3  a Jeryl Lynn strain, even though it wasn't the
4  circulating strain at the time.
5    A.  So --
6     MR. SANGIAMO:  Object to the form.
7  Misstates testimony.
8     THE WITNESS:  So no.  What I'm saying
9  is -- what I said and what my earlier testimony
10  is, that if possible, you would like to use the
11  same strain that were used -- that was used in
12  the earlier studies that showed 90 percent
13  seroconversion so that you can show that your
14  assay is representative or is representing the
15  same results from those earlier assays.
16     What I also said was that we know that
17  mumps efficacy has continued over the years.  So
18  if we see a strain of virus that's only showing
19  a 60 percent seroconversion rate or
20  seropositivity rate, that that may not be
21  indicative of the true protection afforded by
22  the vaccine.
23     So that it would be -- more likely, it
24  would be a better reflection, if you're using
25  your neutralizing antibody as an indirect

Page 228

1  indicator of protection, to use an assay that
2  reflects the known efficacy of the vaccine.  And
3  that is what this document is referring to.
4  BY MR. SCHNELL:
5    Q.  And this says attachment 3.  Do you know
6  what it was an attachment to?
7    A.  I cannot remember off the top of my
8  head.  I'm guessing that it was a correspondence
9  with FDA, but I cannot say that for sure.
10    Q.  And is it fair to say that this
11  document, there were some questions that the FDA
12  had, and this contained Merck's responses?
13    A.  Again, not having the whole document in
14  front of me, I can't say for certainty, but it
15  appears to be in response to questions from FDA.
16    Q.  Okay.  Well, this is the document that
17  you cited in its entirety.  So did you not see
18  the rest of it, if there was a rest of it?  I
19  don't know.  But this is the document as you
20  cited it.
21     MR. SANGIAMO:  You know there was a rest
22  of it.
23     MR. SCHNELL:  I don't know.  There's a
24  lot of --
25     MR. SANGIAMO:  You know it was an

Page 229

1  attachment to an FDA submission.
2     MR. SCHNELL:  I don't know anything
3  about this document, other than what's --
4     MR. SANGIAMO:  We produced it to you.
5     MR. SCHNELL:  Do you think have I
6  memorized all -- forget it.
7     MR. SANGIAMO:  You prepared for the
8  deposition.
9  BY MR. SCHNELL:
10    Q.  Is it fair to say that in this
11  submission, whatever it was, Merck is arguing to
12  the FDA that it should be allowed to use the
13  Jeryl Lynn strain for the AIGENT assay?
14     MR. SANGIAMO:  Take your time to review
15  it.
16     THE WITNESS:  I am.  This is -- yes,
17  Merck is proposing using the Jeryl Lynn strain.
18  It does not distinguish between Jeryl Lynn, at
19  least in this, low-passage and Jeryl Lynn
20  vaccine strain.  Just says Jeryl Lynn.
21  BY MR. SCHNELL:
22    Q.  And if you could turn to the third page
23  of the document.
24    A.  Is the top page the first page?
25    Q.  Yes.  So this is the page ending 617.

58 (Pages 226 - 229)

Appx2757

Page 230

1  And in that full paragraph there, the beginning
2  of that last long sentence says, "We therefore
3  do not believe that any of these isolates can be
4  used to predict clinical efficacy."
5      Do you see that?
6  A. I do. I would like to read the full
7  paragraph --
8  Q. Sure.
9  A. -- to see that in context.
10     Yes. I've read the last sentence.
11 Q. And so the sentence that I just read,
12 you agree with, correct?
13 A. Can you re-read that sentence?
14 Q. Sure. "We therefore do not believe that
15 any of these isolates can be used to predict
16 clinical efficacy."
17     MR. SANGIAMO: That's part of the
18 sentence.
19     THE WITNESS: Yeah. Nor do we believe
20 that the virus can adequately substitute for
21 Jeryl Lynn.
22 BY MR. SCHNELL:
23 Q. And my question is, the part of the
24 sentence that I read, do you agree with?
25 A. I do not believe that any of those

Page 231

1  strains would -- I do not believe that is likely
2  that those clinical strains would be a good
3  reflection of efficacy of the vaccine.
4  Q. And now I ask the same question with
5  respect to the Jeryl Lynn strain.
6      Do you believe that the use of the
7  Jeryl Lynn strain in the AIGENT assay would be
8  able to predict clinical efficacy?
9  A. I think that use of the Jeryl Lynn
10 strain, based on the seroconversion rates that
11 that strain shows in the assay, is reflective of
12 the efficacy. Again, what we've said is -- what
13 I've said is that the PRN, in and of itself,
14 cannot predict efficacy. It is an indirect
15 indicator of efficacy. It doesn't necessarily
16 completely protect, particularly on an
17 individual level.
18     I believe that the Jeryl Lynn strain, as
19 contained in this paragraph, is a better
20 indicator -- in the assay, an indirect indicator
21 of protection.
22 Q. And are you talking about the
23 low-passage strain, or are you talking about the
24 vaccine strain?
25 A. So I'm not -- I'm assuming that Jeryl

Page 232

1  Lynn TM is the vaccine strain. I believe that
2  is what Dr. Hilleman used in his original PRNs
3  that were related to the efficacy study. And I
4  believe that that is what they were referring to
5  here in this document.
6  Q. If you could turn to page 20 of your
7  report. So your opinion about the
8  reasonableness of Merck's use of either a
9  vaccine strain -- well, strike that.
10     You say, "In my opinion, use of vaccine
11 strain or a wild-type strain are both reasonable
12 approaches, and the selection can depend on the
13 circumstances."
14     That's a general statement. That's not
15 tied to the AIGENT, correct?
16 A. Correct.
17 Q. Okay. And that's based on your own
18 experience with PRN assays, correct?
19 A. Correct.
20 Q. So is it fair to say that the assays
21 that you've run sometimes use the vaccine strain
22 when you're doing a PRN test and sometimes use
23 the wild-type strain?
24 A. That is correct.
25 Q. And the circumstances could vary,

Page 233

1  depending on what the point of the exercise is;
2  is that correct?
3  A. It can depend on a number of things,
4  including the biosafety level of the pathogen
5  that you're testing. So, for instance, we
6  cannot use wild-type yellow fever in our yellow
7  fever PRN because of the biosafety level of
8  yellow fever virus. Same is true for Japanese
9  encephalitis virus.
10     So for that reason, we use vaccine
11 strains because we can work with those in a
12 BSL-2 level.
13     Initially, very early in vaccine
14 development, when we want to get a first look at
15 the protective efficacy of the vaccine -- I'm
16 sorry, not protective efficacy. When we're
17 looking at the immune response induced by the
18 vaccine, we may, in fact, use vaccine virus as
19 the target -- as the indicator virus.
20     Because if we don't see a good antibody
21 response against the indicator virus, which is
22 the vaccine strain virus, then in all likelihood
23 we're not going to see a good antibody response
24 to passage wild-type virus. So it depends on
25 the circumstances.

59 (Pages 230 - 233)

Page 234

1  Q. Why is that?
2  A. Why is what?
3  Q. Why are you not as likely to see --
4  A. Because --
5  Q. Hold on. Go ahead. Do you understand
6 the question?
7  A. Yeah, I think I understand the question.
8    The question is, why would I not expect
9 to see a good -- if I don't see an antibody
10 response if I'm using the vaccine virus as a
11 target virus, why would I not expect to see a
12 good antibody response if I'm using a wild-type
13 virus?
14  Q. Yeah.
15  A. So the reason for that is that, in
16 general, vaccine viruses are vaccine viruses
17 because they are attenuated, and attenuated
18 generally means they don't replicate as well.
19    So it may be a less -- to put it in sort
20 of layman's term, a less hearty virus. So it
21 may be -- it may neutralize better than
22 wild-type viruses.
23  Q. You've been involved in Phase III
24 pivotal clinical trials for vaccine licensure,
25 right?

Page 235

1  A. I have not. I am involved -- I am
2 working with a group in Butantan that is
3 currently conducting a Phase III dengue vaccine
4 trial.
5  Q. Other than that, you've never been
6 involved in a PRN involving a Phase III pivotal
7 trial for vaccine licensure?
8  A. I have not. I will say -- and again,
9 just to clarify, the PRN assay, in and of
10 itself, is generally not the endpoint that is
11 used for licensure of a phase -- of a vaccine.
12 It's generally the efficacy data from the
13 vaccine. The PRN data may be supportive.
14  Q. But in the AIGENT, it was?
15  A. Again, I can't comment on the
16 clinical phase of -- of the AIGENT assay. The
17 mumps vaccine had already been licensed. It was
18 an already licensed vaccine. Generally,
19 Phase III trials are to achieve licensure of the
20 vaccine. They're the efficacy trials. There
21 are post-licensure trials. There are Phase IV
22 post-licensure trials.
23    And again, as I think as I relayed
24 earlier, I think somewhere I saw that this may
25 have been a Phase V trial. I'm not aware of

Page 236

1 that. I'm not a -- not a GMP expert, but I
2 don't believe this was truly considered a
3 Phase III efficacy study.
4  Q. And then you said you're currently
5 involved in a PRN that's related to a Phase III
6 pivotal --
7  A. So --
8  Q. -- clinical trial for vaccine licensure?
9  A. We qualified our dengue PRN, and we
10 transferred that assay to the Instituto Butantan
11 to use in support of licensure of their dengue
12 vaccine.
13    Efficacy is the primary endpoint of the
14 study, not seroconversion rate to dengue or the
15 absolute titers as measured by the PRN.
16  Q. Other than the biopathogen -- am I using
17 the word right? Other than the example you gave
18 as to why, for yellow fever and one other virus,
19 you would not use the wild-type for safety
20 reasons, as I understand it, is there any other
21 reason why you would not use the wild-type in
22 a --
23  A. Absolutely.
24  Q. Let me finish. In a -- as an indicator
25 strain in a PRN assay?

Page 237

1  A. Absolutely. So when you use a wild-type
2 virus, you get a wide population of viruses
3 within that. So you can have plaques. Some
4 plaques are large, some plaques are small.
5    The plaque morphology is very different,
6 and that could lead to a very difficult time
7 trying to count plaques. You don't have a
8 homogenous plaque morphology.
9    Again, and a wild-type virus may not
10 grow well. You may not be able to grow up
11 enough virus to actually use it in your PRN.
12  Q. You have been involved in running PRN
13 assays in support of vaccine licensure before
14 FDA, correct?
15  A. So all of the PRNs that I have used, we
16 have submitted data from our PRN assays to the
17 FDA. But the vaccine that I have been working
18 on has not -- has not been submitted for
19 licensure in the United States.
20    So the trials themselves and the data
21 that I have submitted have not been put together
22 in the BLA for licensure yet.
23    The FDA -- we've submitted our data as
24 part of our IND application in our annual
25 reviews to the FDA. They've seen our -- they've

60 (Pages 234 - 237)

1 seen our PRNT results.
2    Q. So of all the thousands of PRN assays
3 that you've overseen or run that you referenced,
4 what are they generally for?
5    A. So these are in support of Phase I and
6 Phase II clinical trials. So we look at the PRN
7 assay as a measure of immunogenicity of the
8 vaccine in
9 Phase I and Phase II clinical trials.
10    So they are -- again, we're looking --
11 hopefully, we're hopefully going to be able to
12 use these assays to determine a correlate of
13 protection for dengue. We've not yet been able
14 to do so.
15    But these measures are -- the assays
16 that we're using, the gold standard -- the PRN
17 is accepted to be the gold standard antibody
18 assay for the measurement of antibodies against
19 dengue. So we submit these in support of the
20 Phase I and Phase II clinical trials as a
21 measure of immunogenicity of the vaccine.
22    Q. These PRNs that you've worked on are all
23 about dengue?
24    A. I've done PRNs for dengue, for Zika, for
25 yellow fever, St. Louis encephalitis, West Nile

1 virus, measles virus, and I did antibody assays
2 to parainfluenza viruses as well when I was at
3 the NIH.
4    Q. But none of these were in support of a
5 BLA?
6    A. So all of the -- all of the Zika assays
7 that we've done, the West Nile assays that we've
8 done, all of the dengue assays that we've done,
9 these are part of the screening for enrollment
10 into our clinical trials.
11    So in terms of determining eligibility
12 criteria, they are used to support eligibility
13 of volunteers enrolled in Phase I and Phase II
14 clinical trials here in the United States, and
15 also we've done some clinical trials in Thailand
16 and in Bangladesh.
17    Q. So none of the PRNs that you have worked
18 on, overseen, designed have ever been approved
19 by the FDA in support of a license; is that
20 correct?
21    A. I'm not sure what you mean by
22 "approved." When these data are -- when the
23 Phase III data are submitted to FDA from either
24 Instituto Butantan, we're also working -- we've
25 transferred our qualified PRN to manufacturers

1 in India and in Taiwan. They will be reviewed
2 by the in-country regulators of those countries.
3    ANVISA in Brazil reviewed our PRN data
4 before they allowed the Instituto Butantan to
5 proceed with their Phase II and Phase III
6 clinical trial.
7    So, you know, we can't say that -- you
8 know, none of these vaccines has yet to be
9 applied for licensure so none of these
10 manufacturers have yet applied for complete
11 licensure of the vaccine.
12    We have submitted clinical trials to
13 FDA. We've submitted the results of our PRN to
14 FDA and to regulatory authorities in these other
15 countries in support of clinical trials, and
16 those data have been accepted by FDA.
17    You know, I -- again, it hasn't been
18 submitted for licensure. And therefore, I --
19 you're right. They haven't been used for a
20 licensed vaccine because the vaccine has not
21 been submitted for licensure as yet.
22    MR. SCHNELL: Why don't we take a break.
23    MR. SANGIAMO: Okay.
24    VIDEO TECHNICIAN: The time is 3:21 p.m.
25 This completes Media Unit 4. We're now off the

1 record.
2    (A recess was taken.)
3    VIDEO TECHNICIAN: The time is 3:40 p.m.
4 This begins Media Unit 5. We're now on the
5 record.
6    Please proceed, Counsel.
7 BY MR. SCHNELL:
8    Q. Dr. Durbin, on page 20 of your report,
9 in the section where you're discussing the
10 appropriateness of indicator strain, you cite
11 to -- I'll just read it.
12    "My opinion that" -- it's second to last
13 paragraph, third sentence. "My opinion that use
14 of the vaccine strain as an indicator virus can
15 be appropriate is consistent with the fact that
16 in one study published by numerous public health
17 researchers, including Dr. Cortese from the CDC
18 and Dr. Rubin from the FDA, the investigators
19 stated in our study the minimum level of
20 antibody correlating with protection is best
21 investigated using the vaccine virus strain,
22 given that antibodies detected in pre-exposure
23 plasma are vaccine derived."
24    Do you see that?
25    A. Yes.

61 (Pages 238 - 241)

Page 242

1    Q.  And what was the purpose of your citing
2  to that particular article with regards to your
3  opinions on indicator strain in your report?
4    A.  So it sort of relates to what I was
5  describing earlier.  So this study was done
6  looking at college students who became infected
7  with mumps during an outbreak.  So any
8  antibodies that they had prior to the outbreak
9  would have been derived from the vaccine.
10      So again, if you want to look at how
11  those antibodies act, the most sort of, I would
12  say, direct measure is you can measure the
13  neutralizing antibodies that were directed
14  exactly against the strain of mumps virus that
15  those students received.
16    Q.  And you, before the break, said that
17  part of your opinion on the appropriateness of
18  Merck's use of the JL-135 strain for the AIGENT
19  was that the FDA allowed it.  Is that a fair
20  characterization of your testimony?
21    A.  So I would rephrase that to say that
22  that was acceptable to FDA.  FDA felt that the
23  Jeryl Lynn strain, I believe, from passage 7 to
24  12, any one of those passage strains would have
25  been an appropriate representation of a

Page 243

1  wild-type virus.
2    Q.  And I think I asked you, you didn't
3  recall who at FDA or -- who at FDA made that
4  decision, or not the decision, but who you're
5  referring to at FDA?
6    A.  What I recall from the minutes -- the
7  minutes from the meeting, I recall the names
8  Steve Rubin and Kathy Carbone.
9    Q.  So it's your understanding that Steve
10  Rubin accepted the JL-135 as an appropriate
11  indicator strain for the AIGENT assay?
12    MR. SANGIAMO:  Object to the form.
13    THE WITNESS:  No.  What I'm saying are
14  those are the two names that I remember from the
15  memo.  I cannot remember everybody from FDA that
16  was at that meeting.
17    I do know, from the conclusion of the
18  meeting, that FDA was amenable to using
19  Jeryl Lynn passage 7 to 12.
20    MR. SCHNELL:  I'd like to mark as Durbin
21  Exhibit 13 a series of e-mails, Bates number
22  30994 through 998, with the top e-mail from
23  Steve Rubin to David Krah dated August 24, 2011.
24
25

Page 244

1    (Durbin Deposition Exhibit 13 marked for
2    identification and attached to the
3    transcript.)
4  BY MR. SCHNELL:
5    Q.  You've never seen this before, right?
6    A.  I don't recognize this.
7    Q.  My question relates to the e-mail
8  immediately below the top e-mail from Dr. Rubin
9  to David Krah, and in particular what he says in
10  paragraph 5.
11      If you could take a moment to look at
12  it, then I have a question.
13    A.  Sure.
14      I've read the paragraph.
15    Q.  And you've never seen that opinion
16  before from Dr. Rubin, right?
17    A.  I have not.
18    Q.  And Dr. Rubin, I think earlier in your
19  report, you identify as a preeminent mumps
20  specialist; is that right?
21    A.  Yes.
22    Q.  And in this document, Dr. Rubin
23  expresses his disagreement with the use of the
24  low-passage JL vaccine strain in the AIGENT
25  assay, correct?

Page 245

1    A.  I don't know that he's referring
2  directly to the AIGENT assay.  He's referring to
3  an earlier assay.
4    Q.  What other assays are you aware of that
5  Merck conducted where they used a low-passage JL
6  strain in order to measure vaccine
7  immunogenicity as a surrogate for efficacy in a
8  clinical trial?
9    A.  So I was not -- again, I was not tasked
10  with all of the immunogenicity assays.  There
11  could have been others that I am not aware of.
12  All I'm saying is that this specific paragraph
13  does not directly reference the AIGENT assay.
14    Q.  And do you believe that it's not
15  referencing the AIGENT assay?
16    A.  Again, I can't say.  I don't know the
17  full context of this.
18    Q.  Would it be relevant to your opinion
19  whether or not Dr. Rubin disagreed with the use
20  of the JL -- the low-passage JL strain as an
21  indicator virus in the AIGENT assay?
22    A.  So I wouldn't say relevant or
23  nonrelevant.  He -- you know, I'm sure that
24  there were discussions, there were pros and
25  cons.  All I can say is the ultimate decision of

62 (Pages 242 - 245)

1 the FDA was that it was an appropriate strain to
2 use for the AIGENT assay.
3     Q.  I'm asking in terms of your opinion.
4 You have an opinion, independent of the FDA's
5 opinion, that it was appropriate?
6     A.  Yes.
7     Q.  Okay.  So would you find it relevant to
8 that opinion whether or not Dr. Rubin disagreed
9 with you?
10     A.  No.  Dr. Rubin's opinion does not --
11 does not -- does not change my opinion of the
12 appropriateness of the strain that was used in
13 the AIGENT assay.
14     Q.  Even though he's a mumps specialist and
15 you're not?
16     A.  Yes.
17     Q.  Even though he thinks, according to this
18 e-mail, that using the low-passage JL strain
19 was "stacking the deck"?
20     A.  Again, that is his opinion.  I don't
21 agree with that opinion.  I, you know, I've run,
22 as I said, thousands in my lab, thousands of PRN
23 assays.  And again, the strain that you select
24 is dependent on many things.
25         It was appropriate to the FDA to use

1 that strain.  I feel that it was appropriate to
2 use that strain.  Dr. Rubin may disagree, per
3 this particular e-mail, but I don't know the
4 context of this, other than it appears that
5 they're discussing a manuscript that they've
6 prepared.
7     Q.  And you're not interested in the basis
8 of his opinion, correct?
9     A.  Again, I don't know the context of this.
10 It's not that I'm interested.  I think
11 reasonable people can disagree and come to
12 conclusions.
13     Q.  If you had seen this document in the
14 course of your preparation of your report, would
15 you have wanted to find out more about the basis
16 for Dr. Rubin's opinion?
17     A.  I mean, ultimately, it was acceptable to
18 the FDA.  I don't know that -- I mean, I don't
19 know that knowing why he disagreed necessarily
20 would change my opinion based on my experience
21 with the PRN.  So, you know, what I can say or
22 what was important in the end was that there may
23 have been internal discussions within FDA, but
24 FDA agreed that a low-passage Jeryl Lynn strain
25 was appropriate for the assay.

1     Q.  So is the answer no?  If you had seen
2 this document in the course of your review, you
3 wouldn't have wanted to know more of the basis
4 for Dr. Rubin's opinion?
5     A.  No.  I mean, I think he renders an
6 opinion here that I don't necessarily agree
7 with.  I mean, I don't think that I would go
8 into more -- more detail.  I would assume that
9 there were discussions amongst him with other
10 people at FDA, and the overall conclusion was
11 that the Jeryl Lynn low-passage strain was
12 appropriate for use in the AIGENT assay.
13     Q.  And your opinion that you disagree with
14 what he's saying here --
15     A.  Uh-huh.
16     Q.  -- is based on not having any
17 information as to what formed his opinion; is
18 that correct?
19     A.  No --
20         MR. SANGIAMO:  Object to the form.
21         THE WITNESS:  No, that's -- my opinion
22 is based on other factors that we discussed
23 previously in terms of why the Jeryl Lynn
24 strain, low-passage strain may be appropriate.
25         You know, he's a well-respected mumps

1 virologist, and I respect his opinion, but that
2 doesn't necessarily mean that I agree with him.
3 BY MR. SCHNELL:
4     Q.  Let me turn your attention to page 24 of
5 your report.
6         Before I ask you about this, I just have
7 a couple of questions.
8         What is a Phase I clinical trial, in
9 very high-level terms?
10     A.  So a Phase I clinical trial generally is
11 first in humans.  So it's a very early clinical
12 trial to evaluate the safety and usually also,
13 to some extent, the immunogenicity -- in terms
14 of vaccine studies, a Phase I vaccine study,
15 evaluating, in general terms, the safety and the
16 immunogenicity of a product.
17         It's generally done in smaller numbers
18 of subjects.  There are Phase I therapeutic
19 trials as well, but I'm speaking my knowledge of
20 vaccine trials.
21     Q.  And then what's a Phase II clinical
22 trial?
23     A.  So a Phase II generally is an expanded
24 trial.  So you're enrolling hundreds to a
25 thousand, couple thousand people to expand your

63 (Pages 246 - 249)

Appx2762

Page 250

1 safety database, primarily.
2     So again, you're looking primarily at
3 safety.  You're also looking at immunogenicity.
4 In a Phase II study, you may look at different
5 doses of your vaccine in terms of frequency of
6 doses or interval between doses, and looking at
7 the effect of immunogenicity on that.
8     But again, you're expanding in your
9 numbers and looking primarily at safety and then
10 also looking at immunogenicity.
11 Q.  And Phase III?
12 A.  And Phase III, in very general terms, is
13 your efficacy measurements.  So generally, the
14 primary outcome of a Phase III vaccine trial is
15 does the vaccine protect.
16     So generally, for a Phase III trial, to
17 look at efficacy, you need to have persons who
18 are given the vaccine, persons who are not given
19 the vaccine, and then looking at the disease
20 incidence difference between the two groups to
21 look for efficacy.
22 Q.  So on page 24 is the beginning of your
23 opinion dealing with whether or not the plaque
24 counting that occurred with the AIGENT assay was
25 proper.

Page 251

1 A.  Uh-huh.
2 Q.  And in the first -- in the second
3 sentence, bottom of the page, you write, "It's
4 not uncommon for there to be individual results
5 that are suggestive of the need to take a harder
6 look at the data."
7 A.  I'm sorry, where are you?  I don't see
8 that.  On page 24?
9 Q.  Yeah, under D1.
10 A.  Oh, in the bold, okay.  I was looking at
11 the paragraph.
12 Q.  Do you see it?
13 A.  What does the sentence start with?
14 Q.  "In my experience, it is not uncommon
15 for there to be individual results that are
16 suggestive of the need to take a harder look at
17 the data.  This is often the case when results
18 are unexpected.
19     "In addition, we include, as part of our
20 quality control in the training of new
21 technicians, that approximately 10 percent of
22 all plates in a PRN be recounted to determine if
23 there was an error in counting."
24 A.  Yes.
25 Q.  So it's your opinion that rechecking

Page 252

1 unexpected results is okay in an AIGENT assay
2 when you're plaque -- counting plaques, right?
3 A.  So it's my opinion that recounting may
4 be necessary if there is an aberrant result or
5 something that looks out of place, if there's
6 something unusual.  Because the PRN, again, is a
7 very subjective assay in terms of plaque
8 counting and such.  And so, yes, if there's an
9 aberrant result, it may indicate that the plaque
10 should be counted.
11 Q.  When you said -- am I understanding you
12 correct, "embarack"?
13 A.  Aberrant.  So something that looks out
14 of place.
15 Q.  Oh, aberrant, okay.  What I call
16 aberrant, you call aberrant, okay.
17 A.  Tomato, tomato.
18 Q.  That's right.  So you say, "This is
19 often the case when results aren't expected.  We
20 include, as part of our quality control in the
21 training of new technicians, that 10 percent of
22 the plates be recounted."
23 A.  Yes.
24 Q.  And in that instance, is it a random
25 10 percent, or is it you directing your lab

Page 253

1 staff to go to the pre-vaccination samples or go
2 to the post-vaccination samples or go to some
3 pretargeted subset of the samples and just pull
4 10 percent from that?
5 A.  So because this is done purely for
6 quality control, it's not done to address any
7 aberrant result, we do a random 10 percent.
8 Q.  Have you ever run a PRN where you
9 directed your staff to recount a targeted subset
10 of data?
11 A.  So there have been occasions where I
12 have instructed technicians to do that.  And
13 again, where it comes down to in our case was
14 people who should have been seronegative to
15 dengue or other flaviviruses such as yellow
16 fever, because these viruses don't circulate in
17 the United States, they were not vaccinated
18 against these viruses.
19     But because of how the cutoff was read,
20 there were some samples that were very close to
21 the cutoff and were being -- and had a titer
22 that was looking positive, so that was being
23 read as positive.
24     So one of the things that I did do is to
25 direct the technicians to go back and look at

64 (Pages 250 - 253)

Appx2763

1 those plates directly, look at those plaque
2 counts to ensure that they were accurate plaque
3 counts, and to ensure that there was nothing
4 unusual about the plates themselves that would
5 result in a lower plaque count.
6       And that can be monolayer tearing. That
7 can be drying out of the monolayer. That can be
8 different things.
9    Q. And that was in how many PRN assays?
10   A. I cannot give you a -- I cannot give you
11 a specific number. It was in related mostly to
12 our yellow fever PRN, and it happened quite
13 frequently and led us to changing the indicator
14 virus of the yellow fever PRN.
15   Q. And when you did that, that wasn't --
16 that was a Phase II trial?
17   A. So this would be considered in a -- I'm
18 going to give you another term -- Phase IB
19 trial. Phase I and Phase IB trial. So it was
20 in our Phase I evaluations here in the United
21 States of a live attenuated dengue vaccine trial
22 and in our dengue controlled human infection
23 model studies.
24   Q. Are those considered exploratory trials?
25   A. So they're of investigational agents. I

1 don't know that I would describe it as
2 exploratory. I think of exploratory in a
3 different term, more in terms of exploratory
4 assays that you may use to evaluate the response
5 of your vaccine. But I don't consider the trial
6 itself exploratory. I consider it
7 investigational.
8    Q. And when you did it in these examples,
9 did you direct your staff to recheck the entire
10 sampling associated with a particular plate or
11 just those samples -- or the entire well that
12 the plate was associated with, or just that
13 plate and what came out of it?
14   A. So I --
15       MR. SANGIAMO: Object to the form.
16       THE WITNESS: So I directed them to look
17 specifically at the wells around the cutoff, the
18 particular cutoff.
19 BY MR. SCHNELL:
20   Q. Whether they were immediately below the
21 cutoff or immediately above the cutoff?
22   A. Right. Looking at wells above and below
23 the cutoff.
24   Q. And you expected -- and you did that
25 because you expected that they would all -- they

1 should all be below the cutoff, right?
2    A. I expected they would all be above the
3 cutoff, and they would be seronegative.
4    Q. Okay. So why did you also look at the
5 ones that were above the cutoff?
6    A. So I looked at above and below because
7 these are the ones -- so if they were too low --
8 so if the plaques were -- if the plaque count
9 was below 50 percent, then they would be read at
10 seropositive.
11       I look at above and below because you
12 expect to see -- how we do our dilutions, we do
13 sera fourfold dilutions. So I would expect, in
14 very broad, general terms, to see four times as
15 many plaques until I reach that average number
16 of plaques.
17       So I should see, as I'm diluting out, I
18 should see the plaque count increase
19 proportionately until we get to about the
20 average of the virus-only control.
21       So I wanted to see if there was really a
22 big difference between what was the number of
23 plaques below the cutoff, with the next dilution
24 when the number of plaques would be above the
25 cutoff.

1    Q. And then when you directed them to
2 recheck -- and the rechecking was recounting the
3 plaques?
4    A. Uh-huh.
5    Q. And if they had found that there was a
6 difference, was it -- first of all, was it the
7 -- did you go to a different counter than had
8 counted the first time?
9    A. So the counters rechecked each other's
10 counts. So they did -- in some instances, they
11 would have the someone else recount it, or the
12 same person would recount it.
13   Q. And if they found a different count, was
14 that the count that was used?
15   A. So if they found a different count, it
16 would -- I'm not sure if the different count --
17 I mean, it sort of depends upon if the result
18 was changed or not. So if the result was not
19 changed, then the result was the same. If the
20 result was changed, then we tended to repeat the
21 assay to ensure that it was accurate.
22   Q. You didn't just accept the second count?
23   A. I did not just accept the second count.
24   Q. Why?
25   A. Because I can't tell -- in the laws of

65 (Pages 254 - 257)

Appx2764

1 probability, I can't necessarily say that the
2 second count is right or the first count is
3 right. It depends on really what they're
4 seeing.
5      So there's some obvious -- you know,
6 some of the suggestive -- subjectiveness to
7 plaque counts can be, for instance, if there's
8 plaque overlap. I don't know if you're familiar
9 with that term. If you have two plaques sort of
10 abutting one another, one over, some plaque
11 counters count that as one plaque. Some plaque
12 counters count that as two plaques.
13      So if there is sort of distinctions, you
14 know, if the plaque count differs by, you know,
15 a couple plaques, and it's not a significant
16 difference in terms of changing seroconversion,
17 then the change in plaque count doesn't matter,
18 and we accept the result.
19      What I may do if I -- you know, if I'm
20 really not sure why this person is positive, and
21 there's -- then I may rerun the assay just to
22 confirm that the person is, in fact,
23 seropositive for whatever reason.
24      But if we have two people doing it, if
25 there's one count and then a second count, what

1 we're really looking for is consistencies and to
2 see if somebody missed something if they
3 counted.
4      For instance, you can transcribe the
5 results incorrectly. So you're counting for
6 person A and you're recording the results for
7 person B, you want to do that as part of your
8 check.
9      But, you know, in terms of whether one
10 plaque count was accepted over the other,
11 generally what we do is we look at the two
12 differences, and you make a decision whether the
13 assay needs to be repeated or not or whether you
14 accept the results.
15 Q. Who makes that decision?
16 A. I make that decision.
17 Q. How would you make that decision in
18 terms of accepting one of the two counts?
19 A. So again, it would mostly depend on what
20 the differences are. Like if they're big
21 differences or not big differences, if it
22 changed the result or not. And looking at, for
23 instance, the differences in -- let's see if I
24 can get this right, if I can explain this.
25      So a lot of it depends on how reliable

1 you think that actual plaque count -- I
2 shouldn't say -- how reliable you think the
3 result of that plaque count is.
4      So if one plaque counter is getting --
5 if your cutoff, say, is 20 plaques and one
6 plaque counter is getting 10 plaques and another
7 counter is getting 19 plaques, that is a big
8 difference. And in that case, I would want to
9 go down and look at the plate myself and decide
10 which is correct.
11      If one plaque count is getting 17 and
12 one plaque counter is getting 18, to me that's
13 not a significant difference, and no further
14 action would be taken.
15      So it depends on a lot of circumstances,
16 given the subjectivity of counting. And it's
17 one of the reasons that we really tried, you
18 know, to do our 10 percent random checks, mostly
19 to ensure that we're seeing consistency between
20 plaque counters.
21 Q. In those -- in the PRNs that you can
22 remember where this process of targeted
23 recounting occurred, do you recall what the
24 percentage of changes were that were made?
25 A. So I can't recall the exact number of

1 changes because if the changes weren't
2 instrumental in changing positive to negative,
3 it wouldn't have mattered.
4      I can tell you that in some of the
5 instances -- there were a few instances, and I
6 would say a handful, that changed the result
7 from seropositive to seronegative. And that
8 would be very few. In those, we tended to
9 repeat the assay.
10 Q. So there was no instance where plaque
11 counter 1 got a particular count, you asked
12 plaque counter 2 to double-check, they got a
13 different count, where you then just went with
14 plaque counter 2's count without further
15 analysis; is that true?
16 A. I can't say that, because there were
17 some that would have changed, as I said, would
18 have changed the result from seronegative to
19 seropositive. So further action would have been
20 taken, and that would have been to repeat the
21 assay.
22 Q. I'm saying there were no instances where
23 no further action was taken and you just
24 accepted the second plaque count without
25 anything -- without any further analysis on your

66 (Pages 258 - 261)

Appx2765

Page 262

1 part?
2    A. Yes, there were some instances of that
3 when it was clearly a true seropositive.
4    Q. And how would you have determined that?
5    A. I would have determined that by looking
6 at the plaque count. So if our cutoff, for
7 instance, is 20 plaques, and in the well above
8 there were 5 plaques, one counter got an average
9 of 6 plaques and one count got an average of 7.5
10 plaques, that, to me, they're both seropositive,
11 and no further action would be taken.
12    Q. But in the instance where it did change
13 from seropositive to seronegative, there you
14 would never have just accepted the second count
15 without doing further analysis or testing; is
16 that correct?
17    A. As best I can remember, yes, that would
18 be correct.
19    Q. Now, generally, in the PRN assays that
20 you run, what kind of quality control, if any,
21 do you have to ensure that the plaque counting
22 is done properly and as accurately as possible?
23    A. So we have extensive training to begin
24 with. So you have -- when we have, for
25 instance, somebody new come on into the lab,

Page 263

1 they go through training. So they do one-on-one
2 training with a person who has already been
3 deemed qualified to do the PRN.
4    And we deem somebody qualified, they
5 have to perform assays against all viruses, all
6 of our dengue viruses, as well as any of the
7 other viruses that we're using in the PRN.
8    They have to perform those assays in
9 parallel with a trained person, and they have to
10 pass their competency evaluation.
11    So they're trained on the protocol, they
12 watch people do the protocol, they do the
13 protocol themselves with other people watching
14 them, and then they do assays.
15    And again, these are more practice
16 assays. They're not using -- at this point,
17 they're not using samples from the clinical
18 trial. They do assays of the different viruses
19 in parallel with a trained person, and the
20 results are compared for competency.
21    And part of that is we have internal
22 positive controls that have to meet
23 specifications. So when they do their training
24 for the -- before they can be signed off, the
25 positive controls have to be within the

Page 264

1 preassigned range of the positive control, the
2 negative control has to be negative, and you
3 have to have -- your virus-only control has to
4 be within a set range of plaque counts, so
5 generally between 30 and 60.
6    And if they fail on any of those
7 criteria, they then fail their competency.
8    Once they've been deemed competent and
9 are actually running assays, again, they have to
10 meet all of the validity criteria that I just
11 described. And then, again, doing the
12 10 percent random recheck to ensure that
13 they're maybe not identical, but certainly
14 not -- and this is difficult to say -- not
15 extremely different.
16    So we may expect to see an average
17 difference of, you know, one or two or three
18 plaques, but we don't want to see a difference
19 of 10 or 20 plaques, if that makes sense.
20    Q. And in that random recheck or
21 recounting, what happens when the second count
22 is different by one or two or three or more?
23 Which count do you go with?
24    A. So again, what -- we would go with the
25 original -- we would go with the original count

Page 265

1 at first because, again, that was the person who
2 did the whole assay, set up the whole assay. So
3 we would tend to go with the original count.
4    If there was a significant difference,
5 then we would -- you know, likely then it's
6 brought to my attention, and then it's my
7 decision do we accept the assay, you know, which
8 count do we accept -- I would have to look at
9 the plates themselves -- or do we just repeat
10 that sample.
11    Q. And what's the different -- what's the
12 delta that you consider significant enough where
13 that
14 would -- where you would have to step in and you
15 would not automatically go with the original
16 count?
17    A. So I will tell you we have tried to set
18 up a defined delta, but it is very difficult.
19 And the reason it's difficult is because it
20 depends on which dilution you're at.
21    So, for instance, if you say I'm, you
22 know, any -- if there's a difference greater
23 than, you know, one plaque or two plaques or
24 even a percentage different, when you're in the
25 neutralizing range and you have very few counts,

67 (Pages 262 - 265)

Appx2766

Page 266

1 that would lead to throwing out an assay that is
2 probably very, you know, varied.
3        So it really is a subjective -- the two
4 plaque counters, the technicians discuss, they
5 bring information to me, I listen to the
6 circumstance and then would decide.  But I don't
7 have an a priori designated delta.
8        We've tried to do that, and it really
9 complicates interpret -- it really complicates
10 the assay because it's completely dependent upon
11 the dilution that you're looking at.
12    Q.  Now, it's your ultimate opinion, is it
13 not, that your review of the materials leads you
14 to the conclusion that the counting changes that
15 were made in connection with the AIGENT assay
16 were inconsistent with an intent to manipulate
17 the results, correct?
18    A.  So when I looked at -- you know, when I
19 looked at the data sets that were given me --
20 given to me, I did not -- I believe -- my
21 opinion was that it was not with the intent to
22 manipulate.
23        I thought it would be helpful to have an
24 analysis of all of the plaque changes because I
25 couldn't look at that just, you know, on my own,

Page 267

1 and I'm not a statistician.
2        To me, they did not look as though they
3 were done with an intent to manipulate.  I
4 thought it was very helpful, though, to have
5 Dr. Platt's analysis just to reconfirm that for
6 me.
7    Q.  So putting Dr. Platt's analysis aside
8 for now, what did he or what did his report
9 confirm for -- you had done an independent
10 analysis that led you to the conclusion that you
11 didn't believe there was an intent to manipulate
12 the data?
13    A.  So what I did is I reviewed --
14        MR. SANGIAMO:  Objection.  You can
15 answer, but I object to that question.
16        THE WITNESS:  Okay.  So what I did is I
17 looked at -- I looked at the notations so some
18 of the workbooks -- or, I'm sorry, some of the
19 worksheets that notated plaque counts.  I noted,
20 you know, looking at the plaque counts, there
21 was not a significant change generally in the
22 number of plaque counts that were there.
23        It didn't appear to me that the number
24 of plaque counts would significantly affect the
25 seroconversion rate.

Page 268

1        I noted that in the assay itself, when
2 you're evaluating the specimens, whoever is
3 doing the plaque counts is not aware of the
4 treatment group to which those specimens came
5 from.
6        So it would be -- you know, you can't
7 manipulate the overall outcome without knowing
8 which treatment group someone's in.  And, you
9 know, I felt that the justification for the
10 plaque counts, as described by Dr. Krah, were
11 well justified.
12 BY MR. SCHNELL:
13    Q.  Do the plaque count changes that you
14 look at have justifications for the changes?
15    A.  The ones that I look at?  What do you
16 mean?  So on the notebook, occasionally there
17 are notations -- so it may be crossed out and it
18 may be recounted because of X, Y, or Z.  Not all
19 of them, but some of them had a reason why they
20 were recounted.
21    Q.  Did the vast majority of them not have
22 justifications?
23    A.  I can't speak to the vast majority.  I
24 do know that some, and I know in reading his
25 deposition, he did reference as to why he would

Page 269

1 do plaque counts -- plaque recounts.
2    Q.  Other than the positive neutralization
3 in a single dilution, what other justifications
4 do you recall him testifying to?
5    A.  So if he -- from what I recall, he would
6 redo plaque counts if -- one, to check on the
7 accuracy of the plaque count by the technician,
8 which I thought was appropriate.
9        He also felt that looking at the
10 pre-positives, again, noting that pre-positives
11 are -- I don't want to call it aberrant, but you
12 would expect most of the serum to be
13 seronegative.  And so checking those, to me,
14 seemed reasonable.  It's something, as I've
15 already described with my assay, that we do to
16 ensure that those pre-positives are, in fact,
17 positive.
18    Q.  Any other reasons you recall?
19    A.  There were other reasons listed for
20 rejection of an assay or rejection of some of
21 them.  For instance, torn monolayers or things
22 like that.
23        But in terms of stimulation for recount,
24 what I recall him -- from his deposition is
25 looking at the pre-positives, concern that a

68 (Pages 266 - 269)

Appx2767

Page 270

1 technician was not counting plaques correctly or
2 was counting them inaccurately, and then looking
3 also at the single dilutions because that --
4 again, different plaque counts can change the
5 result around that single dilution positive.
6    Q. Why didn't you look at the deposition
7 testimony of any of the other individuals that
8 were in the lab and engaged in the plaque
9 counting process?
10    A. I was not given the deposition of other
11 people in the laboratory.
12    Q. Would that have been relevant to your
13 opinion in this regard?
14    A. I mean, in terms of -- in terms of the
15 rationale for plaque counting, it was Dr. Krah
16 who initiated that, so I felt his opinion was
17 the most relevant.
18    Q. If there had been testimony of others
19 present in the lab and engaged in the plaque
20 counting process that they believed that a --
21 the plaque counting process did engage an
22 attempt to manipulate the results, would that
23 have been relevant to your opinion that you
24 don't believe there was any intent to manipulate
25 the results?

Page 271

1    A. You know, again, it's a hypothetical. I
2 would have to know the circumstances around
3 that.
4       When I look at the general -- when I
5 looked at the general -- his rationale for
6 plaque counting, it seemed reasonable to me.
7 It's reasons that I use. So I can't -- I
8 can't -- I can't hypothesize what others may
9 have said.
10    Q. I want you to assume for this question
11 that there were others in the lab who engaged in
12 plaque counting and who testified that they
13 believed that the plaque counting that Dr. Krah
14 directed them to undertake was for the purpose
15 of manipulating the results.
16    A. Uh-huh.
17    Q. Assuming that that testimony is there
18 from others that were in the lab, would that
19 have been relevant to your opinion on whether or
20 not there was an intent to manipulate data in
21 the AIGENT plaque counting process?
22       MR. SANGIAMO: Object to the form.
23 Incomplete hypothetical.
24       THE WITNESS: I will say that based on
25 Dr. Platt's analysis -- that others in the lab,

Page 272

1 their opinion would not be relevant, because
2 Dr. Platt conducted a statistical analysis that
3 demonstrated that the differences in plaque
4 counts made no difference to the seroconversion
5 rate; in fact, using the recounts actually
6 decreased slightly the seroconversion rate
7 which, in my opinion, shows the opposite of an
8 intent to manipulate the data.
9       And just given in hypotheticals as well,
10 regardless of, you know, the plaque counts, the
11 recounted plaque counts were not used in the
12 submission to FDA so they're irrelevant to the
13 outcome of the AIGENT assay.
14 BY MR. SCHNELL:
15    Q. You're talking about seroconversion
16 results as the end result of the AIGENT assay.
17 Isn't the number of pre-positives also an
18 important end result of the plaque counting?
19       MR. SANGIAMO: Object to the form.
20       THE WITNESS: So the seroconversion
21 rate, the intent of the AIGENT assay, the intent
22 of protocol 7 was to look at the different
23 treatment groups -- and I'm calling them
24 treatment groups, vaccination groups, to see
25 whether or not the different potency of the

Page 273

1 vaccine induced similar seroconversion rates and
2 also to look -- to see if it induced what they
3 called adequate immunogenicity, which was a
4 90 percent seroconversion rate.
5       So the pre-positives in that manner --
6 you know, in my opinion, that was the purpose of
7 the AIGENT assay to do that, and seroconversion
8 rate was the important endpoint of the AIGENT
9 assay.
10 BY MR. SCHNELL:
11    Q. So if there had been an intent to
12 manipulate the level of seropositives in the
13 AIGENT assay, that would not, in your opinion,
14 be a problem with how the plaque counting
15 process was done?
16       MR. SANGIAMO: Object to the form.
17       THE WITNESS: So I don't understand. Do
18 you mean seropositives post-vaccination?
19 BY MR. SCHNELL:
20    Q. I'm sorry, pre-positives. If I could --
21 I'll repeat that.
22       If you -- if there had been an intent to
23 manipulate the levels of pre-positives in the
24 AIGENT assay, would that, in your opinion, have
25 been a problem with how the AIGENT assay plaque

69 (Pages 270 - 273)

Page 274

1 counting process was done?
2    A. I'm still not quite sure I understand
3 your question, but I will try to answer the
4 question.
5       So is your question if manipulating the
6 plaque count affected the pre-positive? Is that
7 what your question is?
8    Q. If that had been the intent, would that,
9 in your opinion, be a problem with how the
10 plaque counting process was done?
11    A. I mean, it's a hypothetical. I would
12 think that any attempt to manipulate the data,
13 if it truly was an intent to manipulate data, is
14 a problem. I did not see an intent -- and I
15 want to reiterate that. I saw no intent to
16 manipulate the data based on changing of plaque
17 counts.
18       And I also want to reiterate that the
19 original plaque counts were the data that was --
20 that was sent to FDA and accepted by FDA.
21    Q. And your opinion is that, from your
22 review of the materials, you found no material
23 changes in the results of the AIGENT assay
24 between the original plaque counts and the
25 revised plaque counts, correct?

Page 275

1    A. So what I saw in the difference in the
2 seroconversion rate was based on Dr. Platt's
3 analysis, and that actually showed a decrease in
4 seroconversion rate using the recounted plaque
5 counts.
6    Q. What about the level of pre-positives?
7    A. I believe, and I would have to refer to
8 his report, that there was -- that if you look
9 at the --
10    MR. SANGIAMO: Well, if you'd have to
11 refer to the report --
12    THE WITNESS: I would like to refer to
13 the report. I do know that he looked at the
14 percentage of pre-positives, and I believe that
15 overall the majority, one, did not change
16 pre-positives, and that the --
17    MR. SANGIAMO: Or maybe it's in your --
18 just look at your report.
19    THE WITNESS: Yeah. I'll look at his
20 report. That there was not a significant change
21 in the outcome of the AIGENT assay.
22 BY MR. SCHNELL:
23    Q. On page 31, Dr. Platt also found that
24 only 32.1 percent of pre-positives --
25    MR. SANGIAMO: Hang on a second. She's

Page 276

1 not there. She's not there.
2 BY MR. SCHNELL:
3    Q. -- became pre-negative.
4       If you look at the third paragraph under
5 pre-positives --
6    MR. SANGIAMO: Well, read what you need
7 to read.
8    THE WITNESS: That's what I'm doing,
9 exactly.
10       So only 18.6 of the wells that were
11 changed were in pre-positive samples. So the
12 vast majority of changes were not in the
13 pre-positive samples. And of that small
14 proportion of changes that were made to the
15 pre-positive, two-thirds did not have that --
16 did not affect it.
17 BY MR. SCHNELL:
18    Q. Your opinion is that there were no
19 material changes in the results of the AIGENT
20 assay from the revisions to the plaque counts
21 because there was no material change in the
22 seroconversion rate, correct?
23    A. Can you repeat the question?
24    (The reporter read the record as
25    requested.)

Page 277

1    THE WITNESS: My opinion is that there
2 was no material change to the seroconversion
3 rate of the AIGENT assay. And the fact that
4 there was a slight decrease in sero-positive --
5 seroconversion using the changed plaque counts,
6 that that is counterintuitive or disputes any
7 intent to change the results in favor of Merck.
8 BY MR. SCHNELL:
9    Q. What about the fact that, as Dr. Platt
10 found, 32 percent of the pre-positives became
11 pre-negatives because of the plaque count
12 changes? That's not a material change in the
13 results, in your view?
14    A. That was not because that was only --
15 first of all, only 18 percent of the changes
16 were made in pre-positives. And of those, that
17 18 percent, only a third of that changed from
18 pre-positive to pre-negative.
19       So if you look at the overall effect of
20 that, which is reflected in the seroconversion
21 rate, there was very little change in the
22 seroconversion rate. And, in fact, the
23 seroconversion rate went down.
24    Q. I'm not talking about --
25    (Simultaneous crosstalk.)

70 (Pages 274 - 277)

1 MR. SANGIAMO:  -- ago, she said she
2 wanted to read the section on pre-positives.
3 Then you went to a different line of
4 questioning.  Now you're back to pre-positives.
5 She still hasn't had a chance to read that.
6 BY MR. SCHNELL:
7 Q.  If you need to read anything on any
8 question I ask, feel free.
9 MR. SCHNELL:  So far, she hasn't said
10 she needed to.
11 MR. SANGIAMO:  Yes, she did.  She said
12 she needed to read the section on pre-positives,
13 and she only read part of it so far.
14 BY MR. SCHNELL:
15 Q.  Do you need to re-review your report on
16 this?
17 MR. SANGIAMO:  She already said she did.
18 THE WITNESS:  Yes.
19 MR. SANGIAMO:  Take your time,
20 Dr. Durbin.  We're not in a rush.
21 THE WITNESS:  So in conclusion, as
22 stated in my report, most pre-positives -- in
23 fact, more than two-thirds of pre-positives
24 remain pre-positive.  There was not a
25 significant effect on the pre-positives.

1 BY MR. SCHNELL:
2 Q.  Didn't the 32 percent of pre-positives
3 that became pre-negatives involve hundreds of
4 samples that had been excluded under the
5 original counts but were included after the
6 revised counts were made?
7 A.  I cannot comment on that.
8 Q.  Well, then, how can you comment that
9 it's not a material change if you don't even
10 know how many samples it impacted?
11 A.  I know that he reports how many samples
12 he totally analyzed.  I can't comment on the
13 ones that were not analyzed.
14 Q.  But you're saying 32 percent is not a
15 material change in the pre-positive count,
16 right?
17 A.  I am saying yes, that based on -- if you
18 look at that, again, only 18 percent of the
19 samples were pre-positive.
20 Q.  18 percent of the samples --
21 A.  Were changed.
22 Q.  -- were pre-positive.  18 percent of the
23 wells --
24 A.  Of the wells --
25 Q.  -- that were changed were pre-positive.

1 A.  Right.  And of those -- so you're not
2 looking at -- it's not 32 percent of all of the
3 wells.  It's 32 percent of 18 percent.  And
4 those changes, as I've said before, did not
5 materially change the seroconversion rate.
6 Q.  Now, what percentage of the total wells
7 involved pre-positive?
8 A.  Dr. Platt found that only 18 percent of
9 the wells that were changed were in pre-positive
10 samples.
11 Q.  Right.  And what was the total
12 percentage of wells that had a pre-positive in
13 it?
14 A.  I can't -- I don't know.
15 Q.  Well, isn't that relevant to your
16 determination of whether or not there's intent
17 for manipulation here?
18 A.  No, because what he's saying is --
19 again, if you're speculating that pre-positives
20 were changed to pre-negatives and you know that
21 only 18 percent of the changes were to
22 pre-positive, that tells -- you know, that tells
23 me that 80 percent of those other wells had the
24 changes.  So the non-pre-positives had the
25 changes.  So to me, that does not represent an

1 intent to manipulate.
2 Q.  What does the 18.6 percent figure, in
3 your opinion, represent?
4 A.  It shows that a minority of the changes
5 were made in wells that were pre-positive.
6 Q.  No.  The 18.6 figure is representative
7 of -- I'll read it from your report.  This is on
8 page 31.
9 "Dr. Platt found that only 18.6 percent
10 of the wells that were changed were in
11 pre-positive samples."
12 A.  Yes.
13 Q.  Okay.  So my question is, what percent
14 of the wells that -- what percent of the wells
15 involved pre-positives?
16 A.  Of the entire assay?
17 Q.  Yeah.
18 A.  I don't know.
19 Q.  Well, suppose it was, like, 1 percent,
20 yet 18.6 percent of the changes were made in
21 those 1 percent.  Doesn't that give you a strong
22 indication of bias?
23 A.  No.  I don't understand your point.
24 Q.  You read the deposition of Dr. Stark,
25 the relator's statistician --

71 (Pages 278 - 281)

Appx2770

1   A. Yes.
2   Q. -- right?
3      And he did the analysis that Dr. Platt
4 did not do, and he carried through and
5 determined what the likelihood was that this
6 18.6 percent figure --
7   A. Yes.
8   Q. -- would have occurred based on the
9 number of total wells with pre-positives.
10   A. So no. His analysis was based purely on
11 chance. If these changes -- if you looked at
12 these wells and plaque changes were made purely
13 by chance, you would have a different outcome.
14     But we know these wells were not
15 recounted purely by chance. It's been well
16 established that there were reasons why
17 particular wells were recounted. They were not
18 recounted by chance.
19   Q. So you're acknowledging, then, that
20 Merck targeted the pre-positives for recounting?
21     MR. SANGIAMO: Object to the form.
22 BY MR. SCHNELL:
23   Q. Is that right?
24   A. What I am saying is that there were
25 specific reasons that different plaque counts in

1 different wells were recounted.
2      Based on 18 percent, I wouldn't say that
3 that was targeting. That's only 20 percent. So
4 only one out of five of the changes were made in
5 pre-positive wells. That, to me, is not
6 targeting. There were -- there were different
7 reasons that different plaque counts were
8 rechecked.
9   Q. You're not a statistician, right?
10   A. I am not a statistician.
11   Q. And you didn't do a statistical analysis
12 of the likelihood of bias in the plaque counting
13 process, correct?
14   A. No. That's why I asked Dr. Platt or I
15 had Dr. Platt do it.
16   Q. Well, Dr. Platt didn't do that either,
17 did he?
18   A. Yes, he did.
19   Q. He didn't -- where in his report does he
20 give any opinion as to the statistical
21 likelihood of bias in the AIGENT plaque counting
22 process?
23   A. You are correct. What he concluded is
24 that there was no intent to change the outcome
25 of the data.

1   Q. He did?
2   A. That -- he said that there is no intent
3 to manipulate the data based on changing of the
4 plaque counts, that --
5   Q. Dr. Platt said this?
6   A. I believe his report -- and what I say
7 in my report, that his report is consistent with
8 a lack of intent to manipulate the data.
9      Again, it may be my interpretation of
10 his report. My interpretation of his report is
11 that there is no intent to manipulate the data.
12   Q. Is your testimony that Dr. Platt opined
13 that there was no statistical finding of bias in
14 the Merck AIGENT plaque counting process?
15   A. I am not testifying to that. What I am
16 testifying is that based on his analysis, there
17 is no intent to manipulate the results of the
18 data. In fact, it shows contrary to that.
19      The seroconversion rate went down if you
20 use the changed plaque counts. To me, that
21 shows there was no intent to manipulate the
22 data.
23   Q. Now, you didn't do a statistical
24 analysis to support that opinion, correct?
25   A. I am not a statistician. That's why I

1 asked a statistician to do it.
2   Q. And Dr. Platt did not do a statistical
3 analysis to support that either; is that
4 correct?
5     MR. SANGIAMO: Object to the form.
6     THE WITNESS: So what I asked -- what I
7 wanted from Dr. Platt's analysis was if there
8 were -- if there were an intent to manipulate
9 the data, in my opinion, what I thought I would
10 see was targeted plaque count changing that
11 would improve the seroconversion rate.
12     That was my assessment of what a
13 manipulation of the data would do. That was not
14 shown by Dr. Platt's analysis. It was shown
15 that the majority of the plaque counts were not
16 done in pre-positives, and it was shown that the
17 seroconversion rate went down.
18     In addition to that, the discussion of
19 the effect of the plaque counts on the AIGENT
20 assay is really irrelevant because it was the
21 original plaque counts that were used in the
22 submission to FDA.
23 BY MR. SCHNELL:
24   Q. Now, in your opinion on whether or not
25 there was an intent to manipulate, why did you

72 (Pages 282 - 285)

Appx2771

1 just limit it to whether or not there was a
2 change in the seroconversion rate?
3    A. I limited it -- again, the purpose of
4 protocol 007 was to look at -- to look at the
5 similarity between the potencies, the different
6 potencies that were being tested, and to compare
7 that to the release potency. That was based on
8 seroconversion rate. That was the primary --
9 one of the primary outcomes of the study.
10     The other outcome was -- the first
11 outcome was there had to be noninferiority,
12 based on seroconversion rates, between the three
13 groups -- or, excuse me, between the two end
14 expiratory potencies and the release potency,
15 and there had to be a seroconversion rate of
16 greater than 90 percent.
17     So I felt that looking at the
18 seroconversion rate was very important.
19    Q. Do you have an opinion on whether or not
20 there was an intent to manipulate the level of
21 pre-positives in the AIGENT assay through the
22 plaque counting process?
23    A. My opinion is that there was not an
24 attempt to manipulate the pre-positives.
25    Q. Okay. And is that based on any kind of

1 statistical analysis done by either you or
2 Dr. Platt?
3    A. No.
4    Q. Did you --
5    A. I do know -- again, I do know that
6 particularly the single dilution pre-positives
7 were targeted for plaque recount. I believe
8 that's appropriate. I believe it's -- I believe
9 that's appropriate.
10    Q. Now, Dr. Stark did an analysis of
11 whether or not there was recounting of the
12 post-vaccination single dilution positive
13 neutralizations --
14    A. Uh-huh.
15    Q. -- and found a disproportionately high
16 number that was done on the pre-vaccination
17 side.
18     Did you consider that in your opinion?
19    A. I did not. Again -- how can I explain
20 this? So I am not disputing that there were
21 wells that were targeted for recount. My
22 opinion is that those wells were appropriately
23 targeted because there is some question,
24 particularly around a single dilution positive,
25 as to whether or not those results are correct

1 and that the one or two plaque counts --
2 different plaque counts may make a difference in
3 terms of whether that sample is a pre-positive
4 or not.
5     So it is not surprising to me that
6 pre-positives were targeted, particularly
7 pre-positive single dilution.
8    Q. I don't think that -- I don't think it's
9 under question -- you know, I'm not denying that
10 there were -- that those dilutions were being
11 targeted. What I'm saying is that I believe
12 that that was appropriate and was not done to
13 manipulate the data.
14    Q. And why was it appropriate to target
15 those on the pre-vaccination samples but not on
16 the post-vaccination samples?
17     MR. SANGIAMO: Object to the form.
18     THE WITNESS: Because, again, the
19 post-vaccination samples, you're looking for a
20 fourfold rise or greater in antibody titer.
21 You're not looking for just positive or
22 negative. So a single dilution positive may or
23 may not affect the results.
24     There may also be many fewer than those.
25 I do not know.

1 BY MR. SCHNELL:
2    Q. You looked at Dr. Stark's report, right?
3    A. Uh-huh.
4    Q. Is there anything in his findings that
5 you disagree with?
6    A. In general, when I was reading the
7 report, I got the impression that he didn't
8 really understand how PRN assays are done or why
9 different wells would be targeted for
10 recounting. And so in that respect, I didn't
11 think that his analysis was particularly
12 relevant to the assay because he didn't
13 understand why certain wells would be targeted.
14     His interpretation was, oh, you should
15 just have a random recount. Well, we know that
16 the counts weren't done randomly. We know that
17 they were, in fact -- there were reasons to
18 target certain wells. So I didn't feel that his
19 results were particularly relevant to the
20 discussion.
21    Q. So is it your testimony that the changes
22 that were made in the plaque counts were -- in
23 Dr. Krah's lab were targeted towards the
24 pre-vaccination samples?
25     MR. SANGIAMO: Object to the form.

Appx2772

1    THE WITNESS: It is my opinion that some
2 of them were, not all of them. That that was
3 one of the reasons, one of the things that they
4 looked at.
5 BY MR. SCHNELL:
6    Q. And -- now, you read the deposition
7 testimony of Dr. Krah, right?
8    A. I have read the deposition testimony of
9 Dr. Krah.
10    Q. In fact, Dr. Stark cites deposition
11 testimony from Dr. Krah and from Mary Yagodich.
12    You didn't read Mary Yagodich's
13 deposition, right?
14    A. I did not.
15    Q. Now, she was next in line in terms of
16 Dr. Krah in running the lab and coming up with
17 the -- developing the AIGENT assay.
18    You didn't read her assay -- her
19 deposition because you didn't think it would be
20 helpful to you?
21    A. I didn't read it because it was not
22 provided to me.
23    Q. So you take issue with -- not with
24 Dr. Stark's statistical analysis, right?
25    A. Correct.

1    Q. You take issue with his underlying
2 assumption that it was equally likely for
3 changes to be made in the pre-vaccination
4 samples versus the post-vaccination samples,
5 right?
6    A. So I take issue with not only -- with
7 his assumption that the plaque counts if --
8 would have done -- were done in a completely
9 random manner.
10    That's what I take exception to, his
11 assumption that plaque counts, when you're doing
12 recounting, you always do recounting in a
13 completely random manner.
14    MR. SCHNELL: So can I have Dr. Stark's
15 report?
16    (Durbin Deposition Exhibit 14 marked for
17    identification and attached to the
18    transcript.)
19 BY MR. SCHNELL:
20    Q. You've read this, right?
21    A. I have read this, yes.
22    Q. So you read footnote 20 on page 21? And
23 this is where Dr. Stark supports his
24 assumption --
25    MR. SANGIAMO: Are you going to give her

1 a chance to look at it?
2 BY MR. SCHNELL:
3    Q. -- that it was equally likely --
4    MR. SANGIAMO: Dr. Durbin, take your
5 time to read it.
6    THE WITNESS: Uh-huh.
7 BY MR. SCHNELL:
8    Q. -- to be made in the pre-vaccination
9 versus the post-vaccination.
10    And so when you've finished reading, my
11 question is --
12    MR. SANGIAMO: Why don't you let her
13 read it without talking while she's reading.
14    THE WITNESS: Okay. I've read
15 footnote 20.
16 BY MR. SCHNELL:
17    Q. Did you read the -- well, you didn't
18 read the underlying deposition testimony of Mary
19 Yagodich. I'm assuming you read the testimony
20 here that's cited of Dr. Krah?
21    A. Yes.
22    Q. Why doesn't this support the assumption
23 that Dr. Stark made that changes were likely to
24 be -- just as likely to be in the
25 pre-vaccination samples as in the

1 post-vaccination samples?
2    A. I think --
3    MR. SANGIAMO: Object to the form.
4    THE WITNESS: And I think what he's
5 saying is that errors are likely to occur in
6 pre-vaccination and post-vaccination. And
7 that's true.
8    But again, what I'm saying is I think
9 it's been established that there were criteria
10 that Dr. Krah used. There were certain things
11 that he looked at when deciding which -- which
12 plaque counts to recount.
13    So he never asserted -- no one ever
14 asserted that the plaque counts were done
15 completely randomly.
16    So yes, if you were to look at that, you
17 could -- yes, it's true that there may be
18 errors. There may be an equal number of errors
19 in the post-vaccination samples.
20    Those errors -- again, and I think
21 Dr. Platt even showed this in his analysis. So
22 you can have errors that make no difference in
23 terms of whether someone is seropositive or
24 someone is seronegative. Those errors would not
25 be picked up.

74 (Pages 290 - 293)

1 Again, what they're looking for when
2 they did -- I think what's very important, where
3 you want to make sure your plaque count is
4 accurate is when you're looking at whether or
5 not someone is seropositive, seronegative, and
6 particularly in single dilution.
7 Because it's easy to see if somebody is
8 seropositive through five dilutions, then it's
9 clear that that person is seropositive. If
10 you're looking at a single dilution
11 seropositive, then you want to be sure what
12 you're calling seropositive is seropositive.
13 It does not, as I said before, it does
14 not surprise me that there may be more plaque
15 changes in the pre-positives. I don't have a
16 problem with that. I can understand the
17 rationale for that.
18 And I also -- I mean, we can go around
19 about this a lot. I think the bottom line,
20 though, is it was the original plaque counts
21 that supported the data that was submitted to
22 FDA. The change in plaque counts was not used
23 in the results that were submitted to FDA.
24 BY MR. SCHNELL:
25 Q. Did that weigh into your opinion that

1 there was no intent to manipulate the AIGENT
2 results?
3 A. It did not.
4 Q. Okay. So again, you took issue with an
5 assumption that Dr. Stark made in his
6 statistical analysis --
7 A. So --
8 Q. -- and I want to understand the basis of
9 it --
10 A. Sure.
11 Q. -- because as I see it, that assumption
12 that he made is entirely consistent with the
13 testimony of the two individuals at Merck who
14 ran and developed the AIGENT assay.
15 So can you please help me understand --
16 A. So I'm not --
17 Q. -- what your issue is with what
18 Dr. Stark assumed?
19 A. So Dr. Stark is making the assumption
20 that all of the changes, if they were done in a
21 completely random manner, he would see equal
22 changes in pre-pos -- in pre-vaccination,
23 post-vaccination.
24 My point is that when you're running the
25 assay -- and again, we've talked a lot about the

1 intricacies, the subjectiveness of plaque
2 counting. If you have an issue with plaque
3 counting, there may be instances where you want
4 to relook, re-plaque count specific samples.
5 Again, it's entirely consistent with me
6 that that would be in pre-positives because --
7 for several reasons, as we've already discussed.
8 One, we're not expecting people to be
9 pre-positive. And two, particularly around the
10 single dilution, you want to make sure that that
11 is correct.
12 So we -- I think it's -- and I think
13 Dr. Krah acknowledged this in his testimony.
14 The plaque changes that were done were not done
15 in a completely random manner. That does not
16 equate with an attempt to manipulate the data.
17 In fact, it can be looked at as a way to assure
18 that the data are accurate and correct.
19 Q. So is it your testimony, then, that
20 Merck, in its AIGENT plaque counting process,
21 engaged in a bias to recount pre-vaccination
22 samples versus post-vaccination samples?
23 MR. SANGIAMO: Object to the form.
24 THE WITNESS: I would not testify that
25 it is necessarily a bias. I would say that

1 there were criteria or there were reasons that
2 they -- that they looked at some of the
3 pre-positive data.
4 BY MR. SCHNELL:
5 Q. Whatever the reasons, whatever the
6 justifications, you don't disagree, do you, that
7 in the recounting process, Merck targeted
8 pre-vaccination samples over post-vaccination
9 samples?
10 MR. SANGIAMO: Object to the form.
11 THE WITNESS: I don't -- I don't -- I
12 don't disagree with that. I think that there
13 was good justification for that.
14 BY MR. SCHNELL:
15 Q. And the justification for that is what?
16 A. So I've answered this several times
17 before, but I will explain it again.
18 So pre-positives, you would not expect
19 them to be pre-positive; and oftentimes, they
20 were single dilution positive. So you want to
21 ensure the quality of those data. You want to
22 ensure that it actually is positive.
23 Q. So your testimony, just so we're clear,
24 is that you think it was appropriate for Merck
25 to target pre-vaccination samples for recounting

75 (Pages 294 - 297)

Appx2774

1 because it was unexpected that there would be
2 positive neutralizations in the pre-vaccination
3 samples; is that correct?
4      MR. SANGIAMO:  Object to the form.
5      THE WITNESS:  My testimony is that it is
6 appropriate, when you see an aberrant value,
7 when you see something that you think may be off
8 about the assay or about the result, that you
9 recheck the plaque counts.
10      And if one of those reasons happen to be
11 you're seeing a pre-positive that is unexpected,
12 then that may be one reason that you do plaque
13 recounts.  That was not the only reason, and it
14 was not just the pre-positive samples that were
15 recounted.
16      Again, through Dr. Platt's analysis,
17 only 18 or so percent of the recounts were done
18 in pre-positives.  More than 80 percent were not
19 done in pre-positives.
20      MR. SANGIAMO:  Gordon, we're about an
21 hour and 10 minutes into this session.  I don't
22 know if you have a breaking point or not.
23      MR. SCHNELL:  A couple minutes.
24      Exhibit 15, Bates number 70670 through
25 72.  It is a memo dated November 1, 2001, marked

1 "Draft," and it's from a bunch of people to
2 M. Morsy, M-o-r-s-e-y [sic].
3      (Durbin Deposition Exhibit 15 marked for
4      identification and attached to the
5      transcript.)
6 BY MR. SCHNELL:
7      Q.  The only question I have on this
8 document is in the middle paragraph, where
9 there's a number 1, 2 and 3.  In 3, it says, "It
10 is Merck's practice not to retest samples on the
11 basis of clinical expectation since selective
12 retesting would introduce bias, and complete
13 retesting would likely result in similar
14 discrepancies based on assay variability."
15      Do you see that?
16      A.  Yes.
17      Q.  Do you agree with that?
18      A.  I'd have to read the entire document.
19 There's extenuating circumstance.  I mean, I
20 don't know -- I don't know what this document is
21 in relation to.  I see that they're talking
22 about an ELISA, which I was not asked to do
23 anything with the ELISA.
24      So I think that taking one sample -- one
25 sentence out of context, it's very difficult for

1 me to comment on that.  I don't have enough
2 information as to the context of this memo, what
3 this memo was referring to.
4      Q.  Well, let me ask you with respect --
5      A.  I'm not --
6      Q.  Forget this document for a second.
7 Let's talk about how you run your assays.
8      Is it your practice not to retest
9 samples on the basis of clinical expectation,
10 since selective retesting would introduce bias?
11      A.  I believe that I answered that earlier.
12 We do do retesting.  And when we do do
13 retesting, we average the results.
14      Q.  Okay.
15      A.  So we include the results of all of the
16 testing.  We do not exclude previous results.
17      Q.  Okay.  That's all I have on this.
18      MR. SCHNELL:  We can take a break.
19      VIDEO TECHNICIAN:  The time is 4:53 p.m.
20 This completes Media Unit 5.  We're now off the
21 record.
22      (A recess was taken.)
23      VIDEO TECHNICIAN:  The time is 5:1 p.m.
24 This begins Media Unit 6.  We're now on the
25 record.

1      Please proceed, Counsel.
2 BY MR. SCHNELL:
3      Q.  Dr. Durbin, you didn't ever speak to
4 Dr. Platt, correct?
5      A.  That is correct.
6      Q.  So you didn't direct him to do any work
7 for you specifically, right?
8      MR. SANGIAMO:  Object to the form.
9      THE WITNESS:  Not person to person.
10 BY MR. SCHNELL:
11      Q.  You never discussed his findings?
12      A.  I did not discuss his findings with him.
13      Q.  Did you have any communications with any
14 of the other experts Merck has retained in this
15 matter?
16      A.  I will say I don't believe so.  I don't
17 know all of the experts that Dr. Merck has --
18 Dr. Merck.  That Merck has.  But I don't believe
19 I -- I can't imagine that I've had contact with
20 any of them.
21      Q.  Have you reviewed any materials since
22 your report was filed, other than the deposition
23 of Dr. Platt?
24      A.  I have.
25      Q.  What?

76 (Pages 298 - 301)

Page 302

1    A. I've reviewed Dr. Salmon's report. And
2 I just -- I should say I do know Dr. Salmon
3 prior to this whole process, but I have not had
4 any discussions with him about this case, and
5 I'm not -- I haven't had any discussions with
6 him about this case. I have seen him as
7 Hopkins, but we have not discussed this case at
8 all.
9    Q. You reviewed Dr. Salmon's report since
10 your report was filed?
11    A. So I reviewed the errata.
12    Q. Okay. Anything else you've reviewed
13 since you filed your expert report in this
14 matter?
15    A. Let me just look, take a peek at what --
16 I have reviewed the depo -- I re-reviewed some
17 of the depositions, but I've not -- I don't
18 believe I've reviewed any new materials since
19 the -- since the filing of my report.
20    Q. Other than lawyers, have you discussed
21 -- in preparing your opinions, did you have any
22 discussions with anybody?
23    A. I did not.
24    Q. You didn't speak to any Merck employees?
25    A. I did not.

Page 303

1    Q. Current or former?
2    A. So let me back up. I've spoken to Merck
3 employees about a dengue vaccine. I have not
4 spoken to any Merck employees about anything
5 related to this case.
6    Q. Have you worked for Merck in the past?
7    A. I have.
8    Q. In what capacity?
9    A. I'm a dengue expert, so I've been on
10 their dengue expert advisory boards.
11    Q. Any other work for Merck?
12    A. No.
13    Q. Do you get paid for that work?
14    A. I do.
15    Q. What --
16    A. I get paid for some of that work but not
17 all of that work.
18    Q. Are you involved in developing any
19 vaccines for potential sale by Merck in the
20 future?
21    A. So Merck has licensed the NIH dengue
22 vaccine that I've been working on since 1999.
23 So I have discussed our trial results with their
24 dengue development team, and I've been on their
25 dengue advisory board.

Page 304

1    But I have no financial -- I have no --
2 I'm not involved financially with the dengue
3 vaccine itself. I don't have any patent rights
4 to the dengue vaccine.
5    Q. Do you have an understanding, with
6 respect to the data set that Dr. Platt analyzed,
7 whether or not it was the complete data set for
8 the AIGENT study?
9    MR. SANGIAMO: Object to the form.
10    THE WITNESS: So I'm going to review my
11 report. I believe that --
12    MR. SANGIAMO: Well, check the report
13 rather than speculate.
14    THE WITNESS: So as far as I know,
15 doctors re -- Dr. Platt's review, he reviewed
16 the assays of protocol 7 that were run and
17 counted prior to the inspection conducted by the
18 FDA of Dr. Krah's lab on August 6th, 2001.
19 BY MR. SCHNELL:
20    Q. What about the assays that were
21 conducted after the inspection in August 2001?
22    A. He, I believe, recounted the assays that
23 were -- I believe they did not -- that the
24 recounting occurred in the assays prior to
25 August 6, 2001, and that was the focus of his

Page 305

1 review.
2    Q. There were no changes that were made to
3 the data and assays that were done after
4 August 2001?
5    A. Plaque counting changes?
6    Q. Yes.
7    A. I would -- I can't recall. I -- all
8 I -- I can't recall. I'm just going by his
9 report that these -- I believe that, if I recall
10 correctly, the FDA -- I'm sorry. FDA came in
11 and looked at Merck's data, and there was
12 discussion about the plaque recounting.
13    And in that, Merck had -- had had manual
14 triggers for plaque recount and then had
15 spreadsheet triggers for plaque recount, all of
16 which were reviewed by Dr. -- by Dr. Platt.
17    Merck then -- or, I'm sorry, FDA -- so I
18 believe that Dr. Platt did review all of the
19 assays that included plaque count changes. I
20 can't recall specifically if there were plaque
21 count changes to assays after 2001.
22    Q. Whether or not there were, Dr. Platt did
23 not include that data in his analysis, correct?
24    MR. SANGIAMO: Object to the form.
25    THE WITNESS: According to this, yes,

Appx2776

1 that is correct.
2 BY MR. SCHNELL:
3     Q.  Do you know the source of the plaque
4 count changes that Dr. Platt used in his
5 analysis?
6     A.  So relying on Dr. Platt's report, he
7 looked -- so a couple things.  What he did is he
8 looked at the counting sheets, and he had data
9 entered by two different people from the
10 counting sheets and -- to ensure that there
11 was -- that there was -- that the data were
12 entered correctly.
13     Q.  Do you know if he went back to the
14 original plates to confirm that what was
15 recorded on the counting sheets was an accurate
16 represented -- representation of what the
17 original counts were from the plates?
18     A.  I can say, from review of Dr. Krah's
19 testimony, those plates no longer exist so that
20 he did not go back to the original plates.
21     Q.  They no longer exist because Dr. Krah
22 discarded them; is that correct?
23         MR. SANGIAMO:  Objection.
24         Answer if you know.
25         THE WITNESS:  Yeah.  So what I know is

1 the plates were discarded.
2 BY MR. SCHNELL:
3     Q.  Does Dr. Krah have any involvement in
4 the dengue vaccine?
5     A.  I can't say for sure.  I don't know
6 every team member.  I've never heard his name
7 come up in relation to the dengue vaccine work
8 that I've done with Merck.
9     Q.  If you could turn to page 28, please, of
10 your report and focus on section 3, "Running a
11 variable PRN assay in a Merck research
12 laboratory was appropriate."
13     A.  Uh-huh.
14     Q.  That's your opinion, that running the
15 AIGENT assay out of Dr. Krah's lab was
16 appropriate, even though Dr. Krah's lab was a
17 research lab; is that correct?
18     A.  That is correct.
19     Q.  And part of that opinion is because you
20 say the PRN is, to a great extent, a research
21 assay; is that correct?
22     A.  That is correct.
23     Q.  And is that your opinion with respect to
24 a PRN that is used for a Phase III pivotal
25 clinical trial for vaccine licensure, that it is

1 essentially a research assay?
2         MR. SANGIAMO:  Object to the form.
3         THE WITNESS:  So how I will answer is
4 for a Phase III clinical trial, the assay needs
5 to be validated.  So as long as you're using the
6 validated assay that is recognized by FDA as
7 validated, then that is acceptable for use in a
8 Phase III clinical trial.
9 BY MR. SCHNELL:
10     Q.  What experience did Dr. Krah have in
11 running a PRN assay at the time he developed and
12 ran the AIGENT assay?
13     A.  So I will answer I don't know his
14 experience.  I don't -- I'm not a -- I have not
15 been informed of his -- his experience prior to
16 the AIGENT assay.  I can only gather my opinion
17 from his discussions of the AIGENT assay.  So
18 I'm -- I don't know what projects he worked on,
19 other than the AIGENT assay.
20     Q.  Part of your opinion as to why it was
21 appropriate for Dr. Krah to run the AIGENT assay
22 out of his lab was that it takes great
23 experience to run a PRN assay, correct?
24     A.  So my opinion is that, yes, you need to
25 have -- you need experience in running the PRN

1 assay.
2     I will say, from review of Dr. Krah's
3 document, it is my opinion that he did have
4 experience with that, based on his discussions
5 in his deposition, his rationale for why you
6 might recount plaques, his rationale for what --
7 when you would discard a result as saying the
8 assay is invalid, a criteria you use around
9 accepting an assay or rejecting an assay.
10     So specifically around that, I was of
11 the opinion that he was aware of the intricacies
12 of the PRN assay and, in fact, refers to some of
13 those intricacies and to subjectiveness in when
14 you might discard a sample or instruct for a
15 recount.
16     Q.  And are you talking about his
17 contemporary deposition testimony, or are you
18 referring back to documents that were written at
19 the time that he ran the AIGENT assay?
20     A.  So I'm talking about both.  So in
21 discussions with FDA, Merck -- and he is present
22 at many of those meetings where they discuss how
23 to develop the PRN, what reagents they're going
24 to use, what the indicator virus is, the use of
25 IgG.  I had seen his name in terms of summary

Appx2777

Page 310

1 memos and different communications between FDA
2 and Merck.
3     Q. Do you -- in the review of the materials
4 that you made, do you recall seeing that Merck,
5 at one point in time, was going to outsource the
6 AIGENT assay to an outside lab?
7     A. I believe I vaguely recommend --
8 remember a reference to that.
9     Q. And the outside lab that they were
10 planning to outsource it to was a Dr. Dick Ward
11 in the Cincinnati Children's Hospital?
12     A. I vaguely remember Cincinnati. I can't
13 say for sure that was the person's name.
14     Q. Are you familiar with Dr. Ward?
15     A. I am not.
16     Q. Are you familiar with the lab out of the
17 Cincinnati Children's Hospital?
18     MR. SANGIAMO: Object to the form.
19     THE WITNESS: I am not.
20     MR. SCHNELL: I'd like to mark as
21 Exhibit 16 a memo from an Alan Shaw to Emilio
22 Emini dated March 29, 2001, Bates 1473940.
23     (Durbin Deposition Exhibit 16 marked for
24     identification and attached to the
25     transcript.)

Page 311

1 BY MR. SCHNELL:
2     Q. You haven't seen this, right?
3     A. I have not.
4     Q. So why don't you take a moment to look
5 at it, and then I have some questions for you.
6     So a couple of questions on this memo.
7 Tell me if you have any understanding, with your
8 experience, as to what is being communicated
9 here.
10     First sentence is, "Due to an urgent
11 need for high precision data to support label
12 changes for M-M-R II, David Krah's lab will be
13 carrying out neutralization tests on
14 approximately 3,000 infant serum samples over
15 the next five months."
16     They're talking about the AIGENT assay
17 here, correct?
18     A. I don't know. This is out of context.
19 I don't see AIGENT assay mentioned here. It's a
20 neutralization test.
21     Q. Is it fair to say that in this -- well,
22 you know that David Krah's lab was performing
23 the AIGENT assay in this time frame, right?
24     A. I do.
25     Q. So any reason --

Page 312

1     A. I don't know.
2     Q. -- to think that that's not what's being
3 referred to here?
4     A. I only say that because this says
5 protocol 5. I'm familiar with protocol 7. So I
6 don't know exactly what this is in reference to.
7     Q. Okay. So do you -- where it says,
8 "Due to an urgent need for high-precision data,"
9 does that mean anything to you in your
10 experience in running these assays?
11     MR. SANGIAMO: Objection.
12     Answer if you know.
13     THE WITNESS: I don't know what they
14 specifically mean by high-precision data. What
15 I look for is reproducibility of data.
16 BY MR. SCHNELL:
17     Q. So high-precision data doesn't mean
18 anything to you in terms of your experience
19 running these assays?
20     A. I mean, when I hear the word "high
21 precision" -- and again, I can't -- I don't know
22 what they meant by high precision. When I say
23 high precision, to me that means high quality,
24 high reproducibility of data.
25     Q. Okay. And then later in the paragraph

Page 313

1 where it -- beginning with the word "second" --
2     A. Yes.
3     Q. "A preliminary run of about one-third of
4 the serum set has revealed an unanticipated
5 tightness of data from the Krah laboratory."
6     Again, based on your experience, do you
7 have any understanding as to what the
8 phrase "unanticipated tightness of data" means?
9     A. So to me, when I read this sentence, my
10 interpretation of this is that the data looked
11 very good in terms of reproducibility.
12     Q. So unanticipated tightness of data, to
13 you, means high reproducibly -- reproducibility
14 of data?
15     MR. SANGIAMO: Object to the form.
16     Answer if you know.
17     THE WITNESS: Yeah. So again, my
18 interpretation of this, in reading this sentence
19 along with the others, is that the assay was
20 performing very well, they had good
21 reproducibility of data, and moving to a
22 contract laboratory would reduce the quality of
23 the data.
24 BY MR. SCHNELL:
25     Q. So and that sentence that you're

Veritext Legal Solutions
212-279-9424      www.veritext.com      212-490-3430

Appx2778

1 referring to is "We doubt that a contract lab
2 would be able to match this level of precision"?
3    A.  Correct.
4    Q.  And that tells you that this assay
5 that's being referred to here had a high level
6 of reproducibility?
7    A.  So what this tells me, that the level of
8 precision, they do not feel they're going to see
9 the level of precision in a contract laboratory.
10    What this tells me, this paragraph in
11 whole, my interpretation of this paragraph, is
12 the laboratory has become very proficient in
13 running the assay, the results are thought to be
14 high quality or high precision -- I'll use their
15 term -- and that they would not be able, because
16 of the experience and the running -- the number
17 of times that the Krah laboratory ran the assay,
18 so they had a lot of experience with the assay.
19 With experience comes, in theory, increased
20 running of the assay.  The more assays that you
21 do, the more proficient you become with the PRN,
22 the more reproducible your results.
23    That is my interpretation of this
24 sentence, that the Krah laboratory ran a lot of
25 assays, they became very proficient at the

1 neutralization assay.  And to move to a new
2 laboratory, it's essentially you're retraining
3 people in that assay and that it would take them
4 several months to come up -- if they were able
5 to achieve the same precision, it would take a
6 long time because the only way you get good at
7 doing PRNs is to do PRNs.
8    Q.  Now, a good PRN is going to be
9 reproducible regardless of the lab that's
10 running it, as long as the lab is well
11 qualified, correct?
12    A.  So --
13    MR. SANGIAMO:  Object to the form.
14    THE WITNESS:  Again, hypothetically, if
15 you take -- if you have well-trained personnel
16 who are familiar with the assay, who
17 performed the assay, then you should get
18 somewhat similar results.
19    But one of the reasons -- you know, as I
20 said, you have inter-operator variability -- or
21 inter-assay variability, intra-assay
22 variability.  And that's one of the reasons that
23 we like to run our pre-vaccination specimens
24 with our post-vaccination specimens because we
25 know that, even with highly trained personnel

1 following the same protocol, you can get
2 slightly different results if you run assays on
3 different days.
4    So you will not -- you may not get the
5 exact same result.  You likely will not get the
6 exact same result.  There are -- there are a lot
7 of, I would say, you know, subjective
8 variabilities when you're running the assay,
9 which is why it's very important that whoever is
10 doing your PRN has a lot of experience, has run
11 a lot of assays.
12    I could give you -- I could give a new
13 technician in the laboratory a very detailed SOP
14 on how to do a PRN, and that assay may not come
15 out well because it really requires a lot of
16 experience.
17 BY MR. SCHNELL:
18    Q.  So the second to last paragraph, the
19 sentence begins on the bottom and carries over.
20 It says, "Recognizing the tightness of the first
21 dataset, we realize that an outside laboratory
22 would not be able to reproduce this kind of
23 precision."
24    Do you see that?
25    A.  Yes.

1    Q.  So just so we're clear, your testimony
2 is that Merck's concern that -- or Merck's
3 belief -- or, I'm sorry, Dr. Shaw's belief that
4 an outside laboratory would not be able to
5 reproduce the kind of precision Dr. Krah was
6 getting in his lab is an indication to you that
7 the AIGENT assay was -- had a high
8 reproducibility level; is that correct?
9    MR. SANGIAMO:  Object to the form.
10    Answer if you know what Merck's concern
11 was.
12    THE WITNESS:  So my interpretation of
13 Merck's concern, again, is that the outside
14 laboratory did not have the experience in
15 running the AIGENT assay and that it would take
16 them time to run enough samples to get to the
17 precision level that Dr. Krah's lab had --
18 BY MR. SCHNELL:
19    Q.  And you're divining that from --
20    MR. SANGIAMO:  Wait.  She --
21 BY MR. SCHNELL:
22    Q.  I'm sorry.  Did I cut you off?
23    A.  I've lost my train of thought.
24    Q.  I apologize.
25    And you're divining that just from what

Appx2779

1 you're reading here; is that correct?
2    A.  I'm divining that from what I'm reading
3 here and my experience with the PRN, that it
4 takes running the assay, a lot of assays, to
5 really develop expertise in the assay...
6    Q.  But you don't disagree with the notion
7 that if it's a well-qualified lab and it's an
8 adequate and well-controlled PRN, you should be
9 able to reproduce the results in a
10 well-qualified lab?
11    A.  So in my experience, eventually you
12 should be able to reproduce those results, but
13 it won't happen on day one.
14    Q.  Do you have an understanding as to
15 whether or not the FDA ultimately accepted or
16 rejected the AIGENT results that Merck submitted
17 in support of its protocol 7 SBLA?
18    A.  It is my understanding that the FDA
19 accepted those results, but it may not have been
20 the AIGENT results itself that were used for the
21 change in labeling.
22    I believe eventually they went to an
23 ELISA, but I -- again, I'm not an expert on the
24 ELISA.  I was not asked to review the ELISA, so
25 I don't want to comment further on the ELISA.

1    (Durbin Deposition Exhibit 17 marked for
2    identification and attached to the
3    transcript.)
4 BY MR. SCHNELL:
5    Q.  17 is a Merck submission to FDA dated
6 November 15th, 2006, Bates range 393 to 409.
7    Do you know if you've seen this?
8    MR. SANGIAMO:  You can --
9    THE WITNESS:  I'm going to refer -- I
10 may have seen this.  I want to look at my list
11 of documents.
12 BY MR. SCHNELL:
13    Q.  Yeah.  It is on your list of materials
14 relied on.
15    And if I could point you to the page
16 with the Bates number ending 397, the second
17 paragraph, the last sentence says -- this is
18 from FDA CBER to Merck saying, "Our review finds
19 that the information and data submitted are
20 inadequate for final approval at this time based
21 on the deficiencies described below."  So --
22    A.  I'm sorry, I --
23    MR. SANGIAMO:  Take your time to read
24 it.
25    THE WITNESS:  Yeah, I want to, because

1 this looks like this is another letter.
2 BY MR. SCHNELL:
3    Q.  It's all part of the same submission
4 that you relied on.
5    So the question is, your understanding
6 is that FDA did not reject the AIGENT results?
7    MR. SANGIAMO:  Object to the form.
8    THE WITNESS:  So my understanding is
9 that the AIGENT results were submitted to the
10 FDA but that the decision on change in labeling
11 was based on ELISA data, not necessarily on the
12 AIGENT assay data.
13 BY MR. SCHNELL:
14    Q.  And the reason it wasn't based on the
15 AIGENT assay data was because there were several
16 deficiencies in the data, as laid out in this
17 letter; is that correct?
18    A.  I don't know that I can -- can -- would
19 completely agree with that.  I don't -- I'm
20 looking.  Forgive me, but I'm looking.  I don't
21 see --
22    MR. SANGIAMO:  Take your time,
23 Dr. Durbin.  You don't have to rush through the
24 letter.
25    THE WITNESS:  Yeah, I don't see a

1 specific reference to AIGENT -- to the AIGENT
2 data.
3 BY MR. SCHNELL:
4    Q.  Oh, you don't think this is relating to
5 the AIGENT data?
6    MR. SANGIAMO:  Objection.  Misstates her
7 testimony.  She's reading through the letter.
8    THE WITNESS:  Yeah.  They're talking
9 about immunogenicity data, but I want to look at
10 this closely.
11    So I was looking for the terms
12 "neutralization" or "AIGENT assay" in this
13 letter, and I don't see that.
14 BY MR. SCHNELL:
15    Q.  Well, you relied on it for your report
16 so what other assay would it have been related
17 to?
18    MR. SANGIAMO:  Objection.  Object to the
19 characterization of her relying on it for her
20 report.
21    THE WITNESS:  On what --
22    MR. SANGIAMO:  If you can point us to
23 the place in her report she relied on it, then I
24 might change my objection.
25    MR. SCHNELL:  Where is it?

Appx2780

Page 322

1    MR. VITELLI: I think it's on the
2 page --
3    MR. SCHNELL: There's not many
4 documents --
5    MR. SANGIAMO: On the -- are you talking
6 about on the Additional Documents Reviewed list?
7    MR. SCHNELL: Yeah.
8    MR. SANGIAMO: Yeah, it's on there.
9 Documents reviewed.
10 BY MR. SCHNELL:
11   Q. You read all those documents, right?
12   A. I read, yes, all of these documents.
13   Q. Okay. And you --
14   A. But this is only -- this is only one
15 within this packet. That's only -- this is --
16 Merck later responded to this in their response
17 to FDA comments, I believe.
18   Q. But this is the document that you cited
19 in your report as --
20   MR. SANGIAMO: No.
21 BY MR. SCHNELL:
22   Q. -- what you looked at. Is that not
23 right?
24   MR. SANGIAMO: It's on
25 materials reviewed. If she said it in the body

Page 323

1 of the report, let us know. All I know is --
2    THE WITNESS: It's the entire document.
3    MR. SCHNELL: Where is it in there?
4    MR. SANGIAMO: She reviewed -- it's on
5 the materials reviewed. She has reviewed it.
6    MR. SCHNELL: That's all I'm saying.
7 BY MR. SCHNELL:
8    Q. So you reviewed this document?
9    MR. SANGIAMO: No. You said she relied
10 on it.
11 BY MR. SCHNELL:
12   Q. Okay. Whether you relied on it or not,
13 you reviewed this document?
14   A. So I reviewed --
15   MR. SANGIAMO: Hold on a second, Doctor.
16 She has reviewed this document. She's reviewed
17 a lot of documents. She's done her work over a
18 span of several years.
19     If, by the tone of your voice, you're
20 trying to suggest that she's supposed to have
21 committed this document to memory, I disagree.
22 It's a complicated document. If you want her to
23 testify about it, you've got to give her time to
24 read it.
25

Page 324

1 BY MR. SCHNELL:
2    Q. So you don't recall reviewing this
3 document?
4    A. So I reviewed this document. Your
5 question was this specific letter, these two
6 pages, you are saying refers to the AIGENT
7 assay.
8      What I am saying is that nowhere in this
9 document does it specifically cite the AIGENT
10 assay.
11     I do know that Merck responded to this
12 with their response, but this particular letter
13 right here does not make reference to
14 neutralizing antibody or to AIGENT assay. I
15 know that both neutralization assay and an ELISA
16 assay were done to measure immunogenicity.
17   Q. All right.
18   A. That's all I'm saying.
19   Q. So if you turn to pages 404 and 405, it
20 does talk about PRN assay and virus
21 neutralization assays.
22   MR. SANGIAMO: Again, take your time,
23 Dr. Durbin.
24 BY MR. SCHNELL:
25   Q. And that's what my question is.

Page 325

1    MR. SANGIAMO: Take your time,
2 Dr. Durbin, to sort out what's what in the
3 document.
4    THE WITNESS: So in Merck's response,
5 they are discussing the neutralization assay, as
6 well as the ELISA.
7 BY MR. SCHNELL:
8    Q. So if you could turn to page 405, the
9 second bullet point reads, "The PRN assay used
10 in this study was developed solely for the
11 purpose of this clinical trial. It was not used
12 in any previous nor subsequent clinical trials.
13 It is therefore difficult to ascertain the real
14 performance of this assay, other than in the
15 context of this clinical trial."
16     You take issue -- no issue with that,
17 right?
18   MR. SANGIAMO: Wait. Okay. Dr. Durbin,
19 take your time. This is a long document. Take
20 your time to read it. You don't have to read
21 just the bullet point Mr. Schnell points out.
22 Read the document so you have an understanding
23 of it.
24 BY MR. SCHNELL:
25   Q. Ready?

82 (Pages 322 - 325)

Appx2781

Page 326

1 A. Yes.
2 Q. The sentence I just read into the
3 record, do you take issue with?
4 MR. SANGIAMO: Object to the form.
5 THE WITNESS: I will say what I can't
6 interpret, based on this sentence, is "difficult
7 to ascertain the real performance of this
8 assay."
9 So the issue around this, you know, I
10 think what this bullet point is essentially
11 saying, it's only been used for this assay. The
12 question was around the samples that were
13 excluded in the ultimate seroconversion rate in
14 the control or the 4.8 log.
15 So I -- you know, again, it wasn't used
16 outside of this assay. I can't say that you
17 can't, therefore, ascertain the real
18 performance. It wasn't done, so it hasn't been
19 ascertained outside this particular assay is how
20 I would -- how I would phrase it.
21 I mean, I don't think it diminishes the
22 ability of the assay to detect neutralizing
23 antibody.
24 BY MR. SCHNELL:
25 Q. Did you inquire as to why -- or did you

Page 327

1 know that the assay hadn't been used again after
2 protocol 7?
3 A. I mean, I -- from reading -- from
4 reading the documents, you know, I have seen
5 this before. So I was aware from reading the
6 documents that it wasn't used in other assays.
7 Q. Did you know why?
8 A. I didn't know why. I didn't know. For
9 instance, it could be that there weren't other
10 studies that would require the PRN. It could be
11 that they've moved to a different assay that
12 they found was more high throughput. So there
13 can be a lot of, variety of reasons why this
14 particular assay may not be used in
15 additional -- may not be used in other studies.
16 Q. My question was, do you know why it
17 wasn't used in --
18 A. No.
19 MR. SANGIAMO: Object to the form.
20 BY MR. SCHNELL:
21 Q. And you didn't inquire as to why?
22 A. It wasn't -- no, I did not.
23 Q. And then if you could turn back a page,
24 the first bullet point -- this is on page 404.
25 It reads, "Although virus neutralization assays

Page 328

1 may be the most predictive method for assessing
2 protective immunity, these assays are not
3 standardized, making them poorly suited to
4 evaluate large numbers of human serum due to
5 assay variability."
6 Do you agree with that?
7 A. So again, I think I have commented on
8 some of the deficiencies of neutralization
9 assays in general. They're very labor
10 intensive.
11 And again, I would agree with this
12 statement.
13 Q. Now, you also relied on Dr. Salmon's
14 expert report, right?
15 A. I relied on one part of Dr. Salmon's --
16 Q. Just the first part?
17 A. Yes.
18 Q. That was a survey he did of
19 immunogenicity studies measuring seroconversion
20 or seropositivity, right?
21 A. So it was an extensive literature review
22 looking at published studies that discussed
23 seroconversion rates or seropositivity rates in
24 mumps.
25 Q. Did you review the underlying studies

Page 329

1 that were the basis for Dr. Salmon's report?
2 A. I have not read all of the articles, no.
3 Q. Did you read any of them?
4 A. I would have to look at some of them. I
5 believe I read one or two, but I cannot tell you
6 which -- exactly which ones they were.
7 Q. Now, there are over 150 that formed the
8 basis of his opinion, right?
9 A. Yes.
10 Q. And you think you've read one or two of
11 them?
12 A. I can't comment. I don't know exactly
13 how many. That's why I relied on his report.
14 Q. Do you think it was important -- not
15 important to review the underlying studies on
16 which his opinion was based?
17 MR. SANGIAMO: Object. Could you ask
18 that again, Gordon? I think you switched --
19 THE WITNESS: So --
20 MR. SANGIAMO: Just the question --
21 could you just ask the question again, please?
22 BY MR. SCHNELL:
23 Q. Did you think it was not important to
24 review the underlying studies on which his
25 opinion was based?

83 (Pages 326 - 329)

Page 330

1    MR. SANGIAMO: Object to the form.
2    THE WITNESS: So I did not think it was
3 important to review every single study. That's
4 why I had -- that's why I was relying on his
5 report. I looked at what he included, what his
6 criteria were, and as to what articles he
7 included in his report and summarized, and I
8 found that to be very helpful --
9 BY MR. SCHNELL:
10   Q. What --
11   A. -- in terms of my opinion.
12   Q. What steps did you take to ensure the
13 methodology that he employed was reasonable and
14 appropriate?
15   A. So I, you know, experience what I do
16 when I do a literature review, what are steps
17 that I take when I do a literature review. And
18 then I reviewed in his report the steps that he
19 took in terms of performing his review.
20   Q. And one of the criteria for excluding
21 studies was any studies, immunogenicity studies
22 for individuals 18 or older, right?
23   MR. SANGIAMO: Answer if you recall.
24   Do you want to show her the report?
25   THE WITNESS: Yeah.

Page 331

1    MR. SANGIAMO: It's not -- that's your
2 report. That's not his report.
3    THE WITNESS: Right.
4 BY MR. SCHNELL:
5    Q. Let's put it this way: He lists -- do
6 you recall him listing a series of criteria
7 under which he decided whether to include or
8 exclude a particular study?
9    A. I do.
10   Q. And did you go through each of those
11 criterias [sic] and make your own assessment as
12 to whether or not the exclusion or inclusion was
13 appropriate?
14   A. I did.
15   Q. Okay. You don't recall one of his
16 exclusion criteria of any studies that involved
17 individuals 18 or older?
18   A. I would have to look and see. I can't
19 remember each and every inclusion and exclusion
20 criteria that he included. I reviewed what
21 exclusion/inclusion criteria he had in the
22 report that I reviewed.
23   So not seeing the actual written report
24 with that inclusion/exclusion criteria --
25   Q. Okay.

Page 332

1    MR. SCHNELL: Do you have it?
2    MR. VITELLI: I have to go print it.
3    MR. SCHNELL: That's okay.
4    THE WITNESS: I will say that if that
5 is, in fact, an inclusion criteria, exclusion
6 criteria, I can see why that would be
7 appropriate.
8 BY MR. SCHNELL:
9    Q. Now, his survey of studies was a mixture
10 of studies done with -- under various different
11 types of assays, different antigens,
12 different --
13   A. Vaccines --
14   Q. -- indicator strains for vaccines. You
15 focused only on the ones that involved Merck's
16 Jeryl Lynn vaccine, correct?
17   A. That is not correct. I looked at his
18 report, and I looked at, in his report, those
19 seroconversion rates with the Merck vaccine,
20 those seroconversion rates that involved the
21 Jeryl Lynn strain that were not in the Merck
22 vaccine and the studies that looked at
23 seroconversion rates to other indicator viruss
24 in other vaccines.
25   Q. Now, do you recall that his tests -- I'm

Page 333

1 sorry. That his underlying studies for his
2 opinion involved 14 different assay types?
3    You either recall or you don't recall.
4 If you don't recall, you don't recall.
5    A. So I recall in his report mentioning
6 different -- not specifying exactly each of the
7 different 14 types. I recall looking at whether
8 they were IgG assays, whether they were
9 neutralization assays, whether they were ELISA
10 assays.
11   Q. Do you recall that the majority of them
12 were ELISA assays?
13   A. I do recall that.
14   Q. And do you recall that roughly a quarter
15 of them were neutralization assays?
16   A. I do recall that.
17   Q. Of that quarter, how many of them were
18 PRNs?
19   MR. SANGIAMO: Answer if you remember
20 this, Dr. Durbin, without him showing you the
21 report.
22   THE WITNESS: So I took by -- if
23 something is referred to as a neutralization
24 assay, that that is a PRN assay.
25

84 (Pages 330 - 333)

BY MR. SCHNELL:

1   Q. And do you know that's -- that's the
3  truth to be the case?
4   A. I can -- all I can -- you know, when it
5  was referred to as PRN or neutralization, I took
6  them as neutralization assays. I don't know
7  that they were specified. I can't recall.
8   Q. And there were dozens of different
9  serostatus cutoffs that were involved in the
10 various studies that he reviewed, right?
11      MR. SANGIAMO: Answer if you recall,
12 Dr. Durbin. If you don't recall, then --
13      THE WITNESS: I don't recall.
14 BY MR. SCHNELL:
15  Q. You don't recall that of the studies,
16 there were multiple different serostatus
17 cutoffs?
18      MR. SANGIAMO: Different question.
19      The witness: I don't recall that there
20 were dozens.
21 BY MR. SCHNELL:
22  Q. Oh, okay. But there were many different
23 ones, right?
24      MR. SANGIAMO: Object to the form.
25      THE WITNESS: Again, I recall that there

1  may be different ones. I can't recall as to
2  generally how many different ones.
3  BY MR. SCHNELL:
4   Q. And your opinion cites Dr. Salmon for
5  Dr. Salmon's finding that all of the studies he
6  reviewed coalesced around a 95 -- roughly a 94
7  percent seroconversion rate?
8   A. So I --
9      MR. SANGIAMO: Feel free to look at your
10 report.
11     THE WITNESS: I'm looking at it now.
12     I also, I referred to -- I relied on
13 Dr. Salmon's report, in addition to the MMWR and
14 the WHO report, which also showed seroconversion
15 rates around 95 percent. So I did not rely
16 solely on Dr. Salmon's report.
17 BY MR. SCHNELL:
18  Q. And --
19  A. They coalesced at approximately 94
20 percent.
21  Q. And so those three sources --
22 Dr. Salmon, CDC, and the World Health
23 Organization --
24  A. Uh-huh.
25  Q. -- those demonstrated to you that other

1  tests have been performed by other people using
2  other assays, using other indicator strains,
3  using other serostatus cutoff thresholds, and
4  that they all coalesce around the same rough
5  seroconversion finding that Merck found with its
6  AIGENT?
7   A. So that is not correct.
8      MR. SANGIAMO: Object to the form.
9  BY MR. SCHNELL:
10  Q. Okay. So tell me --
11  A. That is not correct.
12  Q. -- the conclusion --
13     (Simultaneous crosstalk interrupted by
14     the court reporter.)
15     THE WITNESS: It is not correct.
16 BY MR. SCHNELL:
17  Q. So what conclusion -- let's start with
18 Dr. Salmon. Let's just do one at a time. What
19 conclusion do you draw from the portion of
20 Dr. Salmon's report that you rely on in your
21 expert report?
22  A. So in --
23     MR. SANGIAMO: Feel free to refer to
24 your report, if necessary, Dr. Durbin.
25     THE WITNESS: So when you're looking at

1  the different -- his review of the literature,
2  seroconversion rate induced by Merck's mumps
3  vaccine coalesced around 94 percent.
4      He did find that if you used other
5  indicator viruses, if you used other vaccine
6  viruses, that seroconversion rates did, in fact,
7  differ.
8      But in particularly looking at the
9  seroconversion rate related to the Merck mumps
10 vaccine, those data did show that seroconversion
11 rates coalesced around 94 percent.
12     That is also consistent with the data
13 from the MMWR and from the World Health
14 Organization.
15 BY MR. SCHNELL:
16  Q. And so again staying with Dr. Salmon's
17 report about the 94 percent, what conclusion, if
18 any, do you draw from that with respect to your
19 opinions in your report?
20  A. The conclusion that I draw from that is
21 that based on the results of the AIGENT assay,
22 which showed a seroconversion rate of the
23 different potencies -- well, of the mid-level
24 potency and the release-level potency showed
25 seroconversion rate above 90 percent, around, I

Page 338

1 believe, 92, 93 percent, and that is consistent
2 with the data from Dr. Salmon's report and from
3 the CDC and the MMWR.
4     And my conclusion, then, is that the
5 AIGENT assay is -- is a -- is a good indicator
6 of seroconversion.
7     Q.  Now, in reaching that conclusion, you
8 did not review the vast majority of the
9 underlying studies on which Dr. Salmon relied,
10 correct?
11     A.  I did not read the underlying studies.
12 That's why I relied on his report.
13     Q.  So you don't know if any of those
14 studies involved Phase III pivotal -- Phase III
15 pivotal clinical trials for vaccine licensure,
16 correct?
17     A.  Correct.
18     Q.  And you don't know if any of those
19 studies involved PRN assays using anti-IgG,
20 correct?
21     A.  I do not.
22     Q.  And you don't know whether any of those
23 underlying studies used the JL-135 vaccine
24 strain as an indicator strain for the -- for the
25 assay, correct?

Page 339

1     MR. SANGIAMO:  Object to the form of the
2 question.  You're not letting her see the report
3 so it's hard for her to -- object to the form of
4 the question.
5 BY MR. SCHNELL:
6     Q.  Is that correct?
7     MR. SANGIAMO:  When you say "you don't
8 know," you're asking does she know sitting right
9 now?  Has she memorized the appendix?
10     Do you know sitting here right now?  I
11 think that's the --
12     THE WITNESS:  I do not know.
13 BY MR. SCHNELL:
14     Q.  Would you know if I showed you the
15 report?
16     A.  So I would know depending on the study.
17 For instance, if the original Hilleman data or
18 some of the earlier studies were done, I do know
19 that that was the vaccine strain of the
20 Jeryl Lynn.
21     I do not know -- I do not know and I
22 don't know that it's even specified in each
23 of those -- or in each of those manuscripts what
24 the exact indicator strain passage number is.
25     Q.  But you didn't look to find out; is that

Page 340

1 correct?
2     A.  No.  That was the responsibility of
3 Dr. Salmon.
4     Q.  Did he review to find out?
5     A.  He did a literature review, and he
6 extracted his data from those papers.
7     Q.  And do you recall, in his report,
8 whether or not he did any analysis of whether or
9 not those underlying studies involved anti-IgG,
10 involved JL-135, involved the Phase III pivotal
11 style -- trial for vaccine licensure?
12     MR. SANGIAMO:  Again, answer if you
13 recall the contents of his report that
14 Mr. Schnell is not going to show you.
15     THE WITNESS:  I don't recall those being
16 part of the inclusion/exclusion criteria.
17     I will say that the purpose of this
18 review was not to find all of the studies that
19 used the exact same conditions of the AIGENT
20 assay.  The purpose of this study and that of
21 the MMWR -- I'm sorry, the purpose of my review
22 of Dr. Salmon's report and that of the MMWR and
23 that of the WHO is to show that the conditions
24 that were used in the AIGENT assay are
25 reflective of neutralization.

Page 341

1     And the seroconversion rate that the
2 assays showed is consistent with what has been
3 shown in the papers that were included in
4 Dr. Salmon's report and in the reports by MMWR
5 and by WHO.
6     So again, that, to me -- the reason for
7 doing this is to show that the results that you
8 get from the AIGENT assay are, indeed,
9 consistent with historical studies that have
10 been done.  It wasn't to show that the assays
11 were the same.
12 BY MR. SCHNELL:
13     Q.  Well, aren't you then comparing apples
14 to oranges?
15     A.  No.
16     MR. SANGIAMO:  Object to the form.
17 BY MR. SCHNELL:
18     Q.  What's the relevance of an ELISA test
19 that uses a different mumps strain to -- and
20 gets a certain seroconversion rate from that
21 test, what's the relevance of that to the AIGENT
22 assay?
23     MR. SANGIAMO:  Objection.  Asked and
24 answered.
25     Feel free to answer again.

86 (Pages 338 - 341)

Appx2785

1    THE WITNESS:  So again, we know that we
2  have seen continued efficacy with the mumps
3  vaccine.  We know that in the pivotal efficacy
4  studies, seroconversion rates of greater than --
5  or around 95 percent or greater were
6  demonstrated.
7    So what we are looking for with the
8  AIGENT assay is, again, an indirect indicator of
9  protection.
10    So seroconversion is an indicate -- is
11  an indirect indicator of protection.  So you
12  would like to see -- you know, you would like to
13  see in your assay reflecting what you think the
14  protection of the vaccine afforded.
15    So we know that we have practically
16  eliminated mumps using the mumps vaccine.  We
17  know that early studies, we showed
18  seroconversion rates, whether it be by ELISA,
19  PRNT of 95 percent.
20    So seeing that value in the AIGENT assay
21  gives me confidence that it is not overinflated;
22  that it is, in fact, in line with completely
23  independent studies that were done to evaluate
24  the immunogenicity of the mumps vaccine.
25

1  BY MR. SCHNELL:
2    Q.  And you get that comfort without doing
3  any independent analysis of what these studies
4  were based on, whether they were adequate and
5  well-controlled, what indicator strain they
6  used, whether or not it was a PRN test, whether
7  or not anti-IgG was used, whether it was done in
8  a well-qualified lab, and a whole host of other
9  criteria that I would hope that you would
10  consider in assessing whether or not a
11  particular study is reliable?
12    A.  So --
13    MR. SANGIAMO:  Objection.  Asked and
14  answered.  Argumentative.
15    THE WITNESS:  And I will also say that I
16  think, you know, knowing Dr. Salmon's experience
17  and his expertise, you know, he has done
18  these -- he is an expert in vaccine safety.  I
19  looked at how he prepared his results -- excuse
20  me, how he prepared his paper.
21    So knowing that you're looking at
22  published, peer-reviewed -- and I believe that
23  was another criteria that he -- that he used for
24  inclusion in his study, that each of those
25  studies had to be peer reviewed.

1    So what that means is prior to
2  publication, the manuscript is sent in and
3  reviewed by different experts in the field.  And
4  the adequacy or the -- I would say the quality
5  of the paper is then reviewed by those peers.
6  And for publication, they are published in,
7  quote, peer-reviewed articles.  So that tells me
8  that the papers are, indeed, high quality.
9  BY MR. SCHNELL:
10    Q.  So how does the World Health
11  Organization paper that you cite, which speaks
12  to seroconversion rates varying widely from 74
13  percent to 100 percent, how does that support
14  your assessment that the seroconversion rate
15  found in the AIGENT assay is consistent with
16  other studies?
17    A.  So again --
18    MR. SANGIAMO:  Dr. Durbin, feel free to
19  check your report prior to answering
20  Mr. Schnell's question.
21    THE WITNESS:  I was going to say also, I
22  don't -- I have not memorized the entire WHO
23  report
24  so --
25    MR. SANGIAMO:  Doctor, feel free to

1  check your report before you answer
2  Mr. Schnell's question.
3    THE WITNESS:  The last page of my report
4  is not here, but that's okay.
5    MR. SANGIAMO:  It is.
6    THE WITNESS:  Oh, it's in smaller type.
7    So what the WHO report tells me is that,
8  yes, there is a range, 74 to 100 percent.  That
9  includes 95 percent.  Again, what it tells me is
10  that the AIGENT assay, the seroconversion rates
11  were within that range, 74 percent to
12  100 percent.  That's within the WHO publish
13  range.
14    MR. SCHNELL:  Okay.  I think we have 5
15  to 10 minutes left.  We're going to take a
16  break.  We're going to caucus, we'll be back.
17  You don't have to go.  We'll be very short.  You
18  can take a break if you want.
19    MR. SANGIAMO:  We're going to step out.
20    VIDEO TECHNICIAN:  The time is 6:11 p.m.
21  We're going off the record.
22    (A recess was taken.)
23    VIDEO TECHNICIAN:  The time is 6:18 p.m.
24  We're back on the record.
25    Please proceed, Counsel.

87 (Pages 342 - 345)

Page 346

1 MR. SCHNELL: Dr. Durbin, thank you. I
2 have no further questions at this point.
3 THE WITNESS: Are you serious?
4 MR. SANGIAMO: No questions from Merck.
5 THE WITNESS: Thank you.
6 You're welcome.
7 MR. SCHNELL: Thank you.
8 VIDEO TECHNICIAN: The time is 6:18 p.m.
9 This concludes today's testimony given by
10 Dr. Anna Durbin. We're now off the record.
11 (Whereupon, at 6:18 p.m., the videotaped
12 deposition of ANNA DURBIN, M.D., was
13 concluded.)
14 _____
15 ANNA P. DURBIN, M.D.
16
17 Subscribed and sworn to before me
18 this ____ day of _____, 2018
19
20 _____
21 NOTARY PUBLIC
22
23
24
25

Page 347

1 CERTIFICATE OF NOTARY PUBLIC
2 I, CHRISTINA S. HOTSKO, the officer before
3 whom the foregoing deposition was taken, do hereby
4 certify that the witness whose testimony appears in
5 the foregoing deposition was duly sworn by me; that
6 the testimony of said witness was taken by me in
7 stenotypy and thereafter reduced to typewriting under
8 my direction; that said statement is a true record of
9 the proceedings; that I am neither counsel for,
10 related to, nor employed by any of the parties to the
11 action in which this statement was taken; and,
12 further, that I am not a relative or employee of any
13 counsel or attorney employed by the parties hereto,
14 nor financially or otherwise interested in the
15 outcome of this action.
16
17
18
19
20 CHRISTINA S. HOTSKO
21 Notary Public in and for the
22 District of Columbia
23
24 My commission expires:
25 November 14, 2021

Page 348

1 ERRATA SHEET
VERITEXT LEGAL SOLUTIONS
2 330 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
3 516-608-2400
4 NAME OF CASE: UNITED STATES VS. MERCK & CO., INC.
DATE OF DEPOSITION: OCTOBER 8, 2018
5 NAME OF DEPONENT: ANNA P. DURBIN, M.D.
6 PAGE  LINE(S)   CHANGE        REASON
7 ___|_____|_____|_____
8 ___|_____|_____|_____
9 ___|_____|_____|_____
10 ___|_____|_____|_____
11 ___|_____|_____|_____
12 ___|_____|_____|_____
13 ___|_____|_____|_____
14 ___|_____|_____|_____
15 ___|_____|_____|_____
16 ___|_____|_____|_____
17 ___|_____|_____|_____
18 ___|_____|_____|_____
19 ___|_____|_____|_____
20 ___|_____|_____|_____
21 _____
ANNA P. DURBIN, M.D.
22
SUBSCRIBED AND SWORN TO BEFORE ME
23 THIS___DAY OF _____, 20__.
24
25 (NOTARY PUBLIC)       MY COMMISSION EXPIRES:

88 (Pages 346 - 348)

Appx2787

10/25/2019
Declaration of G. Reilly
EXHIBIT 31

Appx2788

# Rationale for the M-M-R®II End Expiry Clinical Studies

- End expiry potencies for the *product* must be on the label.

- CBER believes that additional clinical data are needed to support expiry potencies for mumps.

(may start data to I routine
is we don't supply supporting
data for expiry titers)

I focus must effort
twards early
development

CONFIDENTIAL

MRK-KRA01893680
MRK-CHA01893680
Appx2789

# M-M-R®II End Expiry Potencies
## Suggested for the Label

| Component | Potency/Dose ($\log_{10}$ TCID$_{50}$) |
|---|---|
| REDACTED – OMP | |
| Mumps | 3.7 |
| REDACTED – OMP | |

CONFIDENTIAL

MRK-KRA01893681
MRK-CHA01893681
Appx2790

# Production of M-M-R®II at Expiry

- Natural Aging (2-8°C)
- Accelerated Aging at Room Temperature (20-25°C)
- Dilution of Components

CONFIDENTIAL

MRK-KRA01893682
MRK-CHA01893682

Appx2791

# Activities of the M-M-R®II Team

- A preliminary aging experiment was initiated with Vaccine Biometrics Research in June 1998.

- A background document was sent to CBER June 24, 1998:

  – Reviewed methods of obtaining expiry material.
  – Proposed an initial study of room temperature aged vaccine.
  – Proposed a follow up study of naturally aged vaccine.
  – Suggested a dilution study only if RT aging failed.
  – Described plans for a neut assay using Jeryl Lynn™ as the target virus.

CONFIDENTIAL

MRK-KRA01893683
MRK-CHA01893683

Appx2792

# Statistical Considerations in the Initial Study Design

- Sample size was based on the seroconversion rate (96%) by neutralization cited in the package circular.

- A delta of 0.10 was selected based on recent concomitant studies involving M-M-R®II.

- A one sided equivalence test was to be performed at an $\alpha = 0.025$.

CONFIDENTIAL

MRK-KRA01893684
MRK-CHA01893684
Appx2793

# Issues To Discuss

- Review the findings and outstanding issues regarding the room temperature aging experiment.

- Review how CBER's response affects our plans:

  – Statistical Considerations

  – Neutralization Assay Considerations

  – Overall Plan To Age the Vaccine

**CONFIDENTIAL**

# The Preliminary Aging Experiment

- **Goal:**
  - Reduce potency while minimizing the margin of error
  - Actual potency will be no greater than target.

- **Methods:**
  - Incubate 3 potential clinical lots at room temperature
  - Use a 1x6 potency testing scheme
  - Test weekly for ~27 weeks
  - Generate best fit curves using all available data
  - Begin aging clinical material at week 8

CONFIDENTIAL

MRK-KRA01893686
MRK-CHA01893686
Appx2795

# The Preliminary Aging Experiment

- ## Observations:

REDACTED – OMP

- No similar pattern was seen for mumps.
- Samples were retested and remained low.

CONFIDENTIAL

MRK-KRA01893687
MRK-CHA01893687

Appx2796

Insert Me HS Curve Here

CONFIDENTIAL

MRK-KRA01893688
MRK-CHA01893688

Appx2797

# Summary of Linear Fit Data



REDACTED – OMP

REDACTED – OMP

- Minimal effect is seen on mumps potency with HS adjustment for these lots.

CONFIDENTIAL

MRK-KRA01893692
MRK-CHA01893692

Appx2798

show lot 0626290 data here

CONFIDENTIAL

MRK-KRA01893693
MRK-CHA01893693

Appx2799

# Path Forward

- Optimized GOS clinical material began aging September 25, 1998.

  – An initial target of ~4.0 $\log_{10}$ TCID$_{50}$ per dose has been reached and material has been removed. *placed at ~20°C*

  – Material targeted for ~3.7 $\log_{10}$ TCID$_{50}$ per dose will be removed on ~December 18, 1998.

- A data package for HS adjustment will be preliminarily available in January 1999.

- CBER responded to our June proposal.

CONFIDENTIAL

MRK-KRA01893694
MRK-CHA01893694
Appx2800

# CBER Response to Merck Mumps Expiry Proposal

- Accelerated aging is acceptable.

- *Because measles stability appears to have changed, serologic responses to "aged" measles are also important.*

- The mumps neut assay is not validated (correlated) and the claim of equivalence will be affected by the actual response rate in this new assay in the control group.

- **Virus antigens in serologic assays should reflect efficacy against natural infection; therefore, <u>wild-type antigens are appropriate for serologic assays.</u>**

- Follow up should be extended to one year to assess duration of protection.

CONFIDENTIAL

MRK-KRA01893695
MRK-CHA01893695

Appx2801

# Statistical Issues Raised by CBER

- Provide detailed approaches to sample size re-estimation if 96% response is incorrect for the control group.

- The equivalence margin should be 5% not 10%.

- An absolute lower limit criterion for seroconversion of >90% should also exist.

- Address how study site may affect establishment of equivalence.

CONFIDENTIAL

MRK-KRA01893696
MRK-CHA01893696
Appx2802

# Prerequisites to Moving Forward With the Expiry Clinical Trial

- Material must be removed from room temperature incubation at appropriate times (in progress).

- In order to assign potencies for all components, _we must make a decision on HS adjustment prior to the trial._

  *plan is to do in Jan. 1999*

- In order to estimate sample size, we must finalize the assay to be used in the clinical trial and understand its performance in the control group.

CONFIDENTIAL

MRK-KRA01893697
MRK-CHA01893697
Appx2803

# Mumps Immunogenicity Assays

## Plaque Reduction Neutralization Assay — *when is comparative trial* — *6 day incubation*

- Begins with low titered serum dilution (1:2).
- Validated to assess neutralization of both vaccine and wild type strains.
- Read out requires plaque counting.

## Mumps Endpoint Neutralization Assay (MuENA) — *cell based assay*

- Begins with a 1:10 serum dilution.
- Validated presently only for Jeryl Lynn™
- Read out is via an automated spectrophotometer.
- Without a correlation to a wild type strain, this assay would not be acceptable to CBER.

→ *is does wild-type would take a whole to validate*

CONFIDENTIAL

MRK-KRA01893698
MRK-CHA01893698
Appx2804

## Available Sera for Mumps Neutralization Correlation Study

### VARIVAX® Studies:



REDACTED – OMP

# Potential Drawbacks to the Correlation Study

*to be dis (cussed 4/19 at aaday sub-team meeting*

- The correlation requires a significant volume of serum to run all three assays

  - ELISA      100µL
  - MuENA      800µL
  - PRN        400µL

- While CBER will review our plans for correlation, they may or may not accept them. _Should we pursue two parallel paths in order to save time?_

CONFIDENTIAL

MRK-KRA01893700
MRK-CHA01893700
Appx2806

# Path Forward

- Continue to remove clinical material on schedule.

- Assign potency/with or without adjustment based on preliminary data review January 1999. *all 3 groups #5*

- Neutralization Assay Options:

  - Rework MuENA with the LO 1 wild type strain from NIBSC as suggested by CBER.

  - Perform the correlation of the MuENA with the ELISA and with the PRN assay to better understand the expected SCR of the control group and submit data to CBER.

  - Direct resources to V&CB and use the PRN assay for the expiry trial.

CONFIDENTIAL

MRK-KRA01893701
MRK-CHA01893701
Appx2807

# Summary

- A plan to develop M-M-R®II at expiry has been successfully executed.

REDACTED – OMP

- A data set to assess the appropriateness of house standard adjustment has been identified.

- Consensus regarding the optimal neutralization assay strategy will be achieved at the clinical assay subteam Thursday November 19, 1998.

CONFIDENTIAL

# BACK UPS

CONFIDENTIAL

MRK-KRA01893703
MRK-CHA01893703

Appx2809

# Clinical Study Objectives

## Primary

- To demonstrate a similar immune response to mumps using a neutralization assay among subjects receiving M-M-R®II with <u>no more than an expiry dose</u> of mumps and among subjects receiving M-M-R®II with a target release dose of mumps, both concomitantly with VARIVAX®.

CONFIDENTIAL

MRK-KRA01893704
MRK-CHA01893704
**Appx2810**

# Results of the October 12, 1998 BPC Meeting

- It is acceptable to use the optimized GOS for the clinical mumps and measles end expiry trials.

REDACTED – OMP

- Adjustment cannot be used to assign potency without additional data analysis.

- The preliminary aging experiment does not need to be repeated.

CONFIDENTIAL

MRK-KRA01893706
MRK-CHA01893706

Appx2811

| Study Type | Advantages | Disadvantages |
|---|---|---|
| **Accelerated Aging at Room Temperature (20-25°C)** | • Material may be produced relatively quickly<br>• Change in live/inactive particle ratio similar to natural aging | • Heat-induced qualitative antigenic changes<br>• Effect on all 3 viruses in M-M-R®II not predictable<br>• Effect on more susceptible sub-populations |
| **Dilution** | • Material available relatively quickly<br>• No heat-induced change in antigenicity<br>• Enhance theoretical interference between components<br>• Similar effects on all sub-populations | • Least similar to natural aging process<br>• Alteration in protein concentration<br>• Ratio of live/inactive particles not maintained |
| **Natural Aging at 2-8°C** | • Measures real-time stability and decay | • Very slow process<br>• Effect on all 3 viruses in M-M-R®II not predictable |

**CONFIDENTIAL**

# Clinical Study Objectives

Secondary:

- To demonstrate a similar immune response for measles, mumps and rubella using ELISA assays among subjects receiving an expiry or release dose of mumps in M-M-R®II.

- To describe the safety and tolerability of M-M-R®II containing an expiry dose of mumps.

- To summarize GMTs for all antigens following vaccination with an expiry dose of mumps.

CONFIDENTIAL

MRK-KRA01893708
MRK-CHA01893708

Appx2813

# Summary of the Follow Up CBER Teleconference November 9, 1998

REDACTED — OMP

- CBER clearly prefers wild type strains as targets in assays; neutralization of vaccine strain may not correlate with that of wild type.

- CBER will review our plans for (1) the assay correlation study and (2) plans for potency assignment and will respond to us.

CONFIDENTIAL

# Support for Assigning Potency Using Adjustment to a House Standard

- Regulators accept comparisons of data between laboratories using a reference material.

- HS adjustment is the most rapid method to align observed data with historical data.



REDACTED – OMIP

CONFIDENTIAL

# Concerns Regarding Assignment of Potency Using Adjustment to the House Standard

- Adjustment for this critical trial may send the message that we are manipulating data since the unadjusted data are technically valid.

- There is no data package as yet to support the implementation of adjustment in general.

- Adjustment does not address the biological control issues of the assay.

CONFIDENTIAL

MRK-KRA01893711
MRK-CHA01893711

Appx2816

# Assumptions Necessary When Using House Standards

- The House Standard Vial to Vial is Homogeneous.

- A New House Standard May Be Adequately Calibrated With An Older Standard.

CONFIDENTIAL

MRK-KRA01893712
MRK-CHA01893712
Appx2817

# House Standard Data Sets Under Review

- ## Historical Data:
  - HS data from 1992-present for all Me, Mu, and Ru.
  - -20°C stability data for Me, Mu and Ru.

  REDACTED – OMP

  - Bulk and fill data for 10 lots of Me, Mu and Ru.

- ## Prospective Data:
  - Testing of dilution samples from 1996 study to gauge effect of HS adjustment over a range of potencies.
  - Obtain data on Merck HS from other labs.

CONFIDENTIAL

MRK-KRA01893713
MRK-CHA01893713
Appx2818

# Approaches to Improving the Potency Assay

- Switch to a 1x6 assay for release testing to reduce variability.

- Limit the passage level of cells used in the assays.

- Tighten the control limits on the HS.

- Improve monitoring of the assays and adjust alarm limits to identify problems early.

CONFIDENTIAL

# Mumps Immunogenicity Assays

## Mumps ELISA

- Measures all binding antibodies
- Not correlated with protection
- Standard assay in recent Merck studies

## Serum Neutralization Assay

- Developed by Buynak and Hilleman and used in M-M-R®II licensure trials.
- A cutoff exists that defines protection
- Cumbersome assay uses wild type Jeryl Lynn™ in the assay, chick embryo fibroblasts and hemadsorption as a measure of neutralization.

CONFIDENTIAL

MRK-KRA01893715
MRK-CHA01893715

Appx2820

# Mumps ELISA Assay

- Is a solid-phase ELISA using vaccine antigen.

- Negative values are assigned a value of <2.0 Ab units/mL and are determined with a panel of 10 historical negative sera run with each assay.

- Dilutions of a single serum are used in each run from 1.25-40units/mL to generate the standard curve.

- Each sample is assigned a titer based on the curve or is diluted to fall into the curve.

- OD values cannot be compared between runs.

CONFIDENTIAL

# Mumps Neutralization Assays:

- ## Plaque Reduction Neut Assay:
  - Developed in V&CB to compare neut titers from Priorix and M-M-R®II immune sera.
  - Multiple wt and vaccine mumps strains to be used.
  - 6 day assay; hand counting of plaques.

- ## Mumps Endpoint Neutralization Assay:
  - Developed and validated in DHVS.
  - Vero cells infected with JL mumps on a 96 well plate.
  - 13 day assay; read out is loss of CPE with increasing serum dilution.

CONFIDENTIAL

MRK-KRA01893717
MRK-CHA01893717

Appx2822

# Mumps Neutralization Correlation Study

## Hypothesis:

– M-M-RII is efficacious based on U.S. and Finnish epidemiologic data.

– The observed SCR by neutralization correlates with this efficacy data.

– A lower than expected SCR by neutralization must imply *a problem with the assay not the vaccine*, because the vaccine is efficacious.

CONFIDENTIAL

MRK-KRA01893718
MRK-CHA01893718
Appx2823

# 1988 Correlation Study of Mumps Neut and ELISA

## ELISA titer and (fold difference)

| Neut Titer | N | Neut Mean | ELISA #1 | ELISA #2 | ELISA #3 | ELISA #4 |
|---|---|---|---|---|---|---|
| 2-8 | 4 | 4.4 | 42.8 (9.7) | 32.7 (7.4) | 47.3 (10.7) | 35.6 (8.1) |
| 8-16 | 6 | 11.3 | 56.6 (5.0) | 47.6 (4.2) | 68.2 (6.1) | 47.9 (4.2) |
| 16-32 | 5 | 24.6 | 98.4 (4.0) | 65.8 (2.7) | 92.6 (3.8) | 66.1 (2.7) |
| 32-64 | 9 | 52.3 | 177.8 (3.4) | 160.1 (3.1) | 219.7 (4.2) | 155.1 (3.0) |
| >64 | 6 | 108.8 | 211.6 (2.1) | 165.0 (1.6) | 232.7 (2.3) | 224.7 (2.2) |
| Avg | 30 | 27.9 | 109.7 (3.9) | 88.1 (3.2) | 124.1 (4.4) | 94.2 (3.4) |

CONFIDENTIAL

MRK-KRA01893719
MRK-CHA01893719

Appx2824

# Measles and Mumps Data on Minimum Immunizing Dose

- Buynak EB et al. JAMA 1969; 207: 2259-62.
  – Includes data on MeMu, MeMuRu bi/trivalent
- Buynak EB et al. JAMA 1968; 203: 9-13.
  – Mu only
- Stokes J et al. Pediatrics 1967; 39: 363-71.
  – Mu only

CONFIDENTIAL

# Minimum Immunizing Dose:
## Mumps Data

| Vaccine | Dose | N | SCR | GMT (SNT) |
|---|---|---|---|---|
| Trivalent (HPV-77) | 4.4 | 28 | 93% | 8 |
| MeMu bivalent | 3.8 | 13 | 77% | 5 |
| Mu mono | 3.1 | 11 | 100% | 4.5 |
| Mu mono | 3.1 | 13 | 100% | 7.2 |
| Mu mono | 1.6 | 8 | 75% | 1.5 |

CONFIDENTIAL

MRK-KRA01893721
MRK-CHA01893721
Appx2826

# Minimum Immunizing Dose:
## Measles Data

| Vaccine | Dose | N | SCR | GMT (HI) |
|---------|------|---|-----|----------|
| Trivalent | 4.1 | 28 | 100% | 51 |
| MeMu Bivalent | 3.6 | 38 | 97% | 69 |

REDACTED – OMP

CONFIDENTIAL

# Existing Data to Support Mumps Expiry of ~4.3 $\log_{10}$ TCID$_{50}$/Dose (COMVAX® 009 Lot #1271B)

|  | Date | Potency/Dose |
|---|---|---|
| Manufactured | June 1994 | 4.6 |
| Packaged (out of refrigeration) | January 1996 | 4.3 |
| Used in Clinic | 3/14/96-3/20/97 | |
| Planned Expiration | June 1997 (3 years from manufacture) | |
| Expired (rejected) | July 18, 1996 | |
| Retested | December 1997 | 4.1 |

CONFIDENTIAL

# Mumps: Phase I (0-18 M)



**Filled Date**

Loss/24 M (Log$_{10}$ TCID$_{50}$/Dose)

Lots: > 10 M & > 3 Data Points (58 Lots)
Cut-Off Time: 0- 4 M
Ending Time: 10 - 19 M

CONFIDENTIAL

# Mumps: Phase I (0-18 M w/ HS)



**Loss/24 M (Log₁₀TCID₅₀/Dose)**

**Filled Date**

Lots: > 10 M & > 3 Data Points (58 Lots)
Cut-Off Time: 0 - 4 M
Ending Time: 10 - 19 M

CONFIDENTIAL

MRK-KRA01893725
MRK-CHA01893725

Appx2830

# Mumps: Phase II (6-30 M)



Lots: > 10 M & > 3 Data Points (57 Lots)
Cut-Off Time: 6 - 12 M
Ending Time: 24 - 35 M

Loss/24 M (Log$_{10}$ TCID$_{50}$/Dose)

Filled Date

CONFIDENTIAL

MRK-KRA01893726
MRK-CHA01893726

Appx2831

# Mumps: Phase II (6-30 M w/ HS)



Lots: > 10 M & > 3 Data Points (57 Lots)
Cut-Off Time: 6 - 12 M
Ending Time: 24 - 35 M

**Filled Date**

Loss/24 M (Log$_{10}$ TCID$_{50}$/Dose)

CONFIDENTIAL

MRK-KRA01893727
MRK-CHA01893727

Appx2832

TABLE 3: Marketing Stability Results for Measles Containing Vaccines

REDACTED – OMP

TABLE 4: Marketing Stability Results for Mumps Containing Vaccines

| Lot Subset | # of Lots | Total Loss: Release to 24 Mos. | | | Predicted Expiry Potency at 24 Mos. | | |
|---|---|---|---|---|---|---|---|
| | | Average | 95% LCL | 95% UCL | Average | 95% LCL | 95% UCL |
| Single Dose | 65 | 0.52 | 0.36 | 0.68 | 4.45 | 4.29 | 4.61 |
| Multi-Dose | 10 | 0.37 | 0.21 | 0.52 | 4.53 | 4.37 | 4.68 |
| All | 75 | 0.50 | 0.37 | 0.64 | 4.45 | 4.32 | 4.59 |

TABLE 5: Marketing Stability Results for Single Dose Measles Containing Vaccines

REDACTED – OMP

TABLE 6: Marketing Stability Results for Single Dose Mumps Containing Vaccines

| Single Dose Lots | # of Lots | Total Loss: Release to 24 Mos. | | | Predicted Expiry Potency at 24 Mos. | | |
|---|---|---|---|---|---|---|---|
| | | Average | 95% LCL | 95% UCL | Average | 95% LCL | 95% UCL |
| 1987-1994 | 46 | 0.50 | 0.31 | 0.70 | 4.51 | 4.32 | 4.71 |
| 1994-1997 | 19 | 0.65 | 0.49 | 0.81 | 4.23 | 4.07 | 4.39 |
| ALL | 65 | 0.52 | 0.36 | 0.68 | 4.45 | 4.29 | 4.61 |

CONFIDENTIAL

MRK-KRA01893728
MRK-CHA01893728

# House Standard & Adjustment

- **House Standard:**
  - Portion of a single lot stored at -20°C
  - Tested together with each sample
  - Not adjusted at the present time
- **House Standard Adjustment:**

$$Log_{10}P_{adj} = Log_{10}P + Log_{10}P_{HSavg} - Log_{10}P_{HSi}$$

- $P$ & $P_{adj}$: sample titer pre- & post- adjustment
- $P_{HSavg}$: average titer for the HS lot
- $P_{HSi}$: individual HS titer tested with sample

CONFIDENTIAL

MRK-KRA01893729
MRK-CHA01893729

Appx2834

# *Mu Potency Assay Variation*



CONFIDENTIAL

MRK-KRA01893730
MRK-CHA01893730

Appx2835

10/25/2019
Declaration of G. Reilly
EXHIBIT 32

cases have emerged in a region with among the highest prevalence rates of tuberculosis in the world, at 413/100 000, and an HIV seroprevalence of 31% among women attending antenatal clinic. We hypothesized that a specific strain might be responsible for the sudden emergence of tuberculosis in newborns and proceeded to investigate this through molecular typing of the neonatal isolates.

We evaluated eight isolates of *Mycobacterium tuberculosis* cultured from different neonates in our unit. In addition two isolates cultured from the sputum of mothers were analyzed. Restriction fragment length polymorphism (RFLP) was performed on *M. tuberculosis* isolates from the neonates and mothers using the standardized method of van Embden with insertion sequence elements IS 6110.

Four of the eight mothers were HIV enzyme-linked immunosorbent assay-positive; three of their babies had vertically transmitted HIV infection (HIV RNA PCR-positive, $n = 2$; HIV p24 antigen-positive, $n = 1$; result not available, $n = 1$). RFLP patterns of isolates obtained from individual neonates were different from each other and there was no clustering. RFLP patterns of each of the two maternal isolates were identical with those of their neonates, confirming mother to child transmission (Fig. 1).

To the best of our knowledge and except for a single mother-neonate pair,[2] *M. tuberculosis* causing infection in pregnancy and neonates has not been characterized by RFLP. There is limited evidence to suggest that specific strains of *M. tuberculosis*, as defined by their DNA fingerprint pattern, may be associated with specific disease profiles within a population. Using DNA fingerprinting, extensive transmission of a highly virulent strain of *M. tuberculosis* was documented in the rural US,[3] and in Canada central nervous system tuberculosis has been predominantly associated with a designated type 1 RFLP pattern in HIV-noninfected patients.[4] The role of specific RFLP types of *M. tuberculosis* in patients with HIV coinfection has not been widely addressed but appears to be minimal.[5]



FIG. 1. RFLP of *M. tuberculosis* from eight newborns and two mothers in KwaZulu Natal. *1* to *8*, newborn isolates; *M1* and *M2*, maternal isolates of Newborns 1 and 2, respectively; *MW*, molecular weight marker.

The failure to detect identical RFLP patterns of *M. tuberculosis* in this cohort of newborns refutes our original hypothesis that the emergence of disease in this rarely susceptible age group could be related to specific *M. tuberculosis* strains and excludes the possibility of nosocomially transmitted tuberculosis. It is more likely that emergence of tuberculosis in newborns is host-related, and although it is tempting to postulate that this is related to the HIV epidemic, our findings do not support this. If newborn tuberculosis is to be further understood, other aspects including epidemiologic, immunologic and *M. tuberculosis* virulence factors must be researched in the region.

Thillagavathie Pillay, M.B.Ch.B., F.C.Paed.
Devadas G. Pillay, M.B.Ch.B., F.F.Path.
Manormony Pillay, M.Med.Sc.
Miriam Adhikari, M.B.Ch.B., M.D.
Adriaan W. Sturm, M.D., Ph.D.
Department of Paediatrics and Child Health
(TP, MA) and Medical Microbiology
(DGP, MP, AWS)
University of Natal
Durban, South Africa

Accepted for publication June 14, 1999.
Key words: Tuberculosis, newborn, congenital tuberculosis, human immunodeficiency virus infection, molecular typing, restriction fragment length polymorphism, vertical transmission.

1. Adhikari M, Pillay T, Pillay DG. Perinatal tuberculosis: an emerging problem. Pediatr Infect Dis J 1997;16:1108–12.
2. Cantwell MF, Shehab ZM, Costello AM, et al. Congenital tuberculosis. N Engl J Med 1994;330:1051–4.
3. Valway SE, Sanchez MP, Shinnick TF, et al. An outbreak involving extensive transmission of a virulent strain of *Mycobacterium tuberculosis*. N Engl J Med 1998;338:633–9.
4. Arvanitakis Z, Long RL, Hershfield ES, et al. *M. tuberculosis* variation in CNS infection: evidence for a strain dependent neurovirulence. Neurology 1998;50:1827–32.
5. Cohn DL, O'Brien RJ. The use of restriction fragment length polymorphism (RFLP) analysis for epidemiological studies of tuberculosis in developing countries. Int J Tuberc Lung Dis 1998;2:16–26.

## COMPARABILITY OF M-M-R™II AND PRIORIX

Although Usonis et al.[1] correctly point out the importance of providing safe and effective measles, mumps and rubella vaccines until these important childhood diseases are eradicated, we would like to raise several concerns regarding their conclusions.

We have several concerns about the statistical design and methods used by Usonis et al. The paper is a summary of eight clinical studies performed in six countries; the authors conclude that both vaccines are safe and immunogenic and that Priorix is superior to M-M-R™II in terms of local tolerability. However, there are statistical issues that must be addressed before arriving at these conclusions: (1) from what can be gathered from the Methods section, well-established methods appropriate for a metaanalysis were not used; (2) the individual study results are not reported and there is no formal assessment of homogeneity among the studies; (3) there are issues related to the effect of multiple endpoints on the overall type I error that are not addressed in the Methods section; and finally (4) although the paper states that the groups are randomized, there is a severe imbalance of subject numbers between the groups (3:1 Priorix:M-M-R™II). This

MRK-KRA00088592
MRK-CHA00088592

imbalance could be important. For example if one of the eight studies were to use an inappropriately low sample size, one would have to be cautious in interpreting immunogenicity results. In such a case failure to reject a null hypothesis of no difference between groups would not be sufficient evidence to conclude similarity. This is especially the case when statistical power calculations are not provided.

We are especially concerned about the methods used for study blinding, given that local tolerability appears to be a major endpoint in the paper. Different methods of blinding were used in the various studies, when used at all. In four of the trials the person assessing local tolerability was unblinded; in all of the studies the person vaccinating the child was unblinded as to assignment to Priorix or M-M-R™II. Moreover no description of a pain measurement instrument is provided. Such instruments attempt to improve measures of subjective concepts such as pain.[2] In the absence of such an instrument, the assessment of pain becomes highly variable and difficult to quantify. Given the lack of scientific data actually presented in the paper on tolerability, we do not feel that conclusions on local tolerability can be made.

In addition we do not agree that similar immunogenicity as measured by enzyme-linked immunosorbent assays (ELISAs) can be assumed to mean comparable protection from disease. In particular the correlation between ELISAs and functional assays such as neutralization and hemagglutination inhibition must be individually demonstrated for each vaccine. This correlation has been accomplished for M-M-R™II. We are not aware of a similar correlation performed with Priorix.

There is precedent to support our concern about relying solely on ELISA values. For instance in the case of the Swiss Berna vaccine Triviraten, which contains the Rubini mumps strain, excellent ELISA seroconversion rates were achieved.[3, 4] However, the efficacy of the vaccine has been estimated to be as low as 20% against wild-type mumps. In one recent publication when several volunteers were vaccinated with Triviraten, all seroconverted according to either ELISA or indirect immunofluorescence results, but none developed neutralizing antibody to wild-type mumps.[5] Therefore without demonstrating a correlation between the immunologic response and protection from circulating wild-type mumps infection, we question whether an ELISA assay can be assumed to correlate with protection from wild-type disease.

In conclusion we believe that the lack of blinding and systematic assessment of local pain prevent conclusions on subjective measures such as tolerability and that the reliance on ELISA assays alone is insufficient to support the contention that a vaccine such as Priorix will protect against wild-type infection. Therefore we feel that it is inaccurate to assume that Priorix and M-M-R™II are "identical" vaccines.

Scott Thaler, M.D.
Joseph Heyse, Ph.D.
Clinical Vaccine Research (ST)
Clinical Biostatistics (JH)
Merck Research Laboratories
West Point, PA

Accepted for publication June 3, 1999.
Key words: M-M-R™II, Priorix.

1. Usonis Y, Bakasenas V, Kaufhold A, Chitour K, Clemens R. Reactogenicity and immunogenicity of a new live attenuated combined measles, mumps and rubella vaccine in healthy children. Pediatr Infect Dis J 1999;18:42–8.
2. McGrath PA. An assessment of children's pain: a review of

behavioral, physiological and direct scaling techniques. Pain 1987;31:147–76.
3. Schwarzer S, Reibel S, Lang AB, et al. Safety and characterization of the immune response engendered by two combined measles, mumps and rubella vaccines. Vaccine 1998;16:298–304.
4. Germann D, Strohle A, Eggenberger K, Steiner CA, Matter L. An outbreak of mumps in a population partially vaccinated with the Rubini strain. Scand J Infect Dis 1996;28:235–8.
5. Strohle A, Eggenberger K, Steiner CA, Matter L, Germann D. Studies concerning mumps epidemic among vaccinated children in Western Switzerland. Schweiz Med Wochenschr 1997;127:1124–33.

## EARLY DETECTION OF CELLULAR IMMUNITY IN CONGENITALLY *TOXOPLASMA GONDII*-INFECTED CHILDREN

To The Editors:

Diagnosis of subclinical congenital toxoplasmosis is often delayed because of poorly sensitive serologic methods. Nevertheless early initiation of treatment is crucial in congenitally infected children and justifies the search for reliable and efficient techniques by which to detect *Toxoplasma gondii* infection as soon as possible. Although a protective T cell response to the intracellular protozoan *T. gondii* occurs, discordant data on T cell proliferation have been reported in congenitally infected neonates or infants.[1, 2] T cell activation results in surface expression of specific molecules, such as CD69, CD71 and CD25 which are easily detected by flow cytometry. We have recently shown that induction of CD25 expression on T cells from whole blood after stimulation by *T. gondii* antigen clearly differentiates between infected and uninfected adults and children older than 1 year.[3]

We present results for 35 neonates (age <2 months) of whom 14 were retested in infancy with fully concordant results and 19 infants (age 2 to 12 months), born of mothers who had seroconverted during pregnancy. Conventional serologic evaluation of *T. gondii* antibodies was performed at birth and at 2-monthly intervals for all children. Congenital toxoplasmosis was diagnosed by detection of parasite DNA in amniotic fluid using PCR, by the presence of specific IgA or IgM antibodies in children's sera, by persistence of IgG antibodies to 1 year or by characteristic ophthalmologic or radiologic signs. The cellular response was evaluated as described previously.[3] Briefly 50 $\mu$l of whole blood were incubated with soluble *T. gondii* antigen (final concentration, 6 $\mu$g/ml) or control preparation for 7 days at 37°C, 5% $CO_2$. After incubation erythrocytes were lysed, and leukocytes were stained with a combination of three specific monoclonal antibodies $\alpha$-CD3, $\alpha$-CD4, $\alpha$-CD25 labeled with distinguishable fluorochromes (Dako, Trappes, France) for 15 min in the dark at 4°C. After washing and resuspension, cells were analyzed the same day with a FACScan flow cytometer (Becton Dickinson, Meylan, France) to evaluate surface CD25 expression on T ($CD3^+$) cells. Data were then expressed as the percentage of $CD25^+$ T cells above control levels after *in vitro T. gondii* stimulation.

One of the 15 congenitally infected children had retinochoroiditis and intracranial calcifications at birth. The others were asymptomatic; one had indeterminate *T. gondii* infection status, and another a transient IgG negativity at the time of testing. Further examination and follow-up confirmed congenital toxoplasmosis in these two children. Expression of CD25 was detected in at least 6% more T cells after stimulation with specific antigen in congenitally infected children than in controls (Fig. 1). Four of 39 uninfected children

MRK-KRA00088593
MRK-CHA00088593

10/25/2019
Declaration of G. Reilly
EXHIBIT 33

# PHASE V

# CLINICAL DEVELOPMENT PLAN

# M-M-R®II

Scott Thaler, M.D.

Colleen Taddeo

Lisa Chiacchierini, PhD

Ted Staub

CONFIDENTIAL

MRK-KRA00667054
MRK-CHA00667054
Appx2840

## *TABLE OF CONTENTS*

I.     *BACKGROUND AND RATIONALE* ............................... *p. 1*

II.    *OVERALL PROGRAM HYPOTHESIS*........................... *p. 7*

III.   *MAJOR DEVELOPMENTAL ISSUES*........................... *p. 7*

IV.    *CLINICAL STUDY PLAN*.......................................... *p. 10*

V.     *GRANT REQUIREMENTS*........................................ *p. 33*

VI.    *PROGRAM SUMMARY & TIMING*............................... *p. 35*

VII.   *MATERIAL REQUIREMENTS*....................................... *p. 36*

VIII.  *HUMAN RESOURCE REQUIREMENTS*...................... *p. 37*

IX.    *REFERENCES*...................................................... *p. 38*

X.     *ATTACHMENTS*......................................................... *P. 40*

CONFIDENTIAL

MRK-KRA00667055
MRK-CHA00667055
Appx2841

## Phase V Clinical Development Plan (CDP) for M-M-R®II

## I. BACKGROUND AND RATIONALE

The development of effective vaccines against measles, mumps and rubella represents one of the great achievements of modern preventive medicine. Since the introduction of MMR® in 1971 and M-M-R®II in 1978, more than 250 million doses of vaccine have been administered worldwide leading to a >99% reduction in disease in those countries with effective vaccination programs (1). In the United States, CDC reported that in the first 28 years of measles vaccination, more than 74 million cases were prevented, including 7,450 deaths and more than 24,200 cases of measles-induced mental retardation (2,3). In a recent cost-effectiveness analysis of mumps vaccination in the United States, CDC reported that, without mumps vaccine, in the 4 million members of the 1992 birth cohort, there would have been more than 2 million cases including 169,740 cases of meningitis, 74,555 cases of orchitis and 113 cases of deafness. Similarly, the congenital rubella syndrome has become virtually absent where vaccine is utilized. The annual cost-savings related to the use of MMR® and M-M-R®II in the United States is estimated at $1.3 billion.

All three components of MMR® and MMR®II are live, attenuated viruses maintained in cell culture systems and are each highly immunogenic. Measles virus was first isolated in 1954 by Enders and Peebles using human kidney cell lines (4). The virus was adapted to chick embryo and chick embryo fibroblast cell lines generating an attenuated strain. The resulting Edmonston B vaccine was licensed in 1963. Though highly immunogenic, fevers and rash were relatively frequent unless immunoglobulin was co-administered (5). A killed vaccine released the same year was subsequently withdrawn because of low persistence of immunity and a serious atypical measles syndrome associated with measles exposure months to years following vaccination. More than 40 additional passages in chick embryo cell lines at both 32°C and 36°C resulted in the further ("more") attenuated Moraten strain which was licensed in 1968 as ATTENUVAX® (6). Seroconversion rates of 95-100% are typical following vaccination of children aged 12-15 months of age; lower rates are seen in infants <9 months of age because of maternal antibody interference (7).

Mumps virus was first grown by Habel in 1945 in embryonated chicks (8). Development of an attenuated vaccine in the United States began in 1963 with the isolation of the wild type Jeryl Lynn™ strain. Subsequent passage in embryonated hen eggs and chick embryo cells yielded the Jeryl Lynn™ attenuated strain, which was licensed in 1967 by Merck as MUMPSVAX®. Neutralizing antibody responses occur in 97% of children following a single dose; somewhat lower (93%) responses occur in adults (9-13). Antibody persists at least 15 years. Several other vaccine strains exist. The Urabe Am9 strain, developed in Japan, is equally immunogenic, but associated with a substantially higher rate (1/3,800 doses or higher) of vaccine-induced meningitis and has been withdrawn from the

CONFIDENTIAL

MRK-KRA00667056
MRK-CHA00667056
Appx2842

marketplace (1). The Rubini strain is thought to be overattenuated and is associated with excessively high rates of breakthrough and efficacy rates as low as 12% in some trials.

Although rubella is a generally mild disease in children and young adults, the congenital rubella syndrome--congenital cataracts, glaucoma, hearing loss, congenital heart defects, psychomotor retardation and hepatosplenomegaly--may occur in up to 85% of fetuses exposed during maternal infection. Rubella virus was initially grown in 1962 by Weller and Neva and by Parkman and colleagues (14). Passage on African green monkey kidney cells followed by duck embryo cells led to the attenuated strain HPV-77, licensed for use in 1969 as MERUVAX® (15). Virus strain RA 27/3 was developed from HPV-77 by Plotkin at the Wistar (WI) institute through passage in human fibroblasts (WI-38), resulting in improved immunogenicity and a lower rate of arthropathy in adult women receiving the vaccine (16-18). RA 27/3 replaced HPV-77 in the United States in 1978 and is the major difference between MMR® and MMR®II.

For the past 20 years, M-M-R®II has remained the most widely used vaccine worldwide for protection against measles, mumps, and rubella virus infections. It has an extraordinary and unparalleled record of safety and reliable immunogenicity. Recent developments, however, have stimulated the need for novel clinical trials in order to support marketing and regulatory requirements as well as label claims.

**A. In December of 1997, SmithKline Beecham received approval in Germany and Cyprus for Priorix™ , a trivalent measles, mumps, and rubella vaccine. In January 1998, approval was granted in the United Kingdom. Because Europe now functions under mutual recognition agreements, other European countries are likely to approve Priorix™ shortly. These approvals of Priorix will significantly increase competition in this market.**

Priorix™ replaces Pluserix™, the first SmithKline Beecham trivalent vaccine for measles, mumps, and rubella, which was withdrawn from the majority of markets in 1992 because of the association between aseptic meningitis and the mumps component of Pluserix™, the Urabe Am9 strain. This complication is far less frequent among recipients of M-M-R®II (containing the Jeryl Lynn™ mumps strain), estimated at 1 case per 2.5 million doses of vaccine. Like Pluserix™, Priorix™ utilizes the Schwarz measles strain, derived from the Edmonston A seed strain. In some series, this strain is associated with a somewhat increased rate of rash and fever when compared with the Moraten strain, now known at the Enders attenuated Edmonston, in MMR®II. Both M-M-R®II and Priorix™ contain the RA 27/3 strain of live attenuated rubella virus vaccine, developed by Plotkin and licensed in 1978.

The mumps component of Priorix™ is a variant termed RIT-4385 (JL-1), derived from the Jeryl Lynn™ strain by limited passage and plaque purification. The SmithKline Beecham international application for approval abstract of their new trivalent vaccine for measles, mumps, and rubella states:

CONFIDENTIAL

MRK-KRA00667057
MRK-CHA00667057
Appx2843

"A new mumps vaccine is presented, comprising a homogenous pure isolate derived from the Jeryl Lynn™ strain of mumps virus. In a preferred embodiment of the invention the vaccine produces higher seroconversion and antibody titers than known commercial vaccines."

The mumps virus genome codes for two surface glycoproteins--fusion (F) and the hemagglutinin/neuraminidase (HN)--as well as several core proteins--nucleocapsid (NP), large (L), phosphoprotein (P), matrix (M), and a small hydrophobic protein (SH). Both HN and F are critical proteins. Changes in HN are responsible for diminished neurovirulence in animals (plotkin text). The F protein is responsible for syncytia formation in vitro. The reduced expression of F has been associated with overattenuation of mumps and reduced immunogenicity ().

Numerous recent studies have utilized PCR amplification of various segments of HN, P, F, M and SH genes to identify mumps strain variations and implicate specific strains as causative in cases of mumps parotitis and meningitis (). In 1992, a brief report suggested that the Jeryl Lynn™ vaccine strain was composed of two strains diverging by approximately 4.4%, based on analysis of HN, SH, and M genes (). The same group later identified these strains as JL-2 and JL-5 with approximately 17.5% and 21% divergence in the SH and HN genes, respectively. JL-5 and JL-2 coexist in a ratio of 5:1 (). Similar analyses have been able to distinguish several Japanese vaccine strains from wild type and have elegantly shown a specific amino acid substitution in the HN gene is responsible for the high rate of meningitis associated with Urabe Am9 ().

Using commercial MUMPSVAX®, SmithKline Beecham was able to identify a previously unknown third Jeryl Lynn™ variant, now termed JL-1. Following passage on Vero cells, RNA was extracted, cDNA was transcribed with reverse transcriptase and was PCR amplified and sequenced. SH gene sequences were found to vary from those of JL-2 and JL-5. The strain has been studied in animals and in approximately 1000 children; these data suggest the vaccine is safe and immunogenic ().

A comparison of MMR®II and Priorix™ is likely to conclude equivalence with regard to immunogenicity and safety, since the Schwarz and Enders attenuated Edmonston measles strains generally perform similarly and the other vaccine components are now derived from similar sources. However, if indeed the JL-1 mumps strain in Priorix™ is a unique species within the several species that make up Jeryl Lynn™, it is possible that Priorix™ may lack the breadth of immune responses that occur following immunization with Jeryl Lynn™. While neutralization responses against the vaccine virus may be excellent, JL-1 may be less able to neutralize primary isolates with divergent sequences.

Little is known about the neutralizing epitopes in mumps. Monoclonal antibodies directed against regions of the HN are able to inhibit neuraminidase activity and do vary in their inhibitory activity against various strains (). Because Jeryl Lynn™ subspecies JL-2 and

CONFIDENTIAL

MRK-KRA00667058
MRK-CHA00667058

Appx2844

JL-5 do diverge in their HN sequences, it is conceivable that immunization with JL-1 alone will fail to induce the same panel of neutralizing antibody.

In this trial, the primary goal is to confirm equivalence in immunogenicity as measured by neutralization of vaccine virus in a plaque neutralization assay being developed at MRL. In addition, immune sera from subjects will be analyzed for neutralizing activity against a wide panel of vaccine and wild type mumps isolated collected from the United States and Europe. It is postulated that the JL-1 strain will induce lower levels of heterologous neutralizing antibody.

**B. In 4Q97 Merck entered discussions with CBER committing to expiry titers of 1000 TCID$_{50}$ measles virus (3.0 log$_{10}$), 20,000 TCID$_{50}$ mumps virus (4.3 log$_{10}$), and 1000 TCID$_{50}$ rubella virus (3.0 log$_{10}$). The European Pharmacopeia mandates expiry titers for mumps to be at least 5,000 TCID$_{50}$ (3.7 log$_{10}$). Based on studies of the monovalent mumps vaccine, this value is well above the minimum immunizing dose, however in order to meet these requirements, additional clinical immunogenicity data is required.**

All three components of MMR®II are stable when lyophilized and stored at either -70°C or at -20°C. Rubella vaccine virus shows very little loss when stored over two years at 2-8°C. However, in contrast to rubella, both measles and mumps are relatively unstable viruses and are susceptible to significant losses over time, especially at elevated ambient temperature or following reconstitution with diluent (24,25). At normal storage conditions (2-8°C), measles potency decreases at a rate of between 0-0.160 (mean 0.102) log$_{10}$ per year while mumps potency decreases at a rate of between 0.039-0.315 (mean 0.173) log$_{10}$ per year. When heated to 36-38°C, the measles degradation rate increases to 0.196 log$_{10}$ per week and mumps to 0.211 log$_{10}$ per week. Following reconstitution with diluent, mumps loses one entire log of potency within 24 hours at 4°C and within 4 hours at 25°C ( ).

Because of the loss of potency over time at normal storage conditions, certain standards have been developed to ensure that children will receive a safe and effective product. All MMR® vaccines must meet a minimum potency at expiry--1000 TCID$_{50}$ for measles, 5,000 TCID$_{50}$ for mumps, and 1000 TCID$_{50}$ for rubella--and must pass a thermostability test. Previous studies of the Merck & Co., Inc.'s monovalent measle, mumps, and rubella vaccines have shown that the minimum dose of vaccine needed to achieve 100% seroconversion is 20 TCID$_{50}$ for measles, 1268 (formerly 317 by an older assay) TCID$_{50}$ for mumps and 3 TCID$_{50}$ for rubella (10,18,19). These values are quite low in comparison to minimum release titers of 1000 TCID$_{50}$, 20,000 TCID$_{50}$, and 1000 TCID$_{50}$ for measles, mumps and rubella, respectively. Even after a one-half loss of potency, there remains an 8-fold margin of error for mumps and a 167-fold margin of error for rubella (24). However, those studies were performed in a relatively small number of individuals and have not been repeated with the combination product. Therefore, in spite of this margin of

**CONFIDENTIAL**

**MRK-KRA00667059**
**MRK-CHA00667059**
Appx2845

safety, it is essential that MRL study the behavior and immunogenicity of MMR®II at expiry potencies for measles and mumps.

In order to study vaccine lots at expiry, they must either be identified by MMD or lots must be generated that mimic loss that would occur at expiry. Despite an ongoing effort at MMD, no lots with sufficient loss of potency at the 24 month expiry have been identified. As an alternative, lots may be artificially generated that are reduced in potency. Virus potency may be induced either by heating vaccine, to accelerate "aging" or by dilution to reduce the number of particles (antigen and infectious virus) per dose. The latter strategy is advantageous in that each virus component can be diluted separately and then the components combined to create a vaccine with a fairly predictable potency. In addition, in contrast to heating, dilution should not qualitatively alter the vaccine components. Heating virus gently, to the range of 20-25°C, could impart some qualitative changes to the vaccine, but more realistically mimics the normal temperature-dependent loss of potency that occurs in the field. Alternatively, vaccine can be stored at normal field conditions (2-8°C) and simply monitored over time until expiry potency is reached, regardless of the time required.

The current plan is to employ all three strategies to generate reduced potency MMR®II and test each strategy in a clinical immunogenicity and safety study. Detailed descriptions of manufacturing lots for these trials is described in the individual clinical trial sections. In this manner, the regulatory requirements will be satisfied. In addition, a great deal will be learned about the model systems used. Also, a 36 month expiry dating may result from these efforts.



REDACTED – OMP

CONFIDENTIAL

REDACTED – OMP

**D. The current assays used to determine seroconversion are ELISAs. Since the ELISA is not a functional assay, many organizations are looking for a neutralization assay as well as an ELISA as a measurement of seroconversion.**

In the past 10 years a number of studies have been performed to determine the cause of outbreaks of mumps in Switzerland. The studies concluded that the recent mumps outbreak was due to the low efficacy rate of the Rubini strain of mumps virus vaccine. These studies show that the Rubini strain can demonstrate similar geometric mean titers to the Jeryl Lynn™ as measured by ELISA but that titers of neutralizing antibody are low, suggesting that the antibody response to this vaccine is inadequate(interfere ref.).

These recent developments have increased the governmental agencies awareness of the importance of a functioning assay to measure the true efficacy of vaccines. Several assays have been used to assess measles and mumps seroconversion. Hemolysis-in-gel techniques lack adequate sensitivity (). For measles, functional assays such as plaque neutralization (PN) and hemagglutination-inhibition (HI) may be preferable to enzyme-linked immunoassay (ELISA) to detect low levels of antibody (). For mumps, ELISA appears to be more sensitive than PN. However, sera positive by ELISA may lack antibody to HN protein, which may be why ELISA is not the preferred assay to assess protection from mumps.

For the purposes of the comparative and expiry trials, we plan to use HI for measles and PN for mumps and correlate these values with the ELISA results.

## Phase V Clinical Studies

These studies will satisfy both marketing and regulatory needs.

A. A Randomized Comparison of M-M-R®II and Priorix™ in Children 12-18 Months of Age.

B. A Randomized Double-blind study of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Dilution, in Healthy Children 12-15 Months of Age.

C. A Randomized Double-blind study of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Accelerated Aging at Room Temperature, in Healthy Children 12-15 Months of Age.

D. A Randomized Double-blind study of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Natural Aging at 2-8°C, in Healthy Children 12-15 Months of Age.

E. A Study of the Concomitant use of M-M-R®II and Infanrix™.

CONFIDENTIAL

MRK-KRA00667061
MRK-CHA00667061
Appx2847

## II.   OVERALL PROGRAM HYPOTHESIS

    A.  M-M-R®II will meet or exceed the safety, tolerability, and immunogenicity of Priorix™.

    B.  Measles and mumps at expiry titers are as immunogenic as at release, by dilution, accelerated aging at room temperature, and natural aging at 2-8°C when given concomitantly with VARIVAX®.

    C.  M-M-R®II is safe, tolerable, immunogenic, and does not interfere with the immunogenicity of the DTaP vaccines when used in combination with Infanrix™, an acellular pertussis containing vaccine, and VARIVAX®.

## III.   MAJOR DEVELOPMENTAL ISSUES

### A. Marketing Needs

The studies to support marketing needs are essential to address competitor claims in the worldwide markets.  They are listed in order of priority.

    1.   A Comparative Trial between M-M-R®II and Priorix™.

    2.   A Concomitant Use Trial with M-M-R®II and Infanrix™.

M-M-R® and M-M-R®II, marketed since 1971 and 1978 respectively, have enjoyed market exclusivity in the US for over 26 years.  In the 1990's, outside the US, competitive vaccines containing the Urabe mumps strain were withdrawn from major markets due to the increased risk of vaccine associated meningitis. With this withdrawal, the exclusive use of M-M-R®II as the safe and effective alternative, spread to the majority of developed markets including Western Europe, Canada, Taiwan and Australia.

The market for M-M-R®II is being challenged with the introduction of SmithKline's new trivalent measles, mumps and rubella vaccine, Priorix, which was licensed in Germany, Cypress and the UK in late 1997.  Licensure of Priorix in the other major markets, including the US, is expected within the next year. To date, Priorix  has been positioned as the trivalent that does not sting.

Market research conducted by MVD Business Research over the past 18 months has shown that seroconversion (70%) and incidence of rash and fever (14%) are the most important features considered by physicians  in the selection of trivalent measles, mumps, and rubella vaccines.  A sufficiently powered comparative clinical trial could potentially detect differences in seroconversion rates and adverse effects between Priorix and M-M-R®II.  Because of FDA guidelines for use of studies in promotion, it is also critical that two independent studies are conducted.  To be effective in the field, results of these studies must be made available as soon as possible in Europe and within the first six months of SB's licensure in the US.

**CONFIDENTIAL**

**MRK-KRA00667062**
**MRK-CHA00667062**
Appx2848

Elements to be included in such a trial are based on observations of the mumps and measles components. Specifically, the mumps strain used in Priorix has been derived from the Jeryl Lynn™ mumps vaccine strain, and as such, could potentially be less immunogenic than the Jeryl Lynn™ mumps strain. Immunogenicity can be measured by seroconversion rates; however, the clinical significance varies depending on the assay. For mumps virus vaccine strains, studies have shown that seroconversion rates based on ELISA GMTs may not correlate with results from neutralizing antibody assays, a more sensitive and clinically relevant assay. ***For this reason, it is important to test mumps virus antibody levels by neutralization assay methods.***

Additionally, the Schwarz measles strain has been distributed extensively in other brands of measles containing vaccines. This measles strain has been shown to cause an increase in fever compared to the more attenuated Enders Edmonston measles strain found in M-M-R®II. Based on this knowledge, there is the potential for Priorix to cause more fevers. Data comparing the potential clinical benefits of M-M-R®II to Priorix will enable M-M-R®II to continue to be positioned as the standard of prevention against measles, mumps and rubella diseases as evidenced by its 25 year history of the safety and effectiveness.

**B. Regulatory Requirements**

CBER has requested Merck & Co., Inc. to include expiry titers for M-M-R®II in the label. The simulated expiry titers will be tested by three different methods, by dilution prior to filling, accelerated aging at room temperature, and by natural aging. The titers to be claimed as expiry titers are a minimum of 1000 $TCID_{50}$ measles virus (3.0 $log_{10}$), 5,000 $TCID_{50}$ mumps virus (3.7 $log_{10}$), and 1000 $TCID_{50}$ rubella virus (3.0 $log_{10}$), for M-M-R®II.

The following trials will investigate expiry titers for M-M-R®II:



1. A Trial of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Dilution, in Healthy Children 12-15 Months of Age

2. A Trial of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Accelerated Aging at Room Temperature, in Healthy Children 12-15 Months of Age

3. A Trial of M-M-R®II at Measles and Mumps Expiry Titers, by Natural Aging at 2-8°C, in Healthy Children 12-15 Months of Age

**CONFIDENTIAL**

MRK-KRA00667063
MRK-CHA00667063
Appx2849

### C. Clinical Risks

Potential clinical risks include:

1. Priorix™ is more immunogenic than M-M-R®II.
2. The 3 clinical trials at measles and mumps simulated expiry titers show lower immunogenicity than M-M-R®II at release titers.

3. Different outcomes for different approaches.

CONFIDENTIAL

MRK-KRA00667064
MRK-CHA00667064
Appx2850

## IV. CLINICAL STUDY PLAN

### A. General Summary of all Studies

| STUDY DESCRIPTION | N | TARGET START DATE |
|---|---|---|
| Comparative Trial of M-M-R®II and Priorix | 300 | 2Q98 |
| A Trial of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Dilution | 1050 | 3Q98* |
| A Trial of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Accelerated Aging at Room Temperature | 550 | 4Q98* |
| A Trial of M-M-R®II at Measles and Mumps Expiry Titers, by Natural Aging | 550 | 4Q00* |
| Concomitant Use Trial of M-M-R®II and Infanrix™ | 470 | 3Q98 |

*\* The start date of the trial is dependent on the ability of manufacturing to produce the lots necessary to perform the clinical trial.*

### B. A Randomized Comparison of M-M-R®II and Priorix™ in Children 12-18 Months of Age

#### 1. Hypothesis

*Primary*

The proportion of subjects who develop neutralizing antibody to mumps after receiving M-M-R®II will be similar to the proportion who develop neutralizing antibody after receiving Priorix.

(The expected proportion of subjects who develop neutralizing antibody to mumps with M-M-R®II is 96%. The statistical criteria for success corresponds to the lower bound of the 95% confidence interval on the difference in incidence rates (M-M-R®II minus Priorix) excluding a decrease of 10 percentage points or more.

#### 2. Objectives

*Primary*

a) The proportions of subjects who develop mumps neutralizing antibodies will be similar for both M-M-R®II and Priorix™.

**CONFIDENTIAL**

**MRK-KRA00667065**
**MRK-CHA00667065**
**Appx2851**


compare

b) To summarize the adverse experiences for M-M-R®II and Priorix™.

*Secondary*

a) To compare the neutralization titers generated by Priorix™ versus M-M-R®II against an assortment of vaccine and primary mumps isolates.

b) To summarize the geometric mean titers for all 3 component of M-M-R®II and Priorix™ .

**3. Rationale**

In order to maintain the majority market share worldwide, it is necessary to compare Priorix™ to M-M-R®II. The Jeryl Lynn™ mumps strain is a mixture of attenuated viral strains. While generated from Jeryl Lynn™, the new mumps strain produced by SmithKline Beecham may represent a more homogeneous virus. It is not clear whether the additional passages during the development of the Priorix™ strain of mumps has induced a significant degree of attenuation. However, if the virus is less heterogeneous, the Priorix™ mumps strain may be less able to generate a wide assortment of neutralizing antibody compared to Jeryl Lynn™.

**4. Design**

This study is a single-blind(parent/guardian of the subject), randomized, multi-center study in children 12-18 months of age. The subjects will be randomized to received either one dose of M-M-R®II or one dose of Priorix™.

| Group | Vaccine | Interval | Bleeds |
|---|---|---|---|
| Group A (n=150) | M-M-R®II | Day 0 | Day 0 and Day 42 |
| Group B (n=150) | Priorix™ | Day 0 | Day 0 and Day 42 |

*Note: The M-M-R®II and Priorix vaccine lots used in the clinical trial will be matched by age, in months, of the vaccine lot.*

**5. Clinical and Serologic Follow-Up**

The parent/guardian of the subject will be required to record their temperature (rectal) and injection site reactions for the 42 days post vaccination.

Blood samples will be drawn on Day 0 prior to vaccination and also on Day 42. The sera samples taken from all of the subjects will be tested for mumps neutralizing antibodies.* All samples will also be tested for measles, mumps, and rubella antibodies using the MRL ELISAs.

Subjects who are not seropositive, for any of the three vaccine components, following the Day 42 bleed will be offered revaccination with the same measles, mumps, and rubella vaccine received during the study period.

* *The primary endpoint for this study will be measured by a mumps neutralization assay tested against the vaccine strain. The samples will then be tested against an assortment of vaccine strains and primary mumps isolates.*

## 6. Statistical Considerations

### Hypothesis:

The proportion of subjects who develop neutralizing antibody to mumps after receiving M-M-R®II will be similar to the proportion who develop neutralizing antibody after receiving Priorix.

(The expected proportion of subjects who develop neutralizing antibody to mumps with M-M-R®II is 96%. The statistical criteria for success corresponds to the lower bound of the 95% confidence interval on the difference in incidence rates (M-M-R®II minus Priorix) excluding a decrease of 10 percentage points or more.

### Variables of Interest:

The primary endpoint of interest is the proportion of subjects who develop neutralizing antibody to mumps in both treatment groups.

Secondary variables include seroconversion rates and GMTs for all antigens at day 42 and neutralization titers generated by Priorix™ as compared to M-M-R®II against an assortment of vaccine and primary mumps isolates.

### Statistical Methods:

For each viral component the interest is primarily in those who are seronegative at baseline and have measurements 6 weeks postvaccination.

In order to test the primary hypothesis of similarity between the M-M-R®II and Priorix groups, a one-sided test will be performed at $\alpha = 0.025$ one-sided. One such test is that proposed by Farrington and Manning, "Test Statistics and Sample Size Formulae For Comparative Binomial Trials With Null Hypothesis of Non-Zero Risk Difference or Non-Unity Relative Risk" *STATISTICS IN MEDICINE*, 1990, 9:1447-1454.

Such methodology will test a null hypothesis of greater than or equal to a 10 percentage point difference ($H_O$: $P_{M-M-R®II} <= P_{Priorix} - 0.10$) against an alternative hypothesis that the difference is less than 10 percentage points ($H_A$: $P_{M-M-R®II} > P_{Priorix} - 0.10$) where $P_{Priorix}$ and $P_{M-M-R®II}$ represent the true proportions for the Priorix and the M-M-R®II groups. Rejecting the null hypothesis is intended to lead to a conclusion that the response is similar for

**CONFIDENTIAL**

MRK-KRA00667067
MRK-CHA00667067
Appx2853

mumps in each group (within 10 percentage points) and is equivalent to the 95% confidence interval on the difference ($P_{M-M-R®II \, minus}$ $P_{Priorix}$) being entirely above -0.10. For example, assuming that the Priorix group had an observed response rate of 96% for mumps, for the lower bound of the 95% confidence interval on the difference (M-M-R II minus Priorix) to exclude a 10 percentage points decrease, the maximum observed decrease in the response rate of the M-M-R®II group is 2 percentage points (i.e., a 94% observed response rate in the M-M-R®II group).

The geometric mean titers for measles, mumps, and rubella will be summarized. The neutralization against the various mumps isolates for both Priorix™ and M-M-R®II will also be summarized.

Graphical displays, such as reverse cumulative distribution curves, will also be provided.

*Multiplicity:*

No multiplicity adjustment is necessary since there is only one primary hypothesis.

*Sample Size and Power:*

With 150 subjects enrolled per group, 142 subjects are expected in the primary analysis (assuming 95% evaluability). Assuming the underlying true proportion with neutralizing antibody in the M-M-R®II group is 96% there will be 95% power to declare that the proportion of subjects with neutralizing antibody in the two groups are similar within 10 percentage points. The expected rate of 96% in the M-M-R®II group is based on the package circular.

Power was calculated using the Farrington and Manning sample size formula. The assumption under the alternative hypothesis is that the true rates in the concomitant and nonconcomitant groups are equal. If this is not the case, the power will be reduced. For example if the true rate in the Priorix group is 93% the power will be reduced from 95% to 63%.

*Safety Analyses:*

Safety and tolerability of the vaccines will be studied by summarizing the incidence rate of adverse events days 0 to 42 following each injection. All subjects who have safety follow-up will be included in the safety summaries.

Serious AEs will be listed. The probability of observing at least one serious AE in this study depends on the number of subjects enrolled and the incidence rate of serious AEs in the general population. If, in the population of healthy 12-18 month old children, the incidence rate of a serious AE is one of 50 recipients of vaccine, there is a 95% chance of observing at least one such serious AE among 150 subjects in each treatment group in this study.

CONFIDENTIAL

MRK-KRA00667068
MRK-CHA00667068
Appx2854

7. **Anticipated Results**

The Jeryl Lynn™ strain of M-M-R®II is at least as immunogenic as the RIT-4385 strain of Priorix™.

8. **Potential Problems**

a) The mumps neutralizing assay is not developed prior to the completion of the study.

b) Obtaining primary wild-type isolates to be used for the mumps neutralization assay.

9. **Logistics**

Number of Sites - To be determined (Germany)

Number of Subjects / Site - To be determined

Duration of Study - 8 months

Estimated Cost - $600,000 ($2000/subject)

(CRO involved)

C. **A Randomized Double-blind study of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Dilution, in Healthy Children 12-15 Months of Age.**

1. **Hypothesis**

*Primary*

1. The proportion of subjects who develop neutralizing antibodies to mumps after receiving M-M-R®II containing no more than 3.7 $\log_{10}$ $TCID_{50}$ per dose (24 month expiry potency) of mumps[a] vaccine concomitantly with VARIVAX® is similar to the proportion of subjects who develop neutralizing antibodies after receiving M-M-R®II containing 4.9 $\log_{10}$ $TCID_{50}$ per dose (control) of mumps concomitantly with VARIVAX®.

(The expiry mumps potency and control groups will be considered similar if the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group is not more than 10 percentage points lower than the proportion of subjects who develop neutralizing antibodies to mumps in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more. The proportion of subjects who develop neutralizing antibodies to mumps in the control group is expected to be 96%.[†])

REDACTED – OMP

u:\mmrii\studies\cdp.doc                14                2/3/98

CONFIDENTIAL

MRK-KRA00667069
MRK-CHA00667069

Appx2855

REDACTED – OMP



*clarify*

**If the first two primary hypotheses are rejected, then the following two hypotheses will be tested:**

3.  The proportion of subjects who develop neutralizing antibodies to mumps after receiving M-M-R®II containing no more than 3.3 $\log_{10}$ $TCID_{50}$ per dose (36 month expiry potency) of mumps[c] vaccine concomitantly with VARIVAX® is similar to the proportion of subjects who develop neutralizing antibodies after receiving M-M-R®II containing 4.9 $\log_{10}$ $TCID_{50}$ per dose (control) of mumps concomitantly with VARIVAX®.

    (The expiry mumps potency and control groups will be considered similar if the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group is not more than 10 percentage points lower than the proportion of subjects who develop neutralizing antibodies to mumps in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more.)

REDACTED – OMP



**CONFIDENTIAL**

MRK-KRA00667070
MRK-CHA00667070
Appx2856

REDACTED – OMP

*Secondary*

1. The seroconversion rates to measles (HI), mumps (ELISA) and rubella (ELISA) in subjects receiving M-M-R®II containing no more than 3.7 $\log_{10}$ $TCID_{50}$ per dose of mumps vaccine concomitantly with VARIVAX® are similar to the seroconversion rates to measles, mumps and rubella in subjects receiving M-M-R®II containing 4.9 $\log_{10}$ $TCID_{50}$ per dose of mumps concomitantly with VARIVAX®.

   (The expiry mumps potency and control groups will be considered similar if the seroconversion rate in the expiry potency group is not more than 10 percentage points lower than the seroconversion rate in the control group for each antigen. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more.   The expected seroconversion rates to mumps and rubella are each 98%[‡].)

2. The seroconversion rates to mumps and rubella as measured by ELISA and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing no more than 3.0 $\log_{10}$ $TCID_{50}$ per dose of measles concomitantly with VARIVAX® are similar to the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing 3.9 $\log_{10}$ $TCID_{50}$ per dose of measles concomitantly with VARIVAX®.

   (The expiry measles potency and control groups will be considered similar if the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group are not more than 10 percentage points lower than the seroconversion rates and proportion who develop neutralizing antibodies in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more.)

   **If the first two primary hypotheses are rejected, then the following two secondary hypotheses will be tested:**

3. The seroconversion rates to measles (HI), mumps (ELISA) and rubella (ELISA) in subjects receiving M-M-R®II containing no more than 3.3 $\log_{10}$ $TCID_{50}$ per dose of mumps vaccine concomitantly with

CONFIDENTIAL

MRK-KRA00667071
MRK-CHA00667071
Appx2857

VARIVAX® are similar to the seroconversion rates to measles, mumps and rubella in subjects receiving M-M-R®II containing 4.9 $\log_{10}$ $TCID_{50}$ per dose of mumps concomitantly with VARIVAX®.

(The expiry mumps potency and control groups will be considered similar if the seroconversion rate in the expiry potency group is not more than 10 percentage points lower than the seroconversion rate in the control group for each antigen. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more.)

4. The seroconversion rates to mumps and rubella as measured by ELISA and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing no more than 2.5 $\log_{10}$ $TCID_{50}$ per dose of measles concomitantly with VARIVAX® are similar to the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing 3.9 $\log_{10}$ $TCID_{50}$ per dose of measles concomitantly with VARIVAX®.

(The expiry measles potency and control groups will be considered similar if the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group are not more than 10 percentage points lower than the seroconversion rates and proportion who develop neutralizing antibodies in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more.)



REDACTED – OMP

[a] The mumps potency of the M-M-R$_{II}$® vaccine used in this arm of the study will be targeted such that the upper bound of the 95% confidence interval on the potency is no greater than 3.7 $\log_{10}$ $TCID_{50}$ per dose.

REDACTED – OMP

c The mumps potency of the M-M-R$_{II}$® vaccine used in this arm of the study will be targeted such that the upper bound of the 95% confidence interval on the potency is no greater than 3.2 $\log_{10}$ $TCID_{50}$ per dose.

REDACTED – OMP

[†] The expected rates for the neutralizing antibody endpoint and the measles HI endpoint are based upon the M-M-R$_{II}$® package circular.

[‡] The expected rates for the seroconversion rates (as measured by ELISA) to mumps and rubella are based upon clinical experience with M-M-R$_{II}$® from 1992-1997. The ranges for the seroconversion rates observed in clinical studies conducted during this period are 97.3% - 100% for mumps and 98.1% - 100% for rubella.

CONFIDENTIAL

MRK-KRA00667072
MRK-CHA00667072
Appx2858

## 2. Objectives

*Primary*

a) To demonstrate an acceptable immune response to mumps among subjects receiving M-M-R®II vaccines containing 24 and 36 month expiry doses of mumps concomitantly with VARIVAX®.

b) To demonstrate an acceptable immune response to measles among subjects receiving M-M-R®II vaccines containing 24 and 36 month expiry doses of measles concomitantly with VARIVAX®.

*Secondary*

a) To demonstrate acceptable immune responses to measles and rubella among subjects receiving M-M-R®II vaccines containing 24 and 36 month simulated expiry doses of mumps concomitantly with VARIVAX®.

b) To demonstrate an acceptable immune response to mumps and rubella among subjects receiving M-M-R®II vaccines containing 24 and 36 month simulated expiry doses of measles concomitantly with VARIVAX®.

c) To describe the safety and tolerability of M-M-R®II vaccines containing simulated expiry doses of mumps and measles concomitantly with VARIVAX®.

d) To summarize the geometric mean titers to measles, mumps and rubella 42 days following vaccination with M-M-R®II vaccines containing simulated expiry doses of mumps and measles concomitantly with VARIVAX®.

e) To summarize the immune responses to VARIVAX® when it is administered concomitantly with M-M-R®II vaccines containing simulated expiry doses of mumps and measles.

## 3. Rationale

Regulatory agencies have stated that additional data is required to support M-M-R®II at expiry. The target expiry titers are 1000 $TCID_{50}$ measles virus (3.0 $log_{10}$), 5,000 $TCID_{50}$ mumps virus (3.7 $log_{10}$), and 1000 $TCID_{50}$ rubella virus (3.0 $log_{10}$). Clinical trials are necessary to support the determined expiry titers. Based on limited acceptable immunogenicity data from lots at minimum mumps release (4.3 $log_{10}$ $TCID_{50}$), it is not felt to be necessary to include higher titered arms in this experiment.

The potential for 36 month dating at 2-8°C for M-M-R®II is being explored for competitive advantage. Currently Priorix™ only has 12 month dating and M-M-R®II has 24 month dating. Further evaluation of M-M-R®II

**CONFIDENTIAL**

MRK-KRA00667073
MRK-CHA00667073
Appx2859

immunogenicity at dilutions to stimulate 36 month dating will support an application for 36 month dating.

### 4. Manufacturing of Lots

One bulk of each vaccine component will be chosen to manufacture all five of the lots necessary for the clinical trial. The bulks will be diluted prior to filling according to the expected potency losses during filling and lyophilization. The lots will be crafted so that the titers represent the upper bound of the confidence interval. Following lyophilization samples from each lot will be tested to determine if the target titer was met. The five lots which contain the target titers specified for this study will be labeled and tested in the clinic.

### 5. Design

This study is a double-blind, randomized, multi-center study of children at 12-15 months of age. The subjects will be randomized to receive one of five lots of M-M-R®II concomitantly with VARIVAX®, at different injection sites.

| Vaccine | Interval | Bleeds |
|---|---|---|
| **Vaccination** | | |
| **Sublot #1 - M-M-R®II (n=250)** | Day 0 | Day 0 and Day 42 |
| (Control Group) | | |
| REDACTED – OMP | | |
| Mumps - 4.9 | | |
| REDACTED – OMP | | |
| **Sublot #2 - M-M-R®II (n=150)** | Day 0 | Day 0 and Day 42 |
| REDACTED – OMP | | |
| Mumps - ≤3.7 | | |
| REDACTED – OMP | | |
| **Sublot #3 - M-M-R®II (n=250)** | Day 0 | Day 0 and Day 42 |
| REDACTED – OMP | | |
| Mumps - 4.9 | | |
| REDACTED – OMP | | |
| **Sublot #4 - M-M-R®II (n=150)** | Day 0 | Day 0 and Day 42 |
| REDACTED – OMP | | |
| Mumps - ≤3.3 | | |
| REDACTED – OMP | | |
| **Sublot #5 - M-M-R®II (n=250)** | Day 0 | Day 0 and Day 42 |
| REDACTED – OMP | | |
| Mumps - 4.9 | | |
| REDACTED – OMP | | |
| REDACTED – OMP | | |

CONFIDENTIAL

MRK-KRA00667074
MRK-CHA00667074
Appx2860

6. **Clinical and Serologic Follow-Up**

The parent/guardian of the subject will be required to record their temperature (rectal or rectal equivalent) and injection site reactions for 42 days post vaccination.

Blood samples will be drawn on Day 0 prior to vaccination and also on Day 42. The samples will be tested for mumps antibodies by a mumps neutralization assay and the measles antibodies will be tested by a hemagglutination-inhibition assay. All samples will also be tested for measles, mumps, and rubella antibodies using the MRL ELISAs and for varicella antibodies by the MRL gpELISA..

Subjects who are not seropositive, for any of the three vaccine components, following the Day 42 bleed will be offered revaccination with marketed M-M-R®II.

7. **Statistical Considerations**

1. **Hypotheses**

Primary

1. The proportion of subjects who develop neutralizing antibodies to mumps after receiving M-M-R®II containing no more than 3.7 $\log_{10}$ $TCID_{50}$ per dose (24 month expiry potency) of mumps[a] vaccine concomitantly with VARIVAX® is similar to the proportion of subjects who develop neutralizing antibodies after receiving M-M-R®II containing 4.9 $\log_{10}$ $TCID_{50}$ per dose (control) of mumps concomitantly with VARIVAX®.

(The expiry mumps potency and control groups will be considered similar if the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group is not more than 10 percentage points lower than the proportion of subjects who develop neutralizing antibodies to mumps in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more. The proportion of subjects who develop neutralizing antibodies to mumps in the control group is expected to be 96%.[†])



CONFIDENTIAL

MRK-KRA00667075
MRK-CHA00667075
Appx2861



**If the first two primary hypotheses are rejected, then the following two hypotheses will be tested:**

3. The proportion of subjects who develop neutralizing antibodies to mumps after receiving M-M-R®II containing no more than 3.3 $\log_{10}$ TCID$_{50}$ per dose (36 month expiry potency) of mumps$^c$ vaccine concomitantly with VARIVAX® is similar to the proportion of subjects who develop neutralizing antibodies after receiving M-M-R®II containing 4.9 $\log_{10}$ TCID$_{50}$ per dose (control) of mumps concomitantly with VARIVAX®.

(The expiry mumps potency and control groups will be considered similar if the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group is not more than 10 percentage points lower than the proportion of subjects who develop neutralizing antibodies to mumps in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more.)



**CONFIDENTIAL**

**MRK-KRA00667076**
**MRK-CHA00667076**
Appx2862

<u>Secondary</u>

1. The seroconversion rates to measles (HI), mumps (ELISA) and rubella (ELISA) in subjects receiving M-M-R®II containing no more than 3.7 $\log_{10}$ TCID$_{50}$ per dose of mumps vaccine concomitantly with VARIVAX® are similar to the seroconversion rates to measles, mumps and rubella in subjects receiving M-M-R®II containing 4.9 $\log_{10}$ TCID$_{50}$ per dose of mumps concomitantly with VARIVAX®.

   (The expiry mumps potency and control groups will be considered similar if the seroconversion rate in the expiry potency group is not more than 10 percentage points lower than the seroconversion rate in the control group for each antigen. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more. The expected seroconversion rates to mumps and rubella are each 98%[‡].)

2. The seroconversion rates to mumps and rubella as measured by ELISA and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing no more than 3.0 $\log_{10}$ TCID$_{50}$ per dose of measles concomitantly with VARIVAX® are similar to the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing 3.9 $\log_{10}$ TCID$_{50}$ per dose of measles concomitantly with VARIVAX®.

   (The expiry measles potency and control groups will be considered similar if the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group are not more than 10 percentage points lower than the seroconversion rates and proportion who develop neutralizing antibodies in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more.)

**If the first two primary hypotheses are rejected, then the following two secondary hypotheses will be tested:**

3. The seroconversion rates to measles (HI), mumps (ELISA) and rubella (ELISA) in subjects receiving M-M-R®II containing no more than 3.3 $\log_{10}$ TCID$_{50}$ per dose of mumps vaccine concomitantly with VARIVAX® are similar to the seroconversion rates to measles, mumps and rubella in subjects receiving M-M-R®II containing 4.9 $\log_{10}$ TCID$_{50}$ per dose of mumps concomitantly with VARIVAX®.

**CONFIDENTIAL**

MRK-KRA00667077
MRK-CHA00667077
Appx2863

(The expiry mumps potency and control groups will be considered similar if the seroconversion rate in the expiry potency group is not more than 10 percentage points lower than the seroconversion rate in the control group for each antigen. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more.)

4. The seroconversion rates to mumps and rubella as measured by ELISA and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing no more than 2.5 $\log_{10}$ $TCID_{50}$ per dose of measles concomitantly with VARIVAX® are similar to the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing 3.9 $\log_{10}$ $TCID_{50}$ per dose of measles concomitantly with VARIVAX®.

(The expiry measles potency and control groups will be considered similar if the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group are not more than 10 percentage points lower than the seroconversion rates and proportion who develop neutralizing antibodies in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more.)

[a] The mumps potency of the M-M-R_II® vaccine used in this arm of the study will be targeted such that the upper bound of the 95% confidence interval on the potency is no greater than 3.7 $\log_{10}$ $TCID_{50}$ per dose.

REDACTED – OMP

[c] The mumps potency of the M-M-R_II® vaccine used in this arm of the study will be targeted such that the upper bound of the 95% confidence interval on the potency is no greater than 3.2 $\log_{10}$ $TCID_{50}$ per dose.

REDACTED – OMP

[+] The expected rates for the seroconversion rates (as measured by ELISA) to mumps and rubella are based upon clinical experience with M-M-R_II® from 1992-1997. The ranges for the seroconversion rates observed in clinical studies conducted during this period are 97.3% - 100% for mumps and 98.1% - 100% for rubella.

CONFIDENTIAL

*Variables of Interest:*

The primary endpoints for immunogenicity are the proportions of subjects who develop neutralizing antibodies to mumps 6 weeks postvaccination in the control and expiry mumps potency treatment groups and seroconversion rates to measles 6 weeks postvaccination in the control and expiry measles potency treatment groups. The seroconversion rate is the proportion of subjects who are seronegative at baseline and seropositive 6 weeks postvaccination as measured by a measles HI assay. Secondary endpoints of interest include seroconversion rates to mumps and rubella as measured by ELISA 6 weeks postvaccination in all treatment groups as well as seroconversion rates to measles (HI) in the expiry mumps potency groups and the proportion of subjects who develop neutralizing antibodies to mumps in the expiry measles potency groups.

Temperatures, injection-site reactions, systemic reactions, and serious adverse experiences will be recorded for 42 days after vaccination. All adverse experience will be summarized.

*Statistical Methods:*

Subjects who follow the protocol, have serology within specified day ranges and are seronegative at baseline will be included in the analysis for each antigen. It is expected that 127 of the 150 (85%) subjects enrolled in the expiry mumps potency groups and 212 of the 250 (85%) subjects enrolled in the expiry measles potency groups and the control will be evaluable for serology 6 weeks postvaccination.

The analyses of the first and third primary hypotheses will consist of one-sided equivalence tests of $H_0$: $p_{expiry} \leq p_{control} -0.10$ versus $H_A$: $p_{expiry} > p_{control} -0.10$ at the 0.025 level ($p_{expiry}$ is the proportion of subjects who develop neutralizing antibodies to mumps 6 weeks postvaccination in the expiry mumps potency group and $p_{control}$ is the proportion of subjects who develop neutralizing antibodies to mumps 6 weeks postvaccination in the control group). The proportion of subjects who develop neutralizing antibodies to mumps in the control group is expected to be 96%. For example, at least 118 of the 127 evaluable subjects (93%) in the expiry mumps potency group must develop neutralizing antibodies to mumps to reject the null hypothesis and conclude similarity of the immune responses. Note that all observed values in this data analysis section are based upon a statistical model that does not include study site. When study site is incorporated into the model, the necessary observed value to reject the null hypothesis may change. A two-sided 95% confidence interval on the difference in proportions will be provided for estimation purposes only.

To address the second and fourth primary hypotheses, one-sided equivalence tests of $H_0$: $p_{expiry} \leq p_{control} -0.10$ versus $H_A$: $p_{expiry} > p_{control} -0.10$ will be conducted at the 0.025 level ($p_{expiry}$ is the seroconversion rate to measles 6

CONFIDENTIAL

MRK-KRA00667079
MRK-CHA00667079

Appx2865

weeks postvaccination in the expiry measles potency group and $p_{control}$ is the seroconversion rate to measles 6 weeks postvaccination in the control group). For example, if the seroconversion rate in the control group is 95%, at least 193 of the 212 evaluable subjects (91%) in the expiry measles potency group must seroconvert to reject the null hypothesis and conclude similarity of the immune responses. A two-sided 95% confidence interval on the difference in seroconversion rates will be provided for estimation purposes only.

Both primary hypothesis (1) and primary hypothesis (2) must be rejected for the study to be a success. The third and fourth hypotheses will only be tested if the first and second are both rejected. Primary hypotheses (3) and (4) must both be rejected to pursue a 36 month expiry claim.

The secondary hypotheses will be addressed by hypothesis tests similar to those described above. All tests will be conducted at the 0.025 level and will be performed to rule out a decrease greater than or equal to 10 percentage points. Two-sided 95% confidence intervals on the differences in rates will be provided for each comparison and each antigen. These confidence intervals will be for estimation purposes only.

For each secondary hypothesis, the null must be rejected for all three antigens in order to conclude that the responses invoked by the two vaccines are similar.

Geometric mean titers (GMTs) to measles (HI), mumps (ELISA) and rubella (ELISA) 6 weeks postvaccination will be summarized. Additionally, summaries of the percentages of subjects with anti-VZV titers $\geq 5$ gpELISA units and of the GMTs to varicella as measured by gpELISA will be provided.

*Multiplicity:*

The success of this study requires the significance of both of the two primary hypothesis tests. The third and fourth primary hypotheses will be tested only if the first and second are rejected, and both the third and fourth must be rejected to pursue a 36 month claim. Therefore, the overall type I error rate is controlled at the 0.025 level, and no multiplicity adjustment is necessary.

*Sample Sizes and Power Calculations:*

It is expected that 85% of all subjects enrolled (127 subjects in each expiry mumps potency group and 212 subjects in the control group and each expiry measles potency group) will be evaluable for immunogenicity 6 weeks following vaccination. The proportion of subjects who develop neutralizing antibodies for mumps in the control group is expected to be 96%. Assuming the proportions with neutralizing antibodies to mumps are the same in the

CONFIDENTIAL

MRK-KRA00667080
MRK-CHA00667080
Appx2866

control group and in the expiry mumps potency groups, this study has 96% power to detect similarity in the proportions for each of the first and third primary hypotheses. The expected seroconversion rate to measles in the control group is expected to be 95%. Assuming the seroconversion rates are the same in the control group and the expiry measles potency groups, this study has 97% power to detect similarity in the seroconversion rates to measles for each of the second and fourth primary hypotheses. Assuming independence of all four primary hypotheses, this study has 90% power overall for the primary analysis.

Assuming independence of the antigens in the secondary hypotheses, this study has 92% overall power for each of the first and third secondary hypothesis, and 99% overall power for each of the second and fourth.

*Safety Analyses:*

All temperatures, injection-site reactions and systemic reactions observed during the 42 day follow-up period will be summarized.

Table 1 shows the incidence rate required to have a 50%, 80%, 90%, or 95% chance of observing at least one serious vaccine-related adverse experience in any treatment group in this study.

Table 1

| Number of Vaccine Recipients per Group | Serious Adverse Event Incidence Rate in Population | Probability of Observing at Least 1 Serious Adverse Event in this Study |
|---|---|---|
| 150 | 2.0% (1 in 51) | 95% |
| 150 | 1.5% (1 in 66) | 90% |
| 150 | 1.1% (1 in 94) | 80% |
| 150 | 0.5% (1 in 217) | 50% |
| 250 | 1.2% (1 in 84) | 95% |
| 250 | 0.9% (1 in 109) | 90% |
| 250 | 0.6% (1 in 156) | 80% |
| 250 | 0.3% (1 in 361) | 50% |

7. **Anticipated Results**

   a) M-M-R®II is safe, tolerable, and immunogenic when diluted to measles and mumps expiry titers.

CONFIDENTIAL

MRK-KRA00667081
MRK-CHA00667081
Appx2867

    b) M-M-R®II is safe, tolerable, and immunogenic at projected measles and mumps expiry titers after 36 months at 2-8°C.

**8. Potential Problems**

    a) Manufacturing may not be able to produce the diluted lots at the titers specified for the protocol in the timeline stated.

    b) Recruitment for this study may be a problem since the vaccine is readily available at titers much higher than expiry.

    c) Obtaining a laboratory to perform the measles hemagglutination-inhibition assay.

**9. Logistics**

Number of Sites - To be determined (United States)

Number of Subjects / Site - To be determined

Duration of Study - 6 months

Estimated Cost - $840,000 ($800/subject)

**D. A Randomized Double-blind study of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Accelerated Aging at Room Temperature, in Healthy Children 12-15 Months of Age.**

**1. Hypothesis**

*Primary*

1. The proportion of subjects who develop neutralizing antibodies to mumps after receiving M-M-R®II containing no more than 3.7 $\log_{10}$ TCID$_{50}$ per dose (24 month expiry potency) of mumps[a] vaccine concomitantly with VARIVAX® is similar to the proportion of subjects who develop neutralizing antibodies after receiving M-M-R®II containing 4.9 $\log_{10}$ TCID$_{50}$ per dose (control) of mumps concomitantly with VARIVAX®.

(The expiry mumps potency and control groups will be considered similar if the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group is not more than 10 percentage points lower than the proportion of subjects who develop neutralizing antibodies to mumps in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more. The proportion of subjects who develop neutralizing antibodies to mumps in the control group is expected to be 96%.[†])


REDACTED – OMP

**CONFIDENTIAL**

MRK-KRA00667082
MRK-CHA00667082
Appx2868



REDACTED – OMP

### *Secondary*

1. The seroconversion rates to measles (HI), mumps (ELISA) and rubella (ELISA) in subjects receiving M-M-R®II containing no more than 3.7 $\log_{10}$ TCID$_{50}$ per dose of mumps vaccine concomitantly with VARIVAX® are similar to the seroconversion rates to measles, mumps and rubella in subjects receiving M-M-R®II containing 4.9 $\log_{10}$ TCID$_{50}$ per dose of mumps concomitantly with VARIVAX®.

   (The expiry mumps potency and control groups will be considered similar if the seroconversion rate in the expiry potency group is not more than 10 percentage points lower than the seroconversion rate in the control group for each antigen. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more. The expected seroconversion rates to mumps and rubella are each 98%[‡].)

2. The seroconversion rates to mumps and rubella as measured by ELISA and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing no more than 3.0 $\log_{10}$ TCID$_{50}$ per dose of measles concomitantly with VARIVAX® are similar to the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing 3.9 $\log_{10}$ TCID$_{50}$ per dose of measles concomitantly with VARIVAX®.

   (The expiry measles potency and control groups will be considered similar if the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group are not more than 10 percentage points lower than the seroconversion rates and proportion who develop neutralizing antibodies in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more.)

CONFIDENTIAL

<sup>a</sup> The mumps potency of the M-M-R$_{II}$® vaccine used in this arm of the study will be targeted
such that the upper bound of the 95% confidence interval on the potency is no greater than
3.7 log$_{10}$ TCID$_{50}$ per dose.

REDACTED – OMP

The expected rates for the seroconversion rates (as measured by ELISA) to mumps and
rubella are based upon clinical experience with M-M-R$_{II}$® from 1992-1997. The ranges for
the seroconversion rates observed in clinical studies conducted during this period are 97.3%
- 100% for mumps and 98.1% - 100% for rubella.

## 2. Objectives

### Primary

a) To demonstrate an acceptable immune response to mumps among subjects
receiving an M-M-R®II vaccine containing a 24 month simulated expiry
dose of mumps concomitantly with VARIVAX®.

REDACTED – OMP

### Secondary

REDACTED – OMP

b) To demonstrate an acceptable immune response to mumps and rubella
among subjects receiving an M-M-R®II vaccine containing a 24 month
simulated expiry dose of measles concomitantly with VARIVAX®.

c) To describe the safety and tolerability of M-M-R®II vaccines containing
simulated expiry doses of mumps and measles concomitantly with
VARIVAX®.

d) To summarize the geometric mean titers to measles, mumps and rubella 6
weeks following vaccination with M-M-R®II vaccines containing
simulated expiry doses of mumps and measles concomitantly with
VARIVAX®.

e) To summarize the immune responses to VARIVAX® when it is
administered concomitantly with M-M-R®II vaccines containing
simulated expiry doses of mumps and measles.

## 3. Rationale

This protocol will allow further immunogenicity studies on M-M-R®II at
simulate expiry titers. All three components of M-M-R®II will lose
infectivity when exposed to elevated temperatures; higher temperatures result
in a more rapid decline. Stored lots at MRL approaching expiry have failed to

CONFIDENTIAL

MRK-KRA00667084
MRK-CHA00667084
Appx2870

decline to the expiry potency. In order to study potency at expiry dating, the vaccine needs either to be diluted or heated. Gentle warming at room temperature will accelerate loss of infectivity to the levels required for testing.

### 4. Manufacture of Lots

A manufacturing lot with titers similar to the target release titers described in this study will be chosen. Vaccine vials at release will be placed at -20°C to be used in the trial once the other vials have aged to the appropriate titers. The remaining vials will be placed at room temperature (20-25°C). At various intervals, determined by manufacturing from prior experience with aging at room temperature (20-25°C), the vials will be tested for potency. When the target mumps and measles titers are reached the necessary amount of vaccine vials will be placed at -20°C and stored until all three of the lots are ready to be tested in the clinic.

### 5. Design

This study is a double-blind, randomized, multi-center study of children at 12-15 months of age. The subjects will be randomized to receive one of three lots of M-M-R®II concomitantly with VARIVAX®, at different injection sites.

| Vaccine | Interval | Bleeds |
|---|---|---|
| **Vaccination** | | |
| **Sublot #1 - M-M-R®II (n=200)** | Day 0 | Day 0 and Day 42 |
| **(Control Group)** REDACTED – OMP | | |
| Mumps - 4.9 REDACTED – OMP | | |
| **Sublot #2 - M-M-R®II (n=150)\*** Mumps - ≤3.7 | Day 0 | Day 0 and Day 42 |
| **Sublot #3 - M-M-R®II (n=200)\*** REDACTED – OMP | Day 0 | Day 0 and Day 42 |

\* *Only one vaccine component is being targeted for a specific titer. The other two component titers will be measured prior to the use of the lot in the clinic.*

**CONFIDENTIAL**

MRK-KRA00667085
MRK-CHA00667085
**Appx2871**

## 6. Clinical and Serologic Follow-Up

The parent/guardian of the subject will be required to record their temperature (rectal or rectal equivalent) and injection site reactions for 42 days post vaccination.

Blood samples will be drawn on Day 0 prior to vaccination and also on Day 42. The samples will be tested for mumps antibodies by a mumps neutralization assay and the measles antibodies will be tested by a hemagglutination-inhibition assay. All samples will also be tested for measles, mumps, and rubella antibodies using the MRL ELISAs and for varicella antibodies by gpELISA.

Subjects who are not seropositive, for any of the three vaccine components, following the Day 42 bleed will be offered revaccination marketed M-M-R®II.

## 7. Statistical Considerations

*Hypotheses:*

*Primary*

1. The proportion of subjects who develop neutralizing antibodies to mumps after receiving M-M-R®II containing no more than 3.7 $\log_{10}$ $TCID_{50}$ per dose (24 month expiry potency) of mumps[a] vaccine concomitantly with VARIVAX® is similar to the proportion of subjects who develop neutralizing antibodies after receiving M-M-R®II containing 4.9 $\log_{10}$ $TCID_{50}$ per dose (control) of mumps concomitantly with VARIVAX®.

   (The expiry mumps potency and control groups will be considered similar if the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group is not more than 10 percentage points lower than the proportion of subjects who develop neutralizing antibodies to mumps in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more. The proportion of subjects who develop neutralizing antibodies to mumps in the control group is expected to be 96%.[†])



REDACTED – OMP

**CONFIDENTIAL**

MRK-KRA00667086
MRK-CHA00667086

Appx2872



*Secondary*

1. The seroconversion rates to measles (HI), mumps (ELISA) and rubella
   (ELISA) in subjects receiving M-M-R$_{II}$® containing no more than 3.7 $\log_{10}$
   TCID$_{50}$ per dose of mumps vaccine concomitantly with VARIVAX® are
   similar to the seroconversion rates to measles, mumps and rubella in
   subjects receiving M-M-R$_{II}$® containing 4.9 $\log_{10}$ TCID$_{50}$ per dose of
   mumps concomitantly with VARIVAX®. (The expiry mumps potency and
   control groups will be considered similar if the seroconversion rate in the
   expiry potency group is not more than 10 percentage points lower than the
   seroconversion rate in the control group for each antigen. This corresponds
   to the 95% 2-sided confidence interval on the difference (expiry-control)
   excluding 10 percentage points or more. The expected seroconversion
   rates to mumps and rubella are each 98%[‡].)

2. The seroconversion rates to mumps and rubella as measured by ELISA and
   the proportion of subjects who develop neutralizing antibodies to mumps
   among subjects receiving M-M-R®II containing no more than 3.0 $\log_{10}$
   TCID$_{50}$ per dose of measles concomitantly with VARIVAX® are similar
   to the seroconversion rates to mumps and rubella and the proportion of
   subjects who develop neutralizing antibodies to mumps among subjects
   receiving M-M-R®II containing 3.9 $\log_{10}$ TCID$_{50}$ per dose of measles
   concomitantly with VARIVAX®.

   (The expiry measles potency and control groups will be considered similar
   if the seroconversion rates to mumps and rubella and the proportion of
   subjects who develop neutralizing antibodies to mumps in the expiry
   potency group are not more than 10 percentage points lower than the
   seroconversion rates and proportion who develop neutralizing antibodies in
   the control group. This corresponds to the 95% 2-sided confidence interval
   on the difference (expiry-control) excluding 10 percentage points or more.)

---

[a] The mumps potency of the M-M-R$_{II}$® vaccine used in this arm of the study will be targeted
such that the upper bound of the 95% confidence interval on the potency is no greater than
3.7 $\log_{10}$ TCID$_{50}$ per dose.

**CONFIDENTIAL**

**MRK-KRA00667087**
**MRK-CHA00667087**
**Appx2873**



REDACTED – OMP

‡ The expected rates for the seroconversion rates (as measured by ELISA) to mumps and
rubella are based upon clinical experience with M-M-R$_{II}$® from 1992-1997. The ranges for
the seroconversion rates observed in clinical studies conducted during this period are 97.3%
- 100% for mumps and 98.1% - 100% for rubella.

### Variables of Interest:

The primary endpoints for immunogenicity are the proportions of subjects
who develop neutralizing antibodies to mumps 6 weeks postvaccination in the
control and expiry mumps potency treatment groups and seroconversion rates
to measles 6 weeks postvaccination in the control and expiry measles potency
treatment groups. The seroconversion rate is the proportion of subjects who
are seronegative at baseline and seropositive 6 weeks postvaccination as
measured by a measles HI assay. Secondary endpoints of interest include
seroconversion rates to mumps and rubella as measured by ELISA 6 weeks
postvaccination in all treatment groups as well as seroconversion rates to
measles (HI) in the expiry mumps potency groups and the proportion of
subjects who develop neutralizing antibodies to mumps in the expiry measles
potency groups.
Temperatures, injection-site reactions, systemic reactions, and serious adverse
experiences will be recorded for 42 days after vaccination. All adverse
experience will be summarized.

### Statistical Methods:

Subjects who follow the protocol, have serology within specified day ranges
and are seronegative at baseline will be included in the analysis for each
antigen. It is expected that 127 of the 150 (85%) subjects enrolled in the
expiry mumps potency group and 170 of the 200 (85%) subjects enrolled in
the expiry measles potency group and the control will be evaluable for
serology 6 weeks postvaccination.

The analysis of the first primary hypothesis will consist of a one-sided
equivalence test of $H_0$: $p_{expiry} \leq p_{control} -0.10$ versus $H_A$: $p_{expiry} > p_{control} -0.10$
at the 0.025 level ($p_{expiry}$ is the proportion of subjects who develop neutralizing
antibodies to mumps 6 weeks postvaccination in the expiry mumps potency
group and $p_{control}$ is the proportion of subjects who develop neutralizing
antibodies to mumps 6 weeks postvaccination in the control group). The
proportion of subjects who develop neutralizing antibodies to mumps in the
control group is expected to be 96%. For example, at least 118 of the 127
evaluable subjects (93%) in the expiry mumps potency group must develop
neutralizing antibodies to mumps to reject the null hypothesis and conclude

CONFIDENTIAL

MRK-KRA00667088
MRK-CHA00667088
Appx2874

similarity of the immune responses. Note that all observed values in this data analysis section are based upon a statistical model that does not include study site. When study site is incorporated into the model, the necessary observed value to reject the null hypothesis may change. A two-sided 95% confidence interval on the difference in proportions will be provided for estimation purposes only.

To address the second primary hypothesis, a one-sided equivalence tests of $H_0$: $p_{expiry} \leq p_{control} -0.10$ versus $H_A$: $p_{expiry} > p_{control} -0.10$ will be conducted at the 0.025 level ($p_{expiry}$ is the seroconversion rate to measles 6 weeks postvaccination in the expiry measles potency group and $p_{control}$ is the seroconversion rate to measles 6 weeks postvaccination in the control group). For example, if the seroconversion rate in the control group is 95%, at least 155 of the 170 evaluable subjects (91%) in the expiry measles potency group must seroconvert to reject the null hypothesis and conclude similarity of the immune responses. A two-sided 95% confidence interval on the difference in seroconversion rates will be provided for estimation purposes only.

Both primary hypotheses must be rejected for the study to be a success.

The secondary hypotheses will be addressed by hypothesis tests similar to those described above. All tests will be conducted at the 0.025 level and will be performed to rule out a decrease greater than or equal to 10 percentage points. Two-sided 95% confidence intervals on the differences in rates will be provided for each comparison and each antigen. These confidence intervals will be for estimation purposes only.

For each secondary hypothesis, the null must be rejected for all three antigens in order to conclude that the responses invoked by the two vaccines are similar.

Geometric mean titers (GMTs) to measles (HI), mumps (ELISA) and rubella (ELISA) 6 weeks postvaccination will be summarized. Additionally, summaries of the percentages of subjects with anti-VZV titers $\geq 5$ gpELISA units and of the GMTs to varicella as measured by gpELISA will be provided.

*Multiplicity:*

The success of this study requires the significance of both of the two primary hypothesis tests. Therefore, the overall type I error rate is controlled at the 0.025 level, and no multiplicity adjustment is necessary.

CONFIDENTIAL

MRK-KRA00667089
MRK-CHA00667089
Appx2875

*Sample Sizes and Power Calculations:*

It is expected that 85% of all subjects enrolled (127 subjects in the expiry mumps potency group and 170 subjects in the control group and expiry measles potency group) will be evaluable for immunogenicity 6 weeks following vaccination. The proportion of subjects who develop neutralizing antibodies for mumps in the control group is expected to be 96%. Assuming the proportions with neutralizing antibodies to mumps are the same in the control group and in the expiry mumps potency group, this study has 95% power to detect similarity in the proportions for the first primary hypothesis. The expected seroconversion rate to measles in the control group is expected to be 95%. Assuming the seroconversion rates are the same in the control group and the expiry measles potency group, this study has 97% power to detect similarity in the seroconversion rates to measles for the second primary hypothesis. Assuming independence of the two primary hypotheses, this study has 92% power overall for the primary analysis.

Assuming independence of the antigens in the secondary hypotheses, this study has 91% overall power for the first secondary hypothesis and 98% overall power for the second.

*Safety Analyses:*

All temperatures, injection-site reactions and systemic reactions observed during the 42 day follow-up period will be summarized.

Table 1 shows the incidence rate required to have a 50%, 80%, 90%, or 95% chance of observing at least one serious vaccine-related adverse experience in any treatment group in this study.

Table 1

| Number of Vaccine Recipients per Group | Serious Adverse Event Incidence Rate in Population | Probability of Observing at Least 1 Serious Adverse Event in this Study |
|---|---|---|
| 150 | 2.0%  (1 in 51) | 95% |
| 150 | 1.5%  (1 in 66) | 90% |
| 150 | 1.1%  (1 in 94) | 80% |
| 150 | 0.5%  (1 in 217) | 50% |
| 200 | 1.5%  (1 in 66) | 95% |
| 200 | 1.1%  (1 in 94) | 90% |
| 200 | 0.8%  (1 in 125) | 80% |
| 200 | 0.3%  (1 in 289) | 50% |

CONFIDENTIAL

MRK-KRA00667090
MRK-CHA00667090
Appx2876

7. **Anticipated Results**

M-M-R®II is safe, tolerable, and immunogenic when aging is accelerated at room temperature to measles and mumps expiry titers.

8. **Potential Problems**

   a) Manufacturing may not be able to produce the accelerated aging lots at the titers specified for the protocol in the timeline stated.

   b) Recruitment for this study may be a problem since the vaccine is readily available at titers much higher than expiry.

   c) Obtaining a laboratory to perform the measles hemagglutination-inhibition assay.

9. **Logistics**

Number of Sites - To be determined (United States)

Number of Subjects / Site - To be determined

Duration of Study - 6 months

Estimated Cost - $440,000 ($800/subject)

E. **A Randomized Double-blind study of M-M-R®II at Measles and Mumps Expiry Titers, by Natural Aging, in Healthy Children 12-15 Months of Age.**

1. **Hypothesis**

   *Primary*

   1. The proportion of subjects who develop neutralizing antibodies to mumps after receiving M-M-R®II containing no more than 3.7 $\log_{10}$ TCID$_{50}$ per dose (24 month expiry potency) of mumps[a] vaccine concomitantly with VARIVAX® is similar to the proportion of subjects who develop neutralizing antibodies after receiving M-M-R®II containing 4.9 $\log_{10}$ TCID$_{50}$ per dose (control) of mumps concomitantly with VARIVAX®.

   (The expiry mumps potency and control groups will be considered similar if the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group is not more than 10 percentage points lower than the proportion of subjects who develop neutralizing antibodies to mumps in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more. The proportion of subjects who develop neutralizing antibodies to mumps in the control group is expected to be 96%.[†])



REDACTED – OMP

CONFIDENTIAL

MRK-KRA00667091
MRK-CHA00667091
Appx2877



*Secondary*

1. The seroconversion rates to measles (HI), mumps (ELISA) and rubella (ELISA) in subjects receiving M-M-R®II containing no more than 3.7 $\log_{10}$ $TCID_{50}$ per dose of mumps vaccine concomitantly with VARIVAX® are similar to the seroconversion rates to measles, mumps and rubella in subjects receiving M-M-R®II containing 4.9 $\log_{10}$ $TCID_{50}$ per dose of mumps concomitantly with VARIVAX®.

   (The expiry mumps potency and control groups will be considered similar if the seroconversion rate in the expiry potency group is not more than 10 percentage points lower than the seroconversion rate in the control group for each antigen. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more. The expected seroconversion rates to mumps and rubella are each 98%[‡].)

2. The seroconversion rates to mumps and rubella as measured by ELISA and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing no more than 3.0 $\log_{10}$ $TCID_{50}$ per dose of measles concomitantly with VARIVAX® are similar to the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing 3.9 $\log_{10}$ $TCID_{50}$ per dose of measles concomitantly with VARIVAX®.

   (The expiry measles potency and control groups will be considered similar if the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group are not more than 10 percentage points lower than the seroconversion rates and proportion who develop neutralizing antibodies in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more.)

CONFIDENTIAL

MRK-KRA00667092
MRK-CHA00667092
Appx2878

* The mumps potency of the M-M-R$_{II}$* vaccine used in this arm of the study will be targeted such that the upper bound of the 95% confidence interval on the potency is no greater than 3.7 log$_{10}$ TCID$_{50}$ per dose.

REDACTED – OMP

* The expected rates for the seroconversion rates (as measured by ELISA) to mumps and rubella are based upon clinical experience with M-M-R$_{II}$* from 1992-1997. The ranges for the seroconversion rates observed in clinical studies conducted during this period are 97.3% - 100% for mumps and 98.1% - 100% for rubella.

## 2. Objectives

### Primary

a) To demonstrate an acceptable immune response to mumps among subjects receiving an M-M-R®II vaccine containing a 24 month simulated expiry dose of mumps concomitantly with VARIVAX®.

REDACTED – OMP

### Secondary

REDACTED – OMP

b) To demonstrate an acceptable immune response to mumps and rubella among subjects receiving an M-M-R®II vaccine containing a 24 month simulated expiry dose of measles concomitantly with VARIVAX®.

c) To describe the safety and tolerability of M-M-R®II vaccines containing simulated expiry doses of mumps and measles concomitantly with VARIVAX®.

d) To summarize the geometric mean titers to measles, mumps and rubella 6 weeks following vaccination with M-M-R®II vaccines containing simulated expiry doses of mumps and measles concomitantly with VARIVAX®.

e) To summarize the immune responses to VARIVAX® when it is administered concomitantly with M-M-R®II vaccines containing simulated expiry doses of mumps and measles.

## 3. Rationale

To complement the earlier studies on simulated expiry titers, an immunogenicity (and safety) study of M-M-R®II aged to expiry by normal aging conditions, 2-8°C, will be conducted.

CONFIDENTIAL

MRK-KRA00667093
MRK-CHA00667093
Appx2879

### 4. Manufacture of Lots

A manufacturing lot will be chosen and placed at -20°C. At intervals determined by manufacturing from previous experience with stability at 2-8C, the vials will be tested for potency. Once the target titers for measles or mumps are reached, the appropriate amount of vaccine vials will be pulled and placed at -20°C. Once all three of the lots are available, they will be tested in the clinic.

### 5. Design

This study is a double-blind, randomized, multi-center study of children at 12-15 months of age. The subjects will be randomized to receive one of three lots of M-M-R®II concomitantly with VARIVAX®, at separate injection sites.

| Vaccine | Interval | Bleeds |
|---|---|---|
| **Vaccination** | | |
| **Sublot #1 - M-M-R®II (n=200)** | Day 0 | Day 0 and Day 42 |
| (Control Group) | | |
| REDACTED – OMP | | |
| Mumps - 4.9 | | |
| REDACTED – OMP | | |
| **Sublot #2 - M-M-R®II (n=150)\*** | Day 0 | Day 0 and Day 42 |
| Mumps - ≤3.7 | | |
| **Sublot #3 - M-M-R®II (n=200)\*** | Day 0 | Day 0 and Day 42 |
| REDACTED – OMP | | |

\* *Only one vaccine component is being targeted for a specific titer. The other two components titer will be measured for antibody titers prior to the use of the lot in the clinic.*

### 6. Clinical and Serologic Follow-Up

The parent/guardian of the subject will be required to record their temperature (rectal or rectal equivalent) and injection site reactions for 42 days post vaccination.

Blood samples will be drawn on Day 0 prior to vaccination and also on Day 42. The samples will be tested for mumps antibodies by a mumps neutralization assay and the measles antibodies will be tested by a hemagglutination-inhibition assay. All samples will also be tested for

CONFIDENTIAL

MRK-KRA00667094
MRK-CHA00667094
Appx2880

measles, mumps, and rubella antibodies using the MRL ELISAs and for varicella antibodies by gpELISA.

Subjects who are not seropositive, for any of the three vaccine components, following the Day 42 bleed will be offered revaccination marketed M-M-R®II.

## 7. Statistical Considerations

*Hypotheses:*

*Primary*

1. The proportion of subjects who develop neutralizing antibodies to mumps after receiving M-M-R®II containing no more than 3.7 $\log_{10}$ $TCID_{50}$ per dose (24 month expiry potency) of mumps[a] vaccine concomitantly with VARIVAX® is similar to the proportion of subjects who develop neutralizing antibodies after receiving M-M-R®II containing 4.9 $\log_{10}$ $TCID_{50}$ per dose (control) of mumps concomitantly with VARIVAX®.

   (The expiry mumps potency and control groups will be considered similar if the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group is not more than 10 percentage points lower than the proportion of subjects who develop neutralizing antibodies to mumps in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more. The proportion of subjects who develop neutralizing antibodies to mumps in the control group is expected to be 96%.[†])



REDACTED – OMP

CONFIDENTIAL

MRK-KRA00667095
MRK-CHA00667095
Appx2881

*Secondary*

1. The seroconversion rates to measles (HI), mumps (ELISA) and rubella (ELISA) in subjects receiving M-M-R$_{II}$[a] containing no more than 3.7 log$_{10}$ TCID$_{50}$ per dose of mumps vaccine concomitantly with VARIVAX[®] are similar to the seroconversion rates to measles, mumps and rubella in subjects receiving M-M-R$_{II}$[a] containing 4.9 log$_{10}$ TCID$_{50}$ per dose of mumps concomitantly with VARIVAX[®]. (The expiry mumps potency and control groups will be considered similar if the seroconversion rate in the expiry potency group is not more than 10 percentage points lower than the seroconversion rate in the control group for each antigen. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more. The expected seroconversion rates to mumps and rubella are each 98%[‡].)

2. The seroconversion rates to mumps and rubella as measured by ELISA and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing no more than 3.0 log$_{10}$ TCID$_{50}$ per dose of measles concomitantly with VARIVAX® are similar to the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps among subjects receiving M-M-R®II containing 3.9 log$_{10}$ TCID$_{50}$ per dose of measles concomitantly with VARIVAX®.

   (The expiry measles potency and control groups will be considered similar if the seroconversion rates to mumps and rubella and the proportion of subjects who develop neutralizing antibodies to mumps in the expiry potency group are not more than 10 percentage points lower than the seroconversion rates and proportion who develop neutralizing antibodies in the control group. This corresponds to the 95% 2-sided confidence interval on the difference (expiry-control) excluding 10 percentage points or more.)

---

[a] The mumps potency of the M-M-R$_{II}$[a] vaccine used in this arm of the study will be targeted such that the upper bound of the 95% confidence interval on the potency is no greater than 3.7 log$_{10}$ TCID$_{50}$ per dose.

REDACTED – OMP

---

[‡] The expected rates for the seroconversion rates (as measured by ELISA) to mumps and rubella are based upon clinical experience with M-M-R$_{II}$[a] from 1992-1997. The ranges for the seroconversion rates observed in clinical studies conducted during this period are 97.3% - 100% for mumps and 98.1% - 100% for rubella.

CONFIDENTIAL

MRK-KRA00667096
MRK-CHA00667096

Appx2882

*Variables of Interest:*

The primary endpoints for immunogenicity are the proportions of subjects who develop neutralizing antibodies to mumps 6 weeks postvaccination in the control and expiry mumps potency treatment groups and seroconversion rates to measles 6 weeks postvaccination in the control and expiry measles potency treatment groups. The seroconversion rate is the proportion of subjects who are seronegative at baseline and seropositive 6 weeks postvaccination as measured by a measles HI assay. Secondary endpoints of interest include seroconversion rates to mumps and rubella as measured by ELISA 6 weeks postvaccination in all treatment groups as well as seroconversion rates to measles (HI) in the expiry mumps potency groups and the proportion of subjects who develop neutralizing antibodies to mumps in the expiry measles potency groups.

Temperatures, injection-site reactions, systemic reactions, and serious adverse experiences will be recorded for 42 days after vaccination. All adverse experience will be summarized.

*Statistical Methods:*

Subjects who follow the protocol, have serology within specified day ranges and are seronegative at baseline will be included in the analysis for each antigen. It is expected that 127 of the 150 (85%) subjects enrolled in the expiry mumps potency group and 170 of the 200 (85%) subjects enrolled in the expiry measles potency group and the control will be evaluable for serology 6 weeks postvaccination.

The analysis of the first primary hypothesis will consist of a one-sided equivalence test of $H_0$: $p_{expiry} \leq p_{control} - 0.10$ versus $H_A$: $p_{expiry} > p_{control} - 0.10$ at the 0.025 level ($p_{expiry}$ is the proportion of subjects who develop neutralizing antibodies to mumps 6 weeks postvaccination in the expiry mumps potency group and $p_{control}$ is the proportion of subjects who develop neutralizing antibodies to mumps 6 weeks postvaccination in the control group). The proportion of subjects who develop neutralizing antibodies to mumps in the control group is expected to be 96%. For example, at least 118 of the 127 evaluable subjects (93%) in the expiry mumps potency group must develop neutralizing antibodies to mumps to reject the null hypothesis and conclude similarity of the immune responses. Note that all observed values in this data analysis section are based upon a statistical model that does not include study site. When study site is incorporated into the model, the necessary observed value to reject the null hypothesis may change. A two-sided 95% confidence interval on the difference in proportions will be provided for estimation purposes only.

CONFIDENTIAL

MRK-KRA00667097
MRK-CHA00667097
Appx2883

To address the second primary hypothesis, a one-sided equivalence tests of $H_0$: $p_{expiry} \leq p_{control}$ -0.10 versus $H_A$: $p_{expiry} > p_{control}$ -0.10 will be conducted at the 0.025 level ($p_{expiry}$ is the seroconversion rate to measles 6 weeks postvaccination in the expiry measles potency group and $p_{control}$ is the seroconversion rate to measles 6 weeks postvaccination in the control group). For example, if the seroconversion rate in the control group is 95%, at least 155 of the 170 evaluable subjects (91%) in the expiry measles potency group must seroconvert to reject the null hypothesis and conclude similarity of the immune responses. A two-sided 95% confidence interval on the difference in seroconversion rates will be provided for estimation purposes only.

Both primary hypotheses must be rejected for the study to be a success.

The secondary hypotheses will be addressed by hypothesis tests similar to those described above. All tests will be conducted at the 0.025 level and will be performed to rule out a decrease greater than or equal to 10 percentage points. Two-sided 95% confidence intervals on the differences in rates will be provided for each comparison and each antigen. These confidence intervals will be for estimation purposes only.

For each secondary hypothesis, the null must be rejected for all three antigens in order to conclude that the responses invoked by the two vaccines are similar.

Geometric mean titers (GMTs) to measles (HI), mumps (ELISA) and rubella (ELISA) 6 weeks postvaccination will be summarized. Additionally, summaries of the percentages of subjects with anti-VZV titers $\geq 5$ gpELISA units and of the GMTs to varicella as measured by gpELISA will be provided.

*Multiplicity:*

The success of this study requires the significance of both of the two primary hypothesis tests. Therefore, the overall type I error rate is controlled at the 0.025 level, and no multiplicity adjustment is necessary.

*Sample Sizes and Power Calculations:*

It is expected that 85% of all subjects enrolled (127 subjects in the expiry mumps potency group and 170 subjects in the control group and expiry measles potency group) will be evaluable for immunogenicity 6 weeks following vaccination. The proportion of subjects who develop neutralizing antibodies for mumps in the control group is expected to be 96%. Assuming the proportions with neutralizing antibodies to mumps are the same in the control group and in the expiry mumps potency group, this study has 95% power to detect similarity in the proportions for the first primary hypothesis.

**CONFIDENTIAL**

**MRK-KRA00667098**
**MRK-CHA00667098**
Appx2884

The expected seroconversion rate to measles in the control group is expected to be 95%. Assuming the seroconversion rates are the same in the control group and the expiry measles potency group, this study has 97% power to detect similarity in the seroconversion rates to measles for the second primary hypothesis. Assuming independence of the two primary hypotheses, this study has 92% power overall for the primary analysis.

Assuming independence of the antigens in the secondary hypotheses, this study has 91% overall power for the first secondary hypothesis and 98% overall power for the second.

*Safety Analyses:*

All temperatures, injection-site reactions and systemic reactions observed during the 42 day follow-up period will be summarized.

Table 1 shows the incidence rate required to have a 50%, 80%, 90%, or 95% chance of observing at least one serious vaccine-related adverse experience in any treatment group in this study.

Table 1

| Number of Vaccine Recipients per Group | Serious Adverse Event Incidence Rate in Population | Probability of Observing at Least 1 Serious Adverse Event in this Study |
|---|---|---|
| 150 | 2.0%  (1 in 51) | 95% |
| 150 | 1.5%  (1 in 66) | 90% |
| 150 | 1.1% (1 in 94) | 80% |
| 150 | 0.5% (1 in 217) | 50% |
| 200 | 1.5% (1 in 66) | 95% |
| 200 | 1.1% (1 in 94) | 90% |
| 200 | 0.8% (1 in 125) | 80% |
| 200 | 0.3% (1 in 289) | 50% |

7. **Anticipated Results**

M-M-R®II is safe, tolerable, and immunogenic when naturally aged at 2-8°C to measles and mumps expiry titers.

8. **Potential Problems**

a) The timeframe for the lots to age naturally to expiry titers may take over 2 years.

CONFIDENTIAL

MRK-KRA00667099
MRK-CHA00667099
Appx2885

b) Recruitment for this study may be a problem since the vaccine is readily available at titers much higher than expiry.

c) Obtaining a laboratory to perform the measles hemagglutination-inhibition assay.

## 9. Logistics

Number of Sites - To be determined (United States)

Number of Subjects / Site - To be determined

Duration of Study - 6 months

Estimated Cost - $440,000 ($800/subject)

## F. A Study of the Concomitant use of M-M-R®II and Infanrix™

### 1. Hypothesis

The antibody responses to measles, mumps, rubella, diphtheria, tetanus, pertussis PT and pertussis FHA in subjects receiving M-M-R®II concomitantly with DTaP will be similar to those in subjects receiving DTaP six weeks following M-M-R®II with respect to the primary endpoints specified in Table 1.

(The two groups will be considered similar if the response rates in the concomitant group are each not more than $\delta*100$ percentage points lower than those in the non-concomitant group. This corresponds to the 95% 2-sided confidence interval on the difference (concomitant - non-concomitant) excluding $\delta*100$ percentage points or more.)

CONFIDENTIAL

MRK-KRA00667100
MRK-CHA00667100
Appx2886

**Table 1**

**Primary Endpoints, Differences to be Ruled Out (δ) and Expected Response Rates**

| Antigen | Primary Variable | Expected Response Rate | | Clinically Relevant Difference (δ*100%) |
| | | Concomitant Group | Non-concomitant Group | |
|---|---|---|---|---|
| REDACTED – OMP | | | | |
| Mumps | Seroconversion rate | 98% | 98% | 10% |
| REDACTED – OMP | | | | |

*materiale for 15%*

## 2. Objectives

*Primary*

*can we claim no interfere*

(1) To demonstrate that the immune responses to measles, mumps, rubella, diphtheria, tetanus, pertussis PT and pertussis FHA among subjects receiving M-M-R®II concomitantly with DTaP are similar to those among subjects receiving M-M-R®II followed 6 weeks later by DTaP. (2) To show that M-M-R®II is generally safe and well-tolerated when administered concomitantly with DTaP.

*Secondary*

To summarize the geometric mean titers to measles, mumps, rubella, and varicella.

*% titers > 5 gpELISA*

u:\mmrii\studies\cdp.doc

27

2/3/98

**CONFIDENTIAL**

## 3. Rationale

Currently there is no clinical data to support the concomitant use of M-M-R®II and Infanrix. However, in practice these vaccines are being used concomitantly.

## 4. Design

This is an open, randomized, multi-center study in children 15-18 months of age. Subjects will be randomized to receive either M-M-R®II, Infanrix™, and VARIVAX® concomitantly or M-M-R®II followed by Infanrix™ and VARIVAX® 6 week later.

| **Group** | **Vaccine** | **Interval** | **Bleeds** |
|---|---|---|---|
| **Group A (n=235)** | M-M-R®II + VARIVAX® + Infanrix™ | Day 0 | Day 0 and Week 6 |
| **Group B (n=235)** | M-M-R®II | Day 0 | Day 0, Week 6, & Week 12 |
| | Infanrix™ + VARIVAX® | Week 6 | |

add varivax

## 5. Clinical and Serologic Follow-Up

The parent/guardian of the subject will be required to record their temperature (rectal or rectal equivalent) and injection site reactions for the 6 weeks post M-M-R®II vaccinations. Additionally Group B will be required, post Infanrix™ and VARIVAX® vaccination, to record the temperature (rectal or rectal equivalent), injection site reactions, and any adverse experiences 6 weeks following vaccination.

Blood samples will be drawn on Day 0 and Week 6 for Group A and Day 0, Week 6, and Week 12 for Group B. All samples will be tested for measles, mumps, and rubella antibodies using the MRL ELISAs and for varicella antibodies by the MRL gpELISA. The samples will also be tested for diphtheria toxoid, tetanus toxoid, pertussis toxin (anti-PT), and filamentous hemagglutinin (anti-FHA) by a contract laboratory.

Lois Ann has Infanrix data

*NOTE:* *Pertussis toxin and filamentous hemagglutinin will be the only toxins tested for since they are the only components which are present in all of the acellular pertussis containing vaccines on the market.*

CONFIDENTIAL

## 6. Statistical Considerations

### HYPOTHESIS

The antibody responses to measles, mumps, rubella, diphtheria, tetanus, pertussis PT and pertussis FHA in subjects receiving M-M-R®II® concomitantly with DTaP will be similar to those in subjects receiving DTaP six weeks following M-M-R®II with respect to the primary endpoints specified in Table 1.

(The two groups will be considered similar if the response rates in the concomitant group are each not more than δ*100 percentage points lower than those in the non-concomitant group. This corresponds to the 95% 2-sided confidence interval on the difference (concomitant - non-concomitant) excluding δ*100 percentage points or more.)

**Table 1**

**Primary Endpoints, Differences to be Ruled Out (δ) and Expected Response Rates**

| Antigen | Primary Variable | Expected Response Rate | | Clinically Relevant Difference (δ*100%) |
|---|---|---|---|---|
| | | Concomitant Group | Non-concomitant Group | |
| REDACTED – OMP | | | | |
| Mumps | Seroconversion rate | 98% | 98% | 10% |
| REDACTED – OMP | | | | |

CONFIDENTIAL    MRK-KRA00667103
MRK-CHA00667103
Appx2889

*Variables of Interest:*
The primary immunogenicity endpoints of interest are those displayed in
Table 1. Safety variables of interest are temperatures, injection-site reactions,
systemic reactions, and serious adverse experiences occurring within 42 days
following vaccination. All adverse experience will be summarized.

*Statistical Methods*:
For measles, mumps and rubella, the primary immunogenicity hypotheses will
be addressed using only subjects who are seronegative at baseline. It is
expected that 199 of the 235 subjects (85%) enrolled in each group will be
evaluable for immunogenicity 6 weeks following each vaccination. For each
of the 7 antigens, the primary immunogenicity analysis will involve a one-
sided test for similarity at the 0.025 level. Such methodology will test a null
hypothesis of a decrease of $\delta*100$ percentage points or more in the responses
in the concomitant group from the responses in the non-concomitant group
($H_0$: $p_{concomitant} \leq p_{non-concomitant} - \delta$) against the alternative hypothesis that the
decrease is less than $\delta*100$ percentage points ($H_A$: $p_{concomitant} > p_{non-concomitant} -
\delta$) where $\delta$ is the prespecified clinically relevant difference for the antigen and
$p_{concomitant}$ and $p_{non-concomitant}$ are the true response rates for the concomitant and
non-concomitant groups, respectively. The clinically relevant difference is $\delta =
0.10$ for measles, mumps, rubella, diphtheria and tetanus and $\delta = 0.15$ for
pertussis PT and pertussis FHA. Rejecting the null hypothesis for all 7
antigens is intended to lead to a conclusion that administration of M-M-R$_{II}$®
concomitantly with DTaP elicits similar immune responses to administration
of M-M-R$_{II}$® and DTaP 6 weeks apart.

*Multiplicity:*

Success of this study requires similarity for all 7 antigens. Therefore, the
overall type I error rate is controlled at the 0.025 level, and no multiplicity
adjustment is necessary.

*Sample Sizes and Power Calculations:*

It is expected that 85% of all subjects enrolled in each group will be evaluable
for immunogenicity 6 weeks following vaccination. Assuming that the
response rates are the same in the two groups for each antigen and assuming
independence of all 7 antigens, the power for the primary hypothesis is given
in Table 2.

u:\mmrii\studies\cdp.doc                 30                              2/3/98

**CONFIDENTIAL**

MRK-KRA00667104
MRK-CHA00667104

Appx2890

**Table 2**
**Power for Primary Endpoints**

| Antigen | Primary Variable | Expected Response Rate | | Clinically Relevant Difference ($\delta*100\%$) | Power |
|---|---|---|---|---|---|
| | | Concomitant Group | Non-concomitant Group | | |
| REDACTED – OMP | | | | | |
| Mumps | Seroconversion rate | 98% | 98% | 10% | >99% |
| REDACTED – OMP | | | | | |

### Safety Analyses:

All temperatures, injection-site reactions and systemic reactions observed during the 42 day follow-up period will be summarized.

Table 3 shows the incidence rate required to have a 50%, 80%, 90%, or 95% chance of observing at least one serious vaccine-related adverse experience in any treatment group in this study.

*If no serious AE is observed on this study.*

CONFIDENTIAL

Table 3

| Number of Vaccine Recipients per Group | Serious Adverse Event Incidence Rate in Population | Probability of Observing at Least 1 Serious Adverse Event in this Study |
|---|---|---|
| 235 | 1.3% (1 in 79) | 95% |
| 235 | 1.0% (1 in 100) | 90% |
| 235 | 0.7% (1 in 147) | 80% |
| 235 | 0.3% (1 in 340) | 50% |

**6. Anticipated Results**

M-M-R®II can be administered concomitantly with Infanrix™ and VARIVAX®.

**7. Potential Problems**

None anticipated.

**8. Logistics**

Number of Sites - To be determined (United States)

Number of Subjects / Site - To be determined

Duration of Study - 8 months

Estimated Cost - $470,000 ($1000/subject)

CONFIDENTIAL

MRK-KRA00667106
MRK-CHA00667106
Appx2892

## V. GRANT REQUIREMENTS

# Table 1 - Cost per Subject

| Study Description | N | Cost/Subject | Σ Cost |
|---|---|---|---|
| Comparative Trial of M-M-R®II and Priorix | 300 | $2000/subject | $600,000 |
| Trial of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Dilution | 1050 | $800/subject | $840,000 |
| Trial of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Accelerated Aging at Room Temperature | 550 | $800/subject | $440,000 |
| Trial of M-M-R®II at Measles and Mumps Expiry Titers, by Natural Aging | 550 | $800/subject | $440,000 |
| Concomitant Use Trial of M-M-R®II, Infanrix™, and VARIVAX® | 470 | $1000/subject | $470,000 |
| **TOTALS** | **2920** | **NA** | **$2,790,000** |

*Note: All costs will be expensed from the MRL budget.*

**CONFIDENTIAL**     MRK-KRA00667107
MRK-CHA00667107
Appx2893

## Table 2 - Projected Costs Through 2002

| Study Description | N | Σ Cost | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|
| Comparative Trial of M-M-R®II and Priorix | 300 | $600,000 | 70% $420,000 | 30% $180,000 | 0% | 0% | 0% |
| Trial of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Dilution | 1050 | $840,000 | 40% $336,000 | 60% $504,000 | 0% | 0% | 0% |
| Trial of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Accelerated Aging at Room Temperature | 550 | $440,000 | 40% $176,000 | 50% $220,000 | 10% $44,000 | 0% | 0% |
| Trial of M-M-R®II at Measles and Mumps Expiry Titers, by Natural Aging | 550 | $440,000 | 0% | 0% | 40% $176,000 | 60% $264,000 | 0% |
| Concomitant Use Trial of M-M-R®II with Infanrix™ | 470 | $470,000 | 40% $188,000 | 60% $282,000 | 0% | 0% | 0% |
| **TOTALS** | **2920** | **$2,790,000** | **$1,120,000** | **$$1,186,000** | **$220,000** | **$264,000** | **0** |

**CONFIDENTIAL**

MRK-KRA00667108
MRK-CHA00667108
Appx2894

## VI.   PROGRAM SUMMARY & TIMING

| Study Description | N | FPI | LPO | CSR or Publication |
|---|---|---|---|---|
| Comparative Trial of M-M-R®II and Priorix | 300 | 2Q98 | 4Q98 | 2Q99 |
| Trial of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Dilution | 1050 | 3Q98* | 1Q99* | 4Q99 |
| Trial of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Accelerated Aging at Room Temperature | 550 | 4Q98* | 2Q99* | 1Q00 |
| Trial of M-M-R®II at Measles and Mumps Expiry Titers, by Natural Aging | 550 | 4Q00* | 2Q01* | 4Q01 |
| Concomitant Use Trial of M-M-R®II with Infanrix™ | 470 | 3Q98 | 2Q99 | 4Q99 |

\*    The start date of this trial is dependent on manufacturing being able to supply the

necessary lots for the trial.

CONFIDENTIAL

MRK-KRA00667109
MRK-CHA00667109

Appx2895

## VII.  MATERIAL REQUIREMENTS

| Study Description | MMR®II | Priorix | Infanrix™ | VARIVAX® |
|---|---|---|---|---|
| Comparative Trial of M-M-R®II and Priorix | 150 | 150 | NA | NA |
| Trial of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Dilution | 1050 | NA | NA | 1050 |
| Trial of M-M-R®II at Measles and Mumps Simulated Expiry Titers, by Accelerated Aging at Room Temperature | 550 | NA | NA | 550 |
| Trial of M-M-R®II at Measles and Mumps Expiry Titers, by Natural Aging | 550 | NA | NA | 550 |
| Concomitant Use Trial of M-M-R®II with Infanrix™ | 235 | NA | 235 | 470 |
| Extra Vials | 2535 | 150 | 235 | 2620 |
| Retain Vials | 500 | 100 | 100 | 400 |
| Vials for Revaccination | 250 | 50 | 50 | 200 |
| **TOTALS** | **5820** | **450** | **620** | **5840** |

**CONFIDENTIAL**

MRK-KRA00667110
MRK-CHA00667110
Appx2896

## VIII.  HUMAN RESOURCE REQUIREMENTS

|  |  | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|
| **Clinical Research** |  |  |  |  |  |  |
|  | *Clinical Monitor* | 1 | 1 | 1 | 1 | 1 |
|  | *Medical Program Coordinator* | 2 | 2 | 1 | 1 | 1 |
| **Serology Laboratory** |  |  |  |  |  |  |
|  | *Analysts* |  |  |  |  |  |
| **BARDS** |  |  |  |  |  |  |
|  | *Data Coordinator* | 1 | 1 | 1 | 1 |  |
|  | *Statistician* | 1 | 1 | 1 | 1 |  |
|  | *Bio Research (RDE)* |  |  |  |  |  |
| **Regulatory Affairs** |  |  |  |  |  |  |

**CONFIDENTIAL**

MRK-KRA00667111
MRK-CHA00667111
Appx2897

## IX.    REFERENCES

1. Nalin DR. Measles, mumps and rubella--Asia's opportunity for eradication. Merck Vaccine Division Symposium, 1997.
2. Hilleman MR. Past, Present, and Future of Measles, Mumps, and Rubella Virus Vaccines. Pediatrics 1992; 90: 149-53.
3. Isaacs D and Menser M. Modern Vaccines: Measles, mumps, rubella and varicella. Lancet 1990; 335: 1384-7.
4. Enders JF and Peebles TC. Propagation in tissue cultures of cytopathogenic agents from patients with measles. Proc Soc Exp Biol Med 1954; 86: 277-86.
5. Krugman S, Giles JP, Jacobs AM, and Friedman H. Studies with a Further Attenuated Live Measles-Virus Vaccine. Pediatrics 1963; 31: 919-28.
6. Hilleman MR, Buynak EB, Weibel RE et al. Development and Evaluation of the Moraten Measles Virus Vaccine. JAMA 1968; 206: 587-90.
7. Centers for Disease Control and Prevention. Measles Prevention: Recommendations of the Immunization Practices Advisory Committee (ACIP). MMWR 1989; 38 (S-9): 1-13.
8. Habel K. Preparation of mumps vaccine and immunization of monkeys against experimental mumps infection. Public Health Report 1946; 61: 1655-64.
9. Buynak EB and Hilleman MR. Live Attenuated Mumps Virus Vaccine. 1. Vaccine Development. Proc Soc Exp Biol Med 1966; 123: 768-75.
10. Stokes J, Weibel RE, Buynak EB, and Hilleman MR. Live Attenuated Mumps Virus Vaccine. II. Early Clinical Studies. Pediatrics 1967; 39: 363-71.
11. Weibel RE, Stokes J, Buynak EB, Whitman JE and Hilleman MR. Live Attenuated Mumps-Virus Vaccine. 3. Clinical and Serologic Aspects in a Field Evaluation. New Eng J Med 1967; 276: 245-51.
12. Hilleman MR, Weibel RE, Buynak EB, Stokes J and Whitman JE. Live, Attenuated Mumps-Virus Vaccine. 4. Protective Efficacy as Measured in a Field Evaluation. New Eng J Med 1967; 276: 252-8.
13. Buynak EB, Hilleman MR, Leagus MB, Whitman JE, Weibel RE and Stokes J. Jeryl Lynn Strain Live Attenuated Mumps Virus Vaccine. Influence of Age, Virus Dose, Lot and γ-Globulin Administration on Response. JAMA 1968; 203: 9-13.
14. Plotkin SA. Rubella Vaccine. In: Vaccines, Second Edition. Plotkin SA and Mortimer EA, eds. Philadelphia: WB Saunders Company, 1994, 303-36.
15. Weibel RE, Villareios VM, Klein EB, Buynak EB, McLean AA, and Hilleman MR. Clinical and Laboratory Studies of Live Attenuated RA 27/3 and HPV 77-DE Rubella Virus Vaccines. Proc Soc Exp Biol Med 1980; 165: 44-9.
16. Wallace RB and Isacson P. Comparative Trial of HPV-77, DE-5 and RA 27/3 Live-Attenuated Rubella Vaccines. Am J Dis Child 1972; 124: 536-8.
17. Balfour HH, Balfour CL, Edelman CK, and Rierson PA. Evaluation of Wistar RA 27/3 Rubella Virus Vaccine in Children. Am J Dis Child 1976; 130: 1089-91.
18. Plotkin SA, Farquhar JD, Ogra PL. Immunologic Properties of RA27/3 Rubella Virus Vaccine. JAMA 1973; 225: 585-90.

CONFIDENTIAL          MRK-KRA00667112
MRK-CHA00667112
Appx2898

19. Buynak EB, Weibel RE, Whitman JE, Stokes J and Hilleman MR. Combined Live Measles, Mumps, and Rubella Virus Vaccines. JAMA 1969; 207: 2259-62.

20. Stokes J, Weibel RE, Villarejos VM et al. Trivalent Combined Measles-Mumps-Rubella Vaccine. Findings in Clinical-Laboratory Studies. JAMA 1971; 218: 57-61.

21. Weibel RE, Carlson AJ, Villarejos VM et al. Clinical and Laboratory Studies of Combined Live Measles, Mumps and Rubella Vaccines Using the RA 27/3 Rubella Virus. Proc Soc Exp Biol Med 1980; 165: 323-6.

22. Weibel RE, Buynak EB, McLean AA, and Hilleman MR. Persistence of Antibody After Administration of Monovalent and Combined Live Attenuated Measles, Mumps, and Rubella Virus Vaccines. Pediatrics 1978; 61: 5-11.

23. M-M-R®II (Measles, Mumps, and Rubella Virus Vaccine Live, MSD), Package Circular, Merck & Co., Inc.

24. Data on File, Merck & Co., Inc.

25. McAleer WJ, Markus HZ, McLean AA, Buynak EB, and Hilleman MR. Stability on storage at various temperatures of live measles, mumps and rubella virus vaccines in new stabilizer. J Biol Stand 1980; 8: 281-7.

26. Steinmetz N, Furesz J, Reinhold C et al. Storage conditions of live measles, mumps and rubella vaccines in Montreal. Can Med Assoc J 1983; 128: 162-3.

CONFIDENTIAL

MRK-KRA00667113
MRK-CHA00667113
Appx2899

## X.   Attachments

# M-M-R®II PACKAGE CIRCULAR

### M-M-R® II
### (MEASLES, MUMPS, and
### RUBELLA VIRUS VACCINE LIVE)

**DESCRIPTION**

M-M-R* II (Measles, Mumps, and Rubella Virus Vaccine Live) is a live virus vaccine for immunization against measles (rubeola), mumps and rubella (German measles).

M-M-R II is a sterile lyophilized preparation of (1) ATTENUVAX* (Measles Virus Vaccine Live), a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain and grown in cell cultures of chick embryo; (2) MUMPSVAX* (Mumps Virus Vaccine Live), the Jeryl Lynn (B level) strain of mumps virus grown in cell cultures of chick embryo; and (3) MERUVAX* II (Rubella Virus Vaccine Live), the Wistar RA 27/3 strain of live attenuated rubella virus grown in human diploid cell (WI-38) culture.[1,2] The vaccine viruses are the same as those used in the manufacture of ATTENUVAX (Measles Virus Vaccine Live), MUMPSVAX (Mumps Virus Vaccine Live) and MERUVAX II (Rubella Virus Vaccine Live). The three viruses are mixed before being lyophilized. The product contains no preservative.

The reconstituted vaccine is for subcutaneous administration. When reconstituted as directed, the dose for injection is 0.5 mL and contains not less than the equivalent of 1,000 $TCID_{50}$ (tissue culture infectious doses) of the U.S. Reference Measles Virus; 20,000 $TCID_{50}$ of the U.S. Reference Mumps Virus; and 1,000 $TCID_{50}$ of the U.S. Reference Rubella Virus. Each dose contains approximately 25 mcg of neomycin. The product contains no preservative. Sorbitol and hydrolized gelatin are added as stabilizers.

**CLINICAL PHARMACOLOGY**

Clinical studies of 279 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated. In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95 percent, mumps neutralizing antibodies in 96 percent, and rubella HI antibodies in 99 percent of susceptible persons.

The RA 27/3 rubella strain in M-M-R II elicits higher immediate post-vaccination HI, complement-fixing and neutralizing antibody levels than other strains of rubella vaccine[3-9] and has been shown to induce a broader profile of circulating antibodies including anti-theta and anti-iota precipitating antibodies.[10,11] The RA 27/3 rubella strain immunologically simulates natural infection more closely than other rubella vaccine viruses.[11-13] The increased levels and broader profile of antibodies produced by RA 27/3 strain rubella virus vaccine appear to correlate with greater resistance to subclinical reinfection with the wild virus,[11,13-15] and provide greater confidence for lasting immunity.

Vaccine induced antibody levels following administration of M-M-R II have been shown to persist up to 11 years without substantial decline.[16,43] Continued surveillance will be necessary to determine further duration of antibody persistence.

---

* Registered trademark of MERCK & CO., Inc.
COPYRIGHT © MERCK & CO., Inc., 1990
All rights reserved

CONFIDENTIAL

MRK-KRA00667114
MRK-CHA00667114
Appx2900

## INDICATIONS AND USAGE

M-M-R II is indicated for simultaneous immunization against measles, mumps, and rubella in persons 15 months of age or older. A second dose of M-M-R II or monovalent measles vaccine is recommended (see *Revaccination*).[17,18,19]

Infants who are less than 15 months of age may fail to respond to the measles component of the vaccine due to presence in the circulation of residual measles antibody of maternal origin, the younger the infant, the lower the likelihood of seroconversion. In geographically isolated or other relatively inaccessible populations for whom immunization programs are logistically difficult, and in population groups in which natural measles infection may occur in a significant proportion of infants before 15 months of age, it may be desirable to give the vaccine to infants at an earlier age. Infants vaccinated under these conditions at less than 12 months of age should be revaccinated after reaching 15 months of age. There is some evidence to suggest that infants immunized at less than one year of age may not develop sustained antibody levels when later reimmunized. The advantage of early protection must be weighed against the chance for failure to respond adequately on reimmunization.[20]

Previously unimmunized children of susceptible pregnant women should receive live attenuated rubella vaccine, because an immunized child will be less likely to acquire natural rubella and introduce the virus into the household.

Individuals planning travel outside the United States, if not immune, can acquire measles, mumps or rubella and import these diseases to the United States. Therefore, prior to International travel, individuals known to be susceptible to one or more of these diseases can receive either a single antigen vaccine (measles, mumps or rubella), or a combined antigen vaccine as appropriate. However, M-M-R II is preferred for persons likely to be susceptible to mumps and rubella; and if single-antigen measles vaccine is not readily available, travelers should receive M-M-R II regardless of their immune status to mumps or rubella.[21,22,23]

*Non-Pregnant Adolescent and Adult Females*

Immunization of susceptible non-pregnant adolescent and adult females of childbearing age with live attenuated rubella virus vaccine is indicated if certain precautions are observed (see below and PRECAUTIONS). Vaccinating susceptible postpubertal females confers individual protection against subsequently acquiring rubella infection during pregnancy, which in turn prevents infection of the fetus and consequent congenital rubella injury.[24]

Women of childbearing age should be advised not to become pregnant for three months after vaccination and should be informed of the reasons for this precaution.

It is recommended that rubella susceptibility be determined by serologic testing prior to immunization.*** If immune, as evidenced by a specific rubella antibody titer of 1:8 or greater (hemagglutination-inhibition test), vaccination is unnecessary. Congenital malformations do occur in up to seven percent of all live births.[25] Their chance appearance after vaccination could lead to misinterpretation of the cause, particularly if the prior rubella-immune status of vaccinees is unknown.

Postpubertal females should be informed of the frequent occurrence of generally self-limited arthralgia and/or arthritis beginning 2 to 4 weeks after vaccination (see ADVERSE REACTIONS).

---

** NOTE: The Immunization Practices Advisory Committee (ACIP) has recommended "In view of the importance of protecting this age group against rubella, reasonable precautions in a rubella immunization program include asking females if they are pregnant, excluding those who say they are, and explaining the theoretical risks to the others."[24]

*** NOTE: The Immunization Practices Advisory Committee (ACIP) has stated "When practical, and when reliable laboratory services are available, potential vaccinees of childbearing age can have serologic tests to determine susceptibility to rubella....However, routinely performing serologic tests for all females of childbearing age to determine susceptibility so that vaccine is given only to proven susceptibles is expensive and has been ineffective in some areas. Accordingly, the ACIP believes that rubella vaccination of a woman who is not known to be pregnant and has no history of vaccination is justifiable without serologic testing."[24]

CONFIDENTIAL

MRK-KRA00667115
MRK-CHA00667115

Appx2901

*Postpartum Women*

It has been found convenient in many instances to vaccinate rubella-susceptible women in the immediate postpartum period. (See *Nursing Mothers.*)

*Revaccination:* Children first vaccinated when younger than 12 months of age should be revaccinated at 15 months of age.

The American Academy of Pediatrics (AAP), the Immunization Practices Advisory Committee (ACIP), and some state and local health agencies have recommended guidelines for routine measles revaccination and to help control measles outbreaks.[26,27†]

Vaccines available for revaccination include monovalent measles vaccine [ATTENUVAX (Measles Virus Vaccine Live,)] and polyvalent vaccines containing measles [e.g., M-M-R II, M-R-VAX II (Measles and Rubella Virus Vaccine Live)]. If the prevention of sporadic measles outbreaks is the sole objective, revaccination with a monovalent measles vaccine should be considered (see appropriate product circular). If concern also exists about immune status regarding mumps or rubella, revaccination with appropriate monovalent or polyvalent vaccine should be considered after consulting the appropriate product circulars. Unnecessary doses of a vaccine are best avoided by ensuring that written documentation of vaccination is preserved and a copy given to each vaccinee's parent or guardian.

*Use with other Vaccines*

Routine administration of DTP (diphtheria, tetanus, pertussis) and/or OPV (oral poliovirus vaccine) concomitantly with measles, mumps, and rubella vaccines is not recommended because there are limited data[28] relating to the simultaneous administration of these antigens. M-M-R II should be given one month before or after administration of other vaccines.

However, other schedules have been used. For example, the American Academy of Pediatrics has noted that when the patient may not return, some practitioners prefer to administer DTP, OPV, and M-M-R II on a single day. If done, separate sites and syringes should be used for DTP and M-M-R II.[29] The Immunization Practices Advisory Committee (ACIP) recommends routine simultaneous administration of M-M-R II, DTP and OPV or inactivated polio vaccine (IPV) to all children ≥15 months who are eligible to receive these vaccines on the basis that there are equivalent antibody responses and no clinically significant increases in the frequency of adverse events when DTP, M-M-R II and OPV or IPV are administered either simultaneously at different sites or separately.[††] Administration of M-M-R II at 15 months followed by DTP and OPV (or IPV) at 18 months remains an acceptable alternative, especially for children with caregivers known to be generally compliant with other health-care recommendations.

## CONTRAINDICATIONS

Do not give M-M-R II to pregnant females; the possible effects of the vaccine on fetal development are unknown at this time. If vaccination of postpubertal females is undertaken, pregnancy should be avoided for three months following vaccination. (See PRECAUTIONS, *Pregnancy.*)

Anaphylactic or anaphylactoid reactions to neomycin (each dose of reconstituted vaccine contains approximately 25 mcg of neomycin).

History of anaphylactic or anaphylactoid reactions to eggs (see HYPERSENSITIVITY TO EGGS below).

Any febrile respiratory illness or other active febrile infection.

---

†NOTE: A primary difference among these recommendations is the timing of revaccination: the ACIP recommends routine revaccination at entry into kindergarten or first grade, whereas the AAP recommends routine revaccination at entrance to middle school or junior high school. In addition, some public health jurisdictions mandate the age for revaccination. The complete text of applicable guidelines should be consulted.[26,27]

††NOTE: The Immunization Practices Advisory Committee (ACIP) recommends administering M-M-R II concomitantly with the fourth dose of DTP and the third dose of OPV to children 15 months of age or older providing that 6 months have elapsed since DTP-3; or, if fewer than three DTPs have been received, at least 6 weeks have elapsed since the last dose of DTP and OPV.

CONFIDENTIAL

MRK-KRA00667116
MRK-CHA00667116

Appx2902

Active untreated tuberculosis.

Patients receiving immunosuppressive therapy. This contraindication does not apply to patients who are receiving corticosteroids as replacement therapy, e.g., for Addison's disease.

Individuals with blood dyscrasias, leukemia, lymphomas of any type, or other malignant neoplasms affecting the bone marrow or lymphatic systems.

Primary and acquired immunodeficiency states, including patients who are immunosuppressed in association with AIDS or other clinical manifestations of infection with human immunodeficiency viruses;[30,31] cellular immune deficiencies; and hypogammaglobulinemic and dysgammaglobulinemic states.

Individuals with a family history of congenital or hereditary immunodeficiency, until the immune competence of the potential vaccine recipient is demonstrated.[32]

## HYPERSENSITIVITY TO EGGS

Live measles vaccine and live mumps vaccine are produced in chick embryo cell culture. Persons with a history of anaphylactic, anaphylactoid, or other immediate reactions (e.g., hives, swelling of the mouth and throat, difficulty breathing, hypotension, or shock) subsequent to egg ingestion should not be vaccinated. Evidence indicates that persons are not at increased risk if they have egg allergies that are not anaphylactic or anaphylactoid in nature. Such persons may be vaccinated in the usual manner. There is no evidence to indicate that persons with allergies to chickens or feathers are at increased risk of reaction to the vaccine.[20]

## PRECAUTIONS

*General*

Adequate treatment provisions including epinephrine, should be available for immediate use should an anaphylactic or anaphylactoid reaction occur.

Due caution should be employed in administration of M-M-R II to persons with a history of cerebral injury, individual or family histories of convulsions, or any other condition in which stress due to fever should be avoided. The physician should be alert to the temperature elevation which may occur following vaccination. (See ADVERSE REACTIONS.)

Children and young adults who are known to be infected with human immunodeficiency viruses but without overt clinical manifestations of immunosuppression may be vaccinated; however, the vaccinees should be monitored closely for vaccine-preventable diseases because immunization may be less effective than for uninfected persons.[30,31]

Vaccination should be deferred for at least 3 months following blood or plasma transfusions, or administration of human immune serum globulin.

Excretion of small amounts of the live attenuated rubella virus from the nose or throat has occurred in the majority of susceptible individuals 7-28 days after vaccination. There is no confirmed evidence to indicate that such virus is transmitted to susceptible persons who are in contact with the vaccinated individuals. Consequently, transmission through close personal contact, while accepted as a theoretical possibility, is not regarded as a significant risk.[24] However, transmission of the rubella vaccine virus to infants via breast milk has been documented (see *Nursing Mothers*).

There are no reports of transmission of live attenuated measles or mumps viruses from vaccinees to susceptible contacts.

It has been reported that live attenuated measles, mumps and rubella virus vaccines given individually may result in a temporary depression of tuberculin skin sensitivity. Therefore, if a tuberculin test is to be done, it should be administered either before or simultaneously with M-M-R II.

Children under treatment for tuberculosis have not experienced exacerbation of the disease when immunized with live measles virus vaccine;[33] no studies have been reported to date of the effect of measles virus vaccines on untreated tuberculous children.

As for any vaccine, vaccination with M-M-R II may not result in seroconversion in 100% of susceptible persons given the vaccine.

CONFIDENTIAL

MRK-KRA00667117
MRK-CHA00667117
Appx2903

*Pregnancy*
*Pregnancy Category C*

Animal reproduction studies have not been conducted with M-M-R II. It is also not known whether M-M-R II can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Therefore, the vaccine should not be administered to pregnant females; furthermore, pregnancy should be avoided for three months following vaccination (see CONTRAINDICATIONS).

In counseling women who are inadvertently vaccinated when pregnant or who become pregnant within 3 months of vaccination, the physician should be aware of the following: (1) In a 10 year survey involving over 700 pregnant women who received rubella vaccine within 3 months before or after conception (of whom 189 received the Wistar RA 27/3 strain), none of the newborns had abnormalities compatible with congenital rubella syndrome;[34] (2) Although mumps virus is capable of infecting the placenta and fetus, there is no good evidence that it causes congenital malformations in humans. Mumps vaccine virus also has been shown to infect the placenta, but the virus has not been isolated from the fetal tissues from susceptible women who were vaccinated and underwent elective abortions;[35] and (3) Reports have indicated that contracting of natural measles during pregnancy enhances fetal risk. Increased rates of spontaneous abortion, stillbirth, congenital defects and prematurity have been observed subsequent to natural measles during pregnancy. There are no adequate studies of the attenuated (vaccine) strain of measles virus in pregnancy. However, it would be prudent to assume that the vaccine strain of virus is also capable of inducing adverse fetal effects.

*Nursing Mothers*

It is not known whether measles or mumps vaccine virus is secreted in human milk. Recent studies have shown that lactating postpartum women immunized with live attenuated rubella vaccine may secrete the virus in breast milk and transmit it to breast-fed infants.[36] In the infants with serological evidence of rubella infection, none exhibited severe disease; however, one exhibited mild clinical illness typical of acquired rubella.[37,38] Caution should be exercised when M-M-R II is administered to a nursing woman.

## ADVERSE REACTIONS

Burning and/or stinging of short duration at the injection site have been reported.

The adverse clinical reactions associated with the use of M-M-R II are those expected to follow administration of the monovalent vaccines given separately. These may include malaise, sore throat, cough, rhinitis, headache, dizziness, fever, rash, nausea, vomiting or diarrhea; mild local reactions such as erythema, induration, tenderness and regional lymphadenopathy; parotitis, orchitis, nerve deafness, thrombocytopenia and purpura; allergic reactions such as wheal and flare at the injection site or urticaria; polyneuritis; and arthralgia and/or arthritis (usually transient and rarely chronic).

Anaphylaxis and anaphylactoid reactions have been reported.

Vasculitis has been reported rarely.

Otitis media and conjunctivitis have been reported.

Moderate fever [101-102.9°F (38.3-39.4°C)] occurs occasionally, and high fever [above 103°F (39.4°C)] occurs less commonly. On rare occasions, children developing fever may exhibit febrile convulsions. Afebrile convulsions or seizures have occurred rarely following vaccination with live attenuated measles vaccine. Syncope, particularly at the time of mass vaccination, has been reported. Rash occurs infrequently and is usually minimal, but rarely may be generalized. Erythema multiforme has also been reported rarely.

Forms of optic neuritis, including retrobulbar neuritis, papillitis, and retinitis may infrequently follow viral infections, and have been reported to occur 1 to 3 weeks following inoculation with some live virus vaccines.

Clinical experience with live attenuated measles, mumps and rubella virus vaccines given individually indicates that encephalitis and other nervous system reactions have occurred very rarely. These might occur also with M-M-R II.

Experience from more than 80 million doses of all live measles vaccines given in the U.S. through 1975 indicates that significant central nervous system reactions such as encephalitis and

CONFIDENTIAL

MRK-KRA00667118
MRK-CHA00667118

Appx2904

encephalopathy, occurring within 30 days after vaccination, have been temporally associated with measles vaccine very rarely.[39] In no case has it been shown that reactions were actually caused by vaccine. The Center for Disease Control has pointed out that "a certain number of cases of encephalitis may be expected to occur in a large childhood population in a defined period of time even when no vaccines are administered". However, the data suggest the possibility that some of these cases may have been caused by measles vaccines. The risk of such serious neurological disorders following live measles virus vaccine administration remains far less than that for encephalitis and encephalopathy with natural measles (one per two thousand reported cases).

There have been rare reports of ocular palsies, Guillain-Barré syndrome, or ataxia occurring after immunization with vaccines containing live attenuated measles virus. The ocular palsies have occurred approximately 3-24 days following vaccination. No definite causal relationship has been established between these events and immunization. Isolated reports of polyneuropathy including Guillain-Barré syndrome have also been reported after immunization with rubella-containing vaccines.

There have been reports of subacute sclerosing panencephalitis (SSPE) in children who did not have a history of natural measles but did receive measles vaccine. Some of these cases may have resulted from unrecognized measles in the first year of life or possibly from the measles vaccination. Based on estimated nationwide measles vaccine distribution, the association of SSPE cases to measles vaccination is about one case per million vaccine doses distributed. This is far less than the association with natural measles, 6-22 cases of SSPE per million cases of measles. The results of a retrospective case-controlled study conducted by the Center for Disease Control suggest that the overall effect of measles vaccine has been to protect against SSPE by preventing measles with its inherent higher risk of SSPE.[40]

Local reactions characterized by marked swelling, redness and vesiculation at the injection site of attenuated live measles virus vaccines, and systemic reactions including atypical measles, have occurred in persons who received killed measles vaccine previously. M-M-R II was not given under this condition in clinical trials. Rarely, more severe reactions that require hospitalization, including prolonged high fevers and extensive local reactions, have been reported.[41] Panniculitis has been reported rarely following administration of measles vaccine.[42]

Arthralgia and/or arthritis (usually transient and rarely chronic), and polyneuritis are features of natural rubella and vary in frequency and severity with age and sex, being greatest in adult females and least in prepubertal children. This type of involvement as well as myalgia and paresthesia, have also been reported following administration of MERUVAX II (Rubella Virus Vaccine Live).

Chronic arthritis has been associated with natural rubella infection and has been related to persistent virus and/or viral antigen isolated from body tissues. Only rarely have vaccine recipients developed chronic joint symptoms.

Following vaccination in children, reactions in joints are uncommon and generally of brief duration. In women, incidence rates for arthritis and arthralgia are generally higher than those seen in children (children: 0-3%; women: 12-20%),[43] and the reactions tend to be more marked and of longer duration. Symptoms may persist for a matter of months or on rare occasions for years. In adolescent girls, the reactions appear to be intermediate in incidence between those seen in children and in adult women. Even in older women (35-45 years), these reactions are generally well tolerated and rarely interfere with normal activities.

## DOSAGE AND ADMINISTRATION

*FOR SUBCUTANEOUS ADMINISTRATION*
*Do not inject intravenously*

The dosage of vaccine is the same for all persons. Inject the total volume of the single dose vial (about 0.5 mL) or 0.5 mL of the 10 dose vial of reconstituted vaccine subcutaneously, preferably into the outer aspect of upper arm. *Do not give immune globulin (IG) concurrently with M-M-R II.*

During shipment, to insure that there is no loss of potency, the vaccine must be maintained at a temperature of 10°C (50°F) or less.

Before reconstitution, store M-M-R II at 2 - 8°C (36 - 46°F). *Protect from light.*

CONFIDENTIAL

MRK-KRA00667119
MRK-CHA00667119

Appx2905

CAUTION: A sterile syringe free of preservatives, antiseptics, and detergents should be used for each injection and/or reconstitution of the vaccine because these substances may inactivate the live virus vaccine. A 25 gauge, 5/8" needle is recommended.

To reconstitute, use only the diluent supplied, since it is free of preservatives or other antiviral substances which might inactivate the vaccine.

*Single Dose Vial* — First withdraw the entire volume of diluent into the syringe to be used for reconstitution. Inject all the diluent in the syringe into the vial of lyophilized vaccine, and agitate to mix thoroughly. Withdraw the entire contents into a syringe and inject the total volume of restored vaccine subcutaneously.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

*10 Dose Vial (available only to government agencies/institutions)* — Withdraw the entire contents (7 mL) of the diluent vial into the sterile syringe to be used for reconstitution, and introduce into the 10 dose vial of lyophilized vaccine. Agitate to ensure thorough mixing. The outer labeling suggests "For Jet Injector or Syringe Use". Use with separate sterile syringes is permitted for containers of 10 doses or less. The vaccine and diluent do not contain preservatives; therefore, the user must recognize the potential contamination hazards and exercise special precautions to protect the sterility and potency of the product. The use of aseptic techniques and proper storage prior to and after restoration of the vaccine and subsequent withdrawal of the individual doses is essential. Use 0.5 mL of the reconstituted vaccine for subcutaneous injection.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

Each dose contains not less than the equivalent of 1,000 $TCID_{50}$ of the U.S. Reference Measles Virus, 20,000 $TCID_{50}$ of the U.S. Reference Mumps Virus and 1,000 $TCID_{50}$ of the U.S. Reference Rubella Virus.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration. M-M-R II, when reconstituted, is clear yellow.

## HOW SUPPLIED

No. 4749 — M-M-R II is supplied as a single-dose vial of lyophilized vaccine, **NDC** 0006-4749-00, and a vial of diluent.

No. 4681/4309 — M-M-R II is supplied as follows: (1) a box of 10 single-dose vials of lyophilized vaccine (package A), **NDC** 0006-4681-00; and (2) a box of 10 vials of diluent (package B). To conserve refrigerator space, the diluent may be stored separately at room temperature

(6505-00-165-6519, Ten Pack).

*Available only to government agencies/institutions:*

No. 4682X — M-M-R II is supplied as one 10 dose vial of lyophilized vaccine.

**NDC** 0006-4682-00, and one 7 mL vial of diluent.

*Storage*

It is recommended that the vaccine be used as soon as possible after reconstitution. Protect vaccine from light at all times, since such exposure may inactivate the virus. Store reconstituted vaccine in the vaccine vial in a dark place at 2-8°C (36-46°F) and discard if not used within 8 hours.

## REFERENCES

1. Plotkin, S.A.; Cornfeld, D.; Ingalls, T.H.: Studies of immunization with living rubella virus: Trials in children with a strain cultured from an aborted fetus, Am. J. Dis. Child. *110:* 381-389, 1965.

2. Plotkin, S.A.; Farquhar, J.; Katz, M.; Ingalls, T.H.: A new attenuated rubella virus grown in human fibroblasts: Evidence for reduced nasopharyngeal excretion, Am. J. Epidemiol. *86:* 468-477, 1967.

3. Fogel, A.; Moshkowitz, A.; Rannon, L.; Gerichter, Ch.B: Comparative trials of RA 27/3 and Cendehill rubella vaccines in adult and adolescent females, Am. J. Epidemiol. *93:* 392-393, 1971.

**CONFIDENTIAL**

MRK-KRA00667120
MRK-CHA00667120

Appx2906

4. Andzhaparidze, O.G.; Desyatskova, R.G.; Chervonski, G.I.; Pryanichnikova, L.V.: Immunogenicity and reactogenicity of live attenuated rubella virus vaccines, Am. J. Epidemiol. *91:* 527-530, 1970.

5. Freestone, D.S.; Reynolds, G.M.; McKinnon, J.A.; Prydie, J.: Vaccination of schoolgirls against rubella. Assessment of serological status and a comparative trial of Wistar RA 27/3 and Cendehill strain live attenuated rubella vaccines in 13-year-old schoolgirls in Dudley, Br. J. Prev. Soc. Med. *29:* 258-261, 1975.

6. Grillner, L.; Hedstrom, C.E.; Bergstrom, H.; Forssman, L.; Rigner, A.; Lycke, E.: Vaccination against rubella of newly delivered women, Scand. J. Infect. Dis. *5:* 237-241, 1973.

7. Grillner, L.: Neutralizing antibodies after rubella vaccination of newly delivered women: a comparison between three vaccines, Scand. J. Infect. Dis. *7:* 169-172, 1975.

8. Wallace, R.B.; Isacson, P.: Comparative trial of HPV-77, DE-5 and RA 27/3 live-attenuated rubella vaccines, Am. J. Dis. Child. *124:* 536-538, 1972.

9. Lalla, M.; Vesikari, T.; Virolainen, M.: Lymphoblast proliferation and humoral antibody response after rubella vaccination, Clin. Exp. Immunol. *15:* 193-202, 1973.

10. LeBouvier, G.L.; Plotkin, S.A.: Precipitin responses to rubella vaccine RA 27/3, J. Infect. Dis. *123:* 220-223, 1971.

11. Horstmann, D.M.: Rubella: The challenge of its control, J.Infect. Dis. *123:* 640-654, 1971.

12. Ogra, P.L.; Kerr-Grant, D.; Umana, G.; Dzierba, J.; Weintraub, D.: Antibody response in serum and nasopharynx after naturally acquired and vaccine-induced infection with rubella virus, N. Engl. J. Med. *285:* 1333-1339, 1971.

13. Plotkin, S.A.; Farquhar, J.D.; Ogra, P.L.: Immunologic properties of RA 27/3 rubella virus vaccine, J. Am. Med. Assoc. *225:* 585-590, 1973.

14. Liebhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; Horstmann, D.M.: Vaccination with RA 27/3 rubella vaccine. Persistence of immunity and resistance to challenge after two years, Am. J. Dis. Child. *123:* 133-136, 1972.

15. Farquhar, J.D.: Follow-up on rubella vaccinations and experience with subclinical reinfection, J. Pediatr. *81:* 460-465, 1972.

16. Weibel, R.E.; Carlson, A.J.; Villarejos, V.M.; Buynak, E.B.; McLean, A.A.; Hilleman, M.R.: Clinical and Laboratory Studies of Combined Live Measles, Mumps, and Rubella Vaccines Using the RA 27/3 Rubella Virus, Proc. Soc. Exp. Biol. Med. *165:* 323-326, 1980.

17. Bottiger, M.; Christenson, B.; Romanus, V.; Taranger, J.; Strandell, A.: Swedish experience of two dose vaccination programme aiming at eliminating measles, mumps, and rubella, Brit. Med. J. *295*(14): 1264-1267, November 1987.

18. Markowitz, L.E.; Preblud, S.R.; Orenstein, W.A.; et al: Patterns of transmission in measles outbreaks in the United States, 1985-1986, N. Engl. J. Med. *320*(2): 75-81, January 12, 1989.

19. Peltola, H.; Heinonen, O.P.; Valle, M.; et al: Five-year experience in elimination of indigenous measles, mumps, and rubella in Finland, Abstracts of the 29th ICAAC, Houston, Texas, Abstract #179, 130, September, 1989.

20. American Academy of Pediatrics: Report of the Committee on Infectious Disease, Evanston, Ill., AAP, p. 136-137, 1982.

21. Recommendations of the Immunization Practices Advisory Committee (ACIP), Measles Prevention, MMWR *36*(26): 409-425, July 10, 1987.

22. Jong, E.C., The Travel and Tropical Medicine Manual, W.B. Saunders Company, p. 12-16, 1987.

23. Committee on Immunization Council of Medical Societies, American College of Physicians, Phila., PA, Guide for Adult Immunization, First Edition, 1985.

24. Recommendation of the Immunization Practices Advisory Committee (ACIP), Morbidity and Mortality Weekly Report *33*(22): 301-310, 315-318, June 8, 1984.

25. McIntosh, R.; Merritt, K.K.; Richards, M.R.; Samuels, M.H.; Bellows, M.T.: The incidence of congenital malformations: A study of 5,964 pregnancies, Pediatr. *14:* 505-521, 1954.

26. American Academy of Pediatrics, Committee on Infectious Diseases, Measles: Reassessment of the Current Immunization Policy, Pediatrics *84*(6): 1110-1113, December, 1989.

27. Measles Prevention: Recommendations of the Immunization Practices Advisory Committee (ACIP), Morbidity and Mortality Weekly Report *38*(S-9): 5-22, December 29, 1989.

28. Recommendations of the Immunization Practices Advisory Committee (ACIP), General Recommendations on Immunization, MMWR *38*(13): 205-228, April 7, 1989.

29. American Academy of Pediatrics: Report of the Committee on Infectious Disease, Evanston, Ill., 1982, p. 17.

30. Center for Disease Control: Immunization of Children Infected with Human T-Lymphotropic Virus Type III/Lymphadenopathy-Associated Virus, Annals of Internal Medicine, *106:* 75-78, 1987.

CONFIDENTIAL

MRK-KRA00667121
MRK-CHA00667121

Appx2907

31. Krasinski, K.; Borkowsky, W.; Krugman, S.: Antibody following measles immunization in children infected with human T-cell lymphotropic virus-type III/lymphadenopathy associated virus (HTLV-III/LAV) [Abstract]. In: Program and abstracts of the International Conference on Acquired Immunodeficiency Syndrome, Paris, France, June 23-25, 1986.

32. Recommendation of the Immunization Practices Advisory Committee (ACIP), General Recommendations on Immunization, Morbidity and Mortality Weekly Report 32(1): 13, January 14, 1983.

33. Starr, S.; Berkovich, S.: The effect of measles, gamma globulin modified measles, and attenuated measles vaccine on the course of treated tuberculosis in children, Pediatrics 35: 97-102, January, 1965.

34. Rubella vaccination during pregnancy — United States, 1971-1981. Morbidity and Mortality Weekly Report 31(35): 477-481, September 10, 1982.

35. Recommendation of the Immunization Practices Advisory Committee (ACIP), Mumps Vaccine, Morbidity and Mortality Weekly Report 31(46): 617-620, 625, November 26, 1982.

36. Losonsky, G.A.; Fishaut, J.M.; Strussenber, J.; Ogra, P.L.: Effect of immunization against rubella on lactation products. II. Maternal-neonatal interactions, J. Infect. Dis. 145: 661-666, 1982.

37. Landes, R.D.; Bass, J.W.; Millunchick, E.W.; Oetgen, W.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. 97: 465-467, 1980.

38. Lerman, S.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. 98: 668, 1981. (Letter)

39. CDC. Important Information about Measles, Mumps, and Rubella, and Measles, Mumps, and Rubella Vaccines. 1980. 1983.

40. CDC, Measles Surveillance, Report No. 11, p. 14, September, 1982.

41. Recommendation of the Immunization Practices Advisory Committee (ACIP), Measles Prevention, Morbidity and Mortality Weekly Report 31(17): 217-224, 229-231, May 7, 1982.

42. Buck, B.E.; Yang, L.C.; Caleb, M.H.; Green, J.M.; South, M.A.: Measles virus panniculitis subsequent to vaccine administration, J. Pediatrics 101(3): 366-373, 1982.

43. Unpublished data from the files of Merck Research Laboratories.

Manuf. and Dist. by

⊕ MERCK & CO., INC., West Point, PA 19486, USA

Issued March 1995
Printed in USA

CONFIDENTIAL

MRK-KRA00667122
MRK-CHA00667122
Appx2908

10/25/2019
Declaration of G. Reilly
EXHIBIT 34



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0029256



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0029257



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Appx2912**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0029259



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0029263

**Appx2917**

10/25/2019
Declaration of G. Reilly
EXHIBIT 35



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0000005

**Appx2920**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0000007

Appx2922

10/25/2019
Declaration of G. Reilly
EXHIBIT 36

**To:** Chirgwin, Keith D.
**From:** Abraham, Katalin G.
**Sent:** Mon 10/5/1998 10:57:54 AM
**Importance:** **High**
**Subject:** FW: Teleconference, 2/23/96, with B. Yetter

You thought I was kidding!
Kati
 ----------
From: Abraham, Katalin G.
Sent: Monday, February 26, 1996 9:37 AM
To: Wonnacott, David M.; Loper, Elinda D.
Cc: Holliday, Cathy; Thompson, Barbara; Prahalada, Srinivasa; Varilla, Mark F.
Subject: Teleconference, 2/23/96, with B. Yetter

On 2/23/96, there was a teleconference with Bob Yetter, CBER, regarding M-M-R II labelling. In attendance were Dave Wonnacott, Donna Marron and me.

The National Childhood Vaccine Injury Act (NCVIA) has mandated CBER review of all vaccine labelling. The first draft of the Federal Register notice must be completed in April. The notice will include copies of all the approved (not necessarily final printing) labelling in the docket. CBER will prepare the first draft of the Federal Register notice. This will be written under the assumption that the draft of the M-M-R II revision will be satisfactory.

Donna Marron explained to Bob Yetter that the M-M-R II label has not completed revision nor internal review due to other priorities and that Merck was not aware of the NCVIA mandate. She also stated that we wanted to include the current AAP and ACIP recommendations. According to Bob, CBER will provide expeditious review of the M-M-R II label. He said that the revision should include the CBER comments sent in their revision of 8/11/95 and one other comment. He did not think that inclusion of the current AAP/ACIP recommendations would significantly delay CBER review turnaround and suggested that when the preliminary approach was available, an informal CBER review be arranged. The completed label must be available for CBER review on 4/15/96. If there are any problems meeting this deadline, Bob requests that he be contacted.
According to Bob, Dr. Lundquist, CBER, raised the issue of the mumps labelling. The current label says that 20,000 TCID50 are available at reconstitution. According to Bob, CBER understands that only 70% of lots will actually contain 20,000 infectious units at expiry. Dave Wonnacott explained that we are currently evaluating this and that historically we have provided the release specification. Bob said that the way it is written it implied that this is met through expiry. He said that for the purposes of the NCVIA, CBER will accept a change in the labelling that is consistent with the data and suggested either "at the time of filling, contains no less than 20,000..." or "at expiry, no less than 5,000. . ." Bob Yetter reiterated that after this and the 8/11/95 issues are addresssed, CBER will turn their review around in short order.

**CONFIDENTIAL**

MRK-KRA00095142
MRK-CHA00095142
Appx2924

10/25/2019
Declaration of G. Reilly
EXHIBIT 37



## MERCK & CO., INC.
West Point, PA 19486, USA                                    9243600

# M-M-R® II
## (MEASLES, MUMPS, and
## RUBELLA VIRUS VACCINE LIVE)

## DESCRIPTION

M-M-R· II (Measles, Mumps, and Rubella Virus Vaccine Live) is a live virus vaccine for vaccination against measles (rubeola), mumps and rubella (German measles).

M-M-R II is a sterile lyophilized preparation of (1) ATTENUVAX· (Measles Virus Vaccine Live), a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain and propagated in chick embryo cell culture; (2) MUMPSVAX· (Mumps Virus Vaccine Live), the Jeryl Lynn·· (B level) strain of mumps virus propagated in chick embryo cell culture; and (3) MERUVAX· II (Rubella Virus Vaccine Live), the Wistar RA 27/3 strain of live attenuated rubella virus propagated in WI-38 human diploid lung fibroblasts.[1,2]

The growth medium for measles and mumps is Medium 199 (a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum) containing SPGA (sucrose, phosphate, glutamate, and human albumin) as stabilizer and neomycin.

The growth medium for rubella is Minimum Essential Medium (MEM) [a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum] containing human serum albumin and neomycin. Sorbitol and hydrolyzed gelatin stabilizer are added to the individual virus harvests.

The cells, virus pools, fetal bovine serum, and human albumin are all screened for the absence of adventitious agents. Human albumin is processed using the Cohn cold ethanol fractionation procedure.

The reconstituted vaccine is for subcutaneous administration. Each 0.5 mL dose contains not less than 1,000 TCID$_{50}$ (tissue culture infectious doses) of measles virus; 20,000 TCID$_{50}$ of mumps virus; and 1,000 TCID$_{50}$ of rubella virus. Each dose of the vaccine is calculated to contain sorbitol (14.5 mg), sodium phosphate, sucrose (1.9 mg), sodium chloride, hydrolyzed gelatin (14.5 mg), human albumin (0.3 mg), fetal bovine serum (<1 ppm), other buffer and media ingredients and approximately 25 mcg of neomycin. The product contains no preservative.

Before reconstitution, the lyophilized vaccine is a light yellow compact crystalline plug. M-M-R II, when reconstituted as directed, is clear yellow.

## CLINICAL PHARMACOLOGY

Measles, mumps, and rubella are three common childhood diseases, caused by measles virus, mumps virus (paramyxoviruses), and rubella virus (togavirus), respectively, that may be associated with serious complications and/or death. For example, pneumonia and encephalitis are caused by measles. Mumps is associated with aseptic meningitis, deafness and orchitis; and rubella during pregnancy may cause congenital rubella syndrome in the infants of infected mothers.

The impact of measles, mumps, and rubella vaccination on the natural history of each disease in the United States can be quantified by comparing the maximum number of measles, mumps, and rubella cases reported in a given year prior to vaccine use to the number of cases of each disease reported in 1995. For measles, 894,134 cases reported in 1941 compared to 288 cases reported in 1995 resulted in a 99.97% decrease in reported cases; for mumps, 152,209 cases reported in 1968 compared to 840 cases reported in 1995 resulted in a 99.45% decrease in reported cases; and for rubella, 57,686 cases reported in 1969 compared to 200 cases reported in 1995 resulted in a 99.65% decrease.[3]

Clinical studies of 279 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated. In these studies, a single injection of the

* Registered trademark of MERCK & CO., Inc.
COPYRIGHT © MERCK & CO., Inc., 1990, 1999
All rights reserved
** Trademark of MERCK & CO., Inc.

1

MRK-KRA01449029
MRK-CHA01449029
Appx2926

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9243600

vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95%, mumps neutralizing antibodies in 96%, and rubella HI antibodies in 99% of susceptible persons. However, a small percentage (1-5%) of vaccinees may fail to seroconvert after the primary dose (see also INDICATIONS AND USAGE, *Recommended Vaccination Schedule*).

A study[4] of 6 month old and 15 month old infants born to vaccine-immunized mothers demonstrated that, following vaccination with ATTENUVAX, 74% of the 6 month old infants developed detectable neutralizing antibody (NT) titers while 100% of the 15 month old infants developed NT. This rate of seroconversion is higher than that previously reported for 6 month old infants born to naturally immune mothers tested by HI assay. When the 6 month old infants of immunized mothers were revaccinated at 15 months, they developed antibody titers equivalent to the 15 month old vaccinees. The lower seroconversion rate in 6 month olds has two possible explanations: 1) Due to the limit of the detection level of the assays (NT and enzyme immunoassay [EIA]), the presence of trace amounts of undetectable maternal antibody might interfere with the seroconversion of infants; or 2) the immune system of 6 month olds is not always capable of mounting a response to measles vaccine as measured by the two antibody assays.

There is some evidence to suggest that infants who are born to mothers who had natural measles and who are vaccinated at less than one year of age may not develop sustained antibody levels when later revaccinated. The advantage of early protection must be weighed against the chance for failure to respond adequately on reimmunization.[5,6]

Efficacy of measles, mumps and rubella vaccine was established in a series of double-blind controlled field trials which demonstrated a high degree of protective efficacy afforded by the individual vaccine components.[7-12] These studies also established that seroconversion in response to vaccination against measles, mumps, and rubella paralleled protection from these diseases.[13-15]

Following vaccination, antibodies associated with protection can be measured by neutralization assays, HI, or ELISA (enzyme linked immunosorbent assay) tests. Neutralizing and ELISA antibodies to measles, mumps, and rubella viruses are still detectable in most individuals 11-13 years after primary vaccination.[16-18] See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing.

The RA 27/3 rubella strain in M-M-R II elicits higher immediate post-vaccination HI, complement-fixing and neutralizing antibody levels than other strains of rubella vaccine[19-25] and has been shown to induce a broader profile of circulating antibodies including anti-theta and anti-iota precipitating antibodies.[26,27] The RA 27/3 rubella strain immunologically simulates natural infection more closely than other rubella vaccine viruses.[27-29] The increased levels and broader profile of antibodies produced by RA 27/3 strain rubella virus vaccine appear to correlate with greater resistance to subclinical reinfection with the wild virus,[27,29-31] and provide greater confidence for lasting immunity.

## INDICATIONS AND USAGE

*Recommended Vaccination Schedule*

M-M-R II is indicated for simultaneous vaccination against measles, mumps, and rubella in individuals 12 months of age or older.

Individuals first vaccinated at 12 months of age or older should be revaccinated prior to elementary school entry. Revaccination may seroconvert primary failures or boost antibody titers of previously vaccinated individuals whose titers have declined. The Advisory Committee on Immunization Practices (ACIP) recommends administration of the first dose of M-M-R II at 12-15 months of age and administration of the second dose of M-M-R II at 4-6 years of age.[59] In addition, some public health jurisdictions mandate the age for revaccination. Consult the complete text of applicable guidelines regarding routine revaccination including that of high-risk adult populations.

*Measles Outbreak Schedule*

*Infants Between 6-12 Months of Age*

Local health authorities may recommend measles vaccination of infants between 6-12 months of age in outbreak situations. This population may fail to respond to the components of the vaccine. Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established. The younger the infant, the lower the likelihood of seroconversion (see CLINICAL

MRK-KRA01449030
MRK-CHA01449030
Appx2927

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9243600

PHARMACOLOGY). Such infants should receive a second dose of M-M-R II between 12 to 15 months of age followed by revaccination at elementary school entry.[59]

Unnecessary doses of a vaccine are best avoided by ensuring that written documentation of vaccination is preserved and a copy given to each vaccinee's parent or guardian.

*Other Vaccination Considerations*
*Non-Pregnant Adolescent and Adult Females*

Immunization of susceptible non-pregnant adolescent and adult females of childbearing age with live attenuated rubella virus vaccine is indicated if certain precautions are observed (see below and PRECAUTIONS). Vaccinating susceptible postpubertal females confers individual protection against subsequently acquiring rubella infection during pregnancy, which in turn prevents infection of the fetus and consequent congenital rubella injury.[33]

Women of childbearing age should be advised not to become pregnant for 3 months after vaccination and should be informed of the reasons for this precaution.***

The ACIP has stated "If it is practical and if reliable laboratory services are available, women of childbearing age who are potential candidates for vaccination can have serologic tests to determine susceptibility to rubella. However, with the exception of premarital and prenatal screening, routinely performing serologic tests for all women of childbearing age to determine susceptibility (so that vaccine is given only to proven susceptible women) can be effective but is expensive. Also, 2 visits to the health-care provider would be necessary — one for screening and one for vaccination. Accordingly, rubella vaccination of a woman who is not known to be pregnant and has no history of vaccination is justifiable without serologic testing — and may be preferable, particularly when costs of serology are high and follow-up of identified susceptible women for vaccination is not assured."[33]

Postpubertal females should be informed of the frequent occurrence of generally self-limited arthralgia and/or arthritis beginning 2 to 4 weeks after vaccination (see ADVERSE REACTIONS).

*Postpartum Women*

It has been found convenient in many instances to vaccinate rubella-susceptible women in the immediate postpartum period (see PRECAUTIONS, *Nursing Mothers*).

*Other Populations*

Previously unvaccinated children older than 12 months who are in contact with susceptible pregnant women should receive live attenuated rubella vaccine (such as that contained in monovalent rubella vaccine or in M-M-R II) to reduce the risk of exposure of the pregnant woman.

Individuals planning travel outside the United States, if not immune, can acquire measles, mumps or rubella and import these diseases into the United States. Therefore, prior to international travel, individuals known to be susceptible to one or more of these diseases can receive either a monovalent vaccine (measles, mumps or rubella), or a combination vaccine as appropriate. However, M-M-R II is preferred for persons likely to be susceptible to mumps and rubella; and if monovalent measles vaccine is not readily available, travelers should receive M-M-R II regardless of their immune status to mumps or rubella.[34-36]

Vaccination is recommended for susceptible individuals in high-risk groups such as college students, health-care workers, and military personnel.[33,34,37]

According to ACIP recommendations, most persons born in 1956 or earlier are likely to have been infected with measles naturally and generally need not be considered susceptible. All children, adolescents, and adults born after 1956 are considered susceptible and should be vaccinated, if there are no contraindications. This includes persons who may be immune to measles but who lack adequate documentation of immunity such as: (1) physician-diagnosed measles, (2) laboratory evidence of measles immunity, or (3) adequate immunization with live measles vaccine on or after the first birthday.[34]

The ACIP recommends that "Persons vaccinated with inactivated vaccine followed within 3 months by live vaccine should be revaccinated with two doses of live vaccine. Revaccination is particularly important when the risk of exposure to natural measles virus is increased, as may occur during international travel."[34]

---

*** NOTE: The ACIP has recommended "In view of the importance of protecting this age group against rubella, reasonable practices in a rubella immunization program include a) asking women if they are pregnant, b) excluding those who say they are, c) explaining the concern about risk for the fetus to the others, and d) explaining the importance of not becoming pregnant during the 3 months following vaccination."[33]

3

MRK-KRA01449031
MRK-CHA01449031
Appx2928

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9243600

*Post-Exposure Vaccination*

Vaccination of individuals exposed to natural measles may provide some protection if the vaccine can be administered within 72 hours of exposure. If, however, vaccine is given a few days before exposure, substantial protection may be afforded.[34,38,39] There is no conclusive evidence that vaccination of individuals recently exposed to natural mumps or natural rubella will provide protection.[33,37]

*Use With Other Vaccines*

See DOSAGE AND ADMINISTRATION, *Use With Other Vaccines.*

**CONTRAINDICATIONS**

Hypersensitivity to any component of the vaccine, including gelatin.[40]

Do not give M-M-R II to pregnant females; the possible effects of the vaccine on fetal development are unknown at this time. If vaccination of postpubertal females is undertaken, pregnancy should be avoided for three months following vaccination (see PRECAUTIONS, *Pregnancy*).

Anaphylactic or anaphylactoid reactions to neomycin (each dose of reconstituted vaccine contains approximately 25 mcg of neomycin).

Febrile respiratory illness or other active febrile infection. However, the ACIP has recommended that all vaccines can be administered to persons with minor illnesses such as diarrhea, mild upper respiratory infection with or without low-grade fever, or other low-grade febrile illness.[41]

Patients receiving immunosuppressive therapy. This contraindication does not apply to patients who are receiving corticosteroids as replacement therapy, e.g., for Addison's disease.

Individuals with blood dyscrasias, leukemia, lymphomas of any type, or other malignant neoplasms affecting the bone marrow or lymphatic systems.

Primary and acquired immunodeficiency states, including patients who are immunosuppressed in association with AIDS or other clinical manifestations of infection with human immunodeficiency viruses;[41-43] cellular immune deficiencies; and hypogammaglobulinemic and dysgammaglobulinemic states. Death as a direct consequence of disseminated measles vaccine virus infection has been reported in immunocompromised individuals inadvertently vaccinated with measles-containing vaccine.

Individuals with a family history of congenital or hereditary immunodeficiency, until the immune competence of the potential vaccine recipient is demonstrated.

**WARNINGS**

Due caution should be employed in administration of M-M-R II to persons with a history of cerebral injury, individual or family histories of convulsions, or any other condition in which stress due to fever should be avoided. The physician should be alert to the temperature elevation which may occur following vaccination (see ADVERSE REACTIONS).

*Hypersensitivity To Eggs*

Live measles vaccine and live mumps vaccine are produced in chick embryo cell culture. Persons with a history of anaphylactic, anaphylactoid, or other immediate reactions (e.g., hives, swelling of the mouth and throat, difficulty breathing, hypotension, or shock) subsequent to egg ingestion may be at an enhanced risk of immediate-type hypersensitivity reactions after receiving vaccines containing traces of chick embryo antigen. The potential risk to benefit ratio should be carefully evaluated before considering vaccination in such cases. Such individuals may be vaccinated with extreme caution, having adequate treatment on hand should a reaction occur (see PRECAUTIONS).[45]

However, the AAP has stated, "Most children with a history of anaphylactic reactions to eggs have no untoward reactions to measles or MMR vaccine. Persons are not at increased risk if they have egg allergies that are not anaphylactic, and they should be vaccinated in the usual manner. In addition, skin testing of egg-allergic children with vaccine has not been predictive of which children will have an immediate hypersensitivity reaction...Persons with allergies to chickens or chicken feathers are not at increased risk of reaction to the vaccine."[44]

*Hypersensitivity to Neomycin*

The AAP states, "Persons who have experienced anaphylactic reactions to topically or systemically administered neomycin should not receive measles vaccine. Most often, however, neomycin allergy manifests as a contact dermatitis, which is a delayed-type (cell-mediated) immune response rather than

4

MRK-KRA01449032
MRK-CHA01449032
Appx2929

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9243600

anaphylaxis. In such persons, an adverse reaction to neomycin in the vaccine would be an erythematous, pruritic nodule or papule, 48 to 96 hours after vaccination. A history of contact dermatitis to neomycin is not a contraindication to receiving measles vaccine."[44]

*Thrombocytopenia*

Individuals with current thrombocytopenia may develop more severe thrombocytopenia following vaccination. In addition, individuals who experienced thrombocytopenia with the first dose of M-M-R II (or its component vaccines) may develop thrombocytopenia with repeat doses. Serologic status may be evaluated to determine whether or not additional doses of vaccine are needed. The potential risk to benefit ratio should be carefully evaluated before considering vaccination in such cases (see ADVERSE REACTIONS).


## PRECAUTIONS

*General*

Adequate treatment provisions including epinephrine injection (1:1000), should be available for immediate use should an anaphylactic or anaphylactoid reaction occur.

Special care should be taken to ensure that the injection does not enter a blood vessel.

Children and young adults who are known to be infected with human immunodeficiency viruses and are not immunosuppressed may be vaccinated. However, vaccinees who are infected with HIV should be monitored closely for vaccine-preventable diseases because immunization may be less effective than for uninfected persons (see CONTRAINDICATIONS).[42,43]

Vaccination may be deferred for 3 months or longer following blood or plasma transfusions, or administration of immune globulin (human).[44]

Excretion of small amounts of the live attenuated rubella virus from the nose or throat has occurred in the majority of susceptible individuals 7-28 days after vaccination. There is no confirmed evidence to indicate that such virus is transmitted to susceptible persons who are in contact with the vaccinated individuals. Consequently, transmission through close personal contact, while accepted as a theoretical possibility, is not regarded as a significant risk.[33] However, transmission of the rubella vaccine virus to infants via breast milk has been documented (see *Nursing Mothers*).

There are no reports of transmission of live attenuated measles or mumps viruses from vaccinees to susceptible contacts.

It has been reported that live attenuated measles, mumps and rubella virus vaccines given individually may result in a temporary depression of tuberculin skin sensitivity. Therefore, if a tuberculin test is to be done, it should be administered either before or simultaneously with M-M-R II.

Children under treatment for tuberculosis have not experienced exacerbation of the disease when immunized with live measles virus vaccine;[46] no studies have been reported to date of the effect of measles virus vaccines on untreated tuberculous children. However, individuals with active untreated tuberculosis should not be vaccinated.

As for any vaccine, vaccination with M-M-R II may not result in protection in 100% of vaccinees.

The health-care provider should determine the current health status and previous vaccination history of the vaccinee.

The health-care provider should question the patient, parent, or guardian about reactions to a previous dose of M-M-R II or other measles-, mumps-, or rubella-containing vaccines.

*Information for Patients*

The health-care provider should provide the vaccine information required to be given with each vaccination to the patient, parent or guardian.

The health-care provider should inform the patient, parent or guardian of the benefits and risks associated with vaccination. For risks associated with vaccination see WARNINGS, PRECAUTIONS, ADVERSE REACTIONS.

Patients, parents or guardians should be instructed to report any serious adverse reactions to their health-care provider who in turn should report such events to the U.S. Department of Health and Human Services through the Vaccine Adverse Event Reporting System (VAERS), 1-800-822-7967.[47]

Pregnancy should be avoided for 3 months following vaccination.

5

MRK-KRA01449033
MRK-CHA01449033
Appx2930

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                9243600

*Laboratory Tests*
   See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing, and CLINICAL PHARMACOLOGY.
*Drug Interactions*
   See DOSAGE AND ADMINISTRATION, *Use With Other Vaccines*.
*Immunosuppressive Therapy*
   The immune status of patients about to undergo immunosuppressive therapy should be evaluated so that the physician can consider whether vaccination prior to the initiation of treatment is indicated. (see CONTRAINDICATIONS and PRECAUTIONS)
   The ACIP has stated that "patients with leukemia in remission who have not received chemotherapy for at least 3 months may receive live-virus vaccines. Short-term (<2 weeks), low- to moderate-dose systemic corticosteroid therapy, topical steroid therapy (e.g. nasal, skin), long-term alternate-day treatment with low to moderate doses of short-acting systemic steroid, and intra-articular, bursal, or tendon injection of corticosteroids are not immunosuppressive in their usual doses and do not contraindicate the administration of [measles, mumps or rubella vaccine]."[33,34,37]
*Immune Globulin*
   Administration of immune globulins concurrently with M-M-R II may interfere with the expected immune response.[33,34,44]
   See also PRECAUTIONS, *General*.
*Carcinogenesis, Mutagenesis, Impairment of Fertility*
   M-M-R II has not been evaluated for carcinogenic or mutagenic potential, or potential to impair fertility.
*Pregnancy*
*Pregnancy Category C*
   Animal reproduction studies have not been conducted with M-M-R II. It is also not known whether M-M-R II can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Therefore, the vaccine should not be administered to pregnant females; furthermore, pregnancy should be avoided for 3 months following vaccination (see CONTRAINDICATIONS).
   In counseling women who are inadvertently vaccinated when pregnant or who become pregnant within 3 months of vaccination, the physician should be aware of the following: (1) In a 10 year survey involving over 700 pregnant women who received rubella vaccine within 3 months before or after conception (of whom 189 received the Wistar RA 27/3 strain), none of the newborns had abnormalities compatible with congenital rubella syndrome;[48] (2) Mumps infection during the first trimester of pregnancy may increase the rate of spontaneous abortion. Although mumps vaccine virus has been shown to infect the placenta and fetus, there is no evidence that it causes congenital malformations in humans;[37] and (3) Reports have indicated that contracting natural measles during pregnancy enhances fetal risk. Increased rates of spontaneous abortion, stillbirth, congenital defects and prematurity have been observed subsequent to natural measles during pregnancy.[57,58] There are no adequate studies of the attenuated (vaccine) strain of measles virus in pregnancy. However, it would be prudent to assume that the vaccine strain of virus is also capable of inducing adverse fetal effects.
*Nursing Mothers*
   It is not known whether measles or mumps vaccine virus is secreted in human milk. Recent studies have shown that lactating postpartum women immunized with live attenuated rubella vaccine may secrete the virus in breast milk and transmit it to breast-fed infants.[49] In the infants with serological evidence of rubella infection, none exhibited severe disease; however, one exhibited mild clinical illness typical of acquired rubella.[50,51] Caution should be exercised when M-M-R II is administered to a nursing woman.
*Pediatric Use*
   Safety and effectiveness of measles vaccine in infants below the age of 6 months have not been established (see also CLINICAL PHARMACOLOGY). Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established.

## ADVERSE REACTIONS

   The following adverse reactions are listed in decreasing order of severity, without regard to causality, within each body system category and have been reported during clinical trials, with use of the marketed

6

MRK-KRA01449034
MRK-CHA01449034
Appx2931

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9243600

vaccine, or with use of monovalent or bivalent vaccine containing measles, mumps, or rubella:

*Body as a Whole*
   Panniculitis; atypical measles; fever; syncope; headache; dizziness; malaise; irritability.

*Cardiovascular System*
   Vasculitis.

*Digestive System*
   Pancreatitis; diarrhea; vomiting; parotitis; nausea.

*Endocrine System*
   Diabetes mellitus.

*Hemic and Lymphatic System*
   Thrombocytopenia (see WARNINGS, *Thrombocytopenia*); purpura; regional lymphadenopathy; leukocytosis.

*Immune System*
   Anaphylaxis and anaphylactoid reactions have been reported as well as related phenomena such as angioneurotic edema (including peripheral or facial edema) and bronchial spasm.

*Musculoskeletal System*
   Arthritis; arthralgia; myalgia.
   Arthralgia and/or arthritis (usually transient and rarely chronic), and polyneuritis are features of natural rubella and vary in frequency and severity with age and sex, being greatest in adult females and least in prepubertal children. This type of involvement as well as myalgia and paresthesia, have also been reported following administration of MERUVAX II.
   Chronic arthritis has been associated with natural rubella infection and has been related to persistent virus and/or viral antigen isolated from body tissues. Only rarely have vaccine recipients developed chronic joint symptoms.
   Following vaccination in children, reactions in joints are uncommon and generally of brief duration. In women, incidence rates for arthritis and arthralgia are generally higher than those seen in children (children: 0-3%; women: 12-26%),[17,52,53] and the reactions tend to be more marked and of longer duration. Symptoms may persist for a matter of months or on rare occasions for years. In adolescent girls, the reactions appear to be intermediate in incidence between those seen in children and in adult women. Even in women older than 35 years, these reactions are generally well tolerated and rarely interfere with normal activities.

*Nervous System*
   Encephalitis; encephalopathy; measles inclusion body encephalitis (MIBE); subacute sclerosing panencephalitis (SSPE); Guillain-Barré Syndrome (GBS); febrile convulsions; afebrile convulsions or seizures; ataxia; polyneuritis; polyneuropathy; ocular palsies; paresthesia.
   Experience from more than 80 million doses of all live measles vaccines given in the U.S. through 1975 indicates that significant central nervous system reactions such as encephalitis and encephalopathy, occurring within 30 days after vaccination, have been temporally associated with measles vaccine very rarely.[54] In no case has it been shown that reactions were actually caused by vaccine. The Center for Disease Control has pointed out that "a certain number of cases of encephalitis may be expected to occur in a large childhood population in a defined period of time even when no vaccines are administered". However, the data suggest the possibility that some of these cases may have been caused by measles vaccines. The risk of such serious neurological disorders following live measles virus vaccine administration remains far less than that for encephalitis and encephalopathy with natural measles (one per two thousand reported cases).
   Post-marketing surveillance of the more than 200 million doses of M-M-R and M-M-R II that have been distributed worldwide over 25 years (1971-1996) indicates that serious adverse events such as encephalitis and encephalopathy continue to be rarely reported.[17]
   There have been reports of subacute sclerosing panencephalitis (SSPE) in children who did not have a history of natural measles but did receive measles vaccine. Some of these cases may have resulted from unrecognized measles in the first year of life or possibly from the measles vaccination. Based on estimated nationwide measles vaccine distribution, the association of SSPE cases to measles vaccination is about one case per million vaccine doses distributed. This is far less than the association with natural measles, 6-22 cases of SSPE per million cases of measles. The results of a retrospective case-controlled

MRK-KRA01449035
MRK-CHA01449035
Appx2932

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                          9243600

study conducted by the Center for Disease Control suggest that the overall effect of measles vaccine has been to protect against SSPE by preventing measles with its inherent higher risk of SSPE.[55]

Cases of aseptic meningitis have been reported to VAERS following measles, mumps, and rubella vaccination. Although a causal relationship between the Urabe strain of mumps vaccine and aseptic meningitis has been shown, there are no data to link Jeryl Lynn mumps vaccine to aseptic meningitis.

*Respiratory System*
Pneumonitis; sore throat; cough; rhinitis.

*Skin*
Stevens-Johnson Syndrome; erythema multiforme; urticaria; rash.
Local reactions including burning/stinging at injection site; wheal and flare; redness (erythema); swelling; induration; tenderness; vesiculation at injection site.

*Special Senses — Ear*
Nerve deafness; otitis media.

*Special Senses — Eye*
Retinitis; optic neuritis; papillitis; retrobulbar neuritis; conjunctivitis.

*Urogenital System*
Orchitis.

*Other*
Death from various, and in some cases unknown, causes has been reported rarely following vaccination with measles, mumps, and rubella vaccines; however, a causal relationship has not been established. No deaths or permanent sequelae were reported in a published post-marketing surveillance study in Finland involving 1.5 million children and adults who were vaccinated with M-M-R II during 1982-1993.[56]

Under the National Childhood Vaccine Injury Act of 1986, health-care providers and manufacturers are required to record and report certain suspected adverse events occurring within specific time periods after vaccination. However, the U.S. Department of Health and Human Services (DHHS) has established a Vaccine Adverse Event Reporting System (VAERS) which will accept all reports of suspected events.[47] A VAERS report form as well as information regarding reporting requirements can be obtained by calling VAERS 1-800-822-7967.

## DOSAGE AND ADMINISTRATION

*FOR SUBCUTANEOUS ADMINISTRATION*
*Do not inject intravenously*

The dose for any age is 0.5 mL administered subcutaneously, preferably into the outer aspect of the upper arm.

The recommended age for primary vaccination is 12 to 15 months.

Revaccination with M-M-R II is recommended prior to elementary school entry. See also INDICATIONS AND USAGE, *Recommended Vaccination Schedule.*

Children first vaccinated when younger than 12 months of age should receive another dose between 12 to 15 months of age followed by revaccination prior to elementary school entry.[59] See also INDICATIONS AND USAGE, *Measles Outbreak Schedule.*

*Immune Globulin (IG) is not to be given concurrently with M-M-R II.*

CAUTION: A sterile syringe free of preservatives, antiseptics, and detergents should be used for each injection and/or reconstitution of the vaccine because these substances may inactivate the live virus vaccine. A 25 gauge, 5/8" needle is recommended.

To reconstitute, use only the diluent supplied, since it is free of preservatives or other antiviral substances which might inactivate the vaccine.

*Single Dose Vial* — First withdraw the entire volume of diluent into the syringe to be used for reconstitution. Inject all the diluent in the syringe into the vial of lyophilized vaccine, and agitate to mix thoroughly. If the lyophilized vaccine cannot be dissolved, discard. Withdraw the entire contents into a syringe and inject the total volume of restored vaccine subcutaneously.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

8

MRK-KRA01449036
MRK-CHA01449036
Appx2933

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9243600

*10 Dose Vial (available only to government agencies/institutions)* — Withdraw the entire contents (7 mL) of the diluent vial into the sterile syringe to be used for reconstitution, and introduce into the 10 dose vial of lyophilized vaccine. Agitate to ensure thorough mixing. If the lyophilized vaccine cannot be dissolved, discard. The outer labeling suggests "For Jet Injector or Syringe Use." Use with separate sterile syringes is permitted for containers of 10 doses or less. The vaccine and diluent do not contain preservatives; therefore, the user must recognize the potential contamination hazards and exercise special precautions to protect the sterility and potency of the product. The use of aseptic techniques and proper storage prior to and after restoration of the vaccine and subsequent withdrawal of the individual doses is essential. Use 0.5 mL of the reconstituted vaccine for subcutaneous injection.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit. M-M-R II, when reconstituted, is clear yellow.

*Use With Other Vaccines*

M-M-R II should be given one month before or after administration of other live viral vaccines.

M-M-R II has been administered concurrently with VARIVAX* [Varicella Virus Vaccine Live (Oka/Merck)], and PedvaxHIB* [Haemophilus b Conjugate Vaccine (Meningococcal Protein Conjugate)] using separate sites and syringes. No impairment of immune response to individual tested vaccine antigens was demonstrated. The type, frequency, and severity of adverse experiences observed with M-M-R II were similar to those seen when each vaccine was given alone.

Routine administration of DTP (diphtheria, tetanus, pertussis) and/or OPV (oral poliovirus vaccine) concurrently with measles, mumps and rubella vaccines is not recommended because there are limited data relating to the simultaneous administration of these antigens.

However, other schedules have been used. The ACIP has stated "Although data are limited concerning the simultaneous administration of the entire recommended vaccine series (i.e., DTP, OPV, MMR, and Hib vaccines, with or without hepatitis B vaccine), data from numerous studies have indicated no interference between routinely recommended childhood vaccines (either live, attenuated, or killed). These findings support the simultaneous use of all vaccines as recommended."[32]

## HOW SUPPLIED

No. 4749 — M-M-R II is supplied as a single-dose vial of lyophilized vaccine, **NDC** 0006-4749-00, and a vial of diluent.

No. 4681/4309 — M-M-R II is supplied as follows: (1) a box of 10 single-dose vials of lyophilized vaccine (package A), **NDC** 0006-4681-00; and (2) a box of 10 vials of diluent (package B). To conserve refrigerator space, the diluent may be stored separately at room temperature (6505-00-165-6519, Ten Pack).

*Available only to government agencies/institutions:*

No. 4682X — M-M-R II is supplied as one 10 dose vial of lyophilized vaccine.

**NDC** 0006-4682-00, and one 7 mL vial of diluent.

*Storage*

During shipment, to ensure that there is no loss of potency, the vaccine must be maintained at a temperature of 10°C (50°F) or colder. Freezing during shipment will not affect potency.

Protect the vaccine from light at all times, since such exposure may inactivate the virus.

Before reconstitution, store the vial of lyophilized vaccine at 2-8°C (36-46°F) or colder. The diluent may be stored in the refrigerator with the lyophilized vaccine or separately at room temperature.

It is recommended that the vaccine be used as soon as possible after reconstitution. Store reconstituted vaccine in the vaccine vial in a dark place at 2-8°C (36-46°F) and discard if not used within 8 hours.

## REFERENCES

1. Plotkin, S.A.; Cornfeld, D.; Ingalls, T.H.: Studies of immunization with living rubella virus: Trials in children with a strain cultured from an aborted fetus, Am. J. Dis. Child. *110*: 381-389, 1965.

MRK-KRA01449037
MRK-CHA01449037
Appx2934

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9243600

2.  Plotkin, S.A.; Farquhar, J.; Katz, M.; Ingalls, T.H.: A new attenuated rubella virus grown in human fibroblasts: Evidence for reduced nasopharyngeal excretion, Am. J. Epidemiol. *86*: 468-477, 1967.

3.  Monthly Immunization Table, MMWR *45*(1): 24-25, January 12, 1996.

4.  Johnson, C.E.; et al: Measles Vaccine Immunogenicity in 6- Versus 15-Month-Old Infants Born to Mothers in the Measles Vaccine Era, Pediatrics, *93*(6): 939-943, 1994.

5.  Linneman, C.C.; et al: Measles Immunity After Vaccination: Results in Children Vaccinated Before 10 Months of Age, Pediatrics, *69*(3): 332-335, March 1982.

6.  Stetler, H.C.; et al: Impact of Revaccinating Children Who Initially Received Measles Vaccine Before 10 Months of Age, Pediatrics *77*(4): 471-476, April 1986.

7.  Hilleman, M.R.; Buynak, E.B.; Weibel, R.E.; et al: Development and Evaluation of the Moraten Measles Virus Vaccine, JAMA *206* (3): 587-590, 1968.

8.  Weibel, R.E.; Stokes, J.; Buynak, E.B.; et al: Live, Attenuated Mumps Virus Vaccine 3. Clinical and Serologic Aspects in a Field Evaluation, N. Engl. J. Med. *276*: 245-251, 1967.

9.  Hilleman, M.R.; Weibel, R.E.; Buynak, E.B.; et al: Live, Attenuated Mumps Virus Vaccine 4. Protective Efficacy as Measured in a Field Evaluation, N. Engl. J. Med. *276*: 252-258, 1967.

10. Cutts, F.T.; Henderson, R.H.; Clements, C.J.; et al: Principles of measles control, Bull WHO *69*(1): 1-7, 1991.

11. Weibel, R.E.; Buynak, E.B.; Stokes, J.; et al: Evaluation Of Live Attenuated Mumps Virus Vaccine, Strain Jeryl Lynn, First International Conference on Vaccines Against Viral and Rickettsial Diseases of Man, World Health Organization, No. 147, May, 1967.

12. Leibhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; et al: Vaccination With RA 27/3 Rubella Vaccine, Am. J. Dis. Child. *123*: 133-136, February, 1972.

13. Rosen, L.: Hemagglutination and Hemagglutination-Inhibition with Measles Virus, Virology *13*: 139-141, January, 1961.

14. Brown, G.C.; et al: Fluorescent-Antibody Marker for Vaccine-Induced Rubella Antibodies, Infection and Immunity *2*(4): 360-363, 1970.

15. Buynak, E.B.; et al: Live Attenuated Mumps Virus Vaccine 1. Vaccine Development, Proceedings of the Society for Experimental Biology and Medicine, *123*: 768-775, 1966.

16. Weibel, R.E.; Carlson, A.J.; Villarejos. V.M.; Buynak, E.B.; McLean, A.A.; Hilleman, M.R.: Clinical and Laboratory Studies of Combined Live Measles, Mumps, and Rubella Vaccines Using the RA 27/3 Rubella Virus, Proc. Soc. Exp. Biol. Med. *165*: 323-326, 1980.

17. Unpublished data from the files of Merck Research Laboratories.

18. Watson, J.C.; Pearson, J.S.; Erdman, D.D.; et al: An Evaluation of Measles Revaccination Among School-Entry Age Children, 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Abstract #268, 143, 1991.

19. Fogel, A.; Moshkowitz, A.; Rannon, L.; Gerichter, Ch.B.: Comparative trails of RA 27/3 and Cendehill rubella vaccines in adult and adolescent females, Am. J. Epidemiol. 93: 392-393, 1971.

20. Andzhaparidze, O.G.; Desyatskova, R.G.; Chervonski, G.I.; Pryanichnikova, L.V.: Immunogenicity and reactogenicity of live attenuated rubella virus vaccines, Am. J. Epidemiol. *91*: 527-530, 1970.

21. Freestone, D.S.; Reynolds, G.M.; McKinnon, J.A.; Prydie, J.: Vaccination of schoolgirls against rubella. Assessment of serological status and a comparative trial of Wistar RA 27/3 and Cendehill strain live attenuated rubella vaccines in 13-year-old schoolgirls in Dudley, Br. J. Prev. Soc. Med. *29*: 258-261, 1975.

22. Grillner, L.; Hedstrom, C.E.; Bergstrom, H.; Forssman, L.; Rigner, A.; Lycke, E.: Vaccination against rubella of newly delivered women, Scand. J. Infect. Dis. *5*: 237-241, 1973.

23. Grillner, L.: Neutralizing antibodies after rubella vaccination of newly delivered women: a comparison between three vaccines, Scand. J. Infect. Dis. *7*: 169-172, 1975.

24. Wallace, R.B.; Isacson, P.: Comparative trial of HPV-77, DE-5 and RA 27/3 live-attenuated rubella vaccines, Am. J. Dis. Child. *124*: 536-538, 1972.

25. Lalla, M.; Vesikari, T.; Virolainen, M.: Lymphoblast proliferation and humoral antibody response after rubella vaccination, Clin. Exp. Immunol. *15*: 193-202, 1973.

26. LeBouvier, G.L.; Plotkin, S.A.: Precipitin responses to rubella vaccine RA 27/3, J. Infect. Dis. *123*: 220-223, 1971.

27. Horstmann, D.M.: Rubella: The challenge of its control, J.Infect. Dis. *123*: 640-654, 1971.

28. Ogra, P.L.; Kerr-Grant, D.; Umana, G.; Dzierba, J.; Weintraub, D.: Antibody response in serum and nasopharynx after naturally acquired and vaccine-induced infection with rubella virus, N. Engl. J. Med. *285*: 1333-1339, 1971.

MRK-KRA01449038
MRK-CHA01449038
Appx2935

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9243600

29. Plotkin, S.A.; Farquhar, J.D.; Ogra, P.L.: Immunologic properties of RA 27/3 rubella virus vaccine, J. Am. Med. Assoc. *225:* 585-590, 1973.

30. Liebhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; Horstmann, D.M.: Vaccination with RA 27/3 rubella vaccine. Persistence of immunity and resistance to challenge after two years, Am. J. Dis. Child. *123:* 133-136, 1972.

31. Farquhar, J.D.: Follow-up on rubella vaccinations and experience with subclinical reinfection, J. Pediatr. *81:* 460-465, 1972.

32. Centers for Disease Control and Prevention. Recommended childhood immunization schedule — United States, January-June 1996, MMWR *44*(51 & 52): 940-943, January 5, 1996.

33. Rubella Prevention: Recommendation of the Immunization Practices Advisory Committee (ACIP), MMWR *39*(RR-15), 1-18, November 23, 1990.

34. Measles Prevention: Recommendations of the Immunization Practices Advisory Committee (ACIP), MMWR *38*(S-9): 5-22, December 29, 1989.

35. Jong, E.C., The Travel and Tropical Medicine Manual, W.B. Saunders Company, p. 12-16, 1987.

36. Committee on Immunization Council of Medical Societies, American College of Physicians, Phila., PA, Guide for Adult Immunization, First Edition, 1985.

37. Recommendations of the Immunization Practices Advisory Committee (ACIP), Mumps Prevention, MMWR *38*(22): 388-400, June 9, 1989.

38. King, G.E.; Markowitz, L.E.; Patriarca, P.A.; et al: Clinical Efficacy of Measles Vaccine During the 1990 Measles Epidemic, Pediatr. Infect. Dis. J. *10*(12): 883-888, December 1991.

39. Krasinski, K.; Borkowsky, W.: Measles and Measles Immunity in Children Infected With Human Immunodeficiency Virus, JAMA *261*(17): 2512-2516, 1989.

40. Kelso, J.M.; Jones, R.T.; Yunginger, J.W.: Anaphylaxis to measles, mumps, and rubella vaccine mediated by IgE to gelatin, J. Allergy Clin. Immunol. *91:* 867-872, 1993.

41. General Recommendations on Immunization, Recommendations of the Advisory Committee on Immunization Practices, MMWR *43*(RR-1): 1-38, January 28, 1994.

42. Center for Disease Control: Immunization of Children Infected with Human T-Lymphotropic Virus Type III/Lymphadenopathy-Associated Virus, Annals of Internal Medicine, *106:* 75-78, 1987.

43. Krasinski, K.; Borkowsky, W.; Krugman, S.: Antibody following measles immunization in children infected with human T-cell lymphotropic virus-type III/lymphadenopathy associated virus (HTLV-III/LAV) [Abstract]. In: Program and abstracts of the International Conference on Acquired Immunodeficiency Syndrome, Paris, France, June 23-25, 1986.

44. Peter, G.; et al (eds): Report of the Committee on Infectious Diseases, Twenty-fourth Edition, American Academy of Pediatrics, 344-357, 1997.

45. Isaacs, D.; Menser, M.: Modern Vaccines, Measles, Mumps, Rubella, and Varicella, Lancet *335:* 1384-1387, June 9, 1990.

46. Starr, S.; Berkovich, S.: The effect of measles, gamma globulin modified measles, and attenuated measles vaccine on the course of treated tuberculosis in children, Pediatrics *35:* 97-102, January, 1965.

47. Vaccine Adverse Event Reporting System — United States, MMWR *39*(41): 730-733, October 19, 1990.

48. Rubella vaccination during pregnancy — United States, 1971-1981. MMWR *31*(35): 477-481, September 10, 1982.

49. Losonsky, G.A.; Fishaut, J.M.; Strussenber, J.; Ogra, P.L.: Effect of immunization against rubella on lactation products. II. Maternal-neonatal interactions, J. Infect. Dis. *145:* 661-666, 1982.

50. Landes, R.D.; Bass, J.W.; Millunchick, E.W.; Oetgen, W.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. *97:* 465-467, 1980.

51. Lerman, S.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. *98:* 668, 1981. (Letter)

52. Gershon, A.; et al: Live attenuated rubella virus vaccine: comparison of responses to HPV-77-DE5 and RA 27/3 strains, Am. J. Med. Sci. *279*(2): 95-97, 1980.

53. Weibel, R.E.; et al: Clinical and laboratory studies of live attenuated RA 27/3 and HPV-77-DE rubella virus vaccines, Proc. Soc. Exp. Biol. Med. *165:* 44-49, 1980.

54. CDC. Important Information about Measles, Mumps, and Rubella, and Measles, Mumps, and Rubella Vaccines. 1980. 1983.

55. CDC, Measles Surveillance, Report No. 11, p. 14, September, 1982.

56. Peltola, H.; et al: The elimination of indigenous measles, mumps, and rubella from Finland by a 12-year, two dose vaccination program. N. Engl. J. Med. *331:* 1397-1402, 1994.

MRK-KRA01449039
MRK-CHA01449039
Appx2936

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)　　　　　　　　9243600

57. Eberhart-Phillips, J.E.; et al: Measles in pregnancy: a descriptive study of 58 cases. Obstetrics and Gynecology, *82*(5):797-801, Nov. 1993.

58. Jespersen, C.S.; et al: Measles as a cause of fetal defects: A retrospective study of ten measles epidemics in Greenland. Acta Paediatr Scand *66*: 367-372, May 1977.

59. Measles, Mumps, and Rubella — Vaccine Use and Strategies for Elimination of Measles, Rubella, and Congenital Rubella Syndrome and Control of Mumps: Recommendations of the Advisory Committee on Immunization Practices (ACIP), MMWR *47*(RR-8), May 22, 1998.

Manufactured by:
**MERCK & CO., INC.,** West Point, PA 19486, USA

Issued April 1999
Printed in USA

MRK-KRA01449040
MRK-CHA01449040
Appx2937

10/25/2019
Declaration of G. Reilly
EXHIBIT 38

1        IN THE UNITED STATES DISTRICT COURT
2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3    UNITED STATES OF AMERICA  : CIVIL ACTION
     ex rel., STEPHEN A.       : NO. 2:10-04374(CDJ)
4    KRAHLING and JOAN A.      :
     WLOCHOWSKI,               :
5         Plaintiffs,          :
                               :
6         vs.                  :
                               :
7    MERCK & CO., INC.,        :
          Defendant.           :
8    _____   : Master File No.
     IN RE:  MERCK MUMPS       : 2:12-cv-03555(CDJ)
9    VACCINE ANTITRUST         :
     LITIGATION                :
10                             :
     THIS DOCUMENT RELATES TO: :
11   ALL ACTIONS               :
12
13           ** HIGHLY CONFIDENTIAL **
14
15               December 13, 2016
16
17           Videotaped deposition of MARK
18   STANNARD, taken at the offices of Spector
19   Roseman Kodroff & Willis, 1818 Market Street,
20   Suite 2500, Philadelphia, Pennsylvania 19103,
21   beginning at 9:44 a.m., before LINDA
22   ROSSI-RIOS, a Federally Approved RPR, CCR and
23   Notary Public.
24
25

Appx2939

Page 2

1  A P P E A R A N C E S :
2  On behalf of the Private Plaintiffs:
3     SPECTOR ROSEMAN KODROFF & WILLIS
       BY:  JOHN A  MACORETTA, ESQUIRE
4        and
          DIANA J  ZINSER, ESQUIRE
5     1818 Market Street
       Suite 2500
6     Philadelphia, PA  19103
       215 496 0300
7     jmacoretta@srkw-law com
       dzinser@srkw-law com
8
9  On behalf of the Relator:
10    CONSTANTINE CANNON LLP
       BY:  DANIEL VITELLI, ESQUIRE
11    335 Madison Avenue
       New York, NY  10017
12    212-350-2700
       dvitelli@constantinecannon com
13
14    KELLER GLOVER
       BY:  SARAH WYSOCKI, ESQUIRE
15    (Via teleconference)
       1965 Market Street
16    San Francisco, CA  94103
       866 663 3308
17
18 On behalf of the Non-Party US Government:
19    US DEPARTMENT OF JUSTICE
       BY:  JOEL M  SWEET, ESQUIRE
20    615 Chestnut Street, Suite 1250
       Philadelphia, PA 19106
21    215-861-8581
       joel sweet@usdoj gov
22
23
24
25

Page 3

1  A P P E A R A N C E S (cont'd.) :
2
     On behalf of the Defendant, Merck & Co.,
3  Inc.:
4     MORGAN LEWIS & BOCKIUS LLP
       BY:  LISA DYKSTRA, ESQUIRE
5        and
          MARGARET RODGERS SCHMIDT, ESQUIRE
6     1701 Market Street
       Philadelphia, PA  19103
7     215.963.5000
       ldykstra@morganlewis.com
8     margaret.rodgers-schmidt@morganlewis.com
9
     VENABLE LLP
10    BY:  MICHAELA F. ROBERTS, ESQUIRE
       750 East Pratt Street
11    Suite 900
       Baltimore, MD  21202
12    410.244.7400
       mfroberts@venable.com
13
14
15 A L S O   P R E S E N T :
16    TIMOTHY K. HOWARD, ESQUIRE
       Merck in-house counsel
17
18    BILL MILLER, Videographer
19
20
21
22
23
24
25

Page 4

1        I N D E X
2
  WITNESS              PAGE
3
  MARK STANNARD
4
  By Mr  Macoretta     8, 288, 310
5
  By Ms  Zinser        204
6
  By Ms  Dykstra       296
7
8
9        E X H I B I T S
10   MARKED   DESCRIPTION      PAGE
10
  Stannard-1  10/3/16 Letter          9
11
  Stannard-2  LinkedIn profile        10
12
  Stannard-3  Summary of documents    19
13
  Stannard-4  Documents binder clipped  19
14     together
15 Stannard-5  MMD Quality Manual       20
       Glossary and Commonly
16     Used Acronyms,
       MRK-KRA01679618 - 01679772
17
  Stannard-6  Insert printout from     28
18     Merck website
19 Stannard-7  MMR Recall Procedure,    94
       MRK-KRA01681143 - 01681152
20
  Stannard-8  E-mail chain,            186
21     MRK-KRA00579105 - 00579130
22 Stannard-9  E-mail chain,            207
       MRK-KRA00542859 - 00542863
23
  Stannard-10  9/15/99 Letter,         212
24     MRK-KRA01625225 - 01625294
25

Page 5

1  Stannard-11  BAT # 060520125GEN     217
       Infectivity Test for
2      Measles, Mumps, and
       Rubella Vaccine Potency,
3      MRK-KRA01448872 - 01448905
4  Stannard-12  Standard Operating     233
       Procedure,
5      MRK-KRA01448181 - 01448207
6  Stannard-13  12/13/13 Letter,       243
       MRK-KRA01448674 - 01448678
7
   Stannard-14  12/24/13 Letter,       243
8      MRK-KRA01448637
9  Stannard-15  2/26/15 Letter,        249
       MRK-KRA01447591
10
   Stannard-16  Product Review Policy,  252
11     MRK-KRA01370696 - 01370699
12 Stannard-17  Product Review Divisional  255
       SOP,
13     MRK-KRA01370984 - 01371001
14 Stannard-18  2015 MMR II Product    264
       Review,
15     MRK-KRA01455403 - 01455426
16 Stannard-19  Investigation          270
       of Significant
17     Deviations,
       MRK-KRA01370530 - 01370572
18
   Stannard-20  Standard Operating     271
19     Procedure,
       MRK-KRA01448907 - 01448927
20
   Stannard-21  3/22/01 Memo,          279
21     MRK-KRA01649716 - 01649719
22
23
24
25

2 (Pages 2 - 5)

Appx2940

Page 6

1
2          - - -
3          VIDEOGRAPHER:  We are now on the
4    record.  Please note that the
5    microphones are sensitive and may pick
6    up whispering and private
7    conversations.  Please turn off all
8    cell phones or place them away from
9    the microphones as they can interfere
10   with the deposition audio.
11         My name is William Miller
12   representing Veritext Legal Solutions.
13         The date today is December 13,
14   2016, and the time is approximately
15   9:44.  This deposition is being held
16   at Spector Roseman Kodroff & Willis
17   located at 1818 Market Street,
18   Philadelphia, PA.
19         The captions of this case are
20   United States of America ex rel.,
21   Steven A. Krahling and Joan A.
22   Wlochowski versus Merck & Co., Inc.,
23   Case Number 10-4374 and 12-3555.  And
24   also In Re:  Merck Mumps Vaccine
25   Antitrust Litigation All Actions,

Page 7

1
2          Master File 2:12-cv-03555, which are
3    held in the United States District
4    Court for the Eastern District of
5    Pennsylvania.  The name of the witness
6    is Mark Stannard.  At this time the
7    attorneys present in the room will
8    identify themselves and the parties
9    they represent.
10         MR. MACORETTA:  John Macoretta
11   from Spector Roseman Kodroff & Willis
12   here for the private plaintiffs.
13         MS. ZINSER:  Diana Zinser from
14   Spector Roseman Kodroff & Willis, also
15   for private plaintiffs.
16         MR. VITELLI:  Daniel Vitelli of
17   Constantine Cannon for Relators.
18         MR. HOWARD:  Tim Howard,
19   in-house counsel at Merck.
20         MS. ROBERTS:  Michaela Roberts,
21   Venable.
22         MS. SCHMIDT:  Margaret Rodgers
23   Schmidt, Morgan Lewis for Merck.
24         MS. DYKSTRA:  Lisa Dykstra from
25   Morgan Lewis for Merck.

Page 8

1
2          THE WITNESS:  Mark Stannard.
3          VIDEOGRAPHER:  Our court
4    reporter Linda Rossi, representing
5    Veritext Legal Solutions, will swear
6    in the witness and we can proceed.
7          - - -
8          MARK STANNARD, after having been
9    first duly sworn, was examined and
10   testified as follows:
11         - - -
12         EXAMINATION
13         - - -
14   BY MR. MACORETTA:
15    Q.    Mr. Stannard, good morning.
16    A.    Good morning.
17    Q.    My name is John Macoretta.  We
18   met a few minutes ago.
19         Have you ever been deposed
20   before?
21    A.    Not in this matter, no.
22    Q.    Okay.  So I'll give you the very
23   brief -- just a couple reminders.  But you've
24   had your deposition taken before somewhere
25   else?

Page 9

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    A.    Yes.
3    Q.    Okay.  So I'll just remind you
4    that both you and I need to make an effort to
5    not talk over each other.  The court reporter
6    can only take down one of us at a time.  And
7    you need to verbalize your answers.  Right?
8    While I can see you nod your head, the court
9    reporter can't write that down so you have to
10   say yes or no.
11    A.    Very good.
12    Q.    Okay.  If you don't -- if I
13   don't understand an answer, I'm going to ask
14   you to explain it.  So if I ask a question and
15   you don't understand it, can we agree now that
16   you'll just tell me and I'll try to explain it
17   or ask it differently?
18    A.    Yes.
19    Q.    Great.  And you understand that
20   you're here today as a designee from Merck to
21   talk about certain subjects.  Right?
22    A.    I do.
23    Q.    Okay.  Great.
24         - - -
25         (Exhibits Stannard-1, 10/3/16

3 (Pages 6 - 9)

Page 10

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2        Letter and Stannard-2, LinkedIn
3        profile, were marked for identification.)
4                - - -
5    BY MR. MACORETTA:
6        Q.    I'm going to show you what we've
7    marked -- let me do this:  I'm going to show
8    what we've marked as Exhibits 1 and 2.  Okay.
9    Exhibit 1 is a letter of October 13th, from
10   your counsel to me and some others.  And
11   Exhibit 2, I think, is a copy of your LinkedIn
12   profile.
13       A.    Yes, it is.
14       Q.    Okay.  And on Exhibit 1, you
15   understand that you're here to talk about all
16   the topics in this letter today except Topic 8
17   and Topic 11.
18       A.    Quickly review this.
19       Q.    Take your time.
20       A.    Yes.
21       Q.    All right.  And Exhibit 2 we
22   just said is your LinkedIn profile.  Right?
23       A.    It is.
24       Q.    So you've been with Merck in
25   some capacity since 1984?

Page 11

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2        A.    Yes.
3        Q.    Your whole career has been in
4    the quality field?
5        A.    Not my entire career.  A lion's
6    share of it by far.
7        Q.    Okay.  And it says right now
8    that you're the executive director of quality
9    operations at West Point.  Right?
10       A.    I was just recently put in a
11   new position, which is a global vaccine
12   position, so I'm now the executive director
13   of vaccine quality.
14       Q.    So I guess I say congratulations.
15       A.    Thank you.
16       Q.    That's a promotion.  Right?
17       A.    It's a lateral.
18       Q.    Okay.
19       A.    This is a typical move from a
20   site role to above site role.
21       Q.    So let me ask you about that
22   now.  We're going to look later on at various
23   SOPs and policies talking about stability and
24   potency in vaccines.  My impression right now
25   is a lot of those are site specific, meaning

Page 12

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    the way we do certain testing or stability is
3    by site.  Is that a fair statement?
4        A.    I would change that statement.
5    I'd like to say that we have a quality
6    management system which has policies and
7    guidelines.  And that sets the standard by
8    which the other sites that are involved need
9    to align their site specific procedures to
10   those requirements.
11       Q.    So let me do it this way:  What
12   sites is the mumps vaccine made at?
13       A.    It is -- the bulk product in
14   the formulation filling occurs at West Point,
15   Pennsylvania, and then our Durham, North
16   Carolina facilities.
17       Q.    Those are the only places that
18   are involved with manufacturing mumps vaccine.
19   Right?
20       A.    I will expand that to say that
21   packaging occurs at our Wilson, North
22   Carolina facility for domestic supply.  And
23   international packaging occurs overseas.
24       Q.    So for our purposes today, when
25   we get into another discussion about the site

Page 13

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    specific procedures and what testing is
3    supposed to happen where, as it concerns mumps
4    vaccine, the only sites where that's going to
5    apply to mumps site specific activities are
6    either West Point or Durham?
7        A.    Durham, yes, that's correct.
8        Q.    Thank you.  You've been to the
9    Durham plant?
10       A.    I have.
11       Q.    All right.  Great.  And you
12   agree with me that on Exhibit 1, this
13   October 3rd letter, these are the topics
14   you're here to talk about today.  Right?
15       A.    I agree.
16       Q.    As part of being the designee --
17   well, you understand that you're speaking for
18   Merck on these topics.  Right?
19       A.    I do.
20       Q.    As part of being the designee,
21   did you do anything to get ready or educate
22   yourself on some of them?
23       A.    Yes.  I worked with the team
24   here to review records as some of this goes
25   back in time even before my official roles at

4 (Pages 10 - 13)

Appx2942

Page 14

MARK STANNARD - HIGHLY CONFIDENTIAL
1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    West Point as a site employee.
3        Q.    As a what employee?
4        A.    Site employee.
5        Q.    Oh, site employee, okay.
6        A.    Yes.
7        Q.    So our requests go back to 1998
8    for the most part. Were you involved in
9    quality at West Point back then?
10       A.    Not in '98. I returned to the
11   site after that.
12       Q.    You returned when?
13       A.    In 2000 I returned back to the
14   site.
15       Q.    And you've been at West Point
16   since then?
17       A.    Yes.
18       Q.    In 2000 what was your role?
19       A.    I started as the director of
20   environmental monitoring. So I oversaw all
21   of the operations with the environmental
22   monitoring which is largely aseptic
23   processing, oversight and control.
24       Q.    That's not really our issue
25   today, right, aseptic processing?

Page 15

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2        A.    That is correct.
3        Q.    I shouldn't say not really.
4    That's not our issue at all today. Right?
5        A.    Agreed.
6        Q.    As part -- well, so the topics
7    for today are generally broken down I would
8    suggest broadly into potency and release
9    potency, stability, label specifications,
10   there's a little bit of discussion of recall
11   and biologic product deviation reports. Did
12   you have familiarity with all four of those
13   topics in your job?
14       A.    Yes, I did.
15       Q.    What -- I'm trying to get a
16   little bit of your history. Let me cover them
17   very briefly. So concerning potency and
18   potency testing, what was your job
19   responsibility around that?
20       A.    I'll be specific to the role I
21   held just prior to my new role. That was the
22   head of quality for the West Point site. So
23   as related to -- again, I'll reiterate your
24   question, my role with potency testing, the
25   laboratories that conducted that potency

Page 16

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    testing reported as part of my organization,
3    ultimately reported to me. The staff that
4    released the product to our CBER agency and
5    then subsequently to the market reported to
6    me as well.
7        Q.    Were you ever involved in a
8    lower level where you were actually in charge
9    of the potency testing lab or anything
10   directly or --
11       A.    I was not.
12       Q.    Okay. Next question is relating
13   to -- there's going to be a discussion of
14   labeling and compliance, ensuring compliance
15   with labels. Do you have any involvement with
16   labeling?
17       A.    I have, yes.
18       Q.    What was your involvement?
19       A.    For the labeling that does
20   occur at West Point, the staff that -- from
21   quality, that oversaw the labeling operations
22   did report into my organization.
23       Q.    So we're not talking about
24   labeling, I'm not talking about sticking a
25   piece of paper in the vial. I'm talking about

Page 17

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    the content of the label and the words. So,
3    you know, do the words accurately reflect what
4    the product is and why are certain words
5    chosen than others. Were you involved in that
6    aspect of labeling?
7        A.    That specific area I was not.
8        Q.    Stability testing. What was --
9    have you had any involvement in stability
10   monitoring or stability testing with mumps
11   vaccine?
12       A.    Personal, in terms of personal
13   testing, no, I have not.
14       Q.    Oversee that area, is that
15   something in your realm?
16       A.    That is not an area of my
17   oversight. A peer of mine oversaw the
18   stability. I did work with them when the
19   occasion required.
20       Q.    So when you're in charge of
21   quality at West Point, does stability testing
22   at West Point come underneath you or somebody
23   else?
24       A.    It comes under someone else.
25       Q.    Who would that be?

5 (Pages 14 - 17)

Appx2943

Page 18

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2       A.   Don Monkovic.
3       Q.   I should say you're in charge of
4    quality so that means you're in Merck
5    Manufacturing Division.  Right?
6       A.   Yeah.
7       Q.   Have you ever been at MRL?
8       A.   I have not.
9       Q.   That stability and then the
10   biologic product deviation reports or
11   reporting any problems with the product, what
12   was your involvement with that?
13      A.   As the -- answer, two roles.
14   As the head of the site quality, I authored
15   submission of those BPRs to the agency
16   following my review and the review of others
17   prior to me.  And then the organization that
18   oversaw the preparation of those were part of
19   my organization.
20      Q.   And there's -- well, we'll get
21   into some recall discussion later.  I'll ask
22   you about that in a little bit.
23           As part of getting ready for
24   today, I guess you made some notes and
25   compiled some documents.  Is that right?

Page 19

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2       A.   Yes, that's what's in front of
3    all this.
4             - - -
5          (Exhibit Stannard-3, Summary of
6          documents, was marked for identification.)
7             - - -
8    BY MR. MACORETTA:
9       Q.   Sure.  So I'm going to show
10   you -- just so we keep this straight here, I'm
11   showing you what's been marked as Exhibit 3.
12   What is that?
13      A.   This is a summary of the
14   documents that we'll be using to support the
15   topics that I'm to speak to per this memo
16   that you reviewed with me.
17            - - -
18         (Exhibit Stannard-4, Documents
19         binder clipped together, was marked
20         for identification.)
21            - - -
22   BY MR. MACORETTA:
23      Q.   Then I'm going to show you
24   what's also been marked -- next marked as
25   Exhibit 4 which is several documents binder

Page 20

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    clipped together.  What is that?
3       A.   Those the specific documents
4    which are referred to in here that are
5    procedures, guidelines, corporate policies
6    that govern the processes that I'll be
7    speaking to.
8       Q.   Great.  Okay.  And these are
9    the -- this is the product that you're
10   researching and figuring out and educating
11   yourself on these topics.  Right?  Is that
12   fair?
13      A.   That's a fair statement.
14            - - -
15         (Exhibit Stannard-5, MMD Quality
16         Manual Glossary and Commonly Used
17         Acronyms, Bates MRK-KRA01679618 -
18         01679772, was marked for identification.)
19            - - -
20   BY MR. MACORETTA:
21      Q.   Let me show you what we marked
22   as Exhibit 5 as I'm doing this.  This is not
23   something you gave me but something we have.
24   Well, we think something Merck produced, I
25   should say.

Page 21

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2       A.   Uh-huh.
3       Q.   This seems to be the MMD quality
4    manual glossary?
5       A.   Sure.
6       Q.   As far as I can tell, this is
7    the current version.  Right?
8       A.   October 2016.  I would -- it
9    would be logical that it is, but I don't have
10   the change history if there was one after
11   this.
12      Q.   Fair enough.  This is a -- this
13   glossary goes with the quality manual.  Right?
14      A.   That's correct.
15      Q.   So what's the quality manual?
16      A.   The quality manual is a
17   composition of our policies, guidelines,
18   quality standards, divisional SOPs, core
19   requirements.  So they set the requirements
20   that the Merck organizations are to follow.
21   So when I answered your question about site
22   procedures, those site procedures then align
23   themselves with these documents in the
24   quality manual.
25      Q.   So let me break that down.  The

6 (Pages 18 - 21)

Appx2944

Page 22

MARK STANNARD - HIGHLY CONFIDENTIAL

1    quality manual has core requirements, SOPs and
2    what else in it?
3        A.    Policies.
4        Q.    Okay.
5        A.    Guidelines and quality
6    standards.
7        Q.    So those are five different
8    kinds of things we just called them. I'm
9    trying to understand the -- what's a core
10   requirement as opposed to an SOP or a quality
11   standard?
12       A.    Sure. There's a hierarchy of
13   the documents. The core requirements are
14   very high level, I'll say summary of
15   checklists. Core requirements that are
16   organized in the manner that the sites can do
17   an assessment against their practices, their
18   SOPs to highlight whether they are aligned
19   with those core requirements. So you're
20   distilling guidance into key functions or
21   buckets so that you can assess yourself
22   against them.
23       Q.    At certain points we're going to
24   see something called a company policy, the

Page 23

MARK STANNARD - HIGHLY CONFIDENTIAL

1    company policy number 32 or whatever it is.
2        A.    Yes.
3        Q.    Where do they fit into this?
4        A.    The policies are our high level
5    governance documents that speak to why in
6    large part what we do.
7        Q.    So in the hierarchy there's a
8    policy and then what's next, a core requirement?
9        A.    I would say that the guidelines
10   and quality standards are the next level.
11   And the core requirements are a parallel to
12   those which is more of a summary of the core
13   functions that we are to comply with.
14       Q.    How about a policy?
15       A.    Again, the policy is that top
16   of the pyramid in terms of the hierarchy.
17       Q.    Okay. I'm sorry. Okay. And
18   then an SOP?
19       A.    The SOPs that exist are
20   divisional SOPs. So they would be a more
21   detailed summary of how to execute the items
22   that are discussed already in those policies,
23   guidelines or quality standards. So more the
24   instructions on how to execute your roles.

Page 24

MARK STANNARD - HIGHLY CONFIDENTIAL

1        Q.    And divisional -- well, for
2    mumps that's part of a vaccine division. Is
3    that right?
4        A.    That is right.
5        Q.    Is there a different SOP for
6    doing the same thing at West Point and the
7    North Carolina plant for certain things?
8        A.    There is.
9        Q.    So some of them are site
10   specific as well?
11       A.    That is correct. They would
12   not be in that quality manual for clarity.
13       Q.    This glossary, is this -- it
14   says it comes out of the MMD quality manual.
15   Is there some other similar glossary at other
16   parts of Merck --
17           MS. DYKSTRA: Objection.
18   BY MR. MACORETTA:
19       Q.    -- that you know of?
20       A.    My answer would be that there
21   are definitions in the various documents
22   within the quality manual. Beyond that,
23   there's not a glossary that I deal with.
24       Q.    So let me -- all right. I think

Page 25

MARK STANNARD - HIGHLY CONFIDENTIAL

1    you're -- is there some document at MRL that
2    has its own definition of, for example,
3    abbreviated MDA? I'm picking the first thing
4    on there.
5           MS. DYKSTRA: Objection.
6    Outside the scope. You can answer if
7    you know.
8           THE WITNESS: I do not know
9    that.
10   BY MR. MACORETTA:
11       Q.    Is there some document within
12   MMD other than this quality manual glossary
13   that has definitions of other terms that might
14   be in the quality manual?
15       A.    I did state the policies or the
16   guidelines will have some definitions to
17   them. But this is -- they will all be
18   aligned with this so not a separate document.
19       Q.    So there shouldn't be a separate
20   definition of Abbreviated NDA, again, I'm just
21   picking the first one, in some other policy or
22   guideline within Merck Manufacturing Division?
23       A.    This should be the standard
24   source for the definition.

7 (Pages 22 - 25)

Appx2945

Page 26

1       MARK STANNARD - HIGHLY CONFIDENTIAL
2       Q.   Thank you.  All right.  Let
3   me --
4       A.   John, can I return this to you?
5       Q.   You know what, it's best if you
6   put the ones with the stickers right in the
7   pile here in case we have to get back to them.
8       A.   Very good.
9       Q.   Let me jump through -- because
10  we're going to take the topics a little bit
11  out of order for you today.  I'm going to
12  start -- I would like to start with the
13  labeled discussion which is Topics 9 and 10.
14  I'm sorry, Topic 9.  So I don't know how
15  you -- I don't know if that helps -- if you
16  have to look at someplace different on your
17  notes or anything.
18      A.   Just get to the section of that
19  in my notes here.
20      Q.   I can do it.  I mean, I'll
21  just -- you know, I can go right off of the
22  topic here is probably the easiest way to do
23  this.
24          So before I do that, this asks
25  for labels.  At various points at Merck I see

Page 27

1       MARK STANNARD - HIGHLY CONFIDENTIAL
2   discussions of labels, circulars and packaging
3   inserts.
4       A.   Yes.
5       Q.   Are you familiar with these
6   different terms?
7       A.   Yes.
8       Q.   What's the difference between
9   them?
10      A.   The label is the -- I'll use
11  the term label that is adhered to in our
12  case, if we're talking mumps, the vial, that
13  is there.  The insert is the more detailed
14  instructions for how to use the product, that
15  is paper that is folded to fit within the
16  carton which then holds all of that together.
17      Q.   What's a circular?
18      A.   A circular from my use of it is
19  similar to that, the same as the insert.
20      Q.   It's not a different piece of
21  paper or a different thing?
22      A.   No.
23      Q.   Okay.  So when we talk about --
24  at some point I saw the worldwide circular
25  committee or something.  That's -- those are

Page 28

1       MARK STANNARD - HIGHLY CONFIDENTIAL
2   people that review the package inserts,
3   there's not something else?
4       A.   That -- to my understanding,
5   that is correct.
6       Q.   Fair enough.  Okay.  The
7   label -- you know what, let me do it with a
8   document.  Let me do it -- I'm going to show
9   you what we're going to mark as Exhibit 6.
10  She gets to put the sticker on it first.
11          - - -
12          (Exhibit Stannard-6, Insert
13          printout from Merck website, was
14          marked for identification.)
15          - - -
16  BY MR. MACORETTA:
17      Q.   Mr. Stannard, what I'm showing
18  you, what we just marked as Exhibit 6 says,
19  "M-M-R® II" on the first page and on page 11,
20  the next to the last line says, "Revised:
21  11/2016."  Do you see that?
22      A.   Yes.
23      Q.   I can tell you that I printed
24  this from a Merck website yesterday.  Is this
25  the current insert for MMR II?

Page 29

1       MARK STANNARD - HIGHLY CONFIDENTIAL
2       A.   This is an area that I do not
3   deal with in detail, but from the dating and
4   my general knowledge, I would say yes.
5       Q.   This looks like an insert?
6       A.   That's right.
7       Q.   Okay.  Fair enough.  How do
8   we -- if you could go to the last line, the
9   last page.  I mean, I can tell you in the
10  course of the case Merck has produced several
11  versions of this.  Is there something that
12  tells us what version of the insert this is or
13  that this is the most current one?
14          MS. DYKSTRA:  Objection.
15          Outside the scope.  You can answer.
16  BY MR. MACORETTA:
17      Q.   If you know.
18      A.   Specific to this document, I am
19  not aware, but if there's anything specific
20  to this document, there is a change
21  management process that Merck requires that
22  gives the history of changes and revisions to
23  such documents like this.
24      Q.   The last line on page 11 starts
25  with "uspi," and has some numbers.  Do you see

8 (Pages 26 - 29)

Appx2946

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  that?
3     A.   Yes, I do.
4     Q.   What is that?  Do you know what
5  that is?
6        MS. DYKSTRA:  Same objection.
7        THE WITNESS:  I do not know.
8  BY MR. MACORETTA:
9     Q.   So do you have any involvement
10 in the -- well, let me ask you, I think you
11 said earlier you don't have any involvement in
12 changing or updating the language of these.
13 Right?
14    A.   You're correct.
15    Q.   How does that -- how does that
16 work at Merck?
17       MS. DYKSTRA:  Objection.
18 Outside the scope.
19       MR. MACORETTA:  I'm not sure
20 this one is outside.
21 BY MR. MACORETTA:
22    Q.   But what is the process by which
23 Merck decide to change or update any of the
24 language in the package insert?
25       MS. DYKSTRA:  Same objection.

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2     You can answer if you know.
3        THE WITNESS:  When there is an
4     approval to change details in this,
5     there is -- as I said, there is a
6     change management process that is
7     followed.  There is an organization
8     that is centralized, so divisional,
9     that manages these details.  Work with
10    the approved updates by the various
11    groups that oversee that and that
12    would execute the updates that are
13    then used in the document that I would
14    hold.
15 BY MR. MACORETTA:
16    Q.   So when you say there is a
17 change management process, you mean there is a
18 formal procedure or policy for how we're going
19 to change this language?
20    A.   Yes.
21    Q.   Is that the -- is that somewhere
22 in the quality manual?
23    A.   Yes, it is.
24    Q.   And then you said there is a
25 group that manages it.

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2     A.   Uh-huh.
3     Q.   Is that a group that manages all
4  changes or a group that manages just changes
5  to the inserts?
6     A.   They -- I'll answer your
7  question when you say all changes.  All
8  changes related to the label, the inserts,
9  the card.
10    Q.   So the change management process
11 policy you just talked about, that's specific
12 to labeling.  Right?
13    A.   The details of that are
14 specific to labeling.
15    Q.   It's not all change of anything?
16    A.   There -- I'll answer that we
17 have a change management process for all
18 GMP-related functions.  To answer your
19 question specifically, the group that
20 oversees these types of documents, everything
21 related, have very specific roles and
22 responsibilities that are in tuned to these
23 actions.
24    Q.   So who is in that -- what's
25 the -- who is in that group?  What's the title

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  of the person who is in charge of that group?
3     A.   That is an organization I do
4  not generally deal with so I don't know the
5  official title or name.
6     Q.   At the beginning of your answer
7  a few minutes ago, you said once the change is
8  approved this is how we do it.  Who does the
9  approval?
10       MS. DYKSTRA:  Objection.
11 Outside the scope.  You can answer.
12       THE WITNESS:  Again, there is a
13    global team that reviews that.  To the
14    best of my knowledge, the team, the
15    CMC organization that's involved with
16    the filing of such changes is
17    involved.  And independent groups that
18    are responsible to oversee that all
19    the details are accurate and complete,
20    but beyond that level of detail, I'm
21    not involved with them.
22 BY MR. MACORETTA:
23    Q.   So if I wanted to -- if I just
24 pick a line, you know, if I just pick the
25 first sentence, "M-M-R® II...is a live virus

9 (Pages 30 - 33)

**Appx2947**

Page 34

MARK STANNARD - HIGHLY CONFIDENTIAL
1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  vaccine for vaccination...."  If I wanted to
3  ask somebody at Merck, how do we know that's
4  is true or what's your basis for saying that
5  in the label, who would I -- who would be the
6  person who would have responsibility for that?
7       MS. DYKSTRA:  Same objection.
8       THE WITNESS:  In my working
9       through the organizations at Merck, I
10      would go to the head of the CMC
11      organization who I know would be a
12      part of this and that would be my
13      point of contact to then pursue
14      questions that could come up for this
15      organization that manages these
16      details.
17  BY MR. MACORETTA:
18      Q.   What does CMC mean?
19      A.   Chemistry, manufacturing and
20  control.
21      Q.   That's part of MMD?
22      A.   No, they are part of MRL.
23      Q.   Okay.  I would have thought
24  something with manufacturing was at MMD, but
25  that's why I asked the question.

Page 35

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2       Let me try it back with the
3  topics here.  So Topic 9, "The process under
4  which Merck ensures its Merck Vaccines comply
5  with the specifications on the label...."  So
6  some of the specifications in what we're
7  looking at here in Exhibit 6 are how much
8  virus in certain elements.  Right?  I'm
9  going to look at the one, two, three, third
10  paragraph down.  I guess it's the fourth
11  paragraph.
12      A.   Fourth, yes.
13      Q.   The third has one sentence in
14  it.
15      A.   Yes.
16      Q.   We're only concerned about mumps
17  today.  So this label or this package insert
18  says, "The reconstituted vaccine.... Each 0.5
19  mL dose contains not less than...12,500 PCID50
20  of mumps virus...."
21       Do you see that?
22      A.   I see that.
23      Q.   So what's the process by which
24  you make sure it really contains that amount?
25      A.   That process is our potency

Page 36

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  testing.
3       Q.   So how does -- how is the
4  potency tested and when, more than once along
5  the way or --
6       A.   Yes.
7       Q.   I can ask it more general.  That
8  12,500 TCID50 amount, that's how many virus
9  particles it contains at what point in time,
10  when it leaves the plant, when it's first
11  manufactured, at the end of its expiry, at the
12  end of its shelf life?
13       MS. DYKSTRA:  Objection.
14  BY MR. MACORETTA:
15      Q.   You can answer.
16      A.   It is at the end of its shelf
17  life.  You also use the term "expiry."
18      Q.   We can agree that those are
19  interchangeable terms.  Right?
20      A.   Yes.
21      Q.   So when it -- before -- and this
22  product has a 24-month shelf life.  Right?
23      A.   Correct.
24      Q.   So first of all, when does that
25  24-month clock start?

Page 37

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2       A.   It starts when we formulate the
3  operation for filling the product into its
4  final container which is the vial.
5       Q.   So when the product goes into
6  the container?
7       A.   That's right.
8       Q.   Okay.
9       MS. DYKSTRA:  Objection.  Form.
10  BY MR. MACORETTA:
11      Q.   Typically for mumps, how much
12  time is there between when you make the mumps
13  vaccine and it goes into the container?
14      A.   I want to make sure I
15  understand your question properly.  Could you
16  repeat that, please?
17      Q.   Sure.  So you said the 24-month
18  clock starts when it goes into the vial.
19  Right?
20      A.   I will be a little bit more
21  detailed.
22      Q.   Okay.  Yes.
23      A.   There's a formulated bulk which
24  is a container from which then we fill from
25  that into the vials.  So when we do that

10 (Pages 34 - 37)

Appx2948

Page 38

MARK STANNARD - HIGHLY CONFIDENTIAL

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  formulation, that is the start of the expiry
3  clock.
4       Q.    Okay.  And so how much time is
5  there from the time the clock starts when you
6  formulate the bulk and it gets poured into a
7  vial?
8       A.    Correct.
9       Q.    How much time is that typically?
10      A.    Typically --
11           MS. DYKSTRA:  Objection.  You
12  can answer.
13 BY MR. MACORETTA:
14      Q.    You can answer.
15      A.    Typically that would be a shift
16  or up to three shifts, so I'll say a 24-hour
17  manufacturing window.
18      Q.    Then before there's a formulated
19  bulk, is there some other formulation of the
20  vaccine before then?
21      A.    Yes.  We have what we call our
22  drug substance or the true bulk product
23  itself that is in large volume.  And that is
24  ultimately used, this is the trivalent
25  product, so that mumps bulk material is then

Page 39

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  mixed with the other two valents of this
3  product plus stabilizers that make up that
4  final formulated product that goes into the
5  vial.
6       Q.    So when you said into the
7  formulated bulk, that's when we mix all three
8  together?
9       A.    Yes, and any other stabilizer
10  materials that go in.
11      Q.    Whatever else goes in there.  I
12  gotcha.  But the true -- what do we call it
13  before it -- the mumps vaccine before it gets
14  mixed with the other two, what do you call it,
15  the true bulk?
16      A.    It's called the drug substance.
17  That's a highly recognized title.
18      Q.    How much time is there between
19  when the drug substance is made and when it
20  gets formulated in bulk?
21      A.    That can vary.  The drug
22  substance has an expiry, I believe, of ten
23  years.
24      Q.    Okay.
25      A.    So that is frozen under

Page 40

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  specified conditions and within that time
3  frame is then usable for using the process
4  that we're discussing, the formulation and
5  filling.
6       Q.    So it's formulated in bulk and
7  it's frozen for a while.
8       A.    Yes.
9       Q.    Then it gets -- does it get
10  unfrozen and mixed with the other two?
11      A.    Yes.
12      Q.    But at some point in here it's
13  also called lyophilized?
14      A.    That's right.
15      Q.    That means freeze dried.  Right?
16      A.    Yes.
17      Q.    So when does that happen?
18      A.    That's when you put the product
19  into the vial, and you freeze dry and
20  lyophilize those vials.  And that is the
21  final image, I use the term "image," the
22  customer will ultimately receive.
23      Q.    And then it gets -- before you
24  can send it out to the customers, it has --
25  you have to send some to CBER and they have to

Page 41

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  release it.  Right?
3           MS. DYKSTRA:  Objection.
4           THE WITNESS:  That's correct.
5  BY MR. MACORETTA:
6       Q.    How long does that typically
7  take?
8       A.    I will say typically is around
9  30 days.  It can be shorter and it can be
10  longer.  But on average, 30 days.
11      Q.    And you're sending it to CBER
12  after it's in the vial.  Right?
13      A.    That is correct.
14      Q.    Not while it's still sitting in
15  its bulk formulation?
16           MS. DYKSTRA:  Objection.
17           THE WITNESS:  That is correct.
18  They receive samples of the product
19  itself as part of their release
20  process.  So they actually receive
21  those vials that we manufacture.
22 BY MR. MACORETTA:
23      Q.    So where along the various steps
24  we've talked about is potency measured?
25      A.    We will do potency for each of

11 (Pages 38 - 41)

Appx2949

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2 the cans, we call them cans, large containers
3 of the bulk product so that drug substance is
4 staying consistent with that term. When we
5 do the final formulation just before filling,
6 the last container of that is tested for
7 potency. Then when we do the vials
8 themselves, we take samples from the
9 beginning, the middle and the end of the
10 filling operation and test potency across
11 that.
12    Q.   I want to talk about, there's a
13 lot of discussion about testing various lots.
14 You're familiar with that term, a lot of
15 vaccine?
16    MS. DYKSTRA:  Objection.
17    THE WITNESS:  Yes.
18 BY MR. MACORETTA:
19    Q.   Go ahead. I'm going to ask you
20 what a lot is.
21    A.   Sure. Sure. A lot is that
22 discrete number that's allocated to a
23 specific, we use the term "batch" presently.
24 Lot. They're interchangeable. Batch or lot,
25 that's a specific designator for that volume

1 of material. And it's specific to if it's a
2 vial lot or batch, a formulated bulk with a
3 drug substance. All of them have their own
4 specific batch number so you have the
5 genealogy, the whole history of how they're
6 made, the testing that's associated with
7 them.
8    Q.   So does it stay the same across
9 the process, meaning the drug substance? If
10 there's a batch of drug substance, does that
11 become a batch of formulated and a batch of
12 vials, or does that become five batches of
13 formulated and 100 batches of vial or
14 something like that? Do you understand what
15 I'm asking you?
16    A.   I believe so. I'll do my
17 answer. Correct me.
18    Q.   Sure.
19    A.   I'll have a discrete number for
20 my mumps bulk batch. I will have a discrete
21 number for that final formulated batch. And
22 then I will have a discrete batch or lot
23 number for that -- those vials that came out
24 of that formulated batch. So they have their

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2 own specific number. And then as I
3 mentioned, each bulk input would have its own
4 number. So it's all a matter of having full
5 record of what was used to make that final
6 vial batch.
7    Q.   Maybe we're asking something
8 different.
9    There's a batch of manufactured
10 product. Right? Let's assume. Okay. So
11 then does that become one batch of formulated
12 or mixed together or does that batch of
13 manufactured product split into five or ten or
14 100 formulated batches?
15    A.   It's based on the latter
16 question that you gave me. We have criteria
17 for the number of bulk drug substance batches
18 that can go into a formulated batch and then
19 how many vial batches come out of that
20 formulation.
21    Q.   So when we talk about a vial
22 batch or a lot, how many vials are we talking
23 about?
24    A.   That will vary, but they can be
25 in the, you know, 40,000 range from memory,

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2 could be higher than that.
3    Q.   Those are single-dose vials or
4 the ten-dose vials?
5    A.   Again, that's why those numbers
6 will vary. So when I'm giving you numbers
7 from memory, I'm speaking more of the
8 single-dose vials.
9    Q.   So a lot in very broad terms
10 from your memory is about 40,000 doses?
11    A.   To the best of my memory that's
12 a fair assessment.
13    Q.   Okay. But it's not a standard.
14 One lot could have 50, one could have 35, it's
15 not the same number of doses in every lot.
16 Right?
17    A.   It's not specifically the same
18 in every one.
19    Q.   Some percentage of -- once
20 that -- once the product is made into a lot of
21 vials, a certain amount of them are taken out
22 for potency testing. Right?
23    A.   That is correct.
24    Q.   And another certain amount is
25 taken out and sent to CBER for testing as

12 (Pages 42 - 45)

Appx2950

Page 46

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  well. Right?
3    A.    That is correct.
4    Q.    How many do you take out?
5  What's the -- how many do you take out?
6        MS. DYKSTRA: Objection.
7        THE WITNESS: I'm not
8    remembering the specific numbers that
9    are taken. They are specified.
10 BY MR. MACORETTA:
11   Q.    So the specification, we're
12 going to take out, it's got to be a
13 percentage, right, since each lot has a number
14 in it?
15   A.    In many cases it's a specified
16 number because you have various samples that
17 are held for retaining purposes and things of
18 that nature. So rather than a percentage,
19 you have to have an ability to have a minimum
20 volume to do required testing, whether it be
21 for release, retain analysis, things of that
22 nature.
23   Q.    I'm going to come back to
24 potency. We're going to talk about potency
25 some more later.

Page 47

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2        So in addition -- we're also
3  going to talk about stability. There's
4  stability testing done to this product over
5  time. Right?
6    A.    Yes.
7    Q.    And when do you take out the
8  product that you're going to put on stability
9  or test later? Is that from the vial stage or
10 from the bulk formulation stage?
11       MS. DYKSTRA: Objection. You
12   can answer.
13       THE WITNESS: They are taken at
14   both of the stages that you talk
15   about. The drug substance is put on
16   stability testing as well as the vials
17   themselves.
18 BY MR. MACORETTA:
19   Q.    The drug substance means the
20 just mumps or the three mixed together?
21   A.    Just the mumps.
22   Q.    So on stability is some just
23 mumps and some vials of all three mixed
24 together?
25   A.    That's correct.

Page 48

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2    Q.    And the label -- we'll come back
3  to the potency. How about, I want to ask you
4  about ensuring compliance -- well, so the
5  process under which Merck ensures its mumps
6  vaccine complies with the specifications on
7  the vaccine label, and the names and job
8  titles of all persons or committees involved
9  in ensuring this compliance. So who is
10 involved in ensuring compliance with the
11 label?
12       MS. DYKSTRA: Objection. Are
13   you talking specifically to potency?
14 BY MR. MACORETTA:
15   Q.    I think I'm talking -- I'm
16 reading Topic 9. I mean -- well, I guess I
17 can break it down by specification. All
18 right. You know what, that's fine. We'll do
19 it this way, that's fine.
20       So one specification on the
21 label is potency. Right?
22   A.    Yes.
23   Q.    What -- well, I guess there's
24 some other specifications on the label.
25 There's a section of clinical pharmacology.

Page 49

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  Do you see that, starts in the middle of the
3  page and goes to the next page?
4    A.    Uh-huh.
5    Q.    And that gives -- you tell me.
6  What do you understand the term "clinical
7  pharmacology" to mean?
8        MS. DYKSTRA: Objection.
9    Outside the scope, but you can answer.
10       THE WITNESS: This is well
11   upstream of the areas that I've had
12   oversight with. In my
13   responsibilities I've dealt with the
14   clinical group that speaks to the
15   clinical studies that are performed as
16   all part of our licensing submissions
17   for the product, the basis by which we
18   ultimately generate some of the
19   specifications that are established
20   for the product.
21 BY MR. MACORETTA:
22   Q.    So if I wanted to -- if I had a
23 question of -- I'm going to go and I'm going
24 to pick the third paragraph of clinical
25 pharmacology, "Clinical studies of 284 triple

13 (Pages 46 - 49)

Appx2951

Page 50

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 seronegative children, 11 months to
3 7 years...," that paragraph. Who ensures that
4 that's right?
5 MS. DYKSTRA: Objection. These
6 questions are outside the scope. I'll
7 let him answer. So for the record,
8 when I think they're outside the
9 scope, I'm just going to say same
10 objection.
11 MR. MACORETTA: Sure. No.
12 That's fine. See, I would have
13 said --
14 MS. DYKSTRA: Object to form.
15 MR. MACORETTA: I would have
16 said that that's a specification on
17 the label that he should be able to
18 talk about. That's why I'm --
19 MS. DYKSTRA: I understand. We
20 agreed to have in the process for
21 manufacturing for mumps vaccine to
22 comply with potency specification as
23 reflected in the current and
24 historical labels. I don't think that
25 the discussion of clinical

Page 51

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 pharmacology is related to the
3 manufacturing of the mumps vaccine
4 with respect to the potency
5 specification. I do agree that the
6 line you referenced previously, the
7 12,500 TCID50 is the potency
8 specification in the label. So that's
9 where I'm drawing the distinction. He
10 can answer to the extent that he knows
11 in his personal capacity.
12 Can you repeat the question?
13 BY MR. MACORETTA:
14 Q. Sure. I'll make it broader.
15 All of the language in clinical
16 pharmacology, who ensures that that's correct?
17 A. I'll do back to one of my
18 earlier answers that there is an organization
19 that oversees all of this work. So that's a
20 group I do not work with. When we, Merck,
21 MMD, the organization I'm a part of, do our
22 packaging operation, we have appropriate
23 oversight to ensure that we're using the
24 current version of these and apply the
25 appropriate batch number to that. But the

Page 52

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 details of this is handled by the above site
3 group.
4 Q. Let me go back, then, and ask
5 you -- okay. So who is the group that handles
6 these? You said it's a group that oversees
7 all this language about clinical pharmacology.
8 Who is that?
9 A. We call them the global artwork
10 organization. Artwork speaks to everything
11 related to documentation such as this, the
12 labels, this particular product, the
13 containers and things like that.
14 Q. So if I wanted to know who was
15 in that group or who was in charge of it, do
16 you know any of that information?
17 A. That is -- when I said I
18 would -- to get that information, I would go
19 through my CMC organization. That's the
20 group I typically would work with and then
21 they would route any questions appropriately
22 to the organization that oversees this.
23 Q. So global artwork is not part of
24 CMC?
25 A. You know, I do not know that

Page 53

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 exactly. They are separate organizations.
3 The reporting structure of how they report
4 into the corporate office, I do not know
5 specifically.
6 Q. If Merck wanted to -- if Merck
7 decided we wanted to change one of these
8 potency numbers, who is involved in that
9 process?
10 MS. DYKSTRA: Objection.
11 Outside the scope.
12 BY MR. MACORETTA:
13 Q. If you know.
14 A. Again, I go back to that CMC
15 organization. They're the ones that would
16 work with all the relevant groups to assemble
17 the submission. And we're going to be
18 specific to our CBER organization, FDA,
19 there's -- all agencies are very similar in
20 this manner. There's a formal what we call
21 filing. That CMC group is a -- called
22 centralized organization that assembles that,
23 submits the information, the request to the
24 agencies for their review and ultimately
25 approval if it is to be approved.

14 (Pages 50 - 53)

Appx2952

Page 54

MARK STANNARD - HIGHLY CONFIDENTIAL

1  Q.  Since you said CBER, let me ask
2  you a question.  Is all the mumps vaccine for
3  the whole world made in West Point and North
4  Carolina?
5  A.  From Merck, yes.
6  Q.  From Merck.  That's fair.  Yes.
7  Okay.  It's not like the product going to
8  Europe or somewhere else would have a
9  different potency?
10  MS. DYKSTRA:  Objection.
11  THE WITNESS:  That is correct.
12  BY MR. MACORETTA:
13  Q.  There's a different label, I
14  presume.  Right?
15  A.  Specific to that country.
16  Q.  But it's not like Europe is
17  getting a different formulation of MMR II.
18  Right?
19  A.  It is the same formulation,
20  like in one detail, you will see country
21  specific requirements that is typical as
22  countries approve product that come into
23  their market.  But for us it's the same
24  formulation.  And then we identify the

Page 55

MARK STANNARD - HIGHLY CONFIDENTIAL

1  country specific requirements to make sure we
2  comply with that.
3  Q.  Does that get split by lot,
4  meaning if you make a lot of vials, do they
5  all stay in the US or do they go all over the
6  world?
7  A.  You can submit the same lot to
8  various markets as long as it meets the
9  requirements of those specific markets.
10  Q.  Let me jump -- let me change the
11  topic on you for a minute.  Although, I
12  guess -- you know what, I guess we should --
13  let me look at your notes here and see, make
14  sure I have it -- oh, you have the potency
15  topics.  Let me talk about recalls for a
16  minute.  Let me go to, I guess, our Topic 10,
17  recalls.
18  A.  Okay.  I'm just going to get my
19  documents in front of me.
20  Q.  Absolutely.  Absolutely.  When
21  you want to go to -- when you want to go to
22  your documents, just let me know.
23  And recall -- the first thing
24  I'm going to show you is recalls in the

Page 56

MARK STANNARD - HIGHLY CONFIDENTIAL

1  glossary, is a defined term in your glossary.
2  I don't even know how to find the page.
3  Page 108.  I'm going to ask you if you
4  agree -- that definition of recall in the
5  glossary is what you understand we're going to
6  be talking about when we talk about a recall
7  of mumps vaccine today?
8  A.  It is.
9  Q.  Great.  Has there ever been a
10  time when Merck had to recall any mumps
11  vaccine in the United States?
12  A.  We have a -- on two occasions
13  there were recalls affiliated -- associated
14  with mumps.  I'm just referencing my notes
15  here.
16  Q.  Sure.
17  A.  2008 we had an organization
18  that was holding the release material for
19  Merck.  And that was called -- named Cardinal
20  Health.  They had a temperature excursion so
21  the product was not maintained at the right
22  temperature, it was recognized by that
23  organization and out of specification, and
24  they initiated the recall as they were

Page 57

MARK STANNARD - HIGHLY CONFIDENTIAL

1  required to.  And then in 2012 we did have a
2  recall where it was associated with an event
3  where prior to distributing the product,
4  there was a secondary visual inspection.
5  That inspection would be of the vials
6  themselves.  That secondary inspection action
7  was missed and was recognized that it was not
8  completed until after it was distributed.
9  Because of that, there was a recall.
10  Q.  And also we can find a
11  definition in the glossary of a withdrawal.
12  The difference between -- what's the
13  difference between a recall and a withdrawal?
14  A.  Without specific reference to
15  this, I can look at --
16  Q.  I can read it, too.  I'm just
17  asking for your understanding.
18  A.  In my use and involvement is
19  with my roles, they are synonymous actions.
20  We are recalling or withdrawing the material,
21  marketed material back from the market.
22  Q.  Okay.  And then the next
23  question is going to be, which I see in your
24  notes here, you're ready to tell me, is what

15 (Pages 54 - 57)

Appx2953

Page 58

MARK STANNARD - HIGHLY CONFIDENTIAL

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2 other times did Merck consider a recall of any
3 mumps vaccine?
4    A.  Yes.  And, again, referencing
5 the notes you mentioned, there was one batch
6 in 2002.  It was determined that they -- they
7 went through our fact-finding, recall
8 committee review and it was the ultimate
9 decision that there would be no recall from
10 that product.  Sorry, that -- well, product
11 batch.  It spoke of elevated particle counts
12 that were observed during filling.  The
13 presence of non-viable products in the --
14 sorry.  Particles in the product was
15 determined to pose a very low probability of
16 risk to patient due to the method of
17 administration.  And that was the basis for
18 not recalling that material.
19    Q.  This talks about discussed at
20 the recall committee meeting.
21    A.  Yes.
22    Q.  So there's a recall committee?
23    A.  There is.
24    Q.  And there was in '02 presumably
25 as well?

Page 59

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    A.  Yes.
3    Q.  Is that something that meets
4 regularly or just when they need to meet?
5    A.  It's a for cause, so when they
6 need to meet.
7    Q.  I'm going to find an SOP here on
8 recalls.
9    MS. DYKSTRA:  John, for your
10 convenience, we have two recall
11 policies in the package we just
12 provided you.
13    MR. MACORETTA:  Oh, okay.  Well,
14 let me do it that way.
15    MS. DYKSTRA:  We provided you
16 with a quality manual recall policy
17 and the SOP on fact-finding, just so
18 you know.
19 BY MR. MACORETTA:
20    Q.  Let's see if we -- let's see if
21 I found the same thing.  What -- in your
22 search did you find some policies or SOPs on
23 recalls, Mr. Stannard?
24    A.  Yes, we did.
25    Q.  Where would they be?  Are we

Page 60

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2 going to look at your Exhibit 4 now, the big
3 binder clip of stuff you gave me?
4    MS. DYKSTRA:  Yes, it is Exhibit
5 4.
6    THE WITNESS:  Is Exhibit 4?
7 Yes.
8 BY MR. MACORETTA:
9    Q.  Okay.  So what in this package
10 relates to recalls?
11    A.  We have policy document number
12 21.02, which is the MMD, so Merck
13 Manufacturing Division, recall policy.
14    Q.  Okay.  I got it.
15    A.  And then I also --
16    Q.  Let me stop you.  That has a
17 Bates number that ends in 1038 at the bottom.
18 Right?
19    A.  Yes.
20    Q.  Okay.
21    A.  And then we do have a
22 fact-finding recall committee and market
23 action procedure which is a site specific
24 procedure, number -- document number
25 21-QUA-353.  In referencing the last four

Page 61

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2 digits in the bottom right corner as you did
3 with the other is 4309.
4    Q.  So these are -- these are the
5 current policies relating to a recall?
6    A.  They are.
7    Q.  The policy is a higher level
8 than a standard operating procedure.  Right?
9    A.  Yes.
10    Q.  Let's talk about these for a
11 minute and then I have a different one that I
12 want to ask you about.  I'm going to talk
13 about the first one, the MMD recall policy.
14    A.  Yes.
15    Q.  And when it says effective date
16 22 Feb '16 and supersedes 1.0, that means
17 version 1.0 of the same policy?
18    A.  That's correct.
19    Q.  This is revision 2.0?
20    A.  I'm just making sure I'm seeing
21 that.
22    Q.  I'm looking at the very top
23 upper right, it says, "Revision:  2.0"?
24    A.  Yes.  Thank you.
25    Q.  So in some of these documents it

16 (Pages 58 - 61)

Page 62

MARK STANNARD - HIGHLY CONFIDENTIAL
1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  might be, instead of going from 1.0 to 2.0, it
3  might go to 1.1 sometimes I've seen.  What's
4  the difference when you change a whole number,
5  the number after the decimal point?
6      A.    That is a level of detail I
7  rarely get involved with, to be honest.
8      Q.    God bless you.
9      A.    That formal nomenclature or
10 record keeping is detailed in a guidance
11 document, but I'm not familiar with the
12 details.
13     Q.    And the people -- if we look on
14 the last page, there's approvals by
15 Mr. Tiboldo and Ms. Bautista.  Who are they?
16     A.    Lawrence Tiboldo is the lead
17 for the oversight and issuance of quality
18 manual documents.  This type of document and
19 everything that's related to that.  And then
20 Mirabel Bautista is a, I'll use the term
21 subject matter expert whose responsibility is
22 to approve this final document.  And it's in
23 recognition of a final approval by --
24 responsible of Jackie Elbonne who is the head
25 of Merck quality.

Page 63

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2      Q.    So she is really the one who
3  gets final say on this policy?
4      A.    That is correct.
5      Q.    And the other document we talked
6  about, the standard operating procedure, is
7  also effective -- it says it's effective
8  25 November 2016.  Do you see that?
9      A.    Yes, I do.
10     Q.    So these are the current
11 policies.  Were similar policies in place all
12 the way back to 1998?
13     A.    I will speak high level.
14     Q.    Sure.
15     A.    I will say yes, the
16 responsibility to have management of what's
17 been put on the market has been a
18 long-standing responsibility.  When I
19 returned to my -- to the West Point site with
20 the type of role and responsibility I had,
21 these kind of procedures were well established.
22     Q.    So if somebody thought there
23 needed to be a recall in 1998 -- well, do you
24 have those policies or whatever existed in
25 1998?

Page 64

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2      A.    I do not.
3      Q.    Likely they were written back
4  then?
5      A.    I would expect that they would
6  be written, yes.
7      Q.    So according to these policies,
8  what happens -- well, when does somebody at
9  Merck first start to think about a recall for
10 a product?  What would trigger a discussion
11 about should we recall this?
12         MS. DYKSTRA:  Objection.  You
13     can answer.
14 BY MR. MACORETTA:
15     Q.    I mean, obviously the mumps
16 vaccine.
17     A.    I'll stick with the mumps
18 vaccine and maybe I'll leverage what happened
19 in the examples I gave you.
20     Q.    Sure.
21     A.    An issue that is going to be
22 investigated by approved procedures for
23 investigations is discovered after the
24 material has already been distributed.  So we
25 have an open investigation.  They look at the

Page 65

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  severity of the issue.  And as part of the
3  investigation process there's a
4  responsibility to understand product impact
5  or risk to patients as well.  And then as
6  part of the review and -- execution of that
7  investigation and its review, there are
8  responsibilities for filing through such as a
9  BPDR so the agency is aware of something that
10 happened for marketed material, and then we
11 were all trained on the requirements for
12 fact-finding and the process that could lead
13 up to a recall meeting as part of our overall
14 investigation process.
15     Q.    So in the recall with Cardinal
16 Health, all the product was sitting in a
17 Cardinal Health warehouse.  Right?
18     A.    I do not have all the details
19 on that, but if it were sitting at Cardinal
20 Health, all of it, then it would not have
21 been fully distributed.  It would have been
22 within the control.  So something had to be
23 distributed hence to draw it back.
24     Q.    So -- and you're right, if it
25 hasn't been distributed, you don't need to

17 (Pages 62 - 65)

Appx2955

Page 66

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  recall it, you just don't put it out?
3      A.   Exactly.
4      Q.   So the product is distributed
5  and a decision is made to recall it.  How do
6  you figure out who has it?
7      A.   Actually that is the reason for
8  some of the detail that we have in these
9  procedures.  So the agency actually has their
10  own requirements for recalling.  I'm going to
11  browse through both of these documents
12  briefly, the two exhibits that we've been
13  talking about.
14      Q.   Sure.
15      A.   So for reference, I am going to
16  look at the MMD recall policy, your bottom
17  right-hand number is 1046.  Attachment 3
18  speaks to the composition of a typical global
19  recall response team.  And then, as a
20  starting point, then I'm going to just go
21  through my --
22      Q.   So we only have a global recall
23  response team after the recall committee says
24  we're going to have a recall.  Right?
25      A.   That's correct.

Page 67

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2      Q.   Okay.  And you would be one of
3  these guys, one of these bullet point members
4  of such a thing, or you could be?
5      A.   Yes.  As you see, the one, two,
6  three, four, five, sixth bullet in the
7  composition of the response team says "site
8  quality head," which is the role I held just
9  prior to this current one.  As I work
10  through, I'm going to reference the pages
11  that I'll be referencing as I --
12      Q.   Sure.
13      A.   I'm around page 12, and on
14  page 12 of the SOP, bottom right number 4320,
15  we also referenced the recall response team,
16  this will show you how a divisional SOP and a
17  site SOP relate to each other.  This
18  divisional document, my first exhibit in this
19  discussion lays out the composition of the
20  typical response team and then we will get
21  into more of the specific execution steps,
22  that's why SOP, in more detail.
23      Q.   I'm more interested in how -- I
24  mean, I'm happy to have you explain it to me.
25  I'm really interested in how you figure out

Page 68

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  who got the product and how you contact them?
3      A.   That is where we -- I'm just
4  going to find -- that is specified here.  On
5  page 13 of 25 in the site SOP number 4321,
6  you'll see .15, "If market action is
7  required, perform the following:"  Assembles
8  a customer list which -- and it gives a
9  particular SOP, and it discusses our "Supply
10  Chain Management and Distribution and
11  Logistics for assistance as needed."  Those
12  are the individuals who understand where the
13  batch went, to what customers.
14          We initiate a controlled order
15  fulfillment center return form, again
16  referencing a specific SOP and where that's
17  located and how to complete that.  Determine
18  with the distribution services and logistics
19  and other order management center how the
20  recalled product returns, reimbursement, and
21  destruction will be handled.  So, again,
22  that's looking forward.  But when we sell a
23  batch, any batch, we have complete record of
24  where it has gone and it is through that
25  supply chain distribution logistics

Page 69

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  organizations that we have record of that.
3  And then when we do execute this type of
4  action, we are partnered with whatever
5  agency, I'll say specific to CBER, and
6  they -- we show those documents to them and
7  then they -- we work with them and they're
8  our third-party experts as they're referenced
9  in this SOP, the site SOP, on managing these
10  kind of operations because there is many
11  details, as you can imagine, sending the
12  letters out to the customers that have
13  received it, getting confirmation that it was
14  delivered and looking for return rates that
15  you're getting this material back.
16      Q.   So when you say customer in
17  this, who are we talking about?
18          Let me try it this way:  One of
19  the plaintiffs in this case is a little
20  primary care practice in Alabama, Chatham
21  Primary Care.  Let's say for whatever reason
22  you want to recall a batch of MMR.  Can you at
23  Merck figure out if some of the vials from
24  that batch went to Chatham?
25          MS. DYKSTRA:  Objection.

18 (Pages 66 - 69)

Appx2956

Page 70

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  Outside the scope.
3  BY MR. MACORETTA:
4  Q.  In that case to the specific
5  doctor who is injecting it?
6  A.  I will speak from general
7  history.
8  Q.  Sure.
9  A.  I have not dealt with a recall
10  of MMR.
11  Q.  Sure.
12  A.  I have managed these kind of
13  responsibilities as part of this team.
14  Q.  Sure.
15  A.  And through the supply chain
16  management, they are looking to go to the
17  actual healthcare practitioners that have
18  this material so they can be brought back.
19  Q.  That's Merck's supply chain
20  management?
21  A.  That is correct.
22  Q.  When you say the customer in all
23  of these, we're talking about the doctor who
24  pays for the shot and is giving it to a
25  patient.  Right?

Page 71

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  MS. DYKSTRA:  Objection.  You
3  can answer.
4  BY MR. MACORETTA:
5  Q.  Go ahead.
6  A.  That is one of several
7  customers.  That is the end customer.
8  Depending on how the material is distributed,
9  you have your order fulfillment center where
10  it starts, that's still within Merck's
11  control, but then it's distributed, you can
12  go to specific warehouses.  From there it can
13  go to the healthcare practitioner or someone
14  in between.  So the process that we in
15  conjunction with our CBER organization look
16  at where did this material go, where do we
17  send the notification letters to, are we
18  getting the response back and then the
19  actions to bring it back.
20  Q.  But there's a way for Merck to
21  figure out who got which individual vial?
22  A.  There needs to be.
23  Q.  So that's after a recall has
24  been decided, this is how we go find the
25  customer and tell them to do it.  How do we

Page 72

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  get to the point where we decide -- let me
3  start at the beginning.
4  What's the first, the earliest
5  step in this process where someone should say
6  we should think about a recall?
7  A.  I would say classically, it
8  will start with an investigation.  And there
9  are various ways for investigations to be
10  triggered.  We have to open up a GMP record
11  of an issue so that it's on record for that
12  batch and what is the product impact risk to
13  patient.  And when I say risk to patient now
14  I'm really focusing on distributed material.
15  Q.  Yes.  So --
16  A.  So an issue is identified or
17  surfaced that can be from a customer
18  complaint.  It can be, as with the Cardinal
19  Health organization, that after the fact they
20  recognized a deviation from temperature
21  controls.  It can be from postmarket testing
22  which involves stability testing.  So those
23  kind of typical triggers.  It could be
24  something that occurred, again, after the
25  fact where an issue was raised and an

Page 73

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  investigation is started.
3  Q.  And it could be something that
4  occurs as a result of stability testing.
5  Right?
6  A.  Yes.
7  Q.  So somebody -- I'm half changing
8  topics because I'm -- we're going to talk more
9  about stability later, but I'm going to stay
10  on recall.
11  If somebody looks at a stability
12  sample and says this is out of spec, OOS, or
13  out of trend, or whatever it is, do they have
14  a discussion and start to think about whether
15  or not we should have a recall of this?  How
16  does it go from here's an out-of-spec sample
17  to let's talk about a recall?
18  MS. DYKSTRA:  Objection.
19  BY MR. MACORETTA:
20  Q.  You can answer.
21  A.  If I can reference some of the
22  documents that I brought.
23  Q.  Sure.  Absolutely.
24  A.  I think they'd be pertinent to
25  our discussion here.

19 (Pages 70 - 73)

Appx2957

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2       Q.    Absolutely.  That's why we write
3    things down.
4       A.    I'm going to just make sure I
5    get onto the key documents.  I'm staying
6    within the scope now bridging this recall
7    discussion with stability.  So I'm going to
8    leverage two SOPs that I have with us.  First
9    one is document 30-STB as in boy, 132.  Using
10   your numbers in the bottom right corner, last
11   four digits are 4343, that is a realtime
12   stability trend monitoring SOP.
13      Q.    Wait a minute, you lost me.
14      A.    It will be farther in your
15   packet.  It's probably -- 34 --
16      Q.    Oh, I see.  Okay.  So, I'm
17   sorry.  So it says --
18      A.    I'll give you -- right there.
19      Q.    Okay.  Got it.  Okay.  I got it.
20   Okay.
21      A.    And then the one right behind
22   it is the enhanced annual program.
23      Q.    Okay.  Got it.
24      A.    The bottom four digits are
25   4335.

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2       Q.    Got it.  Okay.  These are two --
3    these are two SOPs relating to stability?
4       A.    They are.
5       Q.    Okay.  So the question is, when
6    there's -- when somebody sees some issue or
7    out of spec in a stability sample, how do
8    they -- how does it get to a discussion of a
9    recall?
10         MS. DYKSTRA:  Objection.  You
11   can answer.
12         THE WITNESS:  I will answer
13   that.  I will reference the realtime
14   stability trend monitoring just as an
15   example of the process that is
16   followed and the documents that are
17   referenced.  So on page 3, we talk
18   about a notification of a significant
19   negative stability trend.  Again, I'm
20   using this as an example of the
21   overall process.  You will have -- in
22   this, this is section (c), we have a
23   notification form that is required and
24   it's called a stability alert form.
25   And there's an SOP that gives the

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    details on how that is managed.  Then
3    we talk about notification.  And
4    because we have in general -- again,
5    this is pertinent to all aspects of
6    stability investigations, we have
7    notification responsibilities as shown
8    in document evaluation and
9    documentation.  And we talk about one
10   no longer than two business days
11   because of the requirements for
12   issuing a BPDR, which if we were to go
13   into this kind of action, because it's
14   marketed, you have a clock that starts
15   ticking.  So knowledge is when the
16   issue is identified, so we need to
17   start that promptly.  And I'll stay
18   focused on what you're talking about
19   when we have a recall.  I'm going to
20   page 4 of 11 in this document and
21   if -- in section (b) towards the
22   middle of the page, we have reference
23   to a deviation SOP 06-QUA-125AX.
24   That's deviation data collection and
25   investigation.  And that will take you

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    from your stability findings into an
3    investigation, they have their own
4    procedures because they're very
5    specific on how you handle the
6    mathematics and the data itself, but
7    you're going into a central deviation
8    management system, that 125AX, that
9    then pushes you into the formal
10   process of escalating an investigation.
11   When you see events involving marketed
12   product and then you're looking at the
13   level of severity that you're dealing
14   with, what is the risk to the patient
15   with that product and the severity of
16   the issue.
17   BY MR. MACORETTA:
18      Q.    So are these patient risk and
19   severity issues something that are decided or
20   analyzed within quality or other parts of the
21   organization involved in that discussion?
22      A.    It is the latter part of your
23   answer.  If I go back to the -- I'm going to
24   go back to the documents we started with in
25   discussion.  Now we're going back to the

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  recall process. There's two here to keep
3  straight. Forgive me as I try to keep myself
4  organized here. I'm going to reference the
5  policy, the recall policy.
6       Q.   Yes.
7       A.   Number, bottom number 1045.
8       Q.   The "COMPOSITION OF THE RECALL
9  COMMITTEE."
10      A.   I'm going to start actually
11 with the page before that, on page 7.
12 "COMPOSITION OF A FACT FINDING PANEL." So
13 when you have an investigation that speaks to
14 potential risk to patient and the quality of
15 the product, that investigation is an
16 escalation team. There's other relevant SOPs
17 that govern this, I'm going to start with
18 this. There is a fact-finding panel. So
19 answer your -- if I rephrase your question,
20 who makes this decisions -- these decisions.
21 It is not a discrete investigation team on
22 their own. When you have potential risk to
23 patient and quality of marketed material,
24 they, based on the process that SOP
25 referenced, 125AX was the number, you can go

Page 79

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  to a fact-finding panel. That is chaired, as
3  we show on page 7, by the line of business,
4  it says LOB, line of business quality head in
5  my formal role. In my current role I report
6  to the line of business quality head who
7  chairs this committee.
8       Q.   Let me stop you for one second.
9  What's the line of business here for Merck --
10 for mumps vaccine?
11      A.   Yes, thank you. That is the
12 vaccine line of business.
13      Q.   So is that different than the
14 vaccine division?
15      A.   The -- we use some of these
16 terms, I'm pausing so I'm very accurate with
17 what you're questioning.
18      Q.   Okay. I appreciate that.
19      A.   The vaccine division, we are
20 actually -- we are part of the MMD division.
21 Within MMD, Merck Manufacturing Division, you
22 have various lines of business. And part of
23 that line of business is the vaccine line of
24 business. We speak of small molecule line of
25 business. Some of these line of businesses

Page 80

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  even for small molecule or pharmaceutical
3  products, are then broken up into regions,
4  parts of the world. So for vaccine we are
5  one single line of business.
6       Q.   Yesterday's witness was involved
7  in some marketing operations but there was a
8  discussion of maybe pediatric vaccines or
9  preschool vaccines but that's not part of what
10 we're talking about here. Right?
11      A.   That is correct. We're focused
12 on the MMD organization here.
13      Q.   Okay. Once we're in vaccines,
14 that's it?
15      A.   That's right.
16      Q.   The MMR is not part of some
17 subdivision from that?
18           MS. DYKSTRA:  MMD.
19 BY MR. MACORETTA:
20      Q.   No. MMR II, the Merck -- the
21 MMR vaccine is part of the vaccine's line of
22 business, it's not part of some subversion of
23 that, like the kids' line of vaccines or the
24 adult line of vaccines?
25      A.   You're statement is correct.

Page 81

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  It's part of just that line of business.
3       Q.   Okay.
4       A.   So, and I'll continue to answer
5  through this. This committee is composed of
6  the chair, which is that line of business
7  quality head. And then you have various
8  folks who are a part of this, so supply chain
9  management representative. The reason we get
10 them involved early, remember your question
11 to me is how do you get this material back
12 from the market, we want to at least start to
13 look at the supply chain details. The VP of
14 quality development, if it is in the clinical
15 stage or usage, they're brought in. In
16 market quality representatives, so depending
17 on where it went, you'll see reference to EU
18 events that qualify person and things like
19 that.
20      Q.   Okay. You don't have to go
21 through -- I mean, you can if you want to, but
22 I think you're -- let me ask you a different
23 question.
24      A.   Please.
25      Q.   So am I right that there's a

21 (Pages 78 - 81)

Page 82

MARK STANNARD - HIGHLY CONFIDENTIAL
1  team of investigators, and then when they
2  conclude this looks serious, they decide --
3  somebody there decides we have to have a
4  fact-finding panel?
5      A.   There is a criteria which they
6  have to assess that.  And following that,
7  then, yes, there is escalation to the
8  fact-finding.
9      Q.   Okay.
10     A.   And then this panel listens to
11 that investigation team.  And if I could give
12 you one more detail about linkage --
13     Q.   Sure.
14     A.   -- that is involved here.  So
15 in the MMR space, specific to mumps,
16 approvers of that investigation or involved
17 with the investigation would be part of the
18 committee here.  So that the investigation is
19 presented to the fact-finding panel.
20     Q.   Okay.
21     A.   This fact-finding panel under
22 the chair of the line of business quality
23 lead, comes up with one of three responses.
24 Do I have enough information to make a

Page 83

MARK STANNARD - HIGHLY CONFIDENTIAL
1  decision or do I have to reconvene a second
2  or subsequent fact-finding.  Do I have enough
3  information to say no further -- I have
4  enough facts, no further meeting is required.
5  I have enough information to submit to the
6  head of Merck quality justification that no
7  convening of the recall committee is
8  required.  And there's a process to those
9  details.  Or it's compelling to the chair of
10 this committee that he needs to recommend
11 that they convene the recall committee.  It's
12 one of those three decisions.
13     Q.   Gotcha.  Okay.  So when we
14 looked over here, I'm going to go to your
15 notes.  You said -- we talked about two times
16 there were recalls and one time a recall was
17 discussed by the recall committee?
18     A.   Yes.
19     Q.   So the next question, how many
20 times did we get to a fact-finding panel where
21 they said we don't need a recall committee for
22 this?
23     A.   For mumps?
24     Q.   For mumps.

Page 84

MARK STANNARD - HIGHLY CONFIDENTIAL
1      A.   From my preparations, for the
2  time frame that we're discussing, it's the
3  event that's listed on page 6 of my notes.
4      Q.   So where they did decide that a
5  recall committee needed to be called?
6      A.   I'm sorry, I think I
7  misunderstood your question.  So could
8  you state it one more time?
9      Q.   We only have a recall committee
10 when the fact-finding committee says we should
11 call the recall committee.  Right?
12     A.   Yes.
13     Q.   The bottom of page 6 of your
14 note says, here is one where we had a recall
15 committee and they decided they didn't need a
16 recall?
17     A.   That's right.
18     Q.   So for mumps vaccine, how many
19 times did you get to a fact-finding panel
20 where they said we don't need a recall
21 committee?
22     A.   I understand the question.
23 Yes.
24     Q.   Okay.

Page 85

MARK STANNARD - HIGHLY CONFIDENTIAL
1      MS. DYKSTRA:  Objection.
2      Outside the scope.  You can answer.
3      THE WITNESS:  That level of
4      detail I don't have in my possession.
5      That would be all documented, but for
6      the information that I have readily
7      available and memory from this prep,
8      I'm speaking of these two events here.
9  BY MR. MACORETTA:
10     Q.   So if I wanted to see -- if you
11 wanted to see that documentation, where would
12 we get that?
13     A.   All of the minutes from
14 these -- first let me start, I'm going to go
15 in order of how these are assembled and then
16 reviewed to answer your question.
17     Q.   Sure.  That's fine.  You may be
18 giving me more detail than what I want, but go
19 ahead.
20     A.   You have an investigation.
21     Q.   Yep.
22     A.   And in there would be record of
23 the product impact and the steps that were
24 taken.  Second, if -- then you have when

22 (Pages 82 - 85)

Appx2960

Page 86

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2  you take an investigation to the fact-finding
3  committee, there is a formal slide deck
4  presentation and minutes that are associated
5  with that. And then a summary of that that
6  is taken from the chair of that fact-finding
7  committee and reviewed with the head of Merck
8  quality. And all of that is documented and
9  retained as part of the record for the
10  batches that -- all batches that are
11  manufactured.
12     Q.  Gotcha. So if we wanted to
13  see -- if we wanted to look for the documents
14  to answer my question of how many
15  fact-findings committees did we have for mumps
16  vaccine, would they all -- would all those
17  summaries, the slide decks, and all those
18  recommendations all be in one place somewhere?
19     A.  They would. The quality
20  assurance organization for the site was where
21  you would go to, would have all of that.
22     Q.  Now let's go down a step. This
23  starts with an investigation. Right? There's
24  a -- they call it investigative team?
25     A.  Yes. Generically investigation

Page 87

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2  team.
3     Q.  So there's an investigation
4  team?
5     A.  Uh-huh.
6     Q.  If I wanted to know how many
7  times there was ever an investigate team for
8  mumps vaccine, do they have some records for
9  each investigation that would be centrally
10  located somewhere as well?
11     MS. DYKSTRA: Objection. You
12     can answer.
13     THE WITNESS: There are records
14     of all investigations that occur in a
15     couple formats. So I'll start at the
16     highest level, where we communicate
17     with an agency. You have the BPDR
18     record.
19  BY MR. MACORETTA:
20     Q.  That's one.
21     A.  So that's within 45 days that's
22  submitted to them.
23     Q.  And the BPDR, we don't need a
24  fact-finding or a recall committee. The BPDR
25  decision -- we'll talk about that later. No,

Page 88

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2  I strike that. Okay. There's BPDRs. I don't
3  want to take somebody else's.
4     A.  So you have that. We have
5  records of our investigations. So that's a
6  standard inspection review of any agency that
7  comes to Merck, they have a company, to
8  certainly include a CBER. So they will look
9  at a list of our deviations, and it's a
10  holistic list. And then we have annual
11  product reviews which summarize again the
12  investigations that occurred within each year
13  for the product specifically that -- in our
14  case we'd be looking at MMR or the bulk
15  product.
16     Q.  So if I looked at the annual
17  product reviews for every year from '98 to the
18  present, that would tell me all the
19  investigations of MMR that happened during
20  that time?
21     A.  I will speak higher level to
22  answer. So because I don't have explicit
23  oversight of all of them, the annual review
24  process from '98, but in principle they
25  should be documented. We have -- all

Page 89

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2  companies have had to keep formal record of
3  every investigation so that they're
4  inspection ready when an agency would come to
5  review.
6     MS. DYKSTRA: John, just
7     whenever you're ready --
8     MR. MACORETTA: Sure, we can
9     break. I just wanted -- let me wrap
10     this up.
11     MS. DYKSTRA: Sure.
12  BY MR. MACORETTA:
13     Q.  So just -- I mean, how often is
14  there an investigation? I'm going to talk
15  about MMR. I mean, is this something that
16  happens once a month or once every two years?
17  How -- in a general term.
18     MS. DYKSTRA: Objection.
19     THE WITNESS: That's difficult
20     for me to answer in that it's a very
21     large company, I have 500 people who
22     work for me.
23  BY MR. MACORETTA:
24     Q.  Fair enough.
25     A.  So trying to keep that level of

23 (Pages 86 - 89)

Page 90

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    detail is -- there's various investigations
3    that can happen. We strive to do our jobs
4    right the first time is a key term. So keep
5    that to a minimum. But for on a batch
6    specific basis, it would be a complete guess
7    as to what's the number.
8        Q.   Let me try it this way: So
9    since '98 there have been two recalls and one
10   time you thought about a recall and you didn't
11   do it. Right?
12       A.   Uh-huh.
13       Q.   So that means there's been at
14   least three investigations. Right?
15       A.   Sure. Sure.
16       Q.   So if we added up all the
17   investigations from '98, and we see that three
18   of them made it to at least a thought of a
19   recall, would that mean that there's like a
20   thousand investigations or there's likely four
21   investigations? I'm trying to get a sense of
22   the volume of this.
23       MS. DYKSTRA: Objection.
24   BY MR. MACORETTA:
25       Q.   How big a deal it is, I guess is

Page 91

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    what I'm trying to get to.
3        MS. DYKSTRA: Objection.
4        THE WITNESS: I'll give you a
5        build to an answer for you.
6    BY MR. MACORETTA:
7        Q.   Sure.
8        A.   It will be closer to -- from
9    the time frame you're discussing, '98 to
10   present, it would be on the scale of several
11   hundred because there's multiple ways to
12   generate an investigation. If I document
13   something incorrectly and they have to open
14   an investigation so we can then correct that
15   documentation error, that's a deviation.
16   That's one of those types. If there's an
17   error in testing, that's another. If I have
18   an event where I gouge the wall in the
19   manufacturing room by a piece of equipment
20   being moved, now I'm into the aseptic space
21   which I know is not in our scope --
22       Q.   No, I understand.
23       A.   I have to maintain my
24   facilities in a GMP compliant manner so
25   they're cleanable and able to be sanitized

Page 92

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    properly. That can be an investigation.
3    There's maintenance oversight of the
4    equipment. That's why the number of
5    investigations can be on the higher side as
6    the scale that you're describing.
7        Q.   If there's a -- if there's a
8    couple hundred -- I'm trying to understand
9    what the pyramid looks like. Right.
10       A.   Please.
11       Q.   If there's a couple hundred
12   investigations and they come up to three
13   places where you actually thought about
14   recall, how many times do we get to a
15   fact-finding panel, less than half of the
16   investigations or -- we're talking very
17   generally here.
18       MS. DYKSTRA: Objection.
19   Speculation.
20   BY MR. MACORETTA:
21       Q.   Go ahead, you can answer.
22       A.   I would say it's an extremely
23   low percent, well under 1 percent.
24       Q.   So if there's three recalls --
25   okay. I understand. So if there's 100

Page 93

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    investigations, there should only be a
3    couple -- one or two fact-finding panels --
4        MS. DYKSTRA: Objection.
5    BY MR. MACORETTA:
6        Q.   -- as a general rule?
7        MS. DYKSTRA: Objection.
8        THE WITNESS: The reason I
9        answered that way is we're talking
10       about distributed material.
11   BY MR. MACORETTA:
12       Q.   Okay.
13       A.   So you should be discovering
14   your issues and handling them before you
15   actually release the material. That's why
16   it's a very small percent.
17       Q.   Fair enough. Okay.
18       MR. MACORETTA: This is a good
19   time to break as any, Lisa.
20       MS. DYKSTRA: Okay. Now is
21   good.
22       VIDEOGRAPHER: The time is
23   11:06. We're going off the video
24   record.
25                - - -

24 (Pages 90 - 93)

Appx2962

Page 94

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2     (A recess was taken.)
3     - - -
4     VIDEOGRAPHER:  The time is now
5 11:25.  This begins disc two of the
6 videotape deposition of Mark Stannard.
7 BY MR. MACORETTA:
8     Q.  Mr. Stannard, we're back.  I'm
9 going to show you what we're going to mark as
10 Exhibit 7.
11     - - -
12     (Exhibit Stannard-7, MMR Recall
13     Procedure, Bates MRK-KRA01681143 -
14     01681152, was marked for identification.)
15     - - -
16 BY MR. MACORETTA:
17     Q.  So, Mr. Stannard, what I've
18 marked as Exhibit 7 which is ends in Bates
19 number 1143 says it's a "MMD Recall
20 Procedure," "SOP 21.04," "Revision 0.0."  I'm
21 trying to -- and it's got an effective date of
22 30 April 2012.  I'm trying to understand how
23 this, what we call Exhibit 7, fits in with the
24 SOP for recall committees and the MMD recall
25 policy that you showed me as part of the

Page 95

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2 documents you brought today.  I'll note
3 that -- well, you gave me a policy in an SOP,
4 and this is a procedure.  So I'm not sure if
5 that makes it a different order of magnitude
6 or if this is an earlier version of something
7 you showed me or what.
8     A.  So I'll explain the hierarchy
9 of the documents.  The policy is the highest
10 level, and that is the one we were discussing
11 previously.  What you have given me is a
12 recall procedure effective on April of 2012
13 and Revision 0.  You have a policy and I'll
14 say a guideline or quality standard.  Quality
15 standards are targeted towards the testing
16 laboratories, and guidelines are all other
17 groups.  Then you'll have divisional SOPs,
18 which this is.  They're a relatively smaller
19 number, the divisional SOPs.
20     Q.  And the divisional SOP is what
21 you -- is one of the things you gave me?
22     A.  No, it's what you gave me.
23     Q.  Oh, I'm sorry.
24     A.  It says, "MMD Recall Procedure,"
25 and it talks about SOP 21.04.  So that is a

Page 96

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2 divisional SOP.  It was approved by Dr. Guyer
3 who was at that time the head of quality for
4 Merck.  So we have a relatively smaller
5 number of procedures than we do the guidance,
6 guidelines and policies.
7     Q.  So what about what you gave me,
8 the SOP -- the standard operating procedure
9 approved by Jennifer Gaetano, is that a
10 divisional SOP, too, or divisional --
11     A.  That is a site procedure.
12     A.  A site is smaller than a
13 division.  Right?
14     A.  Yes.
15     Q.  Gotcha.
16     A.  It would be, yes.
17     Q.  Although there's probably, there
18 should be a similar looking SOP for the other
19 sites where you make mumps.  Right?
20     A.  Yes, there would be.
21     Q.  But what I gave you as Number 7
22 is a procedure that applies across the whole
23 division which means the vaccine division?
24     A.  This would be even broader than
25 the vaccine division.  This is a procedure

Page 97

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2 that comes out of our quality manual that
3 would be pertinent to all parts of the MMD
4 organization.
5     Q.  Gotcha.  And at the beginning of
6 it, this is what I was asking you about it
7 before, it says, "Merck Corporate Policy #32,"
8 if you look at the second line under "PURPOSE"
9 there.  Do you see that?
10     A.  Yes.
11     Q.  Where would I find that?  Is
12 that in the quality manual or is it somewhere
13 else?
14     A.  Let me just read this in
15 context.  Corporate policies are overarching
16 policies.  We have -- that's why it's listed
17 first.  And Corporate Policy Number 32 -
18 Merck Quality Policy.  So there were multiple
19 corporate policies.  And then this would get
20 us into our divisional.  Subsequently you see
21 the MMD, it says policy 21.02 - MMD Recall
22 Policy.  Now we're into the MMD part of the
23 company, and that's where our quality manual
24 is focused on, the MMD.
25     Q.  Gotcha.  Let me ask you --

25 (Pages 94 - 97)

Appx2963

Page 98

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2     MS. DYKSTRA: For the record,
3  Dr. Stannard, I think we did produce
4  the corporate policies and I think the
5  corporate policy may be on marketed
6  product. Might be corporate policy 32
7  currently. But you have it in
8  production.
9     MR. MACORETTA: Okay. All
10  right. I can tell you that we looked
11  for corporate policy number 32. We
12  couldn't find it. But maybe that's --
13  okay.
14 BY MR. MACORETTA:
15    Q. So we talked about within Merck
16 there's MMD and MRL. Right? Is there
17 another -- is there a third division of the
18 company?
19    A. Yes, there are several. You
20 mentioned the two, MMD, MRL. You have your
21 global human health. You've got an element
22 of human resources management. You have a
23 legal organization. So you have in a large
24 company like we do, we have multiple.
25    Q. What does global health -- human

Page 99

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2 health do that MRL or MMD doesn't?
3    A. Human health is the
4 organization that is -- where our sales and
5 marketing organizations report in to.
6    Q. Okay. I see. Okay. And so one
7 thing I -- my Number 7, the procedure
8 references, I'm in scope 2.1.5, references
9 various CFR sections that may apply here. Do
10 you see that?
11    A. Yes.
12    Q. But that's not in the policy
13 that you gave me. The policy is broader than
14 the procedure, right, if I got this right?
15    A. That is correct. The policy is
16 the very high arching document, governing
17 document. There can be references to various
18 requirements that are codified by our agency
19 or others in these. It depends on the level
20 of detail that is pertinent for a policy
21 versus a procedure like this.
22    Q. Now, I'm going to switch topics
23 a little bit. I'm going to go back to
24 labeling for a minute.
25    A. John, just for organization,

Page 100

1 should I put this Number 7 there?
2    Q. You should put where you can
3 find it again which I would suggest is
4 probably there, yes.
5    So I'm going to go back to
6 Number 6 which was the package insert for MMR
7 that we looked at, which I think is that.
8    A. Okay.
9    Q. Okay. We have noticed that on
10 the labels ProQuad has a printed expiry date
11 on it, and for certain times at MMR we saw
12 that there was no date on the label. Do you
13 know why that is?
14     MS. DYKSTRA: Objection.
15  Outside the scope. You can answer.
16     THE WITNESS: I would not know
17  that detail.
18 BY MR. MACORETTA:
19    Q. Is there some standard -- if the
20 policy -- if the product has an expiration
21 date, is there some standard form or something
22 that tells us where we're supposed to go on
23 the product at Merck?
24    A. Generally there is a standard.

Page 101

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2 I don't know the specifics of it. But each
3 of the -- where this information is recorded
4 is an agreed to filing with an agency. So it
5 aligns with their expectations.
6    Q. Fair enough. We talked about
7 the specifications on the label and how many
8 virus particles of mumps are there, the
9 12,500 TCID50 of mumps virus?
10    A. Yes.
11    Q. I think we said that's how
12 many -- that's the minimum number of particles
13 that are supposed to be there at end expiry.
14 Right?
15     MS. DYKSTRA: Objection to form.
16     THE WITNESS: Correct.
17 BY MR. MACORETTA:
18    Q. Meaning 24 months from whenever
19 we start the clock, when they're mixed
20 together. Right?
21    A. Uh-huh.
22    Q. Remember you have to say yes or
23 no.
24    A. Yes.
25    Q. So she can take it down.

26 (Pages 98 - 101)

MARK STANNARD - HIGHLY CONFIDENTIAL

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2      A.   Thank you.
3      Q.   So how does Merck confirm or
4  what testing does Merck do to make sure that
5  there really are at least 12,500 TCID50 of
6  mumps virus at the end of 24 months?
7      A.   That speaks to our stability
8  program.
9      Q.   It does.  When we say stability,
10 I think I know what we mean.  When we talk
11 about the stability program, what do you
12 understand that to encompass at Merck?
13     A.   I'm just going to put this back
14 so we can find it in the future.
15     Q.   Sure.
16     A.   I'm going to pull out some of
17 my stability protocols as a point of
18 reference.  I have two of these.  I'm going
19 to start with the drug product and then I
20 always forget the term for these numbers.
21     Q.   Bates.
22     A.   Bates 4300.
23     Q.   Okay.  All right.  Okay.  You
24 can keep talking while I'm looking for that.
25 So...

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2      MS. DYKSTRA:  One looks like
3  this, vaccine --
4      MR. MACORETTA:  Yeah.  I'm
5  looking for it.  It's part of what you
6  gave us as Number 4.  Right?
7      MS. DYKSTRA:  Yes.
8  BY MR. MACORETTA:
9      Q.   Vaccine and biologic stability
10 protocol?
11     A.   Yes.
12     Q.   Got it.  Okay.  Got it.
13     A.   There's two that are relevant.
14 Let me see one if you don't mind.  Yes,
15 that's the one I was going to start with.
16 And then you have this as well.
17     Q.   4293.  Got it.  Okay.  I'm with
18 you.  Okay.  So these are going to tell us
19 what the stability protocol or stability is?
20     A.   Yes.  This is a protocol for
21 executing the stability studies that go to
22 your question about monitors, make sure that
23 we have that number of TCID50 or virus
24 particles present in the product at expiry.
25     Q.   Okay.

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2      A.   So this is -- just a couple of
3  points of detail for you.  In this document
4  you'll see process stage and there's an X
5  next to drug product so now we're talking
6  about vials.
7      Q.   You're in which document?
8      A.   This is 4300.
9      Q.   Okay.  "Process Stage:  Drug
10 Product."  Okay.  That means it's in its vial.
11 Right?
12     A.   That's right.
13     Q.   Okay.
14     A.   And there's protocol type, the
15 next row.  You'll see an X next to general
16 annual.  There's also linked with that is a
17 commercial process change.
18     Q.   So that means that this is the
19 stability protocol for the general annual
20 stability analysis.  Right?
21     A.   That's right.
22     Q.   You could also do -- well, and
23 what does commercial process change mean
24 there?
25     A.   If there is a change request

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  that is -- requires some sort of stability
3  analysis as part of the formal approval
4  process for that change request, that the
5  data from a stability study will be part of
6  the change request.
7      Q.   But if we're going to do a
8  formal stability study, that box isn't checked
9  off, so that might be something else.  Right?
10     A.   That could be something -- yes,
11 that can be a very specific something unique.
12     Q.   So as of September 6, 2016, this
13 is how we do the general annual stability
14 analysis.  Right?
15     A.   Yes.  This will speak to that.
16     Q.   Now, does this tell us how far
17 back this goes, meaning how long were you
18 doing it this way?  This is a revision of
19 something else?
20     A.   This is the protocol for
21 executing a stability study.  This is
22 effective as of the date that it's listed in.
23 It does not give us a history of prior --
24     Q.   So this is what you're doing
25 now?

Page 106

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2      A.   Yes.  Let me go to, to continue
3  to answer your question about monitoring of
4  the 24-month expiry, if you go to page, what
5  is this, bear with me while I find the page.
6  5 of 8.  You'll see "Long Term Stability
7  Testing Schedule."
8      Q.   Yes.
9      A.   There's various stability tests
10 or assays that are conducted.  We're looking
11 for the infectivity titration which is a test
12 name.  Then there's the third row,
13 infectivity titration.  That gives the
14 general method number.  That method is the
15 same whether you're doing potency testing for
16 release or you're doing stability testing
17 itself.  And then this gives the intervals
18 for that long-term stability testing of zero
19 months time zero at the start of it.
20     Q.   That's when it's still in its
21 container, when you're mixing the three
22 together, before it goes in a vial.  Right?
23     A.   No, this is -- now we are using
24 vials.  It says package is glass vials here
25 at the top of that page.

Page 107

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2      Q.   But I thought the expiry date
3  started when it got mixed together?
4      A.   That is true but when they --
5  they are mixed and then they are put into
6  vials.
7      Q.   That's usually only a day apart?
8      A.   Exactly.
9      Q.   Okay.  All right.
10     A.   We do not use release data for
11 your stability.  You do a specific time zero.
12     Q.   But the time zero for putting an
13 expiry date on the label is a different time
14 zero than for doing the stability?
15     A.   It is -- I'll put it this way:
16 It is specific, they can be very close and
17 should be very close in time.  We use a LIMS
18 system to do -- that's specific to the
19 stability analysis.  LIMS is Laboratory
20 Information Management System.
21     Q.   That's a software system?
22     A.   It is.
23     Q.   We're going to talk about that
24 some more later.  Okay.
25     A.   And all of these calculations

Page 108

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  occur in that stability instance we call it
3  of the LIMS system.  We have a release
4  instance of the LIMS system.  So when these
5  tests are conducted, they're done for release
6  or they're done for stability.  Time zero is
7  very close in time frame.
8      Q.   Release is something totally
9  different, right, that's after CBER tells
10 you --
11     A.   No, actually the release
12 test -- it's the same potency test where
13 there's stability or release.
14     Q.   Yep.
15     A.   But we use -- the release LIMS
16 systems has its calculations because we talk
17 about, I'm sure we'll get into this in the
18 future, it's calibrated to a reference
19 standard.
20     Q.   We're going to talk about that.
21     A.   Those calculations are in
22 there.  In the LIMS system, that's specific
23 to stability.  They have all their
24 calculations built into that LIMS.  So same
25 test, it's just where it's entered into which

Page 109

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  LIMS system so the right calculations are
3  conducted.
4      Q.   So the day it's put into a vial,
5  we take out some and we do a test for release
6  to see if it meets -- because there's a range
7  of release potencies it has to meet.  Right?
8      A.   That's correct.
9      Q.   We also do the first of the
10 stability tests.  Right?
11     A.   Yes.  I want to clarify that
12 yes.  We test every batch for release.  For
13 stability you test for -- in your annual
14 case, you test a batch that was
15 representative of batches made for market
16 supply.  So not every batch gets a time zero.
17     Q.   So we're going to talk about
18 that in a little bit as well.  In fact, you
19 know, before we get to this, let me do that.
20        So batch and lot are the same,
21 right, we're using that interchangeably?
22     A.   Yes.
23     Q.   They have more or less 30 --
24 $40,000 -- 40,000 vials in a lot or a batch.
25 Right?

Veritext Legal Solutions
212-279-9424          www.veritext.com          212-490-3430

Appx2966

Page 110

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2      A.    You know what, from memory, I
3  have a release protocol that gives me a
4  number so I could look that up, if that's --
5      Q.    It doesn't matter.  I'm just
6  trying to get a ballpark.  How many vials a
7  year?
8          MS. DYKSTRA:  Objection.
9          THE WITNESS:  Oh, boy.
10 BY MR. MACORETTA:
11     Q.    Over a million?
12     A.    That would be complete guess
13 because I'm looking globally.
14     Q.    Well, for the -- okay.  For the
15 US.
16         MS. DYKSTRA:  Objection.
17         THE WITNESS:  Again, I would be
18     completely guessing here.  The market
19     has matured so that it's different
20     internationally than it has been in
21     the past because it continues to
22     expand.
23 BY MR. MACORETTA:
24     Q.    Do you have any idea of how many
25 batches you make a year, or lots you make a

Page 111

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  year?
3          MS. DYKSTRA:  Objection.
4          THE WITNESS:  Because this is
5     one of many products that I was
6     responsible for, I do not have that
7     number.
8  BY MR. MACORETTA:
9      Q.    So when we do stability, so when
10 you do stability testing for MMR, let's say
11 hypothetically you make 50 lots a year.
12     A.    Sure.
13     Q.    How many -- for stability you're
14 taking samples not from every lot but some
15 subset of those lots.  Right?
16     A.    That's correct.
17     Q.    Where does it tell us -- I
18 assume somewhere there's a protocol that says
19 take it from every tenth lot or 10 percent of
20 the lots or something like that.  Right?
21     A.    There's actually a procedure I
22 can reference to help answer that question.
23     Q.    Yes.  What I'm trying to get to
24 is how do you decide which samples to pick for
25 stability?

Page 112

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2      A.    Okay.  I'm going to the
3  enhanced annual program application.  It's an
4  SOP and their bottom numbers are 4335.
5      Q.    Gotcha.  Okay.
6      A.    Okay.  I'm just looking for the
7  reference, and I might have to use my notes
8  here just so I'm -- I know that we as a
9  company use four batches for MMR in this
10 enhanced annual program.  And I'm trying to
11 make sure I have the right reference to that.
12 That is per site that manufactures.  And
13 there are two sites which are MM -- Durham
14 and West Point.  So a total of eight would be
15 required to be tested for our annual
16 stability.  I'm not seeing that detail in
17 this exact document.
18         MS. DYKSTRA:  I can help you
19     with the protocol.
20         MR. MACORETTA:  So let me --
21     before you said -- go ahead.  Find
22     what you want.  Go ahead.  Find it.  I
23     want to understand your last answer.
24         THE WITNESS:  Here it is, yes.
25     Thank you.  This is -- back to the

Page 113

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2     original document we were talking
3     about which is number 4303, which is
4     the protocol for the drug product, on
5     page 4 of 8 it's a long-term stability
6     protocol, talks about the
7     manufacturing sites, West Point and
8     Durham, reuse the glass vials.
9  BY MR. MACORETTA:
10     Q.    Four lots each.
11     A.    Four lots each.  There's a note
12 at the bottom that we have commitment of
13 three, however four studies are initiated
14 annually per site just based on Merck's
15 definition.
16     Q.    So when we say four lots for
17 annual stability study, are we talking about
18 the whole lot?
19     A.    No, there are samples taken
20 across that lot.
21     Q.    I see.  So if you make 100 lots
22 a year or five lots a year, you're only going
23 to take samples from four of them.  Right?
24     A.    That would be a fair statement,
25 yes.

29 (Pages 110 - 113)

Appx2967

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    Q.   Then how many samples do you
3 take from each lot?
4    A.   That number I don't have
5 exactly. We will take samples across the lot
6 beginning, middle, end. And there are a
7 specified number for stability purposes,
8 specified number for release purposes, for
9 retention purposes. They're all laid out as
10 to what is to be pulled and held.
11    Q.   How do you decide which lots you
12 take the samples from?
13    A.   With -- when I speak to general
14 annual requirements, start the answer in that
15 manner, we typically -- we are obliged and
16 take a lot that is representative of anything
17 we're putting on the market. So this would
18 be typically a batch that is going on the
19 market itself, manufactured in the same
20 manner as others that are being put on the
21 market as well. We target one per quarter
22 when we do these four per site. If I can use
23 to continue my answer to you, then as we noted
24 here at the start of this, we talked about
25 commercial process change. So if you're

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2 making a change, then that's a very specific
3 batch where that change is executed and you
4 do your stability analysis for that specific
5 change. That batch will not go on the market
6 until a change is approved.
7    Q.   That's a little different.
8 But -- and you don't have a round number of
9 how many lots a year you make at West Point of
10 MMR. Right?
11    A.   I don't.
12    Q.   So let's say you make 100 lots
13 of years in round numbers. You said you take
14 one per quarter -- production is pretty much
15 steady throughout the year in a general sense?
16    MS. DYKSTRA: Objection.
17 BY MR. MACORETTA:
18    Q.   Or does that vary?
19    A.   It does vary.
20    Q.   So let's say instead you make 25
21 lots each quarter.
22    A.   Uh-huh.
23    Q.   You're going take samples from
24 one of those lots. Right?
25    A.   Per quarter.

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    Q.   How do you decide which of those
3 25 you take the samples from?
4    A.   It is to be representative. So
5 there should -- it is a selection of just
6 samples being pulled of a representative
7 batch.
8    Q.   But what is -- who makes that
9 decision I mean?
10    A.   The stability organization has
11 an annual stability schedule that is
12 communicated to the quality manufacturing
13 organizations so we know the number of
14 planned stability studies that were to occur.
15 So as part of the manufacturing schedule to
16 make sure that we do comply and get in this
17 case four, those will be planned so when
18 you're manufacturing, you're picking a
19 representative batch. They should be just
20 planned because they're supposed to be
21 representative. They're no cherry picking if
22 I can use that term, to say I'm going to use
23 this one. It is representative of any batch
24 going on the market.
25    Q.   So when you say "planned," do

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2 you mean if you know you're going to make 25
3 batches in a quarter, before you make any of
4 them, you say we're going to take it from
5 number 12? Is that what you mean by
6 "planned"?
7    A.   Yes, we have manufacturing
8 schedules that are established. They go by
9 month and then they go across the year. So
10 that we -- orders come in from various
11 countries, so that change will vary -- plan
12 can change based on ordering volumes and
13 things of that nature, but high level to
14 ensure that we are compliant, that we are
15 testing the right number of batches and get
16 the right number of samples per batch. That
17 is put into the manufacturing schedule so
18 that the samples are properly pulled.
19    Q.   When we -- after you decide what
20 lot, how many vials come out of a lot for
21 sampling?
22    A.   That's one thing I said I did
23 not know the exact number. There are various
24 purposes for samples in the box.
25    Q.   Is there -- we're talking about

Page 118

MARK STANNARD - HIGHLY CONFIDENTIAL
1 our case involves the United States and FDA
2 requirements. Is there some other set of
3 samples that are pulled for stability modeling
4 for other parts of the world or is there one
5 stability model and analysis that applies for
6 everything here?
7 MS. DYKSTRA: Objection.
8 BY MR. MACORETTA:
9 Q. Do you understand what I'm
10 asking you?
11 A. I do. So I can -- you will
12 have country specific requirements for
13 stability. So you can. So many agencies,
14 the countries will rely on CBER.
15 Q. Okay. But not all.
16 A. But not all. Okay.
17 Q. I'm going to go back to the next
18 page with the chart. Do you -- well, first of
19 all, these gen numbers, the method number in
20 gen, what is that, like the specifics of how
21 the chemical test is done?
22 A. Yes. In each -- in our quality
23 standard, which I'm sure well get to, there
24 were multiple assays that are performed, you

Page 119

MARK STANNARD - HIGHLY CONFIDENTIAL
1 can see there are multiple tests that are
2 considered stability indicating. They're on
3 this list. You have method specific numbers
4 that end in the term gen, G-E-N.
5 Q. So the method specific number
6 will tell us exactly what assay we're using
7 and how we're using it?
8 A. Exactly.
9 Q. Gotcha. Okay.
10 A. And then to answer your
11 original question on timing, we started with
12 the time zero but you can see in here we have
13 stability studies performed or tests for all
14 of these assays, but I'll state potency tests
15 performed at 0, 3, 6, 9, 12, 18, 24 months.
16 Then we actually do beyond the 24 expiry time
17 period for this product a 30-month time
18 point.
19 Q. Okay. So these are -- and these
20 are samples that are aged under the storage
21 conditions on the label. Right?
22 A. Exactly.
23 Q. Actually measuring what happens
24 as opposed -- we're going to talk about an

Page 120

MARK STANNARD - HIGHLY CONFIDENTIAL
1 accelerated study later.
2 A. That's right.
3 Q. But that's not what we're
4 talking about here. Right?
5 A. That's not what we're talking
6 about here.
7 Q. Let's turn the page because
8 there is an accelerated study. I guess -- are
9 you doing accelerated studies on every lot as
10 well or every year's worth, I guess?
11 A. No. No. Accelerated studies
12 are purposely designed and I'll say
13 classically for some sort of change being
14 considered so that you can accelerate the
15 conditions that the products, the stability
16 modeling of that product rather than hold it
17 as you said, follow the instructions on the
18 label for how to store it. Here we'll put it
19 at whatever accelerated conditions are, they
20 can be typically temperature. So you're
21 trying to assess in a more rapid manner what
22 impact if there is any is the change is doing
23 the product.
24 Q. Here's what I'm trying to

Page 121

MARK STANNARD - HIGHLY CONFIDENTIAL
1 understand. If the purpose of the stability
2 study is to make sure that the product in the
3 vial matches the 12,500 and you
4 just age it at label conditions, you won't
5 know in if it fails at 24 months until
6 24 months go by. Right?
7 MS. DYKSTRA: Objection. You
8 can answer.
9 THE WITNESS: Let me answer it a
10 little longer.
11 BY MR. MACORETTA:
12 Q. Sure.
13 A. You will -- you have your --
14 you're assessing every year what you put on
15 the market. We've had stability testing
16 going on for years at the same 24 expiry time
17 interval. So when you do these studies, you
18 are testing them against established
19 historical record for how that product is to
20 perform. So, yes, indeed when you pull a
21 sample, an annual sample, say, for the year
22 2016, you put that on test and that will go
23 through in parallel with what the customer is
24 potentially holding at, but then you have a

Page 122

MARK STANNARD - HIGHLY CONFIDENTIAL

1 history of other lots prior to that so you
2 know what to expect.
3 Q. So if we -- if a vial rolls out
4 today, right, then our analysis of whether or
5 not that's going to not meet its 12,500 at the
6 end of the shelf life is not really so
7 dependent on vials we put on stability today,
8 it's dependent on vials that were put on
9 stability months or years ago in the
10 historical trend?
11 MS. DYKSTRA: Objection.
12 BY MR. MACORETTA:
13 Q. Go ahead.
14 A. When you file your product,
15 you're filing the basis for that 24 months
16 expiry. So you have expectations and you're
17 confirming that for a vial put on test today,
18 that indeed over the course of time it is
19 meeting those expectations.
20 Q. So then when we talk about
21 investigations and recalls -- I'm trying to
22 understand how if we're tracking this
23 historically, what triggers an investigation
24 or recall? We see something that was put on

Page 123

MARK STANNARD - HIGHLY CONFIDENTIAL

1 two years ago that's out of spec, it says we
2 now have to investigate everything else? Is
3 that how it works?
4 MS. DYKSTRA: Objection.
5 BY MR. MACORETTA:
6 Q. Do you understand what I'm
7 asking you?
8 A. I do. I'm going to answer with
9 the protocol.
10 Q. Sure.
11 A. I'm going back to page 5 of 8
12 in this document number 4304.
13 Q. Yep.
14 A. At these time points, if I have
15 an out-of-specification result at 24 months,
16 that is a notification from the stability
17 unit, you start your investigation, and
18 you're talking about marketed material. It's
19 not meeting its 24-month expiry.
20 Q. That's right.
21 A. If I get an OOS or
22 out-of-specification result for potency at
23 any time interval beforehand, you're not
24 meeting the expected expiry time for that

Page 124

MARK STANNARD - HIGHLY CONFIDENTIAL

1 product, so that's an investigation. And we
2 go through the stages we discussed earlier.
3 Q. And it may or may not lead to a
4 fact-finding which may or may not lead to a
5 recall committee. Right?
6 A. When it comes to potency, and
7 specifically with out of specification, those
8 -- we have procedures that require that those
9 are investigated and would go to fact-finding.
10 Q. And we're -- so this is the
11 schedule. If I wanted to talk about what was
12 happening back in '98 or 2000, do we have a
13 document that tells us what the analysis was
14 then?
15 A. There is because there is
16 correspondence in some of the records that I
17 reviewed in getting ready for this where you
18 can see the discussions of the stability
19 studies. The exact formatting of that, I
20 don't know how it looked, but in principle it
21 should align to the established intervals
22 between CBER and Merck as to what our testing
23 intervals would be.
24 MS. DYKSTRA: John, I'll just

Page 125

MARK STANNARD - HIGHLY CONFIDENTIAL

1 let you know for the record that in
2 this document has the revision history
3 to the protocol itself going back
4 to --
5 MR. MACORETTA: 2005.
6 MS. DYKSTRA: 2005.
7 MR. MACORETTA: Okay.
8 MS. DYKSTRA: Which just so you
9 know, the RAS general stability
10 protocol is the last one on this list
11 on page 307.
12 BY MR. MACORETTA:
13 Q. So let's look at that if we can
14 go to that, the Bates number page that ends
15 307. Ms. Dykstra is correct, right, this is
16 the revision history of the protocol we're
17 looking at. Right?
18 A. Bear with me. I don't have the
19 right record.
20 Q. Same thing. Page 8 of 8.
21 A. That was 307, gotcha.
22 Q. So if you flip to the page
23 before, that's the whole history of the
24 revisions of this protocol?

32 (Pages 122 - 125)

Appx2970

MARK STANNARD - HIGHLY CONFIDENTIAL

1   A.   Yes.
2   Q.   So then at the top of page 8 of
3   8, where it says PR -- where it starts with
4   the words -- number zero, is this when this
5   was first created where it says, "RAS General
6   Stability Protocol Format Update," does that
7   mean that there was some version of this
8   before 10 June 2005?
9   A.   That candidly I do not have
10  knowledge of.  In this official format of
11  having a protocol, this was the first as
12  listed here in 2005.
13  Q.   But I think you're pretty
14  confident that there's some written document
15  that says this is how we're going to do
16  stability testing before June 2005?
17  A.   I am.
18  MS. DYKSTRA:  I don't want to
19  interrupt, but just for the record,
20  right below that, 00 is the original
21  and then defines 01 through 05
22  revisions just so you have them handy.
23  BY MR. MACORETTA:
24  Q.   Except this is an 0 and not 00.

MARK STANNARD - HIGHLY CONFIDENTIAL

1   I don't know what it means.  Do you have any
2   idea what that means?  I assume that means
3   it's the original, but I'm just following your
4   own coding there.  00 is the original, but
5   whatever is in June of '05 isn't 00, it's just
6   0.
7   A.   As I'm here sitting with you,
8   that's how I would read it.
9   Q.   Okay.  Fair enough.  I'm sorry,
10  did you say that this protocol had to be
11  approved by CBER?
12  A.   No.  This -- not the specific
13  protocol.  That would be my CMC.  A Merck CMC
14  organization that would be involved with what
15  is agreed to.  But in some of the
16  correspondence that we've reviewed getting
17  ready for today you could see there is
18  discussion between CBER and Merck as to the
19  specifics of the time points and how we would
20  conduct these.
21  I just want to look at one
22  detail to make sure I'm answering your
23  question properly here.
24  Q.   Absolutely.

MARK STANNARD - HIGHLY CONFIDENTIAL

1   A.   I am just -- for transparency,
2   I'm looking at the purpose of this document,
3   on page 2 of 8 is the minimum requirements
4   for annual stability programs.  Certainly we
5   have developed stability programs as we go
6   back to the correspondence that was happening
7   in 1999 or thereabouts.  So trying to make
8   sure I'm linking these to current programs
9   and future, I'm just looking at that for my
10  own reference.  I have no other details that
11  I can add to this discussion.
12  Q.   So when we looked at the label
13  and we talked about how the 12,500 TCID50, we
14  now, we meaning Merck, Merck and the FDA
15  understands to be the minimum amount of virus
16  particles that are there at expiry.  Right?
17  A.   Yes.
18  Q.   But part of this story is that
19  in the mid-'90s, Merck understood that virus
20  particle amount to be a release potency, not
21  an end expiry potency.  Right?  Is that a fair
22  statement?
23  MS. DYKSTRA:  Objection.
24  Outside the scope, but you can answer

MARK STANNARD - HIGHLY CONFIDENTIAL

1   in your personal capacity.
2   THE WITNESS:  From what I
3   reviewed, that is correct.
4   BY MR. MACORETTA:
5   Q.   So in the late '90s there wasn't
6   an end expiry potency.  Right?
7   MS. DYKSTRA:  Objection.
8   THE WITNESS:  To answer that, I
9   can go to the correspondence that was
10  going between CBER and Dr. McKee at
11  that time.
12  BY MR. MACORETTA:
13  Q.   Sure.  That's fine.  That's in
14  your pile.  Right?
15  A.   Yes, it is.
16  Q.   Get my hands on that.  Give me
17  one second to locate that.  Here we go.
18  A.   Are you looking for this one?
19  Q.   I got it.  And you're looking at
20  what's stamped August 20, 1999, letter to Dr.
21  McKee?
22  A.   Yes.
23  Q.   Go ahead.  So my question was,
24  was there an -- let me rephrase it.

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2         Was there an end expiry potency
3    in August 1999?
4         A.   I'm going to look for that
5    answer so I can read it to you for accuracy.
6         Q.   Sure.
7         A.   I have another document in my
8    hand that is probably the easier summary to
9    work from, so bear with me as I draw your
10   attention to a letter to Annie Sturgess from
11   Amy Keegan.
12        Q.   Yes.
13        A.   And the summary we speak in
14   1990, the mumps end expiry was established as
15   4.3 to the negative log TCID50 per .5 mL dose.
16   So as of 1990, we did have that.
17        Q.   Okay.  All right.  I see this
18   memo, so somewhere there would be a -- and
19   then it was changed, the end expiry became
20   4.1?
21        A.   That's correct.
22        Q.   In 2007?
23        A.   That is correct.
24        Q.   Okay.  So in 1998, 1999 Merck
25   was operating with an end expiry potency of

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    4.3.  Right?
3         A.   That is right.
4         MS. DYKSTRA:  Objection.
5    BY MR. MACORETTA:
6         Q.   So you were doing stability
7    testing and if something had less than 4.3 in
8    it or was projected to have less than 4.3,
9    that would trigger some out of specification.
10   Right?
11        MS. DYKSTRA:  Objection.
12        THE WITNESS:  I did not have
13   review of all of those out-of-specification
14   investigations, but I have -- from the
15   BPDRs that I have with me, they speak
16   to those.  Perhaps that would be an
17   appropriate document for me to answer
18   your question from.  So I'd like to
19   grab that.
20   BY MR. MACORETTA:
21        Q.   Sure.
22        A.   It's probably over here.  There
23   were two that I'll answer your question from.
24   They are the biological product disposition
25   forms.  I'll use your number 4239.

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2         Q.   Yep.
3         A.   It's one of two.  The other one
4    is 4233, they both speak -- are issued in
5    2001.  So I will -- these deviations were
6    issued, I'll start with the one that is again
7    4239 on the front page.  A couple of points I
8    would like to use to answer.
9         Q.   Sure, go ahead.
10        A.   We talked about in this case
11   there was a 24-month stability interval for
12   mumps at a four-hour and eight-hour
13   reconstitution and store interval where the
14   mumps average potency value of 4.2 log TCID50
15   was observed versus the expiry of 4.3 log.
16   So you did not meet that as the BPR was
17   filed.  And on the back page, page 4 of 6 to
18   be precise, there is discussion between
19   Roberta and the agency and the BPDR.  I
20   should not say specifically Roberta.  I use
21   that generically because this was part of the
22   conversations with the agency at that time.
23   And they talked about what the risk to the
24   patient, second paragraph there, for a child
25   who might receive a suboptimal dose.  That

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    speaks to the 4.3.  Suboptimal dose of
3    vaccine in the range of 2.8 log for
4    measles -- I'm sorry, that's measles.  A 4 or
5    4.2 TCID50 for mumps as measured in the
6    stability study, to our discussion point, the
7    possibility of seroconverting potentially
8    leading to a lack of immunity would not be
9    expected.  Then there's some further detail
10   as to the bases of that from clinical
11   studies, is that while it did not meet spec,
12   they summarized the risk to patient in the
13   BPDR.
14        Q.   Gotcha.  So at least as of '01,
15   the end expiry that Merck was checking against
16   was 4.3 for mumps?
17        A.   That is correct.
18        Q.   According to the memo you showed
19   me, that's true back to 1990?
20        A.   That is correct.
21        Q.   So the process -- I don't want
22   to go all the way back to 1990 but 1998, 1999
23   the process we talked about earlier meaning if
24   something was below that 4.3, that would have
25   triggered an investigation?

34 (Pages 130 - 133)

1      MARK STANNARD - HIGHLY CONFIDENTIAL
2      A.   Exactly.
3          MS. DYKSTRA:  Objection.
4      Outside the scope.
5          MR. MACORETTA:  It's in the
6      memo.  But okay.
7      BY MR. MACORETTA:
8      Q.   So we talked about -- I'm going
9      to look at the stability protocol you showed
10     us before.
11         We talked about how there's a
12     general annual stability testing.  And we
13     discussed accelerated stability testing as
14     well.  Right?
15     A.   Yes.
16     Q.   Are you familiar with something
17     called a marketing stability study?
18     A.   Me personally, I am not.
19     Q.   Do you have any policies -- have
20     you seen any policies or you can tell me if
21     there are any Merck policies relating to a
22     separate kind of stability study called a
23     marketing stability study?
24     A.   I would be completely
25     speculating in principle.  I expect if we're

1      MARK STANNARD - HIGHLY CONFIDENTIAL
2      doing studies, that they were founded.  But
3      beyond that, I can't speak to a marketing
4      stability study.
5      Q.   Fair enough.  The protocol you
6      gave me -- what we're looking at in this
7      protocol says how often we're going to do the
8      test and what kind of assay we're going to
9      use.  Right?  That's on page 5.
10     A.   Correct.
11     Q.   But there's a lot of statistical
12     analysis related to this as well.  Right?
13     A.   Yes.
14         MS. DYKSTRA:  Objection.
15     BY MR. MACORETTA:
16     Q.   We have -- we factor in error
17     and deviation and a whole bunch of other
18     statistical items in doing the stability
19     analysis.  Right?
20         MS. DYKSTRA:  Objection.
21     BY MR. MACORETTA:
22     Q.   That's a fair statement?
23         MS. DYKSTRA:  Objection.
24     BY MR. MACORETTA:
25     Q.   You can answer.

1      MARK STANNARD - HIGHLY CONFIDENTIAL
2      A.   It is a fair statement to say
3      that there is statistical calculations that
4      are purposely put into the LIMS system for
5      stability analysis.
6      Q.   Is there some protocol that says
7      here are the statistical calculations that go
8      with these test results to reach the
9      conclusion?
10     A.   I'm pausing on the word "protocol."
11     The reason the Center of Mathematical Sciences
12     is one of the organizations referenced in the
13     documents with our stability analysis, they
14     have to justify the appropriateness of the
15     mathematical models that are used to assess
16     the data.  And those are then put into a LIMS
17     system through a formal, and I'm going to
18     speak generically, you used the word
19     protocol.  When we generate any LIMS system,
20     we have -- I'm trying to think of the right
21     term, all of this is done under a project
22     plan.  And LIMS for stability and LIMS for
23     release, those instances, have specific
24     project plans.  I'm speaking in general from
25     my experience.  And then there was

1      MARK STANNARD - HIGHLY CONFIDENTIAL
2      justification of what is put into that LIMS
3      system at the onset.  And then if there are
4      changes after that, that goes through the
5      general change management program that Merck
6      follows.
7      Q.   Let me break this down a little
8      bit.  So the LIMS system, the way I understand
9      it, tell me if I'm wrong, is equivalent to
10     Excel in the sense that there's some data and
11     there's some model or formula.  Is that fair?
12     A.   That's a fair summary.
13     Q.   And the protocol we're looking
14     at here tells us what data we're going to get
15     for the stability model.  Right?
16         MS. DYKSTRA:  Objection.
17         THE WITNESS:  What data we're
18     going to get.  I'd like to just -- the
19     assay results.
20     BY MR. MACORETTA:
21     Q.   The assay results.
22     A.   Yes.
23     Q.   It does not tell us what formula
24     we're going to use for the model in this
25     protocol we're looking at right here.  Right?

Appx2973

Page 138

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2        MS. DYKSTRA:  Objection.
3        THE WITNESS:  This protocol is
4    specific text and a few pages, so it
5    does not get into that detail.
6    BY MR. MACORETTA:
7        Q.    So to determine -- let me try it
8    this way:  To determine if the product is out
9    of stability, we're going to look at the end
10   product of some kind of LIMS system.  Right?
11       MS. DYKSTRA:  Objection.
12   Mischaracterizes his testimony.
13       THE WITNESS:  Could you rephrase
14   your question?
15   BY MR. MACORETTA:
16       Q.    Sure.  Okay.  Sure.  At some
17   point somewhere someone is going to conclude
18   we have tested the samples and that leads us
19   to conclude that something is out of
20   specification.  Right?
21       A.    If an out of specification
22   occurs.
23       Q.    Well, if the result is below
24   specification.
25       A.    Yes.

Page 139

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2        Q.    And what are they looking at to
3    say this looks out of specification?  Are they
4    looking at the end result of some LIMS
5    computer model or are they simply looking at
6    whatever an assay says from whatever number
7    gen?
8        A.    I'm going to go to the two
9    stability SOPs to discuss that with you.
10       Q.    Sure.
11       MS. DYKSTRA:  Could you read
12   back the question?
13            - - -
14       (The court reporter read the
15   pertinent part of the record.)
16            - - -
17       MS. DYKSTRA:  I'm sorry, I'm
18   want you to listen to the question.
19       THE WITNESS:  I'm sorry.  Please
20   again.
21       MS. DYKSTRA:  Thank you.
22            - - -
23       (The court reporter read the
24   pertinent part of the record.)
25            - - -

Page 140

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2        THE WITNESS:  I'm just
3    referencing my enhanced annual program
4    SOP.
5    BY MR. MACORETTA:
6        Q.    That ends in 4335?
7        A.    That is correct.  I'm going to
8    reference the protocol that we have been
9    discussing.
10       Q.    Yep.
11       A.    I'm just looking at this table
12   on page 5 of 8.  When we're talking about
13   out-of-specification results, we're talking
14   about a result at a specific time point for
15   that potency assay which in the protocol is
16   this -- ends in the gen number.
17       Q.    Yep.
18       A.    So you have the result that's
19   tested in the laboratories, is entered into
20   the LIMS system.  If it's out of
21   specification, it's not a calculation, that's
22   the result of the assay itself.  It's the
23   same assay used for release as well as
24   stability, is it within specification.
25       Q.    So if the specification is 4.3

Page 141

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    log10 TCID50, does that mean that any assay
3    number from -- any assay that's below 4.3 goes
4    out of spec?
5        A.    With the exception of the
6    30-month time point which we do carry beyond
7    the expiry time period, if we got anything
8    below 4.3 from 24 months or earlier, based on
9    that assay, that would be an out-of-specification
10   result that would be investigated.
11       Q.    But if you got a 4.31 result at
12   month three, wouldn't the modeling suggest
13   that that would be out of specification by
14   month 24?
15       MS. DYKSTRA:  Objection.
16       THE WITNESS:  You said --
17   BY MR. MACORETTA:
18       Q.    4.4.  Let me do it 4.4 at month
19   three.
20       A.    At month three.
21       Q.    Don't you have modeling that
22   suggests that that is not going to be in
23   specification by month 24 anymore?
24       A.    We have modeling that is per a
25   realtime stability trend monitor that would

36 (Pages 138 - 141)

Appx2974

Page 142

MARK STANNARD - HIGHLY CONFIDENTIAL
1 look at that. And with that kind of number,
2 that would be open investigation to assess
3 what's happening.
4 Q. So let me try it this way: We
5 have data from an assay and then a model which
6 projects whether something is going to be out
7 of specification at some point in the future.
8 Right?
9 MS. DYKSTRA: Objection.
10 THE WITNESS: I can generically
11 say yes to that.
12 BY MR. MACORETTA:
13 Q. Okay. And what we're looking at
14 here in the protocol tells us how we collect
15 the data. Right? When we collect it and what
16 assay we use. Right?
17 A. Yes.
18 Q. Okay. What tells us what
19 exactly the model is --
20 MS. DYKSTRA: Objection.
21 BY MR. MACORETTA:
22 Q. -- that that is applied to to
23 project out of spec?
24 A. I'm going to think through the

Page 143

MARK STANNARD - HIGHLY CONFIDENTIAL
1 records that I have --
2 Q. Sure.
3 A. -- so I can answer this
4 properly. I'd like to clarify a statement
5 just before I get into this.
6 Q. Sure.
7 A. Any time you have an
8 out-of-specification result, you open an
9 investigation. You have to determine if that
10 result is indeed a valid result or not, just
11 for the record.
12 Q. Okay. It could be some kind of
13 lab mistake or something like that?
14 A. Exactly.
15 Q. I gotcha. Okay.
16 A. So with that basis, I am
17 looking at the realtime stability trend
18 monitoring SOP, and those bottom numbers are
19 4343.
20 Q. Got it. Okay.
21 A. This is an SOP of how to handle
22 the results of that trending process that is
23 built into LIMS. If you echo back your
24 question, what is the protocol that

Page 144

MARK STANNARD - HIGHLY CONFIDENTIAL
1 establishes those calculations to go into
2 LIMS.
3 Q. You didn't like it when I used
4 protocol for that.
5 A. Well --
6 Q. What is the thing, what is
7 the --
8 A. Yes.
9 Q. You talked about the Center for
10 Mathematical Science or something?
11 A. Yes.
12 Q. So what is the piece of paper or
13 document that tells us what that calculation
14 is?
15 A. So that is a detail I, in my
16 roles, have not dealt with. That is built
17 into the system with the proper approval by
18 the right organizations. My role is quality,
19 was to make sure that data that was generated
20 using those systems was handled properly.
21 MR. MACORETTA: Can you read me
22 back the first sentence of his answer?
23 - - -
24 (The court reporter read the

Page 145

MARK STANNARD - HIGHLY CONFIDENTIAL
1 pertinent part of the record.)
2 - - -
3 BY MR. MACORETTA:
4 Q. Great. All right. So system,
5 approval, organizations. When you say "built
6 into the system," what system are we talking
7 about, LIMS?
8 A. I am talking about the
9 stability instance of LIMS.
10 Q. Okay. And the proper approval
11 from the proper organization. What
12 organization would be approving that?
13 A. Again, those are details that
14 I'm not -- have not been involved with, my
15 roles. But there would be appropriate
16 approvals following Merck principles so that
17 what we are entering into the LIMS system are
18 approved and if there is a filing
19 responsibility, that that is executed as
20 well.
21 Q. So when we say what we're
22 entering into the LIMS system in your last
23 answer, we're talking about a mathematical
24 model or a formula. Right?

37 (Pages 142 - 145)

Appx2975

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  A.  For clarity, I'm going to speak
3  from my purview of this oversight.  I have
4  laboratory technicians who do this testing,
5  potency testing.  If it is a stability study,
6  those results go into the LIMS system.  If
7  it's a potency study for release, it goes
8  into the release instance of LIMS.
9  Q.  Let's talk about the stability
10  part, yes.
11  A.  Now we're into stability?
12  Q.  Yes.
13  A.  And you're speaking, again, of
14  the calculations that are built into that
15  stability instance?
16  Q.  Yes.
17  A.  And that is a space where that
18  global stability organization and those that
19  support them oversee that level of detail.
20  Q.  So you don't know if there is an
21  SOP or protocol or whatever that says this is
22  how you have to do this model or formula?
23  MS. DYKSTRA:  Objection.
24  THE WITNESS:  I would be
25  answering on a principle base only.  I

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  have not observed those types of
3  records.  We are talking about GMP
4  systems.  So they all have to have the
5  right approval oversight and if
6  there's filing responsibilities, that
7  they are filed and approved before
8  they're used.
9  BY MR. MACORETTA:
10  Q.  So there's some piece of paper
11  that says before we can enter this formula
12  into LIMS somebody has got to approve it?
13  MS. DYKSTRA:  Objection.
14  THE WITNESS:  Yes.
15  BY MR. MACORETTA:
16  Q.  My next question is, there is
17  some piece of paper that says the formula has
18  to conform to whatever guidelines, meaning it
19  has to be approved by whatever society,
20  biostaticians or whatever it is.  I don't know
21  if we would call that a policy or protocol or
22  whatever, but is there some piece of paper
23  that says this is what guidelines these
24  formulas have to approve to?
25  MS. DYKSTRA:  Objection.

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  THE WITNESS:  Again, that is way
3  upstream from my level of oversight.
4  I'm speaking from a GMP system only.
5  BY MR. MACORETTA:
6  Q.  Gotcha.  Okay.  If we wanted to
7  change that formula, the stability -- I'm
8  going to call it a formula or a model.  If we
9  wanted to change the formula or the model that
10  LIMS uses for stability, that goes through the
11  change management process?
12  A.  Yes.
13  MS. DYKSTRA:  Objection.
14  BY MR. MACORETTA:
15  Q.  As opposed to whatever process
16  originally said the formula was okay?
17  MS. DYKSTRA:  Objection.
18  THE WITNESS:  All change
19  management processes link to what's
20  already approved and then justifies
21  that this is an appropriate change and
22  if there's filing responsibilities,
23  that's -- I keep going back to that
24  CMC organization, they would review
25  and determine if that's a change that

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  needs to be blessed by CBER.
3  BY MR. MACORETTA:
4  Q.  Gotcha.  Okay.  I understand, I
5  think.
6  If I wanted to -- if you at
7  Merck wanted to know who approves these
8  statistical models in LIMS, who would you ask?
9  MS. DYKSTRA:  Objection.
10  THE WITNESS:  I would go to the
11  head of that stability organization.
12  BY MR. MACORETTA:
13  Q.  Is that what it's called?
14  A.  I'm sure they have a title
15  that's a little bit different, but analogous
16  to stability organization.  His name is Don
17  Monkovic.  That's who I would go to.
18  Q.  Is that the Center for
19  Mathematical --
20  A.  Sciences.
21  Q.  -- Sciences?
22  A.  No.
23  Q.  So what are they?
24  A.  That is indeed a group of
25  mathematicians who are -- would be the

38 (Pages 146 - 149)

Appx2976

1      MARK STANNARD - HIGHLY CONFIDENTIAL
2 subject matter experts on the right
3 statistical analyses based on the type of
4 product we're dealing with and the amount of
5 data that would be advisory as to what the
6 right math is appropriate.
7     Q.  So do they have their own
8 quality manual or quality manual or rule book
9 over there, if you know?
10     A.  I do not know that.
11     Q.  These are all Merck employees?
12     A.  They are.
13     Q.  Earlier I had seen some
14 documents coming from something called BARDS.
15 Do you know what that is?
16     A.  To be honest, that is a name
17 that's familiar to me, but I haven't dealt
18 with that in a long time.
19     Q.  Okay.
20     MS. DYKSTRA: John, let me know
21     when you want to break for lunch,
22     we've been going about an hour.
23     MR. MACORETTA: You know what,
24     this is as good a time as any. That's
25     fine.

1      MARK STANNARD - HIGHLY CONFIDENTIAL
2     VIDEOGRAPHER: The time is
3     12:25. We're going off the video
4     record.
5        - - -
6     (A recess was taken.)
7        - - -
8     VIDEOGRAPHER: The time is now
9     1:25. We are back on the video
10     record.
11     MS. DYKSTRA: I asked Mark to
12     clarify one thing that he answered
13     previously. Is that okay with you if
14     he does that?
15     MR. MACORETTA: Sure.
16     THE WITNESS: Thank you. When I
17 was discussing the mathematical
18 modeling, I was in my mind going
19 through your questions being on the
20 raw statistics that the Center of
21 Mathematical Sciences uses. I wanted
22 to -- I can explain the modeling that
23 the stability unit uses as part of
24 their stability testing. So I thought
25 that would be -- I just wanted to

1      MARK STANNARD - HIGHLY CONFIDENTIAL
2     clarify that and discuss that with
3     you.
4 BY MR. MACORETTA:
5     Q.  Okay. So you can tell us what
6 modeling is used?
7     A.  Yes, what they do.
8     Q.  Okay. We're going to come to
9 that in a second. Good.
10     Is that modeling input into the
11 LIMS system, then?
12     A.  Yes. That's why we have a
13 specific stability instance in our LIMS
14 system.
15     Q.  And the LIMS data, how far back
16 does that go?
17     A.  Let me answer it in this
18 manner: We've had multiple generations of
19 LIMS systems. So it will go back to whatever
20 the requirements are for retaining data for a
21 particular product, but we have a -- the LIMS
22 system we're using currently is nominally
23 eight years old. And then prior to that, we
24 had a system called the Beckman LIMS system.
25 That went back I think roughly the same

1      MARK STANNARD - HIGHLY CONFIDENTIAL
2 amount of time. And prior to that it would
3 have been other LIMS systems that I'm not --
4 or hard copy only that I'm not that versed
5 on.
6     Q.  At various points I've seen
7 references to an SAS as well.
8     A.  SAS. I know of the term SAS
9 but I'm not familiar with its use.
10     Q.  If I wanted to look -- so when
11 the current LIMS systems goes back eight
12 years, does that mean you would have the
13 stability test data going back eight years in
14 that system?
15     A.  Yes. Whatever our retention
16 responsibilities are, they would be in that
17 system.
18     Q.  If I wanted to see how the
19 modeling or the formula for LIMS changed over
20 that eight years, would LIMS track that as
21 well?
22     A.  I can't answer that that
23 definitively. I know there is a change
24 process for approval of any change to the
25 LIMS system that is associated with any LIMS

Appx2977

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  system, so stability, and that would be
3  traceable.
4        Q.    So there would be some piece of
5  paper that says this is when we changed it and
6  why or how?
7        A.    Yes.
8        Q.    Okay.  So let's -- so let me
9  talk about the model again then.  I think part
10  of my question was, who makes the model, who
11  approves it and what guidelines do they use.
12  Do you have any more insight on that then?
13        A.    I do know -- not much.  I'll
14  just say for clarity, the CMS, Center of
15  Mathematical Sciences is that lead group that
16  defines the proper statistical models that
17  are entered.  The formal change process for
18  installing that and approving that
19  installation in the stability LIMS system is
20  not part of my oversight.
21        Q.    And when we talk about a
22  stability model in the LIMS system, there's a
23  different one for each product.  Right?
24        A.    There are.
25        Q.    So MMR has track stability

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  separate than ProQuad?
3        A.    Yes.
4        Q.    Do you know if the model for the
5  mumps stability then is different in MMR than
6  in ProQuad?
7        A.    I don't know specifically.  I
8  would not be surprised because each product
9  has its own characteristics, that being a
10  quadrivalent for full product.
11        Q.    Do you have much -- well, were
12  you involved -- so you weren't involved at all
13  in the details of the model, you know, what
14  standard deviation we use or things like that.
15  Right?
16        A.    That is correct.
17        Q.    You're not -- if I wanted to
18  know why they picked one over the other, that
19  would be something I'd have to ask somebody in
20  the Center for Mathematical Sciences?
21        A.    That is correct.
22        Q.    So we've seen documents in this
23  case from several biostatisticians at Merck,
24  Mr. Antonello, Mr. Schofield, I think maybe
25  Dr. Schodel.  Are they all in the Center for

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  Mathematical Sciences?
3        A.    To be honest, I'm not familiar
4  with those names so I do not know specifically.
5        Q.    So if you're a biostatistician
6  at Merck, you may or may not be in the Center
7  for Mathematical Sciences.  Right?
8        A.    That is possible because of the
9  MRL organization.  I'm not explicitly
10  knowledgeable about how they run their -- the
11  titles of the people working there versus the
12  Center for --
13        Q.    So that Center for Mathematical
14  Sciences is an MRL or MMD?
15        A.    My understanding is that it's
16  an MMD organization.  That is my understanding.
17        Q.    Because all the stability
18  modeling -- monitoring is done through MMD.
19  Right?
20        A.    That is correct.
21        Q.    Let me go back, I'm going to
22  look at your notes, number -- Stannard Number
23  3.  I'm going to go to the "STABILITY TOPICS"
24  which start on page 8.  You have under your
25  core policy/records, you have a bunch of

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  bullet points.  I'm not interested in the
3  protocol so much now.  You have a realtime
4  stability trend monitoring SOP.  Do you see
5  that?
6        A.    Yes.
7        Q.    And that's a realtime stability
8  monitoring program.  Right?  That's one way
9  you look at stability.  Right?
10        A.    Yes.
11        Q.    And you also -- below that
12  there's "The Enhanced Annual Program
13  Application SOP"?
14        A.    Yes.
15        Q.    That's an enhanced model.  Right?
16        A.    That is correct.
17        Q.    And is Merck doing both of them
18  all the time?
19        A.    They are.
20        Q.    So it's not different samples.
21  Right?  Or is it?
22        A.    Let me think through that.  It
23  is not different samples.  When testing is
24  done with the potency assay, again, it's the
25  same assay whether it's release or stability,

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2  the data is entered into our case now
3  stability instance, and the realtime
4  stability trend is realtime, immediately
5  doing its calculations and projecting data.
6  The enhanced annual, that's the one that
7  speaks of the four batches per site per year,
8  that has essentially -- the raw data is that
9  specification in or out -- I'm sorry, the
10 result in or out of specification, but there
11 is a stability index that is calculated in
12 this system as well.  And that does give some
13 prediction capabilities there.
14     Q.   So are both these realtime -- so
15 are both the realtime and the enhanced looking
16 at those 3- and 6- and 12-month samples as
17 well?
18     A.   They are.
19     Q.   And we talked earlier about an
20 accelerated stability model.  That's something
21 separate.  Right?
22     A.   That is something separate.
23     Q.   I'm going to flip to the next
24 page, page 9, under "Stability Monitoring,"
25 the second bullet point.  I'm on the third

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2  line, "...the Enhanced Annual Program and the
3  Real Time/Early Warning Monitoring Program."
4  That's one thing, realtime/early warning?
5     A.   There are actually two
6  separate -- two separate SOPs for those.
7     Q.   So what's the difference between
8  realtime and early warning?
9     A.   So if we stay on page 9 in the
10 document, I might walk through those first
11 and give the specifics of the SOP.  So the
12 enhanced annual is specific to MMR, initiated
13 in 2006 as an agreement with FDA to enhance
14 the annual stability program that was in
15 place.  It's given the acronym EAP.  It is a
16 third bullet there, evaluates potency
17 stability for our product, MMR II, to detect
18 shifts in the stability profile and
19 identity -- identify potential problems with
20 materials in the market by comparing the
21 calculated stability index, it's a term I
22 mentioned earlier, stability index, to the
23 critical values that are calculated by the
24 Center for Mathematical Sciences.
25         And the sub-bullet there is key

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2  using this early warning database of
3  stability results based on 35 historical
4  lots, the current critical value has been
5  calculated at 3.842 log TCID50 per .1 mL.
6         And when the index is below the
7  critical value of two of three successive
8  points, the index is signal a potential
9  change in the stability profile, the results
10 should be reviewed.
11     Q.   So let's walk through that a
12 little bit.  So I don't understand.  What is
13 the critical value?  I know it's 3.842 log,
14 but what is that, critical to what?
15     A.   So if you look at our minimum
16 stability specification of 4.3 log, add .7 to
17 this because this is a tenth of an mL so this
18 is an assay result.  We haven't discussed the
19 assay itself specifically yet.
20     Q.   Okay.
21     A.   But this is a fifth of the
22 dose, since we're in log scale, the log of 5
23 is .7.  You add 3.8 plus 4. -- plus .7, it
24 gets you to 3.5.
25     Q.   4.5?

1     MARK STANNARD - HIGHLY CONFIDENTIAL
2     A.   I'm sorry, 4.5.
3     Q.   Okay.
4     A.   So it's a conservative measure.
5  We have 4.3, now 4.1 actually was our
6  current.  But it gives you a very
7  conservative check is the data as it's being
8  generated through the protocol in these time
9  points we've been referencing, trending as
10 expected or is a signal that we should be
11 looking at.
12     Q.   So in the bullet below that when
13 it says, "...three successive points...,"
14 you're talking about three successive time
15 points?
16     A.   That would -- yes, that's
17 correct.
18     Q.   Okay.  And if -- so if a
19 stability number comes up below that 3.842
20 number for two of three successive points,
21 that causes something else to happen, that
22 triggers a warning?
23     A.   It triggers a warning and then
24 a formal review of that by the stability
25 unit.  And one detail is as you progress

41 (Pages 158 - 161)

Appx2979

Page 162

MARK STANNARD - HIGHLY CONFIDENTIAL

1 across these multiple time points, you get
2 more and more data. So we speak specifically
3 that the index is weighted more heavily as
4 you get more data. So it's purposely
5 designed to assess the amount of data that
6 you're dealing with.
7 Q. The calculated stability index,
8 do you have -- is that among what you brought
9 today, or what is that exactly?
10 A. I have in the procedure how
11 that is used, but in terms of the Center for
12 Mathematical Sciences' formal calculations of
13 how they generated that, I know it's based on
14 the 35 historical lots so that you would see
15 the progression of loss of potency over time,
16 which is expected. And that index would be,
17 again, based on what is typical for that data
18 set of 35 batches.
19 Q. So they took 35 old batches and
20 looked at what happened to that and that's
21 an -- they built an index off of that?
22 A. That's correct.
23 Q. The details of why they took
24 those 35 lots or which 35 lots would be where?

Page 163

MARK STANNARD - HIGHLY CONFIDENTIAL

1 A. That would be part of that
2 stability unit Center of Mathematical
3 Sciences formal process of approving that to
4 be used in the LIMS system.
5 Q. You just don't know what that's
6 called?
7 A. I do not know what that's
8 called.
9 Q. You haven't seen it but you're
10 pretty confident it exists. Is that fair?
11 A. From a quality systems principle,
12 yes.
13 Q. So --
14 MS. DYKSTRA: Sorry. Did you
15 want him to continue on the realtime
16 monitoring, too?
17 BY MR. MACORETTA:
18 Q. I was going to come back. So
19 you just told me there's an early warning
20 program. And then above that in your bullet
21 point there was a realtime/early warning
22 monitoring program. I think you just
23 explained to me what early warning was. Is
24 that separate than the realtime, then?

Page 164

MARK STANNARD - HIGHLY CONFIDENTIAL

1 A. Yes. I go into the realtime
2 monitoring, it has its own specific SOP.
3 I'll continue on page 9, though, that opens
4 up the summary. This is an evolution of
5 progression from an earlier active stability
6 monitoring program.
7 Moving to page 10. The purpose
8 and scope uses the early warning system
9 evaluation in the stability LIMS system to
10 monitor data in realtime. So as it's
11 entered, this realtime then is being
12 calculated, and it is a predictive model to
13 predict if a batch on stability will exceed
14 the shelf-life specifications, determine if
15 the current results of the stability batch
16 differ significantly from previous time
17 points or determine if the batch differs
18 significantly from a defined historical data
19 set.
20 So we're constantly looking for
21 consistency of performance for stability
22 testing but rapidly assessing is there
23 something that looks different.
24 Q. So all that predictive modeling

Page 165

MARK STANNARD - HIGHLY CONFIDENTIAL

1 in your three bullet points, that's entered
2 somewhere into the LIMS system?
3 A. Yes. And, again, that is
4 through the same process we've been
5 discussing that I don't have detailed
6 knowledge of but Center for Mathematical
7 Sciences is key to that.
8 Q. So if I wanted to see what the
9 model was exactly, there's a way to go into
10 LIMS and figure that out?
11 MS. DYKSTRA: Objection.
12 THE WITNESS: You would have
13 source --
14 BY MR. MACORETTA:
15 Q. Go ahead, you can answer.
16 A. There would be source documents
17 that would be available for an inspector, for
18 example; yes.
19 Q. I mean, is this like Excel in
20 the sense that somewhere within the software
21 itself there's a way to see what the formula
22 is?
23 A. I have not seen that itself so
24 I'd be speculating.

42 (Pages 162 - 165)

Appx2980

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2       Q.    At the bottom of page 9, you say
3    it's "...an evolution from an earlier Active
4    Stability Monitoring...," so what's an active
5    stability monitoring as opposed to a realtime
6    stability monitoring?
7       A.    I have that with me so let me
8    just reference that. I have an SOP which
9    would be in your packet. The bottom four
10   numbers are 9165.
11      Q.    What's it look like? All right.
12   Got it. Okay.
13      A.    So version of the SOP is dated
14   11 of 2000, November 10th of 2000. It's a
15   new SOP. It was installed through the
16   conversations that were being had back in
17   that time with CBER.
18      Q.    Okay.
19      A.    I'll just summarize the purpose
20   and scope of this one. I'm going to start in
21   "BACKGROUND," if you don't mind, first.
22      Q.    Sure.
23      A.    Still on the same page, "Live
24   virus vaccines typically show a measurable
25   amount of non-first-order kinetic potency

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    loss throughout the shelf-life of the product
3    when stability studies are performed at the
4    recommended storage conditions." And
5    non-first-order kinetics means it doesn't
6    necessarily have to be a perfectly straight
7    slope. You have initial loss faster then
8    level off. That's what these are designed to
9    understand.
10      Q.    This is sometimes called
11   biphasic as well. Right?
12      A.    It can be. And there can be
13   triphasic, et cetera, depending on the
14   product. "Potency results are evaluated
15   against end-of-shelf-life specifications at
16   all stability intervals." So that is nothing
17   that's different than what we're currently
18   doing. This analysis is a more meaningful
19   indicator of product quality at or near the
20   expiry date. Active sterility monitoring is
21   used to provide more thorough analysis of
22   potency results at various stability
23   intervals, and may serve as an "early
24   warning." Again, that's consistent with a
25   realtime, but in the procedure are various

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    methods that they followed for assessing this
3    data. And I'm going to start on the specific
4    active sterility monitoring program. This is
5    on page 2 of 9 at the bottom, and there's
6    various methods, I'll speak to those very
7    high level. There were five, and I'll talk
8    to them. But in comparison with the
9    realtime, realtime data system was assessed
10   by the Center of Mathematical Sciences to be
11   a rapid immediate analysis by the LIMS system
12   with, I would say, current statistical models
13   that are relevant to the scope or size of the
14   data set that we have. But in this active
15   stability monitoring system that was in place
16   in 2000, they have a -- method 1 was the
17   "Absolute Potency Method" used to -- at the
18   initial stability interval, and may be used
19   at -- also at subsequent intervals. This
20   method compares the stability interval
21   results of a single lot to the same stability
22   interval results of multiple historic.... So
23   just comparing the current one under study to
24   historical.
25      Method 2 is the "Early Phase

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    Slope Method," used for live virus products
3    which display that non-first-order kinetics
4    that we talked about, so you're looking very
5    more precisely at what's the expected loss at
6    that early phase.
7       Then the late phase method is
8    method 3, analogous to the early phase but
9    now you're looking at the specific profile of
10   the product you're dealing with.
11      Then method 4 is an interval
12   trend. "This method evaluates the change in
13   potency results between a specified stability
14   interval and the previous stability
15   interval...." So we're talking about that
16   for the batch that you are studying. And
17   then you're comparing that also to what are
18   you seeing with multiple batches in the same
19   kind of interval analysis.
20      The last point is the predicted
21   expiry model method, this is method 5, and
22   the method is used to predict the potency at
23   the expiry interval or to predict the
24   interval at which the expiry-end potency
25   specification will be obtained for a single

43 (Pages 166 - 169)

Appx2981

1      MARK STANNARD - HIGHLY CONFIDENTIAL
2 lot. Again, this is using the slope and
3 potency values of that late stage model.
4     Q.   Attachment 1 on page 7 tells us
5 which methods we use when and for what
6 samples. Right?
7     A.   Exactly.
8     Q.   So I understand Attachment 1
9 here, the distinction between numbers 1 and 2
10 is the minimum release spec, right, one has
11 3.6 and one has 4.3?
12      MS. DYKSTRA: I'm sorry, John,
13 where are you?
14      MR. MACORETTA: I'm on page 7,
15 Attachment 1.
16      MS. DYKSTRA: 3.6 for .1
17 milliliter?
18      MR. MACORETTA: For .1 and 4.3
19 for .1.
20 BY MR. MACORETTA:
21     Q.   That's the difference between
22 numbers 1 and 2, is the minimum release spec?
23     A.   Yeah. If you add .7, so that
24 would be 4.3, that was at the earlier point
25 when there were discussions going on with

1      MARK STANNARD - HIGHLY CONFIDENTIAL
2 CBER --
3     Q.   Yes.
4     A.   -- you add the .7 to the second
5 point plus 4.3 plus .7 is 5, and that's our
6 release specification that was agreed to
7 then.
8     Q.   So I'm going to come back to
9 that.
10      Let me ask you a question. If
11 the minimum release spec was 4.3, I thought
12 you told me the end expiry spec was 4.3 at the
13 time?
14     A.   Yes. I'd like to go back to
15 the correspondence with Dr. McKee and the
16 letter that I have from Amy Keegan. I'm just
17 looking through the record here. Bear with
18 me as I look at Amy's letter, too.
19      So the -- I do not have the
20 explicit text in front of me. As I prepared
21 for this discussion, there were batches
22 that -- and it relates to the two BPDRs that
23 we discussed as well, where that 4.3 had been
24 the established end expiry. Ultimately we
25 changed it to 4.1 with clinical study. But

1      MARK STANNARD - HIGHLY CONFIDENTIAL
2 in terms of releasing batches, they looked at
3 that 4.3 as a release specification as well.
4     Q.   So how can it be the release
5 spec and the end expiry spec at the same time?
6      MS. DYKSTRA: Objection. You
7 can answer.
8      THE WITNESS: Back in 1999, in
9 that era, there were a lot of
10 correspondence going back and forth.
11 I was not privy. I was not even
12 working at the site, but I know
13 through preparations that there were
14 discussions with the agency as to what
15 are the right specifications. So
16 there was discussions that led to the
17 correspondence that are talked about
18 with Dr. McKee, this memo number 8614.
19 BY MR. MACORETTA:
20     Q.   And in this memo -- well, let
21 me -- wait a minute. Let me look.
22      As you're looking at that, I'm
23 just going to look at my summary.
24     Q.   I'm trying to understand. When
25 we looked at the label, even though it had 4.3

1      MARK STANNARD - HIGHLY CONFIDENTIAL
2 for mumps, before 1999 it was Merck's position
3 that that was supposed to be a release spec.
4 Right?
5     A.   From the information that I saw
6 they were applying that as release as well.
7     Q.   But then Ms. Keegan's memo says,
8 starting in 1990, we're going to treat 4.3 as
9 an end expiry spec.
10     A.   That is correct.
11     Q.   So how can it be both? It has
12 to lose something over the two years. Right?
13     A.   From the review that I had seen
14 in preparation for this, they were doing
15 stability studies. They saw that it was
16 losing. And obviously there's discussions
17 with that between the agency and Roberta.
18 And they were ensuring that that loss was
19 consistent with prior historical batches.
20 But in terms of establishing what was
21 clinically determined to be the lower level
22 of TCID50 that was relevant, and applying that
23 to a release specification and a stability
24 specification was what the -- all of these
25 discussions that were happening between Merck

44 (Pages 170 - 173)

Appx2982

Page 174

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  and CBER.
3     Q.  Let me try it this way:  Up till
4  August of 1999, when Merck was doing stability
5  testing, what was the fail level, it is --
6  what was Merck treating as the level at which
7  it's going to fail stability, 4.3 or something
8  else?
9        MS. DYKSTRA:  Objection.
10        THE WITNESS:  What I have to
11     speak to that are the two BPDRs that
12     we've already discussed.
13  BY MR. MACORETTA:
14     Q.  So that -- okay.  But they're a
15  little later, right, they're in 2000 or later?
16     A.  Yes.
17        MS. DYKSTRA:  Objection.
18  BY MR. MACORETTA:
19     Q.  And that was after the release
20  potency was moved up to 5.0, right, in 2000
21  for those BPDRs?
22     A.  It was -- these BPDRs were
23  filed for batches that were manufactured
24  before that change was made.  That change is
25  referenced in the BPDR.

Page 175

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2     Q.  Sure, I'm looking for -- thanks.
3        So this is -- you're showing me
4  the BPDR that ends in 4239.  You know what,
5  hold onto it.  It's here somewhere.  Okay.
6  That is a BPDR dated -- well, it says the BPD
7  occurred January 4 -- 16, '01.  And the BPDR
8  is '05.
9     A.  Yes.
10     Q.  So this means we found -- we
11  noticed the problem in January of '01.  Right?
12     A.  That's when they got the
13  results that was at the 24-month time interval.
14     Q.  So how do you know it's at -- we
15  know it's a 24-month time interval?
16     A.  On the second page at the very
17  top.
18     Q.  Yeah, because it says it.
19     A.  Yes.  It lays it out there.
20  They had the result of 4.2 versus the
21  specification of 4.3.
22     Q.  So this says there's an expiry
23  specification as of January '01 of
24  24 months -- of 4.3 at 24 months.  Right?
25     A.  Yes.  I'm actually going back

Page 176

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  to the back page.  I'm going to the third
3  paragraph.  They talk -- the prior too talks
4  about as I already discussed some of this
5  previously, but talks about the result of 4.2
6  using the clinical information potentially
7  leading to a lack of immunity would be --
8  not -- would not be expected.  So, again --
9     Q.  Yep.
10     A.  Okay.  And then in that next
11  paragraph they talk about the active
12  stability monitoring indicates the
13  performance of this lot is consistent with
14  the historical performance of previous lots
15  for this product.  And then further to ensure
16  that lots will meet the mumps potency
17  specification of 4.3 at expiry, the minimum
18  specification was revised from 4.3 to 5.0
19  dose at release.  So that's their -- that is
20  what was agreed to.
21     Q.  Yep.
22     A.  And that was applied to batches
23  that were manufactured after this particular
24  batch.
25     Q.  Does that mean that before the

Page 177

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  minimum specification was revised from 4.3 to
3  5.0, that the minimum specification of 4.3 was
4  the same as the end expiry specification of
5  4.3?
6        MS. DYKSTRA:  Objection.
7        THE WITNESS:  As I read this,
8     the minimum specification was revised
9     from 4.3 to 5.0 at release.
10  BY MR. MACORETTA:
11     Q.  But my point is so at some point
12  in time the minimum release specification
13  was the same as the end expiry specification?
14        MS. DYKSTRA:  Objection.
15     Outside the scope.  You can answer.
16        THE WITNESS:  That is the piece
17     of the discussion that was happening
18     between Roberta and CBER, and I'd like
19     to reference the CBER memo to help
20     answer that.
21  BY MR. MACORETTA:
22     Q.  Sure.
23     A.  This is the one that's dated
24  August 20, '99.
25     Q.  Yep.

45 (Pages 174 - 177)

Appx2983

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 A. In that middle paragraph, We
3 understand that you formulate all
4 mumps-containing vaccine lots manufactured
5 (filled) on or after September 13th to
6 contain at least 5.2 log TCID50. So that was
7 the target. Again, this letter was written
8 in August 20. They're saying you're going to
9 change your process effective September 13th
10 for new batches to target 5.2.
11 Q. Yep.
12 A. These lots will be released by
13 CBER with a dating period of 24 months based
14 on CBER potency testing criteria described
15 above. Further, all mumps-containing lots
16 submitted for CBER release, regardless of the
17 manufacturing date, will be submitted to the
18 described CBER release requirements as of
19 November 8th of '99.
20 So they were giving time for
21 these changes to occur, and they gave till
22 November 9th, even though this correspondence
23 is in August.
24 Q. I understand. So in
25 September -- in August it says starting

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 November -- or wait a minute. All
3 mumps-containing lots (filled) on or after
4 September 13th, will contain at least 5.2.
5 Right?
6 A. That is the target.
7 Q. That's the target and that's an
8 increase?
9 A. That was an increase.
10 Q. That's an increase from the old
11 target of 4.3. Is that right?
12 MS. DYKSTRA: Objection.
13 BY MR. MACORETTA:
14 Q. Let me ask it, that's an
15 increase from what?
16 A. I need to go to the Amy Keegan
17 summary, beginning 6760. Her summary states
18 in 1990 the mumps virus end expiry was
19 established as 4.3. Next paragraph in '99
20 the mumps virus potency formulation target
21 was revised from 4.9 log to 5.2 log.
22 Q. I see that. And I understand
23 that. But I don't understand how we reconcile
24 that with the statement in the back of the
25 BPDR that says the minimum specification

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 was revised from 4.3 to 5.0 at release?
3 A. So if -- to make sure I'm
4 answering you right, I'd like to summarize
5 what's happening here. There was a change of
6 the target as discussed in Amy's statement
7 memo here from 4.9 to 5.2. That was one.
8 That change was then -- the target was
9 increased because there was an agreement to
10 have a minimum release specification of 5.0.
11 Targeting higher gives you higher assurance
12 which will get that target of 5.0.
13 MS. DYKSTRA: Can I, if I may?
14 MR. MACORETTA: Sure.
15 MS. DYKSTRA: In the notes that
16 we prepared and shared with you, there
17 does have historical target release
18 before the '99 change was 4.9 TCID on
19 the top of page 3. I'm not saying
20 this memo is 100 percent clear on
21 this, but...
22 BY MR. MACORETTA:
23 Q. Okay. So at the time of --
24 MS. DYKSTRA: To understand
25 why --

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 BY MR. MACORETTA:
3 Q. -- target manufacturing potency
4 was at least 4.9. And since --
5 MS. DYKSTRA: At the time of the
6 change.
7 BY MR. MACORETTA:
8 Q. Was there target minimum release
9 potency, then, at that time?
10 A. A target is applied to the
11 manufacturing so that you're targeting
12 something higher because of some
13 invariability with biological products. So
14 you target higher so you achieve that minimum
15 of five. So I didn't --
16 Q. I got that. So in the BPDR when
17 it says the minimum specification was revised
18 from 4.3 to 5.0 log TCID50 per dose at
19 release. Do you see that?
20 A. Yes.
21 Q. That's not the target. Right?
22 A. That is not the target.
23 Q. So that's some minimum release
24 potency spec?
25 A. That is correct.

Appx2984

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 Q. It says at some point that went
3 from 4.3 to 5?
4 A. That is correct.
5 Q. We can't tell when that was from
6 the other documents you're looking at. Right?
7 MS. DYKSTRA: Objection.
8 BY MR. MACORETTA:
9 Q. Or can we?
10 A. I am looking at the memo again
11 dated August 20th from CBER to Dr. McKee.
12 I'm trying to separate the target from the
13 minimum release specification. So I'll stay
14 with the minimum release. In the first
15 paragraph, it's a long sentence, so this
16 letter is to confirm the telephone
17 conversations held between folks at Merck and
18 FDA regarding increasing the minimum release
19 titer for the mumps component of Merck's
20 mumps-containing vaccine to 5.0. So it went
21 from 4.3 to 5.0.
22 Q. That happened sometime in 1999?
23 A. They are -- yes.
24 Q. Okay.
25 A. Yes, they're referencing

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 conversations held on August 10th.
3 Q. During this whole time the end
4 expiry potency was 4.3?
5 A. That is correct.
6 Q. So for some point before this,
7 the end expiry spoke to was 4.3 and the
8 target -- and the minimum release potency was
9 4.3?
10 MS. DYKSTRA: Objection.
11 THE WITNESS: As I look at these
12 documents, that's how the practice
13 was.
14 BY MR. MACORETTA:
15 Q. So how could you have an end
16 expiry potency and a minimum release potency
17 be the same number and account for any loss?
18 MS. DYKSTRA: Objection.
19 THE WITNESS: So what I can
20 speak to what the record says in that
21 it speaks to the BPDRs, from the BPDRs
22 themselves, that they assessed it
23 differently prior to these changes,
24 that they looked at what was the
25 clinically relevant minimal amount and

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 was the -- I'm sorry, yes, the potency
3 data on stability typical of prior
4 batches even if it was below the 4.3.
5 BY MR. MACORETTA:
6 Q. So what was -- they assessed it
7 differently. In a second we're going to talk
8 about stability and there's a predicted loss
9 over the 24 months period. Right?
10 A. Uh-huh.
11 Q. So what was the predicted loss
12 period before this, was a lot smaller than the
13 .7 it is now?
14 MS. DYKSTRA: Objection.
15 THE WITNESS: That, I don't have
16 record of.
17 BY MR. MACORETTA:
18 Q. The old standard operating
19 procedure that you and I had just looked at
20 that ends in 9165 --
21 A. Yes.
22 Q. -- I want to talk to you about
23 this. The names on the first page.
24 A. I have it.
25 Q. VBR approval by T. Schofield.

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 What is VBR? Do you see where I'm looking?
3 A. I'm not seeing it quite yet.
4 Q. So look -- the first line of
5 signatures, the one on the right.
6 A. I see it there. Yeah. You
7 know, those are titles that are no longer in
8 place. So I know the first name is Tim
9 Schofield because of my tenure with Merck.
10 But vaccine, I do not know what VBR
11 officially stands for.
12 Q. What's department 233?
13 A. That department, I'm trying to
14 think through that. Those are all department
15 numbers. I would have to look that up.
16 Q. Is there a way to look that up
17 or figure that out?
18 A. No. I think I figured that
19 out. This title is the department name,
20 Vaccine and Sterile Operations -- Quality
21 Operations - Biological Stability Unit. That
22 department is -- SOP starts with the old
23 department numbers which is 233. So
24 Ms. Salter, Rogalski-Salter and also Mr. Rick
25 Derrickson were part of that stability unit

47 (Pages 182 - 185)

**Appx2985**

1       MARK STANNARD - HIGHLY CONFIDENTIAL
2    and they were sign-offs on this SOP.
3        Q.    So this is -- the biological
4    stability unit is in charge of this active
5    stability monitoring, or was at this time?
6        A.    It was at that time.
7        Q.    Today it's not called the
8    biological stability unit anymore, right, or
9    is it?
10       A.    That is something I would have
11   to check.
12       Q.    Let me show you another document
13   that we're going to mark as Number 8.  This is
14   not one you gave -- you had in your pile
15   today.
16             - - -
17        (Exhibit Stannard-8, E-mail
18        chain, Bates MRK-KRA00579105 - 00579130,
19        was marked for identification.)
20             - - -
21             MR. MACORETTA:  How much time do
22    we have left?  Okay.
23    BY MR. MACORETTA:
24       Q.    I'm not going to ask you about
25    all of this, Mr. Stannard.  I'm going to show

1       MARK STANNARD - HIGHLY CONFIDENTIAL
2    you that in the attached memo you're cc'd.
3        A.    Yes.
4        Q.    I'm going to talk to you about a
5    couple of things in that.  Read it all if you
6    feel you have to, but we're not going to talk
7    about all of them.
8             MS. DYKSTRA:  I have an
9        objection to the line of questioning
10       as out of scope, but you can answer in
11       your personal capacity.
12            MR. MACORETTA:  It's going to
13       get -- it's going to come back to it.
14       But okay.
15            THE WITNESS:  I'm just trying to
16       orient myself to this.
17    BY MR. MACORETTA:
18       Q.    Sure.
19       A.    Okay.
20       Q.    So not talking about the first
21    two pages of e-mails but the -- what starts on
22    the page that ends in 107 is a memo from Mr.
23    Mullin -- from Ms. Wirths to Mr. Mullin doing
24    some analysis relating to a mumps outbreak in
25    Iowa in 2006.

1       MARK STANNARD - HIGHLY CONFIDENTIAL
2        A.    Uh-huh.
3        Q.    First of all, are Ms. Wirths and
4    Mr. Mullin still around at Merck?
5        A.    Ms. Wirths is.  Mr. Mullin has
6    retired.
7        Q.    Do you remember this discussion
8    at the time concerning a mumps outbreak?
9        A.    To be quite candid, I don't.  I
10   understand why I'm carbon copied.
11       Q.    Why are you carbon copied?
12       A.    At this time, I and a Ron
13   Hudcosky were both heads of release at the
14   Merck West Point site.  So we would
15   inherently be copied.  At that point in time
16   I had roughly half of the plant site and Ron
17   Hudcosky had the other half.  I was heavily
18   focused on the pharmaceutical products at
19   that time, and Ron did have the vaccine
20   products.
21       Q.    Okay.  So in 2006 there's an
22   outbreak of mumps in Iowa and Merck does some
23   analysis to see if it can -- relating to the
24   vaccine.
25       A.    Okay.

1       MARK STANNARD - HIGHLY CONFIDENTIAL
2        Q.    Has this happened with any
3    subsequent mumps outbreaks, something similar
4    to this --
5             MS. DYKSTRA:  Objection.
6    BY MR. MACORETTA:
7        Q.    -- that you're aware of?
8             MS. DYKSTRA:  Objection.
9             THE WITNESS:  I am not recalling
10       that.  I know this is something that
11       is monitored for vaccines in general.
12    BY MR. MACORETTA:
13       Q.    "This" meaning when there's an
14    outbreak we look around?
15       A.    Exactly.  Yes.
16            MS. DYKSTRA:  Objection.
17    BY MR. MACORETTA:
18       Q.    Is there an SOP or policy or
19    procedure or anything on if there's an
20    outbreak we're going to do some kind of
21    review?
22            MS. DYKSTRA:  Objection.  Again,
23       outside the line of questioning.  Outside the
24       scope of the deposition.  You can
25       answer.

48 (Pages 186 - 189)

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  THE WITNESS: I would know that
3  as we have organizations, you know, my
4  local affairs groups that do look at
5  complaints and other scenarios. I
6  know that there are procedures that
7  they have to follow for executing
8  investigations. But beyond that level
9  of detail, I don't know.
10  BY MR. MACORETTA:
11  Q. So you don't know if there's
12  some specific outbreak procedure or something?
13  A. I would not know that explicitly.
14  Q. Okay. I want to talk to you in
15  the middle of this memo, I'm going to go back
16  to page 12 of the memo which is the Bates
17  number page that ends in 118.
18  A. Okay.
19  Q. I'm going to talk about the
20  chart at the bottom under the heading, Mumps
21  Stability Data from Lots Filled - December '95
22  to '04. Do you see that?
23  A. I see the chart. I'm just
24  trying to get myself oriented to it. It
25  says, "Results." And then I have storage

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  conditions.
3  Q. And the bullet point above that
4  it says, "Using the comprehensive statistical
5  release model...." Do you see that?
6  A. Okay. I do.
7  Q. Is that a model you're familiar
8  with?
9  A. The model, no.
10  Q. Do you know what that is?
11  A. I would be assuming that it is
12  what predict -- determined to be the end
13  expiry of 4.3. So it would be a model that
14  would -- and I know there is correspondence
15  between CBER and Roberta McKee in that 1999
16  time period that spoke of something similar.
17  I did not have specific responsibility for
18  these products at the time. So beyond that,
19  it's just general understanding.
20  Q. And this model says if we assume
21  an end expiry of a certain thing, at a certain
22  point and we built in all these losses over
23  time, that gives us the release potency.
24  Right?
25  A. Uh-huh.

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  Q. So is this kind of calculation
3  in reverse what the LIMS model is for stability?
4  MS. DYKSTRA: Objection.
5  BY MR. MACORETTA:
6  Q. Do you understand what I'm
7  asking you?
8  A. Let me think through that.
9  Q. Sure. Sure.
10  A. I don't know that I would say
11  it's in reverse. They looked at historical
12  performance which is what the stability
13  analysis is based on as well. And you are
14  looking for what is the slopes. And if it's
15  non first order, how is that all
16  mathematically evaluated to say what is a
17  logical minimum release spec to achieve 4.3.
18  So I would say they're actually parallel
19  approaches.
20  Q. I'm going to go over to the next
21  page, "12-Month...Stability Data from Ben
22  Venue Building 1." Do you see that?
23  A. Yes, yes, yes. Yes.
24  Q. Ben Venue building 1, what's
25  that?

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  A. I'm aware of that. Ron
3  Hudcosky was the release person that was
4  involved then. But from memory Ben Venue was
5  a filling operation. It was a contract
6  manufacturer, using current day terminology.
7  Q. So does that mean that some
8  mumps vaccine was made there as opposed to
9  West Point or Durham?
10  A. Let me look here. Simply for
11  fill and life -- so it does say statistical
12  analysis, the first bullet point says, The
13  stability of 4 lots filled and lyophilized at
14  Ben Venue (Building 1) were compared to 4
15  lots filled and lyophilized by Merck, Sharp &
16  Dohme as we called ourselves back then, in
17  building 29, and they reference a fire in
18  that building.
19  Potency, I do not know
20  anything -- I'd have to read this in full. I
21  don't know if they were developmental lots to
22  qualify them to fill or if it was a standard
23  practice.
24  Q. As far as -- at least you
25  haven't seen any similar analysis to this or

Appx2987

Page 194

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  any other mumps outbreaks?
3    A.   I do not recall any others that
4  occurred.
5    MR. MACORETTA:  Why don't we go
6  off the record and take a break for a
7  minute.  We have to change the tape,
8  and I think we may switch questioners.
9    VIDEOGRAPHER:  The time is 2:12.
10  This concludes disc two.
11    - - -
12    (A recess was taken.)
13    - - -
14    VIDEOGRAPHER:  The time is 2:24.
15  This begins disc three of the
16  videotape deposition of Mark Stannard.
17  BY MR. MACORETTA:
18    Q.   Mr. Stannard, one more topic for
19  you.  Are you familiar with the concept of
20  house standard calibration?
21    A.   Yes, I am.
22    Q.   As that relates to mumps, what
23  do you understand that to be?
24    A.   Probably the easiest if we
25  reference the quality standard where that is

Page 195

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  all spoken to.  It was the start of our
3  packets, the largest document.
4    Q.   There we go.  Okay.  You're
5  showing me a document that ends, the first
6  page ends in 526?
7    A.   Correct.
8    Bear with me as I just -- this
9  is of value at all, go through this.  I know
10  we have some of this summarized.  I'm just
11  trying to assure that I'm using the time
12  appropriately.
13    I will focus principally on
14  this quality standard, and it's large, so I'm
15  going to get you to the right section of
16  this.  Bear with me.
17    I'm going to move us up in the
18  top left corner, there are QS which stands
19  for quality standard.  Page number 36 is the
20  start of the infectivity test for mumps,
21  measles, rubella potency.  I'm going to --
22  there's multiple pages.  This is actually how
23  you conduct the assay itself.  I'm going to
24  start us on page QS page number 41.
25    Q.   Okay.

Page 196

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    A.   This is the start of the
3  section you'll see reading plates and now
4  we're into running the assay itself, .4.
5  Before reading the plates you calculate TCID50
6  for the reference standard, according to
7  section J, which will move us to the table on
8  page 42, you will see a mumps reference
9  standard potency in the reference standard
10  column, it's the second one, lot number 9.
11  You have the assigned potency for that
12  reference standard of 4.6 TCID50 per .1 mL.
13  So that's the volume that's used in the
14  assay.  You have control limits by which that
15  reference standard must fall.  So must --
16  while its assigned potency is 4.6 on the day
17  of running that test, using that standard, it
18  would have to be within 4.1 to 4.6 TCID50 per
19  mL.  And whether you have four replicates or
20  three replicates per the assay, the range,
21  there's four plates that are run, that's the
22  replicates, the range has to be less than an
23  eighth of a log difference.  So that
24  reference standard is tested with every time
25  we do have a potency test.  And it is used as

Page 197

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  a control to make sure that in the -- this is
3  a cell based assay, to make sure that the
4  variability of the cells inherent to this
5  process and the vaccine itself, that we have
6  a reference standard that we then calibrate
7  our results to so that we have a constant
8  reference of how that assay was performing on
9  that day.
10    Q.   So let's walk through that a
11  little bit.  So I'm going to conduct the
12  assay.  I'm going to -- I guess it's dipping
13  something into something else in the most
14  basic terms, right, talking about the assay.
15    A.   That's very basic.
16    Q.   And I'm going to measure
17  something and if I do it for three or four
18  times, my results all have all to be between
19  4.1 and 4.6 or they have to not be more than
20  .8 apart?  That's what I -- I don't understand
21  how they can be --
22    A.   So let me explain that one more
23  time.
24    Q.   Sure.
25    A.   Thank you.

50 (Pages 194 - 197)

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    Q.   Sure.
3    A.   So I have -- we have four
4  plates.  And I get into the details of this
5  assay.  But when we run a potency test, there
6  are four plates, and you're right, you start
7  with an inoculum, it's much more than one
8  drop, and it's a calibrated decrease in how
9  you progress from a highest concentration to
10  a lowest.
11    Q.   Yep.  A dilution.
12    A.   Thank you.  And you are -- as
13  you conduct that assay, you're first looking
14  at the reference standard.  It has an
15  assigned potency of 4.6 as I said, the
16  average potency using the LIMS and
17  calculation systems that the labs use has to
18  be within that 4.1 to 4.6.
19    Q.   That's the average.
20    A.   So average of those four
21  plates.
22    Q.   Okay.  The average is 4, has to
23  be 4.1 to 4.6?
24    A.   Minimally you have to have
25  three.  And the range of results for each of

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  those plates cannot be greater than .8.
3    Q.   And when that happens, we then
4  deem those plates to be 4.6, they're equal to
5  the standard, is that what that means?
6    A.   Let me go back to the
7  calculations themselves.  Bear with me.
8    MS. DYKSTRA: Objection.  What
9  is your question again?
10    MR. MACORETTA:  I was asking him
11  to explain the house standard.
12    MS. DYKSTRA: Just generally?
13    MR. MACORETTA:  Yes.
14    THE WITNESS: So I'm going to
15  walk you through on page --
16  BY MR. MACORETTA:
17    Q.   You know what, let me take it
18  back.  This is more than I think we need today
19  or that I'm -- let me -- so the house standard
20  is -- who decide -- is there a policy --
21  there's a policy somewhere for saying we need
22  a house standard or we have to create one
23  here?
24    A.   There is an agreement with the
25  agencies, plural, with CBER that we will use

1  a house standard.  That house standard is
2  employed by CBER when they do the testing as
3  well as other agencies and Merck.  There is a
4  program to qualify those and then make them
5  available to any laboratory that's testing
6  our product.
7    Q.   So if somebody else wanted to
8  test it, you would tell them -- and the house
9  standard is a calculation, right, it's not
10  some control cell plate that you're measuring
11  against.  Right?
12    MS. DYKSTRA: Objection.
13    THE WITNESS:  It's actually the
14  product and it is designated as a
15  standard, they do extensive
16  qualification testing on it to much
17  more than a standard batch, product
18  batch, and file that as an official
19  standard that the laboratories, agency
20  laboratories and Merck will use.  And
21  a point that is made here is it talks
22  about number -- lot number 9.  So
23  that's the ninth lot in the history of
24  this.  So they last a long time, and

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  it's a very large effort to qualify
3  one and then get formal approval by
4  the agencies to use that as your
5  anchor or reference standard.
6  BY MR. MACORETTA:
7    Q.   Gotcha.  Okay.  Whose
8  responsibility is it to confirm that the house
9  standard is right and its application is still
10  appropriate?
11    MS. DYKSTRA: Objection.
12    THE WITNESS:  The laboratories
13  are explicitly instructed on how many
14  samples for the batch to use with a
15  reference standard.  You call it a
16  house standard.  Synonymous.  There's
17  explicit instructions as to where it's
18  used in the order of executing the
19  assay and it has to be read first
20  before we actually do the actual test
21  results for a batch to make sure that
22  -- it's one of several validity
23  criteria to make sure that the assay
24  is running right.  That is all
25  conducted by the laboratory staff who

Veritext Legal Solutions

212-279-9424          www.veritext.com          212-490-3430

Appx2989

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    do this potency testing. They run
3    that. They do their calculations,
4    they have a system that does the
5    calculations for them to generate the
6    TCID50.
7    BY MR. MACORETTA:
8        Q.   Okay.
9        A.   It's identical to what we do
10   for the product batches. It's in a defined
11   system. Then that's entered into the LIMS
12   system or the stability system. And then the
13   results in LIMS, the raw data is calculated,
14   is added to LIMS and then the calibration
15   against the performance of the reference
16   standard is automatically calibrated. All
17   that raw information is given to CBER as a
18   part of our release packet.
19       Q.   So the idea is if I calibrate
20   one of my -- part of my samples against the
21   reference standard, that shows I'm .1 low
22   compared to the reference standard, then
23   everything else in that test we add .1 to.
24       A.   You do.
25       Q.   That's the idea of the standard.

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    Right?
3        A.   That's right. You're trying to
4    make sure that you have a level consistent
5    reporting.
6        Q.   What you just showed me is how
7    we do the testing on everything. Right? And
8    how we figure -- not how figure out the house
9    standard, but how we apply it, I guess?
10       A.   How we apply it.
11       MS. DYKSTRA: Objection. You
12   can answer.
13       MR. MACORETTA: Okay. All
14   right. I think that's what I have for
15   now. Let's take a break and we'll
16   switch questioners.
17       VIDEOGRAPHER: The time is 2:25.
18   We're going off the video record.
19            - - -
20       (A recess was taken.)
21            - - -
22       VIDEOGRAPHER: The time is now
23   2:39. We are back on the video
24   record.
25            - - -

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2            EXAMINATION
3            - - -
4    BY MS. ZINSER:
5        Q.   Mr. Stannard, my name is Diana
6    Zinser. I'm another of the attorneys for
7    private plaintiffs. I wanted to talk a little
8    bit about potency which John had touched upon
9    earlier.
10       If we could look at, I guess
11   it's standard Exhibit 4, the first packet, the
12   quality standard. If we could look at page 2
13   of 7 with the Bates ending in 9528.
14       A.   Okay.
15       Q.   And at the top of the page it
16   has -- well, going back to the earlier page,
17   it's the "Worldwide Core Regulatory Release
18   Requirements."
19       A.   Yes.
20       Q.   At the top of 9528 it has the
21   "Infectivity titration," and lists for
22   measles, mumps and rubella. First of all,
23   infectivity titration, is that another way to
24   express potency?
25       A.   Yes.

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2        Q.   It has, this is for the release
3    requirements, a minimum of 5.0 and a maximum
4    of 5.5. So that's the range for the release?
5        A.   Uh-huh.
6        Q.   Now, that's what it is now --
7    and that's what it became as of
8    September 1999. Correct?
9        A.   I don't think the maximum was
10   in place in '99.
11       Q.   But the minimum of 5.0 was in
12   place?
13       A.   That's what we agreed to.
14       Q.   Do you know when the maximum of
15   5.5 went into place?
16       A.   I do have that. I want to say
17   it was the 2006-2007 period. I can look
18   through my notes, but it was nominally in
19   that time frame.
20       Q.   Sure.
21       MS. DYKSTRA: Mark, I can point
22   you to it.
23       THE WITNESS: Yeah, that would
24   be a help.
25       MS. DYKSTRA: It's page 2.

52 (Pages 202 - 205)

Appx2990

Page 206

MARK STANNARD - HIGHLY CONFIDENTIAL
1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  THE WITNESS: Page 2 of my
3  summary document, thank you. And I'm
4  sorry, talked about the maximum of
5  5.5?
6  BY MS. ZINSER:
7  Q.  Yes.
8  A.  Yes, it was in 2006, not
9  September 15th.
10  Q.  Before that the measured release
11  potency, Merck was under the impression that
12  the release potency was 4.3. Correct?
13  MS. DYKSTRA: Objection.
14  THE WITNESS: There's a record
15  that we've been discussing that was --
16  that it was being exercised, yes.
17  BY MS. ZINSER:
18  Q.  If we can go back to that, I
19  know we looked at it a couple of times now,
20  but if we can go back to Stannard-4, the memo
21  from Amy Keegan.
22  A.  I have that.
23  Q.  The first sentence, In 1990 the
24  mumps virus and expiry potency for MMR II was
25  established as 4.3 log TCID50 per dose.

Page 207

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  Did I read that correctly?
3  A.  That is what's documented here,
4  yes.
5  Q.  So prior to that -- if I
6  could -- grab me that first one. What exhibit
7  are we on?
8  MR. MACORETTA: This is going to
9  be 9.
10  MS. ZINSER: I'd like to mark
11  this as Stannard-9.
12  - - -
13  (Exhibit Stannard-9, E-mail
14  chain, Bates MRK-KRA00542859 - 00542863,
15  was marked for identification.)
16  - - -
17  BY MS. ZINSER:
18  Q.  Mr. Stannard, if you want to
19  just take a chance to look it over.
20  A.  Thank you, yes. Now we have
21  this. Is this all part of what was
22  officially attached to this e-mail chain?
23  Q.  Yes. What we have here for
24  Stannard-9 is an e-mail from Katalin Abraham
25  to Florian Schodel with an attachment that

Page 208

1  begins at page 542860, which is a chron of
2  potency specifications for MMR II, so if you
3  could turn to that page. The fourth paragraph
4  down that starts, "No further
5  communications...."
6
7  MS. DYKSTRA: I'm going to
8  object. Outside the scope of the
9  deposition. You can answer in your
10  personal capacity.
11  I know there's not a question
12  pending, but I'm going to say the
13  whole entire letter is outside the
14  scope. But you can answer in your
15  personal capacity.
16  BY MS. ZINSER:
17  Q.  Are you at that paragraph?
18  A.  Yes, I'm sorry.
19  Q.  Sure, there's no problem.
20  A.  I've read that.
21  Q.  It says in that fourth
22  paragraph, "In the letter, Elliott to Quinnan,
23  dated 10/12/90, the potency specification for
24  mumps was addressed.... It stated that the
25  'Twenty thousand is the approved minimum

Page 209

1  MARK STANNARD - HIGHLY CONFIDENTIAL
2  release specification for Mumps Virus Vaccine
3  Live when tested in the Vero tissue cell
4  system which Merck has used exclusively since
5  1972.'"
6  20,000, is that another way --
7  the 20,000 TCID50 that is another way of
8  saying 4.3 log?
9  A.  It is.
10  Q.  So according to that paragraph,
11  Merck believed that 20,000 or 4.3 was the
12  release specification. Correct?
13  A.  As documented, that's what I
14  read here.
15  Q.  In the next paragraph it says,
16  "In teleconferences regarding updating the
17  package circular for the live virus vaccines,
18  including one held 2/23/96 with Dr. Robert
19  Yetter, CBER, the difference in potency
20  specification interpretations was discussed.
21  CBER's interpretation of the label claim,
22  according to Yetter, was as expiry titers."
23  Now, that is in contradiction or
24  in opposition to what Merck believed was a
25  release specification. Correct?

53 (Pages 206 - 209)

Appx2991

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2        MS. DYKSTRA: Objection to the
3    line of questions, but you can answer
4    if you understand it or know about it
5    in your personal capacity.
6        THE WITNESS: As I read this,
7    yes.
8 BY MS. ZINSER:
9    Q.    Sure. Later on in that
10 paragraph, In Garfinkle to Hardegree, dated
11 1/28/98, a meeting held 12/16/97 was
12 summarized and the potency specification issue
13 was addressed. The letter noted CBER's
14 request to define potency claims in terms of
15 those present at expiry and indicates that for
16 purposes of label claim, the minimum titers
17 present at the time of manufacture, would be
18 proposed for CBER review.
19    A.    Okay.
20    Q.    Put that aside for a second.
21        If we can go back to, again to
22 Stannard-4, the August 20, 1999, letter from
23 CBER to Dr. McKee.
24    A.    Yes.
25    Q.    As we discussed earlier, the

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 third paragraph stating, We understand that
3 you will formulate all mumps-containing
4 vaccines manufactured on and after
5 September 13, 1999, to contain at least 5.2
6 log TCID50. Correct?
7    A.    Uh-huh.
8    Q.    So that's what the manufacturing
9 or the target manufacturing potency is
10 currently?
11    A.    Yes.
12    Q.    And it hasn't changed since
13 then?
14    A.    That's correct.
15    Q.    If you turn the page, so in the
16 first paragraph, "As discussed in the
17 August 16, 1999, telephone conversation, in
18 order to address remaining concerns regarding
19 your mumps potency testing procedures, a new
20 supplement should be submitted to CBER
21 containing the following information."
22    A.    Uh-huh.
23    Q.    There's a change to the lot
24 release protocol to include results from a
25 minimum of six tests rather than just the

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 average currently reported?
3    A.    Yes.
4        MS. ZINSER: Marking this as
5    Stannard-10.
6            - - -
7        (Exhibit Stannard-10, 9/15/99
8    Letter, Bates MRK-KRA01625225 -
9    01625294, was marked for identification.)
10            - - -
11 BY MS. ZINSER:
12    Q.    Mr. Stannard, Exhibit 10 is a
13 prior approval supplement dated September 15,
14 1999, with the Bates number beginning 1625225.
15    A.    Yes.
16    Q.    The first paragraph, "In the
17 letter, Egan to McKee, dated August 20, 1999,
18 CBER requested information regarding the mumps
19 potency testing procedure."
20        Is this the August 20, 1999,
21 letter that is in Stannard-4?
22        MS. DYKSTRA: Objection.
23    Outside the scope. You can answer in
24    your personal capacity.
25        THE WITNESS: It would be

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2    logical that it is.
3 BY MS. ZINSER:
4    Q.    The second paragraph says, "As
5 requested in your August 20, 1999, letter, the
6 following documents are enclosed. These
7 describe the testing, stability study and
8 protocol report changes made in support of the
9 new manufacturing and release titers for
10 mumps."
11    A.    Okay.
12    Q.    At the bottom of the page, last
13 paragraph says, "To address random variability,
14 the format has been changed to 1 x 6."
15    A.    Uh-huh.
16    Q.    What does that mean, 1 by 6?
17        MS. DYKSTRA: Objection.
18    Outside the scope. You can answer.
19        THE WITNESS: It's actually what
20    we do today where you have six
21    replicates, and I can't reference the
22    quality standard but I can answer high
23    level, we have a minimum of six
24    replicates to release each batch. And
25    those replicates have specifications

Appx2992

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    that they have to meet, similar to
3    what we discussed with John when we
4    were discussing the reference
5    standard, we have specification that
6    have to be met, you have to have --
7    meet a range within which the maximum
8    and minimum potency of those
9    replicates have to fall within.  If --
10    then there are criteria, though, and
11    those are titer specifications that
12    you can release your batch based on
13    those six replicates meeting all those
14    criteria.  But there is the next stage
15    takes you up to a maximum of 12
16    replicates where, again, you're
17    assessing the range and the final
18    potency to make sure you're in the
19    specification of 5.0 to release and
20    the range of results is what we expect
21    to be typical.
22    BY MS. ZINSER:
23    Q.    And this -- just to cover, this
24    is the testing that's used as part of the
25    potency testing for the mumps vaccine?

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    A.    Exactly.
3    Q.    So that is within the first
4    topic that you were prepared to testify for
5    today?
6    A.    It is.
7    MS. DYKSTRA:  Objection.
8    THE WITNESS:  And that is the
9    topic that is discussed here in the
10    letter.
11    BY MS. ZINSER:
12    Q.    It said earlier in that
13    paragraph, at the bottom, it said, previously
14    final container live vaccine lots were tested
15    for potency in a 3 by 1 format.  Now, what's
16    the difference between a 3 by 1 versus a 1 by
17    6?  Again, if you could give like a high level
18    description of that?
19    A.    This definitely predates me.  I
20    was not involved with that.  My understanding,
21    though, that it goes back to actually what I
22    was reading with correspondence with Roberta
23    and FDA is that there was an averaging.  So
24    I'm assuming, again, that you were taking
25    three samples and taking the average of those

1    rather than reporting six specific replicates.
2    Q.    On the same page, Attachment 1
3    refers to control procedure 9110.676
4    infectivity tests for the determination of
5    measles, mumps and rubella vaccine potency
6    using the Biomek automated workstation.
7    A.    Would you mind just pointing to
8    it?
9    Q.    Sure.  On the first page.
10    A.    Yes.  I see it.
11    Q.    Where it says Attachment 1.
12    That's correct.
13    A.    Thank you.
14    Q.    Now, that was the name or the
15    reference to the potency test as of
16    September 15, 1999.  Is that the same name
17    that is used today?
18    MS. DYKSTRA:  Objection.
19    THE WITNESS:  Let me answer it
20    in this manner:  We went from calling
21    them control procedures to quality
22    standards.  So it's a change in the
23    title but in terms of the purpose of
24    the assay, it's the same assay.

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    BY MS. ZINSER:
3    Q.    And do you recall when that
4    change in the name took place?
5    A.    I have that in my chronology,
6    the record we've given you.
7    Q.    Oh, okay.  I see it.
8    A.    Yes.  You're finding it.  I'm
9    finding it.  That is on page 1 versions of
10    the assay method.  From '97, 1997 to 2007,
11    CP, control procedure, the numbers there.  I
12    summarized the versions.  In 2006, we began
13    the use of the title quality standard, there
14    continued to be reference to the control
15    procedure within that so officially in 2007
16    we moved formally into the quality standard
17    as a singular title.
18    MS. ZINSER:  Stannard-11.
19    - - -
20    (Exhibit Stannard-11, BAT #
21    060520125GEN Infectivity Test for
22    Measles, Mumps, and Rubella Vaccine
23    Potency, Bates MRK-KRA01448872 - 01448905,
24    was marked for identification.)
25    - - -

Page 218

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  BY MS. ZINSER:
3      Q.   Mr. Stannard, what I've marked
4  as Stannard-11 is Bates number 1448872, and it
5  is titled: "BAT # 060520125GEN Infectivity
6  Test for Measles, Mumps, and Rubella Vaccine
7  Potency."  It appears that BAT stands for
8  biological analytical technique.
9      A.   Yes.
10     Q.   How -- I think that's the first
11 that we've seen of that among many acronyms.
12 How does a biological analytical technique
13 differ from, say, an SOP?
14     A.   Candidly, these are similar in
15 the laboratory space.  We have a -- this will
16 go into some more depth of detail on
17 execution of the assay that's specific within
18 the laboratory that it's run.  This one, as
19 you point out, is the very specific to the
20 potency test; muscles, mumps, rubella.  It
21 will be very specific to the incubators.  You
22 can see the pipettes and things of that
23 nature.  The quality standard that we've been
24 discussing prior is the basis of this -- all
25 these assays.  That quality standard, as you

Page 219

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  recall, had multiple assays within it.  This
3  is going to get into another level of very
4  specific detail for executing that method.
5      Q.   You can see at the top the
6  edition date was 21 November 2015 and it was
7  revision number 11.  Going back to your notes
8  or chronology Stannard-3 where you explained
9  the versions of the assay method, at the
10 bottom of the first page you explain that from
11 again 1997 to 2007 it was called the control
12 procedure 9110.676, and there were different
13 versions, 17 different versions through that
14 time.  If you look back at the first page of
15 the -- of Stannard-11, at the bottom of the
16 page, the "REFERENCES," it refers to different
17 SOPs.
18     A.   I'm sorry, page 11 of this
19 Exhibit 11?
20     Q.   Yes, for the first page of
21 Exhibit 11.
22     A.   Okay.
23     Q.   Page 1.  Under Roman II it has
24 references to various SOPs.  And it also
25 refers to itself.  How is referring to -- if

Page 220

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2  you look at Roman Numeral II, letter G, later
3  if you look at -- if you look at, again, in
4  Exhibit 11, Bates number ending 8885.
5      A.   8885, okay.  I'm there.
6      Q.   Page 14.  Letter G it says for
7  reading plates refer to Infectivity Test
8  60520125GEN, which again is the same document.
9  Why is it referring to itself?  Why is that
10 one of the references?
11     A.   I want to go back to the
12 quality standard which is the -- in the
13 hierarchy, the higher level document of this.
14 So if I go to -- just trying to look at these
15 numbers for you.  60520125GEN.  It's the same
16 potency assay.  This is a higher level
17 document, the quality standard has the same
18 number here.  And because this quality
19 standard has multiple assays within it,
20 they're just numbered in that manner.  This
21 is a link to this document.  What you don't
22 see in this document --
23     Q.   I'm sorry, when you say "this
24 document," the --
25     A.   The quality standard.

Page 221

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2      Q.   The quality standard, okay.
3      A.   What you don't see in this
4  document are the detailed pictures of the '96
5  well plate and things and how to conduct the
6  assay.  So this is a more -- this is a high
7  level that all the sites, Durham, West Point
8  who would do this testing is really just West
9  Point, but if we method transfer this to
10 another laboratory, they may not have the
11 same exact incubators or model of equipment,
12 but in principle they all have to meet the
13 intended purposes.  So it's not really
14 referencing to itself, it's going to the
15 mother source which is this quality standard.
16     Q.   So if it's referencing to what
17 you call the -- I guess the mother document or
18 the quality standard, for example, going back
19 to the Stannard-11, page 14, Bates 8885,
20 letter G says reading plates again refer to
21 the infectivity test.  If it's referring back
22 to the quality standard but that doesn't have
23 the illustrations, it just seems sort of
24 circular that it would refer back to one which
25 would then refer to the other.

56 (Pages 218 - 221)

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2        A.   I don't think so, to be honest.
3    There's a high level of instruction here.
4    I'm looking at this and I can compare the
5    two.  But in this document it speaks to the
6    order -- how you prepare the samples and the
7    order within which you read them.  So if I
8    reference back to my discussion about you
9    look at the potency of the reference standard
10   itself first before you read the rest of the
11   plates, you'll see specific guidance in
12   there.  So it's not circular.  It's bridging
13   from the general guidance, still very
14   specific, to this more detail.  Again, that's
15   why these pictures are in this rather than in
16   this document.  What they're attempting to do
17   is in, again, the hierarchy of procedures,
18   policies rather, in guidelines and quality
19   standards which are in parallel, this is a
20   very -- this is a critical framework against
21   which you conduct the assay.  That's what
22   it's reference to.  If we were to put all of
23   this detail for every assay into this, it
24   would be quite a large document.  So in terms
25   of enabling the laboratory to execute its

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    functions properly, we have people who are
3    focused in a potency laboratory specifically.
4    So this is a -- it has to be linking back
5    to -- referencing back to the major document,
6    but this is what they actually will be
7    executing in the lab.
8        Q.   So would it be fair to say that
9    this part, the quality standard from
10   Stannard-4 is the higher level sort of broader
11   document of what they're trying -- what you
12   are trying to accomplish and the BAT in
13   Stannard-11 is how it's being accomplished,
14   it's detailing the steps?
15       A.   More detail in executing the
16   steps, yes.
17       Q.   If we could take a look in a
18   little more detail at Stannard-11, the BAT.
19   Looking at page 5, which is Bates number
20   ending in 8876.
21       A.   8876, I am there.
22       Q.   At the bottom of the page,
23   number 10 is the control virus or the house
24   standard?
25       A.   Uh-huh.

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2        Q.   Letter (b) "Mumps reference
3    standard...."  Is that interchangeable with
4    house standard, reference standard, they -- it
5    means the same thing?
6        A.   We do.
7        Q.   And it says that -- so (b) is
8    the mumps reference standard.  And if you turn
9    to the next page, page 6, it has -- lists the
10   MMRV (MMR) frozen reference standard and the
11   MMRV refrigerated master standard.
12       A.   Okay.
13       Q.   Is the reference -- again, it
14   says reference standard for letter (d).  Is
15   that the same as a master standard in letter
16   (e)?  Again, just for being interchangeable
17   with house standard.
18       A.   Frozen reference standard,
19   refrigerated master standard.  I will speak
20   in principle from the role that I've had.
21   Each one of these is filed and the
22   terminology may change.  MMRV frozen was a
23   product that was generated and approved
24   before we went to the refrigerated.
25   Refrigerated is a much more difficult product

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    because these are cold chain type of products.
3        Q.   Sure.
4        A.   So I would expect that the way
5    it is used here while the names are slightly
6    different, that they -- the purpose of the
7    reference standard is exactly what I
8    described with John.  So it could be
9    considered interchangeable.  But when you are
10   documenting your assays, the details, we want
11   to be true to the official title.
12       Q.   Sure.  So with there being three
13   different reference standards or house
14   standards here, the mumps, the frozen
15   reference, the MMRV frozen and MMRV
16   refrigerated, is the potency for the mumps
17   component the same in all three house
18   standards?
19       MS. DYKSTRA:  Objection.
20       THE WITNESS:  You would not
21   expect it to be.  When you have
22   quadrivalent versus trivalent products
23   and the record does show different
24   specifications for them, then when
25   you're dealing with a refrigerated

57 (Pages 222 - 225)

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    versus a frozen, you would expect them
3    to be different.  You have to
4    establish what they are and how you
5    use them.  That process should be the
6    same.  So it's a filed agreement with
7    in our case CBER.  That's that
8    standard baseline that you're going to
9    use.
10   BY MS. ZINSER:
11       Q.    So in addition to the frozen
12   versus refrigerated, is the addition of the
13   varicella component something that would have
14   an effect on the potency of the mumps
15   component causing it to be a different house
16   standard between the two?
17       A.    When I talk about trivalent and
18   quadrivalent, yes, you have to look at every
19   formulation uniquely, validate them for
20   their -- all their quality attributes.  And
21   how they interact is a part of the whole
22   process of understanding and filing these new
23   products.
24       Q.    So you have the MMR products and
25   adding the varicella component to create the

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    MMRV, the quadrivalent ProQuad, it's not just
3    a matter of adding one component to another,
4    they're different products essentially?
5        A.    That's right.
6        Q.    Moving on to page 7, ending in
7    the Bates 8878.  And this is referring to the
8    samples that are being tested?
9        A.    Uh-huh.
10       Q.    There's a lot that's been
11   redacted there.  But numbers 7, 8 and 9,
12   harvest -- "Mumps Harvested Fluids and Stock
13   Seed," "Mumps Virus Vaccine Bulks...," and
14   "Mumps Redispensed Virus Vaccine."  Is this
15   the same as what you had discussed earlier,
16   the drug substance, the formulated bulk and
17   what's in the vial that's being tested or is
18   this something different?
19       A.    You are correct at a high
20   level.  I'll start with point 9, the "Mumps
21   Redispensed Virus Vaccine" is that mumps that
22   is going to be put into that finer
23   formulated -- formulation before filling.
24   The "Mumps Virus Vaccine Bulks," number 8,
25   talk about clarified bulk, final bulk,

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    pre-clarified, pooled, dispensed bulk, that
3    is the drug substance.  And you're speaking
4    to the various stages as you progress your
5    product forward.  And the mumps harvested
6    fluid and -- fluids and stock seeds, again is
7    in that overall manufacturing process.
8        Q.    So that's kind of a step even
9    before the drug substance that you --
10       A.    Yes.  Yes.  Yes.
11       Q.    And along with this is the
12   potency in the final what's been packaged in
13   the vial, is the potency of that tested as
14   well?
15       A.    Maybe I can -- for clarity,
16   you're asking me if the mumps potency in the
17   final vials is what is tested here?
18       Q.    Yes.
19       A.    There are discrete points where
20   you do that potency testing.  The mumps
21   redispensed virus, I discussed that briefly
22   earlier, it's in the last can that's used in
23   that final formulation step, that's where
24   that occurs.  The final bulk under number 8,
25   that's where potency occurs.  And then

1    MARK STANNARD - HIGHLY CONFIDENTIAL
2    ultimately your drug product vials are
3    tested.
4        Q.    If you go down a little bit to
5    20, 21 and 22.  It's the same with the
6    addition, it says rHA for each of the three.
7    Does that mean that 7, 8 and 9 above were the
8    product with HSA?
9        A.    I'm just looking this over.  It
10   is difficult for me to answer that question
11   looking at this document as I sit here for
12   the first time.  rHA replaced the human
13   albumin.  How it is specifically used within
14   the flow of this document is not clear to me
15   in terms of the testing, so I cannot answer
16   that question.
17       Q.    Turning to the next page, page
18   8, Bates number ending in 8879.  Letter (b) is
19   the lyophilize -- I'm saying that correctly?
20       A.    You're right, lyophilize.
21       Q.    The "Lyophilized samples."
22       A.    Yes.
23       Q.    Are those -- now, that's the
24   samples where it's the vial?
25       A.    Exactly.  Uh-huh.  Freeze dried

58 (Pages 226 - 229)

Appx2996

MARK STANNARD - HIGHLY CONFIDENTIAL
1 also. I do want to be clear, as I look back
2 at our discussion, that when I spoke of where
3 did we perform the potency testing, we have
4 discrete agreements filed where we will
5 conduct it. There is the ability to do that
6 kind of testing developmentally in other
7 stages, but, again, when you have clarified
8 bulk, you've finally gotten rid of all the
9 cells that the virus has been growing into
10 and things of that nature. So I want to be
11 clear and accurate that we have specified
12 places where we do potency for release. If
13 we are doing testing for other purposes, you
14 know, these kind of -- these instructions
15 could be appropriate, but, again, without the
16 full context, I can't speak beyond that
17 clarification.
18     Q.    Without getting into the details
19 of the various titrations and incubations and
20 everything, which I don't think we need to get
21 into here, but after the tests are performed,
22 if we can turn to page 19 ending in Bates
23 8890. And at the top it's, "APPENDIX III,"
24 the "TITRATION RECORD REPORT." This is the

MARK STANNARD - HIGHLY CONFIDENTIAL
1 mumps virus potency titration record for
2 UPT -- now, what -- do you know what that
3 number stands for, the UPT990805B?
4     A.    I do not know that number.
5     Q.    So this is a titration record
6 report. Is this -- the data that results
7 here, is this what is entered into LIMS?
8     A.    Log10 dilutions. This is a
9 level of detail that I -- my oversight
10 responsibilities do not get into. So is the
11 instructions that I was representing in the
12 quality standard which is where I would be
13 more typically involved, but not hands on
14 either there, for clarity, I see a titer per
15 .1 mL. This is -- I would be speculating
16 this is an antiserum code. Let me pause for
17 a second here and look at this more
18 thoroughly.
19     Q.    Sure.
20     A.    Yes, it would not be accurate
21 for me to really speculate on how this is
22 used. I understand the term of antiserum.
23 That is part of the standard assay. We have
24 a titer point .1 mL so it's already gone

MARK STANNARD - HIGHLY CONFIDENTIAL
1 through a calculation, which may be the
2 process by which we do the raw calculations
3 before they are entered into LIMS which is
4 what you were asking me. This may well be,
5 but I'm not specific on these details.
6     Q.    Actually I think that's more of
7 what I was getting it rather than the actual,
8 you know, format of the results itself. But
9 whatever the results may be, it is LIMS that
10 they're -- that that's where they're entered.
11 Correct?
12     MS. DYKSTRA: Objection. Form.
13 You can answer.
14     THE WITNESS: Yes, there was
15 two -- there's a stage where you
16 calculate the potency and that is
17 through a Spearman Karber calculation.
18 That as a specific tool that is
19 identified that the labs use. They
20 enter into that LIMS which is the
21 question you're asking me, and then
22 the LIMS does the calibration
23 calculation from the performance of
24 the reference standard to then

MARK STANNARD - HIGHLY CONFIDENTIAL
1 determine the final calibrated potency
2 result.
3 BY MS. ZINSER:
4     Q.    So similar to LIMS as it's used
5 in the stability testing format, I think John
6 used the description of sort of an Excel
7 spreadsheet where there would be formulas
8 where the data is entered and calculations or
9 calibrations are performed within the LIMS
10 system. Is that correct?
11     MS. DYKSTRA: Objection.
12     THE WITNESS: At a high level
13 that's a fair summary.
14     MS. ZINSER: I'm going to mark
15 this next exhibit as Stannard-12.
16         - - -
17     (Exhibit Stannard-12, Standard
18 Operating Procedure, Bates MRK-KRA01448181 -
19 01448207, was marked for identification.)
20         - - -
21     THE WITNESS: I'm going to keep
22 all of these in front of me. I don't
23 know if we're going back to them, but
24 I'm not going to put them in this

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 pile.
3 BY MS. ZINSER:
4 Q. Sounds good.
5 Stannard-12, Bates number
6 starting 1448181 is "STANDARD OPERATING
7 PROCEDURE" entitled: "Preparation, Review and
8 Shipment of Biological Product Protocols and
9 Samples to CBER."
10 A. Yes.
11 Q. Is this an SOP that's specific
12 to West Point as it says up in the upper
13 right-hand corner?
14 A. Yes, it is.
15 Q. Would that be because West Point
16 is the location that would be responsible for
17 actually doing the submissions to CBER?
18 A. That is correct. This is
19 governing all of our release functions in
20 terms of submitting that to CBER from that
21 site.
22 Q. So Durham manufactures, but they
23 don't do the release protocols, they don't
24 perform that and submit it to CBER. Is that
25 correct?

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 A. Let me answer that a little
3 longer. We do the testing. They do their
4 own release. This is generally specific to
5 the site that is doing it. If you have
6 parallel sites doing the same function, they
7 need to be aligned. But you can have SOPs
8 specific details that are unique to a site
9 because a version of some tool, for example,
10 may be different than one site versus
11 another. So this is governing West Point.
12 Let me just reread this purpose.
13 Q. Sure.
14 A. Yes, this is specific to West
15 Point.
16 Q. Now, the purpose and scope at
17 the top of that page, The purpose of this
18 procedure is to describe the actions that must
19 be taken by West Point Quality and Laboratory
20 Services, to prepare, review and submit
21 biological product protocols and samples to
22 CBER.
23 A. Uh-huh.
24 Q. Now, among other things that
25 need to be prepared, this would govern

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 preparing the results from the potency testing
3 that would be sent to CBER. Correct?
4 A. That is correct. You have a
5 protocol. And potency is one detail within
6 that protocol. It's fairly explicit the
7 level of granularity we go into it. I have
8 both protocol here with us.
9 Q. Just again like you said, you
10 know, I think there's this 26 pages, but a
11 general overview of the process of creating
12 the protocol, on the first page under 3A1b --
13 A. 3A1b. Got it. Yes. Thank
14 you.
15 Q. It begins, "Complete the
16 protocol...." So to prepare the biological
17 protocol under letter (b), "Complete the
18 protocol by entering information from IMPACT,
19 SAP, LIMS, Manufacturing Batch Records, and
20 other GMP sources, as applicable to the
21 product."
22 For our purposes or for the
23 purposes of potency, that information would
24 come from LIMS. Correct?
25 MS. DYKSTRA: Objection.

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 THE WITNESS: I am going to
3 answer in a little bit of a detailed
4 manner.
5 BY MR. ZINSER:
6 Q. Okay.
7 A. I will say that I believe
8 everything potency would be coming
9 through our current LIMS system because
10 that's where we have -- where we migrated
11 from a prior LIMS to a current, that work was
12 fully complete. This does IMPACT, and SAP,
13 LIMS do speak to other IMPACT historical
14 sources of information where some bulk
15 details, based on their -- it can be ten
16 years old to be used, may reside in that. So
17 my general answer to your question would be
18 that the LIMS would be the source of the
19 potency data.
20 Q. And those other sources, IMPACT
21 and SAP, those are -- I believe you just said
22 that those are earlier or sources for
23 earlier --
24 A. SAP is a current one but IMPACT
25 is a prior one.

60 (Pages 234 - 237)

1　　　　MARK STANNARD - HIGHLY CONFIDENTIAL
2　　　Q.　A prior one, okay.
3　　　A.　A prior version. So as you
4　document everything into the CBER protocols
5　which is an agreed to protocol between West
6　Point or Merck and CBER, some of this
7　information could reside in these.
8　　　Q.　Turning to page 3.
9　　　A.　Page 3?
10　　　Q.　Yes.
11　　　A.　Okay.
12　　　Q.　And letter B, "Review of the
13　Biological Product Protocol." Number 1 says,
14　"A first and second review must be performed
15　and documented, confirming that all
16　information in the protocol is complete,
17　accurate and traceable to source data such as
18　IMPACT/SAP, LIMS...as applicable to the
19　product."
20　　　A.　Uh-huh.
21　　　Q.　So when the protocol is being
22　created, it needs to be reviewed a first time
23　and a second time to make sure that the data
24　that's being pulled from LIMS or one of these
25　other sources is correct?

1　　　　MARK STANNARD - HIGHLY CONFIDENTIAL
2　　　A.　Yes.
3　　　Q.　At the bottom of that same page,
4　number 5(b) says, "Refer to product specific
5　attachments as applicable," the MMR II Family
6　is in Attachment IV which we'll get to in a
7　minute. You know what, actually, yeah, we'll
8　get do that in a minute.
9　　　A.　Okay.
10　　　Q.　On page 5, I guess in the middle
11　of the page, under the third note it says,
12　"CBER uses the term 'Concurrent Testing' to
13　indicate that CBER testing is being done at
14　the same time as Merck testing. The term
15　'concurrently' is not used in the
16　correspondence when Merck submits samples and
17　protocols together."
18　　　　Does CBER, to your knowledge,
19　concurrently test for all products for which
20　protocols and samples are submitted to CBER?
21　　　A.　They do not communicate what
22　they do. Other agencies we know they test on
23　importation which is for this product when it
24　goes to Europe and places like that. So we
25　know that's happening for every specific

1　　　　MARK STANNARD - HIGHLY CONFIDENTIAL
2　batch. CBER does not communicate when or how
3　many batches they actually test.
4　　　Q.　So they may be testing, they
5　may concurrently, they may not be testing
6　concurrently, they don't notify you of that?
7　　　A.　Exactly.
8　　　Q.　Turning to page 12, the Bates
9　ending in 8192, there's a list of definitions.
10　　　A.　Yes.
11　　　Q.　And the first one under A is
12　"Alternative to Lot Release" or ALR.
13　"Products that do not require CBER release.
14　For these product, CBER has given Merck the
15　autonomy to equate the internal (Merck)
16　release to the CBER release. Protocols and
17　samples do not need to be submitted to CBER
18　for every bulk and fill, however each year, a
19　bulk batch and a filled container batch must
20　be submitted to CBER in January and July, for
21　surveillance."
22　　　　Are products in the MMR family,
23　those are not products that do not require
24　CBER release. Correct?
25　　　A.　That is correct. Alternative

1　　　　MARK STANNARD - HIGHLY CONFIDENTIAL
2　lot release is an approved agreement between
3　CBER and Merck or any other manufacturer, but
4　it is not applicable to mumps or MMR or MMRV.
5　　　Q.　Just to clarify, I'm not sure
6　you went over this earlier, but for every bulk
7　and fill, could you clarify the difference
8　between bulk and -- you may have gone over it
9　before but I may have missed that?
10　　　A.　Sure. Happily. So the bulk
11　process, remember you heard the term clarify
12　bulk?
13　　　Q.　Yes.
14　　　A.　You know, all of those functions
15　are you start with a small volume of the
16　virus, you grow it up into cells, you keep
17　expanding it and clarify it and then you're
18　able to store that product as a bulk, drug
19　substance we call it or bulk product. The
20　drug product is what the patient actually
21　sees. That officially starts when we
22　formulate and then immediately fill that into
23　the vials for lyophilization.
24　　　Q.　I think one more thing on this
25　and then we'll turn to -- for this exhibit.

61 (Pages 238 - 241)

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 Page 18, Bates ending 8198 is Attachment IV,
3 the "MMR® Family" which is what we mentioned
4 earlier. Now, is this an accurate
5 representation of the information that's
6 included in the protocol that's submitted to
7 CBER?
8 MS. DYKSTRA: Objection.
9 THE WITNESS: I have a protocol
10 that is submitted to CBER as part of
11 the packet evidence 4. If you're
12 asking me just to look this over and
13 just general --
14 BY MS. ZINSER:
15 Q. We'll get to the actual one,
16 yes.
17 A. Give me a moment to look at
18 this. This is clearly instructions on how
19 they populate the protocol. So to answer
20 your question, this is dated September 23rd
21 of '15, printed in June of this year. So if
22 this were the current version which it may
23 likely be, I would say this is the
24 instructions to populate the protocol. So
25 I'll say yes with that detail.

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 Q. I think that's it for that
3 document. I know that you said within
4 Stannard-4, the documents that you brought, I
5 know that there is one of the protocols for
6 these, but I would actually prefer to use a
7 different one if that's okay.
8 MS. ZINSER: I'm going to mark
9 these as Stannard-13 and 14.
10 - - -
11 (Exhibits Stannard-13, 12/13/13
12 Letter, Bates MRK-KRA01448674 -
13 01448678 and Stannard-14, 12/24/13
14 Letter, Bates MRK-KRA01448637, were
15 marked for identification.)
16 - - -
17 BY MS. ZINSER:
18 Q. Stannard-13 which is Bates
19 number 1448674 --
20 A. Yes.
21 Q. -- is a protocol dated
22 December 13, 2013, that was submitted by Merck
23 to CBER. Is that correct?
24 A. Yes.
25 Q. And at the middle of the page,

1 the lot number is 305229?
2 A. Correct.
3 Q. That's for ProQuad?
4 A. ProQuad, yes. No, I'm sorry,
5 it's MMR.
6 Q. It's for MMR, that's correct.
7 Looking at page 2, there is a
8 chart for infectivity titration or potency of
9 mumps. At the bottom of the page, the
10 calibrated average is greater than 5.0 and
11 less than 5.5. Correct?
12 A. Sorry, the specification
13 calibrated average would be greater than 5,
14 less than 5.5. Correct.
15 Q. If you look at page 4 of 4 at
16 the bottom, the signature of the authorized
17 official is Jeffrey Kenney. Who is Jeffrey
18 Kenney?
19 A. He is an employee of Merck &
20 Company. He is one of the staff who were
21 trained to perform the release function.
22 He's done this role for several years.
23 Q. Does he sign all of the
24 protocols that are sent to CBER?

1 MARK STANNARD - HIGHLY CONFIDENTIAL
2 A. No. We will have multiple
3 people who can do that by design. We do give
4 people vacations and things of that nature.
5 Q. How nice.
6 A. In addition, you reference the
7 second person signing off. So these experts
8 were trained in this alternate so that one
9 -- doing second person independent review of
10 the other.
11 Q. Moving to Stannard Number 14,
12 Bates number 1448637, which is a letter from
13 CBER dated December 24, 2013, and it says,
14 "Report on action taken on product submitted."
15 It says, "Released. Measles, Mumps and
16 Rubella Virus Vaccine Live." And among the
17 lot numbers are -- the first one is 305229.
18 Correct?
19 A. That is correct.
20 Q. And that is the same one as was
21 in the protocol we just looked at?
22 A. It is.
23 Q. So that means that the protocol
24 that was submitted, CBER reviewed it, I guess
25 it looks like 10 days later, 11 days later,

Appx3000