**23-2553**

IN THE

# United States Court of Appeals

### FOR THE THIRD CIRCUIT



UNITED STATES OF AMERICA EX REL.,
STEPHEN A. KRAHLING; JOAN A. WLOCHOWSKI,

*against*

MERCK & CO, INC.,

STEPHEN A. KRAHLING; JOAN A. WLOCHOWSKI,

*Appellants.*

---

*On Appeal from the United States District Court*
*for the Eastern of District of Pennsylvania*
*The Honorable Chad F. Kenney, Case No. 2:10-04374-CFK*

---

## JOINT APPENDIX
## VOLUME XIII OF XLV
## Pages Appx5001 to Appx5500
## (Filed Under Seal)

---

VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
410-244-7400

MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
215-963-5000

HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
202-637-5600

*Attorneys for Defendant-Appellee*

CONSTANTINE CANNON LLP
355 Madison Avenue, 9th Floor
New York, New York 10017
212-350-2700

KELLER GROVER, LLP
1965 Market Street
San Francisco, California 94103
415-543-1305

*Attorneys for Relators-Appellants*



# Table of Contents

**Page**

**Volume III**
**(Filed Under Seal)**

Order of the Honorable Lynne A. Sitarski, dated May 16, 2019
(Doc. 250) ................................................................. Appx181

Statement of Material Facts by Defendant in Support of
Its First Dispositive Motion, dated October 25, 2019
(Doc. 281-3) ............................................................ Appx185

Statement of Material Facts by Defendant in Support of
Its Fourth Dispositive Motion, dated October 25, 2019
(Doc. 287-3) ............................................................ Appx247

Statement of Material Facts by Relators,
dated October 25, 2019 (Doc. 294) ........................................... Appx295

Declaration of Gary Reilly, for Relators,
in Support of Motion, dated October 25, 2019 (Doc. 24) ......... Appx396

Exhibit 1 to Reilly Declaration -
Expert Report of Eugene Shapiro, M.D.,
dated March 13, 2018. ........................................................ Appx438

Exhibit 2 to Reilly Declaration -
Expert Report of Dr. Robert Malone, M.D.,
dated March 13, 2018 ........................................................ Appx460
***(Cont'd in Vol IV)***

**Volume IV**
**(Filed Under Seal)**

Exhibit 3 to Reilly Declaration -
Expert Report of David A. Kessler, M.D.,
dated March 14, 2018, with Schedules
and Appendices ................................................................. Appx551
***(Cont'd in Vol V)***

**Table of Contents**
**(Continued)**

**Page**

**Volume V**
**(Filed Under Seal)**

Exhibit 4 to Reilly Declaration -
Deposition Testimony of David Kessler, M.D.,
taken September 28, 2018 ...................................................... Appx1483
*(Cont'd in Vol VI)*

**Volume VI**
**(Filed Under Seal)**

Exhibit 5 to Reilly Declaration -
Expert Report of D. Bruce Burlington, M.D.,
dated June 19, 2018 .............................................................. Appx1588

Exhibit 6 to Reilly Declaration -
Deposition Testimony of D. Bruce Burlington, M.D.,
taken December 13, 2018 ...................................................... Appx1637

Exhibit 7 to Reilly Declaration -
Deposition Testimony of Mark Pallansch, M.D.,
taken October 13, 2017 ......................................................... Appx1715

Exhibit 8 to Reilly Declaration -
Deposition Testimony of Eugene Shapiro, M.D.
taken November 7, 2018 ........................................................ Appx1765

Exhibit 9 to Reilly Declaration -
Deposition Testimony of Alison L. Fisher, Ph.D.,
taken November 1, 2016 ........................................................ Appx1822

Exhibit 10 to Reilly Declaration -
Expert Report of Ann M. Arvin, M.D.,
dated June 11, 2018 .............................................................. Appx1910

Exhibit 11 to Reilly Declaration -
Letter from Dr. Robert Redfield, Director, CDC,
dated May 24, 2018 .............................................................. Appx1945

**Table of Contents**
**(Continued)**

**Page**

Exhibit 12 to Reilly Declaration -
Letter from Dr. Anne Schuchat, Principal Deputy
Director, CDC, dated September 26, 2017 ........................... Appx1950

Exhibit 13 to Reilly Declaration -
Statement of Dr. Jesse Goodman, FDA,
dated April 18, 2007 .............................................................. Appx1956

Exhibit 14 to Reilly Declaration -
Letter from Merck to Jacqueline Little, Ph.D.,
dated March 23, 2006 (MRK-CHA00214088-148) ............... Appx1960
*(Cont'd in Vol VII)*

**Volume VII**
**(Filed Under Seal)**

Exhibit 15 to Reilly Declaration -
Deposition Testimony of Jonathan L. Temte, M.D., Ph.D.,
taken August 17, 2018 ........................................................... Appx2010

Exhibit 16 to Reilly Declaration -
Expert Report of Peter H. Calcott, B.Sc. (Hons.), D.Phil.,
dated March 12, 2018 ........................................................... Appx2061

Exhibit 17 to Reilly Declaration -
Deposition Testimony of Joye L. Bramble, Ph.D.,
taken January 6, 2017 ........................................................... Appx2141

Exhibit 18 to Reilly Declaration -
FDA Warning Letter, dated February 9, 2001
(MRK-CHA00209399-409) ................................................... Appx2220

Exhibit 19 to Reilly Declaration -
Excerpts from Defendant Merck's Answer to
Amended Complaint (ECF No. 62) ....................................... Appx2232

**Table of Contents**
**(Continued)**

Exhibit 20 to Reilly Declaration -
Excerpts from Defendant Merck's Responses and
Objections to Relator's Third Set of Requests for Admission,
dated August 16, 2017 ........................................................... Appx2239

Exhibit 21 to Reilly Declaration -
ProQuadTM (Measles, Mumps, Rubella and Varicella
[Oka/Merck] Virus Vaccine Live)-Original Application
(MRK-CHA00158126-79) ...................................................... Appx2293

Exhibit 22 to Reilly Declaration -
Expert Report of William L. Atkinson, M.D., MPH,
dated June 12, 2018 ............................................................... Appx2348

Exhibit 23 to Reilly Declaration -
Deposition Testimony of Jonathan Hartzel, Ph.D.,
taken June 23, 2017 ............................................................... Appx2380

Exhibit 24 to Reilly Declaration -
Expert Report of Anna Durbin, M.D, dated June 14, 2018  ... Appx2476
*(Cont'd in Vol VIII)*

**Volume VIII**
**(Filed Under Seal)**

Exhibit 25 to Reilly Declaration -
Expert Report of Marcela Pasetti, Ph.D.,
dated June 14, 2018 ............................................................... Appx2511

Exhibit 26 to Reilly Declaration -
Excerpts of Presentation, Principles of Vaccinology,
produced as "Principles of Vaccination.ppt"
(MRK-CHA01339555) .......................................................... Appx2534

Exhibit 27 to Reilly Declaration -
Deposition Testimony of Mary K. Yagodich,
taken August 18, 2016 ........................................................... Appx2538

# Table of Contents
## (Continued)

Exhibit 28 to Reilly Declaration -
GlaxoSmithKline Application for Priorix
(GSK-MMR-IND-0019450-76) ............................................ Appx2631

Exhibit 29 to Reilly Declaration -
Deposition Testimony of Marcela Pasetti, Ph.D.,
taken December 4, 2018 ....................................................... Appx2659

Exhibit 30 to Reilly Declaration -
Deposition Testimony of Anna P. Durbin, M.D.,
taken October 8, 2018 .......................................................... Appx2699

Exhibit 31 to Reilly Declaration -
Excerpts from Rationale for the M-M-R®II End Expiry
Clinical Studies Presentation (MRK-CHA01893680-730) ... Appx2788

Exhibit 32 to Reilly Declaration -
Letter to the Editor "Comparability of M-M-R™II and
Priorix" from Scott Thaler, M.D., *et al.*, *The Pediatric
Infectious Disease Journal*, September 1999:18(9)
(MRK-CHA00088592-3) ...................................................... Appx2836

Exhibit 33 to Reilly Declaration -
Phase V Clinical Development Plan for M-M-R®II
(MRK-CHA00667054-122) ................................................... Appx2839

Exhibit 34 to Reilly Declaration -
Fax from Yolanda Stewart to Donna Boyce,
dated April 25, 2012 (GSK-MMR-IND-0029256-63) ........... Appx2909

Exhibit 35 to Reilly Declaration -
Letter from Karen L. Goldenthal, M.D. to Angus Grant, Ph.D.,
dated September 2, 1997 (GSK-MMR-IND-0000004-7) ...... Appx2918

Exhibit 36 to Reilly Declaration -
Email from Katalin G. Abraham to Keith D. Chirgwin, M.D.,
dated October 5, 1998 (MRK-CHA00095142) ..................... Appx2923

**Table of Contents**
**(Continued)**

Exhibit 37 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449029-40) ....................... Appx2925

Exhibit 38 to Reilly Declaration -
Deposition Testimony of Mark Stannard,
taken December 13, 2016 ..................................................... Appx2938
*(Cont'd in Vol IX)*

**Volume IX**
**(Filed Under Seal)**

Exhibit 39 to Reilly Declaration -
Deposition Testimony of Luwy Musey, M.D.,
taken October 7, 2016 .......................................................... Appx3023

Exhibit 40 to Reilly Declaration -
Deposition Testimony of Ann M. Arvin, M.D.,
taken November 12, 2018 ..................................................... Appx3129

Exhibit 41 to Reilly Declaration -
Deposition Testimony of William Nichols,
taken October 25, 2018 ......................................................... Appx3213

Exhibit 42 to Reilly Declaration -
Proposed New Stabilizer for M-M-R®II,
dated July 26, 2022 (MRK-CHA00207690-7735) ................ Appx3249

Exhibit 43 to Reilly Declaration -
M-M-R®II Mumps End Expiry Study: AIGENT Assay Issues
Impact on Study Criteria Regulatory Implications,
dated October 11, 2002 (MRK-CHA00094161-82) .............. Appx3296

Exhibit 44 to Reilly Declaration -
Memo re: Historical Review and Confirmation of Mumps
Virus Potency Formulation Targets in M-M-R®II,
dated April 8, 2011 (MRK-CHA01456760) .......................... Appx3319

**Table of Contents**
**(Continued)**

Exhibit 45 to Reilly Declaration -
Presentation, M-M-R II Mumps End Expiry Trial, produced as
"CDOC presentation November 15-00-draft.ppt"
(MRK-CHA00020396) .......................................................... Appx3321

Exhibit 46 to Reilly Declaration -
Memo re: Stability of Mumps Component in Merck's Live
Virus Vaccines, dated October 5, 2000
(MRK-CHA00587859-62) ...................................................... Appx3419

Exhibit 47 to Reilly Declaration -
Memo re: Stability of Measles, Mumps, and
Rubella Components in Merck's Live Virus Vaccines,
dated October 17, 2000 (MRK-CHA00549487-94) .............. Appx3424

Exhibit 48 to Reilly Declaration -
Email from Katalin G. Abraham to Bonita M. Stankunas,
dated October 5, 2000 (MRK-CHA00284623-9) .................. Appx3433

Exhibit 49 to Reilly Declaration -
Deposition Testimony of Philip S. Bennett,
taken May 24, 2017 ............................................................... Appx3441

**Volume X**
**(Filed Under Seal)**

Exhibit 50 to Reilly Declaration -
Email from Keiko Simon, dated October 2, 2002
(MRK-CHA00615147-74) ...................................................... Appx3501

Exhibit 51 to Reilly Declaration -
Internal Strategy Document regarding M-M-R®II
Regulatory Compliance (MRK-CHA00019225-45) .............. Appx3530

Exhibit 52 to Reilly Declaration -
"Genetic Heterogeneity of Mumps Strains: Potential
Implications in Comparative Neutralization Studies" CBER
Background Information, dated November 1999
(MRK-CHA00020635-42) ...................................................... Appx3552

**Table of Contents**
(Continued)

Exhibit 53 to Reilly Declaration -
Draft memo, produced as "Outstanding-
issuesMMRV&MMRII.doc"
(MRK-CHA00198876-91) ...................................................... Appx3561

Exhibit 54 to Reilly Declaration -
Memo re: Mumps neutralization meeting minutes,
dated September 16, 1999 (MRK-CHA00020425-7) ............ Appx3578

Exhibit 55 to Reilly Declaration -
Email from Katalin G. Abraham to Keith D. Chirgwin,
dated February 25, 2000 (MRK-CHA00095143) .................. Appx3582

Exhibit 56 to Reilly Declaration -
Memo re: Team Biologics Close Out – Form FDA 483,
dated October 11, 2000 (MRK-CHA00071265-71) .............. Appx3584

Exhibit 57 to Reilly Declaration -
Email from Dorothy Margolskee, M.D., to
Florian Schodel, M.D., with attachments,
dated February 26, 2001
(MRK-CHA00549510-35) ...................................................... Appx3592

Exhibit 58 to Reilly Declaration -
Email from Joseph F. Heyse with attachments,
dated March 5, 2001
(MRK-CHA00616007-12) ...................................................... Appx3627

Exhibit 59 to Reilly Declaration -
Response to FDA 483 Observation 3
(MRK-CHA00086295-7) ...................................................... Appx3634

Exhibit 60 to Reilly Declaration -
Draft Response to FDA 483 Observation 3
(MRK-CHA00086298-317) ................................................... Appx3638

Exhibit 61 to Reilly Declaration -
Draft Response to FDA 483 Observation 3
(MRK-CHA00562230-41) ...................................................... Appx3659

# Table of Contents
## (Continued)

**Page**

Exhibit 62 to Reilly Declaration -
Draft Response to FDA 483 Observation 3
(MRK-CHA01440844-64) ...................................................... Appx3672

Exhibit 63 to Reilly Declaration -
Letter from Robert L. McKee, Ph.D. to Steven A. Masiello,
dated March 8, 2001 (MRK-CHA01537603-11) ................... Appx3694

Exhibit 64 to Reilly Declaration -
Deposition Testimony of Dorothy Margolskee, M.D.,
taken April 21, 2017 .............................................................. Appx3704

Exhibit 65 to Reilly Declaration -
Excerpts from Label Claim Compliance M-M-R®II
Peer Review Meeting, dated July 15, 2002
(MRK-CHA00322038-65) ...................................................... Appx3796

Exhibit 66 to Reilly Declaration -
Memo re: Executive Summary-CBER/Merck Meeting
April 4, 2001, dated April 8, 2001
(MRK-CHA01649955-6) ........................................................ Appx3819

Exhibit 67 to Reilly Declaration -
Memo re: Minutes, Meeting with CBER on 4/4/01
Regarding Mumps Stability, dated April 9, 2001
(MRK-CHA00754687-91) ...................................................... Appx3822

Exhibit 68 to Reilly Declaration -
Email from Christopher J. Petroski to Keith D. Chirgwin,
dated January 21, 2002 (MRK-CHA00561350-5) ................. Appx3828

Exhibit 69 to Reilly Declaration -
Presentation, M-M-R®II Mumps Expiry Mumps Potency
Claim in Label (MRK-CHA00334863-8) .............................. Appx3835

Exhibit 70 to Reilly Declaration -
Presentation, Mumps Expiry- Label Claim, produced as
"RMC mumps expiry update.ppt" (MRK-CHA00086318) ... Appx3842

**Table of Contents**
(Continued)

Exhibit 71 to Reilly Declaration -
Memo re: M-M-R®II: Mumps End Expiry label change –
filing strategy, dated August 2, 2001
(MRK-CHA00247149-52) ..................................................... Appx3846

Exhibit 72 to Reilly Declaration -
Email from Keith D. Chirgwin to Manal A. Morsy with
attachment, dated January 22, 2002
(MRK-CHA00019084-5) ..................................................... Appx3851

Exhibit 73 to Reilly Declaration -
Email from Cynthia F. Morrisey, dated September 5, 2002
(MRK-CHA01562819-20) ..................................................... Appx3873

Exhibit 74 to Reilly Declaration -
Email from Roberta L. McKee, Ph.D.,
dated October 31, 2002 (MRK-CHA00094134-5) ................ Appx3876

Exhibit 75 to Reilly Declaration -
Memo, Mumps and Rubella Formulation and Potency Assay
Format Changes to Support Potency through Twenty-four
Month Expiry (MRK-CHA01894982-98) ............................. Appx3879

Exhibit 76 to Reilly Declaration -
Email from Mark S. Galinski to Keiko Simon,
dated August 23, 2004 (MRK-CHA01564065-8) .................. Appx3897

Exhibit 77 to Reilly Declaration -
Email from Alison L. Fisher with attachments,
dated September 20, 2004
(MRK-CHA01574732-8) ..................................................... Appx3902

Exhibit 78 to Reilly Declaration -
Presentation, Accomplishments to Date,
produced as "accomplishments to 5-17-01.ppt"
(MRK-CHA00724288) ........................................................ Appx3910

**Table of Contents**
**(Continued)**

**Page**

Exhibit 79 to Reilly Declaration -
Draft letter from Roberta L. McKee, Ph.D., to
Michael Angelo, with metadata date of October 17, 2002
(MRK-CHA01649892-3) ....................................................... Appx3917

Exhibit 80 to Reilly Declaration -
Email from Manal Morsy to Keith D. Chirgwin,
dated November 4, 2002 (MRK-CHA00501762-5) .............. Appx3920

Exhibit 81 to Reilly Declaration -
Memo re: Preparations for the Mumps Stability-CBER
discussion, dated March 19, 2001
(MRK-CHA00019430-2) ....................................................... Appx3925

Exhibit 82 to Reilly Declaration -
Email from Philip S. Bennett to Joseph M. Antonello,
dated September 5, 2002 (MRK-CHA00780325-6) .............. Appx3929

Exhibit 83 to Reilly Declaration -
Memo re: Mumps End Expiry study issues,
with Attachment (MRK-CHA00019246-67) ......................... Appx3932

Exhibit 84 to Reilly Declaration -
Draft Presentation, M-M-R II to October 8, 2002 CRRC,
produced as "Draft#1-CRRC 10-08-02 slides.ppt"
(SCHOFIELD_00000201) ...................................................... Appx3955

Exhibit 85 to Reilly Declaration -
Presentation, M-M-R II to October 8, 2002 CRRC,
produced as "CRRC-10-08-02 slides.ppt"
(MRK-CHA00027726) .......................................................... Appx3991
*(Cont'd in Vol XI)*

**Volume XI**
**(Filed Under Seal)**

Exhibit 86 to Reilly Declaration -
Email from Philip S. Bennett with attachment,
dated March 14, 2001 (MRK-CHA00562218-9) ................... Appx4021

**Table of Contents**
(Continued)

Exhibit 87 to Reilly Declaration -
Meeting Agenda, dated March 7, 2002
(MRK-CHA00205854-60) ..................................................... Appx4024

Exhibit 88 to Reilly Declaration -
Email from Manal Morsy, M.D., Ph.D. to Deitra E. Arena,
dated March 27, 2002 (MRK-CHA00064005-12) ................. Appx4032

Exhibit 89 to Reilly Declaration -
Email from Manal Morsy, M.D., Ph.D. to David Krah, M.D.,
dated April 10, 2002 (MRK-CHA00561310-2) ..................... Appx4041

Exhibit 90 to Reilly Declaration -
Spreadsheet for June 10, 2003 Vaccine Assay Committee
meeting (MRK-CHA00440797-811) ..................................... Appx4045

Exhibit 91 to Reilly Declaration -
Minutes of CBER Teleconference, dated December 7, 2001
(MRK-CHA00019434-7) ...................................................... Appx4061

Exhibit 92 to Reilly Declaration -
Draft Summary of Teleconference Notes
(MRK-CHA00024596-9) ...................................................... Appx4066

Exhibit 93 to Reilly Declaration -
Memo re: CBER teleconference (December 7, 2001): Mumps
Inspection results and discussion, dated December 13, 2001
(MRK-CHA00071082-9) ...................................................... Appx4071

Exhibit 94 to Reilly Declaration -
Memo re: Consultation with Dr. William Fairweather
on Vaccine Stability, dated December 14, 2000
(MRK-CHA00590949-58) ..................................................... Appx4080

Exhibit 95 to Reilly Declaration -
Excerpts from Proposed New Stabilizer for M-M-R®II,
dated August 2002 (MRK-CHA01591461-87) ...................... Appx4091

**Table of Contents**
(Continued)

Exhibit 96 to Reilly Declaration -
Email from Manal Morsy, M.D., Ph.D. to Joye L. Bramble,
dated June 11, 2002 (MRK-CHA00494158-61) .................... Appx4117

Exhibit 97 to Reilly Declaration -
M-M-R®11 Defense Action Plan, dated June 1999
(MRK-CHA00285276-96) ..................................................... Appx4122

Exhibit 98 to Reilly Declaration -
Memo re: Statement of Interest for ProQuad™ Measles,
mumps, rubella, and varicella virus vaccine live, dated
November 10, 2000 (MRK-CHA00325472-91) .................... Appx4144

Exhibit 99 to Reilly Declaration -
Memo re: Statement of Interest for ProQuad™ Measles,
mumps, rubella, and varicella virus vaccine live,
dated November 10, 2000 (MRK-CHA00671410-28) .......... Appx4165

Exhibit 100 to Reilly Declaration -
Memo re: Minimum Expiry Specification Limit for Mumps
Potency in M-M-R®II, dated July 5, 2001
(MRK-CHA01896349) .......................................................... Appx4185

Exhibit 101 to Reilly Declaration -
Excerpts from Clinical and Regulatory Review Committee
Development Projects, dated October 29, 2002
(MRK-CHA01725276-364) ................................................... Appx4187

Exhibit 102 to Reilly Declaration -
Presentation, MMRII Mumps End Expiry study status &
Regulatory implications, produced as "slides for
GRSRC_MumpsEndExpiry -10-11-02.ppt"
(MRK-CHA00040705) .......................................................... Appx4197

Exhibit 103 to Reilly Declaration -
Presentation, MMRII Mumps End Expiry study status &
Regulatory implications, produced as
"slides for GRSRC -10-11-02.ppt"
(MRK-CHA00094159) .......................................................... Appx4227

**Table of Contents**
**(Continued)**

Exhibit 104 to Reilly Declaration -
Email from Joseph F. Heyse to Keith D. Chirgwin,
dated September 30, 2002 (MRK-CHA01582137-9) ............ Appx4256

Exhibit 105 to Reilly Declaration -
MRL Clinical Study Report, Multicenter Study: A Study of
M-M-R II at Mumps Expiry Potency in Healthy Children 12
to 18 Months of Age (Protocol 007)
(MRK-CHA00224982-26529) ............................................... Appx4260

Exhibit 106 to Reilly Declaration -
Email from Dorothy Margolskee to Keith D. Chirgwin,
dated March 8, 1998 (MRK-CHA00095320-1) ..................... Appx4419

Exhibit 107 to Reilly Declaration -
Slide Deck from M-M-R™ Expiry Investigators Meeting,
dated March 15-16, 1999 (MRK-CHA00017605-12) ........... Appx4422

Exhibit 108 to Reilly Declaration -
Excerpts from Merck Submission to the Department of Justice,
dated April 9, 2012 (MRK-CHA0002549-75) ....................... Appx4431

Exhibit 109 to Reilly Declaration -
Letter from Karen L. Goldethal, M.D. to
Keith Chirgwin, M.D., dated September 8, 1998
(MRK-CHA00001467-9) ...................................................... Appx4459

Exhibit 110 to Reilly Declaration -
Memo re: BB-IND 1016: Summary of discussion with
Dr. Kathryn Carbone and Ms. Luba Vujcic (CBER) regarding
the Mumps neutralization assay, dated February 8, 2000
(MRK-CHA00001255-7) ...................................................... Appx4463

Exhibit 111 to Reilly Declaration -
Memo re: Communication with Dr. Kathryn Carbone (CBER)
on April 12, 200 regarding CBER's meeting (face to face-
March 13, 2000) minutes and the mumps neutralization
and ELISA assays, dated April 12, 2000
(MRK-CHA01927351-5) ...................................................... Appx4467

## Table of Contents
### (Continued)

**Page**

Exhibit 112 to Reilly Declaration -
Response to FDA Request for Information,
dated November 17, 2004 (MRK-CHA00126963-71) .......... Appx4473

Exhibit 113 to Reilly Declaration -
Summary of Findings of Inspection, dated August 6, 2001
(MRK-CHA02021754-61) ..................................................... Appx4483

Exhibit 114 to Reilly Declaration -
Meeting Minutes, dated March 14, 2000
(MRK-CHA00001258-61) ..................................................... Appx4492

Exhibit 115 to Reilly Declaration -
Deposition Testimony of Emilio Emini, Ph.D.,
taken June 6, 2017 ................................................................. Appx4497
*(Cont'd in Vol XII)*

### Volume XII
### (Filed Under Seal)

Exhibit 116 to Reilly Declaration -
Deposition Testimony of Florian Schodel, M.D.,
taken December 22, 2016  ..................................................... Appx4592

Exhibit 117 to Reilly Declaration -
Email from Manal Morsy, dated September 13, 2002
(MRK-CHA01386177-82) ..................................................... Appx4700

Exhibit 118 to Reilly Declaration -
Email from Keiko Simon with attachments,
dated October 27, 2003
(MRK-CHA00279197-247) ................................................... Appx4707

Exhibit 119 to Reilly Declaration -
Slide Deck from M-M-R™ Expiry Investigators Meeting,
dated March 15-16, 1999 (MRK-CHA01888826-913) ......... Appx4759

**Table of Contents**
**(Continued)**

Exhibit 120 to Reilly Declaration -
Email from Deitra E. Arena with attachments,
dated June 16, 2000
(MRK-CHA00026466-89) ...................................................... Appx4848

Exhibit 121 to Reilly Declaration -
Email from Manal Morsy to Henrietta Ukwu,
dated October 10, 1999 (MRK-CHA01898773-6) ................ Appx4874

Exhibit 122 to Reilly Declaration -
Deposition Testimony of David Krah, M.D.,
taken July 11-12, 2017 ........................................................... Appx4879
*(Cont'd in Vol XIII)*

**Volume XIII**
**(Filed Under Seal)**

Exhibit 123 to Reilly Declaration -
Mumps Neutralization Assay Development
(MRK-CHA00336905-18) ...................................................... Appx5076

Exhibit 124 to Reilly Declaration -
Minutes of CAS Meeting, dated June 20, 2000
(MRK-CHA00209674-8) ........................................................ Appx5091

Exhibit 125 to Reilly Declaration -
Email from Ted L. Staub to George Williams,
dated February 20, 1998 (MRK-CHA00625629-30) ............. Appx5097

Exhibit 126 to Reilly Declaration -
Minutes of Mumps Neutralization Assay Meeting,
dated September 29, 1999 (MRK-CHA00020428-9) ............ Appx5100

Exhibit 127 to Reilly Declaration -
Presentation, MMR II End Expiry Trial,
produced as "MMRII-Neut-fnQPAslides9-27-99.ppt"
(MRK-CHA00025315) ........................................................... Appx5103

**Table of Contents**
(Continued)

Exhibit 128 to Reilly Declaration -
Draft Summary of 8/17/99 meeting by M. Morsy
(MRK-CHA00198869-70) ......................................................Appx5111

Exhibit 129 to Reilly Declaration -
Memo re: Options and proposed path forward for the
Mumps Expiry Trial (MRK-CHA00086292-3) ..................... Appx5114

Exhibit 130 to Reilly Declaration -
Email from Florian P. Schodel to Colleen A. Forsythe,
dated July 7, 1997 (MRK-CHA01648951-6) ........................ Appx5117

Exhibit 131 to Reilly Declaration -
Memo re: Monthly report for August, 2000,
dated August 23, 2000 (MRK-CHA00016632-5) .................. Appx5124

Exhibit 132 to Reilly Declaration -
Virus & Cell Biology Research Procedure
(MRK-CHA00002189-98) ..................................................... Appx5129

Exhibit 133 to Reilly Declaration -
Letter from Karen L. Goldenthal, M.D. to Keith D. Chirgwin,
M.D., dated October 26, 1999 (MRK-CHA00761482-4) ...... Appx5140

Exhibit 134 to Reilly Declaration -
Memo re: Filing Strategy for ProQuad,
dated January 31, 2002 (MRK-CHA00818776-81) ............... Appx5144

Exhibit 135 to Reilly Declaration -
Memo re: CBER teleconference (October 16, 2001):
Measles, Mumps and Rubella ELISAs, dated October 19, 2001
(MRK-CHA00331831-6) ....................................................... Appx5151

Exhibit 136 to Reilly Declaration -
Email from Michael L. Dekleva to Alison L. Fisher,
dated October 26, 2004 (MRK-CHA00846454-8) ................ Appx5158

# Table of Contents
## (Continued)

**Page**

Exhibit 137 to Reilly Declaration -
Response to FDA Request for Information,
dated April 13, 2005 (MRK-CHA00000315-60) ................... Appx5164

Exhibit 138 to Reilly Declaration -
Response to FDA Request for Information,
dated November 15, 2006 (MRK-CHA00000393-409) ........ Appx5211

Exhibit 139 to Reilly Declaration -
Response to CBER Comments, dated June 10, 2002
(MRK-KRA00761628-702) ................................................... Appx5229

Exhibit 140 to Reilly Declaration -
Regulatory Liaison FDA Conversation Record,
dated October 5, 2004 (MRK-CHA00846405-15) ................ Appx5305

Exhibit 141 to Reilly Declaration -
Email from Florian Schodel to Michael L. Dekleva,
dated July 3, 2004 (MRK-CHA00791315-9) ........................ Appx5317

Exhibit 142 to Reilly Declaration -
Proposal for Immunogenicity Analyses
(MRK-CHA00561111-2) ...................................................... Appx5323

Exhibit 143 to Reilly Declaration -
Email from David Krah, M.D. to Emilio Emini, Ph.D.,
dated October 9, 2000 (MRK-CHA00065695-703) .............. Appx5326

Exhibit 144 to Reilly Declaration -
Anti-IgG Enhanced Mumps Neutralization Assay-Update,
dated October 24, 2000 (MRK-CHA00026912-8) ................ Appx5336

Exhibit 145 to Reilly Declaration -
Email from Jospeh Antonello to David Krah, M.D.,
dated October 30, 2000 (MRK-CHA00759836-9) ................ Appx5344

Exhibit 146 to Reilly Declaration -
Deposition Testimony of Barbara Kuter,
taken February 9, 2018 ......................................................... Appx5349

**Table of Contents**
**(Continued)**

Exhibit 147 to Reilly Declaration -
Email from Steven Rubin to David Krah, M.D.,
dated August 24, 2011 (MRK-CHA00030994-8) .................. Appx5398

Exhibit 148 to Reilly Declaration -
Excerpts from Attachments to 11/18/98 CDOC Meeting
(MRK-CHA01731773-1804) ................................................ Appx5404

Exhibit 149 to Reilly Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
teleconference on methods used for the plaque reduction
neutralization assay, dated February 22, 1999
(MRK-CHA00095050-2) ..................................................... Appx5437

Exhibit 150 to Reilly Declaration -
Extra CDAB Meeting Abstract, dated August 1, 2011
(GSK-MMR-0195819-42) .................................................... Appx5441

Exhibit 151 to Reilly Declaration -
Performance Characteristics and Validation for Mumps Plaque
Reduction Microneutralization assay
(GSK-MMR-IND-0022195-269) .......................................... Appx5466
*(Cont'd in Vol XIV)*

**Volume XIV**
**(Filed Under Seal)**

Exhibit 152 to Reilly Declaration -
Agenda for CBER Meeting, dated March 13, 2000
(MRK-CHA00016335-43) .................................................... Appx5542

Exhibit 153 to Reilly Declaration -
Email from David Krah, M.D. to Alan Shaw,
dated August 15, 2000 (MRK-CHA00068546) ..................... Appx5552

Exhibit 154 to Reilly Declaration -
To-Do List, dated August 26, 2000
(MRK-CHA00273243-4) ..................................................... Appx5554

**Table of Contents**
**(Continued)**

Exhibit 155 to Reilly Declaration -
Deposition Testimony of Stephen Krahling,
taken May 2-3, 2017 ............................................................ Appx5557

Exhibit 156 to Reilly Declaration -
Memo re: Monthly report for May, 2000, dated May 23, 2000
(MRK-CHA01634869-71) ..................................................... Appx5690

Exhibit 157 to Reilly Declaration -
Handwritten Notes in Book 31271, Pages 161-2
(MRK-CHA00064608-9) ........................................................ Appx5694

Exhibit 158 to Reilly Declaration -
Email from David Krah, M.D. to Emilio Emini, Ph.D.,
dated March 30, 2000 (MRK-CHA00336323-5) ................... Appx5697

Exhibit 159 to Reilly Declaration -
Email from Keith D. Chirgwin with attachment,
dated February 26, 2001
(MRK-CHA00549462-72) ...................................................... Appx5701

Exhibit 160 to Reilly Declaration -
Relator Stephen A. Krahling's Responses and Objections
to Merck's Revised First Set of Interrogatories,
dated May 18, 2015 ............................................................... Appx5713

Exhibit 161 to Reilly Declaration -
Deposition Testimony of Joseph Antonello, Ph.D.,
taken August 3, 2017 ............................................................ Appx5780

Exhibit 162 to Reilly Declaration -
Email from Beverly A. Zaber to Cathy W. Wadsworth,
dated August 9, 2001 (MRK-CHA00008835-9) .................... Appx5862

Exhibit 163 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Steve Krahling, dated March 29, 2001
(MRK-CHA00015702-3) ........................................................ Appx5868

# Table of Contents
## (Continued)

**Page**

Exhibit 164 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Colleen Barr, dated March 29, 2001
(MRK-CHA00014739-40) ..................................................... Appx5871

Exhibit 165 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Mary Yagodich, dated March 29, 2001
(MRK-CHA00014746-7) ..................................................... Appx5874

Exhibit 166 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Jennifer Kriss, dated March 29, 2001
(MRK-CHA00014829-30) ..................................................... Appx5877

Exhibit 167 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Steve Krahling, dated March 29, 2001
(MRK-CHA00014731-2) ..................................................... Appx5880

Exhibit 168 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Mary Yagodich, dated March 29, 2001
(MRK-CHA00014744-5) ..................................................... Appx5883

Exhibit 169 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Jill DeHaven, dated March 29, 2001
(MRK-CHA00014749-50) ..................................................... Appx5886

Exhibit 170 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Jennifer Kriss, dated March 29, 2001
(MRK-CHA00015719-20) ..................................................... Appx5889

Exhibit 171 to Reilly Declaration -
Memo re: Study KM-248 Phase III-Questionable ELISA
Results in the Comparator Group, dated November 1, 2001
(MRK-CHA00760670-2) ..................................................... Appx5892

**Table of Contents**
**(Continued)**

Exhibit 172 to Reilly Declaration -
Deposition Testimony of Joan L. Wlochowski,
taken June 13-14, 2017 ......................................................... Appx5896
*(Cont'd in Vol XV)*

**Volume XV**
**(Filed Under Seal)**

Exhibit 173 to Reilly Declaration -
Outline for HR Discussion (RELATOR_00000273) ............. Appx6040

Exhibit 174 to Reilly Declaration -
Expert Report of Philip Stark, Ph.D.,
dated March 12, 2018 ........................................................... Appx6042

Exhibit 175 to Reilly Declaration -
Supplemental Expert Report of Philip Stark, Ph.D.,
dated October 16, 2018 ......................................................... Appx6072

Exhibit 176 to Reilly Declaration -
Email from Jospeh Antonello with attachments,
dated March 20, 2002
(MRK-CHA00544820-47) ..................................................... Appx6079

Exhibit 177 to Reilly Declaration -
Excerpts from journal of David Krah, M.D.
(MRK-CHA00489903-490080) ............................................. Appx6133

Exhibit 178 to Reilly Declaration -
Handwritten Log (RELATOR_00001025-6) ......................... Appx6136

Exhibit 179 to Reilly Declaration -
Excerpts from journal of David Krah, M.D.
(MRK-CHA00490592-91038) ............................................... Appx6139

Exhibit 180 to Reilly Declaration -
Memo re: Review of mumps-AIGENT neutralization data,
dated August 1, 2001 (MRK-CHA00026864) ....................... Appx6144

**Table of Contents**
(Continued)

Exhibit 181 to Reilly Declaration -
Email from Karen R. McKenney, dated August 7, 2001
(MRK-CHA00052249-53) ..................................................... Appx6146

Exhibit 182 to Reilly Declaration -
General Correspondence and Submission to FDA,
dated February 4, 2002 (MRK-CHA00000410-78) ............... Appx6152

Exhibit 183 to Reilly Declaration -
Assay Log (MRK-CHA00050333-42) .................................. Appx6222

Exhibit 184 to Reilly Declaration -
Handwritten Notes regarding Discarded Plates
(MRK-CHA00055013) ......................................................... Appx6233

Exhibit 185 to Reilly Declaration -
Memo re: Validation of the Anti-IgG Enhanced Mumps Wild
Type Plaque Reduction Neutralization Assay (Virus and Cell
Biology Research Procedure #874.3489), dated
February 27, 2001 (MRK-CHA00016988-17023) ................ Appx6235

Exhibit 186 to Reilly Declaration -
Response to FDA Request for Information,
dated March 12, 2001 (MRK-CHA00017036-115) ............... Appx6272

Exhibit 187 to Reilly Declaration -
Biological Product Deviation Report Form,
dated April 20, 2001 (MRK-CHA00754233-8) ..................... Appx6353

Exhibit 188 to Reilly Declaration -
Background Document: M-M-R®II Protocol 007-Mumps End
Expiry Study: AIGENT Assay Issues and Impact on Study
Criteria (MRK-CHA00615152-74) ....................................... Appx6360

Exhibit 189 to Reilly Declaration -
Supplemental Biologics License Application,
dated January 29, 2004 (MRK-CHA00000032-139) ............. Appx6384

**Table of Contents**
**(Continued)**

**Page**

Exhibit 190 to Reilly Declaration -
Information Amendment-Clinical, dated November 30, 2001
(MRK-CHA00126233-66) .................................................... Appx6493
*(Cont'd in Vol XVI)*

**Volume XVI**
**(Filed Under Seal)**

Exhibit 191 to Reilly Declaration -
Email from Mandie Lyon to David Krah, M.D.,
dated August 19, 2004 (MRK-CHA00337141-57) ................ Appx6528

Exhibit 192 to Reilly Declaration -
Email from Barbara J. Kuter to Barbara J. Kuter
with attachment, dated August 5, 2009
(MRK-CHA00121080-82) .................................................... Appx6546

Exhibit 193 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of October 24, 2011 ..................... Appx6550

Exhibit 194 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of September 26, 2012 ................. Appx6555

Exhibit 195 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of October 17, 2012 ..................... Appx6559

Exhibit 196 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of December 22, 2012 ................. Appx6563

Exhibit 197 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of July 3, 2013 ............................. Appx6567

**Table of Contents**
(Continued)

Exhibit 198 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of October 7, 2015 ........................ Appx6571

Exhibit 199 to Reilly Declaration -
CinicalTrials.gov "Background" webpage,
last accessed October 14, 2019 .............................................. Appx6575

Exhibit 200 to Reilly Declaration -
EMEA Scientific Discussion Paper re: M-M-RVAXPRO
and M-M-RII, downloaded October 10, 2019 ......................... Appx6580

Exhibit 201 to Reilly Declaration -
Letter from Dr. Gudrun V. Wangenheim to
D. Wonnacott, Ph.D. (MRK-CHA00626021-2) .................... Appx6616

Exhibit 202 to Reilly Declaration -
Letter from Karen L. Goldenthal, M.D. to Alison Fisher,
Ph.D., dated October 17, 2005 (MRK-CHA00560257-8) ..... Appx6619

Exhibit 203 to Reilly Declaration -
Amendment to Supplemental Biologics License Application
Response to FDA Request for Information,
dated June 5, 2007, with Attachments
(MRK-CHA00000368-82) ..................................................... Appx6622

Exhibit 204 to Reilly Declaration -
Email from Margaret Kanters to Donna Zacholski,
dated January 30, 2009 (MRK-CHA01300697-9) ................. Appx6638

Exhibit 205 to Reilly Declaration -
Approval Letter from FDA, dated December 6, 2007
(MRK-CHA01519087-8) ....................................................... Appx6642

Exhibit 206 to Reilly Declaration -
Memo re: Review of Merck's 7068-214, dated July 27, 2004
(MRK-CHA00846451-3) ....................................................... Appx6645

**Table of Contents**
(Continued)

Exhibit 207 to Reilly Declaration -
ProQuad™ Original Application, dated August 3, 2004
(MRK-CHA00158320-71) ..................................................... Appx6649

Exhibit 208 to Reilly Declaration -
Deposition Testimony of Michael Dekleva,
taken February 9, 2017 ......................................................... Appx6687

Exhibit 209 to Reilly Declaration -
Original Biologics License Application, dated August 27, 2004
(MRK-CHA00157572-3) ....................................................... Appx6760

Exhibit 210 to Reilly Declaration -
Email from Louis H. Washington to Michael L. Dekleva,
dated June 10, 2004 (MRK-CHA00821967-9) ...................... Appx6763

Exhibit 211 to Reilly Declaration -
Information Amendment-Clinical, dated November 27, 2001
(MRK-CHA00152449-67) ..................................................... Appx6767

Exhibit 212 to Reilly Declaration -
Excerpts from Merck's Responses and Objections to
Plaintiffs' First Set of Interrogatories,
dated August 16, 2017 .......................................................... Appx6787

Exhibit 213 to Reilly Declaration -
Excerpts from Merck's Response to Request for Information,
dated May 4, 2005 (MRK-CHA00846087-6404) .................. Appx6798

Exhibit 214 to Reilly Declaration -
Approval Letter, dated September 6, 2005
(MRK-CHA00761865-89) ..................................................... Appx6804

Exhibit 215 to Reilly Declaration -
Supplemental Biologics License Application,
dated June 30, 2004 (MRK-CHA00137854-5) ...................... Appx6830

## Table of Contents
### (Continued)

Page

Exhibit 216 to Reilly Declaration -
Excerpts from A Comparison of the Safety, Tolerability, and
Immunogenicity of M-M-R™II Manufactured With
Recombinant Human Albumin (rHA) Versus M-M-R™II
Manufactured with Pooled-Donor Human Serum Albumin
(HSA) in Healthy Children 12 to 18 Months of Age
Protocol 009 (MRK-CHA00140056-41340) ......................... Appx6833

Exhibit 217 to Reilly Declaration -
Excerpts from Measles, Mumps, and Rubella Virus Vaccine,
Live-Replacement of Human Serum Albumin With
Recombinant Albumin (MRK-CHA00138137-72) ............... Appx6908

Exhibit 218 to Reilly Declaration -
Excerpts from Response to FDA Request for Information,
dated June 28, 2004 (MRK-CHA00124554-4690) ................ Appx6931

Exhibit 219 to Reilly Declaration -
Approval Letter, dated August 31, 2005
(MRK-CHA00141909-22) ..................................................... Appx6979

Exhibit 220 to Reilly Declaration -
M-M-R®II Label (April 1999)
(MRK-CHA00757072-6) ....................................................... Appx6994

Exhibit 221 to Reilly Declaration -
M-M-R®II Label (MRK-CHA00757108-11) ......................... Appx7000
*(Cont'd in Vol XVII)*

### Volume XVII
### (Filed Under Seal)

Exhibit 222 to Reilly Declaration -
M-M-R®II Label (2004) (MRK-CHA00757100-3) .............. Appx7005

Exhibit 223 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449260-70) ........................ Appx7010

**Table of Contents**
**(Continued)**

Exhibit 224 to Reilly Declaration -
Current M-M-R®II Label (last revised: 09/2019),
downloaded on October 22, 2019 .......................................... Appx7022

Exhibit 225 to Reilly Declaration -
M-M-R®II Label (1990) (MRK-CHA00757060-3) .............. Appx7034

Exhibit 226 to Reilly Declaration -
Summary of Revisions of M-M-R®II Label
(MRK-CHA00137876-7) ....................................................... Appx7039

Exhibit 227 to Reilly Declaration -
Protocol 006 Clinical Study Report Synopsis,
dated August 16, 2004 (MRK-CHA01580213-19) ................ Appx7042

Exhibit 228 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449029-40) ........................ Appx7050

Exhibit 229 to Reilly Declaration -
Description of ProQuad® (MRK-CHA00177125-36) .......... Appx7063

Exhibit 230 to Reilly Declaration -
ProQuad® Label (MRK-CHA01449181-2) ........................... Appx7076

Exhibit 231 to Reilly Declaration -
Current ProQuad Label (last revised: 09/2019),
downloaded on October 22, 2019 .......................................... Appx7079

Exhibit 232 to Reilly Declaration -
Excerpts from Merck's Responses and Objections to Relators'
First Set of Interrogatories, dated April 9, 2015 .................... Appx7105

Exhibit 233 to Reilly Declaration -
Expert Report of Yonatan Grad, M.D., Ph.D.,
dated June 12, 2018 ............................................................... Appx7114

Exhibit 234 to Reilly Declaration -
Excerpts from "Summary of Notifiable Diseases-United
States, 2006," *MMWR*, 2008:55(53) ..................................... Appx7169

# Table of Contents
## (Continued)

Exhibit 235 to Reilly Declaration -
Excerpts from "Summary of Notifiable Diseases-United
States, 2009," *MMWR*, 2009:58(53) ..................................... Appx7173

Exhibit 236 to Reilly Declaration -
Excerpts from a "Summary of Notifiable Diseases-United
States, 2010," *MMWR*, 2012:59(53) ..................................... Appx7177

Exhibit 237 to Reilly Declaration -
Excerpts from "Summary of Notifiable Diseases-United
States, 2012," *MMWR*, 2014:61(53) ..................................... Appx7181

Exhibit 238 to Reilly Declaration -
Excerpts from "Summary of Notifiable Infectious
Diseases and Conditions-United States, 2013,"
*MMWR*, 2015:62(53) ........................................................... Appx7185

Exhibit 239 to Reilly Declaration -
Excerpts from "Summary of Notifiable Infectious
Diseases and Conditions-United States, 2014,"
*MMWR*, 2016:63(54) ........................................................... Appx7189

Exhibit 240 to Reilly Declaration -
Excerpts from "Summary of Notifiable Infectious
Diseases and Conditions-United States, 2015,"
*MMWR*, 2017:64(53) ........................................................... Appx7194

Exhibit 241 to Reilly Declaration -
National Notifiable Infectious Diseases and Conditions:
United States TABLE 2j. Reported cases of notifiable
diseases, by region and reporting area-United States and
U.S. territories, 2016 ........................................................... Appx7199

Exhibit 242 to Reilly Declaration -
National Notifiable Infectious Diseases and Conditions:
United States TABLE 2j. Reported cases of notifiable
diseases, by region and reporting area-United States and
U.S. territories, 2017 ........................................................... Appx7202

**Table of Contents**
(Continued)

Exhibit 243 to Reilly Declaration -
Nationally Notifiable Infectious Diseases and Conditions,
United States: Weekly Tables; TABLE 1y. Weekly cases of
notifiable diseases, United States, U.S. Territories, and
Non-U.S. Residents weeks ending September 14, 2019
(week 37) ............................................................................ Appx7205

Exhibit 244 to Reilly Declaration -
"Decreased humoral immunity to mumps in young adults
immunized with MMR vaccine in childhood," Rasheed, *et al.*,
PNAS, dated September 17, 2019 116 (38) ........................... Appx7209

Exhibit 245 to Reilly Declaration -
Deposition Testimony of William L. Atkinson, M.D., MPH,
taken January 30, 2019 ......................................................... Appx7216

Exhibit 246 to Reilly Declaration -
Email from Don Latner to William Bellini,
dated July 29, 2010 (BIAOHE000446-53) ........................... Appx7270

Exhibit 247 to Reilly Declaration -
Deposition Testimony of Yonatan Grad, M.D., Ph.D.,
taken October 30, 2018 ......................................................... Appx7279

Exhibit 248 to Reilly Declaration -
Press Briefing Transcripts from CDC,
dated April 19, 2006 ............................................................. Appx7342

Exhibit 249 to Reilly Declaration -
Deposition Testimony of Alan W. Sims,
taken October 12, 2017 ......................................................... Appx7349

Exhibit 250 to Reilly Declaration -
Deposition Testimony of Katalin Abraham,
taken May 18, 2017 ............................................................... Appx7403
*(Cont'd in Vol XVIII)*

**Table of Contents**
**(Continued)**

**Volume XVIII**
**(Filed Under Seal)**

Exhibit 251 to Reilly Declaration -
Email from Eric T. Skjeveland to Christopher J. Petroski,
dated June 7, 2012 (MRK-CHA00955961) ........................... Appx7504

Exhibit 252 to Reilly Declaration -
Expert Report of Jonathan Temte, M.D., Ph.D.,
dated June 12, 2018 ............................................................... Appx7506

Exhibit 253 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449243-53) ....................... Appx7556

Exhibit 254 to Reilly Declaration -
Transcription of an MVX (voice mail) from Manal A. Morsy
to Henrietta Ukwu and Keith D. Chirgwin
(MRK-CHA00020421-2) ...................................................... Appx7568

Exhibit 255 to Reilly Declaration -
CDC Presentation, "Mumps-What Happened in 2006?
National Perspective," by Gustavo Dayan,
dated March 5, 2007
(MRK-CHA01372603-33) .................................................... Appx7571

Exhibit 256 to Reilly Declaration -
"Commentary: Mumps Vaccines: Do We Need A New One?"
by Stanely A. Plotkin, M.D., accepted for publication
December 4, 2012 ................................................................. Appx7603

Exhibit 257 to Reilly Declaration -
"Mumps: A Pain in the Neck," by Stanley A. Plotkin, M.D.,
accepted for publication April 19, 2018 ................................ Appx7606

Exhibit 258 to Reilly Declaration -
"Emerging Mumps Infection," by Rubin, *et al.*,
accepted for publication April 12, 2016 ................................ Appx7609

**Table of Contents**
(Continued)

Exhibit 259 to Reilly Declaration -
"Measles and mumps outbreaks in the United States: Think
globally, vaccinate locally," by Jennifer A. Whitaker,
*Vaccine* 32 (2014) ................................................................. Appx7613

Exhibit 260 to Reilly Declaration -
"Remembering Mumps," by Latner, *et al.*, *PLOS Pathogens*,
published May 7, 2015 .......................................................... Appx7616

Exhibit 261 to Reilly Declaration -
"The resurgence of mumps and pertussis," by Martine Sabbe
and Corinne Vandermeulen accepted for publication
October 22, 2015 ................................................................... Appx7621

Exhibit 262 to Reilly Declaration -
"Mumps Outbreaks in Vaccinated Populations: Are Available
Mumps Vaccines Effective Enough to Prevent Outbreaks?"
by Dayan, *et al.*, accepted for publication May 20, 2008 ...... Appx7631

Exhibit 263 to Reilly Declaration -
Shapiro Deposition Exhibit 25, Program Announcement for
the Department of Defense's Defense Health Program for
Funding Opportunity No. W81XWH-17-PRMRP-CTA ........ Appx7642

Exhibit 264 to Reilly Declaration -
Excerpts from Notice of Grant Award, issued May 7, 2012
(RELATOR_00004392-478) ................................................. Appx7712

Exhibit 265 to Reilly Declaration -
Expert Report of William P. Nichols, dated June 12, 2018 .... Appx7743

Exhibit 266 to Reilly Declaration -
Solicitation Number 2003-N-00734,
issued December 19, 2002 by the CDC ................................ Appx7779

Exhibit 267 to Reilly Declaration -
Solicitation Number 2005-N-01706,
issued January 4, 2005 by the CDC ...................................... Appx7826

**Table of Contents**
**(Continued)**

**Page**

Exhibit 268 to Reilly Declaration -
Solicitation Number 2007-N-09211,
issued January 23, 2007 by the CDC ..................................... Appx7872

Exhibit 269 to Reilly Declaration -
Solicitation Number 2010-N-11873,
issued January 26, 2010 by the CDC ..................................... Appx7923

Exhibit 270 to Reilly Declaration -
Solicitation Number 2011-N-13043,
issued December 21, 2010 by the CDC ................................. Appx7956

Exhibit 271 to Reilly Declaration -
Solicitation Number 2012-N-14228,
issued December 13, 2011 by the CDC ................................. Appx7987
*(Cont'd in Vol XIX)*

**Volume XIX**
**(Filed Under Seal)**

Exhibit 272 to Reilly Declaration -
Solicitation Number 2013-N-14972,
issued January 22, 2013 by the CDC ..................................... Appx8013

Exhibit 273 to Reilly Declaration -
Solicitation Number 2014-N-15784,
issued January 24, 2014 by the CDC ..................................... Appx8040

Exhibit 274 to Reilly Declaration -
Solicitation Number 2015-N-16850,
issued January 16, 2015 by the CDC ..................................... Appx8067

Exhibit 275 to Reilly Declaration -
Solicitation Number 2016-N-17693,
issued January, 4, 2015 by the CDC ..................................... Appx8098

Exhibit 276 to Reilly Declaration -
Solicitation Number 2017-N-18099,
issued January 21, 2017 by the CDC ..................................... Appx8127

**Table of Contents**
**(Continued)**

Exhibit 277 to Reilly Declaration -
Solicitation Number 2018-N-67769,
issued January 10, 2018 by the CDC ..................................... Appx8156

Exhibit 278 to Reilly Declaration -
Solicitation Number 75D301-19-R-67848,
issued January 7, 2019 by the CDC ...................................... Appx8183

Exhibit 279 to Reilly Declaration -
Summary of GSK-CDC MMR/V Vaccine Meeting
(GSK-MMR-0030570-2) ....................................................... Appx8212

Exhibit 280 to Reilly Declaration -
Charter of the Advisory Committee on Immunization
Practices, filed April 1, 2018 .................................................. Appx8216

Exhibit 281 to Reilly Declaration -
Relators' Expert Report of Dr. Thomas McGuire,
dated March 13, 2018 ........................................................... Appx8222

Exhibit 282 to Reilly Declaration - [1]
Transactional data, "1998 Lot Assignment.xlsx"
(MRK-CHA02143443) .......................................................... Appx8369

Exhibit 283 to Reilly Declaration -
Transactional data, "1999 Lot Assignment.xlsx"
(MRK-CHA02143444) .......................................................... Appx8371

Exhibit 284 to Reilly Declaration -
Transactional data, "2000 Lot Assignment.xlsx"
(MRK-CHA02143445) .......................................................... Appx8373

Exhibit 285 to Reilly Declaration -
Transactional data, "2001 Lot Assignment.xlsx"
(MRK-CHA02143446) .......................................................... Appx8375

---

[1] Exhibits 282 through 299 to the Reilly Declaration have been omitted by consent of the parties.

**Table of Contents**
**(Continued)**

**Page**

Exhibit 286 to Reilly Declaration -
Transactional data, "2002 Lot Assignment.xlsx"
(MRK-CHA02143447) ......................................................... Appx8377

Exhibit 287 to Reilly Declaration -
Transactional data, "2003 Lot Assignment.xlsx"
(MRK-CHA02143448) ......................................................... Appx8379

Exhibit 288 to Reilly Declaration -
Transactional data, "2004 Lot Assignment.xlsx"
(MRK-CHA02143449) ......................................................... Appx8381

Exhibit 289 to Reilly Declaration -
Transactional data, "2005 Lot Assignment.xlsx"
(MRK-CHA02143450) ......................................................... Appx8383

Exhibit 290 to Reilly Declaration -
Transactional data, "2006 Lot Assignment.xlsx"
(MRK-CHA02143451) ......................................................... Appx8385

Exhibit 291 to Reilly Declaration -
Transactional data, "2007 Lot Assignment.xlsx"
(MRK-CHA02143452) . ......................................................... Appx8387

Exhibit 292 to Reilly Declaration -
Transactional data, "2008 Lot Assignment.xlsx"
(MRK-CHA02143453) ......................................................... Appx8389

Exhibit 293 to Reilly Declaration -
Transactional data, "2009 Lot Assignment.xlsx"
(MRK-CHA02143454) ......................................................... Appx8391

Exhibit 294 to Reilly Declaration -
Transactional data, "2010 Lot Assignment.xlsx"
(MRK-CHA02143455) ......................................................... Appx8393

Exhibit 295 to Reilly Declaration -
Transactional data, "2011 Lot Assignment.xlsx"
(MRK-CHA02143456) ......................................................... Appx8395

# **Table of Contents**
## **(Continued)**

Exhibit 296 to Reilly Declaration -
Transactional data, "2012 Lot Assignment.xlsx"
(MRK-CHA02143457) .......................................................... Appx8397

Exhibit 297 to Reilly Declaration -
Transactional data, "2013 Lot Assignment.xlsx"
(MRK-CHA02143458) .......................................................... Appx8399

Exhibit 298 to Reilly Declaration -
Transactional data, "2014 Lot Assignment.xlsx"
(MRK-CHA02143459) .......................................................... Appx8401

Exhibit 299 to Reilly Declaration -
Transactional data, "2015 Lot Assignment.xlsx"
(MRK-CHA02143460) .......................................................... Appx8403

Exhibit 300 to Reilly Declaration -
Letter from Lisa C. Dykstra to Counsel,
dated April 17, 2017 ............................................................. Appx8405

Exhibit 301 to Reilly Declaration -
Letter from Stan Bernard, M.D., M.B.A. to Kim Haupt,
dated November 9, 2008 (MRK-CHA02063339-45) ............ Appx8407

Exhibit 302 to Reilly Declaration -
Merck's 2004 Vaccine for Children Contract with the CDC
(MRK-CHA01371280-310) .................................................. Appx8415

Exhibit 303 to Reilly Declaration -
Merck's 2003 Vaccine for Children Contract with the CDC
(MRK-CHA01371311-40) ..................................................... Appx8447

Exhibit 304 to Reilly Declaration -
Merck's 2005 Vaccine for Children Contract with the CDC
(MRK-CHA01371341-72) ..................................................... Appx8478
*(Cont'd in Vol XX)*

**Table of Contents**
(Continued)

**Page**

**Volume XX**
**(Filed Under Seal)**

Exhibit 305 to Reilly Declaration -
Merck's 2010 Vaccine for Children Contract with the CDC
(MRK-CHA01371373-97) ..................................................... Appx8511

Exhibit 306 to Reilly Declaration -
Merck's 2012 Vaccine for Children Contract with the CDC
(MRK-CHA01371398-421) .................................................. Appx8537

Exhibit 307 to Reilly Declaration -
Merck's 2013 Vaccine for Children Contract with the CDC
(MRK-CHA01371422-44) ..................................................... Appx8562

Exhibit 308 to Reilly Declaration -
Merck's 2014 Vaccine for Adults Contract with the CDC
(MRK-CHA01371445-72) ..................................................... Appx8586

Exhibit 309 to Reilly Declaration -
Merck's 2014 Vaccine for Children Contract with the CDC
(MRK-CHA01371473-96) ..................................................... Appx8615

Exhibit 310 to Reilly Declaration -
Merck's 2011 Vaccine for Children Contract with the CDC
(MRK-CHA01371497-518) .................................................. Appx8640

Exhibit 311 to Reilly Declaration -
Merck's 2011 Vaccine for Adults Contract with the CDC
(MRK-CHA01371519-47) ..................................................... Appx8663

Exhibit 312 to Reilly Declaration -
Merck's 2013 Vaccine for Adults Contract with the CDC
(MRK-CHA01371548-71) ..................................................... Appx8693

Exhibit 313 to Reilly Declaration -
Merck's 2012 Vaccine for Adults Contract with the CDC
(MRK-CHA01371572-603) .................................................. Appx8718

## Table of Contents
### (Continued)

**Page**

Exhibit 314 to Reilly Declaration -
Merck's 2007 Vaccine for Children Contract with the CDC
(MRK-CHA01371604-23) ...................................................... Appx8751

Exhibit 315 to Reilly Declaration -
Merck's 2006 Vaccine for Children Contract with the CDC
(MRK-CHA01371624-55) ...................................................... Appx8772

Exhibit 316 to Reilly Declaration -
Merck's 2001 Vaccine for Children Contract with the CDC
(MRK-CHA01371656-92) ...................................................... Appx8805

Exhibit 317 to Reilly Declaration -
Merck's 2000 Vaccine for Children Contract with the CDC
(MRK-CHA01371693-727) ...................................................... Appx8843

Exhibit 318 to Reilly Declaration -
Merck's 1998 Vaccine for Children Contract with the CDC
(MRK-CHA01371728-50) ...................................................... Appx8879

Exhibit 319 to Reilly Declaration -
Merck's 1999 Vaccine for Children Contract with the CDC
(MRK-CHA01371751-84) ...................................................... Appx8903

Exhibit 320 to Reilly Declaration -
Merck's 2002 Vaccine for Children Contract with the CDC
(MRK-CHA01371785-816) ...................................................... Appx8938

Exhibit 321 to Reilly Declaration -
Merck's 2008 Vaccine for Children Contract with the CDC
(MRK-CHA01371817-840) ...................................................... Appx8971

Exhibit 322 to Reilly Declaration -
Merck's 2009 Vaccine for Adults Contract with the CDC
(MRK-CHA01371841-879) ...................................................... Appx8996
*(Cont'd in Vol XXI)*

# **Table of Contents**
## **(Continued)**

**Page**

## **Volume XXI**
## **(Filed Under Seal)**

Exhibit 323 to Reilly Declaration -
Merck's 2009 Vaccine for Children Contract with the CDC
(MRK-CHA01371880-1900) ................................................. Appx9036

Exhibit 324 to Reilly Declaration -
Merck's 2010 Vaccine for Adults Contract with the CDC
(MRK-CHA01371901-33) ..................................................... Appx9058

Exhibit 325 to Reilly Declaration -
Merck's 2015 Vaccine for Adults Contract with the CDC
(MRK-CHA01371934-61) ..................................................... Appx9092

Exhibit 326 to Reilly Declaration -
Merck's 2016 Vaccine for Children Contract with the CDC
(MRK-CHA01371962-89) ..................................................... Appx9121

Exhibit 327 to Reilly Declaration -
Merck's 2010 Vaccine for Adults Contract with the CDC
(MRK-CHA01371990-2020) ................................................. Appx9150

Exhibit 328 to Reilly Declaration -
Merck's 2016 Vaccine for Adults Contract with the CDC
(MRK-CHA01372021-44) ..................................................... Appx9182

Exhibit 329 to Reilly Declaration -
Merck's 2015 Vaccine for Children Contract with the CDC
(MRK-CHA01372045-72) ..................................................... Appx9207

Exhibit 330 to Reilly Declaration -
Invoice, dated March 14, 2012 (MRK-CHA01371253) ........ Appx9236

Exhibit 331 to Reilly Declaration -
Invoice, dated January 3, 2011(MRK-CHA01371256) ......... Appx9238

Exhibit 332 to Reilly Declaration -
Invoice, dated January 6, 2014 (MRK-CHA01371258) ........ Appx9240

**Table of Contents**
**(Continued)**

**Page**

Exhibit 333 to Reilly Declaration -
Invoice, dated May 20, 2010 (MRK-CHA01371259) ........... Appx9242

Exhibit 334 to Reilly Declaration -
Invoice, dated January 14, 2013 (MRK-CHA01371261) ...... Appx9244

Exhibit 335 to Reilly Declaration -
Invoice, dated February 2, 2011 (MRK-CHA01371262) ...... Appx9246

Exhibit 336 to Reilly Declaration -
Invoice, dated November 17, 2010 (MRK-CHA01371263) . Appx9248

Exhibit 337 to Reilly Declaration -
Invoice, dated November 28, 2012 (MRK-CHA01371264) . Appx9250

Exhibit 338 to Reilly Declaration -
Invoice, dated March 20, 2013 (MRK-CHA01371268-69) ... Appx9252

Exhibit 339 to Reilly Declaration -
Invoice, dated January 22, 2016 (MRK-CHA01371274) ...... Appx9255

Exhibit 340 to Reilly Declaration -
Invoice, dated February 26, 2014 (MRK-CHA01371278) .... Appx9257

Exhibit 341 to Reilly Declaration -
Invoice, dated February 4, 2015 (MRK-CHA01371279) ...... Appx9259

Exhibit 342 to Reilly Declaration -
FDA webpage, "National Drug Code Directory," accessible
online at https://www.fda.gov/drugs/drug-approvals-and-
databases/national-drug-code-directory, last accessed
October 1, 2019 .................................................................. Appx9261

Exhibit 343 to Reilly Declaration -
Email from Jonathan Hartzel to Joseph M. Antonello,
dated October 18, 2005 (MRK-CHA00759061-4) ................ Appx9268

**Table of Contents**
**(Continued)**

**Page**

Exhibit 344 to Reilly Declaration -
Email from Joseph M. Antonello to Timothy L. Shofield,
dated May 5, 2005 (MRK-CHA00649638-40) ...................... Appx9273

Exhibit 345 to Reilly Declaration -
Letter from Lisa C. Dykstra to Counsel,
dated September 13, 2018 ...................................................... Appx9277

Exhibit 346 to Reilly Declaration -
Letter from Lisa C. Dykstra to the Honorable
Lynne A. Sitarski, dated June 15, 2015 .................................. Appx9289

Exhibit 347 to Reilly Declaration -
Deposition Testimony of Peter Calcott, Ph.D.,
taken September 7, 2018 ....................................................... Appx9307

Exhibit 348 to Reilly Declaration -
Email from Mandie Lyon, dated May 5, 2006
(MRK-CHA00069026-36) ...................................................... Appx9385

Exhibit 349 to Reilly Declaration -
Presentation, M-M-R II End Expiry, produced as "12-14
CDOC presentation.ppt" (MRK-CHA00021319) ................. Appx9397

Exhibit 350 to Reilly Declaration -
Department of Justice Press Release, dated May 13, 2013 .... Appx9410

Exhibit 351 to Reilly Declaration -
Department of Justice Press Release,
dated October 26, 2010 ......................................................... Appx9414

Exhibit 352 to Reilly Declaration -
Department of Justice Press Release,
dated January 12, 2017 .......................................................... Appx9417

Exhibit 353 to Reilly Declaration -
Department of Justice Press Release,
dated September 24, 2014 ...................................................... Appx9420

**Table of Contents**
**(Continued)**

Exhibit 354 to Reilly Declaration -
Department of Justice Press Release, dated April 15, 2009 ... Appx9423

Exhibit 355 to Reilly Declaration -
Rule 30(b)(6) Deposition topics, dated December 13, 2016
(Stannard Ex. 3) .................................................................. Appx9426

Exhibit 356 to Reilly Declaration -
Department of Justice Press Release,
dated August 8, 2014 ........................................................... Appx9443

Exhibit 357 to Reilly Declaration -
FDA Form 483, dated August 6, 2001
(MRK-CHA00000547) ........................................................ Appx9446

Exhibit 358 to Reilly Declaration -
Deposition Testimony of Robert Malone, M.D.,
taken September 14, 2018 .................................................... Appx9448
*(Cont'd in Vol XXII)*

**Volume XXII**
**(Filed Under Seal)**

Exhibit 359 to Reilly Declaration -
Deposition Testimony of Dr. Manal Morsy,
taken August 5, 2016 ........................................................... Appx9511

Exhibit 360 to Reilly Declaration -
Atkinson Deposition Exhibit 6, "Recommendations of
the Immunization Practices Advisory Committee Measles
Prevention: Supplementary Statement,"
dated January 13, 1989 ....................................................... Appx9621

Declaration of Lisa C. Dykstra in Support of
Defendant's Motions for Summary Judgment,
executed October 25, 2019 (Doc. 295) ................................. Appx9625

Exhibit 1 to Dykstra Declaration -
Stephen A. Krahling's Resume (MRK-KRA00331426-7) .... Appx9656

**Table of Contents**
(Continued)

Exhibit 2 to Dykstra Declaration -
Excerpts from Deposition Testimony of Stephen Krahling,
taken May 2, 2017 .................................................................. Appx9659

Exhibit 3 to Dykstra Declaration -
Merck Employee Initialization Form for Stephen Krahling
(MRK-KRA00582401) ......................................................... Appx9680

Exhibit 4 to Dykstra Declaration -
Stephen Krahling's November 30, 2001 Separation Agreement
(MRK-KRA00582394-7) ....................................................... Appx9682

Exhibit 5 to Dykstra Declaration -
Excerpts from Relator Stephen A. Krahling's Responses
and Objections to Merck's First Set of Interrogatories,
dated January 28, 2015 ......................................................... Appx9687

Exhibit 6 to Dykstra Declaration -
Excerpts from Relator Stephen A. Krahling's Responses
and Objections to Merck's Revised First Set of Interrogatories,
dated May 18, 2015 .............................................................. Appx9716

Exhibit 7 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Stephen Krahling, taken May 3, 2017 ................................... Appx9783

Exhibit 8 to Dykstra Declaration -
Stephen Krahling's handwritten notes,
dated October 1, 2001 (RELATOR_00001044-5) ................. Appx9792

Exhibit 9 to Dykstra Declaration -
FDA's Summary of Findings, dated August 6, 2001
(RELATOR_00004086-94) ................................................... Appx9795

Exhibit 10 to Dykstra Declaration -
Merck FDA Inspection Records, dated August 6, 2001
(MRK-KRA01631009-254) ................................................... Appx9805
*(Cont'd in Vol XXIII)*

**Table of Contents**
**(Continued)**

**Volume XXIII**
**(Filed Under Seal)**

Exhibit 11 to Dykstra Declaration -
Excerpts from the Expert Report of
D. Bruce Burlington M.D.  ................................................... Appx10052

Exhibit 12 to Dykstra Declaration -
Merck's Virus and Cell Biology Organization Chart
(RELATOR_00000902-3) ................................................... Appx10070

Exhibit 13 to Dykstra Declaration -
Excerpts from Relator Stephen A. Krahling's Responses
and Objections to Defendant Merck's Requests for
Admission, dated April 4, 2016  .......................................... Appx10073

Exhibit 14 to Dykstra Declaration -
FDA Form 483 Frequently Asked Questions ...................... Appx10101

Exhibit 15 to Dykstra Declaration -
FDA Re-Inspection Memorandum, dated August 10, 2001
(MRK-KRA00071241-5) ................................................... Appx10104

Exhibit 16 to Dykstra Declaration -
CBER Merck Communications Mumps Expiry,
dated August 8, 2002 (MRK-KRA00623049-51) ............... Appx10110

Exhibit 17 to Dykstra Declaration -
Email Communication with Attachments regarding FDA
Inspection-IND 1016, dated September 14, 2001
(MRK-KRA00063885-8) ................................................... Appx10114

Exhibit 18 to Dykstra Declaration -
FDA Telephone Conversation Memorandum,
dated September 17, 2001 (MRK-KRA00019107)  ............. Appx10119

Exhibit 19 to Dykstra Declaration -
FDA Teleconference-IND 1016 Inspection Follow up,
dated September 25, 2001 (MRK-KRA00071300-1) .......... Appx10121

**Table of Contents**
(Continued)

Exhibit 20 to Dykstra Declaration -
CBER December 7, 2001 Teleconference: Mumps Inspection
results and discussions, dated December 13, 2001
(MRK-KRA00019640-6) ..................................................... Appx10124

Exhibit 21 to Dykstra Declaration -
General Correspondence to FDA in response to CBER
Comments, dated February 4, 2002
(MRK-KRA00025847-916) ................................................. Appx10132

Exhibit 22 to Dykstra Declaration -
General Correspondence to FDA regarding April 18, 2002
Teleconference, dated April 2002
(MRK-KRA00337265-72) ................................................. Appx10203

Exhibit 23 to Dykstra Declaration -
BB-IND 1016 Memorandum regarding Summary of
Discussion with CBER on March 22, 2002 regarding
acceptability of mumps PRN assay data,
dated March 23, 2002 (MRK-KRA00009042) .................... Appx10212

Exhibit 24 to Dykstra Declaration -
Offer Letter to Stephen A. Krahling, dated October 24, 2000
(RELATOR_00001058-60) ................................................. Appx10214

Exhibit 25 to Dykstra Declaration -
Correspondence from Stephen A. Krahling to
Emilio A. Emini, Ph.D., dated April 8, 2001
(RELATOR_00000328-31) ................................................. Appx10218

Exhibit 26 to Dykstra Declaration -
Email communication from Stephen Krahling to
Alan Shaw, dated July 17, 2001 (MRK-KRA00002243) .... Appx10223

Exhibit 27 to Dykstra Declaration -
Email communication from Stephen Krahling to Alan Shaw,
dated September 25, 2001 (RELATOR_00000745) ............ Appx10225

# Table of Contents
## (Continued)

Exhibit 28 to Dykstra Declaration -
Email communications between Stephen Krahling and
Alan Shaw, dated September 27-28, 2001
(RELATOR_00000747) ...................................................... Appx10227

Exhibit 29 to Dykstra Declaration -
Letter from Emilio A. Emini, Ph.D. to Stephen Krahling,
dated October 15, 2001, (RELATOR_00001100-3) ............ Appx10229

Exhibit 30 to Dykstra Declaration -
Letter from Tonia Torquato to Alexis Pinto,
dated October 22, 2001 (MRK-KRA00002033-5) .............. Appx10234

Exhibit 31 to Dykstra Declaration -
Letter from Alexis Pinto to Tonia Torquato,
dated October 19, 2001 (MRK-KRA00002036-9) .............. Appx10238

Exhibit 32 to Dykstra Declaration -
Letter from Tonia Torquato to Alexis Pinto,
dated October 26, 2001 (MRK-KRA00002028-9) .............. Appx10243

Exhibit 33 to Dykstra Declaration -
Letter from Alexis Pinto to Tonia Torquato,
dated October 26, 2001 (MRK-KRA00002017-25) ............ Appx10246

Exhibit 34 to Dykstra Declaration -
Letter from Tonia Torquato to Alexis Pinto,
dated October 29, 2001 (MRK-KRA00002013-16) ............ Appx10256

Exhibit 35 to Dykstra Declaration -
Letter from Axel Johnson to Tonia Torquato,
dated November 26, 2001 (RELATOR_00001086) ............ Appx10261

Exhibit 36 to Dykstra Declaration -
Stephen Krahling Pay Stubs (RELATOR_00001061-7) ...... Appx10263

Exhibit 37 to Dykstra Declaration -
Letter from Axel Johnson to Tonia Torquato,
dated December 20, 2001 (RELATOR_00001090) ............. Appx10271

# Table of Contents
## (Continued)

Exhibit 38 to Dykstra Declaration -
CDC Vaccines for Children Program web page
"About VFC," last reviewed on February 18, 2016 ............. Appx10273

Exhibit 39 to Dykstra Declaration -
Advisory Committee on Immunization Practices Charter
approved March 27, 2018 .................................................... Appx10277

Exhibit 40 to Dykstra Declaration -
Excerpts from Expert Report of William P. Nichols ............ Appx10283

Exhibit 41 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Mark Pallansch,
Ph.D., taken October 13, 2017 ............................................ Appx10292

Exhibit 42 to Dykstra Declaration -
1971 MMR Product License (MRK-KRA01972538) ......... Appx10307

Exhibit 43 to Dykstra Declaration -
1995 MMR Product License (MRK-KRA01676252) ......... Appx10309

Exhibit 44 to Dykstra Declaration -
Merck's Establishment License (MRK-KRA01676250) ..... Appx10311

Exhibit 45 to Dykstra Declaration -
Advisory Committee on Immunization Practices Vaccines for
Children Program-Resolution No. 10/17-3, Vaccines to
Prevent Measles, Mumps, Rubella and Varicella,
dated October 25, 2017 ....................................................... Appx10313

Exhibit 46 to Dykstra Declaration -
Vaccines for Children Program-Resolution No. 6/06-1,
Vaccines included in the VFC Program,
dated June 29, 2006 ............................................................ Appx10317

Exhibit 47 to Dykstra Declaration -
Advisory Committee on Immunization Practices, Policies
and Procedures, dated December 2018 ................................ Appx10319

**Table of Contents**
(Continued)

Exhibit 48 to Dykstra Declaration -
"Recommendation of the Advisory Committee on
Immunization Practices for Use of a Third Dose of Mumps
Virus Containing Vaccine in Persons at Increased Risk for
Mumps During Outbreak," *MMWR*,
dated January 12, 2018 ........................................................ Appx10345

Exhibit 49 to Dykstra Declaration -
Excerpts from the Expert Report of
William L. Atkinson M.D., MPH, dated June 12, 2018 ....... Appx10355

Exhibit 50 to Dykstra Declaration -
National Center for Immunization and Respiratory Diseases
(CVG) Fact Sheet ............................................................... Appx10365

Exhibit 51 to Dykstra Declaration -
"Prevention of Measles, Rubella, Congenital Rubella
Syndrome, and Mumps," *MMWR*, dated June 14, 2013 ...... Appx10380

Exhibit 52 to Dykstra Declaration -
CDC's "Measles, Mumps, and Rubella (MMR) Vaccination:
What Everyone Should Know," last reviewed
March 28, 2019 .................................................................. Appx10421

Exhibit 53 to Dykstra Declaration -
"Measles, Mumps and Rubella-Vaccine Use and Strategies for
Elimination of Measles, Rubella and Congenital Rubella
Syndrome and Control of Mumps: Recommendations of the
Advisory Committee on Immunization Practices,"
*MMWR*, dated May 22, 1998 ............................................... Appx10428

Exhibit 54 to Dykstra Declaration -
Merck's 1998 Vaccine for Children Contract with the CDC
(MRK-KRA01371728-50) ................................................... Appx10473

Exhibit 55 to Dykstra Declaration -
Merck's 1999 Vaccine for Children Contract with the CDC
(MRK-KRA01371751-84) ................................................... Appx10497
*(Cont'd in Vol XXIV)*

**Table of Contents**
**(Continued)**

**Volume XXIV**
**(Filed Under Seal)**

Exhibit 56 to Dykstra Declaration -
Merck's 2000 Vaccine for Children Contract with the CDC
(MRK-KRA01371693-1727) ................................................ Appx10532

Exhibit 57 to Dykstra Declaration -
Merck's 2001 Vaccine for Children Contract with the CDC
(MRK-KRA01371656-92) ................................................ Appx10568

Exhibit 58 to Dykstra Declaration -
Merck's 2002 Vaccine for Children Contract with the CDC
(MRK-KRA01371785-816) ................................................ Appx10606

Exhibit 59 to Dykstra Declaration -
Merck's 2003 Vaccine for Children Contract with the CDC
(MRK-KRA01371311-340) ................................................ Appx10639

Exhibit 60 to Dykstra Declaration -
Merck's 2004 Vaccine for Children Contract with the CDC
(MRK-KRA01371280-310) ................................................ Appx10670

Exhibit 61 to Dykstra Declaration -
Merck's 2005 Vaccine for Children Contract with the CDC
(MRK-KRA01371341-72) ................................................ Appx10702

Exhibit 62 to Dykstra Declaration -
Merck's 2006 Vaccine for Children Contract with the CDC
(MRK-KRA01371624-55) ................................................ Appx10735

Exhibit 63 to Dykstra Declaration -
Merck's 2007 Vaccine for Children Contract with the CDC
(MRK-KRA01371604-23) ................................................ Appx10768

Exhibit 64 to Dykstra Declaration -
Merck's 2008 Vaccine for Children Contract with the CDC
(MRK-KRA01371817-40) ................................................ Appx10789

**Table of Contents**
**(Continued)**

**Page**

Exhibit 65 to Dykstra Declaration -
Merck's 2009 Vaccine for Children Contract with the CDC
(MRK-KRA01371880-1900) ............................................... Appx10814

Exhibit 66 to Dykstra Declaration -
Merck's 2010 Vaccine for Children Contract with the CDC
(MRK-KRA01371373-97) .................................................... Appx10836

Exhibit 67 to Dykstra Declaration -
Merck's 2011 Vaccine for Children Contract with the CDC
(MRK-KRA01371497-518) .................................................. Appx10862

Exhibit 68 to Dykstra Declaration -
Merck's 2012 Vaccine for Children Contract with the CDC
(MRK-KRA01371398-421) .................................................. Appx10885

Exhibit 69 to Dykstra Declaration -
Merck's 2013 Vaccine for Children Contract with the CDC
(MRK-KRA01371422-44) .................................................... Appx10910

Exhibit 70 to Dykstra Declaration -
Merck's 2014 Vaccine for Children Contract with the CDC
(MRK-KRA01371473-96) .................................................... Appx10934

Exhibit 71 to Dykstra Declaration -
Merck's 2015 Vaccine for Children Contract with the CDC
(MRK-KRA01372045-72) .................................................... Appx10959

Exhibit 72 to Dykstra Declaration -
Merck's 2016 Vaccine for Children Contract with the CDC
(MRK-KRA01371962-89) .................................................... Appx10988
*(Cont'd in Vol XXV)*

**Volume XXV**
**(Filed Under Seal)**

Exhibit 73 to Dykstra Declaration -
CDC Vaccine Price List for Vaccines for Children Program
as of April 6, 2001 .............................................................. Appx11017

**Table of Contents**
(Continued)

Exhibit 74 to Dykstra Declaration -
Letter from Katherine Norris to Lisa C. Dykstra, dated
November 24, 2015 (MRK-KRA01373392-1373393) ........ Appx11022

Exhibit 75 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Alan Sims,
taken October 12, 2017 ........................................................ Appx11025

Exhibit 76 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Michele Taylor,
taken May 9, 2017 ................................................................ Appx11045

Exhibit 77 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Colleen Duffy,
taken December 12, 2016 .................................................... Appx11052

Exhibit 78 to Dykstra Declaration -
Letter from Lisa Dykstra to CDC regarding FOIA
request, dated May 18, 2015 ................................................ Appx11058

Exhibit 79 to Dykstra Declaration -
ACIP's Vaccine Recommendations and Guidelines-MMR
Vaccine Recommendations, last reviewed
November 21, 2014 ............................................................. Appx11067

Exhibit 80 to Dykstra Declaration -
FDA's Vaccines Licensed for Use in the United States ....... Appx11069

Exhibit 81 to Dykstra Declaration -
CDC's Mumps Vaccination, last reviewed
March 8, 2019 ...................................................................... Appx11077

Exhibit 82 to Dykstra Declaration -
Excerpts from the Expert Report of
Thomas G. McGuire Ph.D., dated March 13, 2018 ............. Appx11081

Exhibit 83 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Thomas G. McGuire, taken July 2, 2018 ............................. Appx11086

**Table of Contents**
(Continued)

Page

Exhibit 84 to Dykstra Declaration -
Relator Joan Wlochowski's Responses and Objections
to Merck's Revised First Set of Interrogatories,
dated May 20, 2015 ............................................................ Appx11091

Exhibit 85 to Dykstra Declaration -
Relator Joan Wlochowski's Responses and Objections
to Defendant Merck's Request for Admission,
dated April 6, 2016 ................................................................Appx11116

Exhibit 86 to Dykstra Declaration -
"Live, Attenuated Mumps-Virus Vaccine," *New England
Journal of Medicine*, by R. Weibel, *et al.*,
dated February 2, 1967 ........................................................Appx11144

Exhibit 87 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to Alison Fisher, Ph.D.,
dated October 17, 2005 (MRK-KRA00000479-80) .............Appx11152

Exhibit 88 to Dykstra Declaration -
Response to FDA Request for Information,
dated November 15, 2006 (MRK-KRA00000393-409) .......Appx11155

Exhibit 89 to Dykstra Declaration -
Email from Zak Johns to Marlene Koury,
dated February 23, 2017 ......................................................Appx11173

Exhibit 90 to Dykstra Declaration -
Excerpts from the Expert Report of
Ann M. Arvin, M.D., dated June 11, 2018 ...........................Appx11176

Exhibit 91 to Dykstra Declaration -
Excerpts from the Expert Report of
Dipti Gulati, M.S., D. Phil. ..................................................Appx11183

Exhibit 92 to Dykstra Declaration -
Excerpts from the Expert Report of Anna Durbin, M.D.,
dated June 14, 2018 ..............................................................Appx11194

**Table of Contents**
(Continued)

Exhibit 93 to Dykstra Declaration -
FDA's Guidance for Industry for the Evaluation of
Combination Vaccines for Preventable Diseases: Production,
Testing and Clinical Studies, dated April 1997 .................... Appx11210

Exhibit 94 to Dykstra Declaration -
CDC's How Flu Vaccine Effectiveness and Efficacy is
Measured, last reviewed January 29, 2016 ......................... Appx11234

Exhibit 95 to Dykstra Declaration -
Excerpts from the CDC's Manual for the Surveillance of
Vaccine-Preventable Diseases ............................................. Appx11243

Exhibit 96 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Joseph Antonello, taken August 3, 2017 ............................. Appx11253

Exhibit 97 to Dykstra Declaration -
"Summary of Notifiable Diseases-United States," 2005,
*MMWR*, dated March 30, 2007 ........................................... Appx11258

Exhibit 98 to Dykstra Declaration -
CDC's Mumps Cases and Outbreaks, last reviewed
September 17, 2019 ............................................................. Appx11361

Exhibit 99 to Dykstra Declaration -
CDC's Mumps: For Healthcare Providers, last reviewed
March 15, 2019 ................................................................... Appx11364

Exhibit 100 to Dykstra Declaration -
CDC's Principles of Epidemiology in Public Health Practice,
Third Edition: An Introduction to Applied Epidemiology
and Biostatistics, last reviewed May 18, 2012 .................... Appx11369

Exhibit 101 to Dykstra Declaration -
CDC's Flu Vaccine Effectiveness: Questions and Answers for
Health Professionals, last updated November 27, 2013 ...... Appx11373

**Table of Contents**
**(Continued)**

Exhibit 102 to Dykstra Declaration -
"Mumps Virus," by Cherry, *et al.*, *Viral Infections*,
(7th Edition, Chapter 180) .................................................... Appx11383

Exhibit 103 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
David Kessler, M.D., taken September 28, 2018 ................. Appx11399

Exhibit 104 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Anna Durbin, M.D., taken October 8, 2018 ......................... Appx11402

Exhibit 105 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Emilio Emini, Ph.D., taken June 6, 2017 ............................. Appx11406

Exhibit 106 to Dykstra Declaration -
January 1998 *Curriculum Vitae* of David L. Krah, M.D.
(MRK-KRA00000695-702) ................................................. Appx11415

Exhibit 107 to Dykstra Declaration -
Excerpts from the Expert Report of
David A. Kessler, M.D. ...................................................... Appx11424

Exhibit 108 to Dykstra Declaration -
FDA Lot Release .............................................................. Appx11429

Exhibit 109 to Dykstra Declaration -
Drugs@FDA Instructions: Health Information ................... Appx11434

Exhibit 110 to Dykstra Declaration -
FDA's Vaccine Safety Questions and Answers ................... Appx11440

Exhibit 111 to Dykstra Declaration -
Excerpts from the Expert Report of
Gary Freed M.D., MPH ...................................................... Appx11447

# Table of Contents
## (Continued)

Exhibit 112 to Dykstra Declaration -
"Vaccine Manufacturing," by Philip Gomez
and James Robinson ............................................................. Appx11450

Exhibit 113 to Dykstra Declaration -
Informational Amendment: Clinical, dated September 15, 2011
(GSK-MMR-IND-0022162-3) ............................................. Appx11461

Exhibit 114 to Dykstra Declaration -
Mumps Serology Strategy in Support of Phase III
Development of Priorix®
(GSK-MMR-IND-0022180-6) ............................................. Appx11464

Exhibit 115 to Dykstra Declaration -
Fax from Yolanda Stewart to Donna Boyce,
dated April 25, 2012 (GSK-MMR-IND-0029256-63) ......... Appx11472

Exhibit 116 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Dipti Gulati, M.S., D. Phil., taken December 5, 2018 ......... Appx11481

Exhibit 117 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Amy Keegan,
taken February 9, 2018 ........................................................ Appx11485

Exhibit 118 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
David Krah, M.D., taken July 11, 2017 ............................... Appx11488

Exhibit 119 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
David Krah, M.D., taken July 12, 2017 ............................... Appx11493

Exhibit 120 to Dykstra Declaration -
Excerpts from the Expert Report of
Marcela Pasetti, Ph.D. ........................................................ Appx11497
*(Cont'd in Vol XXVI)*

**Table of Contents**
**(Continued)**

**Page**

**Volume XXVI**
**(Filed Under Seal)**

Exhibit 121 to Dykstra Declaration -
M-M-R®II Current Label ................................................... Appx11507

Exhibit 122 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Cynthia Morrisey, taken July 27, 2017 ............................... Appx11519

Exhibit 123 to Dykstra Declaration -
Supplemental Biologics License Application,
dated January 29, 2004 (MRK-KRA00000032-139) ........... Appx11522

Exhibit 124 to Dykstra Declaration -
Amendment to Supplemental Biologics License
Application Response to FDA Request for Information,
dated June 5, 2007, with Attachments
(MRK-KRA00000368-82) ................................................. Appx11631

Exhibit 125 to Dykstra Declaration -
Approval Letter, dated December 8, 2007
(MRK-KRA00000383-4) .................................................... Appx11647

Exhibit 126 to Dykstra Declaration -
Letter from Paul Richman, Ph.D. to Alison Fisher, Ph.D.,
dated May 18, 2007 (MRK-KRA00000385-6) .................... Appx11650

Exhibit 127 to Dykstra Declaration -
Response to Form FDA 483, dated August 20, 2001
(MRK-KRA00000481-539) ................................................ Appx11653

Exhibit 128 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
teleconference regarding clarification of CBER's comments on
the Mumps Expiry trial, dated November 10, 1998
(MRK-KRA00001215-7) .................................................... Appx11713

**Table of Contents**
(Continued)

Exhibit 129 to Dykstra Declaration -
Memo re: Mumps End Expiry trial; November 29th, 2000
CBER teleconference, dated November 29, 2000
(MRK-KRA00001218-21) .................................................... Appx11717

Exhibit 130 to Dykstra Declaration -
Letter from Manal Morsy, M.D., Ph.D., to Luba Vujcic,
dated December 1, 1999 (MRK-KRA00001222-30) ........... Appx11722

Exhibit 131 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to
Manal Morsy, M.D., Ph.D., dated October 27, 2000
(MRK-KRA00001231-6) ..................................................... Appx11732

Exhibit 132 to Dykstra Declaration -
General Correspondence to FDA, dated November 16, 2000
(MRK-KRA00001237-48) .................................................... Appx11739

Exhibit 133 to Dykstra Declaration -
Memo re: MMRV (BB-IND 7068): Summary of Pre-Phase III
teleconference discussion on 01/31/00 with CBER,
dated January 31, 2000 (MRK-KRA00001249-52) ............. Appx11752

Exhibit 134 to Dykstra Declaration -
Teleconference Minutes with CBER, dated February 19, 1999
(MRK-KRA00001253-4) ..................................................... Appx11757

Exhibit 135 to Dykstra Declaration -
Memo re: BB-IND 1016: Summary of discussion with Dr.
Kathryn Carbone and Ms. Luba Vujcic (CBER) regarding the
Mumps neutralization assay, dated February 8, 2000
(MRK-KRA00001255-57) .................................................... Appx11760

Exhibit 136 to Dykstra Declaration -
Meeting Minutes, dated March 14, 2000
(MRK-KRA00001258-61) .................................................... Appx11764

**Table of Contents**
**(Continued)**

Exhibit 137 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II) and BB-IND 7068
(MMRV); Summary of face-to-face meeting discussion
(3/13/00) with CBER regarding wild type mumps
neutralization and ELISA assays, dated March 13, 2000
(MRK-KRA00001262-5) .................................................... Appx11768

Exhibit 138 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to Keith Chirgwin, M.D.,
dated August 30, 1999 (MRK-KRA00001266-9) ................ Appx11773

Exhibit 139 to Dykstra Declaration -
Letter from M. Carolyn Hardegree, M.D. to
Keith Chirgwin, M.D., dated September 8, 1998
(MRK-KRA00001467-9) .................................................... Appx11778

Exhibit 140 to Dykstra Declaration -
Response to FDA Request for Information,
dated December 30, 1999 (MRK-KRA00001470-1924) ..... Appx11782
***(Cont'd in Vol XXVII)***

**Volume XXVII**
**(Filed Under Seal)**

Exhibit 141 to Dykstra Declaration -
Letter from Loris McVittie, Ph.D. to
Roberta L. McKee, Ph.D., dated August 20, 1999
(MRK-KRA00018614-9) .................................................... Appx12238

Exhibit 142 to Dykstra Declaration -
Memo re: Teleconference with CBER: Mumps End
Expiry trial-BB IND 1016, dated November 8, 2000
(MRK-KRA00025161-2) .................................................... Appx12245

Exhibit 143 to Dykstra Declaration -
FDA Warning Letter, dated February 9, 2001
(PUBLIC0000666-670) ...................................................... Appx12248

**Table of Contents**
**(Continued)**

Exhibit 144 to Dykstra Declaration -
Memo re: M-M-R®II (BB-IND 1016); Summary of telephone
discussions on 11/23/99 and 12-06-99 with Ms. Luba Vujcic
(CBER) regarding the neutralization assay results and impact
on Equivalence Margin and lower bound criterion of the
M-M-R®II End Expiry Study hypothesis,
dated December 23, 1999 (MRK-KRA00025713-24) ......... Appx12254

Exhibit 145 to Dykstra Declaration -
Memo re: BB-IND 1016: Summary of discussion with
Ms. Luba Vujcic (CBER) regarding the Mumps neutralization
assay, dated January 5, 2000 (MRK-KRA00048855) ......... Appx12267

Exhibit 146 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
teleconference on methods used for the plaque reduction
neutralization assay, dated February 22, 2019
(MRK-KRA00062710-3) .................................................... Appx12269

Exhibit 147 to Dykstra Declaration -
Meeting Minutes with CBER, dated March 13, 2000
(MRK-KRA00062845-53) .................................................. Appx12274

Exhibit 148 to Dykstra Declaration -
Email from David M. Wonnacott to Roberta L. McKee, Ph.D.,
dated May 12, 1999 (MRK-KRA00094960) ....................... Appx12284

Exhibit 149 to Dykstra Declaration -
Email from Katalin G. Abraham to Joye L. Bramble,
dated December 3, 1998 (MRK-KRA00095063) ................ Appx12286

Exhibit 150 to Dykstra Declaration -
Memo re: Teleconference with Dr. Norman Baylor, CBER,
Regarding Meeting on Expiry Titers for M-M-R®II,
dated December 3, 1998 (MRK-KRA00095064) ................ Appx12288

**Table of Contents**
**(Continued)**

Exhibit 151 to Dykstra Declaration -
Memo re: Teleconference with Norman Baylor, CBER,
on 11/16/98, Regarding VARIVAX® and M-M-R®II,
dated November 16, 1998 (MRK-KRA00095065) ............. Appx12290

Exhibit 152 to Dykstra Declaration -
Email from Katalin G. Abraham to Keith Chirgwin, M.D.,
dated October 5, 1998 (MRK-KRA00095142) ................... Appx12292

Exhibit 153 to Dykstra Declaration -
ProQuad™ Original Application, dated August 3, 2004
(MRK-KRA00158320-526) ................................................ Appx12294
*(Cont'd in Vol XXVIII)*

**Volume XXVIII**
**(Filed Under Seal)**

Exhibit 154 to Dykstra Declaration -
Memo re: CBER teleconference (October 16, 2001): Measles,
Mumps and Rubella ELISAs, dated October 19, 2001
(MRK-KRA00201389-91) ................................................ Appx12502

Exhibit 155 to Dykstra Declaration -
Clinical Study Report for the Protocol 007 Study
(MRK-KRA00224982-6529) ............................................. Appx12506
*(Cont'd in Vols XXIX, XXX, and XXXI)*

**Volume XXXI**
**(Filed Under Seal)**

Exhibit 156 to Dykstra Declaration -
Memo re: Supporting Documents for Stephen Krahling,
dated October 10, 2000 (MRK-KRA00331424-33) ............ Appx14055

Exhibit 157 to Dykstra Declaration -
Neutralization Assay Draft faxed on February 19, 1999
(MRK-KRA00336634-6) ................................................... Appx14066

**Table of Contents**
**(Continued)**

Exhibit 158 to Dykstra Declaration -
Letter from Paul G. Richman, Ph.D. to Alison Fisher, Ph.D.,
dated May 18, 2007 (MRK-KRA00570703-5) .................... Appx14070

Exhibit 159 to Dykstra Declaration -
Response to FDA Request for Information,
dated February 2, 2001 (MRK-KRA00622078-273) ........... Appx14074

Exhibit 160 to Dykstra Declaration -
Response to FDA Request for Information,
dated August 1, 2002 (MRK-KRA00624279-87) ................ Appx14271

Exhibit 161 to Dykstra Declaration -
General Correspondence to FDA, dated June 23, 1998
(MRK-KRA00624345-4446) ............................................... Appx14281

Exhibit 162 to Dykstra Declaration -
Response to FDA Request for Information,
dated February 5, 1999 (MRK-KRA00624448-4589) ......... Appx14384
*(Cont'd in Vol XXXII)*

**Volume XXXII**
**(Filed Under Seal)**

Exhibit 163 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
telephone conversations on 9/24/98 regarding the revised
M-M-R®II draft label and on 9/29/98 regarding the mumps
expiry protocol, dated September 29, 1998
(MRK-KRA00636592-3) .................................................... Appx14527

Exhibit 164 to Dykstra Declaration -
Biological Product Deviation Report Form,
dated April 20, 2001 (MRK-KRA00754233-8) ................... Appx14530

Exhibit 165 to Dykstra Declaration -
M-M-R®II Label (March 1995)
(MRK-KRA00757060-3) .................................................... Appx14537

# **Table of Contents**
## **(Continued)**

**Page**

Exhibit 166 to Dykstra Declaration -
M-M-R®II Label (April 1999)
(MRK-KRA00757072-6) ..................................................... Appx14542

Exhibit 167 to Dykstra Declaration -
M-M-R®II Label (2004) (MRK-KRA00757100-3) ............ Appx14548

Exhibit 168 to Dykstra Declaration -
Response to FDA Request for Information,
dated November 17, 2004 (MRK-KRA00761530-8) .......... Appx14553

Exhibit 169 to Dykstra Declaration -
Response to CBER Comments, dated June 10, 2002
(MRK-KRA00761628-702) ................................................ Appx14563

Exhibit 170 to Dykstra Declaration -
Email from Charlotte Shay to Michael L. Dekleva,
dated June 30, 2004 (MRK-KRA00791508-10) .................. Appx14639

Exhibit 171 to Dykstra Declaration -
Meeting Minutes from a MMRV Pre-Phase III meeting
with CBER, dated February 16, 2000
(MRK-KRA00821856-61) ................................................. Appx14643

Exhibit 172 to Dykstra Declaration -
Approval Letter, dated September 6, 2005
(MRK-KRA00821906-9) .................................................... Appx14650

Exhibit 173 to Dykstra Declaration -
Regulatory Liaison FDA Conversation Record,
dated October 5, 2004 (MRK-KRA00846405-15) .............. Appx14655

Exhibit 174 to Dykstra Declaration -
CBER's Clinical Review of Studies submitted in support of
Licensure of ProQuad™ (MRK-KRA01285010-272) ........ Appx14667

Exhibit 175 to Dykstra Declaration -
FDA report on the release of MMR,
dated February 23, 2016 (MRK-KRA01447562) ................ Appx14931

**Table of Contents**
(Continued)

Exhibit 176 to Dykstra Declaration -
Standard Operating Procedure-Preparation, Review and
Shipment of Biological Product Protocols and Samples to
CBER, dated September 23, 2015
(MRK-KRA01448181-207) ................................................ Appx14933

Exhibit 177 to Dykstra Declaration -
Letter from Roberta L. McKee, Ph.D. to Steven Masiello,
dated March 8, 2001 (MRK-KRA01537603-11) ................. Appx14961

Exhibit 178 to Dykstra Declaration -
Letter from Roberta L. McKee, Ph.D. regarding a proposal for
changes to release specifications, dated December 10, 1998
(MRK-KRA01622125) ....................................................... Appx14971

Exhibit 179 to Dykstra Declaration -
Prior Approval Supplement from Roberta L. McKee, Ph.D.
to William Egan, Ph.D., dated June 18, 1999
(MRK-KRA01622463-5) .................................................... Appx14973

Exhibit 180 to Dykstra Declaration -
Minutes from a December 8, 1998 Meeting,
dated January 8, 1999 (MRK-KRA01622468-72) ............... Appx14977

Exhibit 181 to Dykstra Declaration -
Letter from Katalin Abraham to Dr. Suresh Rastogi
(MRK-KRA01622552) ....................................................... Appx14983

Exhibit 182 to Dykstra Declaration -
Letter from David Wonnacott Ph.D. to Dr. Suresh Rastogi,
dated December 16, 1998 (MRK-KRA01622600-1) ........... Appx14985

Exhibit 183 to Dykstra Declaration -
Prior Approval Supplement from Roberta L. McKee, Ph.D. to
William Egan, Ph.D., dated September 15, 1999
(MRK-KRA01622711-2) .................................................... Appx14988

**Table of Contents**
**(Continued)**

Exhibit 184 to Dykstra Declaration -
Attachment 4 to the Prior Approval Supplement from
Roberta L. McKee, Ph.D. to William Egan, Ph.D.,
dated September 15, 1999 (MRK-KRA01622778-9) .......... Appx14991

Exhibit 185 to Dykstra Declaration -
Letter from William Egan, Ph.D. to Roberta L. McKee, Ph.D.,
dated August 20, 1999 (MRK-KRA01624909-10) .............. Appx14994

Exhibit 186 to Dykstra Declaration -
Letter from Barry D. Garfinkle, Ph.D. to Carolyn Hardegree,
M.D., dated January 28, 1998
(MRK-KRA01625508-5639) ............................................. Appx14997
*(Cont'd in Vol XXXIII)*

**Volume XXXIII**
**(Filed Under Seal)**

Exhibit 187 to Dykstra Declaration -
Letter from Peter Patriarca, M.D. to Roberta L. McKee, Ph.D.,
dated February 11, 2000 (MRK-KRA0187091-2) .............. Appx15130

Exhibit 188 to Dykstra Declaration -
MMR Statistical Analysis of Potency on Stability,
dated October 24, 2000 (MRK-KRA01897103-7271) ........ Appx15133

Exhibit 189 to Dykstra Declaration -
Letter from David Wonnacott, Ph.D. to Carolyn Hardegree,
M.D., dated December 5, 1997 (MRK-KRA01972451) ..... Appx15303

Exhibit 190 to Dykstra Declaration -
Various Correspondence between the FDA and Merck,
dated 1969 to 1994 (MRK-KRA01972464-546) ................. Appx15305

Exhibit 191 to Dykstra Declaration -
Various Email Correspondence in 1997
(MRK-KRA01972735-58) ................................................... Appx15389

# Table of Contents
## (Continued)

Exhibit 192 to Dykstra Declaration -
Vaccine & Biological Stability Protocol,
dated September 6, 2016 (MRK-KRA02139917-25) .......... Appx15414

Exhibit 193 to Dykstra Declaration -
Chapter "Mumps Vaccine," by Steven Rubin and
Stanley Plotkin ..................................................... Appx15424

Exhibit 194 to Dykstra Declaration -
Stephen Krahling's 2001 Correspondence
(RELATOR_00000736-66) .................................... Appx15453

Exhibit 195 to Dykstra Declaration -
Letter from Axel Johnson to Tonia Torquato,
dated November 30, 2001 (RELATOR_00001036-43) ....... Appx15485

Exhibit 196 to Dykstra Declaration -
Stephen Krahling's 2001 Correspondence and Papers
(RELATOR_00001071-90) .................................... Appx15494
*(Cont'd in Vol XXXIV)*

## Volume XXXIV
## (Filed Under Seal)

Exhibit 197 to Dykstra Declaration -
Chapter "Mumps Vaccine," by Steven Rubin,
in Plotkin's Vaccines, 7th edition (2018) ............................ Appx15515

Exhibit 198 to Dykstra Declaration -
Letter from Kevin Malone to Kathleen Hardway,
dated July 31, 2018 ............................................... Appx15548

Exhibit 199 to Dykstra Declaration -
"Live, Attenuated Mumps Virus Vaccine," *New England
Journal of Medicine*, by R. Weibel, *et al.*,
dated February 2, 1967 ........................................ Appx15556

## Table of Contents
### (Continued)

Exhibit 200 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Luwy Musey, M.D., taken October 7, 2016 ......................... Appx15565

Exhibit 201 to Dykstra Declaration -
Rule 30(b)(6) Deposition Topics, dated December 13, 2016
(Stannard Ex. 3) ................................................................. Appx15569

Exhibit 202 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Mark Stannard,
taken December 13, 2016 .................................................... Appx15585

Exhibit 203 to Dykstra Declaration -
*Curriculum Vitae* of Joan L. Wlochowski ........................... Appx15595

Exhibit 204 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Joan L. Wlochowski, taken June 13, 2017 ........................... Appx15597

Exhibit 205 to Dykstra Declaration -
FDA/CDC Submission, dated October 23, 2019 ................. Appx15603

Exhibit 206 to Dykstra Declaration -
Excerpts of Defendant Merck's Responses and Objections to
Relators' Third Set of Requests for Admission,
dated August 16, 2017 ........................................................ Appx15719

Exhibit 207 to Dykstra Declaration -
"Vaccine Impact: Benefits for human health,"
by M. Doherty *et al.*, in *Vaccine* 34 (2016) ........................... Appx15722

Exhibit 208 to Dykstra Declaration -
FDA Prescription Drug Labeling Resources ........................ Appx15731

Exhibit 209 to Dykstra Declaration -
ACIP Committee Members .................................................. Appx15738

**Table of Contents**
(Continued)

**Page**

Exhibit 210 to Dykstra Declaration -
"Notice to Readers: Updated Recommendations of the
ACIP for the Control and Elimination of Mumps," *MMWR*,
June 9, 2006/55(22); 629-630 ............................................... Appx15743

Exhibit 211 to Dykstra Declaration -
"Measles Prevention: Recommendations of the ACIP,"
*MMWR*, December 28, 1989 38(S-9); 1-18 ......................... Appx15749

Exhibit 212 to Dykstra Declaration -
"FDA in Brief: FDA reiterates the importance of vaccines
such as MMR vaccine," dated September 6, 2019 .............. Appx15766

Exhibit 213 to Dykstra Declaration -
"Recommendations of the ACIP Mumps Prevention,"
*MMWR*, June 9, 1989/38(22) ............................................... Appx15769

Exhibit 214 to Dykstra Declaration -
"Recommendation of the ACIP Mumps Vaccine,"
*MMWR*, November 26, 1982; 31(46) ................................... Appx15777

Exhibit 215 to Dykstra Declaration -
Statement by Peter Marks M.D., Ph.D., FDA, on FDA's
continued confidence in the safety and effectiveness
of the MMR vaccine, dated April 22, 2019 ......................... Appx15783

Exhibit 216 to Dykstra Declaration -
About CBER ....................................................................... Appx15788

Exhibit 217 to Dykstra Declaration -
Excerpt from FDA's Website on Warning Letters ................ Appx15791

Exhibit 218 to Dykstra Declaration -
Excerpt of FDA's Website with an Index to Warning
Letters for 'M' Companies ................................................... Appx15794

**Table of Contents**
**(Continued)**

Page

Exhibit 219 to Dykstra Declaration -
"The Immunological Basis for Immunization Series, Module
16: Mumps," by McLean, *et al.*, *Immunization, Vaccines and
Biologicals-World Health Organization* (2010) ................... Appx15817

Exhibit 220 to Dykstra Declaration -
Email from Sue Manoff to Mark Paponia,
dated February 25, 2000 (MRK-KRA00091399-405) ......... Appx15862

Exhibit 221 to Dykstra Declaration -
Memo re: Teleconference with Norman Baylor, CBER, on
11/16/98, Regarding VARIVAX® and M-M-R®II
(MRK-KRA00095065) ....................................................... Appx15870

Exhibit 222 to Dykstra Declaration -
M-M-R®II Label (MRK-KRA00757064-7) ...................... Appx15872

Exhibit 223 to Dykstra Declaration -
M-M-R®II Label (February 2001)
(MRK-KRA00757068-71) ................................................. Appx15877

Exhibit 224 to Dykstra Declaration -
M-M-R®II Label (August 2001)
(MRK-KRA00757077-80) ................................................. Appx15882

Exhibit 225 to Dykstra Declaration -
M-M-R®II Label (February 2006)
(MRK-KRA00757081-4) ................................................... Appx15887

Exhibit 226 to Dykstra Declaration -
M-M-R®II Label (March 1995)
(MRK-KRA00757085-8) ................................................... Appx15892

Exhibit 227 to Dykstra Declaration -
M-M-R®II Label (March 1995)
(MRK-KRA00757089-91) ................................................. Appx15897

## **Table of Contents**
## (Continued)

Exhibit 228 to Dykstra Declaration -
M-M-R®II Label (October 2003)
(MRK-KRA00757092-5) ..................................................... Appx15901

Exhibit 229 to Dykstra Declaration -
M-M-R®II Label (September 2002)
(MRK-KRA00757096-9) ..................................................... Appx15906

Exhibit 230 to Dykstra Declaration -
M-M-R®II Label (February 2007)
(MRK-KRA00757104-7) ..................................................... Appx15911

Exhibit 231 to Dykstra Declaration -
M-M-R®II Label (February 2007)
(MRK-KRA00757108-11) ................................................... Appx15916

Exhibit 232 to Dykstra Declaration -
M-M-R®II Label (April 19999)
(MRK-KRA01449029-40) ................................................... Appx15921

Exhibit 233 to Dykstra Declaration -
M-M-R®II Label (February 2014)
(MRK-KRA01449226-36) ................................................... Appx15934

Exhibit 234 to Dykstra Declaration -
M-M-R®II Label (June 2014)
(MRK-KRA01449243-53) ................................................... Appx15946

Exhibit 235 to Dykstra Declaration -
M-M-R®II Label (October 2015)
(MRK-KRA01449260-70) ................................................... Appx15958

Exhibit 236 to Dykstra Declaration -
M-M-R®II Label (February 2000)
(MRK-KRA01449271-5) ..................................................... Appx15970

Exhibit 237 to Dykstra Declaration -
M-M-R®II Label (March 2010)
(MRK-KRA01449276-83) ................................................... Appx15976

**Table of Contents**
**(Continued)**

Exhibit 238 to Dykstra Declaration -
M-M-R®II Label (December 2010)
(MRK-KRA01449284-91) ................................................. Appx15985

Exhibit 239 to Dykstra Declaration -
M-M-R®II Label (September 2009)
(MRK-KRA01449292-99) ................................................. Appx15994
*(Cont'd in Vol XXXV)*

**Volume XXXV**
**(Filed Under Seal)**

Exhibit 240 to Dykstra Declaration -
Attachment 1 to Letter from Barry D. Garfinkle, Ph.D.
to Carolyn Hardegree, M.D., dated January 28, 1998
(MRK-KRA01625510-639) ................................................. Appx16003

Exhibit 241 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II) and BB-IND 7068
(MMRV); Summary of Face-to face meeting discussion
(3/13/00) with CBER regarding wild type mumps
neutralization and ELISA assays, dated March 13, 2000
(MRK-KRA00019855-7) ................................................. Appx16134

Exhibit 242 to Dykstra Declaration -
PowerPoint Presentation entitled Immunogenicity
Mumps-Containing Vaccines (MRK-KRA00091408) ........ Appx16138

Exhibit 243 to Dykstra Declaration -
Letter from David M. Wommacott, Ph.D. to
Suresh C. Rastogi, Ph.D., dated December 16, 1998
(MRK-KRA01629294-1629295) ........................................ Appx16152

Exhibit 244 to Dykstra Declaration -
Response to the FDA Form 483, dated October 24, 2000
(MRK-KRA01649535-1649551) ........................................ Appx16155

Exhibit 245 to Dykstra Declaration -
Warning Letters from FDA Website ................................... Appx16173

**Table of Contents**
**(Continued)**

Exhibit 246 to Dykstra Declaration -
MMD Quality Manual Glossary, dated October 5, 2016
(MRK-KRA01679618-1679772) ........................................ Appx16176

Exhibit 247 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Eric Metzger,
taken June 11, 2015 ............................................................. Appx16332

Exhibit 248 to Dykstra Declaration -
Federal Register Vol. 58 No. 137, July 20, 1993 ................. Appx16336

Exhibit 249 to Dykstra Declaration -
FDA Review of Vaccine Labeling Requirements for
Warnings, Use Instructions, and Precautionary
Information, dated October 2004 ......................................... Appx16342

Defendant Merck's Response to Relators' Statement of
    Material Facts, dated November 26, 2019 (Doc. 299) .......... Appx16345

**Volume XXXVI**
**(Filed Under Seal)**

Declaration of Lisa C. Dykstra, for Merck, in Support of
    Response to Relators' Statement of Material Facts,
    executed November 26, 2019 (Doc. 299) ............................ Appx16501

Exhibit 250 to Dykstra Declaration -
"Mumps Complications and Effects of Mumps Vaccination,
England and Wales, 2002-2006," by Yung, Chee-Fu, *et al.*,
*Emerging Infectious Diseases*, (2011) 17(4):661-667 ......... Appx16513

Exhibit 251 to Dykstra Declaration -
Excerpts from the Deposition Testimony of April Cohen,
taken January 4, 2018 ......................................................... Appx16521

**Table of Contents**
(Continued)

Exhibit 252 to Dykstra Declaration -
"Mumps Virus-Specific Antibody Titers from Pre-Vaccine
Era Sera: Comparison of the Plaque Reduction Neutralization
Assay Enzyme Immunoassays," by Mauldin, Jeremy, *et al.*,
*Journal of Clinical Microbiology*, 2005:43(9):4847-4851 .. Appx16525

Exhibit 253 to Dykstra Declaration -
"Correlates of Protection," by Plotkin and Gilbert,
2018:35-40 ........................................................................ Appx16531

Exhibit 254 to Dykstra Declaration -
FDA, Guidance for Industry: FDA Review of Vaccine
Labeling Requirements for Warnings, Use Instructions, and
Precautionary Information, dated September 2004 ............. Appx16538

Exhibit 255 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Roberta L. McKee, Ph.D., taken March 30, 2017 ............... Appx16547

Exhibit 256 to Dykstra Declaration -
Excerpts from the Expert Report of
Dipti Gulati, MS, D. Phil. .................................................. Appx16551

Exhibit 257 to Dykstra Declaration -
Biological Product Deviation Report Form
submitted by Merck to the FDA, dated March 5, 2001
(MRK-KRA00754239-44) .................................................. Appx16556

Exhibit 258 to Dykstra Declaration -
"Jeryl Lynn Strain Live Attenuated Mumps Virus Vaccine
-Influence of Age, Virus Dose, Lot, and-Globulin
Administration on Response," by Buynak, Eugene, *et al.*,
*Journal of the American Medical Association* (1968)
203(1):63-67 ....................................................................... Appx16563

Exhibit 259 to Dykstra Declaration -
2003 Annual Stability Report for M-M-R®II
(MRK-KRA01632888-945) ................................................ Appx16569

**Table of Contents**
(Continued)

Exhibit 260 to Dykstra Declaration -
"Sensitive Neutralization Test for virus antibody,"
by Sato *et al.*, *Archives of Virology*, (1978) 58:301-311 ...... Appx16628

Exhibit 261 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to Alison Fisher, Ph.D.,
dated December 3, 2004 (MRK-KRA00000361-5) ............. Appx16640

Exhibit 262 to Dykstra Declaration -
Fax from Luba Vujcic to Alison Fisher, Ph.D.,
dated July 20, 2007 (MRK-KRA00141957-8) ................... Appx16646

Exhibit 263 to Dykstra Declaration -
Submission, dated August 8, 2007
(MRK-KRA00000140-225) ................................................. Appx16649

Exhibit 264 to Dykstra Declaration -
Submission, dated December 3, 2007
(MKR-KRA00000226-300) ................................................ Appx16736

Exhibit 265 to Dykstra Declaration -
"Long-Term Persistence of Mumps Antibody after Receipt of 2
Measles-Mumps-Rubella (MMR) Vaccinations and Antibody
Response after a Third MMR Vaccination among a University
Population," by Date, Anand, *et al.*, *Journal of Infectious
Diseases*, (2008) 197:1662-1668 ........................................ Appx16812

Exhibit 266 to Dykstra Declaration -
"Mumps Antibody Levels Among Students Before a Mumps
Outbreak: In Search of a Correlate of Immunity,"
by Cortese, *et al.*, *Journal of Infectious Diseases*, (2011)
204:1413-1422 .................................................................. Appx16820

**Table of Contents**
**(Continued)**

Exhibit 267 to Dykstra Declaration -
"Immunogenicity and Safety of Two Tetravalent (Measles,
Mumps, Rubella, Varicella) Vaccines Coadministered With
Hepatitis A and Pneumococcal Conjugate Vaccines to Children
Twelve to Fourteen Months of Age," by Blatter, *et al.*,
*The Pediatric Infectious Disease Journal,*
(2012) 31:e133-e140 .......................................................... Appx16831

Exhibit 268 to Dykstra Declaration -
Analytical Validation Protocol
(MRK-KRA00337307-18) .................................................... Appx16840

Exhibit 269 to Dykstra Declaration -
Expert Report of Robert Platt, Ph.D.,
dated June 14, 2018 ............................................................. Appx16853

Exhibit 270 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Amy Keegan,
taken April 27, 2017 ........................................................... Appx16992

Exhibit 271 to Dykstra Declaration -
Documentation of Work Activities
(RELATOR_00000272-3) ..................................................... Appx16995

Exhibit 272 to Dykstra Declaration -
Work Summary Document (RELATOR_00000274-6) ........ Appx16998
*(Cont'd in Vol XXXVII)*

**Volume XXXVII**
**(Filed Under Seal)**

Exhibit 273 to Dykstra Declaration -
Submission, dated May 5, 2005
(MRK-KRA00176342-176654) ........................................... Appx17002

Exhibit 274 to Dykstra Declaration -
Submission, dated June 30, 2004
(MKR-KRA00137854-55 and 8137-72) .............................. Appx17316

**Table of Contents**
**(Continued)**

Exhibit 275 to Dykstra Declaration -
"Safety and Immunogenicity of Human Serum Albumin-Free
MMR Vaccine in US Children Aged 12-15 months,"
by Mufson, *et al.*, *Journal of Pediatric Infectious Diseases
Society*, (2014) 4:339-348 ................................................... Appx17355

Exhibit 276 to Dykstra Declaration -
Letter from Jerry P. Weir, Ph.D. to Alison Fisher, Ph.D.,
dated December 30, 2004 (MRK-KRA00141670-2) ........... Appx17366

Exhibit 277 to Dykstra Declaration -
Submission, dated February 28, 2005
(MRK-KRA00141676-729) ................................................. Appx17370

Exhibit 278 to Dykstra Declaration -
Submission, dated July 13, 2005
(MRK-KRA00141789-906) ................................................. Appx17425
*(Cont'd in Vol XXXVIII)*

**Volume XXXVIII**
**(Filed Under Seal)**

Exhibit 279 to Dykstra Declaration -
"Summary of Notifiable Diseases-United States 2012,"
*MMWR*, 2014:61(53):1-121 ................................................. Appx17544

Exhibit 280 to Dykstra Declaration -
CDC Publication "Mumps Outbreak-Related Questions
and Answers for Patients," last reviewed March 15, 2019 .. Appx17669

Exhibit 281 to Dykstra Declaration -
CDC Publication "Nationally Notifiable Infectious Diseases
and Conditions, United States: Annual Tables" ................... Appx17672

Exhibit 282 to Dykstra Declaration -
"Characteristics of Large Mumps Outbreaks in the United
States during July 2010-December 2015," by Clemmons,
Nakia *et al.*, *Clinical Infectious Diseases*, (2019) ............... Appx17676

**Table of Contents**
**(Continued)**

Exhibit 283 to Dykstra Declaration -
CDC Publication "Healthy People 2010 Final Review" ...... Appx17684
***(Cont'd in Vol XXXIX)***

**Volume XXXIX**
**(Filed Under Seal)**

Exhibit 284 to Dykstra Declaration -
CDC Publication "Healthy People 2020 Immunization and
Infectious Diseases Objectives" .......................................... Appx18245

Exhibit 285 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.2
Cases of Hib Data" ............................................................. Appx18278

Exhibit 286 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.4
U.S.-acquired cases of Measles Data" ................................. Appx18280

Exhibit 287 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.5
U.S.-acquired cases of Mumps Data" .................................. Appx18282

Exhibit 288 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.9
 U.S.-acquired cases of Rubella Data" ................................. Appx18284

Exhibit 289 to Dykstra Declaration -
CDC Webpage "National Center for Immunization
and Respiratory Diseases" ................................................... Appx18286

Exhibit 290 to Dykstra Declaration -
"Mumps vaccination coverage and vaccine effectiveness in a
large outbreak among college students-Iowa, 2006,"
by Marin, Mona *et al.*, *Vaccine*, (2008) 26:3601-3607 ........ Appx18301

**Table of Contents**
(Continued)

Exhibit 291 to Dykstra Declaration -
"Mumps Outbreak in Orthodox Jewish Communities in the
United States," Barskey, Albert, *et al.*, *New England Journal
of Medicine*, (2012) 367(18):1704-1713 .............................. Appx18309

Exhibit 292 to Dykstra Declaration -
"Impact of a Third Dose of Measles-Mumps-Rubella Vaccine
on a Mumps Outbreak," by Ogbuanu, Ikechukwu, *et al.*,
*Pediatrics*, (2012) 130(6):1-8 ............................................. Appx18320

Exhibit 293 to Dykstra Declaration -
"Epidemiology of a Mumps Outbreak in a Highly Vaccinated
Island Population and Use of a Third Dose of Measles-
Mumps-Rubella Vaccine for Outbreak Control—Guam 2009
to 2010," by Nelson, George, *et al.*, *Pediatric Infectious
Disease Journal*, (2013) 32(4):374-380 .............................. Appx18330

Exhibit 294 to Dykstra Declaration -
"Effectiveness of a Third Dose of MMR Vaccine for Mumps
Outbreak Control," by Cardemil, Cristina, *et al.*, *New England
Journal of Medicine*, (2017) 377(10):947-956 .................... Appx18338

Exhibit 295 to Dykstra Declaration -
"Mumps in a highly vaccinated Marshallese community in
Arkansas, USA: an outbreak report," by Fields, Virgie, *et al.*,
*Lancet Infectious Diseases*,
(Published online January 8, 2019) 1-8 ............................... Appx18349

Exhibit 296 to Dykstra Declaration -
"Antibody Induced by Immunization with the Jeryl Lynn
Mumps Vaccine Strain Effectively Neutralizes a Heterologous
Wild-Type Mumps Virus Associated with a Large Outbreak,"
by Rubin, Steven, *et al.*, *Journal of Infectious Diseases*, (2008)
198:508-515 ....................................................................... Appx18358

Exhibit 297 to Dykstra Declaration -
"Vaccine waning and mumps-re-emergence in the United
States," by Lewnard, Joseph and Grad, Yonatan, *Science
Translational Medicine*, (2018) 10(433):1-10 ..................... Appx18367

**Table of Contents**
(Continued)

Exhibit 298 to Dykstra Declaration -
"Comment: The changing epidemiology of mumps in a high
vaccination era," by Marshall, Helen and Plotkin, Stanley,
*Lancet Infectious Diseases*, (2019) 19:118-119 ................... Appx18379

Exhibit 299 to Dykstra Declaration -
"Successes and challenges for preventing measles, mumps and
rubella by vaccination," by Bankamp, Bettina, *et al.*, *Current
Opinion in Virology*, (2019) 34:110-116 .............................. Appx18382

Exhibit 300 to Dykstra Declaration -
"Mumps Vaccines Do We Need a New One?," by Rubin,
Steven and Beeler, Judy, *Pediatric Infectious Disease Journal*,
(2013) 32(10):1156-1157 .................................................... Appx18390

Exhibit 301 to Dykstra Declaration -
CDC website listing Measles-related *MMWR* Articles ........ Appx18393

Exhibit 302 to Dykstra Declaration -
CDC website listing Pertussis (Whooping Cough)
Publications ....................................................................... Appx18399

Exhibit 303 to Dykstra Declaration -
CDC website listing Chickenpox (Varicella) References and
Resources .......................................................................... Appx18407

Exhibit 304 to Dykstra Declaration -
CDC webpage: Glossary ..................................................... Appx18411

Exhibit 305 to Dykstra Declaration -
Email from Jeanne Santoli to Eric Skjeveland,
dated June 12, 2012 (MRK-KRA00122172-3) .................... Appx18425

Exhibit 306 to Dykstra Declaration -
CDC webpage, ACIP Workgroups, last reviewed
May 30, 2019 ................................................................... Appx18428

# Table of Contents
## (Continued)

**Page**

Exhibit 307 to Dykstra Declaration -
"Recommendations of the Advisory Committee on
Immunization Practices for Use of Hepatitis A Vaccine
for Persons Experiencing Homelessness,"
*MMWR* 2019:68(6):153-56 ................................................. Appx18435

Exhibit 308 to Dykstra Declaration -
"Human Papillomavirus Vaccination for Adults: Updated
Recommendations of the Advisory Committee on
Immunization Practices," *MMWR* 2019:68(3):698-702 ...... Appx18440

Exhibit 309 to Dykstra Declaration -
"Prevention and Control of Seasonal Influenza with
Vaccines: Recommendations of the Advisory Committee
on Immunization Practices-United States, 2019-20
Influenza Season," *MMWR* 2019:69(3):1-21 ....................... Appx18446

Exhibit 310 to Dykstra Declaration -
"Japanese Encephalitis Vaccine: Recommendations of the
Advisory Committee on Immunization Practices,"
*MMWR* 2019:68(2);1-33 .................................................... Appx18475
***(Cont'd in Vol XL)***

### Volume XL
### (Filed Under Seal)

Exhibit 311 to Dykstra Declaration -
"Prevention of Pertussis, Tetanus, and Diphtheria with
Vaccines in the United States: Recommendations of the
Advisory Committee on Immunization Practices,"
*MMWR* 2018:67(2):1-44 .................................................... Appx18516

Exhibit 312 to Dykstra Declaration -
"Updated Recommendations for Use of Tetanus Toxoid,
Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine
(Tdap) in Pregnant Women and Persons Who Have or
Anticipate Having Close Contact with an Infant Aged <12
Months-Advisory Committee on Immunization Practices
(ACIP), 2011," *MMWR* 2011:60(41):1424-1426 ................. Appx18565

# Table of Contents
## (Continued)

Exhibit 313 to Dykstra Declaration -
"Updated Recommendations for the Use of Tetanus Toxoid,
Reduced Diphtheria Toxoid, and Acellular Pertussis Vaccine
(Tdap) in Pregnant Women-Advisory Committee on
Immunization Practices (ACIP), 2012," *MMWR*
2013:62(7):131-135 ............................................................ Appx18569

Exhibit 314 to Dykstra Declaration -
"Immunization in the United States (Chapter 73),"
by Cohn, *et al.*, *Vaccines* 1421-1440 ................................... Appx18575

Exhibit 315 to Dykstra Declaration -
Excerpts from the Expert Report of
Daniel Salmon, Ph.D., MPH ................................................ Appx18596

Exhibit 316 to Dykstra Declaration -
Excerpts from Merck's Supplemental Responses and
Objections to Relators' First Set of Interrogatories,
dated December 12, 2016 .................................................... Appx18608

Exhibit 317 to Dykstra Declaration -
"The Pertussis Problem," by Plotkin, Stanley, *Clinical
Infectious Diseases*, (2014) 58(6): 830-833 ......................... Appx18618

Exhibit 318 to Dykstra Declaration -
"Establishing a Global Vaccine-Development Fund,"
by Plotkin, Stanley, *et al.*, *New England Journal of Medicine*,
(2015) 373:297-300 ............................................................ Appx18623

Exhibit 319 to Dykstra Declaration -
Chapter 11 "Anthrax Vaccines," by Friedlander, Arthur, *et al.*,
*Vaccines* (2018) ................................................................ Appx18628

Exhibit 320 to Dykstra Declaration -
Chapter 38 "Meningococcal Capsular Group A, C, W, and Y
Conjugate Vaccines," by Harrison, Lee, *et al.*,
*Vaccines* (2018) ................................................................ Appx18646

**Table of Contents**
(Continued)

Exhibit 321 to Dykstra Declaration -
Chapter 52 "Rotavirus Vaccines," by Parashar, Umesh, *et al.*,
*Vaccines* (2018) ................................................................... Appx18673

Exhibit 322 to Dykstra Declaration -
Chapter 60 "Tuberculosis Vaccines," by Hanekom, Willem,
*et al.*, *Vaccines* (2018) ......................................................... Appx18694

Exhibit 323 to Dykstra Declaration -
Excerpts from Expert Report of
Gary L. Freed, M.D., MPH .................................................. Appx18714

Exhibit 324 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Gary L. Freed, M.D., MPH, taken October 18, 2018 .......... Appx18718

Exhibit 325 to Dykstra Declaration -
Excerpts from "2012 CDC Summary of
Notifiable Diseases" ............................................................ Appx18721

Exhibit 326 to Dykstra Declaration -
Excerpts from "1977 Annual Summary,"
*MMWR*, Vol. 26, No. 53, September 1978 .......................... Appx18729

Exhibit 327 to Dykstra Declaration -
Excerpts from "1980 Annual Summary,"
*MMWR*, Vol. 29, No. 54, September 1981 .......................... Appx18734

Exhibit 328 to Dykstra Declaration -
Excerpts from "2013 CDC Summary of
Notifiable Diseases" ............................................................ Appx18742

Exhibit 329 to Dykstra Declaration -
Excerpts from "2014 CDC Summary of
Notifiable Diseases" ............................................................ Appx18747

# Table of Contents
## (Continued)

**Page**

Relators' Responses to Merck's Statements of Material Facts in
    Support of Its First and Fourth Summary Judgment Motions
    and Their Corresponding Additional Statement of Material
    Facts, dated November 26, 2019 (Doc. 300) ........................ Appx18751

Declaration of Gary Reilly in Support of Relators' Oppositions to
    Merck's Four Motions for Summary Judgment,
    executed November 26, 2019 (Doc. 300) ............................ Appx18984

    Exhibit 361 to Reilly Declaration -
    Deposition Testimony of Amy Keegan,
    taken April 27, 2017 ............................................................ Appx18996
    *(Cont'd in XLI)*

## Volume XLI
### (Filed Under Seal)

    Exhibit 362 to Reilly Declaration -
    Memorandum titled "Delay of Filing for Optimized
    GOS/HAS-free Diluent for M-M-R®II" with Attachment,
    dated August 28, 2000 (MRK-CHA01593194-9) ................ Appx19070

    Exhibit 363 to Reilly Declaration -
    The Current Manufacturing Target Titer for the Mumps
    Component of Measles, Mumps, and Rubella Virus Vaccine
    Live M-M-R®II (MRK-CHA00576983-93) ....................... Appx19077

    Exhibit 364 to Reilly Declaration -
    Letter from Robert L. McKee, Ph.D. to Carolyn Hardegree,
    M.D., dated December 10, 1998, with Attachment
    (MRK-CHA00756233-55) .................................................. Appx19089

    Exhibit 365 to Reilly Declaration -
    Excerpts from Clinical and Regulatory Review Committee
    Critical Activities, issued August 15, 2001
    (MRK-CHA01724860-25029) ............................................ Appx19113

# **Table of Contents**
## (Continued)

Exhibit 366 to Reilly Declaration -
Excerpts from Clinical and Regulatory Review Committee
Critical Activities, issued March 17, 1999
(MRK-CHA01717354-7508) ............................................... Appx19123

Exhibit 367 to Reilly Declaration -
Table (MRK-CHA00280517) ............................................... Appx19142

Exhibit 368 to Reilly Declaration -
Project Management Regulatory Submissions
Schedule for "All Products," from 01-AUG-2002
(MRK-CHA01726084-7) .................................................... Appx19144

Exhibit 369 to Reilly Declaration -
Email from Hentrietta Ukwu to David W. Blois,
dated October 6, 1998, with Attachment
(MRK-CHA00625837-9) .................................................... Appx19149

Exhibit 370 to Reilly Declaration -
Justification of Mumps Component Frequency
(MRK-CHA00032404-7) .................................................... Appx19153

Exhibit 371 to Reilly Declaration -
Email from Alison L. Fisher, Ph.D. to Mark S. Galinski,
dated March 28, 2005 (MRK-CHA00560317-9) ................. Appx19158

Exhibit 372 to Reilly Declaration -
Email from Bonita M. Stankunas to Amy Keegan,
dated October 1, 2010 (MRK-CHA01470854-6) ................ Appx19162

Exhibit 373 to Reilly Declaration -
Presentation titled M-M-R®II
(MRK-CHA00021133-67) ................................................... Appx19166

Exhibit 374 to Reilly Declaration -
Excerpts from Pediatric Measles, Mumps, Rubella &
Varicella-containing Franchise: Integrated Vaccine T-PAC
Review, dated October 28, 2002
(MRK-CHA00233586-3623) ............................................... Appx19202

**Table of Contents**
(Continued)

Exhibit 375 to Reilly Declaration -
Deposition Testimony of April D. Cohen,
taken January 4, 2018 .......................................................... Appx19211

Exhibit 376 to Reilly Declaration -
Minutes of October 6, 1999 Project Team Meeting,
dated October 8, 1999 (MRK-CHA01899074-86) .............. Appx19276

Exhibit 377 to Reilly Declaration -
Draft Memo re: Clinical and Regulator Review Committee
Meeting Summary-October 8, 2002, dated October 11, 2002
(MRK-CHA01728735-8) ..................................................... Appx19290

Exhibit 378 to Reilly Declaration -
Pediatric Live Virus Vaccine Franchise Review,
dated October 28, 2002 (MRK-CHA00207636-83) ............ Appx19295

Exhibit 379 to Reilly Declaration -
Presentation, produced as "M-M-R II and Priorix Profiles
8_19_11F.ppt" (MRK-CHA00955777) ............................... Appx19344

Exhibit 380 to Reilly Declaration -
Deposition Testimony of Tim Schofield,
taken March 20, 2017 .......................................................... Appx19347

Exhibit 381 to Reilly Declaration -
Memo re: Mumps Stability and Potency Estimations,
dated February 27, 2001 (MRK-CHA01896072-3) ............. Appx19449

Exhibit 382 to Reilly Declaration -
Email from Philip S. Bennett to Cynthia Morrisey,
dated January 18, 2002 (MRK-CHA00094849-50) ............. Appx19452

Exhibit 383 to Reilly Declaration -
*Curriculum Vitae* of Manal Anwar Morsy, M.D., Ph.D., MBA
(MORSY00001-10) ............................................................. Appx19455

**Table of Contents**
(Continued)

Exhibit 384 to Reilly Declaration -
*Curriculum Vitae* of Cynthia F. Morrisey
(MORRISEY_00000001-6) ................................................. Appx19466

Exhibit 385 to Reilly Declaration -
Memo re: Determination of Minimum Release
Specifications for Mumps and Rubella in M-M-R®II,
dated February 9, 2004 (MRK-CHA00722641-2) ............... Appx19473

Exhibit 386 to Reilly Declaration -
Memo re: Determination of Minimum Release Specifications
for Mumps in M-M-R®II, dated November 4, 2004
(MRK-CHA00722667-8) .................................................... Appx19476

Exhibit 387 to Reilly Declaration -
Email from Philip S. Bennett with attachments,
dated December 4, 2012
(MRK-CHA01580006-15) ................................................... Appx19479

Exhibit 388 to Reilly Declaration -
Email from Kimberly A. Duffy to Amy Keegan,
dated December 5, 2012 (MRK-CHA01579943-5) ............. Appx19490

Exhibit 389 to Reilly Declaration -
*Curriculum Vitae* of Amy Keegan
(MRK-CHA02009507-9) .................................................... Appx19494

Exhibit 390 to Reilly Declaration -
Presentation, MMRII Protocol #007 - Mumps End Expiry
study: AIGENT Assay Issues and Impact on Study Criteria,
produced as "6-30 pm Draft 10-04-02 for CRRC-10-08-02
slides.ppt" (MRK-CHA00025831) ...................................... Appx19498
*(Cont'd in Vol LXII)*

**Table of Contents**
**(Continued)**

**Volume LXII**
**(Filed Under Seal)**

Exhibit 391 to Reilly Declaration -
Gulati Deposition Exhibit 14, Select Pages of Supplemental
Biologics License Application, dated June 30, 2004
(MRK-CHA00137854-55 and
MRK-CHA00138585-708) .................................................. Appx19533

Exhibit 392 to Reilly Declaration -
Regulatory Liaison FDA Conversation Record,
dated May 27, 2005 (MRK-CHA00793082-3) .................... Appx19539

Exhibit 393 to Reilly Declaration -
Submission, dated July 13, 2005
(MRK-CHA00141789-906) ................................................. Appx19542

Exhibit 394 to Reilly Declaration -
Deposition Testimony of Dipti Gulati, M.S., D. Phil.,
taken December 5, 2018 ...................................................... Appx19550

Exhibit 395 to Reilly Declaration -
Merck's Biological Stability Program 2001 Annual Stability
Report for M-M-R®II (MRK-CHA01632745-51) .............. Appx19661

Exhibit 396 to Reilly Declaration -
Biological Stability Program 2004 Annual Stability
Report for M-M-R®II (MRK-CHA01632833-8) ................ Appx19669

Exhibit 397 to Reilly Declaration -
Biological Stability Program 2005 Annual Stability
Report for M-M-R®II (MRK-CHA01634117-22) .............. Appx19676

Exhibit 398 to Reilly Declaration -
Biological Stability Program 2008 Annual Stability
Report for M-M-R®II (MRK-CHA01633948-59) .............. Appx19683

**Table of Contents**
(Continued)

Exhibit 399 to Reilly Declaration -
Response to FDA Request for Information,
dated February 28, 2005 (MRK-CHA02078926-7) ............. Appx19696

Exhibit 400 to Reilly Declaration -
Excerpts from Biological Stability Program 2010
Annual Stability Report for M-M-R®II
(MRK-CHA01458201-6) .................................................... Appx19699

Exhibit 401 to Reilly Declaration -
CDC "Mumps Cases and Outbreaks" webpage,
last accessed November 25, 2019 ........................................ Appx19706

Exhibit 402 to Reilly Declaration -
CDC "Mumps Vaccination" webpage, last reviewed
March 28, 2019 .................................................................... Appx19709

Exhibit 403 to Reilly Declaration -
CDC "Mumps Vaccination" webpage, archived as of
May 30, 2012 ...................................................................... Appx19711

Exhibit 404 to Reilly Declaration -
CDC "Mumps Vaccination" webpage, archived as of
December 8, 2009 ................................................................ Appx19714

Exhibit 405 to Reilly Declaration -
Email from Janet Ernst-Gerner to Alan Modlinger,
dated September 23, 2016 (MRK-CHA02008691-4) .......... Appx19717

Exhibit 406 to Reilly Declaration -
Marked M-M-R®II (Measles, Mumps, and Rubella Virus
Vaccine Live) Literature (MRK-CHA02008695-705) ......... Appx19722

Exhibit 407 to Reilly Declaration -
Email from Mark Papania to Barbara Kuter,
dated February 12, 2010 (MRK-CHA00351988-90) ........... Appx19734

# Table of Contents
## (Continued)

Exhibit 408 to Reilly Declaration -
Email from Chester J. Kitchen, dated February 25, 2010
(MRK-CHA00790153-4) .................................................... Appx19738

Exhibit 409 to Reilly Declaration -
Email from Chester J. Kitchen to Scott Porreca,
dated February 26, 2010 (MRK-CHA00791347) ................ Appx19741

Exhibit 410 to Reilly Declaration -
FDA Conversation re; PRIOrix™, measles, mumps &
rubella live, attenuated, viral vaccine BB-IND-7229,
dated December 18, 1997 (GSK-MMR-IND-0047687-9) ... Appx19743

Exhibit 411 to Reilly Declaration -
FDA Conversation re: PRIOrix IND submission,
Clinical Hold, dated October 16, 1997
(GSK-MMR-IND-0047654-6) ........................................... Appx19747

Exhibit 412 to Reilly Declaration -
Extra CDAB Meeting Abstract, dated August 1, 2011
(GSK-MMR-019819-42) ................................................... Appx19751

Exhibit 413 to Reilly Declaration -
Memo re: Minutes of Meeting with CBER on 4/4/01,
dated April 9, 2001 (MRK-CHA00049238-40) .................. Appx19776

Exhibit 414 to Reilly Declaration -
Email from Sally S. Wong to Cathy Hoath,
dated February 26, 2013 (MRK-CHA01556424-8) ............. Appx19780

Exhibit 415 to Reilly Declaration -
Email from Joseph D. Bernardo to Mark J. Stannard,
dated November 30, 2016 (MRK-CHA02101841) ............. Appx19786

Exhibit 416 to Reilly Declaration -
Deposition Testimony of Roberta L. McKee, Ph.D.,
taken March 30, 2017 ........................................................ Appx19788

# Table of Contents
## (Continued)

**Page**

Exhibit 417 to Reilly Declaration -
Vaccine & Biological Stability Protocol for M-M-R®II
(MRK-CHA01714300-8) .................................................... Appx19870

Exhibit 418 to Reilly Declaration -
Excerpts from Biological Stability Program 2000
Annual Stability Report for M-M-R®II
(MRK-CHA01633601-6) .................................................... Appx19880

Exhibit 419 to Reilly Declaration -
Excerpts from Biological Stability Program 2002
Annual Stability Report for M-M-R®II
(MRK-CHA01633529-39) .................................................... Appx19887

Exhibit 420 to Reilly Declaration -
Excerpts from Biological Stability Program 2003
Annual Stability Report for M-M-R®II
(MRK-CHA01632888-95) .................................................... Appx19899

Exhibit 421 to Reilly Declaration -
SOP Active Stability Monitoring of Live Virus Vaccine
Potency Results, effective November 10, 2000
(MRK-CHA00049165-73) .................................................... Appx19908

Exhibit 422 to Reilly Declaration -
SOP Real Time Stability Trend Monitoring, effective
September 21, 2016 (MRK-CHA01714343-54) .................. Appx19918

Exhibit 423 to Reilly Declaration -
Label Claim Compliance of M-M-R®II
(MRK-CHA00322066-73) .................................................... Appx19931

Exhibit 424 to Reilly Declaration -
Proposed New Stabilizer for M-M-R®II,
dated July 12, 2002 (MRK-CHA00239179-99) .................. Appx19940

**Table of Contents**
**(Continued)**

Page

Exhibit 425 to Reilly Declaration -
Clinical and Regulatory Review Committee Agenda,
dated October 8, 2002 (MRK-CHA00780210-65) .............. Appx19962
***(Cont'd in Vol XLIII)***

**Volume XLIII**
**(Filed Under Seal)**

Exhibit 426 to Reilly Declaration -
Analytical Approach for MMR in Japan
(MRK-CHA00719989-20008) ............................................ Appx20019

Exhibit 427 to Reilly Declaration -
Excerpts from Memo re: Mumps neutralizing antibody test vs.
efficacy and effectiveness, dated September 10, 1999
(MRK-CHA00061698-703) ................................................. Appx20040

Exhibit 428 to Reilly Declaration -
Atkinson Deposition Exhibit 2, Letter from Kevin Malone
to Kathleen Hardway, dated July 31, 2018,
and Letter from Robert Redfield to Kathleen Hardway,
dated May 24, 2018 ............................................................ Appx20047

Exhibit 429 to Reilly Declaration -
CDC Publication, Ensuring the Safety of Vaccines in the
United States, last updated July 2011 ................................... Appx20055

Exhibit 430 to Reilly Declaration -
Email from Colleen M. Duffy to Diana DeLong,
dated December 14, 2005 (MRK-CHA00942187-8) ........... Appx20058

Exhibit 431 to Reilly Declaration -
Email from Kevin Agnew to Diana DeLong,
dated March 14, 2014 (MRK-CHA01673057-9) ................. Appx20061

Exhibit 432 to Reilly Declaration -
Letter to CDC Request for Final Proposal to RFP 2014-N-
15784 Consolidated Vaccines for Children Contact,
dated March 7, 2014 (MRK-CHA01655048-93) ................. Appx20065

# Table of Contents
## (Continued)

**Page**

Exhibit 433 to Reilly Declaration -
Email from Diana DeLong to Cindy Rivera,
dated March 13, 2014 (MRK-CHA01656202-3) ................. Appx20112

Exhibit 434 to Reilly Declaration -
FDA Comments on PRN Assay, dated May 9, 2007
(GSK-MMR-IND-0015993-4) ............................................ Appx20115

Exhibit 435 to Reilly Declaration -
Excerpts from Merck Presentation, dated November 10, 2011
(MRK-CHA0002441-681) .................................................... Appx20118

Exhibit 436 to Reilly Declaration -
Letter from Lisa C. Dykstra to CDC and Office of General
Counsel for Department of Health and Human Services,
dated May 18, 2015 (MRK-CHA01374713-20) .................. Appx20121

Exhibit 437 to Reilly Declaration -
Summary of GSK Vaccines development pipeline meeting
with CDC March 8, 2016 (GSK-MMR-0062025-30) ......... Appx20130

Exhibit 438 to Reilly Declaration -
Email from Ouzama Nicholson to Donna Boyce,
dated May 27, 2010 (GSK-MMR-0058532) ....................... Appx20137

Exhibit 439 to Reilly Declaration -
Memo re: Supporting Documents for Stephen Krahling,
dated October 10, 2000 (MRK-CHA00447565-74) ............ Appx20139

Exhibit 440 to Reilly Declaration -
Excerpts from journal of David Krah, M.D.
(MRK-CHA00490081-591) ................................................. Appx20150

Exhibit 441 to Reilly Declaration -
Minutes of August 8, 2001 Project Team Meeting
(MRK-CHA00209441-53) ................................................... Appx20176

# Table of Contents
## (Continued)

Exhibit 442 to Reilly Declaration -
Deposition Testimony of  Thomas McGuire, Ph.D.,
taken July 2, 2018 ................................................................ Appx20190

Exhibit 443 to Reilly Declaration -
National Vaccine Advisory Committee Report,
The National Vaccine Program 2008 State of the
Program Report, dated February 2009.................................. Appx20274

Exhibit 444 to Reilly Declaration -
"National, State, and Local Area Vaccination Coverage
Among Children Aged 19–35 Months — United States, 2012,"
*MMWR* 2013; 62:733-755, dated September 13, 2013 ........ Appx20289

Exhibit 445 to Reilly Declaration -
"Financing Immunizations in the United States," Hinman
*et al.*, *Clinical Infectious Diseases* 2004; 38:1440-6 ........... Appx20314

Exhibit 446 to Reilly Declaration -
"Program Review, National Immunization Survey (NIS) and
State and Local Area Integrated Telephone Survey (SLAITS),"
dated November 27-28, 2007 ............................................... Appx20322

Exhibit 447 to Reilly Declaration -
"About VFC" webpage ........................................................ Appx20344

Exhibit 448 to Reilly Declaration -
"Medicaid Program; Charges for Vaccine Administration
Under the Vaccines for Children Program,"
Federal Register Volume 59, Issue 190
(October 3, 1994) ............................................................... Appx20347

Exhibit 449 to Reilly Declaration -
Deposition Testimony of Michele Taylor,
taken May 9, 2017 .............................................................. Appx20360

**Table of Contents**
**(Continued)**

Page

Defendant Merck's Response to Relators' Additional Statement of
    Material Facts in Connection with Defendant's First and Fourth
    Summary Judgment Motions, dated December 20, 2019
    (Doc. 311) ........................................................................... Appx20427

Defendant Merck's Response to Relators' Additional Statement of
    Material Facts in Connection with Defendant's First and Fourth
    Summary Judgment Motions, dated December 20, 2019
    (Doc. 314) ........................................................................... Appx20486
    *(Cont'd in Vol XLIV)*

**Volume XLIV**
**(Filed Under Seal)**

Declaration of Lisa C. Dykstra in Support of Defendant's
    Replies and Response to Motions for Summary Judgment,
    executed December 20, 2019 (Doc. 315) ............................. Appx20545

    Exhibit 330 to Dykstra Declaration -
    Excerpts from the Deposition Testimony of Amy Keegan,
    taken February 9, 2018 ...................................................... Appx20552

    Exhibit 331 to Dykstra Declaration -
    Email from Paul Lanzetta to Thomas Romanus
    and John Comonitski, dated August 19, 2011
    (MRK-KRA00955764-955765) .......................................... Appx20555

    Exhibit 332 to Dykstra Declaration -
    Excerpts from Deposition Testimony of Cynthia Morrisey,
    taken July 27, 2017 ........................................................... Appx20558

    Exhibit 333 to Dykstra Declaration -
    Table of Contents for Information Submitted with Merck's
    BLA for the replacement of Human Serum Albumin with
    Recombinant Albumin (MRK-KRA00137827-137828) ..... Appx20562

    Exhibit 334 to Dykstra Declaration -
    FDA's Draft Guidance for Industry Stability Testing of
    Drug Substances and Drug Products (June 8, 1998) ........... Appx20565

**Table of Contents**
**(Continued)**

Page

Exhibit 335 to Dykstra Declaration -
WHO's Draft Guidelines on Stability Evaluation of
Vaccines, Expert Committee on Biological Standardization
(October 23-27, 2006) ......................................................... Appx20662

Exhibit 336 to Dykstra Declaration -
Biological Stability Program 1999 Annual Stability
Report for M-M-R®II (MRK-KRA01632656-86) .............. Appx20691

Exhibit 337 to Dykstra Declaration -
Biological Stability Program 2000 Annual Stability
Report for M-M-R®II (MRK-KRA01633601-29) .............. Appx20723

Exhibit 338 to Dykstra Declaration -
Biological Stability Program 2001 Annual Stability
Report for M-M-R®II (MRK-KRA01632745-822) ............ Appx20753

Exhibit 339 to Dykstra Declaration -
Biological Stability Program 2002 Annual Stability
Report for M-M-R®II (MRK-KRA01633529-600) ............ Appx20832

Exhibit 340 to Dykstra Declaration -
Biological Stability Program Annual 2003 Stability
Report for M-M-R®II (MRK-KRA01632888-945) ............ Appx20905

Exhibit 341 to Dykstra Declaration -
Biological Stability Program 2004 Annual Stability
Report for M-M-R®II (MRK-KRA01632833-68) .............. Appx20964

**Volume XLV**
**(Filed Under Seal)**

Exhibit 342 to Dykstra Declaration -
Biological Stability Program 2005 Annual Stability
Report for M-M-R®II (MRK-KRA01633267-99) .............. Appx21001

Exhibit 343 to Dykstra Declaration -
M-M-R®II Stability Data Summary for the 2006
Annual Stability Report (MRK-KRA0163946-83) ............. Appx21035

# Table of Contents
## (Continued)

Exhibit 344 to Dykstra Declaration -
M-M-R®II Stability Data Summary for the 2007
Annual Stability Report (MRK-KRA01633723-31) ........... Appx21074

Exhibit 345 to Dykstra Declaration -
CDC's Nationally Notifiable Infectious Diseases and
Conditions, United States: Weekly Tables, Table 1y
(October 2019) .................................................................... Appx21084

Exhibit 346 to Dykstra Declaration -
CDC's Nationally Notifiable Infectious Diseases and
Conditions, United States: Weekly Tables, Table 1z
(October 2019) .................................................................... Appx21088

Exhibit 347 to Dykstra Declaration -
CDC's Nationally Notifiable Infectious Diseases and
Conditions, United States: Weekly Tables, Table 1kk
(October 2019) .................................................................... Appx21092

Exhibit 348 to Dykstra Declaration -
"An Assessment of Mumps Vaccine Effectiveness by Dose
during an Outbreak in Canada," by Deeks, Shelley, *et al.*,
*CMAJ*, 183(9) (June 14, 2011) ........................................... Appx21096

Exhibit 349 to Dykstra Declaration -
"Mumps Vaccine Effectiveness and Risk Factors for Disease
in Households during an Outbreak in New York City,"
by Livingston, Kara, *et al.*, Vaccine 32; 369-374 (2014) ..... Appx21104

Exhibit 350 to Dykstra Declaration -
"A Large Outbreak of Mumps in the Postvaccine Era,"
by Wharton, Melinda, *et al.*, *Journal of Infectious Diseases*,
Vol. 158, No. 6 (December 1988) ........................................ Appx21111

Exhibit 351 to Dykstra Declaration -
"Persistence of Mumps Antibodies after 2 Doses of
Measles-Mumps-Rubella Vaccine," by LeBaron, Charles,
*et al.*, *Journal of Infectious Diseases*, 2009:199
(February 15, 2009) ........................................................... Appx21120

**Table of Contents**
(Continued)

Exhibit 352 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Keith Chirgwin, M.D., taken January 26, 2017 ................... Appx21130

Exhibit 353 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Barbara Kuter, Ph.D., taken December 14, 2016 ................. Appx21137

Exhibit 354 to Dykstra Declaration -
Letter from Manal Morsy, M.D., Ph.D. to Luba Vujcic,
dated March 9, 2000 (MRK-KRA00020409-20410) ........... Appx21141

Exhibit 355 to Dykstra Declaration -
Memorandum from R. Wolchko with the subject "Bridging
Study of the Mumps Legacy ELISA" and "Mumps
'Wild Type' IgG ELISA," dated February 23, 2001
(MRK-KRA00561875-561885) ........................................... Appx21144

Exhibit 356 to Dykstra Declaration -
*Curriculum Vitae* of Emilio Emini, Ph.D. (January 2016)
(EMINI 00001-22) .............................................................. Appx21156

Exhibit 357 to Dykstra Declaration -
General Correspondence to FDA, dated April 23, 2002
(MRK-KRA00000548-553) ................................................. Appx21179

Exhibit 358 to Dykstra Declaration -
"Mumps Epidemiology and Immunity-The Anatomy of a
Modern Epidemic," by Anderson, Larry, *et al.*,
*Pediatric Infectious Disease Journal*, Vol. 27, No. 10
(October 2008) ................................................................... Appx21186

Exhibit 359 to Dykstra Declaration -
IID-1.5 "Reduce cases of mumps (U.S. acquired cases),"
Healthy People 2020 .......................................................... Appx21192

# Table of Contents
## (Continued)

**Page**

Defendant's Response to the United States' Statement of
Interest in Response to the Parties' Summary Judgment
Briefing, dated January 18, 2021 (Doc. 323)...................... Appx21194

Defendant Merck's Reply to Relators' Response Regarding
the United States' Statement of Interest (Doc. 328) .......... Appx21206

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 478

1 were instances where the counts were changed
2 because of them consulting you in that
3 fashion?
4     A.    I don't recall cases of that.
5     Q.    So that didn't happen?
6     A.    I can't say that it didn't
7 happen. I don't recall any cases where it did
8 happen.
9     Q.    So after the counts were marked
10 on the plate, then that number was transcribed
11 into what you called a notebook page or
12 spreadsheet. Is that correct?
13     A.    I described it as a notebook
14 page because I'm thinking -- in the
15 spreadsheet in my mind, I'm thinking of the
16 Excel spreadsheet for that. This is -- the
17 notebook page is basically a page with a list
18 of plate -- a plate code, a space for numbers
19 of plaques, three separate cells or spots to
20 put the plaque counts. So it's basically like
21 a page with blank spaces in which the plaque
22 counts could then be transcribed.
23     Q.    So that was the first place of
24 recording plaque counts after it was recorded
25 on the cell plate?

Page 479

1     A.    Yes.
2     Q.    You called that a notebook page?
3     A.    I called it a notebook page. I
4 don't know if that's the official description.
5 But that's -- it's a page that was included in
6 the full assay documentation, but I did refer
7 to it as a notebook page.
8     Q.    Was it also referred to as a
9 counting sheet?
10     A.    I believe, yeah, there were --
11 yes.
12     Q.    And then the next -- after it
13 was entered into the notebook page or the
14 counting sheet, which you're saying is the
15 same, it was then entered into an Excel
16 spreadsheet?
17     A.    Yes.
18     Q.    This is for the interim analysis.
19 Correct?
20     A.    This is for any assay, any of
21 the AIGENT assays.
22     Q.    And then the Excel spreadsheet
23 performed calculations in terms of percent
24 mock and whether it was a positive or negative
25 neutralization?

Page 480

1     A.    It calculated or had a column
2 that indicated a percent of mock. It was a
3 manual interpretation, meaning an operator
4 would go through and look at the results to
5 decide whether it was positive or negative
6 neutralization.
7     Q.    And you were the operator that
8 you're referring to?
9         MR. SANGIAMO: Object to the
10    form.
11         THE WITNESS: Multiple people in
12    the lab did that interpretation.
13 BY MR. SCHNELL:
14     Q.    Was it the counters that did it?
15         MR. SANGIAMO: Object to the
16    form.
17         THE WITNESS: Not in every case.
18 BY MR. SCHNELL:
19     Q.    So some cases the counters would
20 calculate whether or not their counts led to a
21 positive or a negative neutralization and in
22 other instances it was individuals other than
23 the counters?
24     A.    There are cases where -- so the
25 assays would be counted depending on

Page 481

1 availability of the people, what else they
2 were doing, that person may then enter the
3 information in the spreadsheet or they may
4 give that counting sheet to another person to
5 enter into a spreadsheet. The interpretation
6 results could then be the person who entered
7 the spreadsheet or it could be another person.
8 It wasn't -- all the steps weren't done by the
9 same people for a given assay.
10     Q.    Sometimes it involved the
11 counters, sometimes it involved you and
12 sometimes it involved someone else. Correct?
13     A.    As far as entering into the
14 spreadsheet and interpreting the results to
15 determine neutralization titers, yes.
16     Q.    Why was that part of the
17 counting process?
18     A.    Sorry, what part?
19     Q.    Why was the analysis of the data
20 to determine positive and negative
21 neutralization part of the counting process?
22         MR. SANGIAMO: Object to the
23    form.
24         THE WITNESS: I don't know if
25    I -- I wouldn't characterize it as part

21 (Pages 478 - 481)

Veritext Legal Solutions
www.veritext.com
212-279-9424          212-490-3430

Appx5001

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 482

1      of the counting process, but it's part
2      of the process from having the counts
3      to the final results.
4      BY MR. SCHNELL:
5          Q.    The final results being?
6          A.    The titers for the samples.
7          Q.    And that was the responsibility
8      of your lab?
9          A.    The responsibility of our lab
10     was to run the assay and report the serum
11     titers.
12         Q.    Okay.  And so after the
13     calculations were made on the spreadsheet,
14     then titers were assigned?
15         A.    By interpreting the results in
16     this spreadsheet, we would identify the
17     highest solution that was given, 50 percent or
18     higher neutralization, and then identify the
19     serum dilution that corresponded to, which
20     would, in turn, identify the titer.
21         Q.    That would be entered into the
22     same Excel spreadsheet.  Correct?
23         A.    That was written -- it was
24     written on the spreadsheet.  I don't recall
25     that it was entered into the spreadsheet, the

Page 483

1      electronic spreadsheet, but in some cases I
2      recall it being written in the margins of the
3      spreadsheet.
4          Q.    In terms of what you testified
5      to earlier with regard to you and Dr. Emini
6      reviewing the data for accuracy, was it the
7      counting sheets that you looked at or was it
8      the spreadsheet that you looked at?  Was it
9      both or was it neither?
10         A.    I recall when taking the full
11     notebooks, they included all of those, the
12     counting sheet and the spreadsheet.  The data
13     that I recall reviewing with them, as best I
14     can recall, were the -- was the spreadsheet.
15     It does not exclude that at some point we
16     looked at the raw data and the counting
17     sheets, but the data that I recall him
18     reviewing with me were the Excel spreadsheets.
19         Q.    And then if it was determined by
20     either you or Dr. Emini that something raised
21     a question, and I'm referring to the four
22     criteria you identified previously, then am I
23     correct that the process would be that you
24     would go back to the counter, tell the counter
25     which sample raised a question, sometimes tell

Page 484

1      them what that question was and then direct
2      them to do a recount?
3          MR. SANGIAMO:  Object to the
4      form.
5          THE WITNESS:  I can't say in
6      every case I went back to the original
7      counter.  For example, if the original
8      counter was busy, I might have checked
9      the count but the -- for those where I
10     did go back to the original counter, as
11     best I can recall, I would say that
12     there's a question about the counts for
13     this plate or these particular wells,
14     can you please check them, see if you
15     agree that there is a change or not.
16     If you agree that your original counts
17     are accurate, leave them as they are.
18     If there is a correction, to put in the
19     correction.
20     BY MR. SCHNELL:
21         Q.    And sometimes you would tell
22     them you missed some counts, look at this
23     again.  Correct?
24         MR. SANGIAMO:  Object to the
25     form.

Page 485

1          THE WITNESS:  I don't -- I
2      recall at least in one case saying I
3      looked at the plate, I see some plaques
4      that it looks like you missed.  I
5      didn't say how many.  Whether I, in all
6      cases, told the counter if I see
7      something that doesn't look like a
8      plaque or it looks like you missed
9      plaques, I don't recall.
10     BY MR. SCHNELL:
11         Q.    And then if they did the recount
12     and found that there was a change that -- to
13     be made, they would go back to the notebook
14     page or counting sheet, as we're calling it,
15     and they would cross out the original count
16     and they would write in the new count and then
17     they'd sign it and date it?
18         A.    Typically at a minimum initial
19     and date it.  I don't know if it was full
20     signature, but initial and date it typically.
21         Q.    And then they would go back to
22     the Excel spreadsheet and overwrite what was
23     in the spreadsheet?
24         A.    Yes.
25         Q.    So the spreadsheet wouldn't

22 (Pages 482 - 485)

Page 486

1  reflect the changes, only the counting sheets
2  would.  Correct?
3      A.    That's correct.
4      Q.    And the counting sheets never
5  had changes on them that weren't indicated.
6  Correct?
7          MR. SANGIAMO:  Object to the
8      form.
9          THE WITNESS:  The counting
10     sheets reflected accurately the first
11     whatever the count was that was -- the
12     count from the plates.
13 BY MR. SCHNELL:
14     Q.    And you're 100 percent certain
15 that every counting sheet had the original
16 counts done on the assay on plate the very
17 first time.  Correct?
18     A.    I don't have any -- yes.  I
19 don't have any evidence to the contrary or
20 understanding to the contrary.  I didn't look
21 at every person running every assay, but I
22 have no expectation of it.
23     Q.    Because that's what you directed
24 your staff to do?
25     A.    To count the plaques and -- what

Page 487

1  I directed the staff was to count the plaques,
2  transcribe the results from the plate onto the
3  counting sheet.
4      Q.    And then what happened to the
5  cell plate after this process was complete?
6      A.    My understanding, we had a
7  quality assurance group that would review the
8  data, review the entire assay packet which
9  included the cover page, notebook page that
10 describes the assay or a brief narrative of
11 the assay purpose, and then there are multiple
12 attachments including a serum code for what
13 sera were part of the assay.  I don't recall
14 all the attachments that are part of it, but
15 they would include the counting sheet, the
16 Excel spreadsheet.  As best I can recall, a --
17 for the first time I'm not recalling with
18 clarity whether we included a -- the data were
19 eventually put into a database.  I don't
20 recall if that information from the database
21 printout was included as part of the assay
22 packet.  At any rate, the assay packet was
23 reviewed by quality assurance.  Once that
24 review was completed, my understanding was
25 that those plates were no longer needed.  The

Page 488

1  plaque counts on the counting sheet served as
2  a primary data source, and in some cases
3  assays were then discarded after the QA audit
4  was completed.
5      Q.    So the quality assurance group,
6  did they actually go back to the assay plates
7  and double check the counts?
8      A.    Not to my knowledge.
9      Q.    So they only checked to make
10 sure that the transcription that occurred at
11 plaque counts was free of error.  Correct?
12     A.    There were multiple things that
13 are part of the review.  I don't know all the
14 parts of the review, but as far as I know,
15 they did not go back, to my understanding, to
16 the original plates.
17     Q.    So the quality assurance group
18 played no role in ensuring the quality of the
19 original counts.  Correct?
20     A.    To the best of my understanding,
21 they did not serve a role in verifying the
22 transcription of the plaque counts from the
23 plate onto the counting sheet.
24     Q.    Once the quality assurance group
25 was complete or was finished with their task,

Page 489

1  then you said that the assay plates were
2  discarded?
3      A.    My -- not all of them were, but
4  some were.
5      Q.    And who decided which were to be
6  thrown out and which were to be maintained?
7      A.    As best I can recall, when the
8  quality group indicated they were done, they
9  said we are done with the review of these
10 assays, Leah Gottlieb, who is our local
11 quality person, indicated that the plates
12 could be discarded.  That doesn't mean that
13 that day I went and discarded those plates.
14 We would -- could get or discard them one at a
15 time or like we have a large number of assays
16 that are completed, we need to free up room in
17 our incubators, we would have potentially
18 discarded blocks of assays at one time.
19     Q.    And who within your lab was
20 responsible for discarding the assay plates?
21     A.    I would say my -- I was
22 responsible for identifying which assays for
23 which the review was completed.  As far as who
24 was responsible for the physical discarding, I
25 don't recall, but I would identify which ones

23 (Pages 486 - 489)

**Appx5003**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 490

1 were not needed further and could be discarded.
2 Q. Did you discard yourself any of
3 the assay plates?
4 A. I recall at least in some cases
5 discarding, yes, assay plates.
6 Q. How did you go about doing it?
7 A. The plates, once verification
8 matching up that the plates that we were
9 planning to discard were ones that the QA
10 audit was completed for, would place the plate
11 in an autoclave bag, which is part of our
12 normal laboratory disposal process.
13 Q. Is that a type of incinerator?
14 A. No.
15 Q. What's an autoclave?
16 A. It's a steam sterilizer.
17 Q. So what happens when you put the
18 plates in a bag in the autoclave?
19 A. It basically sterilizes them.
20 Q. So it eliminates any ability to
21 count how many plaques were on that assay?
22 A. No.
23 Q. You can go back and count them?
24 A. One could. The heat distorts
25 the plates a little bit so there's some

Page 491

1 potential warping of the plates. But that
2 heat treatment by itself I would not expect to
3 destroy the plaques.
4 Q. So if you wanted today to go
5 back and double check all of the plaque counts
6 that were made, you have those plates?
7 MR. SANGIAMO: Object to the
8 form.
9 THE WITNESS: We have --
10 there's -- there are plates that we
11 still have from that testing. It's not
12 all of the assays.
13 BY MR. SCHNELL:
14 Q. Where are the rest?
15 A. Some were discarded for which --
16 when the QA audit was completed.
17 Q. But you just said discarded
18 doesn't mean you can't read them.
19 MR. SANGIAMO: Objection.
20 BY MR. SCHNELL:
21 Q. I'm not sure what you mean by
22 "discarded." When you say "discarded," do you
23 mean destroyed?
24 A. Discarded is a process that
25 ultimately leads to destruction. The first

Page 492

1 step is the autoclaving. Then that material,
2 those are then placed, removed from the lab
3 and then eventually they become -- they're
4 discarded. I don't know Merck's process for
5 discarding.
6 Q. So anything that entered the
7 autoclave was ultimately discarded?
8 A. It was on the path of discarding
9 and then eventually it was discarded.
10 Q. So with the interim analysis,
11 were all the assay plates that were part of
12 that analysis since discarded?
13 A. I don't recall. We made an
14 inventory of plates that we had or have, but I
15 don't recall whether the interim analysis was
16 among those.
17 Q. Well, the process, if I
18 understand it correctly, was that once quality
19 assurance completed their audit, then those
20 plates would be discarded. Right?
21 MR. SANGIAMO: Object to the
22 form.
23 THE WITNESS: They're eligible
24 for discarding. It doesn't mean that
25 day or that week we discarded them. We

Page 493

1 may, since we're doing other work, we
2 may -- we're not in a -- I'm trying to
3 discard the plates as soon as the audit
4 is done, but we may wait until we have
5 a large stack of the plates and then
6 say that we're going to discard a block
7 of them at a time.
8 BY MR. SCHNELL:
9 Q. So did I miss anything -- this
10 is now about the interim analysis. Did I miss
11 anything in terms of the original plate
12 counting all the way through the entering on
13 the various documents or spreadsheets, to
14 quality assurance, to ultimate discard of the
15 assay, is there anything along that path that
16 we haven't discussed?
17 MR. SANGIAMO: Object to the
18 form.
19 THE WITNESS: The best of my
20 knowledge, I tried to highlight the key
21 steps, or I can't say that every detail
22 of all the steps that was included.
23 BY MR. SCHNELL:
24 Q. Now, was this plaque counting
25 process something that you derived?

24 (Pages 490 - 493)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 494

1    A.    Me personally?
2    Q.    Yes.
3    A.    No.
4    Q.    Who derived it?
5         MR. SANGIAMO:  Object to the
6    form.
7         THE WITNESS:  It's a -- I'm
8    sorry.  Clarify the plaque counting
9    process meaning the checks or the
10   counting itself?
11   BY MR. SCHNELL:
12   Q.    The steps, the flow that we just
13   went through.  Do you want me to go through it
14   again so it's clear?
15        MR. SANGIAMO:  Same objection.
16        THE WITNESS:  So it's a flow or
17   the assay itself was developed largely
18   by myself and Mary Yagodich.  The flow
19   of the assay was -- for example, the
20   flow of the plaque counting and
21   entering --
22        MR. SANGIAMO:  You can continue
23   with your answer.
24        THE WITNESS:  -- entering into
25   the spreadsheet was used in Protocol

Page 495

1    006.  So the QA audit part came in with
2    input from QA as to what that flow
3    involved.  So the flow of running the
4    assays, entering the counts, entering
5    the data into the spreadsheet, is
6    something we used for many other
7    projects.  Whether I was the originator
8    of that, I can't say, but it's
9    something that we had used for multiple
10   applications.
11   BY MR. SCHNELL:
12   Q.    What other applications did you
13   use it for?
14   A.    Routine plaque assays.  For
15   example, for measles, mumps, rubella,
16   varicella, rotavirus.
17   Q.    Was it written down?
18        MR. SANGIAMO:  Object to the
19   form.
20        THE WITNESS:  I don't recall if
21   those specific steps were detailed in
22   the SOP or not.  They may have been, I
23   just don't recall.
24   BY MR. SCHNELL:
25   Q.    Was it GMP compliant?

Page 496

1         MR. SANGIAMO:  Object to the
2    form.
3         THE WITNESS:  My understanding --
4    well, I can't say with certainty.  I
5    don't have -- there was a later
6    assessment of the laboratory as far as
7    being GMP compliant, but whether the
8    steps we were doing at the time were
9    GMP compliant, I can't say with
10   certainty with one caveat, that from a
11   later FDA inspection, the cross outs,
12   without a documented reason for the
13   cross outs and plaque changes, were
14   viewed as not compliant with GMP.
15   BY MR. SCHNELL:
16   Q.    Was it viewed as not compliant
17   with GCP also?
18        MR. SANGIAMO:  Object to the
19   form.
20        THE WITNESS:  I don't know.
21   BY MR. SCHNELL:
22   Q.    You know what I mean by GMP and
23   GCP?
24   A.    I'm familiar with CGMP.  GCP I'm
25   not familiar with.

Page 497

1    Q.    What about the discarding of
2    plates, was that GMP compliant?
3    A.    From my understanding, yes.
4    Q.    What's that understanding based
5    on?
6    A.    Consulting with other groups at
7    Merck including the manufacturing division
8    where they run potency assays and plaque
9    plates are discarded.
10   Q.    So before you discarded any
11   plates, you checked and got confirmation from
12   that group that it was okay to throw out the
13   plates?
14        MR. SANGIAMO:  Object to the
15   form.
16        THE WITNESS:  It was not checked
17   beforehand.  It was verified in
18   follow-up discussions with them.
19   BY MR. SCHNELL:
20   Q.    With whom was it -- did you
21   confirm it?
22   A.    I don't recall the specifics.
23   Q.    Which group were they in?
24   A.    The varicella group was one of
25   them.

25 (Pages 494 - 497)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 498

1    Q.    Was it a man or a woman?
2    A.    That, I don't recall.
3    Q.    This was an oral conversation or
4  in writing?
5    A.    As best I can recall, it was an
6  oral conversation.
7    Q.    By phone or in person?
8    A.    As best I recall by phone.
9    Q.    So let's move now to beyond the
10  interim analysis.  Did you have a name for the
11  second two-thirds of the AIGENT testing?
12    A.    We didn't have an official name.
13  I guess I can refer to it as the balance of
14  the testing.  I don't know if there was an
15  official name for it.
16    Q.    The interim analysis involved
17  roughly a third of the test subjects.  Is that
18  correct?
19    A.    As best I recall, it was
20  approximately a third of the total number of
21  patients enrolled with equal distribution of
22  the three vaccine groups in that third.
23    Q.    And you were done with the
24  interim testing by the first quarter of 2001.
25  Correct?

Page 499

1    A.    As best I can recall, that was
2  approximately the time frame when we were done
3  that interim -- our part of the interim
4  testing.
5    Q.    And then when did -- did you
6  commence the balance of the testing after you
7  had completed the interim testing?
8    A.    Yes.
9    Q.    And did you commence the balance
10  of the testing after you had done your
11  analysis of the interim testing results?
12    MR. SANGIAMO:  Object to the
13  form.
14    THE WITNESS:  I don't recall the
15  dates when the interim analysis result
16  was finalized and when we began
17  complete testing for the balance of the
18  set.
19  BY MR. SCHNELL:
20    Q.    Is it fair to say that the bulk
21  of the balance of the testing, if not all of
22  the testing, was done after the interim
23  testing results had been analyzed?
24    MR. SANGIAMO:  Object to the
25  form.

Page 500

1    THE WITNESS:  I can't say with
2  certainty.  Expectation that would be
3  the case, but I don't have a
4  recollection of the dates.
5  BY MR. SCHNELL:
6    Q.    So the testing of the balance of
7  the samples commenced sometime after the first
8  quarter of 2001.  Correct?
9    A.    That's -- yeah, the best of my
10  recollection, it was after the first quarter.
11    Q.    And when was it completed?
12    A.    As best I can recall, sometime
13  in 2002.
14    Q.    Do you know when in 2002?
15    A.    No, I don't remember.
16    Q.    So now I want to go through the
17  same flow of the counting process that we just
18  did for the interim analysis but for the
19  balance of the testing.  So tell me if it
20  differed in any way.
21    A.    So the counting did not differ,
22  the counting of the plates.  Then transcribing
23  onto the counting sheet did not differ.
24  Transcription of the plaque counts from the
25  counting sheet into the workbook, the

Page 501

1  transcription did not differ but it was a
2  different workbook, meaning that in the first
3  third we had an Excel spreadsheet which was,
4  for want of a better description, a generic
5  Excel spreadsheet.  For the balance of the
6  testing, another group provided a workbook
7  that had -- was set up as a template with
8  prepopulated cells, including serum dilution,
9  a plate code or plate number.  And then would
10  automatically calculate average number of
11  plaques, a percent of mock and then having --
12  I'll say by flags, I don't recall if flags are
13  just a color flag or an actual set of words,
14  samples or dilutions that triggered certain
15  criteria; for example, extra variability for
16  the three replicate wells in a dilution; an
17  invalid dilution.  There were some other
18  descriptions there.  Those are two at least
19  that come to mind.
20    The data from the workbook, as
21  best I can -- from the workbook from the --
22  the balance of the testing, as best I can
23  recall, I can't recall with certainty, but as
24  best I can recall, I believe it had a column
25  that included the titer, meaning that for the

26 (Pages 498 - 501)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 502

1 first third we mainly looked through the data
2 and assigned a titer manually going through
3 and saying what's the highest solution test
4 that provides 50 percent or more
5 neutralization. The workbook for the balance
6 of the testing, as best I can recall, actually
7 calculated or identified a titer.
8    Q.   So to understand the process for
9 the balance, the same as the interim analysis
10 with regard to the counter looking at the
11 plate and then marking on the plate with a
12 magic marker the plaques that they counted.
13 Correct?
14    A.   Yes.
15    Q.   And then like the interim
16 analysis and the balance of the testing, they
17 would then write the count on a counting
18 sheet. Correct?
19    A.   Yes.
20    Q.   And then instead of those
21 numbers then being transcribed onto an Excel
22 spreadsheet where manual calculations were
23 made, they were entered into a workbook where
24 the same calculations were automatically
25 tabulated. Is that correct?

Page 503

1        MR. SANGIAMO: Object to the
2    form.
3        THE WITNESS: As best -- it was
4    a different -- it was -- for the
5    balance of the testing it was a
6    different -- it was a spreadsheet with
7    prepopulated calculations. And as best
8    I can recall, it would do some -- it
9    would do some number of calculations,
10   for example, average number of
11   replicate plates, percent of mock, and
12   best I recall the titer for the serum.
13 BY MR. SCHNELL:
14    Q.   It would also calculate positive
15 or negative neutralizations. Correct?
16    A.   I don't -- that, I don't recall.
17    Q.   And what you're describing,
18 that's the workbook that you're using, the
19 term. Right?
20    A.   That's the -- what I was
21 referring to in that latter description is the
22 workbook that, as best I recall, the
23 biometrics group prepared for us.
24    Q.   Now, were you still -- like you
25 were with the interim analysis, were you still

Page 504

1 looking at the counting sheets as they were
2 being prepared?
3        MR. SANGIAMO: Object to the
4    form.
5        THE WITNESS: I don't -- in the
6    first third in the balance of the
7    testing what was being looked at were
8    the spread -- the work -- Excel
9    spreadsheet or the workbook. I
10   don't -- I would not say that the
11   counting sheets themselves were being
12   looked at.
13 BY MR. SCHNELL:
14    Q.   Are you talking about the
15 balance?
16    A.   The review of the data to
17 identify, for example, the single positive
18 dilution was on the Excel spreadsheet, not the
19 counting -- done with the Excel spreadsheet,
20 not the counting sheet.
21    Q.   So in the balance of the
22 testing, were you still looking at the results
23 as they came out in the workbook?
24    A.   In the workbook, yes.
25    Q.   And was Dr. Emini also looking

Page 505

1 at the workbook as the results came out?
2    A.   I don't recall for the balance
3 of the testing Emilio looking at the results.
4    Q.   So you don't recall one way or
5 the other, is that what you're saying?
6    A.   I don't have a recollection of
7 him looking at them.
8    Q.   And when you looked at these
9 results, did you undertake the same process
10 that you did for the interim analysis which is
11 where you saw some -- which was if you saw
12 something that made you question the accuracy
13 of the count, you would then go back to the
14 counter and tell them to recount?
15    A.   The first part to that, the
16 workbook had flags that would identify some of
17 the conditions that we identified in the
18 validation plan and from our earlier testing,
19 for example, single positive dilution or extra
20 variability. So just to point out that the
21 workbook would highlight samples that looked
22 unexpected or unusual. In other words, in the
23 first third we were doing that manually. So
24 it was more automated for the validated -- I'm
25 sorry, the balance of the testing.

27 (Pages 502 - 505)

**Appx5007**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 506

1    Q.   And how did the counter come to
2 learn that their counts were being identified
3 in the workbook as questionable?
4    A.   As best I can recall, for ones
5 the original counter was checking, I would say
6 there's a question about this particular plate
7 or these dilutions, could they verify the
8 plaque counts.
9    Q.   So it was still largely you
10 going back to the counter and identifying the
11 question with regard to their counts?
12    A.   In some cases I was --
13 eventually, as best I can recall, I was the
14 one relaying that information to the counters.
15 Another person in our quality group, Leah
16 Gottlieb, was going through the workbooks and
17 helping to identify samples for the balance of
18 the testing that had these flags for extra
19 variability or single positive dilution, then
20 relay that to me. I would then relay that to
21 the lab members. So it -- ultimately it was
22 me who would typically relay that information
23 to the lab staff.
24    Q.   In terms of the flags that you
25 described on this workbook, were they flagging

Page 507

1 the same criteria that you identified as
2 raising questions with you on the interim
3 analysis, that being positive neutralization
4 at a single dilution, erratic neutralization,
5 plaques in unaffected cell control and
6 pre-positives, post-negatives?
7    A.   I don't recall the specific -- I
8 recall examples of flags that the workbook was
9 capturing. I don't recall with certainty
10 whether all of those flags matched up with
11 observations we were having from the first
12 third of the testing.
13    Q.   Which do you recall?
14    A.   The ones for -- not remembering
15 was one of the -- the one I was thinking of
16 was the single positive dilution. But I don't
17 recall that that was -- if that was a flag, if
18 the workbook was flagging that. I can't say
19 with certainty which ones, which of the flags,
20 which flags matched observations or rationales
21 for checks for the first third.
22    Q.   You can't remember any?
23    A.   I don't recall specifically
24 what is -- what was flagged or what the flags
25 were.

Page 508

1    Q.   And then in terms of what
2 happened after the workbook entries, did it
3 then go to quality assurance if there were any
4 recounts -- okay. I'm sorry, take that back.
5    So if you directed one of your
6 staff to recount, and they did and had a
7 change, would those changes be recorded in the
8 same manner on the counting sheets as they
9 were for the interim analysis?
10    A.   Yes. The result would be
11 counted, there were -- I know or I'm aware of
12 at least two exceptions to what I'm about to
13 say. The majority of the cases, the person
14 would cross out the original result, write in
15 the corrected result, initial, and date it,
16 then put that number into the -- that revised
17 number into the spreadsheet. The two
18 exceptions I'm thinking of, there was one case
19 where in two assays that I recall, there was a
20 large number of samples that were given
21 erratic neutralization. In rechecking the
22 plaque counts, it was noted that the plaque
23 counts were quite consistently -- or
24 consistently not accurate. So in those cases,
25 what was done originally was to -- I recounted

Page 509

1 the entire assay and used those data in place
2 of the original data. What we wound up doing
3 was go back eventually to the original entries
4 and use those and ignore the recounting. I
5 give that as an example where at least --
6 where two assays were identified as having
7 consistent and extreme plaque count
8 differences from what looked like they were
9 accurate. And instead of correcting
10 individual counts, the entire assay was
11 recounted.
12    Q.   Who came up with the idea of
13 replacing the Excel spreadsheet that was used
14 on the interim analysis with the workbook that
15 was used at the balance of the testing?
16    A.   I don't know who the original --
17 I can't say who the original idea came from.
18 I can't say that -- I think Joe Antonello in
19 our statistics group was someone who I had --
20 had discussed with me that that was available
21 for us to use.
22    Q.   But you didn't come up with the
23 idea of switching from an Excel spreadsheet to
24 a workbook, did you?
25    A.   Not that I recall.

28 (Pages 506 - 509)

**Appx5008**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 510

1    Q.    You don't know who did?
2    A.    I don't know who originated it.
3    I can say who provided it to us, but who
4    proposed that, I don't know.
5    Q.    Well, was it someone within your
6    lab?
7    A.    Not that I'm aware of.
8    Q.    Weren't you the one running the
9    test?
10    MR. SANGIAMO:  Objection.  The
11    question is, were you the one running
12    the test?
13    THE WITNESS:  Yes, I was the one
14    running the test.
15    BY MR. SCHNELL:
16    Q.    But this significant -- was this
17    a significant change in the process?
18    A.    To me, it was a way of
19    facilitating the -- obtaining the titer since
20    I did calculations for it.  So to me it didn't
21    change -- there were some other criteria that
22    were included as part of the workbook that we
23    were not applying, or one criteria that we
24    were not applying in the first sort of extra
25    variability criteria.  To me it was not a

Page 511

1    significant -- at least I personally was not
2    viewing it as a significant change in the
3    process but was just a workbook that allowed
4    cutouts of steps that we had to do manually.
5    So it allowed for more facilitated compilation
6    of the data.
7    Q.    Do you know why the workbook was
8    instituted, implemented into this flow?
9    A.    All I can say, I don't know the
10    ultimate reason.  All I can say is that Joe
11    Antonello proposed using it and we adopted
12    using it.
13    Q.    So it was Dr. Antonello who
14    proposed --
15    A.    As best I recall, he was the one
16    who I recall having discussions about the
17    availability of this workbook and using it.
18    Q.    Was he involved in the interim
19    testing?
20    MR. SANGIAMO:  Object to the
21    form.
22    THE WITNESS:  He's in the
23    biometrics group.  I don't recall -- he
24    was involved in supporting the
25    statistical analysis of validation

Page 512

1    study that we did, validation protocol
2    that we did.  I don't recall whether he
3    had any involvement in the interim
4    analysis.
5    BY MR. SCHNELL:
6    Q.    But as far as your recollection
7    is, just so that the record is clear, it is
8    Dr. Antonello who came up with the idea of
9    replacing the Excel spreadsheet used in the
10    interim analysis with the workbook that you've
11    been describing for the balance of the
12    testing?
13    MR. SANGIAMO:  Objection.
14    Misstates the testimony.
15    THE WITNESS:  My understanding
16    is that he talked to me and said here's
17    a workbook that's available that you
18    could use.  I wouldn't say that he -- I
19    wouldn't characterize as him saying
20    this is one that you should use or must
21    use, but this is available if you
22    choose to use it.
23    BY MR. SCHNELL:
24    Q.    So you have no idea who came up
25    with the idea then.  Am I right?

Page 513

1    A.    I don't.  As best I recall, he
2    said I have this available.  If you want to
3    use it, use it.
4    Q.    But you don't know why he came
5    to you with that suggestion?
6    A.    I recall some aspects of the
7    workbook that he specifically mentioned would
8    include some of the information learned from
9    the validation.  For example, the extra
10    variability criteria.  So it included some
11    additional analysis of trying to identify
12    samples that were behaving unusually.
13    Q.    Was this workbook GMP compliant?
14    A.    I do not know that it -- it was
15    not validated.  I don't know if it was GMP
16    compliant.
17    Q.    It was not validated, is that
18    what you just said?
19    A.    At the time we were using it, my
20    understanding is that it was not validated.
21    Q.    You have no idea whether it was
22    GMP compliant?
23    A.    I don't know what the
24    requirements are for that.
25    Q.    Do you know if it was GCP

29 (Pages 510 - 513)

Appx5009

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 514

1 compliant?
2     A.   I don't know.
3     Q.   So after quality assurance did
4 its task, and I'm assuming it's the same task
5 that they did for the balance of the testing
6 that they did for the interim testing.
7 Correct?
8     A.   As best I can recall, it's the
9 same general set of steps, like reviewing
10 whatever the experiment documentation was.
11 And then the part I'm not very clear on, the
12 documents that -- I'm trying to think of the
13 words, that support the information that was
14 submitted into the clinical database.
15     Q.   But like with the interim
16 analysis, they did not confirm that the
17 original counts were accurate by going back to
18 the plates and confirming the plate counts.
19 Correct? The plaque counts.
20     A.   That's correct, to the best of
21 my knowledge, yes.
22     Q.   All they did was check for
23 transcription errors?
24     A.   Amongst other parts of the
25 review. But as far as the data, going from

Page 515

1 the original -- the plaque count, counting
2 sheet, the best of my understanding, looked at
3 the plaque count counting sheet and looked at
4 transcription into the workbook.
5     Q.   Was the process under which
6 quality assurance acted for either the interim
7 analysis or the balance of the testing GMP
8 compliant?
9     A.   I can't answer. I don't know.
10     Q.   Was it GCP compliant?
11     A.   I don't know.
12     Q.   Was there any aspect of the
13 testing that you led with regard to the AIGENT
14 assay GMP compliant?
15     MR. SANGIAMO: Object to the
16 form.
17     THE WITNESS: I do not know
18 whether it was or wasn't.
19 BY MR. SCHNELL:
20     Q.   Was there any aspect of the
21 AIGENT testing that was GCP compliant?
22     MR. SANGIAMO: Same objection.
23     THE WITNESS: I don't know.
24 BY MR. SCHNELL:
25     Q.   Did there come a time in the

Page 516

1 August 2001 time period where the members or
2 representatives from the CBER unit of the FDA
3 came to your lab and conducted an inspection
4 of the AIGENT testing?
5     A.   I do recall representatives from
6 CBER, two representatives came to -- were
7 allowed to conduct an inspection. As best I
8 can recall, it was early August. I don't
9 remember the specific date.
10     Q.   Do you know what prompted the
11 inspection?
12     A.   No, I don't.
13     Q.   No idea?
14     A.   No, I don't.
15     Q.   Were there any members of your
16 lab who had complained to you about any of the
17 operations you were conducting relating to the
18 AIGENT testing?
19     A.   The only comment I received from
20 lab -- one member of the lab staff was a
21 comment that we knew which was -- which
22 samples were pre-vaccination and which were
23 post-vaccination.
24     Q.   That was the only comment?
25     MR. SANGIAMO: Object to the

Page 517

1 form.
2     THE WITNESS: To the best of my
3 recollection, yes.
4 BY MR. SCHNELL:
5     Q.   And that was a comment by Steve
6 Krahling?
7     A.   Yes.
8     Q.   So no one other than Steve
9 Krahling ever complained about what was going
10 on in your lab during the AIGENT testing
11 period?
12     MR. SANGIAMO: Object to the
13 form.
14     THE WITNESS: Not regarding --
15 or not that I'm aware of.
16 BY MR. SCHNELL:
17     Q.   So when the FDA came in
18 August 2001, what was your involvement, if
19 any, in the inspection these representatives
20 conducted?
21     A.   My involvement was primarily
22 with Cathy Carbone; Deborah Bennett, I
23 believe, was the other FDA representative
24 there. But my involvement was primarily with
25 Cathy Carbone. That included over the course

30 (Pages 514 - 517)

**Appx5010**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 518

1  of five to six hours giving a tour of the
2  laboratory, giving her an opportunity to talk
3  to some members of the lab to ask questions
4  about the assay. And I say labs, since we had
5  two labs, two lab spaces at the time. And
6  then for the majority of the day to bring over
7  lab notebook documentation and sit next to her
8  reviewing the data side by side with her. And
9  reviewing the data meaning reading through the
10  procedures, the documentation, looking at the
11  plaque counts and then she did independent
12  calculations on the -- our calculations
13  including review of plates that had
14  corrections.
15       Q.    Before I forget, going back to
16  the plaque counting process that occurred with
17  the balance of the testing, after quality
18  assurance did their task, did you then discard
19  the assay plates like with the interim
20  analysis?
21       MR. SANGIAMO: Object to the
22  form.
23       THE WITNESS: We made a list of
24  plates that were -- that are available
25  and were available at the time. I know

Page 519

1       that some plates were discarded. Not
2       all of them were discarded.
3  BY MR. SCHNELL:
4       Q.    And was there -- is there
5  anything in the flow of the plaque counting
6  process for the balance of the testing that
7  you haven't identified?
8       MR. SANGIAMO: Object to the
9  form.
10       THE WITNESS: In what way? As
11       any part of the process?
12  BY MR. SCHNELL:
13       Q.    Did we cover the highlights like
14  we did for the interim testing? For the
15  balance of the testing, did we cover the
16  highlights of the plaque counting flow?
17       MR. SANGIAMO: Object to the
18       form.
19       THE WITNESS: I guess -- well,
20       the one -- I guess one aspect to the
21       flow that, as best I can recall, is in
22       the review of the -- I don't recall
23       being -- systematic part of the process
24       for the first third was that for the
25       balance of the testing, Leah Gottlieb,

Page 520

1  who was in our quality assurance group,
2  served a role of reviewing the
3  spreadsheets to flag the samples, or
4  dilutions and/or samples that were
5  providing flags in the workbook or
6  providing single positive dilutions.
7  In the first third, either I or other
8  members of the lab did some of that
9  review. In the balance of the testing,
10  Leah Gottlieb was doing the majority of
11  that to help facilitate the flow of
12  identifying samples to recheck.
13  BY MR. SCHNELL:
14       Q.    By the time the FDA came for
15  this inspection in August 2001, how much of
16  the balance of the testing had been completed?
17       A.    I don't recall specifically, but
18  my -- I have a general sense that we were
19  nearly complete. I don't know if that's -- I
20  wouldn't say that that's accurate, but my
21  general recollection was that we were winding
22  down the testing. I can't say that with
23  certainty.
24       Q.    Why is that your general
25  recollection?

Page 521

1       A.    Just because I recall at the
2  time thinking about other projects that we'd
3  be doing after this work was done.
4       Q.    You said that you introduced
5  Carbone and Bennett to members of your staff
6  to be interviewed. Is that correct?
7       A.    I don't remember Deborah Bennett
8  coming through the lab. Cathy Carbone and
9  Deborah Bennett were in a meeting room with
10  myself and other Merck representatives. Cathy
11  Carbone came through the lab. I don't recall
12  introducing her, but she just walked through
13  the lab and would ask questions of people I'd
14  say at random, but I don't recall specifically
15  introducing her to anyone.
16       Q.    Do you recall, other than
17  speaking with you and Dr. Shaw, either Carbone
18  or Bennett speaking with any members of your
19  lab?
20       MR. SANGIAMO: Objection.
21       THE WITNESS: I'm sorry, repeat
22       that.
23            - - -
24       (The court reporter read the
25       pertinent part of the record.)

31 (Pages 518 - 521)

Appx5011

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 522

- - -

THE WITNESS: I recall Cathy Carbone talking to -- when she was going through the lab, asking questions of people in the lab.

BY MR. SCHNELL:

Q. Who did she speak to?

A. I don't recall specifically.

Q. And then you reviewed data side by side with Carbone?

A. Yes.

Q. Not with Bennett, just Carbone?

A. As best I recall, Cathy Carbone was sitting immediately to my left and Deborah Bennett was at the other end of the table.

Q. You were in a conference room?

A. Yes.

Q. Were you looking at -- well, what were you looking at with them?

A. They were experiments from the AIGENT testing. I don't recall if -- how the -- how many assays were from the interim analysis set and how many were from the balance of the testing.

Q. How many assays did you -- how

Page 523

many assay samples did you look at?

A. I don't recall. I remember it being several -- we brought over several binders, each of which would have multiple experiments in it. But I don't recall -- I can say it took -- we did it for several hours. We did the review for several hours. I don't recall how many assays were --

Q. And it was the counting sheets that you were looking at?

A. The whole assay set.

Q. So it would be the counting sheets, it would be the Excel spreadsheet or the workbook, depending on which part of the testing it was?

A. Yes, and the titer assignments.

Q. What did they, if anything, did they ask of you with regard to this review?

A. I don't recall specifically what they asked. All I can say is that I answered every question they asked truthfully and completely.

Q. And that process lasted several hours. Yes?

A. Yes, they came, I think, as best

Page 524

I recall, sometime in the morning and then left like 5:00 or later. So it was the majority of the day. So several hours.

MR. SCHNELL: I'm about to turn to a document if you want to take a break.

VIDEOGRAPHER: The time is now 11:36. This ends disc two.

- - -

(A recess was taken.)

- - -

VIDEOGRAPHER: The time is now 11:55. This begins disc three. You may proceed.

MR. SCHNELL: I want to mark as Krah Exhibit 40 an e-mail dated August 7, 2001, from Karen McKenney, M-C-K-E-N-N-E-Y, Bates-numbered 52249 through 53.

Before we circulate that with our group, Dino, I want to point out it's marked highly confidential. I don't think it is. I'll honor if you want to keep it. But if you just want to take a gander, I don't -- I mean,

Page 525

we'll excuse Mr. Krahling and Ms. --

MR. SANGIAMO: I prefer if we just honor --

MR. SCHNELL: If you guys step out for maybe a couple minutes.

- - -

(Exhibit Krah-40, 8/7/01 E-mail with attachment, 52249 - 52253, was marked for identification.)

- - -

BY MR. SCHNELL:

Q. Mr. Krah, you are marked as a recipient of this document. Do you see that? Third line next to Dr. Emini.

A. Yes.

Q. You have no reason to believe that you didn't get a copy of this. Right?

A. I don't have a reason to suspect that I didn't.

Q. The first -- on the second page -- first of all, who is Karen McKenney?

A. I don't know, the bottom of the page lists a GMP Compliance person that I don't -- the name is not familiar to me.

Q. The second page of the document

32 (Pages 522 - 525)

Page 526

1  is the 483 report that CBER issued in
2  connection with the inspection in August 2001
3  that we've been discussing. Is that correct?
4      MR. SANGIAMO: Obviously take
5      your time to look at it.
6      THE WITNESS: Yes, it looks like
7      that's dated August 6, 2001.
8  BY MR. SCHNELL:
9      Q.  Yeah. You've seen this before.
10  Right?
11      A.  Yes.
12      Q.  This is the write-up of the four
13  areas that CBER had issues with in connection
14  with the inspection. Correct?
15      A.  There are four areas that they
16  deemed appropriate to issue the 483 report.
17      Q.  What is a 483 report?
18      A.  I'm sorry, I'm not familiar with
19  -- I recall seeing it. I don't know all
20  aspects to it.
21      Q.  Is that the only 483 report that
22  involved work you did at Merck during your
23  time your time at Merck?
24      A.  I'm not aware of any other work
25  during my time at Merck that anything that I

Page 527

1  was doing received a 483.
2      Q.  I'm going to go through this.
3  If you need time after I ask a question to
4  look at it, feel free. This is a summary
5  purportedly prepared by Ms. McKenney and a few
6  others, that summarizes the inspection we've
7  been referring to, and I just want to follow
8  up on some of the observations that are in
9  this report?
10      MR. SANGIAMO: How about if you
11      just give him a minute or two to look
12      it over, and then if you go through
13      line by line and he feels a need to
14      look further, he can do it then.
15      MR. SCHNELL: If you want to
16      take a like bit, like a minute or so,
17      but I'm not really going to go line by
18      line. I have a couple questions.
19      Maybe some of it is line by line.
20  BY MR. SCHNELL:
21      Q.  Have you seen this document
22  before?
23      MR. SANGIAMO: Hold on, I think
24      he's still looking.
25      THE WITNESS: Yes, I have seen

Page 528

1      it before.
2  BY MR. SCHNELL:
3      Q.  When have you seen it?
4      MR. SANGIAMO: You should
5      exclude any review with attorneys.
6      THE WITNESS: My best
7      recollection is that I saw it at some
8      point after the inspection. But I
9      don't recall specifically when. I
10      don't -- I can't tell -- it has "To
11      Distribution." I don't recall if I was
12      part of that distribution.
13  BY MR. SCHNELL:
14      Q.  Other than Dr. Shaw and
15  yourself, are you aware of any other Merck
16  employees who met with either Carbone or
17  Bennett at the inspection?
18      A.  There were other Merck employees
19  present.
20      Q.  Who?
21      A.  It was a room full of people.
22  I'd estimate a table similar to this size with
23  Merck people there and even perhaps some
24  sitting separate from the table, but I don't
25  recall --

Page 529

1      Q.  When you were going --
2      MR. SANGIAMO: You don't recall?
3      THE WITNESS: I don't recall
4      specific names of people who were there
5      other than Alan and myself.
6  BY MR. SCHNELL:
7      Q.  When you were going through the
8  data, was Dr. Shaw with you?
9      A.  When we were going through the
10  data, my -- Cathy Carbone was sitting to my
11  left. My focus was on answering her
12  questions. I don't recall if Alan was -- it
13  was in the conference room. Other people were
14  in the room. I don't recall if Alan was there
15  or not. I wasn't really paying attention to
16  who else was there.
17      Q.  So do you recall if anyone else
18  from Merck was there?
19      A.  The room was full of Merck --
20  other people. So there were other people from
21  Merck there.
22      Q.  Now, if you look at the line
23  right above "DAILY ACTIVITIES," it says,
24  "While not an observation, Ms. Bennett voiced
25  her expectation that data generated from human

33 (Pages 526 - 529)

Appx5013

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 530

1 subjects be controlled under the requirements
2 of CGMP."
3      Do you see that?
4      A.   Yes.
5      Q.   You were not aware of that
6 expectation. Correct?
7      A.   That's correct.
8      Q.   That was the first you heard of
9 it?
10      A.   That was the first I heard of it
11 personally.
12      Q.   And then in the next paragraph,
13 towards the bottom, the last sentence
14 actually, it says, "Also discussed during the
15 tour were laboratory practices for evaluating
16 variability in the plaque neutralization assay
17 to determine the need for plate recount."
18      Do you see that?
19      A.   Yes.
20      Q.   Do you recall what you discussed
21 with either Carbone or Bennett with regards to
22 that subject?
23      A.   I don't recall specifically to
24 it, but I do see in the copies provided
25 there's, in addition to the SOP, for example,

Page 531

1 memo to file, all "Responses to Flags for
2 Questionable Values in the Data Spreadsheet,'"
3 the seventh bullet point down.
4      Q.   That's the one dated June 21,
5 2001?
6      A.   Yes. Yes. I don't recall the
7 Memo D. Krah to FILE, Review of MUMPS AIGENT
8 Neutralization Data, August 1, 2001. I don't
9 recall that one.
10      I recall there was a document
11 provided that gave a summary of criteria for
12 the recount. I don't recall with certainty
13 that that's the one, but amongst these, my
14 understanding was that that information was
15 provided to her at the -- as part of this
16 meeting.
17      Q.   So that was the August 1st
18 document you're talking about?
19      A.   I believe that's what I'm
20 talking about. I'm not completely certain
21 that that's the one, but amongst the documents
22 provided or the -- sorry, the copies provided
23 list here, one of them is that, as best I can
24 recall, description of the recount process.
25      Q.   And did the discussion you had

Page 532

1 with Dr. Carbone or -- and/or Bennett about
2 the variability process follow a similar line
3 of questions that we were -- a similar line of
4 discussion that we were having earlier in the
5 day about the plaque counting process you
6 employed?
7      MR. SANGIAMO: Object to the
8 form.
9      THE WITNESS: I don't recall
10 specifically. I would say that
11 whatever questions primarily Cathy
12 Carbone and Ms. Bennett, I don't recall
13 her asking personal questions or --
14 whatever questions Cathy Carbone asked,
15 I answered as best I could and
16 truthfully and completely. And
17 whatever -- she seemed satisfied with
18 the completeness. So whether I
19 included all the details with the same
20 flow description I provided earlier, I
21 can't say with certainty. But I did
22 answer all the questions.
23 BY MR. SCHNELL:
24      Q.   The next paragraph says, "During
25 the tour, Dr. Carbone was interested in

Page 533

1 procedures for handling pre- and
2 post-vaccination sera steps taken to minimize
3 the effect of inter-assay variability."
4      Do you see that?
5      A.   Yes.
6      Q.   What did you tell her in regard
7 to that subject?
8      MR. SANGIAMO: So if you feel
9 you need to read the rest of the
10 paragraph, do so. That seemed to
11 address that.
12      THE WITNESS: I don't see the
13 description of that in this paragraph.
14 I don't recall my specific answer to
15 that question. What I would say today
16 would be my answer. I don't recall
17 what I provided to her as an answer at
18 that time.
19      MR. SCHNELL: I'm sorry, can you
20 read the answer back?
21      - - -
22      (The court reporter read the
23 pertinent part of the record.)
24      - - -
25 BY MR. SCHNELL:

34 (Pages 530 - 533)

Appx5014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 534

1    Q.    So you don't recall a single
2  thing you told her with regard to this
3  inquiry?
4        MR. SANGIAMO:  Object to the
5    form.
6        THE WITNESS:  I recall answering
7    every question that she asked to her
8    satisfaction.  I just don't recall my
9    response to this -- I have an answer
10   that I would give today if she asked
11   the question, but I don't recall at the
12   time what I said.
13 BY MR. SCHNELL:
14   Q.    Even one thing?
15   A.    I don't recall my specific
16 answer to -- about this.  Today, I would say
17 what I would answer today.  I can't say with
18 certainty that that's what I said during the
19 inspection.  It's what I expect I would have
20 said during the inspection, but I don't recall
21 specifically what I said at the inspection.
22   Q.    If you turn over to the next
23 page, the first paragraph -- I'm sorry, the
24 second paragraph, it says, "Dr. Carbone was
25 interested in the trigger that would result in

Page 535

1  re-evaluation of assay raw data."
2        Do you recall anything that you
3  spoke to with Dr. Carbone to respond to that
4  interest?
5    A.    Comments on -- I don't have a
6  direct recollection, I'm just reading what it
7  says here.  I explained, for example, the
8  extra variability criteria which was a
9  criteria that was in the workbook that was
10 part of the -- I'm sorry, the balance of the
11 testing is sometimes referred to, the balance
12 of the testing, as the second third and third
13 third.  So I was preventing myself from
14 rephrasing, re-describing that.  That was, I
15 believe, an example of her concern that for
16 the first third we did not have that workbook.
17 So, therefore, the extra variability criteria
18 was not applied.  For the balance of the
19 testing in 2001, the workbook was available,
20 didn't have an extra variability flag.  So
21 that meant that those -- the data from those
22 sera were being flagged differently than the
23 first third.
24   Q.    Did you tell her that for the
25 first third you actually did apply that extra

Page 536

1  variability criteria but you did it manually?
2    A.    We did not -- from my
3  understanding, we did not apply the extra
4  variability criteria.  The extra variability
5  criteria to me means the variability between
6  triplicate wells or duplicate wells.  We were
7  looking at things, for example, like single
8  positive dilution, erratic neutralization.
9  That is separate from extra variability.  I
10 don't recall that we were -- I don't recall
11 that we were manually assessing extra
12 variability for the first third.
13   Q.    Did you disclose to either
14 Dr. Bennett or Carbone that you were -- the
15 criteria we discussed earlier which you looked
16 for in terms of directing the plaque counters
17 to do recounts?
18   A.    As best I --
19        MR. SANGIAMO:  Object to the
20   form.
21        THE WITNESS:  As best I can
22   recall, I described to her what I
23   described to you of, if a plaque count,
24   a sample in question was identified,
25   that the preference would be to go to

Page 537

1    the original counter, have them recheck
2    the count.  If there was a correction,
3    make it.  If there was no correction,
4    to leave it as it was.
5  BY MR. SCHNELL:
6    Q.    Did you tell Dr. Carbone or
7  Bennett that on some occasions you would tell
8  the counter why they needed to recount?
9    A.    I don't recall.  I answered all
10 the questions she posed.  I don't recall
11 that -- I don't recall if I indicated that.
12   Q.    In the fourth paragraph it says
13 that Bennett ".. requested SOPs for handling
14 laboratory worksheets and raw data, notebook
15 documentation, spreadsheet validation,
16 calibration of pipettes, and QA audit
17 procedures for a research lab performing
18 clinical testing."
19        MR. SANGIAMO:  This paragraph
20   here.
21        THE WITNESS:  Oh, okay.  Sorry.
22   Okay.
23 BY MR. SCHNELL:
24   Q.    Do you see what I just read?
25   A.    Yes.  Yes.

35 (Pages 534 - 537)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 538

1    Q.    Do you recall discussions of
2  that?
3         MR. SANGIAMO:  Make sure you
4    read it.
5         THE WITNESS:  So I recall
6    whatever she requested and she needed
7    from me or our group we provided.  So
8    what I can't tell from this is if all
9    of that was provided at the inspection
10   or whether there was any follow-up
11   provision or documents provided.
12 BY MR. SCHNELL:
13   Q.    Did you have an SOP for handling
14 laboratory worksheets and raw data?
15        MR. SANGIAMO:  Object to the
16   form.
17        THE WITNESS:  We had the MRL
18   policy 23 which, the best I recall, was
19   available for the data documentation
20   and raw data, as it indicates raw data
21   handling.  I don't recall that we had
22   an SOP specifically for the worksheet.
23 BY MR. SCHNELL:
24   Q.    Did you have an SOP for the
25 notebook documentation?

Page 539

1    A.    Not to the best of my knowledge
2  to have an SOP, but we did have MRL policy 23.
3    Q.    So MRL policy 23 was what you
4  responded with when Bennett asked for SOPs for
5  all of the items I previously identified in
6  this paragraph?
7         MR. SANGIAMO:  Object to the
8    form.
9         THE WITNESS:  I don't recall
10   specifically what was provided to her.
11   And I read this to be that she
12   requested certain items and then it
13   identifies what was provided to her.
14   Beyond that, I can't say what else was
15   provided to her.
16 BY MR. SCHNELL:
17   Q.    With respect to the handling
18 laboratory worksheets and raw data, notebook
19 documentation, spreadsheet validation,
20 calibration of pipettes, and QA audit
21 procedures for the AIGENT testing, was any of
22 it GMP compliant?
23   A.    That, I don't know.
24   Q.    Was any of it GCP compliant?
25   A.    I don't know.

Page 540

1    Q.    Now, in the two paragraphs up,
2  the last sentence, so we're in the second
3  paragraph on this page, the last sentence,
4  Dr. Carbone stated that if changes in the data
5  were made after results were calculated and
6  selective wells reviewed, then the practices
7  were not consistent with GLP.  This topic was
8  further discussed later in the day.
9         Do you see that?
10   A.    Yes.
11   Q.    Do you recall discussing that
12 topic with Dr. Carbone?
13        MR. SANGIAMO:  Object to the
14   form.  Just so the record is clear,
15   Gordon, I think you might have said
16   wells reviewed and the documents says
17   wells re-reviewed.
18        MR. SCHNELL:  Thank you.
19        THE WITNESS:  I remember -- I
20   recall discussions with her -- or
21   Dr. Carbone about the re-review of the
22   data and corrections or changes.  I
23   don't recall -- and I recall
24   discussions with Deborah Bennett about
25   the GMP aspects.  I don't recall the

Page 541

1  discussion with Cathy Carbone about the
2  GLP topic.
3  BY MR. SCHNELL:
4    Q.    Now, it's true, isn't it, that
5  in the AIGENT testing that you ran, changes in
6  the data were made after results were
7  calculated and selective wells were
8  re-reviewed.  Correct?
9         MR. SANGIAMO:  Object to the
10   form.
11        THE WITNESS:  Changes were made
12   to the data, meaning the data being
13   coded serum samples were -- we don't
14   know which study group the samples are
15   in.  And to the extent of having a
16   sero -- either a positive or a
17   negative -- I'm sorry, a seropositive
18   or seronegative status at end of titer.
19   So the data were calculated -- the data
20   were calculated to the point of having
21   those -- a serum titer and serostatus
22   when corrections were made.
23 BY MR. SCHNELL:
24   Q.    I'll ask the question again.
25 Listen to the question.

36 (Pages 538 - 541)

Appx5016

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 542

1        Isn't it true that in the AIGENT
2   testing you ran, changes in the data were made
3   after results were calculated and selective
4   wells were then re-reviewed?
5        MR. SANGIAMO:  Objection.  Asked
6   and answered.  He just answered that
7   question very directly, Gordon.
8        MR. SCHNELL:  Object to the form
9   is all you need to say, Dino.
10       MR. SANGIAMO:  I can say
11   whatever is appropriate to say.
12       THE WITNESS:  There were -- the
13   calculations were completed for the
14   calculated percent of mock end titers,
15   for example, and re-review of the data
16   was made so samples were blinded as to
17   which treatment group they received.
18   And the -- it is correct that they were
19   re -- sorry.  They were selective
20   wells, wells identified by some of the
21   criteria that we identified earlier as
22   flags for like, for example, single
23   positive dilution.
24   BY MR. SCHNELL:
25       Q.   So your answer is yes?

Page 543

1        MR. SANGIAMO:  Object to the
2   form.  He gave his answer.  Results is
3   a vague term.  You know that.  He
4   answered your question.
5        I'm sorry, so what's your
6   question, Gordon.
7        There's no question pending,
8   don't say anything.
9        MR. SCHNELL:  Do you need to
10   hear the question again?
11       MR. SANGIAMO:  What's the
12   question?  I need to hear the question
13   again.  What's the question?
14       MR. SCHNELL:  No, you don't.
15   You're not answering my questions.
16   Your witness is.  You need to be quiet.
17   I'm not going to take this, Dino.
18       MR. SANGIAMO:  I'm here to
19   represent Merck and I'm entitled --
20       MR. SCHNELL:  Will you repeat
21   the question, please?
22       MR. SANGIAMO:  I'm entitled to
23   find out what the question is.  I don't
24   think there is a question, but if there
25   is one, I'd like to hear it.

Page 544

1        - - -
2        (The court reporter read the
3   pertinent part of the record.)
4        - - -
5        MR. SANGIAMO:  Objection.  Asked
6   and answered.
7        THE WITNESS:  So, yes, with the
8   results meaning the titers and
9   serostatus of individual coded serum
10   samples.
11   BY MR. SCHNELL:
12       Q.   If you look at the bottom of
13   this document, this is the second to the last
14   paragraph, the last sentence, "After this
15   review a tally was made of the direction
16   (plaque count going up or down) of the
17   corrections."
18       Do you see that?
19       A.   Yes.
20       Q.   Was that a tally that you
21   conducted?
22       A.   No.  That's one that Dr. Carbone
23   conducted.
24       Q.   Was that written down?
25       A.   She was writing it down.

Page 545

1        Q.   Did you get a copy of that?
2        A.   I did not personally receive a
3   copy.  I don't know if she provided Merck a
4   copy.
5        Q.   Dr. Carbone remarked that the
6   frequency was low.  What frequency was low?
7        A.   My understanding of that was
8   that the frequency of the corrections was low.
9        Q.   Is that true?
10       A.   From my view, looking at the
11   data, the frequency to me seemed like a
12   subjective term but seemed low to me, and all
13   of the changes were ones that were supported
14   by an attempt to try to make the data more
15   accurate.
16       Q.   That's what you shared with
17   Dr. Carbone?
18       MR. SANGIAMO:  Object to the
19   form.
20       THE WITNESS:  As best I can
21   recall, in the discussions with her
22   about the reasons for the recheck and
23   the results of the recheck were that we
24   identified, for example, single
25   positive dilution or erratic

37 (Pages 542 - 545)

Appx5017

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 546

1      neutralization. And by rechecking
2      our -- the intention was to try to
3      increase the accuracy of the data.
4  BY MR. SCHNELL:
5      Q.    You think you succeeded?
6      A.    Succeeded in?
7      Q.    Increasing the accuracy of the
8  data.
9      A.    To me, on a case-by-case basis,
10 serum-by-serum, I believe yes.
11     Q.    Did you disclose to either
12 Dr. Carbone or Dr. Bennett or anyone at the
13 FDA that you and your staff collectively make
14 thousands of changes to the data?
15         MR. SANGIAMO: Object to the
16     form.
17         THE WITNESS: What we did at a
18     follow up -- at this meeting, all I can
19     say is that Cathy Carbone looked
20     through a number of assays, I don't
21     recall the specific number, made an
22     assessment of the changes. In a
23     subsequent follow up that Merck made,
24     we listed all of the changes made in
25     every assay for whatever reason the

Page 547

1      change was made, included a
2      justification where the reason was
3      known and then provided that to the
4      FDA.
5  BY MR. SCHNELL:
6      Q.    Did you disclose that the total
7  collective number of changes was in the
8  thousands?
9         MR. SANGIAMO: Object to the
10     form.
11         THE WITNESS: I don't recall the
12     number.
13 BY MR. SCHNELL:
14     Q.    Do you recall what percentage of
15 the assays involved changes?
16     A.    I don't recall.
17     Q.    Did you ever disclose to the
18 anyone at the FDA that the percentage of
19 assays that had changes was close to 90
20 percent?
21         MR. SANGIAMO: Object to the
22     form.
23         THE WITNESS: I did not provide
24     that. I'm not aware of that.
25 BY MR. SCHNELL:

Page 548

1      Q.    And you did not disclose that to
2  the FDA?
3         MR. SANGIAMO: Object to the
4      form.
5         THE WITNESS: I'm not aware of
6      it.
7  BY MR. SCHNELL:
8      Q.    Did you disclose to anyone at
9  the FDA that in your recounts you were
10 targeting pre-positives?
11         MR. SANGIAMO: Object to the
12     form.
13         THE WITNESS: We were not
14     targeting pre-positives. We disclosed
15     to them that we were targeting
16     single -- looking at single positive
17     dilutions amongst other recheck
18     criteria.
19 BY MR. SCHNELL:
20     Q.    So you did not disclose to the
21 FDA that you were targeting pre-positives in
22 your recount?
23         MR. SANGIAMO: Object to the
24     form.
25         THE WITNESS: We did not

Page 549

1      disclose that because that's not what
2      we were doing.
3  BY MR. SCHNELL:
4      Q.    Did you disclose to the FDA
5  that -- anyone at the FDA that positive
6  neutralizations that you were targeting at a
7  single dilution were predominantly in the
8  pre-vaccination samples?
9         MR. SANGIAMO: Object to the
10     form.
11         THE WITNESS: I do not know that
12     that is a correct statement, that they
13     were predominantly in the
14     pre-vaccination sera. I do not recall
15     providing to the FDA or anyone at CBER
16     at least personally relative amount of
17     pre-vaccination, of single -- of
18     pre-vaccination positives versus
19     post-vaccination single positives.
20     Single positive dilution.
21         MR. SCHNELL: Can you read back
22     the question and his answer, please?
23         - - -
24         (The court reporter read the
25     pertinent part of the record.)

38 (Pages 546 - 549)

**Appx5018**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 550

1             - - -
2    BY MR. SCHNELL:
3        Q.    I'm going to ask the question
4    again.
5            I'm not asking you whether or
6    not this is true. I'm asking whether or not
7    you disclosed to the FDA that the vast
8    majority of positive neutralizations at a
9    single dilution occurred at the
10   pre-vaccination sample?
11           MR. SANGIAMO: Object to the
12       form. Asked and answered. He answered
13       this.
14           THE WITNESS: I don't believe
15       that it's an accurate statement, and I
16       personally did not -- don't recall
17       providing CBER a proportion of sera
18       that were single dilution positive
19       pre-vaccination versus post-vaccination.
20   BY MR. SCHNELL:
21       Q.    Did you disclose to the FDA,
22   anyone at the FDA, that you were directing
23   your staff members to increase their plaque
24   counts on the pre-vaccination samples to
25   eliminate pre-positives?

Page 551

1           MR. SANGIAMO: Object to the
2       form.
3           THE WITNESS: That was not an
4       accurate -- that's not an accurate
5       statement and we did not disclose that.
6       We didn't make that statement to the
7       FDA.
8    BY MR. SCHNELL:
9        Q.    Did you disclose to the FDA that
10   you were directing your staff to make
11   inaccurate plaque counts?
12           MR. SANGIAMO: Object to the
13       form.
14           THE WITNESS: That's not an
15       accurate statement and we did not
16       disclose that. We did not say that to
17       the FDA.
18   BY MR. SCHNELL:
19       Q.    Did you disclose to anyone at
20   the FDA that you were directing your staff to
21   selectively review pre-vaccination samples
22   versus post-vaccination samples?
23           MR. SANGIAMO: Object to the
24       form.
25           THE WITNESS: That's not an

Page 552

1    accurate capturing of the practice, and
2    we did not communicate that to the FDA.
3    BY MR. SCHNELL:
4        Q.    Did you disclose to anyone at
5    the FDA that the vast majority of changes that
6    were made to the plaque counts were in the
7    pre-vaccination samples?
8            MR. SANGIAMO: Object to the
9        form.
10           THE WITNESS: Again, I don't
11       know that that is an accurate
12       statement, and to the best of my
13       knowledge, that was not communicated to
14       the FDA.
15   BY MR. SCHNELL:
16       Q.    Did you disclose to the FDA that
17   a large number of the plaque count changes
18   that you or your staff committed changed
19   pre-positive samples to pre-negative samples?
20           MR. SANGIAMO: Object to the
21       form.
22           THE WITNESS: Again, I do not
23       know that that's an accurate
24       representation of the data and the
25       effect of the plaque count corrections.

Page 553

1    The -- I don't recall making a
2       statement to CBER that the majority of
3       the samples were in effect, that were
4       pre-positives.
5    BY MR. SCHNELL:
6        Q.    Did you disclose to the FDA that
7    there were instances where you or your staff
8    retested a sample that was pre-positive in a
9    subsequent assay? Let me restate that. Did
10   you disclose to anyone at the FDA that you or
11   your staff engaged in retesting when you found
12   a pre-positive in the sample?
13           MR. SANGIAMO: Object to the
14       form.
15           THE WITNESS: Well, the
16       retesting of a pre-positive sample
17       depends on the results of the
18       post-vaccination serum. I don't know
19       that whether we disclosed to the FDA a
20       retesting of a paired set where
21       pre-vaccination serum was positive and
22       post-vaccination serum, for example,
23       was invalid. As I mentioned
24       previously, we tested the samples in
25       the same assay, the pre-vaccination and

39 (Pages 550 - 553)

Appx5019

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 554

1  post-vaccination samples in the same
2  assay. For example, if in a
3  pre-vaccination result, whether it's
4  positive or negative and the
5  post-vaccination is invalid, that pair
6  would be retested because one of the
7  components of the pair was invalid. So
8  that's the case where a retest would be
9  done where the pre-vaccination serum
10 could be positive but the
11 post-vaccination serum was not valid.
12 BY MR. SCHNELL:
13     Q.    Did you disclose to anyone at
14 the FDA that you retested samples specifically
15 because you found a pre-positive in the
16 original assay?
17         MR. SANGIAMO: Object to the
18     form.
19         THE WITNESS: As best I recall,
20     in the interim analysis set there was
21     one experiment where we were -- was on
22     line or intended to be further
23     understanding the assay performance
24     that there was an example in there of a
25     pre-positive sample that was retested

Page 555

1  to confirm the results of trying to
2  verify the result. For the clinical
3  database, only the original result was
4  reported. But those -- to the best of
5  my understanding, that experiment was
6  included in the data that was
7  subsequently provided to the FDA.
8  BY MR. SCHNELL:
9      Q.    Other than that, did you
10 disclose to the FDA that there were other
11 instances where you retested an assay because
12 it registered a pre-positive in the original
13 assay?
14         MR. SANGIAMO: Object to the
15     form.
16         THE WITNESS: I don't recall or
17     don't believe that it's accurate that
18     they would have been retested if there
19     was a valid post-vaccination serum
20     result. So I do not recall disclosing
21     the indications of retesting a sample
22     just because it was pre-positive.
23 BY MR. SCHNELL:
24     Q.    Do you recall telling the FDA
25 that you recounted plaque counts in the

Page 556

1  controls that originally showed invalid
2  assays?
3          MR. SANGIAMO: Object to the
4     form.
5          THE WITNESS: I don't recall --
6     I do recall at least one assay where a
7     plaque count in the -- did you say
8     unaffected control or what was the --
9     I'm sorry.
10 BY MR. SCHNELL:
11     Q.    That you recounted when you
12 found -- instances when you found that there
13 were plaque counts in the controls that made
14 the assay invalid?
15         MR. SANGIAMO: Object to the
16     form.
17         THE WITNESS: There were
18     examples or are examples of cases where
19     a plaque count in a control was
20     rechecked to verify accuracy. I don't
21     recall that that was provided to the
22     FDA.
23 BY MR. SCHNELL:
24     Q.    Did you disclose to anyone at
25 the FDA that you destroyed the assay plates

Page 557

1  after quality assurance did whatever they did?
2          MR. SANGIAMO: Object to the
3     form.
4          THE WITNESS: Yes, I did. Yes.
5  BY MR. SCHNELL:
6      Q.    Who did you disclose that to?
7      A.    Cathy Carbone and Deborah
8  Bennett.
9      Q.    You disclosed that during the
10 inspection?
11     A.    Yes.
12     Q.    How many plates did you tell
13 them you destroyed?
14     A.    I don't recall what we did --
15 actually, I just indicated it was at the
16 inspection, there was a follow-up meeting, but
17 I don't recall it was at the inspection or one
18 of the follow-up meetings when Deborah Bennett
19 came back, we made a list of all the assays
20 and the plates that we had available. I don't
21 recall numbers of how many assays there were
22 and how many plates were still available. But
23 we provided to them a list of each -- a list
24 by assay and then which plates were available.
25     Q.    What did you tell them was the

40 (Pages 554 - 557)

Appx5020

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 558

1 reason for your destruction of the assay
2 plates?
3     A.   As best I recall, my
4 understanding of this was that retention of
5 the plates was not a requirement. That the
6 plaque counting sheet was the primary source
7 of the data and the assay plates were not --
8 wasn't required to retain them as the primary
9 data source.
10     Q.   Did you give them a reason for
11 destroying the assay plates?
12     MR. SANGIAMO: Objection.
13     THE WITNESS: The explanation I
14     gave them was that in previous assays
15     that we had run another -- at the time,
16     my best recollection, I indicated other
17     assays that we had run, once the QA
18     audit was done, we did not feel the
19     assay plates were required to be kept
20     and we were then able to discard them.
21 BY MR. SCHNELL:
22     Q.   What other assays did you run
23 where you discarded assay plates?
24     A.   As best I recall, Protocol 006
25 and all of our other lab experiments.

Page 559

1     Q.   None of those were clinical
2 studies, though, other than Protocol 006.
3 Correct?
4     A.   That's correct. But I didn't
5 know that there was a different -- I wasn't
6 aware that there was a different requirement.
7     Q.   Did you disclose to anyone at
8 the FDA that quality assurance did not review
9 the original plaque counts?
10     MR. SANGIAMO: Object to the
11     form.
12     THE WITNESS: I don't recall. I
13     don't recall the question being asked.
14     I don't recall whether that information
15     was relayed or not.
16 BY MR. SCHNELL:
17     Q.   Did you disclose to anyone at
18 the FDA that you had a concern that there were
19 too many pre-positives in the AIGENT testing?
20     MR. SANGIAMO: Object to the
21     form.
22     THE WITNESS: I do not recall
23     CBER questioned the characterization of
24     being too many pre-positives. I don't
25     know that that's an accurate statement.

Page 560

1 BY MR. SCHNELL:
2     Q.   I'm just asking, did you
3 disclose to anyone at the FDA that you had a
4 concern that there were too many pre-positives
5 in the AIGENT testing?
6     MR. SANGIAMO: Object to the
7     form.
8     THE WITNESS: I'm not aware of a
9     communication on that line.
10 BY MR. SCHNELL:
11     Q.   Did you disclose to anyone at
12 the FDA that quality assurance did not review
13 the assay plates before they were destroyed?
14     A.   As best I can recall, during the
15 discussion of the assay plate and the flow of
16 the -- the flow of the assays and disposal of
17 some of the assay plates, that by indication,
18 as best I recall, was that the QA, once the
19 audit was completed, that the assay plates
20 were then able to be discarded. So I would
21 say with the meeting with Deborah Bennett and
22 Cathy Carbone, at a minimum with Deborah
23 Bennett, that the flow of the QA audit and
24 then disposal was discussed.
25     Q.   So is your testimony that you

Page 561

1 did disclose to the FDA that quality assurance
2 did not review the plates before they were
3 destroyed?
4     A.   Yes. Or they did not review the
5 plates. They completed their review -- their
6 audit of the documents and review, but they
7 did not review -- they did not review the
8 plates. Again, I will say I do not know that
9 that was disclosed and I don't know that
10 the -- I don't recall the question being posed
11 during either of the inspections.
12     MR. SCHNELL: You can bring back
13     Steve and Joan.
14 BY MR. SCHNELL:
15     Q.   One of your earlier answers you
16 referenced blinding. What type of blinding,
17 if any, was employed in the AIGENT testing?
18     A.   In the AIGENT testing, we did
19 know which was a pre-vaccination, which was a
20 post-vaccination sera that was required to run
21 for the same sera in the same assay. The blinding
22 that was involved was that there were three
23 vaccine dose groups in the study. All the
24 analysts for the AIGENT testing were blinded
25 as to which serum -- sera went with which

41 (Pages 558 - 561)

**Appx5021**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 562

1 vaccine dose.
2    Q.    What's the purpose of blinding?
3    A.    The blinding, as best I understand,
4 is to prevent a knowledge of which treatment
5 groups are involved so that there isn't --
6 minimizes the chance of a biased standard
7 result, one group versus another.
8    Q.    In what way could have the
9 AIGENT testing been biased if there had been
10 no blinding with respect to the three
11 treatment groups?
12    A.    In that case, the best of my
13 understanding, we would know which individuals
14 received which vaccine, and there could be a
15 biased towards a response in one dose versus
16 another.
17    Q.    How could there have been a bias
18 if that knowledge was there?
19    A.    Well, it would require that
20 someone was selectively identifying serum
21 samples that corresponded to a given treatment
22 group and treated those differently than the
23 other groups.
24    Q.    Now, would that same type of
25 bias have existed with the counters of the

Page 563

1 plaques knowing which were pre-samples and
2 which were post-samples?
3        MR. SANGIAMO:  Object to the
4    form.
5        THE WITNESS:  Counting the
6    plates, I'm not aware that plaques were
7    necessarily counted sequentially,
8    meaning those plaques -- plates are
9    counted, it's not obvious which is the
10    pre-vaccination, which is the
11    post-vaccination serum.
12 BY MR. SCHNELL:
13    Q.    When you went back -- well, when
14 you were doing the analysis, you knew.  Right?
15    A.    Yes.
16    Q.    And Dr. Emini knew.  Right?
17    A.    Yes.
18    Q.    And when you went back to the
19 counters for recounts for a variety of
20 reasons, at that point they knew.  Right?
21    A.    Yes.
22    Q.    And you don't think that
23 introduced any bias into the AIGENT testing?
24        MR. SANGIAMO:  Object to the
25    form.

Page 564

1        THE WITNESS:  No, because
2    whatever -- if a check was made, if the
3    counter confirmed that there were
4    corrections that were made, in other
5    cases confirms there were no
6    corrections to be made, the results
7    were left as is.
8 BY MR. SCHNELL:
9    Q.    But then why do you ever need
10 blinding in testing if you're relying on the
11 integrity of the tester?
12    A.    I think in this case the
13 blinding in my view, not being a clinician or
14 not having experience in designing the
15 clinical assays, would be more -- I would
16 offer would be more relevant to the
17 interpretation of the data comparing the three
18 different treatment groups.
19    Q.    Wasn't the objective for each of
20 the three treatment groups to have a lower
21 confidence interval of 90 percent or higher
22 for seroconversion?
23        MR. SANGIAMO:  Object to the
24    form.
25        THE WITNESS:  My understanding

Page 565

1    of the study from an assay perspective
2    was to compare the immunogenicity of
3    three different treatment groups.
4 BY MR. SCHNELL:
5    Q.    Wasn't it the goal for each of
6 those treatment groups to have the same
7 seroconversion rate?
8    A.    That, I don't know.
9    Q.    You ran this test.
10    A.    I ran the test.  I did not
11 design the clinical study or develop the
12 protocol for the clinical study.
13    Q.    Who did?
14    A.    I don't know.  Someone other
15 than me.
16    Q.    You don't know?
17    A.    I don't recall offhand who that
18 was.
19    Q.    You ran the test, but you don't
20 know who designed the test?
21        MR. SANGIAMO:  Objection.  Asked
22    and answered.
23        THE WITNESS:  I know who
24    designed the assay.
25 BY MR. SCHNELL:

42 (Pages 562 - 565)

**Appx5022**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 566

1    Q.    You designed the assay?
2    A.    I designed the assay.  Who
3  designed the clinical trial, I don't know, and
4  I would say is not relevant to me running the
5  assay.
6    Q.    Who came up with the blinding
7  protocol?
8    A.    That, I don't know.
9    Q.    Was there a blinding protocol?
10    A.    I know the three treatment
11  groups were blinded.  I don't know what that
12  involves as far as a protocol of something,
13  I'm not familiar with.
14    Q.    Was the blinding protocol you
15  used in running the AIGENT test GMP compliant?
16    A.    That, I don't know.
17    Q.    Was it GCP compliant?
18    A.    I don't know.
19    Q.    Did you have any input into the
20  blinding protocol?
21    A.    Not that I'm aware of.  Not that
22  I recall.
23    Q.    In running the testing, did you
24  see any evidence of bias?
25      MR. SANGIAMO:  Object to the

Page 567

1      form.
2        THE WITNESS:  I did not see any
3    evidence of bias in terms of favoring
4    of pre- versus post-vaccination serum.
5    I can't comment on the blinding of the
6    study group because I was blinded to
7    the study group.
8  BY MR. SCHNELL:
9    Q.    Do you think the potential for
10  bias would have been less in the AIGENT
11  testing if the plaque counters were blinded to
12  which was a pre- and which was a
13  post-vaccination sample?
14    A.    Without being a statistician and
15  having experience in that area, I don't know
16  what the expectation would be that that
17  blinding would have made a difference in what
18  impacted a bias, a potential bias.
19    Q.    Do you believe that the
20  potential for bias in the AIGENT testing would
21  have been less if you did not perform an
22  analysis of the neutralization results while
23  the testing was going on?
24      MR. SANGIAMO:  Object to the
25      form.

Page 568

1      THE WITNESS:  No, I don't
2    believe that would have been -- I don't
3    believe that would have introduced
4    more -- less bias by not doing that
5    analysis while the study was going on.
6  BY MR. SCHNELL:
7    Q.    Do you believe that the
8  potential for bias would have been less if
9  Dr. Emini did not analyze the neutralization
10  results while the testing was going on?
11    A.    I do not believe that his
12  results, his review affected the bias, but the
13  attempt was to try to increase accuracy of the
14  results.  The statistical -- not being a
15  statistician, I can't speak to the chances of
16  all these options providing increased biased
17  or not, but I do not believe in my personal
18  opinion that his review increased the risk of
19  bias.
20    Q.    Do you believe the potential for
21  bias would have been reduced if you had
22  different counters performing the recounts?
23      MR. SANGIAMO:  Object to the
24      form.
25  BY MR. SCHNELL:

Page 569

1    Q.    Let me make that clear.  Do you
2  believe the potential for bias would have been
3  reduced if you did not have the original
4  counter perform his or her own recount?
5    A.    No.  In fact, I believe it
6  would -- my personal opinion is it would be
7  the opposite, meaning that if you have another
8  person doing the count on selective wells
9  only, there could be increased risk of
10  variability even though the counters are
11  qualified, there could be an increased risk of
12  variability between the original counter and
13  the recounter that would introduce a bias in
14  the counts.
15    Q.    What does that say about the
16  variability of the plaque counting process
17  altogether?
18      MR. SANGIAMO:  Object to the
19      form.
20      THE WITNESS:  My understanding
21    and personal opinion is that I try to
22    do -- is have an assay, having a
23    counter count an assay, controls it for
24    that counter.  If you had -- there is
25    what we established or proposed as an

43 (Pages 566 - 569)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 570

1    acceptable range of variability between
2    counters which, the best I recall, was
3    10 percent. It doesn't mean that if
4    one person was counting, they were
5    maybe at like 9 percent difference, but
6    if you're looking at the absolute
7    numbers, that second person, the
8    absolute numbers would change but the
9    trends within the assay would not
10   change.
11   BY MR. SCHNELL:
12       Q.   Did the validation protocol take
13   this into account?
14            MR. SANGIAMO: Object to the
15       form.
16            THE WITNESS: I don't recall --
17       I recall the aspects of the validation
18       on different operators on different
19       days. I don't recall how the
20       validation report addressed the
21       different counters, plaque counters.
22   BY MR. SCHNELL:
23       Q.   Validation didn't address plaque
24   counting at all, did it?
25       A.   I don't recall.

Page 571

1        Q.   Would the potential for bias
2    have been reduced if all of the plaque counts
3    were reviewed for error?
4        A.   Not being a statistician, I
5    can't speak to how likely that would be to
6    reduce bias or error. The question -- I can't
7    answer the question directly. What if you did
8    a full recount, would it be more appropriate
9    to average the results, and I don't have
10   experience in this area. Full recounts are
11   verified counts or numbers are different,
12   average them or what would the next step be.
13       Q.   Would the potential for bias
14   have been reduced if the individuals
15   recounting the plaques that you -- the samples
16   that you identified for them had not known the
17   reason for your asking them to do a recount?
18            MR. SANGIAMO: Object to the
19       form.
20            THE WITNESS: I don't recall in
21       all cases that I identified the reason
22       for the recount. I don't recall how
23       many times I just said there is a
24       question about this plaque count, could
25       you please check it versus this is a

Page 572

1    single positive dilution. But my
2    expectation would be that the plaque
3    check would be to try to give the most
4    accurate count and there would not be a
5    biased towards that the accuracy if the
6    person didn't know what the reason for
7    the recheck was.
8    BY MR. SCHNELL:
9        Q.   So is it your testimony that on
10   those occasions that you previously testified
11   to when you went up to an individual in your
12   lab who had done a plaque count, you said,
13   hey, you missed some, recount it, you don't
14   think that introduced bias into the recount?
15            MR. SANGIAMO: Object to the
16       form. Misstates testimony.
17            THE WITNESS: No, I believe
18       there is a -- looks like there's --
19       plaques were missed, can you please
20       verify whether you would agree that
21       plaques were missed or not.
22   BY MR. SCHNELL:
23       Q.   You admit you did that. Right?
24            MR. SANGIAMO: Object to the
25       form.

Page 573

1            THE WITNESS: I did go to an
2        individual and say here is a well or a
3        plate that was identified with seven
4        flags or single positive dilutions or
5        flags from the workbook. Plaques looks
6        like they're being miscounted, can you
7        please verify whether you agree that
8        they're miscounted or not.
9    BY MR. SCHNELL:
10       Q.   And on those occasions you don't
11   believe that you're disclosing the reason for
12   your asking them to recount the plaques
13   introduced potential bias into their recount?
14       A.   My understanding is that that
15   was trying to get the most accurate plaque
16   count, that the person would make the best
17   effort to get the best, accurate plaque count,
18   not necessarily a bias.
19       Q.   Did you disclose to anyone at
20   the FDA that you went to individuals in your
21   lab and asked them to recount plaques that you
22   found had been missing plaques?
23            MR. SANGIAMO: Object to the
24       form.
25            THE WITNESS: The best I recall,

44 (Pages 570 - 573)

**Appx5024**

Page 574

1  when I was talking to Deborah Bennett
2  about -- not Deborah Bennett, to Cathy
3  Carbone about the plaque count
4  corrections, that was an example I gave
5  to her.
6  BY MR. SCHNELL:
7     Q.    So you told Cathy Carbone during
8  the inspection that I would go to individuals
9  in my staff and I would tell them recount this
10  because you missed some?
11        MR. SANGIAMO:  Object to the
12  form.
13        THE WITNESS:  I recall going to
14  her and saying some of the checks
15  involved cases where I -- in checking
16  the plates, I noticed plaques that were
17  being counted or overcounted, I would
18  go to the individual and ask them to
19  verify the plaque count that had been
20  entered.
21  BY MR. SCHNELL:
22     Q.    Did you tell Dr. Carbone in this
23  instance that you told the plaque counter that
24  they missed counts?
25        MR. SANGIAMO:  Object to the

Page 575

1  form.
2        THE WITNESS:  As best I recall,
3  I told them that the count, I looked at
4  the plate and I see a different count
5  than what they had.
6  BY MR. SCHNELL:
7     Q.    But I'm asking about with your
8  conversation with Dr. Carbone, did you
9  disclose to her that you at times went to
10  individuals in your staff and told them I want
11  you to recount this because I see you missed
12  some plaques?
13        MR. SANGIAMO:  Object to the
14  form.
15        THE WITNESS:  I don't recall, I
16  recall telling her that if I looked --
17  saw plaques were being missed or
18  overcounted, I would let the person
19  know or ask them to verify the counts.
20  Whether I told her specifically cases,
21  there were cases where I told them they
22  were undercounted, I don't recall.
23  BY MR. SCHNELL:
24     Q.    Did you disclose to anyone with
25  the FDA the blinding protocol employed in

Page 576

1  AIGENT testing?
2     A.    That's not an area I'm
3  responsible for.  I don't recall disclosing
4  that to them.
5     Q.    Who is responsible for that
6  area?
7     A.    I don't know.
8     Q.    You ran the AIGENT testing.
9  Right?
10     A.    The assay.
11     Q.    If you had a question about the
12  blinding -- who told you about the blinding
13  procedure?
14     A.    All I recall is that we were
15  given samples identified by -- I forget all
16  the identification of information, but that
17  they would be blinded between -- all the three
18  treatment groups would be -- are not visible
19  to us.  We wouldn't be able to disclose which
20  of the three treatment groups.
21     Q.    Who gave you that --
22        MR. SANGIAMO:  Hold on, Gordon.
23  I don't think he had finished.
24        THE WITNESS:  We weren't be able
25  to tell which sera belonged to each of

Page 577

1  the three treatment groups.
2  BY MR. SCHNELL:
3     Q.    Who provided you with that
4  blinding information?
5        MR. SANGIAMO:  Object to the
6  form.
7        THE WITNESS:  I don't recall who
8  told us that the samples were blinded.
9  We never received the blinding code.  I
10  don't recall who told us that they were
11  blinded or if it was a given that the
12  samples in the study would be received
13  blinded to the treatment group.
14  BY MR. SCHNELL:
15     Q.    Where did you learn that you
16  were supposed to be blinded with respect to
17  the treatment groups?
18     A.    I don't recall a specific
19  document where I indicated that.
20     Q.    Sitting here today, can you
21  think of how you learned about what you were
22  supposed to do in terms of blinding?
23     A.    No.  From my perspective, my
24  responsibility was running the assay.  I
25  received samples and ran them.  The blinding

45 (Pages 574 - 577)

Appx5025

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 578

1  was something not part of our lab activities.
2  That we received samples, the blinding was
3  not -- from my view, not relevant to our
4  testing of it not being unblinded.
5      Q.    Did you consider blinding an
6  important part of clinical studies?
7      A.    I'm not a clinical person so I
8  can't speak to the -- in which cases blinding
9  is critical and when it's not.
10     Q.    Was blinding critical, in your
11 opinion, with the AIGENT testing?
12     A.    All I can say is the samples
13 were blinded. Whether that's critical to the
14 study, I can't say.
15     Q.    You have no opinion?
16     A.    No.
17     Q.    Other than the blinding of the
18 treatment groups, you had no other
19 restrictions in terms of blinding. Correct?
20     A.    What do you mean by "restrictions"?
21     Q.    Other than the blinding
22 restrictions in terms of the individuals
23 running the test, knowing which of the
24 treatment groups were being tested, you had no
25 other restrictions in terms of what

Page 579

1  information the individuals in your staff
2  running the lab had?
3          MR. SANGIAMO:  Object to the
4      form.
5          THE WITNESS:  They would have
6      information from the identifier on the
7      vial and then whether it was a pre- or
8      post-vaccination serum. I don't know
9      what -- that's the information that was
10     available to us. I don't know what
11     other information --
12 BY MR. SCHNELL:
13     Q.    Who designed that aspect --
14         MR. SANGIAMO:  Hold on.
15         MR. SCHNELL:  I'm sorry.
16         THE WITNESS:  I don't know what
17     other information would be considered.
18 BY MR. SCHNELL:
19     Q.    Who designed that aspect of the
20 AIGENT testing?
21     A.    I'm sorry, what aspect?
22     Q.    What was blinded and what was
23 not?
24         MR. SANGIAMO:  Objection. Asked
25     and answered.

Page 580

1          THE WITNESS:  In the neutralization
2      assay format, we as part of validation
3      determined to run the pre- and
4      post-vaccination serum in the same
5      assay. So we needed to know which
6      samples were pre-vaccination, which was
7      the corresponding post-vaccination
8      serum. From my perspective, that's all
9      I needed to know to run the assay. As
10     far as other blinding for the study
11     groups, that's not related, from my
12     perspective, to the assay or to us
13     running the samples.
14 BY MR. SCHNELL:
15     Q.    So is it your testimony that it
16 would have been impossible to blind for pre-
17 and post-vaccination samples?
18     A.    I would say it's not impossible.
19 But someone -- someone -- I don't know someone
20 would have been -- would have to come up with
21 some other way of coding the samples and then
22 providing us with a decode to allow us to
23 identify pre- and post-vaccination samples
24 that can be put in the same assay.
25     Q.    Wouldn't that have been easy if

Page 581

1  you separated the group who counted the
2  plaques from the group that analyzed the
3  results?
4          MR. SANGIAMO:  Object to the
5      form.
6          THE WITNESS:  Not necessarily.
7  BY MR. SCHNELL:
8      Q.    Why would it have been difficult
9  for the plaque counters to not know whether
10 they were counting a pre- or a post-sample?
11     A.    One aspect to the testing was
12 that if we ran a pre- and post-sample together
13 -- pre- and post-vaccination serum together,
14 each sample required, as best I can recall, two
15 plates, each plaque of four plates was a pre-
16 and post-vaccination -- a pre- and post-pair.
17 So basically every four plates became a new
18 set of pre- and post samples. The way the
19 plates were -- the samples were inoculated
20 onto the plates, they were sequential
21 pre/post-pairs one after the other. So the
22 counter could in theory know every multiple of
23 four becomes another pre-vaccination serum.
24         MR. SANGIAMO:  We've been going
25     over an hour, getting close to 1:00.

46 (Pages 578 - 581)

Page 582

1    So if you can wrap up soon.
2  BY MR. SCHNELL:
3       Q.    So my question is, wouldn't that
4  have been an easy fix if you were concerned
5  about potential bias from not being blinded to
6  whether samples were pre or post for counting
7  purpose, wouldn't it have been an easy fix to
8  make it random or engage in some other process
9  that would have blinded the plaque counters
10 from what they were counting?
11      MR. SANGIAMO:  Object to the
12  form.
13      THE WITNESS:  It could have been
14  a solution, but it wasn't one, from my
15  perspective, that I deemed necessary at
16  the time.  The way we were running the
17  assay was the way it had been run
18  during the development studies and
19  through the interim analysis; and would
20  have, from my perspective, have been
21  more complicated to juggle the serum
22  distribution throughout the assay with
23  a concern that we might mispair sera
24  with each other.
25  BY MR. SCHNELL:

Page 583

1       Q.    Does Merck have any in-house
2  blinding procedures that are generally applied
3  to the clinical testing?
4       A.    I don't know.
5       Q.    You've never seen any?
6       A.    Not that I recall.
7       Q.    With respect to the --
8       MR. SCHNELL:  We can stop now.
9       VIDEOGRAPHER:  The time is now
10  12:59.  This concludes disc three.
11          - - -
12      (A recess was taken.)
13          - - -
14      VIDEOGRAPHER:  The time is now
15  2:06.  This begins disc four.  You may
16  proceed.
17          - - -
18      (Exhibit Krah-41, Summary of
19  findings, 2021754 - 2021761, was marked
20  for identification.)
21          - - -
22  BY MR. SCHNELL:
23      Q.    Dr. Krah, I've marked as
24  Exhibit -- Krah Exhibit 41 a document with the
25  Bates range 2021754 through 761.  It purports

Page 584

1  to be a summary of findings prepared by
2  Drs. Bennett and Carbone of the FDA relating
3  to the August 6, 2001, inspection we've
4  been -- that we were discussing before lunch.
5  I just want to ask you about a couple of
6  things in this.
7       My first question is, have you
8  ever seen this document before?
9       A.    It doesn't look familiar to me,
10  but I can't exclude that I saw it at some
11  point, but I don't recall seeing it.
12      Q.    I could turn your attention,
13  again, if you have any -- in response to one
14  of my questions you need to review any part of
15  the document, obviously please feel free.  On
16  page 2 where it has --
17      MR. SANGIAMO:  Hang on a second.
18  I think you should at least give him a
19  chance to look over the document.
20      MR. SCHNELL:  I don't think he
21  needs to because --
22      MR. SANGIAMO:  Well, are you
23  going to be asking him did you ever
24  tell the FDA this, did you ever tell
25  the FDA this?  He needs to see the

Page 585

1  document if something --
2       MR. SCHNELL:  Well, why don't
3  we -- let me ask the question and then
4  if he needs to --
5       MR. SANGIAMO:  At a minimum,
6  just look it over, Dr. Krah, so you're
7  at least familiar with it in general.
8  BY MR. SCHNELL:
9       Q.    Dr. Krah, on the second page of
10  the document --
11      MR. SANGIAMO:  Have you
12  completed your review?
13      THE WITNESS:  I got to the third
14  page of it.
15  BY MR. SCHNELL:
16      Q.    I only have a question right now
17  on the second page.  So let me ask you that.
18      MR. SANGIAMO:  Well --
19      MR. SCHNELL:  Dino, you're just
20  wasting time.
21      MR. SANGIAMO:  I'm not wasting
22  time.  You hand him a document, he's
23  got to look at the document.
24      MR. SCHNELL:  If he needs to
25  review it -- you don't know what my

47 (Pages 582 - 585)

Appx5027

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 586

1 questions are. Hear my question and
2 then you can tell me if he needs to
3 review the document.
4      MR. SANGIAMO: Or I can -- let's
5 hear your first question.
6 BY MR. SCHNELL:
7      Q. So if you look to the second
8 page, the bottom paragraph which begins,
9 "According to Dr. Shaw...," do you see that?
10      A. Yes.
11      Q. "According to Dr. Shaw, this is
12 a novel assay developed uniquely for this
13 study...."
14      Do you see that?
15      A. Yes.
16      Q. Is that a true statement with
17 regard to the AIGENT?
18      A. I would say parts of the assay
19 were previously published, the combination of
20 virus strain and the assay conditions I don't
21 believe have been provided by anyone else. So
22 I would say that parts of the assay are not
23 unique but the overall combination of the
24 assay including the different -- the virus
25 strain and the immunostaining method were a

Page 587

1 unique combination.
2      Q. So what parts of the assay, of
3 the AIGENT assay were not unique?
4      MR. SANGIAMO: Object to the
5 form.
6      THE WITNESS: What I recall at
7 least, as background for the AIGENT
8 assay, is the publication from Sato, I
9 believe et al. in 1978, I believe,
10 where he -- the authors described an
11 anti-IgG enhanced mumps neutralization
12 assay. I don't recall details of the
13 plaque visualization that were included
14 as part of that. But the concept of
15 using anti-IgG to enhance
16 neutralization was included as well as
17 other additions such as complement in
18 that publication.
19      The use of JL135 -- JL135 I
20 don't recall, there were some -- sorry.
21 I don't recall if earlier studies that
22 Dr. Hilleman did included that strain
23 of virus. If I'm trying to tease out
24 perhaps steps of the virus that's used,
25 ever been used in a previous study, I

Page 588

1 don't recall if JL135 was used in a
2 previous study or not.
3      The immunostaining by itself is
4 done in a unique procedure, but my
5 interpretation of the comment would be
6 a novel assay, says a combination of
7 the anti-IgG, the JL135 virus, and the
8 immunostaining as a unique combination.
9 BY MR. SCHNELL:
10      Q. Are you aware of any other
11 clinical trials that involved that combination?
12      A. By Merck or anyone?
13      Q. Anyone.
14      A. Yes.
15      Q. Who?
16      A. GlaxoSmithKline. I'm sorry, not
17 with the virus strains. Sorry. Similar
18 assay, but not with the same virus strain.
19      Q. And what clinical trial are you
20 referring to?
21      A. I don't know what -- I don't
22 know the specific trials, but I've seen
23 publications from GlaxoSmithKline where they
24 included anti-IgG in the neutralization assay.
25      Q. But not with the JL135 strain?

Page 589

1      A. I don't recall what strain. I
2 don't recall it being JL135, but I don't
3 recall what strain it was.
4      Q. Any other clinical trials in
5 which that combination was used?
6      A. Not that I'm aware of.
7      Q. Are you aware of any other
8 neutralization test that Merck has ever
9 conducted using anti-IgG?
10      A. Clinical trial or in any study?
11      Q. First let's start with clinical
12 trial.
13      A. I am not aware or do not recall
14 any other clinical trial in which it was used
15 for -- at least in my experience. I can't
16 speak for all of Merck, but in assays I was
17 involved with, I'm not aware of others.
18      Q. And then what about any trial?
19      A. There was a study --
20      MR. SANGIAMO: Object to the
21 form. You can answer.
22      THE WITNESS: There was a series
23 of experiments that I was involved with
24 in the mid-1990s that involved clinical
25 sera for varicella where we developed

48 (Pages 586 - 589)

**Appx5028**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 590

1    an anti-IgG, an assay that used
2    anti-IgG in the neutralization assay.
3    I don't recall that that was part of a
4    clinical trial evaluation but was --
5    from my recollection was a comparison
6    between different assays of varicella
7    antibodies.
8  BY MR. SCHNELL:
9        Q.    Did you run that testing?
10       A.    Yes.  I ran the mumps -- I'm
11  sorry, mumps.  The varicella neutralization
12  testing.
13       Q.    How many subjects were in that
14  study?
15       A.    I don't recall an exact number.
16  My best recollection is something on the order
17  of 75 or so.
18       Q.    What was the purpose of the
19  study?
20       A.    The purpose of the study, as
21  best I can recall, the purpose of the
22  experiments that we were doing -- I was doing
23  was part of a group in our department to
24  compare antibody titers measured by different
25  antibodies -- different -- sorry, different

Page 591

1    assays.
2        Q.    What were the different assays
3    involved in the study?
4        A.    The assays, they included some
5    version of an ELISA, something called a FAMA
6    assay, F-A-M-A.  So
7    fluorescent-antibody-to-membrane antigen
8    assay.  And then the neutralization assay.
9        Q.    And the 75 subjects were tested
10  in each of the three assays?
11       A.    Actually, I believe, as I'm
12  recalling this, I believe there were four
13  assays.  I don't recall if the fourth assay
14  was another version of the ELISA or not.  But
15  as best I can recall, the intention was to
16  test each of the sera in each of those assays.
17  Whether that was completed for every
18  individual sera, I can't say with certainty.
19       Q.    The goal was to compare the sera
20  conversion results using the different assays?
21       A.    I don't -- I'm sorry.  I don't
22  recall if it was a -- the two measurements
23  that we would have made would have been
24  seroconversion and then geometric mean titer.
25  I don't recall if the comparison was both or

Page 592

1    only seroconversion.
2        Q.    What were the controls used for
3    those three assays?
4        A.    I can't speak to the ELISA
5    controls or the FAMA, the FAMA assay control.
6    In the neutralization assay, you would have
7    had a no serum control.  I don't recall -- I
8    don't recall if the assay included positive
9    controls or not.
10       Q.    What was the no serum control?
11       A.    That all of the reagents except
12  sera, meaning virus, anti-IgG.  In this assay
13  we used complement in addition to the
14  anti-IgG.
15       Q.    Why?
16       A.    In developing the assay we
17  identified that anti-IgG enhanced
18  neutralization, complement enhanced
19  neutralization, when we used the two together,
20  we got enhancement that was beyond either of
21  them alone.  Our goal was to increase the
22  sensitivity of the assay to more accurately
23  detect antibodies to varicella.
24       Q.    You thought by adding complement
25  to the control, that would help you get there?

Page 593

1        A.    Not to the control, but to every
2    sample.
3        Q.    You did it differently for the
4    AIGENT testing.  Correct?
5            MR. SANGIAMO:  Object to the
6        form.
7            THE WITNESS:  We did not use
8        complement in the AIGENT testing but we
9        did use the anti-IgG added to each
10       sample.
11  BY MR. SCHNELL:
12       Q.    What were the difference between
13  the two tests that caused you to use
14  complement in the varicella testing but not in
15  the AIGENT testing?
16       A.    I wouldn't characterize them as
17  differences, but I can say we did evaluate
18  complement.  Complement has been used by
19  others for multiple viruses to enhance
20  neutralization.  We did evaluate that for
21  mumps.  In discussions with CBER, they had
22  asked if we considered complement as a
23  supplement.  As best I can recall, the
24  complement -- in these development studies
25  that we did, complement alone, in the absence

49 (Pages 590 - 593)

**Appx5029**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 594

1 of serum, neutralized mumps significantly. So
2 we did not proceed with including it in the
3 assay. In the case of varicella, complement
4 alone at the concentration we were using did
5 not neutralize virus on its own in the absence
6 of sera.
7     Q. You thought the test would be
8 more accurate, the varicella test would be
9 more accurate using both complement and
10 anti-IgG?
11     A. My belief at the time and still
12 now is that that assay provided a more
13 sensitive measure of varicella antibodies. So
14 it would be a more accurate indicator of
15 whether varicella antibodies were present or
16 not.
17     Q. Do you equate sensitivity with
18 accuracy?
19     A. I'm not a statistician. I
20 understand that there is a formal definition
21 to accuracy. So I would, on a statistical
22 description, would not equate them.
23     Q. In your experience, is an assay
24 that's more sensitive more accurate?
25     MR. SANGIAMO: Object to the

Page 595

1     form. Asked and answered.
2     THE WITNESS: My experience is
3     limited to the assays that I have
4     developed or read about. I would say
5     that the more sensitive assays are a
6     more accurate measure of antibodies,
7     whether that qualifies as from a
8     statistical definition of what
9     constitutes an accurate assay, I can't
10     say.
11 BY MR. SCHNELL:
12     Q. But in your experience, a more
13 sensitive assay is a more accurate assay in
14 terms of measuring antibodies?
15     MR. SANGIAMO: Object to the
16     form. Asked and answered.
17     THE WITNESS: It's a more
18     accurate means to or provides -- a more
19     sensitive assay provides a more
20     accurate way of measuring antibodies,
21     meaning that if antibodies are present,
22     you have a greater chance of detecting
23     them.
24 BY MR. SCHNELL:
25     Q. So the control used in the

Page 596

1 varicella neutralization testing had
2 complement, anti-IgG, the virus and some form
3 of diluent?
4     A. Yes. Yes.
5     Q. And the control used in the
6 AIGENT testing didn't have complement but did
7 have anti-IgG virus and some form of diluent?
8     A. Yes.
9     Q. Was the diluent used in each of
10 these respective controls the same?
11     A. I don't recall what the diluent
12 was in the varicella studies, so I can't say.
13     Q. But the diluent used in either
14 study wouldn't have had antibodies in them.
15 Correct?
16     A. That's -- well, in the case of
17 mumps, it has bovine serum, so it has serum
18 which could have antibodies, but no human
19 antibodies.
20     Q. Other than bovine antibodies,
21 could it have other antibodies?
22     A. There were none added to the
23 reaction, so no.
24     Q. Does the existence of bovine
25 antibodies in the control used for the AIGENT

Page 597

1 testing pose any risk of combining with the
2 anti-IgG to provide an artificial picture of
3 what's actually going on in the control?
4     MR. SANGIAMO: Object to the
5     form.
6     THE WITNESS: My understanding
7     is that the anti-IgG is antihuman IgG
8     and specific for human IgG, and there's
9     no expectation of a reaction with
10     bovine antibodies.
11 BY MR. SCHNELL:
12     Q. Going back to this document,
13 which was Krah-41, if you turn to the next
14 page, this is page 3, under 1 where it says,
15 "Raw data is being changed with no
16 justification...," do you see that?
17     A. Yes.
18     Q. It says, "As the immunological
19 correlate for efficacy of mumps vaccination,
20 Merck has developed an assay to measure
21 anti-mumps antibodies in the serum of
22 vaccinated subjects."
23     Do you see that?
24     A. Yes.
25     Q. Now, that is an incorrect

50 (Pages 594 - 597)

Appx5030

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 598

1 statement of what the AIGENT assay was
2 developed for. Correct?
3          MR. SANGIAMO: Object to the
4     form.
5          THE WITNESS: That's beyond my
6     expertise. As far as the application,
7     my job was responsibility was to
8     develop an assay to measure mumps
9     antibodies. The clinical application
10    or connection is something I'm not
11    responsible for or trained in.
12 BY MR. SCHNELL:
13    Q.    Dr. Krah, you developed the
14 AIGENT test. Correct?
15    A.    Yes, along with other members of
16 the lab.
17    Q.    You and Mary Yagodich developed
18 the AIGENT assay. Correct?
19    A.    Yes.
20    Q.    Other than you two, you can't
21 identify anyone else involved in that
22 development. Correct?
23          MR. SANGIAMO: Object to the
24     form. Misstates prior testimony.
25          THE WITNESS: There are others

Page 599

1     in the lab who contributed to
2     experiments that were part of the
3     development. Mary and I were the leads
4     in designing the experiments for the
5     development.
6 BY MR. SCHNELL:
7    Q.    And here the FDA wrote that
8 Merck has developed an assay as an
9 immunological correlate for the efficacy of
10 mumps vaccination.
11    Is that what you developed the
12 AIGENT assay for?
13          MR. SANGIAMO: Object to the
14     form.
15          THE WITNESS: My objective and
16    our lab's objective was to develop an
17    assay that would be capable of
18    measuring 95 percent seroconversion.
19    The clinical application is something
20    that's beyond my responsibility of
21    assigning.
22 BY MR. SCHNELL:
23    Q.    So is your question -- is your
24 answer, then, that you did not develop the
25 AIGENT assay as an immunological correlate --

Page 600

1          MR. SANGIAMO: Objection.
2 BY MR. SCHNELL:
3    Q.    -- for the efficacy of mumps
4 vaccination?
5          MR. SANGIAMO: Objection. Asked
6     and answered. We've gone over this,
7     Gordon.
8          THE WITNESS: The AIGENT assay
9     was developed to provide a measure of
10    mumps antibody and seroconversion that
11    was consistent with CBER's requirement.
12    Its application or interpretation of
13    what the data would be applied to is
14    beyond my responsibility and
15    understanding.
16 BY MR. SCHNELL:
17    Q.    So did the FDA get it wrong
18 here?
19          MR. SANGIAMO: Gordon, come on.
20    Let's go one more round. You can give
21    your answer again, Dr. Krah, and
22    hopefully we're done.
23          THE WITNESS: I defer to the FDA
24    and their interpretation. That's
25    beyond my responsibility.

Page 601

1 BY MR. SCHNELL:
2    Q.    During the inspection, did you
3 discuss with anyone at the FDA what you
4 developed the AIGENT assay for?
5          MR. SANGIAMO: Dr. Krah, if you
6     want to read the rest of the document
7     given that it may document those
8     discussions, feel free to do so.
9          THE WITNESS: I would say I
10    personally did not -- I don't recall
11    indicating to the FDA the purpose for
12    the assay development other than it was
13    a mumps neutralization assay to support
14    Protocol 007.
15 BY MR. SCHNELL:
16    Q.    Now, further on this page, the
17 last paragraph it's the second sentence
18 beginning with the word "Thus...."
19    Do you see that?
20    A.    I'm sorry?
21    Q.    On page 3, last paragraph,
22 second sentence beginning with the word
23 "Thus..."
24    A.    "Thus, there is no...."
25    Q.    "Thus, there is no guarantee

51 (Pages 598 - 601)

**Appx5031**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 602

1  that the numbers on the worksheet were the
2  original data, even at time of transfer of
3  count from plate to worksheet."
4      Do you see that?
5  A.  Yes.
6  Q.  Do you recall having that
7  discussion or a discussion on that topic with
8  Drs. Bennett and/or Carbone?
9  A.  I recall having that discussion
10  with Dr. Carbone, yes.
11  Q.  And you told her that the
12  numbers on the worksheet were the original
13  data. Correct?
14  A.  The original entry on the -- I
15  told her that the numbers recorded on the
16  counting sheet were the original counts from
17  the plates.
18  Q.  Here the FDA is saying there's
19  no guarantee that that's the case. So I'm
20  wondering in your discussion with Dr. Carbone
21  or Bennett, or both on this topic, did they
22  believe, as you recall, that there was no
23  guarantee that the numbers on the worksheet
24  were the original data?
25      MR. SANGIAMO:  Objection. Calls

Page 603

1  for speculation. I also just want to
2  make an objection for the record that
3  chunks of this paragraph discussing
4  this particular issue are redacted.
5  But if you're able to answer
6  Mr. Schnell's question, Dr. Krah, you
7  can.
8      MR. SCHNELL:  The redactions are
9  how Merck produced this document to us.
10      MR. SANGIAMO:  The redactions
11  were put on there by the FDA.
12      MR. SCHNELL:  I don't know where
13  they came from.
14      MR. SANGIAMO:  I'm telling you
15  where they came from. They were put on
16  there by the FDA.
17      MR. SCHNELL:  Can you repeat the
18  question?
19          - - -
20      (The court reporter read the
21  pertinent part of the record.)
22          - - -
23      THE WITNESS:  Those are the
24  words -- as best I recall, those are
25  the words she has listed here. In

Page 604

1  subsequent discussion with her, we
2  explained the flow of accounting, the
3  reasons for the checks. My
4  understanding was that she -- that
5  that -- still say there was no
6  guarantee but she was not having a
7  reservation. I wouldn't say as best I
8  recall that was like an absolute
9  guarantee that they were the original
10  counts, but she, from my understanding,
11  did not question that they represented
12  the original counts.
13  BY MR. SCHNELL:
14  Q.  So is your testimony that, as
15  you understand it, you convinced Dr. Carbone
16  that the numbers on the worksheet were the
17  original data in every case?
18      MR. SANGIAMO:  Object to the
19  form.
20      THE WITNESS:  I recall
21  indicating that to her. And I don't
22  recall her making a contrary -- a
23  comment against it, that reply.
24  BY MR. SCHNELL:
25  Q.  Are you aware of any instances

Page 605

1  where a counting sheet was discarded?
2  A.  No.
3  Q.  Are you aware of any instances
4  where a counting sheet was overwritten?
5      MR. SANGIAMO:  Object to the
6  form.
7      THE WITNESS:  Can you explain
8  what you mean by "overwritten"?
9  BY MR. SCHNELL:
10  Q.  Well, maybe there were a lot of
11  changes so a new counting sheet was created?
12  A.  I don't recall cases for that.
13  Q.  Now, if counting sheets had been
14  thrown out and new ones created, you would be
15  aware of that. Right?
16      MR. SANGIAMO:  Objection. Calls
17  for speculation.
18      THE WITNESS:  I wasn't looking
19  at every lab member every day for every
20  assay. So I can't be sure that if that
21  did happen, I would have necessarily
22  seen it.
23  BY MR. SCHNELL:
24  Q.  How can you be sure that there
25  weren't instances where recounts were made but

52 (Pages 602 - 605)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 606

1 not recorded on the counting sheets?
2     A.    To the best of my understanding,
3 original counts --
4         MR. SANGIAMO: Object to the
5     form. I'm sorry. Go ahead.
6         THE WITNESS: -- were -- the
7     instructions to the lab staff recorded
8     the original counts on the counting
9     sheet.
10 BY MR. SCHNELL:
11     Q.    Do you know if those were
12 carried out?
13     A.    To the best of my understanding,
14 yes.
15     Q.    Were there instances where
16 someone wasn't sure about a particular count
17 and they consulted with you or another member
18 of the lab before they recorded that count on
19 the counting sheet?
20     A.    I recall cases where an
21 individual counting a plate, if they were
22 having difficulty counting, for example, faint
23 plaques, they would ask if -- someone to look
24 at the plate and see if they were counting
25 accurately.

Page 607

1     Q.    So in those instances, would
2 they have written on the counting sheet their
3 original count and then if someone disagreed
4 with them and convinced them that their
5 original count was wrong, they'd cross that
6 out and write a new count?
7         MR. SANGIAMO: Object to the
8     form.
9         THE WITNESS: That would be my
10     expectation.
11 BY MR. SCHNELL:
12     Q.    Do you know if that was carried
13 out?
14     A.    I don't have any evidence to the
15 contrary. I'd say -- from my expectation, I
16 would say that it was carried out.
17     Q.    Did that actually happen on
18 occasions where someone wrote down a count and
19 then came to you and said I'm not sure if I
20 got this right, will you recount this for me.
21 And you did, and then you got a different
22 count and they crossed out the one they had
23 just written down and then five minutes later
24 put a new count in that you calculated?
25     A.    I don't recall an example such

Page 608

1 as what you just described. I do recall a
2 case where somebody was counting or had
3 counted and said I had trouble counting this
4 assay, I'm not sure if I'm counting
5 accurately, could you, please, check. Check
6 doesn't necessarily say recount, but just look
7 at the plate and see if I agree, for example,
8 the plaques are difficult to count.
9     Q.    So in those instances did they
10 tell you what their count was?
11         MR. SANGIAMO: Object to the
12     form.
13         THE WITNESS: I don't recall.
14 BY MR. SCHNELL:
15     Q.    So you don't recall in those
16 instances if they told you what their count
17 was, you came up with a different count and
18 then they recorded as the original count what
19 your count was?
20         MR. SANGIAMO: Object to the
21     form.
22         THE WITNESS: I don't recall
23     that situation.
24 BY MR. SCHNELL:
25     Q.    You don't know one way or the

Page 609

1 other?
2     A.    No.
3     Q.    The last question I have on this
4 document is on page 4.
5         Again, this -- I'm going to
6 point you to language, similar, not identical
7 to language we saw on the earlier document.
8 It's in the first paragraph, the second to the
9 last sentence beginning with the word,
10 "Moreover...."
11     A.    Okay.
12     Q.    It says, Moreover a selective
13 review of specific assays or wells was
14 undertaken after data analysis of pre- and
15 post-neutralizing antibody titers (e.g., with
16 specific knowledge of matched samples and of
17 pre- or post-vaccination status of samples),
18 providing clear opportunity for selective bias
19 to change.
20         My question to you is, is that a
21 true narrative of the recounting procedure
22 that you oversaw in the AIGENT testing?
23         MR. SANGIAMO: Object to the
24     form. Also I think you said review
25     where you should have said re-review.

53 (Pages 606 - 609)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 610

1    THE WITNESS:  So the comment
2  about review of specific assays or
3  wells was undertaken after data
4  analysis.  I would say that is or were
5  cases where that happened but following
6  the rules that we tried to capture in
7  the defining recheck criteria.  They
8  were selective but the selectivity was
9  based on a result for a sample
10  regardless of whether it was pre- or
11  post-vaccination.
12 BY MR. SCHNELL:
13    Q.    Which rules are you talking
14  about?
15    A.    What I was referring to was
16  rules that I -- as far as like a single
17  dilution positive sample, extra variability
18  criteria, invalid dilutions that would
19  affect -- assigning a titer to a sample.
20    Q.    The criteria we discussed before
21  lunch?
22    A.    Yes.  Yes.
23    Q.    So is there anything about that
24  statement that's inaccurate as it relates to
25  how the AIGENT testing process was conducted

Page 611

1  in your lab?
2    MR. SCHNELL:  Object to the
3  form.
4    THE WITNESS:  So the first half
5  of the sentence, there were selective
6  re-reviews of specific assays or wells,
7  they provided these flags or check
8  flags was undertaken after data
9  analysis, meaning with data analysis,
10  meaning percent of mock values and
11  titers for samples.  So the data
12  meaning the results of the
13  neutralization assay.  So I would say
14  that that re-review of assays after the
15  percent of mock failures or some
16  indication of whether it's seropositive
17  or seronegative and a titer was done.
18  Given the way the plates are laid out
19  in the assay, we would then know which
20  matched serum sets went together
21  between the post-vaccination pairs.
22 BY MR. SCHNELL:
23    Q.    Do you agree with the part of
24  the statement where it says, "...providing
25  clear opportunity for selective bias to the

Page 612

1  change"?
2    A.    That's whoever wrote this
3  document's opinion.  I don't agree that it's
4  necessarily a clear opportunity for bias.
5    Q.    Did you discuss the potential
6  for bias with the FDA during the inspection?
7    A.    As best I can recall, the
8  discussions with the FDA, mostly Cathy Carbone
9  during the inspection, were -- I don't recall
10  her using the word bias, but looking at the
11  data, the changes or corrections that had been
12  made and evaluating the impact on the results.
13  So from that point there was a discussion over
14  the impact of the changes.
15    Q.    And your position during your
16  discussions with Carbone and Bennett was that
17  the recounting process that you employed did
18  not result in any bias?
19    MR. SANGIAMO:  Object to the
20  form.
21 BY MR. SCHNELL:
22    Q.    Is that correct?
23    MR. SANGIAMO:  Object to the
24  form.
25    THE WITNESS:  My best

Page 613

1  understanding is that the recheck that
2  Cathy Carbone did in her narrative
3  summary, the document we looked at
4  earlier today was that the changes were
5  both up and down, it wasn't a
6  systematic change and there weren't
7  many of them.
8 BY MR. SCHNELL:
9    Q.    Is that true?
10    A.    That's my understanding, yes.
11    Q.    So if we were going to analyze
12  all the changes that were made in the AIGENT
13  testing, you would expect to see an equal
14  distribution of changes made to the
15  pre-vaccination samples as to the
16  post-vaccination samples?
17    A.    I don't know that I would say
18  equal, but in some statistical evaluation of
19  that.  So what constitutes equal, I can't say.
20  I'm not familiar with what would qualify as
21  equal.
22    Q.    Well, would you expect there to
23  be more changes on the pre-vaccination side
24  than on the post-vaccination side?
25    A.    Not being a statistician, I

54 (Pages 610 - 613)

**Appx5034**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 614

1  can't give a statistical, accurate number, but
2  it could be a numerically larger number but
3  maybe not -- perhaps not statistically,
4  significantly different from the post.
5      Q.   Well, would you expect there to
6  be more changes on the pre-vaccination than
7  the post-vaccination?
8      A.   Not -- I would say not from --
9  not as best I can -- I wouldn't expect that to
10  be the case.
11      Q.   Would you expect there to be
12  more changes that increased plaque counts than
13  decreased plaque counts?
14          MR. SANGIAMO:  Object to the
15  form.
16          THE WITNESS:  I recall seeing
17  both.  My best recollection is that the
18  majority of the changes were more
19  plaque counts.  There were cases where
20  plaques were being overcounted and then
21  the correction led to a lower plaque
22  count.  But whether -- how much -- how
23  many samples fell into a higher plaque
24  count versus a lower plaque count, I
25  can't say with certainty.

Page 615

1  BY MR. SCHNELL:
2      Q.   Do you have any understanding as
3  to why changes would be in one direction
4  versus the other?
5          MR. SANGIAMO:  Object to the
6  form.
7          THE WITNESS:  My understanding
8  is that the -- a lower -- an increase
9  in plaque counts would indicate that
10  plaques were being missed through some
11  aspect of the staining and that the
12  higher plaque counts being recounted as
13  lower would mean that there was some
14  other precipitator debris in the assay
15  that was being confused as a plaque.
16  BY MR. SCHNELL:
17      Q.   Would you expect -- with your
18  experience in this kind of assay, would you
19  expect there to be more of one kind of change
20  versus the other?
21          MR. SANGIAMO:  Object to the
22  form.
23          THE WITNESS:  I'd have to say I
24  don't have a clear expectation because
25  the changes varied.  It was a different

Page 616

1  aspect of different assays.  So I don't
2  have a memory or recollection of what
3  the consensus, like what's more likely,
4  is it more likely to be a higher count
5  or a lower count.
6          - - -
7      (Exhibit Krah-42, 2/20/01 Memo,
8  26443 & 26444, was marked for
9  identification.)
10          - - -
11  BY MR. SCHNELL:
12      Q.   I'd like to mark as Krah
13  Exhibit 42 a memo dated February 20, 2001,
14  from Dr. Krah to lab staff, Bates number 26443
15  and 4.  Do you recognize this document,
16  Dr. Krah?
17      A.   Yes.
18      Q.   And this was a memo you prepared
19  during the AIGENT testing for your lab staff.
20  Correct?
21      A.   It was prepared at the time we
22  were doing AIGENT testing for distribution to
23  the lab staff.
24      Q.   What was the purpose of your
25  preparing this memo?

Page 617

1      A.   As best I can recall, reading
2  the description of this indicates that there
3  were audits done of mumps neutralization
4  assays with the assays being assays from the
5  AIGENT testing, and there were some
6  observations that the auditors identified.
7  What I -- my goal here was to try to capture
8  the comments and then communicate that to the
9  lab staff to correct those deficiencies and
10  increase the likelihood that we wouldn't have
11  similar observations in subsequent assays.
12      Q.   So this is based on feedback you
13  received from quality assurance?
14      A.   As best I can recall, this is a
15  summary based on comments made during review
16  by the quality assurance group of the assays.
17      Q.   Would that explain why among the
18  potential errors not listed here are plaque
19  counting errors?
20      A.   I would say I don't recall
21  during the audit of the data that the quality
22  assurance group had questioned the cross outs
23  and changes.
24      Q.   Well, they would have no basis
25  to make any evaluation of whether or not the

55 (Pages 614 - 617)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 618

1 plaque counts were correct. Right?
2    A.    They would have no basis for the
3 plaque count changes, but what they could have
4 done is made a comment that there were
5 corrections made and not with -- an
6 explanation not given in the experiment.
7    Q.    But they didn't. Right?
8    A.    Not -- at least I don't have it
9 captured here.
10    Q.    And explanations weren't given
11 when cross outs were made. Correct?
12    A.    For at least as best I can
13 recall, for the majority of the samples, there
14 was -- an explanation was not provided next to
15 the cross out or change.
16    Q.    Did you direct your staff to
17 justify the changes that they made to the
18 plaque counts?
19       MR. SANGIAMO: Object to the
20    form.
21       THE WITNESS: Could I ask for
22    clarification of what point as counting
23    or in a review of the data or what --
24    can you further explain what you mean
25    by asking the lab staff to justify the

Page 619

1    changes.
2 BY MR. SCHNELL:
3    Q.    All the changes that the lab
4 staff were making to the plaque counts
5 following up on the criteria for determining
6 accurate plaque counts, did you direct the
7 staff to explain anywhere why they were making
8 these changes?
9       MR. SANGIAMO: Object to the
10    form.
11       THE WITNESS: For the interim
12    analysis I don't recall. I don't
13    recall instructing the staff to
14    indicate the reasons for those changes.
15 BY MR. SCHNELL:
16    Q.    Did you not want them to?
17    A.    No, it was an oversight on my
18 part of not asking for the explanation of the
19 changes or even for changes that I made to put
20 an explanation next to them.
21    Q.    When did you correct that
22 oversight?
23    A.    As best I can recall, that
24 oversight was corrected in response to the FDA
25 and then resumption of the Protocol 007 AIGENT

Page 620

1 testing in 2002.
2    Q.    So for all of the testing that
3 was done from late 2000 through August of
4 2001, so we're talking about at least nine
5 months of testing, the changes to the plaque
6 counts that were made were never justified or
7 documented?
8       MR. SANGIAMO: Object to the
9    form.
10       THE WITNESS: I can't say that
11    no cases had a justification or
12    explanation, but as best I can recall,
13    the majority of the changes, again, as
14    best I can recall, did not have a
15    justification written in the plaque
16    counting sheet.
17 BY MR. SCHNELL:
18    Q.    Other than it being an
19 oversight, was there any other reason why that
20 was not done?
21       MR. SANGIAMO: Object to the
22    form.
23       THE WITNESS: Not -- no.
24 BY MR. SCHNELL:
25    Q.    Are making changes to plaque

Page 621

1 counts without justification compliant with
2 CGMP?
3    A.    I'm not familiar with CGMP.
4 Sorry. CGMP is what I said. It's -- I'm not
5 fully fluent in CGMP. My understanding is
6 that that would not be compliant with --
7 there's a caveat to this that, as I understand
8 it, it's a limited understanding of the CGMP,
9 is that changes are -- the explanation of the
10 changes are to be documented unless the change
11 is obvious, the reason for the change is
12 obvious.
13       MR. SANGIAMO: Could you show an
14    objection to the form to the last
15    question, please.
16 BY MR. SCHNELL:
17    Q.    Are making changes without
18 justification -- without documenting the
19 reason compliant with GCP?
20       MR. SANGIAMO: Object to the
21    form.
22       THE WITNESS: Not something I'm
23    familiar with.
24 BY MR. SCHNELL:
25    Q.    What would be an obvious reason

56 (Pages 618 - 621)

**Appx5036**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 622

1  for changing a plaque count that would not, in
2  your opinion, need to be justified?
3      A.   Some examples that I can think
4  of would be someone intended to write a
5  number, for example, eight, and really wrote
6  six and realized, oh, I put the wrong number
7  down, so they would cross out the correction
8  to whatever the intended count was.  Or if
9  these plaque count values were entered into
10  the wrong cell of the spreadsheet or the
11  counting sheet and then they realized that the
12  values were put in the wrong cell for that
13  assay.
14      Q.   If I'm a plaque counter and I
15  wrote a six but I meant to write an eight and
16  I go back and change it, how would that be
17  obvious to anyone but me?
18      A.   It wouldn't be.  And there's --
19      Q.   So that's not an example of an
20  obvious change?
21          MR. SANGIAMO:  He's in the
22      middle of an answer.
23  BY MR. SCHNELL:
24      Q.   So that's not an obvious --
25          MR. SANGIAMO:  You have to let

Page 623

1      him finish his answer.
2  BY MR. SCHNELL:
3      Q.   Do you want to finish your
4  answer?
5      A.   I was going to say the
6  transcription error part -- I'm sorry,
7  transcription error.  The entering the data
8  into the wrong cell of the counting sheet
9  where all the values, for example, they get
10  moved down four spaces.  In looking at the
11  assay, one could say this looks like all four
12  values got moved down.  So it looks like they
13  were entered in the wrong cell.  I've seen
14  cases where it's viewed as an obvious
15  correction that they were mis-entered into the
16  right space in the spreadsheet.  The entering,
17  the -- a number, you realize you just wrote
18  the wrong number down.  Technically, I guess,
19  would -- someone looking at it would not know
20  automatically whether that was a correction or
21  the original counter entered it and changed
22  it.
23      Q.   So other than the first example
24  which was, I forget how you described it, but
25  recording the number in the wrong part of the

Page 624

1  spreadsheet or moving it up?
2      A.   Yes.
3      Q.   Other than that example, are
4  there any other examples of plaque count
5  changes that would have been so obvious that
6  they wouldn't need to be justified?
7      A.   None are coming to mind, but I
8  can't exclude that there were other situations
9  where that would apply.
10      Q.   So looking back at Krah
11  Exhibit 42, the first error identified as
12  transcription error, it says, it's a
13  difference between data in the handwritten
14  file and the Excel file.  So is that when the
15  counting sheet number did not match the Excel
16  final number?
17      A.   That's my recollection of what
18  that indicates, yes.
19      Q.   So in those instances, which was
20  the number that was picked as the original
21  count?
22      A.   As best I can recall, it would
23  be the handwritten value.
24      Q.   Why?
25      A.   Because that was -- the plaque

Page 625

1  count on the counting sheet was the primary
2  data that was then transcribed into the
3  workbook.  So that original count was the
4  number to be used in the workbook.
5      Q.   So in that instance, if there
6  was a five on the counting sheet and a ten in
7  the Excel file, what would happen in terms of
8  reconciling the two to make the information
9  correct in your view?
10      A.   My understanding of that, my
11  best recollection is that the value in the
12  Excel file would be changed to match whatever
13  was in the hand count and recorded file.
14      Q.   Was there any indication in the
15  Excel file that the Excel file had been
16  changed?
17      A.   Not that I'm aware of.
18      Q.   And, in fact, if there was
19  originally a five in the counting sheet and a
20  five was entered into the Excel file, and then
21  you directed that counter to go back and
22  recount and they came up with a ten, they
23  would then go back to the Excel file, delete
24  the five and put in the ten.  Correct?
25          MR. SANGIAMO:  Object to the

57 (Pages 622 - 625)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 626

1  form.
2       THE WITNESS:  The original
3  entries in the -- the entries that were
4  made into the spreadsheet were -- did
5  include corrected count.  So in the
6  original data summary before we went
7  back and used the original plaque count
8  entries in the Excel file.  So there
9  was a period where the corrected counts
10  were being used for the calculations in
11  which case that, for example, if a five
12  was corrected to a ten, that ten would
13  be put into the spreadsheet.
14  BY MR. SCHNELL:
15       Q.   Calculation errors,
16  self-explanatory as to what it was.  My
17  question is, were you finding that there was a
18  relatively high number of calculation errors?
19       A.   I don't recall.  I recall it
20  being observation during the audit.  I don't
21  recall that it was a high percentage or a low
22  percentage.
23       Q.   All the calculations were
24  performed by you.  Correct?
25       MR. SANGIAMO:  Object to the

Page 627

1  form.
2       THE WITNESS:  Not by me.  The
3  calculations were done by, as best I
4  can recall, in Excel for the -- some
5  cases the mock value, I believe, was
6  done manually with a calculator.  But
7  the percent of mock value would have
8  been calculated by the -- as best I can
9  recall, with Excel.  Assignment of a
10  titer would have been done manually,
11  not -- it could be by me or by others
12  in the lab.
13  BY MR. SCHNELL:
14       Q.   So it was most likely -- or
15  strike that.
16       Was it the individual who was
17  inputting the data into the Excel spreadsheet
18  also the one who made the calculations of
19  percent mock value and average plaque number
20  for mock sample and other calculations?
21       MR. SANGIAMO:  Object to the
22  form.
23       THE WITNESS:  I can't say with
24  certainty that that's the case.  That
25  would be the typical flow, but I can't

Page 628

1  say that that always was the case.
2  BY MR. SCHNELL:
3       Q.   When you were getting the
4  counting sheets from your lab staff as they
5  were preparing them, were you going through
6  them and making calculations?
7       A.   Once the plaque count sheets
8  were available, calculations were done to
9  determine seroconversion rates and also, at
10  least in the first third of the testing by
11  assay, evaluating the number of pre-positives.
12  So there were some summaries of the data that
13  were being done by me but the calculations
14  would have been part of the Excel spreadsheet
15  and subsequent determination of titer.
16       Q.   And what specific calculations
17  were you performing as it related to
18  pre-positives?
19       A.   As best I can recall, I
20  remember -- recall cases whereby assay would
21  have listed percent pre-positives in that
22  assay.
23       Q.   And why were you performing
24  those calculations?
25       A.   As best I can recall, that was

Page 629

1  something Emilio Emini had asked for to help
2  understand the assay performance.
3       Q.   Why would that help him
4  understand the assay performance?
5       MR. SANGIAMO:  Objection.  Calls
6  for speculation.
7       THE WITNESS:  I don't have -- I
8  didn't ask him directly why he was
9  asking for it.  So I don't have an
10  explanation for his ultimate goal in
11  asking for it.
12  BY MR. SCHNELL:
13       Q.   He never told you why?
14       A.   Not that I recall.
15       Q.   And you have no idea.  Is that
16  right?
17       A.   I have an idea, but it would be
18  speculation.
19       Q.   So what's your idea?
20       MR. SANGIAMO:  Objection.  Calls
21  for speculation as he just said.
22       THE WITNESS:  My speculation is
23  that in development of the assay we had
24  a seroconversion -- I'm sorry, a
25  pre-positivity rate that we observed.

58 (Pages 626 - 629)

212-279-9424                                                                     212-490-3430

**Appx5038**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 630

1 And this would be a way to see if the
2 pre-positivity rate that we're seeing
3 in testing of Protocol 007 was
4 consistent with the result we were
5 getting in the development studies.
6 But that's just my guess at what he's
7 was looking for.
8 BY MR. SCHNELL:
9 Q. As the person who was running
10 and leading the study, you didn't care one way
11 or the other why he wanted this pre-positive
12 information?
13 MR. SANGIAMO: Object to the
14 form. Object to the characterization
15 of Dr. Krah's role.
16 THE WITNESS: Emilio asked
17 whatever -- typically if he asked for a
18 summary or data, I provided it and
19 didn't typically ask about the
20 explanation for the reason behind it.
21 BY MR. SCHNELL:
22 Q. You reported to Dr. Shaw at the
23 time. Right?
24 A. Yes.
25 Q. Was Dr. Shaw also asking for

Page 631

1 this information?
2 MR. SANGIAMO: Object to the
3 form.
4 THE WITNESS: I don't recall. I
5 recall Emilio Emini asking for it. I
6 don't recall if Alan Shaw was as well.
7 BY MR. SCHNELL:
8 Q. Were you involved in any other
9 clinical studies at Merck where you were
10 working as closely with Dr. Emini as you were
11 with the AIGENT testing?
12 A. No.
13 Q. If you look at number 9, it
14 says, "Over-writing data." What's that?
15 A. It means -- I'm trying to recall
16 the examples of this or definition. The data
17 would be, for example, if you wrote a sentence
18 on a page and -- I'm trying to think, not
19 recalling specific examples of this.
20 Something had been written on a page by pen
21 and then something else had been written over
22 top of it to the point where it might be
23 potentially difficult to see the underlying
24 number.
25 Q. Are we talking about the

Page 632

1 counting sheets here?
2 A. That, I don't know. I recall
3 examples. For example, if we were putting a
4 lot number of the reagent, someone put the
5 wrong lot number and they had like put in a
6 number, for example, six, they meant -- they
7 realized that it's an eight so they make the
8 six an eight. That would count as an
9 overwrite, because there was a six entered
10 originally and then modified.
11 Q. But you don't know if they're
12 referring to counting sheets here?
13 A. The way it's worded -- I don't
14 recall specifically what they were referring
15 to. And the way it's written, I can't tell
16 what that refers to.
17 Q. That's all I have on this one.
18 - - -
19 (Exhibit Krah-43, 6/21/01 Memo,
20 63805, was marked for identification.)
21 - - -
22 BY MR. SCHNELL:
23 Q. I'd like to mark as Krah
24 Exhibit 43 a memo from Dr. Krah to files,
25 dated June 21, 2001, Bates number 63805.

Page 633

1 Do you recognize this document?
2 A. Yes, I do.
3 Q. What is this document?
4 A. This is a memo that was intended
5 to capture impact of extra variable plaque
6 counts that were flagged in the workbook and
7 categorize them by the codes listed on the far
8 right-hand column where that code would then
9 be put into the workbook to explain the impact
10 or describe the impact of that extra variability
11 result on the data, on the overall data for
12 that serum sample.
13 Q. Is there a flag here that
14 relates to positive neutralization of a single
15 dilution?
16 A. The ones I see are extra
17 variable plaque counts. They're plaque counts
18 for given dilution and then they consist of
19 pattern of neutralization. So I do not see
20 one for every single positive dilution.
21 Q. But there was one flag for that
22 in the AIGENT workbook. Right?
23 A. I don't recall -- single
24 positive dilutions were part of the -- I'm
25 sorry, I don't recall with certainty. I have

59 (Pages 630 - 633)

Appx5039

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 634

1    an expectation that that was a plaque in the
2    workbook, but I don't recall with certainty
3    that that was the case. These are --
4    there's -- explain the impact of these flags
5    versus something like a single positive
6    dilution. The impact of these flags is that
7    you could have an extra variable. Each serum
8    has eight dilutions that are tested. There
9    could be an extra variable plaque count or no
10   plaque count or inconsistent pattern of
11   neutralization at some dilutions of the serum
12   that don't impact the titer assignment. For
13   example, if you have extra variable plaque
14   counts at the first three dilutions but your
15   fourth and fifth dilutions are positive, one
16   could still assign a titer that the higher
17   dilution to the serum sample. So the results
18   that are not -- are extra variable become
19   unusable or meaningless as far as determining
20   whether the serum is neutralizing or not. If
21   the serum is neutralizing at a higher
22   dilution, that result at the lower dilution
23   becomes irrelevant. So you can still assign a
24   titer.
25           If the extra variable plaque

Page 635

1    count is -- another example is all the values
2    are giving less than 50 percent neutralization,
3    they're extra variable but they're all less
4    than 50 percent, that means even though
5    they're extra variable, none of them are
6    neutralizing. So that would have no impact on
7    the difference between a positive and a
8    negative serum. If an extra variable plaque
9    count was in, for example, one row, and all
10   other rows were negative, you couldn't tell if
11   that extra variable count would have been
12   positive or negative so you wouldn't be able
13   to assign a titer to the sample.
14           So the objective from this is to
15   take cases where the impact of that extra
16   variable plaque count or no plaque count
17   depended on where it fell in the dilution
18   scheme; or depended on where that dilution
19   fell -- where the extra variable flag or
20   another flag fell in the dilution series. So
21   that you wouldn't always say, oh, there's an
22   extra variable plaque count for this row,
23   therefore, that sample is an invalid sample.
24   It would depend on where that result fell.
25       Q.    So this doesn't purport to

Page 636

1    represent all of the flags marked questionable
2    in the workbook. Correct?
3        A.    I don't recall with certainty
4    what all the flags were in the workbook. This
5    represents at least some of the flags. Again,
6    whether it's all of them, I can't say with
7    certainty.
8        Q.    I believe, you can tell me if
9    I'm wrong, but I believe this morning you
10   testified that there was a flag for positive
11   neutralization at a single dilution. Is that
12   not your testimony?
13           MR. SANGIAMO: Objection.
14       Misstates the testimony as I recall.
15           THE WITNESS: As best I recall,
16       I indicated that I thought that there
17       was a flag for that, but I wasn't
18       certain.
19   BY MR. SCHNELL:
20       Q.    Are there other flags that were
21   in the AIGENT workbook that are not identified
22   here that you're aware of?
23       A.    I don't -- these are ones that I
24   can say with certainty were part of the
25   workbook. Whether there were others that are

Page 637

1    part of it, I don't recall.
2        Q.    Now, if you look at the fifth
3    one down, the second sentence says, "Data from
4    this set are not reported in this assay."
5           Do you see that?
6           MR. SANGIAMO: Sixth one down,
7       Gordon?
8           THE WITNESS: The fourth one
9       down?
10   BY MR. SCHNELL:
11       Q.    Fourth one down.
12       A.    This is, "Extra variability
13   prevents reliable measurement of
14   neutralization --
15           MR. SANGIAMO: Slow down.
16           THE WITNESS: Sorry. "Extra
17       variability prevents reliable
18       measurement of neutralization, serum is
19       being retested. Data from this set are
20       not reported in this assay. Data will
21       be presented in the retest assay
22       spreadsheet."
23           So to me my recollection of --
24           MR. SANGIAMO: Dr. Krah, he
25       hasn't asked you a question.

60 (Pages 634 - 637)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 638

1    THE WITNESS:  I'm sorry.
2  BY MR. SCHNELL:
3    Q.    So what did you mean by "Data
4  from this set are not reported in this assay"?
5    A.    What I -- my best recollection
6  of what I meant from that is that that meant
7  that basically is an invalid sample, that it
8  doesn't have an assignable titer.  And since
9  it's not assignable, it's not being reported
10  in that assay.
11    Q.    Then in the sentence that
12  preceded that sentence, "Extra variability
13  prevents reliable measures of neutralization,
14  serum is being retested," what did you mean
15  there?
16    A.    That means that if -- in the
17  series of eight dilutions of serum that are
18  tested, depending on -- the extra variability
19  means that there is more variability than
20  expected between the replicates at that
21  dilution.  If that number exceeds the expected
22  variability, the extra variability flags
23  indicates that those are not reliable values.
24  Depending on where that -- so that then
25  becomes a value for which you cannot calculate

Page 639

1  a reliable percent mock and then in turn
2  cannot determine whether it's neutralizing or
3  not.  If -- it depends on where that dilution
4  falls and what the results of the other seven
5  dilutions are as to whether that falls into
6  this code number 4 or one of the other codes.
7    Q.    So if you don't count a count in
8  some way for extra variability, is it
9  impossible to have a reliable measure of
10  neutralization?  Is that what you're saying
11  here?
12    A.    My understanding is that if the
13  count is extra variable, it's not a valid
14  count which means that there's no count, no
15  valid count for that dilution of a particular
16  serum, which means you cannot assess
17  neutralization for that dilution.
18    Q.    Did you account -- did you take
19  any measures to address extra variability in
20  the interim analysis?
21    A.    The interim analysis, I did not.
22  I don't know if someone else did, but I did
23  not.
24    Q.    Well, who else would have other
25  than you that you wouldn't have been aware of?

Page 640

1    A.    Joe Antonello in the biometrics
2  group was the one who proposed the idea of
3  extra variability.  I can say that in our
4  compilation of the data and calculation of
5  titers we did not implement extra
6  variability -- extra variable -- extra
7  variability assessments.  What I cannot
8  exclude is that he didn't retrospectively
9  apply an evaluation of the extra variability
10  to the data and look at the impact of it on
11  the result -- on the assay results.
12    Q.    Now, if you had done that, and
13  there were changes that followed, those would
14  have been recorded on the counting sheets.
15  Correct?
16    A.    Whatever changes would have been
17  made, regardless of the reason, would have
18  been recorded on the counting sheet.
19    Q.    Are you saying it's possible
20  that Joe Antonello implemented changes on the
21  counting sheets that you were not aware of?
22    A.    No, not for the first third.
23    Q.    The second two-thirds?
24    A.    The second two-thirds he
25  provided the worksheet.

Page 641

1    Q.    Are you saying he also could
2  have implemented changes to the counting
3  sheets that you would not have been aware of?
4    A.    No, I'm not saying that.  What I
5  was attempting to say, that he may have, and
6  I'm not aware that he did, looked at the data
7  from the interim analysis, the experiments
8  from the interim analysis, look at whether the
9  extra -- what the results would be if he put
10  in an extra variability flag.  There would
11  not -- those would not have been the data that
12  were reported to CBER.  But I can't exclude
13  that he might have done some sort of --
14  included those in his review of frequency of
15  extra variability.
16    Q.    But the interim results that
17  were reported to CBER did not control for
18  extra variability.  Is that correct?
19    A.    The interim results that were
20  provided to CBER did not have a flag for extra
21  variability, yes.
22    Q.    Well, there were no flags at all
23  for the interim results.  Correct?
24    A.    There were no flags, yes.
25    Q.    So my question is, you did

61 (Pages 638 - 641)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 642

1 control for, or tried to control for other
2 potential errors that were made in the plaque
3 counts on the interim analysis. Correct?
4     A.    There were changes in the data
5 that were intended to try to make the data
6 more accurate for the interim analysis.
7     Q.    But none of those involved extra
8 variability. Is that correct?
9     A.    Correct. As best as I
10 understand it, there was no -- I wasn't aware
11 of that as a potential -- potential criteria
12 for check so I did not implement knowingly an extra
13 variability evaluation.
14     Q.    So it was only after the interim
15 analysis was completed when you implemented an
16 extra variability check on the data to control
17 for that potential error. Is that correct?
18     A.    It's correct that the first, the
19 workbook that we -- the Excel spreadsheet that
20 we used for the first third did not have an
21 extra variability criteria. The second
22 third -- the balance of the testing in the
23 second third and the third third did have a
24 different workbook that didn't include an
25 assessment of extra variability.

Page 643

1     Q.    So if extra variability wasn't
2 accounted for in the preliminary analysis, did
3 that prevent a reliable measure of the
4 neutralization for that part of the AIGENT
5 testing?
6     A.    I can't comment on the
7 reliability, the impact -- the statistical
8 impact on the reliability. Joe Antonello
9 suggested this as a means to monitor the
10 assay. Whether that led to an actual affect
11 on the reliability, I don't know.
12     Q.    But it might have?
13         MR. SANGIAMO: Object to the
14     form.
15         THE WITNESS: I don't have -- or
16     I guess it could have, but it could
17     equally have well not have. I don't
18     have a view one way or the other.
19         MR. SANGIAMO: Gordon, we're
20     about an hour and nine minutes out.
21     Take a break.
22         VIDEOGRAPHER: The time is now
23     3:15. This concludes disc four.
24         - - -
25         (A recess was taken.)

Page 644

1         - - -
2         VIDEOGRAPHER: The time is now
3     3:33. This begins disc five. You may
4     proceed.
5         - - -
6         (Exhibit Krah-44, 7/30/01 Memo,
7     00002211 - 00002230, was marked for
8     identification.)
9         - - -
10 BY MR. SCHNELL:
11     Q.    Dr. Krah, I've handed you what
12 we've marked as Krah Exhibit 44. It's a memo
13 dated July 30, 2001, from Dr. Krah to files.
14 It attaches a series of counting sheets.
15 Bates range is 2211 through 2230.
16         Dr. Krah, do you recognize this
17 memo and the attached counting sheets?
18     A.    I recognize the memo. The
19 counting sheets in general I recognize. I
20 can't say the actual specific content is
21 familiar.
22         MR. SANGIAMO: Can I ask, did
23     you intend to include 2227 through 223 --
24         MR. SCHNELL: I don't have
25     questions about it, but I think that's

Page 645

1 the way it was produced to us.
2         MR. SANGIAMO: Okay.
3 BY MR. SCHNELL:
4     Q.    So, Dr. Krah, what were the
5 circumstances surrounding your drafting this
6 memo?
7     A.    As best I can recall, as I
8 mentioned earlier, Leah Gottlieb had -- was --
9 sorry, let me take a step back.
10         Once the plaque counts were
11 entered from the counting sheet into the
12 workbook, Leah Gottlieb would review the
13 workbook to identify samples that had flags
14 and then summarize those and meet with me on a
15 periodic basis and identify with a goal -- at
16 least from my perspective, identify sera that
17 were ones that were flagged for rechecks
18 or for the like -- and then an assessment, for
19 example, the extra variable plaque counts and
20 the implications of that on being able to
21 assign a titer to the sera -- I'm sorry, being
22 able to assess a -- assign a titer to the
23 samples. As best I can recall, Leah
24 identified two assays that were counted by
25 Steve Krahling where they had, as best I can

62 (Pages 642 - 645)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 646

1 recall, a large number of flags. I don't
2 recall what large number of flags meant. So
3 she suggested checking the assays to see if
4 there were errors in the plaque counting. So
5 what I did as part of that follow up with Leah
6 was do 100 percent recheck of -- recount of
7 the plaques for, as this indicates -- as best
8 I can recall, there were two assays that -- I
9 think what's listed here as MMRV-170-01 and
10 MMRV-179-01, it had large recounts. Let me
11 refresh my memory if these -- which assays
12 these are.
13      Q.    Just to help you along, these
14 are assays 210, 214 and 245 that you indicated
15 that you recounted 100 percent.
16      A.    So my best recollection is that
17 Leah identified the two assays, MMRV-170-01
18 and MMRV-179-01, that had a number of counting
19 errors. My recollection of this document was
20 that as follow up to those counting errors, I
21 monitored three assays that, double checking
22 that these are all --
23          MR. SANGIAMO:  Take your time to
24      look through.
25          THE WITNESS:  Three assays that

Page 647

1      appear to be ones that Steve had
2      counted subsequent to that --
3      subsequent to those two assays to
4      verify whether the plaque counts in
5      these three assays were within the
6      targeted plus or minus 10 percent count
7      difference between me as the reference
8      counter and Steve.  And if not, to
9      continue rechecking until the counts
10      fall within that -- sorry, not keep
11      rechecking the same data, but recheck
12      subsequent assays to -- until we can
13      verify that the plaque counts were
14      falling within that 10 percent range.
15 BY MR. SCHNELL:
16      Q.    So Leah Gottlieb was in quality
17 assurance.  Right?
18      A.    She served a -- I don't recall
19 what group she was in, what her official group
20 name was.  She served a quality assurance
21 function to our department at the time of the
22 protocol virus and cell biology.  I don't
23 recall what department she was in in serving
24 that function.
25      Q.    This references counting errors,

Page 648

1 not extra variability flags, so are you
2 talking about the same thing here?
3          MR. SANGIAMO:  Object to the
4      form.
5          THE WITNESS:  I don't -- to
6      me -- I can't say with certainty based
7      on the word "count" -- the words
8      "counting errors," but my best
9      recollection is that there were a
10      lot -- a large number of flags of one
11      kind or another in those two assays of
12      MMRV-170-01 and MMRV-179-01.
13 BY MR. SCHNELL:
14      Q.    But there was no flag for
15 counting errors, was there?
16      A.    There's no flag for counting
17 errors, but I can't exclude that I genericized
18 that as counting errors, meaning flags from
19 the workbook.
20      Q.    So if we looked at -- so that
21 was with respect to 170 and 179 which is what
22 prompted your re-review of the three assays
23 attached here.  Correct?
24      A.    That's my understanding of what
25 prompted the review -- re-review of the three

Page 649

1 assays attached here.
2      Q.    So what you did was you went
3 back to the assay plates and then you did all
4 the recounts yourself?
5      A.    Yes.
6      Q.    And you recorded them on these
7 counting sheets.  Is that correct?
8      A.    Yes.  As the numbers to the
9 right of -- as best I recall, the numbers to
10 the right of what Steve had entered in here
11 originally.
12      Q.    And the first recount -- this is
13 assay 210, you conducted on July 1st as
14 indicated by your signature and date.
15 Correct?
16      A.    Yes.
17      Q.    And then the second assay which
18 is number 214 and begins on --
19      A.    I'm sorry, may I correct that?
20 It looks like the plaque counts were checked
21 by D. Krah, 30th of June 2001, and then
22 results were entered into a new spreadsheet
23 01, July of 2001.
24      Q.    So June 30th is when you made
25 these changes.  Right?

63 (Pages 646 - 649)

**Appx5043**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 650

1    A.    That's what this indicates.  At
2  least for that experiment, 210-01.
3    Q.    And then for assay 214 which
4  begins on the page ending in 217, the Bates
5  number ending 217, lower right corner, not the
6  EDPA one, but the MRK-KRA.  Do you see it?
7    A.    I'm sorry, 2217 is the last --
8    Q.    Yeah.
9    A.    Yes.
10    Q.    So that indicates that you did
11  these changes on July 17th.  Am I correct?
12    A.    That's -- yes.
13    Q.    And then for assay 245 it looks
14  like Merck produced an incomplete assay here,
15  but it looks like on the pages they did
16  provide -- actually, I can't tell.  Can you
17  tell when you did that one?
18        MR. SANGIAMO:  Let me just say
19    that this is a document that you're
20    producing here at this deposition.  If
21    you're suggesting that we did not
22    produce a complete set of this assay, I
23    certainly don't accept that
24    proposition.  This may not -- you may
25    not have included all the

Page 651

1    appropriate things here.
2        MR. SCHNELL:  You can look at
3    the Bates number and tell for yourself.
4    But in any event --
5        MR. SANGIAMO:  Well, no, this is
6    the Bates number for this particular
7    document.  I just want to avoid any
8    suggestion that our production in
9    general did not include complete
10    documentation for this assay.
11        MR. SCHNELL:  Are you finished?
12        MR. SANGIAMO:  Yeah, I'm done
13    talking.  Isn't that evident?
14  BY MR. SCHNELL:
15    Q.    So this last assay 245, when did
16  you make the changes?
17    A.    The pages that I see here
18  indicate the 17th of July 2001.
19    Q.    Okay.  So all of these were made
20  on or after the end of June, correct, in 2001,
21  all of these changes you made?
22    A.    The end of June, 30th of June
23  through the 17th of July.
24    Q.    And these changes were made by
25  you, isn't it true, after a time that

Page 652

1  Mr. Krahling had raised serious concerns he
2  felt with how you were conducting the AIGENT
3  testing?
4        MR. SANGIAMO:  Object to the
5    form.
6        THE WITNESS:  The only concerns
7    that I recall hearing from Mr. Krahling
8    were that we knew the pre- and
9    post-vaccination sera.
10  BY MR. SCHNELL:
11    Q.    And you had heard those concerns
12  prior to the time you did these changes.
13  Correct?
14        MR. SANGIAMO:  Object to the
15    form.
16        THE WITNESS:  I don't recall the
17    date at which those questions were
18    posed.
19  BY MR. SCHNELL:
20    Q.    So I have a few questions about
21  some of your changes.  If you could turn to
22  the second page of this packet with the Bates
23  number ending 212, if you look at sample 122,
24  do you see the changes you made there?
25    A.    Yes.

Page 653

1    Q.    You went from eight -- so
2  Mr. Krahling recorded eight, you recounted by
3  checking the assay plate.  Right?
4    A.    Yes.
5    Q.    And you recorded nine.  But then
6  you crossed that out and you wrote ten.  Why
7  was that?  Did you check it twice?
8        MR. SANGIAMO:  Objection.
9        THE WITNESS:  I can't recall
10    with certainty looking at this.  I
11    don't expect that -- I don't -- I would
12    not expect that I would have rechecked
13    it twice.
14  BY MR. SCHNELL:
15    Q.    So how could you explain, then,
16  that you have two corrections there?
17    A.    I do recall, I can't say it's
18  this particular assay, but assays where I
19  count the number of plaques, record the number
20  on the plate, and then when I -- as I'm
21  recording the number, looking at the plate, I
22  see a plaque that I missed.  So I can't
23  exclude the possibility that this is something
24  where I counted nine as I'm looking at the
25  plate and then I write nine down and looking

64 (Pages 650 - 653)

Appx5044

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 654

1    at the plate one last time and see a plaque
2    that I missed so I changed it to a ten to
3    reflect what the -- fact that I missed a
4    plaque.
5         Q.    So what about plate number 130,
6    Mr. Krahling recorded nine, you didn't like
7    that so you crossed it out and then you wrote
8    your own nine?
9         MR. SANGIAMO:  Object to the
10   form.
11   BY MR. SCHNELL:
12        Q.    So how do you explain that?
13        A.    I don't -- that I can't explain.
14   I expect that would be I crossed it out and
15   realized that it was not justified being
16   crossed out, then wrote a nine in next to it.
17        Q.    Why would you cross it out
18   before reaching a conclusion as to what the
19   numbers should be?
20        A.    In filling out the -- I can't
21   say with certainty, but in filling out the
22   form, the large number of wells, I can't
23   verify that I wouldn't have crossed out, for
24   example, a wrong row or crossed out and
25   realized that wasn't one to be crossed out.

Page 655

1         Q.    Okay.  If you could flip a few
2    pages down, the Bates number ending 215, you
3    look at plate 166 and 167, there for 166
4    Mr. Krahling wrote -- recorded 21 plaques.
5    You crossed it out and wrote 14.  And then you
6    crossed that out and wrote 21 again which is
7    what Mr. Krahling originally counted.  You did
8    the same thing with plate 167, Mr. Krahling
9    wrote 11 plaques, you crossed it out and wrote
10   eight.  Then you crossed that out and wrote 11
11   again.  How do you explain that?
12        A.    I'm sorry, what was the second
13   one -- what was the second example that you
14   gave?
15        Q.    They're right next to each
16   other, 166 and 167.
17        A.    I don't recall.
18        Q.    If you keep flipping through,
19   there's others examples if you go through it,
20   but I'd like to turn your attention to assay
21   number 214.
22        A.    I was going to say the -- in
23   doing the plaque count comparison, I rechecked
24   well by well.  My objective was to count -- to
25   make sure I'm counting the right well that

Page 656

1    Mr. Krahling recorded.  There's the plate --
2    there's three replicate wells and one can
3    count the plate upside down or right side up.
4    The middle well will always be the middle well
5    regardless.  I can't exclude the possibility
6    that in some cases I counted a top well when
7    really it matched up the number that Steve had
8    for the bottom well and then the reverse would
9    apply.  But the evaluation that I do as far as
10   -- at least from my recollection, is that the
11   evaluation, whether someone is counting plus
12   or minus 10 percent of the reference counter
13   is not well by well but taking the average of
14   the three replicates.  So then it wouldn't
15   matter -- it's the three values that matter.
16   It wouldn't matter if I got things mixed up in
17   recording.
18        Q.    Turning to assay 214, which
19   begins on Bates number page ending 217, I just
20   want you to flip through that assay and then
21   the pages that are in this packet from assay
22   245 which follow.  You crossed out virtually
23   every single number that Mr. Krahling, not
24   every one, but I'd say 75, 80 percent or in
25   some cases looks like close to 100 percent of

Page 657

1    the counts that he wrote.  Do you see that?
2         MR. SANGIAMO:  Object to the
3    form.
4         THE WITNESS:  I agree that
5    there's a large percent -- large number
6    of the samples that were crossed out
7    with corrections.
8    BY MR. SCHNELL:
9         Q.    Did that give you concern that
10   Mr. Krahling was just not a capable plaque
11   counter?
12        A.    It gave me a concern that he had
13   become not -- at least based on the results of
14   this, not a reliable plaque counter.  In the
15   original training for the assay, training was
16   done to show ability to count plaques
17   accurately.  And my objective, as best I
18   recall from this, was to look at assays around
19   this time to see what other assays were also
20   showing counts that were -- had excess
21   variability from a reference counter.
22            -  -  -
23        (Exhibits Krah-45, Counting
24   sheets, 00683926 - 00683930 and Krah-46,
25   Counting sheets, 00683514 - 00683518,

65 (Pages 654 - 657)

**Appx5045**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 658

1    were marked for identification.)
2         - - -
3  BY MR. SCHNELL:
4    Q.   I'm going to hand you two more
5  counting sheets.  This is what we're going to
6  mark as Krah Exhibit 45 and 46.  Krah-45 is a
7  counting sheet for assay 762 recorded by
8  Mr. Krahling on January 3, 2001.  And Krah-46
9  is a counting sheet for assay 754 recorded by
10  Mr. Krahling on December 27, 2000.  Do you see
11  these?
12    A.   Yes, I do.
13    Q.   If you look at these, look at
14  Krah-45, of all of these counts, I see one
15  correction on the third page.  On sample 1285.
16  I don't see any other corrections.  Do you?
17    A.   No.
18    Q.   And the correction that was --
19  the one correction that was done was Mary
20  Yagodich made that.  Right?
21    A.   There's a note there, "plaques
22  missed - MKY...," which is Mary Yagodich
23  checked.  '01 -- I'm sorry, January 8, 2001.
24    Q.   So obviously his counting sheet
25  was reviewed.  Correct?

Page 659

1         MR. SANGIAMO:  Object to the
2  form.
3         THE WITNESS:  I cannot say that
4  the full counting sheet was reviewed.
5  All I can say is where there is a --
6  there's no indication that the full
7  counting sheet was reviewed.  There's
8  only the note next to the third line,
9  second line and third line for sample
10  1285 that shows cross-out correction.
11  BY MR. SCHNELL:
12    Q.   Then if you look at Krah-46,
13  nothing on the first page, nothing on the
14  second page, two changes on the third, and two
15  samples that had changes on the third page.
16  One change on the next page.  No changes on
17  the next page.  Is that correct?
18    A.   That looks correct to me, yes.
19    Q.   So how do you reconcile the
20  assays that Mr. Krahling performed that you
21  reviewed where you found literally hundreds of
22  errors with the counting sheets that I just
23  showed you where there was just a few?
24         MR. SANGIAMO:  Object to the
25  form.

Page 660

1         THE WITNESS:  All I can say is
2  that the plaque counts, there was --
3  Steve was trained initially, passed the
4  training qualification, which led to
5  him being able to count plaques
6  initially.  What happened between then
7  and the assays, were a large number of
8  miscounts were noted, I can't speak to.
9  What I would offer, which was, as I
10  recall, an unusual event more typically
11  I think, as I mentioned earlier, the
12  tendency is to miss plaques either
13  through faint plaques or just plaques
14  that were missed.  Some of these assays
15  that I recall reviewing with Steve were
16  ones where the plaque counts were
17  higher.  So Steve was counting plaques
18  that weren't plaques.  I can't explain
19  what happened between these earlier
20  assays where the counts looked like
21  they were -- the counts were accurate
22  and then what happened at this later
23  time when they became -- had a large
24  proportion of inaccurate numbers.
25  BY MR. SCHNELL:

Page 661

1    Q.   So when you did these checks on
2  210, 214 and 245 and identified what you saw
3  as such a large number of incorrect counts,
4  did you go back to all the other assays that
5  Mr. Krahling counted to make sure that there
6  weren't a large number of incorrect counts?
7    A.   I don't recall -- other than the
8  ones I listed here, I don't recall other
9  assays that were checked.
10    Q.   Weren't you concerned that if he
11  made what you saw as such a large number of
12  incorrect counts on these assays, that he had
13  made an equally large number of incorrect
14  counts on the other assays?
15    A.   As best I can recall, the assays
16  that are listed here as experiment 170-01 and
17  179-01 were the first ones that had, as I
18  phrased here, a large number of counting
19  errors which, to the best of my recollection,
20  meant flags from the workbook.  I don't recall
21  assays before that having similar large
22  proportions of flags.
23    Q.   Most of the changes that you
24  make here are one, two, maybe three.  So it
25  doesn't suggest extra variability issues, does

66 (Pages 658 - 661)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 662

1  it?
2      MR. SANGIAMO: Object to form.
3      THE WITNESS: That extra variability
4  is not -- the criteria that's evaluated
5  in the rechecks is percent values -- I
6  wouldn't say that I -- of these changes,
7  I don't know how many of them fall
8  outside of the 10 percent counting range,
9  but the objective is to have the
10  reference counter and the counter be
11  within 10 percent plus or minus of the
12  reference counter. So it's not
13  extra variability that's assessed but
14  the average number of plaques for the
15  replicate wells.
16  BY MR. SCHNELL:
17      Q.  Has the individual responsible
18  for conducting the AIGENT testing, did you
19  feel an obligation to ensure that the data
20  that you and your staff were finding in the
21  AIGENT testing was accurate and reliable?
22      A.  My objective was to have the
23  data be as accurate a representation of the
24  actual numbers of plaque counts as possible.
25      Q.  Yet despite finding what you saw

Page 663

1  as so many errors in these three assays by
2  Mr. Krahling, you didn't think it would be a
3  good idea to go back and check his other
4  assays?
5      MR. SANGIAMO: Object to the
6  form.
7      THE WITNESS: I don't recall,
8  again, if -- the trigger for me was
9  experiment 170-01 and 179-01, if they
10  had a large number of flags from the
11  counting sheets. Assays before that
12  did not have that. That would not have
13  been an immediate indicator that the
14  other assays were being counted
15  inaccurately.
16  BY MR. SCHNELL:
17      Q.  So you had no concern that
18  Mr. Krahling had inaccurately counted on his
19  other assays?
20      MR. SANGIAMO: Object to the
21  form.
22      THE WITNESS: I don't recall
23  looking -- I don't recall what other
24  assays I might have looked at as part
25  of an evaluation of when the counting

Page 664

1  accuracy might have dropped off.
2  BY MR. SCHNELL:
3      Q.  Now, the FDA inspection occurred
4  a week after you wrote this memo. Right?
5      A.  I believe it's the first week of
6  August, so approximately a week.
7      Q.  Are there any other memos in
8  your files where you call out a particular
9  member of your lab for engaging in what you
10  characterize as inaccurate plaque counting?
11      MR. SANGIAMO: Objection.
12      THE WITNESS: As best I can
13  recall, in response to the observation
14  of potential miscounting by Steve, I
15  went to every one of -- assays that
16  every one of our lab counted and did
17  100 percent recheck of those to assess
18  whether other people were having a
19  similar tendency of miscounting.
20  BY MR. SCHNELL:
21      Q.  But you just said you didn't go
22  back and check his other assays, so what
23  assays are you talking about?
24      MR. SANGIAMO: Object to the
25  form.

Page 665

1      THE WITNESS: I don't recall the
2  specific assays I looked at, but there
3  were assays that were available at the
4  time where people had counted -- I say
5  counted and then I did 100 percent
6  verification of the plaque counts that
7  they had made.
8  BY MR. SCHNELL:
9      Q.  So you selectively chose certain
10  assays from the lab staff and you checked
11  them?
12      A.  I wouldn't say selectively. I
13  picked, as best I can recall, two assays, as
14  best I recall, from every individual in the
15  lab. They're not completely at random, just
16  two that were available at the time. So not
17  completely -- not selectively, but not
18  completely randomly selected.
19      Q.  And you went through every count
20  that they had made for that particular assay?
21      A.  As best I can recall, I did 100
22  percent check of counts for everyone in the
23  lab.
24      Q.  And you went back to the assay
25  plates and you -- that's how you checked it?

67 (Pages 662 - 665)

**Appx5047**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 666

1   A.   Yes.
2   Q.   Do you have a record of that
3   counting?
4   A.   Yes.
5   Q.   What's the record?
6   A.   I don't know if it's a memo to
7   files.  I recall documenting the specific way
8   in which I did it, whether it was a member of
9   the files or some other form.  I don't recall,
10  documenting who was checked and what dates and
11  what the results showed.
12  Q.   And the counting sheets would be
13  attached?
14  A.   I can't assure that the counting
15  sheets are attached.  It may just -- I may
16  just reference the experiment numbers.
17  Q.   Who at the time would have been
18  the lab counters or the staff in your lab who
19  did the counts that you checked?
20  A.   Well, Steve, Joan Wlochowski,
21  Colleen Barr.  We had two summer interns, Jon
22  Gombola and Suzanne Maahs, I believe.  I
23  forget.  There was Frank Kennedy who was in
24  our lab, I don't recall when he joined the
25  lab.  So as best I can recall, it was everyone

Page 667

1   who was in the lab and counting at the time.
2   Q.   And how did Leah Gottlieb
3   communicate to you the issue with assays 170
4   and 179 that are referenced in your July 30th
5   memo?
6   A.   As best as I recall, when I met
7   with her to go over her review of the assay
8   results, meaning the -- review meaning the
9   flagging or identifying sera for which there
10  is a flag in the workbook that would trigger
11  verification of the plaque counts, that she
12  presented these two assays and said these look
13  like they have a large number of flags,
14  something that's don't look right.
15  Q.   Did she call you or did you
16  write you?
17  A.   This is in person.  I met with
18  her in person.
19  Q.   There's nothing in writing about
20  this?
21  A.   The initial communication to me
22  was verbal.  I don't recall that she
23  documented it in any other way.
24  Q.   Before lunch we talked about the
25  discarding of assay plates from AIGENT

Page 668

1   testing.  You said that Merck still has in its
2   possession some of the assay plates that were
3   used in AIGENT testing but not all of them.
4   Correct?
5   A.   Yes.
6   Q.   And you don't know how many.
7   Correct?
8   A.   At the time of the -- at the
9   time or shortly after the FDA inspection, I
10  contributed to developing a list of the assay
11  plates that we -- the assays that we ran and
12  the assay plates that we had.  I don't recall
13  the numbers of plates that are -- assay plates
14  that are still available.
15            - - -
16       (Exhibits Krah-47, Series of
17       e-mails, 00026555 - 00026559 and
18       Krah-48, Spreadsheet, 00050333 -
19       00050342, were marked for identification.)
20            - - -
21  BY MR. SCHNELL:
22  Q.   Hold off on the first one.
23  Let's talk about this one first.  I'm sorry.
24       So I'd like to mark as -- we're
25  going to skip and go to Krah-48, because I

Page 669

1   already marked 47.  We'll come back to 47.
2       This is a spreadsheet.  Is the
3   this the spreadsheet that you were just
4   referring to?
5   A.   No.
6   Q.   So there's another spreadsheet
7   that you prepared that identifies what plates
8   were -- from the AIGENT testing were thrown
9   out and what had been maintained.  Correct?
10  A.   As best I can recall, there was
11  another spreadsheet that had a list of
12  experiment numbers and then which assays for
13  which plates were still available.
14  Q.   So this is, for the record, a
15  document with Bates range 50333 through 342
16  This is your handwriting.  Right, Dr. Krah?
17       MR. SANGIAMO:  Object to the
18  form.
19       THE WITNESS:  I'm sorry, on?
20  BY MR. SCHNELL:
21  Q.   On Krah-48.
22  A.   That's not -- some of it, the
23  discarded entries look like my handwriting.
24  The other entries do not look like my
25  handwriting.

68 (Pages 666 - 669)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 670

1  Q.  So I'm interested in the
2  discarded handwriting, which you confirm is
3  your handwriting.
4      A.  Sorry, looking at the other
5  pages, the first two, three, four, five, six,
6  seven, the entries on the first page look like
7  my writing of discarded.  On the second page,
8  experiment 163-01 does not look like my
9  writing.  Discarded on the subsequent page is
10  not my writing.  So the entries on the first
11  page look like -- the discarded entries on the
12  first page look like my writing.  But none of
13  the other entries look like my writing.
14      Q.  Do you recognize this
15  spreadsheet?
16      A.  I don't have a -- it lists
17  experiments that are familiar and the
18  information that's familiar, but I don't
19  recall this specific format, seeing this
20  specific format.  I don't recall this specific
21  format.
22      Q.  What was the format of the other
23  spreadsheet you referenced where you
24  identified the assay plates from the AIGENT
25  testing that had been discarded?

Page 671

1      A.  I don't recall with certainty.
2      Q.  Do you have any reason to
3  believe that the -- on the first page the
4  assay numbers meant -- on the spreadsheet have
5  the word you wrote "discarded" on them does
6  not indicate that those assay plates were
7  discarded?
8      A.  I don't have a -- all I can say
9  is that it says they're discarded.  I don't
10  have an independent recollection of whether
11  they were or weren't.
12      Q.  Can you think of any other
13  reason why you would have written discarded
14  there?
15      A.  No.
16      Q.  Now, if you look at what we've
17  marked as Krah-48.
18      MR. SANGIAMO:  You mean 48?  You
19      said 48.
20  BY MR. SCHNELL:
21      Q.  I'm sorry, 47.  This is a series
22  of e-mails, the top one being from Dr. Krah to
23  Gary Swantner, S-W-A-N-T-N-E-R, dated
24  February 7, 2011, Bates range 2655 [sic]
25  through 60.  And I want to direct your

Page 672

1  attention to the page with the -- second to
2  the last page, Bates number ending 559.  There
3  you wrote on January 20, 2011, to Luwy Musey
4  and Deitra Areha that We have been retaining
5  the mumps neutralization assay plaque -- assay
6  plates from MMR Protocol 007 as the primary
7  data for this assay.  This was part of a
8  commitment to CBER to retain the primary data
9  (the assay plates).
10      Do you see that?
11      A.  Yes.
12      Q.  There's nothing incorrect about
13  what you wrote there.  Right?
14      A.  There's nothing incorrect my
15  understanding after the FDA inspection that
16  the assay plates were the primary assay data.
17  It's not correct before the inspection I
18  understood that.
19      Q.  Your belief was that counting
20  sheets were the primary assay data.  Right?
21      A.  Yes.
22      Q.  The FDA's view was that it was
23  the assay plates.  Correct?
24      A.  I can't say that with certainty
25  or commitment to CBER was -- after the

Page 673

1  inspection was to retain the plates.  I don't
2  recall hearing a conclusion from them of
3  what -- whether the counting sheet would be
4  acceptable as the primary data or the plates
5  would be needed.  I don't recall getting an
6  answer to that question.
7      Q.  Answer or not, at the time you
8  wrote this memo, it was your understanding
9  that the assay plates were the primary data
10  for the AIGENT assay.  Correct?
11      MR. SANGIAMO:  Object to the
12      form.
13      THE WITNESS:  The first sentence
14      I have written that as a primary data
15      for this assay.  My understanding was
16      that -- at least I don't recall a
17      response from CBER to confirm that.
18      Those are words I used here, but I
19      can't say that that's accurate.
20  BY MR. SCHNELL:
21      Q.  You can't say that your words
22  here are accurate?
23      A.  I can say my words are accurate.
24  I can't say that my conclusion -- well, I can
25  say that my words are -- that are written

69 (Pages 670 - 673)

Appx5049

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 674

1 there are my understanding at the time, but I
2 did not -- when I wrote this, I did not have
3 confirmation from CBER whether the asset
4 plates would indeed be needed as the primary
5 data.
6     Q.   If you look to the very first
7 page -- and this was all about trying to
8 understand, was it not, whether you were
9 permitted to destroy the remaining assay
10 plates.  Right?
11         MR. SANGIAMO:  Dr. Krah, why
12     don't you read the e-mail exchange here
13     to answer what this all about.
14         THE WITNESS:  As best I recall
15     the fundamental question was -- that I
16     was asking was, we still have the assay
17     plates, does CBER require us to keep
18     storing them or do they consider the
19     primary data to be the counting sheet.
20 BY MR. SCHNELL:
21     Q.   And you wrote according to your
22 records, ...there are 36 boxes and each box
23 should contain at least 1 assay (which
24 typically is 45 plates) so there would be
25 approximately 1600 plates, that's 36 times 45.

Page 675

1 Do you see that?
2     A.   I'm sorry, what page?
3     Q.   On the first page, your e-mail
4 at the bottom of the page.  Do you see where
5 you wrote, "According to my records...."
6     A.   Yes.
7     Q.   What records?
8     A.   I can't tell from this what I
9 was referring to.
10     Q.   And you don't independently
11 recall records regarding the assay plates that
12 have not been discarded that you would have
13 had as of February 2011?
14     A.   That, I don't recall.
15     Q.   You estimated that you had 36
16 plates from 36 assays.  Is that correct?
17         MR. SANGIAMO:  Objection.
18         THE WITNESS:  That's not an
19     accurate description here.  I think
20     that there are 36 boxes and each box
21     should contain at least one assay.
22     Some boxes may contain more than one
23     assay.
24 BY MR. SCHNELL:
25     Q.   Your ultimate estimate was

Page 676

1 around 1,600 plates.  Right?
2     A.   That was my estimate that was
3 provided in this e-mail.
4     Q.   That was based on your review of
5 your records.  Right?
6     A.   No.  Another -- I can't say with
7 certainty.  Another option could have been I
8 went to where the boxes were kept and counted
9 them, and I don't recall that I did that, but
10 it could be -- I don't recall specific -- I do
11 have written here that according to my
12 records, but I don't recall what that
13 specifically refers to.  Another option may be
14 that I may have counted the number of boxes
15 and assumed each box contains at least one
16 assay and physically counted how many boxes
17 were present.
18     Q.   And you wouldn't consider that
19 part of your records?
20     A.   At the time I can't say for sure
21 right today.  If I counted something and that
22 was the number I counted, I would say that
23 that's what I counted and I would consider
24 that part of my records.
25     Q.   So the 1,600 plates at 45 plates

Page 677

1 per assay comes to about 36 assays.  You're
2 saying you're not sure if it's 36 assays.  Do
3 you have a rough sense of how many assays you
4 still have?
5     A.   If this indicated there are --
6         MR. SANGIAMO:  Object to the
7     form.  You can answer.
8         THE WITNESS:  The only -- all I
9     can say is if this says there are
10     36 boxes, I'm assuming that there are
11     36 boxes.  I can't say with certainty
12     that I didn't intend approximately
13     36 boxes or this is exactly 36 boxes,
14     and each box contains at least one
15     assay.
16 BY MR. SCHNELL:
17     Q.   Could a box contain two assays?
18     A.   It depends on the size of the
19 box.  Potentially, yes.
20     Q.   What's the most assays the box
21 could contain?
22     A.   That, I don't know.
23     Q.   Do you have a sense of
24 approximately how many assays were discarded
25 from the AIGENT testing?

70 (Pages 674 - 677)

**Appx5050**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 678

1    A.    No, I don't.
2    Q.    Would you be surprised if it was
3    more than 100?
4    A.    I don't have any sense of what
5    that number was.
6    Q.    So that wouldn't surprise you or
7    not surprise you, you just don't have a sense
8    one way or the other?
9    A.    I don't have a sense. The
10   guidance that we were following at the time
11   was that after the QA audit was done, those
12   plates were -- we could discard them. I don't
13   recall how many assays we run -- we ran so I
14   really don't have a sense of how many assays
15   were discarded.
16   Q.    If I told you you ran 172
17   assays, would that change your answer to my
18   question as to whether you'd be surprised if
19   over 100 assays had been destroyed?
20        MR. SANGIAMO: Object to the
21   form.
22        THE WITNESS: I would say no
23   because the guidance that we were
24   following at the time was once the QA
25   audit was done, that we were able to

Page 679

1    discard the plates.
2    BY MR. SCHNELL:
3    Q.    Would it surprise you if more
4    than 120 assays had been destroyed?
5    A.    No.
6         - - -
7        (Exhibit Krah-49, 8/1/01 Memo,
8    00026864, was marked for identification.)
9         - - -
10   BY MR. SCHNELL:
11   Q.    I'd like to mark as Krah-49
12   another memo to files from Dr. Krah, dated
13   August 1, 2001, Bates number 26864.
14        Do you recognize this, Dr. Krah?
15   A.    The general document I
16   recognize. I recall preparing a document of
17   this sort.
18   Q.    Have you seen this document
19   recently?
20        MR. SANGIAMO: Don't answer with
21   respect to any documents you reviewed
22   with counsel. So excluding anything
23   you might have reviewed with counsel,
24   have you seen this document recently?
25        THE WITNESS: No.

Page 680

1    BY MR. SCHNELL:
2    Q.    Why did you write this document?
3    A.    I can't say with certainty what
4    the reason for preparing this was.
5    Q.    Did anyone ask you to prepare
6    it?
7    A.    I don't recall.
8    Q.    Now, at this point the FDA
9    inspection was five days after. Correct?
10        MR. SANGIAMO: Object to the
11   form.
12        THE WITNESS: As best I recall,
13   the inspection was early August, which
14   would have been after the 1st of
15   August.
16   BY MR. SCHNELL:
17   Q.    August 6th. Right?
18   A.    I don't recall the date.
19   Q.    Were you concerned that the FDA
20   was about to come visit?
21   A.    No.
22   Q.    You had no idea they were about
23   to come visit?
24   A.    That's correct.
25   Q.    You had no idea that any members

Page 681

1    of your lab had complained and threatened to
2    go to the FDA?
3    A.    That's correct.
4    Q.    So it was just pure coincidence
5    that you happened to write this memo five days
6    before the FDA inspected?
7    A.    Yes.
8    Q.    At this point in time, the
9    AIGENT testing had been going on for more than
10   nine months, hadn't it?
11   A.    It had started towards the end
12   of 2000, wasn't running consecutively, but
13   there was a span from late 2000 to this date,
14   August 1st, during which the AIGENT assay was
15   being run at some point.
16   Q.    And so for nine months this
17   testing had gone on and it was only at this
18   point in time, five days before the FDA
19   inspected on the AIGENT testing, that you
20   decided to put this memo -- or put this stuff
21   in writing. Correct?
22        MR. SANGIAMO: Object to the
23   form.
24        THE WITNESS: I would not
25   characterize it that this was a date

71 (Pages 678 - 681)

Appx5051

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 682

1    where I decided to put this in memo
2    form.  I cannot exclude that I was
3    planning to put this together.  This is
4    when I did it.
5    BY MR. SCHNELL:
6        Q.    Can you think of any reason why
7    it took you nine months to put this in
8    writing?
9            MR. SANGIAMO:  Object to the
10           form.
11           THE WITNESS:  Other than we're
12       busy running the assay, and there was a
13       practice that we were following and the
14       data review, the assay running in data
15       review with Leah Gottlieb, I did not
16       understand the need to have that
17       documented as we were doing it.  So
18       this is a process that we were
19       following that I hadn't acknowledged
20       needed to be put in some documented
21       form.  So the shortcoming is postponing
22       or delaying not having time available
23       to put this -- not setting time aside
24       to prepare this in a more timely way.
25   BY MR. SCHNELL:

Page 683

1        Q.    Now, why didn't you just amend
2    the standard operating procedure rather than
3    write a separate memo?
4            MR. SANGIAMO:  Object to the
5            form.
6            THE WITNESS:  I'm sorry, did you
7        say why didn't I write a new or amend
8        the SOP rather than write the memo?
9    BY MR. SCHNELL:
10       Q.    None of this was in the standard
11   operating procedure.  Right?
12           MR. SANGIAMO:  Object to the
13           form.
14           THE WITNESS:  We did not have --
15       although the first point would have
16       been in the original SOP.  That's a
17       given for running the assay.  I don't
18       recall that we had a comment in the
19       original SOP about if questions arise
20       during the original counting.  We did
21       not have the mumps AIGENT workbook.  We
22       didn't have an indication that plaque
23       counts were entered into a spreadsheet.
24       All the flag comments were points for
25       review with 3 on 5, or any recheck 6,

Page 684

1    corrections are -- in 7 and 8 as best I
2    can recall not part of the original
3    SOP.
4    BY MR. SCHNELL:
5        Q.    Now, this wasn't even circulated
6    to lab staff, right, just the files?
7            MR. SANGIAMO:  Object to the
8            form.
9            THE WITNESS:  As this is worded,
10           it's sent to files.
11   BY MR. SCHNELL:
12       Q.    Don't you think it would be a
13   good idea for the lab staff to see this memo?
14       A.    I don't recall with certainty
15   that it was not reviewed with lab staff.  As a
16   memo, the policy does not exclude that I would
17   have reviewed it with lab staff.
18       Q.    It doesn't indicate that it was
19   either?
20       A.    No.
21       Q.    This was at a time when
22   virtually all the AIGENT testing was complete.
23   Correct?
24       A.    As best I can recall, approaching
25   August, again, my best recollection is that we

Page 685

1    were beginning to complete the planned testing
2    for the AIGENT assay.
3        Q.    Other than being busy, can you
4    think of any other reason why you waited nine
5    months to write this, all these, this
6    clarification of data collection on the AIGENT
7    testing when the AIGENT testing was almost
8    complete, and not send it to lab staff?
9            MR. SANGIAMO:  Object to the
10           form.
11           THE WITNESS:  I would say in a
12       practical sense, if we're almost done
13       the testing, and this is the package we
14       were following, it would be less
15       critical -- or less important to
16       present it to the lab staff because we
17       had already -- we're wrapping up the
18       testing.  It's not that all the lab
19       staff would still be continuing with
20       additional testing.
21   BY MR. SCHNELL:
22       Q.    So why is there a need to
23   document it at all?
24       A.    As best I can recall, this is an
25   effort to document the steps and whether it's

72 (Pages 682 - 685)

Appx5052

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 686

1  just that I -- I don't recall whether -- I
2  don't recall the actual -- I don't recall the
3  reason for writing it other than having it or
4  the -- what initiated the writing of it, but
5  the intent was to capture the steps in the
6  workbook and flags and rechecks and
7  corrections and comment on things like invalid
8  dilutions.
9            - - -
10          (Exhibit Krah-50, 007 Summary,
11   00054460, was marked for identification.)
12            - - -
13  BY MR. SCHNELL:
14       Q.   I'd like to mark as Krah
15  Exhibit 50 a document with Bates number 54460.
16  Dr. Krah, is this your handwriting?
17       A.   Yes, it is.
18       Q.   What is this?
19       A.   This, as the title indicates, is
20  an 007 summary, which, as best I can recall,
21  is an attempt to tally the frequency of
22  different categories of results from the --
23  I'm not sure what the assay span, which range
24  of assays this includes other than it was
25  written, initialed and dated by me on

Page 687

1  February 15th of 2001; including pre-negative,
2  post-negative, the three different columns,
3  pre-negative, post-positive and then
4  pre-positive. And then some comments about
5  experiment 743 and experiment 101. Then a
6  summary of it looks like, as best I can see,
7  taking those, the numbers for the different
8  categories and compiling a percent value.
9        Q.   Given a date of February 15,
10  2001, and the number of subjects which looks
11  to be in the low to mid-500s, do you believe
12  that this was an analysis of the interim
13  AIGENT testing?
14       A.   Given the date and, best of my
15  recollection, it included sera from the
16  interim analysis still blinded as to which
17  study group the patients belonged to. It
18  indicates 007 as the study. So my -- best of
19  my recollection, this is -- these are data
20  from the interim analysis.
21       Q.   Do you know why you compiled
22  this data?
23       A.   I don't recall with certainty.
24       Q.   Can you think of any reason why
25  you compiled this data?

Page 688

1            MR. SANGIAMO:  Objection. Calls
2       for --
3            THE WITNESS:  It would be
4       speculation.
5  BY MR. SCHNELL:
6       Q.   Do you have any educated
7  speculation as to why?
8       A.   I -- I don't know.
9            MR. SANGIAMO:  Dr. Krah, don't
10      speculate.
11           THE WITNESS:  Yeah. I don't
12      know.
13  BY MR. SCHNELL:
14       Q.   You have no idea?
15       A.   No.
16            - - -
17          (Exhibit Krah-51, 9/21/00 Memo,
18   00014572 - 00014575, was marked for
19   identification.)
20            - - -
21  BY MR. SCHNELL:
22       Q.   I'd like to mark as Krah
23  Exhibit 51, a memo dated September 21, 2000,
24  from Dr. Krah to Alan Shaw, subject "Monthly
25  report for September, 2000."

Page 689

1        Were you in the practice of
2  preparing monthly reports for Dr. Shaw?
3       A.   Yes. Or whoever was my manager
4  at the time.
5       Q.   Did you have a manager that --
6  other than Dr. Shaw during the AIGENT testing?
7       A.   No.
8       Q.   If you could turn to the third
9  page of the document. And if I -- I want to
10  point you to the first paragraph.
11           MR. SANGIAMO:  Dr. Krah, it's
12      not that long a document, why don't you
13      read the whole thing.
14           THE WITNESS:  Okay.
15  BY MR. SCHNELL:
16       Q.   You wrote this in
17  September 2000 -- September 21, 2000. Right?
18       A.   Yes.
19       Q.   This is at a time before the
20  AIGENT testing began. Right?
21       A.   Yeah, as best I recall, the
22  AIGENT testing was later in 2000.
23       Q.   So this was at a time when you
24  were still developing the assay. Correct?
25       A.   That's my --

73 (Pages 686 - 689)

Appx5053

Page 690

```
 1        MR. SANGIAMO:  Object to the
 2    form.
 3        THE WITNESS:  Given the date and
 4    the description here, I would say that
 5    this is during a time when we were in
 6    development, a time when development of
 7    the assay was still in progress.
 8  BY MR. SCHNELL:
 9    Q.    Part of that development was
10  determining the proper dilution of anti-IgG to
11  be used in the assay.  Correct?
12    A.    That's at least one of the
13  variables that was part of this study.
14    Q.    In the first paragraph in the
15  middle you referred to "The majority of the
16  pre-positive sera were positive at a single
17  dilution."
18        Do you see that?
19    A.    Yes.
20    Q.    So that's what you found when
21  you were doing the pilot studies that led up
22  to the AIGENT testing.  Correct?
23        MR. SANGIAMO:  Object to the
24    form.
25        THE WITNESS:  This says that of
```

Page 691

```
 1    the sera that were pre-positive were
 2    positive of a single dilution.
 3  BY MR. SCHNELL:
 4    Q.    That's an observation that you
 5  found in the experimenting you did prior to
 6  commencing the AIGENT testing.  Correct?
 7        MR. SANGIAMO:  Object to the
 8    form.
 9        THE WITNESS:  Noting of the sera
10    that were pre-positive, they were
11    positive single dilution was -- looks
12    like -- this indicates that it was an
13    observation at the time during
14    development of the assay.
15  BY MR. SCHNELL:
16    Q.    Then in the next paragraph you
17  wrote, "An option under consideration is to
18  classify sera (pre and post-vaccination) that
19  are positive at a single dilution as
20  'equivocal', and perform a retest to confirm
21  the serostatus."
22        Do you see that?
23    A.    I'm sorry, what -- I've lost
24  where you are.
25    Q.    Second paragraph starting with
```

Page 692

```
 1    the second sentence.  "An option under
 2    consideration is to classify sera (pre and
 3    post-vaccination) that are positive at a
 4    single dilution as 'equivocal,' and perform a
 5    retest to confirm the serostatus."
 6    A.    Yes.  Yes.
 7    Q.    You ultimately adopted that not
 8  as a measure for retesting but as a criteria
 9  for recounting.  Correct?
10    A.    The single positive -- the
11  single positive neutralization was adopted
12  regardless whether it was -- it's correct that
13  it was adopted, but independent whether it's a
14  pre-vaccination or a post-vaccination serum.
15    Q.    But the purpose you adopted that
16  was to address the pre-positive problem that
17  you were facing with the AIGENT testing.
18  Right?
19        MR. SANGIAMO:  Object to the
20    form.
21        THE WITNESS:  I do not agree
22    with that conclusion.
23  BY MR. SCHNELL:
24    Q.    Well, the very next sentence you
25  wrote, "This could reduce the pre-positive
```

Page 693

```
 1    rate (and allow for analysis of more serum
 2    pairs), while maintaining assay sensitivity."
 3        So isn't it true that you knew
 4    that the instances of positive neutralization
 5    at a single dilution were occurring more often
 6    on the pre-vaccination side than the
 7    post-vaccination side?
 8    A.    I don't interpret that in the
 9  data --
10        MR. SANGIAMO:  Object to the
11    form.
12        THE WITNESS:  -- the comments on
13    the pre-vaccination.  So it doesn't --
14    I don't see any comment on post-vaccination
15    sera.
16  BY MR. SCHNELL:
17    Q.    I'm not necessarily limiting you
18  to this memo.  I'm asking you in terms of you
19  as a scientist and the experiments you did
20  here, it was not your experience that the
21  majority of instances where positive
22  neutralization occurred at a single dilution
23  were in pre-vaccination samples?
24    A.    I do not, I don't have a
25  recollection one way or the other what the
```

74 (Pages 690 - 693)

**Appx5054**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 694

1  frequent was.
2      Q.    It's your testimony also that
3  you did not implement this criteria for
4  rechecking as an effort to eliminate
5  pre-positives in the AIGENT testing?
6      A.    That's correct. It was an
7  effort to obtain the most accurate data in the
8  case of a single positive dilution, whether it
9  was in a pre- or post-vaccination serum.
10      Q.    And that's your testimony still
11  even though with the very next sentence you
12  wrote implementing "This could reduce the
13  pre-positive rate"?
14      A.    That's -- that was my thought at
15  the time. It doesn't say that it would or
16  wouldn't have independent confirmation if that
17  was the case.
18              - - -
19      (Exhibit Krah-52, 8/15/00
20      E-mail, 00068546, was marked for
21      identification.)
22              - - -
23  BY MR. SCHNELL:
24      Q.    I'd like to mark as Krah-52 an
25  e-mail from Dr. Krah to Dr. Shaw, dated

Page 695

1  August 15, 2000, Bates number 68546.
2      A.    Okay.
3      Q.    I point you to third paragraph
4  where you wrote, "Retesting of the
5  pre-positive sera from other serum sets have
6  shown that the pre-positives often do not
7  repeat (although post-positives do repeat).
8  Although it would likely drive the testing lab
9  mad, a retest policy on all sera might reduce
10  the pre-positive rate...."
11          Do you see that?
12      A.    Yes.
13      Q.    Is it still your testimony that
14  the majority of instances where positive
15  neutralization occurs at a single dilution
16  doesn't occur on the pre side versus the post
17  side?
18          MR. SANGIAMO: Objection.
19      Misstates his testimony.
20          THE WITNESS: I don't have a
21      recollection of the frequency of
22      post-vaccination versus pre-vaccination
23      single positive dilutions.
24  BY MR. SCHNELL:
25      Q.    Does this refresh your

Page 696

1  recollection that in the experimenting you did
2  leading up to the AIGENT testing, that you
3  found that the positive neutralizations that
4  occurred at a single dilution were more often
5  on the pre side than the post side?
6      A.    That was -- that's in the
7  development of the assay. That's an
8  observation from that. Whether that would
9  continue to be the case in larger scale
10  testing, I can't say.
11      Q.    So you do agree, though, that
12  that was the experience you observed in the
13  testing leading up to the commencement of the
14  AIGENT testing?
15          MR. SANGIAMO: Object to the
16      form.
17          THE WITNESS: I wouldn't say
18      that that's a description of the
19      results for that one sera set. Whether
20      that's a description of the overall
21      results, I don't -- I can't say.
22  BY MR. SCHNELL:
23      Q.    And does this also refresh your
24  recollection that it was because of this
25  occurring more on the pre-vaccination side

Page 697

1  than the post-vaccination side, that
2  implementing a recheck or a retest policy for
3  these instances of positive neutralizations at
4  a single dilution might reduce the
5  pre-positive rate?
6          MR. SANGIAMO: Object to the
7      form.
8          THE WITNESS: Does that
9      characterize the reason for
10      implementing the recheck of the single
11      positive dilutions.
12  BY MR. SCHNELL:
13      Q.    If we did a statistical analysis
14  of the AIGENT testing results, would you be
15  surprised if more than 75 percent of the
16  positive neutralizations that occurred at a
17  single dilution occurred on the pre-vaccination
18  side?
19      A.    I don't really have a feeling
20  one way or the other. And I don't recall what
21  that percentage is.
22      Q.    And you didn't gain any
23  experience on that when you were doing all
24  this analysis of the AIGENT testing?
25          MR. SANGIAMO: Object to the

75 (Pages 694 - 697)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 698

1     form.
2           THE WITNESS:  Not that I'll
3     recall.
4     BY MR. SCHNELL:
5        Q.    Do you recall any instances
6     where plaque counts were rechecked when there
7     was a positive neutralization on the
8     pre-vaccination sample?
9        A.    Do I recall any cases where
10    there was a plaque check on a sample that was
11    a pre-vaccination positive sample?  I recall
12    plaque checks that were made on single
13    positive dilutions, some of which I would
14    expect would be pre-vaccination sera.
15       Q.    I'm asking if you recall any?
16       A.    I don't recall a specific case,
17    but my expectation would be that there would
18    be some since some of the -- since we were
19    checking all single dilution positive samples,
20    some of which would be pre and some of which
21    would be post, some subset of those would be
22    pre-vaccination samples.
23       Q.    But your experience with the
24    AIGENT testing doesn't give you any sense of
25    whether or not there was an equal distribution

Page 699

1     of the positive neutralizations on the pre-
2     and post-vaccination samples.  Right?
3        A.    Not that I recall.
4           MR. SANGIAMO:  Going about an
5        hour ten minutes here, Gordon.
6           MR. SCHNELL:  Take a break.
7           VIDEOGRAPHER:  The time is now
8        4:41.  This concludes disc five.
9                    - - -
10          (A recess was taken.)
11                   - - -
12          VIDEOGRAPHER:  The time is 5:03.
13       This begins disc six.
14    BY MR. SCHNELL:
15       Q.    Dr. Krah, I want to refer you
16    back to what we marked Krah-49, is the memo to
17    files that you wrote -- Krah-49 is the memo
18    you wrote to files dated August 1, 2001.  I
19    had asked you if you had any idea as to why
20    you wrote the memo that day.
21       A.    Yes.
22       Q.    And I believe you said you don't
23    recall why you wrote it that day?
24       A.    Yes.
25       Q.    Did you meet with your lawyers

Page 700

1     that day from Merck?
2           MR. SANGIAMO:  Object to form of
3        that question.  Dr. Krah had a
4        privileged meeting that day with
5        Merck with --
6           MR. SCHNELL:  Can I hear that --
7           MR. SANGIAMO:  -- including
8        Merck counsel.
9           MR. SCHNELL:  Can I hear that
10       testimony?
11    BY MR. SCHNELL:
12       Q.    You had a meeting with, a
13    privileged meeting that day with lawyers.  Is
14    that correct?
15       A.    I had a meeting that day that
16    included --
17          MR. SANGIAMO:  Just yes or no.
18          THE WITNESS:  Yes.
19    BY MR. SCHNELL:
20       Q.    I don't want to get into the
21    substance of your meeting.
22       A.    Yes.
23       Q.    You had a meeting that day.  Was
24    it before you wrote the memo?
25       A.    I don't recall.

Page 701

1        Q.    Who was at the meeting?
2        A.    As best I can recall, John
3     Shiver, Kathrin Jansen and Alexis Pinto.
4        Q.    And which of those three were
5     lawyers?
6        A.    Alexis Pinto, I believe, was a
7     lawyer.
8        Q.    Who were the other two?
9        A.    They were members of our
10    department of virus and cell biology.
11       Q.    Was that the first time --
12    strike that.
13          Did you meet with any lawyers in
14    any of the intervening days between August 1st
15    and August 6th?
16       A.    Not that I recall.
17       Q.    Did you meet with any lawyers
18    after the FDA inspection?
19       A.    Not that I recall.
20          MR. SANGIAMO:  Is there an end
21       date on that question?
22          MR. SCHNELL:  That's fine.
23    BY MR. SCHNELL:
24       Q.    Do you recall if you destroyed
25    any assay plates on that day?

76 (Pages 698 - 701)

Appx5056

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 702

1    A.    I don't recall.
2    Q.    Did there come a time in the
3  course of the AIGENT testing when you were
4  directed by Dr. Emini to do a separate test of
5  a certain selection of the Protocol 007
6  samples but with different parameters in terms
7  of the dilution of the anti-IgG and in terms
8  of the indicator strain?
9    A.    I recall some experiments that
10  Emilio suggested.  I don't recall that they
11  met the -- what you just described.
12    Q.    What do you recall of what
13  Dr. Emini asked you to do in that regard?
14    A.    I don't recall any details other
15  than -- I don't recall any specific details of
16  it.
17         - - -
18         (Exhibit Krah-54, Collection of
19  papers, 00064825 - 00064831, was marked
20    for identification.)
21         - - -
22  BY MR. SCHNELL:
23    Q.    I'd like to mark as Krah
24  Exhibit 54 a document with the Bates number
25  64825 through 831.  Do you recognize what this

Page 703

1  collection of papers is?
2    A.    I can't say I recall this
3  specific experiment, but I would say that the
4  collection includes the notebook page, assay
5  information sheet, plate code and
6  immunostaining of plaque assay page, so pages
7  that would be used in neutralization testing.
8    Q.    And this is all your handwriting.
9  Right?
10    A.    It looks like -- yeah, all the
11  pages look like they're my handwriting.
12    Q.    At the very top you wrote, "data
13  being generated for information only - not
14  part of formal testing for Protocol 007."
15         Do you see that?
16    A.    Yes.
17    Q.    Does this refresh your
18  recollection at all as to what was going on
19  here?
20         MR. SANGIAMO:  Object to the
21    form.
22         THE WITNESS:  That description
23    does not refresh my recollection.
24  BY MR. SCHNELL:
25    Q.    So the date of this is March 6,

Page 704

1  2001.  Correct?
2    A.    Yes.
3    Q.    Now, were there instances that
4  you recall where you were doing testing for
5  information only during the course of the
6  regular AIGENT testing?
7    A.    There is an assay that I recall
8  that was after, as best I recall, after --
9  shortly after we did the interim -- the
10  testing for the interim analysis set that had
11  included -- that included sera that had some
12  of the neutralization patterns that we
13  discussed previously, meaning pre-vaccination
14  positive, post-vaccination negative.  I forget
15  all the -- what all the detailed descriptions
16  of the sera that were included there that
17  were, as best I recall, performed or tested to
18  confirm the results with the intention of
19  using it as scientific confirmation but using
20  the original data from the original valid
21  assay as the date it was reported to the
22  database.
23    Q.    Here you wrote the
24  Neutralization is being tested without an
25  anti-IgG enhancement, and using Jeryl Lynn

Page 705

1  vaccine virus and JL135 as indicator viruses.
2         Do you see that?
3    A.    Yes.
4    Q.    Does that give you further
5  recollection as to what you were testing here?
6    A.    No.  The next sentence gives
7  more detail about the format of the assay, but
8  that additional description doesn't refresh my
9  memory any further.
10    Q.    Above the passage I just read
11  speaks about selecting samples from Protocol
12  007 that were low or nonresponders.  Do you
13  see that?
14    A.    It says, ...(low/nonresponders
15  from previous testing in the anti-IgG enhanced
16  mumps neutralization assay).
17    Q.    So am I correct that you took a
18  sample of what looks to be two, four, six,
19  eight, ten low/nonresponder samples from the
20  AIGENT testing and retested them with a
21  neutralization test, one of which -- both of
22  which -- or two neutralization tests, both of
23  which -- neither of which had anti-IgG, and
24  one of which used the vaccine strain of the
25  mumps virus as the indicator virus and the

77 (Pages 702 - 705)

Appx5057

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 706

1  other one using JL135 as an indicator virus.
2  Is that true?
3      MR. SANGIAMO:  Object to the
4  form.
5      THE WITNESS:  It says,
6  Neutralization is being tested here
7  without anti-IgG enhancement, and using
8  Jeryl Lynn vaccine virus and JL135 as
9  indicator virus.
10     Just looking at the info, at PRN
11  assay info sheet.  Mumps house standard
12  listed in the middle of the page which
13  is the vaccine passage.  JL135 is the
14  low passage, I do not see anti-IgG
15  listed here.  So that it was tested
16  without anti-IgG using two different,
17  vaccine strain and low passage.  JL135
18  is the indicator virus.  And also
19  pointing out being tested at higher
20  serum dilutions than were used in the
21  AIGENT assay.  I mean, higher
22  concentration, sorry, in the AIGENT
23  assay.
24  BY MR. SCHNELL:
25     Q.    What was the higher concentration?

Page 707

1      A.    The serum concentrations.
2      Q.    So does that make it easier or
3  harder to neutralize?
4      MR. SANGIAMO:  Object to the
5  form.
6      THE WITNESS:  It does not
7  impact -- it doesn't impact directly
8  whether it's easier or harder to
9  neutralize when it -- testing more
10  concentrated serum allows one to detect
11  lower levels of antibody.
12  BY MR. SCHNELL:
13     Q.    And the cutoff for neutralization
14  is lower, too.  Correct?
15     A.    For this particular assay we
16  started testing at a 1 to 4 initial dilution.
17  So there would be a -- I can't speak to what
18  the cutoff is.  There was a cutoff used for
19  Jeryl Lynn vaccine virus in Protocol 006
20  testing, and I don't recall what that cutoff
21  was.  I don't know if that same cutoff was
22  applied in this assay.
23         - - -
24     (Exhibit Krah-55, Test result,
25     00069449, was marked for identification.)

Page 708

1         - - -
2  BY MR. SCHNELL:
3      Q.    I want to hand you what we
4  marked as Krah-55.  Are these the results of
5  that test -- of those tests?
6      For the record, it's a single
7  page with a Bates number 68448, and that's
8  your handwriting, right, Doctor?
9      A.    Yes, that is my handwriting.  So
10  the very top of the page, X46-01, which to me
11  indicates that it's that -- the same
12  experiment MMRV-46-01.  The sera listed, serum
13  231, 133, 166, 174, 223, 678, 1124, 1715 and
14  1716.  And then two lab volunteer sera, one of
15  which is not the volunteer or control serum
16  used in the AIGENT assay, the DK serum.  Pre-
17  and post rows with titers then for Jeryl Lynn
18  vaccine JL135.  Without seeing the results or
19  a counting sheet from that assay, I can't
20  verify that those results match up.  But the
21  serum numbers match.  It indicates that there
22  was vaccine tested in JL135.  The anti-IgG
23  plus JL135, my expectation would be that
24  that's the historical value, but I can't say
25  with certainty where that number came from.

Page 709

1      Q.    Can you think of -- do you have
2  any reason to believe that those aren't the
3  historical values from the AIGENT testing?
4  I'm talking about the right-hand column under
5  anti-IgG plus JL35?
6      A.    As far as I know, this was not
7  audited so there was not an independent
8  Verification that these were the titers.  But
9  it was my best -- as I best can recall, my
10  best representation was I understood at the
11  time of the titers.
12     Q.    And would you say the same with
13  respect to the other two columns, the first
14  column being that under JL vaccine and the
15  second being that under JL135?
16     A.    My expectation would be whatever
17  titer I have listed here is my understanding
18  of what number titer that was obtained against
19  the two different indicated indicator viruses.
20     Q.    And just so we go through this
21  quickly, but for the first column it lists
22  under -- does that say sera or serum?
23     A.    That's sera.  It might be serum
24  or sera.  I'm not sure.
25     Q.    So that would be -- for number

Veritext Legal Solutions
www.veritext.com

212-279-9424                                    212-490-3430

Appx5058

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 710

1  2, that showed a negative neutralization or a
2  nonresponder for all three of the tests that
3  are identified here. Is that correct?
4      A.  I wouldn't characterize them as
5  nonresponders. It's the -- we did not
6  establish a cutoff for sera positivity. But
7  this -- my interpretation of this it means,
8  for example, sera that had a titer of less
9  than eight meant that it did not have a
10 detectable titer at the highest serum
11 concentration tested which was the 1 to 8
12 dilution. It does not indicate that they were
13 negative or failed to seroconvert.
14     Q.  And then for the -- for test 31
15 under the AIGENT test, does that show a
16 low/responder?
17     A.  I don't have -- in my -- the
18 front page to the experiment I don't have -- I
19 don't see indicated what constitutes, which --
20 like what a serum titer of 256 can constitute
21 a low/responder. I can't say with certainty
22 that that is of a responder. The description
23 of the sample in the assays indicate
24 low/nonresponders. So my expectation is that
25 that would represent a low/responder, but I

Page 711

1  don't have independently indicated on the
2  documents that -- what constitutes a
3  low/responder.
4      Q.  Based on your workbook notes
5  that say you were testing low or
6  nonresponders, do you have any reason to
7  believe that this wasn't a low/responder?
8      A.  I can't say with certainty what
9  I -- at the time, but looking back at the data
10 I could say that that would be my expectation,
11 since there are negatives or values less than
12 32 and then samples were titers, that if the
13 indication was that they were going to be low
14 and nonresponders, less than 32 would be a
15 nonresponder, so a value other than less than
16 32 would be a low/responder.
17     Q.  And then the same with sera 174,
18 that was also 256, so that would also be a
19 low/responder. Correct?
20     A.  Yes.
21     Q.  All of the other sera that were
22 tested, are all of the other samples taken
23 from the AIGENT testing that was used in this
24 assay were nonresponders -- in the AIGENT
25 testing. Correct?

Page 712

1      A.  When you say that I've seen
2  them, the others would -- I've seen serum 31,
3  and 174 are the only ones where I see a titer
4  other than less than 32 for the AIGENT assay.
5      Q.  And then with respect to the
6  results you wrote here for the JL135 without
7  anti-IgG on those same samples, looking at the
8  numbers and other than the eight that is
9  listed for sera 678, all the others are listed
10 as less than eight. Correct?
11     A.  Is that the JL135?
12     Q.  Yeah.
13     A.  The only one I see with an eight
14 is 678.
15     Q.  What you previously said is less
16 than eight means that there was no detectable
17 level of antibodies that was detected in the
18 testing of these samples in the JL135?
19     A.  No, what it indicates is at
20 the -- at a 1 to 8 dilution, there's not
21 sufficient antibody to be detected. It does
22 not mean the serum is -- that there's no
23 detectible antibody in that serum, but at that
24 concentration no detectable activity was
25 measured.

Page 713

1      Q.  Then you also wrote the results
2  here for the testing that was done on these
3  samples with just the Jeryl Lynn vaccine which
4  would be the vaccine strain of the Jeryl Lynn
5  virus. Correct?
6      A.  Yes.
7      Q.  What do you recall was your take
8  away, if any, from this testing that you did?
9      A.  I don't have a recollection at
10 the time I was running this of what the
11 takeaway was.
12     Q.  To whom, if anyone, did you
13 deliver your results?
14     A.  I don't recall.
15     Q.  So you don't recall who asked
16 you to do this testing. Correct?
17     A.  I don't recall who asked for it.
18     Q.  And you don't recall why you did
19 the testing. Correct?
20     A.  That's correct.
21     Q.  You don't recall who, if anyone,
22 you reported the results of your testing to.
23 Is that correct?
24     A.  That's correct. I would just
25 point out its 16 years ago, it's like -- I'm

79 (Pages 710 - 713)

Appx5059

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 714

1 not sure that I would have complete memory of
2 every activity that was done at the time.
3    Q.    Do you recall disclosing this
4 testing to anyone at the FDA?
5        MR. SANGIAMO:  Object to the
6 form.
7        THE WITNESS:  I do not recall
8 discussing or disclosing these data
9 with the FDA.
10 BY MR. SCHNELL:
11    Q.    Are you familiar with Dick Ward?
12    A.    I know him.  I met him.
13    Q.    During the time of the AIGENT
14 testing, the plan originally had been that his
15 lab at the Children's Hospital in Cincinnati
16 was going to conduct the AIGENT testing.
17 Correct?
18    A.    The best of my -- best
19 recollection of the plan was for our lab to
20 develop the assay and have it be transferred
21 to another lab.  I don't recall with certainty
22 that Dick Ward's lab was the one that the plan
23 was to transfer it to.
24    Q.    Who decided that it was
25 originally going to be Dick Ward's lab that

Page 715

1 was going to conduct the testing?
2        MR. SANGIAMO:  Object to the
3 form.
4        THE WITNESS:  I don't -- it
5 wasn't me.  I don't know who made that
6 decision.
7 BY MR. SCHNELL:
8    Q.    Were you involved in any
9 training of any staff in Dick Ward's lab to
10 conduct the AIGENT testing?
11    A.    I was involved in providing
12 documents to help his lab get set up.  I don't
13 know if that qualifies as training, but I did
14 provide documents to him and responded to
15 e-mails with questions as they were preparing
16 to run additional experiments with the assay.
17    Q.    So then you do have a
18 recollection that originally Dick Ward was
19 going to do the AIGENT testing.  Correct?
20        MR. SANGIAMO:  Object to the
21 form.
22        THE WITNESS:  My experience with
23 Dick -- sorry.  To clarify, my
24 experience with the training or
25 providing documents to Dick Ward's lab

Page 716

1 was that we did the -- our lab did the
2 interim analysis, and the plan
3 then was Dick Ward's lab, have the
4 assay transferred to Dick Ward's lab
5 and have his lab do the second third
6 and the third third, the balance of the
7 testing.  So that training was -- or
8 documentation was provided in support
9 of the transfer after we were done with
10 the interim analysis.  Before we
11 started testing, I -- my assumption, my
12 understanding was that some of the lab
13 would be running the assay, but I don't
14 recall specifically it was Dick Ward's
15 lab or someone else.
16 BY MR. SCHNELL:
17    Q.    Did members of his lab come to
18 your lab and get trained by Mary Yagodich?
19    A.    I do recall at least one --
20 there was two people from his lab who I knew.
21 I recall at least one of the people coming to
22 the lab.  Whether they were trained by Mary
23 Yagodich, I don't recall.  But I do recall at
24 least one of the members coming to our lab.
25    Q.    How long were they there?

Page 717

1    A.    My best recollection is one or
2 two weeks.  I can't say with certainty,
3 though.
4    Q.    Do you recall a decision was
5 reached to keep AIGENT testing in-house and
6 cancel the plans to send it to Dick Ward's
7 lab?
8    A.    All I can say is that our lab
9 did the balance of the testing.  So the
10 assay -- the completion of the Protocol 007
11 testing was not done in Dick Ward's lab.  The
12 reasons for that I don't -- I'm not aware of.
13    Q.    Have you ever worked with Dick
14 Ward?
15    A.    I know of him.  Did I ever work
16 with him directly?  Not that I -- other than
17 this trying to or work with him to have the
18 assay methods transferred to his group, I
19 don't recall working with him directly.  As
20 best I recall, there was some rotavirus work
21 that he was doing.  Our lab was involved in
22 rotavirus work.  I don't recall if there was
23 any exchange of discussion between our two
24 groups, but I don't recall directly working
25 with Dick.

80 (Pages 714 - 717)

Page 718

1    Q.  Can you think of anything about
2  Dick Ward or his lab that would have made them
3  incapable of conducting the AIGENT testing?
4    A.  No.
5        - - -
6      (Exhibit Krah-56, 10/9/00 Memo
7    with attachment, 00065695 - 00065703,
8    was marked for identification.)
9        - - -
10  BY MR. SCHNELL:
11    Q.  I'd like to mark as Krah-56 a
12  memo dated October 9, 2000, from Dr. Krah to
13  Emilio Emini, among others, attaching an
14  October 8, 2000, document titled "Anti-IgG
15  Enhanced Mumps Neutralization Assay-Update."
16  Bates range for the entire packet is 65695
17  through 703.  A lot of this is something
18  that -- different document you saw yesterday
19  from an earlier update.  So I'm not going to
20  go over the same stuff that was discussed
21  yesterday.  I do have a question on the first
22  page on the short e-mail you wrote.
23      It's the last sentence.  You
24  wrote, The following attachments provide an
25  update to the status of optimization of the

Page 719

1  anti-IgG dilution, and a 1 to 6 dilution
2  appears to provide an 'ideal' sensitivity.
3      My question to you is, what did
4  you mean by "'ideal' sensitivity"?
5      MR. SANGIAMO:  As you're doing,
6  Dr. Krah, feel free to look at the
7  document to answer the question.
8      THE WITNESS:  I can't say with
9  certainty at the time what I was
10  thinking, but looking at the results on
11  page ending in 65700, the sixth page, I
12  believe, looking at the result summary
13  where the serum classification is
14  listed using four -- I'm sorry, three
15  different anti-IgG dilutions, 1 to 4, 1
16  to 6, 1 to 8, look at pre-positive rate
17  seroconversions, the 1 to 4 dilution
18  gives 95 percent seroconversion, 24
19  percent pre-positive.  1 to 6 dilution
20  of anti-IgG gives 100 percent
21  seroconversion, 11 percent
22  pre-positives.  1 to 8 dilution of
23  anti-IgG gives 96 percent
24  seroconversion and 8 percent
25  pre-positives.  To me the 1 to 6 and 1

Page 720

1  to 8 pre-positivity rate are, in my
2  view, the same.  A higher
3  pre-positivity rate for 1 to 4.  So
4  using a 1 to 6 dilution would give us a
5  balance of acceptable seroconversion
6  and a pre-positive rate that was low of
7  additional dilutions.  Was low and -- I
8  can't say it's flattening out, but when
9  it's -- the 1 to 6, 1 to 8 are given
10  the same pre-positive rate, no impact
11  at seroconversion.  So the ideal then
12  would be a concentration of anti-IgG
13  that gives a balance of seroconversion
14  and low pre-positivity rate.  And 1 of
15  6 dilution would meet that.
16  BY MR. SCHNELL:
17    Q.  The 24 percent pre-positive rate
18  that you found at the 1 to 4 dilution, that
19  doesn't really mean that 24 percent of the
20  samples were pre-positive, does it?
21      MR. SANGIAMO:  Object to the
22  form.
23      THE WITNESS:  My interpretation
24  means that they are indeed pre-positive.
25  BY MR. SCHNELL:

Page 721

1    Q.  Well, then how can the same
2  samples not be pre-positive with a different
3  dilution of anti-IgG?
4    A.  In our studies and studies of
5  Sato and his publication reported the
6  enhancement -- magnitude of the enhancement of
7  neutralization depended on the anti-IgG
8  concentration.  So the more anti-IgG is used,
9  the more enhancement neutralization can be
10  achieved.
11    Q.  So the 24 percent isn't showing
12  a false neutralization?
13    A.  We did not do a specificity test
14  of those particular samples, but my
15  interpretation of this is that that is showing
16  or reflecting mumps antibodies present at a
17  low level in those sera.
18    Q.  What does that mean, at a low
19  level?
20    A.  Low level meaning they're
21  detected or requiring in this case a high
22  level anti-IgG to be detected.
23    Q.  But if the mumps antibodies are
24  really there, aren't they going to have a
25  neutralizing effect regardless of whether you

81 (Pages 718 - 721)

Appx5061

Page 722

1 have anti-IgG or not?

2    A.    No.

3    Q.    So when you have a mumps
4 anti-IgG, there's a qualitative difference of
5 how well it neutralizes?

6        MR. SANGIAMO:  Object to the
7    form.

8        THE WITNESS:  A quantitative
9    difference, meaning that the assay --
10   think of this as a window, that if your
11   assay is capable of measuring
12   neutralization from one dilution and
13   up, and the antibody level is within
14   that range, you'll have a value.  If
15   the level is low but below that range
16   that you're testing, it doesn't
17   preclude there being antibody there, it
18   just means that it's at a lower
19   concentration that can be detected with
20   that assay format.

21 BY MR. SCHNELL:

22   Q.   Isn't the goal of developing
23 these tests to develop a test that has the
24 highest sensitivity?

25        MR. SANGIAMO:  Object to the

Page 723

1    form.  The goal of the test are --
2    charged with this test was to develop
3    an assay that was capable of detecting
4    a 95 percent seroconversion.  There was
5    a target, as it indicates here, a
6    targeted range of approximately 10
7    percent for the pre-positive rates.  So
8    I cannot exclude that some assays may
9    be developed with the sensitivity as
10   the requirement.  This assay was
11   developed with the requirement to meet
12   the seroconversion target and a target
13   of -- as stated here, of pre-positivity
14   rate.

15 BY MR. SCHNELL:

16   Q.   Your goal in developing the
17 AIGENT assay wasn't to develop the most
18 sensitive test.  Correct?

19   A.   My -- one could argue, so my
20 interpretation of the requirement stated by
21 CBER was -- discussion with CBER was to have
22 an assay that was capable of protecting a
23 95 percent seroconversion rate.  My
24 interpretation of that was to identify
25 conditions that would allow us to be able to

Page 724

1 measure that seroconversion rate and not try
2 to have it be the most sensitive assay, but
3 allow us to have the capability of measuring
4 95 percent seroconversion.

5    Q.    But in not trying to develop the
6 most sensitive assay, weren't you sacrificing
7 accuracy?

8    A.    That I can't -- I don't have a
9 sense of how accuracy factors in.

10   Q.    So, again, on the front page
11 when you talked about having -- providing the
12 ideal sensitivity, the goal was not to find
13 the assay with the greatest sensitivity, but
14 it was to find the assay with the sensitivity
15 that would allow you to find results with
16 post-positives greater than or equal to 95
17 percent and pre-positives below 10 percent.
18 Is that correct?

19   A.    Or approximately -- at least
20 it's indicated here, approximately 10 percent
21 pre-positives.

22   Q.    And even though at a 1 to 4
23 dilution of an anti-IgG, it detected a lot of
24 neutralization that wasn't detected in the 1
25 to 6 or 1 to 8 dilution, you weren't

Page 725

1 interested in that because that fell outside
2 your parameters.  Correct?

3        MR. SANGIAMO:  Object to the
4    form.

5        THE WITNESS:  That was -- if we
6    wanted to have the same result at 1 to
7    4, 1 to 6, and 1 to 8, then we would
8    have had to reassess the parameters.
9    In looking at the data, the 1 to 4 --
10   the use of the 1 to 4 dilution does not
11   offer us any improvement in seroconversion
12   rate versus 1 to 6 or pre-positivity
13   rate.

14 BY MR. SCHNELL:

15   Q.   Are we talking about improvement
16 in rate or are we talking about finding the
17 most accurate result of what's really going
18 on?

19        MR. SANGIAMO:  Object to the
20   form.

21        THE WITNESS:  The goal is, of
22   this assay was to be able to measure
23   seroconversion in 95 percent of the
24   people with a high pre-positivity rate.
25   If you had an extremely sensitive assay

82 (Pages 722 - 725)

Appx5062

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 726

1    that detected maternal antibody as an
2    example -- maternal antibody in sera,
3    those -- you could not then assess
4    whether the person seroconverted.  So
5    as far as -- again, I can't speak to
6    the accuracy.  What would be the most
7    appropriate -- what accuracy is
8    required for this -- for the assay.
9    Our -- my goal and my understanding for
10   developing the assay was to have an
11   assay that would allow us to have the
12   capability of measuring 95 percent
13   seroconversion and have a pre-positivity
14   rate of approximately 10 percent
15   without -- from my personal
16   perspective, without considering the
17   impact on accuracy.
18  BY MR. SCHNELL:
19    Q.   And did you share this
20  understanding you had as to what was guiding
21  your development of the AIGENT assay with
22  anyone at the FDA?
23    A.   I recall that we disclosed the
24  data that we had for the assay development
25  with the FDA.  So, yes, we did -- I don't

Page 727

1  recall specifically.  I know specifically we
2  communicated to them they indicated the
3  requirement of a 95 percent seroconversion.  I
4  don't recall whether the pre-positivity rate
5  was -- target was communicated to them.
6    Q.   I asked if you disclosed to the
7  FDA what it was that was guiding your
8  development of the assay?
9    A.   What I described to the FDA were
10  the plans and progress in developing the
11  assay.  Whether that -- I can't say with
12  certainty whether that included -- all I can
13  say -- what I can say is that the plan's
14  progress, the plans and progress of the assay
15  were fully disclosed to the FDA.  Whether we
16  actually used a phrasing of or a comment -- I
17  don't recall a discussion on accuracy, so
18  whether we included a description of accuracy
19  in the discussion, I don't recall.
20         - - -
21      (Exhibit Krah-57, 3/29/01 Memo,
22    00015702 & 00015703, was marked for
23    identification.)
24         - - -
25  BY MR. SCHNELL:

Page 728

1    Q.   I'd like to mark as Krah-57 a
2  memo dated March 29, 2001, from Alan -- am I
3  using the wrong one?
4       MR. SANGIAMO:  I don't think so.
5  BY MR. SCHNELL:
6    Q.   Okay.  Same thing, a memo from
7  Alan Shaw to Emilio Emini, dated 29, March
8  2001, Bates number 15702 and 3.  I have one
9  question on this document.  Feel free to read
10  it if you want.  I'm going to tell you what my
11  question is.  It's in this first paragraph
12  where Dr. Shaw says -- where it starts with
13  the word "Second...," it's the second -- it's
14  the third to last sentence, do you see that
15  where it says, "Second..."?
16    A.   Yes.
17    Q.   "...a preliminary run of about
18  one-third of the serum set has revealed an
19  unanticipated tightness of data from the Krah
20  laboratory.  We doubt that the contract lab
21  would be able to match this level of
22  precision."
23       Do you have any idea of what
24  Dr. Shaw was telling Dr. Emini there?
25    A.   I do not.

Page 729

1    Q.   That's all I have for that
2  document.
3         - - -
4      (Exhibit Krah-58, 6/18/01
5    E-mail, 00048555, was marked for
6    identification.)
7         - - -
8  BY MR. SCHNELL:
9    Q.   I'd like to mark as 59 --
10       MR. SANGIAMO:  58.
11  BY MR. SCHNELL:
12    Q.   -- Krah-58 an e-mail from
13  Dr. Krah to Dr. Emini, dated June 18, 2001,
14  Bates 48555.  I'd like you to read this
15  e-mail, and I have a couple of questions for
16  you.
17    A.   Okay.
18    Q.   Do you recall writing this
19  e-mail?
20    A.   It's from me.  I don't have a
21  specific recollection of this.
22    Q.   You reference concerns you
23  sensed from Emilio Emini regarding the
24  conditions of your lab.  Do you have any
25  recollection of what you were describing

Veritext Legal Solutions
212-279-9424      www.veritext.com      212-490-3430

Appx5063

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 730

1 there?
2 A. I have a recollection of someone
3 approaching either Alan or Emilio with --
4 again, I don't recall the specific concern.
5 But, again, I don't recall whether it was Alan
6 or Emilio or both. And that then, as best I
7 recall, Alan communicated that concern or a
8 concern to me.
9 Q. So you wrote that some of the
10 staff left your group, indicated that they did
11 so because of issues with you or the lab
12 operations. Who are you referring to there?
13 A. The two people I was thinking
14 of, at least that I recall as being ones
15 who -- I can't say for certainty who I was
16 thinking at the time, but I recall two people,
17 DeeMarie Watson and Krista Getty who left the
18 lab with concerns over in one case, as best I
19 recall, it was dissatisfaction with a
20 performance review. And the other was someone
21 who was interested in more visibility and more
22 opportunity for growth who I worked with to
23 try to identify opportunities to meet that,
24 but before we could implement the plan, she
25 had moved.

Page 731

1 Q. Were either of them involved in
2 AIGENT testing?
3 A. Krista Getty, as best I recall,
4 was out of the lab before that testing.
5 DeeMarie Watson, I don't recall if she was in
6 the lab at any point of the AIGENT testing. I
7 don't recall when -- the date when she left
8 the lab.
9 Q. What were the concerns of the
10 lab operations that you referenced here?
11 A. I don't know what specific ones
12 I'm referencing here. I could offer that in
13 the case of DeeMarie Watson, her concern was
14 that she had worked on, as best I recall,
15 mumps neutralization assays that were not part
16 of the clinical study, and that she felt she
17 should have been given more credit for
18 development of the assay, and was claiming
19 that another lab member was given more credit
20 than she had been given.
21 Q. And then you reference Steve
22 Krahling and Joan Wlochowski and your
23 expectation that they won't remain in your lab
24 much longer. You reference "perceived
25 concerns/issues" they had. What were you

Page 732

1 talking about there?
2 A. Well, I do recall questions that
3 Steve raised. I don't recall if Joan was also
4 raising them about the distribution of work
5 within the laboratory and whether the work was
6 being equitably -- or appropriately distributed.
7 Q. You don't recall them raising
8 concerns about the -- how the AIGENT testing
9 was being conducted?
10 A. The only recollection I have was
11 Steve at, I believe, two lab meetings
12 commenting that we know which is a
13 pre-vaccination and which is a
14 post-vaccination serum. That's the extent of
15 the comment that I recall.
16 Q. You don't recall any complaints
17 about -- from Joan Wlochowski on how the --
18 how you were running the AIGENT testing?
19 A. I do not.
20 Q. You don't recall concerns raised
21 by either of them relating to any fraud in
22 connection with the AIGENT testing?
23 A. No.
24 Q. I'd like to mark as Krah-59 an
25 e-mail from Dr. Krah to Mary Yagodich, dated

Page 733

1 June 20, 2001. If you take a -- if you don't
2 recognize it, if you take a moment to review
3 it.
4             - - -
5 (Exhibit Krah-59, 6/20/01
6 E-mail, 00048558, was marked for
7 identification.)
8             - - -
9 THE WITNESS: Okay.
10 BY MR. SCHNELL:
11 Q. And do you recall the
12 circumstances surrounding your sending this to
13 Ms. Yagodich?
14 A. I don't recall the specific
15 occasion for sending this. Given the wording,
16 my expectation is that Mary was out -- I
17 recall that Mary went out on maternity leave.
18 The way this is worded to me suggests that
19 it's something that was sent while she was out
20 on leave, but I can't confirm that.
21 Q. Were you concerned that you were
22 going to be removed from the lab, from your
23 responsibilities in the lab that you were
24 running?
25 A. When Alan approached me about

84 (Pages 730 - 733)

Appx5064

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 734

1  the concerns with the laboratory, the options
2  that he provided to me were to try to work
3  through and resolve those concerns or to be
4  removed from the laboratory, move to another
5  location out of sight essentially, and then
6  have someone else come in to take over for my
7  responsibilities. So there was an option
8  presented of me trying to work to resolve the
9  concerns or to have me removed from the lab at
10  least temporarily.
11      Q.   How did you work through those
12  issues?
13      A.   I worked through the issues by
14  meeting with each of the lab staff and
15  discussing their concerns and trying to work
16  towards understanding what those concerns were
17  and address them where possible.
18      Q.   Which of the lab staff did you
19  meet with in this regard?
20      A.   As best that I can recall, was
21  all the lab staff.
22          MR. SCHNELL: Okay. Let's take
23  a break.
24          VIDEOGRAPHER: The time is now
25  5:51. Going off the video record.

Page 735

1          - - -
2          (A recess was taken.)
3          - - -
4          VIDEOGRAPHER: The time is 6:04.
5  We're back on the video record.
6  BY MR. SCHNELL:
7      Q.   Dr. Krah, do you have an
8  understanding as to whether or not CBER
9  ultimately rejected the results of the AIGENT
10  test?
11      A.   I do not recall what CBER's -- I
12  don't recall CBER's -- I don't recall the
13  specific wording of CBER's conclusion. At
14  least for the -- I don't recall their response
15  to the data.
16      Q.   So you don't have an
17  understanding one way or another as to whether
18  or not CBER accepted the results of the
19  Protocol 007 AIGENT test?
20          MR. SANGIAMO: Object to the
21  form.
22          THE WITNESS: I recall that
23  there was -- after the inspection and
24  response to the GMP or the audit, there
25  were concerns that CBER had raised. We

Page 736

1  addressed those and resumed testing.
2  As best I can recall, that testing
3  included -- that included use of the
4  original plaque counts were submitted
5  to CBER. I don't recall what the
6  eventual decision was on that -- those
7  data.
8  BY MR. SCHNELL:
9      Q.   Were the original plaque counts
10  in any way reviewed before sending them to
11  CBER?
12          MR. SANGIAMO: Object to the
13  form. Calls for speculation.
14          THE WITNESS: I do not recall
15  what review was done before sending
16  them to CBER. As part of the quality
17  assurance audit, we verified
18  transcription from accounting sheets to
19  the workbook. Beyond that, I don't
20  have any knowledge.
21  BY MR. SCHNELL:
22      Q.   Is that Verification done after
23  the August 6, 2001, inspection?
24      A.   Verification of the
25  transcription was done routinely as part of

Page 737

1  the assay audit by quality assurance. The
2  audit of using only the original plaque count
3  data would have been -- that requirement was
4  applied after the August inspection, does not
5  mean that there might have been assays for
6  which there are no correction where the same
7  data would be used in the later submission.
8          MR. SCHNELL: Can you repeat his
9  answer, please?
10          - - -
11          (The court reporter read the
12  pertinent part of the record.)
13          - - -
14  BY MR. SCHNELL:
15      Q.   I didn't understand that.
16      A.   The point there was that the
17  original data would be used but in some of the
18  testing before the inspection there may have
19  been assays for which there were no
20  corrections. So the same data would be
21  applied.
22      Q.   And you testified previously,
23  didn't you, that the bulk of the AIGENT
24  testing had been completed by the time the FDA
25  inspection occurred in August 2001?

85 (Pages 734 - 737)

**Appx5065**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 738

1    A.    I can't say with certainty, but
2  my best recollection is that we were beginning
3  to wrap up the testing -- the plan testing for
4  the Protocol 007 around that time.
5    Q.    Were you involved in the
6  decision by Merck to submit the original
7  AIGENT testing results to CBER?
8         MR. SANGIAMO:  Object to the
9    form.
10        THE WITNESS:  I was in meetings
11    where the proposal to include the
12    original counts in the submission to
13    CBER was discussed.
14  BY MR. SCHNELL:
15    Q.    And at any point in those
16  meetings did you object?
17    A.    No.
18    Q.    Did you believe that the
19  original data was accurate and reliable?
20    A.    My understanding of the -- so I
21  don't have a thought -- my expectation -- I'm
22  sorry.  My expectation is that the original
23  data were as a composite reliable.  CBER in
24  their discussion with Merck about the
25  corrections and the flags, for example, that

Page 739

1  were part of the workbook was that they
2  thought that those checks were actually an
3  improvement to the assay performance but was
4  not documented before we started testing.  So
5  their view was that the plaque count checks
6  were an improvement, but that for
7  documentation purposes we would need to use
8  the original data.  From my own personal
9  perspective, I don't have a feeling one way or
10  the other whether one set of data is more --
11  accept them to be equally reliable or equally
12  reliable representations of the data.
13    Q.    So if you could turn back to
14  Krah Exhibit 44, these are the counting sheets
15  of Mr. Krahling where you identified incorrect
16  counts or what you perceived as incorrect
17  counts on the lion's share of the samples for
18  these assays.  If I can in particular point
19  you to, let's take assay 214, which begins on
20  page 2217.
21    A.    Okay.
22    Q.    Is it your testimony that what
23  Mr. Krahling originally counted and you
24  crossed out on all of these pages is just as
25  reliable as the numbers you found?

Page 740

1    A.    I can't tell from this.  In the
2  recheck, one of the criteria or the criteria
3  for the recheck is to see if the plaque
4  counter is within 10 percent of the reference
5  counter.  I can't tell from these numbers
6  whether -- even if there's a change or a
7  correction to the count, whether it takes it
8  outside of that range of 10 percent.
9    Q.    So is that your measure of
10  reliability, plus or minus 10 percent?
11    A.    That's my measure or the measure
12  that our lab implemented to compare plaque
13  counting between two different counters.
14    Q.    So sitting here today, you don't
15  have an opinion one way or another as to
16  whether what Mr. Krahling originally counted
17  or what you counted is -- which of those two
18  is the more reliable count?
19    A.    My personal feeling is that the
20  counts that I had were more accurate.  Whether
21  his counts for accurate -- less accurate
22  enough to not be reliable, I can't say.
23    Q.    So of all the changes that were
24  made during the course of the AIGENT testing
25  which we've calculated to be in the thousands,

Page 741

1  is it your testimony that those changes were
2  meaningless?
3         MR. SANGIAMO:  Object to the --
4    you don't have to accept his premise --
5  BY MR. SCHNELL:
6    Q.    You don't.  You don't.
7         MR. SANGIAMO:  -- that it was in
8    the thousands.
9  BY MR. SCHNELL:
10    Q.    That of all the changes you've
11  made, you and your staff made over the course
12  of the AIGENT testing which you would admit is
13  a lot, is it your testimony that those changes
14  did not make the data more reliable?
15         MR. SANGIAMO:  Object to the
16    form.
17         THE WITNESS:  It would not
18    constitute -- I don't have a number to
19    differentiate a lot from not a lot.  So
20    I wouldn't agree to there being a lot.
21    As far as whether those regards --
22    results are less reliable, I don't have
23    a feeling one way or the other whether
24    they're more or less reliable.
25  BY MR. SCHNELL:

86 (Pages 738 - 741)

Appx5066

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 742

1  Q.   Didn't you represent to the FDA
2  that all the changes that were made were for
3  legitimate purposes?
4  A.   Yes.
5  Q.   So then --
6  A.   Sorry.
7  Q.   Sorry.
8  A.   Well, I would agree for
9  legitimate purposes where we had an
10  explanation for that specific reason we
11  documented.  There were other cases where we
12  might not have been able to identify the
13  reason for the check.
14  Q.   So despite telling the FDA that
15  all the changes that were made were for
16  legitimate reasons, you can't say one way or
17  another whether those changes made the data
18  more accurate?
19  A.   I don't have the experience to
20  be able to make that comparison.
21  Q.   What kind of experience would
22  you need?
23  A.   I would expect -- what I'm
24  thinking of would be a statistician, for
25  example, to compare results with and without

Page 743

1  the corrected values.  And at least in the
2  interim analysis that comparison was done and
3  the results were statistically comparable.
4  Q.   You're talking about
5  seroconversion results.  Right?
6  A.   Yes.
7  Q.   You're not talking about
8  pre-positive results, are you?
9  A.   There was a difference using the
10  corrected counts versus the original counts as
11  far as the number of pre-positives.
12  Q.   There was also a difference in
13  terms of number of invalid assays.  Correct?
14  A.   There were assays that were
15  invalid.  I don't recall how many, but assays
16  that were invalid and on recheck were
17  identified to be not invalid.
18  Q.   And the original data showed a
19  significantly higher number of pre-positive
20  samples than the corrected data.  Correct?
21        MR. SANGIAMO:  Object to the
22  form.
23        THE WITNESS:  It showed an
24  increased number of pre-positives.
25  Whether it was a statistically

Page 744

1  significant number, I can't comment on.
2  BY MR. SCHNELL:
3  Q.   The original data showed a
4  significantly higher number of invalid assays
5  than the corrected data.  Yes?
6        MR. SANGIAMO:  Object to the
7  form.
8        THE WITNESS:  I would say that
9  there are some assays that were
10  invalid, when the plaque counts were
11  checked, that the assay was deemed not
12  invalid.  So there were some assays
13  that moved from invalid to valid.
14  There is also an opportunity for some
15  assays to become -- perhaps not be --
16  or be valid initially and on recheck
17  they become invalid.  So I can't
18  exclude that there could be a two
19  way -- for some assays, some becoming
20  invalid that were valid, some going the
21  other direction.
22  BY MR. SCHNELL:
23  Q.   So in assessing the comparative
24  reliability between the original data set and
25  the corrected data set, wouldn't you also want

Page 745

1  to consider -- besides just the
2  seroconversion rates, wouldn't you also want
3  to consider the comparative pre-positive rates
4  and the comparative invalid assay rates?
5  A.   As far as what criteria would be
6  appropriate to evaluate the data in that way,
7  I'm not -- that's something I'm not familiar
8  with.
9  Q.   So just so the record is clear,
10  you didn't have a problem with Merck
11  submitting the original data set from the
12  AIGENT testing to CBER as a reliable and
13  accurate representation of the results of the
14  AIGENT testing.  Is that correct?
15  A.   It's correct that the original
16  uncorrected data were provided to CBER to
17  indicate the serostatus and seroconversions
18  from Protocol 007.
19  Q.   My question is, is it your
20  opinion that that represents an accurate and
21  reliable data set from the AIGENT testing?
22        MR. SANGIAMO:  Object to the
23  form.
24        THE WITNESS:  Again, I don't
25  have, again, a statistical training to

87 (Pages 742 - 745)

Appx5067

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 746

1      be able to make an appropriate
2   conclusion on the reliability and
3   accuracy.
4   BY MR. SCHNELL:
5      Q.   I'm not sure why you would need
6   a statistical training in that.  You ran the
7   test.  And all I'm asking is, did you feel
8   comfortable that the original data set was an
9   accurate and reliable representation of the
10  AIGENT testing?
11         MR. SANGIAMO:  Objection to
12     form.  And asked and answered.
13         THE WITNESS:  As a personal
14     opinion, I'd say I felt that they
15     were -- it was a -- as a composite an
16     accurate representation of the data.
17  BY MR. SCHNELL:
18     Q.   What does that mean, "as a
19  composite"?
20     A.   Means that when all the data
21  combined, they're looking at study groups.  If
22  there were changes that were effected in
23  individual sera, that those would be averaged
24  out in doing the overall summary for each of
25  the study arms.

Page 747

1      Q.   And what's that based on?
2      A.   That's a personal opinion.
3      Q.   And what's that opinion based
4   on?
5      A.   It's not based on any scientific
6   training I have.  It's just like a personal
7   opinion.
8      Q.   Your opinion is no way swayed by
9   the significant difference in the pre-positive
10  samples between the two sets of data.
11  Correct?
12         MR. SANGIAMO:  Object to the
13     form.
14         THE WITNESS:  The using original
15     data at least, as best I can recall --
16     the agreement with CBER was to use the
17     original plaque count data and I was
18     comfortable providing that.  So the
19     difference in the pre-positivity rate
20     was not something that was a concern.
21  BY MR. SCHNELL:
22     Q.   Now, the original data set did
23  not control for any errors in plaque counts
24  that may have resulted from extra variability
25  issues.  Correct?

Page 748

1      A.   The original meaning the interim
2   analysis -- I'm sorry, the original plaque
3   counts?
4          MR. SCHNELL:  Could you reread
5      the question, please.
6              - - -
7          (The court reporter read the
8      pertinent part of the record.)
9              - - -
10         MR. SANGIAMO:  Object to the
11     form.
12         THE WITNESS:  If I can clarify,
13     by original data, you mean the original
14     plaque count that was recorded on the
15     counting sheet?
16  BY MR. SCHNELL:
17     Q.   Yes.
18         MR. SANGIAMO:  Object to the
19     form.
20         THE WITNESS:  That would be --
21     yes, those counts would not factor
22     in -- not include an assessment based
23     on extra variability.
24  BY MR. SCHNELL:
25     Q.   And now if I could return you to

Page 749

1   Krah-43.
2      A.   Okay.
3      Q.   The passage we looked at before,
4   the fourth one down, you wrote, "Extra
5   variability prevents reliable measures of
6   neutralization...."
7          Do you see that?
8      A.   Yes.
9      Q.   So if the original data set did
10  not account for extra variability, doesn't
11  that prevent the original data set from being
12  a reliable measure of neutralization?
13         MR. SANGIAMO:  Object to the
14     form.
15         THE WITNESS:  No.  I believe
16     this is not in context.  The context of
17     this is that the -- for the assays then
18     the extra variability would impact the
19     measure of neutralization if indeed
20     that extra variability flag was
21     imposed, meaning that if the original
22     plaque counts were applied, even if
23     there was extra variability, one could
24     assign a titer to the sample.
25  BY MR. SCHNELL:

88 (Pages 746 - 749)

**Appx5068**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 750

1    Q.    You wrote this memo as a
2  response to questions that came about as to
3  the reasons for having extra variability
4  flags.  Is that correct?
5    A.    As best I can recall, the reason
6  I wrote this was to clarify different
7  scenarios that would occur depending on where
8  the extra variability flag would occur, where
9  it would occur meaning what dilution it would
10  occur.
11    Q.    So even though you spent nine
12  months on the AIGENT testing and implied a
13  whole series of flags and criteria for
14  ensuring the accuracy of the data and used
15  that to go back and make numerous changes to
16  the data count, even though you did all that,
17  you still believe without all that work, the
18  data as uncorrected was still reliable?
19    MR. SANGIAMO:  Object to the
20    form.  And asked and answered.
21    THE WITNESS:  My personal
22    opinion is that it was as composite,
23    meaning averaging all the sera in each
24    study group together was a reliable
25    measure of the immunogenicity of the

Page 751

1  vaccine doses.
2  BY MR. SCHNELL:
3    Q.    And if there were instances
4  where the original data showed a
5  non-seroconversion as the same sample showed a
6  seroconversion with the corrected data, would
7  that change your opinion as to the comparative
8  reliability of the two sets of data?
9    MR. SANGIAMO:  Object to the
10    form.
11    THE WITNESS:  My expectation is
12    that the changes could -- there's going
13    to be some sera where there's going to
14    be a change in titer and some which
15    there's not, and some where you could
16    have -- what always -- the change would
17    not always be in one direction.  So if
18    you look on a sera-by-sera basis, that
19    it would affect, in my personal view,
20    the reliability of the titer for that
21    particular patient.  But in the overall
22    data were lumped together, that
23    would -- it would still provide a
24    reliable measure of immunogenicity as
25    measured by antibody responses.

Page 752

1  BY MR. SCHNELL:
2    Q.    If you were asked by CBER, well,
3  which of the two data sets is the one that
4  more accurately represents the results of the
5  AIGENT testing, what would you tell them?
6    MR. SANGIAMO:  Object to the
7    form.
8    THE WITNESS:  That's, as I
9    indicated, a personal opinion, but as
10    far as communicating with CBER, we
11    indicated to them all of the
12    corrections, the reasons for the
13    corrections; that we were going to
14    provide original uncorrected data as
15    part of the analysis package, and as
16    best I understand, they accepted that
17    proposal.  So the conclusion of
18    whether -- from CBER's perspective
19    whether it's reliable or not, I
20    can't -- I don't know what their
21    position is.
22  BY MR. SCHNELL:
23    Q.    Now, when -- the kids who were
24  enrolled in Protocol 007 were throughout the
25  country.  Right?

Page 753

1    A.    That, I don't know.
2    Q.    Do you know how it was that
3  their blood was drawn?
4    A.    I do not.
5    Q.    Do you know any protocol that
6  was set up in terms of revaccination for kids
7  whose samples were taken and found not to
8  seroconvert?
9    A.    I do not know.
10    Q.    Did you disclose to the clinical
11  investigators the original data set?
12    MR. SANGIAMO:  Object to the
13    form.
14    THE WITNESS:  I do not know.  My
15    responsibility was to provide the assay
16    data entered into a clinical database.
17    I don't know -- I'm not familiar with
18    what -- how it was reported beyond
19    that.
20  BY MR. SCHNELL:
21    Q.    If a parent wanted to know, a
22  parent whose child was enrolled in these
23  studies wanted to know if that child, based on
24  your AIGENT testing, was protected from mumps,
25  which data set would you look to to make that

89 (Pages 750 - 753)

Appx5069

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 754

1 determination?
2      A.   I do not agree that the data
3 were designed to indicate whether they were
4 protected or not. They're looking at
5 immunogenicity and antibody responses, not --
6 to the best of my understanding, not
7 correlating it with protection. The second
8 paragraph of your question as far how they
9 would determine or obtain the result for their
10 infant, I don't know how that -- what that
11 process would be.
12      Q.   What about if the parent are
13 interested to know what the most accurate
14 measure of the kid's titers were with the
15 vaccine?
16      A.   I would not characterize the
17 mumps, I would not be able to say that the
18 AIGENT assay is the most accurate measure of
19 mumps antibody. It's an assay that's intended
20 as an imperfect model for looking at immune
21 response in terms of an antibody response to
22 the vaccine. Whether it's accurate or not,
23 that's beyond my expertise.
24      MR. SCHNELL: I'm going to move
25 on to discussions with the CDC mumps

Page 755

1 outbreaks.
2      MR. SANGIAMO: The 30(b)(6) is
3 what you're saying?
4      MR. SCHNELL: I mean, for the
5 most part I mean, yeah. I mean, I
6 think there's like ten minutes left
7 so -- but it's -- I think it -- you'll
8 see. So it's going to be confined.
9      MR. SANGIAMO: I guess the only
10 thing I just need -- we need to know
11 when it is that he's speaking on behalf
12 of Merck and when he isn't.
13      MR. SCHNELL: Oh, it's -- on the
14 questions I'm asking about any -- I
15 think this covers the topic related to
16 any testing that was done in
17 collaboration with the CDC with regards
18 to outbreaks. Right?
19      MR. SANGIAMO: Okay.
20      MS. DYKSTRA: Are you going to
21 be asking that now? So we don't --
22 just to make sure Dr. Krah understands
23 he's testifying on behalf of Merck or
24 in his own personal knowledge.
25      MR. SCHNELL: Yes. If it's a

Page 756

1 question that maybe it's hard to do a
2 fine line --
3      MR. SANGIAMO: We'll see how it
4 goes.
5      MR. SCHNELL: Yes for now.
6      So this is in response to a
7 30(b)(6) deposition notice that had
8 many topics, one of which was someone
9 to speak on behalf of Merck with regard
10 to any collaboration Merck did with the
11 CDC and the FDA.
12      MR. SANGIAMO: I don't think
13 that's actually the way it was defined.
14 I think -- I don't have the notice in
15 front of me. I think it was testing or
16 some research or something like that in
17 connection with mumps outbreaks. I
18 think what we told you was Dr. Krah
19 can -- a component of that is
20 neutralization testing that Dr. Krah's
21 lab did and it was a collaborative
22 aspect of that with the FDA and CDC.
23 So as to that part of what Merck did,
24 he's the guy.
25 BY MR. SCHNELL:

Page 757

1      Q.   So in response to the 2006 mumps
2 outbreak, you worked, you personally worked
3 with representatives from the CDC and the FDA
4 in terms of testing?
5      A.   So I worked with them in terms
6 of discussing experiments to conduct and
7 identify which lab would do what aspects of
8 the work. So we didn't physically work
9 together but had activities that were
10 coordinated to try to address questions
11 regarding the outbreak.
12      Q.   And this was the 2006 outbreak?
13      A.   As best I can recall, that was
14 the outbreak. I recall the studies that we
15 were doing in the laboratory in the 2006 time
16 frame. I tend to recall it like the Iowa or,
17 slash, Nebraska outbreak which I, as best I
18 can recall, was the 2006 outbreak.
19      Q.   Were you involved in any other
20 testing in connection with mumps outbreaks
21 other than the 2006?
22      A.   There were some -- I don't
23 recall that we wound up doing neutralization
24 assays, but there were, for example, I forget
25 the individual's name, a person in Israel who

90 (Pages 754 - 757)

**Appx5070**

Page 758

1 we contacted to try to see if we could obtain
2 any virus that was associated with an outbreak
3 in Israel just to see if we could include in
4 some characterization the breadth of
5 neutralization with sera, with different sera.
6      Q.   When was that?
7      A.   I'm not remembering offhand if
8 that was in the 2006 time frame or perhaps a
9 couple of years afterwards.
10      Q.   So with respect to the testing
11 that was done in 2006, that was plaque
12 reduction neutralization testing?
13      A.   Our lab's contribution was
14 plaque reduction neutralization assay.
15      Q.   Was your -- and that was your
16 lab.  Correct?
17      A.   Our lab did it, but CBER and FDA
18 also did plaque reduction neutralization.  So
19 we did -- it was my lab.  But we weren't the
20 only lab doing the plaque reduction
21 neutralization testing.
22      Q.   Other than your lab and Rubin's
23 lab, was anyone else doing plaque reduction
24 neutralization testing in connection with the
25 2006 outbreak and your collaboration with the

Page 759

1 CDC?
2      A.   I am not aware of another group
3 that was doing plaque reduction neutralization
4 assay as part of this collaboration.  There
5 may have been other collaborations that CDC
6 had that I'm not aware of where plaque
7 reduction neutralization was done.
8      Q.   Did the testing that your lab
9 performed have a name or an assay number?
10      A.   The indicator viruses that were
11 included were the Iowa strain and the
12 Pennsylvania strain.  So as a description, I
13 offer calling it like the Iowa neutralization
14 testing.  There were -- there also was a Jeryl
15 Lynn indicator virus used in that assay so it
16 wasn't exclusively using the Iowa strain, but
17 a proposed shorthand for the testing, just to
18 refer to it, would be calling it the Iowa
19 neutralization testing.
20      Q.   And was another one done with
21 the Arkansas strain?
22      A.   The Pennsylvania strain.  In
23 development studies, meaning that when we
24 first became involved in trying to support the
25 neutralization testing of sera, as part of the

Page 760

1 outbreak investigation with the CDC and FDA
2 there were two strains of virus, one referred
3 to as Iowa and the other as Pennsylvania.  We
4 had -- as best I can recall, we received both
5 of those and did pilot neutralization assays
6 with lab volunteer sera just to get an idea of
7 the neutralization, relative neutralization of
8 those two viruses relative to Jeryl Lynn.  In
9 subsequent testing we focused on the Iowa
10 strain, but I don't recall it's because CDC
11 was saying that Iowa was adequate but -- or
12 there was another -- I recall some issues with
13 the plaquing visualization of the Iowa
14 strain -- I'm sorry, the Pennsylvania strain,
15 meaning that some of these isolates don't form
16 nice, clean, distinct plaques and cell
17 cultures so they make it difficult to do a
18 plaque reduction assay because it's hard to
19 visualize the plaques.  The bottom line there
20 is that when we focused on the Iowa strain,
21 then, to test two panels of sera against the
22 Iowa strain and Jeryl Lynn to compare
23 neutralization titers.
24      Q.   What was the goal of this
25 testing?

Page 761

1      A.   The goal, from my understanding --
2           MR. SANGIAMO:  Object to the
3 form.  Go ahead.
4           THE WITNESS:  The goal, from my
5 understanding, was to obtain
6 neutralization titers against the
7 vaccine strain of varicella, Jeryl
8 Lynn, and the Iowa strain and determine
9 whether there was -- if there was any
10 difference in the neutralization
11 sensitivity -- sensitivity may not be
12 the -- probably isn't the right word
13 there.  Meaning that if you tested a
14 serum against Iowa and Jeryl Lynn, are
15 the titers the same or is the titer
16 higher for one virus versus another
17 virus.  So my focus was to -- as best I
18 understand it, Steve Rubin's focus with
19 the FDA was also running the
20 neutralization -- plaque reduction
21 neutralization assay was to determine
22 titers to Iowa and to Jeryl Lynn for
23 two panels of sera as well as -- two
24 panels of sera as well as some
25 reference sera that FDA provided.  And

91 (Pages 758 - 761)

Appx5071

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 762

1    then compare the titers obtained and
2    compare -- as best I can recall our
3    approach was to do a ratio, for
4    example, the titer to Iowa to Jeryl
5    Lynn or vice versa. So you'd have a
6    titer determined for individual -- for
7    sera against an individual virus and
8    then have a ratio titer so you're
9    solving the relative titer, the
10   difference in titer, if there is one,
11   with two different indicator viruses.
12  BY MR. SCHNELL:
13   Q.    Who came up with the assay to be
14  used in this testing?
15   A.    The assay, as best I can recall,
16  is the assay that we initiated -- as best as I
17  recall, again, it was the format that we used
18  for the -- there was discussion with the FDA
19  and CDC about what format to use. The format
20  that we moved ahead with is the format that we
21  used with some modification in Protocol 006.
22   Q.    And was that what you recommended?
23   A.    We proposed an option of running
24  that format versus the anti-IgG enhanced
25  assay. The discussion, as best I recall, with

Page 763

1    Steve Rubin at the FDA and Bill Bellini at the
2    CDC was since CBER was running a plaque
3    reduction neutralization without anti-IgG, the
4    preference would be to us -- have it once run
5    another assay without anti-IgG but not follow
6    the exact procedure that his lab was using.
7    So it was a group discussion over the general
8    assay format but a decision to leave it to
9    Merck to decide the details of the plaque
10   reduction neutralization assay, meaning we did
11   not intentionally try to match our -- all
12   details of the assay with the assay as run by
13   Steve Rubin.
14    Q.    How many subjects were in the
15   Merck test?
16    A.    There were two panels of sera.
17   One was a set of sera from Nebraska. My best
18   recollection of that, there was 100 some odd,
19   108 approximately sera. The Merck -- and then
20   Merck provided a panel of sera, as best I
21   recall, that was collected before and after a
22   second dose of MMR vaccination. That group,
23   as best I recall, was about 50 paired sera.
24   And then additionally there were two reference
25   immunoglobulins that Steve or the FDA

Page 764

1    provided, one referred to as lot 3 and one
2    referred to as lot 176.
3     Q.    What were the results of the
4    test?
5     A.    The overall results of the test,
6    I would offer as results -- as we had results
7    available, we forwarded them to Bill Bellini
8    as the coordinator. So results as we were
9    getting them were forwarded both to Steve
10   Rubin and Bill Bellini; Bill Bellini having
11   the charge to compile them. The overall
12   results were slightly different for Steve
13   Rubin's testing than ours, meaning that in
14   Steve Rubin's hands, if we look at the ratio
15   of titers to Iowa versus Jeryl Lynn, in his
16   hands the majority of the sera were not
17   showing, as best I recall, more than about a
18   twofold difference between titers. In our
19   testing we were seeing a slightly bigger
20   difference, meaning that Iowa was less well
21   neutralized than Jeryl Lynn to a greater
22   difference than what Steve Rubin was seeing.
23   Steve Rubin's conclusion was that the majority
24   of the patients would still likely be -- they
25   still had detectable titers to Iowa as well as

Page 765

1    to Jeryl Lynn and that they likely would still
2    be protected. My personal -- one of the
3    questions I had personally in the study or in
4    the outbreak investigation was, is the virus
5    that was occurring in Nebraska a mutant of
6    mumps that had become something that would not
7    be capable of being neutralized by antibodies
8    to Jeryl Lynn vaccine. The testing that we
9    did and that the FDA did, did not support that
10   that was happening. This virus was not a
11   mutant that was resistant to neutralization
12   with antisera to MMR -- or antisera to mumps
13   generated by MMR.
14    Q.    Did this testing in any way
15   relate to whether vaccine recipients were
16   protected from these various strains of mumps?
17       MR. SANGIAMO: Object to the
18   form.
19       THE WITNESS: I recall that
20   Steve Rubin had -- was discussing with
21   it a comment or statement that he
22   thought that since these -- the
23   majority of the patients had detectable
24   antibodies to Iowa, that they would be
25   protected against viral strain. I

92 (Pages 762 - 765)

Appx5072

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 766

1    don't have a personal preference or any
2    other data to support whether -- what
3    correlates protection. The fundamental
4    aspects of that being that there is no
5    correlative protection from mumps.
6    BY MR. SCHNELL:
7        Q.    So you didn't get any insights
8    from this testing as to how well the mumps
9    components of MMR II protects vaccine
10   recipients from these various strains of
11   mumps?
12       A.    The conclusion that Steve Rubin
13   made, from my understanding, was that the MMR
14   vaccine would provide adequate protection
15   against the Iowa strain of mumps. Me
16   personally, I didn't -- other than Steve
17   Rubin's comment, I don't have any other
18   insight to be able to comment on the
19   protection.
20       Q.    You don't have your own
21   insights?
22       A.    No. I defer to Steve Rubin on
23   topics of that sort.
24       Q.    Have you met with representatives
25   from the CDC in connection with any outbreaks

Page 767

1    other than the 2006 outbreak?
2        A.    I recall some -- at least a
3    meeting that included CDC representatives that
4    was, as best I can recall, in the 2010 time
5    frame, which I attended by telephone, that, as
6    best I can recall, discussed a summary not
7    just from Merck but many people in attendance
8    about thoughts on the outbreaks in general and
9    data from evaluations of serological testing
10   of previous outbreaks.
11       MR. SANGIAMO: Gordon, just so
12       we're clear, when he's talking about
13       this 2010 meeting, he's not --
14       MR. SCHNELL: Right. So now I'm
15       going off 30(b)(6). I have ten minutes
16       left and then I'll close out.
17   BY MR. SCHNELL:
18       Q.    So now you're back to your
19   speaking on behalf of yourself.
20       So other than the testing we
21   just discussed that was done in 2006 and this
22   2010 meeting, have you ever met with the CDC
23   in connection with any of the mumps outbreaks?
24       A.    I don't recall any others.
25       Q.    You haven't met with them

Page 768

1    recently in regard to outbreaks that have
2    occurred over the last couple of years?
3        A.    I can say with certainty not
4    within the last four years.
5        Q.    And with respect to the times
6    you did meet with the CDC in connection with
7    the mumps outbreaks, did you share with them
8    your experience from the AIGENT testing?
9        MR. SANGIAMO: Object to the
10       form.
11       THE WITNESS: I had provided the
12       AIGENT assay as an option to consider.
13       Steve Rubin was at the FDA when the
14       AIGENT test was going on. I do not
15       recall independently summarizing our
16       results of the AIGENT study, nor would
17       I have results of the AIGENT study, the
18       final results to share with the CDC and
19       FDA.
20   BY MR. SCHNELL:
21       Q.    You didn't share with the CDC,
22   anyone from the CDC, anything relating to the
23   FDA inspection in August of 2001. Correct?
24       A.    I did not.
25       Q.    Do you have any understanding as

Page 769

1    to what's causing the recent outbreaks in
2    mumps in the US?
3        MR. SANGIAMO: Object to the
4        form.
5        THE WITNESS: I have a general
6        understanding which is only based on
7        reading publications of some
8        circumstances of the outbreaks. As far
9        as what's actually causing it, I don't
10       have an understanding.
11   BY MR. SCHNELL:
12       Q.    And the work that you did -- or
13   that you've done on mumps testing doesn't give
14   you any idea as to what could be a possible
15   factor contributing to mumps outbreaks?
16       A.    The factor -- I would say no and
17   my -- in starting these studies, my interest
18   was in understanding whether the mumps strain
19   had mutated to the point where it would not be
20   neutralized by antisera generated by MMR. The
21   results of the testing that we did and the FDA
22   did, did not support that there was a
23   significant, at least by FDA, a significant
24   shift in neutralization of the virus. So that
25   then -- the conclusion that I would make from

93 (Pages 766 - 769)

Appx5073

Page 770

1 that is that the reason for the outbreaks,
2 it's not that the virus is drifting away or
3 mutating in a way that's drifting it away from
4 the Jeryl Lynn sequence to the point where the
5 antibodies generated against Jeryl Lynn are no
6 longer able to neutralize the virus.
7     Q.   So that suggests to you what may
8 not be cause of the outbreaks?
9     A.   Yes.
10    Q.   So is there any suggestion you
11 have as what could be a cause of the outbreaks?
12    A.   I would say I -- I'm familiar
13 with some of the circumstances of outbreaks,
14 meaning as best I understand, college age
15 adolescents or young adults in close quarters,
16 that's just an observation.  My understanding,
17 the close quarters seems to be the most common
18 theme.  The other aspect of this is that the
19 outbreaks, as best I understand, aren't
20 happening in infants or older adults.  It's
21 this 18 to college age students category, as
22 best I recall.  So -- and I don't have any
23 perspective on why other than people being in
24 close quarters.  If you have an infected
25 individual there, the challenge, the virus

Page 771

1 challenge may be more efficient, meaning that
2 in a population -- this is speaking not as --
3 certainly not as an expert in the field, but
4 as a general statement, if you had someone who
5 is infected and then exposed to people
6 infrequently, the likelihood of transmitting
7 infection is low; but if you have a room full
8 of people who may have some level of immunity
9 or even be immune to typical exposure, if
10 there in a close space with someone who --
11 given a high transmission, that the risk of
12 transmission of the virus to those individuals
13 would be higher.  That's just kind of a
14 personal interpretation of the options.
15    Q.   Last question or last subject.
16 Do you recall in the AIGENT testing that one
17 of the test subjects actually developed mumps?
18    A.   I do have -- I don't have a
19 specific recollection of that, but I have a --
20 I do recall some issue with one patient.  I
21 don't recall what that issue was.
22    Q.   And do you recall whether or not
23 that subject seroconverted with regard to his
24 particular test?
25    A.   That, I don't know.

Page 772

1     Q.   Would it surprise you if he had?
2     A.   If he had?  I don't have
3 knowledge of the correlation of the AIGENT
4 assay, seroconversion and protection from
5 disease to see whether that would be unexpected
6 or not.
7     Q.   Does that lead you to conclude
8 one way or the other whether or not the
9 AIGENT -- I'm sorry.  Yeah, whether the AIGENT
10 testing had any connection with correlating
11 protection?
12         MR. SANGIAMO:  Object to form.
13         THE WITNESS:  I would say that
14    the AIGENT assay was developed to meet
15    specific -- a specific requirement --
16    may be able to measure -- have the
17    capability of measuring antibody
18    responses.  I'm not -- I don't have an
19    expectation of what the correlation of
20    that assay would be with protection.
21 BY MR. SCHNELL:
22    Q.   Does the fact that one of the
23 subjects of the test actually caught mumps
24 even though the testing showed that he
25 seroconverted in any way weigh into your sense

Page 773

1 of how reliable the testing was in
2 demonstrating protection from the disease?
3         MR. SANGIAMO:  Object to form.
4         THE WITNESS:  I would say no in
5    that -- I'm not a clinician.  I would
6    expect a clinician would have more
7    details about the case, the situation
8    of the person's infection or disease
9    and also be able to assess whether
10   having that individual have an exposure
11   to someone who is infected in a way
12   that would challenge the immunity, or
13   is the vaccine expected to be 100
14   percent protective or is one case of
15   mumps out of a larger number an
16   acceptable number, that's not something
17   I'm familiar with.
18        MR. SCHNELL:  Okay.  That's all
19   the questions I have.  Thank you.
20        VIDEOGRAPHER:  The time is now
21   6:52.  This concludes the video
22   deposition.
23        (Witness excused.)
24        (Deposition concluded at
25   6:52 p.m.)

94 (Pages 770 - 773)

Appx5074

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 774

1  C E R T I F I C A T E
2
3
   I do hereby certify that I am a Notary
4  Public in good standing, that the aforesaid
   testimony was taken before me, pursuant to
5  notice, at the time and place indicated; that
   said deponent was by me duly sworn to tell the
6  truth, the whole truth, and nothing but the
   truth; that the testimony of said deponent was
7  correctly recorded in machine shorthand by me
   and thereafter transcribed under my
8  supervision with computer-aided transcription;
   that the deposition is a true and correct
9  record of the testimony given by the witness;
   and that I am neither of counsel nor kin to
10 any party in said action, nor interested in
   the outcome thereof
11
   WITNESS my hand and official seal this
12 26th day of July, 2017
13
14
15
   Linda Rossi-Rios, RPR, CSR
16 Notary Public
17
18
19
20
21
22
23
24
25

Page 776

1  ACKNOWLEDGMENT OF DEPONENT
2
3      I have read the foregoing transcript of
4  my deposition and except for any corrections or
5  changes noted on the errata sheet, I hereby
6  subscribe to the transcript as an accurate record
7  of the statements made by me.
8
9  _____
10           DAVID KRAH
11
12     SUBSCRIBED AND SWORN before and to me
13 this _____ day of _____, 20___.
14
15
16
17 _____
18           NOTARY PUBLIC
19
20 My Commission expires:
21
22
23
24
25

Page 775

1  INSTRUCTIONS TO WITNESS
2      Please read your deposition over
3  carefully and make any necessary corrections.
4  You should state the reason in the appropriate
5  space on the errata sheet for any corrections
6  that are made.
7      After doing so, please sign the errata
8  sheet and date it.
9      You are signing same subject to the
10 changes you have noted on the errata sheet,
11 which will be attached to your deposition.
12     It is imperative that you return the
13 original errata sheet to the deposing attorney
14 within thirty (30) days of receipt of the
15 deposition transcript by you.  If you fail to
16 do so, the deposition transcript may be deemed
17 to be accurate and may be used in court.
18
19
20
21
22
23
24
25

Page 777

1      E R R A T A  S H E E T
2  IN RE:  USA ex rel  vs  MERCK
3  DATE:  7/12/2017
4  PAGE   LINE        CORRECTION AND REASON
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23
24 _____       _____
25 (DATE)            DAVID KRAH

95 (Pages 774 - 777)

Appx5075

10/25/2019
Declaration of G. Reilly
EXHIBIT 123

Appx5076

# Mumps Neutralization Assay Development

## Objectives:

• Develop an assay using different wild-type mumps strains to evaluate immune responses to M-M-R®II and Priorix
(Protocol 006 Competitive Trial)

Background:
- M-M-R®II contains a mixture of at least 2 virus populations (JL-2 and JL-5)
- Mumps in Priorix is a homogeneous population of JL-5
- More heterogeneous vaccine may give rise to a broader range of neutralizing anti-mumps antibodies

CONFIDENTIAL

MRK-KRA00336905
MRK-CHA00336905

Appx5077

## Objectives (continued):

• Develop an assay which permits detection of ≥95% seroconversion rates in M-M-R®II vaccinees (Protocol 007 Expiry Trial)

Background:
- CBER requirement to demonstrate ≥95% seroconversion by a neutralization assay (90% lower limit)

CONFIDENTIAL

MRK-KRA00336906
MRK-CHA00336906

Appx5078

## Factors evaluated for effects on Mumps Nt sensitivity

- Indicator virus
  Jeryl Lynn™
  Swiss isolates
  NY
  TN
  SA
  Jones
  Enders
  Lo1
  JL2
  JL5
  SBL-1
  Barnes
  Select viruses passaged in CEF vs Vero (Lo1, TN, Enders, Jones)

- Incubation time and temperature of virus and serum

- Virus concentration

- Virus harvest fractions and clarification methods

- Cell substrate for virus stock growth

- Staining method for plaque visualization
  (Coomassie Blue, neutral red, tetrazolium salts, immunostaining)

- Virus attachment time

- Plate format (12-, 24-, 48-well)

- Enhancements to Nt
  Complement (≤8-fold enhancement)
  anti-human IgG (~100-fold enhancement)

DK, 15June 2000

CONFIDENTIAL

MRK-KRA00336907
MRK-CHA00336907

Appx5079

# Mumps Neutralization Assay Development: Results of Preliminary Experiments

- Assay format
    - Plaque-reduction neutralization assay
    - Evaluate adult lab volunteer sera against selected mumps strains
    - Neutralization titer = highest tested dilution providing ≥50% neutralization ("mock serum" control)

- Results

| Serum | Neutralization titer against indicator mumps strain | | | | |
|-------|------------|------|------|------|------|
|       | JL vaccine | JL2  | JL5  | TN   | SA   |
| MKY   | 16*        | <2   | 8    | 8    | 2    |
|       | 16         | <2   | 16   | 8    | 2    |
|       | 16         | <2   | 16   | 8    | 2    |
| AS    | 32         | 8    | 128  | 128  | 16   |
|       | 32         | 8    | 64   | 128  | 16   |
|       | 64         | 8    | 64   | 128  | 16   |
| DW    | 1024       | 256  | 512  | 16   | 256  |
|       | 1024       | 256  | 512  | 16   | 256  |
|       | 1024       | 256  | 256  | 16   | 256  |

JL vaccine = Jeryl Lynn™ vaccine virus
* Results of replicate assays

CONFIDENTIAL

MRK-KRA00336908
MRK-CHA00336908

Appx5080

# Adult Lab Volunteer Serum Panel Used in Mumps Neutralization Assay Development

| Initials | Age | Source of Immunity |
| --- | --- | --- |
| DK | 42 | Vaccination-monovalent mumps vaccine |
| MKY | 28 | Vaccination-monovalent mumps vaccine |
| CK | 24 | Vaccination-measles, mumps, rubella vaccine |
| PK | 52 | Natural mumps infection |
| AS | 47 | Natural mumps infection |
| CM | 24 | Vaccination-measles, mumps, rubella vaccine |
| JD | 24 | Vaccination-measles, mumps, rubella vaccine |
| DW | 28 | Vaccination-monovalent mumps vaccine; exposure to wild-type case at age 20 |

CONFIDENTIAL

MRK-KRA00336909
MRK-CHA00336909

Appx5081

## Effect of Virus Indicator Strain on Mumps Neutralization Sensitivity

| Virus | Expt Number | AS | PK | DW | DK | CM | CK | KS | Ref IG |
|-------|-------------|-----|------|------|-----|------|------|------|--------|
| Jeryl Lynn™ vaccine | 478-99 | 64 | ≥256 | 1024 | 8 | ≥128 | 32 | 32 | 512 |
| | 480-99 | 64 | ≥256 | 1024 | <4 | ≥128 | 64 | 64 | 256 |
| | 481-99 | 64 | ≥256 | 512 | 4 | ≥128 | 32 | 32 | 512 |
| | 499-99 | 64 | ≥256 | 1024 | 4 | ≥128 | 32 | 32 | ≥1024 |
| Lo1 | 478-99 | 16 | 64 | 512 | 4 | 32 | 32 | 32 | 128 |
| | 480-99 | 64 | ≥256 | 512 | 8 | 64 | ≥128 | 64 | 256 |
| | 481-99 | 32 | 128 | 512 | 8 | 64 | ≥128 | 32 | 256 |
| | 499-99 | ≥128 | 128 | 1024 | 16 | ≥128 | 64 | ≥128 | 128 |
| JL2 | 478-99 | <16 | <32 | 256 | <4 | 16 | 16 | <16 | 128 |
| | 480-99 | <16 | <32 | 256 | <4 | 16 | <16 | <16 | 128 |
| | 481-99 | <16 | <32 | 256 | <4 | 16 | <16 | <16 | 128 |
| NY | 478-99 | 32 | <32 | 512 | <4 | 32 | 32 | 16 | 128 |
| | 480-99 | 32 | 64 | 512 | 16 | 16 | 64 | 64 | 256 |
| | 481-99 | 16 | <32 | 256 | <4 | 32 | 16 | 16 | 128 |
| | 499-99 | 32 | 64 | 256 | <4 | 16 | 16 | 32 | 128 |
| Sw1 | 478-99 | <16 | <64 | <256 | <4 | <16 | <16 | 16 | <128 |
| | 480-99 | <16 | <32 | <256 | <4 | <16 | <16 | <16 | <128 |
| | 481-99 | <16 | <32 | <256 | <4 | <16 | <16 | <16 | <128 |
| | 499-99 | <16 | <32 | <256 | <4 | <16 | <16 | <16 | <128 |
| TN | 478-99 | ≥128 | 64 | 1024 | <4 | 32 | 16 | 32 | 512 |
| | 481-99 | 64 | 64 | 512 | 4 | 32 | 16 | nt | 256 |
| | 499-99 | 64 | 32 | 512 | 8 | 32 | 64 | 16 | 256 |

Neutralization titer = highest tested dilution providing ≥50% plaque-reduction against a "mock serum" control
Ref IG = FDA reference immune globulin, lot 176.
All sera were heat-inactivated prior to assay
nt = not tested
Virus stock titers were approximately $10^5$ (Jeryl Lynn™, diluted prior to filling; NY), $10^6$ (Lo1, JL2, Sw1) and $10^7$ (TN) pfu/mL

CONFIDENTIAL

MRK-KRA00336910
MRK-CHA00336910

Appx5082

# Initial Evaluation of Seroconversion Rate in Mumps Plaque-Reduction Neutralization Assay

- Test format:
  - Sera = pediatric sera from MMRV studies

  - Paired sera tested (1:2 starting dilution)

  - Seroconversion measured against Jeryl Lynn™, Lo1 and JL2 mumps preparations

  - Seroconversion = 4-fold titer increase from pre-vaccination negative serum

- Results summary:

| Mumps indicator Virus | Seroconversion rate (% [number/total]) |
| --- | --- |
| Jeryl Lynn™ | 90% (62/69) |
| Lo1 | 66% (41/62) |
| JL2 | 56% (18/32) |

CONFIDENTIAL

# Evaluation of Mumps Neutralization Responses from M-M-R®II Protocol 006

• Study Design and assay:

- Study = Randomized double-blind comparison of M-M-R®II and PRIORIX in infants 12 to 24 months of age

- Infants given 0.5 mL vaccine subcutaneously

- Sera collected pre-vaccination (day 0) and 42 days after vaccination

- 169 vaccinees (85 M-M-R®II and 84 PRIORIX)

- Sera assayed in plaque-reduction neutralization assay against Jeryl Lynn™ vaccine, Lo1 and JL2 mumps preparations 1:2 initial serum dilution

- Neutralization titer = highest tested dilution providing ≥50% plaque-reduction against a "mock serum" control

- Seroconversion = 4-fold titer increase from pre-vaccination negative

CONFIDENTIAL

MRK-KRA00336912
MRK-CHA00336912

Appx5084

Summary of Observed Responses for Mumps Neutralization Antibody Assay for the
London 1, JL-2 and Merck Jeryl Lynn™ Mumps Isolates - Per Protocol Analysis

| Vaccine Component (Assay) | Parameter | Group A M-M-R®II N=85 | | Group B PRIORIX N=84 | | Observed Difference/ Fold Difference (95% CI)[†‡] |
|---|---|---|---|---|---|---|
| | | n | Observed Response[†] | n | Observed Response[†] | |
| London 1 | SCR | 78 | 75.6% | 73 | 69.9% | 5.8 (-8.5, 20.0) |
| | GMT | 78 | 9.6 | 73 | 8.2 | 1.2 (0.7, 1.9) |
| JL-2 | SCR | 83 | 53.0% | 77 | 44.2% | 8.9 (-6.7, 24.0) |
| | GMT | 83 | 3.4 | 77 | 2.5 | 1.4 (1.0, 1.9) |
| Merck Jeryl Lynn™ | SCR | 80 | 96.3% | 77 | 90.9% | 5.3 (-2.7, 14.4) |
| | GMT | 80 | 37.7 | 77 | 25.3 | 1.5 (1.0, 2.3) |

N=number vaccinated.

n=number of subjects in each treatment group with serology evaluable for the individual component.

[†] Observed responses, observed differences, observed fold differences, and confidence intervals are computed from a statistical analysis model adjusting treatment group.

[‡] Observed difference is the difference in observed seroconversion rates, $SCR_A-SCR_B$. Observed fold difference is the fold difference in observed geometric mean titers, $GMT_A/GMT_B$.

CI = Confidence Interval.

**CONFIDENTIAL**

# Candidate Enhancements to Mumps Neutralization Assay

- Suggestions agreed upon by CBER for evaluation in enhancing the mumps neutralization assay

    - Evaluate alternate "wild-type" mumps strains
        Barnes
        "Low-passage" Jeryl Lynn™ (between passages 7 and 12)

    - Evaluate anti-human IgG to enhance neutralization

CONFIDENTIAL

## Comparison of Mumps Nt Titers for Adult Sera Using different Indicator Viruses

Neutralization titer against mumps indicator virus

| Serum | Barnes | TN | Lo1 | JL-135 | JL-vaccine |
|---|---|---|---|---|---|
| MKY | <2, 8, 8 | nd, 8, 8 | nd, 8, 16 | 4, 16, 16 | 2, 8, 4 |
| DK | <2, nd, nd | nd, nd, nd | nd, nd, nd | 4, nd, nd | 2, nd, nd |
| AS | 32, 32, 64 | nd, 32, 64 | nd, 64, 64 | 64, 128, 64 | 64, 64, 128 |
| CM | <32, 32, 64 | nd, 64, 64 | nd, 32, 64 | 128, 128, 256 | 128, 256, 128 |
| PK | 32, 32, 32 | nd, 32, 32 | nd, 64, 64 | 128, 256, 256 | 128, 128, 128 |
| DW | 512, 256, 256 | nd, 512, 1024 | nd, 512, 512 | 1024, 1024, 1024 | 1024, 1024, 1024 |

JL-135 = low-passage Jeryl Lynn™, passage 8
JL-vaccine = Jeryl Lynn™ vaccine
ND = not tested

DK 8June 2000

CONFIDENTIAL

# Enhancement of Neutralization with Anti-human IgG

- Incubate 30 minutes with anti-human IgG following virus + serum incubation

- Typically enhances Nt titers ~100-fold
  Previously applied to viruses such as measles, VZV, polio

- Mechanism:
  - Aggregate "sensitized" virus
  - Increase affinity of binding of primary antibody to virus

DK 19June2000

CONFIDENTIAL

MRK-KRA00336916
MRK-CHA00336916

Appx5088

# Effect of anti-human IgG on Mumps Neutralization Titers of Adult Sera

| Serum | Neutralization titer to Jeryl Lynn™ | |
|---|---|---|
| | - anti-IgG | + anti-IgG |
| MKY | <4 | 1024 |
| DK | <4 | 512 |
| DW | 512 | 16384 |

CONFIDENTIAL

MRK-KRA00336917
MRK-CHA00336917

## Enhancement of Mumps Neutralization of Pediatric Sera with Anti-Human IgG

| Serum # | Neutralization titer to Pre-serum | | | Neutralization titer to Post-serum | | |
|---|---|---|---|---|---|---|
| | -anti-IgG | +anti-IgG | Historical | -anti-IgG | +anti-IgG | Historical |
| 98 | <32 | <32 | <2 | <32 | ≥4096 | 32 |
| 99 | <32 | <32 | <2 | <32 | 2048 | 8 |
| 101 | <32 | <32 | <2 | 128 | 2048 | 128 |

Mumps indicator virus = low-passage Jeryl Lynn™ (passage 8)
Sera = from protocol 006
Historical titer = using Jeryl Lynn™ vaccine passage without anti-IgG treatment

DK 15 June 2000

CONFIDENTIAL

MRK-KRA00336918
MRK-CHA00336918

Appx5090

10/25/2019

Declaration of G. Reilly

EXHIBIT 124

July 2, 2000 **DRAFT**

TO: CAS

FROM: **Vera Byrnes**

SUBJECT: **Minutes of CAS meeting: June 20, 2000**

**I. Administrative:**
**Approval of May minutes:** Approved as written.



REDACTED – OMP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MRK-KRA00209674
MRK-CHA00209674



REDACTED – OMP

**III. Mumps Expiry Trial:**
Attachment 2

**Status of wild type neutralization assay:** A mumps neutralization using a wild type virus strain which results in >95% seroconversions rate is required for the M-M-R®II end-expiry trial. The efforts to enhance the sensitivity of the plaque reduction neutralization (PRN) assay are nearly complete. Discussions with CBER have indicated that low passage JL (between passages 72 and 127) and the Barnes strain would be acceptable wild type strains. Several assay enhancements, including revised assay

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MRK-KRA00209675
MRK-CHA00209675

format, inclusion of anti-human IgG, and revised calculation method (Spearman-Karber) to interpolate titers were also evaluated. A series of assays were conducted using adult lab volunteer sera and Barnes, TN, Lo1, JL135p8 and vaccine strain. Neutralization titers of JL135p8 were comparable to those with vaccine strain, and 2-4 fold higher than the other strains. A subset of pediatric sera which historically had high titers against the vaccine strain were tested against both Lo1, JL135p8 and vaccine strain; the low passage JL virus was nearly as sensitive as vaccine passage virus. Based on these data, the JL135p8 was selected as the wild-type strain. While the Spearman-Karber calculation slightly increased the number of seroconversions, the effect was modest and not expected to reach the target $\geq 95\%$ rate. Further evaluation of this calculation method with enhanced assay conditions will be conducted. The inclusion of human anti-IgG in the assays resulted in significant enhancement of neutralization titers. However, depending on the dilution of antibody, the baseline pre-immunization titers were also increased. Over the next 4-5 weeks the anti-IgG concentrations will be optimized, assay format will be defined and the sera from protocol #006 will be tested to estimate seroconversion rates under optimized assay conditions. The position paper for CBER will be available T- mid August. Timing for transfer of the optimized assay is T- SEPT*?? ( Dave Krah/ Mike Washabaugh- correct timing??)-Vera-The transfer should be able to start in September, but it won't be completed-From my view, transfer can begin once we define the assay and establish whether or not we can reach 95% seroconversion-Validation of the assay will be done after this demo, and in parallel witht he transfer..*

**Team recommendation on conduct of subset analysis:** In response to a CAS assignment, the M-M-R®II team considered evaluating a subset of the end-expiry sera to get an early "disaster check" on the data. The power statements for the study cannot be made, since the final assay characteristics are unknown. Results from a subset analysis could be very misleading due to the inherent variability in estimating proportions. Furthermore, CBER is likely challenge the selection of a subset for analysis because of the potential for introducing bias. The team recommends not conducting a preliminary analysis.

> *DISCUSSION/ DECISIONS:* The recent assay optimizations are very promising for meeting the goals of the assay. There was discussion of how the team intended to bridge the final vaccine formulation (with rHA/ improved stabilizer) with the current product. The M-M-R®II PDT is developing this strategy, and will review the vaccine stabilizers at an upcoming BPC meeting. The CAS recommended using the M-M-R®II control arm from the failed ProQuad study for clinical validation of the enhanced neutralization assay. Once the clinical validation is complete, the team should rapidly assay the samples from the end-expiry study.
>
> The CAS agreed with the team's recommendation to not conduct an interim analysis on a subset from the end-expiry study.
>
> *ASSIGNMENTS:*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MRK-KRA00209676
MRK-CHA00209676

Appx5094

*D. Krah:* consider evaluating the Lo-1 strain in the optimized assay.

*D. Krah, T. Schofield, M. Washabaugh:* Develop clinical validation protocol for the enhanced PRN assay. Present results of the clinical validation at the 8/00 CAS meeting. *(TIMING??)*

## IV. ProQuad™
### Attachment 3

**Selection of a mumps antigen for development of a WT ELISA:** A panel of 25 per and post vaccination sera were evaluated against several WT mumps strains, including Lo-1, JL135p8, TN, TN#2, Barnes, SBL-1 and vaccine strain. Barnes and JL135p8 were the only strains that showed consitently low pre- vaccination titers, whereas post vaccination titers were fairly comparable for all strains tested. The team concluded that further study should be limited to JL135p8 and Barnes strains. 84 additional sera will be tested to confirm the selection of the WT strain. ELISA assay optimization and validation experiments are pending.



REDACTED – OMP

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

MRK-KRA00209677
MRK-CHA00209677

Appx5095



REDACTED – OMP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MRK-KRA00209678
MRK-CHA00209678

10/25/2019
Declaration of G. Reilly
EXHIBIT 125

## Matthews, Holly

| | |
|---|---|
| **From:** | Staub, Ted L. |
| **To:** | Williams, George (U.S.) |
| **Cc:** | Heyse, Joseph F.; Matthews, Holly |
| **Subject:** | RE: CDOC - MMRII Comments |
| **Date:** | Friday, February 20, 1998 9:23AM |
| **Priority:** | High |

George,

This protocol endpoint and hypothesis was changed at 10pm the night before CDOC. I was informed by Scott Thaler of the changes at 11am the morning of CDOC. The hypothesis presented at CDOC was very general and had no testable criteria associated with it. I was told by Scott Thaler that this was agreed to by Jerry and Reynold during conversations the previous night. My apologies for not informing you right away, It happened at such a late hour that I simply forgot to say anything. Scott also said that this had all been agreed to by Jerry and Reynold the night before.

The reduction in power with this protocol is an issue with every equivalence (or non-inferiority) protocol that we write. In calculating the power for an equivalence test, the assumption under the alternative hypothesis is always that the two groups have the same expected response. In this protocol I gave an example in which IF the true expected rates were not equal but differed by 3 percentage points (96% vs 93%) then the power is reduced from 98% to 72%. This is a dramatic reduction in power BUT it is also a gross violation of the assumption of equality. I believe that the example is put in each protocol to alert upper management to a potential risk in the study. I do not believe that we should add to the sample size and thus over-power our studies. Rather, we need to evaluate our assumption of equality in the two groups and, if warranted, change that assumption to a one or two degree difference and calculate the power accordingly. In this particular protocol, there was no reason to think that the assumption would be incorrect and therefore power was calculated using the equality assumption with an example showing the inherent risk in that assumption.

I hope this is helpful. If you would like to discuss this further perhaps we could arrange a meeting.

Ted

----------
From: Williams, George (U.S.)
To: Staub, Ted L.
Cc: Heyse, Joseph F.; Matthews, Holly
Subject: FW: CDOC - MMRII Comments
Date: Friday, February 20, 1998 8:24AM

Ted,

   In the comparison of MMRII and Priorix, I am still somewhat concerned about the reduction in power if, in fact, the true rates differ slightly.  (See pg. 20 of CDP.)  I should have raised this concern at CDOC.  However, do you think the sample size should be increased to improve power?

   George

----------
From: Chiacchierini, Lisa M.
To: Staub, Ted L.; Williams, George (U.S.); Schofield, Timothy L.
Cc: Heyse, Joseph F.; Matthews, Holly
Subject: RE: CDOC - MMRII Comments
Date: Tuesday, February 17, 1998 2:02PM

**CONFIDENTIAL**

MRK-KRA00625629
MRK-CHA00625629
Appx5098

George,

I cannot speak for Ted, but I can answer for my protocols (the three expiry trials and the one concomitant use study). Since the assay for the neutralizing antibodies to mumps is currently under development, we are not sure what results to expect for mumps. We are basing the expected rate of 96% on the package circular, but we are not certain how the new assay will correlate with the one used 25 years ago. This is the reason for the statements about the power decreases if the true rates are lower than expected. I selected 94% as the alternative case because the clinical monitor and I feel that if the response to mumps in the control is lower than this, we should generally be concerned (given what is in our circular). The power for 94% is still above 80% for the expiry trials, and we were comfortable with that. However, I plan to bring the power calculations for larger sample sizes to CDOC with me tomorrow in case this issue is raised and others feel that 80% power is too low.

The two different clinically relevant differences in the concomitant use study were also used in the ARBI CDP that was presented to CDOC last month. They were approved by CDOC, but I do not think that the FDA has had the opportunity to review that document yet.   I'll look into this further before tomorrow.

Thanks for your comments,
Lisa
----------
From: Williams, George (U.S.)
To: Chiacchierini, Lisa M.; Staub, Ted L.; Schofield, Timothy L.
Cc: Heyse, Joseph F.; Matthews, Holly
Subject: CDOC - MMRII Comments
Date: Tuesday, February 17, 1998 7:55AM

I have a couple of comments/questions:

CDP

pg. 20,30, 38,, etc. - It is informative the reduction in power that results when the true rates differ slightly. Are you comfortable with the sample sizes given this observation?

pg. 49 -  Are the two clinically relevant differences that are presented acceptable to FDA?

CONFIDENTIAL

MRK-KRA00625630
MRK-CHA00625630
Appx5099

10/25/2019
Declaration of G. Reilly
EXHIBIT 126



**MERCK**
Research Laboratories

**M E M O**                                        **DATE:**     **September 29, 1999**

**TO:**       **Keith Chirgwin, Jeff Hastings, David Krah, Barbara Kuter, William Long,**
             **Stephanie Olsen, Timothy Schofield, Alan Shaw, Joan Staub, Scott Thaler, Pete**
             **Kniskern, Peggy Fahnestock, Nick Spring, Joye Bramble, Len Rubinstein and Joe**
             **Antonello; Kati Abraham; John Lewis**

**Cc:**       **David Blois, Emilio Emini, Jerald Sadoff, Dorothy Margolskee, Henrietta Ukwu;**
             **Barry Buckland**

**FROM:**     **Manal Morsy**

**SUBJECT:**  **Mumps Neutralization Assay Meeting Minutes.**
             **Attendees:** Dorothy Margolskee (Video), Peter Kniskern, William Long, Joan Staub,
             Alan Shaw, Peggy Fahnestock, Jeff Hastings, Tim Schofeild, Stephanie Olsen, Nick
             Spring, Joye Bramble, Leonard Rubinstein, Joe Antonello , Keith Chigwin.

Agenda items for discussion were:
   Mumps End Expiry Trial
        Impact on Manufacturing if Trial is Stopped
        Choice of Neutralization Assays for Expiry Sera
             Statistical Analysis of Both PRN and CPE
        Concordance of Current Neutralization Assays and ELISA
             Statistical Analysis of Existing Concordance Data
             QPA -Possible alternative assay
             Development of More Sensitive ELISA (Glycoprotein)
        Effectiveness of M-M-R®II
             Literature Search and Summary of Existing Trials
        CBER Discussion
             Arguments that Support Choice of Surrogate for MMRV

## Minutes:

1-Choice of Neutralization Assays for MMRII End Expiry Sera
   A) Statistical Analysis of Both PRN and CPE
   1-There is no difference between the PRN and CPE assays, data are equivalent.
   2-Thus, selection criteria would ultimately be based on greater through put capabilities.

   B) Concordance of Current Neutralization Assays and ELISA
   1-There is lack of concordance of current Neutralization Assays and ELISA
   2- An alternative high throughput assay is required since there is lack of concordance of
   current Neut. assays and ELISA
   3- Pete Kniskern's group is working on establishing PCR assay capabilities, and are also
   identifying antigens that may help in the development of more sensitive ELISA
   (Glycoprotein)

Manal Morsy                                Page 1                                9/29/99
{ FILENAME \p }

**CONFIDENTIAL**

**MRK-KRA00020428**
**MRK-CHA00020428**
**Appx5101**

C) Implications of label changes:
1-Priorix-study results will be available within 4-6 weeks, which will help in addressing path forward
2-Current status Neut. assays support >90% SCR for JL and a range up ~ 70-75% for wild type virus.

2-Functional neutralization QPA -Possible alternative assay
   Characteristics: a rapid, more sensitive and less variable assay
1- QPA is a PCR based viral DNA amplification assay that would measure % virus infection post incubation in serum from vaccinee relative to control potency
2- The % infection measured is theoretically independent or of limited dependency on the capacity of the un-neutralized virus to package, release, propagate and re-infect, unlike the case with a PRN or a CPE assay. This theoretically would enhance sensitivity.
3- A QPA based assay may allow for a broader range of wild type viral strains to be more likely tested overcoming limitations possibly due to suboptimal wild type virus culture conditions of interfering abortive infection issues.
4- As for JL for which culture conditions have been optimized it would be expected that a PRN assay which currently is giving us ~ 90% Neut. would then be more likely to correlate with a function Neut. QPA thus allowing for the bases of bridging between the two assays in which case the functional Neut. QPA would be a surrogate marker of high through put and one that may be acceptable to CBER based on their recommendation of a Neut. assay as surrogate or a correlate thereof.

Assignments:

1)     Determine whether Manufacturing can support overfilling Mumps for at least the next two years and Biologics Licensing would support this strategy **Kati Abreham**
2)     Submit Neutralization/ELISA Results to Tim Schofield for Analysis **Krah/Long**
3)     Statistical Analysis of PRN and CPE Neutralization Assays **Schofield**
4)     Possible Development of QPA pending Resources and Prioritization looking at LO1, JL and Swiss **Kniskern/ Lewis**
5)     Literature Search on Effectiveness of M-M-R®II **Thaler**
         Post Meeting Note: Scott has already performed the literature search and will send the papers to the CAS (assignment from August meeting). He will be arranging a meeting with Joe Heyse and Paul Copeland to review the design of the trials within the next few weeks. A summary of the trials will then be issued.
6)     Schedule meeting with CBER within the next few months after Head-to Head results are available. **Morsy/Chirgwin**

CONFIDENTIAL

MRK-KRA00020429
MRK-CHA00020429

Appx5102

10/25/2019
Declaration of G. Reilly
EXHIBIT 127

# MMR®II End Expiry Trial

- Status:
  - PRN and CPE : performance : 70-75% Neut. WT
  - PRN and CPE : no correlation with ELISA
  - Label change UNDESIRABLE at the present time
  - MMD - capacity to overfill ~ 2 years
  - Delay serum analysis of End Expiry trial so as to:

    - Delay label changes

    - Have time to develop a more sensitive functional Neut. assay
      (Especially as this would impact MMRV label)

    - Have time to re-focus efforts on developing a more stable MMRII

1

**CONFIDENTIAL**

**MRK-CHA00025315**

MRK-CHA00025315

**Appx5104**

# MMR®II End Expiry Trial

- Develop a functional neutralization assay:
  - Characteristics:
    - high through put
    - rapid
    - lessor variability
    - greater sensitivity
- Proposal:
  - a modified QPA (fnQPA):
- Timing:
  - availability within 12-15 month help support MMRV filing (3Q01)
  - availability within the constrains of MMD's capacity to overfill MMRII and the acceptable delay in time for analysis of End Expiry trial sera

Thus we may not require a bridging back to ELISA

2

**CONFIDENTIAL**

**MRK-CHA00025315_00002**

MRK-CHA00025315

**Appx5105**

# MMR®II End Expiry Trial

- fnQPA:
  - PCR based viral DNA amplification assay:

    - Measures reduction in:
      % virus infection post incubation in serum from vaccinee
      relative to control potency

    - % infection measured is theoretically independent or of limited
      dependency on:
        capacity of un-neutralized virus to package, release,
      propagate and re-infect, unlike a PRN or CPE assay.

3

CONFIDENTIAL

MRK-CHA00025315_00003

MRK-CHA00025315

**Appx5106**

# MMR®II End Expiry Trial

- Thus, theoretically:

  - an enhancement in sensitivity is expected.

  - A broader range of wild type viral strains may be more likely tested in such an assay (overcoming limitations - possibly due to suboptimal culture conditions - of interfering abortive infection issues of wild type in vitro)

  - Where as for JL (for which culture conditions have been optimized) it would be expected that a PRN assay (~ 90%) would correlate to a fnQPA, thus allowing for the bases of bridging between the two assays.

4

CONFIDENTIAL

MRK-CHA00025315_00004

MRK-CHA00025315

Appx5107

# MMR®II End Expiry Trial

- Current Status:
  - MMRII vs PRIORIX:
    - (the MMRII and Priorix vaccine lots used in the trial will be matched by age, in month, of vaccine lot)

    - JL5/JL2 (80:20%) vs JL5 (100%) in vaccine lot
      - potential outcome:
      - at or closer to release if JL2 provides broader protection:
        » JL5/JL2 in MMRII vs JL5 in Priorix --->
            MMRII superior -                    advantage
            or JL/JL2 in MMRII vs JL5 in Priorix --->
            equivalent SCR in assay -                    no
        advantage
      - at or closer to expiry JL5/JL2 ratio unknown -
        » If JL2 is lost & JL5 in MMRII < JL5 in Priorix --->
            Priorix superior -
            disadvantage

5

CONFIDENTIAL

MRK-CHA00025315_00005

MRK-CHA00025315

**Appx5108**

# MMR®II End Expiry Trial

- Plaque-reduction neutralization assay:
    - designed to quantify mumps antibody titers pre- and post-vaccination.
    - Specifically, the assay was developed to permit an evaluation of the capacity of sera obtained from recipients of MMR®II and PRIORIX vaccines to neutralize vaccine and wild-type viruses.
    - The over all goal is to identify qualitative differences in the antibody responses to these two vaccines that would relate to protection from disease.

6

CONFIDENTIAL

MRK-CHA00025315_00006

MRK-CHA00025315

**Appx5109**

# MMR®II End Expiry Trial

- CPE Mumps Neutralization Assay (cytopathic effect)
  - designed to quantify mumps antibody titers pre- and post-vaccination.

  - The over all goal is to identify qualitative differences in the antibody responses to these two vaccines that would relate to protection from disease.

7

CONFIDENTIAL

MRK-CHA00025315_00007

MRK-CHA00025315

**Appx5110**

10/25/2019
Declaration of G. Reilly
EXHIBIT 128

Draft/summary of meeting: 8/17/99 (M.Morsy)                    0

Attendees:   Arena, Deitra E.; Abraham, Katalin G.; Staub, Joan M.; Nalin, David R.;
             Schofield, Timothy L.; Burke, Carl J.; Bennett, Philip S.; Obara, Tim; Thaler,
             Scott; Hastings, Jeff; Morsy, Manal.
Subject:     M-M-R®II CDTF

               M-M-R®II Competitive Defense Task Force
                    Tuesday
                    August 17, 1999
                    8:30-9:30 AM
                    WP53-Maine/Montana

       AGENDA

       •   Mumps Neut Results - Effect on Expiry Trial                    Thaler
       Summary:
       Mumps Neut. Assay results
       Our label: 96% serum Neut. (per dose)
       Virus and cell biology (VCB) & developmental human vaccine serology (DHVS –
       Pete's group) developed Neut → 100% dilute VHCS????
                         50% pfu
       Antibodies to virus → engineer too wild
       Different wild types example London 1 (Lo1), Tennessee isolate from CDC
       sero conversation rate
       Summary to date → 70% conversion rate
       TCID50 preliminary data vs Neut. look similar
       Pfu is favored by CBER
       CBER requests 90% lower band limit
       Problem for trial to have confidence in a 80% Neut conversation sample size has
       to increase from 500 patient to ~ 800 / group, assuming they would allow us to
       use 80% sero-conversion
       Hillman assay used Haem-adsorption as end point
       LO1 doesn't grow well on Vera
       Recent publication: NEJM comparative study – our vaccine → 78% protection
       (small study size!)
       Cathy Carbone (FDA) concern: wild type and vaccine are not doing as well
       Arguments:
       World wide efficacy / effectiveness seen: US / Finland
       Merck issues (driven irrationally)
               (1) Driven to increase dose??? Safety (not likely but a concern)
               (2) have they looked at hotter places – Albequrki?? (? Efficacy vs
               vaccine expiry vs JL5/JL2 ratio???)
       A paper will be put together to discuss "disconnect" to reconfigure assay
       Assay discission would be made after Joe and Tim (assignment) gets results
       CBER – September
       If this is not resolved and doesn't change → label may have to be changed from
       96% to 75% (concern if Smith Kline has better sensitivity and higher
       seroconversion rates – competition??
       Dorothy's concern
       J5/J2 (in accelerated aging – loose J2)
       (SK – J5 pure)

       Additional concerns:
       1- If JL2 doesn't  work – will be hit by SK

                                                                                    1

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**MRK-KRA00198869**
**MRK-CHA00198869**

**Appx5112**

2- vaccine doesn't work – fails neut. assay????

- rHA Update ~~Bramble~~ Thaler
  - Product Number for rHA containing MMR

Summary:

Presented new contract – approved
Begin looking for safety in humans as early as 10/2000 (release and start)
Adults (with virus)  / ped. (without virus)
Look for similarity in adverse effects
(backup Centeon data – 65mg rHA / repeated administration
Japan – we have data with 25% AE (prompted)
August of 2001
Q: Are you going to exclude yeast sensitive or allergic history patients
Suggestion: exclude initially then include in a smaller trial
Q: primed with yeast containing vaccines – do you expect AE?
Suggestion: split patients to : allergic vs non-allergic ( be pro-active for making Merck "safety"

**REDACTED – OMP**

so concern would be adding a new set of allogens.

- Potential Trial in China Obara

Summary:

Potential trial in China:
Their interest:   1- when does M-M-R®II best fit in their schedule (0-6 or 6-18 etc)

2- effectiveness of M-M-R®II (particularly mumps) they have noticed outbreaks – no hard data!!

Need a controlled study to figure this out.
Our protocol : GOS ??
We need to review their intended publications for approval
Will – circulated email on what to do, marketing would pay for this, monitering would be done through CROPS

- Path Forward to "Stingless" M-M-R®II Bramble

Summary:

PAC on Thursday
→ not interested in it unless they have it NOW before SK comes on market.
→ "stingless M-M-R
M-M-R-V 4°C   1Q/01 → clinical trial
M-M-R-V frozen 3Q/02 → launch

Major concern (especially in how we approach this)
Louisiana and California : Autism caused by multivalent vaccines!!

Vejay          vs          Nick & Tim
→ need agreement
4°C /frozen   vs          "stingless"

2

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**MRK-KRA00198870**
**MRK-CHA00198870**

Appx5113

10/25/2019

Declaration of G. Reilly

EXHIBIT 129


**MERCK**
Research Laboratories

**M E M O**

**DATE:**

**TO:**       **Dr. Henrietta Ukwu**

**CC:**

**FROM:**     **Dr. Keith Chirgwin**

**SUBJECT:**   **Options and proposed path forward for the Mumps Expiry Trial**

---

**Issue**:
CBER insistence on a WT neutralization assay will likely result in SCR of 70-80%
1) The feasibility of developing or identifying (outside investigator) a WT neutralization assay
   with a sufficiently higher SCR (>90%) is uncertain
2) Low SCR will require increased sample size and/or increased equivalence margin to
   maintain power; CBER is extremely resistant to increasing the equivalence margin
3) Implications of low SCR on the MMRII label are uncertain

**Options**:
1) <u>Complete the Mumps Expiry Trial</u>
   <u>Benefits</u> (if successful):
      a) Reduced product cost
      b) May be able to apply the new expiry dose to MMRV, permiting greater flexibility in
         setting the release/expiry specifications for MMRV
   <u>Risks</u>:
      a) Label may be adversely affected with perceived change in efficacy
      b) If the trial fails with the 4.0 dose this may conceivably raise questions about the adequacy
         of the 4.3 dose
      c) Success in convincing CBER to widen equivalence margin may possibly facilitate
         licensure of Priorix (CBER has repeatedly emphasized need to be consistent with other
         manufacturers in this area)
      d) The feasibility of extrapolating the mumps expiry data from MMRII to MMRV has not
         been confirmed with CBER

2) <u>Stop the Mumps Expiry Trial</u>
   <u>Benefits</u>:
      a) Allows team to focus efforts on WT ELISA for the MMRV program without the
         additional distraction of attempting to develop a more sensitive WT neut assay
      b) Avoids potential labeling implications of measured low SCR for mumps in MMRII
      c) Avoids the need for wider equivalence margin which might facilitate Priorix licensure

---

**CONFIDENTIAL**                                                    **MRK-KRA00086292**
                                                                    **MRK-CHA00086292**

**Appx5115**

**Risks:**

a) Although mumps overfill to target of 5.2 to maintain an expiry of 4.3 is feasible for MMRII, this is less certain for MMRV due to outstanding questions about mumps suppression, assay validation and stability of the frozen and urea-based formulation.   If the current expiry of 4.3 is not feasible in manufacturing with the current target of 5.2 for MMRV, then either a mumps expiry trial for MMRV to evaluate a lower expiry dose, or a safety evaluation of a higher mumps target will be needed.   It should be noted that an MMRV expiry trial faces the same risks as the current MMRII expiry trial (i.e. need for WT neutralization assay) plus the additional complication of how to produce a clinical lot with an appropriate mumps expiry titer as well as a varicella titer within the anticipated licensed potency range.

**Proposed path forward**

1) Determine whether it is possible to have a higher SCR (i.e. >90% lower bound) with a WT neutralization assay (discussion with CBER, Dr. Forghone).   If yes then proceed with trial using this enhanced assay.  If no:

2) Determine CBER's position with regard to the impact of this study on label if the SCR is in the 70-80% range. If CBER indicates that a negative impact on the label is anticipated, then it may be prudent to defer completion of trial (complete trial but don't run assays?).  If no negative impact on label then proceed with study, and:

3) Determine with CBER whether mumps expiry results in MMRII can be extrapolated to MMRV.  If these results cannot be extrapolated to MMRV, then the utility of this trial is limited (at this juncture the questions about manufacturing feasibility apply primarily to MMRV, not MMRII).  If results can be applied to MMRV then proceed with trial.   If not then consider stopping trial.

4) Resolution of assay validation and definition of the mumps suppression are essential to determining whether the mumps expiry issue is a factor for MMRV.  If, upon completion of these investigations, the 4.3 mumps expiry is determined to not be feasible for MMRV then consideration of either conducting an MMRV mumps expiry trial or increasing the mumps target may be necessary.   The potency and sample size of the clinical safety evaluation of a higher mumps target need to be determined as well as the feasibility of incorporating this into the safety trial for the release potency of varicella..

KDC
UN-B121

cc: file, chron

MRK-KRA00086293
MRK-CHA00086293

Appx5116

10/25/2019
Declaration of G. Reilly
EXHIBIT 130

Appx5117

**Forsythe, Colleen A.**

| | |
|---|---|
| **From:** | Schodel, Florian P. |
| **To:** | Forsythe, Colleen A. |
| **Subject:** | FW: mumps issues |
| **Date:** | Monday, July 07, 1997 7:07PM |

----------

| | |
|---|---|
| **From:** | West, David J. |
| **Sent:** | Monday, July 07, 1997 8:49AM |
| **To:** | Chirgwin, Keith D.; Schodel, Florian P. |
| **Cc:** | Kuter, Barbara J. |
| **Subject:** | RE: mumps issues |

In three studies of COMVAX, the proportions of initially seronegative children who seroconverted for Ab to mumps after concurrent injections of COMVAX and M-M-R II were: 100% (39/39), 97% (72/74), and 100% (55/55).

David J. West
----------
From: Schodel, Florian P.
To: Chirgwin, Keith D.
Cc: Kuter, Barbara J.; West, David J.
Subject: RE: mumps issues
Date: Thursday, July 03, 1997 6:46PM

----------

| | |
|---|---|
| **From:** | Chirgwin, Keith D. |
| **Sent:** | Monday, June 30, 1997 6:39PM |
| **To:** | Fontaine, Joline; Schodel, Florian P. |
| **Cc:** | Forsythe, Colleen A.; Sadoff, Jerald C. |
| **Subject:** | RE: mumps issues |

Dear Keith,

I do not have a complete answer to this question. We have to check data that were generated in other programs recently (Comvax and Varivax/MMRV). Collen will look into that and I'll forward this message to Barb and David West to get their feedback. The only data about a lower mumps dosage I have are in a message from David Nalin. I have never seen the original data and they are monovalent mumps vaccine data, therefore it is not clear whether they can be extrapolated to MMR. However we should be on the safe side with the mumps titres in MMR at expiry, regardless of what they are (and if we are not we have a problem that needs to be fixed differently). Setting the acceptable difference at 10% should be acceptable. What worries me is that there is no clearly defined standards and we may be waking up sleeping dogs as they say (especially since I get no clear picture of whether our assays are generally acceptable, I get a wide spectrum of answers to the acceptability of ELISAs only).

Cheers

Florian

Page 1

**CONFIDENTIAL**

MRK-KRA01648951
MRK-CHA01648951

Appx5118

Florian,

I agree that titrating the virus may make things much more complicated in terms of varying degrees of viral interference. However, we should define acceptable historical seroconversion rate very carefully and also make certain that the regulatory agencies agree with this definition. The label currently indicates that a single dose of MMRII results in a mumps seroconversion rate of 96%; if we are held to this as the "acceptable historical standard" there is a chance that we may have a problem. We may need to consider the possibility that the SC rate at expiry may be lower and plan for this contingency now. If we had more confidence that there was little likelihood of a drop in SC rate at expiry, of course the whole discussion above becomes moot. Are there any clinical data that you are aware of that provide some reassurance that lower mumps potency will not be problem?

Keith

----------

From: Schodel, Florian P.
To: Fontaine, Joline
Cc: Sadoff, Jerald C.; Chirgwin, Keith D.; Staub, Ted L.; Forsythe, Colleen A.
Subject: RE: mumps issues
Date: Monday, June 30, 1997 7:48AM

Dear Joline,

if we decide to address the at expiry mumps titre vs immunogenicity issue by clinical trials, I think we should a, not compare to at release for the obvious risks and b, not titrate the virus, because that risks to change the ratio of mumps and measles/rubella with possible ensuing changes in interference. The trial should only compare seroconversion rates to acceptable historical seroconversion data after immunization with lots at expiry, thus making sure that even lower titres meet the standards (the problem here is whether the assays our lab is willing to run are generally accepted by the agencies or the scientific public at large, short of publications I have my doubts). Let me know what your thoughts are.

Yours

Florian

----------

From:      Fontaine, Joline
Sent:      vendredi 27 juin 1997 23:33
To:        Schodel, Florian P.
Cc:        Walter, Maureen V.
Subject:   FW: mumps issues
Importance:      High

Florian - what do you think of the studies proposed below?

Joline

----------

From:      Ukwu, Henrietta
Sent:      Thursday, June 26, 1997 3:11 PM
To:        Staub, Joan M.; Garfinkle, Barry D.
Cc:        Forsythe, Colleen A.; Sadoff, Jerald C.; Sharrar, Robert G; Chirgwin, Keith D.; Guess, Harry; Heyse, Joseph F.; Blois, David W.; Fontaine, Joline; Nalin, David R.; Walter, Maureen V.; Abraham, Katalin G.; Wonnacott, David M.; Shaw, Alan R; Krah, David
Subject:   FW: mumps issues
Importance:      High

Joan and Barry

The study at expiry should evaluate minimum effective dose - so as Barry suggested should titrate as low as we

Page 2

MRK-KRA01648952
MRK-CHA01648952

Appx5119

can get to if possible.  I agree with the reasons to conduct this study.

Henrietta
----------
From: Garfinkle,  Barry D.
To: Ukwu, Henrietta; Staub, Joan M.
Cc: Forsythe, Colleen A.; 'Nalin, David R.'; Sadoff, Jerald C.; Sharrar, Robert G; Chirgwin, Keith D.; Guess, Harry; Heyse, Joseph F.; Blois, David W.; Fontaine, Joline; Shaw, Alan R; Walter, Maureen V.; Abraham, Katalin G.; Wonnacott, David M.; Krah, David; 'Lewis, John'
Subject: RE: mumps issues
Date: Monday, June 23, 1997 2:37PM
Priority: High

J,
Only the obvious downsides.  One other consideration  is that we should be sure we run it at the lowest we ever expect to get?  I would almost prefer this to a real world situation.  A titration in the clinic would be nice but I don't know if we could do this.
B
----------
From:       Staub, Joan M.
Sent:       Thursday, June 19, 1997 2:10PM
To:         Ukwu, Henrietta; Garfinkle,  Barry D.
Cc:         Forsythe, Colleen A.; Nalin, David R.; Sadoff, Jerald C.; Sharrar, Robert G; Chirgwin, Keith D.; Guess, Harry; Heyse, Joseph F.; Blois, David W.; Fontaine, Joline; Shaw, Alan R; Walter, Maureen V.; Abraham, Katalin G.; Wonnacott, David M.; Krah, David; Lewis, John
Subject:    RE: mumps issues
Importance:      High

Henrietta/Barry,  The suggestion from the MMR Competitive Defense Task Force was to actually run a clinical trial with Mu at expiry since SB will be filing in Germany and is expected to come on the market in 1998.  If they meet the expiry critera and we don't we stand to loose a major market.  Colleen Forsythe (MPC for MMR) brought that suggestion back to Jerry who thinks we should run the trial and do it in Germany.  We would use MMR at release and at expiry and look at Mu seroconversions.   Any downsides to this...other than the obvious?  Joan
----------
From: Ukwu, Henrietta
To: Sharrar, Robert G; Chirgwin, Keith D.; Nalin, David R.; Wonnacott, David M.
Cc: Sadoff, Jerald C.; Staub, Joan M.; White-Guay, Brian; Blois, David W.; Garfinkle,  Barry D.; Beck Liane
  GER; Guenther Susanne        GER; Gerdil Emmanuele        HBO; Vose John          HBO; Abraham, Katalin G.
Subject: FW: mumps issues
Date: Monday, June 16, 1997 4:19PM

Please review discussion below and determine best approach for providing clinical data to support the mumps titer discussion.

Keith, please contact Jerry .

Joan, the clinical write-up should be tracked rapidly since the need is quite urgent.  Please keep me posted.

Thanks.  Henrietta
----------
From: Wonnacott, David M.
To: Beck Liane           GER; Guenther Susanne        GER; Gerdil Emmanuele        HBO; Vose John
  HBO
Cc: Sadoff, Jerald C.; Ukwu, Henrietta; Garfinkle,  Barry D.; Nalin, David R.; Abraham, Katalin G.; Fujii, Catharina

Page 3

CONFIDENTIAL

MRK-KRA01648953
MRK-CHA01648953

Appx5120

C.; Thompson, Barbara; Rosolowsky, Mark; Varilla, Mark F.
Subject: FW: mumps issues
Date: Thursday, June 12, 1997 4:13PM

All,
From the standpoint of clarification to the message from Susanne, we do not anticipate that the issue with Dr. von Wangenheim re. mumps shelf life titer will go away after we complete a more detailed investigation of real time stability data. If anything, the Mumps shelf life titre loss may actually be more than 0.5 Log.

Some clarification is also needed for the comment on clinical studies. M-M-R-II, with the current release specifications, has clearly demonstrated safety and efficacy in the United States beyond any early clinical study. It seems we should emphasize this. We do not release vaccine with mumps titers below 4.3. Therefore, we do not intend to provide clinical studies for vaccines with release titers below 4.3. We are not planning to include a clinical "expert report" with the package. However, we will seek input from clinical experts at Merck for this paper (by copy of this memo I suggest Kati follow up with H. Ukwu & clinical team).

This issue is obviously frustrating to us since we want to maintain manufacturing consistency. It is our position that we must provide the SAME product that has historically demonstrated such a high level of safety and efficacy. We cannot change the product based on a flawed premise, (i.e. Dr. von Wangenheim currently does not accept that the label was originally filed as release titer). Another complicating factor is that Dr. von Wangenheim's argument does not take into account assay variability when multiple laboratories test our product. (For example, RIVM EU batch release provides a shelf life titer for mumps significantly lower than ours.)

In conclusion, an issue came up in our teleconference today which we should address. Susanne has discussed M-M-RII issues with Dr. von Wangenheim without having copies of the background material we previously provided the JV and the EP. We will provide Germany, including Chiron Behring (if deemed appropriate by JV), with this information in the near future. However, it would have been better if Susanne had this information earlier.

We certainly appreciate your help on these issues. Hopefully we can reach a resolution with Dr. von Wangenheim in the near future. Thanks,
Dave
----------
From: Vose John          HBO
To: Guenther Susanne          GER; Gerdil Emmanuele          HBO
Cc: Beck Liane          GER; Wonnacott David          MRK
Subject: RE: mumps issues
Date: Thursday, June 12, 1997 11:38AM

Microsoft Mail v3.0 IPM.Microsoft Mail.Note
De: Vose John          HBO
A: Guenther Susanne          GER
    Gerdil Emmanuele          HBO
Cc: Beck Liane          GER
    Wonnacott David          MRK
Objet: RE: mumps issues
Date: 1997-06-12 17:15
Niveau de priorité:
Identification du message: D449B389
ID de la conversation: D449B389

--------------------------------------------------------------------- --

Thanks for the clear report of this recent conversation. We look forward to receipt from Merck of the mumps statement including the new data that we have not yet seen. I trust it will convince Germany ( and Austria) to

CONFIDENTIAL

MRK-KRA01648954
MRK-CHA01648954

Appx5121

accept our position .

----------
De: Guenther Susanne    GER
A: Gerdil Emmanuele    HBO; Vose John    HBO
Cc: Beck Liane    GER; Wonnacott David    MRK
Objet: mumps issues
Date: jeudi 12 juin 1997 17:09
Niveau de priorité: Haut

Microsoft Mail v3.0 IPM.Microsoft Mail.Note
Von: Guenther Susanne    GER
An: Gerdil Emmanuele    HBO
   Vose John    HBO
Cc: Beck Liane    GER
   Wonnacott David    MRK
Betreff: mumps issues
Datum: 1997-06-12 17:08
Priorität: R
Nachrichten-ID: 11E7704D
Conversation ID: 11E7704D


     --------------------------------------------------------------------
--

A few minutes ago Merck (Dave Wonnacott, Kati Abraham, Barbara Thompson, Cathy Fujii) were discussing the PEI requirements for mumps containing vaccines with Dr. Enssle from Chiron Behring and myself on the phone.

I try to give you a short summary:

It was stated that Dr. von Wangenheim's main concern is, that she wants the shelf life titer to be 4,3 log for mumps (and not 3,7 log) because the clinical results were obtained with vaccines that had a titer of at least 4,3 log. The results of the downdosing studies, that were also presented at the Straßbourg OMCL - meeting did not convince her because they were not commented and explained with enough details. EP conformity is no argument for her.

The second problem is that she wants the release titer to be 4,8 log assuming a log loss of 0,5 log during the shelf life.

Dr. Enssele from Chiron Behring emphasized that the thermostability test could also become a problem in the future because his own results over several years showed that the log loss was increasing constantly. At the moment the batches fulfill the requirement only just. The resuts reach the acceptable limit. He will send his results to Merck.

Moreover it was mentionned that Dr. von Wangenheim is interested in the results as regards the stabilizer.

The conclusion was that Merck will prepare a paper containing all the arguments that may convince Dr. von Wangenheim by the end of July. This paper will be first sent to us. They will include the argument, that the clinical experience with the vaccine showed that it is effective even with titers lower than 4,3 log for mumps. An expert opinion will also be included

CONFIDENTIAL

MRK-KRA01648955
MRK-CHA01648955

Appx5122

(probably after July). They will also include new results from stability tests that probably show that the log loss during shelf life is less than 0,5 log and that consequently a release specification of 4,8 log is not necessary to meet a shelf life specification of 4,3 log. Furthermore results

of the tests as regards the stabilizer will probably be included (results are available by the end of July).

In addition further information about thermostability results will be sent to us.

Best regards, Susanne

CONFIDENTIAL

MRK-KRA01648956
MRK-CHA01648956

Appx5123

# 10/25/2019
# Declaration of G. Reilly
# EXHIBIT 131

MEMO                           August 23, 2000

TO: Alan Shaw

FROM: Dave Krah

SUBJECT: <u>Monthly report for August, 2000.</u>



II. Measles, Mumps and Rubella
  A.  Mumps serum neutralization (Nt) assay (plaque-reduction Nt).
1.  Modification of the standard mumps Nt assay to include an incubation with anti-human IgG (anti-IgG enhanced mumps neutralization assay [mumps AIGENT]) has been evaluated to determine whether the sensitized assay is capable of detecting ≥95% seroconversion in vaccinees.  This target has been established by CBER to demonstrate adequate immunogenicity of mumps vaccine in current use. Testing with the mumps AIGENT assay includes the "standard" mumps plaque-reduction neutralization assay using JL135 "low-passage" Jeryl Lynn™ mumps, an anti-human IgG treatment (30 min) after "primary" neutralization, and immunostaining to visualize plaques.  Sera are typically tested at dilutions 1:32 through 1:4096 (due to a prozone effect at higher serum concentrations), and the Nt titer is assigned to highest tested dilution producing ≥50% Nt relative to a mock serum control.  Preliminary studies have focused on identifying an optimum concentration of anti-human IgG that provides adequate sensitivity to detect post-vaccination responses, but does not provide excess pre-vaccination positive titers.  Adult lab sera have also been used to evaluate effects of the anti-IgG concentration on assay sensitivity.  The composite data suggest that this optimum concentration is between 1:4 and 1:8 (125 and 62.5 µg/mL antibody protein, respectively), and testing of two panels of pediatric sera was completed using one or both of these anti-IgG amounts to determine seroconversion rates and pre-positivity rates.

The first pediatric serum panel included a subset of sera from protocol 006, selected to include most of the non-responders to Jeryl Lynn™ in the "standard" Nt format to determine whether the enhanced Nt assay detects seroconversions

in serum pairs that did not show seroconversion in the standard assay.   The seroconversion rates for this set were 79.5% (31/39) to Jeryl Lynn™ mumps in the standard assay (historical values) and 91.7% (33/36) and 94.0% (32/34) in

CONFIDENTIAL

MRK-KRA00016632
MRK-CHA00016632

Appx5125

the AIGENT assay using 1:4 and 1:8 anti-IgG dilutions, respectively. Pre-positivity rates were 9%, 5% and 3% in the standard assay and the AIGENT using 1:4 and 1:8 anti-IgG, respectively. These data demonstrated that the 1:4 and 1:8 anti-IgG dilutions provided enhanced sensitivity to detect seroconversions without producing excess pre-positive rates. The 1:4 anti-IgG dilution was then used to test another panel of 60 paired pediatric sera. Seroconversions for the second serum set were 100% (47/47), but also included an unexpectedly high pre-positive rate (13/60: 22%). The majority of the pre-positive sera were positive at only a single serum dilution, and did not repeat as positive on repeat assay, consistent with the weak Nt responses for these pre-positive samples.

The overall seroconversion rate in pediatric sera using 1:4 anti-IgG is 96% (80/83). Retesting of a subset of this serum block using 1:4, 1:6 and 1:8 anti-IgG dilutions is underway to identify the optimum concentration that provides ~10% or lower pre-positive rates.

Examples of titrations curves for pre-positive and pre-negative serum pairs are presented in Figures 1 and 2.

CONFIDENTIAL

MRK-KRA00016633
MRK-CHA00016633

## Figure 1

**Example of Anti-IgG Enhanced Nt for Pre-Negative Serum Pairs**



## Figure 2

**Example of Anti-IgG Enhanced Nt for Pre-Positive Serum Pairs**



MRK-KRA00016634
MRK-CHA00016634

Appx5127

Further development and characterization of the mumps AIGENT assay (optimize the anti-IgG concentration and confirm seroconversion rate estimate and pre-positive rate, test a panel of 20 paired sera at 1:2 through 1:4096 dilutions to characterize % Nt in the 1:2 through 1:16 range that is not included in the typical dilutions of the assay, and characterize "weak" positive and negative Nt responses: targeted to be completed in 4-6 weeks) will continue is parallel with plans to transfer the assay to an outside testing lab (to start over the next few weeks).

Additionally, a subset of experiments is underway to evaluate the performance of alternative strains (Lo1, Barnes, TN) to establish whether another "wild-type" strain would provide comparable sensitivity in the anti-IgG enhanced Nt assay and to determine if the Nt sensitivity ranking observed in the standard assay is also found in the enhanced assay.



REDACTED – OMP

Dave

cc:   Lab staff
       Paul Keller

**CONFIDENTIAL**

10/25/2019
Declaration of G. Reilly
EXHIBIT 132

## VIRUS & CELL BIOLOGY RESEARCH PROCEDURE

| | | |
|---|---|---|
| SUBJECT: | Anti-IgG Enhanced Mumps Plaque-Reduction Neutralization Assay | No.: 874.3489 |
| | | Rev.: 00 |
| | | Page: 1 of 10 |
| Written By: | David Krah/Mary Yagodich     Date: 28-Nov-00 | Effective Date: 18-DEC-2000 |
| Approved By: | Alan Shaw     Date: 28-Nov-00 | |
| QCA: | Denise A. Williams     Date: 18-DEC-2000 | |

### I. Introduction

The Anti-IgG Enhanced Mumps Plaque-Reduction Neutralization Assay (AIGENT) was designed to provide a sensitive means to determine mumps antibody titers pre and post vaccination or in post infection sera. The general neutralization assay procedure is modeled after Virus and Cell Biology Research Procedure No. 874.3422: Mumps Plaque Reduction Neutralization Assay (rev. 00), and neutralization is enhanced by the addition of anti-human IgG following the incubation of virus and serum. Neutralization (Nt) is identified by the reduction in pfu (plaque forming unit) against negative controls (either seronegative patient sera or mock sera). The Nt endpoint is assigned to the highest tested serum dilution providing $\geq 50\%$ plaque reduction. Sera are tested at serial 2-fold dilutions, typically ranging from 1:32 through 1:4096 in the enhanced neutralization assay, utilizing a constant virus dilution. This procedure describes virus and antibody attachment conditions and reagents. Following the virus/antibody attachment reactions virus plaques are measured using Virus and Cell Biology Research Procedure 874.3268 (following "Materials and Methods" steps 1 through 7; and "Protocol for the plaque assay" steps 2 through 8, using 62,500 cells/mL and 2 mL/well of 12-well plates). Reagent lot information, serum and virus identification numbers and dilutions, and conditions for the Nt assay and corresponding mumps plaque assay are recorded in the attached "AIGENT Assay Info Sheet".

### II. Reagents, Supplies and Equipment

#### A. Reagents

1. **Human serum:** Serum from patients with wild type mumps infection or from vaccinees.

   Serum received frozen is stored at -20°C or colder and is routinely not thawed until needed. Sera are held in a 35°C (±1°C) or 37°C (±1°C) water bath for 5-10 minutes or until thawed and may be held at 2-8°C for up to one year after thawing. Sera should not be refrozen if further short-term Nt testing is planned. For longer term storage or after testing is completed, the serum samples are refrozen. If the serum samples are received thawed, and have never been frozen, they are aliquoted and frozen at -20°C or colder. If the serum samples previously frozen have been thawed and refrozen prior to testing, note this additional freeze/thaw in the documentation for the neutralization assay using these sera. Record the serum thawing and refreezing dates (if applicable) in either the experiment write-up for those sera or in a serum log. Once serum samples are thawed, the serum is

**COPY**

CONFIDENTIAL

Merck-EDPA-02168

MRK-KRA00002189
MRK-CHA00002189

Appx5130

SUBJECT: Anti-IgG Enhanced Mumps
Plaque-Reduction Neutralization Assay

No.: 874.3489
Rev.: 00
Page: 2 of 10
Effective Date: 18-DEC-2000

heat inactivated for 35±1 minutes at 56°C±1°C, then transferred to 2-8°C or held on ice for a minimum of 5 minutes and up to a one month prior to diluting in medium for assay of virus neutralizing activity. Sera are typically heat-inactivated on the day of assay. Record the serum heat-inactivation date in the experiment write up or in a serum log.

2. Hyperimmune serum: Polyclonal anti-mumps (MPS), anti-measles (MV) and anti-rubella sera (for example, goat polyclonal antisera, prepared by Hazleton Biotechnologies/Covance).
This anti-mumps serum may be used as a control to compare serum antibody titers, or used to characterize mumps strains which may be used in the Nt assay. Hyperimmune goat serum offers a polyclonal Nt activity and a higher Nt titer than sera from most human vaccinees. Additionally, these hyperimmune sera are utilized when combined vaccine is used an indicator virus (e.g.: combined MMR vaccine) to neutralize viruses not being assayed for neutralization activity . These hyperimmune sera are tested in the "standard" mumps Nt assay (Virus and Cell biology Research Procedure No. 874.3422: Mumps Plaque Reduction Neutralization Assay) format, without the addition of anti-human IgG.

3. Virus and Serum diluent and medium for use in overlays.
Used for diluting virus and serum and as overlay medium component for mumps plaque assay (Maintenance Medium: MM):
Medium 199 (GIBCO cat #11150-159 or equivalent), 2% heat-inactivated Fetal Bovine Serum (JRH cat #12-10378P or Merck Product # 38493-909, or equivalent); 2 mM L-Glutamine (from 200 mM Glutamine stock: GIBCO Cat # 25030-081 or BioWhittaker Cat #17-605B, or equivalent); 50 ug/mL Neomycin (from 10 mg/mL neomycin stock [for example, Sigma cat # N-1142] or 100 mg/mL stock [Merck CM274, or equivalent]).
Formulated MM can be held for up to one month after day of being made. Media can be aseptically formulated in the original Medium 199 bottles or may be optionally filtered prior to use using a sterile 0.22 um filter or filter unit.

4. Virus
Indicator viruses used in the neutralization assay may be lyophilized or frozen liquid virus preparations (which must be thawed prior to use), and are diluted in Maintenance Medium (MM) to the targeted virus concentration. Indicator viruses are deemed suitable by plaque morphology and neutralization capacity, and may

CONFIDENTIAL

Merck-EDPA-02169

MRK-KRA00002190
MRK-CHA00002190

Appx5131

SUBJECT:   Anti-IgG Enhanced Mumps
Plaque-Reduction Neutralization Assay

No.: 874.3489
Rev.: 00
Page: 3 of 10
Effective Date: _18-DEC-2000_

include vaccine viruses (and viruses derived from the vaccine) or wild-type (WT) viruses.

An example of an indicator virus is Mumps House Standard fill #0613945 (lyophilized) from MMD.

Indicator viruses may also include combined samples (e.g. M-M-R®II), lyophilized.

Lyophilized samples are reconstituted with 700 uL sterile distilled water (RCM66 or equivalent) or sterile diluent (provided by MMD), and can be held up to one hour on ice before diluting for use in the neutralization assay.

Liquid frozen virus preps are thawed in a 35°C±1°C water bath for 5-10 minutes, and held on ice for up to one hour before diluting.

Note that WT or other mumps preparations are prepared by a separate protocol (typically in Vero or chick cell cultures).

Virus dilution utilized is targeted to provide 20-30 plaques per well (predetermined by standard mumps plaque assay).

5. <u>Buffers and solutions</u>
   RCM563 (sterile Phosphate buffered saline), or equivalent
   RCM66 (sterile distilled water), or equivalent

6. <u>Anti-human IgG</u>
   Rabbit IgG fraction to human IgG (whole molecule), ICN/Cappel catalog #55008, or equivalent (5 mg/mL antibody protein; formulation typically contains 0.05% sodium azide).

    Note: lot 1943 of this anti-IgG was used in assay development studies, and is being used routinely at a 1:6 dilution for use in the AIGENT testing of pediatric sera. Additional dilutions may be used as needed to achieve the required neutralization sensitivity. A new lot of anti-IgG is qualified by comparing the anti-IgG dilution of lot 1943 to different dilutions (including 1:4, 1:6, 1:8) of the new lot against a panel of paired pediatric sera. The use level of the new lot is established as the dilution of the new lot that provides comparable Nt results (titers) to those obtained using the 1:6 dilution of lot 1943.

Reconstitute with RCM66 or equivalent (typically 5 mL/vial, allowing 2-30 min for reconstitution, aseptically pool replicate vials, if applicable, after reconstitution) and dilute in RCM563 or equivalent to the desired concentration.

**CONFIDENTIAL**

**Merck-EDPA-02170**

MRK-KRA00002191
MRK-CHA00002191

Appx5132

SUBJECT:   Anti-IgG Enhanced Mumps
           Plaque-Reduction Neutralization Assay

No.: 874.3489
Rev.: 00
Page: 4 of 10
Effective Date: 18-DEC-2000

Anti-IgG should be used only on the day of reconstitution (unless further studies confirm the acceptability of longer holding times after reconstitution).

B. Supplies and Equipment

1. Sample/Dilution tubes
   Biorad Microtube 96-rack sterilized Titertubes; or other suitably sized sterile polypropylene microtubes. Apply sterile caps (or use tubes with caps) for heat-inactivation, storage at 2-8°C for periods longer than 24 hours, or for freezing.

2. Incubators
   37°C±1°C + 5.0%±1.0% $CO_2$ incubator for Antibody (ab)/Antigen (ag) attachment.
   35°C±1°C + 5.0%±1.0% $CO_2$ for virus attachment and plaque development.
   2-8°C incubator (for medium and serum storage and for gelling of overlay media in the plaque assay).

3. Water baths
   56°C ± 1°C
   35°C ± 1°C and 37°C ±1°C

4. Pipettes
   12-channel multichannel pipettor for serial dilutions: Costar or Eppendorf (or equivalent).
   Sterile 100 uL-200 uL micropipet tips [for example, 96-rack Costar or Eppendorf (or equivalent)].
   Micropipettors: Eppendorf, Gilson, (or equivalent), capable of dispensing 100 $\mu$L volumes for inoculating samples onto Vero monolayers.
   Repeat pipettor (Eppendorf) (or equivalent) and sterile tips, capable of dispensing 100-200 $\mu$L volumes.

III. Sample Preparation
    Heat-inactivated sera are diluted through serial 2-fold dilutions in titertube racks.

    Note: The following dilution series is routinely used to determine an endpoint titer on a serum of unknown titer. Note: diluent = "dil".
    Dilution schemes and the serum identification numbers are outlined in the experiment write-ups.

**CONFIDENTIAL**

**Merck-EDPA-02171**

MRK-KRA00002192
MRK-CHA00002192

Appx5133

SUBJECT:  Anti-IgG Enhanced Mumps
          Plaque-Reduction Neutralization Assay

No.: 874.3489
Rev.: 00
Page: 5 of 10
Effective Date: 18-DEC-2000

The serum dilution scheme for routine testing follows:

Serum dilutions and volumes

| Dilution | Volumes |
|----------|---------|
| 1:16 | 25 uL (undiluted serum) + 375 uL diluent |
| 1:32 | 200 uL (1:16) + 200uL dil |
| 1:64 | 200 uL (1:32) + 200 uL dil |
| 1:128 | 200 uL (1:64) + 200 uL dil |
| 1:256 | 200 uL (1:128) + 200 uL dil |
| 1:512 | 200 uL (1:256) + 200 uL dil |
| 1:1024 | 200 uL (1:512) + 200 uL dil |
| 1:2048 | 200 uL (1:1024) + 200 uL dil |

**discard 200 $\mu$L from the final serum dilution to provide 200 $\mu$L serum/tube**

The anti-IgG enhanced Nt assay shows a prozone effect at high serum concentrations, and the results of preliminary experiments have established an initial 1:16 serum dilution (1:32 dilution after the addition of virus and serum) as the starting dilution for routine testing.

Alternatively, additional serum dilutions may be tested, using the following serum dilution scheme starting with undiluted serum (not used for routine testing in the anti-IgG enhanced neutralization assay):

Serum dilutions and volumes

| Dilution | Volumes |
|----------|---------|
| 1:1 | 400 uL undiluted serum |
| 1:2 | 200 uL (1:1) + 200 uL dil |
| 1:4 | 200 uL (1:2) + 200 uL dil |
| 1:8 | 200 uL (1:4) + 200 uL dil |
| 1:16 | 200 uL (1:8) + 200 uL dil |
| 1:32 | 200 uL (1:16) + 200uL dil |
| 1:64 | 200 uL (1:32) + 200 uL dil |
| 1:128 | 200 uL (1:64) + 200 uL dil |
| 1:256 | 200 uL (1:128) + 200 uL dil |
| 1:512 | 200 uL (1:256) + 200 uL dil |
| 1:1024 | 200 uL (1:512) + 200 uL dil |
| 1:2048 | 200 uL (1:1024) + 200 uL dil |

**discard 200 $\mu$L from the final serum dilution to provide 200 $\mu$L serum/tube**

CONFIDENTIAL

Merck-EDPA-02172

MRK-KRA00002193
MRK-CHA00002193

Appx5134

SUBJECT:   Anti-IgG Enhanced Mumps
Plaque-Reduction Neutralization Assay

No.: 874.3489
Rev.: 00
Page: 6 of 10
Effective Date: 18-DEC-2000

Additional serial 2-fold dilutions may be included for both dilution series, as needed, to obtain an endpoint titer.

Note: Pre-vaccination sera and post-vaccination sera are typically tested at eight serial 2-fold dilutions (typically starting with a 1:16 [initial dilution before adding virus and anti-IgG]). The initial serum dilution may be started at an intermediate dilution (for example, using 100 $\mu$L of serum + 300 $\mu$L of diluent to provide 400 $\mu$L of a 1:4 serum dilution) if the serum volume is limiting. The dilution series may also be started at higher dilutions to determine endpoint titers for high titered sera (sera providing positive Nt at the highest tested dilution in initial testing). As an additional option for sera of known high titer (e.g., if the serum titer is 1:1024 [final dilution of serum and virus]), an initial dilution of 1:10 (for example 50 $\mu$L serum + 450 $\mu$L diluent) and then 1:12.8 (31 $\mu$L from 1:10 dilution + 369 $\mu$L diluent) may be made to provide serum dilutions of 1:128, 1:256, 1:512, 1:1024 (rather than start with lower serum dilutions).

Each assay includes 4 tubes containing diluent (no serum) to serve as the "no serum" ("mock serum") control. Additionally, positive control serum/sera (typically a low and a high-positive control) are included to monitor assay performance.

To each serum dilution tube or mock serum sample, add 100 $\mu$L of diluted virus. Shake the rack gently to ensure that the serum and virus solutions are mixed (avoid droplets of solutions remaining on the sides of the tubes above the liquid level).

Place the rack(s) of serum + virus samples at 37°C±1°C for 60 minutes ± 5 minutes.

At end of this incubation, remove the plates from the 37°C incubator and transfer to room temperature holding (15-30°C).

Add 100 $\mu$L of diluted anti-human IgG to each tube, manually shake 2-5 times to mix the solutions, and incubate at room temperature (15-30°C) for 30 minutes ± 5 minutes.

Note: The final reaction tube contains 200 $\mu$L of diluted serum + 100 $\mu$L of diluted indicator virus + 100 $\mu$L of diluted anti-IgG, thus providing an additional 2-fold dilution of serum and a 4-fold dilution of virus in the final reaction mixture.

Example: 200 uL (1:16) serum + 100 uL (1:250) virus + 100 $\mu$L anti-IgG = (1:32) final serum dilution and (1:1000) final virus dilution.

**CONFIDENTIAL**

**Merck-EDPA-02173**

MRK-KRA00002194
MRK-CHA00002194

Appx5135

SUBJECT: Anti-IgG Enhanced Mumps
Plaque-Reduction Neutralization Assay

No.: 874.3489
Rev.: 00
Page: 7 of 10
Effective Date: 18-DEC-2000

Samples are then inoculated onto Vero cell monolayers (within 2 h of the end of the incubation of virus + serum + anti-IgG) to measure virus pfu in the mumps plaque assay as described in section IV.

## IV. Mumps plaque assay procedure

### A. Virus inoculation and plaque development

Aliquots of 100 uL of the incubated virus + serum samples from section III are inoculated into Vero cell monolayers in triplicate wells of 12-well plate monolayers as described in Virus and Cell Biology Research Procedure No. 874.3268: "Plaque assay for the measurement of mumps infectivity titers", using a cell plant concentration of 62,500 ±10% cells/mL and 2 mL ± 0.5 mL/well of 12-well plates.

Note: details of the cell preparation and plaque assay are recorded in the attached "AIGENT Assay Info Sheet". Note that the measurement of Vero cell concentration is made using a 1:5 dilution of the harvested cell suspension (counting 5 squares), and cells are planted at 62,500 ±10% cells/mL and 2 mL ± 0.5 mL/well of 12-well plates. The cell passage information (passage level, date passaged), the date cell are harvested, reagent lot and expiration information, cell count and plate lot number are recorded in the experiment write up or in a worksheet.

Cultures are processed for virus attachment, overlay and incubation for plaque development as described in this procedure from steps 2 through 8 of "Protocol for the plaque assay". Note that the virus standard described in Virus and Cell Biology Res. Proc. No. 874.3268 is not required, since the neutralization assay includes an indicator virus which serves the same purpose. Plaques are typically stained following the immunostaining method described in step IV.B of this procedure (874.3489). For experimental or evaluation purposes, plaques may also be visualized by the methods described in Virus and Cell Biology Res. Proc. No. 874.3268. Following staining and counting of the plaques, plaque counts are entered into a Microsoft Excel spreadsheet (or a functionally equivalent calculation spreadsheet) and average plaque counts for each sample are determined.

### B. Plaque detection by immunostaining

Three days (72 h ± 8 h) after infection, the overlay medium is decanted and the plates are processed for immunostaining, as described in Virus and Cell Biology Research Procedure No. 874.3488 ("Immunostaining of Plaque Assays").

SUBJECT:   Anti-IgG Enhanced Mumps
Plaque-Reduction Neutralization Assay

No.:  874.3489
Rev.:  00
Page:  8 of 10
Effective Date: *18-DEC-2000*

Briefly, the overlays are decanted onto absorbent pads or into a waste container and cells
are rinsed with RCM563.  The rinsed monolayers are then fixed with 90% acetone, 10%
water, rinsed with RCM563 and processed for immunostaining, using sequential
incubation with goat anti-mumps antibody, rabbit anti-goat IgG peroxidase conjugate, and
a diaminobenzidine substrate.

# V. Calculation of serum neutralization titer

### A. Calculation of neutralization
The replicate plaque counts for the "no serum" control are averaged (record results to the
nearest 0.01 pfu or smaller [ $\geq 2$ significant digits]) and the plaque counts for the test sera
are divided by this "no serum" average plaque count to calculate the "% of no serum" or
"% of mock" value (record calculated % value to the nearest 0.1 or smaller [ $\geq 1$
significant digits]) for each serum dilution.  Percent neutralization (Nt) is calculated as
[100% - (% of mock) value] (rounded to the nearest whole number).  For example, if a
test serum provided 25% of the pfu of the mock serum
control, the % Nt is 100%-25% = 75%.  The data calculation spreadsheet may include a
"% Nt column" in addition to the "% of mock" column.

Unless otherwise indicated, % Nt is calculated using the "no serum" control values.  An
additional % Nt calculation may be made using the averaged plaque counts for a negative
control serum (if applicable) or the paired pre-vaccination serum.  Indicate in the
experiment write up if this additional calculation is made.

### B. Serum neutralization titer determination
1. The serum titer is determined as the highest tested serum dilution which provides
$\geq 50\%$ neutralization of virus pfu relative to the mock serum control (or a corresponding
value of $\leq 50\%$ of the "mock serum" value).

An alternative titer measurement is by calculation of the serum dilution providing 50%
plaque reduction using a data interpolation calculation such as Reed-Muench or Karber
methods.  Indicate in the experiment write up if this alternative titer calculation is used,
and describe the calculation or reference the calculation procedure in the experiment
write up.

2. Record the serum titer results in the experiment write up.  If applicable, transcribe the
titers and corresponding serum identification numbers into a spreadsheet or onto a report
form for report submission.

CONFIDENTIAL

Merck-EDPA-02175

MRK-KRA00002196
MRK-CHA00002196

Appx5137

SUBJECT:   Anti-IgG Enhanced Mumps
           Plaque-Reduction Neutralization Assay

No.: 874.3489
Rev.: 00
Page: 9 of 10
Effective Date: *18-DEC-2000*

3. Record the titers of the control sera in a control table to permit monitoring of the controls.

C. Requirements for a valid test
   1. No plaques may be identified in uninfected control plates
   2. At least two plaque counts must be available from the set of 3 inoculated wells for each sample.

CONFIDENTIAL

Merck-EDPA-02176

MRK-KRA00002197
MRK-CHA00002197

Appx5138

SUBJECT: Anti-IgG Enhanced Mumps
Plaque-Reduction Neutralization Assay

No.: 874.3489
Rev.: 00
Page: 10 of 10
Effective Date: 18-DEC-2000

## AIGENT ASSAY INFO SHEET

| Date Planted: | | | % Confluency | | |
|---|---|---|---|---|---|
| Serum samples are thawed at 35-37C for 5-10 minutes, then heat-inactivated at 56C for 35 minutes. | | | | | |
| Time begin heat-inactivation: | | Waterbath Temp: | | | |
| Time end heat-inactivation: | | Waterbath Temp: | | | |
| Serum samples+dilutions | | Serum and Virus Diluent-Maintenance Medium (MM) | | | |
| 1 to 16 | 25ul serum +375ul MM | Final Serum dilutions: | | 1 to 32 | |
| 1 to 32 | 200ul (1:1) + 200ul MM | | | 1 to 64 | |
| 1 to 64 | 200ul (1:2) + 200ul MM | | | 1 to 128 | |
| 1 to 128 | 200ul (1:4) + 200ul MM | | | 1 to 256 | |
| 1 to 256 | 200ul (1:8) + 200ul MM | | | 1 to 512 | |
| 1 to 512 | 200ul (1:16) + 200ul MM | | | 1 to 1024 | |
| 1 to 1024 | 200ul (1:32) + 200ul MM | | | 1 to 2048 | |
| 1 to 2048 | 200ul (1:64) + 200ul MM | | | 1 to 4096 | |
| | discard final 200ul 1:2048 diluted serum | | | | |
| | | | | | |
| Prep Virus Dilutions at 4X (final desired dilution): when mixed 1:4 with serum+-IgG gives final dilution | | | | | |
| Add virus to diluted sera with an eppendorf repeat pipettor: 100ul diluted virus per tube. | | | | | |
| | | | | | |
| Viruses dilution scheme used in assay: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Serum + virus incubate at 37C + 5.0% CO2 for one hour | | | | | |
| Time begin incubation of Virus+serum: | | Incubator Temp: | | | |
| Time end incubation of Virus+serum: | | Incubator Temp: | | | |
| ICN/Cappel Laboratories Rabbit IgG fraction to Human IgG whole molecule. Catalog #55008 | | | | | |
| Lot# | | | | | |
| Rehydrate Anti-IgG with RCM 66; or Sterile Distilled Water | | | | | |
| Lot# | | Exp. Date | | | |
| When lyophilized product has fully dissolves, dilute 1:6 in RCM 363. or Phosphate Buffered Saline equivalent: | | | | | |
| Lot# | | Exp. Date: | | | |
| Record volumes used to make a 1:6 dilution of Anti-IgG (ex: 1ml anti-IgG + 5mL PBS=1:6) | | | | | |
| | | | | | |
| | | | | | |
| Time begin incubation of Virus+serum+anti-IgG: | | Room Temp: | | | |
| Time end incubation of Virus+serum+anti-IgG: | | Room Temp: | | | |
| Serum+Virus+anti IgG inoculum/well=100ul; incubate inoculated plates at 1hr for 60 minutes; rock plates at 30 minutes | | | | | |
| on @ | | Rock @ | | overlay @ | |
| | | | | | |
| | | | | | |
| Maintenance Medium: Med 199, 2% heat inactivated FCS, 50ug/mL Neomycin, 2mM L-Gln Date Prepared: | | | | | |
| Med 199 Gibco cat#11150-059 | | | | exp. date | |
| FCS JRH 12103-78P lot# 8B2043 | | date heat inactivated | | exp. date | |
| Neomycin Sigma cat# N-1142 | | | | exp. date | |
| L-Glutamine Gibco cat#25030-016 | | | | exp. date | |
| Overlay volume: 2mL/well | | | | | |
| Overlay Medium-dilute agarose 1:9 in 35C=1C MM | | 4.5% LGT agarose date prepared: | | | |
| Comments: | | | | | |
| | | | | | |
| | | | | | |

CONFIDENTIAL

Merck-EDPA-02177

MRK-KRA00002198
MRK-CHA00002198

Appx5139

10/25/2019
Declaration of G. Reilly
EXHIBIT 133

**BB-IND 7068: MMRV**

**November 5, 1999**

### CBER Letter

| | |
|---|---|
| Arena, D. | UN-214 |
| Blois, D. | BLA-22 |
| Buckland, B. | RY 80Y-370 |
| Carfagno, P. | BLA-10 |
| Chirgwin, K. | UN-B121 |
| Cohen, H. | UN-B121 |
| Dray, M. | BLA-10 |
| Henshall, R. | WP 53C-308 |
| Herron, M. | BLA-10 |
| Hostelley, L. | BLB-30 |
| Huber, E. | BLA-22 |
| Kuter, B. | UN-C151 |
| Mahon, K. | UN-C151 |
| Margolskee, D. | RY 7-200 |
| Mathews, R. | WP 42-215 |
| Morsy, M. | UN-B121 |
| Oppenheimer, L. | RY 33-408 |
| Orr, B. | UN-B121 |
| Petroski, C. | WP 28B-100 |
| Ralls-Morrison, D. | WP 53C-312 |
| RI-BL | UN 101 |
| RI-R | RY86-205 |
| Ronio, K. | BLB-30 |
| Russo, C. | UN-B121 |
| Sadoff, J. | UN-C151 |
| Salerno, R. | WP 36A-212 |
| Slater, E. | RY 33-728 |
| Staub, J. | UN-214 |
| Ukwu, H. | UN-B121 |
| Verhoeven, T. | RY 80M-113 |
| Wetzler, J. | UN-C151 |
| Wonnacott, D. | WP 36A-212 |
| WORF-BL | BLA-11 |
| Zeldin, R. | UN-B121 |

**CONFIDENTIAL**

MRK-KRA00761482
MRK-CHA00761482



**DEPARTMENT OF HEALTH & HUMAN SERVICES**          Food and Drug Administration

OCT 2 6 1999

1401 Rockville Pike
Rockville MD 20852-1448

Our Reference: BB-IND 7068          Division of Vaccines and
                                    Related Products Applications
                                    Telephone: 301-827-3070

Merck Research Laboratories
Attn: Keith D. Chirgwin, M.D.
Director, Regulatory Liaison
Sumneytown Pike
P.O. Box 4, BLA-34
West Point, PA  19486

*REGULATORY AFFAIRS*
*NOV 0 1 1999*
*DR. KEITH D. CHIRGWIN*

Dear Dr. Chirgwin:

We have reviewed your submissions of August 9, 1999 and
September 1, 1999, to your **Investigational New Drug Application
(IND)** for "Measles (chick embryo cells), Mumps (chick embryo
cells), Rubella (WI-38 cells) and Varicella (MRC-5 cells) Virus
Vaccine, Live, Attenuated," and have the following questions and
comments:

With regard to the August 9, 1999, submission:

1.   Please clarify that the ELISA test is an appropriate test
     for assessing seroconversion rates and geometric mean
     antibody titers (GMT) to mumps virus.  Please note that
     false positive and false negative results are frequently
     observed when ELISA assays using mumps virus are used to
     assess antibody responses.  It is essential that ELISA
     testing methods be validated against a working
     neutralization assay to demonstrate the absence of such
     problems.  In addition, the assignment of cut-off values for
     the ELISA needs to be justified.  Please comment.

With regard to the September 9, 1999, submission describing a
post-vaccination adverse event:

2.   We note that although you describe a negative spinal tap
     result for the affected subject, the subject experienced
     symptoms such as fever and seizures and laboratory
     parameters such as elevated lymphocyte counts which suggest
     that infection did occur.  Infection by a wild type virus or
     a vaccine virus could result in the presence of virus in the
     CSF.  Please submit results of testing of the CSF (e.g., by
     culture, PCR or RT-PCR) to determine the presence or absence
     of vaccine viruses.

DR. MANAL A. MORSY

NOV 0 2 1999

**CONFIDENTIAL**

MRK-KRA00761483
MRK-CHA00761483

Appx5142

Page 2 - Dr. Keith D. Chirgwin

If you have any questions please contact Dr. Herbert A. Smith of this office at the above telephone number.

                    Sincerely yours,

                    *Karen L. Goldenthal, M.D.*

                    Karen L. Goldenthal, M.D.
                    Director
                    Division of Vaccines and
                      Related Products Applications
                    Office of Vaccines
                      Research and Review
                    Center for Biologics
                      Evaluation and Research

**CONFIDENTIAL**

**MRK-KRA00761484**
**MRK-CHA00761484**

**Appx5143**

10/25/2019
Declaration of G. Reilly
EXHIBIT 134

**Appx5144**

 **MERCK**

**MEMO**

---

DRAFT

**DATE:**   01/31/02

**TO:**   Dr. Keith Chirgwin

**FROM:**   Dr. Patrick Brill-Edwards

**SUBJECT:**   Filing Strategy for ProQuad

**1. Program Objectives:**
- Development of a quadrivalent product with similar efficacy and safety compared to the licensed products (MMR and Varivax).
- Facilitate increased varicella coverage through incorporation into MMR, which has a high coverage rate.
- Development of a refrigerator stable quadrivalent product that would enhance global use.
-

**2. Product Profile:**
- Indication: simultaneous vaccination against measles, mumps, rubella, and varicella in persons 12-23 months of age.
- Shelf Life: Maximum of 18 months frozen at -15°C.
- Potency:

| Antigen | End expiry dose | Maximum release dose |
|---|---|---|
| REDACTED – OMP | | |
| Mumps | 4.3 log TCID50 | * |
| REDACTED – OMP | | |

\*Maximum release doses for Measles, Mumps, and Rubella have not been finalized.

\*\* Estimated

**3. Clinical Data**

        The total registration database includes 5376 subjects (received Varicella expiry dose $\geq$ 5500 $PFU_{PQ}$), and the safety database includes 4974 subjects (received Varicella minimum release dose of > 14,000 $PFU_{PQ}$). Supporting trials include Protocols 009, 011, 012, and 013 in IND 7068 (see Table 1). Protocol 009 was a high dose study, and results indicate that subjects safely tolerate Varicella at 68,000 PFU. Protocol 011, the dose selection study, provides the evidence for the end expiry dose for the components of MMRV. Protocol 012 provides evidence of manufacturing consistency and the maximum release dose for Varicella in MMRV. Protocol 013 established the safety of concomitant use of MMRV with Tripedia (DTaP) and Comvax (Hib and Hep B).

**CONFIDENTIAL**

**MRK-KRA00818776**
**MRK-CHA00818776**

Appx5145

| Protocol | Objective | Claim Supported | Vaccine | Antigen Potency | | | | N | N receiving doses ≥ proposed expiry dose (ProQuad® formulations with VZV dose ≥ 5500 $PFU_{PQ}$) — N | N receiving doses ≥ proposed minimum release dose (ProQuad® formulations with VZV dose > 14,000 $PFU_{PQ}$) — N |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $Log_{10}$ $TCID_{50}$/0.5 ml dose | | | $Log_{10}$ (PFU/$PFU_{PQ}$)/0.5 ml dose | | | |
| | | | | Measles | Mumps | Rubella | Varicella | | | |
| 009 | High Dose Safety | Safety & immunogenicity at highest release dose of varicella | ProQuad® M-M-R® II + VARIVAX® | REDACTED – OMP | 4.9 4.9 | REDACTED – OMP | | 323 157 | REDACTED – OMP | |
| 011 | Dose Selection | Safety & immunogenicity at expiry & release doses of varicella | ProQuad® ProQuad® ProQuad® M-M-R® II + Process Upgrade Varicella Vaccine (PUVV) | | 4.9 4.8 4.7 5.0 | | | 387 393 381 390 | | |
| 012 | Consistency Lots | Safety & immunogenicity of frozen vaccine made by final process @ release dose; clinical evaluation of manufacturing consistency | ProQuad® ProQuad® ProQuad® M-M-R® II + VARIVAX® | | 5.0 4.7 4.5 5.0 | | | 947 947 947 946 | | |
| 013 | Concomitant Use with TRIPEDIA® & COMVAX® | Safety & immunogenicity of frozen vaccine made by final process @ release dose; clinical evaluation of concomitant administration of TRIPEDIA & COMVAX® | ProQuad® + COMVAX® + TRIPEDIA® | | 4.7 | | | 953 | | |
| | | | ProQuad® followed by COMVAX® & TRIPEDIA® 6 weeks later | | 4.7 | | | 476 | | |
| | | | M-M-R® II + VARIVAX® followed by COMVAX® & TRIPEDIA® 6 weeks later | | 5.0 | | | 476 | | |
| | TOTAL | | | | | | | | | |

**CONFIDENTIAL**

MRK-KRA00818777
MRK-CHA00818777

Appx5146

## 4. Key Regulatory Issues

**Measles-like Rashes and Fever Rates:** The combination of MMRV appears to enhance the immunogenicity of measles. This resulted in an increase in the rate of measles-like rash (Protocol 009 results) and fever (Protocol 012 results) in recipients of MMRV compared with MMR + V. *Strategy to address:* The following points will be emphasized in the file and during pre-filing meetings with regulatory agencies: a) fevers and rashes observed were transient, b) the rate of fever associated with use of MMRV is similar to historical rates observed with use of other MMR containing vaccines, c) the observed rate of febrile seizures does not appear different for recipients of MMRV. A postlicensure safety study is anticipated, and an epidemiologic study of febrile seizures under different prevalence assumptions had been prepared. However, recent published evidence demonstrates that febrile seizures have no long-term adverse outcomes. Lastly, preliminary results indicate no difference in the amount of circulating measles RNA when comparing MMRV with MMR + V recipients. CBER requested RT-PCR data from Protocol 012 subjects who developed a measles-like rash, but the results will not be available until late Q202 because the assay process requires validation.

**Alternate cutoffs for measles and mumps assays:** CBER had indicated at the End of Phase II/Pre-Phase III meeting that specific assay criteria would be necessary in Phase III studies The outstanding issues are:



REDACTED – OMP

b)Justification is required for the new mumps cutoff of 10 ELISA antibody units (10 ELISA antibody units versus >= 5 gpELISA units). CBER requested that the ELISA results be compared to the mumps Plaque Reduction Neutralization (PRN) assay. CBER would like the rationale for the new cutoff to be linked to a biologically relevant reference standard.
*Strategy to address:* A background document is being prepared that will provide comparisons of the modified Merck mumps ELISA assay with the PRN assay in paired serum samples. This comparison should provide the evidence that the ELISA cutoff correlates the PRN. This document should be ready for submission by the end of February, 2002, and CBER's concurrence for the use of a cutoff of 10 ELISA antibody units for mumps will be by teleconference.

REDACTED – OMP

**CONFIDENTIAL**

REDACTED – OMP

**Maximum release dose of the MMR components:** There is currently no consensus at Merck concerning the maximum release dose of the MMR components of MMRV. This has not been required for MMR II, but it is highly likely this will be required for MMRV because it is a new product with a limited safety database. The assays used to assess the potency of MMR components are variable, and this assay variability contributes to the lack of commitment to a range of release potencies. Standardizing the assays to a House Standard (HS) assay for each of the four MMRV antigens has been suggested, but CBER has not concurred with this approach. *Strategies to address:* The components of this strategy are: a) use HS adjustment for lots of MMR II used in previous WAES reports, b) provide adjusted values to WPSE in order for new safety reports to be generated so that the safety database for MMR II will be relevant to MMRV, and c) incorporate the adjusted data into a proposal for CBER's concurrence on the use of HS that Biometrics has been preparing.

**Licensure of MMRV 4C°:** Acceptance of a frozen MMRV vaccine will be limited, but a refrigerator stable MMRV is highly desirable.
*Strategies to address:* Propose, as a Manufacturing Supplement, a single lot comparison of MMRV 4C° to frozen MMRV that would reduce the size of the clinical trial compared with an Efficacy Supplement (N~1200 versus N~3400). At the pre-BLA meeting, seek CBER's concurrence with this Manufacturing Supplement to the frozen MMRV license for the 4C° product, under the assumption that the frozen product will be licensed. The Manufacturing Supplement also has a shorter review period than an Efficacy Supplement (6 versus 10-12 months).

## 5. Worldwide Filing Strategy

USA: The pre-BLA meeting will occur in March, 2002; file for license in 4Q02, anticipate license in 4Q03. Most important additional label claim will be MMRV 4C°, plan to file as manufacturing supplement when MMRV licensed, anticipate approval 3Q04 (allowing six months for review).

EU: Will apply to EMEA for license under Centralized Procedure because MMRV is a new (and unique) combination of antigens. Will request Germany as primary rapporteur, Co-Rapporteur to be determined. Plan to meet with PEI Q202 to review scientific issues. Will send "Intention to File" notification to EMEA Q302 and will have response from EMEA regarding Merck's meeting request by September 02. Start filing procedures in March 03. Will file frozen MMRV in Canada, Australia, and New Zealand in similar time frame using CTD format.

ROW: The strategy for ROW will require further discussions within WWRA. At issue is the most appropriate way to integrate the file because it would be complicated and inefficient to file frozen MMRV in smaller markets that are highly unlikely to adopt this product. Thus, for the smaller

**MRK-KRA00818779**
**MRK-CHA00818779**

ROW markets, the advantage of filing frozen MMRV to which supplemental claims for a 4°C formulation and incorporation of recombinant human albumin (r-HA) is lost for practical reasons. The problem then becomes how to optimally integrate the frozen MMRV data with either the r-HA or the formulation claim, or both.

An integrated frozen/4°C file for ROW countries, with an r-HA supplement to follow may be the best approach. The market for the product will be driven by 4°C storage. Attempting to combine 2 supplemental claims (4°C and r-HA) with the frozen MMRV data for integrated submission would result in the most complicated document for a reviewer, and therefore would likely require longer review process.

**CONFIDENTIAL**

**MRK-KRA00818780**
**MRK-CHA00818780**

Table 1. Estimated Filing Dates for Frozen ProQuad and Supplemental Claims

| Agency | MMRV | 4°C MMRV | PREVNAR Concomittant Use | 2nd Dose | rHA | HEXAVAC Concomittant Use |
|---|---|---|---|---|---|---|
| CBER | 4Q02 | 1Q04 | TBA | ?2Q03 | 4Q03 | TBA |
| EU/Can-Aus-NZ | 1Q03 | 2Q04 | | | 4Q03 | |
| ROW | **X** | 3Q04* | | | | |

* As noted, ROW will be an integrated file (a combination of data from the frozen MMRV file and at least data for the 4°C formulation)

**CONFIDENTIAL**

**MRK-KRA00818781**
**MRK-CHA00818781**

10/25/2019
Declaration of G. Reilly
EXHIBIT 135



**MERCK**
Research Laboratories

**M E M O**

DATE:        October 19, 2001

TO:          Henrietta Ukwu

Cc:          D Arena, J Antonello, D Blois, J Boslego, J Bramble, B Patrick, I Chan, N Chirmule, K
             Chirgwin, E Emini, D Greene, D Krah, J Hartzel, J Heyes, H Matthews, D Margolskee, M
             Morsy, S Olsen, C Osborne, M Severino, F Schodel, T Schofield A Shaw, B Thompson, C
             Wadsworth and H Winterbottom

FROM:        Manal Morsy

SUBJECT:     CBER teleconference (October 16, 2001): Measles, Mumps and Rubella ELISAs

**CBER participants:**
Dr. Kathryn Carbone, Dr. Steven Rubin, Dr. Henry Hsu and Ms. Luba Vujcic

**Merck attendees:**
*Dr. Joe Antonello, Dr. Brill-Edwards Patrick, Dr. Ivan Chan, *Dr. Narendra Chirmule, *Dr. Keith Chirgwin,
*Dr. Jonathan Hartzel, Ms. Holly Matthews, *Dr. Manal Morsy, *Dr. Stephanie Olsen, *Dr. Mike Severino,
*Dr. Florian Schodel, and *Dr. Tim Schofield
*participants

**Executive Summary:**
1. Measles and Rubella ELISA assays:
   - CBER accepted the new (modified) measles and rubella ELISA assays using WHO protective antibody
     cutoff and a single cutoff for sero-status evaluation. CBER concurred with the use of these modified
     assays in ongoing and future clinical studies.

2. Mumps ELISA assay:
   - CBER requests additional justification for the cutoff chosen for the mumps ELISA. The observation
     that the assay cutoff is sufficiently high to accurately classify pre-vaccination sera as negative is useful,
     but insufficient by itself as it does not relate to seroprotection.
   - Because neutralization assay results were correlated with seroprotection in early efficacy trials, CBER
     recommends that the ELISA cutoff be compared with the cutoff used in the PRN assay.
   - CBER requests that individual titers are identified in the relative range around cutoff in the PRN and
     ELISA in order to confirm that these two assays are categorizing sera in a comparable fashion.
   - CBER requests clarification regarding the reference sera used in the wild-type mumps ELISA assay as
     they relate to the PRN assay. Using the same reference sera in both assays will assist in the comparison
     of results between them.

3. Statistics:
   CBER will provide a list of specific clarifications requested by Dr. Hsu (CBER statistician) regarding some
   of the data analysis and equations used.

**Assignments:**
A meeting is being set up for next week (week of October 22) to discuss draft responses and timeline for
submission to CBER

- Mumps ELISA assay and PRN assay comparison (**J Antonello**)

1

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

MRK-KRA00331831
MRK-CHA00331831

Appx5152



```
Job : 738
Date: 3/22/2005
Time: 2:08:17 PM
```

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

MRK-KRA00331832
MRK-CHA00331832

Appx5153

- Clarification regarding the reference sera used in the wild-type mumps ELISA assay as they relate to the PRN assay (the initials) **(D Krah - N Chirmule)**
- Individual titers are identified in the relative range around cutoff – PRN and ELISA (CBER is looking for reassurance that the controls are negative across assays) **(J Antonello)**.
- Statistics: CBER will provide a list of specific clarifications requested by Dr. Hsu (CBER statistician) regarding some of the data analysis and equations used. **( T Schofield - J Antonello)**
- Audited data prior to CBER submission **(Cathy Wadsworth)**
- Submission of summary of discussion and requested information to CBER **(M Morsy)**

**Summary of discussion:**

Overall CBER was satisfied with the information they had reviewed. I initiated the meeting by reviewing the highlights of the three assays in terms of the changes in each and the impact of the changes on assay performance and seroconversion rates.

The discussion was focused in the following main areas:

Wild type mumps ELISA cutoff:

CBER was generally satisfied with the assay, the following points were discussed:
- Biological relevance of the 10 Ab ELISA units cutoff:
  CBER pointed out that in the absence of a reference standard for a sero-protective level for mumps, the best we can do is try to relate the ELISA cutoff to a neutralization assay cutoff, an acceptable biologically relevant cutoff is that of the PRN assay. CBER requests a comparison between the PRN and the ELISA cutoff.
- Assay variability and true seroconversion around the cutoff:
  CBER requested clarification on how we would be able to distinguish between a true difference of two samples measuring 9 and 10 AB ELISA units and the inherent variability of the assay. CBER reminded Merck of their position regarding a threshold versus a 4 fold increase for Varicella gpELISA where a 4 fold rise is required for assignment of seroconversion (i.e. $\leq 1.25$ pre to $\geq 5$ post).

Merck response:
- Biological relevance of the 10 Ab ELISA units cutoff:
  The closest we can get to a biologically relevant evaluation is exactly what was used in defining the cutoff, which is the use of a large panel of samples at or close to pre-positivity. This evaluation - at the 10 Ab ELISA unit cutoff - provided data consistent with expected results (meeting expectations of pre-vaccination samples), and therefore the cutoff can reasonably distinguish between pre-vaccination negative and post-vaccination positive samples.

  CBER was not satisfied with the rationale as this does not relate the cutoff in any fashion to seroprotection but rather is circular in that Merck is verifying that Merck's historical experience with the legacy ELISA assay is consistent with the outcome of this new assay.

  We then reviewed with CBER data generated from a comparison performed between 600 PRN samples and the wild - type mumps ELISA data from the End Expiry study (protocol 007). The results suggest an overall 92% correlation, with 42 discrepancies of which 36 positive in PRN and negative in ELISA and 6 positive in ELISA and negative in PRN.

  CBER pointed out that a correlation rate of 92% was low, particularly when related to the expected criteria for success in terms of seroconversion rate (5% delta, 90% floor), but noted that the ELISA seemed to be more conservative than the PRN in assignment of low sero-positives.

2

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

MRK-KRA00331833
MRK-CHA00331833

Appx5154

```
######     #          ##                                ##
 #   #     #           #                                 #
 #   #    ###       #####    #  ##     ####    ## ###    ####     #
######     #       #    #   ##  #  #  #    #   #   #  #   #   #    #
 #   #     #       ####     #    #  ######   #     #####    #
 #         #           #    #  #  #  #        #        #    #      #
 #         #       #    #   #  #  #  #        #        #   ##      #
###        #####   #####    ### ###  #####   #####    ### ##   #####
```

Job : 691
Date: 3/22/2005
Time: 2:06:44 PM

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

MRK-KRA00331834
MRK-CHA00331834

Appx5155

It was pointed out to CBER that although this was true for pre-vaccination samples, results of this limited data set show that in case of post-vaccination sera, the ELISA was more sensitive than the PRN in assigning high titers.

CBER requested that we provide them with the data for their review followed by further discussions to reach an agreement on the assay cutoff.

- Assay variability and true seroconversion around the cutoff:
  In terms of CBER's question regarding the ability to distinguish between assay variability and true titer differences around the cutoff threshold, Merck noted that misclassification due to variability around the cutoff should operate in both directions (i.e. negatives misclassified as positives and vice versa). Therefore, this should balance out in the context of the large clinical studies Merck conducts, with limited impact on overall results.

  Merck also noted that in case of the Varicella gpELISA, titer determination and discrimination can be done at low dilutions used in that assay, however, that is not possible in case of the wild type mumps ELISA due to the dilution effects seen below the 10 Ab ELISA unit cutoff.

It should be noted that if the questions about the justification and relevance of the mumps ELISA cutoff could be addressed (i.e. by correlating to PRN), then a 4 fold criterion would not be necessary. If, however there continues to be uncertainty about the biological / clinical relevance of the cutoff, it is expected that CBER would require a 4 fold rise criterion, as that would be necessary to demonstrate significant response to the vaccine. This reasoning would parallel that which is used for measles and rubella ELISAs. CBER did not require a fold rise in these assays because measles and rubella ELISAs employ a recognized reference standard for sero-protection.

Reference sera and controls:
- CBER requested clarification on the standards and reference sera used in the development of the wild-type mumps ELISA and whether they were the same standards and reference sera used in the development of the PRN assay.

  Information regarding the reference sera and the internal standards used will be provided to CBER.

Measles and Rubella ELISAs:
- CBER indicated that they were comfortable with established cutoffs such as in the case of measles and rubella were there is biological meaningfulness and accepted these two assays acknowledging that Merck is using them in ongoing studies and will be using them in future studies.

  CBER asked if the data provided in the background document was officially submitted to CBER. We advised them of the official submission (October 10, 2001, serial # 072) and Ms. Luba Vujcic confirmed that she had received the document submitted to BB IND 1016.

**Post teleconference communication with CBER:**
I contacted Luba Vujcic after the teleconference to inquire about the PRN evaluation that is ongoing in Dr. Carbone's laboratory. Specifically to ow weather CBER expects us to go ahead with the correlation studies requested between the PRN assay results and the wild type mumps ELISA results (End Expiry - Protocol 7) with the data at hand or if we should wait until we receive the results of their investigation. Luba indicated that Dr. Carbone suggests we conduct the correlation with the data on file - she has no real sense yet for when the investigation / evaluation in her lab will be completed.

M.Morsy
x3785

cc: file

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MRK-KRA00331835
MRK-CHA00331835

Appx5156

```
######      #            ##                              ##
 #    #      #            #                               #
 #  #      ###     #####  #  ##    ####   ## ###   ####    #
 ###        #     #     # ##  #  #     #   ##     #     #   #
 #  #       #     ####   #  #  ######     #        #####   #
 #          #          #  #  #  #         #       #     #   #
 #          #     #     #  #  #  #         #       #   ##   #
 ###      #####   #####  ### ###  #####   #####    ### ##  #####
```

Job : 734
Date: 3/22/2005
Time: 2:34:15 PM

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

MRK-KRA00331836
MRK-CHA00331836

**Appx5157**

10/25/2019
Declaration of G. Reilly
EXHIBIT 136

**Dekleva, Michael L.**

| | |
|---|---|
| **From:** | Fisher, Alison L |
| **Sent:** | Tuesday, October 26, 2004 6:32 PM |
| **To:** | Dekleva, Michael L. |
| **Subject:** | RE: Mumps ELISA |

Mike-

Thanks for the sending the slides.

In my opinion, I think we need to look at the points just below, at, and above the cut-off and else where there is disagreement between the assays.

PRN is functional assay--correlate of protection.  ELISA is not a functional assay but an antibody assay.
We need to convince CBER that the ELISA will provide equivalent results to PRN  and thus equate (bridge) to protection.

The ELISA assay may slightly overestimate seroconversion when compared to the AIGENT assay based on data from protocol 007 (94.8% seroconversion in the ELISA versus 92.8% seroconversion in the AIGENT assay). This could cause uncertainty if the seroconversion rate were by chance to approach 90% for a given clinical study. In this case, a conservative measure of seroconversion could possibly be defined as >8 fold rise for pre-vaccination positives.  This could possibly lower the overestimate of seroconversion of the ELISA (this is last paragraph of attached doc below).

I have discussed this in the attached document. I will delve into further statistical details and add.



Preparation for
CBER question ...

Alison

-----Original Message-----

| | |
|---|---|
| **From:** | Dekleva, Michael L. |
| **Sent:** | Tuesday, October 19, 2004 10:52 AM |
| **To:** | Fisher, Alison L |
| **Subject:** | Mumps ELISA |

O.K. Alison, here's a summary of the CBER memo and what I think they're looking for.  Let me know if you agree.  Seems like a subtle point, and they could have asked in a simpler way if it is (which is why I'm wondering if I'm off track!).

Mike

<< File: Mumps ELISA 19Oct2004.ppt >>

1

CONFIDENTIAL

MRK-KRA00846454
MRK-CHA00846454

Appx5159

Michael L. Dekleva, Ph.D.
Director, World Wide Regulatory Affairs, Vaccines/Biologics
Phone:  (484) 344-2789
FAX:    (484) 344-2962
e-mail:   michael_dekleva@merck.com

2

MRK-KRA00846455
MRK-CHA00846455

Appx5160

**Correspondence with CBER regarding: 1) cut-off for Merck WT ELISA and 2) supporting documentation for equivalence between the AIGENT and ELISA assays.**

In correspondence with CBER (June, 10, 2002: Morsy to Zoon, serial # 86) Merck conducted a comparison between standard and control sera used in the routine operation of the Mumps WT ELISA (Described in Feb 2, 2001: Morsy to Zoon, serial # 62, SOP 910-0096) and the AIGENT assay (Described in March 12, 2001: Morsy to Zoon, serial # 63, SOP # 874.3489). Also, AIGENT control samples were tested in the Mumps WT ELISA assay (serial #86).

Based on this data (all data submitted previously to CBER in serial #86), there is good agreement between the AIGENT and Mumps WT ELISA assays with regard to performance of controls and standards. The low positive controls, high positive controls, ELISA negative control, and ELISA standard performed similarly in both assays relative to the cutoff of 10 ab Units in the Mumps WT ELISA and a cutoff of 1:32 in the AIGENT assay.

In this same correspondence, CBER requested Merck to provide additional justification of the cut-off point (limit of assay) of the Mumps WT ELISA by providing identification of titers around the cut offs of both assays to confirm that both assays are categorizing sera in a comparable fashion. In this process, cut-off points were defined that simultaneously minimized the "false positive" and false negative rates observed in validation samples when comparing the two assays.

AIGENT and Mumps WT ELISA pre-vaccination and Day 42 post-vaccination titers from 1023 subjects in the Protocol 007 trial were compared using a serostatus cut off of 10 ab units in the ELISA and cut off of 32 in the AIGENT assay. There is good agreement between the mumps WT ELISA and the AIGENT assays in terms of serostatus classification when using these cut-offs (data submitted previously in serial # 86). Despite variability inherent in biological assays the overall agreement between the two assays based on data from the 007 trial is 90.4% (925/1023).

Despite good agreement, differences in the assays were observed depending on whether the sample was pre or post vaccination; a prevaccination sample was more likely to be classified as sero-positive in the AIGENT assay than in the ELISA assay and post-vaccination sample the reverse; higher likeihood of positives in the ELISA versus the AIGENT assay (93% positives in the AIGENT assay versus 95% positives in the ELISA and 92.8% seroconversion in the AIGENT assay versus 94.8% seroconversion in the ELISA assay).

Of discordant pairs of pre-vaccination samples, the pre positive rate was 12% (61/510) in the AIGENT assay and 2% (10/510) in the ELISA assay. Thus, for prevaccination samples, there is statistical evidence that a discordant pre vaccination pair is more likely to be positive in the AIGENT assay relative to the ELISA assay. It should be considered that a greater proportion of samples would be excluded from analysis using the AIGENT assay.

**CONFIDENTIAL**

**MRK-KRA00846456**
**MRK-CHA00846456**

Conversely, for post-vaccination sera, the trend is reversed. Of 33 discordant pairs pairs, 22 were positive in the ELISA, but negative in the AIGENT assay, and 11 were negative in the ELISA but positive in the AIGENT assay. However, the test for imbalance approached but did not attain statistical significance (data presented in serial # 86). The trend was the same for sero-conversion; of 29 discordant pairs 19 seroconverted in the ELISA assay versus 10 in the AIGENT assay (pre-post vaccination rise $\geq$ to 4-fold). Again, the imbalance approached but did not reach statistical significance.

**Possible reasons for imbalance at the cut-off between pre and post vaccination sera**:

Although not specifically described in any report, the fact that a pre vaccine sample is more likely to be positive by AIGENT could be accounted for by a 12% pre-positive rate using titer of 1:32 as observed in the validation (data in serial #62).

That post-vaccination samples are slightly less likely to be classified as positive in the AIGENT versus the ELISA, could be accounted for by titers in the ELISA increasing with each 10-fold dilution, with the magnitude of the effect being sample specific (data in serial #62).

Also, the precision of the ELISA and AIGENT assay are not equivalent. Although precision appears to be constant across range of titer, intra and inter-assay variability precision estimates for the AIGENT assay (%RSD) are 38.7 and 42.9% respectively; ELISA, intra and inter-assay variability precision estimates (%RSD) are 18.9 and 25.3% respectively.

Thus, biological effects unique to each assay could contribute to the imbalance observed at the cut-off between pre-vaccination and post-vaccination sera.

Driver for use of the WT ELISA in place of the AIGENT Assay.

The WT Jeryl Lynn passage 8 virus is used in both assays. Both assays have an agreement rate of 90% between two assays (925/1023) with 469 samples classified as positive in both assays and 456 samples characterized as negative in both assays. Thus, both assays are categorizing sera in a comparable fashion and both are reliable detectors of protective antibody response. The driver for using the ELISA assay over the AIGENT assay is better precision in the ELISA than the AIGENT assay and higher throughput in the ELISA compared to the AIGENT assay.

**CONFIDENTIAL**

MRK-KRA00846457
MRK-CHA00846457

Appx5162

Low risk issue: The ELISA assay may slightly overestimate seroconversion when compared to the AIGENT assay based on data from protocol 007 (94.8% seroconversion in the ELISA versus 92.8% seroconversion in the AIGENT assay). This could cause uncertainty if the seroconversion rate were by chance to approach 90% for a given clinical study. In this case, a conservative measure of seroconversion could possibly be defined as >8 fold rise for pre-vaccination positives. This could possibly lower the overestimate of the ELISA.

Comparison between the AIGENT and ELISA assays

| | Antigen | Specificity | Precision | Ruggedness | Cut-off | Dilatability |
|---|---|---|---|---|---|---|
| ELISA | WT Jeryl Lynn passage 8 virus | Specific in presence of measles and rubella, specific for mumps antisera. | Constant across range of tier response. Overall intra and inter-assay variability precision estimates (%RSD) are 18.9 and 25.3% respectively. | No effect of operator. | | Titers increased on average by 23.8% with each 10-fold dilution. The magnitude of the effect sample specific. |
| PRN | WT Jeryl Lynn passage 8 virus | Specific in presence of measles and rubella, specific for mumps antisera. | Constant across range of tier response. Overall intra and inter-assay variability precision estimates (%RSD) are 38.7 and 42.9% respectively. | Rugged for incubator. Not assessed for operator but is believed to be operator rugged. | 12% pre-positive rate using titer of 1:32. | |

**CONFIDENTIAL**

MRK-KRA00846458
MRK-CHA00846458

Appx5163

10/25/2019
Declaration of G. Reilly
EXHIBIT 137

Alison L. Fisher, Ph. D.
Associate Director
Worldwide Regulatory Affairs
Vaccines/Biologics

Merck & Co., Inc.
P.O. Box 4, BLB-22
West Point PA 19486-0004
Tel 484 344 3761
Fax 484 344 2962
Email:alison_fisher@merck.com

April 13, 2005



**MERCK**
Research Laboratories

Norman Baylor, Ph.D.
Food and Drug Administration
Center for Biologics Evaluation and Research
Office of Vaccines Research and Review (HFM-400)
Document Control Center (HFM-99)
Woodmont Office Center, Suite 200N
1401 Rockville Pike
Rockville, MD 20852-1448

Dear Dr. Baylor:

**Measles, Mumps, and Rubella Virus Vaccine Live**
**(M-M-R®$_{II}$)**

**STN 101069/5061**

**RESPONSE TO FDA REQUEST FOR INFORMATION**

Reference is made to a letter from CBER on December 3, 2004 regarding the above supplement. In addition to Merck responses, the letter from CBER is attached for your convenience.

We consider the information included in this submission to be a confidential matter, and request that the Food and Drug Administration not make its content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

We appreciate your time and consideration in this matter. Should you have any comments or questions regarding the responses provided, please address them directly to me at (484) 344-3761 or in my absence, Dr. Ercem Atillasoy at (484) 344-7811.

Sincerely yours

E. ATILLASOY
for Fisher

Alison Fisher, PhD.
Associate Director
Worldwide Regulatory Affairs
Vaccines and Biologics

Attachment
References on attached CDs
Federal Express

Q:\Winterbottom\Responses to CBER for MEE 2005

CONFIDENTIAL

Merck-EDPA-00284

**MRK-KRA00000315**
**MRK-CHA00000315**

Appx5165

Form Approved: OMB No. 0910-0338
Expiration Date: August 31, 2006
See OMB Statement on page 2.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

# APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE

*(Title 21, Code of Federal Regulations, Parts 314 & 601)*

| FOR FDA USE ONLY |
|---|
| APPLICATION NUMBER |

## APPLICANT INFORMATION

| | |
|---|---|
| NAME OF APPLICANT<br>Merck & Co., Inc. | DATE OF SUBMISSION<br>*April 13, 2005* |
| TELEPHONE NO. *(include Area Code)*<br>(484) 344-3761 | FACSIMILE (FAX) Number *(include Area Code)*<br>(484) 344-2962 |
| APPLICANT ADDRESS *(Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued):*<br>Sumneytown Pike<br>P.O. Box 4, BLB-22<br>West Point, PA 19486-0004 | AUTHORIZED U.S. AGENT NAME & ADDRESS *(Number, Street, City, State, ZIP Code, telephone & FAX number)* IF APPLICABLE |

## PRODUCT DESCRIPTION

| | |
|---|---|
| NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER *(if previously issued)* | STN# 101069 |
| ESTABLISHED NAME *(e.g., Proper name, USP/USAN name)*<br>Measles, Mumps and Rubella Virus Vaccine Live | PROPRIETARY NAME *(trade name)* IF ANY<br>M-M-R® II |
| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME *(if any)* | CODE NAME *(if any)*<br>V205C |

| DOSAGE FORM:<br>Injection | STRENGTHS:<br>Measles/1,000 TCID (50) per 0.5 mL Dose<br>Mumps/20,000 TCID (50) per 0.5 mL Dose<br>Rubella/1,000 TCID (50) per 0.5 mL Dose | ROUTE OF ADMINISTRATION:<br>S.C. |
|---|---|---|

(PROPOSED) INDICATION(S) FOR USE:
MMR® II is indicated for simultaneous vaccination against measles, mumps and rubella in persons 15 months of age or older.

## APPLICATION INFORMATION

APPLICATION TYPE
*(check one)*   ☐ NEW DRUG APPLICATION (21 CFR 314.50)     ☐ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
    ☒ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE     ☐ 505 (b)(1)     ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                                                    Holder of Approved Application

TYPE OF SUBMISSION (check one)  ☐ ORIGINAL APPLICATION   ☐ AMENDMENT TO A PENDING APPLICATION   ☐ RESUBMISSION
    ☐ PRESUBMISSION   ☐ ANNUAL REPORT   ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT   ☐ EFFICACY SUPPLEMENT
    ☐ LABELING SUPPLEMENT   ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT   ☐ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION:

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY     ☐ CBE     ☐ CBE-30     ☐ Prior Approval (PA)

REASON FOR SUBMISSION *Response to Request for Information*

PROPOSED MARKETING STATUS *(check one)* ☒ PRESCRIPTION PRODUCT *(Rx)*     ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED     THIS APPLICATION IS ☒ PAPER   ☐ PAPER AND ELECTRONIC   ☐ ELECTRONIC

ESTABLISHMENT INFORMATION *(Full establishment information should be provided in the body of the Application.)*
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

FORM FDA 356h (9/02)                                                    Page 1 of 4

CONFIDENTIAL                                                    Merck-EDPA-00285

**MRK-KRA00000316**
**MRK-CHA00000316**

Appx5166

| | |
|---|---|
| This application contains the following items: *(Check all that apply)* | |
| 1. Index | |
| 2. Labeling *(check one)* ☐ Draft Labeling ☐ Final Printed Labeling | |
| 3. Summary (21 CFR 314.50 (c)) | |
| 4. Chemistry section | |
| A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) | |
| B. Samples (21 CIFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) | |
| C. Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) | |
| 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) | |
| 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) | |
| 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) | |
| 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) | |
| 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) | |
| 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) | |
| 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) | |
| 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601-2) | |
| 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) | |
| 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or 0)(2)(A)) | |
| 15. Establishment description (21 CFR Part 600, if applicable) | |
| 16. Debarment certification (FD&C Act 306 (k)(1)) | |
| 17. Field copy certification (21 CFR 314.50 (k)(3)) | |
| 18. User Fee Cover Sheet (Form FDA 3397) | |
| 19. Financial Information (21 CFR Part 54) | |
| ✓ 20. OTHER (Specify) *Responses to Request for Information* | |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contra i nd ications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.

**Warning:** A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE | DATE |
|---|---|---|
| *Alison L. Fisher* | Alison L. Fisher, Ph.D.<br>Associate Director<br>Worldwide Reg. Affairs/Vaccines Biologics | *April 13, 2005* |
| ADDRESS *(Street, City, State, and ZIP Code)*<br>Sumneytown Pike, P.O. Box 4, BLB-22<br>West Point, PA 19486-0004 | | Telephone Number<br>(484) 344-3761 |

**Public reporting burden for this collection of information** is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

| Department of Health and Human Services<br>Food and Drug Administration<br>CDER, HFD-99<br>1401 Rockville Pike<br>Rockville, MD 20852-1448 | Food and Drug Administration<br>CDER (HFD-94)<br>12229 Wilkins Avenue<br>Rockville, MD 20852 | An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. |

FORM FDA 356h (9/02)   PSC Media Arts: (301) 443-1090   EF

CONFIDENTIAL

Merck-EDPA-00286

**MRK-KRA00000317**
**MRK-CHA00000317**

Appx5167

Information and data submitted herein contains trade secrets,
or privileged or confidential information,
the property of Merck & Co., Inc. and government agencies
are not authorized to make it public without
written permission from Merck

CONFIDENTIAL

Merck-EDPA-00287

MRK-KRA00000318
MRK-CHA00000318

Appx5168

Response 1

Response 1

CONFIDENTIAL

MRK-KRA00000319
MRK-CHA00000319

Appx5169

**1.    Please describe the purpose and underlying rationale for proposing a reduction in potency of the mumps component of the approved product, MMRII.**

<u>Response</u>:

The rationale for proposing a reduction in the potency of the mumps component of M-M-R®II has been discussed during a series of meetings, teleconferences and in correspondence between CBER and Merck since 1997.

Briefly, during discussions between CBER and Merck in 1997, it was recognized that the minimum release potency specification for mumps in M-M-R®II in place at the time (4.3 $\log_{10}$ TCID$_{50}$), did not provide assurance that the labeled mumps potency was maintained through the end of shelf life in all lots released to the market.  It was also recognized that providing such assurance would require increasing the targeted mumps potency to levels substantially above the historical marketed experience.   The rationale for initially proposing a reduction in the end expiry potency of the mumps component of M-M-R®II in 1997 was to align the mumps potency specifications (at release and end-expiry) with potencies actually reflective of the previous marketed experience with M-M-R®II (i.e. target release 4.9 $\log_{10}$ TCID$_{50}$).

Given the amount of time which has elapsed since some of these discussions took place and the change in personnel over this period, a brief recapitulation of the previous discussions and agreements may be helpful in understanding the rationale and the approaches taken in Protocol 007.

<u>Previous discussions and correspondence</u>:

- A face-to-face meeting between CBER and Merck was held on December 16, 1997 to discuss label claims for mumps potency in M-M-R®II.  Slides presented by Merck at this meeting included a proposal for a clinical trial to investigate mumps immunogenicity at an end-expiry dose consistent with the EP mumps potency specification (3.7 $\log_{10}$ TCID$_{50}$).   At this December 16, 1997 meeting CBER requested a draft of Merck's clinical trial protocol designed to support the end-of-shelf life titer for mumps.

- A letter from Dr. Garfinkle to Dr. Hardegree dated January 28, 1998 included a summary of the December 16, 1997 meeting.  This correspondence included slides presented by Merck at the December 16, 1997 meeting.

- A letter to BB-IND 1016 (Dr. Chirgwin to Dr. Zoon, general correspondence, serial # 024) dated June 23, 1998 included as an attachment a draft protocol for a clinical trial to support a lower expiry potency for the mumps component of M-M-R®II which was submitted for CBER's assessment and concurrence.

1

CONFIDENTIAL

Merck-EDPA-00289

MRK-KRA00000320
MRK-CHA00000320

Appx5170

- CBER provided comments on the End Expiry Protocol 007 in a letter to Merck dated September 8, 1998.

- A letter from Dr. McKee to Dr. Egan dated June 18, 1999 stated that Merck had undertaken a clinical study, initiated February 1999, to evaluate the immunogenicity of mumps at potencies lower than the existing expiry claim and that once these clinical studies were completed, the label claim would be re-evaluated and any proposed change would be submitted for CBER review and approval.

- A letter from Dr. McVittie to Dr. McKee dated August 20, 1999 summarized telephone conversations held on August 10, 1999 and August 16, 1999 between Merck and CBER (Dr. Baylor , Dr. S. Rastogi and Ms. Vujcic) to discuss increasing the minimum release titer for the mumps component to 5.0 $\log_{10}$ $TCID_{50}$.

- A prior approval supplement was filed October 20, 1999 and approved February 11, 2000 to increase the target mumps potency from 4.9 to 5.2 $\log_{10}$ $TCID_{50}$ with minimum release potency specification of 5.0 $\log_{10}$ $TCID_{50}$. In the context of discussions about this PAS, it was acknowledged by both Merck and CBER that when data from a mumps end expiry trial became available, the mumps end expiry potency claim would be reassessed. During a telephone conversation between Ms. K. Abraham and Dr. N. Baylor on February 9, 2000 (prior to approval of the mumps overfill PAS), CBER noted that the manufacturing change in terms of increased mumps potency was viewed as an interim measure pending completion of the mumps expiry trial.

Summary

The purpose and underlying rationale of this file is to provide clinical data supporting a reduction in expiry potency of the mumps component for M-M-R®II. This clinical data provides evidence that a mumps end expiry potency of 4.1 $\log_{10}$ $TCID_{50}$ dose in M-M-R® II at the end of its shelf life is not statistically different to that of the product at release [based on Mumps Plaque Reduction Neutralization (PRN) assay used as a surrogate marker for vaccine efficacy].

2

CONFIDENTIAL

Response 2

Response 2

CONFIDENTIAL

Merck-EDPA-00291

MRK-KRA00000322
MRK-CHA00000322

Appx5172

2.      You state in module 2, page 7, that the mumps potency assay initially used primary green monkey kidney cells (BSC-1) and was later changed to Vero cells, resulting in higher mumps titers and revisions of the end-expiry potency from 3.7 to 4.3 log10 TCID50 per dose.  You also state on page 7, section 2.5.1.4.3, Evolution of the Mumps End-Expiry Potency Value, of the same module; "Since the original end-expiry dose had been set conservatively, it was assumed that a mumps potency below 4.3 log10 TCID50 per dose would be equally immunogenic."  Please provide the rationale and calculations used to determine the maximum acceptable reduction in mumps potency.

**Response:**

The clinical data used to guide selection of candidate end-expiry doses for evaluation in Protocol 007 were derived from two mumps vaccine dose response studies. These studies were conducted in 1967 and involved a total of 99 initially seronegative children, age 11 months to 12 years (average 4 years) who were immunized with mumps vaccine with potency ranging from 31,700 (4.5 log) to 10 (1.0 log) $TCID_{50}$/dose [Buynak, EB; Hilleman, MR; Leagus, BM; et al. Jeryl Lynn Strain Live Attenuated Mumps Virus Vaccine. JAMA 1968 Jan 1; 203(1): 9-12].

All 74 subjects who received mumps vaccines with titers ranging from 317 (2.5 log) to 31,700 (4.5 log) $TCID_{50}$/dose had detectable mumps-specific antibodies, while seroconversion was observed in 75% to 78% of subjects immunized with Mumps vaccine titers between 10 (1 log) and 100 (2.0 log) $TCID_{50}$/dose. Moreover, the latter group also exhibited lower GMTs in comparison to individuals immunized with higher Mumps vaccine titers (>317 $TCID_{50}$/dose).

Based on these clinical data, the minimum immunizing dose for mumps vaccine could be considered to be the lowest potency associated with 100% seroconversion rate, i.e. at 317 (2.5 log) $TCID_{50}$/dose, corresponding to 1,268 (3.1 log) $TCID_{50}$/dose in Vero cells (currently used cell substrate for the measurement of Mumps potency).

The mumps end expiry titer was conservatively set at 5000 (3.7 log) $TCID_{50}$/dose ( this would be equivalent to 20,000 or 4.3 log $TCID_{50}$ in Vero cells), representing an approximate 15-fold increase above the potency determined as the minimum immunizing dose. We are not aware of specific calculations which support the need for a 15-fold margin above the minimum immunizing dose; it is our understanding that this margin was incorporated in part to address possible assay variability. The potency assay format and our understanding of assay variability have evolved since the 1960's when these mumps dose-ranging studies were conducted. The mumps doses of the expiry lots evaluated in Protocol 007 had assigned potencies which were 0.7 log and 1.0 log $TCID_{50}$/dose above the minimum immunizing dose of 3.1 log $TCID_{50}$/dose (in Vero cells).

3

CONFIDENTIAL

Merck-EDPA-00292

**MRK-KRA00000323**
**MRK-CHA00000323**

Appx5173

Response 3

Response 3

CONFIDENTIAL

Merck-EDPA-00293

MRK-KRA00000324
MRK-CHA00000324

Appx5174

3.     You state that the oGOS stabilizer was developed in response to the European Pharmacopoeia requirement to demonstrate thermal stability of MMRII (module 5, page 30, last paragraph) and you have data on file, not provided in this BLA supplement, that supports the similarity in vaccine immunogenicity between MMRII manufactured GOS and MMRII manufactured with oGOS (module 2, pages 9-10). Please submit this data to the file.

<u>Response:</u>

A report comparing the immunogenicity immunogenicity between M-M-R®II Manufactured with GOS and M-M-R™II manufactured with oGOS was provided as part of the BLA supplement. Data from M-M-R™II manufactured with oGOS were derived from M-M-R™II Protocol 007 (Mumps End-Expiry clinical trial) and data from M-M-R®II manufactured with GOS were derived from several studies in which M-M-R®II was used as control during the development of ProQuad™ or VARIVAX™. Data from the latter studies that were not included in this BLA supplement are provided in this response in the attached CD as SAS transport files.

4

CONFIDENTIAL

Merck-EDPA-00294

MRK-KRA00000325
MRK-CHA00000325

Appx5175

Response 4

Response 4

CONFIDENTIAL

Merck-EDPA-00295

MRK-KRA00000326
MRK-CHA00000326

Appx5176

**4. Please provide data demonstrating that the immunogenicity observed using the heat-aged oGOS-containing, live viral vaccine (oGOS reportedly added to enhance thermal stability), can be used to determine end-expiry of the non-heat-aged, non-oGOS containing licensed vaccine.**

<u>Response:</u>

The rationale for demonstrating that the immunogenicity observed using the heat-aged oGOS-containing, live viral vaccine (oGOS reportedly added to enhance thermal stability) can be used to determine end-expiry of the non-heat-aged, non-oGOS containing licensed vaccine has been discussed during a series of meetings, teleconferences and correspondence between CBER and Merck since 1998. These communications are summarized (below).

<u>Previous discussions and correspondence:</u>

- CBER provided comments on End Expiry Protocol 007 in the letter to Merck dated September 8, 1998 that included the statement "if vaccine near expiry is unavailable, artificially aged vaccine would be acceptable".

- In a letter to BB-IND 1016 (Dr. Morsy to Dr. Goldenthal, Request to FDA Request for information, Serial # 052) dated December 30, 1999 Merck provided justification for using vaccine formulated with oGOS to set a release titer of vaccine formulated with GOS stabilizer.

- During a teleconference on November 29, 2000 (CBER participants K. Carbone, S. Rubin, H. Hsu, J. Beeler, C. Atreya, L. Vujcic) to discuss Protocol 007, CBER acknowledged that Merck did not plan to file oGOS. Dr. K. Carbone indicated that if antibody response data with the oGOS formulation were consistent with historical antibody response data with the GOS formulation, then this would support use of the clinical data from the expiry trial.

- In a letter to BB-IND 1016 (Dr. Morsy to Dr. Zoon, Response to FDA Request for information, Serial # 062) submitted February 2001, Merck responded to CBER's guidance provided during the November 29, 2000 teleconference regarding approach to bridging between the current GOS and the oGOS stabilizer formulations with historical serologic data. To enable this assessment, Merck proposed a descriptive analysis to link the oGOS clinical data with the historical GOS data.

5

CONFIDENTIAL

Merck-EDPA-00296

MRK-KRA00000327
MRK-CHA00000327

Appx5177

Summary

Based on the above correspondence and the rationale summarized below (rationale communicated previously- BB-IND 1016 Serial # 052), immunogenicity data provided by this study can be used to support the end expiry mumps potency titer and can be applied to vaccine formulated with either stabilizer for the following reasons:

- The reconstituted vaccine has no new components and the same target potencies as current product.

- Differences between the two vaccine formulations are minor (different concentrations of sucrose and sorbitol), occur during manufacture of the final product, and are component concentration differences with out the deletion of an active component or the addition an active component.

- There is no difference between current formulation and oGOS product in the processing losses through filling and lyophilization.

- Subsequent to the aging at room temperature to achieve the targeted potencies to be tested, the vaccine used in this clinical trial was stored frozen at -20°C to ensure that that there was no change in the determined potency of the lots, thus, improvement in thermal stability achieved by the use of oGOS was not realized under conditions of the study.

To summarize, the changes in the stabilizer represented by the oGOS formulation are not deemed relevant to the design or outcome of this study.

6

CONFIDENTIAL

Merck-EDPA-00297

MRK-KRA00000328
MRK-CHA00000328

Appx5178

Response 5

Response 5

CONFIDENTIAL

Merck-EDPA-00298

MRK-KRA00000329
MRK-CHA00000329

Appx5179

5.    You have submitted an additional study report in Module 5, volume 5, section 5.3.5.4, to support the proposed change in mumps end expiry potency. We note these post hoc analyses compare ELISA data but not PRN data, and include populations receiving various concomitant vaccinations including MMRV (an earlier formulation of ProQuad™) and ProQuad™. Furthermore, you do not describe a specific statistical approach for performing this comparability bridging study, nor indicate the assay methods and standards used in each of the comparator groups. It does not appear that these data support the proposed change in mumps end expiry potency. Please comment.

Response:

The approach for demonstrating that the immunogenicity observed using the heat-aged oGOS-containing, live viral vaccine can be used to determine end-expiry of the non-heat-aged, non-oGOS containing licensed vaccine was discussed and agreement on approach reached during teleconferences and correspondence between CBER and Merck since 1998. These communications are summarized below.

Previous discussions and correspondence:

- CBER provided comments on End Expiry Protocol 007 in the letter to Merck dated September 8, 1998 that included the statement "if vaccine near expiry is unavailable, artificially aged vaccine would be acceptable".

- In a letter to BB-IND 1016 (Dr. Morsy to Dr. Goldenthal, Request to FDA Request for information, Serial # 052) dated December 30, 1999 Merck provided justification for using vaccine formulated with oGOS to set a release titer of vaccine formulated with GOS stabilizer.

- During a teleconference on November 29, 2000 (CBER participants K. Carbone, S. Rubin, H. Hsu, J. Beeler, C. Atreya, L. Vujcic) to discuss Protocol 007, CBER acknowledged that Merck did not plan to file oGOS. Dr. K. Carbone indicated that if antibody response data with the oGOS formulation were consistent with historical antibody response data with the GOS formulation, then this would support use of the clinical data from the expiry trial.

- In a letter to BB-IND 1016 (Dr. Morsy to Dr. Zoon, Response to FDA Request for information, Serial # 062) submitted February 2001, Merck responded to CBER's guidance provided during the November 29, 2000 teleconference regarding approach to bridging between the current GOS and the oGOS stabilizer formulations with historical serologic data. To enable this assessment, Merck proposed a descriptive analysis to link the oGOS clinical data with the historical GOS data.

7

CONFIDENTIAL

Merck-EDPA-00299

**MRK-KRA00000330**
**MRK-CHA00000330**

Appx5180

As discussed previously (Serial # 062) in the final bridging study report, the definition of seroconversion and the type of assays used were provided for each study.

This observational analysis was proposed prior to unblinding the clinical database for Protocol 007. The comparative analysis was conducted using ELISA data because the PRN assay had only been developed and used for the primary endpoint of the Mumps End-Expiry clinical trial as discussed with CBER. The ELISA remains the accepted method for the measurement of vaccine-induced immunity to mumps and was used for other endpoints. We agreed with CBER to perform only ELISA for the persistence (1-year) immunogenicity endpoint since a strong correlation had been demonstrated between mumps ELISA and PRN assays.

CBER requested the mumps ELISA seropositive cutoff be justified via use of known mumps neutralizing and non-neutralizing sera. Merck submitted these data (June 2002, serial # 86) and believes that they provide helpful supportive information on the clinical relevance of the chosen ELISA cutoff for seropositivity.

8

CONFIDENTIAL

MRK-KRA00000331
MRK-CHA00000331

Appx5181

Response 6

Response 6

CONFIDENTIAL

MRK-KRA00000332
MRK-CHA00000332

Appx5182

6.    **You propose to use accelerated stability data instead of real-time stability data to compare various subpotent lots to licensed product that meets release specifications in order to support a change in end-expiry potency specification.**

    a.    Please describe the rationale and/or data to support the use of accelerated stability testing of test lots in lieu of real-time stability for this particular product and its components.

    b.    Please describe how the chosen temperature range and durations of exposure were validated as representative of real-time stability for this particular product and its components.

**Response:**

*a. Please describe the rationale and/or data to support the use of accelerated stability testing of test lots in lieu of real-time stability for this particular product and its components.*

The rationale to support the use of accelerated stability testing of test lots in lieu of real-time stability of this licensed product was based on the fact that no vaccine lots with potencies at or near the proposed expiry dose were available.  In this context CBER provided comments on the End Expiry Protocol 007 in a letter to Merck (Dr. Hardegree to Dr. Chirgwin) dated Sept 8, 1998 that included statement "if vaccine near expiry is unavailable, artificially aged vaccine would be acceptable".

*b. Please describe how the chosen temperature range and durations of exposure were validated as representative of real-time stability for this particular product and its components.*

The rationale for accelerated aging was based the assumption that the decline in measured mumps potency over time (due to a biological loss of virus infectivity) was identical to the loss of infectivity observed at 2-8 °C, differing only in rate.

This can be demonstrated by graphing the observed potency for a stability lot of M-M-R®II over time at various temperature conditions (see Figure 1). Additionally, the mumps potency result for lot 0626290 (real time aged expiry time point) is comparable (within the range of assay variability) to the potency value of accelerated aged material used in the end-expiry clinical trial (Figure 2).

9

CONFIDENTIAL

Merck-EDPA-00302

MRK-KRA00000333
MRK-CHA00000333

Appx5183

Figure 1: Arrhenius Plot of Mumps Stability: potency loss/time versus temperature for the mumps component in M-M-R®II.



Figure 2: Mumps potency of clinical lot (accelerated aging) compared to same lot aged for two years at 5°C.

| Lot 062690, Mumps potency | |
|---|---|
| Stability result 24 month, 5°C (Log $TCID_{50}$/dose) | Clinical lot 1579-W-E724 (Log $TCID_{50}$/dose) |
| 4.12 | 4.1 |

10

CONFIDENTIAL

Merck-EDPA-00303

**MRK-KRA00000334**
**MRK-CHA00000334**

**Appx5184**

Response 7

Response 7

CONFIDENTIAL

Merck-EDPA-00304

MRK-KRA00000335
MRK-CHA00000335

Appx5185

7.  In Module 5, pages 19 and 31, section 1.2.2.2, Minimum End-Expiry Potencies, you describe the recalculation of previously assigned potencies for each of the sublots of clinical material used in this study due to a reassignment of the mumps House Standard "based upon several studies performed at Merck & Co., Inc."

   a.  Please describe the purpose (s) of the referenced studies.

   b.  Please explain why a new house standard was created.

   c.  Please indicate the date the new standard was instituted with respect to the conduct of this study and data analysis.

   d.  Please describe the impact of the new standard on the study endpoints compared to the results that would have been obtained with the old standard.

Response:

   *a.  Please describe the purpose(s) of the referenced studies.*

In the mumps infectivity potency assay, historically, the mumps house standard served as a quality control and was assayed along with unknowns (M-M-R®II lots). If the house standard potency fell within the control limits for a particular assay run, that assay was deemed acceptable for reporting purposes. In general, preliminary control limits for each of the three house standards were calculated as the average and 95 percent confidence control limits (two standard deviations) of at least 30 valid assay runs. Mumps potencies (unknowns) were assigned based on their observed (uncalibrated ) potencies in the assay. This method for reporting mumps potency did not account for the shifts and drifts in the assay on any particular day of analysis.

The mumps house standard potency was reassigned from 4.2 to 4.3 $\log_{10}$ TCID$_{50}$/0.1 mL based on 3064 thousand assay runs over about 8 years. The reassigned house standard serves both as an assay control and calibration standard that normalizes unknown potency values to compensate for the assay running high or low on any particular day. This was reported in a manufacturing PAS approved by CBER 18-May 2004 (*Measles Formulation and Potency Assay Format Changes to Support Potency Through Twenty-Four Month Expiry*, STN: BL 101068/5029, 101069/5034, 101078/5029).

   *b.  Please explain why a new house standard was created.*

A new mumps house standard was not created; its potency was reassigned from 4.2 to 4.3 $\log_{10}$ TCID$_{50}$/0.1 mL, as discussed in 7a (above). Implementation of the reassigned house

11

CONFIDENTIAL

Merck-EDPA-00305

**MRK-KRA00000336**
**MRK-CHA00000336**

Appx5186

standard and calibration of measles, mumps and rubella potencies to house standards was reported in the manufacturing PAS referenced in 7a.

> **c.  Please indicate the date the new standard was instituted with respect to the conduct of this study and data analysis.**

There was no effect on the conduct or results of the study. After the study was completed, the previously assigned potencies for each of the sublots of clinical material were retrospectively reassigned based on reassignment of the mumps House Standard. The expiry specification for mumps as demonstrated in Protocol 007 ≤4.0 log10 TCID50/dose segment would be 4.1 log10 TCID50/dose using mumps house standard calibration with an assigned potency of 4.3 log10 TCID50/0.1 mL.

> **d.  Please describe the impact of the new standard on the study endpoints compared to the results that would have been obtained with the old standard.**

The change in assigned potency would raise all of the original calibrated data (calibrated using $4.2 \log_{10}$ TCID$_{50}$/0.1 mL) by $0.1 \log_{10}$ TCID$_{50}$/dose.

12

CONFIDENTIAL

MRK-KRA00000337
MRK-CHA00000337

Appx5187

Response 8

Response 8

CONFIDENTIAL

Merck-EDPA-00307

MRK-KRA00000338
MRK-CHA00000338

Appx5188

**8. Regarding the mumps PRN assay, module 5, page 81, Clinical Study Report section 5.8.1.3, Changes to Seronegative and Seroconversion Definitions, states: "It was expected that ~ 75% of the samples would be titered to endpoint (1:4096), reported as titer of ≥ 1:4096, and assigned a value of 1:4096 for analysis...and median titers would be provided along with geometric mean titer (GMT) summaries."**

<u>Response:</u>

The statement in module 5, page 81, Clinical Study Report section 5.8.1.3 was incorrect. It stated:

"In addition, since it was expected that ~75% of the samples would be titered to endpoint (1:4096), reported as titer of ≥1:4096, and assigned a value of 1:4096 for analysis, the amendment stated that median titers would be provided along with GMT summaries."

The upper limit of the mumps plaque reduction neutralization assay was 1:4096. It was expected that ~75% of the samples would be titered to endpoint (have a titer <1:4096). Samples that were not titered to endpoint were assigned a value ≥1:4096. The proportions of subjects that were not titered to endpoint were 33.8%, 34.4%, and 31.6% for the 3.8, 4.1, and 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency groups, respectively.

The primary endpoint on which the primary hypotheses and conclusions were based was the percent of initially seronegative subjects who developed neutralizing antibodies to mumps (≥4-fold rise in antibody titer, i.e., 1:16 to 1:64 where 1:16 is assigned to titers below 1:32, the limit of detection) 6 weeks postvaccination. Thus, the upper endpoint titer of 1:4096 did not affect the evaluation of the primary endpoint for the study. The GMTs and median titers were summarized to provide additional descriptive statistics, but were not a part of the primary hypotheses.

13

CONFIDENTIAL

Response 9

Response 9

CONFIDENTIAL

Merck-EDPA-00309

MRK-KRA00000340
MRK-CHA00000340

Appx5190

9.    In Module 5, Clinical Study Report, Page 20, the table indicates that there are differences in the assays of the accelerated stability sublots as compared to the product control lot.

    a.    Footnote "§" describes "estimated mumps virus potencies" for sublots 1 and 2 (accelerated stability lots) and "actual mumps virus potency" for sublot 3. Please explain why analysis of the accelerated stability lots differs from that of the licensed product and describe the rationale for comparing data that are derived differently.

    b.    Footnote "t t" indicates that the point estimates for the control group are listed, although the table header indicates the values are 95% Upper Confidence Bounds.  Please explain this discrepancy.

    c.    Footnote "#" indicates that the licensed product control assays were conducted in a different format that the accelerated stability sublots assays, i.e., the parent lot was assayed as 3 replicates performed on 1 day, while accelerated stability product sublots were assayed once on 6 separate days; also the licensed control product result is reported out to 1 decimal place while the accelerated stability sublots are reported out to 2 decimal places.  Please explain why all sublots were not assayed simultaneously using the same format.

<u>Response</u>

    *a.    Footnote "§" describes "estimated mumps virus potencies" for sublots 1 and 2 (accelerated stability lots) and "actual mumps virus potency" for sublot 3. Please explain why analysis of the accelerated stability lots differs from that of the licensed product and describe the rationale for comparing data that are derived differently.*

Sublots 1 and 2 were accelerated stability lots derived from a common parental lot (Sublot 3) and were assigned a mumps potency based on regression analysis of multiple assays across the aging process.    Sublot 3 was assigned its potency using the conventional release practice for any manufactured lot.  Both are legitimate approaches to defining the potency of lots of product (under each design), and thereby comparable. Merck is proposing the use of the upper 95% confidence bound on the potency estimate for sublots 1 and 2 in order to provide a conservative value for the expiry potency.  In order to obtain more precise estimates of the accelerated aged sublots, the potency data obtained during aging of the lots were used.  It should be noted that the potency assay did not differ, only the calculation method to reduce the error of the estimate.

14

CONFIDENTIAL

Merck-EDPA-00310

**MRK-KRA00000341**
**MRK-CHA00000341**

Appx5191

*b.      Footnote "t t" indicates that the point estimates for the control group are listed, although the table header indicates the values are 95% Upper Confidence Bounds. Please explain this discrepancy.*

Although the table header indicates the potency values are the "95% Upper Confidence Bound," for the control M-M-R®II lot, the listed potency was derived from the point estimate (as noted in footnote †† )using a 3 x 1 potency assay  This potency was not derived from the "95% Upper Confidence Bound."  The listed potencies for the two Candidate mumps end expiry sublots are indeed values obtained from the 95% Upper Confidence Bound.

*c.      Footnote "#" indicates that the licensed product control assays were conducted in a different format that the accelerated stability sublots assays, i.e., the parent lot was assayed as 3 replicates performed on 1 day, while accelerated stability product sublots were assayed once on 6 separate days; also the licensed control product result is reported out to 1 decimal place while the accelerated stability sublots are reported out to 2 decimal places.  Please explain why all sublots were not assayed simultaneously using the same format.*

This is very similar to question a), above.

Sublots 1 and 2 were accelerated stability lots derived from a common parental lot (Sublot 3) and were assigned a mumps potency based on regression analysis of multiple assays (assay x 6 days) across the aging process.  Sublot 3 was assigned its potency (3 assays x 1 day) using the conventional release practice for any manufactured lot.

The additional testing on Sublot 1 and Sublot 2 were performed in order to obtain precise estimates of the potency for the sublots that were to be used for establishing a new expiry.  It should be noted that the potency assay did not differ, only the calculation method to reduce the error of the estimate.

Additional testing of the parent lot was not performed as it was released according to the release practices in place at the time of manufacturing.  The release potency of this lot was within the historically observed manufacturing potencies, and further precision in potency assignment would not change (improve) its use as a control comparator in the clinical study.

15

CONFIDENTIAL

Merck-EDPA-00311

MRK-KRA00000342
MRK-CHA00000342

Appx5192

Response 10

Response 10

CONFIDENTIAL

Merck-EDPA-00312

MRK-KRA00000343
MRK-CHA00000343

Appx5193

10.     In Module 5, in the table on page 23, you show that the accelerated stability 3.8 log10 TCID50 lot failed both the acceptability criteria as well as the non-inferiority comparison to the control lot, while the accelerated stability 4.1 log10 TCID50 lot met acceptability (lower bound of 95% CI for observed SCRs > 90%, with actual value of 90.4) and the non-inferiority comparisons to the control lot. We note that the "estimated SCR" for the 4.1 log10 TCID50 lot is actually higher (93.4%) than the "estimated SCR" for the 4.8 TCID 50 control lot (92.2%), thus it appears possible that the control lot actually failed the acceptability criteria. Please comment.

**Response:**

We acknowledge that the lower bound of the confidence interval for the group with M-M-R™II with 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency was below 90%. However, in order to demonstrate that M-M-R™II with 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency was an acceptable end-expiry potency, the primary study hypotheses required that:

- The mumps immune response in children who receive M-M-R™II with 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency group be no more than 5 percentage point lower than mumps immune response in M-M-R™II with 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency group in order to declare similarity. This corresponds to the 90% two-sided confidence interval for the difference in proportions excluding a decrease of 5.0 percentage points or more.

- M-M-R™II with 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency had to induce an acceptable mumps immune response with the lower bound of the 95% two-sided CI on the observed response being >90% in subjects who develop neutralizing antibodies.

These hypotheses were met in this study; therefore, 4.1 $\log_{10}$ TCID$_{50}$ mumps virus potency was declared an acceptable end-expiry titer for M-M-R™II. There was not an acceptability hypothesis for the 4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency.

Though the 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency Group had a slightly lower observed mumps seroconversion rate than the 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency Group (92.2% versus 93.3%) based on the mumps virus neutralization assay, this difference is not statistically significant (p-value=0.538). Given the observed mumps seroconversion rate of 92.2% (403/437) for the 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency Group, the probability that the true rate is above 90% is ~84%. In the design of this study, it was assumed that ~502 subjects would be evaluable from each group for the immunogenicity hypotheses. Due to an unexpectedly higher pre-positive rate in the plaque-reduction neutralization assay (PRN) and a sample storage issue, only 437 subjects were evaluable in the 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency Group. If the study had maintained the planned evaluable sample size of 502 subjects in the 4.8 $\log_{10}$

16

Merck-EDPA-00313

**MRK-KRA00000344**
**MRK-CHA00000344**

Appx5194

TCID$_{50}$ Mumps Virus Potency Group and the same seroconversion rate of 92.2% was observed, the probability that the true rate was above 90% would have been ~97%.

The current M-M-R™II label states that a single injection of the vaccine induced mumps neutralizing antibodies in 95.8% (95% CI [92.7%, 97.8%]) of susceptible persons. This was based on 284 triple seronegative (to measles, mumps, and rubella) children using an earlier version of mumps neutralization assay. Since the original mumps neutralization assay was no longer in operation, a new plaque-reduction neutralization assay (PRN) designed to quantitate mumps neutralizing antibody in prevaccination and postvaccination sera was developed for this study to evaluate a mumps end expiry potency. Despite the use of a different assay, the seroconversion rate of 92.2% (95% CI [89.3%, 94.6%]) for the 4.8 log$_{10}$ TCID$_{50}$ Mumps Virus Potency Group was inline with that observed in the original clinical studies used in the licensure of M-M-R™II.

The PRN assay was developed and validated by the applicant specifically for this study, and is not the primary assay used by the applicant to evaluate the serologic response to a mumps virus-containing vaccine. Typically, the mumps ELISA is used to detect immunoglobulin gamma antibody (IgG) to mumps virus before and after vaccination. The observed seroconversion rates using the mumps ELISA for the 4.8 and 4.1 log$_{10}$ TCID$_{50}$ Mumps Virus Potency Groups were 98.1% and 96.9%, respectively. Based on the applicant's broad experience since the late 1980's with this ELISA assay for evaluating the mumps serologic response to M-M-R™II, the observed rate in the 4.8 log$_{10}$ TCID$_{50}$ Mumps Virus Potency Group is consistent with historical experience.

17

Response 11

Response 11

CONFIDENTIAL

Merck-EDPA-00315

MRK-KRA00000346
MRK-CHA00000346

Appx5196

**11.    In the table on page 24 of Module 5, you show that only 437 of the 672 immunized control group subjects (65%) contributed to the per-protocol analyses. Likewise, only 65% (433 out of 662) of the 4.1 log10 TCID50 group were included and 69% (449 out of 663) of the 3.8 log10 TCID50 group were included in the per-protocol analysis for the primary endpoint (mumps PRN assay) at Day 42. Please discuss how comparisons between datasets with a large amount of missing data at a relatively early time point can be used to support approval of this supplement.**

<u>Response:</u>

In Protocol 007, the analyses of the primary and secondary immunogenicity hypotheses were based on a per-protocol approach. The per-protocol population was defined as subjects who had valid baseline and 6-week (day-range of 27 to 84 days postvaccination) serology results, were seronegative at baseline, had no violation of inclusion/exclusion criteria, and received correct study vaccine. A detailed description of the protocol violations can be found in the Protocol 007 Data Analysis Plan (DAP). A summary of subjects excluded from the per-protocol analyses can be found in the Protocol 007 CSR (Tables 11-14) {P007}.

For the mumps (PRN) per-protocol analyses, 204, 229, and 235 subjects were excluded from the 3.8, 4.1, and 4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency groups, respectively. As displayed in Table 11 of the Protocol 007 CSR, the majority of the subjects excluded (>55%) were excluded due to an unknown serostatus at baseline (117, 126, and 138 subjects, respectively). Subjects whose blood samples were stored at 4°C for >1 year prior to testing in the PRN assay (and hence declared invalid as discussed in the Protocol 007 CSR Section 5.8.4.1) were considered as having an unknown baseline mumps (PRN) serostatus. Thus, over half of the exclusions due to an unknown serostatus (64, 77, and 88 subjects, respectively) resulted from the improper storage of the blood samples. In addition, since baseline and 6-week blood samples were tested in pairs in the PRN assay, subjects who did not have both a baseline and a 6-week blood sample were not tested. These subjects accounted for the remaining number of subjects with an unknown baseline serostatus. The second largest reason for being excluded from the per protocol analyses was due to a positive prevaccination serostatus (75, 93, and 84 subjects, respectively). The occurrences of events warranting exclusion from the per-protocol analyses were unrelated to treatment. The distribution of the reasons for exclusion was comparable across the three treatment groups.

The demographic profiles of the subjects excluded from the mumps (PRN) per-protocol analyses were comparable between the treatment groups. As given in the Table 1, the mean ages were 12.5, 12.6, and 12.5 months in the 3.8, 4.1, and 4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency groups, respectively, with ~52% subjects being female in each group and greater than 60% being Caucasian. Of the 204, 229, and 235 subjects excluded from the mumps (PRN) per-protocol analyses in the 3.8, 4.1, and 4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency groups, respectively, greater than 60% (131, 161, and 163 subjects, respectively) were included in the mumps (ELISA) per-protocol analyses. The mumps (ELISA) seroconversion rates (SCRs) based on these subjects were 95.4% (95% CI: [90.3%,

18

CONFIDENTIAL

Merck-EDPA-00316

**MRK-KRA00000347**
**MRK-CHA00000347**

**Appx5197**

98.3%]), 96.3% (95% CI: [92.1%, 98.6%]), and 98.2% (95% CI: [94.7%, 99.6%]) for the 3.8, 4.1, and 4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency groups, respectively, which were comparable to the mumps (ELISA) SCRs observed for the entire per-protocol population (Protocol 007 CSR Table 21).

An analysis of all subjects with serology, regardless of initial serostatus or protocol violations, was presented in Protocol 007 CSR Section 7.5.2 to assess the impact of excluding non-per-protocol subjects. Only subjects with both pre and postvaccination samples (excluding improperly stored samples) were included in this analysis. The results of the all subjects with serology analysis were consistent with the results of the per-protocol analysis, except for the analysis of Primary Hypothesis 2 (the acceptability of the mumps response [as measured by PRN] in the 4.1 $\log_{10}$ TCID$_{50}$ mumps virus potency group]. As discussed in Section 7.5.2, the reason for the differing results between the per-protocol analysis and the all subjects with serology analysis was the inclusion of the pre-positive subjects. Subjects with higher baseline mumps antibody titers were less likely to achieve a 4-fold rise in mumps antibody titer. Furthermore, since the upper limit of detection of the neutralization assay was 1:4096, it was not possible for subjects who had baseline mumps antibody titers >1024 to achieve a 4-fold rise in mumps antibody titer.

Both the mumps (PRN) per-protocol analyses and the mumps (PRN) all subjects with serology analyses excluded subjects whose blood samples had been improperly stored prior to testing (~300 paired samples). As discussed in Protocol 007 CSR Section 5.8.4.1, an experiment revealed a significant decrease in seroconversion rate as well as a ~3-fold lower GMT in samples stored at 4°C for greater than one year. Agreement was obtained from the CBER to invalidate the mumps PRN data obtained from those samples and to replace some of the invalidated data (87 paired samples) with data from field retained serum samples (stored frozen at the study sites) (letter to BB-IND, general correspondence, serial # 92, dated November 7, 2002). The improper storage of the blood samples was not related to treatment and occurred randomly across all three treatment groups. To assess the impact of excluding the invalidated data on the non-inferiority analyses, the per-protocol and all subjects with serology analyses based on the mumps PRN data were repeated (Table 2) using the data from the samples that had been invalidated (and did not have a replacement result). Since it was shown that the invalidated samples had significant decreases in GMTs and seroconversion rates, the hypothesis tests related to the acceptability of the mumps (PRN) responses were not repeated. With the inclusion of the invalidated data, the per-protocol analyses excluded less than 25% of the data whereas the all subjects with serology analysis excluded less than 10% of the data. As displayed in Table 2, the conclusions when the invalidated results were included in the analyses were the same as those observed without the invalidated data.

The summaries and analyses presented above suggest that the immunogenicity profiles of the subjects excluded from the per-protocol and all subject with serology analyses were comparable to those included in the analyses. Thus, the analyses presented in the Protocol 007 CSR support the approval of this supplement.

19

CONFIDENTIAL

Table 1. Summary of Subject Characteristics by Treatment Group for Subjects
Excluded
From the Per-Protocol Mumps (PRN) Analyses

| | Treatment Groups of M-M-R™II | | | |
|---|---|---|---|---|
| | 3.8 log$_{10}$ TCID$_{50}$/Dose Mumps Virus Potency[†] (N=204) | 4.1 log$_{10}$ TCID$_{50}$/Dose Mumps Virus Potency[†] (N=229) | 4.8 log$_{10}$ TCID$_{50}$/Dose Mumps Virus Potency[‡] (N=235) | Total (N=668) |
| | n  (%) | n  (%) | n  (%) | n  (%) |
| **Gender** | | | | |
| Male | 97 (47.5) | 108 (47.2) | 114 (48.5) | 319  (48.8) |
| Female | 107 (52.5) | 121 (52.8) | 121 (51.5) | 349  (52.2) |
| **Age (Months)** | | | | |
| Mean | 12.5 | 12.6 | 12.5 | 12.5 |
| SD | 0.9 | 1.2 | 1.0 | 1.1 |
| Median | 12.0 | 12.0 | 12.0 | 12.0 |
| Range | 11 to 17 | 11 to 18 | 12 to 17 | 11 to 18 |
| Male | 11 to 17 | 12 to 17 | 12 to 17 | 11 to 17 |
| Female | 12 to 15 | 11 to 18 | 12 to 17 | 11 to 18 |
| **Race/Ethnicity** | | | | |
| Asian | 1  (0.5) | 3  (1.3) | 2  (0.9) | 6  (0.9) |
| Black | 39 (19.1) | 37 (16.2) | 48 (20.4) | 124  (18.6) |
| Caucasian | 135 (66.2) | 155 (67.7) | 150 (63.8) | 440  (65.9) |
| Hispanic | 14  (6.9) | 11  (4.8) | 20  (8.5) | 45  (6.7) |
| Native American | 4  (2.0) | 5  (2.2) | 3  (1.3) | 12  (1.8) |
| Other | 11  (5.4) | 18  (7.9) | 12  (5.1) | 41  (6.1) |

[†] Two sublots of M-M-R™II derived from the same parent lot as the control lot of M-M-R™II were aged to target mumps virus potencies with a 95% upper confidence bound of no more than 3.7 and 4.0 log$_{10}$ TCID$_{50}$/dose.  After reassignment of the mumps house standard (HS) potency to 4.3 log$_{10}$ TCID$_{50}$/0.1 mL, the 95% upper confidence bound values were no more than 3.8 and 4.1 log$_{10}$ TCID$_{50}$, respectively. Final mumps virus potencies (95% upper confidence bound) were 3.76 (3.79) and 4.04 (4.08) log$_{10}$ TCID$_{50}$, respectively.

[‡] The mumps virus potency of 4.8 log$_{10}$ TCID$_{50}$/dose is the point estimate for the control group and is representative of a mumps potency within the release range for M-M-R™II.

N = Number of subjects excluded from the per-protocol mumps (PRN) analyses.

20

CONFIDENTIAL

Merck-EDPA-00318

Appx5199

Table 2. Statistical Analysis of Non-Inferiority of Mumps [PRN] Seroconversion Rates
Including Invalidated Results from Blood Samples Stored Improperly

| Mumps End Expiry Treatment Group[†] | Estimated SCR[‡] | Estimated SCR[‡] of M-M-R™II– 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency (Control Group)[§] (N=672) | Estimated Differences[‡ ‖] (90% CI)[¶] | Non-Inferiority Conclusion[¶] |
|---|---|---|---|---|
| **Per-Protocol Analysis** | | | | |
| M-M-R™II– 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency (N=662, n=497) | 90.5% | 89.3% (n=506) | 1.1 (-2.0,4.3) | Similar (p-value <0.001) |
| M-M-R™II– 3.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency (N=663, n=511) | 86.9% | 89.3% (n=506) | -2.4 (-5.7,0.9) | Unable to Show Similarity (p-value = 0.096) |
| **All Subjects With Serology Analysis** | | | | |
| M-M-R™II– 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency (N=662, n=613) | 84.8% | 85.3% (n=621) | -0.5 (-3.8,2.9) | Similar (p-value = 0.013) |
| M-M-R™II– 3.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency (N=663, n=607) | 83.2% | 85.3% (n=621) | -2.0 (-5.4,1.4) | Unable to Show Similarity (p-value = 0.074) |

[†] Two sublots of M-M-R™II derived from the same parent lot as the control lot of M-M-R™II were aged to target mumps virus potencies with a 95% upper confidence bound of no more than 3.7 and 4.0 $\log_{10}$ TCID$_{50}$/dose. After reassignment of the mumps house standard (HS) potency to 4.3 $\log_{10}$ TCID$_{50}$/0.1 mL, the 95% upper confidence bound values were no more than 3.8 and 4.1 $\log_{10}$ TCID$_{50}$, respectively. Final mumps virus potencies (95% upper confidence bound) were 3.76 (3.79) and 4.04 (4.08) $\log_{10}$ TCID$_{50}$, respectively.

[‡] Estimated SCRs and their differences were based on a statistical analysis model adjusting for study centers.

[§] The mumps virus potency of 4.8 $\log_{10}$ TCID$_{50}$/dose is the point estimate for the control group and is representative of a mumps potency within the release range for M-M-R™II.

[‖] [Treatment Group - Control Group].

[¶] A lower bound of 90% CI on the difference excluding -5.0 implies that the difference is statistically significantly less than the prespecified clinically relevant decrease of 5 percentage points and allows for a conclusion of similarity (non-inferiority). A one-sided p-value ≤0.05 implies that the difference is statistically significantly less than the prespecified difference of 5 percentage points.

N = Number of subjects vaccinated in each treatment group.

n = Number of subjects contributing to the respective analysis including subjects whose samples were stored improperly.

CI = Confidence interval.

SCR = Seroconversion rate.

21

CONFIDENTIAL

Merck-EDPA-00319

MRK-KRA00000350
MRK-CHA00000350

Appx5200

Response 12

CONFIDENTIAL

Merck-EDPA-00320

MRK-KRA00000351
MRK-CHA00000351

Appx5201

12.   **The purpose of concomitant administration of VARIVAX with MMRII in this study is not clear, since no specific rationale, objectives, or endpoints were provided. It is unclear how concomitant administration of VARIVAX together with MMRII might impact on immunogencity data. Please discuss.**

<u>Response:</u>

M-M-R®II Protocol 007 was conducted in the United States under IND 1016. It is a common practice to administer M-M-R®II and VARIVAX™ concomitantly in the United States and this practice can be regarded as the current standard of care. This routine practice has been approved by several bodies including the Advisory Committee on Immunization Practices (ACIP), the American Academy of Pediatrics (AAP), and the American Academy of Family Physicians (AAFP) {MMWR, Jan 7, 2005:53(51); Q1-Q3}. Their recommendations are supported by results from several clinical studies which indicate that concomitant administration of VARIVAX™ with M-M-R®II does not interfere with responses to measles, mumps, and rubella. Each of the product circulars also allow for their concomitant administration. Based on the published literature and on the high SCRs for measles, mumps, and rubella in Protocol 007, there is no evidence to suggest that concomitant administration of VARIVAX™ has a negative influence on the response to M-M-R®II. Furthermore, these studies have also demonstrated that with the exception of the added local reactions associated with the administration of VARIVAX™, the safety profile of M-M-R®II is not impacted by the concomitant administration of VARIVAX™.

22

**MRK-KRA00000352**
**MRK-CHA00000352**

Appx5202

Response 13

Response 13

CONFIDENTIAL

Merck-EDPA-00322

MRK-KRA00000353
MRK-CHA00000353

13.     We note in your study that only the primary endpoint comparison appears to have been prospectively defined, making it difficult to draw conclusions from the remaining data and analyses.  Please discuss.

<u>Response:</u>

All analyses in the Protocol 007 CSR and supportive analyses in the file were predefined and submitted to CBER prior to unblinding the clinical database.

- The additional historical comparison of M-M-R®II immunogenicity data presented in Module 5, volume 5, section 5.3.5.4, was discussed during the teleconference with CBER on November 29, 2000, and submitted in writing to CBER in February 2001 (see question 4).

- A detailed description of the strategy, rationale, and statistical techniques that were used for the analyses of Protocol 007 was submitted to the IND in an amended Data Analysis Plan (DAP) on July 11, 2002 prior to the unblinding of the study.  The DAP fully detailed the immunogenicity and safety analyses that were presented in Protocol 007 CSR for both the primary and secondary endpoint comparisons.

23

CONFIDENTIAL

Merck-EDPA-00323

MRK-KRA00000354
MRK-CHA00000354

Appx5204

CONFIDENTIAL

Merck-EDPA-00324

MRK-KRA00000355
MRK-CHA00000355

Appx5205



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                     Public Health Service

---

Food and Drug Administration
1401 Rockville Pike
Rockville MD 20852-1448

Submission Tracking Number (STN): BL 101069/5061

Alison Fisher, Ph.D.
Merck & Co., Inc.
P.O. Box 4                                    DEC - 3 2004
Sumneytown Pike
West Point, PA 19486

Dear Dr. Fisher:

This letter is in regard to the Supplement to your License
Application submitted under Section 351 of the Public Health
Service Act.

The Center for Biologics Evaluation and Research (CBER) has
completed the review of your Supplement received on
February 4, 2004, for Measles, Mumps, and Rubella Virus Vaccine
Live (M-M-R® II), to include a change in the labeled potency of
the mumps component of M-M-R® II from 20,000 $TCID_{50}$ to 12,500
$TCID_{50}$.  Our review finds that the information and data submitted
are inadequate for final approval at this time based on the
deficiencies described below.

1. Please describe the purpose and underlying rationale for
   proposing a reduction in potency of the mumps component of
   the approved product, M-M-R® II.

2. You state in module 2, page 7, that the mumps potency assay
   initially used primary green monkey kidney cells (BSC-1)
   and was later changed to Vero cells, resulting in higher
   mumps titers and revision of the end-expiry potency from
   3.7 to 4.3 $\log_{10} TCID_{50}$ per dose.  You also state on
   page 7, section 2.5.1.4.3, Evolution of the Mumps End-
   Expiry Potency Value, of the same module: "Since the
   original end-expiry dose had been set conservatively, it
   was assumed that a mumps potency below 4.3 $\log_{10} TCID_{50}$ per
   dose would be equally immunogenic." Please provide the
   rationale and calculations used to determine the maximum
   acceptable reduction in mumps potency.

3. You state that the oGOS stabilizer was developed in
   response to the European Pharmacopoeia requirement to
   demonstrate thermal stability of M-M-R® II (module 5, page
   30, last paragraph) and you have data on file, not provided

CONFIDENTIAL                                    Merck-EDPA-00325

MRK-KRA00000356
MRK-CHA00000356

**Appx5206**

Page 2 - STN: BL 101069/5061

in this BLA supplement, that supports the similarity in vaccine immunogenicity between M-M-R® II manufactured with GOS and M-M-R® II manufactured with oGOS (module 2, pages 9-10).  Please submit this data to the file.

4.   Please provide data demonstrating that the immunogenicity observed using the heat-aged oGOS-containing, live viral vaccine (oGOS reportedly added to enhance thermal stability), can be used to determine end-expiry potency of the non-heat-aged, non-oGOS containing licensed vaccine.

5.   You have submitted an additional study report in Module 5, volume 5, section 5.3.5.4, to support the proposed change in mumps end expiry potency.  We note that these *post hoc* analyses compare ELISA data but not PRN data, and include populations receiving various concomitant vaccinations including MMRV (an earlier formulation of ProQuad™) and ProQuad™.  Furthermore, you do not describe a specific statistical approach for performing this comparability bridging study, nor indicate the assay methods and standards used in each of the comparator groups.  It does not appear that these data support the proposed change in mumps end expiry potency.  Please comment.

6.   You propose to use accelerated stability data instead of real-time stability data to compare various subpotent lots to licensed product that meets release specifications in order to support a change in end-expiry potency specification.

     a.   Please describe the rationale and/or data to support the use of accelerated stability testing of test lots in lieu of real-time stability of this licensed product.

     b.   Please describe how the chosen temperature range and durations of exposure were validated as representative of real-time stability for this particular product and its components.

7.   In Module 5, pages 19 and 31, section 1.2.2.2, Minimum End-Expiry Potencies, you describe the recalculation of previously assigned potencies for each of the sublots of clinical material used in this study due to a reassignment of the mumps House Standard "based upon several studies performed at Merck & Co., Inc."

CONFIDENTIAL

Merck-EDPA-00326

MRK-KRA00000357
MRK-CHA00000357

Appx5207

Page 3 — STN: BL 101069/5061

    a.   Please describe the purpose(s) of the referenced studies.

    b.   Please explain why a new house standard was created.

    c.   Please indicate the date the new standard was instituted with respect to the conduct of this study and data analysis.

    d.   Please describe the impact of the new standard on the study endpoints compared to the results that would have been obtained with the old standard.

8.   Regarding the mumps PRN assay, module 5, page 81, Clinical Study Report section 5.8.1.3, Changes to Seronegative and Seroconversion Definitions, states: "It was expected that ~ 75% of the samples would be titered to endpoint (1:4096), reported as titer of ≥ 1:4096, and assigned a value of 1:4096 for analysis… and median titers would be provided along with geometric mean titer (GMT) summaries."

If the seroconversion rate (SCR) is not considered a stand-alone criterion to determine potency, it is unclear how non-inferiority between 3 study lots can be determined based upon an assay in which ~ 75% of samples would be assigned the same maximal possible value, i.e., they are above the upper limit of detection of the assay. If characterization of immunogenicity requires comparison of GMTs, use of an assay that is anticipated to result in the overwhelming proportion of data points falling outside of the limits of assay detection is of concern as it would markedly decrease the possibility of observing actual differences between lots. Please comment.

9.   In Module 5, Clinical Study Report, page 20, the table indicates that there are differences in the assays of the accelerated stability sublots as compared to the product control lot.

    a.   Footnote "§" describes "estimated mumps virus potencies" for sublots 1 and 2 (accelerated stability lots) and "actual mumps virus potency" for sublot 3. Please explain why analysis of the accelerated stability lots differs from that of the licensed product and describe the rationale for comparing data that are derived differently.

CONFIDENTIAL

Merck-EDPA-00327

Page 4 - STN: BL 101069/5061

b. Footnote "††" indicates that the point estimates for the control group are listed, although the table header indicates the values are 95% Upper Confidence Bounds. Please explain this discrepancy.

c. Footnote "#" indicates that the licensed product control assays were conducted in a different format than the accelerated stability sublots assays, i.e., the parent lot was assayed as 3 replicates performed on 1 day, while accelerated stability product sublots were assayed once on 6 separate days; also the licensed control product result is reported out to 1 decimal place while the accelerated stability sublots are reported out to 2 decimal places. Please explain why all sublots were not assayed simultaneously using the same format.

10. In Module 5, in the table on page 23, you show that the accelerated stability 3.8 $\log_{10}$ TCID$_{50}$ lot failed both the acceptability criteria as well as the non-inferiority comparison to the control lot, while the accelerated stability 4.1 $\log_{10}$ TCID$_{50}$ lot met acceptability (lower bound of 95% CI for observed SCRs > 90%, with actual value of 90.5) and the non-inferiority comparison to the control lot. We note that the "estimated SCR" for the 4.1 $\log_{10}$ TCID$_{50}$ lot is actually higher (93.4%) than the "estimated SCR" for the 4.8 $\log_{10}$ TCID$_{50}$ control lot (92.2%), thus it appears possible that the control lot actually failed the acceptability criteria. Please comment.

11. In the table on page 24 of Module 5, you show that only 437 of the 672 immunized control group subjects (65%) contributed to the per-protocol analyses. Likewise, only 65% (433 out of 662) of the 4.1 $\log_{10}$ TCID$_{50}$ group were included and 69% (449 out of 663) of the 3.8 $\log_{10}$ TCID$_{50}$ group were included in the per-protocol analysis for the primary endpoint (mumps PRN assay) at Day 42. Please discuss how comparisons between datasets with a large amount of missing data at a relatively early time point can be used to support approval of this supplement.

12. The purpose of concomitant administration of VARIVAX™ with M-M-R® II in this study is not clear, since no specific rationale, objectives, or endpoints were provided. It is unclear how concomitant administration of VARIVAX™ together with M-M-R® II might impact on immunogenicity data. Please discuss.

CONFIDENTIAL

Merck-EDPA-00328

Page 5 -- STN: BL 101069/5061

13. We note in your study that only the primary endpoint comparison appears to have been prospectively defined, making it difficult to draw conclusions from the remaining data and analyses. Please discuss.

Within 10 days after the date of this letter, you are requested to take one of the following actions: (1) amend the Supplement; (2) notify us of your intent to file amendments; (3) withdraw the Supplement; or (4) request an opportunity for a hearing on the question of whether there are grounds for denying approval of the Supplement. In the absence of any of the above responses, CBER may initiate action to deny the Supplement.

Please note our review clock has been suspended with the issuance of this letter. Note also that any amendment should respond to all deficiencies listed and that a partial reply will not be considered for review nor will the review clock be reactivated until all deficiencies have been addressed.

Should you need additional information or have any questions concerning administrative or procedural matters, please contact CAPT Gale Heavner at 301-827-3070.

Sincerely yours,

*Karen L. Goldenthal, M.D.*

Karen L. Goldenthal, M.D.
Director
Division of Vaccines and
 Related Products Applications
Office of Vaccines
 Research and Review
Center for Biologics
 Evaluation and Research

CONFIDENTIAL

Merck-EDPA-00329

MRK-KRA00000360
MRK-CHA00000360

10/25/2019
Declaration of G. Reilly
EXHIBIT 138

Appx5211

Alison L. Fisher, Ph.D
Associate Director
Worldwide Regulatory Affairs

Merck & Co., Inc
UG2D-6B
P.O. Box 1000
North Wales, PA 19454-1099
Tel 267 305 6727
Fax 267 305 6407
alison_fisher@merck.com

November 15, 2006



**MERCK**

Research Laboratories

Norman Baylor, Ph.D.
Office of Vaccines Research and Review (HFM-400)
c/o Food and Drug Administration
Center for Biologics Evaluation and Research
Document Control Center (HFM-99)
Woodmont Office Center, Suite 400N
1401 Rockville Pike
Rockville, MD 20852-1448

Dear Dr. Baylor:

**Measles, Mumps, and Rubella Virus Vaccine Live**
**(M-M-R®$_{\text{II}}$)**
**STN 101069/5061**

**RESPONSE TO FDA REQUEST FOR INFORMATION**

Reference is made to a letter from CBER on October 17, 2005 regarding the above supplement. In addition to Merck responses, the letter from CBER is attached for your convenience.

This submission is formatted as required in Title 21 paragraph 312.23 of the Code of Federal Regulations and is being submitted in accordance with the current FDA Guidance Documents for the electronic common technical document including, but not limited to the following: *Comprehensive Table of Contents Heading and Hierarchy, Study Tagging Files Specification, Organization of The Common Technical Document – Annex – Granularity Document, and the International Conference on Harmonization, ICH M2 EWG, Electronic Common Technical Document Specification.* As an enclosure to this letter, Merck Research Laboratories (MRL), a Division of Merck & Co., Inc., is providing *one Compact Disk (CD)/DVD* which contains the submission. All documents requiring signatures for certification are included as paper for archival purposes.

All of the information is contained on one CD/DVD and is not more than 100 MB/GB. Merck has taken precautions to ensure that the contents of the media are free of computer viruses (Symantec AntiVirus Corporate Edition, Symantec Corporation), and we authorize the use of anti-virus software, as appropriate. We consider the filing of this supplemental Biologics License Application to be a confidential matter, and request that the Food and Drug Administration not make its content, or any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

CONFIDENTIAL

Merck-EDPA-00362

MRK-KRA00000393
MRK-CHA00000393

**Appx5212**

Questions concerning the content of this submission should be directed to me at 267-305-6727 or, in my absence to Kenneth Surowitz, Ph.D. at 267-305-6764.

Sincerely,

Alison Fisher, Ph.D.
Associate Director
Worldwide Regulatory Affairs

Q:/Winterbottom/V205C/Response to Request for Information October 2005

Enclosure: *CD/DVD RAM*

CONFIDENTIAL

Merck-EDPA-00363

**MRK-KRA00000394**
**MRK-CHA00000394**

**Appx5213**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

## APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE

*(Title 21, Code of Federal Regulations, Parts 314 & 601)*

Form Approved: OMB No. 0910-0338
Expiration Date: September 30, 2008
See OMB Statement on page 2.

**FOR FDA USE ONLY**
APPLICATION NUMBER

### APPLICANT INFORMATION

| | |
|---|---|
| NAME OF APPLICANT<br>Merck & Co., Inc. | DATE OF SUBMISSION *November 15, 2006* |
| TELEPHONE NO *(include Area Code)*<br>(267) 305-6727 | FACSIMILE (FAX) Number *(include Area Code)*<br>(267) 305-6407 |
| APPLICANT ADDRESS *(Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued)*:<br>UG2D-68<br>P.O. Box 1000<br>North Wales, PA 19454-1099 | AUTHORIZED U.S AGENT NAME & ADDRESS *(Number, Street, City, State, ZIP Code, telephone & FAX number)* IF APPLICABLE |

### PRODUCT DESCRIPTION

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER *(if previously issued)* STN# 101069

| ESTABLISHED NAME *(e.g., Proper name, USP/USAN name)*<br>Measles, Mumps and Rubella Virus Vaccine Live | PROPRIETARY NAME *(trade name)* IF ANY<br>M-M-R® II | |
|---|---|---|
| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME *(if any)* | | CODE NAME *(if any)* V205C |

| DOSAGE FORM:<br>Injection | STRENGTHS:<br>Measles/1,000 TCID (50) per 0.5 mL Dose<br>Mumps/20,000 TCID (50) per 0.5 mL Dose<br>Rubella/1,000 TCID (50) per 0.5 mL Dose | ROUTE OF ADMINISTRATION:<br>S.C. |
|---|---|---|

(PROPOSED) INDICATION(S) FOR USE:
MMR® II is indicated for simultaneous vaccination against measles, mumps and rubella in persons 15 months of age or older.

### APPLICATION DESCRIPTION

APPLICATION TYPE
*(check one)*  ☐ NEW DRUG APPLICATION (21 CFR 314.50)     ☐ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☒ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE   ☐ 505 (b)(1)   ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                     Holder of Approved Application

TYPE OF SUBMISSION (check one)  ☐ ORIGINAL APPLICATION  ☐ AMENDMENT TO A PENDING APPLICATION  ☐ RESUBMISSION
☐ PRESUBMISSION   ☐ ANNUAL REPORT   ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT   ☐ EFFICACY SUPPLEMENT
☐ LABELING SUPPLEMENT   ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT   ☒ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION:

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY   ☐ CBE   ☐ CBE-30   ☐ Prior Approval (PA)

REASON FOR SUBMISSION *Response to Request for Information*

PROPOSED MARKETING STATUS *(check one)* ☒ PRESCRIPTION PRODUCT *(Rx)*   ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED   THIS APPLICATION IS   ☐ PAPER  ☒ PAPER AND ELECTRONIC   ☐ ELECTRONIC

ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

FORM FDA 356h (10/05)                                          Page 1 of 1

CONFIDENTIAL

Merck-EDPA-00364

MRK-KRA00000395
MRK-CHA00000395

Appx5214

| | This application contains the following items: (Check all that apply) |
|---|---|
| ☐ | 1. Index |
| ☐ | 2. Labeling (check one)  ☐ Draft Labeling  ☐ Final Printed Labeling |
| ☐ | 3. Summary (21 CFR 314 (c)) |
| ☐ | 4. Chemistry section |
| ☐ | A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601 2) |
| ☐ | B. Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| ☐ | C. Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601 2) |
| ☐ | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) |
| ☐ | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314 50(d)(3); 21 CFR 601.2) |
| ☐ | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) |
| ☐ | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) |
| ☐ | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) |
| ☐ | 10. Statistical section (e.g., 21 CFR 314 50(d)(6); 21 CFR 601.2) |
| ☐ | 11. Case report tabulations (e.g., 21 CFR 314 50(f)(1); 21 CFR 601.2) |
| ☐ | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601-2) |
| ☐ | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) |
| ☐ | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or 0)(2)(A)) |
| ☐ | 15. Establishment description (21 CFR Part 600, if applicable) |
| ☐ | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| ☐ | 17. Field copy certification (21 CFR 314.50 (k)(3)) |
| ☐ | 18. User Fee Cover Sheet (Form FDA 3397) |
| ☐ | 19. Financial Information (21 CFR Part 54) |
| ☒ | 20. OTHER (Specify) *Response to Request for Information* |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contra i nd ications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314 71, 314.72, 314 97, 314.99, and 601 12
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.

Warning: A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE | DATE |
|---|---|---|
| *Alison L. Fisher* | Alison L. Fisher, Ph.D. Associate Director Worldwide Reg. Affairs/Vaccines Biologics | Nov. 15, 2006 |

| ADDRESS (Street, City, State, and ZIP Code) | Telephone Number |
|---|---|
| UG2D-68 P.O. Box 1000 North Wales, PA 19454-1099 | (267) 305-6727 |

Public reporting burden for this collection of information is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

| Department of Health and Human Services Food and Drug Administration Center for Drug Evaluation and Research Central Document Room 5901-B Ammendale Road Beltsville, MD 20705-1266 | Department of Health and Human Services Food and Drug Administration Center for Biologics Evaluation and Research (HFM-99) 1401 Rockville Pike Rockville, MD 20852-1448 | An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number |
|---|---|---|

CONFIDENTIAL

Merck-EDPA-00365

**MRK-KRA00000396**
**MRK-CHA00000396**

Appx5215



DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
Rockville MD 20857

Submission Tracking Number (STN): BL **101069/5061**

Alison Fisher, Ph.D.
Merck & Co., Inc.                    **OCT 1 7 2005**
P.O. Box 4
Sumneytown Pike
West Point, PA 19486

Dear Dr. Fisher:

This letter is in regard to the Supplement to your License
Application submitted under Section 351 of the Public Health
Service Act.

The Center for Biologics Evaluation and Research (CBER) has
completed the review of your Supplement received on
April 13, 2005, for Measles, Mumps, and Rubella Virus Vaccine
Live (M-M-R® II), to include a change in the labeled potency of
the mumps component of M-M-R® II from 20,000 $TCID_{50}$ to 12,500
$TCID_{50}$. Our review finds that the information and data submitted
are inadequate for final approval at this time based on the
deficiencies described below.

1.   The clinical trial described in your supplement is
     inadequate to support this label change for the mumps
     component due to the following deficiencies:

     a.   A substantial amount of sample data was excluded from
          the analyses. We note that only 437 out of 672
          immunized control group subjects contributed to the
          per-protocol analysis. This large proportion of
          missing data precludes a conclusion of success.

     b.   The accelerated-stability lots (Sublots 1 and 2) were
          assayed at a separate time and in a different assay
          format (1x6 vs. 3x1) from the product control lot
          (Sublot 3), which was the parental lot used to make
          accelerated-stability lots (Sublots 1 and 2).

     c.   The control lot failed the acceptability criteria as
          you acknowledge in your April 13, 2005 response.

If you intend to pursue the proposed changes in labeled potency,
we recommend that you support the proposed label change by

CONFIDENTIAL

Merck-EDPA-00366

**MRK-KRA00000397**
**MRK-CHA00000397**

Page 2 - STN: BL 101069/5061

correlating these study data and/or other relevant mumps vaccine
immunogenicity data with the immunogenicity data from the
original efficacy studies. You could also consider shortening
the end-expiry dating period based upon these data.

Within 10 days after the date of this letter, you are requested
to take one of the following actions: (1) amend the Supplement;
(2) notify us of your intent to file amendments; (3) withdraw
the Supplement; or (4) request an opportunity for a hearing on
the question of whether there are grounds for denying approval
of the Supplement. In the absence of any of the above
responses, CBER may initiate action to deny the Supplement.

Please note our review clock has been suspended with the
issuance of this letter. Note also that any amendment should
respond to all deficiencies listed and that a partial reply will
not be considered for review nor will the review clock be
reactivated until all deficiencies have been addressed.

Should you need additional information or have any questions
concerning administrative or procedural matters, please contact
CAPT Gale Heavner at 301-827-3070.

Sincerely yours,

Karen L. Goldenthal, M.D.
Director
Division of Vaccines and
    Related Products Applications
Office of Vaccines
    Research and Review
Center for Biologics
    Evaluation and Research

CONFIDENTIAL

Merck-EDPA-00367

MRK-KRA00000398
MRK-CHA00000398

1. **The clinical trial described in your supplement is inadequate to support this label change for the mumps component due to the following deficiencies:**

   a. **A substantial amount of sample data was excluded from the analyses. We note that only 437 out of 672 immunized control group subjects contributed to the per-protocol analysis. This large proportion of missing data precludes a conclusion of success.**

   <u>Response:</u>

   We acknowledge the deficiency concerning the mumps plaque reduction neutralization (PRN) assay data. However, we believe that the clinical trial described in our supplement, and further described in this response, is adequate to support the proposed M-M-R™II label change to revise the mumps end-expiry potency. The following summary presents data in support of our label claim.

   The total number of serum samples excluded in the per-protocol immunogenicity analysis for mumps PRN assay was 204, 229, and 235 for subjects immunized with M-M-R™II containing mumps virus potency of 3.8, 4.1, and 4.8 $\log_{10}$ TCID$_{50}$/dose, respectively. The proportions of missing PRN data were comparable across the 3 treatment groups. The 4 major reasons for the exclusion of these data were as follows:

   - A seropositivity to mumps by PRN at baseline (75, 93, and 84, for subjects immunized with M-M-R™II containing mumps virus potency of 3.8, 4.1, and 4.8 $\log_{10}$ TCID$_{50}$/dose, respectively)
   - An unknown serostatus at baseline (117, 126, and 138 subjects, respectively) which includes subjects with invalid baseline serum sample but also those with invalid 6-week serum sample since testing of study samples by PRN was only performed when both baseline and 6-week pair samples were available and fit for testing,
   - An extended storage of serum specimen at 4°C for >1 year prior to testing in the PRN assay (64, 77, and 88 subjects, respectively) [1],
   - A lost to follow-up or refusal from the parents to allow a blood draw or any further participation in the study.

   A detailed summary of subjects excluded at 6 weeks postvaccination from the per-protocol immunogenicity analyses for mumps PRN is included in **Exhibit A**.

   However, the absence of PRN data for approximately 30% of subjects enrolled in this clinical trial does not indicate that no mumps-specific antibodies were detected in these samples and thus imply lack of vaccine-induced mumps response. As per secondary study objectives, serum samples were also tested by an enzyme-linked immunosorbent assay (ELISA) for the presence of mumps-specific antibodies in all 3 treatment groups. The ELISA assay used by Merck utilizes mumps antigen derived from a low passage mumps virus (Jeryl Lynn strain) and is a very sensitive and specific assay for the evaluation of vaccine-induced mumps antibody response. The priority order for the testing of study serum samples were (1)Mumps PRN, (2)Mumps ELISA, (3)Measles ELISA, (4)Rubella ELISA, and (5)Varicella gpELISA.

   ---

   [1] Merck Research Laboratories (MRL) obtained agreement from the Center for Biologics Evaluation and Research (CBER) to invalidate data from the PRN testing carried out in Jun- to Aug-2002 on ~300 pairs of serum samples stored over 1 year at 4°C across all 3 treatment groups (letter to BB-IND, general correspondence, serial #92, November 2002).

Merck-EDPA-00368

**MRK-KRA00000399**
**MRK-CHA00000399**

**Appx5218**

The testing of study samples for mumps-specific neutralizing antibodies by PRN was interrupted at the Center for Biologics Evaluation and Research's (CBER) request for an investigation (BB-IND 1016, serial #80, February 2002). While waiting for CBER's response, Merck Research Laboratories (MRL) continued to perform the other study-specified tests by ELISA and gpELISA. When testing for PRN resumed, some samples had been stored at $4^{\circ}C$ for 1 year or more which was later found to negatively impact the suitability of the samples for PRN testing. PRN assay results for these samples were invalidated but results of the testing by ELISA were deemed valid since ELISA testing was performed well before the storage duration would have impacted the quality of the clinical samples. Because of the difference in the sensitivities of the mumps PRN and ELISA assays, some samples were tested positive at baseline by PRN assay but were found negative by ELISA. Given all these reasons, a great proportion of samples were excluded from the PRN immunogenicity analysis but were found acceptable to be included in the per-protocol immunogenicity analysis by mumps ELISA.

**Exhibit B** documents the number of seropositive subjects (per mumps ELISA) within the non-evaluable mumps PRN sample pool for the 4.8 $\log_{10}TCID_{50}$ mumps virus potency group. Of the 235 subjects excluded from the mumps PRN per-protocol analysis in the control group, more than 80% (191 subjects) had valid mumps ELISA results with 188 demonstrating a seropositive result 6 weeks postvaccination in this assay. One hundred sixty-three (163) of the 191 subjects with valid mumps ELISA results were included in the per-protocol mumps ELISA analysis[2]. The mumps seroconversion rates (SCRs) by ELISA based on these subjects (163) was 98.2% (95% Confidence Interval (CI): [94.7%, 99.6%]) for the 4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency group. The observed mumps ELISA SCR, 98.0% (95% CI: [96.5%, 98.9%]) in the control group based on all per-protocol subjects is in line with historical experience, and the estimated mumps ELISA response rate is comparable to the estimated mumps ELISA response rate in the 4.1 $\log_{10}$ TCID$_{50}$ mumps potency group (98.0% versus 97.4%; non-inferiority p-value= <0.001, δ=5%). Furthermore, additional analysis performed by MRL has shown a strong correlation (93.6%) between ELISA and PRN serology results suggesting that the majority of the non-evaluable samples would have tested positive by PRN (BB-IND 1016, serial #86, June 2002).

Given that we have mumps ELISA antibody titers for a substantial portion of the subjects with missing (or non-evaluable) PRN data, the observed ELISA results and the strong correlation between ELISA and PRN assay provide indirect evidence about the likely outcome for the missing data. As a supportive analysis, we performed an analysis of the primary hypothesis using multiple imputation techniques to account for the incomplete data from the PRN assay. Through the use of statistical modeling and multiple imputation techniques, sets of plausible values of the missing data can be simulated and combined with the observed data to produce multiple "complete" datasets. The multiple versions of the "complete" datasets are then analyzed by standard methods, and the results are combined using simple rules (Rubin, 1987) to yield estimates and standard errors that formally incorporate missing-data uncertainty. As described in **Exhibit C,** we used this approach to assess the impact of the missing data on the study conclusions.

The approach described in **Exhibit C** was replicated 1000 times, creating 1000 simulated "complete" datasets. For each dataset, the observed seroconversion rates (and standard

---

[2] Twenty-eight (28) subjects were excluded from the mumps ELISA per-protocol analysis due to: missing baseline or 6-week serology result; developed or exposed to disease; received wrong vaccine; day range violation; or initially seropositive.

errors) and the estimated (stratified) difference in seroconversion rates (and standard error, based on Miettinen and Nurminen, 1985) were calculated for the 4.1 and 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency groups. The overall estimates and standard errors (accounting for both between and within imputation variability) were then calculated using the method of Rubin (1987). The per-protocol acceptability and non-inferiority hypotheses for the 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency group were then assessed using the overall estimates and standard errors. These results can be found in **Table 1**.

On average across the 1000 simulations, 515 and 502 subjects in the 4.8 and 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency groups, respectively, were included in the analyses, compared with 437 and 433, respectively, in the original analysis. This analysis excludes subjects who were initially seropositive at baseline, or subjects who were predicted to be initially seropositive based on Model 2. As seen in **Table 1**, conclusions consistent with the original analysis were obtained for both acceptability and non-inferiority with the inclusion of the imputed data. It is also noted that the lower bound of 95% confidence interval for the observed seroconversion rate for the 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency group was 89.956% (rounded to 90.0%). Thus, the simulations predict that if the missing PRN data had been available, their inclusion in the analyses would have confirmed the original results of the study. In addition they suggest that the seroconversion rate in the 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency group would have likely met the non-hypothesized 90% lower bound criterion.

CONFIDENTIAL

MRK-KRA00000401
MRK-CHA00000401

Appx5220

Table 1

Statistical Analysis of Non-Inferiority and Acceptability of Mumps [PRN] Seroconversion Rates

for the ≤ 4.1 $\log_{10}$ $TCID_{50}$ Mumps Potency Group Using Multiple Imputation

(Per-Protocol Analysis)

| 4.1 $\log_{10}$ $TCID_{50}$ Mumps Potency (N=662) | | 4.3 $\log_{10}$ $TCID_{50}$ Mumps Potency (N=672) | | Estimated Differences[‡§] (90% CI)[||] | Acceptability Conclusion[†] | Non-inferiority Conclusion[¶] |
|---|---|---|---|---|---|---|
| n | Observed SCR (95% CI)[†] | n | Observed SCR (95% CI) | | | |
| 502 | 93.3% (90.9%, 95.6%) | 515 | 92.4% (90.0%, 94.8%) | 0.9 (-2.0, 3.8) | Acceptable | Similar |

* The lower bound of the 95% CI being >90% implies that the value of the parameter is statistically significantly greater than the prespecified acceptability criterion. (90%) and allows for a conclusion of acceptability.

† Estimated differences were based on a statistical analysis model adjusting for study centers.

‡ (Treatment Group - Control Group).

§ A lower bound of 90% CI on the difference greater than -5.0 implies that the difference is statistically significantly less than the pre-specified clinically relevant decrease of 5 percentage points and allows for a conclusion of similarity (non-inferiority).

N = Number of subjects vaccinated in each treatment group.

n = Average number of subjects (over the 1000 simulations) initially seronegative for mumps [PRN] contributing to the per-protocol analyses.

CI = Confidence interval.

SCR = Seroconversion rate.

CONFIDENTIAL

Merck-EDPA-00371

MRK-KRA00000402
MRK-CHA00000402

Appx5221

b. **The accelerated-stability lots (Sublots 1 and 2) were assayed at a separate time and in a different assay format (1x6 vs. 3x1) from the product control lot (Sublot 3), which was the parental lot used to make accelerated-stability lots (Sublots 1 and 2).**

<u>Response:</u>

Unlike Sublots 1 and 2, Sublot 3 (product control lot) did not undergo any manipulation in order to achieve a specific virus potency but was rather kept frozen immediately after the parental lot has been split into 3 sublots. The product control lot (Sublot 3), underwent standard release testing at the time of manufacture like any other commercial lot of M-M-R™II. This included the 3x1 assay format for potency determination, which was the standard procedure at that time. This method has an estimated standard error of approximately $0.15 \log_{10}$. Hence the 95% confidence interval around the reported value is estimated to be 4.5 to 5.1 $\log_{10}$ TCID$_{50}$/dose, values well above the current minimum end-expiry potency of 4.3 $\log_{10}$ TCID$_{50}$/dose. Sublots 1 and 2 were tested at a separate time, following incubation at room temperature which was used to decrease their potencies. The expanded assay format (1x6) was performed on Sublots 1 and 2 in order to obtain a more precise estimate of the more critical "expiry" potency. Indeed, multiple 1x6 assays were compiled on Sublots 1 and 2 in order to have an error on the estimated potencies near 0.02 $\log_{10}$. Since the use of the standard release testing provides a mumps virus potency for the product control lot well above the current minimum mumps end-expiry potency (4.3 $\log_{10}$ TCID$_{50}$/dose) and the proposed candidate expiry potencies (3.8 and 4.1 $\log_{10}$ TCID$_{50}$/dose), additional testing or the use of the 1x6 assay format would have added little value for the appropriateness of the selected lot as a suitable control for the clinical trial.

CONFIDENTIAL

Merck-EDPA-00372

**MRK-KRA00000403**
**MRK-CHA00000403**

Appx5222

c. **The control lot failed the acceptability criteria as you acknowledge in your April 13, 2005 response.**

We acknowledge that the lower bound of the CI for the control group (i.e., 4.8 $\log_{10}$ $TCID_{50}$ mumps potency) was below 90% (89.3%) as measured by the mumps PRN assay, however an acceptability hypothesis was not postulated for the 4.8 $\log_{10}$ $TCID_{50}$ mumps potency group. No acceptability hypothesis was set for the control group because it was designed to serve as a suitable internal reference of the safety and immunogenicity profile of the vaccine. To be acceptable, the candidate mumps end-expiry potency (4.1 or 3.8 $\log_{10}$ $TCID_{50}$/dose) had to display safety and immunogenicity profiles comparable to the internal control group. Based on the study results, only subjects receiving M-M-R™II containing mumps virus potency of 4.1 $\log_{10}$ $TCID_{50}$/dose achieved the study pre-specified criteria for success. Moreover, the 4.8 $\log_{10}$ $TCID_{50}$ mumps potency group had only a slightly lower observed seroconversion rate by PRN assay compared with the 4.1 $\log_{10}$ $TCID_{50}$ mumps potency group (92.2% versus 93.3%), and this difference was not statistically significant (p-value=0.538).

As previously discussed, the proportions of non-evaluable samples by PRN assay were similar across the 3 treatment groups (M-M-R™II containing mumps virus potency of 3.8, 4.1, and 4.8 $\log_{10}$ $TCID_{50}$/dose, respectively), and mumps ELISA antibody titers are available for a substantial portion of the subjects with non-evaluable data in all 3 groups, including the control group (subjects immunized with M-M-R™II containing mumps virus potency of 4.8 $\log_{10}$ $TCID_{50}$/dose). The observed mumps ELISA results (SCR 98.0%) and the strong correlation between ELISA and PRN assay provide indirect evidence about the likely outcome for the missing data in the 4.8 $\log_{10}$ $TCID_{50}$ mumps potency group.

Additionally, there are several factors relating to the use of a neutralization assay that should be considered:

- Although virus neutralization assays may be the most predictive method for assessing protective immunity, these assays are not standardized making them poorly suited to evaluate large numbers of human sera due to assay variability (Mauldin et al. 2005. Mumps Virus Specific Antibody Titers from Pre-Vaccine Era Sera: Comparison of the Plaque Reduction Neutralization Assay and Enzyme Immunoassays. J. Clin. Microbiol. 2005;9:4847-4851).

- Validation testing for the mumps PRN assay used in this study was performed using a sample size of 50. Unfortunately, this does not provide a definitive guarantee of assay performance when addressing significantly larger subject populations as was evaluated in this study.

- The use of 4.8 $\log_{10}$ $TCID_{50}$ mumps virus potency (60,000 $TCID_{50}$) rather than 4.3 $\log_{10}$ $TCID_{50}$ mumps virus potency (20,000 $TCID_{50}$) as a suitable mumps potency for the study control lot provides a high degree of assurance regarding the level of safety and immunogenicity that was to be achieved by any of the 2 candidate mumps end-expiry potencies (3.8 and 4.1 $\log_{10}$ $TCID_{50}$/dose) tested in the clinical trial. Hence the 95% confidence interval around the reported potency value is estimated to be 4.5 to 5.1 $\log_{10}$ $TCID_{50}$/dose, values well above the minimum end-expiry potency of 4.3 $\log_{10}$ $TCID_{50}$/dose currently in place.

CONFIDENTIAL

Merck-EDPA-00373

MRK-KRA00000404
MRK-CHA00000404

Appx5223

- Given the suitability of the internal control group in this clinical trial (see explanation provided in the preceding bullet point), the true performance of the PRN assay used in this clinical trial should be assessed by responses observed in the control group rather than by the arbitrary acceptability criteria (lower bound of the observed response being equal or greater than 90%) set by the applicant.

- The PRN assay used in the study was developed solely for the purpose of this clinical trial. It was not used in any previous nor subsequent clinical trials. It is therefore difficult to ascertain the real performance of this assay other than in the context of this clinical trial.

Furthermore, as noted in **Table 1**, the supportive analysis based on multiple imputation techniques suggests that by accounting for the incomplete data in the PRN assay, the seroconversion rate in the 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency group would have likely met the non-hypothesized 90% lower bound criterion and would have been similar to the rate observed in the 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency group.

Since the data show that M-M-R™II containing a 4.1 $\log_{10}$ TCID$_{50}$ mumps potency induced an acceptable antibody response to mumps, as determined by the seroconversion rate for mumps neutralizing antibodies, which was also noninferior to M-M-R™II containing a release dose of mumps virus (4.8 $\log_{10}$ TCID$_{50}$), a mumps virus potency of 4.1 $\log_{10}$ TCID$_{50}$ was declared an acceptable end-expiry titer for M-M-R™II.

CONFIDENTIAL

Merck-EDPA-00374

Exhibit A

Summary of Subjects Excluded at 6 Weeks Postvaccination
From Per-Protocol Immunogenicity Analyses for Mumps (PRN)

| | M-M-R™ II Containing | | |
|---|---|---|---|
| | ≤3.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency | ≤4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency | ~4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency |
| Subjects Vaccinated at Day 0: | 663 | 662 | 672 |
| Subjects Included at Week 6: | 459 | 433 | 437 |
| With a retention baseline sample and a retention 6-week sample | 16 | 18 | 22 |
| Subjects Excluded from Week 6 [†]: | 204 | 229 | 235 |
| Mumps (PRN) seropositive[‡] at Baseline[§] | 75 | 93 | 84 |
| Initial serostatus unknown | 117 | 126 | 138 |
| Received M-M-R™ II or varicella prior to the study | 1 | 0 | 0 |
| Had febrile illness prior to vaccination | 0 | 1 | 0 |
| Received incorrect M-M-R™ II study vaccine lot/dose | 1 | 1 | 1 |
| Developed measles, mumps, rubella, varicella or zoster | 4 | 4 | 3 |
| Exposed to mumps during 42-day safety follow-up | 0 | 0 | 1 |
| Missing or not evaluable 6-week serology result | 125 | 135 | 150 |
| Sample outside of day range | 8 | 11 | 16 |
| Blood sample not sufficient | 2 | 6 | 2 |
| Blood sample difficult to obtain | 3 | 4 | 14 |
| Blood sample misplaced/not received/identity unknown | 0 | 2 | 2 |
| Blood sample contaminated | 0 | 2 | 1 |
| Blood sample too old (>1 year storage at 4°C) | 64 | 77 | 88 |
| Incomplete baseline/6-week serology pair | 2 | 3 | 2 |
| Parent refused blood draw | 22 | 5 | 10 |
| Lost to follow-up | 27 | 27 | 22 |
| Parent refused further participation | 20 | 8 | 19 |

[†] Subjects can be counted more than once in any exclusion category
[‡] Mumps (PRN) seronegative at baseline corresponds to prevaccination samples with antibody titers <1:32
Mumps (PRN) seropositive at baseline corresponds to prevaccination samples with antibody titers ≥1:32
[§] Baseline is considered as the blood sampling before the vaccination.

CONFIDENTIAL

Merck-EDPA-00375

MRK-KRA00000406
MRK-CHA00000406

Appx5225

## Exhibit B

~4.8 log$_{10}$ TCID$_{50}$ Mumps Virus Potency Treatment Group:
Flow Chart Documenting the Number of Seropositive Subjects (per Mumps ELISA)
Within the Non-Evaluable Mumps PRN Sample Pool



Key

[dagger] Initial Serostatus Unknown = Blood samples at baseline and/or at 6-week postvaccination were too old (stored at 4°C for >1 year prior to testing); no result due to refusing participation/bleed; quantity not sufficient (QNS); contamination; and/or missing sample.

[double dagger] Other = Day range violation; missing 6-week result; exposed or developed disease.

[section] No Mu ELISA Results: Refusing participation/bleed; quantity not sufficient (QNS); contamination; and/or missing sample.

[parallel] Mu ELISA Results: 191 of 235 non-evaluable PRN samples have valid mumps ELISA results.

[paragraph] 188/191 (98.4%) of subjects determined to be non-evaluable for the primary immunogenicity analysis (who had valid mumps ELISA data) were seropositive at 6-weeks postvaccination. Seropositive in the assay meant that subjects had an antibody titer ≥10 ELISA Ab units.

Mu = Mumps

Seronegative = Subjects demonstrating an antibody titer <10 ELISA Ab units
Seropositive = Subjects demonstrating an antibody titer ≥10 ELISA Ab units

CONFIDENTIAL

MRK-KRA00000407
MRK-CHA00000407

Merck-EDPA-00376

Appx5226

## Exhibit C

### Statistical Method - Multiple Imputation

In order to predict if subjects with missing PRN data would have seroconverted, two logistic regression models were fit. In the first model, the probability of seroconverting (based on the PRN assay) was modeled as a function of treatment group and the natural logarithm of the fold-rise in mumps ELISA antibody titer (baseline to 6-weeks postvaccination). Subjects who were initially seropositive to mumps (based on the PRN assay) were excluded from this model. In the second model, the probability of being initially seropositive (based on the PRN assay) was modeled as a function of treatment group and the natural logarithm of the baseline mumps ELISA antibody titer. The estimates and standard errors for Models 1 and 2 are found in **Table 2**.

A "complete" dataset was obtained in the following manner. First, for each model the logistic regression parameters were assumed to follow multivariate normal distributions with means and covariance matrices equal to the parameter estimates and covariance matrix estimates obtained from the respective models. A random sample was then drawn from each multivariate normal distribution to define the estimated logistic regression models for calculating the probability of seroconverting and the probability of being initially seropositive (this introduces variability to account for the uncertainty in the model parameters estimates from Models 1 and 2). For those subjects who had missing PRN data but had baseline and 6-week mumps ELISA data, the probabilities of seroconverting and being initially seropositive were calculated and then used to randomly determine "success" or "failure" based on the binomial distribution. This procedure resulted in a "complete" dataset, with seroconversion status imputed for those subjects with missing PRN data.

Using the methods of Miettenen and Nurminen (Statistics in Medicine, 1985) for testing the non-inferiority of two binomial proportions with stratification by study center, the estimated difference ($\hat{Q}_i$) in seroconversion rates (based on PRN) between the 4.8 and 4.1 $\log_{10}$ TCID$_{50}$ potency groups and the associated variance ($U_i$) were calculated for each "complete" dataset. The multiple imputation (overall) estimate is given by

$$\overline{Q} = \frac{1}{m}\sum_{i=1}^{m}\hat{Q}_i.$$

The total variance for the estimate has two components that take into account variability within each dataset and across each dataset. The within-imputation variance is the average of the estimated variances

$$\overline{U} = \frac{1}{m}\sum_{i=1}^{m}U_i.$$

The between-imputation variance is the sample variance of the estimates

$$B = \frac{1}{m-1}\sum_{i=1}^{m}(\hat{Q}_i - \overline{Q})^2.$$

The total variance, T, is the sum of the two components with an additional correction factor to account for simulation error in $\overline{Q}$

$$T = \overline{U} + (1+\frac{1}{m})B.$$

CONFIDENTIAL

Merck-EDPA-00377

**MRK-KRA00000408**
**MRK-CHA00000408**

Appx5227

A $100 \times (1-\alpha)\%$ confidence interval is obtain using

$$\overline{Q} \pm t_{df} \sqrt{T}$$

where $t_{df}$ denotes a quantile of Student's $t$-distribution with degrees of freedom

$$df = (m-1)\left(1 + \frac{m\overline{U}}{(m+1)B}\right)^2$$

A similar approach was used for calculating the estimate and confidence interval for the observed seroconversion rate (by PRN) for the 4.8 and 4.1 $\log_{10}$ $TCID_{50}$ potency groups.

### Table 2

### Parameter Estimates and Standard Errors for Logistic Regression
### Models 1 and 2

| Parameter[†] | Model 1 | | Model 2 | |
|---|---|---|---|---|
| | Estimate | SE | Estimate | SE |
| Intercept | -0.35 | 0.23 | 3.71 | 0.57 |
| 4.8 Group Indicator | 0.20 | 0.26 | -0.17 | 0.17 |
| 4.1 Group Indicator | 0.22 | 0.27 | -0.30 | 0.17 |
| Log (Fold-Rise) | 5.12 | 0.42 | NA | NA |
| Log (Baseline Titer) | NA | NA | -0.79 | 0.24 |

NA = Not applicable
Model 1 = Logistic regression model which modeled the probability of seroconverting (based on PRN assay).
Model 2 = Logistic regression model which modeled the probability of being initially seronegative (based on PRN assay)
[†] The 3.8 Group was coded as the baseline category.

CONFIDENTIAL

Merck-EDPA-00378

MRK-KRA00000409
MRK-CHA00000409

Appx5228

10/25/2019
Declaration of G. Reilly
EXHIBIT 139

**Appx5229**

**BB-IND 1016: Combined Live Measles-Mumps-Rubella (RA 27/3) Virus Vaccine (M-M-R® II)**

**June 10, 2002/Serial No. 086**

**Response to FDA Request for Information (Mumps Cutoff Document)**

| | |
|---|---|
| Bagarazzi, M. | BLB-22 |
| Barber, R. | BLA-22 |
| Bramble, J. | WP 17-201 |
| Brill-Edwards, P. | BLB-22 |
| Buckland, B. | RY 80Y-370 |
| Chirgwin, K. | BLB-22 |
| Demol, G. | BLB-22 |
| e-Worf | |
| Gutsch, D. | BLB-22 |
| Hartzel, J./att | UN-102 |
| Hastings, J./att | UN C-151 |
| Hetrick, L. | Bethesda Office |
| Kuter B./att | UN-C141 |
| Matthews, H./att | WP 36M-5 |
| McKee, R. | WP 78-106 |
| Morsy, M./att (2) | BLB-22 |
| Musey, L./att | UN C-141 |
| Nauman, B./att | UN C-141 |
| Oppenheimer, L. | RY 33-408 |
| Pineda, R. | UG 4A-42 |
| RI-R/att | RY 86-205 |
| Russo, C. | BLB-22 |
| Shaw, A. | BL B-30 |
| Simon, K. | WP 17-101 |
| Ukwu, H. | BLB-22 |
| Verhoeven, T. | RY 80M-113 |
| Willison, B. | WP 28-70 |
| Winterbottom, H. | BLA-10 |
| WORF-BL/att | BL A-11 |

CONFIDENTIAL

MRK-KRA00761628

Appx5230

Manal A. Morsy, M.D., Ph.D.
Associate Director
Worldwide Regulatory Affairs
Vaccines/Biologics

Merck & Co., Inc.
UNB-121
P.O. Box 4
West Point PA 19486-0004
Tel 484 344 3785
Fax 484 344 2962
Email: manal_morsy@merck.com

June 10, 2002



MERCK
Research Laboratories

Kathryn C. Zoon, Ph.D., Director
Food and Drug Administration
Center for Biologics Evaluation and Research
Office of Vaccines Research & Review
Division of Vaccines and Related Products Applications
Document Control Center (HFM-99)
Woodmont Office Center
1401 Rockville Pike, Suite 200N
Rockville, MD  20852-1448

Serial No. 086

Dear Dr. Zoon:

**BB-IND 1016: Combined Live Measles-Mumps-Rubella (RA 27/3) Virus Vaccine
(M-M-R®II)**

### RESPONSE TO CBER COMMENTS

Reference is made to the following CBER – Merck communications:
- CBER meeting minutes to Merck (Assay Development discussion April 11, 2000 – BB IND 1016).
- March 12, 2001 Merck submission to CBER (BB IND 1016, Serial # 063).
- Merck submission to CBER on October 10, 2001 (Bridging study – Mumps Wild Type ELISA (Mumps WT ELISA) and Legacy Mumps ELISA - BB IND 1016, serial # 072).
- Teleconference discussion between Merck and CBER on October 16, 2001 (summary of discussion outcome faxed to Ms. Luba Vujcic on October 19, 2001 and submitted to CBER on October 25, 2001 – BB IND 1016, serial # 075) regarding the Mumps WT ELISA assay.

This submission is in response to CBER's request for additional information regarding the cutoff chosen for the Mumps WT ELISA comparing the ELISA cutoff to the AIGENT assay cutoff and specifically to provide:

A) Clarification regarding reference sera used in the Mumps WT ELISA assay as they relate to the Anti-IgG Mumps Plaque Reduction Neutralization (AIGENT) assay – using the same reference sera to assist in the comparison of results between the two assays

B) Identification of individual titers in relative range around cutoffs of both assays in order to confirm that both assay are categorizing sera in a comparable fashion

**CONFIDENTIAL**

MRK-KRA00761629

Appx5231

Dr. Kathryn Zoon
**BB-IND 1016: Combined Live Measles-Mumps-Rubella (RA 27/3) Virus Vaccine, (M-M-R®II)**

In addition Merck requests the use of the Mumps WT ELISA assay in place of the AIGENT assay for one year persistence sera analysis in the Mumps End Expiry Study (BB IND 1016, Protocol 007).

Merck is providing the following attachments with this package:

1.  Mumps Wild Type ELISA cutoff, justification based on the Anti-IgG Mumps Plaque Reduction Neutralization (AIGENT) Assay standards and controls (Attachment 1).

2.  Comparison Between the Mumps Wild Type (WT) ELISA (SOP 910.0096) and the Anti-IgG Enhanced Plaque Reduction Neutralization (AIGENT) Assay for Mumps (SOP 874.3489) Using the "Original" AIGENT Results (Attachment 2).

3.  Expected Mismatch Classification Rates Due to Assay Variability (Attachment 3).

Protocol 007 and DAP amendments reflecting the change in assay to be used for one year persistence sera analysis (BB IND 1016, study titled "A Study of M-M-R®II at Mumps Expiry Potency in Healthy Children 12 to 18 Months of Age") are submitted separately but simultaneous with this document.

CBER concurrence is requested for the following:

1.  Mumps WT ELISA cutoff of 10 Ab units.

2.  Merck's request to use the Mumps WT ELISA only in place of using both the AIGENT assay and ELISA for measuring persistence of the mumps immune response at the one year time point (Protocol and DAP Amendments - BB IND 1016, protocol 007 – secondary objective – sent to CBER simultaneously with this submission).

If you need further information, please do not hesitate to contact me at (484) 344-3785, or in my absence, Henrietta Ukwu, M.D. at (484) 344-7176.

Sincerely,

Manal A. Morsy, M.D., Ph D.
Associate Director
Worldwide Regulatory Affairs
Vaccines / Biologics

Attachment
Federal Express

Desk copy to Dr. K. Carbone

2

**CONFIDENTIAL**

MRK-KRA00761630

Appx5232

| | |
|---|---|
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES**<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION<br>**INVESTIGATIONAL NEW DRUG APPLICATION (IND)**<br>*(TITLE 21, CODE OF FEDERAL REGULATIONS (CFR) PART 312)* | Form Approved: OMB No. 0910-0014.<br>Expiration Date: September 30, 2002<br>See OMB Statement on Reverse.<br><br>**NOTE:** No drug may be shipped or clinical investigation begun until an IND for that investigation is in effect (21 CFR 312.40). |

| | |
|---|---|
| 1. NAME OF SPONSOR<br>Merck & Co., Inc. | 2. DATE OF SUBMISSION<br>June 10, 2002 |
| 3. ADDRESS *(Number, Street, City, State and Zip Code)*<br>Sumneytown Pike<br>P.O. Box 4, BLB-22<br>West Point, PA 19486 | 4. TELEPHONE NUMBER<br>*(Include Area Code)*<br>(484) 344-3785 |
| 5. NAME(S) OF DRUG *(Include all available names: Trade, Generic, Chemical, Code)*<br>Combined Live Measles-Mumps-Rubella (RA 27/3) Virus Vaccine | 6. IND NUMBER *(If previously assigned)*<br>1016 |

7. INDICATION(S) *(Covered by this submission)*

Prevention of measles-mumps and rubella virus infections

8. PHASE(S) OF CLINICAL INVESTIGATION TO BE CONDUCTED:

☐ PHASE 1 ☐ PHASE 2 ☐ PHASE 3 ☒ OTHER 5
*(Specify)*

9. LIST NUMBERS OF ALL INVESTIGATIONAL NEW DRUG APPLICATIONS (21 CFR Part 312), NEW DRUG OR ANTIBIOTIC APPLICATIONS (21 CFR Part 314), DRUG MASTER FILES (21 CFR Part 314.420), AND PRODUCT LICENSE APPLICATIONS (21 CFR Part 601) REFERRED TO IN THIS APPLICATION.

| | |
|---|---|
| 10. *IND submission should be consecutively numbered. The initial IND should be numbered "Serial number: 000." The next submission (e.g., amendment, report, or correspondence) should be numbered "Serial Number: 001." Subsequent submissions should be numbered consecutively in the order in which they are submitted.* | SERIAL NUMBER<br>086 |

11. THIS SUBMISSION CONTAINS THE FOLLOWING: *(Check all that apply)*
☐ INITIAL INVESTIGATIONAL NEW DRUG APPLICATION (IND)  ☐ RESPONSE TO CLINICAL HOLD

PROTOCOL AMENDMENT(S):  INFORMATION AMENDMENT(S):  IND SAFETY REPORT(S):

☐ NEW PROTOCOL  ☐ CHEMISTRY/MICROBIOLOGY  ☐ INITIAL WRITTEN REPORT
☐ CHANGE IN PROTOCOL  ☐ PHARMACOLOGY/TOXICOLOGY  ☐ FOLLOW-UP TO A WRITTEN REPORT
☐ NEW INVESTIGATOR  ☐ CLINICAL

☒ RESPONSE TO FDA REQUEST FOR INFORMATION  ☐ ANNUAL REPORT  ☐ GENERAL CORRESPONDENCE

☐ REQUEST FOR REINSTATEMENT OF IND THAT IS WITHDRAWN, INACTIVATED, TERMINATED OR DISCONTINUED  ☐ OTHER _____
*(Specify)*

**CHECK ONLY IF APPLICABLE**

JUSTIFICATION STATEMENT MUST BE SUBMITTED WITH APPLICATION FOR ANY CHECKED BELOW. REFER TO THE CITED CFR SECTION FOR FURTHER INFORMATION.

☐ TREATMENT IND 21 CFR 312.35(b)  ☐ TREATMENT PROTOCOL 21 CFR 312.35(a)  ☐ CHARGE REQUEST/NOTIFICATION 21 CFR312.7(d)

**FOR FDA USE ONLY**

| CDR/DBIND/DGD RECEIPT STAMP | DDR RECEIPT STAMP | DIVISION ASSIGNMENT: |
|---|---|---|
| | | IND NUMBER ASSIGNED: |

FORM FDA 1571 (10/99)  PREVIOUS EDITION IS OBSOLETE  PAGE 1 OF 2

Created by: PSC Media Arts Branch (301) 443-2454  EF

**CONFIDENTIAL**

**MRK-KRA00761631**

**Appx5233**

**12.**

**CONTENTS OF APPLICATION**

This application contains the following items: *(Check all that apply)*

- ☒ 1. Form FDA 1571 *[21 CFR 312.23(a)(1)]*
- ☐ 2. Table of Contents *[21 CFR 312.23(a)(2)]*
- ☐ 3. Introductory statement *[21 CFR 312.23(a)(3)]*
- ☐ 4. General Investigational plan *[21 CFR 312.23(a)(3)]*
- ☐ 5. Investigator's brochure *[21 CFR 312.23(a)(5)]*
- ☐ 6. Protocol(s) *[21 CFR 312.23(a)(6)]*
    - ☐ a. Study protocol(s) *[21 CFR 312.23(a)(6)]*
    - ☐ b. Investigator data *[21 CFR 312.23(a)(6)(iii)(b)]* or completed Form(s) FDA 1572
    - ☐ c. Facilities data *[21 CFR 312.23(a)(6)(iii)(b)]* or completed Form(s) FDA 1572
    - ☐ d. Institutional Review Board data *[21 CFR 312.23(a)(6)(iii)(b)]* or completed Form(s) FDA 1572
- ☐ 7. Chemistry, manufacturing, and control data *[21 CFR 312.23(a)(7)]*
    - ☐ Environmental assessment or claim for exclusion *[21 CFR 312.23(a)(7)(iv)(e)]*
- ☐ 8. Pharmacology and toxicology data *[21 CFR 312.23(a)(8)]*
- ☐ 9. Previous human experience *[21 CFR 312.23(a)(9)]*
- ☒ 10. Additional information *[21 CFR 312.23(a)(10)]*

---

**13.** IS ANY PART OF THE CLINICAL STUDY TO BE CONDUCTED BY A CONTRACT RESEARCH ORGANIZATION? ☐ YES ☒ NO

IF YES, WILL ANY SPONSOR OBLIGATIONS BE TRANSFERRED TO THE CONTRACT RESEARCH ORGANIZATION? ☐ YES ☐ NO

IF YES, ATTACH A STATEMENT CONTAINING THE NAME AND ADDRESS OF THE CONTRACT RESEARCH ORGANIZATION, IDENTIFICATION OF THE CLINICAL STUDY, AND A LISTING OF THE OBLIGATIONS TRANSFERRED.

**14.** NAME AND TITLE OF THE PERSON RESPONSIBLE FOR MONITORING THE CONDUCT AND PROGRESS OF THE CLINICAL INVESTIGATIONS

Luwy K. Musey, M.D., Associate Director
Biologics Clinical Research

**15.** NAME(S) AND TITLE(S) OF THE PERSON(S) RESPONSIBLE FOR REVIEW AND EVALUATION OF INFORMATION RELEVANT TO THE SAFETY OF THE DRUG

Luwy K. Musey, M.D., Associate Director
Biologics Clinical Research

I agree not to begin clinical investigations until 30 days after FDA's receipt of the IND unless I receive earlier notification by FDA that the studies may begin. I also agree not to begin or continue clinical investigations covered by the IND if those studies are placed on clinical hold. I agree that an Institutional Review Board (IRB) that complies with the requirements set fourth in 21 CFR Part 56 will be responsible for initial and continuing review and approval of each of the studies in the proposed clinical investigation. I agree to conduct the investigation in accordance with all other applicable regulatory requirements.

| 16. NAME OF SPONSOR OR SPONSOR'S AUTHORIZED REPRESENTATIVE | 17. SIGNATURE OF SPONSOR OR SPONSOR'S AUTHORIZED REPRESENTATIVE | |
|---|---|---|
| Manal Morsy, M.D., Ph.D., Associate Director Worldwide Regulatory Affairs, Vaccines/Biologics | *Manal Mor* | |
| **18.** ADDRESS *(Number, Street, City, State and Zip Code)* Sumneytown Pike P.O. Box 4, BLB-22 West Point, PA 19486 | **19.** TELEPHONE NUMBER *(Include Area Code)* (484) 344-3785 | **20.** DATE *June 10, 2002* |

**(WARNING:** A willfully false statement is a criminal offense. U.S.C. Title 18, Sec. 1001.)

Public reporting burden for this collection of information is estimated to average 100 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

| Food and Drug Administration CBER (HFM-99) 1401 Rockville Pike Rockville, MD 20852-1448 | Food and Drug Administration CDER (HFD-94) 5516 Nicholson Lane Kensington, MD 20895 | "An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number." |
|---|---|---|

Please **DO NOT RETURN** this application to this address.

FORM FDA 1571 (10/99)                                                    PAGE 2 OF 2

CONFIDENTIAL

MRK-KRA00761632

**Appx5234**

Information and data submitted herein contains trade secrets, or privileged or confidential information, the property of Merck & Co., Inc., and government agencies are not authorized to make it public without written permission from Merck.

CONFIDENTIAL

MRK-KRA00761633

Appx5235

**Issues:**

1. CBER requested additional information regarding the cutoff chosen for the Mumps WT ELISA comparing the ELISA cutoff to the AIGENT assay cutoff and specifically to provide:

    A) Clarification regarding reference sera used in the Mumps WT ELISA assay as they relate to the AIGENT assay – using the same reference sera to assist in the comparison of results between the two assays

    B) Identification of individual titers in relative range around cutoffs of both assays in order to confirm that both assay are categorizing sera in a comparable fashion.

2. Merck requests the use of the Mumps WT ELISA assay in place of the AIGENT assay for one year persistence sera analysis in the Mumps End Expiry Study (BB IND 1016, Protocol 007).

**Merck Responses / Comments:**

1. CBER requests additional information regarding the cutoff chosen for the Mumps WT ELISA comparing the ELISA cutoff to the AIGENT assay cutoff and specifically to provide:

    A) Clarification regarding reference sera used in the Mumps WT ELISA as they relate to the AIGENT assay – using the same reference sera to assist in the comparison of results between the two assays

In response this request, Merck conducted comparisons between the standard and control sera used in routine operation of the Mumps WT ELISA (SOP #910.0096) were tested in the AIGENT assay (V&CB Research Procedure #874.3489) in order to estimate their titers in the AIGENT assay. Although not requested by CBER, the AIGENT control samples were also tested in the Mumps WT ELISA to estimate their titers in that assay (Attachment 1).

The Mumps WT ELISA samples tested in the AIGENT assay were the standard, the high positive control, the low positive control, and the negative control, a pool of historically negative serum samples, mock serum and AIGENT control samples. Six assay runs were performed, with three independent preparations of each sample tested in each assay run. In a corresponding fashion, the AIGENT high and low positive controls were tested in the Mumps WT ELISA.

The precision (%RSD) for the AIGENT assay as reported in the validation is 43%. The precision for the Mumps WT ELISA as reported in the validation is 25%. In production runs the precision of the Mumps WT ELISA as measured on the control samples is 39%.

3

**CONFIDENTIAL**

MRK-KRA00761634

Appx5236

Results are shown in table 1 below:

**Table 1:**

| Sample | AIGENT GMT reciprocal dil. [AIGENT Spec. Limit] or (95% CI)[*] | ELISA GMT Ab units [ELISA Spec. Limit] or (95% CI)[*] |
|---|---|---|
| AIGENT LPC | 912 [256, 2048] | 17 (15, 21) |
| AIGENT HPC | 8192 [2048, 16384] | 508 (425, 608) |
| ELISA HPC | 4257 (3355, 5401) | 490 [>279.4] |
| ELISA LPC | 948 (747, 1203) | 47 [16.3, 117.0] |
| ELISA Negative controls | <32 | <5 [<10] |
| ELISA Standard | 7298 (5753, 9259) | 160** |
| * Confidence intervals based on overall estimates of intra- and inter-assay variability. **ELISA assigned potency; [Specification Limit]; (95% CI) | | |

Relative variability was comparable among AIGENT samples and between assay and within assay variance components on the natural logarithm transformed titers are 0.0229 and 0.0855, respectively. The corresponding between assay, within assay, and total %RSD's are 16.3%, 34.0%, and 39.0%, respectively, and the standard error of the GMT for each sample is 9.7%.

In a corresponding fashion, the AIGENT high and low positive controls were tested in the Mumps WT ELISA. Relative variability was comparable between AIGENT control samples. Between assay and within assay variance components on the natural logarithm transformed titers were 0.0206 and 0.0255, respectively. The corresponding between assay, within assay, and total %RSD's are 15.4%, 17.3%, and 23.9%, respectively, and the standard error of the GMT for each sample is 7.2%.

Conclusion:
**There is good agreement between the AIGENT and Mumps WT ELISA assays with regard to performance of controls and Standards. The low positive controls, high positive controls, ELISA negative control and the ELISA standard, performed similarly in both assays relative to the cutoff of 10 Ab Units in the Mumps WT ELISA and a cutoff of 1:32 in the AIGENT assay.**

4

CONFIDENTIAL

MRK-KRA00761635

Appx5237

Titer listings are in tables 2 and 3:

**Table 2**
**AIGENT Assay Titer Listing**

| Sample | Rep | Assay Run | | | | | |
|---|---|---|---|---|---|---|---|
| | | MMRV-26-02 | MMRV-27-02 | MMRV-28-02 | MMRV-29-02 | MMRV-52-02 | MMRV-53-02 |
| **ELISA Std (FB)** | 1 | 4096 | 8192 | 8192 | 4096 | 8192 | 8192 |
| | 2 | 8192 | 4096 | 8192 | 8192 | 8192 | 8192 |
| | 3 | 8192 | 8192 | 8192 | 8192 | 8192 | 8192 |
| **ELISA High PC (PB)** | 1 | 2048 | 4096 | 8192 | 4096 | 8192 | 4096 |
| | 2 | 2048 | 4096 | 4096 | 8192 | 8192 | 4096 |
| | 3 | 4096 | 2048 | 4096 | 4096 | 4096 | 4096 |
| **ELISA Low PC (RK)** | 1 | 1024 | 512 | 1024 | 1024 | 1024 | 1024 |
| | 2 | 1024 | 512 | 1024 | 1024 | 1024 | 1024 |
| | 3 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 |
| **ELISA Neg. Control** | 1 | <32 | <32 | <32 | <32 | <32 | <32 |
| | 2 | <32 | <32 | <32 | <32 | <32 | <32 |
| | 3 | <32 | <32 | <32 | <32 | <32 | <32 |
| **AIGENT High PC (CMB)** | 1 | 8192 | 8192 | 8192 | 8192 | 8192 | 8192 |
| **AIGENT Low PC (MKY)** | 1 | 1024 | 1024 | 1024 | 1024 | 1024 | 512 |

**Table 3**
**Mumps WT ELISA Titer Listing**

| Sample | Rep | Dilution | Assay Run | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1130_X_03 | 1130_X_04 | 1204_X_07 | 1204_X_08 | 1205_X_02 | 1205_X_03 |
| **AIGENT High PC (CMB)** | 1 | 1000 | 423 | 362 | 392 | 339 | 518 | LE |
| | | 10000 | 467 | 439 | 568 | 460 | 599 | LE |
| | 2 | 1000 | 508 | 458 | 633 | 408 | >640 | >640 |
| | | 10000 | 510 | 460 | 544 | 419 | 616 | 576 |
| | 3 | 1000 | >640 | 633 | >640 | 481 | >640 | >640 |
| | | 10000 | 535 | 500 | 628 | 456 | 659 | 586 |
| **AIGENT Low PC (MKY)** | 1 | 1000 | 16 | 16 | 25 | 16 | 27 | 19 |
| | | 10000 | <50 | <50 | <50 | <50 | 67 | <50 |
| | 2 | 1000 | 15 | 15 | 18 | 13 | 24 | 20 |
| | | 10000 | <50 | <50 | <50 | <50 | <50 | <50 |
| | 3 | 1000 | 16 | 14 | 17 | 15 | 20 | 15 |
| | | 10000 | <50 | <50 | <50 | <50 | <50 | <50 |
| **ELISA High PC (PB)** | 1 | 2000 | 440 | 430 | 529 | 509 | 471 | 574 |
| **ELISA Low PC (RK)** | 1 | 1000 | 45 | 43 | 53 | 45 | 51 | 45 |

LE - Lab Error
Per study protocol, only the highlighted results for AIGENT samples CMB and MKY are used in subsequent analyses.

5

MRK-KRA00761636

Appx5238

1. CBER request that Merck provide additional justification for the cutoff chosen for the Mumps WT ELISA comparing the ELISA cutoff to the AIGENT assay cutoff and specifically to provide:

    B) Identification of individual titers in relative range around cutoffs of both assays in order to confirm that both assay are categorizing sera in a comparable fashion

In response to this request Merck conducted comparison between the Mumps WT ELISA (SOP 910.0096) and the AIGENT assay for Mumps (SOP 874.3489) Using the "Original" AIGENT Results (Attachment 2).

AIGENT and Mumps WT ELISA pre-vaccination and Day 42 post-vaccination titers from 565 subjects in the M-M-R®II 007 trial were compared in the Mumps WT ELISA assay using a serostatus cutoff of 10 Ab units relative to the AIGENT assay using a serostatus cutoff of 32 (1:32 dilution). AIGENT titers presented in this report were obtained using only the pre-specified SOP 874.3489 and validation rules.

The 2×2 cross-classification tables summarizing the sero-status assignments (Table 4-7).

**Table 4**
**Sero-Status Cross-Classification for M-M-R®II 007 Pre- and Post-Vaccination Samples**

|  |  | AIGENT | | |
|---|---|---|---|---|
|  |  | >=32 | <32 | Total |
| ELISA | >=10 | 469 | 29 | 498 |
|  | <10 | 69 | 456 | 525 |
|  | Total | 538 | 485 | 1023 |

**Table 5**
**Sero-Status Cross-Classification for M-M-R®II 007 Pre-Vaccination Samples**

|  |  | AIGENT | | |
|---|---|---|---|---|
|  |  | >=32 | <32 | Total |
| ELISA | >=10 | 3 | 7 | 10 |
|  | <10 | 58 | 442 | 500 |
|  | Total | 61 | 449 | 510 |

6

MRK-KRA00761637

Appx5239

**Table 6**
**Sero-Status Cross-Classification for M-M-R®II 007 Post-Vaccination Samples**

|  |  | AIGENT | | |
|---|---|---|---|---|
|  |  | >=32 | <32 | Total |
| ELISA | >=10 | 466 | 22 | 488 |
|  | <10 | 11 | 14 | 25 |
|  | Total | 477 | 36 | 513 |

**Table 7**
**Sero-Conversion Cross-Classification for M-M-R®II 007**

|  |  | AIGENT | | |
|---|---|---|---|---|
|  |  | >=32 | <32 | Total |
| ELISA | >=10 | 400 | 19 | 419 |
|  | <10 | 10 | 13 | 23 |
|  | Total | 410 | 32 | 442 |

Despite that AIGENT titers are measured values and subject to the variabilities inherent in a biological assay, agreement between the ELISA and AIGENT assays was found to be quite good, exceeding 85% for each of the cross-classification measures evaluated (sensitivity, specificity, positive and negative predictive value, and overall percent agreement). The overall agreement rate between the two assays is 90.4% (925/1023) with 469 samples classified as positive in both assays and 456 samples classified as negative in both assays. Of the 98 discordant pairs, 29 were positive in the ELISA and negative in the AIGENT, and 69 were positive in the AIGENT and negative in the ELISA. Relative to the AIGENT assay, the sensitivity of the ELISA assay is 87.2% (469/538), the specificity of the ELISA assay is 94.0% (456/485), the predictive value of a negative ELISA is 86.9% (456/525), and the predictive value of a positive ELISA is 94.2% (469/498) (Table 4).

Separate cross-classification tables were also constructed for the pre- and post-vaccination samples (Tables 5 and 6). A pre-vaccination sample was more likely to be classified sero-positive in the AIGENT assay than in the ELISA (12.0% as compared to 2.0%), and a post-vaccination sample was only slightly less likely to be classified sero-positive in the AIGENT assay than in the ELISA (93.0% as compared to 95.1%). With respect to sero-conversion (Table 7), the overall agreement

rate between assays was 93.4% (413/442), with the ELISA being only slightly more likely than the AIGENT to classify a sample as a seroconverter. Among the set of

7

CONFIDENTIAL

MRK-KRA00761638

samples that were evaluable in both assays, the sero-conversion rate was 94.8% (419/442) in the ELISA and 92.8% (410/442) in the AIGENT assay.

Discrepancies between the AIGENT and Mumps WT ELISA:

In a comparison between the WT ELISA and AIGENT assays, discordant classifications were observed for 33 of 513 post-vaccination samples tested in both assays. The data were evaluated in an attempt to determine if the number and distribution of the discordant classifications differ from what might be expected given assay variability (Attachment 3). Acknowledging certain limitations of the assessment, the analysis indicates that for samples within two standard deviations of the cutoff, the observed number of mismatched sample classifications are within expectation. However, beyond two assay standard deviations (i.e., WT ELISA titer ≥20 Ab units), only one or two mismatches are expected to occur due to assay variability alone, and in this study there were 16 samples having a WT ELISA ≥20 Ab units that were AIGENT negative, and 8 samples having an AIGENT titer ≥512 that were WT ELISA negative.

Inferences from the resampling analysis are limited in that (1) the true titers for the samples are unknown; (2) the negative WT ELISA samples were not included in the resampling procedure as titers are not measured below 10 Ab units; and (3) a similar analysis could not be performed using the AIGENT titers since the proximity of a sample value to the cutoff is difficult to determine given the acknowledged pro-zone effect in the AIGENT assay. It is also noted that the mismatch rates obtained through the resampling procedure represent mismatches in both directions, whereas the observed rates presented in Table 8 are only in one direction (i.e., WT ELISA postive and AIGENT negative). It is likely that this comparison provides for a more appropriate assessment in light of item (2) above. That is, several of the samples that tested negative in the WT ELISA may have had titers close to the cutoff (e.g., 8-9 Ab units), and had they been included in the resampling procedure, would have resulted in an increase (perhaps a doubling) in the number of expected mismatched samples in the neighborhood of the cutoff.

The minor differences observed at the low end of the spectrum thus may be accounted for by the artificially truncated sensitivity of the AIGENT assay due to the choice of lowest dilution tested and/or the pro-zone effect inherent to this type of assay.

**Conclusion:**
**There is good agreement between the Mumps WT ELISA and the AIGENT assays in terms of serostatus classification when using a cutoff of 10 Ab units in the Mumps WT ELISA and a cutoff of 1:32 in the AIGENT assay. Identification of individual titers in relative range around cutoffs of both assays confirms that both assay are categorizing sera in a comparable fashion.**

8

CONFIDENTIAL

**Table 8**
**Observed and Expected Mismatch Rates as a Function of Distance from the Cutoff**
**in the Context of the Comparison Between the AIGENT and WT ELISA Assays**

| ELISA Titer Grouping | ELISA Titer Grouping | Resampling Procedure | | | | Observed Results | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | ELISA Titer Distribution | No. Mismatched Samples | 95% CI on No. Mismatched Samples | Percent Mismatched Samples | ELISA Titer Distribution | No. Mismatched Samples | Percent Mismatched Samples of Subgroup | Percent Mismatched Samples of Total |
| 10<=titer<1sd | 10<=titer<14.1 | 12.62 | 5.10 | (1,10) | 40.40% | 13 | 4 | 30.77% | 0.82% |
| 1sd<=titer<2sd | 14.1<=titer<20 | 14.64 | 1.96 | (0,5) | 13.40% | 12 | 2 | 16.67% | 0.41% |
| 2sd<=titer<3sd | 20<=titer<28.3 | 29.71 | 0.41 | (0,2) | 1.40% | 31 | 6 | 19.35% | 1.23% |
| 3sd<=titer<4sd | 28.3<=titer<40 | 36.92 | 0.03 | (0,1) | 0.10% | 37 | 2 | 5.41% | 0.41% |
| 4sd<=titer<5sd | 40<=titer<56.6 | 65.74 | 0.00 | (0,0) | 0.00% | 69 | 4 | 5.80% | 0.82% |
| 5sd<=titer<6sd | 56.6<=titer<80 | 78.19 | 0.00 | (0,0) | 0.00% | 77 | 1 | 1.30% | 0.20% |
| 6sd<=titer<7sd | 80<=titer<113.1 | 81.75 | 0.00 | (0,0) | 0.00% | 83 | 0 | 0.00% | 0.00% |
| 7sd<=titer<8sd | 113.1<=titer<160 | 79.62 | 0.00 | (0,0) | 0.00% | 78 | 2 | 2.56% | 0.41% |
| 8sd<=titer<9sd | 160<=titer<226.2 | 51.68 | 0.00 | (0,0) | 0.00% | 49 | 1 | 2.04% | 0.20% |
| 9sd<=titer<10sd | 226.2<=titer<320 | 23.71 | 0.00 | (0,0) | 0.00% | 25 | 0 | 0.00% | 0.00% |
| 11sd<=titer | 320<=titer | 13.43 | 0.00 | (0,0) | 0.00% | 14 | 0 | 0.00% | 0.00% |
| | Totals: | 488 | 7.49 | | | 488 | 22 | | 4.51% |

9

CONFIDENTIAL

MRK-KRA00761640

Appx5242

Bridging to historical performance:

Comparison of the Mumps WT ELISA 10 Ab units cutoff to the Legacy Mumps ELISA cutoff using historical M-M-R®II data:

To assess the change to 10 ELISA Ab units on the historical mumps seroconversion rates (based on the definition of seronegative and seropositive in the Legacy Mumps ELISA), data from 10 Merck clinical trials in which M-M-R®II was administered were analyzed using both the old and new mumps cutoffs. The studies included were ProQuad™ protocols 004, 005, and 007, COMVAX™ protocol 009, M-M-R®II protocol 006, and VARIVAX™ protocols 010, 032, 033, 044, 045, and 051.

Per assay protocol for the Legacy Mumps ELISA, serostatus was assigned at the 1:100 dilution using a variable cutoff (~2 Ab units) in these studies. For the Wild Type mumps ELISA assay, samples are run at the 1:1000 dilution. Based on a bridging study between the Legacy Mumps ELISA assay and the Mumps WT ELISA assay [Merck submission to CBER on October 10, 2001: Bridging Study of the Legacy Mumps ELISA (SOP No. 910.0007) and Mumps "Wild Type" IgG ELISA (SOP No. 910.0096) BB IND 1016, serial #072], titers are approximately 1.5 times higher when tested in the Mumps WT ELISA when compared to the Legacy Mumps ELISA due to differences in dilution. Thus, the cutoff of 10 Ab units in the Mumps WT ELISA corresponds to approximately 6.67 Ab units (10 Ab units/1.5) in the Legacy Mumps ELISA.

Table 9 shows the mumps seroconversion rates from 10 Merck clinical trials using both the old and new mumps cutoffs. For each study, all treatment groups which received M-M-R®II were combined and a single seroconversion rate was reported. As explained above, pre and postvaccination titers from these studies were compared to 6.67 Ab units to estimated the seroconversion rate based on the Wild Type mumps cutoff of 10 Ab units. Though slightly lower, the Mumps WT ELISA cutoff provides consistent response rates when compared with the Legacy Mumps ELISA cutoff, with the overall mumps seroconversion rate differing by 1.1 percentage points between the two assays (99.1% based on the Legacy Mumps ELISA cutoff versus 98.0% based on the Mumps WT ELISA cutoff).

**Conclusion:**
**High rate of agreement between the Mumps WT ELISA and the Legacy Mumps ELISA is observed when using a cutoff of 10 Ab units cutoff point on serostatus interpolation and assignments to historical data.**

10

MRK-KRA00761641

Appx5243

**Table 9**

Comparison of the Mumps WT ELISA 10 Ab units cutoff to the Legacy Mumps ELISA cutoff using historical M-M-R®II data

| Cutoff | Protocol | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 004 (n=204) | 005 (n=135) | 006 (n=84) | 007 (n=118) | 009 (n=674) | 010 (n=188) | 032 (n=458) | 033 (n=459) | 044 (n=609) | 045 (n=944) | 051 (n=842) | All (n=4715) |
| Old[†] | 99.5% | 99.3% | 100% | 99.2% | 98.8% | 98.4% | 99.3% | 99.1% | 99.0% | 98.5% | 99.6% | 99.1% |
| New[‡] | 98.5% | 97.8% | 100% | 98.3% | 97.7% | 97.9% | 98.5% | 97.5% | 97.7% | 97.4% | 98.7% | 98.0% |
| [†]Cutoff Based on Legacy Mumps ELISA [‡]Cutoff Based on Mumps WT ELISA | | | | | | | | | | | | |

11

**CONFIDENTIAL**

MRK-KRA00761642

Appx5244

2. Merck requests the use of the Mumps WT ELISA assay in place of the AIGENT assay for one year persistence sera analysis in the Mumps End Expiry Study (BB IND 1016, Protocol 007).

CBER previously agreed that the Mumps Wild Type ELISA assay can be used in place of the AIGENT assay for the remainder of the Mumps End Expiry Study (BB IND 1016, Protocol 007) if a comparison between the Mumps WT ELISA and the AIGENT assay shows acceptable agreement between the two assays.

All pre-vaccination and post-vaccination second visit (day 42) sera are run in both the AIGENT assay and the Mumps WT ELISA for measurement of mumps immune response. Protocol 007 and the study DAP also specify that both assays are used for measurement of persistent immune response at 1 year post vaccination. Based on the following conclusions:

1. Good agreement between the AIGENT and Mumps WT ELISA assays with regards to performance of controls and Standards. The low positive controls, high positive controls, ELISA negative control and the ELISA standard, performed similarly in both assays relative to the cutoff of 10 Ab Units in the Mumps WT ELISA and a cutoff of 1:32 in the AIGENT assay.

2. Good agreement between the Mumps WT ELISA and the AIGENT assays in terms of serostatus classification when using a cutoff of 10 Ab units in the Mumps WT ELISA and a cutoff of 1:32 in the AIGENT assay. Confirmation both assays are categorizing sera identified of individual titers in relative range around cutoffs in a comparable fashion.

3. High rate of agreement between the Mumps WT ELISA and the Legacy Mumps ELISA is observed when using a cutoff of 10 Ab units cutoff point on serostatus interpolation and assignments to historical data.

Mumps End Expiry protocol and DAP have been amended (BB IND 1016, protocol 007) removing the requirement for using the AIGENT assay to measure mumps immune response persistence at 1 year post vaccination and maintained only the requirement to use the Mumps WT ELISA for measurement of mumps immune response persistence at one year.

**CBER concurrence is requested for the following:**
1. **Wild Type Mumps ELISA assay cutoff of 10 antibody units.**
2. **Use of Wild type Mumps ELISA assay only in place of both PRN Assay and Wild type Mumps ELISA for summarizing the one-year persistence of antibody data to mumps (Protocol and DAP Amendments - BB IND 1016, protocol 007 – secondary hypothesis).**

12

CONFIDENTIAL

MRK-KRA00761643

Appx5245

Attachment 1

CONFIDENTIAL

MRK-KRA00761644

Appx5246

# ATTACHMENT #1

CONFIDENTIAL

MRK-KRA00761645

Appx5247



 **MERCK**

**SUBJECT:** Testing the Mumps Wild Type ELISA Standard and Control Samples in the Mumps Anti-IgG Enhanced Plaque Reduction Neutralization Assay

*Summary*
Per CBER request, the standard and control sera used in routine operation of the Mumps Wild Type (WT) IgG ELISA (SOP #910.0096) were tested in the Mumps Anti-IgG Enhanced Plaque Reduction Neutralization (AIGENT) Assay (V&CB Research Procedure #874.3489) in order to estimate their titers in the AIGENT Assay. Although not requested by CBER, the Mumps AIGENT control samples were also tested in the WT ELISA to estimate their titers in that assay.

The Mumps WT ELISA samples tested in the AIGENT assay were the standard (FB), the high positive control (PB), the low positive control (RK), and the negative control (NC). Within each run of this experiment, samples were tested in an extended 2-fold dilution series from 1:32 to 1:65536. The AIGENT high and low positive control samples, CMB and MKY, respectively, were also included in each run per assay operating procedure. Six assay runs were performed, with three independent preparations of each sample tested in each assay run. Each assay run was valid based on the average number of plaque counts for the mock control and the titers of the AIGENT control samples. In a corresponding fashion, the AIGENT high and low positive control samples were tested in the WT ELISA. Six assay runs were performed, with three independent preparations of each sample tested in each assay run. Each WT ELISA run was valid per the assay validity criteria established for the Mumps WT ELISA.

The results of the experiment are summarized in the table below:

### Geometric Mean Titers (GMT) for Assay Controls and Standard in the Mumps AIGENT and Mumps WT ELISA Assays

| Sample | AIGENT GMT reciprocal dil. [AIGENT Spec. Limit] or (95% CI)* | ELISA GMT Ab units [ELISA Spec. Limit] or (95% CI)* |
|---|---|---|
| AIGENT Low PC (MKY) | 912 [256, 2048] | 17 (15, 21) |
| AIGENT High PC (CMB) | 8192 [2048, 16384] | 508 (425, 608) |
| ELISA High PC (PB) | 4257 (3355, 5401) | 490 [>279.4] |
| ELISA Low PC (RK) | 948 (747, 1203) | 47 [16.3, 117.0] |
| ELISA Neg. Control | <32 | <5 [<10] |
| ELISA Standard (FB) | 7298 (5753, 9259) | 160** |

\* Confidence intervals based on overall estimates of intra- and inter-assay variability.
\*\* ELISA assigned potency

*Objective*
Per CBER request, the purpose of this experiment was to test the standard and control sera used in routine operation of the Mumps Wild Type (WT) IgG ELISA (SOP #910.0096) in the Anti-IgG Enhanced Mumps Plaque Reduction Neutralization (AIGENT) Assay (V&CB Research Procedure #874.3489) in order to determine the titers of these samples in the AIGENT Assay. Although not requested by CBER, the AIGENT control samples were also evaluated in the WT ELISA to determine their titers in the WT ELISA.

**CONFIDENTIAL**

**MRK-KRA00761646**

**Appx5248**


Business
Confidential
B use only

### Statistical Methods

Within and between variance components were estimated on the natural logarithm transformed titers using PROC MIXED in SAS. The model included terms for Sample and Run, with Sample specified as a fixed effect. Denoting the inter- and intra-assay variance component estimates by $\hat{\sigma}_b^2$ and $\hat{\sigma}_w^2$, respectively, the standard error of the geometric mean titer for an individual test sample was calculated as $\left( \exp\left( \sqrt{\dfrac{\hat{\sigma}_b^2}{n} + \dfrac{\hat{\sigma}_w^2}{r \times n}} \right) - 1 \right) \times 100\%$,

where $n$ and $r$ denote the number of assay runs and the number of independent preparations within each run, respectively. Denoting the geometric mean titer by $GMT$, the 95% confidence limits about the geometric mean, are given by $\left( GMT \div \exp\left( t_{0.05, n-1} \times \sqrt{\dfrac{\hat{\sigma}_b^2}{n} + \dfrac{\hat{\sigma}_w^2}{r \times n}} \right), GMT \times \exp\left( t_{0.05, n-1} \times \sqrt{\dfrac{\hat{\sigma}_b^2}{n} + \dfrac{\hat{\sigma}_w^2}{r \times n}} \right) \right)$.

### Study Design & Results

The Mumps WT ELISA samples tested in the AIGENT assay were the standard (FB), the high positive control (PB), the low positive control (RK), and the negative control (NC), a pool of historically negative serum samples. Acceptance ranges for these samples in the Mumps WT ELISA are indicated in Table 3. Within each run of this experiment, samples were tested in an extended 2-fold dilution series from 1:32 to 1:65536. The mock serum and AIGENT control samples were also included in each run per assay operating procedure. Six assay runs were performed, with three independent preparations of each sample tested in each assay run. Each assay run was valid based on the average number of plaque counts for the mock control (average count must be in the range of 10-40) and the titers of the AIGENT control samples (MKY control must be in the range of 256-2048, CMB control must be in the range of 2048-16384). The individual plaque counts are provided in the Attachment and the resulting AIGENT titers are listed in Table 1 and summarized in Table 3. Relative variability was comparable among AIGENT samples and therefore variability was estimated over the three positive samples, FB, PB, and RK. Between assay and within assay variance components on the natural logarithm transformed titers are 0.0229 and 0.0855, respectively. The corresponding between assay, within assay, and total %RSD's are 16.3%, 34.0%, and 39.0%, respectively, and the standard error of the GMT for each sample is 9.7%.

In a corresponding fashion, the Mumps AIGENT high and low positive controls, CMB and MKY, respectively, were tested in the Mumps WT ELISA. Acceptance ranges for these samples in the AIGENT assay are indicated in Table 3. Six assay runs were performed, with three independent preparations of each sample tested in each assay run. The resulting WT ELISA titers are listed in Table 2 and summarized in Table 3. Within each WT ELISA run, the AIGENT samples were tested at the 1:1000 and 1:10000 dilutions. Per the study protocol, the titer from the 1:10000 dilution was used only in cases where a more extreme dilution than 1:1000 was needed to obtain a determinate titer. Therefore, for the AIGENT samples, only the highlighted results in Table 2 were used in subsequent analyses. Relative variability was comparable between AIGENT control samples and therefore variability was estimated over the two samples. Between assay and within assay variance components on the natural logarithm transformed titers are 0.0206 and 0.0255, respectively. The corresponding between assay, within assay, and total %RSD's are 15.4%, 17.3%, and 23.9%, respectively, and the standard error of the GMT for each sample is 7.2%.

2

**CONFIDENTIAL**



**Table 1**
**Mumps AIGENT Assay Titer Listing**

| Sample | Rep | MMRV-26-02 | MMRV-27-02 | MMRV-28-02 | MMRV-29-02 | MMRV-52-02 | MMRV-53-02 |
|---|---|---|---|---|---|---|---|
| **ELISA Std (FB)** | 1 | 4096 | 8192 | 8192 | 4096 | 8192 | 8192 |
| | 2 | 8192 | 4096 | 8192 | 8192 | 8192 | 8192 |
| | 3 | 8192 | 8192 | 8192 | 8192 | 8192 | 8192 |
| **ELISA High PC (PB)** | 1 | 2048 | 4096 | 8192 | 4096 | 8192 | 4096 |
| | 2 | 2048 | 4096 | 4096 | 8192 | 8192 | 4096 |
| | 3 | 4096 | 2048 | 4096 | 4096 | 4096 | 4096 |
| **ELISA Low PC (RK)** | 1 | 1024 | 512 | 1024 | 1024 | 1024 | 1024 |
| | 2 | 1024 | 512 | 1024 | 1024 | 1024 | 1024 |
| | 3 | 1024 | 1024 | 1024 | 1024 | 1024 | 1024 |
| **ELISA Neg. Control** | 1 | <32 | <32 | <32 | <32 | <32 | <32 |
| | 2 | <32 | <32 | <32 | <32 | <32 | <32 |
| | 3 | <32 | <32 | <32 | <32 | <32 | <32 |
| **AIGENT High PC (CMB)** | 1 | 8192 | 8192 | 8192 | 8192 | 8192 | 8192 |
| **AIGENT Low PC (MKY)** | 1 | 1024 | 1024 | 1024 | 1024 | 1024 | 512 |

**Table 2**
**Mumps ELISA Titer Listing**

| Sample | Rep | Dilution | 1130_X_03 | 1130_X_04 | 1204_X_07 | 1204_X_08 | 1205_X_02 | 1205_X_03 |
|---|---|---|---|---|---|---|---|---|
| **AIGENT High PC (CMB)** | 1 | 1000 | 423 | 362 | 392 | 339 | 518 | LE |
| | | 10000 | 467 | 439 | 568 | 460 | 599 | LE |
| | 2 | 1000 | 508 | 458 | 633 | 408 | >640 | >640 |
| | | 10000 | 510 | 460 | 544 | 419 | 616 | 576 |
| | 3 | 1000 | >640 | 633 | >640 | 481 | >640 | >640 |
| | | 10000 | 535 | 500 | 628 | 456 | 659 | 586 |
| **AIGENT Low PC (MKY)** | 1 | 1000 | 16 | 16 | 25 | 16 | 27 | 19 |
| | | 10000 | <50 | <50 | <50 | <50 | 67 | <50 |
| | 2 | 1000 | 15 | 15 | 18 | 13 | 24 | 20 |
| | | 10000 | <50 | <50 | <50 | <50 | <50 | <50 |
| | 3 | 1000 | 16 | 14 | 17 | 15 | 20 | 15 |
| | | 10000 | <50 | <50 | <50 | <50 | <50 | <50 |
| **ELISA High PC (PB)** | 1 | 2000 | 440 | 430 | 529 | 509 | 471 | 574 |
| **ELISA Low PC (RK)** | 1 | 1000 | 45 | 43 | 53 | 45 | 51 | 45 |

LE - Lab Error
Per study protocol, only the highlighted results for AIGENT samples CMB and MKY are used in subsequent analyses.

3

MRK-KRA00761648

Appx5250



**Table 3**
**Geometric Mean Titers (GMT) for Assay Controls and Standard**
**in the Mumps AIGENT and Mumps WT ELISA Assays**

| Sample | AIGENT GMT reciprocal dil. [AIGENT Spec. Limit] or (95% CI)[*] | ELISA GMT Ab units [ELISA Spec. Limit] or (95% CI)[*] |
|---|---|---|
| AIGENT Low PC (MKY) | 912 [256, 2048] | 17 (15, 21) |
| AIGENT High PC (CMB) | 8192 [2048, 16384] | 508 (425, 608) |
| ELISA High PC (PB) | 4257 (3355, 5401) | 490 [>279.4] |
| ELISA Low PC (RK) | 948 (747, 1203) | 47 [16.3, 117.0] |
| ELISA Neg. Control | <32 | <5 [<10] |
| ELISA Standard (FB) | 7298 (5753, 9259) | 160[**] |
| [*] Confidence intervals based on overall estimates of intra- and inter-assay variability. | | |
| [**] ELISA assigned potency | | |

4

**CONFIDENTIAL**

CONFIDENTIAL

MRK-KRA00761650

Appx5252

# DATA FOR ATTACHMENT #1

CONFIDENTIAL

MRK-KRA00761651

Appx5253

**Attachment**
PRN Assay Run mmrv-26-02 Data Listing

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

| AIGENT results | | | Assay Controls | | Limits | Result | Validity |
|---|---|---|---|---|---|---|---|
| Assay: | mmrv-26-02 | | Mock: | | [10, 40] | 24.92 | Valid Assay |
| | | | Control 1: | | [256, 2048] | 1024 | Valid |
| | | | Control 2: | | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 1 | FB | 32 | 1 | 0 | 0 | 0.33 | 1 | 4096 |
| 1 | FB | 64 | 1 | 2 | 2 | 1.67 | 7 | |
| 1 | FB | 128 | 7 | 15 | 10 | 10.67 | 43 | |
| 1 | FB | 256 | 19 | 14 | 15 | 16.00 | 64 | |
| 2 | FB | 512 | 8 | 4 | 6 | 6.00 | 24 | |
| 2 | FB | 1024 | 1 | 0 | 2 | 1.00 | 4 | |
| 2 | FB | 2048 | 1 | 8 | 4 | 4.33 | 17 | |
| 2 | FB | 4096 | 5 | 7 | 3 | 5.00 | 20 | |
| 3 | FB | 8192 | 11 | 20 | 11 | 14.00 | 56 | |
| 3 | FB | 16384 | 19 | 22 | 22 | 21.00 | 84 | |
| 3 | FB | 32768 | 30 | 23 | 22 | 25.00 | 100 | |
| 3 | FB | 65536 | 24 | 32 | 30 | 28.67 | 115 | |
| 4 | FB | 32 | 0 | 2 | 1 | 1.00 | 4 | 8192 |
| 4 | FB | 64 | 0 | 0 | 1 | 0.33 | 1 | |
| 4 | FB | 128 | 7 | 9 | 6 | 7.33 | 29 | |
| 4 | FB | 256 | 16 | 6 | 10 | 10.67 | 43 | |
| 5 | FB | 512 | 3 | 6 | 7 | 5.33 | 21 | |
| 5 | FB | 1024 | 4 | 2 | 3 | 3.00 | 12 | |
| 5 | FB | 2048 | 5 | 3 | 4 | 4.00 | 16 | |
| 5 | FB | 4096 | 9 | 3 | 7 | 5.67 | 23 | |
| 6 | FB | 8192 | 9 | 12 tm | | 10.50 | 42 | |
| 6 | FB | 16384 | 30 | 24 | 18 | 24.00 | 96 | |
| 6 | FB | 32768 | 40 | 29 | 30 | 33.00 | 132 | |
| 6 | FB | 65536 | 43 | 33 | 23 | 33.00 | 132 | |
| 7 | FB | 32 | 0 | 0 | 0 | 0.00 | 0 | 8192 |
| 7 | FB | 64 | 3 | 0 | 3 | 2.00 | 8 | |
| 7 | FB | 128 | 2 | 6 | 7 | 5.00 | 20 | |
| 7 | FB | 256 | 17 | 10 | 12 | 13.00 | 52 | |
| 8 | FB | 512 | 4 | 6 | 5 | 5.00 | 20 | |
| 8 | FB | 1024 | 2 | 2 | 4 | 2.67 | 11 | |
| 8 | FB | 2048 | 3 | 4 | 1 | 2.67 | 11 | |
| 8 | FB | 4096 | 9 | 2 | 4 | 5.00 | 20 | |
| 9 | FB | 8192 | 12 | 9 | 16 | 12.33 | 49 | |
| 9 | FB | 16384 | 18 | 17 | 20 | 18.33 | 74 | |
| 9 | FB | 32768 | 26 | 34 | 30 | 30.00 | 120 | |
| 9 | FB | 65536 | 34 | 32 | 35 | 33.67 | 135 | |
| 10 | FB | 32 | 5 | 4 | 6 | 5.00 | 20 | 2048 |
| 10 | PB | 64 | 5 | 5 | 7 | 5.67 | 23 | |
| 10 | PB | 128 | 11 | 12 | 12 | 11.67 | 47 | |
| 10 | PB | 256 | 10 | 12 | 9 | 10.33 | 41 | |
| 11 | PB | 512 | 1 | 2 | 2 | 1.67 | 7 | |
| 11 | PB | 1024 | 5 | 4 | 3 | 4.00 | 16 | |
| 11 | PB | 2048 | 7 | 7 | 9 | 7.67 | 31 | |
| 11 | PB | 4096 | 11 | 18 | 9 | 12.67 | 51 | |
| 12 | PB | 8192 | 20 | 25 | 24 | 23.00 | 92 | |
| 12 | PB | 16384 | 35 | 31 | 30 | 32.00 | 128 | |
| 12 | PB | 32768 | 25 | 35 | 36 | 32.00 | 128 | |
| 12 | PB | 65536 | 19 | 32 | 35 | 28.67 | 115 | |
| 13 | PB | 32 | 5 | 3 | 2 | 3.33 | 13 | 2048 |
| 13 | PB | 64 | 8 | 3 | 4 | 5.00 | 20 | |
| 13 | PB | 128 | 12 | 14 | 12 | 12.67 | 51 | |
| 13 | PB | 256 | 6 | 4 | 6 | 6.33 | 21 | |
| 14 | PB | 512 | 3 | 3 | 2 | 2.33 | 9 | |
| 14 | PB | 1024 | 2 | 0 | 2 | 1.33 | 5 | |
| 14 | PB | 2048 | 4 | 10 | 5 | 6.33 | 25 | |
| 14 | PB | 4096 | 14 | 21 | 9 | 14.67 | 59 | |
| 15 | PB | 8192 | 18 | 19 | 11 | 16.00 | 64 | |
| 15 | PB | 16384 | 16 | 21 | 22 | 19.67 | 79 | |
| 15 | PB | 32768 | 26 | 26 | 36 | 29.33 | 118 | |
| 15 | PB | 65536 | 28 | 24 | 32 | 28.00 | 112 | |
| 16 | PB | 32 | 3 | 4 | 4 | 3.67 | 15 | 4096 |
| 16 | PB | 64 | 6 | 6 | 8 | 6.67 | 27 | |
| 16 | PB | 128 | 8 | 9 | 9 | 8.67 | 35 | |
| 16 | PB | 256 | 9 | 10 | 10 | 9.67 | 39 | |
| 17 | PB | 512 | 2 | 1 | 1 | 1.33 | 5 | |
| 17 | PB | 1024 | 3 | 1 | 3 | 2.33 | 9 | |
| 17 | PB | 2048 | 2 | 5 | 9 | 5.33 | 21 | |
| 17 | PB | 4096 | 9 | 6 | 10 | 8.33 | 33 | |
| 18 | PB | 8192 | 9 | 17 | 28 | 18.00 | 72 | |
| 18 | PB | 16384 | 26 | 28 | 28 | 27.33 | 110 | |
| 18 | PB | 32768 | 35 | 28 | 28 | 30.33 | 122 | |

Named Range

| | |
|---|---|
| Lower Bound Mock | 4.1 |
| Upper Bound Mock | 5.4 |
| Control Titer Minimum | 2048 |
| Control Titer Maximum | 256 |
| | 16384 |
| | 2048 |
| | 40 |
| | 10 |

CONFIDENTIAL

MRK-KRA00761652

Appx5254

Attachment
PRN Assay Run mmrv-26-02 Data Listing

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

| AIGENT results | | | Assay Controls | | Limits | Result | Validity |
|---|---|---|---|---|---|---|---|
| Assay: | mmrv-26-02 | | Mock: | | [10, 40] | 24.92 | Valid Assay |
| | | | Control 1: | | [256, 2048] | 1024 | Valid |
| | | | Control 2: | | [2048, 16384] | 8192 | Valid |

Named Range: 4.1 / 5.4 / 2048

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 18 | PB | 65536 | 24 | 21 | 28 | 23.67 | 95 | |
| 19 | RK | 32 | 11 | 22 | 33 | 22.00 | 88 | 1024 |
| 19 | RK | 64 | 17 | 19 | 19 | 18.00 | 72 | |
| 19 | RK | 128 | 18 | 35 | 32 | 28.33 | 114 | |
| 19 | RK | 256 | 27 | 27 | 27 | 27.00 | 108 | |
| 20 | RK | 512 | 13 | 15 | 16 | 14.67 | 59 | |
| 20 | RK | 1024 | 5 | 7 | 13 | 8.33 | 33 | |
| 20 | RK | 2048 | 9 | 20 | 11 | 13.33 | 53 | |
| 20 | RK | 4096 | 13 | 27 | 17 | 19.00 | 76 | |
| 21 | RK | 8192 | 11 | 31 | 31 | 24.33 | 98 | |
| 21 | RK | 16384 | 25 | 27 | 29 | 27.00 | 108 | |
| 21 | RK | 32768 | 20 | 32 | 36 | 29.33 | 118 | |
| 21 | RK | 65536 | 25 | 19 | 33 | 25.67 | 103 | |
| 22 | RK | 32 | 18 | 21 | 16 | 18.33 | 74 | 1024 |
| 22 | RK | 64 | 29 | 22 | 16 | 22.33 | 90 | |
| 22 | RK | 128 | 16 | 29 | 23 | 22.67 | 91 | |
| 22 | RK | 256 | 29 | 22 | 16 | 22.33 | 90 | |
| 23 | RK | 512 | 11 | 19 | 11 | 13.67 | 55 | |
| 23 | RK | 1024 | 13 | 11 | 12 | 12.00 | 48 | |
| 23 | RK | 2048 | 18 | 14 | 19 | 17.00 | 68 | |
| 23 | RK | 4096 | 21 | 21 | 19 | 20.33 | 82 | |
| 24 | RK | 8192 | 18 | 24 | 19 | 20.33 | 82 | |
| 24 | RK | 16384 | 22 | 23 | 18 | 21.00 | 84 | |
| 24 | RK | 32768 | 26 | 19 | 20 | 21.67 | 87 | |
| 24 | RK | 65536 | 13 | 21 | 22 | 18.67 | 75 | |
| 25 | RK | 32 | 17 | 19 | 21 | 19.00 | 76 | 1024 |
| 25 | RK | 64 | 22 | 22 | 25 | 23.00 | 92 | |
| 25 | RK | 128 | 30 | 23 | 16 | 23.00 | 92 | |
| 25 | RK | 256 | 23 | 20 | 30 | 24.33 | 98 | |
| 26 | RK | 512 | 12 | 15 | 17 | 14.67 | 59 | |
| 26 | RK | 1024 | 7 | 8 | 12 | 9.00 | 36 | |
| 26 | RK | 2048 | 17 | 21 | 33 | 23.67 | 95 | |
| 26 | RK | 4096 | 13 | 19 | 16 | 16.00 | 64 | |
| 27 | RK | 8192 | 18 | 18 | 19 | 18.33 | 74 | |
| 27 | RK | 16384 | 23 | 21 | 33 | 25.67 | 103 | |
| 27 | RK | 32768 | 33 | 28 | 30 | 30.33 | 122 | |
| 27 | RK | 65536 | 18 | 24 | 34 | 25.33 | 102 | |
| 28 | Neg ctrl | 32 | 32 | 27 | 25 | 28.00 | 112 | <32 |
| 28 | Neg ctrl | 64 | 31 | 21 | 21 | 24.33 | 98 | |
| 28 | Neg ctrl | 128 | 23 | 19 | 25 | 22.33 | 90 | |
| 28 | Neg ctrl | 256 | 25 | 21 | 25 | 23.67 | 95 | |
| 29 | Neg ctrl | 512 | 15 | 24 | 21 | 20.00 | 80 | |
| 29 | Neg ctrl | 1024 | 16 | 32 | 25 | 24.33 | 98 | |
| 29 | Neg ctrl | 2048 | 23 | 32 | 24 | 26.33 | 106 | |
| 29 | Neg ctrl | 4096 | 27 | 31 | 32 | 30.00 | 120 | |
| 30 | Neg ctrl | 8192 | 22 | 32 | 29 | 27.67 | 111 | |
| 30 | Neg ctrl | 16384 | 31 | 21 | 30 | 27.33 | 110 | |
| 30 | Neg ctrl | 32768 | 24 | 30 | 25 | 26.33 | 106 | |
| 30 | Neg ctrl | 65536 | 19 | 26 | 19 | 21.33 | 86 | |
| 31 | Neg ctrl | 32 | 29 | 30 | 30 | 29.67 | 119 | <32 |
| 31 | Neg ctrl | 64 | 19 | 20 | 19 | 19.33 | 78 | |
| 31 | Neg ctrl | 128 | 28 | 22 | 23 | 24.33 | 98 | |
| 31 | Neg ctrl | 256 | 26 | 21 | 27 | 24.67 | 99 | |
| 32 | Neg ctrl | 512 | 19 | 37 | 17 | 24.33 | 98 | |
| 32 | Neg ctrl | 1024 | 19 | 25 | 23 | 22.33 | 90 | |
| 32 | Neg ctrl | 2048 | 26 | 28 | 33 | 29.00 | 116 | |
| 32 | Neg ctrl | 4096 | 21 | 15 | 23 | 19.67 | 79 | |
| 33 | Neg ctrl | 8192 | 25 | 27 | 14 | 22.00 | 88 | |
| 33 | Neg ctrl | 16384 | 30 | 29 | 22 | 27.00 | 108 | |
| 33 | Neg ctrl | 32768 | 22 | 33 | 25 | 26.67 | 107 | |
| 33 | Neg ctrl | 65536 | 18 | 23 | 22 | 21.00 | 84 | |
| 34 | Neg ctrl | 32 | 22 | 35 | 15 | 24.00 | 96 | <32 |
| 34 | Neg ctrl | 64 | 21 | 25 | 22 | 22.67 | 91 | |
| 34 | Neg ctrl | 128 | 16 | 30 | 24 | 23.33 | 94 | |
| 34 | Neg ctrl | 256 | 14 | 22 | 16 | 17.33 | 70 | |
| 35 | Neg ctrl | 512 | 16 | 32 | 26 | 24.67 | 99 | |
| 35 | Neg ctrl | 1024 | 17 | 30 | 15 | 20.67 | 83 | |
| 35 | Neg ctrl | 2048 | 26 | 19 | 37 | 27.33 | 110 | |
| 35 | Neg ctrl | 4096 | 25 | 18 | 26 | 23.00 | 92 | |
| 36 | Neg ctrl | 8192 | 28 | 32 | 28 | 29.33 | 118 | |
| 36 | Neg ctrl | 16384 | 29 | 21 | 27 | 25.67 | 103 | |

CONFIDENTIAL

MRK-KRA00761653

Appx5255

**Attachment**
PRN Assay Run mmrv-26-02 Data Listing

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

| AIGENT results | | | Assay Controls | | Limits | Result | Validity | | | | | | Named Range | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assay: | mmrv-26-02 | | | Mock: | [10, 40] | 24.92 | Valid Assay | | | | | | | |
| | | | Control 1: | [256, 2048] | 1024 | Valid | | | | | | | 4.1 | |
| | | | Control 2: | [2048, 16384] | 8192 | Valid | | | | | | | 5.4 | |
| | | | | | | | | | | | | | 2048 | |
| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer | | | | | | |
| 36 | Neg ctrl | 32768 | 29 | 22 | 32 | 27.67 | 111 | | | | | | | |
| 36 | Neg ctrl | 65536 | 19 | 18 | 17 | 18.00 | 72 | | | | | | | |
| 37 | CMB | 32 | 0 | 0 | 0 | 0.00 | 0 | 8192 | | | | | | |
| 37 | CMB | 64 | 2 | 1 | 0 | 1.00 | 4 | | | | | | | |
| 37 | CMB | 128 | 4 | 4 | 8 | 5.33 | 21 | | | | | | | |
| 37 | CMB | 256 | 5 | 8 | 4 | 5.67 | 23 | | | | | | | |
| 38 | CMB | 512 | 0 | 0 | 1 | 0.33 | 1 | | | | | | | |
| 38 | CMB | 1024 | 3 | 0 | 1 | 1.33 | 5 | | | | | | | |
| 38 | CMB | 2048 | 0 | 1 | 2 | 1.00 | 4 | | | | | | | |
| 38 | CMB | 4096 | 4 | 6 | 6 | 5.33 | 21 | | | | | | | |
| 39 | CMB | 8192 | 8 | 4 | 5 | 5.67 | 23 | | | | | | | |
| 39 | CMB | 16384 | 18 | 8 | 17 | 14.33 | 58 | | | | | | | |
| 39 | CMB | 32768 | 17 | 11 | 16 | 14.67 | 59 | | | | | | | |
| 39 | CMB | 65536 | 8 | 18 | 19 | 15.00 | 60 | | | | | | | |
| 40 | MKY | 32 | 5 | 13 | 6 | 8.00 | 32 | 1024 | | | | | | |
| 40 | MKY | 64 | 15 | 18 | 14 | 15.67 | 63 | | | | | | | |
| 40 | MKY | 128 | 26 | 18 | 22 | 22.00 | 88 | | | | | | | |
| 40 | MKY | 256 | 18 | 22 | 16 | 18.67 | 75 | | | | | | | |
| 41 | MKY | 512 | 16 | 12 | 9 | 12.33 | 49 | | | | | | | |
| 41 | MKY | 1024 | 7 | 15 | 12 | 11.33 | 45 | | | | | | | |
| 41 | MKY | 2048 | 20 | 17 | 18 | 18.33 | 74 | | | | | | | |
| 41 | MKY | 4096 | 12 | 31 | 21 | 21.33 | 86 | | | | | | | |
| 42 | | | 1 | 0 | 1 | | | | | | | | | |
| 42 | | | 2 | 2 | 2 | | | | | | | | | |
| 42 | | | 4 | 4 | 7 | | | | | | | | | |
| 42 | | | 11 | 8 | 11 | | | | | | | | | |
| 43 | | | 1 | 0 | 1 | | | | | | | | | |
| 43 | | | 1 | 0 | 3 | | | | | | | | | |
| 43 | | | 5 | 3 | 3 | | | | | | | | | |
| 43 | | | 2 | 4 | 3 | | | | | | | | | |
| 44 | | | 10 | 10 | 15 | | | | | | | | | |
| 44 | | | 11 | 17 | 20 | | | | | | | | | |
| 44 | | | 13 | 20 | 25 | | | | | | | | | |
| 44 | | | 22 | 23 | 18 | | | | | | | | | |
| 45 | | | 12 | 14 | 16 | | | | | | | | | |
| 45 | | | 18 | 17 | 16 | | | | | | | | | |
| 45 | | | 12 | 17 | 24 | | | | | | | | | |
| 45 | | | 14 | 23 | 18 | | | | | | | | | |
| 46 | | | 21 | 21 | 33 | | | | | | | | | |
| 46 | | | 7 | 15 | 14 | | | | | | | | | |
| 46 | | | 18 | 27 | 24 | | | | | | | | | |
| 46 | | | 20 | 29 | 30 | | | | | | | | | |
| 47 | | | 4 | 6 | 11 | | | | | | | | | |
| 47 | | | 9 | 9 | 20 | | | | | | | | | |
| 47 | | | 12 | 18 | 10 | | | | | | | | | |
| 47 | | | 17 | 20 | 17 | | | | | | | | | |
| 48 | | | 3 | 5 | 0 | | | | | | | | | |
| 48 | | | 3 | 5 | 3 | | | | | | | | | |
| 48 | | | 8 | 4 | 5 | | | | | | | | | |
| 48 | | | 11 | 8 | 7 | | | | | | | | | |
| 49 | mock | | 21 | 22 | 16 | | | | | | | | | |
| 49 | mock | | 20 | 19 | 32 | | | | | | | | | |
| 49 | mock | | 34 | 32 | 25 | | | | | | | | | |
| 49 | mock | | 32 | 26 | 20 | | | | | | | | | |
| 50 | | | 0 | 0 | 0 | | | | | | | | | |
| 50 | | | 0 | 0 | 0 | | | | | | | | | |
| 50 | | | 0 | 0 | 0 | | | | | | | | | |
| 50 | | | 0 | 0 | 0 | | | | | | | | | |

**CONFIDENTIAL**

MRK-KRA00761654

**Appx5256**

**Attachment**
**PRN Assay Run mmrv-27-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

**AIGENT results**
**Assay: mmrv-27-02**

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 26.58 | Valid Assay |
| Control 1: | [256, 2048] | 1024 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 51 | FB | 32 | 0 | 0 | 1 | 0.33 | 1 | 8192 |
| 51 | FB | 64 | 2 | 1 | 4 | 2.33 | 9 | |
| 51 | FB | 128 | 9 | 11 | 10 | 10.00 | 38 | |
| 51 | FB | 256 | 12 | 18 | 14 | 14.67 | 55 | |
| 52 | FB | 512 | 4 | 2 | 0 | 2.00 | 8 | |
| 52 | FB | 1024 | 0 | 0 | 0 | 0.00 | 0 | |
| 52 | FB | 2048 | 2 | 1 | 1 | 1.33 | 5 | |
| 52 | FB | 4096 | 6 | 7 | 2 | 5.00 | 19 | |
| 53 | FB | 8192 | 9 | 16 | 11 | 12.00 | 45 | |
| 53 | FB | 16384 | 19 | 17 | 9 | 15.00 | 56 | |
| 53 | FB | 32768 | 30 | 31 | 36 | 32.33 | 122 | |
| 53 | FB | 65536 | 24 | 27 | 22 | 24.33 | 92 | |
| 54 | FB | 32 | 0 | 0 | 0 | 0.00 | 0 | 4096 |
| 54 | FB | 64 | 2 | 1 | 1 | 1.33 | 5 | |
| 54 | FB | 128 | 9 | 4 | 5 | 6.00 | 23 | |
| 54 | FB | 256 | 13 | 7 | 14 | 11.33 | 43 | |
| 55 | FB | 512 | 1 | 4 | 2 | 2.33 | 9 | |
| 55 | FB | 1024 | 1 | 0 | 1 | 0.67 | 3 | |
| 55 | FB | 2048 | 1 | 0 | 1 | 0.67 | 3 | |
| 55 | FB | 4096 | 4 | 4 | 4 | 4.00 | 15 | |
| 56 | FB | 8192 | 19 | 11 | 19 | 16.33 | 61 | |
| 56 | FB | 16384 | 31 | 19 | 28 | 26.00 | 98 | |
| 56 | FB | 32768 | 38 | 33 | 24 | 31.67 | 119 | |
| 56 | FB | 65536 | 26 | 34 | 32 | 30.67 | 115 | |
| 57 | FB | 32 | 0 | 2 | 0 | 0.67 | 3 | 8192 |
| 57 | FB | 64 | 0 | 0 | 1 | 0.33 | 1 | |
| 57 | FB | 128 | 5 | 8 | 9 | 7.33 | 28 | |
| 57 | FB | 256 | 8 | 7 | 9 | 8.00 | 30 | |
| 58 | FB | 512 | 0 | 4 | 2 | 2.00 | 8 | |
| 58 | FB | 1024 | 3 | 0 | 0 | 1.00 | 4 | |
| 58 | FB | 2048 | 1 | 3 | 2 | 2.00 | 8 | |
| 58 | FB | 4096 | 3 | 6 | 5 | 4.67 | 18 | |
| 59 | FB | 8192 | 14 | 11 | 12 | 12.33 | 46 | |
| 59 | FB | 16384 | 20 | 20 | 18 | 19.33 | 73 | |
| 59 | FB | 32768 | 29 | 31 | 28 | 29.33 | 110 | |
| 59 | FB | 65536 | 18 | 27 | 26 | 23.67 | 89 | |
| 60 | PB | 32 | 1 | 2 | 1 | 1.33 | 5 | 4096 |
| 60 | PB | 64 | 13 | 4 | 8 | 8.33 | 31 | |
| 60 | PB | 128 | 10 | 12 | 8 | 10.00 | 38 | |
| 60 | PB | 256 | 7 | 8 | 5 | 6.67 | 25 | |
| 61 | PB | 512 | 3 | 2 | 0 | 1.67 | 6 | |
| 61 | PB | 1024 | 3 | 2 | 4 | 3.00 | 11 | |
| 61 | PB | 2048 | 6 | 8 | 5 | 6.33 | 24 | |
| 61 | PB | 4096 | 7 | 10 | 14 | 10.33 | 39 | |
| 62 | PB | 8192 | 25 | 14 | 14 | 17.67 | 66 | |
| 62 | PB | 16384 | 22 | 22 | 26 | 23.33 | 88 | |
| 62 | PB | 32768 | 36 | 26 | 19 | 27.00 | 102 | |
| 62 | PB | 65536 | 29 | 36 | 32 | 32.33 | 122 | |
| 63 | PB | 32 | 2 | 1 | 0 | 1.00 | 4 | 4096 |
| 63 | PB | 64 | 5 | 7 | 7 | 6.33 | 24 | |
| 63 | PB | 128 | 11 | 14 | 10 | 11.67 | 44 | |
| 63 | PB | 256 | 6 | 1 | 4 | 3.67 | 14 | |
| 64 | PB | 512 | 1 | 1 | 2 | 1.33 | 5 | |
| 64 | PB | 1024 | 2 | 1 | 4 | 2.33 | 9 | |
| 64 | PB | 2048 | 5 | 6 | 5 | 5.33 | 20 | |
| 64 | PB | 4096 | 12 | 13 | 9 | 11.33 | 43 | |
| 65 | PB | 8192 | 11 | 19 | 14 | 14.67 | 55 | |
| 65 | PB | 16384 | 20 | 22 | 18 | 20.00 | 75 | |
| 65 | PB | 32768 | 35 | 35 | 24 | 31.33 | 118 | |
| 65 | PB | 65536 | 30 | 26 | 35 | 30.33 | 114 | |
| 66 | PB | 32 | 1 | 0 | 2 | 1.00 | 4 | 2048 |
| 66 | PB | 64 | 11 | 16 | 8 | 11.67 | 44 | |
| 66 | PB | 128 | 14 | 24 | 10 | 16.00 | 60 | |
| 66 | PB | 256 | 2 | 0 | 6 | 2.67 | 10 | |
| 67 | PB | 512 | 2 | 0 | 3 | 1.67 | 6 | |
| 67 | PB | 1024 | 2 | 1 | 5 | 3.00 | 11 | |
| 67 | PB | 2048 | 5 | 10 | 9 | 8.00 | 30 | |
| 67 | PB | 4096 | 18 | 13 | 11 | 14.00 | 53 | |
| 68 | PB | 8192 | 14 | 19 | 22 | 18.33 | 69 | |
| 68 | PB | 16384 | 33 | 28 | 30 | 30.33 | 114 | |
| 68 | PB | 32768 | 23 | 30 | 36 | 29.67 | 112 | |

CONFIDENTIAL

MRK-KRA00761655

Appx5257

**Attachment**
**PRN Assay Run mmrv-27-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

**AIGENT results**
**Assay:  mmrv-27-02**

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 26.58 | Valid Assay |
| Control 1: | [256, 2048] | 1024 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 68 | PB | 65536 | 30 | 26 |  | 27.00 | 102 | |
| 69 | RK | 32 | 22 | 13 | 12 | 15.67 | 59 | 512 |
| 69 | RK | 64 | 30 | 17 | 17 | 21.33 | 80 | |
| 69 | RK | 128 | 26 | 27 | 18 | 23.67 | 89 | |
| 69 | RK | 256 | 27 | 15 | 20 | 20.67 | 78 | |
| 70 | RK | 512 | 11 | 9 | 6 | 8.67 | 33 | |
| 70 | RK | 1024 | 10 | 13 | 18 | 13.67 | 51 | |
| 70 | RK | 2048 | 25 | 30 | 15 | 23.33 | 88 | |
| 70 | RK | 4096 | 27 | 27 | 33 | 29.00 | 109 | |
| 71 | RK | 8192 | 20 | 32 | 39 | 30.33 | 114 | |
| 71 | RK | 16384 | 27 | 40 | 32 | 33.00 | 124 | |
| 71 | RK | 32768 | 26 | 31 | 32 | 29.67 | 112 | |
| 71 | RK | 65536 | 23 | 49 | 31 | 34.33 | 129 | |
| 72 | RK | 32 | 17 | 15 | 25 | 19.00 | 71 | 512 |
| 72 | RK | 64 | 20 | 25 | 24 | 23.00 | 87 | |
| 72 | RK | 128 | 33 | 34 | 35 | 34.00 | 128 | |
| 72 | RK | 256 | 21 | 29 | 32 | 27.33 | 103 | |
| 73 | RK | 512 | 10 | 11 | 12 | 11.00 | 41 | |
| 73 | RK | 1024 | 13 | 17 | 14 | 14.67 | 55 | |
| 73 | RK | 2048 | 18 | 12 | 12 | 14.00 | 53 | |
| 73 | RK | 4096 | 17 | 25 | 26 | 22.67 | 85 | |
| 74 | RK | 8192 | 25 | 24 | 29 | 26.00 | 98 | |
| 74 | RK | 16384 | 25 | 32 | 40 | 32.33 | 122 | |
| 74 | RK | 32768 | 37 | 28 | 28 | 31.00 | 117 | |
| 74 | RK | 65536 | 31 | 22 | 34 | 29.00 | 109 | |
| 75 | RK | 32 | 15 | 17 | 22 | 18.00 | 68 | 1024 |
| 75 | RK | 64 | 26 | 16 | 20 | 20.67 | 78 | |
| 75 | RK | 128 | 34 | 24 | 20 | 26.00 | 98 | |
| 75 | RK | 256 | 12 | 22 | 12 | 15.33 | 58 | |
| 76 | RK | 512 | 10 | 14 | 13 | 12.00 | 45 | |
| 76 | RK | 1024 | 13 | 11 | 8 | 10.67 | 40 | |
| 76 | RK | 2048 | 17 | 17 | 13 | 15.67 | 59 | |
| 76 | RK | 4096 | 20 | 21 | 19 | 20.00 | 75 | |
| 77 | RK | 8192 | 21 | 26 | 22 | 23.00 | 87 | |
| 77 | RK | 16384 | 29 | 21 | 23 | 24.33 | 92 | |
| 77 | RK | 32768 | 27 | 36 | 20 | 27.67 | 104 | |
| 77 | RK | 65536 | 26 | 24 | 16 | 22.00 | 83 | |
| 78 | Neg ctrl | 32 | 13 | 25 | 24 | 20.67 | 78 | <32 |
| 78 | Neg ctrl | 64 | 18 | 25 | 22 | 21.67 | 82 | |
| 78 | Neg ctrl | 128 | 28 | 23 | 28 | 26.33 | 99 | |
| 78 | Neg ctrl | 256 | 16 | 22 | 21 | 19.67 | 74 | |
| 79 | Neg ctrl | 512 | 20 | 19 | 18 | 19.00 | 71 | |
| 79 | Neg ctrl | 1024 | 28 | 23 | 31 | 27.33 | 103 | |
| 79 | Neg ctrl | 2048 | 23 | 19 | 28 | 23.33 | 88 | |
| 79 | Neg ctrl | 4096 | 25 | 26 | 23 | 24.67 | 93 | |
| 80 | Neg ctrl | 8192 | 17 | 23 | 28 | 22.67 | 85 | |
| 80 | Neg ctrl | 16384 | 31 | 19 | 19 | 23.00 | 87 | |
| 80 | Neg ctrl | 32768 | 18 | 21 | 21 | 20.00 | 75 | |
| 80 | Neg ctrl | 65536 | 19 | 25 | 14 | 19.33 | 73 | |
| 81 | Neg ctrl | 32 | 29 | 26 | 33 | 29.33 | 110 | <32 |
| 81 | Neg ctrl | 64 | 28 | 39 | 31 | 32.67 | 123 | |
| 81 | Neg ctrl | 128 | 28 | 23 | 39 | 30.00 | 113 | |
| 81 | Neg ctrl | 256 | 26 | 34 | 29 | 29.67 | 112 | |
| 82 | Neg ctrl | 512 | 26 | 32 | 32 | 30.00 | 113 | |
| 82 | Neg ctrl | 1024 | 30 | 28 | 25 | 27.67 | 104 | |
| 82 | Neg ctrl | 2048 | 31 | 21 | 34 | 28.67 | 108 | |
| 82 | Neg ctrl | 4096 | 24 | 22 | 23 | 23.00 | 87 | |
| 83 | Neg ctrl | 8192 | 36 | 21 | 24 | 27.00 | 102 | |
| 83 | Neg ctrl | 16384 | 36 | 22 | 28 | 28.67 | 108 | |
| 83 | Neg ctrl | 32768 | 23 | 34 | 21 | 26.00 | 98 | |
| 83 | Neg ctrl | 65536 | 33 | 21 | 25 | 26.33 | 99 | |
| 84 | Neg ctrl | 32 | 34 | 34 | 21 | 29.67 | 112 | <32 |
| 84 | Neg ctrl | 64 | 27 | 25 | 24 | 25.33 | 95 | |
| 84 | Neg ctrl | 128 | 27 | 27 | 25 | 27.00 | 102 | |
| 84 | Neg ctrl | 256 | 31 | 21 | 16 | 22.67 | 85 | |
| 85 | Neg ctrl | 512 | 34 | 29 | 25 | 29.33 | 110 | |
| 85 | Neg ctrl | 1024 | 20 | 32 | 28 | 26.67 | 100 | |
| 85 | Neg ctrl | 2048 | 26 | 34 | 32 | 30.67 | 115 | |
| 85 | Neg ctrl | 4096 | 27 | 32 | 22 | 27.00 | 102 | |
| 86 | Neg ctrl | 8192 | 32 | 27 | 31 | 30.00 | 113 | |
| 86 | Neg ctrl | 16384 | 35 | 28 | 26 | 29.67 | 112 | |

**CONFIDENTIAL**

**MRK-KRA00761656**

Appx5258

**Attachment**
**PRN Assay Run mmrv-27-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

AIGENT results
Assay:   mmrv-27-02

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 26.58 | Valid Assay |
| Control 1: | [256, 2048] | 1024 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 86 | Neg ctrl | 32768 | 30 | 32 | 29 | 30.33 | 114 | |
| 86 | Neg ctrl | 65536 | 34 | 34 | 31 | 33.00 | 124 | |
| 87 | CMB | 32 | 1 | 0 | 1 | 0.67 | 3 | 8192 |
| 87 | CMB | 64 | 2 | 2 | 1 | 1.67 | 6 | |
| 87 | CMB | 128 | 8 | 7 | 4 | 6.33 | 24 | |
| 87 | CMB | 256 | 4 | 2 | 4 | 3.33 | 13 | |
| 88 | CMB | 512 | 0 | 1 | 0 | 0.33 | 1 | |
| 88 | CMB | 1024 | 3 | 0 | 0 | 1.00 | 4 | |
| 88 | CMB | 2048 | 0 | 3 | 0 | 1.00 | 4 | |
| 88 | CMB | 4096 | 7 | 2 | 4 | 4.33 | 16 | |
| 89 | CMB | 8192 | 17 | 8 | 8 | 11.00 | 41 | |
| 89 | CMB | 16384 | 22 | 21 | 30 | 24.33 | 92 | |
| 89 | CMB | 32768 | 24 | 22 | 27 | 24.33 | 92 | |
| 89 | CMB | 65536 | 24 | 22 | 22 | 22.67 | 85 | |
| 90 | MKY | 32 D.O. | | 18 | 14 | 16.00 | 60 | 1024 |
| 90 | MKY | 64 | 21 | 19 | 23 | 21.00 | 79 | |
| 90 | MKY | 128 | 26 | 23 | 17 | 22.00 | 83 | |
| 90 | MKY | 256 | 29 | 18 | 21 | 22.67 | 85 | |
| 91 | MKY | 512 | 4 | 7 | 11 | 7.33 | 28 | |
| 91 | MKY | 1024 | 10 | 8 | 13 | 10.33 | 39 | |
| 91 | MKY | 2048 | 17 | 26 | 22 | 21.67 | 82 | |
| 91 | MKY | 4096 | 27 | 37 | 11 | 25.00 | 94 | |
| 92 | | | 1 | 0 | 1 | | | |
| 92 | | | 3 | 2 | 2 | | | |
| 92 | | | 3 | 11 | 6 | | | |
| 92 | | | 6 | 6 | 4 | | | |
| 93 | | | 0 | 0 | 0 | | | |
| 93 | | | 0 | 3 | 2 | | | |
| 93 | | | 1 | 3 | 5 | | | |
| 93 | | | 4 | 6 | 4 | | | |
| 94 | | | 6 | 19 | 10 | | | |
| 94 | | | 18 | 8 | 21 | | | |
| 94 | | | 20 | 23 | 20 | | | |
| 94 | | | 23 | 27 | 14 | | | |
| 95 | | | 7 | 13 | 11 | | | |
| 95 | | | 17 | 16 | 17 | | | |
| 95 | | | 24 | 25 | 19 | | | |
| 95 | | | 23 | 22 | 18 | | | |
| 96 | | | 15 | 12 | 24 | | | |
| 96 | | | 19 | 9 | 10 | | | |
| 96 | | | 15 | 18 | 20 | | | |
| 96 | | | 28 | 14 | 29 | | | |
| 97 | | | 5 | 12 | 8 | | | |
| 97 | | | 14 | 14 | 12 | | | |
| 97 | | | 16 | 18 | 16 | | | |
| 97 | | | 13 | 8 | 9 | | | |
| 98 | | | 5 | 1 | 5 | | | |
| 98 | | | 3 | 7 | 4 | | | |
| 98 | | | 9 | 10 | 6 | | | |
| 98 | | | 11 | 19 | 17 | | | |
| 99 | mock | | 28 | 25 | 25 | | | |
| 99 | mock | | 27 | 39 | 20 | | | |
| 99 | mock | | 30 | 20 | 27 | | | |
| 99 | mock | | 21 | 37 | 20 | | | |
| 100 | | | 0 | 0 | 0 | | | |
| 100 | | | 0 | 0 | 0 | | | |
| 100 | | | 0 | 0 | 0 | | | |
| 100 | | | 0 | 0 | 0 | | | |

**CONFIDENTIAL**

MRK-KRA00761657

Appx5259

**Attachment**
**PRN Assay Run mmrv-28-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

AIGENT results
Assay:   mmrv-28-02

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 26.58 | Valid Assay |
| Control 1: | [256, 2048] | 1024 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 1 | FB | 32 | 0 | 0 | 0 | 0.00 | 0 | 8192 |
| 1 | FB | 64 | 1 | 2 | 2 | 1.67 | 6 | |
| 1 | FB | 128 | 2 | 8 | 2 | 4.00 | 15 | |
| 1 | FB | 256 | 9 | 8 | 7 | 8.00 | 30 | |
| 2 | FB | 512 | 3 | 4 | 3 | 3.33 | 13 | |
| 2 | FB | 1024 | 0 | 0 | 0 | 0.00 | 0 | |
| 2 | FB | 2048 | 0 | 3 | 1 | 1.33 | 5 | |
| 2 | FB | 4096 | 3 | 5 | 4 | 4.00 | 15 | |
| 3 | FB | 8192 | 9 | 12 | 7 | 9.33 | 35 | |
| 3 | FB | 16384 | 25 | 21 | 18 | 21.33 | 80 | |
| 3 | FB | 32768 | 27 | 27 | 27 | 27.00 | 102 | |
| 3 | FB | 65536 | 21 | 27 | 28 | 25.33 | 95 | |
| 4 | FB | 32 | 0 | 0 | 0 | 0.00 | 0 | 8192 |
| 4 | FB | 64 | 1 | 1 | 2 | 1.33 | 5 | |
| 4 | FB | 128 | 7 | 11 | 9 | 9.00 | 34 | |
| 4 | FB | 256 | 1 | 8 | 9 | 6.00 | 23 | |
| 5 | FB | 512 | 1 | 1 | 0 | 0.67 | 3 | |
| 5 | FB | 1024 | 1 | 0 | 1 | 0.67 | 3 | |
| 5 | FB | 2048 | 1 | 1 | 0 | 0.67 | 3 | |
| 5 | FB | 4096 DO | | 3 | 6 | 4.50 | 17 | |
| 6 | FB | 8192 | 8 | 5 | 6 | 6.33 | 24 | |
| 6 | FB | 16384 | 23 | 34 | 13 | 23.33 | 88 | |
| 6 | FB | 32768 | 23 | 34 | 20 | 25.67 | 97 | |
| 6 | FB | 65536 | 31 | 30 | 15 | 25.33 | 95 | |
| 7 | FB | 32 | 0 | 0 | 0 | 0.00 | 0 | 8192 |
| 7 | FB | 64 | 3 | 1 | 2 | 2.00 | 8 | |
| 7 | FB | 128 | 7 | 2 | 4 | 4.33 | 16 | |
| 7 | FB | 256 | 5 | 10 | 12 | 9.00 | 34 | |
| 8 | FB | 512 | 1 | 4 | 4 | 3.00 | 11 | |
| 8 | FB | 1024 | 1 | 0 | 1 | 0.67 | 3 | |
| 8 | FB | 2048 | 4 | 1 | 4 | 3.00 | 11 | |
| 8 | FB | 4096 | 0 | 5 | 3 | 2.67 | 10 | |
| 9 | FB | 8192 | 11 | 12 | 11 | 11.33 | 43 | |
| 9 | FB | 16384 | 12 | 19 | 24 | 18.33 | 69 | |
| 9 | FB | 32768 | 26 | 33 | 30 | 29.67 | 112 | |
| 9 | FB | 65536 | 30 | 26 | 34 | 30.00 | 113 | |
| 10 | PB | 32 DO | DO | DO | | | | 8192 |
| 10 | PB | 64 DO | DO | DO | | | | |
| 10 | PB | 128 DO | DO | DO | | | | |
| 10 | PB | 256 DO | DO | DO | | | | |
| 11 | PB | 512 | 2 | 1 | 0 | 1.00 | 4 | |
| 11 | PB | 1024 | 3 | 6 | 1 | 3.33 | 13 | |
| 11 | PB | 2048 | 5 | 6 | 1 | 4.00 | 15 | |
| 11 | PB | 4096 | 5 | 10 | 8 | 7.67 | 29 | |
| 12 | PB | 8192 | 6 | 13 | 11 | 10.00 | 38 | |
| 12 | PB | 16384 | 27 | 29 | 26 | 27.33 | 103 | |
| 12 | PB | 32768 | 29 | 34 | 31 | 31.33 | 118 | |
| 12 | PB | 65536 | 17 | 27 | 23 | 22.33 | 84 | |
| 13 | PB | 32 | 1 | 2 | 2 | 1.67 | 6 | 4096 |
| 13 | PB | 64 | 5 | 7 | 8 | 6.67 | 25 | |
| 13 | PB | 128 | 7 | 8 | 9 | 8.00 | 30 | |
| 13 | PB | 256 | 5 | 4 | 3 | 4.00 | 15 | |
| 14 | PB | 512 | 0 | 2 | 1 | 1.00 | 4 | |
| 14 | PB | 1024 | 2 | 3 | 3 | 2.67 | 10 | |
| 14 | PB | 2048 | 2 | 8 | 2 | 4.00 | 15 | |
| 14 | PB | 4096 | 3 | 6 | 6 | 5.00 | 19 | |
| 15 | PB | 8192 DO | DO | DO | | | | |
| 15 | PB | 16384 DO | | 22 | 26 | 24.00 | 90 | |
| 15 | PB | 32768 DO | | 27 | 21 | 24.00 | 90 | |
| 15 | PB | 65536 DO | | 10 | 19 | 14.50 | 55 | |
| 16 | PB | 32 | 0 | 0 | 2 | 0.67 | 3 | 4096 |

1 of 3

CONFIDENTIAL

MRK-KRA00761658

Appx5260

**Attachment**
**PRN Assay Run mmrv-28-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

AIGENT results
Assay:  mmrv-28-02

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 26.58 | Valid Assay |
| Control 1: | [256, 2048] | 1024 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 16 | PB | 64 | 3 | 6 | 5 | 4.67 | 18 | |
| 16 | PB | 128 | 4 | 9 | 12 | 8.33 | 31 | |
| 16 | PB | 256 | 2 | 4 | 2 | 2.67 | 10 | |
| 17 | PB | 512 | 1 | 1 | 1 | 1.00 | 4 | |
| 17 | PB | 1024 | 1 | 2 | 2 | 1.67 | 6 | |
| 17 | PB | 2048 | 4 | 0 | 7 | 3.67 | 14 | |
| 17 | PB | 4096 | 1 | 5 | 2 | 2.67 | 10 | |
| 18 | PB | 8192 | 17 | 18 | 19 | 18.00 | 68 | |
| 18 | PB | 16384 | 31 | 23 | 25 | 26.33 | 99 | |
| 18 | PB | 32768 | 16 | 20 | 26 | 20.67 | 78 | |
| 18 | PB | 65536 | 18 | 23 | 23 | 21.33 | 80 | |
| 19 | RK | 32 | 10 | 19 | 11 | 13.33 | 50 | 1024 |
| 19 | RK | 64 | 27 | 21 | 22 | 23.33 | 88 | |
| 19 | RK | 128 | 30 | 29 | 19 | 26.00 | 98 | |
| 19 | RK | 256 | 26 | 23 | 14 | 21.00 | 79 | |
| 20 | RK | 512 | 9 | 13 | 6 | 9.33 | 35 | |
| 20 | RK | 1024 | 15 | 8 | 10 | 11.00 | 41 | |
| 20 | RK | 2048 | 16 | 19 | 18 | 17.67 | 66 | |
| 20 | RK | 4096 | 16 | 19 | 10 | 15.00 | 56 | |
| 21 | RK | 8192 | 15 | 18 | 23 | 18.67 | 70 | |
| 21 | RK | 16384 | 18 | 35 | 30 | 27.67 | 104 | |
| 21 | RK | 32768 | 20 | 32 | 32 | 28.00 | 105 | |
| 21 | RK | 65536 | 12 | 32 | 25 | 23.00 | 87 | |
| 22 | RK | 32 | 11 | 31 | 25 | 22.33 | 84 | 1024 |
| 22 | RK | 64 | 27 | 26 | 31 | 28.00 | 105 | |
| 22 | RK | 128 | 30 | 34 | 28 | 30.67 | 115 | |
| 22 | RK | 256 | 17 | 17 | 18 | 17.33 | 65 | |
| 23 | RK | 512 | 11 | 16 | 11 | 12.67 | 48 | |
| 23 | RK | 1024 | 10 | 11 | 4 | 8.33 | 31 | |
| 23 | RK | 2048 | 13 | 19 | 13 | 15.00 | 56 | |
| 23 | RK | 4096 | 18 | 21 | 12 | 17.00 | 64 | |
| 24 | RK | 8192 | 26 | 21 | 9 | 18.67 | 70 | |
| 24 | RK | 16384 | 19 | 25 | 38 | 27.33 | 103 | |
| 24 | RK | 32768 | 19 | 36 | 37 | 30.67 | 115 | |
| 24 | RK | 65536 | 23 | 28 | 33 | 28.00 | 105 | |
| 25 | RK | 32 | 10 | 18 | 16 | 14.67 | 55 | 1024 |
| 25 | RK | 64 | 17 | 28 | 17 | 20.67 | 78 | |
| 25 | RK | 128 | 23 | 30 | 32 | 28.33 | 107 | |
| 25 | RK | 256 | 12 | 26 | 18 | 18.67 | 70 | |
| 26 | RK | 512 | 6 | 10 | 6 | 7.33 | 28 | |
| 26 | RK | 1024 | 15 | 9 | 9 | 11.00 | 41 | |
| 26 | RK | 2048 | 16 | 18 | 17 | 17.00 | 64 | |
| 26 | RK | 4096 | 14 | 24 | 14 | 17.33 | 65 | |
| 27 | RK | 8192 | 32 | 18 | 22 | 24.00 | 90 | |
| 27 | RK | 16384 | 40 | 35 | 40 | 38.33 | 144 | |
| 27 | RK | 32768 | 27 | 38 | 17 | 27.33 | 103 | |
| 27 | RK | 65536 | 24 | 16 | 19 | 19.67 | 74 | |
| 28 | Neg ctrl | 32 | 20 | 24 | 24 | 22.67 | 85 | <32 |
| 28 | Neg ctrl | 64 | 29 | 24 | 23 | 25.33 | 95 | |
| 28 | Neg ctrl | 128 | 26 | 42 | 44 | 37.33 | 140 | |
| 28 | Neg ctrl | 256 | 25 | 14 | 23 | 20.67 | 78 | |
| 29 | Neg ctrl | 512 | 11 | 27 | 20 | 19.33 | 73 | |
| 29 | Neg ctrl | 1024 | 32 | 38 | 23 | 31.00 | 117 | |
| 29 | Neg ctrl | 2048 | 39 | 27 | 30 | 32.00 | 120 | |
| 29 | Neg ctrl | 4096 | 28 | 35 | 30 | 31.00 | 117 | |
| 30 | Neg ctrl | 8192 | 13 | 19 | 11 | 14.33 | 54 | |
| 30 | Neg ctrl | 16384 | 29 | 18 | 21 | 22.67 | 85 | |
| 30 | Neg ctrl | 32768 | 18 | 36 | 20 | 24.67 | 93 | |
| 30 | Neg ctrl | 65536 | 11 | 20 | 19 | 16.67 | 63 | |
| 31 | Neg ctrl | 32 | 32 | 50 | 23 | 35.00 | 132 | <32 |
| 31 | Neg ctrl | 64 | 25 | 39 | 55 | 39.67 | 149 | |

CONFIDENTIAL

MRK-KRA00761659

Appx5261

**Attachment**
**PRN Assay Run mmrv-28-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

AIGENT results
Assay:   mmrv-28-02

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 26.58 | Valid Assay |
| Control 1: | [256, 2048] | 1024 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 31 | Neg ctrl | 128 | 31 | 49 | 44 | 41.33 | 155 | |
| 31 | Neg ctrl | 256 | 17 | 39 | 30 | 28.67 | 108 | |
| 32 | Neg ctrl | 512 | 19 | 35 | 32 | 28.67 | 108 | |
| 32 | Neg ctrl | 1024 | 36 | 32 | 28 | 32.00 | 120 | |
| 32 | Neg ctrl | 2048 | 21 | 39 | 31 | 30.33 | 114 | |
| 32 | Neg ctrl | 4096 DO | | 37 | 31 | 34.00 | 128 | |
| 33 | Neg ctrl | 8192 | 26 | 32 | 30 | 29.33 | 110 | |
| 33 | Neg ctrl | 16384 | 34 | 32 | 27 | 31.00 | 117 | |
| 33 | Neg ctrl | 32768 | 26 | 49 | 33 | 36.00 | 135 | |
| 33 | Neg ctrl | 65536 | 16 | 26 | 18 | 20.00 | 75 | |
| 34 | Neg ctrl | 32 | 28 | 36 | 26 | 30.00 | 113 | <32 |
| 34 | Neg ctrl | 64 | 30 | 38 | 24 | 30.67 | 115 | |
| 34 | Neg ctrl | 128 | 34 | 40 | 28 | 34.00 | 128 | |
| 34 | Neg ctrl | 256 DO | | 29 | 25 | 27.00 | 102 | |
| 35 | Neg ctrl | 512 | 23 | 39 | 21 | 27.67 | 104 | |
| 35 | Neg ctrl | 1024 | 29 | 37 | 28 | 31.33 | 118 | |
| 35 | Neg ctrl | 2048 | 27 | 30 | 34 | 30.33 | 114 | |
| 35 | Neg ctrl | 4096 | 20 | 26 | 23 | 23.00 | 87 | |
| 36 | Neg ctrl | 8192 | 29 | 33 | 20 | 27.33 | 103 | |
| 36 | Neg ctrl | 16384 | 19 | 41 | 24 | 28.00 | 105 | |
| 36 | Neg ctrl | 32768 | 27 | 30 | 43 | 33.33 | 125 | |
| 36 | Neg ctrl | 65536 | 32 | 25 | 26 | 27.67 | 104 | |
| 37 | CMB | 32 | 0 | 0 | 1 | 0.33 | 1 | 8192 |
| 37 | CMB | 64 | 0 | 3 | 0 | 1.00 | 4 | |
| 37 | CMB | 128 | 6 | 7 | 8 | 7.00 | 26 | |
| 37 | CMB | 256 | 6 | 7 | 4 | 5.67 | 21 | |
| 38 | CMB | 512 | 0 | 0 | 0 | 0.00 | 0 | |
| 38 | CMB | 1024 | 1 | 0 | 0 | 0.33 | 1 | |
| 38 | CMB | 2048 | 3 | 0 | 4 | 2.33 | 9 | |
| 38 | CMB | 4096 | 4 | 7 | 2 | 4.33 | 16 | |
| 39 | CMB | 8192 | 9 | 9 | 12 | 10.00 | 38 | |
| 39 | CMB | 16384 | 24 | 23 | 19 | 22.00 | 83 | |
| 39 | CMB | 32768 | 34 | 22 | 34 | 30.00 | 113 | |
| 39 | CMB | 65536 | 26 | 20 | 19 | 21.67 | 82 | |
| 40 | MKY | 32 DO | | 13 | 14 | 13.50 | 51 | 1024 |
| 40 | MKY | 64 | 27 | 31 | 15 | 24.33 | 92 | |
| 40 | MKY | 128 | 30 | 28 | 23 | 27.00 | 102 | |
| 40 | MKY | 256 | 17 | 23 | 23 | 21.00 | 79 | |
| 41 | MKY | 512 | 8 | 6 | 5 | 6.33 | 24 | |
| 41 | MKY | 1024 | 12 | 14 | 6 | 10.67 | 40 | |
| 41 | MKY | 2048 | 23 | 24 | 29 | 25.33 | 95 | |
| 41 | MKY | 4096 | 24 | 30 | 21 | 25.00 | 94 | |
| 42 | mock | | 21 | 23 | 26 | | | |
| 42 | mock | | 30 | 30 | 26 | | | |
| 42 | mock | | 29 | 38 | 26 | | | |
| 42 | mock | | 28 | 25 | 17 | | | |
| 43 | | | 0 | 0 | 0 | | | |
| 43 | | | 0 | 0 | 0 | | | |
| 43 | | | 0 | 0 | 0 | | | |
| 43 | | | 0 | 0 | 0 | | | |

CONFIDENTIAL

MRK-KRA00761660

Appx5262

**Attachment**
**PRN Assay Run mmrv-29-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

AIGENT results
Assay:  mmrv-29-02

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 28.5 | Valid Assay |
| Control 1: | [256, 2048] | 1024 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 44 | FB | 32 | 0 | 0 | 0 | 0.00 | 0 | 4096 |
| 44 | FB | 64 | 5 | 6 | 4 | 5.00 | 18 | |
| 44 | FB | 128 | 11 | 6 | 11 | 9.33 | 33 | |
| 44 | FB | 256 | 11 | 10 | 14 | 11.67 | 41 | |
| 45 | FB | 512 | 2 | 2 | 3 | 2.33 | 8 | |
| 45 | FB | 1024 | 0 | 4 | 1 | 1.67 | 6 | |
| 45 | FB | 2048 | 0 | 1 | 1 | 0.67 | 2 | |
| 45 | FB | 4096 | 5 | 7 | 5 | 5.67 | 20 | |
| 46 | FB | 8192 | 14 | 14 | 16 | 14.67 | 51 | |
| 46 | FB | 16384 | 28 | 22 | 27 | 25.67 | 90 | |
| 46 | FB | 32768 | 31 | 32 | 28 | 30.33 | 106 | |
| 46 | FB | 65536 | 23 | 38 | 32 | 31.00 | 109 | |
| 47 | FB | 32 | 0 | 0 | 1 | 0.33 | 1 | 8192 |
| 47 | FB | 64 | 2 | 2 | 1 | 1.67 | 6 | |
| 47 | FB | 128 | 5 | 6 | 4 | 5.00 | 18 | |
| 47 | FB | 256 | 15 | 13 | 9 | 12.33 | 43 | |
| 48 | FB | 512 | 2 | 7 | 6 | 5.00 | 18 | |
| 48 | FB | 1024 | 0 | 3 | 2 | 1.67 | 6 | |
| 48 | FB | 2048 | 2 | 1 | 0 | 1.00 | 4 | |
| 48 | FB | 4096 | 7 | 7 | 4 | 6.00 | 21 | |
| 49 | FB | 8192 | 11 | 8 | 15 | 11.33 | 40 | |
| 49 | FB | 16384 | 18 | 17 | 18 | 17.67 | 62 | |
| 49 | FB | 32768 | 25 | 30 | 32 | 29.00 | 102 | |
| 49 | FB | 65536 | 45 | 41 | 42 | 42.67 | 150 | |
| 50 | FB | 32 | 2 | 0 | 0 | 0.67 | 2 | 8192 |
| 50 | FB | 64 | 2 | 2 | 1 | 1.67 | 6 | |
| 50 | FB | 128 | 6 | 5 | 5 | 5.33 | 19 | |
| 50 | FB | 256 | 15 | 13 | 9 | 12.33 | 43 | |
| 51 | FB | 512 | 8 | 5 | 4 | 5.67 | 20 | |
| 51 | FB | 1024 | 1 | 0 | 5 | 2.00 | 7 | |
| 51 | FB | 2048 | 3 | 3 | 4 | 3.33 | 12 | |
| 51 | FB | 4096 | 6 | 6 | 2 | 4.67 | 16 | |
| 52 | FB | 8192 | 14 | 8 | 8 | 10.00 | 35 | |
| 52 | FB | 16384 | 18 | 19 | 15 | 17.33 | 61 | |
| 52 | FB | 32768 | 12 | 30 | 21 | 21.00 | 74 | |
| 52 | FB | 65536 | 33 | 25 | 23 | 27.00 | 95 | |
| 53 | PB | 32 | 1 | 1 | 4 | 2.00 | 7 | 4096 |
| 53 | PB | 64 | 9 | 9 | 8 | 8.67 | 30 | |
| 53 | PB | 128 | 9 | 9 | 16 | 11.33 | 40 | |
| 53 | PB | 256 | 7 | 10 | 6 | 7.67 | 27 | |
| 54 | PB | 512 | 2 | 0 | 0 | 0.67 | 2 | |
| 54 | PB | 1024 | 1 | 2 | 4 | 2.33 | 8 | |
| 54 | PB | 2048 | 4 | 9 | 1 | 4.67 | 16 | |
| 54 | PB | 4096 | 11 | 18 | 8 | 12.33 | 43 | |
| 55 | PB | 8192 | 20 | 23 | 17 | 20.00 | 70 | |
| 55 | PB | 16384 | 24 | 28 | 23 | 25.00 | 88 | |
| 55 | PB | 32768 | 36 | 35 | 26 | 32.33 | 113 | |
| 55 | PB | 65536 | 34 | 25 | 26 | 28.33 | 99 | |
| 56 | PB | 32 | 5 | 2 | 0 | 2.33 | 8 | 8192 |
| 56 | PB | 64 | 4 | 6 | 12 | 7.33 | 26 | |
| 56 | PB | 128 | 12 | 9 | 16 | 12.33 | 43 | |
| 56 | PB | 256 | 5 | 13 | 4 | 7.33 | 26 | |
| 57 | PB | 512 | 2 | 2 | 2 | 2.00 | 7 | |
| 57 | PB | 1024 | 0 | 2 | 3 | 1.67 | 6 | |
| 57 | PB | 2048 | 5 | 4 | 2 | 3.67 | 13 | |
| 57 | PB | 4096 | 8 | 9 | 12 | 9.67 | 34 | |
| 58 | PB | 8192 | 11 | 21 | 9 | 13.67 | 48 | |
| 58 | PB | 16384 | 27 | 24 | 24 | 25.00 | 88 | |
| 58 | PB | 32768 | 17 | 39 | 31 | 29.00 | 102 | |
| 58 | PB | 65536 | 19 | 28 | 23 | 23.33 | 82 | |
| 59 | PB | 32 | 1 | 4 | 2 | 2.33 | 8 | 4096 |

1 of 3

CONFIDENTIAL

MRK-KRA00761661

Appx5263

**Attachment**
**PRN Assay Run mmrv-29-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

AIGENT results
Assay:  mmrv-29-02

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 28.5 | Valid Assay |
| Control 1: | [256, 2048] | 1024 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 59 | PB | 64 | 1 | 1 | 3 | 1.67 | 6 | |
| 59 | PB | 128 | 13 | 14 | 8 | 11.67 | 41 | |
| 59 | PB | 256 | 9 | 5 | 8 | 7.33 | 26 | |
| 60 | PB | 512 | 1 | 1 | 3 | 1.67 | 6 | |
| 60 | PB | 1024 | 0 | 1 | 1 | 0.67 | 2 | |
| 60 | PB | 2048 | 4 | 6 | 2 | 4.00 | 14 | |
| 60 | PB | 4096 | 8 | 11 | 10 | 9.67 | 34 | |
| 61 | PB | 8192 | 26 | 18 | 26 | 23.33 | 82 | |
| 61 | PB | 16384 | 41 | 19 | 37 | 32.33 | 113 | |
| 61 | PB | 32768 | 20 | 34 | 33 | 29.00 | 102 | |
| 61 | PB | 65536 | 36 | 20 | 32 | 29.33 | 103 | |
| 62 | RK | 32 | 35 | 26 | 34 | 31.67 | 111 | 1024 |
| 62 | RK | 64 | 26 | 26 | 30 | 27.33 | 96 | |
| 62 | RK | 128 | 24 | 29 | 19 | 24.00 | 84 | |
| 62 | RK | 256 | 29 | 19 | 24 | 24.00 | 84 | |
| 63 | RK | 512 | 14 | 15 | 12 | 13.67 | 48 | |
| 63 | RK | 1024 | 13 | 18 | 5 | 12.00 | 42 | |
| 63 | RK | 2048 | 18 | 17 | 15 | 16.67 | 58 | |
| 63 | RK | 4096 | 24 | 22 | 26 | 24.00 | 84 | |
| 64 | RK | 8192 | 28 | 31 | 35 | 31.33 | 110 | |
| 64 | RK | 16384 | 35 | 29 | 28 | 30.67 | 108 | |
| 64 | RK | 32768 | 30 | 28 | 44 | 34.00 | 119 | |
| 64 | RK | 65536 | 41 | 36 | 34 | 37.00 | 130 | |
| 65 | RK | 32 | 14 | 21 | 15 | 16.67 | 58 | 1024 |
| 65 | RK | 64 | 19 | 27 | 17 | 21.00 | 74 | |
| 65 | RK | 128 | 20 | 22 | 31 | 24.33 | 85 | |
| 65 | RK | 256 | 21 | 36 | 28 | 28.33 | 99 | |
| 66 | RK | 512 | 15 | 19 | 8 | 14.00 | 49 | |
| 66 | RK | 1024 | 6 | 8 | 14 | 9.33 | 33 | |
| 66 | RK | 2048 | 22 | 23 | 21 | 22.00 | 77 | |
| 66 | RK | 4096 | 21 | 22 | 32 | 25.00 | 88 | |
| 67 | RK | 8192 | 37 | 21 | 25 | 27.67 | 97 | |
| 67 | RK | 16384 | 28 | 30 | 27 | 28.33 | 99 | |
| 67 | RK | 32768 | 47 | 33 | 16 | 32.00 | 112 | |
| 67 | RK | 65536 | 21 | 28 | 21 | 23.33 | 82 | |
| 68 | RK | 32 | 19 | 22 | 20 | 20.33 | 71 | 1024 |
| 68 | RK | 64 | 16 | 26 | 22 | 21.33 | 75 | |
| 68 | RK | 128 | 28 | 26 | 28 | 27.33 | 96 | |
| 68 | RK | 256 | 32 | 28 | 15 | 25.00 | 88 | |
| 69 | RK | 512 | 7 | 19 | 17 | 14.33 | 50 | |
| 69 | RK | 1024 | 11 | 7 | 12 | 10.00 | 35 | |
| 69 | RK | 2048 | 14 | 21 | 20 | 18.33 | 64 | |
| 69 | RK | 4096 | 22 | 19 | 34 | 25.00 | 88 | |
| 70 | RK | 8192 | 27 | 25 | 22 | 24.67 | 87 | |
| 70 | RK | 16384 | 33 | 28 | 28 | 29.67 | 104 | |
| 70 | RK | 32768 | 24 | 27 | 28 | 26.33 | 92 | |
| 70 | RK | 65536 | 34 | 25 | 23 | 27.33 | 96 | |
| 71 | Neg ctrl | 32 | 28 | 33 | 24 | 28.33 | 99 | <32 |
| 71 | Neg ctrl | 64 | 27 | 33 | 31 | 30.33 | 106 | |
| 71 | Neg ctrl | 128 | 21 | 26 | 19 | 22.00 | 77 | |
| 71 | Neg ctrl | 256 | 24 | 30 | 24 | 26.00 | 91 | |
| 72 | Neg ctrl | 512 | 20 | 26 | 25 | 23.67 | 83 | |
| 72 | Neg ctrl | 1024 | 36 | 26 | 22 | 28.00 | 98 | |
| 72 | Neg ctrl | 2048 | 30 | 34 | 17 | 27.00 | 95 | |
| 72 | Neg ctrl | 4096 | 18 | 30 | 26 | 24.67 | 87 | |
| 73 | Neg ctrl | 8192 | 20 | 24 | 29 | 24.33 | 85 | |
| 73 | Neg ctrl | 16384 | 29 | 45 | 21 | 31.67 | 111 | |
| 73 | Neg ctrl | 32768 | 19 | 22 | 31 | 24.00 | 84 | |
| 73 | Neg ctrl | 65536 | 26 | 26 | 12 | 21.33 | 75 | |
| 74 | Neg ctrl | 32 | 32 | 41 | 43 | 38.67 | 136 | <32 |
| 74 | Neg ctrl | 64 | 30 | 33 | 36 | 33.00 | 116 | |

**CONFIDENTIAL**

**MRK-KRA00761662**

**Appx5264**

**Attachment**
**PRN Assay Run mmrv-29-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

AIGENT results
Assay:  mmrv-29-02

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 28.5 | Valid Assay |
| Control 1: | [256, 2048] | 1024 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 74 | Neg ctrl | 128 | 45 | 36 | 33 | 38.00 | 133 | |
| 74 | Neg ctrl | 256 | 26 | 27 | 41 | 31.33 | 110 | |
| 75 | Neg ctrl | 512 | 30 | 25 | 42 | 32.33 | 113 | |
| 75 | Neg ctrl | 1024 | 41 | 33 | 35 | 36.33 | 127 | |
| 75 | Neg ctrl | 2048 | 38 | 17 | 31 | 28.67 | 101 | |
| 75 | Neg ctrl | 4096 | 29 | 31 | 31 | 30.33 | 106 | |
| 76 | Neg ctrl | 8192 | 25 | 20 | 21 | 22.00 | 77 | |
| 76 | Neg ctrl | 16384 | 29 | 28 | 29 | 28.67 | 101 | |
| 76 | Neg ctrl | 32768 | 26 | 30 | 35 | 30.33 | 106 | |
| 76 | Neg ctrl | 65536 | 23 | 36 | 24 | 27.67 | 97 | |
| 77 | Neg ctrl | 32 | 44 | 30 | 39 | 37.67 | 132 | <32 |
| 77 | Neg ctrl | 64 | 19 | 36 | 32 | 29.00 | 102 | |
| 77 | Neg ctrl | 128 | 26 | 28 | 26 | 26.67 | 94 | |
| 77 | Neg ctrl | 256 | 33 | 27 | 38 | 32.67 | 115 | |
| 78 | Neg ctrl | 512 | 29 | 34 | 33 | 32.00 | 112 | |
| 78 | Neg ctrl | 1024 | 35 | 55 | 30 | 40.00 | 140 | |
| 78 | Neg ctrl | 2048 | 34 | 31 | 27 | 30.67 | 108 | |
| 78 | Neg ctrl | 4096 | 32 | 28 | 31 | 30.33 | 106 | |
| 79 | Neg ctrl | 8192 | 18 | 28 | 38 | 28.00 | 98 | |
| 79 | Neg ctrl | 16384 | 38 | 42 | 50 | 43.33 | 152 | |
| 79 | Neg ctrl | 32768 | 42 | 37 | 42 | 40.33 | 142 | |
| 79 | Neg ctrl | 65536 | 38 | 39 | 48 | 41.67 | 146 | |
| 80 | CMB | 32 | 1 | 1 | 0 | 0.67 | 2 | 8192 |
| 80 | CMB | 64 | 0 | 1 | 5 | 2.00 | 7 | |
| 80 | CMB | 128 | 1 | 5 | 5 | 3.67 | 13 | |
| 80 | CMB | 256 | 4 | 12 | 6 | 7.33 | 26 | |
| 81 | CMB | 512 | 0 | 2 | 0 | 0.67 | 2 | |
| 81 | CMB | 1024 | 1 | 0 | 0 | 0.33 | 1 | |
| 81 | CMB | 2048 | 2 | 4 | 5 | 3.67 | 13 | |
| 81 | CMB | 4096 | 1 | 6 | 7 | 4.67 | 16 | |
| 82 | CMB | 8192 | 14 | 12 | 12 | 12.67 | 44 | |
| 82 | CMB | 16384 | 19 | 16 | 15 | 17.33 | 61 | |
| 82 | CMB | 32768 | 18 | 24 | 23 | 21.67 | 76 | |
| 82 | CMB | 65536 | 26 | 20 | 28 | 24.67 | 87 | |
| 83 | MKY | 32 | 19 | 22 | 12 | 17.67 | 62 | 1024 |
| 83 | MKY | 64 | 22 | 30 | 24 | 25.33 | 89 | |
| 83 | MKY | 128 | 21 | 24 | 20 | 21.67 | 76 | |
| 83 | MKY | 256 | 21 | 27 | 22 | 23.33 | 82 | |
| 84 | MKY | 512 | 9 | 6 | 13 | 9.33 | 33 | |
| 84 | MKY | 1024 | 12 | 11 | 10 | 11.00 | 39 | |
| 84 | MKY | 2048 | 16 | 21 | 16 | 17.67 | 62 | |
| 84 | MKY | 4096 | 25 | 35 | 29 | 29.67 | 104 | |
| 85 | mock | | 20 | 38 | 19 | | | |
| 85 | mock | | 29 | 36 | 24 | | | |
| 85 | mock | | 33 | 29 | 31 | | | |
| 85 | mock | | 29 | 31 | 23 | | | |
| 86 | | | 0 | 0 | 0 | | | |
| 86 | | | 0 | 0 | 0 | | | |
| 86 | | | 0 | 0 | 0 | | | |
| 86 | | | 0 | 0 | 0 | | | |

CONFIDENTIAL

MRK-KRA00761663

Appx5265

**Attachment**
**PRN Assay Run mmrv-52-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

| results mmrv-52-02 | Assay Controls | Limits | Result | Validity |
|---|---|---|---|---|
| | Mock: | [10, 40] | 34.58 | Valid Assay |
| | Control 1: | [256, 2048] | 1024 | Valid |
| | Control 2: | [2048, 16384] | 8192 | Valid |

| serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|
| FB | 32 | 1 | 1 | 0 | 0.67 | 2 | 8192 |
| FB | 64 | 1 | 0 | 2 | 1.00 | 3 | |
| FB | 128 | 11 | 11 | 10 | 10.67 | 31 | |
| FB | 256 | 16 | 10 | 13 | 13.00 | 38 | |
| FB | 512 | 2 | 3 | 5 | 3.33 | 10 | |
| FB | 1024 | 2 | 1 | 3 | 2.00 | 6 | |
| FB | 2048 | 3 | 1 | 2 | 2.00 | 6 | |
| FB | 4096 | 3 | 5 | 6 | 4.67 | 14 | |
| FB | 8192 | 9 | 14 | 12 | 11.67 | 34 | |
| FB | 16384 | 24 | 26 | 27 | 25.67 | 74 | |
| FB | 32768 | 34 | 36 | 34 | 34.67 | 100 | |
| FB | 65536 | 23 | 31 | 28 | 27.33 | 79 | |
| FB | 32 | 0 | 1 | 0 | 0.33 | 1 | 8192 |
| FB | 64 | 3 | 1 | 1 | 1.67 | 5 | |
| FB | 128 | 7 | 5 | 8 | 6.67 | 19 | |
| FB | 256 | 9 | 10 | 6 | 8.33 | 24 | |
| FB | 512 | 5 | 4 | 10 | 6.33 | 18 | |
| FB | 1024 | 3 | 1 | 0 | 1.33 | 4 | |
| FB | 2048 | 4 | 3 | 6 | 4.33 | 13 | |
| FB | 4096 | 4 | 10 | 3 | 5.67 | 16 | |
| FB | 8192 | 14 | 16 | 9 | 13.00 | 38 | |
| FB | 16384 | 9 | 32 | 29 | 23.33 | 67 | |
| FB | 32768 | 33 | 58 | 36 | 42.33 | 122 | |
| FB | 65536 | 27 | 37 | 32 | 32.00 | 93 | |
| FB | 32 | 0 | 0 | 1 | 0.33 | 1 | 8192 |
| FB | 64 | 2 | 2 | 1 | 1.67 | 5 | |
| FB | 128 | 7 | 8 | 9 | 8.00 | 23 | |
| FB | 256 | 16 | 5 | 8 | 9.67 | 28 | |
| FB | 512 | 2 | 1 | 2 | 1.67 | 5 | |
| FB | 1024 | 1 | 1 | 2 | 1.33 | 4 | |
| FB | 2048 | 9 | 5 | 3 | 5.67 | 16 | |
| FB | 4096 | 8 | 7 | 4 | 6.33 | 18 | |
| FB | 8192 | 13 | 8 | 11 | 10.67 | 31 | |
| FB | 16384 | 30 | 31 | 26 | 29.00 | 84 | |
| FB | 32768 | 26 | 38 | 44 | 36.00 | 104 | |
| FB | 65536 | 36 | 38 | 30 | 34.67 | 100 | |
| PB | 32 | 1 | 3 | 1 | 1.67 | 5 | 8192 |
| PB | 64 | 4 | 6 | 7 | 5.67 | 16 | |
| PB | 128 | 11 | 8 | 10 | 9.67 | 28 | |
| PB | 256 | 8 | 8 | 7 | 7.67 | 22 | |
| PB | 512 | 0 | 0 | 3 | 1.00 | 3 | |
| PB | 1024 | 4 | 3 | 5 | 4.00 | 12 | |
| PB | 2048 | 5 | 11 | 7 | 7.67 | 22 | |
| PB | 4096 | 13 | 20 | 15 | 16.00 | 46 | |
| PB | 8192 | 15 | 18 | 12 | 15.00 | 43 | |
| PB | 16384 | 29 | 27 | 22 | 26.00 | 75 | |
| PB | 32768 | 36 | 39 | 31 | 35.33 | 102 | |
| PB | 65536 | 25 | 20 | 29 | 24.67 | 71 | |
| PB | 32 | 5 | 1 | 3 | 3.00 | 9 | 8192 |
| PB | 64 | 3 | 6 | 8 | 5.67 | 16 | |
| PB | 128 | 17 | 12 | 16 | 15.00 | 43 | |
| PB | 256 | 12 | 4 | 9 | 8.33 | 24 | |
| PB | 512 | 0 | 3 | 2 | 1.67 | 5 | |
| PB | 1024 | 2 | 6 | 4 | 4.00 | 12 | |
| PB | 2048 | 7 | 6 | 8 | 7.00 | 20 | |
| PB | 4096 | 16 | 8 | 8 | 10.67 | 31 | |
| PB | 8192 | 25 | 14 | 6 | 15.00 | 43 | |
| PB | 16384 | 18 | 31 | 19 | 22.67 | 66 | |
| PB | 32768 | 26 | 34 | 33 | 31.00 | 90 | |
| PB | 65536 | 25 | 32 | 47 | 34.67 | 100 | |
| PB | 32 | 1 | 1 | 1 | 1.00 | 3 | 4096 |
| PB | 64 | 9 | 6 | 3 | 6.00 | 17 | |
| PB | 128 | 7 | 8 | 16 | 10.33 | 30 | |
| PB | 256 | 5 | 4 | 5 | 4.67 | 14 | |
| PB | 512 | 0 | 0 | 2 | 0.67 | 2 | |
| PB | 1024 | 1 | 3 | 3 | 2.33 | 7 | |
| PB | 2048 | 8 | 10 | 0 | 6.00 | 17 | |
| PB | 4096 | 16 | 10 | 11 | 12.33 | 36 | |
| PB | 8192 | 25 | 36 | 16 | 25.67 | 74 | |
| PB | 16384 | 25 | 32 | 21 | 26.00 | 75 | |
| PB | 32768 | 45 | 42 | 42 | 43.00 | 124 | |

CONFIDENTIAL

MRK-KRA00761664

Appx5266

**Attachment**
**PRN Assay Run mmrv-52-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

**results**
**mmrv-52-02**

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 34.58 | Valid Assay |
| Control 1: | [256, 2048] | 1024 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|
| PB | 65536 | 33 | 32 | 45 | 36.67 | 106 | |
| RK | 32 | 29 | 27 | 36 | 30.67 | 89 | 1024 |
| RK | 64 | 38 | 29 | 36 | 34.33 | 99 | |
| RK | 128 | 44 | 24 | 47 | 38.33 | 111 | |
| RK | 256 | 46 | 40 | 32 | 39.33 | 114 | |
| RK | 512 | 19 | 19 | 14 | 17.33 | 50 | |
| RK | 1024 | 14 | 18 | 16 | 16.00 | 46 | |
| RK | 2048 | 29 | 21 | 19 | 23.00 | 67 | |
| RK | 4096 | 29 | 24 | 17 | 22.33 | 67 | |
| RK | 8192 | 35 | 36 | 41 | 37.33 | 108 | |
| RK | 16384 | 40 | 45 | 53 | 46.00 | 133 | |
| RK | 32768 | 46 | 50 | 28 | 41.33 | 120 | |
| RK | 65536 | 24 | 58 | 25 | 35.67 | 103 | |
| RK | 32 | 19 | 29 | 26 | 24.67 | 71 | 1024 |
| RK | 64 | 35 | 38 | 30 | 34.33 | 99 | |
| RK | 128 | 44 | 25 | 36 | 35.00 | 101 | |
| RK | 256 | 22 | 21 | 35 | 26.00 | 75 | |
| RK | 512 | 18 | 15 | 11 | 14.67 | 42 | |
| RK | 1024 | 13 | 11 | 10 | 11.33 | 33 | |
| RK | 2048 | 22 | 18 | 29 | 23.00 | 67 | |
| RK | 4096 | 18 | 18 | 29 | 21.67 | 63 | |
| RK | 8192 | 27 | 30 | 19 | 25.33 | 73 | |
| RK | 16384 | 40 | 33 | 45 | 39.33 | 114 | |
| RK | 32768 | 32 | 37 | 33 | 34.00 | 98 | |
| RK | 65536 | 31 | 35 | 20 | 28.67 | 83 | |
| RK | 32 | 17 | 24 | 30 | 23.67 | 68 | 1024 |
| RK | 64 | 36 | 34 | 34 | 34.67 | 100 | |
| RK | 128 | 33 | 38 | 42 | 37.67 | 109 | |
| RK | 256 | 19 | 28 | 36 | 27.67 | 80 | |
| RK | 512 | 10 | 16 | 11 | 12.33 | 36 | |
| RK | 1024 | 12 | 4 | 13 | 9.67 | 28 | |
| RK | 2048 | 16 | 21 | 16 | 17.67 | 51 | |
| RK | 4096 | 12 | 16 | 35 | 21.00 | 61 | |
| RK | 8192 | 50 | 26 | 29 | 35.00 | 101 | |
| RK | 16384 | 32 | 40 | 45 | 39.00 | 113 | |
| RK | 32768 | 44 | 30 | 34 | 36.00 | 104 | |
| RK | 65536 | 33 | 28 | 40 | 33.67 | 97 | |
| Neg ctrl | 32 | 29 | 24 | 38 | 30.33 | 88 | <32 |
| Neg ctrl | 64 | 38 | 29 | 35 | 34.00 | 98 | |
| Neg ctrl | 128 | 20 | 26 | 22 | 22.67 | 66 | |
| Neg ctrl | 256 | 21 | 15 | 28 | 21.33 | 62 | |
| Neg ctrl | 512 | 23 | 33 | 20 | 25.33 | 73 | |
| Neg ctrl | 1024 | 37 | 28 | 30 | 31.67 | 92 | |
| Neg ctrl | 2048 | 34 | 41 | 34 | 37.00 | 107 | |
| Neg ctrl | 4096 | 29 | 27 | 30 | 28.67 | 83 | |
| Neg ctrl | 8192 | 23 | 39 | 23 | 28.33 | 82 | |
| Neg ctrl | 16384 | 32 | 29 | 40 | 33.67 | 97 | |
| Neg ctrl | 32768 | 40 | 30 | 35 | 35.00 | 101 | |
| Neg ctrl | 65536 | 24 | 41 | 30 | 31.67 | 92 | |
| Neg ctrl | 32 | 52 | 54 | 39 | 48.33 | 140 | <32 |
| Neg ctrl | 64 | 57 | 40 | 54 | 50.33 | 146 | |
| Neg ctrl | 128 | 66 | 51 | 47 | 54.67 | 158 | |
| Neg ctrl | 256 | 40 | 49 | 44 | 44.33 | 128 | |
| Neg ctrl | 512 | 52 | 51 | 38 | 47.00 | 136 | |
| Neg ctrl | 1024 | 42 | 39 | 41 | 40.67 | 118 | |
| Neg ctrl | 2048 | 36 | 38 | 47 | 40.33 | 117 | |
| Neg ctrl | 4096 | 44 | 30 | 46 | 40.00 | 116 | |
| Neg ctrl | 8192 | 38 | 38 | 37 | 37.67 | 109 | |
| Neg ctrl | 16384 | 35 | 34 | 40 | 36.33 | 105 | |
| Neg ctrl | 32768 | 38 | 52 | 35 | 41.67 | 121 | |
| Neg ctrl | 65536 | 36 | 40 | 43 | 39.67 | 115 | |
| Neg ctrl | 32 | 41 | 49 | 46 | 45.33 | 131 | <32 |
| Neg ctrl | 64 | 53 | 45 | 50 | 49.33 | 143 | |
| Neg ctrl | 128 | 32 | 39 | 49 | 40.00 | 116 | |
| Neg ctrl | 256 | 36 | 46 | 38 | 40.00 | 116 | |
| Neg ctrl | 512 | 40 | 35 | 43 | 39.33 | 114 | |
| Neg ctrl | 1024 | 27 | 37 | 35 | 33.00 | 95 | |
| Neg ctrl | 2048 | 36 | 25 | 45 | 35.33 | 102 | |
| Neg ctrl | 4096 | 32 | 37 | 33 | 34.00 | 98 | |
| Neg ctrl | 8192 | 45 | 39 | 41 | 41.67 | 121 | |
| Neg ctrl | 16384 | 40 | 42 | 43 | 41.67 | 121 | |

CONFIDENTIAL

MRK-KRA00761665

Appx5267

**Attachment**
**PRN Assay Run mmrv-52-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

| results mmrv-52-02 | Assay Controls | Limits | Result | Validity |
|---|---|---|---|---|
| | Mock: | [10, 40] | 34.58 | Valid Assay |
| | Control 1: | [256, 2048] | 1024 | Valid |
| | Control 2: | [2048, 16384] | 8192 | Valid |

| serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|
| Neg ctrl | 32768 | 51 | 50 | 38 | 46.33 | 134 | |
| Neg ctrl | 65536 | 35 | 57 | 28 | 40.00 | 116 | |
| CMB | 32 | 1 | 0 | 0 | 0.33 | 1 | 8192 |
| CMB | 64 | 1 | 1 | 2 | 1.33 | 4 | |
| CMB | 128 | 8 | 9 | 7 | 8.00 | 23 | |
| CMB | 256 | 7 | 9 | 4 | 6.67 | 19 | |
| CMB | 512 | 1 | 0 | 2 | 1.00 | 3 | |
| CMB | 1024 | 0 | 2 | 0 | 0.67 | 2 | |
| CMB | 2048 | 1 | 4 | 3 | 2.67 | 8 | |
| CMB | 4096 | 10 | 12 | 9 | 10.33 | 30 | |
| CMB | 8192 | 10 | 12 | 9 | 10.33 | 30 | |
| CMB | 16384 | 27 | 26 | 38 | 30.33 | 88 | |
| CMB | 32768 | 47 | 36 | 30 | 37.67 | 109 | |
| CMB | 65536 | 28 | 40 | 38 | 35.33 | 102 | |
| MKY | 32 | 22 | 25 | 22 | 23.00 | 67 | 1024 |
| MKY | 64 | 22 | 37 | 26 | 28.33 | 82 | |
| MKY | 128 | 30 | 41 | 40 | 40.00 | 116 | |
| MKY | 256 | 28 | 33 | 42 | 34.33 | 99 | |
| MKY | 512 | 17 | 18 | 22 | 19.00 | 55 | |
| MKY | 1024 | 14 | 19 | 12 | 15.00 | 43 | |
| MKY | 2048 | 25 | 30 | 27 | 27.33 | 79 | |
| MKY | 4096 | 31 | 26 | 34 | 30.33 | 88 | |
| | | 0 | 0 | 0 | | | |
| | | 1 | 1 | 1 | | | |
| | | 5 | 8 | 13 | | | |
| | | 6 | 3 | 7 | | | |
| | | 1 | 1 | 2 | | | |
| | | 0 | 2 | 1 | | | |
| | | 1 | 0 | 1 | | | |
| | | 7 | 5 | 7 | | | |
| | | 16 | 13 | 13 | | | |
| | | 19 | 20 | 26 | | | |
| | | 18 | 45 | 36 | | | |
| | | 30 | 32 | 32 | | | |
| | | 11 | 18 | 17 | | | |
| | | 20 | 16 | 18 | | | |
| | | 29 | 26 | 47 | | | |
| | | 35 | 29 | 24 | | | |
| | | 14 | 16 | 21 | | | |
| | | 17 | 18 | 15 | | | |
| | | 26 | 24 | 35 | | | |
| | | 34 | 32 | 32 | | | |
| | | 14 | 9 | 10 | | | |
| | | 17 | 16 | 13 | | | |
| | | 15 | 27 | 26 | | | |
| | | 13 | 8 | 14 | | | |
| | | 0 | 3 | 5 | | | |
| | | 7 | 5 | 10 | | | |
| | | 11 | 12 | 19 | | | |
| | | 20 | 12 | 18 | | | |
| mock | | 29 | 37 | 47 | | | |
| mock | | 24 | 30 | 36 | | | |
| mock | | 27 | 29 | 40 | | | |
| mock | | 48 | 33 | 35 | | | |
| | | 0 | 0 | 0 | | | |
| | | 0 | 0 | 0 | | | |
| | | 0 | 0 | 0 | | | |
| | | 0 | 0 | 0 | | | |

CONFIDENTIAL

MRK-KRA00761666

Appx5268

**Attachment**
**PRN Assay Run mmrv-53-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

**AIGENT results**
**Assay:  mmrv-53-02**

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 31.25 | Valid Assay |
| Control 1: | [256, 2048] | 512 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 51 | FB | 32 | 0 | 0 DO | | 0.00 | 0 | 8192 |
| 51 | FB | 64 | 1 | 0 | 8 | 3.00 | 10 | |
| 51 | FB | 128 | 3 | 6 | 13 | 7.33 | 23 | |
| 51 | FB | 256 | 13 | 9 DO | | 11.00 | 35 | |
| 52 | FB | 512 | 11 | 7 | 4 | 7.33 | 23 | |
| 52 | FB | 1024 | 3 | 0 | 0 | 1.00 | 3 | |
| 52 | FB | 2048 | 3 | 1 | 4 | 2.67 | 9 | |
| 52 | FB | 4096 | 6 | 6 | 3 | 5.00 | 16 | |
| 53 | FB | 8192 | 12 | 14 | 10 | 12.00 | 38 | |
| 53 | FB | 16384 | 21 | 26 | 30 | 25.67 | 82 | |
| 53 | FB | 32768 | 29 | 22 | 36 | 29.00 | 93 | |
| 53 | FB | 65536 | 35 | 38 | 32 | 35.00 | 112 | |
| 54 | FB | 32 | 0 | 0 | 1 | 0.33 | 1 | 8192 |
| 54 | FB | 64 | 2 | 4 | 3 | 3.00 | 10 | |
| 54 | FB | 128 | 7 | 9 | 4 | 6.67 | 21 | |
| 54 | FB | 256 | 9 | 15 | 5 | 9.67 | 31 | |
| 55 | FB | 512 | 7 | 9 | 4 | 6.67 | 21 | |
| 55 | FB | 1024 | 2 | 1 | 5 | 2.67 | 9 | |
| 55 | FB | 2048 | 1 | 2 | 1 | 1.33 | 4 | |
| 55 | FB | 4096 | 5 | 8 | 6 | 6.33 | 20 | |
| 56 | FB | 8192 | 12 | 18 | 14 | 14.67 | 47 | |
| 56 | FB | 16384 | 32 | 25 | 35 | 30.67 | 98 | |
| 56 | FB | 32768 | 27 | 24 | 33 | 28.00 | 90 | |
| 56 | FB | 65536 | 30 | 38 | 43 | 37.00 | 118 | |
| 57 | FB | 32 | 0 | 0 | 0 | 0.00 | 0 | 8192 |
| 57 | FB | 64 | 3 | 5 | 6 | 4.67 | 15 | |
| 57 | FB | 128 | 4 | 8 | 6 | 6.00 | 19 | |
| 57 | FB | 256 | 13 | 14 | 19 | 15.33 | 49 | |
| 58 | FB | 512 | 4 | 6 | 2 | 4.00 | 13 | |
| 58 | FB | 1024 | 1 | 1 | 1 | 1.00 | 3 | |
| 58 | FB | 2048 | 1 | 4 | 1 | 2.00 | 6 | |
| 58 | FB | 4096 | 4 | 6 | 8 | 6.00 | 19 | |
| 59 | FB | 8192 | 18 | 15 | 14 | 15.67 | 50 | |
| 59 | FB | 16384 | 24 | 20 | 19 | 21.00 | 67 | |
| 59 | FB | 32768 | 30 | 33 | 22 | 28.33 | 91 | |
| 59 | FB | 65536 | 30 | 35 | 23 | 29.33 | 94 | |
| 60 | PB | 32 | 2 | 1 | 2 | 1.67 | 5 | 4096 |
| 60 | PB | 64 | 7 | 4 | 6 | 5.67 | 18 | |
| 60 | PB | 128 | 12 | 10 | 9 | 10.33 | 33 | |
| 60 | PB | 256 | 12 | 7 | 5 | 8.00 | 26 | |
| 61 | PB | 512 | 0 | 1 | 3 | 1.33 | 4 | |
| 61 | PB | 1024 | 2 | 1 | 5 | 2.67 | 9 | |
| 61 | PB | 2048 | 1 | 4 | 9 | 4.67 | 15 | |
| 61 | PB | 4096 | 13 | 10 | 9 | 10.67 | 34 | |
| 62 | PB | 8192 | 17 | 19 | 21 | 19.00 | 61 | |
| 62 | PB | 16384 | 28 | 38 | 35 | 33.67 | 108 | |
| 62 | PB | 32768 | 35 | 39 | 42 | 38.67 | 124 | |
| 62 | PB | 65536 | 32 | 20 | 35 | 29.00 | 93 | |
| 63 | PB | 32 | 2 | 0 | 3 | 1.67 | 5 | 4096 |
| 63 | PB | 64 | 6 | 3 | 5 | 4.67 | 15 | |
| 63 | PB | 128 | 10 | 13 | 6 | 9.67 | 31 | |
| 63 | PB | 256 | 9 | 12 | 7 | 9.33 | 30 | |
| 64 | PB | 512 | 1 | 1 | 3 | 1.67 | 5 | |
| 64 | PB | 1024 | 2 | 3 | 2 | 2.33 | 7 | |
| 64 | PB | 2048 | 8 | 7 | 7 | 7.33 | 23 | |
| 64 | PB | 4096 | 10 | 8 | 11 | 9.67 | 31 | |
| 65 | PB | 8192 | 17 | 17 | 15 | 16.33 | 52 | |
| 65 | PB | 16384 | 21 | 32 | 18 | 23.67 | 76 | |
| 65 | PB | 32768 | 32 | 30 | 27 | 29.67 | 95 | |
| 65 | PB | 65536 | 35 | 30 | 20 | 28.33 | 91 | |
| 66 | PB | 32 | 2 | 1 | 5 | 2.67 | 9 | 4096 |
| 66 | PB | 64 | 5 | 5 | 9 | 6.33 | 20 | |
| 66 | PB | 128 | 12 | 17 | 15 | 14.67 | 47 | |
| 66 | PB | 256 | 7 | 7 | 11 | 8.33 | 27 | |
| 67 | PB | 512 | 0 | 0 | 2 | 0.67 | 2 | |
| 67 | PB | 1024 | 2 | 1 | 6 | 3.00 | 10 | |
| 67 | PB | 2048 | 10 | 4 | 7 | 7.00 | 22 | |
| 67 | PB | 4096 | 10 | 9 | 7 | 8.67 | 28 | |
| 68 | PB | 8192 | 20 | 27 | 28 | 25.00 | 80 | |
| 68 | PB | 16384 | 30 | 24 | 30 | 28.00 | 90 | |
| 68 | PB | 32768 | 26 | 34 | 48 | 36.00 | 115 | |

1 of 3

MRK-KRA00761667

Appx5269

**Attachment**
**PRN Assay Run mmrv-53-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

**AIGENT results**
Assay:  mmrv-53-02

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 31.25 | Valid Assay |
| Control 1: | [256, 2048] | 512 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| 68 | PB | 65536 | 26 | 29 | 24 | 26.33 | 84 | |
| 69 | RK | 32 | 31 | 21 | 17 | 23.00 | 74 | 1024 |
| 69 | RK | 64 | 27 | 16 | 25 | 22.67 | 73 | |
| 69 | RK | 128 | 30 | 35 | 39 | 34.67 | 111 | |
| 69 | RK | 256 | 28 | 31 | 28 | 29.00 | 93 | |
| 70 | RK | 512 | 17 | 6 | 16 | 13.00 | 42 | |
| 70 | RK | 1024 | 11 | 15 | 13 | 13.00 | 42 | |
| 70 | RK | 2048 | 23 | 15 | 16 | 18.00 | 58 | |
| 70 | RK | 4096 | 28 | 26 | 21 | 25.00 | 80 | |
| 70 | RK | 8192 | 36 | 25 | 39 | 33.33 | 107 | |
| 71 | RK | 16384 | 32 | 34 | 29 | 31.67 | 101 | |
| 71 | RK | 32768 | 32 | 44 | 50 | 42.00 | 134 | |
| 71 | RK | 65536 | 30 | 38 | 29 | 32.33 | 103 | |
| 72 | RK | 32 | 31 | 20 | 19 | 23.33 | 75 | 1024 |
| 72 | RK | 64 | 22 | 26 | 20 | 22.67 | 73 | |
| 72 | RK | 128 | 37 | 25 | 30 | 30.67 | 98 | |
| 72 | RK | 256 | 28 | 29 | 21 | 26.00 | 83 | |
| 73 | RK | 512 | 8 | 15 | 11 | 11.33 | 36 | |
| 73 | RK | 1024 | 14 | 13 | 12 | 13.00 | 42 | |
| 73 | RK | 2048 | 22 | 14 | 22 | 19.33 | 62 | |
| 73 | RK | 4096 | 27 | 26 | 25 | 26.00 | 83 | |
| 74 | RK | 8192 | 26 | 31 | 26 | 24.33 | 78 | |
| 74 | RK | 16384 | 23 | 31 | 23 | 25.67 | 82 | |
| 74 | RK | 32768 | 35 | 19 | 33 | 29.00 | 93 | |
| 74 | RK | 65536 | 22 | 27 | 24 | 24.33 | 78 | |
| 75 | RK | 32 | 19 | 21 | 32 | 24.00 | 77 | 1024 |
| 75 | RK | 64 | 17 | 24 | 21 | 20.67 | 66 | |
| 75 | RK | 128 | 27 | 22 | 33 | 27.33 | 87 | |
| 75 | RK | 256 | 26 | 23 | 29 | 26.00 | 83 | |
| 76 | RK | 512 | 12 | 26 | 18 | 18.67 | 60 | |
| 76 | RK | 1024 | 9 | 7 | 23 | 13.00 | 42 | |
| 76 | RK | 2048 | 14 | 27 | 24 | 21.67 | 69 | |
| 76 | RK | 4096 | 39 | 32 | 42 | 37.67 | 121 | |
| 77 | RK | 8192 | 37 | 39 | 30 | 35.33 | 113 | |
| 77 | RK | 16384 | 29 | 34 | 20 | 27.67 | 89 | |
| 77 | RK | 32768 | 28 | 26 | 40 | 31.33 | 100 | |
| 77 | RK | 65536 | 33 | 30 | 34 | 32.33 | 103 | |
| 78 | Neg ctrl | 32 | 32 | 28 | 48 | 36.00 | 115 | <32 |
| 78 | Neg ctrl | 64 | 33 | 42 | 35 | 36.67 | 117 | |
| 78 | Neg ctrl | 128 | 38 | 33 | 30 | 33.67 | 108 | |
| 78 | Neg ctrl | 256 | 26 | 33 | 34 | 31.00 | 99 | |
| 79 | Neg ctrl | 512 | 29 | 21 | 24 | 24.67 | 79 | |
| 79 | Neg ctrl | 1024 | 31 | 18 | 30 | 26.33 | 84 | |
| 79 | Neg ctrl | 2048 | 30 | 34 | 41 | 35.00 | 112 | |
| 79 | Neg ctrl | 4096 | 34 | 26 | 21 | 27.00 | 86 | |
| 80 | Neg ctrl | 8192 | 36 | 11 | 18 | 21.67 | 69 | |
| 80 | Neg ctrl | 16384 | 21 | 23 | 30 | 24.67 | 79 | |
| 80 | Neg ctrl | 32768 | 33 | 35 | 24 | 30.67 | 98 | |
| 80 | Neg ctrl | 65536 | 12 | 26 | 37 | 25.00 | 80 | |
| 81 | Neg ctrl | 32 | 37 | 42 | 45 | 41.33 | 132 | <32 |
| 81 | Neg ctrl | 64 DO | | | 33 | 31 | 32.00 | 102 |
| 81 | Neg ctrl | 128 DO | 38 | | 33 | 38.50 | 123 | |
| 81 | Neg ctrl | 256 DO | | DO | DO | | | |
| 82 | Neg ctrl | 512 | 25 | 26 | 41 | 30.67 | 98 | |
| 82 | Neg ctrl | 1024 | 35 | 46 | 50 | 43.67 | 140 | |
| 82 | Neg ctrl | 2048 | 45 | 42 | 38 | 41.67 | 133 | |
| 82 | Neg ctrl | 4096 | 39 | 38 | 36 | 37.67 | 121 | |
| 83 | Neg ctrl | 8192 | 28 | 33 | 28 | 29.67 | 95 | |
| 83 | Neg ctrl | 16384 | 38 | 37 | 36 | 37.00 | 118 | |
| 83 | Neg ctrl | 32768 | 39 | 40 | 32 | 38.00 | 122 | |
| 83 | Neg ctrl | 65536 | 35 | 39 | 39 | 37.67 | 121 | |
| 84 | Neg ctrl | 32 | 38 | 34 | 26 | 32.67 | 105 | <32 |
| 84 | Neg ctrl | 64 | 39 | 33 | 27 | 33.00 | 106 | |
| 84 | Neg ctrl | 128 | 30 | 33 | 28 | 30.33 | 97 | |
| 84 | Neg ctrl | 256 | 26 | 24 | 28 | 26.67 | 85 | |
| 85 | Neg ctrl | 512 | 35 | 30 | 38 | 34.33 | 110 | |
| 85 | Neg ctrl | 1024 | 32 | 37 | 30 | 33.00 | 106 | |
| 85 | Neg ctrl | 2048 | 27 | 29 | 28 | 28.00 | 90 | |
| 85 | Neg ctrl | 4096 | 25 | 28 | 26 | 26.33 | 84 | |
| 86 | Neg ctrl | 8192 | 48 | 23 DO | | 35.50 | 114 | |
| 86 | Neg ctrl | 16384 | 40 | 46 | 33 | 39.67 | 127 | |

**CONFIDENTIAL**

MRK-KRA00761668

Appx5270

**Attachment**
**PRN Assay Run mmrv-53-02 Data Listing**

Business Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

**AIGENT results**
**Assay:  mmrv-53-02**

| Assay Controls | Limits | Result | Validity |
|---|---|---|---|
| Mock: | [10, 40] | 31.25 | Valid Assay |
| Control 1: | [256, 2048] | 512 | Valid |
| Control 2: | [2048, 16384] | 8192 | Valid |

| plate# | serum | Dilution | #plaques | #plaques | #plaques | Average | % of Mock | Titer |
|---|---|---|---|---|---|---|---|---|
| | 86 Neg ctrl | 32768 | 30 | 32 | 36 | 32.67 | 105 | |
| | 86 Neg ctrl | 65536 | 32 | 36 | 30 | 32.67 | 105 | |
| | 87 CMB | 32 | 0 | 0 | 2 | 0.67 | 2 | 8192 |
| | 87 CMB | 64 | 1 | 4 | 1 | 2.00 | 6 | |
| | 87 CMB | 128 | 7 | 8 | 6 | 7.00 | 22 | |
| | 87 CMB | 256 | 10 | 11 | 6 | 9.00 | 29 | |
| | 88 CMB | 512 | 0 | 0 | 0 | 0.00 | 0 | |
| | 88 CMB | 1024 | 0 | 0 | 0 | 0.00 | 0 | |
| | 88 CMB | 2048 | 4 | 4 | 7 | 5.00 | 16 | |
| | 88 CMB | 4096 | 7 | 9 | 10 | 8.67 | 28 | |
| | 89 CMB | 8192 | 12 | 14 | 13 | 13.00 | 42 | |
| | 89 CMB | 16384 | 18 | 20 | 31 | 23.00 | 74 | |
| | 89 CMB | 32768 | 20 | 37 | 43 | 33.33 | 107 | |
| | 89 CMB | 65536 | 40 | 39 | 28 | 35.67 | 114 | |
| | 90 MKY | 32 | 15 | 19 | 17 | 17.00 | 54 | 512 |
| | 90 MKY | 64 | 26 | 21 | 24 | 23.67 | 76 | |
| | 90 MKY | 128 | 38 | 22 | 28 | 29.33 | 94 | |
| | 90 MKY | 256 | 36 | 26 | 34 | 32.00 | 102 | |
| | 91 MKY | 512 | 14 | 15 | 14 | 14.33 | 46 | |
| | 91 MKY | 1024 | 27 | 16 | 24 | 22.33 | 71 | |
| | 91 MKY | 2048 | 27 | 28 | 34 | 29.67 | 95 | |
| | 91 MKY | 4096 | 40 | 27 | 26 | 31.00 | 99 | |
| | 92 | | 0 | 1 | 2 | | | |
| | 92 | | 3 | 3 | 2 | | | |
| | 92 | | 5 | 5 | 5 | | | |
| | 92 | | 16 | 1 | 6 | | | |
| | 93 | | 1 | 0 | 1 | | | |
| | 93 | | 0 | 0 | 0 | | | |
| | 93 | | 2 | 2 | 1 | | | |
| | 93 | | 11 | 5 | 7 | | | |
| | 94 | | 13 | 14 | 12 | | | |
| | 94 | | 28 | 20 | 29 | | | |
| | 94 | | 29 | 21 | 40 | | | |
| | 94 | | 24 | 35 | 25 | | | |
| | 95 | | 8 | 17 | 14 | | | |
| | 95 | | 20 | 27 | 13 | | | |
| | 95 | | 25 | 42 | 25 | | | |
| | 95 | | 41 | 41 | 33 | | | |
| | 96 | | 13 | 19 | 20 | | | |
| | 96 | | 6 | 10 | 17 | | | |
| | 96 | | 26 | 18 | 19 | | | |
| | 96 | | 31 | 35 | 22 | | | |
| | 97 | | 13 | 12 | 12 | | | |
| | 97 | | 13 | 18 | 14 | | | |
| | 97 | | 26 | 20 | 24 | | | |
| | 97 | | 16 | 12 | 13 | | | |
| | 98 | | 2 | 7 | 5 | | | |
| | 98 | | 5 | 2 | 4 | | | |
| | 98 | | 8 | 8 | 13 | | | |
| | 98 | | 10 | 12 | 17 | | | |
| | 99 mock | | 35 | 29 | 39 | | | |
| | 99 mock | | 40 | 35 | 33 | | | |
| | 99 mock | | 30 | 33 | 22 | | | |
| | 99 mock | | 24 | 27 | 28 | | | |
| | 100 | | 0 | 0 | 0 | | | |
| | 100 | | 0 | 0 | 0 | | | |
| | 100 | | 0 | 0 | 0 | | | |
| | 100 | | 0 | 0 | 0 | | | |

CONFIDENTIAL

MRK-KRA00761669

Appx5271

Attachment 2

CONFIDENTIAL

MRK-KRA00761670

Appx5272

# ATTACHMENT #2

CONFIDENTIAL

MRK-KRA00761671

Appx5273

Restricted
R ⬦ Confidential
limited access

 **MERCK**

**SUBJECT:** Comparison Between the Mumps Wild Type (WT) ELISA (SOP 910.0096) and the Anti-IgG Enhanced Plaque Reduction Neutralization (AIGENT) Assay for Mumps (SOP 874.3489) Using the "Original" AIGENT Results

### Executive Summary

Mumps Anti-IgG Enhanced Plaque Reduction Neutralization (AIGENT) and Wild Type (WT) ELISA pre-vaccination and Day 42 post-vaccination titers from 565 subjects in the M-M-R®II 007 trial were compared to assess the accuracy of the WT ELISA assay using a serostatus cutoff of 10 Ab units relative to the AIGENT assay using a serostatus cutoff of 32 (1:32 dilution). AIGENT titers presented in this report were obtained using only the pre-specified SOP 874.3489 and validation rules.

Despite that AIGENT titers are measured values and subject to the variabilities inherent in a biological assay, agreement between the ELISA and AIGENT assays was found to be quite good, exceeding 85% for each of the cross-classification measures evaluated (sensitivity, specificity, positive and negative predictive value, and overall percent agreement). The overall agreement rate between the two assays is 90.4% (925/1023) with 469 samples classified as positive in both assays and 456 samples classified as negative in both assays. A pre-vaccination sample was more likely to be classified sero-positive in the AIGENT assay than in the ELISA (12.0% as compared to 2.0%), and a post-vaccination sample was only slightly less likely to be classified sero-positive in the AIGENT assay than in the ELISA (93.0% as compared to 95.1%). The data also demonstrates a positive association between the two assays even within the set of discordant post-vaccination results. With respect to sero-conversion, the overall agreement rate between assays was 93.4% (413/442), with the ELISA being only slightly more likely than the AIGENT to classify a sample as a seroconverter. Among the set of samples that were evaluable in both assays, the sero-conversion rate was 94.8% (419/442) in the ELISA and 92.8% (410/442) in the AIGENT assay.

**Appx5274**



**Background & Objectives**

This analysis is based on data from the M-M-R®II 007 trial. The paired pre- and post-vaccination samples from 565 subjects participating in the M-M-R®II 007 trial were tested in the Anti-IgG Enhanced Plaque Reduction Neutralization (AIGENT) Assay for Mumps (SOP 874.3489). The same samples were also tested in the Mumps WT ELISA (SOP 910.0096). The purpose of this analysis is to assess the accuracy of the ELISA assay using a serostatus cutoff of 10 Ab relative to the AIGENT assay using a serostatus cutoff of 32 (1:32 dilution). AIGENT titers presented in this report were obtained using only the pre-specified SOP 874.3489 and validation rules [1].

**Results**

*Assay Comparison Using Both Pre- and Post-Vaccination Samples*

Sample titers obtained in the AIGENT and ELISA assays are listed for the 565 subjects in the Attachment. Of the 565 subjects tested in the AIGENT assay, 510 had a reportable pre-vaccination titer and 513 had a reportable post-vaccination titer. All 565 subjects had reportable pre- and post-vaccination titers in the Mumps WT ELISA. AIGENT and ELISA titer results for the 1023 samples are presented in Figure 1. To prevent test sample results from overlaying one another in the figure, ELISA titers reported as <10 Ab were replaced by a randomly assigned value of between 1 and 10 Ab, and AIGENT titers were replaced by a randomly assigned value within either 2-fold (<32 or ≥4096) or 1.4-fold (all other titers) of the actual titer. Within Figure 1, the pre- and post-vaccination samples are differentiated by symbol and color. As indicated by the figure, the majority of pre-vaccination samples are in the AIGENT-negative and ELISA-negative quadrant, and the majority of post-vaccination samples are in the AIGENT-positive and ELISA-positive quadrant.

A 2×2 cross-classification table summarizing the sero-status assignments for the 1023 samples is provided in Table 1. Summary measures for assessing the accuracy of the ELISA relative to the AIGENT follow those defined in [2]. The **overall agreement rate between the two assays is 90.4%** (925/1023) with 469 samples classified as positive in both assays and 456 samples classified as negative in both assays. Of the 98 discordant pairs, 29 were positive in the ELISA and negative in the AIGENT, and 69 were positive in the AIGENT and negative in the ELISA. Relative to the AIGENT assay, the **sensitivity of the ELISA assay is 87.2%** (469/538), the **specificity of the ELISA assay is 94.0%** (456/485), the **predictive value of a negative ELISA is 86.9%** (456/525), and the **predictive value of a positive ELISA is 94.2%** (469/498).

*Assay Comparison Using Only Pre-Vaccination Samples*

To more thoroughly assess the nature of the discrepant pairs, separate 2×2 tables were constructed for the pre- and post-vaccination samples. The sero-status cross-tabulation for the 510 pre-vaccination samples is presented in Table 2. The pre-positive rate was 2.0% (10/510)

2

MRK-KRA00761673

Appx5275

R  ◇ Restricted
Confidential
limited access

in the ELISA and 12.0% (61/510) in the AIGENT assay. The overall agreement rate was 87.3% (445/510) with 442 samples classified as negative in both assays and 3 samples classified as positive in both assays. Of the 65 discrepant pairs, 7 were positive in the ELISA and negative in the AIGENT, and 58 were positive in the AIGENT and negative in the ELISA, providing statistical evidence that a discordant pre-vaccination pair is more likely to be AIGENT positive and ELISA negative than AIGENT negative and ELISA positive (McNemar Exact Two-Sided P-value<0.0001). The pre-vaccination discordant pairs are highlighted in the attachment and listed separately in Tables 5a and 5b.

*Assay Comparison Using Only Post-Vaccination Samples*

The sero-status cross-tabulation for the 513 post-vaccination samples is presented in Table 3. The post-vaccination positive rate was 95.1% (488/513) in the ELISA and 93.0% (477/513) in the AIGENT assay. The overall agreement rate was 93.6% (480/513) with 466 samples classified as positive in both assays and 14 samples classified as negative in both assays. Of the 33 discordant pairs, 22 were positive in the ELISA and negative in the AIGENT, and 11 were positive in the AIGENT and negative in the ELISA. The test for imbalance approached but did not attain statistical significance (McNemar Exact Two-Sided P-value=0.080). The post-vaccination discordant pairs are highlighted in the Attachment and listed separately in Tables 6a and 6b.

*Assay Comparison Based on Sero-Conversion*

A 2×2 cross-classification table based on the definitions of sero-conversion for each assay is presented in Table 4. Subjects that are pre-vaccination positive in either the ELISA or AIGENT assay (ELISA titer ≥10 Ab units, AIGENT titer ≥32) are dropped from the assessment of sero-conversion. For the WT ELISA, a subject is defined to respond to vaccine if they are pre-vaccination negative and have a post-vaccination titer ≥10 Ab units. For the AIGENT assay, a subject is defined to respond to vaccine if they are pre-vaccination negative and have a post-vaccination titer that is ≥64 (corresponds to pre- to post-vaccination rise in titer of ≥4-fold). With the exception of the exclusion of 123 samples (samples either did not have one of their AIGENT titers or were pre-vaccination positive in one or both assays), the results mirror those of the post-vaccination titers. The sero-conversion rate was 94.8% (419/442) in the ELISA and 92.8% (410/442) in the AIGENT assay. The overall agreement rate was 93.4% (413/442) with 400 samples classified as converters in both assays and 13 samples classified as non-converters in both assays. Of the 29 discrepant pairs, 19 sero-converted in the ELISA but not in the AIGENT, and 10 sero-converted in the AIGENT but not in the ELISA. The test for imbalance approached but did not attain statistical significance (McNemar Exact Two-Sided P-value=0.136). The discordant pairs are highlighted in the Attachment and listed separately in Tables 7a and 7b. As indicated in Table 4, only 4.3% (19/442) of the evaluable samples were AIGENT negative and ELISA positive, and 2.3% (10/442) were classified in the other direction (i.e., AIGENT positive and ELISA negative).

3

**Restricted**
**R** ◇ **Confidential**
*limited access*

## Discussion & Conclusion

Agreement between the ELISA and AIGENT assays exceeded 85% for each of several cross-classification measures (sensitivity, specificity, positive and negative predictive value, and overall percent agreement). The overall agreement rate between the two assays is 90.4% (925/1023) with 469 samples classified as positive in both assays and 456 samples classified as negative in both assays. Recognizing that the AIGENT titers are measured values and as such are subject to the variabilities inherent in a biological assay, the agreement between assays is considered quite good. Differences between assays were observed depending upon whether the sample was pre-vaccination or post-vaccination. A pre-vaccination sample was more likely to be classified sero-positive in the AIGENT assay than in the ELISA (12.0% as compared to 2.0%), and a post-vaccination sample was slightly less likely to be classified sero-positive in the AIGENT assay than in the ELISA (93.0% as compared to 95.1%). It is noteworthy that, even within the set of discordant post-vaccination results, the data demonstrate a positive association between the two assays. The sero-conversion rate was 94.8% (419/442) in the ELISA and 92.8% (410/442) in the AIGENT assay. With respect to sero-conversion, the overall agreement rate between assays was 93.4% (413/442), with the ELISA being slightly, though not statistically significantly more likely than the AIGENT to classify a sample as positive, as 4.3% (19/442) of the evaluable samples were positive in the ELISA and negative in the AIGENT compared to 2.3% (10/442) that were negative in the ELISA and positive in the AIGENT.

## Reference

[1] BB-IND 1016: Combined Live Measles-Mumps-Rubella (RA 27/3) Virus Vaccine, General Correspondence: Response to December 7, 2001 Teleconference Issues, February 4, 2002.

[2] Ingelfinger JA, Mosteller F, Thibodeau LA, Ware JH. Biostatistics in Clinical Medicine. 2nd ed. Macmillan Publishing Co. 1989:1-22.

4



**Figure 1**
**Titer Comparison Between the Mumps WT ELISA and the AIGENT Assay**
**on Pre- and Post-Vaccination Samples from M-M-R®II 007**



5

**CONFIDENTIAL**



**Table 1**
**Sero-Status Cross-Classification for M-M-R®II 007 Pre- and Post-Vaccination Samples**

| | | AIGENT | | |
|---|---|---|---|---|
| | | >=32 | <32 | Total |
| ELISA | >=10 | 469 | 29 | 498 |
| | <10 | 69 | 456 | 525 |
| | Total | 538 | 485 | 1023 |

**Table 2**
**Sero-Status Cross-Classification for M-M-R®II 007 Pre-Vaccination Samples**

| | | AIGENT | | |
|---|---|---|---|---|
| | | >=32 | <32 | Total |
| ELISA | >=10 | 3 | 7 | 10 |
| | <10 | 58 | 442 | 500 |
| | Total | 61 | 449 | 510 |

**Table 3**
**Sero-Status Cross-Classification for M-M-R®II 007 Post-Vaccination Samples**

| | | AIGENT | | |
|---|---|---|---|---|
| | | >=32 | <32 | Total |
| ELISA | >=10 | 466 | 22 | 488 |
| | <10 | 11 | 14 | 25 |
| | Total | 477 | 36 | 513 |

**Table 4**
**Sero-Conversion Cross-Classification for M-M-R®II 007**

| | | AIGENT | | |
|---|---|---|---|---|
| | | >=32 | <32 | Total |
| ELISA | >=10 | 400 | 19 | 419 |
| | <10 | 10 | 13 | 23 |
| | Total | 410 | 32 | 442 |

6

MRK-KRA00761677

Appx5279


Restricted
R Confidential
limited access

**Table 5a**
**M-M-R®II 007 Pre-Vaccination Discordant Pairs**
**AIGENT Negative and WT ELISA Positive Samples (n=7)**

| AIGENT | ELISA | Genstudy | Case | Pre Titer | | Post Titer | |
|---|---|---|---|---|---|---|---|
| | | | | AIGENT | ELISA | AIGENT | ELISA |
| <32 | ≥10 | 7003 | 00915 | <32 | 21 | >4096 | 153 |
| | | 7005 | 01094 | <32 | 191 | >4096 | 156 |
| | | 7007 | 02460 | <32 | 11 | 1024 | 126 |
| | | 7010 | 00503 | <32 | 146 | 1024 | 101 |
| | | 7014 | 01598 | <32 | 10 | 512 | 381 |
| | | 7015 | 01837 | <32 | 11 | 2048 | 164 |
| | | 7016 | 01698 | <32 | 13 | >4096 | 203 |

**Table 5b**
**M-M-R®II 007 Pre-Vaccination Discordant Pairs**
**AIGENT Positive and WT ELISA Negative Samples (n=58)**

| AIGENT | ELISA | Genstudy | Case | Pre Titer | | Post Titer | |
|---|---|---|---|---|---|---|---|
| | | | | AIGENT | ELISA | AIGENT | ELISA |
| ≥32 | <10 | 7001 | 00013 | >4096 | <10 | >4096 | 44 |
| | | 7001 | 00066 | 512 | <10 | 1024 | <10 |
| | | 7001 | 00071 | 128 | <10 | 1024 | 89 |
| | | 7001 | 02532 | 256 | <10 | 512 | 58 |
| | | 7001 | 02554 | 512 | <10 | >4096 | 157 |
| | | 7001 | 02555 | >4096 | <10 | 512 | 42 |
| | | 7001 | 02556 | 512 | <10 | >4096 | 142 |
| | | 7001 | 02569 | 256 | <10 | 2048 | 42 |
| | | 7001 | 02576 | 256 | <10 | 2048 | 184 |
| | | 7001 | 02706 | 2048 | <10 | >4096 | 41 |
| | | 7001 | 02732 | 512 | <10 | >4096 | 111 |
| | | 7001 | 02766 | 512 | <10 | 2048 | 56 |
| | | 7001 | 03370 | 512 | <10 | 512 | 50 |
| | | 7001 | 03388 | >4096 | <10 | 1024 | 30 |
| | | 7001 | 03422 | 256 | <10 | 1024 | 60 |
| | | 7001 | 03426 | 128 | <10 | 2048 | 161 |
| | | 7001 | 03452 | 2048 | <10 | 1024 | 13 |
| | | 7003 | 00867 | 256 | <10 | 512 | 63 |
| | | 7003 | 00932 | 512 | <10 | >4096 | 26 |
| | | 7004 | 00966 | 256 | <10 | <32 | 61 |
| | | 7005 | 01085 | 1024 | <10 | >4096 | 164 |
| | | 7005 | 01097 | 512 | <10 | >4096 | 149 |
| | | 7005 | 01124 | 32 | <10 | 512 | 166 |
| | | 7005 | 01130 | 512 | <10 | 1024 | 20 |
| | | 7006 | 00268 | 512 | <10 | 1024 | 43 |
| | | 7006 | 00270 | 512 | <10 | >4096 | 133 |
| | | 7006 | 00273 | 256 | <10 | 2048 | 79 |
| | | 7006 | 00292 | 512 | <10 | >4096 | 71 |
| | | 7006 | 00297 | 512 | <10 | 1024 | 91 |
| | | 7007 | 00195 | >4096 | <10 | 2048 | 194 |
| | | 7007 | 00210 | 256 | <10 | >4096 | 288 |
| | | 7007 | 02404 | 256 | <10 | <32 | <10 |
| | | 7007 | 02409 | 512 | <10 | >4096 | 70 |
| | | 7007 | 02411 | 512 | <10 | >4096 | 315 |
| | | 7007 | 02440 | 512 | <10 | 512 | 11 |
| | | 7007 | 02446 | 1024 | <10 | >4096 | 168 |

7

CONFIDENTIAL

MRK-KRA00761678

Appx5280



Restricted
R ✛ Confidential
limited access

**Table 5b (continued)**
**M-M-R®II 007 Pre-Vaccination Discordant Pairs**
**AIGENT Positive and WT ELISA Negative Samples (n=58)**

| AIGENT | ELISA | Genstudy | Case | Pre Titer | | Post Titer | |
|---|---|---|---|---|---|---|---|
| | | | | AIGENT | ELISA | AIGENT | ELISA |
| ≥32 | <10 | 7007 | 02458 | 256 | <10 | 2048 | 109 |
| | | 7007 | 02463 | 1024 | <10 | >4096 | 97 |
| | | 7007 | 02464 | 256 | <10 | >4096 | 95 |
| | | 7007 | 02465 | >4096 | <10 | >4096 | 256 |
| | | 7007 | 02478 | 64 | <10 | 2048 | 41 |
| | | 7007 | 02481 | 256 | <10 | >4096 | 129 |
| | | 7008 | 01211 | 256 | <10 | 2048 | 140 |
| | | 7008 | 01228 | 128 | <10 | >4096 | 332 |
| | | 7009 | 00384 | 512 | <10 | 1024 | 49 |
| | | 7009 | 00392 | 128 | <10 | 256 | 84 |
| | | 7009 | 00410 | 512 | <10 | >4096 | 152 |
| | | 7011 | 01325 | 128 | <10 | 1024 | 94 |
| | | 7011 | 01358 | 128 | <10 | >4096 | 4085 |
| | | 7011 | 01371 | 128 | <10 | >4096 | 168 |
| | | 7011 | 01374 | 256 | <10 | >4096 | 72 |
| | | 7011 | 01400 | 256 | <10 | >4096 | 112 |
| | | 7012 | 00681 | 512 | <10 | <32 | 119 |
| | | 7014 | 01472 | 256 | <10 | >4096 | 117 |
| | | 7014 | 01578 | >4096 | <10 | 2048 | 41 |
| | | 7014 | 01634 | 256 | <10 | 2048 | 21 |
| | | 7016 | 01709 | 256 | <10 | 1024 | 63 |
| | | 7019 | 02612 | 256 | <10 | >4096 | 278 |

**Table 6a**
**M-M-R®II 007 Post-Vaccination Discordant Pairs**
**AIGENT Negative and WT ELISA Positive Samples (n=22)**

| AIGENT | ELISA | Genstudy | Case | Pre Titer | | Post Titer | |
|---|---|---|---|---|---|---|---|
| | | | | AIGENT | ELISA | AIGENT | ELISA |
| <32 | ≥10 | 7001 | 02540 | <32 | <10 | <32 | 15 |
| | | 7001 | 02699 | <32 | <10 | <32 | 36 |
| | | 7001 | 02717 | <32 | <10 | <32 | 51 |
| | | 7001 | 02804 | <32 | <10 | <32 | 12 |
| | | 7003 | 00859 | <32 | <10 | <32 | 11 |
| | | 7003 | 00933 | <32 | <10 | <32 | 17 |
| | | 7004 | 00966 | 256 | <10 | <32 | 61 |
| | | 7007 | 00133 | <32 | <10 | <32 | 115 |
| | | 7007 | 00166 | <32 | <10 | <32 | 166 |
| | | 7007 | 00223 | Deleted | <10 | <32 | 40 |
| | | 7012 | 00678 | <32 | <10 | <32 | 41 |
| | | 7012 | 00681 | 512 | <10 | <32 | 119 |
| | | 7014 | 01480 | <32 | <10 | <32 | 14 |
| | | 7014 | 01487 | <32 | <10 | <32 | 25 |
| | | 7014 | 01647 | <32 | <10 | <32 | 21 |
| | | 7015 | 01839 | <32 | <10 | <32 | 36 |
| | | 7015 | 01840 | <32 | <10 | <32 | 25 |
| | | 7016 | 01712 | <32 | <10 | <32 | 13 |
| | | 7016 | 01715 | <32 | <10 | <32 | 26 |
| | | 7016 | 01716 | <32 | <10 | <32 | 42 |
| | | 7018 | 02068 | <32 | <10 | <32 | 27 |
| | | 7019 | 02602 | <32 | <10 | <32 | 22 |

8

CONFIDENTIAL

MRK-KRA00761679

Appx5281


Restricted
R ✛ Confidential
limited access

**Table 6b**
**M-M-R®II 007 Post-Vaccination Discordant Pairs**
**AIGENT Positive and WT ELISA Negative Samples (n=11)**

| AIGENT | ELISA | Genstudy | Case | Pre Titer | | Post Titer | |
|---|---|---|---|---|---|---|---|
| | | | | AIGENT | ELISA | AIGENT | ELISA |
| ≥32 | <10 | 7001 | 00031 | <32 | <10 | 256 | <10 |
| | | 7001 | 00066 | 512 | <10 | 1024 | <10 |
| | | 7001 | 03371 | <32 | <10 | 512 | <10 |
| | | 7003 | 00874 | <32 | <10 | 512 | <10 |
| | | 7005 | 01092 | <32 | <10 | 2048 | <10 |
| | | 7006 | 00250 | <32 | <10 | 512 | <10 |
| | | 7007 | 00174 | <32 | <10 | 256 | <10 |
| | | 7007 | 02425 | <32 | <10 | 512 | <10 |
| | | 7016 | 01714 | <32 | <10 | 256 | <10 |
| | | 7017 | 01935 | <32 | <10 | 2048 | <10 |
| | | 7020 | 02285 | <32 | <10 | 2048 | <10 |

9

MRK-KRA00761680

Appx5282

Restricted
R ⬦ Confidential
limited access



**Table 7a**
**M-M-R®II 007 Sero-Conversion Discordant Pairs**
**AIGENT Converters and WT ELISA Non-converters (n=10)**

| Genstudy | Case | Pre Titer | | Post Titer | |
|---|---|---|---|---|---|
| | | AIGENT | ELISA | AIGENT | ELISA |
| 7001 | 00031 | <32 | <10 | 256 | <10 |
| 7001 | 03371 | <32 | <10 | 512 | <10 |
| 7003 | 00874 | <32 | <10 | 512 | <10 |
| 7005 | 01092 | <32 | <10 | 2048 | <10 |
| 7006 | 00250 | <32 | <10 | 512 | <10 |
| 7007 | 00174 | <32 | <10 | 256 | <10 |
| 7007 | 02425 | <32 | <10 | 512 | <10 |
| 7016 | 01714 | <32 | <10 | 256 | <10 |
| 7017 | 01935 | <32 | <10 | 2048 | <10 |
| 7020 | 02285 | <32 | <10 | 2048 | <10 |

**Table 7b**
**M-M-R®II 007 Sero-Conversion Discordant Pairs**
**WT ELISA Converters and AIGENT Non-converters (n=19)**

| Genstudy | Case | Pre Titer | | Post Titer | |
|---|---|---|---|---|---|
| | | AIGENT | ELISA | AIGENT | ELISA |
| 7001 | 02540 | <32 | <10 | <32 | 15 |
| 7001 | 02699 | <32 | <10 | <32 | 36 |
| 7001 | 02717 | <32 | <10 | <32 | 51 |
| 7001 | 02804 | <32 | <10 | <32 | 12 |
| 7003 | 00859 | <32 | <10 | <32 | 11 |
| 7003 | 00933 | <32 | <10 | <32 | 17 |
| 7007 | 00133 | <32 | <10 | <32 | 115 |
| 7007 | 00166 | <32 | <10 | <32 | 166 |
| 7012 | 00678 | <32 | <10 | <32 | 41 |
| 7014 | 01480 | <32 | <10 | <32 | 14 |
| 7014 | 01487 | <32 | <10 | <32 | 25 |
| 7014 | 01647 | <32 | <10 | <32 | 21 |
| 7015 | 01839 | <32 | <10 | <32 | 36 |
| 7015 | 01840 | <32 | <10 | <32 | 25 |
| 7016 | 01712 | <32 | <10 | <32 | 13 |
| 7016 | 01715 | <32 | <10 | <32 | 26 |
| 7016 | 01716 | <32 | <10 | <32 | 42 |
| 7018 | 02068 | <32 | <10 | <32 | 27 |
| 7019 | 02602 | <32 | <10 | <32 | 22 |

10

MRK-KRA00761681

CONFIDENTIAL

MRK-KRA00761682

Appx5284

# DATA FOR
# ATTACHMENT #2

CONFIDENTIAL

MRK-KRA00761683

Appx5285

## Attachment
## M-M-R II Trial 007 Data Listing
### Comparison Between Mumps' WT ELISA and AIGENT Assays

| | | Pre-vaccination Titer | | Post-vaccination Titer | |
|---|---|---|---|---|---|
| Genstudy | Case | PRN | ELISA | PRN | ELISA |
| 7001 | 00002 | <32 | <10 | <32 | <10 |
| 7001 | 00004 | <32 | <10 | 1024 | 32 |
| 7001 | 00007 | <32 | <10 | 1024 | 51 |
| 7001 | 00009 | <32 | <10 | 1024 | 36 |
| 7001 | 00011 | <32 | <10 | >4096 | 120 |
| 7001 | 00013 | | | >4096 | 44 |
| 7001 | 00019 | <32 | <10 | >4096 | 1117 |
| 7001 | 00021 | <32 | <10 | 2048 | 52 |
| 7001 | 00022 | <32 | <10 | 1024 | 33 |
| 7001 | 00031 | <32 | <10 | | |
| 7001 | 00032 | <32 | <10 | >4096 | 72 |
| 7001 | 00035 | <32 | <10 | >4096 | 46 |
| 7001 | 00061 | <32 | <10 | 2048 | 42 |
| 7001 | 00062 | <32 | <10 | >4096 | 63 |
| 7001 | 00066 | | | | |
| 7001 | 00071 | | | 1024 | 89 |
| 7001 | 00073 | <32 | <10 | >4096 | 43 |
| 7001 | 00074 | <32 | <10 | 2048 | 77 |
| 7001 | 00078 | <32 | <10 | 2048 | 128 |
| 7001 | 00090 | <32 | <10 | 2048 | 131 |
| 7001 | 00093 | <32 | <10 | >4096 | 509 |
| 7001 | 00102 | <32 | <10 | >4096 | 77 |
| 7001 | 00103 | <32 | <10 | 2048 | 48 |
| 7001 | 00105 | <32 | <10 | 512 | 10 |
| 7007 | 00121 | <32 | <10 | >4096 | 28 |
| 7007 | 00124 | <32 | <10 | 512 | 76 |
| 7007 | 00125 | <32 | <10 | 2048 | 83 |
| 7007 | 00130 | <32 | <10 | 512 | 59 |
| 7007 | 00133 | <32 | <10 | <32 | 115 |
| 7007 | 00135 | <32 | <10 | >4096 | 139 |
| 7007 | 00139 | <32 | <10 | >4096 | 48 |
| 7007 | 00143 | <32 | <10 | 512 | 58 |
| 7007 | 00151 | <32 | <10 | 2048 | 121 |
| 7007 | 00161 | <32 | <10 | >4096 | 153 |
| 7007 | 00166 | <32 | <10 | <32 | 166 |
| 7007 | 00167 | <32 | <10 | >4096 | 126 |
| 7007 | 00170 | <32 | <10 | 512 | 34 |
| 7007 | 00174 | <32 | <10 | | |
| 7007 | 00176 | <32 | <10 | 1024 | 42 |
| 7007 | 00181 | <32 | <10 | >4096 | 122 |
| 7007 | 00182 | <32 | <10 | 1024 | 38 |
| 7007 | 00183 | <32 | <10 | >4096 | 132 |
| 7007 | 00195 | | | 2048 | 194 |
| 7007 | 00202 | <32 | <10 | 1024 | 76 |
| 7007 | 00205 | <32 | <10 | 512 | 31 |
| 7007 | 00210 | | | >4096 | 288 |
| 7007 | 00211 | <32 | <10 | 2048 | 134 |
| 7007 | 00213 | <32 | <10 | 2048 | 124 |
| 7007 | 00218 | <32 | <10 | 1024 | 100 |
| 7007 | 00223 | Deleted | <10 | <32 | 40 |
| 7007 | 00224 | <32 | <10 | 1024 | 42 |
| 7006 | 00243 | <32 | <10 | >4096 | 99 |

Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

**CONFIDENTIAL**

**MRK-KRA00761684**

**Appx5286**

## Attachment
## M-M-R II Trial 007 Data Listing
### Comparison Between Mumps' WT ELISA and AIGENT Assays

| Genstudy | Case | Pre-vaccination Titer PRN | Pre-vaccination Titer ELISA | Post-vaccination Titer PRN | Post-vaccination Titer ELISA |
|---|---|---|---|---|---|
| 7006 | 00249 | <32 | <10 | 1024 | 69 |
| 7006 | 00250 | <32 | <10 | | |
| 7006 | 00251 | <32 | <10 | 512 | 23 |
| 7006 | 00258 | <32 | <10 | >4096 | 91 |
| 7006 | 00267 | <32 | <10 | >4096 | 122 |
| 7006 | 00268 | | | 1024 | 43 |
| 7006 | 00270 | | | >4096 | 133 |
| 7006 | 00273 | | | 2048 | 79 |
| 7006 | 00274 | <32 | <10 | 2048 | 59 |
| 7006 | 00281 | <32 | <10 | >4096 | 206 |
| 7006 | 00287 | <32 | <10 | 2048 | 88 |
| 7006 | 00288 | <32 | <10 | 256 | 17 |
| 7006 | 00290 | <32 | <10 | 1024 | 64 |
| 7006 | 00292 | | | >4096 | 71 |
| 7006 | 00296 | <32 | <10 | 1024 | 35 |
| 7006 | 00297 | | | 1024 | 91 |
| 7006 | 00298 | <32 | <10 | 2048 | 86 |
| 7006 | 00302 | <32 | <10 | 1024 | 129 |
| 7006 | 00303 | <32 | <10 | >4096 | 100 |
| 7006 | 00304 | <32 | <10 | 1024 | 25 |
| 7006 | 00305 | <32 | <10 | >4096 | 100 |
| 7006 | 00307 | <32 | <10 | 512 | 27 |
| 7006 | 00310 | <32 | <10 | 512 | 52 |
| 7006 | 00311 | <32 | <10 | 2048 | 453 |
| 7009 | 00366 | <32 | <10 | 256 | 33 |
| 7009 | 00367 | <32 | <10 | >4096 | 132 |
| 7009 | 00368 | <32 | <10 | >4096 | 172 |
| 7009 | 00369 | <32 | <10 | 512 | 68 |
| 7009 | 00370 | <32 | <10 | 2048 | 82 |
| 7009 | 00371 | <32 | <10 | >4096 | 150 |
| 7009 | 00378 | <32 | <10 | 1024 | 25 |
| 7009 | 00383 | <32 | <10 | <32 | <10 |
| 7009 | 00384 | | | 1024 | 49 |
| 7009 | 00385 | <32 | <10 | 2048 | 34 |
| 7009 | 00386 | <32 | <10 | >4096 | 43 |
| 7009 | 00390 | <32 | <10 | 2048 | 71 |
| 7009 | 00391 | <32 | <10 | 2048 | 59 |
| 7009 | 00392 | | | 256 | 84 |
| 7009 | 00399 | <32 | <10 | >4096 | 228 |
| 7009 | 00402 | <32 | <10 | 1024 | 237 |
| 7009 | 00404 | <32 | <10 | >4096 | 71 |
| 7009 | 00406 | <32 | <10 | 2048 | 227 |
| 7009 | 00408 | <32 | <10 | >4096 | 18 |
| 7009 | 00410 | | | >4096 | 152 |
| 7010 | 00482 | <32 | <10 | 1024 | 395 |
| 7010 | 00486 | <32 | <10 | 256 | 57 |
| 7010 | 00502 | <32 | <10 | >4096 | 274 |
| 7010 | 00503 | <32 | 146 | 1024 | 101 |
| 7010 | 00504 | <32 | <10 | 256 | 28 |
| 7012 | 00604 | Deleted | <10 | Deleted | 17 |
| 7012 | 00605 | <32 | <10 | 2048 | 41 |
| 7012 | 00606 | <32 | <10 | 1024 | 34 |

Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

**CONFIDENTIAL**

**MRK-KRA00761685**

**Appx5287**

Attachment
M-M-R II Trial 007 Data Listing
Comparison Between Mumps' WT ELISA and AIGENT Assays

| Genstudy | Case | Pre-vaccination Titer | | Post-vaccination Titer | |
|---|---|---|---|---|---|
| | | PRN | ELISA | PRN | ELISA |
| 7012 | 00607 | <32 | <10 | 2048 | 80 |
| 7012 | 00608 | <32 | <10 | 2048 | 108 |
| 7012 | 00609 | <32 | <10 | >4096 | 87 |
| 7012 | 00610 | <32 | <10 | >4096 | 131 |
| 7012 | 00621 | <32 | <10 | >4096 | 29 |
| 7012 | 00625 | <32 | <10 | 2048 | 94 |
| 7012 | 00629 | <32 | <10 | >4096 | 111 |
| 7012 | 00630 | <32 | <10 | 1024 | 220 |
| 7012 | 00634 | <32 | <10 | 2048 | 129 |
| 7012 | 00645 | <32 | <10 | >4096 | 70 |
| 7012 | 00655 | <32 | <10 | 2048 | 397 |
| 7012 | 00656 | <32 | <10 | 512 | 51 |
| 7012 | 00657 | Deleted | <10 | Deleted | 260 |
| 7012 | 00660 | Deleted | <10 | Deleted | 129 |
| 7012 | 00663 | Deleted | <10 | Deleted | 78 |
| 7012 | 00664 | <32 | <10 | 512 | 73 |
| 7012 | 00666 | Deleted | <10 | Deleted | 133 |
| 7012 | 00667 | Deleted | <10 | Deleted | 101 |
| 7012 | 00672 | Deleted | <10 | Deleted | 51 |
| 7012 | 00677 | Deleted | <10 | Deleted | 74 |
| 7012 | 00678 | <32 | <10 | <32 | 41 |
| 7012 | 00679 | Deleted | <10 | Deleted | 49 |
| 7012 | 00680 | Deleted | <10 | Deleted | 112 |
| 7012 | 00681 | ▮ | ▮ | <32 | 119 |
| 7002 | 00721 | <32 | <10 | 1024 | 84 |
| 7002 | 00724 | <32 | <10 | >4096 | 187 |
| 7002 | 00728 | <32 | <10 | 512 | 72 |
| 7002 | 00736 | <32 | <10 | 2048 | 105 |
| 7002 | 00737 | <32 | <10 | >4096 | 98 |
| 7002 | 00738 | <32 | <10 | 1024 | 155 |
| 7003 | 00853 | <32 | <10 | >4096 | 151 |
| 7003 | 00854 | <32 | <10 | 2048 | 49 |
| 7003 | 00858 | <32 | <10 | 1024 | 13 |
| 7003 | 00859 | <32 | <10 | <32 | 11 |
| 7003 | 00867 | ▮ | ▮ | 512 | 63 |
| 7003 | 00868 | <32 | <10 | >4096 | 298 |
| 7003 | 00869 | <32 | <10 | >4096 | 35 |
| 7003 | 00873 | <32 | <10 | 1024 | 17 |
| 7003 | 00874 | <32 | <10 | ▮ | ▮ |
| 7003 | 00877 | <32 | <10 | 2048 | 65 |
| 7003 | 00879 | <32 | <10 | 1024 | 44 |
| 7003 | 00896 | <32 | <10 | 2048 | 60 |
| 7003 | 00897 | <32 | <10 | >4096 | 173 |
| 7003 | 00898 | <32 | <10 | >4096 | 109 |
| 7003 | 00900 | <32 | <10 | 2048 | 60 |
| 7003 | 00903 | <32 | <10 | >4096 | 82 |
| 7003 | 00915 | <32 | 21 | >4096 | 153 |
| 7003 | 00917 | <32 | <10 | 1024 | 61 |
| 7003 | 00918 | <32 | <10 | <32 | <10 |
| 7003 | 00922 | <32 | <10 | >4096 | 213 |
| 7003 | 00923 | <32 | <10 | 2048 | 83 |
| 7003 | 00925 | <32 | <10 | >4096 | 154 |

Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

**CONFIDENTIAL**

**MRK-KRA00761686**

**Appx5288**

## Attachment
## M-M-R II Trial 007 Data Listing
## Comparison Between Mumps′ WT ELISA and AIGENT Assays

| Genstudy | Case | Pre-vaccination Titer PRN | Pre-vaccination Titer ELISA | Post-vaccination Titer PRN | Post-vaccination Titer ELISA |
|---|---|---|---|---|---|
| 7003 | 00929 | <32 | <10 | >4096 | 223 |
| 7003 | 00931 | <32 | <10 | 1024 | 43 |
| 7003 | 00932 | | | >4096 | 26 |
| 7003 | 00933 | <32 | <10 | <32 | 17 |
| 7003 | 00937 | <32 | <10 | >4096 | 195 |
| 7003 | 00940 | <32 | <10 | 1024 | 10 |
| 7003 | 00943 | <32 | <10 | >4096 | 186 |
| 7004 | 00961 | <32 | <10 | 2048 | 117 |
| 7004 | 00962 | <32 | <10 | 256 | 103 |
| 7004 | 00965 | <32 | <10 | 2048 | 191 |
| 7004 | 00966 | | | <32 | 61 |
| 7004 | 00968 | <32 | <10 | 1024 | 69 |
| 7004 | 00969 | <32 | <10 | 1024 | 117 |
| 7004 | 00971 | <32 | <10 | 512 | 42 |
| 7004 | 00974 | <32 | <10 | 512 | 48 |
| 7004 | 00979 | <32 | <10 | >4096 | 88 |
| 7004 | 00983 | <32 | <10 | 2048 | 131 |
| 7005 | 01082 | <32 | <10 | >4096 | 291 |
| 7005 | 01084 | <32 | <10 | >4096 | 145 |
| 7005 | 01085 | | | >4096 | 164 |
| 7005 | 01086 | <32 | <10 | >4096 | 210 |
| 7005 | 01089 | <32 | <10 | 1024 | 44 |
| 7005 | 01092 | <32 | <10 | | |
| 7005 | 01094 | <32 | 191 | >4096 | 156 |
| 7005 | 01097 | | | >4096 | 149 |
| 7005 | 01099 | <32 | <10 | 1024 | 165 |
| 7005 | 01108 | <32 | <10 | 2048 | 173 |
| 7005 | 01113 | <32 | <10 | 1024 | 145 |
| 7005 | 01114 | <32 | <10 | >4096 | 113 |
| 7005 | 01120 | <32 | <10 | >4096 | 314 |
| 7005 | 01124 | | | 512 | 166 |
| 7005 | 01127 | <32 | <10 | >4096 | 108 |
| 7005 | 01129 | <32 | <10 | 2048 | 192 |
| 7005 | 01130 | | | 1024 | 20 |
| 7005 | 01136 | <32 | <10 | >4096 | 123 |
| 7005 | 01137 | <32 | <10 | 1024 | 51 |
| 7005 | 01141 | <32 | <10 | 512 | 49 |
| 7005 | 01143 | <32 | <10 | >4096 | 158 |
| 7005 | 01144 | <32 | <10 | 2048 | 182 |
| 7005 | 01147 | <32 | <10 | 512 | 22 |
| 7005 | 01150 | <32 | <10 | 2048 | 113 |
| 7008 | 01204 | <32 | <10 | >4096 | 90 |
| 7008 | 01205 | <32 | <10 | >4096 | 96 |
| 7008 | 01210 | <32 | <10 | 2048 | 31 |
| 7008 | 01211 | | | 2048 | 140 |
| 7008 | 01219 | <32 | <10 | 2048 | 106 |
| 7008 | 01222 | 128 | 17 | 1024 | 15 |
| 7008 | 01223 | <32 | <10 | >4096 | 48 |
| 7008 | 01227 | <32 | <10 | >4096 | 180 |
| 7008 | 01228 | | | >4096 | 332 |
| 7008 | 01229 | <32 | <10 | >4096 | 113 |
| 7008 | 01230 | <32 | <10 | >4096 | 339 |

Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

CONFIDENTIAL

MRK-KRA00761687

**Appx5289**

## Attachment
## M-M-R II Trial 007 Data Listing
## Comparison Between Mumps' WT ELISA and AIGENT Assays

| | | Pre-vaccination Titer | | Post-vaccination Titer | |
|---|---|---|---|---|---|
| Genstudy | Case | PRN | ELISA | PRN | ELISA |
| 7008 | 01233 | <32 | <10 | >4096 | 311 |
| 7008 | 01236 | <32 | <10 | 1024 | 48 |
| 7008 | 01237 | <32 | <10 | 1024 | 28 |
| 7011 | 01325 | | | 1024 | 94 |
| 7011 | 01327 | <32 | <10 | >4096 | 239 |
| 7011 | 01340 | <32 | <10 | 1024 | 119 |
| 7011 | 01341 | <32 | <10 | 512 | 93 |
| 7011 | 01345 | <32 | <10 | 512 | 45 |
| 7011 | 01350 | <32 | <10 | <32 | <10 |
| 7011 | 01352 | <32 | <10 | 1024 | 174 |
| 7011 | 01354 | 2048 | 115 | 1024 | 63 |
| 7011 | 01355 | <32 | <10 | 1024 | 80 |
| 7011 | 01358 | | | >4096 | 4085 |
| 7011 | 01361 | <32 | <10 | 2048 | 71 |
| 7011 | 01365 | <32 | <10 | >4096 | 449 |
| 7011 | 01368 | <32 | <10 | 512 | 71 |
| 7011 | 01371 | | | >4096 | 168 |
| 7011 | 01374 | | | >4096 | 72 |
| 7011 | 01386 | <32 | <10 | 512 | 18 |
| 7011 | 01388 | <32 | <10 | >4096 | 90 |
| 7011 | 01395 | <32 | <10 | 512 | 45 |
| 7011 | 01396 | <32 | <10 | >4096 | 155 |
| 7011 | 01400 | | | >4096 | 112 |
| 7011 | 01402 | <32 | <10 | >4096 | 116 |
| 7011 | 01403 | <32 | <10 | >4096 | 104 |
| 7011 | 01406 | <32 | <10 | 2048 | 26 |
| 7011 | 01419 | Deleted | <10 | Deleted | 20 |
| 7011 | 01423 | Deleted | <10 | Deleted | 141 |
| 7011 | 01424 | Deleted | <10 | Deleted | 64 |
| 7014 | 01443 | Deleted | <10 | Deleted | 22 |
| 7014 | 01445 | Deleted | <10 | Deleted | 61 |
| 7014 | 01448 | Deleted | <10 | Deleted | 213 |
| 7014 | 01451 | Deleted | <10 | Deleted | 107 |
| 7014 | 01454 | <32 | <10 | 2048 | 120 |
| 7014 | 01459 | <32 | <10 | 2048 | 116 |
| 7014 | 01460 | <32 | <10 | 512 | 42 |
| 7014 | 01463 | <32 | <10 | 1024 | 49 |
| 7014 | 01467 | <32 | <10 | 1024 | 188 |
| 7014 | 01469 | <32 | <10 | 512 | 92 |
| 7014 | 01471 | <32 | <10 | 1024 | 84 |
| 7014 | 01472 | | | >4096 | 117 |
| 7014 | 01475 | <32 | <10 | 2048 | 199 |
| 7014 | 01477 | <32 | <10 | 1024 | 51 |
| 7014 | 01480 | <32 | <10 | <32 | 14 |
| 7014 | 01487 | <32 | <10 | <32 | 25 |
| 7014 | 01491 | <32 | <10 | 2048 | 46 |
| 7014 | 01497 | <32 | <10 | 2048 | 146 |
| 7014 | 01498 | <32 | <10 | 1024 | 39 |
| 7014 | 01501 | <32 | <10 | 2048 | 59 |
| 7014 | 01505 | <32 | <10 | 1024 | 97 |
| 7014 | 01511 | <32 | <10 | 2048 | 54 |
| 7014 | 01513 | <32 | <10 | 512 | 32 |

Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

CONFIDENTIAL

MRK-KRA00761688

Appx5290

## Attachment
## M-M-R II Trial 007 Data Listing
### Comparison Between Mumps' WT ELISA and AIGENT Assays

| Genstudy | Case | Pre-vaccination Titer PRN | Pre-vaccination Titer ELISA | Post-vaccination Titer PRN | Post-vaccination Titer ELISA |
|---|---|---|---|---|---|
| 7014 | 01519 | <32 | <10 | 2048 | 15 |
| 7014 | 01521 | <32 | <10 | <32 | <10 |
| 7014 | 01523 | <32 | <10 | 512 | 70 |
| 7014 | 01530 | <32 | <10 | 1024 | 33 |
| 7014 | 01534 | <32 | <10 | 2048 | 63 |
| 7014 | 01561 | <32 | <10 | 512 | 13 |
| 7014 | 01564 | <32 | <10 | >4096 | 85 |
| 7014 | 01572 | <32 | <10 | 2048 | 58 |
| 7014 | 01577 | <32 | <10 | 512 | 31 |
| 7014 | 01578 | ▓▓▓▓ | ▓▓▓▓ | 2048 | 41 |
| 7014 | 01580 | <32 | <10 | 1024 | 66 |
| 7014 | 01582 | <32 | <10 | 1024 | 28 |
| 7014 | 01586 | <32 | <10 | 1024 | 38 |
| 7014 | 01587 | <32 | <10 | >4096 | 94 |
| 7014 | 01594 | <32 | <10 | 1024 | 160 |
| 7014 | 01597 | <32 | <10 | 512 | 60 |
| 7014 | 01598 | <32 | 10 | 512 | 381 |
| 7014 | 01603 | <32 | <10 | 2048 | 107 |
| 7014 | 01608 | 256 | 66 | 512 | 65 |
| 7014 | 01609 | <32 | <10 | 2048 | 77 |
| 7014 | 01610 | <32 | <10 | 1024 | 52 |
| 7014 | 01615 | <32 | <10 | >4096 | 295 |
| 7014 | 01623 | <32 | <10 | 1024 | 30 |
| 7014 | 01624 | <32 | <10 | >4096 | 32 |
| 7014 | 01625 | <32 | <10 | >4096 | 96 |
| 7014 | 01627 | <32 | <10 | 1024 | 74 |
| 7014 | 01628 | <32 | <10 | <32 | <10 |
| 7014 | 01633 | <32 | <10 | <32 | <10 |
| 7014 | 01634 | ▓▓▓▓ | ▓▓▓▓ | 2048 | 21 |
| 7014 | 01636 | <32 | <10 | 2048 | 47 |
| 7014 | 01638 | <32 | <10 | 2048 | 74 |
| 7014 | 01639 | <32 | <10 | >4096 | 145 |
| 7014 | 01642 | <32 | <10 | 2048 | 63 |
| 7014 | 01647 | <32 | <10 | <32 | 21 |
| 7014 | 01650 | <32 | <10 | >4096 | 76 |
| 7014 | 01651 | <32 | <10 | 2048 | 177 |
| 7014 | 01655 | <32 | <10 | 1024 | 182 |
| 7014 | 01656 | <32 | <10 | 2048 | 88 |
| 7014 | 01658 | <32 | <10 | 1024 | 111 |
| 7014 | 01659 | <32 | <10 | 1024 | 86 |
| 7016 | 01698 | <32 | 13 | >4096 | 203 |
| 7016 | 01699 | <32 | <10 | 1024 | 88 |
| 7016 | 01704 | <32 | <10 | <32 | <10 |
| 7016 | 01705 | <32 | <10 | >4096 | 64 |
| 7016 | 01709 | ▓▓▓▓ | ▓▓▓▓ | 1024 | 63 |
| 7016 | 01712 | <32 | <10 | <32 | 13 |
| 7016 | 01714 | <32 | <10 | ▓▓▓▓ | ▓▓▓▓ |
| 7016 | 01715 | <32 | <10 | <32 | 26 |
| 7016 | 01716 | <32 | <10 | <32 | 42 |
| 7016 | 01717 | <32 | <10 | 1024 | 29 |
| 7016 | 01721 | <32 | <10 | 2048 | 54 |
| 7016 | 01722 | <32 | <10 | 2048 | 118 |

Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

**CONFIDENTIAL**

**MRK-KRA00761689**

**Appx5291**

## Attachment
### M-M-R II Trial 007 Data Listing
### Comparison Between Mumps' WT ELISA and AIGENT Assays

| Genstudy | Case | Pre-vaccination Titer PRN | Pre-vaccination Titer ELISA | Post-vaccination Titer PRN | Post-vaccination Titer ELISA |
|----------|-------|---------|------|---------|------|
| 7016 | 01723 | <32 | <10 | >4096 | 81 |
| 7016 | 01724 | <32 | <10 | <32 | <10 |
| 7016 | 01731 | <32 | <10 | 2048 | 60 |
| 7016 | 01733 | <32 | <10 | >4096 | 81 |
| 7015 | 01802 | Deleted | <10 | Deleted | 118 |
| 7015 | 01803 | Deleted | <10 | Deleted | 138 |
| 7015 | 01804 | Deleted | <10 | Deleted | 34 |
| 7015 | 01809 | Deleted | <10 | Deleted | 35 |
| 7015 | 01810 | Deleted | 12 | Deleted | 205 |
| 7015 | 01811 | <32 | <10 | 2048 | 150 |
| 7015 | 01814 | <32 | <10 | 2048 | 62 |
| 7015 | 01816 | Deleted | <10 | Deleted | 69 |
| 7015 | 01829 | Deleted | <10 | Deleted | 135 |
| 7015 | 01830 | Deleted | <10 | Deleted | 58 |
| 7015 | 01837 | <32 | 11 | 2048 | 164 |
| 7015 | 01839 | <32 | <10 | <32 | 36 |
| 7015 | 01840 | <32 | <10 | <32 | 25 |
| 7015 | 01841 | <32 | <10 | 1024 | 237 |
| 7015 | 01853 | <32 | <10 | 512 | 55 |
| 7015 | 01856 | <32 | <10 | 256 | 113 |
| 7015 | 01859 | <32 | <10 | 2048 | 49 |
| 7015 | 01860 | <32 | <10 | >4096 | 216 |
| 7015 | 01862 | <32 | <10 | 1024 | 80 |
| 7017 | 01922 | <32 | <10 | >4096 | 67 |
| 7017 | 01924 | <32 | <10 | >4096 | 150 |
| 7017 | 01925 | <32 | <10 | >4096 | 134 |
| 7017 | 01928 | <32 | <10 | >4096 | 256 |
| 7017 | 01930 | <32 | <10 | >4096 | 58 |
| 7017 | 01935 | <32 | <10 | | |
| 7017 | 01936 | <32 | <10 | >4096 | 97 |
| 7017 | 01942 | <32 | <10 | >4096 | 132 |
| 7017 | 01943 | <32 | <10 | 2048 | 108 |
| 7017 | 01947 | <32 | <10 | >4096 | 32 |
| 7017 | 01948 | <32 | <10 | >4096 | 86 |
| 7017 | 01950 | <32 | <10 | >4096 | 157 |
| 7017 | 01953 | <32 | <10 | 2048 | 112 |
| 7017 | 01959 | <32 | <10 | >4096 | 543 |
| 7017 | 01962 | <32 | <10 | >4096 | 124 |
| 7018 | 02042 | <32 | <10 | 1024 | 41 |
| 7018 | 02043 | <32 | <10 | 2048 | 246 |
| 7018 | 02046 | <32 | <10 | 512 | 15 |
| 7018 | 02047 | <32 | <10 | 512 | 71 |
| 7018 | 02049 | <32 | <10 | 512 | 90 |
| 7018 | 02056 | <32 | <10 | >4096 | 202 |
| 7018 | 02064 | <32 | <10 | >4096 | 235 |
| 7018 | 02066 | <32 | <10 | >4096 | 58 |
| 7018 | 02067 | <32 | <10 | 2048 | 112 |
| 7018 | 02068 | <32 | <10 | <32 | 27 |
| 7022 | 02162 | <32 | <10 | >4096 | 134 |
| 7022 | 02165 | <32 | <10 | <32 | <10 |
| 7022 | 02168 | <32 | <10 | 1024 | 70 |
| 7022 | 02170 | <32 | <10 | >4096 | 630 |

Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

CONFIDENTIAL

MRK-KRA00761690

Appx5292

## Attachment
## M-M-R II Trial 007 Data Listing
### Comparison Between Mumps' WT ELISA and AIGENT Assays

| Genstudy | Case | Pre-vaccination Titer | | Post-vaccination Titer | |
|---|---|---|---|---|---|
| | | PRN | ELISA | PRN | ELISA |
| 7022 | 02173 | <32 | <10 | >4096 | 125 |
| 7022 | 02180 | <32 | <10 | 256 | 105 |
| 7022 | 02189 | <32 | <10 | 2048 | 105 |
| 7022 | 02221 | <32 | <10 | 2048 | 87 |
| 7022 | 02225 | <32 | <10 | 2048 | 101 |
| 7022 | 02226 | <32 | <10 | 1024 | 48 |
| 7022 | 02227 | <32 | <10 | 1024 | 91 |
| 7022 | 02229 | <32 | <10 | >4096 | 96 |
| 7022 | 02237 | <32 | <10 | >4096 | 134 |
| 7022 | 02240 | <32 | <10 | >4096 | 203 |
| 7022 | 02242 | <32 | <10 | >4096 | 286 |
| 7022 | 02243 | <32 | <10 | >4096 | 76 |
| 7022 | 02244 | <32 | <10 | 2048 | 82 |
| 7022 | 02248 | <32 | <10 | >4096 | 287 |
| 7022 | 02253 | <32 | <10 | 2048 | 33 |
| 7022 | 02255 | <32 | <10 | >4096 | 51 |
| 7022 | 02256 | <32 | <10 | >4096 | 208 |
| 7022 | 02258 | <32 | <10 | >4096 | 62 |
| 7020 | 02283 | <32 | <10 | 2048 | 62 |
| 7020 | 02285 | <32 | <10 | ▓▓▓▓ | ▓▓▓▓ |
| 7020 | 02290 | <32 | <10 | 512 | 32 |
| 7020 | 02292 | <32 | <10 | 1024 | 126 |
| 7020 | 02293 | <32 | <10 | 1024 | 63 |
| 7020 | 02294 | <32 | <10 | 2048 | 54 |
| 7020 | 02297 | <32 | <10 | 512 | 40 |
| 7020 | 02308 | <32 | <10 | 256 | 23 |
| 7020 | 02311 | <32 | <10 | >4096 | 153 |
| 7020 | 02312 | <32 | <10 | 512 | 17 |
| 7020 | 02342 | <32 | <10 | 256 | 24 |
| 7020 | 02349 | <32 | <10 | >4096 | 304 |
| 7020 | 02350 | <32 | <10 | 2048 | 79 |
| 7020 | 02353 | <32 | <10 | 512 | 31 |
| 7020 | 02355 | <32 | <10 | >4096 | 34 |
| 7020 | 02358 | <32 | <10 | 1024 | 78 |
| 7007 | 02401 | <32 | <10 | >4096 | 170 |
| 7007 | 02403 | <32 | <10 | 512 | 19 |
| 7007 | 02404 | ▓▓▓▓ | ▓▓▓▓ | <32 | <10 |
| 7007 | 02405 | <32 | <10 | 512 | 36 |
| 7007 | 02408 | <32 | <10 | 2048 | 84 |
| 7007 | 02409 | ▓▓▓▓ | ▓▓▓▓ | >4096 | 70 |
| 7007 | 02411 | | | >4096 | 315 |
| 7007 | 02412 | <32 | <10 | 1024 | 91 |
| 7007 | 02423 | <32 | <10 | 2048 | 127 |
| 7007 | 02424 | <32 | <10 | 512 | 68 |
| 7007 | 02425 | <32 | <10 | ▓▓▓▓ | ▓▓▓▓ |
| 7007 | 02427 | <32 | <10 | 1024 | 24 |
| 7007 | 02437 | <32 | <10 | >4096 | 67 |
| 7007 | 02440 | ▓▓▓▓ | ▓▓▓▓ | 512 | 11 |
| 7007 | 02441 | <32 | <10 | 2048 | 50 |
| 7007 | 02444 | <32 | <10 | >4096 | 157 |
| 7007 | 02446 | ▓▓▓▓ | ▓▓▓▓ | >4096 | 168 |
| 7007 | 02448 | <32 | <10 | 2048 | 35 |

Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

CONFIDENTIAL

MRK-KRA00761691

Appx5293

Attachment
M-M-R II Trial 007 Data Listing
Comparison Between Mumps' WT ELISA and AIGENT Assays

| Genstudy | Case | Pre-vaccination Titer | | Post-vaccination Titer | |
|---|---|---|---|---|---|
| | | PRN | ELISA | PRN | ELISA |
| 7007 | 02449 | <32 | <10 | >4096 | 145 |
| 7007 | 02452 | <32 | <10 | 512 | 21 |
| 7007 | 02456 | <32 | <10 | >4096 | 218 |
| 7007 | 02458 | | | 2048 | 109 |
| 7007 | 02460 | <32 | 11 | 1024 | 126 |
| 7007 | 02461 | <32 | <10 | 512 | 98 |
| 7007 | 02462 | <32 | <10 | 2048 | 76 |
| 7007 | 02463 | | | >4096 | 97 |
| 7007 | 02464 | | | >4096 | 95 |
| 7007 | 02465 | | | >4096 | 256 |
| 7007 | 02471 | <32 | <10 | 1024 | 120 |
| 7007 | 02475 | <32 | <10 | 2048 | 25 |
| 7007 | 02478 | | | 2048 | 41 |
| 7007 | 02481 | | | >4096 | 129 |
| 7007 | 02486 | <32 | <10 | >4096 | 210 |
| 7007 | 02488 | <32 | <10 | 256 | 23 |
| 7007 | 02498 | <32 | <10 | 1024 | 88 |
| 7007 | 02503 | <32 | <10 | >4096 | 73 |
| 7007 | 02505 | <32 | <10 | 1024 | 342 |
| 7001 | 02529 | <32 | <10 | 2048 | 33 |
| 7001 | 02532 | | | 512 | 58 |
| 7001 | 02540 | <32 | <10 | <32 | 15 |
| 7001 | 02550 | <32 | <10 | >4096 | 152 |
| 7001 | 02553 | <32 | <10 | >4096 | 154 |
| 7001 | 02554 | | | >4096 | 157 |
| 7001 | 02555 | | | 512 | 42 |
| 7001 | 02556 | | | >4096 | 142 |
| 7001 | 02558 | <32 | <10 | 256 | 17 |
| 7001 | 02560 | <32 | <10 | 2048 | 41 |
| 7001 | 02561 | <32 | <10 | >4096 | 69 |
| 7001 | 02565 | <32 | <10 | 256 | 46 |
| 7001 | 02569 | | | 2048 | 42 |
| 7001 | 02572 | <32 | <10 | 1024 | 32 |
| 7001 | 02576 | | | 2048 | 184 |
| 7001 | 02581 | <32 | <10 | 2048 | 68 |
| 7001 | 02584 | <32 | <10 | 2048 | 46 |
| 7001 | 02585 | Deleted | <10 | Deleted | 83 |
| 7001 | 02586 | Deleted | <10 | Deleted | 46 |
| 7001 | 02587 | Deleted | <10 | Deleted | 122 |
| 7019 | 02596 | <32 | <10 | 2048 | 249 |
| 7019 | 02599 | <32 | <10 | 1024 | 140 |
| 7019 | 02600 | <32 | <10 | >4096 | 174 |
| 7019 | 02601 | <32 | <10 | 2048 | 317 |
| 7019 | 02602 | <32 | <10 | <32 | 22 |
| 7019 | 02603 | <32 | <10 | 512 | 10 |
| 7019 | 02605 | <32 | <10 | 512 | 26 |
| 7019 | 02607 | <32 | <10 | >4096 | 208 |
| 7019 | 02611 | <32 | <10 | <32 | <10 |
| 7019 | 02612 | | | >4096 | 278 |
| 7001 | 02657 | Deleted | <10 | Deleted | 16 |
| 7001 | 02658 | Deleted | <10 | Deleted | 149 |
| 7001 | 02667 | Deleted | <10 | Deleted | 19 |

Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

CONFIDENTIAL

MRK-KRA00761692

Appx5294

Attachment
M-M-R II Trial 007 Data Listing
Comparison Between Mumps' WT ELISA and AIGENT Assays

| Genstudy | Case | Pre-vaccination Titer | | Post-vaccination Titer | |
|----------|------|------|------|------|------|
| | | PRN | ELISA | PRN | ELISA |
| 7001 | 02668 | Deleted | <10 | Deleted | 198 |
| 7001 | 02672 | Deleted | <10 | Deleted | 16 |
| 7001 | 02682 | Deleted | <10 | Deleted | 49 |
| 7001 | 02684 | Deleted | <10 | Deleted | 103 |
| 7001 | 02690 | Deleted | <10 | Deleted | 88 |
| 7001 | 02694 | Deleted | <10 | Deleted | 69 |
| 7001 | 02697 | Deleted | <10 | Deleted | 65 |
| 7001 | 02699 | <32 | <10 | <32 | 36 |
| 7001 | 02702 | <32 | <10 | 2048 | 192 |
| 7001 | 02704 | <32 | <10 | 1024 | 28 |
| 7001 | 02706 | ▓▓▓▓▓▓▓▓ | | >4096 | 41 |
| 7001 | 02707 | <32 | <10 | 512 | 40 |
| 7001 | 02710 | <32 | <10 | 2048 | 243 |
| 7001 | 02711 | <32 | <10 | 1024 | 47 |
| 7001 | 02713 | <32 | <10 | 2048 | 83 |
| 7001 | 02714 | <32 | <10 | 2048 | 124 |
| 7001 | 02717 | <32 | <10 | <32 | 51 |
| 7001 | 02720 | <32 | <10 | 1024 | 31 |
| 7001 | 02724 | <32 | <10 | >4096 | 216 |
| 7001 | 02725 | <32 | <10 | 2048 | 137 |
| 7001 | 02729 | <32 | <10 | >4096 | 65 |
| 7001 | 02732 | ▓▓▓▓▓▓▓▓ | | >4096 | 111 |
| 7001 | 02733 | <32 | <10 | 2048 | 189 |
| 7001 | 02735 | <32 | <10 | 2048 | 127 |
| 7001 | 02744 | <32 | <10 | >4096 | 155 |
| 7001 | 02747 | <32 | <10 | >4096 | 47 |
| 7001 | 02749 | <32 | <10 | >4096 | 53 |
| 7001 | 02754 | <32 | <10 | >4096 | 180 |
| 7001 | 02759 | <32 | <10 | 512 | 26 |
| 7001 | 02765 | <32 | <10 | >4096 | 126 |
| 7001 | 02766 | ▓▓▓▓▓▓▓▓ | | 2048 | 56 |
| 7001 | 02770 | <32 | <10 | >4096 | 141 |
| 7001 | 02773 | <32 | <10 | 2048 | 103 |
| 7001 | 02774 | <32 | <10 | 2048 | 134 |
| 7001 | 02780 | <32 | <10 | 1024 | 69 |
| 7001 | 02784 | <32 | <10 | 2048 | 40 |
| 7001 | 02788 | <32 | <10 | 1024 | 125 |
| 7001 | 02790 | <32 | <10 | >4096 | 77 |
| 7001 | 02794 | <32 | <10 | >4096 | 141 |
| 7001 | 02795 | <32 | <10 | 2048 | 66 |
| 7001 | 02797 | <32 | <10 | >4096 | 150 |
| 7001 | 02799 | <32 | <10 | 2048 | 68 |
| 7001 | 02802 | <32 | <10 | 2048 | 56 |
| 7001 | 02804 | <32 | <10 | <32 | 12 |
| 7001 | 02816 | <32 | <10 | >4096 | 23 |
| 7001 | 03363 | <32 | <10 | 2048 | 83 |
| 7001 | 03364 | <32 | <10 | 2048 | 87 |
| 7001 | 03367 | <32 | <10 | >4096 | 201 |
| 7001 | 03369 | Deleted | <10 | >4096 | 63 |
| 7001 | 03370 | ▓▓▓▓▓▓▓▓ | | 512 | 50 |
| 7001 | 03371 | <32 | <10 | ▓▓▓▓▓▓▓▓ | |
| 7001 | 03374 | Deleted | <10 | 32 | 10 |

Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

CONFIDENTIAL

MRK-KRA00761693

Appx5295

Attachment
M-M-R II Trial 007 Data Listing
Comparison Between Mumps' WT ELISA and AIGENT Assays

| | | Pre-vaccination Titer | | Post-vaccination Titer | |
|---|---|---|---|---|---|
| Genstudy | Case | PRN | ELISA | PRN | ELISA |
| 7001 | 03377 | <32 | <10 | >4096 | 53 |
| 7001 | 03388 | | | 1024 | 30 |
| 7001 | 03391 | <32 | <10 | >4096 | 41 |
| 7001 | 03393 | <32 | <10 | 2048 | 46 |
| 7001 | 03422 | | | 1024 | 60 |
| 7001 | 03424 | <32 | <10 | 1024 | 39 |
| 7001 | 03426 | | | 2048 | 161 |
| 7001 | 03427 | <32 | <10 | <32 | <10 |
| 7001 | 03430 | <32 | <10 | 1024 | 25 |
| 7001 | 03434 | <32 | <10 | 2048 | 172 |
| 7001 | 03435 | <32 | <10 | 512 | 13 |
| 7001 | 03436 | <32 | <10 | >4096 | 29 |
| 7001 | 03437 | <32 | <10 | >4096 | 62 |
| 7001 | 03438 | <32 | <10 | 1024 | 61 |
| 7001 | 03443 | <32 | <10 | 2048 | 47 |
| 7001 | 03450 | <32 | <10 | >4096 | 132 |
| 7001 | 03452 | | | 1024 | 13 |
| 7001 | 03456 | <32 | <10 | 2048 | 108 |
| 7001 | 03466 | <32 | <10 | 2048 | 182 |
| 7001 | 03467 | <32 | <10 | 2048 | 28 |
| 7001 | 03479 | <32 | <10 | >4096 | 94 |
| 7001 | 03480 | <32 | <10 | 1024 | 39 |
| 7014 | 03664 | <32 | <10 | 2048 | 90 |
| 7014 | 03665 | <32 | <10 | 2048 | 60 |
| 7014 | 03667 | <32 | <10 | >4096 | 432 |
| 7014 | 03674 | <32 | <10 | >4096 | 230 |
| 7014 | 03676 | <32 | <10 | 1024 | 53 |
| 7014 | 03683 | <32 | <10 | >4096 | 180 |
| 7014 | 03687 | <32 | <10 | 2048 | 89 |
| 7014 | 03690 | <32 | <10 | >4096 | 144 |
| 7014 | 03693 | Deleted | <10 | Deleted | 34 |
| 7014 | 03702 | Deleted | <10 | Deleted | 210 |
| 7014 | 03704 | Deleted | <10 | Deleted | 218 |
| 7014 | 03707 | Deleted | <10 | Deleted | 82 |
| 7014 | 03709 | Deleted | <10 | Deleted | 176 |
| 7011 | 03723 | Deleted | <10 | Deleted | 30 |
| 7011 | 03728 | Deleted | <10 | Deleted | 71 |
| 7011 | 03731 | Deleted | <10 | Deleted | 162 |
| 7011 | 03733 | Deleted | <10 | Deleted | 174 |
| 7011 | 03736 | Deleted | <10 | Deleted | 140 |
| 7011 | 03737 | Deleted | <10 | Deleted | 14 |
| 7011 | 03738 | <32 | <10 | <32 | <10 |
| 7011 | 03739 | Deleted | <10 | Deleted | 333 |
| 7011 | 03741 | Deleted | <10 | Deleted | 102 |
| 7011 | 03745 | Deleted | <10 | Deleted | 158 |

Shaded results indicate AIGENT-ELISA mismatches.

Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

CONFIDENTIAL

MRK-KRA00761694

Appx5296

Attachment 3

CONFIDENTIAL

MRK-KRA00761695

Appx5297

# ATTACHMENT #3

CONFIDENTIAL

MRK-KRA00761696

Appx5298


Business
Confidential
use only

 **MERCK**

**SUBJECT:** Expected Mismatch Classification Rates Due to Assay Variability

---

## SUMMARY

In a comparison between the WT ELISA and AIGENT assays, discordant classifications were observed for 33 of 513 post-vaccination samples tested in both assays. The data were evaluated in an attempt to determine if the number and distribution of the discordant classifications differ from what might be expected given assay variability. Acknowledging certain limitations of the assessment, the analysis indicates that for samples within two standard deviations of the cutoff, the observed number of mismatched sample classifications are within expectation. However, beyond two assay standard deviations (i.e., WT ELISA titer ≥20 Ab units), only one or two mismatches are expected to occur due to assay variability alone, and in this study there were 16 samples having a WT ELISA ≥20 Ab units that were AIGENT negative, and 8 samples having an AIGENT titer ≥512 that were WT ELISA negative. These minor differences at the low end of the spectrum may be accounted for by artificially truncating the sensitivity of the AIGENT assay due to the choice of lowest dilution tested and/or the pro-zone effect inherent to this type of assay.

1

**MRK-KRA00761697**

**Appx5299**



Business Confidential ◇ use only

## INTRODUCTION

For many clinical assays, a cutoff is assigned and samples are classified as positive or negative depending upon where their measured result falls in relation to the cutoff. In comparing two assays, it is often of interest to measure the agreement rate between assays in terms of their ability to similarly classify a matching set of samples. In this report we assess how sample proximity to the cutoff affects the likelihood of obtaining a mismatch in classification. This information is then applied to a data set comparing the Mumps AIGENT and WT ELISA assays [1].

## STATISTICAL ASSESSMENT

For simplicity, we consider the case in which an assay is compared to itself, meaning that the two assays have the same assay precision, and the distance between a true sample titer and the cutoff is the same for both assays. Table 1 provides expected mismatch classification rates based strictly on assay variability for alternative distances between the true sample titer and the cutoff. The distance is reported in terms of assay standard deviations. For example, if a sample is one standard deviation from the cutoff, and that sample is tested in the same assay on two different occasions, then there is a 26.7% percent chance that the pair of serostatus assignments for that sample will be discordant. The table also provides approximate 95% confidence limits on the number of mismatched pairs for samples of size 100, 50 and 25, assuming the samples are tested in independent assay runs. For example, given 50 samples in which the true titer for each sample is exactly one assay standard deviation from the cutoff, then one would expect to observe between 6 and 20 discordant pairs with 13 being the expected outcome. In general, the relative width of the interval increases as the sample size decreases.

To assess whether the absolute number and distribution of the discordant samples in the comparison between the AIGENT and WT ELISA assays differs from what we would expect to see based strictly on assay variability, the set of 540 positive WT ELISA titers was randomly sampled with replacement 488,000 times (1000 sets of 488). In so doing, the 540 samples are taken to represent the distribution of positive samples in the WT ELISA. This procedure is commonly referred to as "bootstrapping" [2]. The WT ELISA negative samples were not included in the assessment since titers are not measured below 10 Ab units. To include the negative samples would require that some response distribution be imposed on the titers that are <10 Ab units, and the expected number of mismatches would depend heavily on the response distribution chosen. For each sampled titer, two pseudo-responses were created by adding a random error meant to reflect assay variability. The assay %RSD was taken to be 41%, which is a reasonable estimate for both the AIGENT and WT ELISA assays [3, 4]. The first pseudo-response represents a measurement on the sample within the first assay and the second pseudo-response represents a measurement on the same sample within the second assay. The two matching sets of 488,000 results were compared with respect to serostatus assignment using a cutoff of 10 Ab units. The agreement rate was assessed separately for alternative sample groupings according to the distance between the original sampled titer and the cutoff. Essentially, the mismatch rates obtained through the resampling procedure are what we would expect to

2

Appx5300



observe if the ELISA were compared to itself given the distribution of samples observed in the study. The results of the resampling analysis are provided in Table 2. The 95% confidence interval on the number of mismatched samples was determined using the percentile method [2] and is given by the 2.5[th] and 97.5[th] percentiles among the 1000 sample sets. The expected results presented in Table 2 are entirely consistent with the results of Table 1. The actual study results are also provided in Table 2. Relative to the expected rates, it would appear that for samples whose measured values are within two assay standard deviations of the cutoff, the observed number of mismatched sample classifications (e.g., ELISA titers between 10 and 20 Ab units) are within the range of expectation. However, beyond 2 assay standard deviations (i.e., ≥20 Ab units), only one or two mismatches are expected to occur due to assay variability alone, and in this study there were 16 samples having a WT ELISA ≥20 Ab units that were AIGENT negative, and 8 samples having an AIGENT titer ≥512 that were WT ELISA negative.

Inferences from the resampling analysis are limited in that (1) the true titers for the samples are unknown; (2) the negative WT ELISA samples were not included in the resampling procedure as titers are not measured below 10 Ab units; and (3) a similar analysis could not be performed using the AIGENT titers since the proximity of a sample value to the cutoff is difficult to determine given the acknowledged pro-zone effect in the AIGENT assay. It is also noted that the mismatch rates obtained through the resampling procedure represent mismatches in both directions, whereas the observed rates presented in Table 2 are only in one direction (i.e., WT ELISA postive and AIGENT negative). It is likely that this comparison provides for a more appropriate assessment in light of item (2) above. That is, several of the samples that tested negative in the WT ELISA may have had titers close to the cutoff (e.g., 8-9 Ab units), and had they been included in the resampling procedure, would have resulted in an increase (perhaps a doubling) in the number of expected mismatched samples in the neighborhood of the cutoff.

## STATISTICAL METHODS

Given a sample is $k$ standard deviations from the cutoff, the probability of obtaining a discordant serostatus assignment between two independent assay runs is given by

$$p_k = P[X < C - k\sigma] \times P[Y \geq C - k\sigma] + P[X \geq C - k\sigma] \times P[Y < C - k\sigma] = 2\Phi(-k)(1 - \Phi(-k))$$

where $C$ denotes the cutoff, $\sigma$ denotes one assay standard deviation, $X$ and $Y$ are independent $N(k\sigma, \sigma^2)$ random variables, and $\Phi(\cdot)$ denotes the distribution function for a standard normal variable.

In testing a panel of $n$ samples that are each $k$ standard deviations from the cutoff, the expected number of discordant assignments is given by $np_k$. Approximate $(1 - \alpha)100\%$ lower and upper bounds on $np_k$ are based on the binomial distribution and are given by given by

3

Appx5301



$$\left( \max j \ni \sum_{x=0}^{j} \binom{n}{x} (p_k)^x (1-p_k)^{n-x} \leq \alpha/2, \ \min j \ni \sum_{x=0}^{j} \binom{n}{x} (p_k)^x (1-p_k)^{n-x} \geq 1-\alpha/2 \right).$$

**REFERENCES**

[1] Internal Memo from J.M. Antonello to A. Shaw: Comparison Between the Mumps Wild Type (WT) ELISA (SOP 910.0096) and the Anti-IgG Enhanced Plaque Reduction Neutralization (AIGENT) Assay for Mumps (SOP 874.3489) Using the "Original" AIGENT Results, 8APR2002.

[2] Manly, BFJ. Randomization, Bootstrap and Monte Carlo Methodology in Biology. 2nd ed. London: Chapman & Hall, 1997; 34-41.

[3] Internal Memo from R. Wolchko and J.M. Antonello to D. Krah: Validation of the Anti-IgG Enhanced Mumps Wild Type Plaque Reduction Neutralization Assay (Virus and Cell Biology Research Procedure #874.3489), 27FEB2001.

[4] Internal Memo from R. Mogg to L. Mallette and P. Burke: Assessing the Extravariability Rule and the Specification Limits on the Control Parameters of the Standard Curve Fit and Control Samples in the Mumps "Wild Type" IgG ELISA (SOP No. 910.0096), 5FEB2002.

4


Business
Confidential
⟲ use only

## Table 1
### Expected Mismatch Rates Due to Assay Variability
### as a Function of Distance from the Cutoff

| Number of Assay Standard Deviations from the Cutoff | Expected Percentage of Discordant Classifications | No. Samples | Expected No. of Discordant Classifications | Approximate 95% Confidence Bounds | |
|---|---|---|---|---|---|
| | | | | Lower | Upper |
| 0 | 50.0% | 100 | 50 | 39 | 60 |
| 0.5 | 42.7% | 100 | 43 | 32 | 52 |
| 1 | 26.7% | 100 | 27 | 17 | 36 |
| 1.5 | 12.5% | 100 | 12 | 5 | 19 |
| 2 | 4.4% | 100 | 4 | 0 | 9 |
| 2.5 | 1.2% | 100 | 1 | 0 | 4 |
| 3 | 0.3% | 100 | 0 | 0 | 2 |
| 0 | 50.0% | 50 | 25 | 17 | 32 |
| 0.5 | 42.7% | 50 | 21 | 14 | 28 |
| 1 | 26.7% | 50 | 13 | 6 | 20 |
| 1.5 | 12.5% | 50 | 6 | 1 | 11 |
| 2 | 4.4% | 50 | 2 | 0 | 5 |
| 2.5 | 1.2% | 50 | 1 | 0 | 2 |
| 3 | 0.3% | 50 | 0 | 0 | 1 |
| 0 | 50.0% | 25 | 13 | 7 | 17 |
| 0.5 | 42.7% | 25 | 11 | 5 | 16 |
| 1 | 26.7% | 25 | 7 | 2 | 11 |
| 1.5 | 12.5% | 25 | 3 | 0 | 7 |
| 2 | 4.4% | 25 | 1 | 0 | 3 |
| 2.5 | 1.2% | 25 | 0 | 0 | 2 |
| 3 | 0.3% | 25 | 0 | 0 | 1 |

5

**MRK-KRA00761701**

**Appx5303**

Confidential
use only

**Table 2**
**Observed and Expected Mismatch Rates as a Function of Distance from the Cutoff**
**in the Context of the Comparison Between the AIGENT and WT ELISA Assays**

| ELISA Titer Grouping | ELISA Titer Grouping | Resampling Procedure | | | | Observed Results | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | ELISA Titer Distribution | No. Mismatched Samples | 95% CI on No. Mismatched Samples | Percent Mismatched Samples | ELISA Titer Distribution | No. Mismatched Samples | Percent Mismatched Samples of Subgroup | Percent Mismatched Samples of Total |
| 10<=titer<1sd | 10<=titer<14.1 | 12.62 | 5.10 | (1,10) | 40.40% | 13 | 4 | 30.77% | 0.82% |
| 1sd<=titer<2sd | 14.1<=titer<20 | 14.64 | 1.96 | (0,5) | 13.40% | 12 | 2 | 16.67% | 0.41% |
| 2sd<=titer<3sd | 20<=titer<28.3 | 29.71 | 0.41 | (0,2) | 1.40% | 31 | 6 | 19.35% | 1.23% |
| 3sd<=titer<4sd | 28.3<=titer<40 | 36.92 | 0.03 | (0,1) | 0.10% | 37 | 2 | 5.41% | 0.41% |
| 4sd<=titer<5sd | 40<=titer<56.6 | 65.74 | 0.00 | (0,0) | 0.00% | 69 | 4 | 5.80% | 0.82% |
| 5sd<=titer<6sd | 56.6<=titer<80 | 78.19 | 0.00 | (0,0) | 0.00% | 77 | 1 | 1.30% | 0.20% |
| 6sd<=titer<7sd | 80<=titer<113.1 | 81.75 | 0.00 | (0,0) | 0.00% | 83 | 0 | 0.00% | 0.00% |
| 7sd<=titer<8sd | 113.1<=titer<160 | 79.62 | 0.00 | (0,0) | 0.00% | 78 | 2 | 2.56% | 0.41% |
| 8sd<=titer<9sd | 160<=titer<226.2 | 51.68 | 0.00 | (0,0) | 0.00% | 49 | 1 | 2.04% | 0.20% |
| 9sd<=titer<10sd | 226.2<=titer<320 | 23.71 | 0.00 | (0,0) | 0.00% | 25 | 0 | 0.00% | 0.00% |
| 11sd<=titer | 320<=titer | 13.43 | 0.00 | (0,0) | 0.00% | 14 | 0 | 0.00% | 0.00% |
| | Totals: | 488 | 7.49 | | | 488 | 22 | | 4.51% |

6

MRK-KRA00761702

Appx5304

10/25/2019
Declaration of G. Reilly
EXHIBIT 140

Appx5305



Restricted
Confidential
limited access
R

## *Regulatory Liaison FDA Conversation Record*

| To: | Dr. Keith Chirgwin |
|---|---|
| Vaccine/Project: | ProQuad™ Vaccine Program |
| Date of Conversation(s): | October 5, 2004 |
| FDA Contact: | Dr. Herb Smith |
| Title / Affiliation: | Microbiologist, CBER |

**Merck Participant**: Michael Dekleva

**Discussion**

Dr. Herb Smith called this morning and informed me that he was FAXing a memo that he had received as a request from Steven Rubin and Lev Sirota (the memo was dated 27 July 2004). The request is to provide additional data to support the appropriateness of the cutoff employed in the mumps ELISA for seropositivity, relative to the plaque reduction neutralization assay.

Attached you will find PDF file of Memo.

:robat Docume

**Assignment**

M. Dekleva will work with the ProQuad™ team to develop a response.

10/05/04   08:14 FAX 301 827 3532          FDA CBER OVR&R DVRPA                    ☐002



Department of Health and Human Services
Public Health Service
Food and Drug Administration
Center for Biologics Evaluation and Research

**Memorandum**

**Date:**     July 27, 2004

**From:**     Steven A. Rubin, OVRR, DVP, HFM-460
              Lev Sirota, OBE/DB/VEB, HFM-217

**Subject:**  Review of Merck's 7068-214

**To:**       Herbert Smith, Ph.D., OVRR, DVRPA, HFM-478

**Cc:**       Judy Beeler, MD, OVRR, DVP, HFM-460
              Philip Krause, MD, OVRR, DVP, HFM-460
              Konstantin Chumakov, Ph.D., DVP, HFM-470
              The File: 7068-187

> Regulatory Affairs
>
> OCT 0 5 2004
>
> Dr. Michael Dekleva

**Summary:**

CBER had recommended use of a wild type mumps virus strain as the target antigen in the
ELISA for assessing mumps virus immune responses under this IND. Such an assay was
developed and the validation protocol for this assay is the subject of the present IND amendment.
This validation protocol was previously reviewed by CBER under IND 1016-114 (serial 62) on
February 2, 2001. At that time, a statistical review found the assay's operational characteristics to
be acceptable, however, CBER requested that the mumps ELISA seropositive cutoff be justified
via use of known mumps neutralizing and non-neutralizing sera. As the sponsor had not yet
submitted this data, Herbert Smith and Steven Rubin (CBER) initiated a teleconference with
Keith Chirgwin (Merck) on July 06, 2004. Dr. Chirgwin informed CBER that the overall
agreement between the ELISA and a CBER approved plaque reduction neutralization assay (used
in IND 1016) was 93%. Lev Sirota (CBER) and Steven Rubin met on July 27, 2004 to discuss the
relevance of this new information to the ELISA used in IND-7068.

The purpose of IND 7068 is to demonstrate similarity between MMRV and MMR + V induced
immune responses. Similarity has been defined as allowing no more than a 5% difference in
seroconversion for M, M, and R and no more than a 10% difference for varicella and that GMT's
do not differ by more than 1.5 fold. Because MMRV is essentially composed of licensed products
and the efficacy of those products has already been demonstrated, there does not exist the need to
conduct IND-7068 as an efficacy study. Thus, assays other than virus neutralization, such as the
proposed ELISA, can be used to measure mumps virus immunogenicity for this study.
Nonetheless, the appropriateness of the cutoff employed in the ELISA for seropositivity should
be supported by data demonstrating some relevance with protective levels of antibody (e.g.,
neutralizing antibody). The sponsor's information that the overall agreement between the ELISA

**CONFIDENTIAL**

**MRK-KRA00846406**
**MRK-CHA00846406**

Appx5307

and the plaque reduction neutralization assay is 93% is encouraging, but it is only a point estimate and does not support the chosen ELISA cutoff per se.

<u>Comments to relay to the sponsor:</u>
While it is not necessary for the ELISA used in this IND to be validated against a virus neutralization assay, some information as to the overall agreement between the ELISA and the plaque reduction neutralization assay would be helpful in providing information on the clinical relevance of the chosen ELISA cutoff for seropositivity. One recommendation would be to use data obtained under IND-1016 to estimate the upper and lower 95% confidence interval for the overall agreement between these two assays. Alternatively, analysis of the ELISA's predictive value in identifying sera that tested positive in a neutralization assay may also be acceptable.

**CONFIDENTIAL**

**MRK-KRA00846407**
**MRK-CHA00846407**

Appx5308

# UNITED STATES PUBLIC HEALTH SERVICE
## FOOD AND DRUG ADMINISTRATION
### CENTER FOR BIOLOGICS EVALUATION AND RESEARCH
### OFFICE OF VACCINES RESEARCH AND REVIEW
### DIVISION OF VACCINES AND RELATED PRODUCTS APPLICATIONS

Number of Pages Faxed (inclusive of cover sheet): _____

Date: _____     Time: _____

To: _Dr. deKleva_ _____

FAX Number: _484-344-2962_     Phone Number: _____

MESSAGE: _____

_____

_____

_____

_____

_____

_____

_____

From: _H. Goldsmith_ _____

Facsimile Numbers:   301-827-3532 (Main)   or   301-827-3075 (2nd)

Telephone Number:   301-827-3070

Address: 
   Woodmont Office Center I
   1401 Rockville Pike
   HFM-475   Suite 370 North
   Rockville, MD   20852-1448

PLEASE NOTE: This facsimile transmission is from a Canon Laser Class 9500S Networkable Multi-Function Super G3 High Speed Telecopier. If you do not receive a legible document, or do not receive all of the pages, please telephone us immediately at the telephone number above.

THIS DOCUMENT IS INTENDED ONLY FOR THE PARTY TO WHOM IT IS ADDRESSED. THE DOCUMENT MAY CONTAIN INFORMATION PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, we now notify you that any review, disclosure, distribution, copying or other action based on the contents of this communications is not authorized. If this document is received in error, please immediately notify us by telephone and return it to us at the above address by mail. Thank You.

KMH:Desktop:C:\DVRPA\Formal\Fax.wpd (07/08/01)

CONFIDENTIAL

MRK-KRA00846408
MRK-CHA00846408

Appx5309

Michael L. Dekleva, Ph.D.
Director
Worldwide Regulatory Affairs
Vaccines/Biologics

Merck & Co., Inc.
P.O. Box 4, BLB-22
West Point PA 19486-0004
Tel 484 344 2789
Fax 484 344 2982
Email: michael_dekleva@merck.com

November 12, 2004

Jesse Goodman, M.D., MPH, Director
Food and Drug Administration
Center for Biologics Evaluation and Research
Office of Vaccines Research and Review
Division of Vaccines and Related Products Applications
Document Control Center (HFM-99)
Woodmont Office Center
1401 Rockville Pike, Suite 200N
Rockville, Maryland 20852-1448



MERCK
Research Laboratories

Serial No. __221__

Dear Dr. Goodman:

**BB-IND 7068:  Measles (chick embryo cells), Mumps (chick embryo cells),**
**Rubella (WI-38 cells) and Varicella (MRC-5 cells) Virus Vaccine, Live, Attenuated**

**RESPONSE TO FDA REQUEST FOR INFORMATION**

Per the July 27, 2004 CBER memo (Steven A Rubin and Lev Sirota to Herbert Smith; "Review of Merck's 7068-214"; received by Merck & Co., Inc. on October 5, 2004), CBER requested the mumps ELISA seropositive cutoff be justified via use of known mumps neutralizing and non-neutralizing sera. Furthermore, CBER recommended an analysis of the ELISA predictive value in identifying sera that tested positive in the neutralization assay. The sponsor submitted these data in an information package dated June 10, 2002 (BB-IND 1016 serial number 86) which we believe provided information on the clinical relevance of the chosen ELISA cutoff for seropositivity. The following attachment is a summary of key points from Merck's June 10, 2002 information package that we believe are relevant to your most recent information request.  However, please refer to that original June 10, 2002 submission for additional details.

We consider the information included in this submission to be a confidential matter, and request that the Food and Drug Administration not make its content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

Questions concerning this submission should be directed to me (484-344-2789) or, in my absence, to Keith Chirgwin, M.D. (484-344-2558).

Sincerely yours,

Michael L. Dekleva, Ph.D.
Director
Worldwide Regulatory Affairs
Vaccines/Biologics

Attachment: Response to FDA for Information

FedEx

Q:\Franklin\Vaccines\Feiler\Letters\MumpsCutoffNov04

**CONFIDENTIAL**

**MRK-KRA00846409**
**MRK-CHA00846409**

Form Approved: OMB No. 0910-0014
Expiration Date: January 31, 2006
See OMB Statement on Reverse.

NOTE: No drug may be shipped or clinical investigation begun until an IND for that investigation is in effect (21 CFR 312.40).

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
**INVESTIGATIONAL NEW DRUG APPLICATION (IND)**
*(TITLE 21, CODE OF FEDERAL REGULATIONS (CFR) PART 312)*

**1. NAME OF SPONSOR**
Merck & Co., Inc.

**2. DATE OF SUBMISSION**
Nov 12, 2007

**3. ADDRESS** (Number, Street, City, State and Zip Code)
Sumneytown Pike
P.O. Box 4, BLB-22
West Point, PA 19486

**4. TELEPHONE NUMBER** (Include Area Code)
(484) 344-2789

**5. NAME(S) OF DRUG** (Include all available names: Trade, Generic, Chemical, Code)
Measles [chick embryo cells] Mumps [chick embryo cells] Rubella [WI-38 cells] and Varicella [MRC-5 cells] Virus Vaccine, Live, Attenuated

**6. IND NUMBER** (If previously assigned)
7068

**7. INDICATION(S)** (Covered by this submission)

**8. PHASE(S) OF CLINICAL INVESTIGATION TO BE CONDUCTED:** ☐ PHASE 1   ☐ PHASE 2   ☒ PHASE 3   ☐ OTHER
(Specify)

**9.** LIST NUMBERS OF ALL INVESTIGATIONAL NEW DRUG APPLICATIONS (21 CFR Part 312), NEW DRUG OR ANTIBIOTIC APPLICATIONS (21 CFR Part 314), DRUG MASTER FILES (21 CFR Part 314.420), AND PRODUCT LICENSE APPLICATIONS (21 CFR Part 601) REFERRED TO IN THIS APPLICATION.

**10.** *IND submission should be consecutively numbered. The initial IND should be numbered "Serial number: 000." The next submission (e.g., amendment, report, or correspondence) should be numbered "Serial Number: 001." Subsequent submissions should be numbered consecutively in the order in which they are submitted.*

**SERIAL NUMBER**
221

**11.** THIS SUBMISSION CONTAINS THE FOLLOWING: (Check all that apply)
☐ INITIAL INVESTIGATIONAL NEW DRUG APPLICATION (IND)       ☐ RESPONSE TO CLINICAL HOLD

**PROTOCOL AMENDMENT(S):**
☐ NEW PROTOCOL
☐ CHANGE IN PROTOCOL
☐ NEW INVESTIGATOR

**INFORMATION AMENDMENT(S):**
☐ CHEMISTRY/MICROBIOLOGY
☐ PHARMACOLOGY/TOXICOLOGY
☐ CLINICAL

**IND SAFETY REPORT(S):**
☐ INITIAL WRITTEN REPORT
☐ FOLLOW-UP TO A WRITTEN REPORT

☒ RESPONSE TO FDA REQUEST FOR INFORMATION       ☐ ANNUAL REPORT       ☐ GENERAL CORRESPONDENCE

☐ REQUEST FOR REINSTATEMENT OF IND THAT IS WITHDRAWN, INACTIVATED, TERMINATED OR DISCONTINUED       ☐ OTHER
(Specify)

**CHECK ONLY IF APPLICABLE**
JUSTIFICATION STATEMENT MUST BE SUBMITTED WITH APPLICATION FOR ANY CHECKED BELOW. REFER TO THE CITED CFR SECTION FOR FURTHER INFORMATION.
☐ TREATMENT IND 21 CFR 312.35 (b)       ☐ TREATMENT PROTOCOL 21 CFR 312.35 (a)       ☐ CHARGE REQUEST/NOTIFICATION 21 CFR 312.7(d)

**FOR FDA USE ONLY**

| CDR/DBIND/OGD RECEIPT STAMP | DDR RECEIPT STAMP | DIVISION ASSIGNMENT |
|---|---|---|
| | | IND NUMBER ASSIGNED |

FORM FDA 1571 (1/03)       PREVIOUS EDITION IS OBSOLETE       Page 1 of 2

**CONFIDENTIAL**

MRK-KRA00846410
MRK-CHA00846410

Appx5311

**12.**

**CONTENTS OF APPLICATION**

This application contains the following items: (Check all that apply)

- ☒ 1. Form FDA 1571 [21 CFR 312.23(a)(1)]
- ☐ 2. Table of Contents [21 CFR 312.23(a)(2)]
- ☐ 3. Introductory statement [21 CFR 312.23(a)(3)]
- ☐ 4. General investigational plan [21 CFR 312.23(a)(3)]
- ☐ 5. Investigator's brochure [21 CFR 312.23(a)(5)]
- ☐ 6. Protocol(s) [21 CFR 312.23(a)(6)]
  - ☐ a. Study protocol(s) [21 CFR 312.23(a)(6)]
  - ☐ b. Investigator data [21 CFR 312.23(a)(6)(iii)(b)] or completed Form(s) FDA 1572
  - ☐ c. Facilities data [21 CFR 312.23(a)(6)(iii)(b)] or completed Form(s) FDA 1572
  - ☐ d. Institutional Review Board data [21 CFR 312.23(a)(6)(iii)(b)] or completed Form(s) FDA 1572
- ☐ 7. Chemistry, manufacturing, and control data [21 CFR 312.23(a)(7)]
  - ☐ Environmental assessment or claim for exclusion [21 CFR 312.23(a)(7)(iv)(e)]
- ☐ 8. Pharmacology and toxicology data [21 CFR 312.23(a)(8)]
- ☐ 9. Previous human experience [21 CFR 312.23(a)(9)]
- ☐ 10. Additional information [21 CFR 312.23(a)(10)]

| | |
|---|---|
| 13 IS ANY PART OF THE CLINICAL STUDY TO BE CONDUCTED BY A CONTRACT RESEARCH ORGANIZATION? ☐ YES ☐ NO | |

IF YES, WILL ANY SPONSOR OBLIGATIONS BE TRANSFERRED TO THE CONTRACT RESEARCH ORGANIZATION? ☐ YES ☐ NO

IF YES, ATTACH A STATEMENT CONTAINING THE NAME AND ADDRESS OF THE CONTRACT RESEARCH ORGANIZATION, IDENTIFICATION OF THE CLINICAL STUDY, AND A LISTING OF THE OBLIGATIONS TRANSFERRED.

14 NAME AND TITLE OF THE PERSON RESPONSIBLE FOR MONITORING THE CONDUCT AND PROGRESS OF THE CLINICAL INVESTIGATIONS

| | |
|---|---|
| **Jacqueline O. Gress** | Barbara J. Kuter, Ph.D., M.P.H., Director |
| **Senior Medical Program Coordinator** | Laura Digilio, M.D., Associate Director |
| **Infectious Diseases/Vaccine Clinical Research** | Luwy Musey, M.D., Associate Director |

15 NAME(S) AND TITLE(S) OF THE PERSON(S) RESPONSIBLE FOR REVIEW AND EVALUATION OF INFORMATION RELEVANT TO THE SAFETY OF THE DRUG

**Florian Schodel M.D., Executive Director**
**Infectious Diseases/Vaccine Clinical Research**

I agree not to begin clinical investigations until 30 days after FDA's receipt of the IND unless I receive earlier notification by FDA that the studies may begin. I also agree not to begin or continue clinical investigations covered by the IND if those studies are placed on clinical hold. I agree that an Institutional Review Board (IRB) that complies with the requirements set fourth in 21 CFR Part 56 will be responsible for initial and continuing review and approval of each of the studies in the proposed clinical investigation. I agree to conduct the investigation in accordance with all other applicable regulatory requirements.

| 16 NAME OF SPONSOR OR SPONSOR'S AUTHORIZED REPRESENTATIVE | 17 SIGNATURE OF SPONSOR OR SPONSOR'S AUTHORIZED REPRESENTATIVE |
|---|---|
| **Michael L. Dekleva, Ph.D., Director** **Worldwide Regulatory Affairs, Vaccines/Biologics** | *[signature]* |

| 18 ADDRESS (Number, Street, City, State and Zip Code) | 19. TELEPHONE NUMBER (Include Area Code) | 20. DATE |
|---|---|---|
| **Sumneytown Pike** **P.O. Box 4, BLB-22** **West Point, PA 19486** | (484) 344-2789 | NOV 12, 2004 |

(WARNING: A willfully false statement is a criminal offense. U.S.C. Title 18, Sec. 1001.)

Public reporting burden for this collection of information is estimated to average 100 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

| Food and Drug Administration CBER (HFM-99) 1401 Rockville Pike Rockville, MD 20852-1448 | Food and Drug Administration CDER (HFD-94) 12229 Wilkins Avenue Rockville, MD 20852 | *An agency may not conduct or sponsor and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number |

Please **DO NOT RETURN** this application to this address.

FORM FDA 1571 (1/03)                                                                PAGE 2 OF 2

**CONFIDENTIAL**

MRK-KRA00846411
MRK-CHA00846411

Appx5312

Information and data submitted herein contains trade secrets,
or privileged or confidential information,
the property of Merck & Co., Inc. and government agencies
are not authorized to make it public without
written permission from Merck

CONFIDENTIAL

MRK-KRA00846412
MRK-CHA00846412

Appx5313

ATTACHMENT

ATTACHMENT

CONFIDENTIAL

MRK-KRA00846413
MRK-CHA00846413



Restricted
R 🔒 Confidential
limited access

## RESPONSE TO CBER COMMENTS

**Introduction:**
Per the July 27, 2004 CBER memo (Steven A Rubin and Lev Sirota to Herbert Smith; "Review of Merck's 7068-214"; received by Merck & Co., Inc. on October 5, 2004), CBER requested the mumps ELISA seropositive cutoff be justified via use of known mumps neutralizing and non-neutralizing sera. Furthermore, CBER recommended an analysis of the ELISA predictive value in identifying sera that tested positive in the neutralization assay. The sponsor submitted these data in an information package dated June 10, 2002 (BB-IND 1016 serial number 86) which we believe provided information on the clinical relevance of the chosen ELISA cutoff for seropositivity. The following is a summary of key points from Merck's June 10, 2002 information package that we believe are relevant to your most recent information request. However, please refer to that original June 10, 2002 submission for additional details.

**Predictive Value of a Positive ELISA (vs. AIGENT):**
The agreement between the mumps Wild Type (WT) ELISA (SOP 910.0096) and the Anti-IgG Enhanced Plaque Reduction Neutralization Assay (AIGENT, SOP 874.3489) assays was assessed through an evaluation of the pre-vaccination and day 42 post-vaccination titers from 565 subjects in the M-M-R®II 007 Trial. For this comparison, serostatus cutoffs for the WT ELISA assay and AIGENT assay were selected as 10 Ab units and 32 (1:32 dilution), respectively.

Of the 565 subjects for which pre-vaccination and post-vaccination titers that were determined using the AIGENT assay, 510 and 513 (N=1023) had reportable pre-vaccination and post-vaccination titers, respectively. Pre-vaccination and post-vaccination titers were reported for all subjects in the ELISA assay. **Table 1** provides the sero-status cross-classification for M-M-R®II for Protocol 007 pre-vaccination and post-vaccination samples.

The overall agreement between the two assays for determining positives or negatives is 90.4% (925/1023) with 469 samples classified as positive in both assays. Of 98 discordant pairs, 29 were positive in the ELISA and negative in the AIGENT assay.
The predictive value of a positive ELISA is 94.2% (469/498*) from the data generated in protocol 007 and analyzed in both the validated WT ELISA and AIGENT assays.

498* = 469 positive in both assays + 29 positive in the ELISA only.

**Assay Comparison Based on Sero-Conversion:**
With respect to sero-conversion, the overall agreement rate between the assays was 93.4% (413*/442**; **Table 2**). For this data set, subjects that were pre-vaccination positive in either the ELISA or AIGENT assay (ELISA titer $\geq$10 Ab units, AIGENT titer $\geq$32) were dropped from the assessment of sero-conversion. For the ELISA, a subject is defined to respond to vaccine if they are pre-vaccination negative and have a post-vaccination titer of $\geq$10 Ab units. For the AIGENT assay, a subject is defined to respond

**MRK-KRA00846414**
**MRK-CHA00846414**

Appx5315



to vaccine if they are pre-vaccination negative and have a post-vaccination titer that is ≥64 (corresponds to pre- to post-vaccination rise in titer of ≥4 fold).

*400 samples classified as converters in both assays and 13 samples classified as non-converters in both assays.

** 442 = 400 converters +13 non converters + 29 discordant pairs

**Table 1**
**Sero-status Cross-Classification for M-M-R®II 007**
**Pre- and Post-Vaccination Samples**

|  |  | AIGENT | | |
|---|---|---|---|---|
|  |  | ≥ 32 cut-off | <32 cut-off | Total |
| ELISA | ≥ 10 cut-off | 469 | 29 | 498 |
|  | < 10 cut-off | 69 | 456 | 525 |
|  | Total | 538 | 485 | 1023 |

**Table 2**
**Sero-Conversion Cross-Classification for M-M-R® 007**

|  |  | AIGENT | | |
|---|---|---|---|---|
|  |  | ≥ 64 cut-off | <64 cut-off | Total |
| ELISA | ≥ 10 cut-off | 400 | 19 | 419 |
|  | < 10 cut-off | 10 | 13 | 23 |
|  | Total | 410 | 32 | 442 |

**CONFIDENTIAL**

10/25/2019
Declaration of G. Reilly
EXHIBIT 141

Appx5317

**To:**      Dekleva, Michael L.[michael_dekleva@merck.com]
**From:**   Schodel, Florian
**Sent:**     Sat 7/3/2004 2:39:12 AM
**Importance:**     **Normal**
**Subject:**   RE: Comparing Mumps WT ELISA and AIGENT Assay

Dear Mike,

Thanks - I distinctly remember a conversation with Kathy Carbone in which we closed out the issue - which allowed us to proceed with MMR and PQ studies at the time - hope this was captured. Agree with Joe - could not overemphasize the weakness of the PRN (50% specificity!!!!!!).
The roadshows went very well - no surprises really, other than that we should have considered the UK and not even bothered with Belgium.

Florian

    -----Original Message-----
**From:**     Dekleva, Michael L.
**Sent:**      Friday, July 02, 2004 8:41 AM
**To:**        Schodel, Florian
**Subject:**   RE: Comparing Mumps WT ELISA and AIGENT Assay

Alison and I are pulling it together.  In what we've been able to find so far, there doesn't seem to be any documentation that CBER actually concurred with our recommendations regarding the WT ELISA and choice of <10 Ab unit cutoff.  We requested their concurrence, but never received a response.

In looking at the old documentation it's clear that CBER was very interested in the PRN assay for evaluating persistence.  Afterwards we claimed that there was strong concordance between PRN and WT ELISA, although around the cutoff (<10 Ab units) there's a greater chance of seeing positive results with the PRN rather than ELISA.  Perhaps because of that there were slightly higher seroprotection rates reported with WT ELISA vs. PRN in the 007 study (something like 94 vs. 92% - significant?). Nonetheless, we opted for use of WT ELISA for future studies.  The main reason for that comfort is described to be because of the assay's greater precision (and though not explicitly stated, greater ease of use and higher throughput).

SO… we are pulling the information together, including all prior CBER communiciations.  It may be that Steve Rubin is simply "coming up to speed", or it could be that he's trying to understand our rationale for selecting an assay that while more precise and easier to perform, may overestimate seroconversion rates relative to their "preferred" (?) PRN assay.  I spoke with Joe Antonella yesterday, and he re-emphasized that the precision with the PRN assay was very poor, and felt that the it was really hard to say whether the differences in the data sets were significant - influenced to a great extent by the variability in the PRN data.

How did the "roadshows" go?  Any surprises?

Mike


**Michael L. Dekleva, Ph.D.**
**Director, World Wide Regulatory Affairs, Vaccines/Biologics**
Phone:  (484) 344-2789
FAX:    (484) 344-2962
e-mail:  michael_dekleva@merck.com

    -----Original Message-----

**CONFIDENTIAL**

**MRK-KRA00791315**
**MRK-CHA00791315**

**Appx5318**

**From:** Schodel, Florian
**Sent:** Thursday, July 01, 2004 5:19 PM
**To:** Dekleva, Michael L.
**Subject:** RE: Comparing Mumps WT ELISA and AIGENT Assay

Any chance we have enough documentation of the conversations with Kathy?

Florian

-----Original Message-----
**From:** Dekleva, Michael L.
**Sent:** Thursday, July 01, 2004 12:21 PM
**To:** Schodel, Florian
**Subject:** RE: Comparing Mumps WT ELISA and AIGENT Assay

Florian,
My understanding from Keith is that Steve Rubin is inheriting this program from Kathy so he
may be looking for references to information (that we'd already sent CBER and agreed upon)
to enhance his understanding.  Hopefully it's as simple as that.

Mike


**Michael L. Dekleva, Ph.D.**
Director, World Wide Regulatory Affairs, Vaccines/Biologics
Phone:  (484) 344-2789
FAX:     (484) 344-2962
e-mail:   michael_dekleva@merck.com

-----Original Message-----
**From:** Schodel, Florian
**Sent:** Wednesday, June 30, 2004 3:45 PM
**To:** Dekleva, Michael L.
**Subject:** RE: Comparing Mumps WT ELISA and AIGENT Assay

Thanks Mike,

This is a big surprise I thought we had it all squared away with Kathy Carbone…..

Florian

-----Original Message-----
**From:** Dekleva, Michael L.
**Sent:** Wednesday, June 30, 2004 3:38 PM
**To:** Shay, Charlotte
**Cc:** Antonello, Joseph M; Schodel, Florian
**Subject:** RE: Comparing Mumps WT ELISA and AIGENT Assay

Charlotte,

**CONFIDENTIAL**

MRK-KRA00791316
MRK-CHA00791316

Appx5319

Alison and I will get together tomorrow to sort out details of what information had already been sent to CBER and go from there. I'll keep Florian posted, particularly if there's a planned teleconference to Dr. Krause.

Mike


**Michael L. Dekleva, Ph.D.**
Director, World Wide Regulatory Affairs, Vaccines/Biologics
Phone: (484) 344-2789
FAX:     (484) 344-2962
e-mail:   michael_dekleva@merck.com

-----Original Message-----
**From:**     Shay, Charlotte   **On Behalf Of** Schodel, Florian
**Sent:**      Wednesday, June 30, 2004 11:38 AM
**To:**         Dekleva, Michael L.
**Cc:**         Antonello, Joseph M
**Subject:**   RE: Comparing Mumps WT ELISA and AIGENT Assay

Mike - if Florian needs to be involved in this teleconference, let me know. Florian would want to participate. He's in Europe through 7/06 but I can get the info to him.

**Charlotte Shay**
**Assistant to Florian Schodel, M.D.**
**Executive Director Vaccines Clinical Research 976**
**Phone: 484-344-3434**
**Fax: 484-344-7458**
**UN271**
**Email: charlotte_shay@merck.com**


-----Original Message-----
**From:**     Dekleva, Michael L.
**Sent:**      Wednesday, June 30, 2004 10:59 AM
**To:**         Morsy, Manal A.; Chirgwin, Keith D.; Antonello, Joseph M
**Cc:**         Fisher, Alison L; Schodel, Florian
**Subject:**   RE: Comparing Mumps WT ELISA and AIGENT Assay

Manal/Alison,
Peggy is seeting up some time for us to discuss exactly what information was sent and when, so I know how best to respond to Dr. Krause's request. Thanks!

Mike


**Michael L. Dekleva, Ph.D.**
Director, World Wide Regulatory Affairs, Vaccines/Biologics
Phone: (484) 344-2789

**CONFIDENTIAL**

**MRK-KRA00791317**
**MRK-CHA00791317**

Appx5320

FAX:    (484) 344-2962
e-mail:   michael_dekleva@merck.com

-----Original Message-----
**From:** Morsy, Manal A.
**Sent:** Wednesday, June 30, 2004 1:13 AM
**To:** Chirgwin, Keith D.; Antonello, Joseph M
**Cc:** Dekleva, Michael L.; Fisher, Alison L; Schodel, Florian
**Subject:** RE: Comparing Mumps WT ELISA and AIGENT Assay

Keith - all the information Joe refers to was submitted to CBER and was pulled once again at my request by Alison and used as references in response to questions about this topic received from CBER regarding the rHA IND - all these references are with Alison and I believe the responses have been submitted to CBER just the past week or two - so I think Alison can easily reassemble this information.

mm

Manal Morsy, MD, PhD, MBA
Director
Worldwide Regulatory Affairs
Vaccines/Biologics
manal_morsy@merck.com
tel: 484-344-3785
fax: 484-344-2962

-----Original Message-----
**From:** Chirgwin, Keith D.
**Sent:** Tuesday, June 29, 2004 10:13 PM
**To:** Antonello, Joseph M
**Cc:** Dekleva, Michael L.; Fisher, Alison L; Schodel, Florian; Morsy, Manal A.
**Subject:** RE: Comparing Mumps WT ELISA and AIGENT Assay

Thanks Joe.   Just to clarify, I understand that the PRN and ELISA track fairly well and this is what I conveyed to Steve Rubin.  The question is to what degree are these assays concordant.  He was suggesting specific criteria for concordance which I am not sure we could meet.  His suggestion was that we focus on sera with low antibody titers just above the ELISA cutoff, and that they would like to see no more than 10% of such ELISA low positive sera score negative in the PRN.  I do not recall whether we ever did such a subset analysis with low positives - this seems like a problematic approach as the % "false-positive" would depend on which specific sera are selected for inclusion in such an analysis.

Alison and Mike -  I believe that Manal organized a series of discussions

**CONFIDENTIAL**

**MRK-KRA00791318**
**MRK-CHA00791318**

**Appx5321**

with CBER on this topic during 2001-2002 but do not recall whether or when there was any f/u with CBER following that submission that Joe is referring to which was probably late 2001 or early 2002.  It would be useful to have the details of what was in that submission as well as any f/u when CBER calls back - please f/u with Manal.

Keith

-----Original Message-----
**From:**       Antonello, Joseph M
**Sent:** Tuesday, June 29, 2004 6:27 PM
**To:**   Chirgwin, Keith D.
**Cc:**   Dekleva, Michael L.; Fisher, Alison L; Schodel, Florian
**Subject:**      Comparing Mumps WT ELISA and AIGENT Assay

Keith,

In response to your MVX, I know that we prepared, and I assume that we sent an extensive response to CBER (Zoon/Carbone).  Manal was involved in assembling that response and it should be in the regulatory files.  That response contained:
(1) Results of testing the Mumps WT ELISA standard and controls in the AIGENT assay (this was requested by CBER).
(2) Comparison between the Mumps WT ELISA and the AIGENT assay for 565 subjects from the MMRII 007 trial.
(3) An assessment of the observed mismatch rates for post-vaccination samples as a function of the distance from the cutoff.

In that response, we contended that there was reasonably good agreement between the two assays in terms of serostatus classification when using a cutoff of 10 Ab units in Mumps WT ELISA and a cutoff of 1:32 in the AIGENT assay, so I'm concerned when you say that the two assays are discordant around the cutoff.  Concluding that the two assays agree reasonably well was important for the purpose of arguing that the ELISA was an acceptable substitute for the neutralization assay.

I do agree with your key points that:
(1) We don't really know what a clinically protective level is in either assay; and
(2) The Mumps WT ELISA titers are useful for comparing response distributions/assessing equivalence between treatment groups.

Joe

**CONFIDENTIAL**

**MRK-KRA00791319**
**MRK-CHA00791319**

Appx5322

10/25/2019
Declaration of G. Reilly
EXHIBIT 142

**Proposal for Immunogenicity Analyses**

The database for the Mumps End Expiry Study is still blinded. All of the safety data and approximately 95% of the serology data (measles, mumps, and rubella) for the baseline, 6-week, and 1-year visits have been screened and cleaned. The only unblinded summary of the mumps Plaque Reduction Neutralization (PRN) data occurred at the time of the interim analysis (February 2001, approximately 600 subjects).

As described in Protocol 007-02 and in the Data Analysis Plan 007-01, the primary immunogenicity analyses for the Mumps End Expiry Study will be based on a per-protocol approach, excluding subjects identified as protocol violators. In addition, for the primary and secondary hypotheses, the per-protocol analysis will be based on subjects who are seronegative at baseline for the assay being summarized. Given the proposal (outlined above) to declare the approximately 300 mumps PRN samples tested during 2002 invalid, Merck proposes that these results be excluded from the per-protocol analysis for the mumps PRN assay. That is, Merck proposes that the primary immunogenicity analyses for the mumps PRN assay be based on a per-protocol approach, excluding subjects identified as protocol violators and excluding subjects whose mumps PRN samples were tested during 2002. In the event that frozen retention samples are obtained from the study sites for some of the invalid mumps PRN samples, and that these retention samples are tested in the mumps PRN assay, Merck proposes that these results be included in the clinical study database and that a separate mumps PRN immunogenicity analysis be performed which includes these results.

As stated in Protocol 007-02 and in the Data Analysis Plan 007-01, all subjects with safety follow-up will be included in the safety analyses.

**Risk of Study Failure**

The Mumps End Expiry Study was originally powered (overall power of 92.4%, 96.1% power for a single Expiry Group) on a total sample size of 1770 subjects (Protocol Amendment 007-01). It was assumed that approximately 5% wold be seropositive at baseline to mumps (based on the PRN assay – the assay had not been developed at the time, thus there was no data to support this assumption) and that 10% would be lost to follow-up (or for other violations). Thus it was assumed that approximately 1506 subjects (502 per group) would be available for the primary mumps PRN analyses.

The final enrollment for the study was 1997 subjects. Upon CBER's concurrence, it is known that approximately 300 subjects will be excluded from the primary mumps PRN immunogenicity analyses due to the invalidation of the 2002 samples. In addition, based on a preliminary review of the serology data still blinded to treatment group, approximately 14% of the subjects tested positive to mumps at baseline based on the mumps PRN assay and approximately 10% of the subjects were lost to follow-up. Thus Merck projects that only 1290 subjects (430 per group) will be available for the primary mumps PRN analyses.

**CONFIDENTIAL**

**MRK-KRA00561111**
**MRK-CHA00561111**

The goal throughout the development of the mumps PRN assay was to create an assay that achieved a 95% seroconversion rate. Utilizing input from CBER, Merck was able to obtain a seroconversion estimate of 100% (50/50) in the validation of the assay, with a 95% confidence interval of (94.2%, 100%). Based on the lower bound of the confidence interval being less than 95% and the supporting evidence from the interim analysis (the seroconversion estimate of the release group was 94.6%), the true assay performance may be less than 95%. Even with only slight deviations from 95%, the overall power for the study, especially for the lower bound of 90% criterion, is greatly impacted.

Given the stringent criteria set forth by CBER for the study which included both a 5 percentage point equivalence margin and a lower bound criterion of 90%, Merck is concerned that the study may fail on either one or both of the criteria due to the decrease in evaluable sample size and the uncertainty in the mumps PRN assay performance. In the table below (similar to the table found in Protocol 007-01 which did not include the lower bound criterion) are power estimates for the comparison of an Expiry Group to the Release Group based on the expected evaluable sample size of 430 per group. These estimates are calculated based on various hypothetical response rates for the two groups. The power estimates incorporate both the equivalence hypothesis and the lower bound hypothesis.

Table 1
Power to Rule Out a Difference of 5.0 Percentage Points and a Lower Bound of 90%
430 Evaluable Subjects Per Group
Equivalence $\alpha$=0.05 (One-sided), Lower Bound $\alpha$=0.025 (One-sided)

| Expected True Rate in Control Group | True Decrease Between Control and Mumps Expiry Group | | |
|---|---|---|---|
| | 0.0 Percentage Points | 1.0 Percentage Points | 2.0 Percentage Points |
| 96% | 97.1% | 83.6% | 51.9% |
| 95% | 92.5%* | 67.5% | 30.9% |
| 94% | 77.0% | 41.4% | 13.5% |
| 93% | 48.5% | 18.4% | 4.4% |
| 92% | 22.0% | 6.1% | 1.1% |

* Based on 502 evaluable subjects in the original protocol, the power was 96.1%.

**CONFIDENTIAL**

**MRK-KRA00561112**
**MRK-CHA00561112**

Appx5325

10/25/2019
Declaration of G. Reilly
EXHIBIT 143

**Krah, David**

| | |
|---|---|
| **From:** | Krah, David |
| **Sent:** | Monday, October 09, 2000 11:12 PM |
| **To:** | Emini, Emilio A; Shaw, Alan; Margolskee, Dorothy; Washabaugh, Michael W |
| **Cc:** | Yagodich, Mary |
| **Subject:** | Update on anti-IgG enhanced mumps neutralization assay |

All,
As an update, the SOP for the anti-IgG enhanced mumps Nt assay and training documents for transfer of the assay to Dick Ward's group have been prepared and are being circulated. Training is scheduled to start next Wednesday and should be completed by the follwoing Tuesday. Validation protocols are being prepared. The following attachments provide an update to the status of optimization of the anti-IgG dilution, and a 1:6 dilution appears to provide an "ideal" sensitivity.

Thanks,
Dave




MPS anti-IgG Nt

update, Oct 8, 2000.doc

MPS Nt summary
anti-IgG titrations, for

**CONFIDENTIAL**

**MRK-KRA00065695**
**MRK-CHA00065695**

Appx5327

# Anti-IgG Enhanced Mumps Neutralization Assay-Update: October 8, 2000

**Objective**: Identify a mumps neutralization assay format using a "wild-type" mumps strain that permits measurement of a ≥95% seroconversion rate in M-M-R®II vaccinees

**Assay format**:
• "Standard" mumps plaque-reduction neutralization assay using **JL135** "low-passage" Jeryl Lynn™ mumps
+ **anti-human IgG** treatment (30 min) after "primary" neutralization
+ **immunostaining** to visualize plaques

• Sera tested typically @ dilutions 1:32 through 1:4096
    - titer assigned to highest tested dilution producing Nt
    - negative results @ 1:32 dilution
        = negative, <32 titer

CONFIDENTIAL

MRK-KRA00065696
MRK-CHA00065696

Appx5328

### Data presented at August 18, 2000 CAS meeting:

## Evaluation of seroconversion rates achievable in the Anti-IgG Enhanced Nt
- results from subset of protocol 006 and another set of 60 paired pediatric sera
- 1:4 or 1:8 anti-IgG used
- Seroconversion rate calculated from pre-negative sera (≥4-fold boost)

- **Serum set #1:**
  Subset of sera from protocol 006 (includes set of 12 sera biased toward non-responders to Jeryl Lynn™ by "standard" Nt)

  Seroconversion rates for this set:
  Jeryl Lynn™ "standard" Nt: 31/39 =<u>79.5%</u>
  JL135 1:4 Anti-IgG Nt: 33/36 = <u>91.7%</u>
  JL135 1:8 Anti-IgG Nt: 32/34 = <u>94.0%</u>

  Pre-positive rate:
  | | |
  |---|---|
  | "Standard" Nt: | 4/43 = 9% |
  | 1:4 Anti-IgG Nt: | 2/38 = 5% |
  | 1:8 Anti-IgG Nt: | 1/35 = 3% |

CONFIDENTIAL

MRK-KRA00065697
MRK-CHA00065697

Appx5329

- **<u>Serum set #2:</u>**
  **Panel of 60 paired pediatric sera**

  **Seroconversion rate for this set:**
  **JL135 + 1:4 Anti-IgG: 47/47 = <u>100%</u>**

  Pre-positive rate:
  1:4 Anti-IgG Nt:      13/60 = 22%
  (7 of these positive at 1 dilution)

- **Overall seroconversion rate observed    for 1:4 anti-IgG and JL135**
  **= 33/36 + 47/47 = 80/83 = <u>96%</u>**

**CONFIDENTIAL**

**MRK-KRA00065698**
**MRK-CHA00065698**

# **Conclusions from previous testing with 1:4 anti-IgG**

• Measurement of ≥95% seroconversion in vaccinees is achievable

• Pre-positive rate is higher than desirable.

• Continue evaluation of results using optimized anti-IgG amount  (target ≤10% pre-positive rate and ≥ 95% seroconversions)

CONFIDENTIAL

MRK-KRA00065699
MRK-CHA00065699

Appx5331

# Results of Additional Anti-IgG Titrations Studies Performed Since the August 18 CAS meeting

- Compare Nt titers using 1:4, 1:6 and 1:8 anti-IgG on a panel of pediatric sera

- Results available for approximately 20 paired sera
  -results from another set of 30 sera available within 1-2 weeks

- Results summary

| Serum Classification | No. of sera/total for anti-IgG dilution | | |
|---|---|---|---|
| | 1:4 | 1:6 | 1:8 |
| Pre-positives | 7/29 | 3/27 | 2/26 |
| | 24% | 11% | 8% |
| Seroconversions | 21/22 | 21/21 | 22/23 |
| | 95% | 100% | 96% |

A summary of the serum titers and number of dilutions that are positive (values in parentheses) is presented in the attached Excel worksheet. The 1:4 anti-IgG dilution continues to provide excess pre-positive results, whereas the lower anti-IgG dilutions provide pre-positive rates within the targeted range (~10%). The 1:8 dilution of anti-IgG provides reduced titers and fewer positive serum dilutions than the 1:6 anti-IgG dilution. The overall recommendation from the current data is to use the 1:6 anti-IgG dilution of anti-IgG lot 01943 for expanded testing to support the

CONFIDENTIAL

MRK-KRA00065700
MRK-CHA00065700

Appx5332

Expiry Trial. Subsequent lots of anti-IgG will need to be calibrated to the current lot to confirm appropriate assay enhancement.

CONFIDENTIAL

MRK-KRA00065701
MRK-CHA00065701

Sheet1

| Experiment | Serum # | undil | 1:2 | 1:3 | 1:4 | 1:5 | 1:6 | 1:7 | 1:8 |
|---|---|---|---|---|---|---|---|---|---|
| | | MPS Nt titer @ anti-IgG dilution (# of dilutions scoring as positive for NT) | | | | | | | |
| x502-00 | Pre pool #1 | 32 (1) | 64 (1) | <32 | <32 | <32 | <32 | <32 | <32 |
| | Pre pool #2 | 64 (2) | <32 | <32 | <32 | <32 | <32 | <32 | <32 |
| | DK serum | | 512 (3) | <32 | 512 (2) | | | | |
| | | | | | | | | | |
| x520-00 | 8-30 pre | | | | not tested | <64 | <32 | <64 | <64 |
| | 8-30 post | | | | =512 (4) | =512 (4) | =512 (3) | =512 (3) | =512 (2) |
| | 8-52 pre | | | | <64 | <64 | <64 | <64 | <64 |
| | 8-52 post | | | | =512 (4) | =512 (4) | =512 (3) | =512 (3) | =512 (3) |
| | 8-55 pre | | | | =512 (2) | 256 (1) | <64 | =512 (1) | <64 |
| | 8-55 post | | | | =512 (4) | =512 (4) | =512 (3) | =512 (2) | =512 (2) |
| | 8-59 pre | | | | <64 | <64 | <64 | <64 | <64 |
| | 8-59 post | | | | =512 (4) | =512 (4) | =512 (4) | =512 (4) | =512 (4) |
| | DK serum | | | | 256 (2) | | | | |
| | | | | | | | | | |
| x530-00 | 8-19 pre | | | | <32 | | <32 | | <32 |
| | 8-19 post | | | | 2048 (7) | | =4096 (8) | | =4096 (8) |
| | 8-28 pre | | | | <32 | | <32 | | <32 |
| | 8-28 post | | | | 1024 (6) | | 1024 (6) | | 1024 (6) |
| | 8-32 pre | | | | <32 | | <32 | | <32 |
| | 8-32 post | | | | 1024 (6) | | 512 (3) | | 1024 (4) |
| | 8-43 pre | | | | <32 | | <32 | | <32 |
| | 8-43 post | | | | 128 (1) | | 256 (1) | | <32 |
| | 8-41 pre | | | | 64 (1) | | <32 | | <32 |
| | 8-41 post | | | | 1024 (6) | | 1024 (6) | | 1024 (6) |
| | DK serum | | | | <32 | | <32 | | 512 (1) |
| | | | | | | | | | |
| x532-00 | 8-1 pre | | | | <32 | | <32 | | <32 |
| | 8-1 post | | | | 2048 (7) | | 2048 (7) | | 2048 (6) |
| | 8-2 pre | | | | <32 | | <32 | | <32 |
| | 8-2 post | | | | 1024 (6) | | 1024 (6) | | 2048 (7) |
| | 8-6 pre | | | | <32 | | <32 | | <32 |
| | 8-6 post | | | | 256 (2) | | 256 (1) | | 256 (1) |
| | 8-7 pre | | | | <32 | | not tested | | <32 |
| | 8-8 pre | | | | 256 (1) | | <32 | | <32 |
| | 8-34 pre | | | | <32 | | <32 | | <32 |
| | 8-8 pre | | | | 1024 (5) | | 1024 (5) | | 1024 (4) |
| | 8-30 pre | | | | 256 (2) | | 256 (1) | | <32 |
| | 8-30 post | | | | 2048 (6) | | 2048 (5) | | 2048 (4) |
| | 8-38 pre | | | | <32 | | <32 | | not tested |

Page 1

CONFIDENTIAL

MRK-KRA00065702
MRK-CHA00065702

Appx5334

Sheet1

| Sample | | | | not tested |
|---|---|---|---|---|
| 8-38 post | | | | <32 |
| DK serum | 512 (2) | 512 (1) | 512 (1) | <32 |
| | | | | |
| **x535-00** | | | | |
| 8-21 pre | <32 | <32 | <32 | <32 |
| 8-21 post | 1024 (6) | 2048 (6) | 2048 (5) | 2048 (5) |
| 8-22 pre | <32 | <32 | <32 | <32 |
| 8-22 post | 1024 (6) | 1024 (6) | 1024 (6) | 1024 (6) |
| 8-24 pre | <32 | <32 | <32 | <32 |
| 8-24 post | =4096 (8) | =4096 (8) | =4096 (8) | =4096 (8) |
| 8-26 pre | 128 (1) | <32 | 256 (1) | 256 (1) |
| 8-26 post | 1024 (5) | 1024 (4) | 512 (2) | 512 (2) |
| 8-27 pre | <32 | <32 | <32 | <32 |
| 8-27 post | =4096 (8) | =4096 (8) | =4096 (8) | =4096 (8) |
| DK serum | 256 (1) | <32 | <32 | <32 |
| | | | | |
| **x533-00** | | | | |
| 8-45 pre | <32 | <32 | <32 | <32 |
| 8-45 post | 1024 (4) | 1024 (3) | 1024 (3) | 1024 (3) |
| 8-55 pre | 512 (3) | 256 (1) | <32 | <32 |
| 8-55 post | 1024 (5) | 1024 (4) | 1024 (3) | 1024 (3) |
| 8-10 pre | <32 | <32 | <32 | <32 |
| 8-10 post | 1024 (4) | 1024 (3) | 1024 (3) | 1024 (3) |
| 8-11 pre | <32 | <32 | <32 | <32 |
| 8-11 post | =4096 (8) | =4096 (8) | =4096 (8) | =4096 (8) |
| DK serum | 1024 (3) | <32 | <32 | <32 |
| | | | | |
| **x534-00** | | | | |
| 8-14 pre | <32 | <32 | <32 | <32 |
| 8-14 post | 512 (3) | 1024 (4) | 512 (2) | 512 (2) |
| 8-15 pre | <32 | <32 | <32 | <32 |
| 8-15 post | 2048 (7) | =4096 (8) | =4096 (8) | =4096 (8) |
| 8-57 pre | <32 | <32 | <32 | <32 |
| 8-57 post | 1024 (7) | 512 (4) | 1024 (4) | 1024 (4) |
| 8-59 pre | <32 | <32 | <32 | <32 |
| 8-59 post | =4096 (8) | =4096 (8) | =4096 (8) | =4096 (8) |
| 8-20 pre | 256 (8) | 256 (5) | 256 (8) | 1024 (3)/4096 (4)? |
| 8-20 post | =4096 (8) | =4096 (8) | =4096 (8) | =4096 (8) |
| DK serum | 256 (1) | 512 (3) | 512 (1) | 512 (1) |

CONFIDENTIAL

MRK-KRA00065703
MRK-CHA00065703
Appx5335

10/25/2019
Declaration of G. Reilly
EXHIBIT 144

# Anti-IgG Enhanced Mumps Neutralization Assay-Update: October 24, 2000

**Objective**: Identify a mumps neutralization assay format using a "wild-type" mumps strain that permits measurement of a $\geq 95\%$ seroconversion rate in M-M-R®II vaccinees

**Assay format**:
• "Standard" mumps plaque-reduction neutralization assay using **JL135** "low-passage" Jeryl Lynn™ mumps
+ **anti-human IgG** treatment (30 min) after "primary" neutralization
+ **immunostaining** to visualize plaques

• Sera tested typically @ dilutions 1:32 through 1:4096
    - titer assigned to highest tested dilution producing Nt
    - negative results @ 1:32 dilution
      = negative, <32 titer

CONFIDENTIAL

MRK-KRA00026912
MRK-CHA00026912

**Appx5337**

## *Data presented at August 18, 2000 CAS meeting:*

## Evaluation of seroconversion rates achievable in the Anti-IgG Enhanced Nt

- results from subset of protocol 006 and another set of 60 paired pediatric sera
- 1:4 or 1:8 anti-IgG used
- Seroconversion rate calculated from pre-negative sera ($\geq$4-fold boost)

- **<u>Serum set #1</u>**:

  Subset of sera from protocol 006 (includes set of 12 sera biased toward non-responders to Jeryl Lynn™ by "standard" Nt)

  Seroconversion rates for this set:
  Jeryl Lynn™ "standard" Nt: 31/39 =<u>79.5%</u>
  JL135 1:4 Anti-IgG Nt: 33/36 = <u>91.7%</u>
  JL135 1:8 Anti-IgG Nt: 32/34 = <u>94.0%</u>

  Pre-positive rate:
  |  |  |
  |---|---|
  | "Standard" Nt: | 4/43 = 9% |
  | 1:4 Anti-IgG Nt: | 2/38 = 5% |
  | 1:8 Anti-IgG Nt: | 1/35 = 3% |

**CONFIDENTIAL**

MRK-KRA00026913
MRK-CHA00026913

**Appx5338**

- **<u>Serum set #2:</u>**
  **Panel of 60 paired pediatric sera**

  **Seroconversion rate for this set:**
  **JL135 + 1:4 Anti-IgG: 47/47 = <u>100%</u>**

  Pre-positive rate:
  1:4 Anti-IgG Nt:      13/60 = 22%
  (7 of these positive at 1 dilution)

- **Overall seroconversion rate observed    for**
  **1:4 anti-IgG and JL135**
  **= 33/36 + 47/47 = 80/83 = <u>96%</u>**

CONFIDENTIAL

MRK-KRA00026914
MRK-CHA00026914

Appx5339

# <u>Conclusions from previous testing with 1:4 anti-IgG</u>

• Measurement of $\geq 95\%$ seroconversion in vaccinees is achievable

• Pre-positive rate is higher than desirable.

• Continue evaluation of results using optimized anti-IgG amount  (target $\leq 10\%$ pre-positive rate and $\geq 95\%$ seroconversions)

CONFIDENTIAL

MRK-KRA00026915
MRK-CHA00026915

Appx5340

## Results of Additional Anti-IgG Titrations Studies

- Compare Nt titers using 1:4, 1:6 and 1:8 anti-IgG and a panel of pediatric sera

- Results summary

| Serum Classification | No. of sera/total for anti-IgG dilution | | |
| --- | --- | --- | --- |
| | 1:4 | 1:6 | 1:8 |
| Pre-positives | 7/29 | 7/58 | 2/26 |
| | 24% | 12% | 8% |
| Seroconversions | 21/22 | 48/48 | 22/23 |
| | 95% | 100% | 96% |

CONFIDENTIAL

# Proposal for Testing a Subset of Samples from the End-Expiry Study (Protocol 007)

- Test ~600 paired sera in AIGENT assay
  - ~200 from each of the three treatment groups (randomized)
  - 1:32 through 1:4096 dilutions
  - 1:6 anti-IgG to enhance neutralization

- Validation runs concurrent with clinical serum testing

Timing:

| | |
|---|---|
| Assays for subset of 600 paired sera | 5 weeks |
| Validation runs | 1-2 weeks |
| Data analysis and auditing | 6 weeks |
| (partly concurrent with assays) | |
| **Total** | **~10 weeks** |

CONFIDENTIAL

MRK-KRA00026917
MRK-CHA00026917

Appx5342

# Plans for Transfer of the Anti-IgG Enhanced Neutralization Assay

- SOPs provided, reviewed and demonstrated for the AIGENT assay and immunostaining

- Training workplan prepared to document training

- Assay demonstrated to and performed by two representatives from D. Ward's lab (October 18 through 24)

- Status of assay transfer
  - Outstanding issues:
    - Contract for testing
    - Reagent transfer
    - Demonstration of assay in D. Ward's lab
    - Validation studies
    - Run assay to confirm assay performance (pre-positive rate, seroconversion rate)
    - Others?

CONFIDENTIAL

MRK-KRA00026918
MRK-CHA00026918

Appx5343

10/25/2019
Declaration of G. Reilly
EXHIBIT 145

**To:**     Krah, David[Krahda@NorthAmerica.msx.merck.com]
**Cc:**     Yagodich, Mary[Yagodicm@NorthAmerica.msx.merck.com]; Schofield, Timothy
L.[SCHOFIEL@NorthAmerica.msx.merck.com]; Wolchko,
Robin[Wolchkor@NorthAmerica.msx.merck.com]; Washabaugh, Michael
W[WashabaM@NorthAmerica.msx.merck.com]; Shaw, Alan[Shawal@NorthAmerica.msx.merck.com];
Sadoff, Jerald C.[sadoff@NorthAmerica.msx.merck.com]; Chirgwin, Keith
D.[chirgwik@NorthAmerica.msx.merck.com]; Morsy, Manal A.[Morsyma@NorthAmerica.msx.merck.com]
**From:**   Antonello, Joseph
**Sent:**   Mon 10/30/2000 8:38:29 AM
**Importance:**     Normal
**Subject:**   RE: Validation protocol for the anti-IgG enhanced mumps Nt assay
OPK Validation protocol v.03.doc
mumps JL135 validation 08222000.doc

Dave,

To help in preparing a Mumps PRN Validation Protocol, two recently completed validation protocols are
attached. Per our meeting on Friday, I've also listed some of the items to be addressed in the protocol. If
you think it useful, I would be happy to review your initial draft prior to circulating for approval.

Intra- and Inter-Assay Precision
Perform six assay runs. Across each of the six runs, test sera from 6 adults (chosen to span a range in
titer response). Each run will contain three independent preparations of each of the six samples. The
test sample data will be evaluated to (1) Estimate the inter- and intra-assay variability; and (2) Determine
a statistically meaningful fold increase in titer when comparing pre and post-vaccination results.

Sero-Status Cutoff (Information on Pre- and Post-Vaccination Rates)
Test ~100 pediatric pre- and post-vaccination samples (since approximately half of these samples have
already been tested, the remaining samples can be divided among the six runs used to assess precision).
The test sample data will be used to establish a "sero-positivity" cutoff and provide estimates of pre- and
post-vaccination sero-positivity rates.

Assay Quality Control Measures
- The mock control and test sample data will be used to establish (1) control criteria on the number of
  plaques for the mock control; and (2) replicate variability criteria for the mock control and test
  samples.
- In routine operation, two of the adult samples (one low titer and one high titer) will be included in each
  assay run as positive controls. Tentative control ranges for these samples will be determined from
  the validation data.
- The pre- and post-vaccination pediatric sample results will be used to evaluate a retest scheme for
  "equivocal" samples. The proposed scheme is to retest equivocal samples, where equivocal is
  defined as neutralizing at only one dilution. Samples will be tested a maximum of three times with a 2
  out of 3 rule applied.

Specificity
The study will include an assessment of specificity per your suggestions.

Other Comments/Questions:
- If possible, it would be good to divide the six runs between two analysts. Aside from "analyst" are
  there any other ruggedness factors that we should be studying?
- The validation will not address ruggedness to IgG lot as only one anti-IgG lot is available for testing.
  Also because you have data which establishes that the assay is sensitive to anti-IgG concentration,
  the SOP should address anti-IgG qualification requirements for introducing a new lot of anti-IgG into
  the assay.

**CONFIDENTIAL**

MRK-KRA00759836
MRK-CHA00759836

Appx5345

- In routine operation, should the assay include a negative control comprised of a pool of pre-vaccinated pediatric sera or are the low and high positive controls sufficient?

**As always, thank you for your patience and helpfulness**.

Joe

----------
**From:** Krah, David
**Sent:** Tuesday, October 17, 2000 1:13 AM
**To:** Schofield, Timothy L.
**Cc:** Antonello, Joseph; Yagodich, Mary
**Subject:** RE: Validation protocol for the anti-IgG enhanced mumps Nt assay

Tim,
The seroconversion required to demonstrate that the vaccine appropriately boosted titers requires a pre/post pair comparison. This need to demonstrate the variability and establish what titer for a post is required to show a significant boost from a pre-negative (primarily for pre-negative to be a true seroconversion, although a boost could be shown still with a pre-positive serum) is demonstrated in all of the Nt data (regardless of virus) that has come from from our lab.

Regarding the removal of heterologous antibodies, this is theoretically possible, but not yet proven to be achievable. We are doing experiments to address this, but the removal process may not be effective.

Thanks,
Dave

----------
**From:** Schofield, Timothy L.
**Sent:** Thursday, October 12, 2000 11:16 AM
**To:** Antonello, Joseph; Long, William; Washabaugh, Michael W; Krah, David
**Cc:** Kriss, Jennifer A.; Barr, Colleen M; Yagodich, Mary; Shaw, Alan; Yancoskie, Elizabeth A.; Haas, Kristin; Olsen, Stephanie P.
**Subject:** RE: Validation protocol for the anti-IgG enhanced mumps Nt assay

Some comments highlighted below.

----------
**From:** Krah, David
**Sent:** Tuesday, October 10, 2000 1:45 PM
**To:** Schofield, Timothy L.; Antonello, Joseph; Long, William; Washabaugh, Michael W
**Cc:** Kriss, Jennifer A.; Milliken, Colleen; Yagodich, Mary; Shaw, Alan; Yancoskie, Elizabeth A.; Haas, Kristin
**Subject:** Validation protocol for the anti-IgG enhanced mumps Nt assay

All,
The following are some thoughts on the validation protocol for the mumps Nt assay to be transferred to Dick Ward's group. The general items include some of those described in the rotavirus Nt assay validation protocol that James Drummond prepared.

I am providing these to get the ball rolling on developing the validation protocol. Dick Ward's group is to be trained next week. We are compiling some additional data on

CONFIDENTIAL

MRK-KRA00759837
MRK-CHA00759837

Appx5346

the anti-IgG Nt responses (pre-positive rate and seroconversions) so that we will have results from ~55 paired sera to help in determining how many sera Dick Ward's group will need to run to show that they are getting comparable data.  Also, I would like to factor in to this validation a qualification/calibration of a new lot of anti-IgG.  We do not have enough of the current lot to support the entire trial, and my recommendation would be for Dick to obtain a sufficiently large lot and calibrate/qualify for the program.

Test samples: to be provided by CARD (paired pediatric sera) + adult lab volunteer sera (intiially provided by V&CB?)

Sera will be tested following Virus and Cell Biology Res. Proc. No. 874.3489, and results will be reported as the highest serum dilution providing >=50% Nt.

Sera will be run at 8 dilutions (initial 1:16 followed by 7 serial 2-fold dilutions).

Assay validation parameters:

Intra- and inter-assay variability.
This will establish the fold titer difference that is significant between pre and post-vaccination sera run in the same assay.
Will this be the clinical criterion.  As I've commented before, traditionally seropositivity/negativity has been used to rate pre- and post-vaccination samples for measles, mumps, and rubella.  Fold rise has been used only in the case of pre-positive pairs.

How many sera and how many replicates/assay?
How many replicate assays?
You'll work this out with Joe.  Since you're testing another factor in this protocol (IgG source), there is "hidden replication" with that arm - ie., the variability characteristics of the testing of the new IgG source can be pooled with that of you're source.  This highlights the fact that the IgG qualification should be performed over several runs, perhaps all the validation runs.

Qualification of anti-IgG lot
Lot 01943 will be used as the reference lot (1:6 dilution optimum)
A new lot of anti-IgG will be tested at 1:4, 1:6 and 1:8 dilutions vs the 1:4, 1:6 and 1:8 dilutions of lot 01943, against a panel of (10-20?) paired pediatric sera.   The use level of the new lot will be the dilution that provides Nt titers "most comparable" to those achieved using the 1:6 dilution of lot 01943.
What happens if the dilution level that yields titers "most comparable" to the current lot, nevertheless yield significantly different results from the old lot.  It seems like you need some "tolerable difference" criterion, so that the sensitivity is not grossly perturbed (different from that established during your development).

Should the validation also include a requirement for up-front testing to evaluate pre-positive rates (~10% target?) and sroconversion rates (>=95%) for a panel of 50-60? paired pediatric sera?
This would be the "clinical validation" that I mentioned before.  Yes I think it's useful to reliably establish these characteristics, since these were the metrics that drove your development.

Specificity is difficult to assess, since this would ideally include paired acute/convalescent sera to each of the viruses in MMR, or pre and post-vaccination sera (for monovalent vaccines).  Animla sera would not be applicable for htis assay (since it uses anti-human IgG to enhance Nt).

**CONFIDENTIAL**

Is there a way to neutralize the heterologous antibodies?

The above-listed items should address the validation of the assay.
Are there any items that I missed or any other suggestions?

Thanks,
Dave

**MRK-KRA00759839**
**MRK-CHA00759839**

**Appx5348**

10/25/2019
Declaration of G. Reilly
EXHIBIT 146

Appx5349

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

    UNITED STATES OF AMERICA  : CIVIL ACTION
 3  ex rel., STEPHEN A.       : NO. 2:10-04374(CDJ)
    KRAHLING and JOAN A.      :
 4  WLOCHOWSKI,               :
          Plaintiffs,         :
 5                            :
          vs.                 :
 6                            :
    MERCK & CO., INC.,        :
 7        Defendant.          :
    _____   : Master File No.
 8  IN RE:  MERCK MUMPS       : 2:12-cv-03555(CDJ)
    VACCINE ANTITRUST         :
 9  LITIGATION                :
                              :
10  THIS DOCUMENT RELATES TO: :
    ALL ACTIONS               :
11
12   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13             February 9, 2018
14
15        Videotaped 30(b)(6) deposition of
16  Merck & Co., Inc., through BARBARA KUTER,
17  taken at the offices of Spector Roseman &
18  Kodroff, 1818 Market Street, Suite 2500,
19  Philadelphia, Pennsylvania 19103, beginning
20  at 10:39 a.m., before LINDA ROSSI-RIOS, a
21  Federally Approved RPR, CCR and Notary
22  Public.
23
24
25
```

Appx5350

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 2**

```
 1  A P P E A R A N C E S :
 2
 3  On behalf of the Private Payor Plaintiffs
 4      SPECTOR ROSEMAN & KODROFF, P C
        BY:  JOHN A  MACORETTA, ESQUIRE
 5      1818 Market Street
        Suite 2500
 6      Philadelphia, PA  19103
        215 496 0300
 7      jmacoretta@srkw-law com
 8
 9  On behalf of the Relators
10      CONSTANTINE CANNON LLP
        BY:  HAMSA MAHENDRANATHAN, ESQUIRE
11      335 Madison Avenue
        New York, NY  10017
12      212-350-2700
        hmahendranathan@constantinecannon com
13
14
        On behalf of the Defendant, Merck & Co ,
15  Inc
16      MORGAN LEWIS & BOCKIUS LLP
        BY:  LISA C  DYKSTRA, ESQUIRE
17      1701 Market Street
        Philadelphia, PA  19103
18      215-963-5000
        ldykstra@morganlewis com
19
20
21
22
23
24
25
```

**Page 3**

```
 1  A P P E A R A N C E S  (cont'd ):
 2
 3  On behalf of the Defendant, Merck & Co ,
    Inc  and the Witness
 4
        VENABLE LLP
 5      BY:  DINO S  SANGIAMO, ESQUIRE
            and
 6          SALLY W  BRYAN, ESQUIRE
        750 East Pratt Street
 7      Suite 900
        Baltimore, MD  21202
 8      410-244-7400
        dssangiamo@venable com
 9      srbryan@venable com
10
11  A L S O  P R E S E N T :
12
        TIMOTHY HOWARD, ESQUIRE
13      Merck in-house counsel
14      PHILIP LEAF, Videographer
15
                    - - -
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1              I N D E X
 2
    WITNESS                    PAGE
 3
    BARBARA KUTER
 4
      By Ms  Mahendranathan         8
 5
 6
 7       E X H I B I T S
 8  MARKED       DESCRIPTION       PAGE
 9  30(b)(6)(4)-1  Notice of Rule 30(b)(6)    11
                   Deposition
10
11  30(b)(6)(4)-2  Table of contents          18
                   Exhibits for Dr  Barb
12                 Kuter's 30(b)(6)
                   Deposition Feb 9, 2017 -
13                 Philadelphia
14  30(b)(6)(4)-3  Reported Cases and         43
                   Deaths from Vaccine
15                 Preventable Diseases,
                   United States, 1950-2013
16
17  30(b)(6)(4)-4  Effectiveness of a Third   75
                   Dose of MMR Vaccine for
18                 Mumps Outbreak Control
19  30(b)(6)(4)-5  Package circular for       78
                   MMR II
20  30(b)(6)(4)-6  Package circular for      113
                   ProQuad
21
22  30(b)(6)(4)-7  Summary of Notifiable     122
                   Infectious Diseases and
23                 Conditions - United
                   States, 2015
24
25
```

**Page 5**

```
 1       E X H I B I T S  (cont'd.)
 2
 3  30(b)(6)(4)-8  National Notifiable       124
                   Diseases:  Infectious
 4                 Weekly Tables
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

**Appx5351**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 6

1     DEPOSITION SUPPORT INDEX
2
      DIRECTION TO WITNESS NOT TO ANSWER
3     Page  Line
4     57    15
5
6
7
8     REQUEST FOR PRODUCTION OF DOCUMENTS
      Page  Line  Description
9
      (None)
10
11
12
13    STIPULATIONS
      Page  Line
14
      (None)
15
16
17
18    QUESTIONS MARKED
      Page  Line
19
      (None)
20
21        - - -
22
23
24
25

Page 7

1              - - -
2          VIDEOGRAPHER:  We are going on
3     the record at 10:39 a.m. on
4     February 9, 2018.  This is media unit
5     one of the video recorded deposition
6     of Barbara Kuter taken in the matter
7     of United States of America, et al.
8     versus Merck, et al., filed in the
9     United States District Court for the
10    Eastern District of Pennsylvania,
11    Case Number 201 -- 2:10-04374.  This
12    deposition is being held at Spector
13    Roseman, located at 1818 Market
14    Street, Suite 2500, Philadelphia,
15    Pennsylvania.
16         My name is Philip Leaf from
17    the firm Veritext.  I am the
18    videographer.
19         The court reporter is Linda
20    Rossi, also from the firm Veritext.
21         Would counsel, please, put
22    their appearances on the record?
23         MS. MAHENDRANATHAN:  Hamsa
24    Mahendranathan from Constantine
25    Cannon, for the Relators.

Page 8

1          MR. MACORETTA:  John Macoretta
2     from Spector Roseman & Kodroff, for the
3     private plaintiffs.
4          MR. SANGIAMO:  Dino Sangiamo
5     from Venable for Merck.
6          MS. BRYAN:  Sally Bryan from
7     Venable for Merck.
8          MS. DYKSTRA:  Lisa Dykstra,
9     Morgan Lewis for Merck.
10         MR. HOWARD:  Tim Howard,
11    in-house counsel at Merck.
12         VIDEOGRAPHER:  Will the court
13    reporter, please, swear in the
14    witness.
15              - - -
16         BARBARA KUTER, after having
17    been duly sworn, was examined and
18    testified as follows:
19              - - -
20         EXAMINATION
21              - - -
22    BY MS. MAHENDRANATHAN:
23    Q.    Good morning.
24    A.    Good morning.
25    Q.    Could you say and spell your

Page 9

1     name for the record, please?
2     A.    Sure.  It's Barbara Kuter,
3     B-A-R-B-A-R-A, K-U-T-E-R.
4     Q.    Thank you.  So I know that you
5     have taken a deposition before.  Have you
6     taken a deposition since the last time we
7     met on December 2016?
8     A.    No, I have not.
9     Q.    Have you testified before at a
10    trial or at a hearing?
11    A.    No.
12    Q.    So, as you know, I'm
13    representing the Relators in a case against
14    Merck.  I just want to kind of explain some
15    of, like, the rules that will help us, you
16    know, get through this easier.  I ask that
17    you do your best to wait for me to finish a
18    question before you try to answer it, and I
19    will do my best to wait for you to finish
20    answering before I ask the next question.
21         If you could verbalize your
22    questions [sic] as opposed to nodding, that
23    will help the court reporter out.  If you
24    don't understand a question, please let me
25    know and I will try to rephrase it in a way

3 (Pages 6 - 9)

Appx5352

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 10

1 that you can understand.
2 Is there any reason that you
3 cannot give truthful testimony today?
4 A. No.
5 Q. Could you confirm your
6 business address at Merck?
7 A. It's Post Office Box 4, West
8 Point, Pennsylvania 19486.
9 Q. You also have a street address?
10 A. 770 Sumneytown Pike.
11 Q. What is your position at
12 Merck?
13 A. I'm an executive director in
14 global medical affairs, responsible for
15 pediatric and adolescent vaccines.
16 Q. And do you know what a
17 30(b)(6) deposition is?
18 A. Yes.
19 Q. And you have been designated
20 as a 30(b)(6) deponent on behalf of Merck?
21 A. Yes, I have.
22 Q. And do you know what topics
23 you have been selected to be the 30(b)(6)
24 deponent on?
25 A. Yes, I do.

Page 11

1 Q. What topics are those?
2 A. The eight topics on the list.
3 Q. I am going to get this
4 document --
5 MS. MAHENDRANATHAN: Mark this
6 as Exhibit 1.
7 - - -
8 (Exhibit 30(b)(6)(4)-1, Notice
9 of Rule 30(b)(6) Deposition, was
10 marked for identification.)
11 - - -
12 MR. MACORETTA: This can't be
13 Kuter-1.
14 MS. DYKSTRA: It's 30(b)(6)
15 Number 4.
16 MR. MACORETTA: 30(b)(6)(4)
17 Number 1.
18 MS. DYKSTRA: 30(b)(6).
19 MR. MACORETTA: Okay.
20 30(b)(6)(4) Number 1. Got it.
21 BY MS. MAHENDRANATHAN:
22 Q. Do you know what this document
23 is?
24 A. Yes, I do.
25 Q. Is this a 30(b)(6) notice that

Page 12

1 we issued to Merck?
2 A. Correct.
3 Q. And if you see on page 4
4 there's a number of topics listed?
5 A. Yes, I do.
6 Q. Are you speaking to Topics 1
7 through 9?
8 A. No, I'm not. Sorry. Excuse
9 me. 1 through 9, yes. Without information
10 regarding to potency and shelf life.
11 Q. Understood.
12 MR. SANGIAMO: This
13 afternoon's witness will also be
14 testifying to some of the activities
15 that Merck undertook in response to
16 outbreaks. And Dr. Krah also
17 testified as a 30(b)(6) witness on
18 the same day as his deposition
19 regarding work he undertook with the
20 CDC and FDA. So Dr. Kuter will not
21 be covering those topics.
22 MS. MAHENDRANATHAN: Okay.
23 THE WITNESS: And I believe
24 there's one more clarification, which
25 is on number 4, I'm not addressing

Page 13

1 the composition or the manufacture of
2 the mumps vaccine.
3 MR. SANGIAMO: Correct.
4 BY MS. MAHENDRANATHAN:
5 Q. Okay. So excluding the other
6 topics, do you have knowledge on the
7 subjects 1 through 9 as we had just
8 discussed?
9 A. Yes, I do. Minus the others
10 that we mentioned.
11 Q. Right.
12 A. Yes.
13 Q. Are you prepared to testify on
14 that?
15 A. Yes, I am.
16 Q. Who decided that you would
17 testify on these topics?
18 MR. SANGIAMO: Objection.
19 Calls for speculation. It's a
20 decision made by counsel.
21 BY MS. MAHENDRANATHAN:
22 Q. How did you prepare for this
23 30(b)(6) deposition?
24 A. I met with counsel in several
25 meetings to discuss the topics.

4 (Pages 10 - 13)

Appx5353

Page 14

1   Q.   When did you meet with counsel?
2   A.   Over the last few weeks.
3   Q.   Who specifically did you meet
4   with?
5   A.   Dino Sangiamo and Sally Bryan.
6   Lisa was present some of the time.  Lisa
7   Dykstra.  Tim Howard was present some of the
8   time.
9   Q.   Did you meet with anybody else
10  at Merck to prepare for this deposition?
11  A.   I asked one individual to
12  clarify a particular item.  Other than that,
13  no.
14  Q.   Who is that individual?
15  A.   Her name is Beth Freer.
16  Q.   Did you review any documents
17  in preparation for this deposition?
18       MR. SANGIAMO:  Just answer
19  that very precisely.  Did you review
20  any documents?
21       THE WITNESS:  Yes.
22  BY MS. MAHENDRANATHAN:
23  Q.   Did any of those documents
24  refresh your recollection?
25  A.   Yes.

Page 15

1   Q.   Did you -- have you brought
2   any documents with you today?
3   A.   Yes, this black binder.
4   Q.   And what are these documents?
5   A.   Would you like me to go
6   through the specific table of contents with
7   you?
8   Q.   Sure.
9   A.   Okay.  There are 17 items in
10  this book, referred to by respective tabs.
11  The first document describes the CDC
12  statements and the organizational chart
13  including specifically the mission statement
14  for the National Center for Infectious
15  Diseases and Respiratory Diseases.
16       Number 2 is a list of
17  publications from the CDC on mumps
18  outbreaks.  It's noncomprehensive.
19       Number 3 is information from
20  the CDC "Pink Book" which describes the
21  impact of Merck's mumps vaccine since 1968
22  in the United States.
23       Items 4 through 7 deal with
24  information about the outbreaks.
25       Item 4 is the table

Page 16

1   summarizing outbreaks and Merck's response
2   to each outbreak.
3       Item 5 discusses the possible
4   causes of US mumps outbreaks.
5       Item 6 discusses the size and
6   duration of the outbreaks as well as
7   severity of disease experienced by vaccines.
8       Item 7 is an example from a
9   presentation made at the National Vaccine
10  Advisory Committee meeting in February 2017
11  by Dr. Ruth Lynfield, which talks about the
12  fact that most outbreaks do, in fact,
13  involve vaccinated persons.
14       Items 8, 9 and 10 are the ACIP
15  presentations made on mumps specifically by
16  several of the key individuals from CDC on
17  this topic, Dr. Mona Marin and Dr. Marie
18  Marlow.  Those are from February, June and
19  October of 2017.
20       Item 11 is a summary of the
21  mumps vaccine effectiveness rates as
22  reported by the CDC, the WHO and from The
23  Vaccine Textbook.
24       Item 12 is a publication on
25  the safety and immunogenicity of MMR II

Page 17

1   prepared by myself and some of my colleagues
2   at Merck.
3       Item 13 is a summary of the
4   Merck seroconversion rates as reported in
5   the "Pink Book," the MMWR and by WHO.
6       Item 14 is a copy of the
7   response to Interrogatory Number 2 which
8   describes the range of mumps antibody
9   responses.
10       Item 15 is a table of the
11  studies of the third dose of MMR, studies
12  that were conducted.  And that's been
13  adapted from presentations from ACIP as well
14  as from the literature.
15       Item 16 describes a program
16  called the Merck Investigator Initiated
17  Studies Program and lists specifically the
18  areas of interest.  This is direct from the
19  MISP, as its referred to, website.
20       Item 17, the last item, is a
21  table that summarizes the mumps outbreak
22  related research that involved Merck.  And
23  it was created from internal documents.
24       MS. MAHENDRANATHAN:  I'm going
25  to mark this document as Exhibit 2.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 18

1    Dino, do you have a copy to mark?
2        MR. SANGIAMO: Yes. Actually
3    just mark Dr. Kuter's.
4        - - -
5        (Exhibit 30(b)(6)(4)-2, Table
6    of contents Exhibits for Dr. Barb
7    Kuter's 30(b)(6) Deposition Feb 9,
8    2017, was marked for identification.)
9        - - -
10   BY MS. MAHENDRANATHAN:
11       Q.    Have you reviewed all of these
12   documents in this binder?
13       A.    Yes, I have.
14       Q.    And you are familiar with
15   them?
16       A.    I am.
17       Q.    I just want to go through them
18   quickly. Tab 1, this is a document from the
19   CDC's website?
20       A.    That's correct.
21       Q.    And then there's a yellow
22   page, I think. Yeah. There's two yellow
23   pages. And then it has a document with the
24   title "National Center for Immunization and
25   Respiratory Diseases"?

Page 19

1        A.    Yes.
2        Q.    Is this also from the CDC
3    website?
4        A.    Yes, it is. Yes. Just to
5    clarify, the first page is simply
6    the introduction to the specific mission
7    statement. And behind the yellow page is,
8    in fact, the mission statement itself.
9        Q.    Great. There's a second
10   yellow page in here. What is -- is this
11   document also from the CDC?
12       A.    Yes, it is.
13       Q.    What is this document?
14       A.    Specifically a Q&A document,
15   question and answer document for patients
16   regarding the outbreaks.
17       Q.    And is this -- does this come
18   from the same mission statement website or a
19   different website?
20       A.    It comes from the website
21   that's shown at the very bottom of the page,
22   the link is there.
23       Q.    Going on to Tab 2, is this a
24   document from the CDC website?
25       A.    Yes, it is.

Page 20

1        Q.    Now, going to Tab 3, what is
2    this document?
3        A.    This is a summary of the
4    information that's presented in the "Pink
5    Book." The "Pink Book" is formally known as
6    the Epidemiology and Prevention of
7    Vaccine-Preventable Diseases book as noted
8    under the first footnote. It's produced by
9    CDC, and it provides basically comprehensive
10   information about specific vaccines.
11       Q.    So who created this document?
12       A.    I created this with counsel.
13       Q.    The next tab, Tab 4, who
14   created this document?
15       A.    Again, created with counsel.
16       Q.    And then what -- where did the
17   information in this document come from?
18       A.    If you take a look at the very
19   first row, you'll see a source to the
20   publication. And all the publications are
21   then specified at the end of the document
22   on pages 4 and 5. So that's where the
23   information came from.
24       Q.    I'm going to Tab 5. What is
25   this document?

Page 21

1        A.    This is an abstract from
2    Merck's August 2017 response to Interrogatory
3    Number 8.
4        Q.    Who created this document?
5        A.    Again, this is the response
6    from the Interrogatory.
7        Q.    This excerpt, who created this
8    excerpt?
9        A.    Again, created with counsel.
10       Q.    So the next page, page 2, has
11   a table?
12       A.    Correct.
13       Q.    Is this also from the --
14   excerpted from the Interrogatory?
15       A.    No, this is information that
16   we pulled from the respective sources that
17   are listed here to talk about the various
18   factors that have been identified that
19   perhaps may be at play in regards to the
20   outbreaks.
21       Q.    And, again, this table or the
22   following tables through page 19, they were
23   created by you with counsel?
24       A.    That's correct.
25       Q.    Tab 6 is also a table. Who

6 (Pages 18 - 21)

Appx5355

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 22

1 created this document?
2     A.    Again, created with counsel.
3     Q.    And where did this information
4 come from?
5     A.    From the respective sources
6 that are listed here.
7     Q.    Going to Tab 7, what is this
8 document?
9     A.    So this is a slide, an
10 adaption from a presentation that was made
11 by Dr. -- sorry, Ruth Lynfield at the
12 National Vaccine Advisory Committee meeting
13 in February of 2017.
14     Q.    Is this a publicly available
15 document?
16     A.    Yes, it is.
17     Q.    What is the National Vaccine
18 Advisory Committee?
19     A.    It's a national committee that
20 was put together by Health and Human
21 Services to address vaccine issues.
22     Q.    Is it affiliated with the CDC
23 or any --
24     A.    It's a separate committee.
25     Q.    Is it underneath or anywhere --

Page 23

1 any relationship?
2     A.    No.  No.
3     Q.    Tab 8 is a PDF, it looks like,
4 of a PowerPoint presentation?
5     A.    Correct.
6     Q.    Who created this document?
7     A.    Again, it's abstracted from
8 the direct ACIP website.
9     Q.    And who made the abstraction?
10 Who took out the slides?
11     A.    It's literally cut and paste
12 from the PDF.
13     Q.    So it's the whole PDF?
14     A.    Yes, exactly.  Yes.
15     Q.    Tab 9?
16     A.    Same thing.
17     Q.    Same thing?
18     A.    Yes.
19     Q.    Created by the CDC?
20     A.    Correct.
21     Q.    And Tab 10?
22     A.    Same thing.
23     Q.    Also this document was also
24 created about the CDC?
25     A.    Yes.

Page 24

1     Q.    So Tab 11 is a table.  Who
2 created this document?
3     A.    Again, myself in coordination
4 with counsel.
5     Q.    Where did this information
6 come from?
7     A.    The sources are listed under
8 Column B.
9     Q.    And you and counsel decided
10 which information to include in this table?
11     A.    Yes, this is a summary of
12 information from CDC and WHO publications
13 and The Vaccine Textbook.
14     Q.    How did you decide which
15 sources to include in this table?
16     A.    We limited them to the CDC,
17 the WHO and The Vaccine Textbook.
18     Q.    So this should be -- is an
19 exhaustive listing?
20     A.    It should be.
21     Q.    What is this document in
22 Tab 12 again?
23     A.    Tab 12 is a publication that
24 was -- publication we together and published
25 in the Pediatric Infectious Disease Journal

Page 25

1 in September 2016, talking about the safety
2 and immunogenicity of MMR II over the time
3 period from 1998 to 2009.
4     Q.    And then going to Tab 13, this
5 is another table.  Who created this table?
6     A.    Again, myself with counsel.
7     Q.    And what are the sources of
8 the information in this table?
9     A.    The same.  Look at -- I'm
10 sorry, Column B please, the sources are
11 listed.
12     Q.    Tab 14.  We're almost done.
13 What is this document?
14     A.    So this is information that
15 was extracted from the December 2016
16 response to Interrogatory Number 2.
17     Q.    And who compiled this
18 information?
19     A.    Again, myself with counsel.
20     Q.    What is the document in
21 Tab 15?
22     A.    Tab 15 is a summary of the
23 studies of the third dose of MMR.
24     Q.    Who created this table?
25     A.    Again, myself with counsel.

7 (Pages 22 - 25)

**Appx5356**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 26

1    Q.    Where was this information
2  compiled from?
3    A.    It's adapted from the ACIP
4  presentation by Dr. Marlow in October 2005
5  as well as the referenced publications that
6  you will find at the very end.
7    Q.    What is the -- moving to
8  Tab 16.  What is this document in Tab 16?
9    A.    This is a direct copy of the
10  information that sits on Merck's website
11  called EngageZone.  It describes the mission
12  statement for our Investigator Studies
13  Program known as the MISP program.
14    Q.    Are these two different website
15  pages?
16    A.    They're the same website.  The
17  second page describes the specific areas of
18  interest for research for measles, mumps,
19  rubella, and varicella.
20    Q.    I see the website at the
21  bottom, engagezone msd.com/varicella.  That
22  encompasses the measles, mumps, and
23  varicella issues?
24    A.    Yes, it does.
25    Q.    Finally Tab 17, this is a

Page 27

1  table.  Who created this table?
2    A.    I did with counsel.
3    Q.    And what does it show?
4    A.    These are the studies
5  specifically that Merck was involved in with
6  regards to mumps outbreaks.
7    Q.    Where does this information
8  come from?
9    A.    It comes from the protocols
10  that we received for these studies.  It
11  comes from the reports that were prepared by
12  the investigators who did the research.
13    Q.    Thank you.
14    A.    You're welcome.
15    Q.    I have a system here.  I'm
16  going to ask you some questions, and I'm
17  going to use the phrase "Merck's mumps
18  vaccine."  When I say that, I mean any
19  vaccine that Merck manufactures that has a
20  mumps component that contains its mumps
21  vaccine.  So that would include ProQuad,
22  MMR II, at one point Mumpsvax.  Does that
23  make sense?
24    A.    Yes.
25    Q.    I'm going to be talking

Page 28

1  about -- well, let me ask you this:  How
2  would you -- what would you call somebody
3  who has been inoculated with a vaccine?
4    A.    Vaccine recipient.
5    Q.    Recipient, that's the phrase I
6  will use, then, when I talk about them.
7    So in these -- any of these
8  questions I'm asking about Merck's mumps
9  vaccine, if your answer would depend on
10  which particular vaccine, for example, if
11  it's specific to ProQuad, please feel free
12  to clarify that in your answer.
13    How well does Merck's --
14  mumps component of Merck's mumps vaccine
15  protect vaccine recipients from mumps today?
16    A.    It protects very well.
17    Q.    Very well.  Can you quantify
18  that?
19    A.    I'd be happy to.  If you look
20  at the CDC website, you will see that the
21  median response to a single dose is 78 percent
22  and the median response to two doses is
23  88 percent.  If you'll turn to Tab 11, you
24  will see multiple sources showing both the
25  one dose and the two dose effectiveness,

Page 29

1  this will be Columns C and D with the
2  appropriate references next to them, ranging
3  from 1998 up until the time period of 2018.
4  Basically there's been very little change in
5  that effectiveness over that time period.
6  Again, with the last notation here directly
7  from the CDC website showing 78 percent for
8  a single dose and 88 percent for two doses.
9    Q.    So this effectiveness information
10  listed in this table, it comes from what
11  sources?
12    A.    The multiple sources that are
13  shown in Column E.
14    Q.    So in Column B as in boy?
15    A.    Sorry.  The reference is in
16  Column E as in Edward.
17    Q.    Okay.  Are these sources --
18  strike that.
19    Do any of these sources
20  include Merck studies?
21    A.    In these, no.
22    Q.    No.  So all of these studies
23  are CDC studies or other organization
24  studies?
25    A.    Yes.

8 (Pages 26 - 29)

Appx5357

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 30

1     Q.    What organizations have studied
2  -- strike that.
3          Who has conducted these studies?
4     A.    So the majority of these studies
5  have been conducted by the CDC.  You'll also
6  see some references here to publications
7  outside the US, specifically Canada, for
8  example.  A few publications in Spain where
9  the Jeryl Lynn strain has been used.
10    Q.    And Merck relies on these
11 studies for its understanding of how well
12 the mumps component of Merck's mump vaccine
13 works?
14    A.    Yes, we do.
15    Q.    Does Merck conduct its own
16 studies to assess how well the mumps
17 component of Merck's mumps vaccine works?
18    A.    Of effectiveness, no.
19    Q.    Not effectiveness.  Does Merck
20 conduct any other studies to assess how well
21 the mumps component of Merck's mumps vaccine
22 works?
23    A.    If you want to take a look at
24 -- if you want to take a look at Tab 12, the
25 publication.  This is a summary of, again,

Page 31

1  our studies of the safety and immunogenicity
2  in clinical trials conducted between 1998
3  and 2009.  And basically if you want to turn
4  to page 1015, in the paragraph in the
5  right-hand column that says, "Immunogenicity,"
6  "Dose 1," you'll see that this is a summary
7  of the data from 20 different studies.  In
8  regards to mumps, it specifically says the
9  seroconversion rates by study were
10 remarkably consistent over time ranging
11 from -- I'll move to mumps, 97.7 percent to
12 100 percent for mumps.  The analysis of the
13 immunogenicity over time indicated there was
14 no change in the performance of the measles,
15 mumps, and rubella components of the vaccine
16 over the 21 years in which immunogenicity
17 was assessed.
18    Q.    I actually brought my own copy
19 of this document.  I'm going to -- if you
20 give me a minute, I'm going to pull it out.
21         So if we look at page 1013,
22 what is this table here?
23    A.    This is the table of the 23
24 studies that were included in this analysis.
25    Q.    And are all of these studies --

Page 32

1  strike that.
2     Q.    Did all of these studies
3  collect immunogenicity data?
4     A.    Yes.
5     Q.    I just want to point you to --
6  I tricked you -- I'm sorry.
7          I want to point you to row 21
8  and 23.  I don't thing they collected --
9  they note that they did not collect the
10 immunogenicity data.
11    A.    I appreciate the correction.
12 Thank you.
13    Q.    No problem.  Based on what it
14 says, if we go back to page 1015, under
15 "Dose 1," it notes that 20 percent --
16 "Across the 20 studies with immunogenicity
17 data after a first dose of MMR II...."  So
18 does that indicate to you that 20 of these
19 studies had first dose immunogenicity data?
20    A.    Correct.
21    Q.    And if you look at row 19, in
22 the comments column it notes that "373 of
23 the 1279 subjects received a second dose of
24 MMR II in the same study.  No immunogenicity
25 data were collected after the second dose."

Page 33

1  I'm not sure if this is the one that's
2  excluded such that the remaining are the
3  list of 20 studies.  Are you familiar with
4  which 20 studies are the first dose studies?
5     A.    Yes, I am.  I'll take you to
6  row 18, please.
7     Q.    Okay.
8     A.    Row 18 is four- to six-year-olds,
9  so they had already received the first dose
10 of MMR.
11    Q.    Thank you.
12    A.    And then the others are row 21
13 and 22.  So that gives you 20.
14    Q.    Thank you.  Okay.  The study
15 in row 18 has immunogenicity data for the
16 second dose?
17    A.    Correct.
18    Q.    Thank you.  Do you know what
19 kinds of immunogenicity tests were used in
20 this study?
21    A.    If you would --
22         MR. SANGIAMO:  Object to the
23 form.  You said "this study," do you
24 mean the --
25         MS. MAHENDRANATHAN:  Oh, thank

9 (Pages 30 - 33)

Appx5358

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 34

1    you.
2    BY MS. MAHENDRANATHAN:
3        Q.    Do you know what types of
4    immunogenicity tests were used in these 21
5    immunogenicity studies?
6        A.    Yes.
7        Q.    And which -- what types?
8        A.    If you'll turn to page 1012,
9    please.  Under "Assessment of Immunogenicity,"
10   under the third full paragraph you'll see
11   that it says, "Appropriately sensitive
12   enzyme-linked immunoabsorbent assays are
13   used for the measure of the immune response
14   to measles, mumps and rubella."
15       Q.    Enzyme-linked immunoabsorbent
16   assays, can I call that an ELISA assay?
17       A.    Yes.
18       Q.    Is that how it's referenced?
19       A.    Yes.
20       Q.    Do you know what the serostatus
21   cutoff was for the 21 immunogenicity studies?
22       A.    It was the cutoff that was
23   established in the studies by the lab.  I
24   don't remember the cutoff.
25       Q.    You don't remember the cutoff.

Page 35

1            Staying on page 1012, just
2    further down in the paragraph, it says -- so
3    right after appropriately linked --
4    "...enzyme-linked immunoabsorbent assays
5    were used for the measure of the immune
6    response to measles, mumps and rubella," it
7    then says, "The antigens used were
8    representative of wild-type (low passage) or
9    vaccine-type viruses."
10           Do you know which antigens
11   were used in these 21 immunogenicity
12   studies?
13       A.    The same antigen for all of
14   them.
15       Q.    The same for all of them?
16       A.    Yes.
17       Q.    Do you know which one it was?
18       A.    I believe it's the Jeryl Lynn
19   strain.
20       Q.    Was it a low passage Jeryl
21   Lynn strain?
22       A.    I'm not an expert on the
23   assays.
24       Q.    Understood.  The next sentence
25   says, "For measles and rubella, the assay

Page 36

1    cut-offs for determining seroconversion were
2    correlated with levels considered protective
3    in terms of the World Health Organization
4    (WHO) standards."
5            Does mumps have a level that's
6    considered protective under the WHO standards?
7        A.    Not that I'm aware of.
8        Q.    So looking back to the table
9    of the studies, on page 1013, you don't
10   know -- just to confirm, you don't know what
11   the serostatus cutoff was for each of these
12   studies?
13       A.    It's the same for all of them.
14       Q.    It's the same for all of them?
15       A.    Yes, it is.
16       Q.    Could it be 10 Ab units?
17       A.    I honestly don't remember, I'm
18   sorry.
19       Q.    You don't remember.
20           Do you know where that
21   serostatus cutoff came from?
22       A.    From the evaluations done in
23   our own laboratory.
24       Q.    What evaluations were those?
25       A.    To determine a cutoff as they

Page 37

1    do for these assays.  Again, I'm not an
2    expert in this area.
3        Q.    So there was one methodology
4    of ELISA used for all of these studies?
5        A.    Yes, that's correct.
6        Q.    And they used the serostatus
7    cutoff that was established in Merck's lab?
8        A.    Yes.
9        Q.    Do you know when that was?
10       A.    I don't recall.
11       Q.    Do you know if that serostatus
12   cutoff came out of Protocol 007?
13       A.    It was before that.
14       Q.    It was before that.  Did it
15   come out of Protocol 006?
16       A.    Again, before that.  These
17   studies go back to 1988.
18       Q.    Is there an average level of
19   protection that Merck understands is what
20   the mumps component of Merck's mumps
21   vaccines affords to vaccine recipients?
22           MR. SANGIAMO:  Object to the
23   form.
24   BY MS. MAHENDRANATHAN:
25       Q.    You can answer if you

10 (Pages 34 - 37)

Appx5359

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 38

1 understand my question.
2    A.    I am not able to answer that
3 question.  Again, I don't have that expertise.
4    Q.    Does Merck know, does anyone
5 at Merck know the answer to that question?
6         MR. SANGIAMO:  Object to the
7    form.
8         THE WITNESS:  I don't know.
9 BY MS. MAHENDRANATHAN:
10   Q.    Has the level of protection
11 afforded by the mumps component of Merck's
12 mumps vaccines changed over time?
13        MR. SANGIAMO:  Object to the
14   form.  You can answer if you
15   understand the question.
16        THE WITNESS:  Again, I just
17   went through Tab 11 with you and told
18   you that based on the significant
19   information that's presented here, we
20   don't see any real change in the
21   effectiveness over time.
22 BY MS. MAHENDRANATHAN:
23   Q.    And that is based on studies
24 outside of Merck?
25   A.    Yes.

Page 39

1    Q.    Has Merck done any studies of
2 its own to establish whether the level of
3 protection afforded by the mumps component
4 of Merck's mumps vaccine has changed over
5 time?
6         MR. SANGIAMO:  Objection to
7    the form.
8         THE WITNESS:  Not that I'm
9    aware of.
10 BY MS. MAHENDRANATHAN:
11   Q.    Has Merck done any studies to
12 approximate -- strike that.
13        Merck has conducted serology
14 studies.  Is that correct?
15   A.    That's correct.
16   Q.    And immunogenicity is -- an
17 immunogenicity study would be a serology
18 study?
19   A.    Yes, it would.
20   Q.    What is the relationship
21 between serology results and protection from
22 disease?
23   A.    Again, there's no absolute
24 direct correlate of protection that's been
25 established.

Page 40

1    Q.    So do Merck's immunogenicity
2 studies in any way reflect protection from
3 disease?
4    A.    I think what matters here is
5 the fact that you have a vaccine
6 effectiveness that is quite high, and anyone
7 would tell you that in the vaccine world we
8 rely much more on effectiveness or efficacy
9 data than immunogenicity because it
10 represents the real world use of the vaccine.
11   Q.    So do Merck's serology results
12 reflect protection from the vaccine in any
13 way -- strike that.
14        Do Merck's serology results
15 reflect the protection afforded by the mumps
16 component of Merck's mumps vaccines in any
17 way?
18   A.    It's not a direct correlate.
19   Q.    Does it have any relationship
20 to protection from disease?
21   A.    I really can't answer that.
22   Q.    How well did Merck's mumps
23 vaccine protect vaccine recipients in 2006?
24   A.    If you will go to -- I believe
25 it's here.  If you'll go to Tab 2.  Sorry,

Page 41

1 wait a minute.  Make that 3.  If you go to
2 Tab 3, you can take a look at the impact of
3 Merck's vaccine since 1968, and overall year
4 on year the CDC has reported that the
5 percent decrease of the vaccine is more than
6 98 percent.
7    Q.    Do you -- there is no row for
8 2006 in this table.  Correct?
9    A.    That's correct.  Yes.
10   Q.    Why is that?
11   A.    I don't know.  The CDC did not
12 make a calculation.  I can tell you that if
13 you do the calculation, if you use the
14 formula at the bottom, you'll come up with
15 approximately 96 percent.  That's a highly
16 effective vaccine.
17   Q.    So where do these calculations
18 come from?
19   A.    They from the "Pink Book."  If
20 you'd like, I can just explain what these
21 really mean.  So they compare the
22 pre-vaccine era annual morbidity which
23 ranges anywhere from about 150,000 cases per
24 year to a high of 212,000 cases per year.
25 Then you look at the percent reduction based

11 (Pages 38 - 41)

Appx5360

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 42

1  on the number of cases that are actually
2  reported in any given year. So if you'd
3  like, I can give you -- if you want to take
4  row 9, for example, row 9 would have been
5  the number of pre-vaccine era cases, 162,000
6  roughly, minus the number of cases in a
7  given year, 2,528, and then you divide that
8  by the number in the pre-vaccine era, the
9  same number, 162,344. That gives you a
10  98 percent reduction.
11      Q.    What chapter of the "Pink
12  Book" is this calculation in?
13      A.    These are actually in the
14  appendices in the "Pink Book." The
15  reference should be here for you.
16      Q.    Do you know why from row
17  number 8 to row number 9 the pre-vaccine era
18  annual morbidity went up?
19      A.    I only know that they change
20  the number. And if you take a look here
21  again at the footnote at the bottom, it's
22  based on a publication by Roush in JAMA,
23  November of 2007. The difference, as I
24  understand it, is that the 152,000 number
25  represents the number of cases reported in

Page 43

1  1968; whereas the 162,000 number represents
2  an average of 1963 to 1968.
3      Q.    So I have a document here that
4  I'm going to mark as Exhibit 3.
5             - - -
6             (Exhibit 30(b)(6)(4)-3,
7         Reported Cases and Deaths from
8         Vaccine Preventable Diseases, United
9         States, 1950-2013, was marked for
10         identification.)
11             - - -
12  BY MS. MAHENDRANATHAN:
13      Q.    So I got this document from
14  the CDC website, the "Pink Book" section.
15  Do you know what this document is?
16      A.    It's from the "Pink Book,"
17  yes.
18      Q.    So if you go to page -- well,
19  it says, "Appendix E-3," and it has, it
20  lists mumps incidents starting from 1968.
21      A.    Correct.
22      Q.    And then on E-4 it goes
23  through 2013. Do you see for 2006 it lists
24  that there were 6,584 cases of mumps
25  reported to the CDC?

Page 44

1      A.    Yes, I do.
2      Q.    We don't have the calculation
3  on the table in Tab 3, but is it your
4  understanding that if we did this
5  calculation, the percent decrease would be
6  greater than 96 percent?
7      A.    It's approximately 96 percent.
8      Q.    Approximately 96 percent.
9      A.    Yes.
10      Q.    Would -- but would the percent
11  decrease change depending on which years you
12  used as your pre-vaccine era reference year?
13      A.    Yes, it would. But recognize
14  that the numbers that are here, most of them
15  are based on the lower number, the 152,000.
16  So, if anything, if I go to the 212,000
17  that's footnoted in asterisk number two, the
18  rate would be even higher.
19      Q.    Where did the pre-vaccine era
20  annual morbidity data came from?
21      A.    It came from the CDC,
22  recognizing that the 162,000 number comes
23  from a publication by Roush in JAMA,
24  November 14, 2007.
25      Q.    And the 152,209 number, do you

Page 45

1  know where it came from?
2      A.    It appears to be right here.
3      Q.    Do you know why there's no
4  data in this column before 1967?
5      A.    My understanding is it's not a
6  reportable disease, but obviously there's a
7  -- for some of this information. I don't
8  know the specifics.
9      Q.    Do you know what appendix this
10  percent decrease information comes from?
11      A.    As I recall, it varies from
12  year to year. It's in the appendices. I
13  can't tell you the specific appendix for
14  each one of these.
15      Q.    In your opinion, does this
16  information tell you how well the mumps
17  component of Merck's mumps vaccine protects
18  vaccine recipients from mumps in 2006?
19      A.    I'm sorry, I'm not following.
20      Q.    I'm sorry. Let me ask that
21  again.
22             Your Tab 3, the table in
23  Tab 3 --
24      A.    Yes.
25      Q.    -- that you created with

12 (Pages 42 - 45)

Appx5361

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 46

1 counsel compiled from information from the
2 "Pink Book," does this table indicate
3 your -- Merck's understanding of how well
4 the mumps component of Merck's mumps vaccine
5 protects vaccine recipients from mumps?
6     A.   Not this table specifically,
7 but the table that references these specific
8 reductions does.
9     Q.   So your table is with the
10 reductions?
11     A.   Correct.
12     Q.   Does this reflect Merck's
13 understanding of how well the mumps
14 component of Merck's mumps vaccines
15 protected vaccine recipients in 2006?
16     A.   Again, it's not on here for
17 2006.
18     Q.   So how well did Merck's mumps
19 vaccine protect vaccine recipients in 2006?
20     A.   Based on the numbers that I
21 just described for you and doing the math,
22 using the numbers that are here, for the
23 6,000 plus cases, you get about a 96 percent
24 reduction. That's an excellent reduction in
25 disease.

Page 47

1     Q.   Is there anything else that
2 forms the basis of Merck's understanding for
3 how well the mumps component of its mumps
4 vaccine protects vaccine recipients from
5 Merck -- strike that. Let me try it again.
6     Is there anything else that
7 forms the basis of Merck's understanding of
8 how well the mumps component of Merck's
9 mumps vaccine protected vaccine recipients
10 from mumps in 2006?
11     MR. SANGIAMO: Object to the
12     form.
13     THE WITNESS: Again, I would
14     refer you to the document I
15     referenced already which is the
16     vaccine effectiveness over time,
17     Tab 11. That, to me, is the best
18     representations based on the multiple
19     studies that have been done that says
20     a single dose is about 78 percent
21     effective and a two dose is about
22     88 percent effective.
23 BY MS. MAHENDRANATHAN:
24     Q.   So the effectiveness studies
25 conducted outside of Merck and the disease

Page 48

1 reduction forms the universe of information
2 that is the basis for Merck's understanding
3 of how well the mumps component of its mumps
4 vaccines have protected vaccine recipients
5 over time?
6     A.   Yes.
7     Q.   Do immunogenicity results
8 inform Merck's understanding of how well the
9 mumps component of its vaccines has worked
10 over time?
11     A.   Yes.
12     Q.   Which immunogenicity results?
13     A.   The ELISA assay.
14     Q.   And how does an ELISA assay
15 determine whether someone is protected?
16     A.   Again, I'm really not an
17 expert on assays.
18     Q.   You have an understanding of
19 what a serostatus cutoff is?
20     A.   Yes.
21     Q.   If a person's post-vaccination
22 serum is measured above the serostatus
23 cutoff in a particular ELISA, does that
24 indicate that person is protected from
25 mumps?

Page 49

1     A.   It means they seroconverted.
2     Q.   Does that have any
3 relationship to protection from mumps?
4     A.   Again, it's a surrogate.
5 That's all it is.
6     Q.   Does it parallel protection
7 from mumps?
8     A.   I believe it does, yes. Not
9 as a direct one-to-one. But if you get a
10 positive, you should be generally positive.
11     Q.   Would serology results from
12 Merck's ELISA tests have clinical relevance
13 if they indicated that a person seroconverted?
14     A.   Yes.
15     Q.   Even though they are not a
16 correlate of protection?
17     A.   Correct.
18     Q.   Why is that?
19     A.   Immunogenicity has been used
20 with the agreement with regulatory agencies
21 as a means by which to look at bridging
22 between products, for example. So we look
23 at comparison of immunogenicity for MMR
24 versus MMR/V, for example, it's routinely
25 accepted by regulatory agencies as an

13 (Pages 46 - 49)

Veritext Legal Solutions
www.veritext.com
212-279-9424      212-490-3430

Appx5362

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 50

1  appropriate endpoint when you can't do an
2  efficacy study.
3      Q.    So would the results of an
4  ELISA assay in any way reflect protection
5  from mumps?
6      A.    Again, there's a parallel that
7  is not an absolute.
8      Q.    Are three doses of Merck's
9  mumps vaccine more effective at preventing
10 mumps than two doses?
11     A.    If you'd like to turn to
12 Tab 15, on the first page are three
13 different studies that looked at the vaccine
14 effectiveness of a third dose.  These are
15 studies done between -- or published between
16 2012 and 2017.  What you can see is that the
17 vaccine effectiveness of a third dose, which
18 is shown in the far right column, ranges
19 from 61 to 88 percent.
20     Q.    Is this range of effectiveness
21 greater than the effectiveness range
22 associated with two doses of Merck's mumps
23 vaccine?
24     A.    The two dose is, again, about
25 88 percent.  That's based on a large number

Page 51

1  of studies.  This is based on a small number
2  of studies.  It's probably comparable.
3      Q.    Does Merck know whether three
4  doses of the mumps vaccine is more effective
5  at preventing mumps than two doses?
6      A.    Based on the data that's shown
7  here.
8      Q.    What is its understanding?
9      A.    That we have a 78 percent
10 efficacy of three doses.
11     Q.    How does that compare to two
12 doses?
13     A.    Again, the number seems to be
14 comparable.  This is a very small and,
15 again, so far not a long-term follow up.
16     Q.    What is Merck's position on
17 whether -- strike that.
18          What is Merck's position on
19 whether to implement a third dose of its
20 mumps vaccine?
21          MR. SANGIAMO:  Object to the
22      form.
23 BY MS. MAHENDRANATHAN:
24     Q.    You can answer if you
25 understand my question.

Page 52

1      A.    We support the recommendations
2  of the ACIP.
3      Q.    What is ACIP's recommendation?
4      A.    Currently the recommendation
5  is to use a third dose in outbreak
6  situations.
7      Q.    Do you support -- strike that.
8          Is it Merck's position that
9  there should be widespread third dose
10 vaccination?
11     A.    Again --
12          MR. SANGIAMO:  Object to the
13      form.
14          THE WITNESS:  I really can't
15      speculate on that.
16 BY MS. MAHENDRANATHAN:
17     Q.    What's Merck's position?
18          MR. SANGIAMO:  Is that in the
19      notice?
20          MS. MAHENDRANATHAN:  In Topic
21      4, "Merck's consideration of possible
22      solutions for or responses to the
23      mumps outbreaks...."
24          MR. SANGIAMO:  Your question
25      is whether -- what Merck's position

Page 53

1      is on the use of a third dose to
2      prevent outbreak, is that your
3      question?  I think she already
4      testified it was reported that Merck
5      supports the ACIP position on there.
6  BY MS. MAHENDRANATHAN:
7      Q.    My question is whether Merck
8  supports widespread third dose vaccination,
9  not limited solely to the outbreak setting
10 in an effort to prevent mumps outbreaks?
11     A.    Again, I said before, we
12 support the ACIP recommendation which at the
13 present time is for outbreaks only.
14     Q.    So Merck's position is not
15 that it is necessary to have widespread
16 third dose vaccination in an effort to
17 prevent mumps outbreaks?
18     A.    I really can't answer that.
19     Q.    I'm trying to ask you is Merck
20 for a third dose or it's against a third
21 dose widespread vaccination?
22          MR. SANGIAMO:  To prevent
23      outbreaks.
24 BY MS. MAHENDRANATHAN:
25     Q.    To prevent outbreaks.

14 (Pages 50 - 53)

Appx5363

Page 54

1    A.    Again, we support the
2  recommendation of the ACIP. If they make a
3  recommendation for use of the vaccine in a
4  certain way, we follow it.
5    Q.    So Merck has no opinion on
6  whether it should be used, it will only
7  follow the ACIP's recommendation?
8         MR. SANGIAMO: Object to the
9    form.
10 BY MS. MAHENDRANATHAN:
11   Q.    Does Merck produce a monovalent
12 mumps vaccine?
13   A.    No.
14   Q.    Why not?
15   A.    We stopped production in 2009
16 based on the recommendations actually from
17 the ACIP that the trivalent vaccine was the
18 most important vaccine to be used.
19   Q.    So when vaccine recipients get
20 a third dose of Merck's mumps vaccine,
21 they're receiving also a third dose of
22 measles and rubella vaccine?
23   A.    Yes.
24   Q.    How does -- strike that.
25         What is Merck's understanding

Page 55

1  of how well the mumps component of Merck's
2  mumps vaccine protects vaccine recipients
3  from mumps as compared to how well the
4  measles component works?
5    A.    As I said before, the numbers
6  are there, 78 percent for one dose and
7  88 percent for two doses. I don't think you
8  can really make a comparison between mumps
9  and measles. They're very different
10 diseases.
11   Q.    Why is that?
12   A.    They're different viruses.
13 They have different modes of transmission.
14 They have different complications. They
15 have different incubation periods.
16   Q.    How does that impact the
17 vaccine's ability to protect from disease?
18   A.    I'm sorry, I don't understand
19 your question.
20   Q.    You were describing differences
21 between measles disease and mumps disease.
22 How do those disease differences impact the
23 vaccine's ability to protect vaccine
24 recipients from disease?
25   A.    Every virus is different.

Page 56

1    Q.    And so the effectiveness of
2  the vaccine is somehow hinged to the
3  characteristics of the virus?
4    A.    Yes.
5    Q.    What characteristics of mumps
6  virus distinction issue it from measles such
7  that the measles vaccine has a different
8  protectiveness than the mumps vaccine?
9         MR. SANGIAMO: I'm going to
10   object that this is outside the scope
11   of this notice. She was not asked to
12   be prepared to make comparisons
13   between mumps vaccine and measles
14   vaccine.
15 BY MS. MAHENDRANATHAN:
16   Q.    But Merck has an understanding
17 of how well its mumps vaccine works?
18   A.    Yes, as I just said before.
19   Q.    But Merck is unable to compare
20 how well its mumps vaccine works to other
21 vaccines?
22         MR. SANGIAMO: I'm going to
23   instruct her not to answer that.
24   That's beyond the scope of this
25   notice. If you can show me how it's

Page 57

1  in the scope of the notice, then I'll
2  let her answer.
3         You're asking her to make
4  comparisons to other vaccines. She's
5  not called upon to do that. She's
6  called upon to talk about the
7  effectiveness of this vaccine.
8         MS. MAHENDRANATHAN: But her
9  understanding of how well this
10 vaccine works is colored by her vast
11 experience with other vaccines. It's
12 fair to ask her to compare if that
13 reflects her understanding and
14 Merck's understanding of a vaccine.
15        MR. SANGIAMO: She's not
16 answering that question.
17        MS. MAHENDRANATHAN: Is it
18 your position that her understanding
19 of the vaccine has nothing to do with
20 her understanding of other vaccines,
21 her vast vaccine experience?
22        MR. SANGIAMO: She's testifying
23 on behalf of Merck. She was asked to
24 come prepared to testify about the
25 effectiveness of the mumps component

15 (Pages 54 - 57)

Appx5364

Page 58

1  of Merck's mumps-containing vaccines.
2  She's doing that.  If you're asking
3  for a comparison between one virus
4  and another virus and why one vaccine
5  might work better than another
6  vaccine when they involved in
7  viruses, those are complicated issues
8  requiring studies, and she's not been
9  called upon to be prepared to testify
10  about that.
11      MS. MAHENDRANATHAN:  I'm
12  asking about Merck's own vaccines.
13  I'm asking about the vaccine in the
14  same, you know, trivalent.  Merck
15  doesn't have an understanding, she's
16  not prepared to speak to her
17  understanding of how measles work
18  compared to the other vaccines in the
19  same trivalent?
20      MR. SANGIAMO:  That's correct.
21  She was not asked to be prepared to
22  speak to that.
23      THE WITNESS:  Could we take a
24  break, please?
25      MS. MAHENDRANATHAN:  Sure.

Page 59

1      THE WITNESS:  Thank you.
2      VIDEOGRAPHER:  The time is now
3  11:36.  We're going off the video
4  record.
5          - - -
6      (A recess was taken.)
7          - - -
8      VIDEOGRAPHER:  The time is now
9  11:48.  This begins media unit number
10  two.
11  BY MS. MAHENDRANATHAN:
12      Q.    So earlier when I asked you
13  about Merck's understanding of how well its
14  vaccine works, you pointed me to a tab of
15  effectiveness information.  What tab is that
16  again?
17      A.    That would be Tab 11.
18      Q.    Thank you.  So does Merck's
19  understanding of vaccine effectiveness come
20  solely from these studies?
21      A.    Yes.
22      Q.    Merck doesn't do any of its
23  own effectiveness studies?
24      A.    No.  Let me perhaps add here
25  the importance of the role of the Centers

Page 60

1  for Disease Control.  If I could take you
2  back to Tab 1 if I may for a minute.
3      Again, recalling what's here,
4  the mission statement, if you turn to
5  particularly the page after the first yellow
6  sheet labeled, National Center for
7  Immunization and Respiratory Diseases.
8      Q.    I'm here.
9      A.    Okay.  Good.  CDC is a
10  world-renowned organization that does this
11  type of research.  And importantly, if you
12  look at what's highlighted in yellow here on
13  the first page, they respond to these
14  outbreaks domestically and aboard.
15      If you want to go further back
16  with me, please, to the other highlights.
17  Page 8, specifically the division of viral
18  disease, they conduct surveillance under
19  Item 1, estimate vaccine effectiveness.
20  They provide consultation and support and
21  participate in investigations and national
22  and international outbreaks.
23      The point here is that the CDC
24  has the absolute expertise in looking at
25  outbreaks.  They work very well with the

Page 61

1  state and local health departments.  They are
2  oftentimes called in by states to help them
3  with outbreak investigations.  Importantly
4  is that the CDC also has a group called the
5  Epidemic Intelligence Service, EIS.
6  Individuals are trained in investigating
7  outbreaks, emergence of new diseases.  The
8  CDC also has diagnostic laboratories to
9  support all of this work.  The CDC is
10  clearly recognized as the global expert in
11  evaluation of outbreaks.
12      Q.    And so is Merck's understanding
13  of how well its own mumps vaccine works
14  reliant on information from the CDC?
15      MR. SANGIAMO:  Object to the
16  form.
17      THE WITNESS:  Yes.
18  BY MS. MAHENDRANATHAN:
19      Q.    And Merck's understanding of
20  how well its own mumps vaccine works
21  is based solely on information from the CDC?
22      MR. SANGIAMO:  Object to the
23  form.
24  BY MS. MAHENDRANATHAN:
25      Q.    If you understand that question,

16 (Pages 58 - 61)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 62

1  you can answer.
2      A.   Again, it's the CDC, it's the
3  WHO, it's all of these publications that are
4  here, the majority of which do come from the
5  CDC.
6      Q.   Solely an outside organization?
7      A.   Yes.
8      Q.   And Merck does not conduct its
9  own studies to ensure the effectiveness of
10 its mumps vaccine?
11         MR. SANGIAMO:  Object to the
12     form.
13 BY MS. MAHENDRANATHAN:
14     Q.   If you understand, you can
15 answer my question.
16         MR. SANGIAMO:  Would you just
17     read back that question, please?
18              - - -
19     (The court reporter read the
20     pertinent part of the record.)
21              - - -
22         MR. SANGIAMO:  Object to the
23     form.
24 BY MS. MAHENDRANATHAN:
25     Q.   Did you understand my question?

Page 63

1      A.   I understand your question.
2  Again, evaluation of effectiveness is a role
3  that's been given to state, local health
4  departments as well as the CDC.  We do not
5  have that basic jurisdiction, if you will.
6      Q.   So expanding that a little
7  broader, does Merck conduct its own studies
8  to ensure how well its vaccine protects
9  vaccine recipients from mumps?
10         MR. SANGIAMO:  Object to the
11     form.
12 BY MS. MAHENDRANATHAN:
13     Q.   Does that make sense?
14         MR. SANGIAMO:  To ensure how
15     well?
16         MS. MAHENDRANATHAN: Let me
17     reask that.  Let me reask that.
18 BY MS. MAHENDRANATHAN:
19     Q.   Does Merck conduct its own
20 studies to assess how well its mumps vaccine
21 protects recipients from mumps?
22         MR. SANGIAMO:  Object to the
23     form.
24 BY MS. MAHENDRANATHAN:
25     Q.   Do you understand my question?

Page 64

1      A.   Not really.
2      Q.   Do you understand what it
3  means to assess protection from mumps
4  disease?
5      A.   Again, the best way to
6  understand how a vaccine works is in the
7  real world setting and do vaccine
8  effectiveness studies, which is exactly what
9  the CDC and others have done.
10     Q.   So Merck's understanding of
11 how well its mumps vaccine works is based
12 only on effectiveness?
13     A.   That's the most important
14 endpoint that anyone can use to look at how
15 a vaccine works.  Effectiveness is more
16 important than any other endpoint, describes
17 the real world use of a vaccine.
18     Q.   So is Merck's understanding of
19 how well its vaccine works based on anything
20 else?
21     A.   We obviously use our
22 additional immunogenicity data to look at
23 trends over time.  We use it to make
24 comparisons to other vaccines.  Effectiveness
25 is a very important endpoint.

Page 65

1      Q.   So Merck's understanding of
2  how well its mumps vaccine works is based
3  partially on its own immunogenicity studies?
4      A.   Yes.
5      Q.   Are these studies all ELISA
6  studies?
7      A.   There was a small number of
8  studies using the neutralization assay.
9      Q.   Are you familiar with those
10 studies?
11     A.   Not in great detail, no.
12     Q.   Are any of those studies from
13 Protocol 007?
14     A.   Yes.
15     Q.   And does Merck rely on the
16 results of that neutralization in part to
17 form its understanding of how well its mumps
18 vaccine protects vaccine recipients from
19 mumps?
20     A.   Let me take you to, if I may,
21 I think it's here, the Interrogatory Number
22 2, Tab 14, please.  Again, this shows the
23 information from the ELISA results in Table
24 1.  There's a small paragraph on page 1 that
25 describes the neutralization results that

17 (Pages 62 - 65)

Appx5366

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 66

1  were performed. Please recognize that they
2  range from 89 to 92 percent in Protocol
3  002 -- sorry, in Protocol 007. Excuse me.
4      Q.    So this is on page 1 at Tab 14
5  in the narrative?
6      A.    Yes.
7      Q.    In the narrative it notes,
8  53 percent to 96.3 percent (MMR II Protocol
9  006). Does that reflect the PRN results
10  from Protocol 006?
11      A.    Yes, it does. Please
12  recognize the note at the bottom which is
13  that this was tested a bunch of different
14  strains. And importantly, if you look at
15  the one that says Merck Jeryl Lynn wild
16  type, it's 96 percent.
17      Q.    Why does the strain tested
18  matter?
19      A.    Because the strain that
20  happens in the field may not be exactly the
21  same strain as we have in the vaccine.
22      Q.    Is the strain that is
23  reflected in the field in the current
24  outbreaks the same as the strain in the
25  vaccine?

Page 67

1      A.    No.
2          MR. SANGIAMO:  Object to the
3      form.
4  BY MS. MAHENDRANATHAN:
5      Q.    Why did Merck test against a
6  number of different vaccine strains?
7          MR. SANGIAMO:  That's outside
8      of the scope.
9  BY MS. MAHENDRANATHAN:
10      Q.    Did Merck test against a
11  number of different vaccine strains in
12  Protocol 006 to understand how well its
13  mumps vaccine protects recipients from
14  mumps?
15          MR. SANGIAMO:  That's outside
16      the scope. She was not asked to be
17      prepared to testify on Protocol 006.
18          MS. MAHENDRANATHAN:  I'm
19      interested in Merck's understanding
20      if that's based on Protocol
21      006. If you're not prepared to
22      answer, then that's what it is.
23          THE WITNESS:  I'm really not
24      prepared to answer.
25  BY MS. MAHENDRANATHAN:

Page 68

1      Q.    Later in that same line, it
2  notes 89.3 percent to 92.2 percent (MMR II
3  Protocol 007). Does this reflect the plaque
4  reduction neutralization PRN assay results
5  from Protocol 007?
6      A.    Yes.
7      Q.    And this -- does this form
8  part of the basis of Merck's understanding
9  of how well its mumps vaccine works?
10      A.    The study was done to look at
11  the neutralization results to determine what
12  the end expiry of the product was going to
13  be.
14      Q.    So we came to this tab because
15  I asked you if Merck had done its own
16  studies to assess how well the vaccine works,
17  and you had pointed me to immunogenicity
18  studies?
19      A.    Yes.
20      Q.    So would you say that the
21  results from this PRN formed the basis of
22  Merck's understanding, at least in part, of
23  how well its mumps vaccine works?
24          MR. SANGIAMO:  Object to the
25      form.

Page 69

1  BY MS. MAHENDRANATHAN:
2      Q.    Did you understand my question?
3      A.    Not really.
4      Q.    Is Merck's understanding of
5  how well its mumps vaccine works to protect
6  recipients from disease based in part on
7  these immunogenicity studies?
8          MR. SANGIAMO:  Object to the
9      form.
10          THE WITNESS:  Understanding of
11      the vaccine's effectiveness is what
12      matters. And that's the data that
13      I've said before, again, 78 percent
14      for a single dose and 88 percent for --
15  BY MS. MAHENDRANATHAN:
16      Q.    I understand --
17      A.    -- two doses.
18      Q.    Sorry to interrupt.
19          I understand what matters, but
20  I'm interested to know if these PRN results
21  in any way inform Merck's understanding of
22  how well its vaccine protects recipients
23  from mumps?
24          MR. SANGIAMO:  Object to the
25      form.

18 (Pages 66 - 69)

Appx5367

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 70

1  BY MS. MAHENDRANATHAN:
2      Q.   Did you understand my question?
3      A.   I really can't answer that.
4      Q.   So just to confirm, you cannot
5  tell me whether Merck's understanding of how
6  well its mumps vaccine protects vaccine
7  recipients from Merck -- from mumps --
8  strike that.  Let me start over.
9          I just want to confirm that
10  you cannot tell me whether the mumps
11  component of Merck's mumps vaccine -- strike
12  that.
13          I'm going to try again.  Can
14  you tell me whether Merck's understanding of
15  how well the mumps component of Merck's
16  mumps vaccine protects recipients from mumps
17  is based at least in part in the results
18  from the PRN study in Protocol 007?
19      A.   Understanding of how this
20  vaccine works is based on aggregate data,
21  both the effectiveness, the efficacy and the
22  immunogenicity of data.
23      Q.   Is this PRN data included in
24  that aggregate?
25          MR. SANGIAMO:  Object to the

Page 71

1      form.  Are you talking about 007 PRN
2      data?
3          MS. MAHENDRANATHAN:  Yes.
4          THE WITNESS:  Yes, it's part
5      of our database.
6  BY MS. MAHENDRANATHAN:
7      Q.   So I'm just going clean that
8  up because you fixed my question for me.
9          So to conform, the PRN results
10  from Protocol 007 are part of your database
11  of information that inform your understanding
12  of how well the mumps component of Merck's
13  mumps vaccine works?
14      A.   Yes.
15      Q.   Would it impact your
16  understanding of how well the vaccine works
17  to know that the results of this study were
18  in any way falsified?
19      A.   I have no reason to believe
20  that these results were falsified.
21      Q.   If they were, would it impact
22  your understanding of how well the mumps
23  component of Merck's mumps vaccine works?
24      A.   If they're inadequate results
25  or inappropriate results, we would exclude

Page 72

1  them from our understanding.
2      Q.   If there were inadequate results
3  or inappropriate results, would it be proper
4  for Merck to use those results in any way?
5          MR. SANGIAMO:  What topic is
6      this related to right now?
7          MS. MAHENDRANATHAN:  I'm just
8      following up --
9          MR. SANGIAMO:  Sounds like
10      you're asking questions about
11      Protocol 007.
12          MS. MAHENDRANATHAN:  Okay.
13          MR. SANGIAMO:  So what are you
14      asking or direct me to the topics
15      that you're asking?
16          MS. MAHENDRANATHAN:  I'll
17      reframe.
18  BY MS. MAHENDRANATHAN:
19      Q.   So if the results, the PRN
20  results from Protocol 007 were improper in
21  any way, they should not be included in
22  Merck's understanding of how well its
23  vaccine works?
24          MR. SANGIAMO:  Objection.  It
25      also calls for speculation, and it's

Page 73

1      an imprecise hypothetical question.
2  BY MS. MAHENDRANATHAN:
3      Q.   Okay.  Let's try again.
4          Does Merck make representations
5  about how well its vaccine works based on
6  its own understanding of how well the
7  vaccine works?
8      A.   Information on our product is
9  what's shown in our package circular.
10      Q.   Is there any other information
11  that Merck represents based on its own
12  understanding of how well its vaccine works?
13          MR. SANGIAMO:  On the package
14      circular?
15          MS. MAHENDRANATHAN:  Anywhere.
16          MR. SANGIAMO:  Well, where is
17      that?
18          MS. MAHENDRANATHAN:  So my
19      question is, if Merck makes
20      representations based on its
21      understanding.  So I'm just trying to
22      get to if the representations that
23      Merck makes are related to their
24      understanding or separate from their
25      understanding.

19 (Pages 70 - 73)

Appx5368

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 74

1    MR. SANGIAMO:  What
2  representations?  Marketing
3  representations?
4    MS. MAHENDRANATHAN:  Sure.
5    MR. SANGIAMO:  That's not on
6  here.
7    MS. MAHENDRANATHAN:  No, but
8  I'm asking about Merck's understanding
9  and how it represents its understanding.
10    MR. SANGIAMO:  You can ask her
11  about Merck's understanding.  I'm
12  objecting to your questions about
13  representations Merck makes -- Merck
14  makes other than on the labels.
15  BY MS. MAHENDRANATHAN:
16    Q.   Okay.  All right.  So I'm
17  going to get to the labels, but really
18  quickly before I do, there is a number of
19  PowerPoints in this binder that you've given
20  us.
21    A.   Uh-huh.
22    Q.   There's one in Tab 7.  There's
23  one in Tab 8.  There's one in Tab 9.
24  There's one in Tab 10.  I think that's all
25  of them.  Were any of these PowerPoints

Page 75

1  created by Merck?
2    A.   No.  No.
3    Q.   I just have one more document
4  on this topic.  I'm going to mark this as
5  Exhibit 4.
6      -  -  -
7    (Exhibit 30(b)(6)(4)-4,
8  Effectiveness of a Third Dose of MMR
9  Vaccine for Mumps Outbreak Control,
10  was marked for identification.)
11      -  -  -
12  BY MS. MAHENDRANATHAN:
13    Q.   Do you know what this document
14  is?
15    A.   I do.
16    Q.   What is it?
17    A.   A recent publication on the
18  "Effectiveness of a Third Dose of MMR.. for
19  Mumps Outbreak Control."
20    Q.   Who wrote this article?
21    A.   Dr. Cardemil from the CDC.
22    Q.   Does this reflect the results
23  of a CDC study?
24    A.   As I understand it, yes.
25    Q.   I'm going to look at some of

Page 76

1  the vaccine effectiveness results, they're
2  on page 950 and 951.
3    Let me know if you need time
4  to read it.
5    A.   Specific paragraphs that you'd
6  like me to look at?
7    Q.   I'm looking in particular
8  on -- in the second paragraph of the
9  "VACCINE EFFECTIVENESS" section on page 951
10  which is right above the "DISCUSSION"
11  section?
12    A.   Correct.  Yes.
13    Q.   I'm looking at the latter part
14  of that paragraph where it says -- it
15  indicates that the effectiveness amongst
16  students in the study who have received the
17  second dose of MMR more than 13 years or
18  before the outbreak was 31.8 percent.  Do
19  you see where that is?
20    A.   Yes, I do.
21    Q.   Is it Merck's understanding
22  that the effectiveness of the mumps
23  component of its mumps vaccine can be as low
24  as 31.8 percent?
25    MR. SANGIAMO:  Object to the

Page 77

1    form.
2    THE WITNESS:  These are the
3  results from one study.  I'll take
4  you back to Tab 11, if I may, again,
5  to remind you that even with the
6  study included, if you go to the last
7  page of Tab 11, page 9 specifically,
8  this particular result is acknowledged,
9  but you still end up with an
10  effectiveness of 88 percent as a
11  median with a range between 31 and 95
12  percent.  So, again, this is one
13  study you would look at the aggregate
14  data rather than the results of any
15  one particular study.
16  BY MS. MAHENDRANATHAN:
17    Q.   So the range of effectiveness
18  that Merck is aware of goes anywhere from 31
19  to 95 percent?
20    A.   Correct.
21    Q.   What is Merck's understanding
22  regarding, on average, how well someone is
23  protected from mumps by vaccination by the
24  mumps vaccine?
25    A.   So, again, refer you right

20 (Pages 74 - 77)

Appx5369

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 78

1  back to this.  This is directly from the
2  CDC.  They're saying that the median is
3  88 percent.  They basically say on their
4  website that nine out of ten people are
5  protected against -- protected over the use
6  of this vaccine.  It's a highly effective
7  vaccine.
8      Q.     So Merck's understanding is
9  that nine out of ten people --
10     A.     Yes.
11     Q.     -- are protected with
12  vaccination?
13     A.     Yes.
14     Q.     And that understanding comes
15  from the CDC?
16     A.     It comes from the information
17  they've compiled, yes.
18          -  -  -
19     (Exhibit 30(b)(6)(4)-5,
20     Package Circular for MMR II, was
21     marked for identification.)
22          -  -  -
23  BY MS. MAHENDRANATHAN:
24     Q.     So I'm going to mark this
25  document as Exhibit 5.

Page 79

1      A.     Yes.
2      Q.     Do you know what this document
3  is?
4      A.     Package circular for MMR II.
5      Q.     And do you know if this is the
6  current circular for MMR II?
7      A.     I'm guessing it is based on
8  the data on the last page, shows it was
9  revised in May of 2017.
10     Q.     So I want to point you to,
11  under the "CLINICAL PHARMACOLOGY" section,
12  page 1, your first sentence of the third
13  paragraph it says, "Clinical studies of 284
14  triple seronegative children, 11 months to
15  7 years of age, demonstrated that MMR II is
16  highly immunogenic and generally well
17  tolerated."
18          Do you see that?
19     A.     Yes, I do.
20     Q.     In Merck's opinion, is it true
21  that MMR II is highly immunogenic?
22     A.     Yes.
23     Q.     So this is an accurate
24  statement?
25     A.     Yes, it is.

Page 80

1      Q.     Is it a complete statement
2  reflecting Merck's understanding?
3          MR. SANGIAMO:  Object to the
4      form.
5  BY MS. MAHENDRANATHAN:
6      Q.     Do you understand my question?
7      A.     It's a complete --
8          MR. SANGIAMO:  Could you
9      repeat your question, please?
10  BY MS. MAHENDRANATHAN:
11     Q.     Sure.  Is this statement,
12  MMR II is highly immunogenic -- strike that.
13          Is this statement, MMR II is
14  highly immunogenic, is that a complete
15  statement?
16          MR. SANGIAMO:  Object to the
17      form.
18  BY MS. MAHENDRANATHAN:
19     Q.     So do you agree with the
20  statement that MMR II is highly immunogenic?
21     A.     Yes, based on the data that's
22  shown here.
23     Q.     What does highly immunogenic
24  mean?
25     A.     It's probably -- it's an

Page 81

1  arbitrary term but it probably means that it
2  has an immunogenicity rate greater than 90
3  percent.
4      Q.     Is it true that MMR II is
5  still highly immunogenetic today?
6      A.     Yes, it is.
7      Q.     And it's true with respect to
8  the mumps component of MMR II, that it is
9  highly immunogenic today?
10     A.     Yes.
11     Q.     What is Merck's basis for its
12  understanding that the mumps component of
13  MMR II is highly immunogenic today?
14     A.     Take you back to the
15  publication as well as the documents under
16  -- start with Tab 12 again.  That same
17  publication.  If you go back to those same
18  20 studies referred to on page 1015, these
19  are studies that were done over a 21-year
20  period.  You can see that the immunogenicity
21  of mumps range from 97.7 to 100 percent for
22  mumps over that time period.  Again, the
23  analysis of immunogenicity over time
24  indicated there was no change in the
25  performance of the measles, mumps or rubella

21 (Pages 78 - 81)

Appx5370

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 82

1 components in the vaccine.
2    Q.    So the clinical -- strike that.
3        In the circular, does it cite
4 these 20, 21 ELISA studies?
5    A.    No, it does not.
6    Q.    What does it cite?
7    A.    The original studies that were
8 done with the product prior to licensure.
9    Q.    When were those studies
10 conducted?
11    A.    In the mid '70s I want to
12 guess.
13    Q.    What kind of studies were
14 those?
15    A.    Clinical trials prior to
16 licensure.
17    Q.    Were they ELISA studies?
18    A.    As it's indicated here in this
19 particular case, they were done with the
20 neutralization assay.
21    Q.    Merck relies on these initial
22 clinical studies and the results of the 20
23 studies listed in the article in Tab 12 --
24    A.    Yes.
25    Q.    -- to form its understanding

Page 83

1 that MMR II is highly immunogenic?
2    A.    Yes.
3    Q.    Does Merck rely on any PRN
4 results since the early clinical studies to
5 inform its opinion that MMR II is highly
6 immunogenic?
7    A.    Again, supporting information.
8 The neutralization results are clearly shown
9 here, it was 96 percent.
10    Q.    So the supporting information
11 is the clinical studies referenced at the
12 beginning of the sentence?
13    A.    Yes.
14    Q.    And did you say when those
15 studies were conducted?
16    A.    Somewhere in the mid '70s.  I
17 don't know exactly.
18    Q.    Mid '70s.  Thank you.
19        So the next sentence says, In
20 these studies, a single injection of the
21 vaccine-induced measles hemoagglutination-
22 inhibition (HI) antibodies in 95 percent,
23 mumps neutralizing antibodies in 96 percent,
24 and rubella HI antibodies in 99 percent of
25 susceptible persons.

Page 84

1        Is it true that a single
2 injection of the MMR vaccine induces mumps
3 neutralizing antibodies in 96 percent of
4 susceptible persons?
5    A.    Based on the results of this
6 trial, yes.
7    Q.    So this is an accurate
8 representation of PRN results induced by a
9 single injection of MMR II?
10    A.    Based on the study that's
11 presented here, yes.
12    Q.    So is this still true today?
13        MR. SANGIAMO:  Object to the
14 form.
15 BY MS. MAHENDRANATHAN:
16    Q.    Is it still true today that a
17 single injection of MMR II will induce mumps
18 neutralizing antibodies in 96 percent of
19 susceptible persons?
20    A.    Again, if I go back to the tab
21 where we showed you the results, if I can
22 put my hands on it one more time,
23 Interrogatory 2 under Tab 14, you see from
24 Protocol 007 that the range was between 89
25 and 92 percent by a PRN assay.

Page 85

1    Q.    So --
2    A.    I would like to make one
3 caveat.  What you have to understand that
4 range actually represents, as it says in the
5 footnote, it also contains where the mumps
6 potency was lower than the expiry.  So this
7 is a range.
8    Q.    It also contained mumps vaccine
9 where the potency is higher than the expiry?
10    A.    Yes.
11    Q.    So you don't know if this
12 89.3 percent comes from mumps tested at
13 potency lower than the expiry or higher than
14 the expiry?
15    A.    It's both.
16    Q.    Both.  But -- so the mumps
17 vaccine tested above expiry did not test
18 higher than 92.2 percent?
19    A.    Correct.
20    Q.    And this is lower than the
21 96 percent represented on the circular?
22    A.    You can't make that comparison.
23 There's no statistical evaluation being
24 made.  The assays may be somewhat different.
25 So I would never make that comparison.

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 86

1    Q.    So you cannot compare PRN
2  results from one assay to PRN results from
3  another assay?
4          MR. SANGIAMO:  Object to the
5    form.
6          THE WITNESS:  I'm not an
7    expert in that area.
8  BY MS. MAHENDRANATHAN:
9    Q.    Is it important for Merck to
10 ensure that this representation on its
11 circular that a single injection of MMR II
12 vaccine induces mumps neutralizing
13 antibodies in 96 percent of susceptible
14 persons is accurate?
15   A.    Yes.
16   Q.    How has Merck ensured that
17 this representation is accurate?
18   A.    By the data that I just showed
19 you.  By the ELISA results that I just
20 showed you.
21   Q.    And these are the ELISA
22 results listed in the study you authored,
23 Safety and Immunogenicity of MMR II in
24 Clinical Trials of Healthy Children in
25 Tab 12?

Page 87

1    A.    Correct.
2    Q.    So these are ELISA studies,
3  and I'm representing -- I'm referring to the
4  mumps neutralization antibodies
5  representation in the circular.  So does
6  Merck rely on these ELISA studies to ensure
7  that this representation that a single
8  injection of the mumps vaccine induces mumps
9  neutralizing antibodies in 96 percent of
10 susceptible persons?
11         MR. SANGIAMO:  Object to the
12   form.  You misquoted the circular.
13   It says induced in reference to the
14   clinical trials that are referenced
15   there.  You quoted it as inducing, it
16   says induced.
17         MS. MAHENDRANATHAN:  Thank
18   you.
19         MR. SANGIAMO:  Your question
20   is what does Merck do to ensure that
21   that is a correct representation of
22   what was found in the clinical
23   trials.
24 BY MS. MAHENDRANATHAN:
25   Q.    My question is, is it

Page 88

1  important that Merck ensures that this
2  representation about these PRN results
3  reflect how well the mumps vaccine works
4  today?
5          MR. SANGIAMO:  Object to the
6    form.
7          THE WITNESS:  We have no
8    reason to believe it's any different.
9    We have a recent neutralization
10   result that's 90-plus which is in the
11   same range of this number.  We also
12   have ELISA results that are very
13   confirmatory of this.
14 BY MS. MAHENDRANATHAN:
15   Q.    So you have no reason to
16 question this representation because of the
17 results of Protocol 007 plus the results in
18 the ELISA studies?
19         MR. SANGIAMO:  Object to the
20   form.
21         THE WITNESS:  Correct.
22 BY MS. MAHENDRANATHAN:
23   Q.    So I'm going to go to the next
24 sentence.  It says, However, a small
25 percentage (1 to 5 percent) of vaccinees may

Page 89

1  fail to seroconvert after the primary
2  dose....
3          Is this a true statement?
4    A.    Based on the results that were
5  shown here, yes.
6    Q.    And this is true with respect
7  to the mumps component of MMR II, that a
8  small percentage, 1 to 5 percent of
9  vaccinees may fail to seroconvert after the
10 primary dose?
11   A.    Based on the assay shown here,
12 yes.
13   Q.    Does this sentence reflect the
14 percentage of vaccinees that may fail to
15 seroconvert -- strike that.
16         Does this sentence, a small
17 percentage, 1 to 5 percent of vaccinees may
18 fail to seroconvert after the primary dose
19 reflect Merck's understanding of how well
20 its vaccine works?
21         MR. SANGIAMO:  Object to the
22   form.
23 BY MS. MAHENDRANATHAN:
24   Q.    Do you understand my question?
25   A.    Again, the numbers shown here

23 (Pages 86 - 89)

Appx5372

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 90

1  are reflective of this very study. The 1 to
2  5 percent comes directly from the numbers
3  shown here. You have a 99 percent
4  seroconversion for rubella conformance, so
5  that's your 1 percent that don't
6  seroconvert. You have 5 percent for
7  measles, so that's where you get the 5.
8  Yes, this is what it represents.
9     Q.    So would Merck put this on its
10  circular to reflect its understanding of how
11  well the vaccine works?
12        MR. SANGIAMO: Object to the
13     form.
14        THE WITNESS: This is the
15     circular.
16  BY MS. MAHENDRANATHAN:
17     Q.    Would you put this information
18  on the circular today as it reflects Merck's
19  understanding of PRN results associated with
20  immunization from mumps?
21        MR. SANGIAMO: Objection.
22     Calls for speculation.
23        MS. MAHENDRANATHAN: Could we
24     take a short break?
25        VIDEOGRAPHER: The time is now

Page 91

1     12:24. We're going off the video
2     record.
3        - - -
4        (A recess was taken.)
5        - - -
6        VIDEOGRAPHER: The time is now
7     1:34. We're back on the video record.
8  BY MS. MAHENDRANATHAN:
9     Q.    So I want to go back to what
10  we were looking at on the label, the
11  statements about neutralization. Do you see
12  where I'm talking about?
13     A.    One minute, please.
14     Q.    Sure.
15     A.    Paragraph 3.
16     Q.    Paragraph 3 under "CLINICAL
17  PHARMACOLOGY."
18     A.    Yes.
19     Q.    In the second sentence that
20  we've gone over before about mumps
21  neutralization antibodies and 96 percent,
22  that's a true statement?
23     A.    Yes, it is.
24        MR. SANGIAMO: Object to the
25     form.

Page 92

1  BY MS. MAHENDRANATHAN:
2     Q.    Does a single dose of MMR II
3  induce mumps neutralizing antibodies in
4  96 percent of people today?
5        MR. SANGIAMO: Object to the
6     form.
7  BY MS. MAHENDRANATHAN:
8     Q.    Is it true today, this
9  statement?
10        MR. SANGIAMO: Is the
11     statement in the package circular
12     that in that clinical trial, is that
13     true today in that clinical trial?
14  BY MS. MAHENDRANATHAN:
15     Q.    My question is, today, is it
16  true that a single dose of MMR II would
17  induce mumps neutralizing antibodies in
18  96 percent of people?
19        MR. SANGIAMO: Object to the
20     form.
21        THE WITNESS: Again, back to
22     the same data I showed you previously.
23     We have one other set of data and
24     those results show between what, 89
25     and 92 percent, if I remember

Page 93

1     correctly. I'm not sure.
2  BY MS. MAHENDRANATHAN:
3     Q.    So what tab is that again?
4     A.    Let's look for one second.
5  14, please.
6     Q.    So this is below 96 percent?
7     A.    Yes, it is below 96 percent,
8  but those numbers are very comparable,
9  they're very high. If you take the two
10  numbers from that study for the doses that
11  were above the expiry, it would be over 90
12  percent. 90 and 96 percent are in the same
13  ballpark.
14     Q.    So can Merck today replicate a
15  study that shows that one dose of MMR II
16  induces mumps neutralizing antibodies at
17  96 percent?
18        MR. SANGIAMO: Object to the
19     form. Calls for speculation.
20        THE WITNESS: I can't
21     speculate.
22  BY MS. MAHENDRANATHAN:
23     Q.    So the only study you can
24  point to is a study that shows a less than
25  96 percent PRN rate?

24 (Pages 90 - 93)

Appx5373

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 94

1    MR. SANGIAMO: Object to the
2 form.
3    THE WITNESS: It's numerically
4 lower. It is probably not statistically
5 lower.
6 BY MS. MAHENDRANATHAN:
7    Q.   Why doesn't the label have the
8 results from this PRN study included?
9    MR. SANGIAMO: Object to the
10 form. Dr. Kuter is not a labeling
11 expert. She's here to talk about
12 what's on the label. She's not here
13 to talk about what all goes into the
14 regulatory assessment of what does
15 and does not go into a label.
16 BY MS. MAHENDRANATHAN:
17    Q.   But you're here to speak as to
18 the representations on the label?
19    MR. SANGIAMO: Correct, which
20 she's doing.
21 BY MS. MAHENDRANATHAN:
22    Q.   Is this a complete representation
23 with respect to PRN results if it does not
24 include the results of this lower -- the
25 lower PRN results from the Protocol 007?

Page 95

1    MR. SANGIAMO: Object to the
2 form. Object to your use of the word
3 "complete" here in the context of
4 trying to interpret the regulatory
5 issue of what belongs on the label.
6 BY MS. MAHENDRANATHAN:
7    Q.   So can you tell me whether
8 this is a complete statement or not?
9    MR. SANGIAMO: Object to the
10 form.
11    THE WITNESS: It's the data
12 from that study. That's what's here.
13 BY MS. MAHENDRANATHAN:
14    Q.   So this data is from before
15 1990?
16    A.   Yes.
17    Q.   Is it from before 1980?
18    A.   I don't know the exact year,
19 I'm sorry.
20    Q.   But does it reflect the
21 results -- does it reflect what Merck knows
22 about PRN results today?
23    MR. SANGIAMO: Object to the
24 form.
25    THE WITNESS: Again, the

Page 96

1 numbers are within the range of what
2 we have from Protocol 007.
3 BY MS. MAHENDRANATHAN:
4    Q.   But they're lower?
5    A.   I don't think they're lower.
6 You're making an assumption. I cannot make
7 that same assumption.
8    Q.   Why are they not lower?
9    A.   You need a statistician to say
10 that they're lower. To me above 96 percent
11 is excellent immunogenicity.
12    Q.   But it is the same as
13 96 percent mumps neutralizing antibodies in
14 96 percent of people?
15    MR. SANGIAMO: You're getting
16 pretty close to asked and answered
17 too many times here.
18    MS. MAHENDRANATHAN: Are you
19 going to let her answer this
20 question?
21    MR. SANGIAMO: I'm going to
22 let her answer this question if she
23 understands it, if it makes sense to
24 her.
25 BY MS. MAHENDRANATHAN:

Page 97

1    Q.   Can you answer the question?
2    MR. SANGIAMO: The question
3 is, is the rate from Protocol 007
4 above 96 percent mumps neutralizing.
5 I think that's the question. Maybe
6 ask the question again.
7 BY MS. MAHENDRANATHAN:
8    Q.   You said the Protocol 007
9 results are above 90 percent?
10    A.   Yes.
11    Q.   But they are below 96 percent.
12 Correct?
13    A.   Numerically, I don't know if
14 it's statistically different. I have no
15 reason to believe that.
16    Q.   So does Merck know that a
17 single dose of MMR II would induce
18 neutralizing antibodies in 96 percent of
19 people today?
20    A.   I can't tell you. We haven't
21 tested it today.
22    Q.   So you can't ensure that today
23 the vaccine still induces mumps neutralizing
24 antibodies in 96 percent of people?
25    MR. SANGIAMO: You mean today,

25 (Pages 94 - 97)

Appx5374

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 98

1    you're asking if Merck right now is
2    running neutralization studies?
3    BY MS. MAHENDRANATHAN:
4        Q.    How about since 2010?
5            MR. SANGIAMO:  Has Merck run a
6    neutralization?
7    BY MS. MAHENDRANATHAN:
8        Q.    Can Merck ensure that a single
9    dose of MMR II will induce mumps
10   neutralizing antibodies in 96 percent of
11   people since 2010?
12           MR. SANGIAMO:  Object to the
13   form.  Makes no sense.
14   BY MS. MAHENDRANATHAN:
15       Q.    Does Merck know what PRN
16   results it would expect from a test of its
17   mumps vaccine today?
18           MR. SANGIAMO:  Object to the
19   form.  Calls for speculation.
20           THE WITNESS:  I can't
21   speculate.
22   BY MS. MAHENDRANATHAN:
23       Q.    So it does not know?
24           MR. SANGIAMO:  Calls for
25   speculation.  Object to the form of

Page 99

1    that question.
2    BY MS. MAHENDRANATHAN:
3        Q.    If you would have to
4    speculate, it's because Merck does not have
5    an understanding as to that.  Is that correct?
6        A.    I don't understand your
7    question, I'm sorry.  I can't speculate on
8    what Merck thinks.
9        Q.    Are you here to -- as a
10   corporate designee of Merck?
11       A.    Yes, I am.
12       Q.    Are you here to speak to
13   Merck -- what Merck knows?
14       A.    Yes.
15       Q.    Does Merck know whether a
16   single dose of MMR II would induce Merck's
17   neutralizing antibodies in 96 percent of
18   people today?
19           MR. SANGIAMO:  She's here to
20   speak on the immunogenicity of the
21   vaccine.  She's not here to speculate
22   about what might have happened if a
23   particular assay was designed and a
24   test was run on that assay.
25           MS. MAHENDRANATHAN:  So she

Page 100

1    doesn't know about that?
2            MR. SANGIAMO:  She's not going
3    to speculate about that.
4            MS. MAHENDRANATHAN:  Okay.
5    BY MS. MAHENDRANATHAN:
6        Q.    I'm going to go to page 2.
7    You see in the second full paragraph it
8    says, "Efficacy of measles, mumps, and
9    rubella vaccines was established in a series
10   of double-blind controlled field trials
11   which demonstrated a high degree of
12   protective efficacy...."
13       A.    Yes.
14       Q.    Is it true that the mumps
15   vaccine demonstrates a high degree of
16   protective efficacy?
17       A.    Based on the studies reported
18   here, yes, the results were about 96 percent
19   efficacy based on two different studies.
20       Q.    Do you know if that's true
21   today, that the mumps vaccine still
22   demonstrates a high degree of protective
23   efficacy?
24       A.    Efficacy studies are done in
25   pre-licensure environment.  They're not done

Page 101

1    in the post-licensure environment.  Again, I
2    refer you back to the same document that I
3    presented before which is in regards to what
4    the effectiveness of the vaccine is, and
5    that's what matters here, much more so than
6    any indication of an immunogenicity result.
7            So if I can take you back to
8    the effectiveness table, which would be Tab 11,
9    one more time, this is what matters.  What
10   matters is how the vaccine works in the real
11   world.  If I take you one more time to
12   line 28 on page 9, 78 percent with one dose
13   and 88 percent with two doses.
14       Q.    Is this information anywhere
15   in the package circular for MMR II?
16       A.    No, it's not.  Effectiveness
17   data cannot be included in the circular.
18       Q.    Why is that?
19       A.    FDA regulations.  You're not
20   allowed such data in a label.
21       Q.    So does Merck know whether its
22   mumps vaccine still demonstrates a high
23   degree of protective efficacy?
24       A.    Again, what we know is the
25   effectiveness which I've said several times

26 (Pages 98 - 101)

Appx5375

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 102

1 here. I don't know if I can say it any more
2 time. 78 percent with one dose and
3 88 percent with two doses. That's what we
4 are very comfortable with based on work that
5 has been done by the CDC in some very well
6 done studies particularly in the outbreak
7 situation.
8    Q.    Sure. So what you're saying
9 is Merck cannot know what the efficacy is
10 today because it cannot do efficacy studies?
11    A.    That's correct. They would be
12 deemed unethical.
13        MR. SANGIAMO: Object to the
14    form of that last question.
15 BY MS. MAHENDRANATHAN:
16    Q.    The next sentence it says,
17 "These studies also established that
18 seroconversion in response to vaccination
19 against measles, mumps, and rubella
20 paralleled protection from these diseases."
21 Is it true that seroconversion rates to
22 mumps parallel protection from disease --
23 from mumps disease?
24    A.    Again, let's go to the source
25 of the data here, please. These studies are

Page 103

1 referring to the two efficacy studies that
2 were done. In those particular studies
3 there was a general parallel between people
4 who seroconverted and people who were
5 protected. As I recall for mumps, the
6 numbers were 96 for one and 95 for the
7 other. I don't remember the order. That's
8 what's meant here by parallel protection.
9 Parallel and protection I should say.
10    Q.    So could you say that
11 seroconversion rates generally parallel
12 protection from disease?
13        MR. SANGIAMO: Object to the
14    form.
15        THE WITNESS: It would depend
16    on the assay. It would depend on the
17    situation. It would depend on the
18    laboratory running the tests. Those
19    are all important variables when you
20    look at assays.
21 BY MS. MAHENDRANATHAN:
22    Q.    So you cannot be sure that
23 seroconversion rates from a test studying
24 mumps vaccine would necessarily parallel
25 protection from disease?

Page 104

1    A.    You would have to define
2 protection for me here because, again, are
3 we talking the efficacy trial or are we
4 talking the effectiveness trials? They're
5 different situations.
6    Q.    Let's talk about mumps. Does
7 seroconversion to mumps necessarily parallel
8 protection from disease?
9    A.    In these efficacy studies it
10 did.
11    Q.    Does Merck know if generally
12 seroconversion rates reflect parallel
13 protection from mumps?
14        MR. SANGIAMO: Object to the
15    form.
16        THE WITNESS: I would be
17    speculating on that, I'm sorry.
18 BY MS. MAHENDRANATHAN:
19    Q.    Merck does not know?
20    A.    I didn't say that.
21        MR. SANGIAMO: She said she
22    would be speculating to answer that
23    question.
24        THE WITNESS: I didn't say
25    that.

Page 105

1 BY MS. MAHENDRANATHAN:
2    Q.    I don't want to mischaracterize
3 what you're saying.
4        Is it important for Merck to
5 ensure that this statement is accurate?
6    A.    This statement is accurate.
7 It talks about the studies that were
8 conducted.
9    Q.    And how would Merck ensure
10 that this statement is accurate?
11    A.    Again, based on the clinical
12 trials that were conducted which showed this
13 information.
14    Q.    So this information is only
15 limited to these two studies from before
16 1990 and does not reflect current information?
17        MR. SANGIAMO: Object to the
18    form.
19        THE WITNESS: The data that
20    are here are from those two studies.
21 BY MS. MAHENDRANATHAN:
22    Q.    When were those two studies
23 conducted?
24    A.    I don't remember the exact
25 dates. Prior to licensure.

27 (Pages 102 - 105)

Appx5376

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 106

1  Q.   So were these studies from
2  probably before 1975?
3  A.   I would guess, yes. I'd have
4  to look them up. I don't remember.
5  Q.   I think we can -- this is
6  referencing study 7 through 12 on page 9,
7  and these studies were conducted in 1968,
8  1967, 1967. Measles unrelated or not
9  relating to mumps 1991 but then mumps study
10  in 1967. And then rubella. So it looks
11  like all of these studies are from 1967 to
12  1968?
13  A.   As published.
14  Q.   As published?
15  A.   Uh-huh.
16  Q.   So this information about
17  seroconversion parallel protection from
18  diseases all comes from studies from 1967 or
19  1968?
20  A.   Yes.
21  Q.   Does Merck have more current
22  information as to whether seroconversion
23  from the mumps vaccine parallels protection
24  from mumps?
25  A.   Again, we have no ability to

Page 107

1  conduct efficacy studies of this nature, so
2  no.
3  Q.   So no.
4  I want to go to the next
5  sentence. "Following vaccination,
6  antibodies associated with protection can be
7  measured by neutralization assays, HI, or
8  ELISA (enzyme linked immunosorbent assay)
9  tests." Is that a true statement?
10  A.   Yes.
11  Q.   Is it true that antibodies
12  associated with protection from mumps can be
13  measured by ELISA?
14  A.   Yes.
15  Q.   What is the basis for that,
16  your understanding?
17  A.   I don't have the reference for
18  this, I'm sorry.
19  Q.   Do you know how Merck knows
20  that antibodies associated with protection
21  from mumps can be measured by ELISA?
22  A.   Again, look at the next
23  sentence, it says that both "Neutralizing
24  and ELISA antibodies to measles, mumps, and
25  rubella are still detectible in most

Page 108

1  individuals 11 to 13 years after primary
2  vaccination."
3  Q.   So is that your basis for
4  Merck's understanding, that antibodies
5  associated with protection from mumps can be
6  measured by ELISA?
7  MR. SANGIAMO: I'm going to
8  object or -- just to make clear what
9  the scope of this is. She's here to
10  testify about what's on the label.
11  She's doing that. She's not here to
12  testify to the entirety of the body
13  of literature that could pertain to
14  this that's in Merck's possession, or
15  even the body of literature that went
16  into this for that label and
17  statement.
18  MS. MAHENDRANATHAN: So I just
19  want to clarify. You have limited
20  the license to the circular to
21  exclude representations of potency
22  and shelf life.
23  MR. SANGIAMO: About what?
24  MS. MAHENDRANATHAN: Potency
25  and shelf life.

Page 109

1  MR. SANGIAMO: Correct.
2  MS. MAHENDRANATHAN: And we
3  agree.
4  MR. SANGIAMO: Yes.
5  MS. MAHENDRANATHAN: However,
6  we have questions about Merck's
7  compliance with the remaining label
8  specifications.
9  MR. SANGIAMO: We object to
10  that. There's no such thing as
11  compliance with -- those are not
12  specifications. We objected to that.
13  That's not part of this deposition.
14  MS. MAHENDRANATHAN: You
15  didn't object at the beginning of
16  this deposition.
17  MR. SANGIAMO: We defined in a
18  letter to you folks on November 17th
19  of 2017 what the scope was, and it
20  excluded questions about compliance
21  with label specifications as it
22  applies to immunogenicity, efficacy,
23  effectiveness, and seroconversion
24  rates.
25  MS. MAHENDRANATHAN: So you're

28 (Pages 106 - 109)

Appx5377

Page 110

1  not going to let her speak to what
2  Merck does to ensure that these
3  representations on the circular are
4  accurate?
5  MR. SANGIAMO: Well, she has
6  told you, where she can, what the
7  source of the data on the circular
8  is. But, no, this is not going to be
9  a deposition about what goes into the
10  FDA and Merck dialogue about what
11  does and does not need to go into a
12  label.
13  MS. MAHENDRANATHAN: So I'm
14  intending to ask questions about what
15  Merck does to ensure that these
16  statements on the label are accurate.
17  If we do not agree, then we need to
18  figure it out, and if I need to call
19  the magistrate, we'll call the
20  magistrate.
21  MR. SANGIAMO: You can do that
22  if you'd like. She's already
23  testified to where she can about what
24  the source of the data is. She's
25  explained to you that it comes from

Page 111

1  clinical trials. Told you several
2  times that the statements come from
3  clinical trials. She's told you
4  what's there. She's done that.
5  MS. MAHENDRANATHAN: I
6  understand. And if she doesn't know
7  the answer, she can say she doesn't
8  know the answer and that's fine. But
9  I'm going to continue asking these
10  questions. If you continue to have
11  an objection, you can bring it up and
12  if we have to call the magistrate, we
13  will.
14  MR. SANGIAMO: You can do what
15  you'd like.
16  BY MS. MAHENDRANATHAN:
17  Q.  Does Merck have any current
18  information that indicates that seroconversion
19  in response to -- strike that.
20  Does Merck have any current
21  information that indicates that seroconversion
22  parallels protection from mumps?
23  A.  Again, we don't have the
24  ability to do that. Those are the types of
25  things that are done in original efficacy

Page 112

1  studies.
2  Q.  So Merck does not have current
3  information?
4  MR. SANGIAMO: Object to the
5  form. Object to the use of current.
6  She's answered your question.
7  MS. MAHENDRANATHAN: Are you
8  instructing her not to answer?
9  MR. SANGIAMO: No, I'm not
10  going to that stage right now.
11  MS. MAHENDRANATHAN: Okay.
12  MR. SANGIAMO: You've asked
13  her the question multiple times. You
14  just asked it twice in a row. So I'm
15  not yet, but I'm getting there.
16  MS. MAHENDRANATHAN: We'll
17  move on after this.
18  BY MS. MAHENDRANATHAN:
19  Q.  If you would, please, answer
20  my question.
21  A.  Could you, please, repeat the
22  question?
23  Q.  I said, so Merck does not have
24  current information?
25  MR. SANGIAMO: Current

Page 113

1  information for what?
2  BY MS. MAHENDRANATHAN:
3  Q.  My prior question was --
4  MS. MAHENDRANATHAN: Linda,
5  could you read back my last few sets
6  of questions on that?
7  - - -
8  (The court reporter read the
9  pertinent part of the record.)
10  - - -
11  THE WITNESS: I'm unaware of
12  any information. There could have
13  been data that came from
14  effectiveness studies.
15  MS. MAHENDRANATHAN: So I'm
16  going to mark this document as
17  Exhibit 6.
18  - - -
19  (Exhibit 30(b)(6)(4)-6,
20  Package circular for ProQuad, was
21  marked for identification.)
22  - - -
23  BY MS. MAHENDRANATHAN:
24  Q.  Do you know what this document
25  is?

29 (Pages 110 - 113)

Appx5378

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 114

1    A.    It's the package circular for
2  ProQuad.
3    Q.    Do you know if there's more
4  than one package circular for ProQuad?
5    A.    There could be a circular for
6  a frozen formulation and one for
7  refrigerator stable product.  The content, I
8  believe, is similar.
9    Q.    Do you know if this is the
10  current circular?
11    A.    Again, based on the date of
12  5/2017 I would guess it is.
13    Q.    So I'm on page 16.  So right
14  at the top under "Mechanism of Action," it
15  says, ProQuad has been shown to induce
16  measles-, mumps-, and rubella -- rubella,
17  and varicella-specific immunity, which is
18  thought to be the mechanism by which it
19  protects against these four childhood
20  diseases.
21        Do you see where it says that?
22    A.    Yes.
23    Q.    Is this a true statement?
24    A.    Again, we believe that
25  antibody is important in the development of

Page 115

1  immune response but it may not be the only
2  mechanism.
3    Q.    Okay.  So is it true that
4  ProQuad induces mumps specific immunity?
5    A.    You're going to have to define
6  mumps specific immunity for me, please.
7    Q.    As it is used in the circular.
8    A.    I take that to mean that it's
9  the measurement -- the detection of
10  antibody, and the answer would be yes.
11    Q.    And does the antibody induced
12  protect against mumps?
13    A.    Again, we're back to the same,
14  which is that the efficacy -- if you go to
15  the next paragraph, it says that the --
16  basically the efficacy results come from the
17  original trials of the monovalent components.
18    Q.    So this statement is based on
19  the original efficacy studies?
20    A.    Yes, it is.
21    Q.    When were those efficacy
22  studies?
23    A.    Again, back to the late '60s.
24    Q.    Then does Merck have any more
25  current studies that reflect that ProQuad

Page 116

1  induces mumps specific immunity which
2  protects against mumps?
3    A.    Again, the basis of the
4  licensure of ProQuad was based on the
5  immunologic endpoint only.
6    Q.    So only the studies from the
7  1960s?
8    A.    Yes.
9    Q.    The next sentence which you
10  have kind of already spoken about or you
11  referenced, "...efficacy of ProQuad was
12  established through the use of immunological
13  correlates for protection against measles,
14  mumps, rubella, and varicella."  What does
15  this mean?
16    A.    It's basically the same as
17  what we were talking about before, which is
18  that for measles, mumps, and rubella in
19  those early studies, that there was a
20  parallelism between the presence of antibody
21  and the efficacy results seems fairly
22  similar.  The text goes on to further
23  elucidate the information with regard to
24  varicella in which the endpoint was actually
25  discussed with regulatory agencies and a

Page 117

1  titer greater than five and gpELISA was
2  considered to be indicative of protection
3  based on some long-term follow-up studies.
4    Q.    Do you know what the endpoint
5  was for mumps?
6    A.    The same as what we discussed
7  earlier.
8    Q.    Which was?
9    A.    I assume it was the
10  neutralization assays from the late '60s.
11    Q.    So your understanding is that
12  this information comes from the
13  neutralization assays from the late '60s?
14        MR. SANGIAMO:  Object to the
15  form.
16        THE WITNESS:  Yes.
17  BY MS. MAHENDRANATHAN:
18    Q.    Were the studies referenced in
19  the immunological correlate of protection,
20  are those studies from the late 1960s?
21    A.    The measles, mumps, and
22  rubella are from the '60s.  The varicella is
23  from sometime in the '80s or '90s.  I don't
24  remember the exact year.
25    Q.    Is that the original efficacy

30 (Pages 114 - 117)

Appx5379

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 118

1 studies or the studies doing the correlating
2 of protection?
3         MR. SANGIAMO: Object to the
4     form.
5         THE WITNESS: I'm not
6     understanding what you're asking me,
7     I'm sorry.
8 BY MS. MAHENDRANATHAN:
9     Q.    Sure. Let me try again. The
10 sentence says efficacy was established for
11 ProQuad through using immunological
12 correlates of protection to mumps.
13     A.    Yes.
14     Q.    So is this sentence
15 referencing the original efficacy studies
16 for mumps or these immunological correlate
17 of protection studies for ProQuad?
18     A.    It's the original studies for
19 mumps.
20     Q.    Has Merck done any bridging
21 studies to compare the original efficacy
22 studies to the efficacy of ProQuad?
23         MR. SANGIAMO: Object to the
24     form.
25         THE WITNESS: Efficacy studies

Page 119

1     were not done for ProQuad. That was
2     the agreement with regulatory
3     agencies. The product was licensed
4     on the basis of immunologic bridging
5     between the component products, MMR
6     and Varilrix.
7 BY MS. MAHENDRANATHAN:
8     Q.    When were those bridging
9 studies conducted?
10     A.    I'd have to go back and look.
11 I'm guessing 1990s, early 2000s.
12     Q.    Does Merck have any current
13 information that -- strike that.
14         Does Merck have any current
15 studies on the immunological correlates of
16 protection for ProQuad?
17         MR. SANGIAMO: Object to the
18     form.
19         THE WITNESS: No.
20 BY MS. MAHENDRANATHAN:
21     Q.    No. Okay. I'm going to move
22 on to a different document.
23         How does Merck define mumps
24 outbreak?
25     A.    Merck doesn't define Merck

Page 120

1 mumps outbreak. That's defined by the CDC.
2     Q.    What is that definition?
3     A.    It's usually somewhere between
4 three or more cases in a particular
5 geographic area in a particular time.
6     Q.    Would you consider three cases
7 of mumps in a -- you know, located within a
8 particular location in time to be a
9 significant mumps outbreak?
10     A.    Not at all.
11     Q.    What would you consider to be
12 a significant mumps outbreak?
13     A.    Probably thousands, if not
14 tens of thousands of cases.
15     Q.    Have you heard reference to a
16 resurgence in mumps?
17     A.    Yes, I've heard the term.
18     Q.    What does it mean?
19     A.    It means that there have been
20 a few outbreaks. But, again, they're
21 intermittent, they haven't continued over
22 the years. They happen in very discrete
23 environments, colleges, religious
24 communities, churches.
25     Q.    How many cases do you think

Page 121

1 would constitute a resurgence in mumps?
2     A.    That's speculating on my part.
3     Q.    Does Merck have an
4 understanding of how many cases per year of
5 mumps would be a significant outbreak?
6     A.    No, not really.
7     Q.    Has there been a resurgence of
8 mumps since 2006?
9     A.    I don't know your definition
10 of resurgence, I'm sorry.
11     Q.    Okay. Has there been a
12 significant increase in mumps since the last
13 outbreak in 2006?
14     A.    Frankly, no. Let's go back to
15 Tab 3. Frankly, you can even -- let's go to
16 Tab 3. So remember in the pre-vaccine era
17 there were anywhere between 152 and
18 212,000 cases per year. Having 600, 300,
19 whatever, is literally a drop in the bucket
20 to put it simply. Even in the outbreaks
21 that have occurred would have been --
22 there's been 200 cases on a college campus
23 out of 20,000 individuals, that's a 1
24 percent attack rate. That means this
25 vaccine is highly effective and these

31 (Pages 118 - 121)

Appx5380

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 122

1  numbers here are really quite small when you
2  compare them to the numbers that occurred in
3  the pre-vaccine area.  Think about the UK
4  where there have been over 70,000 cases.  We
5  don't have anywhere near 70,000 cases.
6      Q.    Does this table contain data
7  from 2014 or 2015 or 2016 or 2017?
8      A.    No.  No, it does not.
9      Q.    Do you know --
10     A.    That's as far as the reference
11 has gone.
12     Q.    Do you know how many cases of
13 mumps there were in 2015?
14     A.    Is it on your sheet?
15     Q.    I can bring a document that
16 will help.
17     A.    I don't see it.
18     Q.    I have a document.
19        MS. MAHENDRANATHAN:  Mark this
20 as Exhibit 7.
21        - - -
22        (Exhibit 30(b)(6)(4)-7,
23     Summary of Notifiable Infectious
24     Diseases and Conditions - United
25     States, 2015, was marked for

Page 123

1     identification.)
2        - - -
3  BY MS. MAHENDRANATHAN:
4      Q.    Do you know what this document
5  is?
6      A.    It's the summary of notifiable
7  diseases from 2015.  It looks like it's
8  published in 2017.
9      Q.    Who publishes this document?
10     A.    The CDC.
11     Q.    And I'm just going to -- if it
12 helps you, I think the easiest place to look
13 for this information is on page 53.
14     A.    Okay.
15     Q.    So does this state how many
16 cases of mumps there were in 2015?
17     A.    Total says 1,329.
18     Q.    And would you -- is this a
19 reliable source of number of mumps cases in
20 2015?
21     A.    Yes, I believe so.  I don't
22 know if this is the final numbers.
23     Q.    Well, this is -- this
24 document, this was published in August 11,
25 2017.  It's the official MMWR summary of

Page 124

1  notifiable infectious diseases and
2  conditions for 2015.
3      A.    Okay.
4      Q.    I have another document.
5        MS. MAHENDRANATHAN:  Can I
6  mark this as Exhibit 8 now.
7        - - -
8        (Exhibit 30(b)(6)(4)-8,
9     National Notifiable Diseases:
10    Infectious Weekly Tables, was marked
11    for identification.)
12       - - -
13 BY MS. MAHENDRANATHAN:
14     Q.    Do you know what this document
15 is?
16     A.    I'm reading the title,
17 "National Notifiable Diseases:  Infectious
18 Weekly Tables."
19     Q.    So this is a document from the
20 CDC WONDER website.  It has provisional data
21 for notifiable diseases.  This is the page
22 for meningococcal mumps and pertussis.  Are
23 you familiar with this document?
24     A.    I'm not actually familiar with
25 the WONDER website, no.

Page 125

1      Q.    Do you see where it has mumps
2  information cumulative for 2016?
3      A.    Yes.
4      Q.    How many cases does it list?
5      A.    6,369.
6      Q.    Is it your understanding that
7  this is the mumps incidents for 2016?
8      A.    I assume based on what's
9  reported here.
10     Q.    And then what were the mumps
11 incidents for 2017?
12     A.    5,629.
13     Q.    These are thousands of mumps
14 cases?
15     A.    Yes.
16     Q.    Several thousands?
17     A.    Yes.
18     Q.    Would you consider in these
19 two years there was a relative resurgence in
20 mumps as compared to 2000 when there was
21 270 cases?
22     A.    Again, I don't know how you're
23 using the word resurgence.
24     Q.    How would you use that word?
25     A.    A few more cases.

32 (Pages 122 - 125)

Appx5381

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 126

1    Q.    It's a few more cases?
2    A.    Yes.
3    Q.    It's several thousand more
4  cases?
5    A.    Again, the number of cases
6  vary from year to year.  That's the
7  difference.  Go back to what I showed you
8  previously.  Some years it's 600, some years
9  it's 200, some years it's 2,000.  When you
10 consider it a resurgence, when you consider
11 the effective of the vaccine has been
12 remarkable over this time period.  Even with
13 these cases, as I think I gave you the math
14 earlier, you still would have over 96
15 percent reduction in disease.  This is a
16 very small number of cases when you consider
17 the total number of individual -- the impact
18 of this vaccine.
19          Let me if I may, please, take
20 you to another document.  I'd like you to go
21 to Tab 8, please.  If you can just go to --
22 how is this described, page 7, it's on the
23 top, the graph, the half-page graph.  Just
24 take a look at that.  Look at the remarkable
25 reduction in this disease.  I'm talking over

Page 127

1  40 -- sorry, make that 50 years.  This is a
2  remarkably effective vaccine.  There will be
3  a few cases here and there that differ by
4  year, but you don't even need a statistician
5  to tell you that's a remarkable reduction.
6  This is a true public health story.  This is
7  a public health success.
8    Q.    I just want to go back to my
9  question.  Would you say there is a
10 significant increase in mumps from 2002 to
11 2016?
12          MR. SANGIAMO:  Could you just
13     direct me to where this relates to
14     the notice?
15 BY MS. MAHENDRANATHAN:
16    Q.    We just want to make sure we
17 are on the same page with an understanding
18 of what constitutes outbreaks, what's a
19 significant -- what Merck is investigating
20 with respect to outbreaks, and so I want to
21 make sure that these thousands of cases fall
22 under your understanding of what is a
23 significant amount of mumps.
24          MR. SANGIAMO:  You were asking
25     her about whether something

Page 128

1  constitutes a resurgence.
2  BY MS. MAHENDRANATHAN:
3    Q.    So --
4          MR. SANGIAMO:  Where is that?
5  BY MS. MAHENDRANATHAN:
6    Q.    -- is it a significant
7  increase in mumps?
8    A.    Take a look at this graph.
9  No, it's not.
10    Q.    So 270 cases to 6,000 cases is
11 not a significant increase in mumps?
12    A.    No.  Again, think about what
13 this means.  The attack rate in most of
14 these outbreaks in vaccinated individuals is
15 perhaps 1 or 2 percent.  The normal attack
16 rate in an outbreak is between 30 and
17 40 percent.  We have a nine to tenfold
18 reduction because of the value of this
19 vaccine in cases.  Again, it's a highly
20 effective vaccine.  It's also a very safe
21 vaccine.
22    Q.    Just to go back to my
23 question, so you would not say 270 to
24 6,000 cases is a significant increase in
25 mumps?

Page 129

1    A.    No.
2          MR. SANGIAMO:  Object to the
3     form.  You can answer.
4  BY MS. MAHENDRANATHAN:
5    Q.    Could you identify the mumps
6  outbreak that Merck is aware of?
7          MR. SANGIAMO:  Wait a minute.
8     We defined what the scope of the
9     outbreaks is that's going to be
10    covered by this deposition.
11          MS. MAHENDRANATHAN:  That's
12    fine.
13          MR. SANGIAMO:  So why don't
14    you ask you about those outbreaks?
15 BY MS. MAHENDRANATHAN:
16    Q.    Can you identify all mumps
17 outbreaks that Merck has taken some formal
18 response or action with respect to?
19          MR. SANGIAMO:  Formal
20    evaluation.
21 BY MS. MAHENDRANATHAN:
22    Q.    Formal evaluation.
23    A.    Again, it's not our role to
24 formally evaluate outbreaks.  We have been a
25 cooperative partner in the evaluations where

33 (Pages 126 - 129)

Appx5382

Page 130

1  appropriate.
2      Q.    So Merck has not conducted any
3  formal evaluation of any mumps outbreak?
4      A.    As I said earlier, this is the
5  job of the CDC.
6      Q.    It is not Merck's job?
7      A.    It is not Merck's job.
8      Q.    So Merck does not formally
9  evaluate mumps outbreaks?
10     A.    No, we do not.  CDC are the
11 experts.  We rely on their findings.
12     Q.    Can you identify all the mumps
13 outbreaks you're prepared to speak about
14 today?
15     A.    Yes, I can.
16     Q.    Sure.
17     A.    Can you turn to Tab 4, please.
18 There's nine different outbreaks shown here
19 that we were asked to discuss.  I think I
20 counted correctly.
21     Q.    With respect to these nine
22 outbreaks, Merck hasn't taken any formal
23 evaluation of these outbreaks?
24     A.    No.  Again, we've cooperated
25 with CDC.  We have provided samples.  We

Page 131

1  have provided reagents.
2      Q.    Could you describe the 2006
3  mumps outbreak?
4      A.    Certainly.  It was -- as
5  described here, it's the first large mumps
6  outbreak that was among two of those
7  recipients, lasted between December 2005 and
8  2006.  Started out in Iowa among college
9  campuses.  Moved on to eight different
10 states.  About 6,500 individuals in the
11 primary group affected were 18 to
12 24-year-olds.
13     Q.    Are there any other relevant
14 demographic information related to the 2006
15 mumps outbreak?
16     A.    Again, the fact that it was
17 very much clustered in college campuses in
18 very focal settings.
19     Q.    Could you describe the 2009 to
20 2010 Northeast outbreak?
21     A.    Sure.  So this is a
22 multi-state outbreak, actually it began in
23 Orthodox Jewish boys camp and then it spread
24 to other parts of New York, New Jersey and
25 Canada, mostly within, again, a Jewish

Page 132

1  community with about 3,500 individuals
2  involved, primarily 13 to 17-year-old boys.
3  And based on the religious practices in
4  these communities, boys have very intensive
5  study, literally sitting across the table
6  from each other for 12 and 14 hours a day
7  with extremely close contact.
8      Q.    Did you mention whether the
9  individuals who had mumps had been
10 vaccinated?
11     A.    Yeah, if you turn to the next
12 page.  So the vaccination status is that --
13 in the first one, that the Midwest outbreak
14 at about 63 percent overall and 84 percent
15 between 18 and 24-year-olds received two
16 doses, and in the 2009, 2010, two dose
17 recipients were about 76 percent, one dose
18 recipients 14 percent.
19     Q.    Can you describe the 2009,
20 2010 Guam outbreak?
21     A.    Sure.  So this is an outbreak
22 in -- Guam is a US territory, isolated area
23 of the world.  This case actually came from
24 a nearby island where mumps was circulating
25 and the outbreak went on for about a year

Page 133

1  between 2009 and 2010.  Total of 505
2  individual cases out of a population of
3  about 180,000 individuals, and this was in 9
4  to 14-year-olds.
5      Q.    What was the vaccination
6  status?
7      A.    Two dose recipients, about 60
8  percent; one dose, 11 percent; and
9  29 percent were unvaccinated.
10     Q.    Could you describe the 2011
11 Berkeley outbreak?
12     A.    Yes.  So this was in a college
13 campus once again.  The index case
14 originated from an individual who had
15 traveled to Western Europe where there's
16 lots of mumps circulating.  There's not a
17 lot of mumps vaccines used in Western
18 Europe.  This went on between August of 2011
19 and January of 2012 specifically on the UC
20 Berkeley campus.  A very small number of
21 cases, 29 amongst a student population of
22 about 36,000.
23     Q.    What was the vaccination
24 status?
25     A.    Two doses, 76 percent.  One

34 (Pages 130 - 133)

Appx5383

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 134

1  dose, 7.  Zero, 3 percent.  Unknown, 7
2  percent.  And three doses, 7 percent.
3      Q.   Would you say that this was a
4  population with high two dose coverage?
5      A.   76 percent is not nearly as
6  good as it should be, no.
7      Q.   Would you say it's a
8  population with high one dose coverage?
9      A.   Well, by default, if you add
10 the numbers together, if you take the one
11 and two dose, that would still be a 70 --
12 I'm sorry, an 83 percent, which still isn't
13 good enough.
14     Q.   So if it's 7 plus 76, okay.
15     A.   Yep.
16     Q.   Could you describe the 2013
17 Virginia University outbreak?
18     A.   I can.  It's not nearly as
19 much known about this one.  The majority of
20 the information that we found about this
21 basically comes from health department
22 reports.  And from the media, frankly.  So
23 this is at a couple of different colleges in
24 Virginia between January 2013 and
25 April 2013.  Approximate number is about 100

Page 135

1  individuals among college students.  And we
2  really have no information about their
3  vaccination status.
4      Q.   Could you describe that 2013
5  Loyola University outbreak?
6      A.   Sure.  Again, this is an
7  outbreak among undergraduates in multiple
8  class years, fairly short period of time,
9  mid-February 2013 to March 2013.  At Loyola.
10 12 cases.  We don't know the exact
11 denominator.  We don't know much about other
12 vaccination status.  And, again, this is
13 really coming out of the news media.
14     Q.   When you say we don't know
15 much about the denominator.  What did you
16 mean?
17     A.   In other words, we don't know
18 the total student population on the campus.
19     Q.   Could you describe the 2014
20 NHL outbreak?
21     A.   Sure.  For the hockey lovers
22 in the room, this outbreak occurred among
23 about two dozen players on six different NHL
24 teams.  Those players came from the US,
25 Canada, Finland, Germany and Sweden.  Some

Page 136

1  of those countries have vaccine policies,
2  many of them do not.  For mumps I mean
3  specifically.  The time period was from
4  mid-October 2014 to the end of 2014.  Again,
5  six teams, approximately 23 players and two
6  officials were involved.  These individuals
7  were somewhere between 20 and 34 years of
8  age.  Again, we don't have any information
9  about vaccination status.
10     Q.   Of the players from other
11 countries, which of those countries do not
12 have vaccine policies?
13     A.   I would have to double check,
14 but I don't believe that Finland, Germany or
15 Sweden may have a two dose vaccine policy.
16     Q.   They may have a two dose
17 vaccine policy?
18     A.   No, I don't think they do.
19     Q.   Oh, you don't think they do?
20     A.   I don't think they do.  I'm
21 not positive.  I would have to check that.
22          These individuals, by the way,
23 are also 20 to 34 years of age.  So whether
24 they ever got two doses even if it was
25 recommended is questionable.

Page 137

1      Q.   Can you describe the 2016-2017
2  Arkansas outbreak?
3      A.   Sure.  Yes.  Again, there's no
4  formal references on this.  We got this from
5  the Department of Health and from a
6  presentation from one of the individuals in
7  the community.  This was a population in
8  Northeast Arkansas where a Marshallese
9  population exists.  Marshallese are -- how
10 should I say it -- they are employed in much
11 of the chicken industry in the area.  It
12 also was very much concentrated in the
13 Marshallese but also in some school-age
14 children in various portions of Northwest
15 Arkansas.  The Marshallese are a fairly
16 close knit community but they do engage with
17 the rest of the community at times.  The
18 time period is from August 2016 to
19 August 2017 and roughly about 2,900 cases
20 including both school-age children and
21 adults.  Here, again, the two dose coverage
22 rate was estimated to be about 63 percent,
23 one dose 8 percent and 29 percent with no
24 doses.
25     Q.   And then could you describe

Veritext Legal Solutions
www.veritext.com

**Appx5384**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 138

1  the 2016-2017 Washington outbreak?
2      A.    Yes.  This is information that
3  we obtained from the Department of Health.
4  This was outbreaks occurring in about 15
5  counties in Washington State.  The cases
6  occurred between October 2016 and May 2017,
7  approximately 834 cases.  And it involved
8  individuals anywhere between, I think it's
9  about four years of age and up to 64 years
10  of age.  Again, we don't have information on
11  vaccination status.
12      Q.    Would you consider any of
13  these outbreaks to reflect mumps cases in
14  highly vaccinated populations?
15      A.    Again, what's the definition
16  of highly vaccinated population?
17      Q.    What do you consider a highly
18  vaccinated population?
19      A.    Probably 90 to 95 percent
20  coverage rate for two doses.
21      Q.    So do any of these outbreaks
22  meet that standard?
23      A.    Not really.
24      Q.    I'm going to start with 2006
25  Midwest outbreak.  What does Merck think are

Page 139

1  the potential causes of the 2006 outbreak?
2      A.    I think perhaps we should turn
3  to possible causes in outbreaks, Tab Number
4  5, please.  This is extracted from a
5  response from Interrogatory Number 8.  And
6  this is based on the information that was
7  discussed first in 2006, really hasn't
8  changed much over the ten years in which
9  some of these outbreaks have occurred, but
10  basically it's accepted in the scientific
11  community that it's a very complex
12  scientific issue, that it's really not clear
13  why the mumps outbreaks have occurred and
14  the cause may be multifactorial.  So if you
15  look here, there's actually nine different
16  possible reasons that could explain -- that
17  may be at play, that there's no particular
18  factor that stands out in terms of what's
19  going on.
20      Q.    So all of these nine factors
21  are a possible cause of the 2006 outbreak?
22      A.    Correct.
23      Q.    So just to confirm,
24  "unrecognized importations of mumps" is a
25  possible cause of the 2006 outbreak?

Page 140

1      A.    It's one of the possible
2  causes.
3      Q.    What does that mean?
4      A.    It means, again, that there
5  could be many factors at play at the same
6  time.
7      Q.    Sorry.  Let me rephrase.  What
8  does "unrecognized importations of mumps"
9  mean?
10      A.    Sorry.  Yeah, unrecognized.
11  You want to turn to page 4, please.  So to
12  be honest, there's hasn't been -- there's
13  been very little mumps for many years here
14  and the problem, frankly, is, is that
15  physician don't really see mumps very often,
16  they may not recognize it.  It may take them
17  longer to diagnose it.  So the point is that
18  the importation of the cases may not be
19  detected initially because they don't --
20  they're not able to detect the disease.  The
21  other possibility is that you could have a
22  milder form of mumps, and so it may go
23  unrecognized until you actually have
24  laboratory studies done.  Even with
25  laboratory studies being conducted, you may

Page 141

1  not be able to actually determine if it's
2  mumps or not.
3      Q.    Let's take it step by step.
4      A.    Okay.  Sure.
5      Q.    Unrecognized means you can't
6  be sure whether or not it's mumps?
7      A.    Unrecognized means that people
8  may not recognize it in the community at
9  first.
10      Q.    I see.
11      A.    Okay.
12      Q.    And then when you say
13  importations, what do you mean?
14      A.    Well, for example, take the
15  very -- let's go back to -- if I can do
16  this, let's go back to our summary of the
17  outbreaks under -- it's right here, isn't
18  it -- under Tab 5.  Sorry.  Wrong tab.  I'll
19  get there.
20      Q.    Tab 4?
21      A.    Yeah.  Thanks.  Right.  Let's
22  go back to there.  So, I mean, the first two
23  outbreaks here are classic examples.  It may
24  not say it here, but in the 2006 outbreak,
25  this was actually an individual who had been

36 (Pages 138 - 141)

**Appx5385**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 142

1  traveling somewhere else and came back to
2  the US having mumps. It's very clear, for
3  example, in the 2009-2010 outbreak that the
4  index case was an 11-year-old who traveled
5  to the UK where mumps were circulating. So
6  that's usually what I would call an
7  importation.
8      Q.  So just so we're clear, when
9  somebody comes from somewhere else and
10  brings mumps with them?
11     A.  Correct.
12     Q.  It may be unrecognized in the
13  community at first because the doctors
14  aren't expecting to see mumps in the US?
15     A.  Correct. Right.
16     Q.  That's what an unrecognized
17  importation of mumps is?
18     A.  Correct.
19     Q.  The next factor, "delayed
20  recognition of mumps cases," what does that
21  mean?
22     A.  Kind of goes at the same thing
23  I was just saying. That, again, if you want
24  to turn to page 5 in that document. So it
25  means that they may not recognize it right

Page 143

1  away. The characteristics of mumps can be
2  also similar to other infectious diseases.
3  It can be adenovirus. It can be the flu.
4  It can be some sort of other rash. It
5  can -- so the point is -- maybe not a rash.
6  I take that back. But it can be another
7  infectious disease. So the point is, is
8  that they may not recognize it right away,
9  may not be able to diagnose them right away.
10     Q.  The next factor is,
11  "differences between the mumps vaccine
12  strain and the circulating mumps wild type
13  strain." Could you just explain that in
14  your own words what that means?
15     A.  Sure. Yeah. So, again, the
16  mumps vaccine as it exists right now, is
17  genotype A. A number of these circulating
18  mumps wild type strains have actually been
19  type G, for example. The question is, is
20  there a mismatch here, will the vaccine work
21  in those situations. I will take you to
22  page 7, if I may. Just so you can see that
23  if you look down, for example, underline 4C
24  says, "Concern was raised that mumps
25  vaccine-immunity may be less effective

Page 144

1  against other strains. There is no evidence
2  to date. All sera collected from vaccinated
3  children neutralized diverse mumps virus
4  strains. However, antigenic differences
5  among strains led to lower antibody levels
6  against non-vaccine strains. These
7  differences might become more important with
8  increasing time since vaccination."
9      But importantly in that
10  sentence is that the difference is
11  regardless of the strain, we were still able
12  to neutralize it with the vaccine.
13     Q.  So strain mismatch is just
14  when the vaccine strain is different from
15  the circulating strain?
16     A.  Yes, correct.
17     Q.  And it's a possible cause of
18  mumps outbreaks?
19     A.  Again, it's one of the
20  possible causes.
21     Q.  One of the possible causes.
22  Has Merck done studies showing neutralization
23  against diverse mumps vaccine strains?
24     MR. SANGIAMO: Dr. Krah
25     covered this topic about what studies

Page 145

1     Merck has done. Dr. Krah described
2     the studies that Merck did in
3     collaboration with the CDC and the
4     FDA. So he is our 30(b)(6) deponent
5     on that topic.
6  BY MS. MAHENDRANATHAN:
7      Q.  So you don't know, yes or no,
8  you don't have details on that?
9     MR. SANGIAMO: She is not here
10     to testify about that.
11  BY MS. MAHENDRANATHAN:
12     Q.  Okay. Just to confirm, does
13  Merck consider strain mismatch as a possible
14  cause of these outbreaks?
15     A.  Based on the information that
16  has been obtained to date, I seriously doubt
17  it.
18     Q.  Why is that?
19     A.  Because of the fact that we
20  were able to neutralize against all the
21  different strains that were tested.
22     Q.  Who is "we"?
23     A.  This is the data that we're
24  referring to, the work that was done by
25  Dr. Rubin and the CDC.

37 (Pages 142 - 145)

Appx5386

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 146

1 MR. SANGIAMO: We've been
2 going about an hour.
3 MS. MAHENDRANATHAN: Do you
4 need a break?
5 THE WITNESS: It would be a
6 great idea, sure.
7 MS. MAHENDRANATHAN: Okay.
8 VIDEOGRAPHER: The time is now
9 2:33. We're going off the video
10 record.
11 - - -
12 (A recess was taken.)
13 - - -
14 VIDEOGRAPHER: The time is
15 2:47. This begins media unit number
16 three.
17 BY MS. MAHENDRANATHAN:
18 Q. I want to go through the next
19 factor you listed "waning immunity." Does
20 that mean that the protection you get from
21 the vaccine will decrease over time?
22 A. That's one definition.
23 There's really two. So waning immunity
24 could mean either the decline in your
25 humoral or your cellular immunity over time,

Page 147

1 or it could mean basically what you said,
2 which is the protection changes over time.
3 Q. What does it mean that the
4 change in your humoral or cellular immunity?
5 A. It means that the antibody
6 levels or whatever you're measuring goes
7 down over time, which is actually a very
8 normal phenomena with most vaccines.
9 Q. What would the impact of that
10 be?
11 A. That eventually perhaps you
12 could reach a level where the antibodies are
13 no longer protective.
14 Q. So under either definition, at
15 some point, it's possible to reach a level
16 where you're no longer protective?
17 A. Possible.
18 Q. Does Merck consider waning
19 immunity a possible cause of the outbreaks?
20 A. So, again, these outbreaks
21 have been investigated by the CDC. These
22 are one of the main reasons that they have
23 identified. Recognize that in some of the
24 studies waning immunity has been listed as a
25 possibility, probably in about six studies

Page 148

1 it has and another six it hasn't. So,
2 again, it's a possibility, but it's
3 certainly not the sole factor.
4 Q. I just want to go back to my
5 question. In Merck's opinion is it a
6 possible cause?
7 A. Again, we didn't do these
8 outbreak investigations. The experts here
9 at the CDC, we rely on them for their input.
10 Q. So does Merck have an opinion
11 as to what the possible causes are?
12 A. No. We support the research
13 that they've done, we think it's very good.
14 Q. So Merck has no understanding
15 of the possible causes of mumps outbreaks?
16 MR. SANGIAMO: Object to the
17 form.
18 THE WITNESS: Again, we're
19 relying on the CDC. They're the
20 experts in this area. We think
21 they've done some very good research.
22 They're looking at the outbreaks for
23 over ten years. They listed nine
24 possible different reasons. It could
25 be any one of these or a multitude of

Page 149

1 these.
2 BY MS. MAHENDRANATHAN:
3 Q. Does Merck agree that these
4 are possible reasons of the CDC?
5 A. Certainly these are reasons
6 that they listed. It doesn't mean this is
7 an -- what's the word, exhaustive list. It
8 could be other reasons as well.
9 Q. But Merck agrees these are
10 possible?
11 A. According to the CDC, yes.
12 Q. Does Merck agree with the CDC?
13 A. This is what they've published.
14 They're the experts.
15 Q. I asked if Merck agrees with
16 the CDC. Does Merck agree?
17 A. I understand what you asked.
18 Again, this is research that's done by the
19 CDC. We think they're the experts in the
20 area. We rely on their expertise.
21 Q. So you can't answer whether
22 Merck agrees with the CDC?
23 A. I cannot.
24 Q. Why is that?
25 A. We don't have a position on

38 (Pages 146 - 149)

Appx5387

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 150

1  this. We rely on the CDC. They have the
2  expertise in this area.
3  Q.  So Merck takes no position as
4  to whether any of -- anything is a cause of
5  mumps outbreaks?
6  MR. SANGIAMO: Object to the
7  form.
8  THE WITNESS: I can't answer
9  that. That's speculation.
10  BY MS. MAHENDRANATHAN:
11  Q.  You can't answer it because
12  Merck does not take a position?
13  MR. SANGIAMO: Object to the
14  form.
15  THE WITNESS: I don't think I
16  can answer that.
17  BY MS. MAHENDRANATHAN:
18  Q.  I asked you --
19  MS. MAHENDRANATHAN: Could you
20  just read back the question?
21  - - -
22  (The court reporter read the
23  pertinent part of the record.)
24  - - -
25  BY MS. MAHENDRANATHAN:

Page 151

1  Q.  Could you answer that question?
2  MR. SANGIAMO: Object to the
3  form.
4  THE WITNESS: I can't answer
5  the question. Again, this is the
6  expertise of the CDC. We rely upon
7  them. They have the expertise in
8  this area.
9  BY MS. MAHENDRANATHAN:
10  Q.  So does Merck know whether the
11  effectiveness of its vaccine is a possible
12  cause of outbreak?
13  A.  One of the issues, if you look
14  at Item Number E here, vaccine effectiveness
15  is one of the possibilities. It's one of
16  them.
17  Q.  But Merck doesn't know whether
18  it's a possible cause?
19  A.  There are multiple causes
20  here. No one cause has been identified for
21  these outbreaks.
22  Q.  I asked, Merck doesn't know
23  whether it's a possible cause. Does Merck
24  know whether it's a possible cause?
25  A.  It's one of the causes that

Page 152

1  have been listed by the CDC.
2  Q.  And has Merck investigated
3  whether vaccine effectiveness is a possible
4  cause of mumps outbreak?
5  A.  This is, again, the role of
6  the CDC. Remember when I took you back to
7  the first item here in the booklet, it
8  describes the activities that CDC does.
9  They are the experts in terms of looking at
10  vaccines and outbreaks and getting the
11  associated effectiveness many times from
12  those outbreaks.
13  Q.  I just want to confirm for the
14  record, Merck does not, has not investigated
15  whether vaccine effectiveness is a cause of
16  mumps outbreaks?
17  MR. SANGIAMO: Object to the
18  form.
19  THE WITNESS: It's not our
20  role. CDC does that very
21  effectively, much better than we
22  would ever do.
23  BY MS. MAHENDRANATHAN:
24  Q.  Because it's not your role,
25  Merck has not done it?

Page 153

1  A.  Correct.
2  MR. SANGIAMO: Object to the
3  form.
4  BY MS. MAHENDRANATHAN:
5  Q.  Has Merck done anything to
6  rule out the possibility that vaccine
7  effectiveness has caused mumps outbreaks?
8  A.  No, we have not. Again, there
9  is a bunch of list -- there's a bunch of
10  causes listed here.
11  Q.  And these came from the CDC?
12  A.  Yes, they did.
13  Q.  And Merck has not done
14  anything to rule out the possibility that
15  effectiveness is one of the causes of the
16  outbreaks?
17  A.  No. It could be any one --
18  MR. SANGIAMO: Object to the
19  form.
20  THE WITNESS: It could be any
21  one of these nine items.
22  BY MS. MAHENDRANATHAN:
23  Q.  Merck has not ruled out any of
24  these?
25  MR. SANGIAMO: Same objection.

39 (Pages 150 - 153)

Appx5388

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 154

1    THE WITNESS:  No, we have not.
2  BY MS. MAHENDRANATHAN:
3    Q.    So Merck has not ruled out
4  that vaccine effectiveness could be a cause
5  of outbreaks?
6    MR. SANGIAMO:  Object to the
7    form.
8    THE WITNESS:  It's the same
9    answer.  One out of nine
10    possibilities here.  There could be
11    other reasons as well.
12    MS. MAHENDRANATHAN:  Could you
13    read back my question?
14          - - -
15    (The court reporter read the
16    pertinent part of the record.)
17          - - -
18  BY MS. MAHENDRANATHAN:
19    Q.    Could you answer that question?
20    A.    It's the same answer I gave.
21  I'm sorry.  It could be any one of these
22  reasons.
23    Q.    So what are all of these
24  reasons?
25    A.    Again, these are possible

Page 155

1  reasons.  It's not clear --
2    Q.    I just want to confirm the
3  universe of the possible reasons.
4    A.    This is the list that we put
5  together in the Interrogatory.  This is what
6  we found in the scientific literature.  It
7  doesn't mean that these are the only reasons
8  but these are probably the ones that have
9  been identified most often in the
10  publications that have been put out to date.
11    Q.    I see that.  I just want you
12  to state on the record what the reasons are
13  so we can see it.
14    A.    You want me to read all nine
15  of these?
16    Q.    Yes, please.
17    A.    Want me to read what's here
18  slowly?
19    Q.    Could you put them in your own
20  words what each of these reasons are?
21    A.    I think they're best stated
22  right here.  So the factors that have been
23  considered, but are not necessarily limited
24  to these, are nine different possibilities.
25  One is an "Unrecognized Importation of

Page 156

1  Mumps;" two is a "Delayed Recognition of
2  Mumps Cases;" three is "Differences between
3  the Mumps...Strain and the Circulating Wild
4  Type Strain;" four is "Waning Immunity;"
5  five is the "Vaccine Effectiveness;" six is
6  an "Accumulation of Susceptible
7  Individuals;" seven is a "Population
8  Immunity that is Below the Herd Immunity
9  Threshold;" eight is a "Lack of Asymptomatic
10  Natural Boosting due to Substantially
11  Reduced Endemic Disease;" and nine are
12  "Conditions That Foster Frequent,
13  High-Intensity Exposures that Facilitate
14  Transmission."
15    Q.    And these nine factors are
16  what Merck considers the possible causes of
17  outbreaks?
18    A.    These and there could be
19  others.
20    Q.    What are the others?
21    A.    It could be looking at, for
22  example, cellular immunity.  It could
23  be looking at --
24    Q.    Let me slow you down.  What
25  was what you just said?

Page 157

1    A.    I said it could be changes in
2  cellular immunity, for example.
3    Q.    Thank you.
4    A.    You're welcome.
5    Q.    You can continue.
6    A.    I mean I think -- I haven't
7  really gone through an exhaustive list of
8  these.  These are certainly the largest,
9  these are the top nine if you want to call
10  it that.
11    Q.    Do you think each of these
12  causes is equally likely?
13    A.    I don't know.
14    Q.    Does Merck have an opinion as
15  to whether each of these causes is equally
16  likely?
17    A.    No, we really don't.
18    Q.    You don't know.
19    What does accumulation of
20  susceptible individuals mean, in your own
21  words?
22    A.    Sure.  So think about it this
23  way:  As with any vaccine, you don't have
24  either 100 percent protection or 100 percent
25  seroconversion.  So let's just take this,

40 (Pages 154 - 157)

Appx5389

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 158

1 for example, that we might have a 95 percent
2 seroconversion. Technically that leaves 5
3 percent of individuals who are not
4 protected, not seroconverted. Over time you
5 build up a cohort of those each year. As
6 you vaccinate, you get another 5 percent and
7 another 5 percent and another 5 percent, and
8 pretty soon you have a large group of
9 individuals who may be susceptible.
10 Q. So just to make sure I'm
11 understanding, if you have a population of
12 people, some have been vaccinated, some
13 haven't, in each of those populations there
14 could be people that are still susceptible
15 because they weren't vaccinated or they were
16 and for whatever reason they are still
17 susceptible?
18 A. Right. There's a small
19 percentage of people who, with vaccine, will
20 not have a detectable antibody, and,
21 therefore, we assume that they are not
22 protected.
23 Q. So -- sorry. Didn't mean to
24 cut you off.
25 So that population of

Page 159

1 susceptible people over time could build up
2 to a point where mumps outbreaks are
3 possible?
4 A. Yes.
5 Q. The next factor, "Population
6 Immunity that is Below the Herd Immunity
7 Threshold," what does that mean?
8 A. So herd immunity is the
9 concept that if you get to a particular
10 level, which for mumps could be somewhere
11 around 92 percent, that by vaccinating most
12 people, that you can then protect the
13 unvaccinated. Think about the fact that
14 maybe you have someone who isn't a vaccine
15 candidate, they're immunocompromised,
16 something like that. By having enough
17 people vaccinated, you can, in fact, protect
18 the unvaccinated individuals.
19 Population immunity is a
20 little bit more of a complex concept here,
21 and that is that population immunity means
22 basically the math behind it is that you
23 take the percentage of people that are
24 vaccinated, let's just say the vaccine
25 coverage rate is -- I'll make these simple

Page 160

1 numbers, 90 percent. And the effectiveness
2 of the vaccine is also 90 percent. So you
3 multiply .9 times .9 and you get .81. .81
4 is too low of a population immunity to reach
5 the herd immunity level that's been set of,
6 say, 92 percent.
7 Q. So there's some percentage of
8 protection you need in the population to
9 prevent outbreaks from happening?
10 A. Yes, correct.
11 Q. And this combination of
12 vaccine coverage and vaccine effectiveness
13 is lower. When you, you know, multiply them
14 together --
15 A. Right.
16 Q. -- it's lower than what you
17 need to prevent outbreak?
18 A. That's right.
19 Q. And then H, could you explain
20 what factor H is?
21 A. Sure. So "Lack of
22 Asymptomatic Natural Boosting due to
23 Substantially Reduced Endemic Disease."
24 This is actually, if you will, the success
25 of a vaccine which is that with high

Page 161

1 coverage rates and with a good vaccine, you
2 basically have less natural boosting going
3 on because you don't have a wild type
4 disease circulating in the population. So
5 this is actually -- you know, the success of
6 most vaccines which actually reduce that
7 natural boosting.
8 Q. So it's basically that people
9 aren't exposed to mumps so they're not
10 getting boosted?
11 A. Correct.
12 Q. And so --
13 A. Correct.
14 Q. -- that could cause outbreaks --
15 A. Yes.
16 Q. -- because their protection is
17 lower?
18 A. Right.
19 Q. And then the last factor,
20 "Conditions that Foster Frequent,
21 High-Intensity Exposures that Facilitate
22 Transmission," what does that mean?
23 A. So think about what I told you
24 earlier about the various outbreaks that
25 have occurred to date. Many of those have

41 (Pages 158 - 161)

Appx5390

Page 162

1 occurred in really very sort of congregate
2 settings, college campuses, religious
3 communities, isolated communities. These
4 are areas in which you have very -- you
5 know, think back to when you were in
6 college. We all had a lot of fun, you eat,
7 drink and sleep together. All right. So in
8 that type of setting, you can really have a
9 very high-intensity exposure going on. So
10 it's that very close living that really
11 allows you to have constant, constant
12 exposure to the virus.
13     Q.    So if somebody has mumps, you
14 can't avoid them because you see them all
15 the time?
16     A.    That's right. In the
17 classroom, in your dormitory, at dinner,
18 everywhere. In the library.
19     Q.    Do you think that this
20 constant -- these high exposure settings, do
21 you think that's more likely to be a
22 possible cause of mumps than the strain
23 mismatch?
24     A.    Again, I don't really think
25 I'm qualified to make that decision. I

Page 163

1 think it's one of the variables at play
2 here.
3     Q.    And Merck doesn't have a
4 position --
5     A.    No.
6     Q.    -- as to whether one is more
7 likely --
8     A.    No.
9     Q.    -- than the other.
10         Has Merck conducted any test
11 to rule out any of these causes of
12 outbreaks?
13     A.    Well, again, I mean, we
14 participated in the evaluation of the mumps
15 strains, to look at that. Other than that,
16 I don't believe that we have.
17     Q.    So I'm just going to go
18 through them one by one to confirm. So has
19 Merck conducted any test to rule out the
20 possibility that unrecognized importations
21 of mumps have caused outbreaks?
22     A.    Again, we're not in a position
23 to rule out or to evaluate. This is -- for
24 every one of these variables it's the same
25 thing, we don't have access to these

Page 164

1 populations. We don't do these types of
2 studies. The health departments don't
3 invite us in. So we don't really have
4 access to this.
5     Q.    Understood. So Merck isn't
6 studying whether it's these outside
7 importation of mumps that's causing
8 outbreaks?
9     A.    No.
10     Q.    Based on our understanding of
11 some of these studies you've mentioned, the
12 2009-2010 outbreak where someone traveled to
13 the UK and came back and brought mumps, does
14 Merck have an understanding that that's
15 probably what caused that outbreak?
16     A.    We rely on the CDC to make
17 that assessment. The other ones are in the
18 best position to determine what causes these
19 outbreaks. In the ten years of evaluating
20 this information, to be honest, they have
21 not come to one specific factor. All these
22 nine are still in play.
23     Q.    So for the 2009-2010 Northeast
24 outbreak, does the CDC suggest that the
25 importation of mumps was an actual cause?

Page 165

1     A.    It started the outbreak.
2     Q.    Does Merck agree that it
3 started the outbreak?
4     A.    That's what the facts show.
5     Q.    So it caused the outbreak?
6     A.    It didn't cause it. It
7 started it.
8     Q.    What is the distinction there?
9     A.    It's that there was an index
10 case, the first person that comes down with
11 the disease I'm saying that person started
12 the outbreak. It's the first case. Whether
13 that's the only cause of that outbreak, I
14 don't know.
15     Q.    But it's one of the causes?
16     A.    It's one of the causes, yes.
17     Q.    Okay. Could waning immunity
18 be one of the causes?
19     A.    It could be one of the causes.
20 We don't know.
21     Q.    Merck doesn't know?
22     A.    No, we don't know, certainly
23 don't know.
24     Q.    Does the CDC know?
25     A.    Again, no, because they still

42 (Pages 162 - 165)

Appx5391

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 166

1 have all these things listed. They haven't
2 changed their opinions on this.
3     Q.   It could be a number of
4 causes?
5     A.   It could be more than one,
6 yes.
7     Q.   They haven't ruled out waning
8 immunity?
9     A.   No, they have not.
10     Q.   And Merck hasn't ruled out
11 waning immunity as a cause?
12     A.   No, again, but we rely on the
13 CDC for their opinion on this.
14     Q.   Merck doesn't evaluate whether
15 waning immunity is a cause of outbreaks?
16     A.   No, not really. I mean, we
17 did -- I don't know if it's time to -- we
18 did talk. We did do some -- you know, we
19 tried to support research in regards to the
20 use of the vaccine. You can take -- perhaps
21 take a look at Tab 17 if you'd like. 16,
22 17.
23     Q.   Could you describe the
24 research to me? The research referencing.
25     A.   Let's go to 16 and 17 for a

Page 167

1 minute, please. Do you remember when I
2 first said that Tab 16 describes our
3 investigator initiated studies program? So
4 if you turn to the second page under that
5 tab, if you want to follow with me, please.
6 So I mean, these on the bottom of the page
7 that says areas of interest for investigator
8 initiated studies. So we're trying to
9 understand more about the vaccine and we
10 support independent investigators to do this
11 type of research.
12     Q.   When you say support, is that
13 funding?
14     A.   It can be funding, it can be
15 vaccine or it could be a combination of
16 those.
17     Q.   So through this program, Merck
18 is encouraging research into vaccine -- into
19 waning immunity?
20     A.   Again, it's persistence of
21 immunity is one of the areas of interest
22 that's listed here, yes.
23     Q.   Has Merck encouraged or funded
24 or any way through this program facilitated
25 research into waning immunity?

Page 168

1     A.   Yeah. Let's go to that. It's
2 on -- turn to Tab 17 for a minute. Here
3 is -- there's one, two, three, four, five
4 studies that are listed on this page 1 and
5 the next page. So the first two studies we
6 supported were not through this formal MISP
7 program but rather just through provision of
8 vaccine or antigens or infected cells,
9 whatever, to do it. But the first two
10 studies are from Sweden and Finland to
11 actually look at immunogenicity and
12 persistent studies. So that was specific --
13 both of those are specifically focused on
14 looking at cellular immune responses and
15 persistence of antibody in young adults.
16     Q.   Would you say this reflects,
17 you know, Merck's efforts to evaluate
18 whether waning immunity is a cause of
19 outbreaks?
20     A.   This is one of them, yes.
21     Q.   Has Merck conducted any other
22 efforts to evaluate whether waning immunity
23 is a cause of outbreak?
24     A.   Let's just go through the rest
25 of these, if we could, please. So, again,

Page 169

1 on the bottom, the third item that's listed
2 here is a CDC mumps persistent study. We
3 actually tried to join forces, if you will,
4 with the CDC to actually look at the immune
5 responses after -- 15 years after second
6 dose and also to look at what would happen
7 with the third dose. Unfortunately we tried
8 to engage them, but the CDC said it wasn't
9 really appropriate for them to do research
10 with us. As it turns out, the CDC ended up
11 doing the study themselves, which is great.
12 That paper was published by Amy Fiebelkorn
13 in 2014.
14     Then on the next page are two
15 of the formal studies that we've done to
16 understand more the immunogenicity and
17 persistence. And these were through the
18 Merck Investigator Initiated Studies
19 Program. These are two studies, again, to
20 look at persistence of immune responses,
21 both human and cellular. And the last one
22 specifically says to look at, for example,
23 waning over time. All right. So we have
24 supported both of those studies.
25     Q.   So you had said earlier that

43 (Pages 166 - 169)

Appx5392

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 170

1   it's not Merck's job to evaluate possible
2   causes of outbreaks and yet Merck is helping
3   assess possible causes of outbreaks here.
4   Right?
5       A.   Where the research can be done
6   yes.
7       Q.   And what other efforts has
8   Merck taken to assess possible causes of
9   outbreaks?
10      A.   This is the extent of it right
11  here.
12      Q.   This is all of it?
13      A.   Yes.
14          MR. SANGIAMO:  Plus what
15      Dr. Krah testified about.
16  BY MS. MAHENDRANATHAN:
17      Q.   Okay.  So -- and this would
18  assess waning immunity as a possible cause?
19      A.   Some of the studies would,
20  yes.
21      Q.   Were there any other possible
22  causes that were assessed?
23      A.   No, just persistence, third
24  dose -- no, I don't think so.
25      Q.   So Merck hasn't evaluated

Page 171

1   whether effectiveness is a possible cause?
2       A.   No.
3       Q.   Has taken no efforts to assess
4   whether effectiveness is a possible cause?
5       A.   No.  Again, that's really
6   extremely difficult for us to do.  We don't
7   have access to those populations.  The CDC
8   works with the counties, states, locales
9   that have outbreaks.  And that's how would
10  you determine effectiveness.
11      Q.   Has Merck done any test to
12  establish any correlates of effectiveness?
13      A.   No.
14      Q.   Has Merck assessed vaccine
15  protection as a possible cause of outbreaks
16  aside from simply the effectiveness?
17          MR. SANGIAMO:  Object to the
18      form.
19          THE WITNESS:  I'm not sure how
20      you're defining protection here.
21      Again, we have looked at long-term
22      immunogenicity studies, persistence
23      of antibody through these independent
24      grants.
25  BY MS. MAHENDRANATHAN:

Page 172

1       Q.   As a -- as part of your
2   investigation into possible causes?
3       A.   Again, to help broaden the
4   scientific knowledge in this area.
5       Q.   What studies are those?
6       A.   The ones I just identified for
7   you.
8       Q.   These were conducted by Merck?
9       A.   No, no, no, no.  I'm sorry.
10  No.  We supported these studies --
11      Q.   You supported the studies?
12      A.   We did not conduct them.  We
13  may have provided reagents.  We may have
14  provided vaccine.
15      Q.   But Merck has not conducted
16  its own studies?
17      A.   No, we have not.
18      Q.   As you know in, I think we
19  just went over, in 2016 there were several
20  thousand cases of mumps?
21      A.   Correct.
22      Q.   And in 2017 over 5,000 cases
23  of mumps.  Does Merck anticipate that in the
24  coming years there will be as many cases of
25  mumps?

Page 173

1           MR. SANGIAMO:  I'm going to
2       object.  I think that's outside the
3       scope of this notice.  Calls for
4       speculation.
5   BY MS. MAHENDRANATHAN:
6       Q.   You can speculate if you want.
7           MR. SANGIAMO:  No.  She has to
8       give truthful testimony.  Speculating
9       is not truthful testimony, and it's
10      outside the scope of the notice.
11  BY MS. MAHENDRANATHAN:
12      Q.   Based on Merck's understanding
13  of the possible causes, which you listed
14  these nine causes, and you said there could
15  be others, does Merck understand that
16  thousands of cases of mumps a year could
17  continue to happen?
18          MR. SANGIAMO:  That's outside
19      the scope of this notice.  The notice
20      asks for the understanding of
21      potential and actual causes of mumps
22      outbreaks that have been identified
23      that already occurred.  The notice
24      doesn't call upon the witness to try
25      and make predictions for what kind of

44 (Pages 170 - 173)

Appx5393

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 174

1    outbreaks may occur in the future.
2    BY MS. MAHENDRANATHAN:
3        Q.   If waning immunity is a cause
4    of outbreaks, do you have any -- does Merck
5    have any reason to believe that -- strike
6    that.
7            Merck understands that waning
8    immunity is a possible cause of outbreaks?
9        A.   It is one of the causes
10   identified by CDC.
11       Q.   Is there any reason to believe
12   that the impact of waning immunity will
13   change in the future?
14           MR. SANGIAMO:  Calls for
15   speculation.  That's the same
16   question.  It's outside the scope of
17   this deposition.
18           MS. MAHENDRANATHAN:  Well, I'm
19   talking about possible causes and I
20   want to learn more about them, their
21   impact now and whether they could
22   change.
23           MR. SANGIAMO:  That's not part
24   of this notice.  This notice asks for
25   Merck's understanding of all

Page 175

1    potential and actual causes of the
2    mumps outbreak, and we identified
3    these outbreaks, all of which
4    occurred in the past.  It does not
5    call upon Merck giving predictions
6    about what might occur in the future.
7            MS. MAHENDRANATHAN:  I'm
8    asking for her understanding of the
9    potential actual causes, actual
10   causes.  This is part of her
11   understanding.  Would they change,
12   would they stay the same?  That's
13   what I'm asking.
14           MR. SANGIAMO:  Whether they
15   would have changed as to the
16   outbreaks that occurred, is that what
17   you're asking?
18           MS. MAHENDRANATHAN:  I'm
19   asking her understanding of the
20   causes.  These causes --
21           MR. SANGIAMO:  She testified
22   to that.
23           MR. MACORETTA:  Is Ms. Keegan
24   going to testify to this, then, under
25   number four, consideration of

Page 176

1    possible solutions?  Would you agree
2    that it's a fair question for her
3    then?
4            MR. SANGIAMO:  She'll testify
5    to consideration of possible
6    solutions including changes to the
7    composition, manufacture of mumps
8    vaccine.
9            MR. MACORETTA:  So what do you
10   think is going to happen in the
11   future would go to that, wouldn't you
12   agree?
13           MR. SANGIAMO:  If she wants to
14   ask Dr. Kuter about considerations of
15   possible solutions, she can do that.
16           MR. MACORETTA:  I thought that
17   was Amy Keegan's job?  I don't -- I'm
18   just looking at an e-mail from the
19   other day.  I thought Amy Keegan was
20   testifying about that.
21           MR. SANGIAMO:  She's going to
22   testify about --
23           MS. DYKSTRA:  Just the
24   manufacturing portion.  Just the
25   manufacturing portion.

Page 177

1            MR. MACORETTA:  The e-mail
2    says --
3            MS. DYKSTRA:  The manufacturing
4    portion, in the middle of it.  So to
5    the extent that you ask about Merck's
6    consideration of possible solutions
7    for or responses to the mumps
8    outbreak, Dr. Kuter can answer that.
9    To the extent you want to talk about
10   changes to the composition or
11   manufacture of the mumps vaccine, Amy
12   Keegan will address that.
13           MS. MAHENDRANATHAN:  Okay.
14           MR. MACORETTA:  Okay.  So then
15   why don't we -- what do you think is
16   going to happen in future part of
17   number four then with Dr. Kuter?
18           MR. SANGIAMO:  Hamsa is taking
19   this deposition.
20           MR. MACORETTA:  She's taking
21   this now.  I'm taking the Amy Keegan
22   half.
23           MR. SANGIAMO:  I understand.
24   She can ask the question.
25           MS. MAHENDRANATHAN:  Can I see

45 (Pages 174 - 177)

**Appx5394**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 178

1    that?
2          MR. MACORETTA:  Absolutely.
3          You might wish to visit with
4    the witness about this issue right
5    here.  Go ahead, ask the question.
6    BY MS. MAHENDRANATHAN:
7          Q.    SO going to Topic 4 of the
8    30(b)(6) notice, in Merck's consideration of
9    possible solutions or responses to the mumps
10   outbreak, what has Merck considered as
11   possible solutions to the mumps outbreak?
12         A.    Again, we're following the
13   lead of the CDC.  Right now they're
14   suggesting possibility of a third dose in
15   outbreaks situations.
16         Q.    So Merck is not considering
17   any other possible solution?
18         A.    No.
19         Q.    Is Merck considering a new
20   vaccine as a possible solution?
21         A.    No.  You have to realize that
22   would be a huge undertaking.  Furthermore,
23   the bar has already been set.  The bar has
24   been set in the sense that this vaccine, the
25   Jeryl Lynn vaccine, has a very solid safety

Page 179

1    record and a very solid effectiveness
2    record.  Recognize the fact that there is no
3    other mumps vaccine in the world that has a
4    safety record that this vaccine has.  So
5    when you think about a new vaccine, first
6    and foremost, you not only need to think
7    about the effectiveness of the vaccine but
8    also its safety.  Furthermore, think about
9    the fact that this vaccine has been around
10   for 50 years.  It's been highly effective.
11   Remember the graph that I showed you earlier
12   with a remarkable reduction in disease, over
13   98 percent over the 50 years that it's been
14   in use.  To show how a new vaccine could
15   compare to that would be a very lengthy
16   trial.  You'd have to have a very long
17   discussion with regulatory agencies as to
18   what the appropriate endpoint would be for
19   such a study.  But I can assure you that it
20   would not be simply something as simple as
21   showing that the immunogenicity would be
22   better with a new vaccine.  So that's a
23   huge, huge undertaking.
24         Q.    So just to go back, Merck is
25   not considering a new vaccine as a response

Page 180

1    to outbreaks?
2          A.    No, we are not.
3          Q.    You mentioned that the bar has
4    been set by Merck's vaccine.  Does that
5    include the fact that Merck's mumps vaccine
6    induces 96 percent -- induces mumps
7    neutralizing antibodies in 96 percent of
8    people?
9          A.    I think what matters here is
10   not the immunogenicity data but what matters
11   here is the effectiveness data.  Any vaccine
12   expert will tell you that what the world
13   relies upon is not immunogenicity data but
14   effectiveness or efficacy data.  That's the
15   data that we're talking about that would
16   matter here.  That's where the bar has been
17   set.
18         Q.    Is there any other mumps
19   vaccine with comparable effectiveness data?
20         A.    The GSK vaccine has been shown
21   to have similar immunogenicity and similar
22   effectiveness.
23         Q.    Is licensing the GSK vaccine
24   in the US a possible solution to mumps
25   outbreaks?

Page 181

1          MR. SANGIAMO:  You're asking
2    if Merck has considered licensing of
3    GSK's vaccine as a possible solution,
4    whether Merck has considered that?
5    BY MS. MAHENDRANATHAN:
6          Q.    Does Merck consider the
7    licensing of GSK's vaccine as a possible
8    solution to mumps outbreaks?
9          A.    No.
10         Q.    Why not?
11         A.    The performance is very much
12   the same.
13         Q.    Does Merck know that the
14   licensing of GSK would not be a possible
15   solution to mumps outbreaks?
16         MR. SANGIAMO:  Object to the
17   form.  Objection.  You can answer.
18         THE WITNESS:  I'm not sure I
19   understand the question.  I'm sorry.
20   BY MS. MAHENDRANATHAN:
21         Q.    I asked you if Merck has
22   considered it and you said no because the
23   effectiveness is pretty similar?
24         A.    Correct.
25         Q.    Does Merck know that Priorix

46 (Pages 178 - 181)

**Appx5395**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 182

1 is not a potential solution to mumps
2 outbreaks in the US?
3 　　　A.　　Again, based on the information
4 that I just said, which is the immunogenicity
5 and effectiveness of the two vaccines are
6 fairly similar, I could not imagine that it
7 would change the situation.
8 　　　Q.　　But do you know it for a fact.
9 Does Merck know it for a fact?
10 　　　A.　　Of course I don't know it for
11 a fact, no.
12 　　　Q.　　So Merck is not sure?
13 　　　A.　　No, that's not what I'm
14 saying.  Again, what I'm saying is that
15 based on the scientific information that's
16 out there, you can look in the GSK package
17 circular, for example, it shows similar
18 immunogenicity to Merck's vaccine.  I don't
19 think that would be the solution to this
20 issue.
21 　　　　　MS. MAHENDRANATHAN:  Let's
22 take a short break.
23 　　　　　VIDEOGRAPHER:  The time is now
24 3:18.  We're going off the video
25 record.

Page 183

1 　　　　　- - -
2 　　　　(A recess was taken.)
3 　　　　　- - -
4 　　　　　VIDEOGRAPHER:  The time is
5 3:32.  We're back on the video
6 record.
7 　　　　　MS. MAHENDRANATHAN:  I don't
8 have any further questions.
9 　　　　　MR. SANGIAMO:  We have no
10 questions for Dr. Kuter.
11 　　　　　VIDEOGRAPHER:  The time is now
12 3:33.  This completes the deposition
13 of Barbara Kuter.
14 　　　　　- - -
15 　　　　(Witness excused.)
16 　　　　　- - -
17 　　　　(Deposition concluded at
18 3:33 p.m.)
19
20
21
22
23
24
25

Page 184

1 　　　　　C E R T I F I C A T E
2
3
　　　I do hereby certify that I am a
4 Notary Public in good standing, that the
　　aforesaid testimony was taken before me,
5 pursuant to notice, at the time and place
　　indicated; that said deponent was by me duly
6 sworn to tell the truth, the whole truth,
　　and nothing but the truth; that the
7 testimony of said deponent was correctly
　　recorded in machine shorthand by me and
8 thereafter transcribed under my supervision
　　with computer-aided transcription; that the
9 deposition is a true and correct record of
　　the testimony given by the witness; and that
10 I am neither of counsel nor kin to any party
　　in said action, nor interested in the
11 outcome thereof
12 　　　WITNESS my hand and official seal
　　this 19th day of February, 2018
13
14
15
16 _____
　　　Elinor Rossi-Ricos, RPR, CSR
　　　Notary Public
17
18
19
20
21
22
23
24
25

Page 185

1 　　　　INSTRUCTIONS TO WITNESS
2 　　　　Please read your deposition over
3 carefully and make any necessary
4 corrections.  You should state the reason in
5 the appropriate space on the errata sheet
6 for any corrections that are made.
7 　　　　After doing so, please sign the
8 errata sheet and date it.
9 　　　　You are signing same subject to the
10 changes you have noted on the errata sheet,
11 which will be attached to your deposition.
12 　　　　It is imperative that you return the
13 original errata sheet to the deposing
14 attorney within thirty (30) days of receipt
15 of the deposition transcript by you.  If you
16 fail to do so, the deposition transcript may
17 be deemed to be accurate and may be used in
18 court.
19
20
21
22
23
24
25

47 (Pages 182 - 185)

Appx5396

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 186

1      ACKNOWLEDGMENT OF DEPONENT
2
3          I have read the foregoing transcript of
4    my deposition and except for any corrections or
5    changes noted on the errata sheet, I hereby
6    subscribe to the transcript as an accurate record
7    of the statements made by me.
8
9          _____
10              BARBARA KUTER
11
12         SUBSCRIBED AND SWORN before and to me
13   this _____ day of _____, 20___.
14
15
16         _____
17              NOTARY PUBLIC
18
19
20   My Commission expires:
21
22
23
24
25

Page 187

1          E R R A T A   S H E E T
2    IN RE:  USA ex rel  vs  MERCK
3    DATE:  2/9/2018
4    PAGE   LINE   CORRECTION AND REASON
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23
24   _____  _____
25   (DATE)         BARBARA KUTER

48 (Pages 186 - 187)

Appx5397

10/25/2019
Declaration of G. Reilly
EXHIBIT 147

Appx5398

**To:**      Krah, David[david_krah@merck.com]
**From:**   Rubin, Steven
**Sent:**    Wed 8/24/2011 12:51:32 PM
**Importance:**     **Normal**
**Subject:**  RE: Serum sample request MTA w/ CBER & manuscript  /lkr46098

re word limit, its 1600, not 2500.

---

**From:**  Rubin, Steven
**Sent:**  Wednesday, August 24, 2011 12:47 PM
**To:**    'Krah, David'
**Cc:**    Kandil, Amany N
**Subject:**  RE: Serum sample request MTA w/ CBER & manuscript  /lkr46098

Thanks Dave.

Regarding Jan ter Meulen's comment on the need to provide evidence that recent outbreaks have occurred preferentially in older people, this same comment was raised during an internal review. We have addressed this by stating at the end of the second paragraph that although mumps was historically a disease of childhood, nearly all recent outbreaks have occurred in young adults, most of whom had a 2-dose vaccine history. A number of epi studies on these recent outbreaks showing age distribution were reference.

Regarding you comments:

1) consider adding that the vaccinees received Jeryl Lynn-containing vaccine -- done

2) consider adding comment/perspective on the role of SH genotype in cross-neutralization -- done

3) where a subset of 10 of the 96 serum specimens selected, or selected from a targeted titer range? -- the latter. This is now made clear.

4) Regarding the lack of significant effect of anti-F antibody on virus neutralization, would it be possible that anti-F antibody in an overlay might neutralize virus spread/syncytium formation, and provide effective neutralization, versus the standard PRN assay where virus is only pre-incubated with antibody? -- this is a very insightful question and there actually is good evidence for your speculation. Löve at al (J Virol 1986, v58:220-222) demonstrated the ability of F protein specific monoclonal antibodies given subcutaneously to protect hamsters against MuV-induced neuronal necrosis when inoculated with virus intracranically, however, it was determined that protection was via antibody prevention of F protein-mediated cell lysis and hence virus spread, not by direct virus neutralization *in vivo*, additionally supported by the observation that the antibodies were not capable of neutralizing virus *in vitro*. Unfortunately, I have a 2500 word limit and I am already a bit over. I think the statement as written is technically correct. In our study, the F protein did not play a role in virus neutralization.

5) As a general virus question, is the Jeryl Lynn virus used as indicator in neutralization assays the vaccine passage, or is this a low passage of this strain? In this study, we used the JL vaccine virus in the assay because we wanted to look at the effectiveness of the vaccine-induced immune response against the vaccine strain itself.  This would not be an acceptable practice for measuring vaccine immunogenicity as a surrogate for efficacy in a clinical trial (given that we are not interested in protection against vaccine virus exposure). Instead, a wild type virus will have to be used. Many years ago Merck argued for use of a low passage version of JL in such an assay, and we accepted (not my decision, I would not have been in favor of stacking the deck). However, from this study, it is obvious that different virus strains used in the

**CONFIDENTIAL**

**MRK-KRA00030994**
**MRK-CHA00030994**

Appx5399

PRN will yield grossly different seroconversion rates. This poses a big problem and one that we are discussing now. I think the way out is to use any wild type virus, but instead of assessing seroconversion rates, one would look at reverse cumulative distribution curves generated from the approved product and from the investigational material and demonstrate non-inferiority by some measure.

Steven

_____

From: Krah, David [mailto:david_krah@merck.com]
Sent: Friday, August 19, 2011 11:48 AM
To: Rubin, Steven
Cc: Kandil, Amany N
Subject: RE: Serum sample request MTA w/ CBER & manuscript /lkr46098

Hi Steven,
The manuscript that you forwarded as part of lkr46098 has been released through our internal review process (released 18-Aug-2011).  There were two sets of discretionary comments (that is questions and comments that you can consider at your discretion) which I attach with this message for your review.

Thanks for providing this for review, and please let me know if you have any questions or feedback to the discretionary comments.

Best regards,
Dave

_____

From: Krah, David
Sent: Thursday, July 28, 2011 1:11 PM
To: 'Rubin, Steven'
Subject: RE: Serum sample request MTA w/ CBER & manuscript /lkr46098

Hi Stephen,
I will see if I can accelerate the review.  At the least I can follow-up with the reviewers to make sure they provide timely feedback.

Best regards,
Dave

_____

From: Rubin, Steven [mailto:Steven.Rubin@fda.hhs.gov]
Sent: Thursday, July 28, 2011 1:07 PM

**CONFIDENTIAL**

**MRK-KRA00030995**
**MRK-CHA00030995**

**Appx5400**

To: Krah, David
Subject: RE: Serum sample request MTA w/ CBER & manuscript /lkr46098

Hi Dave,

I was hoping not to have to wait 30 days, but I am in no position to complain about long intervals of wait time post submission! Looks like sometimes the table do indeed turn.

---

From: Krah, David [mailto:david_krah@merck.com]
Sent: Thursday, July 28, 2011 10:58 AM
To: Kandil, Amany N; Rubin, Steven
Subject: RE: Serum sample request MTA w/ CBER & manuscript /lkr46098

Hi Steven,

I will submit the manuscript for review through our internal review process as referenced in the MTA. I likely won't be able to do this until early next week, and the review typically takes 30 days. Please let me know if this timing is acceptable with your publication submission timing plan.

Best regards,
Dave

---

From: Kandil, Amany N
Sent: Wednesday, July 27, 2011 7:06 PM
To: Rubin, Steven
Cc: Krah, David
Subject: RE: Serum sample request MTA w/ CBER & manuscript /lkr46098

HI Dr. Rubin,

I just returned from 10 days of vac yesterday and just digging out.

Dave Krah, copied herein, will be your point of contact.

With kind regards,

Amany N. Kandil

Research Contracts Manager
External Scientific Affairs
Merck, Sharp & Dohme Corp.
770 Sumneytown Pike
West Point, PA 19486
tel: 215-652-7169

CONFIDENTIAL

MRK-KRA00030996
MRK-CHA00030996

Appx5401

fax: 215-652-3143
mailstop: WP53B-330
g

---

From: Rubin, Steven [mailto:Steven.Rubin@fda.hhs.gov]
Sent: Monday, July 25, 2011 5:34 PM
To: Kandil, Amany N
Subject: RE: Serum sample request

Hi Amany,

As a follow up to the voicemail message I just left on your phone, attached is the 2007 MTA for serum samples provided by Merck to my lab. Also attached is the paper I would like to submit for publication in the Journal of Virology as a note. The sera provided by Merck were the basis for this study. Would you kindly acknowledge receipt of this email and to please forward the email with these attachments to the responsible party? Please also include me on the cc line so I can follow up.

Thanks very much,

Steven


Steven Rubin
FDA/CBER
Building 29A Room 1A-21
8800 Rockville Pike
Bethesda, MD. 20892
Ph: 301-827-1974
Fax: 301-480-5679


Notice:  This e-mail message, together with any attachments, contains information of Merck & Co., Inc. (One Merck Drive, Whitehouse Station, New Jersey, USA 08889), and/or its affiliates Direct contact information for affiliates is available at http://www.merck.com/contact/contacts.html) that may be confidential, proprietary copyrighted and/or legally privileged. It is intended solely for the use of the individual or entity named on this message. If you are not the intended recipient, and have received this message in error, please notify us immediately by reply e-mail and then delete it from your system.

Notice:  This e-mail message, together with any attachments, contains information of Merck & Co., Inc. (One Merck Drive, Whitehouse Station, New Jersey, USA 08889), and/or its affiliates Direct contact information for affiliates is available at http://www.merck.com/contact/contacts.html) that may be confidential,

CONFIDENTIAL

proprietary copyrighted and/or legally privileged. It is intended solely for the use of the individual or entity named on this message. If you are not the intended recipient, and have received this message in error, please notify us immediately by reply e-mail and then delete it from your system.

CONFIDENTIAL

MRK-KRA00030998
MRK-CHA00030998

Appx5403

10/25/2019
Declaration of G. Reilly
EXHIBIT 148

Dyer, Dona L.
UN-214

# ATTACHMENTS
## 11/18/98 CDOC MEETING

| Att. 1 | CBER Communications on M-M-R®II Expiry Study | Dr. K. Chirgwin |
|--------|---------------------------------------------|-----------------|
| Att. 2 | Current Status of Plans to Study M-M-R®II Vaccine at Expiry | Dr. S. Thaler |
| Att. 3 | Interim Analysis from the Zoster Pain Validation Study | Dr. P. Coplan |
| Att. 4 | Results from the Vaccination Report Card Validation Study | Dr. P. Coplan |
| Att. 5 | Review of COMVAX EU Proceedings with the Centralized Procedure | Dr. R. Zeldin |
| Att. 6 | Pediatric Studies Update | Dr. W. Roberts |
| Att. 7 | MAPP 28: Essential Documents for Clinical Trials | Ms. J. Keyser |
| Att. 8 | MAPP 1: Follow-up | Dr. C. Cioffe |
| Att. 9 | Update on Financial Disclosure | Ms. S. Stauffer |
| Att. 10 | MK-0966 Alzheimer's Disease Program REDACTED – OMP | Dr. G. Block |
| Att. 11 | Formulations Update/MK-0826 | Dr. H. Teppler |
| Att. 12 | Ivermectin: Results of Initial Pediculosis Study | Mr. R. Tipping |
| Att. 13 | Ivermectin: Dose Ranging/Dose Regimen Study | Dr. S. Mann |
| Att. 14 | L-756,423 Phase II Protocol | Dr. B. Y. Nguyen |
| Att. 15 | Protocol: MK-0869 and Imipramine in Treatment of Depression | Dr. M. Kramer |
| Att. 16 | MK-0869 Depression Outcomes Research Measures | Dr. J. Pearson |
| Att. 17 | Protocols and Adjudication Committees: Lessons Learned from AGGRASTAT® | Dr. G. Williams |
| Att. 18 | AGGRASTAT® - Outcome of Mutual Recognition | Dr. S. Caffe |
| Att. 19 | AGGRASTAT® - LMWH Safety Study Protocol | Dr. R. Sax |
| Att. 20 | Update on Strategy for Monkey Neurovirulence Testing for Rotavirus Vaccine and Varivax | Dr. H. Ukwu |
| Att. 21 | Update on HPV Clinical Program Issues | Dr. J. Boslego |
| Att. 22 | STOCRIN – Status of European Regulatory Assessment of Dossier | Dr. U. Taglieber |
| Att. 23 | MK-0869: Summary of Input from Consultants | Dr. J. Arena |
| Att. 24 | MK-0869: Safety Assessment Update | Dr. VanZwieten |

CONFIDENTIAL

MRK-KRA01731773
MRK-CHA01731773

**Appx5405**

# MUMPS EXPIRY- REGULATORY ISSUES
## Background (12/97 CBER meeting)

### Potency Claim in the Label

- Based on available stability data, Merck proposed these expiry titers: measles [RED] log $TCID_{50}$, mumps 3.7 log $TCID_{50}$, and rubella [RED] log $TCID_{50}$

- However, lack of clinical data at the proposed expiry claim for mumps

- Interim agreement with CBER to specify release (not expiry) titer in label

- Temporal trend of decreasing stability with mumps and measles of concern and requires further investigation

### Expiry Trial:

- Clinical data with trivalent is necessary

- Ratio of antigen to PFU may be important

- Neutralizing antibody recommended

Attachment 1

CONFIDENTIAL

MRK-KRA01731774
MRK-CHA01731774

**Appx5406**

# MUMPS EXPIRY - REGULATORY ISSUES
## Follow-up discussions with CBER in 1998

**Expiry Trial Design** (CBER letter 9/98; follow-up teleconference)

- CBER agrees with accelerated aging approach (versus dilution)

- Use of stability slope to assign potency to aged vaccine will likely be acceptable

- CBER has requested evaluation of measles immunogenicity
    - Concern about temporal trend of decreasing stability
    - Revised stability data/stability investigation report (with adjusted measles stability data) to address this concern

**CONFIDENTIAL**

**MRK-KRA01731775**
**MRK-CHA01731775**

**Appx5407**

# MUMPS EXPIRY - REGULATORY ISSUES
## Follow-up discussions with CBER in 1998

**Expiry Trial Design** (CBER letter 9/98; follow-up teleconference)

- Sample size estimate as a function of seroconversion rate
    - Proposed sample size assumes SCR of 96% (from label)
    - If observed SCR is lower, then sample size re-estimate required

- Statistical criteria
    - Merck proposed 10% equivalence margin
    - CBER recommends 5% equivalence margin and
      lower limit for SCR at 90%
    - Rationale not clarified by CBER but may be negotiable
      (depending on assay performance)

**CONFIDENTIAL**

**MRK-KRA01731776**
**MRK-CHA01731776**

**Appx5408**

# MUMPS EXPIRY - REGULATORY ISSUES
## Follow-up discussions with CBER in 1998

### Potency Claim in the Label

- Revised label approval delayed until resolution of potency claim (9/98)

- CBER proposes reduced shelf-life (based on previously submitted data) (11/98)

- Stability investigation report to address CBER's concerns (target 12/98)
    - temporal trend of decreased stability is no longer apparent
      with use of consistent methods/timepoints for stability assessment
    - revised statistical model* supports 4.3 log $TCID_{50}$ (95% LB) for expiry

- Need to support 3.7 log $TCID_{50}$ for EP end-expiry

Chen JJ, Hwang JS, Tsong-Y. Estimation of the shelf-life of drugs with mixed effects models. J-Biopharm-Stat. 1995; 5(1): 131-40

**CONFIDENTIAL**

**MRK-KRA01731777**
**MRK-CHA01731777**

**Appx5409**

# MUMPS EXPIRY - REGULATORY ISSUES
## Follow-up discussions with CBER in 1998

### Serologic assays

- CBER has requested detailed assay methods

- Neutralization assay necessary due to inability to re-establish clinical correlation

- Wild-type antigen in this assay is important (i.e. interested in protection against wild-type, not vaccine strains)

- May be possible to use alternate assay <u>if</u> correlation is established

- Surrogate assay must be highly specific (100%) for WT neutralizing response

CONFIDENTIAL

MRK-KRA01731778
MRK-CHA01731778

**Appx5410**

# MUMPS EXPIRY - REGULATORY ISSUES
## Follow-up discussions with CBER in 1998

### Conclusions

- Resolving questions about stability is critical

- Increased scrutiny of label and surrogate marker may be related to concurrent review of competitor's PLA?

- CBER considers WT neutralizing antibody assay to be "gold standard"
  - SCR for this assay will determine sample size/equivalence margins

- Stringent success criteria necessitate very sensitive assay

**CONFIDENTIAL**

# Stability Investigation Report
## Adjustment of measles stability data



CONFIDENTIAL

MRK-KRA01731780
MRK-CHA01731780

Appx5412

# Rationale for the M-M-R®II End Expiry Clinical Studies

- End expiry potencies for the *product* must be on the label.
- CBER believes that additional clinical data are needed to support expiry potencies for mumps.

Attachment 2

CONFIDENTIAL

MRK-KRA01731781
MRK-CHA01731781

Appx5413

# <u>M-M-R®II End Expiry Potencies</u>
# <u>Suggested for the Label</u>

| Component | Potency/Dose ($\log_{10}$ TCID$_{50}$) |
|---|---|
| Measles |  REDACTED – OMP |
| Mumps | 3.7 |
| Rubella | REDACTED – OMP |

CONFIDENTIAL

MRK-KRA01731782
MRK-CHA01731782

**Appx5414**

# Production of M-M-R®II at Expiry

- Natural Aging (2-8°C)
- Accelerated Aging at Room Temperature (20-25°C)
- Dilution of Components

CONFIDENTIAL

MRK-KRA01731783
MRK-CHA01731783

**Appx5415**

# **Activities of the M-M-R®II Team**

- A preliminary aging experiment was initiated with Vaccine Biometrics Research in June 1998.
- A background document was sent to CBER June 24, 1998:
    - Reviewed methods of obtaining expiry material.
    - Proposed an initial study of room temperature aged vaccine.
    - Proposed a follow up study of naturally aged vaccine.
    - Suggested a dilution study only if RT aging failed.
    - Described plans for a neut assay using Jeryl Lynn™ as the target virus.

CONFIDENTIAL

MRK-KRA01731784
MRK-CHA01731784

**Appx5416**

# <u>Statistical Considerations in the Initial Study Design</u>

- Sample size was based on the seroconversion rate (96%) by neutralization cited in the package circular.

- A delta of 0.10 was selected based on recent concomitant studies involving M-M-R®II.

- A one sided equivalence test was to be performed at an $\alpha = 0.025$.

CONFIDENTIAL

MRK-KRA01731785
MRK-CHA01731785

**Appx5417**

# Issues To Discuss

- Review the findings and outstanding issues regarding the room temperature aging experiment.
- Review how CBER's response affects our plans:
  - Statistical Considerations
  - Neutralization Assay Considerations
  - Overall Plan To Age the Vaccine

CONFIDENTIAL

MRK-KRA01731786
MRK-CHA01731786

Appx5418

# The Preliminary Aging Experiment

- ## Goal:
    - Reduce potency while minimizing the margin of error
    - Actual potency will be no greater than target.

- ## Methods:
    - Incubate 3 potential clinical lots at room temperature
    - Use a 1x6 potency testing scheme
    - Test weekly for ~27 weeks
    - Generate best fit curves using all available data
    - Begin aging clinical material at week 8

CONFIDENTIAL

# <u>The Preliminary Aging Exper</u>

- ## <u>Observations:</u>

  - 

  - No similar pattern was seen for mumps.

  - 

CONFIDENTIAL

MRK-KRA01731788
MRK-CHA01731788

**Appx5420**

**Measles House Standard Lot 10**



CONFIDENTIAL

MRK-KRA01731789
MRK-CHA01731789

Appx5421

REDACTED – OMP



- CBER May Not Accept the Resu
  Mumps Expiry Trial If Insufficie:
  is Present.

MRK-KRA01731790
MRK-CHA01731790

**Appx5422**

# <u>Interim Plan</u>



- Data from the preliminary experiment continue to be collected for all 3 lots.



CONFIDENTIAL

MRK-KRA01731791
MRK-CHA01731791

**Appx5423**

# Measles Assay

REDACTED – OMP

REDACTED – OMP



CONFIDENTIAL

# <u>Summary of Linear Fit 1</u>



- Minimal effect is seen on mumps potency w adjustment for these lots.

- The optimized GOS lot is more stable at RT with the GOS lots.

- GOS lot #0627847 is the least stable of the 3

CONFIDENTIAL

MRK-KRA01731793
MRK-CHA01731793

**Appx5425**

Stability Data for Lot 0626290 Showing Effect c
on Potency Estimates for Measles and M



REDACTED – OMP

**CONFIDENTIAL**

**MRK-KRA01731794**
**MRK-CHA01731794**

**Appx5426**



CONFIDENTIAL

MRK-KRA01731795
MRK-CHA01731795

**Appx5427**

# __Path Forward__

- Optimized GOS clinical material bega
  September 25, 1998.

  - An initial target of ~4.0 $\log_{10}$ $TCID_{50}$ per
    reached and material has been removed.

  - Material targeted for ~3.7 $\log_{10}$ $TCID_{50}$ p
    removed on ~December 18, 1998.

- A data package for HS adjustment wil
  preliminarily available in January 199

- CBER responded to our June proposa

CONFIDENTIAL

# CBER Response to Merck I Expiry Proposal

- Accelerated aging is acceptable.


REDACTED – OMP

- The mumps neut assay is not validated (corr claim of equivalence will be affected by the response rate in this new assay in the contro

- **Virus antigens in serologic assays should efficacy against natural infection; therefo antigens are appropriate for serologic ass**

- Follow up should be extended to one year to duration of protection.

**CONFIDENTIAL**

# <u>Statistical Issues Raised by</u>

- Provide detailed approaches to sample re-estimation if 96% response is incor control group.
- The equivalence margin should be 5%
- An absolute lower limit criterion for seroconversion of >90% should also e
- Address how study site may affect est of equivalence.

CONFIDENTIAL

MRK-KRA01731798
MRK-CHA01731798

**Appx5430**

# Prerequisites to Moving Fo
# With the Expiry Clinical

- Material must be removed from room
  incubation at appropriate times (in pro

- In order to assign potencies for all cor
  *must make a decision on HS adjustme*
  *the trial.*

- In order to estimate sample size, we n
  the assay to be used in the clinical tria
  understand its performance in the con

CONFIDENTIAL

MRK-KRA01731799
MRK-CHA01731799

Appx5431

# <u>Mumps Immunogenicity A</u>

## Plaque Reduction Neutralization Assa

- Begins with low titered serum dilution (1:2).
- Validated to assess neutralization of both vaccine and strains.
- Read out requires plaque counting.

## Mumps Endpoint Neutralization Assa

- Begins with a 1:10 serum dilution.
- Validated presently only for Jeryl Lynn™
- Read out is via an automated spectrophotometer.
- <u>Without a correlation to a wild type strain, this assay acceptable to CBER.</u>

CONFIDENTIAL

MRK-KRA01731800
MRK-CHA01731800

# <u>Available Sera for Mun</u>
# <u>Neutralization Correlation</u>

## <u>VARIVAX® Studies:</u>

  – PUVV vs 6333 with concomitant M
    (N~660, enrollment complete).

  – Dose escalation study of PUVV wi
    concomitant M-M-R®II (N~1050,
    enrolling).

**CONFIDENTIAL**

MRK-KRA01731801
MRK-CHA01731801

**Appx5433**

# Potential Drawbacks to Correlation Study

- The correlation requires a significant v
  serum to run all three assays

  - ELISA          100µL
  - MuENA          800µL
  - PRN            400µL

- While CBER will review our plans for
  they may or may not accept them. _Sho_
  _pursue two parallel paths in order to s_

CONFIDENTIAL

MRK-KRA01731802
MRK-CHA01731802

**Appx5434**

# **Path Forward**

- Continue to remove clinical material on schedule.
- Assign potency with or without adjustment based on preliminary data review January 1999.
- Neutralization Assay Options:
  - Rework MuENA with the LO 1 wild type strain from NIBSC as suggested by CBER.
  - Perform the correlation of the MuENA with the ELISA and with the PRN assay to better understand the expected SCR of the control group and submit data to CBER.
  - Direct resources to V&CB and use the PRN assay for the expiry trial.

CONFIDENTIAL

MRK-KRA01731803
MRK-CHA01731803

# Summary

- A plan to develop M-M-R®II at expiry has been successfully executed.

- REDACTED – OMP

- A data set to assess the appropriateness of house standard adjustment has been identified.

- Consensus regarding the optimal neutralization assay strategy will be achieved at the clinical assay subteam Thursday November 19, 1998.

CONFIDENTIAL

MRK-KRA01731804
MRK-CHA01731804

Appx5436

10/25/2019
Declaration of G. Reilly
EXHIBIT 149



**M E M O**

**DATE:** **February 22, 1999**

**TO:**     **Dr. Henrietta Ukwu**           **BLA-34**

**FROM:**   **Dr. Keith Chirgwin**          **BLA-34**

**SUBJECT:** **BB-IND 1016 (M-M-R®II); Summary of CBER teleconference on methods used for the plaque reduction neutralization assay**

CBER participants: Judy Beeler, Kathryn Carbone, Steven Rubin, Luba Vujcic
Merck participants: Keith Chirgwin, David Krah, Bill Long, Alan Shaw, Mary Yagodich

**Executive Summary:**
1) CBER's plaque reduction neutralization (PRN) assay is similar to that developed in VCB, the chief differences are the number of dilutions and the statistical methods used for the titer calculation.
2) CBER's preference is that dilutions be routinely carried out beyond 1:8 to address the contingency of pre-vaccination sera that are positive at $\geq 1:4$.
3) CBER uses the Karber method to calculate the titer.
4) CBER does not use either complement or IgG to enhance sensitivity and feels that these maneuvers should not be necessary.
5) CBER encourages Merck to evaluate the correlation between the PRN and the ELISA assay; if these assays are correlated then we would be able to revert to the ELISA for future clinical trials.
6) CBER is requesting lot potency information to correlate with the VAERS reports.

**Discussion:**
A description of the mumps PRN assay developed by VCB was included in the responses to CBER which were submitted on 2/5/99. This teleconference was held at Merck's request to obtain feedback from CBER regarding the methods for Merck's PRN assay and to determine whether our methods were similar to those employed by CBER. Steven Rubin runs the PRN assay at CBER and he highlighted several of aspects of the methods used by CBER in their assay and how these vary from our methods:

1) Serum is heat-inactivated (40 minutes at 56C) then serially diluted 2-fold (1:4-1:128 in 96 well plates)
2) An equivalent volume of virus (titrated to give 12-24 plaques in the control) is added to each well to bring the final dilution range to 1:8 - 1:256
3) Incubate one hour at 37C
4) Overlay with agar
5) After 5-6 days a second layer of agar with neutral red is added to visualize plaques
6) The Karber method is used to calculate the endpoint titer

**Endpoint:** CBER understands that we will look at seroconversion as the endpoint (and not distribution of GMTs). CBER noted that they were familiar with methods used to enhance sensitivity (e.g. adding complement or immunoglobulin) but they did not feel these were necessary. Concern was expressed with the fact that we will dilute sera only to 1:8. If pre-vaccination sera are positive at $\geq 1:4$ then we will need

{ filename \p }                                                                                                        1

**CONFIDENTIAL**                                                                    **MRK-KRA00095050**
                                                                                   **MRK-CHA00095050**

dilutions higher than 1:8 to determine seroconversion. In their view it is preferable to carry out these dilutions beyond 1:8 for all sera rather than go back with additional dilutions only for those subjects with pre-vaccination titers $\geq$1:4. CBER uses the Karber method to calculate the titer (uses plaque counts from all dilutions). This differs from the approach which has been used here (highest dilution which provides 50% neutralization relative to negative control), and may be more statistically robust, although both approaches seem to capture the same information.

**Virus strains:** CBER concurs with the use of the Tennessee mumps strain in the assay, however they would like sequence information (SH gene) to confirm that this is wild type, as well as information about passage history. They are also interested in obtaining the Tennessee isolate. Alan Shaw will speak with the CDC about sending the isolate (a materials transfer agreement may be needed). Both CBER and Merck have observed that in the ELISA assay JL works well, but that the wild type strains evaluated to date have been less successful. In their measles neutralization assay, CBER uses a low-passage Edmonston strain that is apparently sensitive to neutralization.

**Control serum:** The appropriate control was discussed. CBER uses serum lot #176, which is the FDA reference serum. The name of the contact at CBER to obtain an aliquot of this reference serum is Chris Anderson (301-827-1899).

**Correlation with ELISA:** CBER reiterated that if a correlation is demonstrated between the PRN assay and our ELISA assay then we could use the ELISA in the future.

**Lot potency data:** In the December CBER meeting, Robert Wise had indicated that the VAERS reports oftentimes contain lot identifying information, and that he was interested in looking at AEs in VAERS as a function of lot potency. This statement made was in the context of Merck's proposal to increase the target fill potency in order to be able to meet the expiry claim of 4.3 log for mumps. In follow-up to this, Kathy Carbone mentioned that CBER is interested in receiving additional information on lot potency to correlate with the VAERS reports. It was clarified that limited lot potency information was provided in the January submission from BioLicensing, and that now CBER was interested in obtaining more comprehensive lot potency data. Drs. Carbone and Wise will contact Keith Chirgwin within the next couple of weeks to explain the nature of their request further.

**Action Plan/Assignments:**
1) Follow-up with CDC with regard to providing CBER with the Tennessee mumps strain **(A. Shaw)**.
2) Obtain FDA's reference serum to use to standardize our own in house standard **(D. Krah)**.
3) When additional data with this assay are available and the range/distribution of titers in the pre-vaccination sera is determined, a decision regarding the appropriate dilutions (i.e. whether there is a need to go above 1:8) can be made. Timing and extent of any such data needed to determine how to run the assay for the expiry trial requires further discussion. **(D. Krah)**
4) As per the agreement in December, CBER will be provided with lot potency information. This discussion will include MMD (BioLicensing) and MRL (WPSE, Regulatory Liaison) **(K. Chirgwin)**.

K.D.C.
Phone: (610) 397-2558
Fax: (610) 397-2962

CONFIDENTIAL

MRK-KRA00095051
MRK-CHA00095051

Appx5439

cc:    distribution, RIBL, file, chron

{ filename \p }                                                                     3

**CONFIDENTIAL**

**MRK-KRA00095052**
**MRK-CHA00095052**

**Appx5440**

10/25/2019
Declaration of G. Reilly
EXHIBIT 150



CONFIDENTIAL

GSK-MMR-0195819

Appx5442



CONFIDENTIAL

GSK-MMR-0195820

**Appx5443**



CONFIDENTIAL

GSK-MMR-0195821

**Appx5444**



CONFIDENTIAL

GSK-MMR-0195822

Appx5445



CONFIDENTIAL

GSK-MMR-0195823

**Appx5446**

12/08/2011



CONFIDENTIAL

GSK-MMR-0195824

**Appx5447**



CONFIDENTIAL

GSK-MMR-0195825

Appx5448

12/08/2011



CONFIDENTIAL

GSK-MMR-0195826

**Appx5449**

12/08/2011



CONFIDENTIAL

GSK-MMR-0195827

**Appx5450**



CONFIDENTIAL

12/08/2011



CONFIDENTIAL

GSK-MMR-0195829

Appx5452

12/08/2011



7

CONFIDENTIAL

GSK-MMR-0195830

**Appx5453**

12/08/2011



CONFIDENTIAL

GSK-MMR-0195831

Appx5454

12/08/2011



9

CONFIDENTIAL

GSK-MMR-0195832

**Appx5455**

12/08/2011



CONFIDENTIAL

GSK-MMR-0195833

Appx5456

12/08/2011



CONFIDENTIAL

GSK-MMR-0195834

**Appx5457**

12/08/2011



CONFIDENTIAL

GSK-MMR-0195835

**Appx5458**

12/08/2011



CONFIDENTIAL

GSK-MMR-0195836

**Appx5459**

12/08/2011



CONFIDENTIAL

GSK-MMR-0195837

**Appx5460**

12/08/2011



CONFIDENTIAL

GSK-MMR-0195838

**Appx5461**

12/08/2011



CONFIDENTIAL

GSK-MMR-0195839

**Appx5462**

12/08/2011



CONFIDENTIAL

GSK-MMR-0195840

**Appx5463**

12/08/2011



CONFIDENTIAL

GSK-MMR-0195841

Appx5464

12/08/2011



19

CONFIDENTIAL

GSK-MMR-0195842

**Appx5465**

10/25/2019
Declaration of G. Reilly
EXHIBIT 151

CONFIDENTIAL



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022195

Appx5467



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022196

**Appx5468**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022197



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022198

**Appx5470**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022199

Appx5471



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022200

Appx5472



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022201

**Appx5473**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022202

Appx5474



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022203

**Appx5475**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022204

Appx5476



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022205

Appx5477



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022206

Appx5478



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022207

Appx5479



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022208

**Appx5480**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022209

Appx5481



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022210

Appx5482



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022211

**Appx5483**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022212

Appx5484



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022213

Appx5485



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022214

Appx5486



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022215

Appx5487



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022216

Appx5488



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022217

Appx5489



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022218

Appx5490



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022219

Appx5491



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022220

Appx5492



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022221

Appx5493



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022222

Appx5494



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022223

**Appx5495**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022224

Appx5496



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022225

Appx5497



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022226

Appx5498



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022227

Appx5499



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

GSK-MMR-IND-0022228

**Appx5500**