## 23-2553

IN THE

# United States Court of Appeals

### FOR THE THIRD CIRCUIT



UNITED STATES OF AMERICA EX REL.,
STEPHEN A. KRAHLING; JOAN A. WLOCHOWSKI,

*against*

MERCK & CO, INC.,

STEPHEN A. KRAHLING; JOAN A. WLOCHOWSKI,

*Appellants.*

---

*On Appeal from the United States District Court
for the Eastern of District of Pennsylvania
The Honorable Chad F. Kenney, Case No. 2:10-04374-CFK*

## JOINT APPENDIX
## VOLUME XXXVI OF XLV
## Pages Appx16501 to Appx17000
## (Filed Under Seal)

VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
410-244-7400

MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
215-963-5000

HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
202-637-5600

*Attorneys for Defendant-Appellee*

CONSTANTINE CANNON LLP
355 Madison Avenue, 9th Floor
New York, New York 10017
212-350-2700

KELLER GROVER, LLP
1965 Market Street
San Francisco, California 94103
415-543-1305

*Attorneys for Relators-Appellants*

# **Table of Contents**

**Page**

## **Volume III**
## **(Filed Under Seal)**

Order of the Honorable Lynne A. Sitarski, dated May 16, 2019
(Doc. 250) ................................................................ Appx181

Statement of Material Facts by Defendant in Support of
Its First Dispositive Motion, dated October 25, 2019
(Doc. 281-3) ............................................................ Appx185

Statement of Material Facts by Defendant in Support of
Its Fourth Dispositive Motion, dated October 25, 2019
(Doc. 287-3) ............................................................ Appx247

Statement of Material Facts by Relators,
dated October 25, 2019 (Doc. 294) ........................................... Appx295

Declaration of Gary Reilly, for Relators,
in Support of Motion, dated October 25, 2019 (Doc. 24) ......... Appx396

Exhibit 1 to Reilly Declaration -
Expert Report of Eugene Shapiro, M.D.,
dated March 13, 2018. ............................................. Appx438

Exhibit 2 to Reilly Declaration -
Expert Report of Dr. Robert Malone, M.D.,
dated March 13, 2018 ............................................. Appx460
***(Cont'd in Vol IV)***

## **Volume IV**
## **(Filed Under Seal)**

Exhibit 3 to Reilly Declaration -
Expert Report of David A. Kessler, M.D.,
dated March 14, 2018, with Schedules
and Appendices ................................................... Appx551
***(Cont'd in Vol V)***

**Table of Contents**
**(Continued)**

**Page**

**Volume V**
**(Filed Under Seal)**

Exhibit 4 to Reilly Declaration -
Deposition Testimony of David Kessler, M.D.,
taken September 28, 2018 ...................................................... Appx1483
*(Cont'd in Vol VI)*

**Volume VI**
**(Filed Under Seal)**

Exhibit 5 to Reilly Declaration -
Expert Report of D. Bruce Burlington, M.D.,
dated June 19, 2018 ............................................................. Appx1588

Exhibit 6 to Reilly Declaration -
Deposition Testimony of D. Bruce Burlington, M.D.,
taken December 13, 2018 ...................................................... Appx1637

Exhibit 7 to Reilly Declaration -
Deposition Testimony of Mark Pallansch, M.D.,
taken October 13, 2017 ........................................................ Appx1715

Exhibit 8 to Reilly Declaration -
Deposition Testimony of Eugene Shapiro, M.D.
taken November 7, 2018 ....................................................... Appx1765

Exhibit 9 to Reilly Declaration -
Deposition Testimony of Alison L. Fisher, Ph.D.,
taken November 1, 2016 ....................................................... Appx1822

Exhibit 10 to Reilly Declaration -
Expert Report of Ann M. Arvin, M.D.,
dated June 11, 2018 ............................................................. Appx1910

Exhibit 11 to Reilly Declaration -
Letter from Dr. Robert Redfield, Director, CDC,
dated May 24, 2018 .............................................................. Appx1945

**Table of Contents**
**(Continued)**

**Page**

Exhibit 12 to Reilly Declaration -
Letter from Dr. Anne Schuchat, Principal Deputy
Director, CDC, dated September 26, 2017 ........................... Appx1950

Exhibit 13 to Reilly Declaration -
Statement of Dr. Jesse Goodman, FDA,
dated April 18, 2007 ............................................................. Appx1956

Exhibit 14 to Reilly Declaration -
Letter from Merck to Jacqueline Little, Ph.D.,
dated March 23, 2006 (MRK-CHA00214088-148) ............... Appx1960
*(Cont'd in Vol VII)*

**Volume VII**
**(Filed Under Seal)**

Exhibit 15 to Reilly Declaration -
Deposition Testimony of Jonathan L. Temte, M.D., Ph.D.,
taken August 17, 2018 .......................................................... Appx2010

Exhibit 16 to Reilly Declaration -
Expert Report of Peter H. Calcott, B.Sc. (Hons.), D.Phil.,
dated March 12, 2018 ........................................................... Appx2061

Exhibit 17 to Reilly Declaration -
Deposition Testimony of Joye L. Bramble, Ph.D.,
taken January 6, 2017 .......................................................... Appx2141

Exhibit 18 to Reilly Declaration -
FDA Warning Letter, dated February 9, 2001
(MRK-CHA00209399-409) ................................................... Appx2220

Exhibit 19 to Reilly Declaration -
Excerpts from Defendant Merck's Answer to
Amended Complaint (ECF No. 62) ....................................... Appx2232

**Table of Contents**
**(Continued)**

Exhibit 20 to Reilly Declaration -
Excerpts from Defendant Merck's Responses and
Objections to Relator's Third Set of Requests for Admission,
dated August 16, 2017 ........................................................... Appx2239

Exhibit 21 to Reilly Declaration -
ProQuadTM (Measles, Mumps, Rubella and Varicella
[Oka/Merck] Virus Vaccine Live)-Original Application
(MRK-CHA00158126-79) ....................................................... Appx2293

Exhibit 22 to Reilly Declaration -
Expert Report of William L. Atkinson, M.D., MPH,
dated June 12, 2018 ............................................................... Appx2348

Exhibit 23 to Reilly Declaration -
Deposition Testimony of Jonathan Hartzel, Ph.D.,
taken June 23, 2017 ............................................................... Appx2380

Exhibit 24 to Reilly Declaration -
Expert Report of Anna Durbin, M.D, dated June 14, 2018  ... Appx2476
***(Cont'd in Vol VIII)***

**Volume VIII**
**(Filed Under Seal)**

Exhibit 25 to Reilly Declaration -
Expert Report of Marcela Pasetti, Ph.D.,
dated June 14, 2018 ............................................................... Appx2511

Exhibit 26 to Reilly Declaration -
Excerpts of Presentation, Principles of Vaccinology,
produced as "Principles of Vaccination.ppt"
(MRK-CHA01339555) ........................................................... Appx2534

Exhibit 27 to Reilly Declaration -
Deposition Testimony of Mary K. Yagodich,
taken August 18, 2016 ........................................................... Appx2538

**Table of Contents**
**(Continued)**

Exhibit 28 to Reilly Declaration -
GlaxoSmithKline Application for Priorix
(GSK-MMR-IND-0019450-76) ............................................ Appx2631

Exhibit 29 to Reilly Declaration -
Deposition Testimony of Marcela Pasetti, Ph.D.,
taken December 4, 2018  ....................................................... Appx2659

Exhibit 30 to Reilly Declaration -
Deposition Testimony of Anna P. Durbin, M.D.,
taken October 8, 2018 ........................................................... Appx2699

Exhibit 31 to Reilly Declaration -
Excerpts from Rationale for the M-M-R®II End Expiry
Clinical Studies Presentation (MRK-CHA01893680-730)  ... Appx2788

Exhibit 32 to Reilly Declaration -
Letter to the Editor "Comparability of M-M-R™II and
Priorix" from Scott Thaler, M.D., *et al.*, *The Pediatric
Infectious Disease Journal*, September 1999:18(9)
(MRK-CHA00088592-3) ...................................................... Appx2836

Exhibit 33 to Reilly Declaration -
Phase V Clinical Development Plan for M-M-R®II
(MRK-CHA00667054-122) ................................................... Appx2839

Exhibit 34 to Reilly Declaration -
Fax from Yolanda Stewart to Donna Boyce,
dated April 25, 2012 (GSK-MMR-IND-0029256-63) ........... Appx2909

Exhibit 35 to Reilly Declaration -
Letter from Karen L. Goldenthal, M.D. to Angus Grant, Ph.D.,
dated September 2, 1997 (GSK-MMR-IND-0000004-7) ...... Appx2918

Exhibit 36 to Reilly Declaration -
Email from Katalin G. Abraham to Keith D. Chirgwin, M.D.,
dated October 5, 1998 (MRK-CHA00095142) ..................... Appx2923

**Table of Contents**
**(Continued)**

Exhibit 37 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449029-40) ....................... Appx2925

Exhibit 38 to Reilly Declaration -
Deposition Testimony of Mark Stannard,
taken December 13, 2016 ..................................................... Appx2938
*(Cont'd in Vol IX)*

**Volume IX**
**(Filed Under Seal)**

Exhibit 39 to Reilly Declaration -
Deposition Testimony of Luwy Musey, M.D.,
taken October 7, 2016 .......................................................... Appx3023

Exhibit 40 to Reilly Declaration -
Deposition Testimony of Ann M. Arvin, M.D.,
taken November 12, 2018 ..................................................... Appx3129

Exhibit 41 to Reilly Declaration -
Deposition Testimony of William Nichols,
taken October 25, 2018 ........................................................ Appx3213

Exhibit 42 to Reilly Declaration -
Proposed New Stabilizer for M-M-R®II,
dated July 26, 2022 (MRK-CHA00207690-7735) ................ Appx3249

Exhibit 43 to Reilly Declaration -
M-M-R®II Mumps End Expiry Study: AIGENT Assay Issues
Impact on Study Criteria Regulatory Implications,
dated October 11, 2002 (MRK-CHA00094161-82) .............. Appx3296

Exhibit 44 to Reilly Declaration -
Memo re: Historical Review and Confirmation of Mumps
Virus Potency Formulation Targets in M-M-R®II,
dated April 8, 2011 (MRK-CHA01456760) .......................... Appx3319

**Table of Contents**
**(Continued)**

**Page**

Exhibit 45 to Reilly Declaration -
Presentation, M-M-R II Mumps End Expiry Trial, produced as
"CDOC presentation November 15-00-draft.ppt"
(MRK-CHA00020396) .......................................................... Appx3321

Exhibit 46 to Reilly Declaration -
Memo re: Stability of Mumps Component in Merck's Live
Virus Vaccines, dated October 5, 2000
(MRK-CHA00587859-62) ...................................................... Appx3419

Exhibit 47 to Reilly Declaration -
Memo re: Stability of Measles, Mumps, and
Rubella Components in Merck's Live Virus Vaccines,
dated October 17, 2000 (MRK-CHA00549487-94) .............. Appx3424

Exhibit 48 to Reilly Declaration -
Email from Katalin G. Abraham to Bonita M. Stankunas,
dated October 5, 2000 (MRK-CHA00284623-9) .................. Appx3433

Exhibit 49 to Reilly Declaration -
Deposition Testimony of Philip S. Bennett,
taken May 24, 2017 .............................................................. Appx3441

**Volume X**
**(Filed Under Seal)**

Exhibit 50 to Reilly Declaration -
Email from Keiko Simon, dated October 2, 2002
(MRK-CHA00615147-74) ...................................................... Appx3501

Exhibit 51 to Reilly Declaration -
Internal Strategy Document regarding M-M-R®II
Regulatory Compliance (MRK-CHA00019225-45) .............. Appx3530

Exhibit 52 to Reilly Declaration -
"Genetic Heterogeneity of Mumps Strains: Potential
Implications in Comparative Neutralization Studies" CBER
Background Information, dated November 1999
(MRK-CHA00020635-42) ...................................................... Appx3552

**Table of Contents**
**(Continued)**

Exhibit 53 to Reilly Declaration -
Draft memo, produced as "Outstanding-
issuesMMRV&MMRII.doc"
(MRK-CHA00198876-91) ..................................................... Appx3561

Exhibit 54 to Reilly Declaration -
Memo re: Mumps neutralization meeting minutes,
dated September 16, 1999 (MRK-CHA00020425-7) ............ Appx3578

Exhibit 55 to Reilly Declaration -
Email from Katalin G. Abraham to Keith D. Chirgwin,
dated February 25, 2000 (MRK-CHA00095143) .................. Appx3582

Exhibit 56 to Reilly Declaration -
Memo re: Team Biologics Close Out – Form FDA 483,
dated October 11, 2000 (MRK-CHA00071265-71) .............. Appx3584

Exhibit 57 to Reilly Declaration -
Email from Dorothy Margolskee, M.D., to
Florian Schodel, M.D., with attachments,
dated February 26, 2001
(MRK-CHA00549510-35) ..................................................... Appx3592

Exhibit 58 to Reilly Declaration -
Email from Joseph F. Heyse with attachments,
dated March 5, 2001
(MRK-CHA00616007-12) ..................................................... Appx3627

Exhibit 59 to Reilly Declaration -
Response to FDA 483 Observation 3
(MRK-CHA00086295-7) ...................................................... Appx3634

Exhibit 60 to Reilly Declaration -
Draft Response to FDA 483 Observation 3
(MRK-CHA00086298-317) .................................................. Appx3638

Exhibit 61 to Reilly Declaration -
Draft Response to FDA 483 Observation 3
(MRK-CHA00562230-41) ..................................................... Appx3659

**Table of Contents**
**(Continued)**

Exhibit 62 to Reilly Declaration -
Draft Response to FDA 483 Observation 3
(MRK-CHA01440844-64) ..................................................... Appx3672

Exhibit 63 to Reilly Declaration -
Letter from Robert L. McKee, Ph.D. to Steven A. Masiello,
dated March 8, 2001 (MRK-CHA01537603-11) ................... Appx3694

Exhibit 64 to Reilly Declaration -
Deposition Testimony of Dorothy Margolskee, M.D.,
taken April 21, 2017 .............................................................. Appx3704

Exhibit 65 to Reilly Declaration -
Excerpts from Label Claim Compliance M-M-R®II
Peer Review Meeting, dated July 15, 2002
(MRK-CHA00322038-65) ..................................................... Appx3796

Exhibit 66 to Reilly Declaration -
Memo re: Executive Summary-CBER/Merck Meeting
April 4, 2001, dated April 8, 2001
(MRK-CHA01649955-6) ....................................................... Appx3819

Exhibit 67 to Reilly Declaration -
Memo re: Minutes, Meeting with CBER on 4/4/01
Regarding Mumps Stability, dated April 9, 2001
(MRK-CHA00754687-91) ..................................................... Appx3822

Exhibit 68 to Reilly Declaration -
Email from Christopher J. Petroski to Keith D. Chirgwin,
dated January 21, 2002 (MRK-CHA00561350-5) ................. Appx3828

Exhibit 69 to Reilly Declaration -
Presentation, M-M-R®II Mumps Expiry Mumps Potency
Claim in Label (MRK-CHA00334863-8) .............................. Appx3835

Exhibit 70 to Reilly Declaration -
Presentation, Mumps Expiry- Label Claim, produced as
"RMC mumps expiry update.ppt" (MRK-CHA00086318) ... Appx3842

**Table of Contents**
(Continued)

Exhibit 71 to Reilly Declaration -
Memo re: M-M-R®II: Mumps End Expiry label change –
filing strategy, dated August 2, 2001
(MRK-CHA00247149-52) ...................................................... Appx3846

Exhibit 72 to Reilly Declaration -
Email from Keith D. Chirgwin to Manal A. Morsy with
attachment, dated January 22, 2002
(MRK-CHA00019084-5) ...................................................... Appx3851

Exhibit 73 to Reilly Declaration -
Email from Cynthia F. Morrisey, dated September 5, 2002
(MRK-CHA01562819-20) ...................................................... Appx3873

Exhibit 74 to Reilly Declaration -
Email from Roberta L. McKee, Ph.D.,
dated October 31, 2002 (MRK-CHA00094134-5) ................ Appx3876

Exhibit 75 to Reilly Declaration -
Memo, Mumps and Rubella Formulation and Potency Assay
Format Changes to Support Potency through Twenty-four
Month Expiry (MRK-CHA01894982-98) ............................. Appx3879

Exhibit 76 to Reilly Declaration -
Email from Mark S. Galinski to Keiko Simon,
dated August 23, 2004 (MRK-CHA01564065-8) .................. Appx3897

Exhibit 77 to Reilly Declaration -
Email from Alison L. Fisher with attachments,
dated September 20, 2004
(MRK-CHA01574732-8) ...................................................... Appx3902

Exhibit 78 to Reilly Declaration -
Presentation, Accomplishments to Date,
produced as "accomplishments to 5-17-01.ppt"
(MRK-CHA00724288) ......................................................... Appx3910

**Table of Contents**
**(Continued)**

**Page**

Exhibit 79 to Reilly Declaration -
Draft letter from Roberta L. McKee, Ph.D., to
Michael Angelo, with metadata date of October 17, 2002
(MRK-CHA01649892-3) ...................................................... Appx3917

Exhibit 80 to Reilly Declaration -
Email from Manal Morsy to Keith D. Chirgwin,
dated November 4, 2002 (MRK-CHA00501762-5) .............. Appx3920

Exhibit 81 to Reilly Declaration -
Memo re: Preparations for the Mumps Stability-CBER
discussion, dated March 19, 2001
(MRK-CHA00019430-2) ...................................................... Appx3925

Exhibit 82 to Reilly Declaration -
Email from Philip S. Bennett to Joseph M. Antonello,
dated September 5, 2002 (MRK-CHA00780325-6) .............. Appx3929

Exhibit 83 to Reilly Declaration -
Memo re: Mumps End Expiry study issues,
with Attachment (MRK-CHA00019246-67) ........................ Appx3932

Exhibit 84 to Reilly Declaration -
Draft Presentation, M-M-R II to October 8, 2002 CRRC,
produced as "Draft#1-CRRC 10-08-02 slides.ppt"
(SCHOFIELD_00000201) ...................................................... Appx3955

Exhibit 85 to Reilly Declaration -
Presentation, M-M-R II to October 8, 2002 CRRC,
produced as"CRRC-10-08-02 slides.ppt"
(MRK-CHA00027726) ........................................................ Appx3991
*(Cont'd in Vol XI)*

**Volume XI**
**(Filed Under Seal)**

Exhibit 86 to Reilly Declaration -
Email from Philip S. Bennett with attachment,
dated March 14, 2001 (MRK-CHA00562218-9) ................... Appx4021

**Table of Contents**
**(Continued)**

Exhibit 87 to Reilly Declaration -
Meeting Agenda, dated March 7, 2002
(MRK-CHA00205854-60) ...................................................... Appx4024

Exhibit 88 to Reilly Declaration -
Email from Manal Morsy, M.D., Ph.D. to Deitra E. Arena,
dated March 27, 2002 (MRK-CHA00064005-12) ................. Appx4032

Exhibit 89 to Reilly Declaration -
Email from Manal Morsy, M.D., Ph.D. to David Krah, M.D.,
dated April 10, 2002 (MRK-CHA00561310-2) ..................... Appx4041

Exhibit 90 to Reilly Declaration -
Spreadsheet for June 10, 2003 Vaccine Assay Committee
meeting (MRK-CHA00440797-811) ...................................... Appx4045

Exhibit 91 to Reilly Declaration -
Minutes of CBER Teleconference, dated December 7, 2001
(MRK-CHA00019434-7) ....................................................... Appx4061

Exhibit 92 to Reilly Declaration -
Draft Summary of Teleconference Notes
(MRK-CHA00024596-9) ....................................................... Appx4066

Exhibit 93 to Reilly Declaration -
Memo re: CBER teleconference (December 7, 2001): Mumps
Inspection results and discussion, dated December 13, 2001
(MRK-CHA00071082-9) ....................................................... Appx4071

Exhibit 94 to Reilly Declaration -
Memo re: Consultation with Dr. William Fairweather
on Vaccine Stability, dated December 14, 2000
(MRK-CHA00590949-58) ..................................................... Appx4080

Exhibit 95 to Reilly Declaration -
Excerpts from Proposed New Stabilizer for M-M-R®II,
dated August 2002 (MRK-CHA01591461-87) ..................... Appx4091

**Table of Contents**
**(Continued)**

**Page**

Exhibit 96 to Reilly Declaration -
Email from Manal Morsy, M.D., Ph.D. to Joye L. Bramble,
dated June 11, 2002 (MRK-CHA00494158-61) .................... Appx4117

Exhibit 97 to Reilly Declaration -
M-M-R®11 Defense Action Plan, dated June 1999
(MRK-CHA00285276-96) ..................................................... Appx4122

Exhibit 98 to Reilly Declaration -
Memo re: Statement of Interest for ProQuad™ Measles,
mumps, rubella, and varicella virus vaccine live, dated
November 10, 2000 (MRK-CHA00325472-91) .................... Appx4144

Exhibit 99 to Reilly Declaration -
Memo re: Statement of Interest for ProQuad™ Measles,
mumps, rubella, and varicella virus vaccine live,
dated November 10, 2000 (MRK-CHA00671410-28) .......... Appx4165

Exhibit 100 to Reilly Declaration -
Memo re: Minimum Expiry Specification Limit for Mumps
Potency in M-M-R®II, dated July 5, 2001
(MRK-CHA01896349) .......................................................... Appx4185

Exhibit 101 to Reilly Declaration -
Excerpts from Clinical and Regulatory Review Committee
Development Projects, dated October 29, 2002
(MRK-CHA01725276-364) ................................................... Appx4187

Exhibit 102 to Reilly Declaration -
Presentation, MMRII Mumps End Expiry study status &
Regulatory implications, produced as "slides for
GRSRC_MumpsEndExpiry -10-11-02.ppt"
(MRK-CHA00040705) .......................................................... Appx4197

Exhibit 103 to Reilly Declaration -
Presentation, MMRII Mumps End Expiry study status &
Regulatory implications, produced as
"slides for GRSRC -10-11-02.ppt"
(MRK-CHA00094159) .......................................................... Appx4227

**Table of Contents**
(Continued)

**Page**

Exhibit 104 to Reilly Declaration -
Email from Joseph F. Heyse to Keith D. Chirgwin,
dated September 30, 2002 (MRK-CHA01582137-9) ............ Appx4256

Exhibit 105 to Reilly Declaration -
MRL Clinical Study Report, Multicenter Study: A Study of
M-M-R II at Mumps Expiry Potency in Healthy Children 12
to 18 Months of Age (Protocol 007)
(MRK-CHA00224982-26529) ............................................... Appx4260

Exhibit 106 to Reilly Declaration -
Email from Dorothy Margolskee to Keith D. Chirgwin,
dated March 8, 1998 (MRK-CHA00095320-1) ..................... Appx4419

Exhibit 107 to Reilly Declaration -
Slide Deck from M-M-R™ Expiry Investigators Meeting,
dated March 15-16, 1999 (MRK-CHA00017605-12) ........... Appx4422

Exhibit 108 to Reilly Declaration -
Excerpts from Merck Submission to the Department of Justice,
dated April 9, 2012 (MRK-CHA0002549-75) ....................... Appx4431

Exhibit 109 to Reilly Declaration -
Letter from Karen L. Goldethal, M.D. to
Keith Chirgwin, M.D., dated September 8, 1998
(MRK-CHA00001467-9) ...................................................... Appx4459

Exhibit 110 to Reilly Declaration -
Memo re: BB-IND 1016: Summary of discussion with
Dr. Kathryn Carbone and Ms. Luba Vujcic (CBER) regarding
the Mumps neutralization assay, dated February 8, 2000
(MRK-CHA00001255-7) ...................................................... Appx4463

Exhibit 111 to Reilly Declaration -
Memo re: Communication with Dr. Kathryn Carbone (CBER)
on April 12, 200 regarding CBER's meeting (face to face-
March 13, 2000) minutes and the mumps neutralization
and ELISA assays, dated April 12, 2000
(MRK-CHA01927351-5) ...................................................... Appx4467

**Table of Contents**
**(Continued)**

Exhibit 112 to Reilly Declaration -
Response to FDA Request for Information,
dated November 17, 2004 (MRK-CHA00126963-71) .......... Appx4473

Exhibit 113 to Reilly Declaration -
Summary of Findings of Inspection, dated August 6, 2001
(MRK-CHA02021754-61) ...................................................... Appx4483

Exhibit 114 to Reilly Declaration -
Meeting Minutes, dated March 14, 2000
(MRK-CHA00001258-61) ...................................................... Appx4492

Exhibit 115 to Reilly Declaration -
Deposition Testimony of Emilio Emini, Ph.D.,
taken June 6, 2017 ................................................................. Appx4497
*(Cont'd in Vol XII)*

**Volume XII**
**(Filed Under Seal)**

Exhibit 116 to Reilly Declaration -
Deposition Testimony of Florian Schodel, M.D.,
taken December 22, 2016 .................................................... Appx4592

Exhibit 117 to Reilly Declaration -
Email from Manal Morsy, dated September 13, 2002
(MRK-CHA01386177-82) ...................................................... Appx4700

Exhibit 118 to Reilly Declaration -
Email from Keiko Simon with attachments,
dated October 27, 2003
(MRK-CHA00279197-247) .................................................... Appx4707

Exhibit 119 to Reilly Declaration -
Slide Deck from M-M-R™ Expiry Investigators Meeting,
dated March 15-16, 1999 (MRK-CHA01888826-913) ......... Appx4759

**Table of Contents**
**(Continued)**

Exhibit 120 to Reilly Declaration -
Email from Deitra E. Arena with attachments,
dated June 16, 2000
(MRK-CHA00026466-89) ...................................................... Appx4848

Exhibit 121 to Reilly Declaration -
Email from Manal Morsy to Henrietta Ukwu,
dated October 10, 1999 (MRK-CHA01898773-6) ................ Appx4874

Exhibit 122 to Reilly Declaration -
Deposition Testimony of David Krah, M.D.,
taken July 11-12, 2017 ........................................................... Appx4879
*(Cont'd in Vol XIII)*

**Volume XIII**
**(Filed Under Seal)**

Exhibit 123 to Reilly Declaration -
Mumps Neutralization Assay Development
(MRK-CHA00336905-18) ...................................................... Appx5076

Exhibit 124 to Reilly Declaration -
Minutes of CAS Meeting, dated June 20, 2000
(MRK-CHA00209674-8) ........................................................ Appx5091

Exhibit 125 to Reilly Declaration -
Email from Ted L. Staub to George Williams,
dated February 20, 1998 (MRK-CHA00625629-30) ............. Appx5097

Exhibit 126 to Reilly Declaration -
Minutes of Mumps Neutralization Assay Meeting,
dated September 29, 1999 (MRK-CHA00020428-9) ............ Appx5100

Exhibit 127 to Reilly Declaration -
Presentation, MMR II End Expiry Trial,
produced as "MMRII-Neut-fnQPAslides9-27-99.ppt"
(MRK-CHA00025315) ........................................................... Appx5103

**Table of Contents**
**(Continued)**

Exhibit 128 to Reilly Declaration -
Draft Summary of 8/17/99 meeting by M. Morsy
(MRK-CHA00198869-70) .......................................................Appx5111

Exhibit 129 to Reilly Declaration -
Memo re: Options and proposed path forward for the
Mumps Expiry Trial (MRK-CHA00086292-3) ..................... Appx5114

Exhibit 130 to Reilly Declaration -
Email from Florian P. Schodel to Colleen A. Forsythe,
dated July 7, 1997 (MRK-CHA01648951-6) ........................ Appx5117

Exhibit 131 to Reilly Declaration -
Memo re: Monthly report for August, 2000,
dated August 23, 2000 (MRK-CHA00016632-5) .................. Appx5124

Exhibit 132 to Reilly Declaration -
Virus & Cell Biology Research Procedure
(MRK-CHA00002189-98) ..................................................... Appx5129

Exhibit 133 to Reilly Declaration -
Letter from Karen L. Goldenthal, M.D. to Keith D. Chirgwin,
M.D., dated October 26, 1999 (MRK-CHA00761482-4) ...... Appx5140

Exhibit 134 to Reilly Declaration -
Memo re: Filing Strategy for ProQuad,
dated January 31, 2002 (MRK-CHA00818776-81) ............... Appx5144

Exhibit 135 to Reilly Declaration -
Memo re: CBER teleconference (October 16, 2001):
Measles, Mumps and Rubella ELISAs, dated October 19, 2001
(MRK-CHA00331831-6) ....................................................... Appx5151

Exhibit 136 to Reilly Declaration -
Email from Michael L. Dekleva to Alison L. Fisher,
dated October 26, 2004 (MRK-CHA00846454-8) ................ Appx5158

**Table of Contents**
(Continued)

Exhibit 137 to Reilly Declaration -
Response to FDA Request for Information,
dated April 13, 2005 (MRK-CHA00000315-60) ................... Appx5164

Exhibit 138 to Reilly Declaration -
Response to FDA Request for Information,
dated November 15, 2006 (MRK-CHA00000393-409) ........ Appx5211

Exhibit 139 to Reilly Declaration -
Response to CBER Comments, dated June 10, 2002
(MRK-KRA00761628-702) ................................................... Appx5229

Exhibit 140 to Reilly Declaration -
Regulatory Liaison FDA Conversation Record,
dated October 5, 2004 (MRK-CHA00846405-15) ................ Appx5305

Exhibit 141 to Reilly Declaration -
Email from Florian Schodel to Michael L. Dekleva,
dated July 3, 2004 (MRK-CHA00791315-9) ......................... Appx5317

Exhibit 142 to Reilly Declaration -
Proposal for Immunogenicity Analyses
(MRK-CHA00561111-2) ...................................................... Appx5323

Exhibit 143 to Reilly Declaration -
Email from David Krah, M.D. to Emilio Emini, Ph.D.,
dated October 9, 2000 (MRK-CHA00065695-703) .............. Appx5326

Exhibit 144 to Reilly Declaration -
Anti-IgG Enhanced Mumps Neutralization Assay-Update,
dated October 24, 2000 (MRK-CHA00026912-8) ................ Appx5336

Exhibit 145 to Reilly Declaration -
Email from Jospeh Antonello to David Krah, M.D.,
dated October 30, 2000 (MRK-CHA00759836-9) ................ Appx5344

Exhibit 146 to Reilly Declaration -
Deposition Testimony of Barbara Kuter,
taken February 9, 2018 ......................................................... Appx5349

**Table of Contents**
**(Continued)**

**Page**

Exhibit 147 to Reilly Declaration -
Email from Steven Rubin to David Krah, M.D.,
dated August 24, 2011 (MRK-CHA00030994-8) .................. Appx5398

Exhibit 148 to Reilly Declaration -
Excerpts from Attachments to 11/18/98 CDOC Meeting
(MRK-CHA01731773-1804) ................................................ Appx5404

Exhibit 149 to Reilly Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
teleconference on methods used for the plaque reduction
neutralization assay, dated February 22, 1999
(MRK-CHA00095050-2) ...................................................... Appx5437

Exhibit 150 to Reilly Declaration -
Extra CDAB Meeting Abstract, dated August 1, 2011
(GSK-MMR-0195819-42) ...................................................... Appx5441

Exhibit 151 to Reilly Declaration -
Performance Characteristics and Validation for Mumps Plaque
Reduction Microneutralization assay
(GSK-MMR-IND-0022195-269) .......................................... Appx5466
***(Cont'd in Vol XIV)***

**Volume XIV**
**(Filed Under Seal)**

Exhibit 152 to Reilly Declaration -
Agenda for CBER Meeting, dated March 13, 2000
(MRK-CHA00016335-43) ...................................................... Appx5542

Exhibit 153 to Reilly Declaration -
Email from David Krah, M.D. to Alan Shaw,
dated August 15, 2000 (MRK-CHA00068546) ..................... Appx5552

Exhibit 154 to Reilly Declaration -
To-Do List, dated August 26, 2000
(MRK-CHA00273243-4) ...................................................... Appx5554

**Table of Contents**
(Continued)

Exhibit 155 to Reilly Declaration -
Deposition Testimony of Stephen Krahling,
taken May 2-3, 2017 ............................................................. Appx5557

Exhibit 156 to Reilly Declaration -
Memo re: Monthly report for May, 2000, dated May 23, 2000
(MRK-CHA01634869-71) ...................................................... Appx5690

Exhibit 157 to Reilly Declaration -
Handwritten Notes in Book 31271, Pages 161-2
(MRK-CHA00064608-9) ........................................................ Appx5694

Exhibit 158 to Reilly Declaration -
Email from David Krah, M.D. to Emilio Emini, Ph.D.,
dated March 30, 2000 (MRK-CHA00336323-5) ................... Appx5697

Exhibit 159 to Reilly Declaration -
Email from Keith D. Chirgwin with attachment,
dated February 26, 2001
(MRK-CHA00549462-72) ...................................................... Appx5701

Exhibit 160 to Reilly Declaration -
Relator Stephen A. Krahling's Responses and Objections
to Merck's Revised First Set of Interrogatories,
dated May 18, 2015 ............................................................... Appx5713

Exhibit 161 to Reilly Declaration -
Deposition Testimony of Joseph Antonello, Ph.D.,
taken August 3, 2017 ............................................................ Appx5780

Exhibit 162 to Reilly Declaration -
Email from Beverly A. Zaber to Cathy W. Wadsworth,
dated August 9, 2001 (MRK-CHA00008835-9) .................... Appx5862

Exhibit 163 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Steve Krahling, dated March 29, 2001
(MRK-CHA00015702-3) ........................................................ Appx5868

**Table of Contents**
**(Continued)**

Exhibit 164 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Colleen Barr, dated March 29, 2001
(MRK-CHA00014739-40) ...................................................... Appx5871

Exhibit 165 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Mary Yagodich, dated March 29, 2001
(MRK-CHA00014746-7) ...................................................... Appx5874

Exhibit 166 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Jennifer Kriss, dated March 29, 2001
(MRK-CHA00014829-30) ...................................................... Appx5877

Exhibit 167 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Steve Krahling, dated March 29, 2001
(MRK-CHA00014731-2) ...................................................... Appx5880

Exhibit 168 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Mary Yagodich, dated March 29, 2001
(MRK-CHA00014744-5) ...................................................... Appx5883

Exhibit 169 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Jill DeHaven, dated March 29, 2001
(MRK-CHA00014749-50) ...................................................... Appx5886

Exhibit 170 to Reilly Declaration -
Memo re: Supplemental Activities for Mumps Neuts,
Protocol 005, Jennifer Kriss, dated March 29, 2001
(MRK-CHA00015719-20) ...................................................... Appx5889

Exhibit 171 to Reilly Declaration -
Memo re: Study KM-248 Phase III-Questionable ELISA
Results in the Comparator Group, dated November 1, 2001
(MRK-CHA00760670-2) ...................................................... Appx5892

**Table of Contents**
**(Continued)**

Exhibit 172 to Reilly Declaration -
Deposition Testimony of Joan L. Wlochowski,
taken June 13-14, 2017 ......................................................... Appx5896
*(Cont'd in Vol XV)*

**Volume XV**
**(Filed Under Seal)**

Exhibit 173 to Reilly Declaration -
Outline for HR Discussion (RELATOR_00000273) ............. Appx6040

Exhibit 174 to Reilly Declaration -
Expert Report of Philip Stark, Ph.D.,
dated March 12, 2018 ........................................................... Appx6042

Exhibit 175 to Reilly Declaration -
Supplemental Expert Report of Philip Stark, Ph.D.,
dated October 16, 2018 ......................................................... Appx6072

Exhibit 176 to Reilly Declaration -
Email from Jospeh Antonello with attachments,
dated March 20, 2002
(MRK-CHA00544820-47) ..................................................... Appx6079

Exhibit 177 to Reilly Declaration -
Excerpts from journal of David Krah, M.D.
(MRK-CHA00489903-490080) ............................................. Appx6133

Exhibit 178 to Reilly Declaration -
Handwritten Log (RELATOR_00001025-6) ......................... Appx6136

Exhibit 179 to Reilly Declaration -
Excerpts from journal of David Krah, M.D.
(MRK-CHA00490592-91038) ............................................... Appx6139

Exhibit 180 to Reilly Declaration -
Memo re: Review of mumps-AIGENT neutralization data,
dated August 1, 2001 (MRK-CHA00026864) ....................... Appx6144

**Table of Contents**
**(Continued)**

**Page**

Exhibit 181 to Reilly Declaration -
Email from Karen R. McKenney, dated August 7, 2001
(MRK-CHA00052249-53) ..................................................... Appx6146

Exhibit 182 to Reilly Declaration -
General Correspondence and Submission to FDA,
dated February 4, 2002 (MRK-CHA00000410-78) ............... Appx6152

Exhibit 183 to Reilly Declaration -
Assay Log (MRK-CHA00050333-42) .................................. Appx6222

Exhibit 184 to Reilly Declaration -
Handwritten Notes regarding Discarded Plates
(MRK-CHA00055013) ......................................................... Appx6233

Exhibit 185 to Reilly Declaration -
Memo re: Validation of the Anti-IgG Enhanced Mumps Wild
Type Plaque Reduction Neutralization Assay (Virus and Cell
Biology Research Procedure #874.3489), dated
February 27, 2001 (MRK-CHA00016988-17023) ................ Appx6235

Exhibit 186 to Reilly Declaration -
Response to FDA Request for Information,
dated March 12, 2001 (MRK-CHA00017036-115) ............... Appx6272

Exhibit 187 to Reilly Declaration -
Biological Product Deviation Report Form,
dated April 20, 2001 (MRK-CHA00754233-8) ..................... Appx6353

Exhibit 188 to Reilly Declaration -
Background Document: M-M-R®II Protocol 007-Mumps End
Expiry Study: AIGENT Assay Issues and Impact on Study
Criteria (MRK-CHA00615152-74) ....................................... Appx6360

Exhibit 189 to Reilly Declaration -
Supplemental Biologics License Application,
dated January 29, 2004 (MRK-CHA00000032-139) ............. Appx6384

**Table of Contents**
**(Continued)**

Exhibit 190 to Reilly Declaration -
Information Amendment-Clinical, dated November 30, 2001
(MRK-CHA00126233-66) ..................................................... Appx6493
*(Cont'd in Vol XVI)*

**Volume XVI**
**(Filed Under Seal)**

Exhibit 191 to Reilly Declaration -
Email from Mandie Lyon to David Krah, M.D.,
dated August 19, 2004 (MRK-CHA00337141-57) ................ Appx6528

Exhibit 192 to Reilly Declaration -
Email from Barbara J. Kuter to Barbara J. Kuter
with attachment, dated August 5, 2009
(MRK-CHA00121080-82) ..................................................... Appx6546

Exhibit 193 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of October 24, 2011 ..................... Appx6550

Exhibit 194 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of September 26, 2012 ................. Appx6555

Exhibit 195 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of October 17, 2012 ..................... Appx6559

Exhibit 196 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of December 22, 2012 ................. Appx6563

Exhibit 197 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of July 3, 2013 ............................ Appx6567

**Table of Contents**
**(Continued)**

Exhibit 198 to Reilly Declaration -
ClinicalTrials.gov webpage for the Protocol 007
clinical study, archived as of October 7, 2015 ........................ Appx6571

Exhibit 199 to Reilly Declaration -
CinicalTrials.gov "Background" webpage,
last accessed October 14, 2019 ............................................. Appx6575

Exhibit 200 to Reilly Declaration -
EMEA Scientific Discussion Paper re: M-M-RVAXPRO
and M-M-RII, downloaded October 10, 2019 ........................ Appx6580

Exhibit 201 to Reilly Declaration -
Letter from Dr. Gudrun V. Wangenheim to
D. Wonnacott, Ph.D. (MRK-CHA00626021-2) .................... Appx6616

Exhibit 202 to Reilly Declaration -
Letter from Karen L. Goldenthal, M.D. to Alison Fisher,
Ph.D., dated October 17, 2005 (MRK-CHA00560257-8) ..... Appx6619

Exhibit 203 to Reilly Declaration -
Amendment to Supplemental Biologics License Application
Response to FDA Request for Information,
dated June 5, 2007, with Attachments
(MRK-CHA00000368-82) ...................................................... Appx6622

Exhibit 204 to Reilly Declaration -
Email from Margaret Kanters to Donna Zacholski,
dated January 30, 2009 (MRK-CHA01300697-9) ................. Appx6638

Exhibit 205 to Reilly Declaration -
Approval Letter from FDA, dated December 6, 2007
(MRK-CHA01519087-8) ........................................................ Appx6642

Exhibit 206 to Reilly Declaration -
Memo re: Review of Merck's 7068-214, dated July 27, 2004
(MRK-CHA00846451-3) ........................................................ Appx6645

**Table of Contents**
**(Continued)**

Exhibit 207 to Reilly Declaration -
ProQuad™ Original Application, dated August 3, 2004
(MRK-CHA00158320-71) ...................................................... Appx6649

Exhibit 208 to Reilly Declaration -
Deposition Testimony of Michael Dekleva,
taken February 9, 2017  ........................................................ Appx6687

Exhibit 209 to Reilly Declaration -
Original Biologics License Application, dated August 27, 2004
(MRK-CHA00157572-3) ........................................................ Appx6760

Exhibit 210 to Reilly Declaration -
Email from Louis H. Washington to Michael L. Dekleva,
dated June 10, 2004 (MRK-CHA00821967-9) ...................... Appx6763

Exhibit 211 to Reilly Declaration -
Information Amendment-Clinical, dated November 27, 2001
(MRK-CHA00152449-67) ...................................................... Appx6767

Exhibit 212 to Reilly Declaration -
Excerpts from Merck's Responses and Objections to
Plaintiffs' First Set of Interrogatories,
dated August 16, 2017 ........................................................... Appx6787

Exhibit 213 to Reilly Declaration -
Excerpts from Merck's Response to Request for Information,
dated May 4, 2005 (MRK-CHA00846087-6404) .................. Appx6798

Exhibit 214 to Reilly Declaration -
Approval Letter, dated September 6, 2005
(MRK-CHA00761865-89) ...................................................... Appx6804

Exhibit 215 to Reilly Declaration -
Supplemental Biologics License Application,
dated June 30, 2004 (MRK-CHA00137854-5) ...................... Appx6830

**Table of Contents**
**(Continued)**

**Page**

Exhibit 216 to Reilly Declaration -
Excerpts from A Comparison of the Safety, Tolerability, and
Immunogenicity of M-M-R™II Manufactured With
Recombinant Human Albumin (rHA) Versus M-M-R™II
Manufactured with Pooled-Donor Human Serum Albumin
(HSA) in Healthy Children 12 to 18 Months of Age
Protocol 009 (MRK-CHA00140056-41340) ......................... Appx6833

Exhibit 217 to Reilly Declaration -
Excerpts from Measles, Mumps, and Rubella Virus Vaccine,
Live-Replacement of Human Serum Albumin With
Recombinant Albumin (MRK-CHA00138137-72) ............... Appx6908

Exhibit 218 to Reilly Declaration -
Excerpts from Response to FDA Request for Information,
dated June 28, 2004 (MRK-CHA00124554-4690) ................ Appx6931

Exhibit 219 to Reilly Declaration -
Approval Letter, dated August 31, 2005
(MRK-CHA00141909-22) .................................................... Appx6979

Exhibit 220 to Reilly Declaration -
M-M-R®II Label (April 1999)
(MRK-CHA00757072-6) ...................................................... Appx6994

Exhibit 221 to Reilly Declaration -
M-M-R®II Label (MRK-CHA00757108-11) ........................ Appx7000
*(Cont'd in Vol XVII)*

**Volume XVII**
**(Filed Under Seal)**

Exhibit 222 to Reilly Declaration -
M-M-R®II Label (2004) (MRK-CHA00757100-3) .............. Appx7005

Exhibit 223 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449260-70) ........................ Appx7010

## Table of Contents
### (Continued)

**Page**

Exhibit 224 to Reilly Declaration -
Current M-M-R®II Label (last revised: 09/2019),
downloaded on October 22, 2019 .......................................... Appx7022

Exhibit 225 to Reilly Declaration -
M-M-R®II Label (1990) (MRK-CHA00757060-3) .............. Appx7034

Exhibit 226 to Reilly Declaration -
Summary of Revisions of M-M-R®II Label
(MRK-CHA00137876-7) ....................................................... Appx7039

Exhibit 227 to Reilly Declaration -
Protocol 006 Clinical Study Report Synopsis,
dated August 16, 2004 (MRK-CHA01580213-19) ................ Appx7042

Exhibit 228 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449029-40) ........................ Appx7050

Exhibit 229 to Reilly Declaration -
Description of ProQuad® (MRK-CHA00177125-36) .......... Appx7063

Exhibit 230 to Reilly Declaration -
ProQuad® Label (MRK-CHA01449181-2) .......................... Appx7076

Exhibit 231 to Reilly Declaration -
Current ProQuad Label (last revised: 09/2019),
downloaded on October 22, 2019 .......................................... Appx7079

Exhibit 232 to Reilly Declaration -
Excerpts from Merck's Responses and Objections to Relators'
First Set of Interrogatories, dated April 9, 2015 .................... Appx7105

Exhibit 233 to Reilly Declaration -
Expert Report of Yonatan Grad, M.D., Ph.D.,
dated June 12, 2018 ............................................................... Appx7114

Exhibit 234 to Reilly Declaration -
Excerpts from "Summary of Notifiable Diseases-United
States, 2006," *MMWR*, 2008:55(53) ..................................... Appx7169

**Table of Contents**
**(Continued)**

Exhibit 235 to Reilly Declaration -
Excerpts from "Summary of Notifiable Diseases-United
States, 2009," *MMWR*, 2009:58(53) ...................................... Appx7173

Exhibit 236 to Reilly Declaration -
Excerpts from a "Summary of Notifiable Diseases-United
States, 2010," *MMWR*, 2012:59(53) ...................................... Appx7177

Exhibit 237 to Reilly Declaration -
Excerpts from "Summary of Notifiable Diseases-United
States, 2012," *MMWR*, 2014:61(53) ...................................... Appx7181

Exhibit 238 to Reilly Declaration -
Excerpts from "Summary of Notifiable Infectious
Diseases and Conditions-United States, 2013,"
*MMWR*, 2015:62(53) ............................................................ Appx7185

Exhibit 239 to Reilly Declaration -
Excerpts from "Summary of Notifiable Infectious
Diseases and Conditions-United States, 2014,"
*MMWR*, 2016:63(54) ............................................................ Appx7189

Exhibit 240 to Reilly Declaration -
Excerpts from "Summary of Notifiable Infectious
Diseases and Conditions-United States, 2015,"
*MMWR*, 2017:64(53) ............................................................ Appx7194

Exhibit 241 to Reilly Declaration -
National Notifiable Infectious Diseases and Conditions:
United States TABLE 2j. Reported cases of notifiable
diseases, by region and reporting area-United States and
U.S. territories, 2016 ............................................................ Appx7199

Exhibit 242 to Reilly Declaration -
National Notifiable Infectious Diseases and Conditions:
United States TABLE 2j. Reported cases of notifiable
diseases, by region and reporting area-United States and
U.S. territories, 2017 ............................................................ Appx7202

**Table of Contents**
(Continued)

Exhibit 243 to Reilly Declaration -
Nationally Notifiable Infectious Diseases and Conditions,
United States: Weekly Tables; TABLE 1y. Weekly cases of
notifiable diseases, United States, U.S. Territories, and
Non-U.S. Residents weeks ending September 14, 2019
(week 37) .............................................................................. Appx7205

Exhibit 244 to Reilly Declaration -
"Decreased humoral immunity to mumps in young adults
immunized with MMR vaccine in childhood," Rasheed, *et al.*,
PNAS, dated September 17, 2019 116 (38) ........................... Appx7209

Exhibit 245 to Reilly Declaration -
Deposition Testimony of William L. Atkinson, M.D., MPH,
taken January 30, 2019 ......................................................... Appx7216

Exhibit 246 to Reilly Declaration -
Email from Don Latner to William Bellini,
dated July 29, 2010 (BIAOHE000446-53) ........................... Appx7270

Exhibit 247 to Reilly Declaration -
Deposition Testimony of Yonatan Grad, M.D., Ph.D.,
taken October 30, 2018 ......................................................... Appx7279

Exhibit 248 to Reilly Declaration -
Press Briefing Transcripts from CDC,
dated April 19, 2006 .............................................................. Appx7342

Exhibit 249 to Reilly Declaration -
Deposition Testimony of Alan W. Sims,
taken October 12, 2017 ......................................................... Appx7349

Exhibit 250 to Reilly Declaration -
Deposition Testimony of Katalin Abraham,
taken May 18, 2017 ............................................................... Appx7403
*(Cont'd in Vol XVIII)*

**Table of Contents**
**(Continued)**

**Volume XVIII**
**(Filed Under Seal)**

Exhibit 251 to Reilly Declaration -
Email from Eric T. Skjeveland to Christopher J. Petroski,
dated June 7, 2012 (MRK-CHA00955961) ........................... Appx7504

Exhibit 252 to Reilly Declaration -
Expert Report of Jonathan Temte, M.D., Ph.D.,
dated June 12, 2018 .............................................................. Appx7506

Exhibit 253 to Reilly Declaration -
M-M-R®II Label (MRK-CHA01449243-53) ....................... Appx7556

Exhibit 254 to Reilly Declaration -
Transcription of an MVX (voice mail) from Manal A. Morsy
to Henrietta Ukwu and Keith D. Chirgwin
(MRK-CHA00020421-2) ....................................................... Appx7568

Exhibit 255 to Reilly Declaration -
CDC Presentation, "Mumps-What Happened in 2006?
National Perspective," by Gustavo Dayan,
dated March 5, 2007
(MRK-CHA01372603-33) ..................................................... Appx7571

Exhibit 256 to Reilly Declaration -
"Commentary: Mumps Vaccines: Do We Need A New One?"
by Stanely A. Plotkin, M.D., accepted for publication
December 4, 2012 ................................................................. Appx7603

Exhibit 257 to Reilly Declaration -
"Mumps: A Pain in the Neck," by Stanley A. Plotkin, M.D.,
accepted for publication April 19, 2018 ................................ Appx7606

Exhibit 258 to Reilly Declaration -
"Emerging Mumps Infection," by Rubin, *et al.*,
accepted for publication April 12, 2016 ................................ Appx7609

**Table of Contents**
(Continued)

Exhibit 259 to Reilly Declaration -
"Measles and mumps outbreaks in the United States: Think
globally, vaccinate locally," by Jennifer A. Whitaker,
*Vaccine* 32 (2014) ................................................................ Appx7613

Exhibit 260 to Reilly Declaration -
"Remembering Mumps," by Latner, *et al.*, *PLOS Pathogens*,
published May 7, 2015 ........................................................ Appx7616

Exhibit 261 to Reilly Declaration -
"The resurgence of mumps and pertussis," by Martine Sabbe
and Corinne Vandermeulen accepted for publication
October 22, 2015 ................................................................ Appx7621

Exhibit 262 to Reilly Declaration -
"Mumps Outbreaks in Vaccinated Populations: Are Available
Mumps Vaccines Effective Enough to Prevent Outbreaks?"
by Dayan, *et al.*, accepted for publication May 20, 2008 ...... Appx7631

Exhibit 263 to Reilly Declaration -
Shapiro Deposition Exhibit 25, Program Announcement for
the Department of Defense's Defense Health Program for
Funding Opportunity No. W81XWH-17-PRMRP-CTA ........ Appx7642

Exhibit 264 to Reilly Declaration -
Excerpts from Notice of Grant Award, issued May 7, 2012
(RELATOR_00004392-478) ................................................ Appx7712

Exhibit 265 to Reilly Declaration -
Expert Report of William P. Nichols, dated June 12, 2018 .... Appx7743

Exhibit 266 to Reilly Declaration -
Solicitation Number 2003-N-00734,
issued December 19, 2002 by the CDC ................................ Appx7779

Exhibit 267 to Reilly Declaration -
Solicitation Number 2005-N-01706,
issued January 4, 2005 by the CDC ...................................... Appx7826

**Table of Contents**
(Continued)

Exhibit 268 to Reilly Declaration -
Solicitation Number 2007-N-09211,
issued January 23, 2007 by the CDC ..................................... Appx7872

Exhibit 269 to Reilly Declaration -
Solicitation Number 2010-N-11873,
issued January 26, 2010 by the CDC ..................................... Appx7923

Exhibit 270 to Reilly Declaration -
Solicitation Number 2011-N-13043,
issued December 21, 2010 by the CDC ................................. Appx7956

Exhibit 271 to Reilly Declaration -
Solicitation Number 2012-N-14228,
issued December 13, 2011 by the CDC ................................. Appx7987
*(Cont'd in Vol XIX)*

**Volume XIX**
**(Filed Under Seal)**

Exhibit 272 to Reilly Declaration -
Solicitation Number 2013-N-14972,
issued January 22, 2013 by the CDC ..................................... Appx8013

Exhibit 273 to Reilly Declaration -
Solicitation Number 2014-N-15784,
issued January 24, 2014 by the CDC ..................................... Appx8040

Exhibit 274 to Reilly Declaration -
Solicitation Number 2015-N-16850,
issued January 16, 2015 by the CDC ..................................... Appx8067

Exhibit 275 to Reilly Declaration -
Solicitation Number 2016-N-17693,
issued January, 4, 2015 by the CDC ..................................... Appx8098

Exhibit 276 to Reilly Declaration -
Solicitation Number 2017-N-18099,
issued January 21, 2017 by the CDC ..................................... Appx8127

**Table of Contents**
(Continued)

Exhibit 277 to Reilly Declaration -
Solicitation Number 2018-N-67769,
issued January 10, 2018 by the CDC ..................................... Appx8156

Exhibit 278 to Reilly Declaration -
Solicitation Number 75D301-19-R-67848,
issued January 7, 2019 by the CDC ...................................... Appx8183

Exhibit 279 to Reilly Declaration -
Summary of GSK-CDC MMR/V Vaccine Meeting
(GSK-MMR-0030570-2) ...................................................... Appx8212

Exhibit 280 to Reilly Declaration -
Charter of the Advisory Committee on Immunization
Practices, filed April 1, 2018 ................................................. Appx8216

Exhibit 281 to Reilly Declaration -
Relators' Expert Report of Dr. Thomas McGuire,
dated March 13, 2018 .......................................................... Appx8222

Exhibit 282 to Reilly Declaration - [1]
Transactional data, "1998 Lot Assignment.xlsx"
(MRK-CHA02143443) ......................................................... Appx8369

Exhibit 283 to Reilly Declaration -
Transactional data, "1999 Lot Assignment.xlsx"
(MRK-CHA02143444) ......................................................... Appx8371

Exhibit 284 to Reilly Declaration -
Transactional data, "2000 Lot Assignment.xlsx"
(MRK-CHA02143445) ......................................................... Appx8373

Exhibit 285 to Reilly Declaration -
Transactional data, "2001 Lot Assignment.xlsx"
(MRK-CHA02143446) ......................................................... Appx8375

---

[1] Exhibits 282 through 299 to the Reilly Declaration have been omitted by consent of the parties.

**Table of Contents**
**(Continued)**

Exhibit 286 to Reilly Declaration -
Transactional data, "2002 Lot Assignment.xlsx"
(MRK-CHA02143447) ........................................................ Appx8377

Exhibit 287 to Reilly Declaration -
Transactional data, "2003 Lot Assignment.xlsx"
(MRK-CHA02143448) ........................................................ Appx8379

Exhibit 288 to Reilly Declaration -
Transactional data, "2004 Lot Assignment.xlsx"
(MRK-CHA02143449) ........................................................ Appx8381

Exhibit 289 to Reilly Declaration -
Transactional data, "2005 Lot Assignment.xlsx"
(MRK-CHA02143450) ........................................................ Appx8383

Exhibit 290 to Reilly Declaration -
Transactional data, "2006 Lot Assignment.xlsx"
(MRK-CHA02143451) ........................................................ Appx8385

Exhibit 291 to Reilly Declaration -
Transactional data, "2007 Lot Assignment.xlsx"
(MRK-CHA02143452) . ........................................................ Appx8387

Exhibit 292 to Reilly Declaration -
Transactional data, "2008 Lot Assignment.xlsx"
(MRK-CHA02143453) ........................................................ Appx8389

Exhibit 293 to Reilly Declaration -
Transactional data, "2009 Lot Assignment.xlsx"
(MRK-CHA02143454) ........................................................ Appx8391

Exhibit 294 to Reilly Declaration -
Transactional data, "2010 Lot Assignment.xlsx"
(MRK-CHA02143455) ........................................................ Appx8393

Exhibit 295 to Reilly Declaration -
Transactional data, "2011 Lot Assignment.xlsx"
(MRK-CHA02143456) ........................................................ Appx8395

**Table of Contents**
(Continued)

Exhibit 296 to Reilly Declaration -
Transactional data, "2012 Lot Assignment.xlsx"
(MRK-CHA02143457) .......................................................... Appx8397

Exhibit 297 to Reilly Declaration -
Transactional data, "2013 Lot Assignment.xlsx"
(MRK-CHA02143458) .......................................................... Appx8399

Exhibit 298 to Reilly Declaration -
Transactional data, "2014 Lot Assignment.xlsx"
(MRK-CHA02143459) .......................................................... Appx8401

Exhibit 299 to Reilly Declaration -
Transactional data, "2015 Lot Assignment.xlsx"
(MRK-CHA02143460) .......................................................... Appx8403

Exhibit 300 to Reilly Declaration -
Letter from Lisa C. Dykstra to Counsel,
dated April 17, 2017 ............................................................... Appx8405

Exhibit 301 to Reilly Declaration -
Letter from Stan Bernard, M.D., M.B.A. to Kim Haupt,
dated November 9, 2008 (MRK-CHA02063339-45) ............ Appx8407

Exhibit 302 to Reilly Declaration -
Merck's 2004 Vaccine for Children Contract with the CDC
(MRK-CHA01371280-310) .................................................... Appx8415

Exhibit 303 to Reilly Declaration -
Merck's 2003 Vaccine for Children Contract with the CDC
(MRK-CHA01371311-40) ...................................................... Appx8447

Exhibit 304 to Reilly Declaration -
Merck's 2005 Vaccine for Children Contract with the CDC
(MRK-CHA01371341-72) ...................................................... Appx8478
*(Cont'd in Vol XX)*

**Table of Contents**
**(Continued)**

**Volume XX**
**(Filed Under Seal)**

Exhibit 305 to Reilly Declaration -
Merck's 2010 Vaccine for Children Contract with the CDC
(MRK-CHA01371373-97) .................................................... Appx8511

Exhibit 306 to Reilly Declaration -
Merck's 2012 Vaccine for Children Contract with the CDC
(MRK-CHA01371398-421) .................................................. Appx8537

Exhibit 307 to Reilly Declaration -
Merck's 2013 Vaccine for Children Contract with the CDC
(MRK-CHA01371422-44) .................................................... Appx8562

Exhibit 308 to Reilly Declaration -
Merck's 2014 Vaccine for Adults Contract with the CDC
(MRK-CHA01371445-72) .................................................... Appx8586

Exhibit 309 to Reilly Declaration -
Merck's 2014 Vaccine for Children Contract with the CDC
(MRK-CHA01371473-96) .................................................... Appx8615

Exhibit 310 to Reilly Declaration -
Merck's 2011 Vaccine for Children Contract with the CDC
(MRK-CHA01371497-518) .................................................. Appx8640

Exhibit 311 to Reilly Declaration -
Merck's 2011 Vaccine for Adults Contract with the CDC
(MRK-CHA01371519-47) .................................................... Appx8663

Exhibit 312 to Reilly Declaration -
Merck's 2013 Vaccine for Adults Contract with the CDC
(MRK-CHA01371548-71) .................................................... Appx8693

Exhibit 313 to Reilly Declaration -
Merck's 2012 Vaccine for Adults Contract with the CDC
(MRK-CHA01371572-603) ................................................. Appx8718

**Table of Contents**
**(Continued)**

**Page**

Exhibit 314 to Reilly Declaration -
Merck's 2007 Vaccine for Children Contract with the CDC
(MRK-CHA01371604-23) .................................................... Appx8751

Exhibit 315 to Reilly Declaration -
Merck's 2006 Vaccine for Children Contract with the CDC
(MRK-CHA01371624-55) .................................................... Appx8772

Exhibit 316 to Reilly Declaration -
Merck's 2001 Vaccine for Children Contract with the CDC
(MRK-CHA01371656-92) .................................................... Appx8805

Exhibit 317 to Reilly Declaration -
Merck's 2000 Vaccine for Children Contract with the CDC
(MRK-CHA01371693-727) .................................................... Appx8843

Exhibit 318 to Reilly Declaration -
Merck's 1998 Vaccine for Children Contract with the CDC
(MRK-CHA01371728-50) .................................................... Appx8879

Exhibit 319 to Reilly Declaration -
Merck's 1999 Vaccine for Children Contract with the CDC
(MRK-CHA01371751-84) .................................................... Appx8903

Exhibit 320 to Reilly Declaration -
Merck's 2002 Vaccine for Children Contract with the CDC
(MRK-CHA01371785-816) .................................................... Appx8938

Exhibit 321 to Reilly Declaration -
Merck's 2008 Vaccine for Children Contract with the CDC
(MRK-CHA01371817-840) .................................................... Appx8971

Exhibit 322 to Reilly Declaration -
Merck's 2009 Vaccine for Adults Contract with the CDC
(MRK-CHA01371841-879) .................................................... Appx8996
*(Cont'd in Vol XXI)*

**Table of Contents**
**(Continued)**

**Page**

**Volume XXI**
**(Filed Under Seal)**

Exhibit 323 to Reilly Declaration -
Merck's 2009 Vaccine for Children Contract with the CDC
(MRK-CHA01371880-1900) .................................................. Appx9036

Exhibit 324 to Reilly Declaration -
Merck's 2010 Vaccine for Adults Contract with the CDC
(MRK-CHA01371901-33) ...................................................... Appx9058

Exhibit 325 to Reilly Declaration -
Merck's 2015 Vaccine for Adults Contract with the CDC
(MRK-CHA01371934-61) ...................................................... Appx9092

Exhibit 326 to Reilly Declaration -
Merck's 2016 Vaccine for Children Contract with the CDC
(MRK-CHA01371962-89) ...................................................... Appx9121

Exhibit 327 to Reilly Declaration -
Merck's 2010 Vaccine for Adults Contract with the CDC
(MRK-CHA01371990-2020) .................................................. Appx9150

Exhibit 328 to Reilly Declaration -
Merck's 2016 Vaccine for Adults Contract with the CDC
(MRK-CHA01372021-44) ...................................................... Appx9182

Exhibit 329 to Reilly Declaration -
Merck's 2015 Vaccine for Children Contract with the CDC
(MRK-CHA01372045-72) ...................................................... Appx9207

Exhibit 330 to Reilly Declaration -
Invoice, dated March 14, 2012 (MRK-CHA01371253) ........ Appx9236

Exhibit 331 to Reilly Declaration -
Invoice, dated January 3, 2011(MRK-CHA01371256) ......... Appx9238

Exhibit 332 to Reilly Declaration -
Invoice, dated January 6, 2014 (MRK-CHA01371258) ........ Appx9240

**Table of Contents**
(Continued)

**Page**

Exhibit 333 to Reilly Declaration -
Invoice, dated May 20, 2010 (MRK-CHA01371259) ........... Appx9242

Exhibit 334 to Reilly Declaration -
Invoice, dated January 14, 2013 (MRK-CHA01371261) ...... Appx9244

Exhibit 335 to Reilly Declaration -
Invoice, dated February 2, 2011 (MRK-CHA01371262) ...... Appx9246

Exhibit 336 to Reilly Declaration -
Invoice, dated November 17, 2010 (MRK-CHA01371263) . Appx9248

Exhibit 337 to Reilly Declaration -
Invoice, dated November 28, 2012 (MRK-CHA01371264) . Appx9250

Exhibit 338 to Reilly Declaration -
Invoice, dated March 20, 2013 (MRK-CHA01371268-69) ... Appx9252

Exhibit 339 to Reilly Declaration -
Invoice, dated January 22, 2016 (MRK-CHA01371274) ...... Appx9255

Exhibit 340 to Reilly Declaration -
Invoice, dated February 26, 2014 (MRK-CHA01371278) .... Appx9257

Exhibit 341 to Reilly Declaration -
Invoice, dated February 4, 2015 (MRK-CHA01371279) ...... Appx9259

Exhibit 342 to Reilly Declaration -
FDA webpage, "National Drug Code Directory," accessible
online at https://www.fda.gov/drugs/drug-approvals-and-
databases/national-drug-code-directory, last accessed
October 1, 2019 .................................................................. Appx9261

Exhibit 343 to Reilly Declaration -
Email from Jonathan Hartzel to Joseph M. Antonello,
dated October 18, 2005 (MRK-CHA00759061-4) ................ Appx9268

**Table of Contents**
**(Continued)**

Exhibit 344 to Reilly Declaration -
Email from Joseph M. Antonello to Timothy L. Shofield,
dated May 5, 2005 (MRK-CHA00649638-40) ..................... Appx9273

Exhibit 345 to Reilly Declaration -
Letter from Lisa C. Dykstra to Counsel,
dated September 13, 2018 ..................................................... Appx9277

Exhibit 346 to Reilly Declaration -
Letter from Lisa C. Dykstra to the Honorable
Lynne A. Sitarski, dated June 15, 2015 ................................. Appx9289

Exhibit 347 to Reilly Declaration -
Deposition Testimony of Peter Calcott, Ph.D.,
taken September 7, 2018 ....................................................... Appx9307

Exhibit 348 to Reilly Declaration -
Email from Mandie Lyon, dated May 5, 2006
(MRK-CHA00069026-36) ..................................................... Appx9385

Exhibit 349 to Reilly Declaration -
Presentation, M-M-R II End Expiry, produced as "12-14
CDOC presentation.ppt" (MRK-CHA00021319) ................. Appx9397

Exhibit 350 to Reilly Declaration -
Department of Justice Press Release, dated May 13, 2013 .... Appx9410

Exhibit 351 to Reilly Declaration -
Department of Justice Press Release,
dated October 26, 2010 ......................................................... Appx9414

Exhibit 352 to Reilly Declaration -
Department of Justice Press Release,
dated January 12, 2017 ......................................................... Appx9417

Exhibit 353 to Reilly Declaration -
Department of Justice Press Release,
dated September 24, 2014 ..................................................... Appx9420

**Table of Contents**
**(Continued)**

Exhibit 354 to Reilly Declaration -
Department of Justice Press Release, dated April 15, 2009 ... Appx9423

Exhibit 355 to Reilly Declaration -
Rule 30(b)(6) Deposition topics, dated December 13, 2016
(Stannard Ex. 3) .................................................... Appx9426

Exhibit 356 to Reilly Declaration -
Department of Justice Press Release,
dated August 8, 2014 ............................................. Appx9443

Exhibit 357 to Reilly Declaration -
FDA Form 483, dated August 6, 2001
(MRK-CHA00000547) ........................................... Appx9446

Exhibit 358 to Reilly Declaration -
Deposition Testimony of Robert Malone, M.D.,
taken September 14, 2018 ...................................... Appx9448
*(Cont'd in Vol XXII)*

**Volume XXII**
**(Filed Under Seal)**

Exhibit 359 to Reilly Declaration -
Deposition Testimony of Dr. Manal Morsy,
taken August 5, 2016 ............................................. Appx9511

Exhibit 360 to Reilly Declaration -
Atkinson Deposition Exhibit 6, "Recommendations of
the Immunization Practices Advisory Committee Measles
Prevention: Supplementary Statement,"
dated January 13, 1989 .......................................... Appx9621

Declaration of Lisa C. Dykstra in Support of
Defendant's Motions for Summary Judgment,
executed October 25, 2019 (Doc. 295) ................... Appx9625

Exhibit 1 to Dykstra Declaration -
Stephen A. Krahling's Resume (MRK-KRA00331426-7) .... Appx9656

**Table of Contents**
**(Continued)**

Exhibit 2 to Dykstra Declaration -
Excerpts from Deposition Testimony of Stephen Krahling,
taken May 2, 2017 ................................................................ Appx9659

Exhibit 3 to Dykstra Declaration -
Merck Employee Initialization Form for Stephen Krahling
(MRK-KRA00582401) .......................................................... Appx9680

Exhibit 4 to Dykstra Declaration -
Stephen Krahling's November 30, 2001 Separation Agreement
(MRK-KRA00582394-7) ........................................................ Appx9682

Exhibit 5 to Dykstra Declaration -
Excerpts from Relator Stephen A. Krahling's Responses
and Objections to Merck's First Set of Interrogatories,
dated January 28, 2015 ........................................................ Appx9687

Exhibit 6 to Dykstra Declaration -
Excerpts from Relator Stephen A. Krahling's Responses
and Objections to Merck's Revised First Set of Interrogatories,
dated May 18, 2015 .............................................................. Appx9716

Exhibit 7 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Stephen Krahling, taken May 3, 2017 ................................... Appx9783

Exhibit 8 to Dykstra Declaration -
Stephen Krahling's handwritten notes,
dated October 1, 2001 (RELATOR_00001044-5) ................. Appx9792

Exhibit 9 to Dykstra Declaration -
FDA's Summary of Findings, dated August 6, 2001
(RELATOR_00004086-94) .................................................... Appx9795

Exhibit 10 to Dykstra Declaration -
Merck FDA Inspection Records, dated August 6, 2001
(MRK-KRA01631009-254) ................................................... Appx9805
*(Cont'd in Vol XXIII)*

**Table of Contents**
**(Continued)**

**Volume XXIII**
**(Filed Under Seal)**

Exhibit 11 to Dykstra Declaration -
Excerpts from the Expert Report of
D. Bruce Burlington M.D. .................................................. Appx10052

Exhibit 12 to Dykstra Declaration -
Merck's Virus and Cell Biology Organization Chart
(RELATOR_00000902-3) .................................................. Appx10070

Exhibit 13 to Dykstra Declaration -
Excerpts from Relator Stephen A. Krahling's Responses
and Objections to Defendant Merck's Requests for
Admission, dated April 4, 2016 ........................................... Appx10073

Exhibit 14 to Dykstra Declaration -
FDA Form 483 Frequently Asked Questions ....................... Appx10101

Exhibit 15 to Dykstra Declaration -
FDA Re-Inspection Memorandum, dated August 10, 2001
(MRK-KRA00071241-5) .................................................... Appx10104

Exhibit 16 to Dykstra Declaration -
CBER Merck Communications Mumps Expiry,
dated August 8, 2002 (MRK-KRA00623049-51) ................ Appx10110

Exhibit 17 to Dykstra Declaration -
Email Communication with Attachments regarding FDA
Inspection-IND 1016, dated September 14, 2001
(MRK-KRA00063885-8) .................................................... Appx10114

Exhibit 18 to Dykstra Declaration -
FDA Telephone Conversation Memorandum,
dated September 17, 2001 (MRK-KRA00019107) ............. Appx10119

Exhibit 19 to Dykstra Declaration -
FDA Teleconference-IND 1016 Inspection Follow up,
dated September 25, 2001 (MRK-KRA00071300-1) .......... Appx10121

**Table of Contents**
**(Continued)**

**Page**

Exhibit 20 to Dykstra Declaration -
CBER December 7, 2001 Teleconference: Mumps Inspection
results and discussions, dated December 13, 2001
(MRK-KRA00019640-6) ..................................................... Appx10124

Exhibit 21 to Dykstra Declaration -
General Correspondence to FDA in response to CBER
Comments, dated February 4, 2002
(MRK-KRA00025847-916) ................................................. Appx10132

Exhibit 22 to Dykstra Declaration -
General Correspondence to FDA regarding April 18, 2002
Teleconference, dated April 2002
(MRK-KRA00337265-72) .................................................. Appx10203

Exhibit 23 to Dykstra Declaration -
BB-IND 1016 Memorandum regarding Summary of
Discussion with CBER on March 22, 2002 regarding
acceptability of mumps PRN assay data,
dated March 23, 2002 (MRK-KRA00009042) ................... Appx10212

Exhibit 24 to Dykstra Declaration -
Offer Letter to Stephen A. Krahling, dated October 24, 2000
(RELATOR_00001058-60) .................................................. Appx10214

Exhibit 25 to Dykstra Declaration -
Correspondence from Stephen A. Krahling to
Emilio A. Emini, Ph.D., dated April 8, 2001
(RELATOR_00000328-31) .................................................. Appx10218

Exhibit 26 to Dykstra Declaration -
Email communication from Stephen Krahling to
Alan Shaw, dated July 17, 2001 (MRK-KRA00002243) .... Appx10223

Exhibit 27 to Dykstra Declaration -
Email communication from Stephen Krahling to Alan Shaw,
dated September 25, 2001 (RELATOR_00000745) ............ Appx10225

**Table of Contents**
**(Continued)**

**Page**

Exhibit 28 to Dykstra Declaration -
Email communications between Stephen Krahling and
Alan Shaw, dated September 27-28, 2001
(RELATOR_00000747) ........................................................ Appx10227

Exhibit 29 to Dykstra Declaration -
Letter from Emilio A. Emini, Ph.D. to Stephen Krahling,
dated October 15, 2001, (RELATOR_00001100-3) ............ Appx10229

Exhibit 30 to Dykstra Declaration -
Letter from Tonia Torquato to Alexis Pinto,
dated October 22, 2001 (MRK-KRA00002033-5) .............. Appx10234

Exhibit 31 to Dykstra Declaration -
Letter from Alexis Pinto to Tonia Torquato,
dated October 19, 2001 (MRK-KRA00002036-9) .............. Appx10238

Exhibit 32 to Dykstra Declaration -
Letter from Tonia Torquato to Alexis Pinto,
dated October 26, 2001 (MRK-KRA00002028-9) .............. Appx10243

Exhibit 33 to Dykstra Declaration -
Letter from Alexis Pinto to Tonia Torquato,
dated October 26, 2001 (MRK-KRA00002017-25) ............ Appx10246

Exhibit 34 to Dykstra Declaration -
Letter from Tonia Torquato to Alexis Pinto,
dated October 29, 2001 (MRK-KRA00002013-16) ............ Appx10256

Exhibit 35 to Dykstra Declaration -
Letter from Axel Johnson to Tonia Torquato,
dated November 26, 2001 (RELATOR_00001086) ............ Appx10261

Exhibit 36 to Dykstra Declaration -
Stephen Krahling Pay Stubs (RELATOR_00001061-7) ...... Appx10263

Exhibit 37 to Dykstra Declaration -
Letter from Axel Johnson to Tonia Torquato,
dated December 20, 2001 (RELATOR_00001090) ............. Appx10271

**Table of Contents**
**(Continued)**

**Page**

Exhibit 38 to Dykstra Declaration -
CDC Vaccines for Children Program web page
"About VFC," last reviewed on February 18, 2016 ............. Appx10273

Exhibit 39 to Dykstra Declaration -
Advisory Committee on Immunization Practices Charter
approved March 27, 2018 .................................................... Appx10277

Exhibit 40 to Dykstra Declaration -
Excerpts from Expert Report of William P. Nichols ............ Appx10283

Exhibit 41 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Mark Pallansch,
Ph.D., taken October 13, 2017 ............................................ Appx10292

Exhibit 42 to Dykstra Declaration -
1971 MMR Product License (MRK-KRA01972538) ......... Appx10307

Exhibit 43 to Dykstra Declaration -
1995 MMR Product License (MRK-KRA01676252) ......... Appx10309

Exhibit 44 to Dykstra Declaration -
Merck's Establishment License (MRK-KRA01676250) ..... Appx10311

Exhibit 45 to Dykstra Declaration -
Advisory Committee on Immunization Practices Vaccines for
Children Program-Resolution No. 10/17-3, Vaccines to
Prevent Measles, Mumps, Rubella and Varicella,
dated October 25, 2017 ....................................................... Appx10313

Exhibit 46 to Dykstra Declaration -
Vaccines for Children Program-Resolution No. 6/06-1,
Vaccines included in the VFC Program,
dated June 29, 2006 ............................................................. Appx10317

Exhibit 47 to Dykstra Declaration -
Advisory Committee on Immunization Practices, Policies
and Procedures, dated December 2018 ................................ Appx10319

**Table of Contents**
**(Continued)**

Exhibit 48 to Dykstra Declaration -
"Recommendation of the Advisory Committee on
Immunization Practices for Use of a Third Dose of Mumps
Virus Containing Vaccine in Persons at Increased Risk for
Mumps During Outbreak," *MMWR*,
dated January 12, 2018 ....................................................... Appx10345

Exhibit 49 to Dykstra Declaration -
Excerpts from the Expert Report of
William L. Atkinson M.D., MPH, dated June 12, 2018 ....... Appx10355

Exhibit 50 to Dykstra Declaration -
National Center for Immunization and Respiratory Diseases
(CVG) Fact Sheet ............................................................... Appx10365

Exhibit 51 to Dykstra Declaration -
"Prevention of Measles, Rubella, Congenital Rubella
Syndrome, and Mumps," *MMWR*, dated June 14, 2013 ...... Appx10380

Exhibit 52 to Dykstra Declaration -
CDC's "Measles, Mumps, and Rubella (MMR) Vaccination:
What Everyone Should Know," last reviewed
March 28, 2019 ................................................................. Appx10421

Exhibit 53 to Dykstra Declaration -
"Measles, Mumps and Rubella-Vaccine Use and Strategies for
Elimination of Measles, Rubella and Congenital Rubella
Syndrome and Control of Mumps: Recommendations of the
Advisory Committee on Immunization Practices,"
*MMWR*, dated May 22, 1998 ............................................... Appx10428

Exhibit 54 to Dykstra Declaration -
Merck's 1998 Vaccine for Children Contract with the CDC
(MRK-KRA01371728-50) .................................................... Appx10473

Exhibit 55 to Dykstra Declaration -
Merck's 1999 Vaccine for Children Contract with the CDC
(MRK-KRA01371751-84) .................................................... Appx10497
*(Cont'd in Vol XXIV)*

**Table of Contents**
**(Continued)**

**Volume XXIV**
**(Filed Under Seal)**

Exhibit 56 to Dykstra Declaration -
Merck's 2000 Vaccine for Children Contract with the CDC
(MRK-KRA01371693-1727) ............................................... Appx10532

Exhibit 57 to Dykstra Declaration -
Merck's 2001 Vaccine for Children Contract with the CDC
(MRK-KRA01371656-92) ................................................. Appx10568

Exhibit 58 to Dykstra Declaration -
Merck's 2002 Vaccine for Children Contract with the CDC
(MRK-KRA01371785-816) ................................................ Appx10606

Exhibit 59 to Dykstra Declaration -
Merck's 2003 Vaccine for Children Contract with the CDC
(MRK-KRA01371311-340) ................................................ Appx10639

Exhibit 60 to Dykstra Declaration -
Merck's 2004 Vaccine for Children Contract with the CDC
(MRK-KRA01371280-310) ................................................ Appx10670

Exhibit 61 to Dykstra Declaration -
Merck's 2005 Vaccine for Children Contract with the CDC
(MRK-KRA01371341-72) ................................................. Appx10702

Exhibit 62 to Dykstra Declaration -
Merck's 2006 Vaccine for Children Contract with the CDC
(MRK-KRA01371624-55) ................................................. Appx10735

Exhibit 63 to Dykstra Declaration -
Merck's 2007 Vaccine for Children Contract with the CDC
(MRK-KRA01371604-23) ................................................. Appx10768

Exhibit 64 to Dykstra Declaration -
Merck's 2008 Vaccine for Children Contract with the CDC
(MRK-KRA01371817-40) ................................................. Appx10789

**Table of Contents**
**(Continued)**

**Page**

Exhibit 65 to Dykstra Declaration -
Merck's 2009 Vaccine for Children Contract with the CDC
(MRK-KRA01371880-1900) ................................................ Appx10814

Exhibit 66 to Dykstra Declaration -
Merck's 2010 Vaccine for Children Contract with the CDC
(MRK-KRA01371373-97) .................................................... Appx10836

Exhibit 67 to Dykstra Declaration -
Merck's 2011 Vaccine for Children Contract with the CDC
(MRK-KRA01371497-518) .................................................. Appx10862

Exhibit 68 to Dykstra Declaration -
Merck's 2012 Vaccine for Children Contract with the CDC
(MRK-KRA01371398-421) .................................................. Appx10885

Exhibit 69 to Dykstra Declaration -
Merck's 2013 Vaccine for Children Contract with the CDC
(MRK-KRA01371422-44) .................................................... Appx10910

Exhibit 70 to Dykstra Declaration -
Merck's 2014 Vaccine for Children Contract with the CDC
(MRK-KRA01371473-96) .................................................... Appx10934

Exhibit 71 to Dykstra Declaration -
Merck's 2015 Vaccine for Children Contract with the CDC
(MRK-KRA01372045-72) .................................................... Appx10959

Exhibit 72 to Dykstra Declaration -
Merck's 2016 Vaccine for Children Contract with the CDC
(MRK-KRA01371962-89) .................................................... Appx10988
*(Cont'd in Vol XXV)*

**Volume XXV**
**(Filed Under Seal)**

Exhibit 73 to Dykstra Declaration -
CDC Vaccine Price List for Vaccines for Children Program
as of April 6, 2001 .............................................................. Appx11017

# **Table of Contents**
## **(Continued)**

**Page**

Exhibit 74 to Dykstra Declaration -
Letter from Katherine Norris to Lisa C. Dykstra, dated
November 24, 2015 (MRK-KRA01373392-1373393) ........ Appx11022

Exhibit 75 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Alan Sims,
taken October 12, 2017 ......................................... Appx11025

Exhibit 76 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Michele Taylor,
taken May 9, 2017 ................................................ Appx11045

Exhibit 77 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Colleen Duffy,
taken December 12, 2016 ...................................... Appx11052

Exhibit 78 to Dykstra Declaration -
Letter from Lisa Dykstra to CDC regarding FOIA
request, dated May 18, 2015 ................................. Appx11058

Exhibit 79 to Dykstra Declaration -
ACIP's Vaccine Recommendations and Guidelines-MMR
Vaccine Recommendations, last reviewed
November 21, 2014 ............................................. Appx11067

Exhibit 80 to Dykstra Declaration -
FDA's Vaccines Licensed for Use in the United States ....... Appx11069

Exhibit 81 to Dykstra Declaration -
CDC's Mumps Vaccination, last reviewed
March 8, 2019 .................................................... Appx11077

Exhibit 82 to Dykstra Declaration -
Excerpts from the Expert Report of
Thomas G. McGuire Ph.D., dated March 13, 2018 ............. Appx11081

Exhibit 83 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Thomas G. McGuire, taken July 2, 2018 ........................... Appx11086

**Table of Contents**
**(Continued)**

Exhibit 84 to Dykstra Declaration -
Relator Joan Wlochowski's Responses and Objections
to Merck's Revised First Set of Interrogatories,
dated May 20, 2015 .............................................................. Appx11091

Exhibit 85 to Dykstra Declaration -
Relator Joan Wlochowski's Responses and Objections
to Defendant Merck's Request for Admission,
dated April 6, 2016 ................................................................Appx11116

Exhibit 86 to Dykstra Declaration -
"Live, Attenuated Mumps-Virus Vaccine," *New England
Journal of Medicine*, by R. Weibel, *et al.*,
dated February 2, 1967 ..........................................................Appx11144

Exhibit 87 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to Alison Fisher, Ph.D.,
dated October 17, 2005 (MRK-KRA00000479-80) .............Appx11152

Exhibit 88 to Dykstra Declaration -
Response to FDA Request for Information,
dated November 15, 2006 (MRK-KRA00000393-409) .......Appx11155

Exhibit 89 to Dykstra Declaration -
Email from Zak Johns to Marlene Koury,
dated February 23, 2017 .......................................................Appx11173

Exhibit 90 to Dykstra Declaration -
Excerpts from the Expert Report of
Ann M. Arvin, M.D., dated June 11, 2018 ............................Appx11176

Exhibit 91 to Dykstra Declaration -
Excerpts from the Expert Report of
Dipti Gulati, M.S., D. Phil. ..................................................Appx11183

Exhibit 92 to Dykstra Declaration -
Excerpts from the Expert Report of Anna Durbin, M.D.,
dated June 14, 2018 ..............................................................Appx11194

**Table of Contents**
**(Continued)**

Exhibit 93 to Dykstra Declaration -
FDA's Guidance for Industry for the Evaluation of
Combination Vaccines for Preventable Diseases: Production,
Testing and Clinical Studies, dated April 1997 .................... Appx11210

Exhibit 94 to Dykstra Declaration -
CDC's How Flu Vaccine Effectiveness and Efficacy is
Measured, last reviewed January 29, 2016 .......................... Appx11234

Exhibit 95 to Dykstra Declaration -
Excerpts from the CDC's Manual for the Surveillance of
Vaccine-Preventable Diseases ............................................. Appx11243

Exhibit 96 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Joseph Antonello, taken August 3, 2017 .............................. Appx11253

Exhibit 97 to Dykstra Declaration -
"Summary of Notifiable Diseases-United States," 2005,
*MMWR*, dated March 30, 2007 ........................................... Appx11258

Exhibit 98 to Dykstra Declaration -
CDC's Mumps Cases and Outbreaks, last reviewed
September 17, 2019 ............................................................ Appx11361

Exhibit 99 to Dykstra Declaration -
CDC's Mumps: For Healthcare Providers, last reviewed
March 15, 2019 .................................................................. Appx11364

Exhibit 100 to Dykstra Declaration -
CDC's Principles of Epidemiology in Public Health Practice,
Third Edition: An Introduction to Applied Epidemiology
and Biostatistics, last reviewed May 18, 2012 .................... Appx11369

Exhibit 101 to Dykstra Declaration -
CDC's Flu Vaccine Effectiveness: Questions and Answers for
Health Professionals, last updated November 27, 2013 ...... Appx11373

**Table of Contents**
**(Continued)**

Exhibit 102 to Dykstra Declaration -
"Mumps Virus," by Cherry, *et al.*, *Viral Infections*,
(7th Edition, Chapter 180) ................................................... Appx11383

Exhibit 103 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
David Kessler, M.D., taken September 28, 2018 ................. Appx11399

Exhibit 104 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Anna Durbin, M.D., taken October 8, 2018 ......................... Appx11402

Exhibit 105 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Emilio Emini, Ph.D., taken June 6, 2017 ............................. Appx11406

Exhibit 106 to Dykstra Declaration -
January 1998 *Curriculum Vitae* of David L. Krah, M.D.
(MRK-KRA00000695-702) ................................................. Appx11415

Exhibit 107 to Dykstra Declaration -
Excerpts from the Expert Report of
David A. Kessler, M.D. ...................................................... Appx11424

Exhibit 108 to Dykstra Declaration -
FDA Lot Release ................................................................ Appx11429

Exhibit 109 to Dykstra Declaration -
Drugs@FDA Instructions: Health Information ................... Appx11434

Exhibit 110 to Dykstra Declaration -
FDA's Vaccine Safety Questions and Answers ................... Appx11440

Exhibit 111 to Dykstra Declaration -
Excerpts from the Expert Report of
Gary Freed M.D., MPH ...................................................... Appx11447

**Table of Contents**
**(Continued)**

**Page**

Exhibit 112 to Dykstra Declaration -
"Vaccine Manufacturing," by Philip Gomez
and James Robinson ............................................................ Appx11450

Exhibit 113 to Dykstra Declaration -
Informational Amendment: Clinical, dated September 15, 2011
(GSK-MMR-IND-0022162-3) ............................................. Appx11461

Exhibit 114 to Dykstra Declaration -
Mumps Serology Strategy in Support of Phase III
Development of Priorix®
(GSK-MMR-IND-0022180-6) ............................................. Appx11464

Exhibit 115 to Dykstra Declaration -
Fax from Yolanda Stewart to Donna Boyce,
dated April 25, 2012 (GSK-MMR-IND-0029256-63) ......... Appx11472

Exhibit 116 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Dipti Gulati, M.S., D. Phil., taken December 5, 2018 ......... Appx11481

Exhibit 117 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Amy Keegan,
taken February 9, 2018 ....................................................... Appx11485

Exhibit 118 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
David Krah, M.D., taken July 11, 2017 ............................... Appx11488

Exhibit 119 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
David Krah, M.D., taken July 12, 2017 ............................... Appx11493

Exhibit 120 to Dykstra Declaration -
Excerpts from the Expert Report of
Marcela Pasetti, Ph.D. ........................................................ Appx11497
*(Cont'd in Vol XXVI)*

**Table of Contents**
**(Continued)**

**Volume XXVI**
**(Filed Under Seal)**

Exhibit 121 to Dykstra Declaration -
M-M-R®II Current Label  .................................................. Appx11507

Exhibit 122 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Cynthia Morrisey, taken July 27, 2017  ............................... Appx11519

Exhibit 123 to Dykstra Declaration -
Supplemental Biologics License Application,
dated January 29, 2004 (MRK-KRA00000032-139) ........... Appx11522

Exhibit 124 to Dykstra Declaration -
Amendment to Supplemental Biologics License
Application Response to FDA Request for Information,
dated June 5, 2007, with Attachments
(MRK-KRA00000368-82) .................................................. Appx11631

Exhibit 125 to Dykstra Declaration -
Approval Letter, dated December 8, 2007
(MRK-KRA00000383-4) .................................................... Appx11647

Exhibit 126 to Dykstra Declaration -
Letter from Paul Richman, Ph.D. to Alison Fisher, Ph.D.,
dated May 18, 2007 (MRK-KRA00000385-6) .................... Appx11650

Exhibit 127 to Dykstra Declaration -
Response to Form FDA 483, dated August 20, 2001
(MRK-KRA00000481-539) ................................................ Appx11653

Exhibit 128 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
teleconference regarding clarification of CBER's comments on
the Mumps Expiry trial, dated November 10, 1998
(MRK-KRA00001215-7) .................................................... Appx11713

**Table of Contents**
**(Continued)**

**Page**

Exhibit 129 to Dykstra Declaration -
Memo re: Mumps End Expiry trial; November 29th, 2000
CBER teleconference, dated November 29, 2000
(MRK-KRA00001218-21) .................................................... Appx11717

Exhibit 130 to Dykstra Declaration -
Letter from Manal Morsy, M.D., Ph.D., to Luba Vujcic,
dated December 1, 1999 (MRK-KRA00001222-30) ........... Appx11722

Exhibit 131 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to
Manal Morsy, M.D., Ph.D., dated October 27, 2000
(MRK-KRA00001231-6) .................................................... Appx11732

Exhibit 132 to Dykstra Declaration -
General Correspondence to FDA, dated November 16, 2000
(MRK-KRA00001237-48) .................................................... Appx11739

Exhibit 133 to Dykstra Declaration -
Memo re: MMRV (BB-IND 7068): Summary of Pre-Phase III
teleconference discussion on 01/31/00 with CBER,
dated January 31, 2000 (MRK-KRA00001249-52) ............. Appx11752

Exhibit 134 to Dykstra Declaration -
Teleconference Minutes with CBER, dated February 19, 1999
(MRK-KRA00001253-4) .................................................... Appx11757

Exhibit 135 to Dykstra Declaration -
Memo re: BB-IND 1016: Summary of discussion with Dr.
Kathryn Carbone and Ms. Luba Vujcic (CBER) regarding the
Mumps neutralization assay, dated February 8, 2000
(MRK-KRA00001255-57) .................................................... Appx11760

Exhibit 136 to Dykstra Declaration -
Meeting Minutes, dated March 14, 2000
(MRK-KRA00001258-61) .................................................... Appx11764

**Table of Contents**
**(Continued)**

**Page**

Exhibit 137 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II) and BB-IND 7068
(MMRV); Summary of face-to-face meeting discussion
(3/13/00) with CBER regarding wild type mumps
neutralization and ELISA assays, dated March 13, 2000
(MRK-KRA00001262-5) ..................................................... Appx11768

Exhibit 138 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to Keith Chirgwin, M.D.,
dated August 30, 1999 (MRK-KRA00001266-9) ................ Appx11773

Exhibit 139 to Dykstra Declaration -
Letter from M. Carolyn Hardegree, M.D. to
Keith Chirgwin, M.D., dated September 8, 1998
(MRK-KRA00001467-9) ..................................................... Appx11778

Exhibit 140 to Dykstra Declaration -
Response to FDA Request for Information,
dated December 30, 1999 (MRK-KRA00001470-1924) ..... Appx11782
*(Cont'd in Vol XXVII)*

**Volume XXVII**
**(Filed Under Seal)**

Exhibit 141 to Dykstra Declaration -
Letter from Loris McVittie, Ph.D. to
Roberta L. McKee, Ph.D., dated August 20, 1999
(MRK-KRA00018614-9) ..................................................... Appx12238

Exhibit 142 to Dykstra Declaration -
Memo re: Teleconference with CBER: Mumps End
Expiry trial-BB IND 1016, dated November 8, 2000
(MRK-KRA00025161-2) ..................................................... Appx12245

Exhibit 143 to Dykstra Declaration -
FDA Warning Letter, dated February 9, 2001
(PUBLIC0000666-670) ....................................................... Appx12248

**Table of Contents**
**(Continued)**

Exhibit 144 to Dykstra Declaration -
Memo re: M-M-R®II (BB-IND 1016); Summary of telephone
discussions on 11/23/99 and 12-06-99 with Ms. Luba Vujcic
(CBER) regarding the neutralization assay results and impact
on Equivalence Margin and lower bound criterion of the
M-M-R®II End Expiry Study hypothesis,
dated December 23, 1999 (MRK-KRA00025713-24) ......... Appx12254

Exhibit 145 to Dykstra Declaration -
Memo re: BB-IND 1016: Summary of discussion with
Ms. Luba Vujcic (CBER) regarding the Mumps neutralization
assay, dated January 5, 2000 (MRK-KRA00048855) ......... Appx12267

Exhibit 146 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
teleconference on methods used for the plaque reduction
neutralization assay, dated February 22, 2019
(MRK-KRA00062710-3) .................................................... Appx12269

Exhibit 147 to Dykstra Declaration -
Meeting Minutes with CBER, dated March 13, 2000
(MRK-KRA00062845-53) .................................................. Appx12274

Exhibit 148 to Dykstra Declaration -
Email from David M. Wonnacott to Roberta L. McKee, Ph.D.,
dated May 12, 1999 (MRK-KRA00094960) ....................... Appx12284

Exhibit 149 to Dykstra Declaration -
Email from Katalin G. Abraham to Joye L. Bramble,
dated December 3, 1998 (MRK-KRA00095063) ................ Appx12286

Exhibit 150 to Dykstra Declaration -
Memo re: Teleconference with Dr. Norman Baylor, CBER,
Regarding Meeting on Expiry Titers for M-M-R®II,
dated December 3, 1998 (MRK-KRA00095064) ................ Appx12288

**Table of Contents**
**(Continued)**

**Page**

Exhibit 151 to Dykstra Declaration -
Memo re: Teleconference with Norman Baylor, CBER,
on 11/16/98, Regarding VARIVAX® and M-M-R®II,
dated November 16, 1998 (MRK-KRA00095065) ............. Appx12290

Exhibit 152 to Dykstra Declaration -
Email from Katalin G. Abraham to Keith Chirgwin, M.D.,
dated October 5, 1998 (MRK-KRA00095142) ................... Appx12292

Exhibit 153 to Dykstra Declaration -
ProQuad™ Original Application, dated August 3, 2004
(MRK-KRA00158320-526) ................................................ Appx12294
*(Cont'd in Vol XXVIII)*

**Volume XXVIII**
**(Filed Under Seal)**

Exhibit 154 to Dykstra Declaration -
Memo re: CBER teleconference (October 16, 2001): Measles,
Mumps and Rubella ELISAs, dated October 19, 2001
(MRK-KRA00201389-91) ................................................ Appx12502

Exhibit 155 to Dykstra Declaration -
Clinical Study Report for the Protocol 007 Study
(MRK-KRA00224982-6529) ............................................. Appx12506
*(Cont'd in Vols XXIX, XXX, and XXXI)*

**Volume XXXI**
**(Filed Under Seal)**

Exhibit 156 to Dykstra Declaration -
Memo re: Supporting Documents for Stephen Krahling,
dated October 10, 2000 (MRK-KRA00331424-33) ............ Appx14055

Exhibit 157 to Dykstra Declaration -
Neutralization Assay Draft faxed on February 19, 1999
(MRK-KRA00336634-6) .................................................... Appx14066

**Table of Contents**
**(Continued)**

Exhibit 158 to Dykstra Declaration -
Letter from Paul G. Richman, Ph.D. to Alison Fisher, Ph.D.,
dated May 18, 2007 (MRK-KRA00570703-5) .................... Appx14070

Exhibit 159 to Dykstra Declaration -
Response to FDA Request for Information,
dated February 2, 2001 (MRK-KRA00622078-273) ........... Appx14074

Exhibit 160 to Dykstra Declaration -
Response to FDA Request for Information,
dated August 1, 2002 (MRK-KRA00624279-87) ................ Appx14271

Exhibit 161 to Dykstra Declaration -
General Correspondence to FDA, dated June 23, 1998
(MRK-KRA00624345-4446) ............................................... Appx14281

Exhibit 162 to Dykstra Declaration -
Response to FDA Request for Information,
dated February 5, 1999 (MRK-KRA00624448-4589) ......... Appx14384
***(Cont'd in Vol XXXII)***

**Volume XXXII**
**(Filed Under Seal)**

Exhibit 163 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II); Summary of CBER
telephone conversations on 9/24/98 regarding the revised
M-M-R®II draft label and on 9/29/98 regarding the mumps
expiry protocol, dated September 29, 1998
(MRK-KRA00636592-3) ..................................................... Appx14527

Exhibit 164 to Dykstra Declaration -
Biological Product Deviation Report Form,
dated April 20, 2001 (MRK-KRA00754233-8) ................... Appx14530

Exhibit 165 to Dykstra Declaration -
M-M-R®II Label (March 1995)
(MRK-KRA00757060-3) ..................................................... Appx14537

**Table of Contents**
**(Continued)**

Exhibit 166 to Dykstra Declaration -
M-M-R®II Label (April 1999)
(MRK-KRA00757072-6) ..................................................... Appx14542

Exhibit 167 to Dykstra Declaration -
M-M-R®II Label (2004) (MRK-KRA00757100-3) ............ Appx14548

Exhibit 168 to Dykstra Declaration -
Response to FDA Request for Information,
dated November 17, 2004 (MRK-KRA00761530-8) .......... Appx14553

Exhibit 169 to Dykstra Declaration -
Response to CBER Comments, dated June 10, 2002
(MRK-KRA00761628-702) ................................................ Appx14563

Exhibit 170 to Dykstra Declaration -
Email from Charlotte Shay to Michael L. Dekleva,
dated June 30, 2004 (MRK-KRA00791508-10) .................. Appx14639

Exhibit 171 to Dykstra Declaration -
Meeting Minutes from a MMRV Pre-Phase III meeting
with CBER, dated February 16, 2000
(MRK-KRA00821856-61) ................................................ Appx14643

Exhibit 172 to Dykstra Declaration -
Approval Letter, dated September 6, 2005
(MRK-KRA00821906-9) ................................................... Appx14650

Exhibit 173 to Dykstra Declaration -
Regulatory Liaison FDA Conversation Record,
dated October 5, 2004 (MRK-KRA00846405-15) .............. Appx14655

Exhibit 174 to Dykstra Declaration -
CBER's Clinical Review of Studies submitted in support of
Licensure of ProQuad™ (MRK-KRA01285010-272) ........ Appx14667

Exhibit 175 to Dykstra Declaration -
FDA report on the release of MMR,
dated February 23, 2016 (MRK-KRA01447562) ................ Appx14931

**Table of Contents**
**(Continued)**

Page

Exhibit 176 to Dykstra Declaration -
Standard Operating Procedure-Preparation, Review and
Shipment of Biological Product Protocols and Samples to
CBER, dated September 23, 2015
(MRK-KRA01448181-207) ................................................ Appx14933

Exhibit 177 to Dykstra Declaration -
Letter from Roberta L. McKee, Ph.D. to Steven Masiello,
dated March 8, 2001 (MRK-KRA01537603-11) ................. Appx14961

Exhibit 178 to Dykstra Declaration -
Letter from Roberta L. McKee, Ph.D. regarding a proposal for
changes to release specifications, dated December 10, 1998
(MRK-KRA01622125) ....................................................... Appx14971

Exhibit 179 to Dykstra Declaration -
Prior Approval Supplement from Roberta L. McKee, Ph.D.
to William Egan, Ph.D., dated June 18, 1999
(MRK-KRA01622463-5) .................................................... Appx14973

Exhibit 180 to Dykstra Declaration -
Minutes from a December 8, 1998 Meeting,
dated January 8, 1999 (MRK-KRA01622468-72) ............... Appx14977

Exhibit 181 to Dykstra Declaration -
Letter from Katalin Abraham to Dr. Suresh Rastogi
(MRK-KRA01622552) ....................................................... Appx14983

Exhibit 182 to Dykstra Declaration -
Letter from David Wonnacott Ph.D. to Dr. Suresh Rastogi,
dated December 16, 1998 (MRK-KRA01622600-1) ........... Appx14985

Exhibit 183 to Dykstra Declaration -
Prior Approval Supplement from Roberta L. McKee, Ph.D. to
William Egan, Ph.D., dated September 15, 1999
(MRK-KRA01622711-2) .................................................... Appx14988

**Table of Contents**
**(Continued)**

**Page**

Exhibit 184 to Dykstra Declaration -
Attachment 4 to the Prior Approval Supplement from
Roberta L. McKee, Ph.D. to William Egan, Ph.D.,
dated September 15, 1999 (MRK-KRA01622778-9) .......... Appx14991

Exhibit 185 to Dykstra Declaration -
Letter from William Egan, Ph.D. to Roberta L. McKee, Ph.D.,
dated August 20, 1999 (MRK-KRA01624909-10) .............. Appx14994

Exhibit 186 to Dykstra Declaration -
Letter from Barry D. Garfinkle, Ph.D. to Carolyn Hardegree,
M.D., dated January 28, 1998
(MRK-KRA01625508-5639) .............................................. Appx14997
*(Cont'd in Vol XXXIII)*

**Volume XXXIII**
**(Filed Under Seal)**

Exhibit 187 to Dykstra Declaration -
Letter from Peter Patriarca, M.D. to Roberta L. McKee, Ph.D.,
dated February 11, 2000 (MRK-KRA0187091-2) ............... Appx15130

Exhibit 188 to Dykstra Declaration -
MMR Statistical Analysis of Potency on Stability,
dated October 24, 2000 (MRK-KRA01897103-7271) ........ Appx15133

Exhibit 189 to Dykstra Declaration -
Letter from David Wonnacott, Ph.D. to Carolyn Hardegree,
M.D., dated December 5, 1997 (MRK-KRA01972451) ..... Appx15303

Exhibit 190 to Dykstra Declaration -
Various Correspondence between the FDA and Merck,
dated 1969 to 1994 (MRK-KRA01972464-546) ................. Appx15305

Exhibit 191 to Dykstra Declaration -
Various Email Correspondence in 1997
(MRK-KRA01972735-58) .................................................... Appx15389

**Table of Contents**
**(Continued)**

Exhibit 192 to Dykstra Declaration -
Vaccine & Biological Stability Protocol,
dated September 6, 2016 (MRK-KRA02139917-25) .......... Appx15414

Exhibit 193 to Dykstra Declaration -
Chapter "Mumps Vaccine," by Steven Rubin and
Stanley Plotkin ..................................................... Appx15424

Exhibit 194 to Dykstra Declaration -
Stephen Krahling's 2001 Correspondence
(RELATOR_00000736-66) ................................................. Appx15453

Exhibit 195 to Dykstra Declaration -
Letter from Axel Johnson to Tonia Torquato,
dated November 30, 2001 (RELATOR_00001036-43) ....... Appx15485

Exhibit 196 to Dykstra Declaration -
Stephen Krahling's 2001 Correspondence and Papers
(RELATOR_00001071-90) ................................................. Appx15494
*(Cont'd in Vol XXXIV)*

**Volume XXXIV**
**(Filed Under Seal)**

Exhibit 197 to Dykstra Declaration -
Chapter "Mumps Vaccine," by Steven Rubin,
in Plotkin's Vaccines, 7th edition (2018) ............................ Appx15515

Exhibit 198 to Dykstra Declaration -
Letter from Kevin Malone to Kathleen Hardway,
dated July 31, 2018 ............................................. Appx15548

Exhibit 199 to Dykstra Declaration -
"Live, Attenuated Mumps Virus Vaccine," *New England
Journal of Medicine*, by R. Weibel, *et al.*,
dated February 2, 1967 ....................................... Appx15556

**Table of Contents**
**(Continued)**

                                                                            **Page**

Exhibit 200 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Luwy Musey, M.D., taken October 7, 2016 ......................... Appx15565

Exhibit 201 to Dykstra Declaration -
Rule 30(b)(6) Deposition Topics, dated December 13, 2016
(Stannard Ex. 3) ................................................................ Appx15569

Exhibit 202 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Mark Stannard,
taken December 13, 2016 ..................................................... Appx15585

Exhibit 203 to Dykstra Declaration -
*Curriculum Vitae* of Joan L. Wlochowski ........................... Appx15595

Exhibit 204 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Joan L. Wlochowski, taken June 13, 2017 ........................... Appx15597

Exhibit 205 to Dykstra Declaration -
FDA/CDC Submission, dated October 23, 2019 ................. Appx15603

Exhibit 206 to Dykstra Declaration -
Excerpts of Defendant Merck's Responses and Objections to
Relators' Third Set of Requests for Admission,
dated August 16, 2017 ........................................................ Appx15719

Exhibit 207 to Dykstra Declaration -
"Vaccine Impact: Benefits for human health,"
by M. Doherty *et al.*, in *Vaccine* 34 (2016) ........................... Appx15722

Exhibit 208 to Dykstra Declaration -
FDA Prescription Drug Labeling Resources ....................... Appx15731

Exhibit 209 to Dykstra Declaration -
ACIP Committee Members ................................................. Appx15738

**Table of Contents**
(Continued)

Page

Exhibit 210 to Dykstra Declaration -
"Notice to Readers: Updated Recommendations of the
ACIP for the Control and Elimination of Mumps," *MMWR*,
June 9, 2006/55(22); 629-630 .............................................. Appx15743

Exhibit 211 to Dykstra Declaration -
"Measles Prevention: Recommendations of the ACIP,"
*MMWR*, December 28, 1989 38(S-9); 1-18 ........................ Appx15749

Exhibit 212 to Dykstra Declaration -
"FDA in Brief: FDA reiterates the importance of vaccines
such as MMR vaccine," dated September 6, 2019 .............. Appx15766

Exhibit 213 to Dykstra Declaration -
"Recommendations of the ACIP Mumps Prevention,"
*MMWR*, June 9, 1989/38(22) .............................................. Appx15769

Exhibit 214 to Dykstra Declaration -
"Recommendation of the ACIP Mumps Vaccine,"
*MMWR*, November 26, 1982; 31(46) .................................. Appx15777

Exhibit 215 to Dykstra Declaration -
Statement by Peter Marks M.D., Ph.D., FDA, on FDA's
continued confidence in the safety and effectiveness
of the MMR vaccine, dated April 22, 2019 ........................ Appx15783

Exhibit 216 to Dykstra Declaration -
About CBER ...................................................................... Appx15788

Exhibit 217 to Dykstra Declaration -
Excerpt from FDA's Website on Warning Letters ................ Appx15791

Exhibit 218 to Dykstra Declaration -
Excerpt of FDA's Website with an Index to Warning
Letters for 'M' Companies .................................................. Appx15794

**Table of Contents**
**(Continued)**

Exhibit 219 to Dykstra Declaration -
"The Immunological Basis for Immunization Series, Module
16: Mumps," by McLean, *et al.*, *Immunization, Vaccines and
Biologicals-World Health Organization* (2010) ................... Appx15817

Exhibit 220 to Dykstra Declaration -
Email from Sue Manoff to Mark Paponia,
dated February 25, 2000 (MRK-KRA00091399-405) ......... Appx15862

Exhibit 221 to Dykstra Declaration -
Memo re: Teleconference with Norman Baylor, CBER, on
11/16/98, Regarding VARIVAX® and M-M-R®II
(MRK-KRA00095065) ........................................................ Appx15870

Exhibit 222 to Dykstra Declaration -
M-M-R®II Label (MRK-KRA00757064-7) ....................... Appx15872

Exhibit 223 to Dykstra Declaration -
M-M-R®II Label (February 2001)
(MRK-KRA00757068-71) ................................................... Appx15877

Exhibit 224 to Dykstra Declaration -
M-M-R®II Label (August 2001)
(MRK-KRA00757077-80) ................................................... Appx15882

Exhibit 225 to Dykstra Declaration -
M-M-R®II Label (February 2006)
(MRK-KRA00757081-4) ..................................................... Appx15887

Exhibit 226 to Dykstra Declaration -
M-M-R®II Label (March 1995)
(MRK-KRA00757085-8) ..................................................... Appx15892

Exhibit 227 to Dykstra Declaration -
M-M-R®II Label (March 1995)
(MRK-KRA00757089-91) ................................................... Appx15897

**Table of Contents**
**(Continued)**

Exhibit 228 to Dykstra Declaration -
M-M-R®II Label (October 2003)
(MRK-KRA00757092-5) ...................................................... Appx15901

Exhibit 229 to Dykstra Declaration -
M-M-R®II Label (September 2002)
(MRK-KRA00757096-9) ...................................................... Appx15906

Exhibit 230 to Dykstra Declaration -
M-M-R®II Label (February 2007)
(MRK-KRA00757104-7) ...................................................... Appx15911

Exhibit 231 to Dykstra Declaration -
M-M-R®II Label (February 2007)
(MRK-KRA00757108-11) ...................................................... Appx15916

Exhibit 232 to Dykstra Declaration -
M-M-R®II Label (April 19999)
(MRK-KRA01449029-40) ...................................................... Appx15921

Exhibit 233 to Dykstra Declaration -
M-M-R®II Label (February 2014)
(MRK-KRA01449226-36) ...................................................... Appx15934

Exhibit 234 to Dykstra Declaration -
M-M-R®II Label (June 2014)
(MRK-KRA01449243-53) ...................................................... Appx15946

Exhibit 235 to Dykstra Declaration -
M-M-R®II Label (October 2015)
(MRK-KRA01449260-70) ...................................................... Appx15958

Exhibit 236 to Dykstra Declaration -
M-M-R®II Label (February 2000)
(MRK-KRA01449271-5) ...................................................... Appx15970

Exhibit 237 to Dykstra Declaration -
M-M-R®II Label (March 2010)
(MRK-KRA01449276-83) ...................................................... Appx15976

**Table of Contents**
**(Continued)**

**Page**

Exhibit 238 to Dykstra Declaration -
M-M-R®II Label (December 2010)
(MRK-KRA01449284-91) .................................................. Appx15985

Exhibit 239 to Dykstra Declaration -
M-M-R®II Label (September 2009)
(MRK-KRA01449292-99) .................................................. Appx15994
*(Cont'd in Vol XXXV)*

**Volume XXXV**
**(Filed Under Seal)**

Exhibit 240 to Dykstra Declaration -
Attachment 1 to Letter from Barry D. Garfinkle, Ph.D.
to Carolyn Hardegree, M.D., dated January 28, 1998
(MRK-KRA01625510-639) ................................................. Appx16003

Exhibit 241 to Dykstra Declaration -
Memo re: BB-IND 1016 (M-M-R®II) and BB-IND 7068
(MMRV); Summary of Face-to face meeting discussion
(3/13/00) with CBER regarding wild type mumps
neutralization and ELISA assays, dated March 13, 2000
(MRK-KRA00019855-7) ................................................... Appx16134

Exhibit 242 to Dykstra Declaration -
PowerPoint Presentation entitled Immunogenicity
Mumps-Containing Vaccines (MRK-KRA00091408) ........ Appx16138

Exhibit 243 to Dykstra Declaration -
Letter from David M. Wommacott, Ph.D. to
Suresh C. Rastogi, Ph.D., dated December 16, 1998
(MRK-KRA01629294-1629295) ........................................ Appx16152

Exhibit 244 to Dykstra Declaration -
Response to the FDA Form 483, dated October 24, 2000
(MRK-KRA01649535-1649551) ........................................ Appx16155

Exhibit 245 to Dykstra Declaration -
Warning Letters from FDA Website ................................... Appx16173

**Table of Contents**
**(Continued)**

**Page**

Exhibit 246 to Dykstra Declaration -
MMD Quality Manual Glossary, dated October 5, 2016
(MRK-KRA01679618-1679772) ......................................... Appx16176

Exhibit 247 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Eric Metzger,
taken June 11, 2015 ............................................. Appx16332

Exhibit 248 to Dykstra Declaration -
Federal Register Vol. 58 No. 137, July 20, 1993 ................. Appx16336

Exhibit 249 to Dykstra Declaration -
FDA Review of Vaccine Labeling Requirements for
Warnings, Use Instructions, and Precautionary
Information, dated October 2004 ......................................... Appx16342

Defendant Merck's Response to Relators' Statement of
Material Facts, dated November 26, 2019 (Doc. 299) .......... Appx16345

**Volume XXXVI**
**(Filed Under Seal)**

Declaration of Lisa C. Dykstra, for Merck, in Support of
Response to Relators' Statement of Material Facts,
executed November 26, 2019 (Doc. 299) ............................. Appx16501

Exhibit 250 to Dykstra Declaration -
"Mumps Complications and Effects of Mumps Vaccination,
England and Wales, 2002-2006," by Yung, Chee-Fu, *et al.*,
*Emerging Infectious Diseases*, (2011) 17(4):661-667 ......... Appx16513

Exhibit 251 to Dykstra Declaration -
Excerpts from the Deposition Testimony of April Cohen,
taken January 4, 2018 ....................................... Appx16521

**Table of Contents**
**(Continued)**

**Page**

Exhibit 252 to Dykstra Declaration -
"Mumps Virus-Specific Antibody Titers from Pre-Vaccine
Era Sera: Comparison of the Plaque Reduction Neutralization
Assay Enzyme Immunoassays," by Mauldin, Jeremy, *et al.*,
*Journal of Clinical Microbiology*, 2005:43(9):4847-4851 .. Appx16525

Exhibit 253 to Dykstra Declaration -
"Correlates of Protection," by Plotkin and Gilbert,
2018:35-40 ......................................................................... Appx16531

Exhibit 254 to Dykstra Declaration -
FDA, Guidance for Industry: FDA Review of Vaccine
Labeling Requirements for Warnings, Use Instructions, and
Precautionary Information, dated September 2004 ............. Appx16538

Exhibit 255 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Roberta L. McKee, Ph.D., taken March 30, 2017 ............... Appx16547

Exhibit 256 to Dykstra Declaration -
Excerpts from the Expert Report of
Dipti Gulati, MS, D. Phil. .................................................... Appx16551

Exhibit 257 to Dykstra Declaration -
Biological Product Deviation Report Form
submitted by Merck to the FDA, dated March 5, 2001
(MRK-KRA00754239-44) .................................................... Appx16556

Exhibit 258 to Dykstra Declaration -
"Jeryl Lynn Strain Live Attenuated Mumps Virus Vaccine
-Influence of Age, Virus Dose, Lot, and-Globulin
Administration on Response," by Buynak, Eugene, *et al.*,
*Journal of the American Medical Association* (1968)
203(1):63-67 ....................................................................... Appx16563

Exhibit 259 to Dykstra Declaration -
2003 Annual Stability Report for M-M-R®II
(MRK-KRA01632888-945) ................................................. Appx16569

**Table of Contents**
**(Continued)**

**Page**

Exhibit 260 to Dykstra Declaration -
"Sensitive Neutralization Test for virus antibody,"
by Sato *et al.*, *Archives of Virology*, (1978) 58:301-311 ...... Appx16628

Exhibit 261 to Dykstra Declaration -
Letter from Karen Goldenthal, M.D. to Alison Fisher, Ph.D.,
dated December 3, 2004 (MRK-KRA00000361-5) ............. Appx16640

Exhibit 262 to Dykstra Declaration -
Fax from Luba Vujcic to Alison Fisher, Ph.D.,
dated July 20, 2007 (MRK-KRA00141957-8) ................... Appx16646

Exhibit 263 to Dykstra Declaration -
Submission, dated August 8, 2007
(MRK-KRA00000140-225) ................................................ Appx16649

Exhibit 264 to Dykstra Declaration -
Submission, dated December 3, 2007
(MKR-KRA00000226-300) ................................................ Appx16736

Exhibit 265 to Dykstra Declaration -
"Long-Term Persistence of Mumps Antibody after Receipt of 2
Measles-Mumps-Rubella (MMR) Vaccinations and Antibody
Response after a Third MMR Vaccination among a University
Population," by Date, Anand, *et al.*, *Journal of Infectious
Diseases*, (2008) 197:1662-1668 ........................................ Appx16812

Exhibit 266 to Dykstra Declaration -
"Mumps Antibody Levels Among Students Before a Mumps
Outbreak: In Search of a Correlate of Immunity,"
by Cortese, *et al.*, *Journal of Infectious Diseases*, (2011)
204:1413-1422 ................................................................. Appx16820

**Table of Contents**
**(Continued)**

**Page**

Exhibit 267 to Dykstra Declaration -
"Immunogenicity and Safety of Two Tetravalent (Measles,
Mumps, Rubella, Varicella) Vaccines Coadministered With
Hepatitis A and Pneumococcal Conjugate Vaccines to Children
Twelve to Fourteen Months of Age," by Blatter, *et al.*,
*The Pediatric Infectious Disease Journal,*
(2012) 31:e133-e140 ........................................................... Appx16831

Exhibit 268 to Dykstra Declaration -
Analytical Validation Protocol
(MRK-KRA00337307-18) ................................................... Appx16840

Exhibit 269 to Dykstra Declaration -
Expert Report of Robert Platt, Ph.D.,
dated June 14, 2018 ............................................................ Appx16853

Exhibit 270 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Amy Keegan,
taken April 27, 2017 ........................................................... Appx16992

Exhibit 271 to Dykstra Declaration -
Documentation of Work Activities
(RELATOR_00000272-3) ................................................... Appx16995

Exhibit 272 to Dykstra Declaration -
Work Summary Document (RELATOR_00000274-6) ........ Appx16998
*(Cont'd in Vol XXXVII)*

**Volume XXXVII**
**(Filed Under Seal)**

Exhibit 273 to Dykstra Declaration -
Submission, dated May 5, 2005
(MRK-KRA00176342-176654) .......................................... Appx17002

Exhibit 274 to Dykstra Declaration -
Submission, dated June 30, 2004
(MKR-KRA00137854-55 and 8137-72) .............................. Appx17316

## Table of Contents
### (Continued)

Exhibit 275 to Dykstra Declaration -
"Safety and Immunogenicity of Human Serum Albumin-Free
MMR Vaccine in US Children Aged 12-15 months,"
by Mufson, *et al.*, *Journal of Pediatric Infectious Diseases
Society*, (2014) 4:339-348 ................................................... Appx17355

Exhibit 276 to Dykstra Declaration -
Letter from Jerry P. Weir, Ph.D. to Alison Fisher, Ph.D.,
dated December 30, 2004 (MRK-KRA00141670-2) ........... Appx17366

Exhibit 277 to Dykstra Declaration -
Submission, dated February 28, 2005
(MRK-KRA00141676-729) ................................................ Appx17370

Exhibit 278 to Dykstra Declaration -
Submission, dated July 13, 2005
(MRK-KRA00141789-906) ................................................ Appx17425
***(Cont'd in Vol XXXVIII)***

### Volume XXXVIII
### (Filed Under Seal)

Exhibit 279 to Dykstra Declaration -
"Summary of Notifiable Diseases-United States 2012,"
*MMWR*, 2014:61(53):1-121 ............................................... Appx17544

Exhibit 280 to Dykstra Declaration -
CDC Publication "Mumps Outbreak-Related Questions
and Answers for Patients," last reviewed March 15, 2019 .. Appx17669

Exhibit 281 to Dykstra Declaration -
CDC Publication "Nationally Notifiable Infectious Diseases
and Conditions, United States: Annual Tables" ................... Appx17672

Exhibit 282 to Dykstra Declaration -
"Characteristics of Large Mumps Outbreaks in the United
States during July 2010-December 2015," by Clemmons,
Nakia *et al.*, *Clinical Infectious Diseases*, (2019) ............... Appx17676

**Table of Contents**
**(Continued)**

**Page**

Exhibit 283 to Dykstra Declaration -
CDC Publication "Healthy People 2010 Final Review" ...... Appx17684
***(Cont'd in Vol XXXIX)***

**Volume XXXIX**
**(Filed Under Seal)**

Exhibit 284 to Dykstra Declaration -
CDC Publication "Healthy People 2020 Immunization and
Infectious Diseases Objectives" .......................................... Appx18245

Exhibit 285 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.2
Cases of Hib Data" .............................................................. Appx18278

Exhibit 286 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.4
U.S.-acquired cases of Measles Data" ................................ Appx18280

Exhibit 287 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.5
U.S.-acquired cases of Mumps Data" ................................. Appx18282

Exhibit 288 to Dykstra Declaration -
CDC Publication "Healthy People 2020 IID-1.9
 U.S.-acquired cases of Rubella Data" ................................ Appx18284

Exhibit 289 to Dykstra Declaration -
CDC Webpage "National Center for Immunization
and Respiratory Diseases" ................................................... Appx18286

Exhibit 290 to Dykstra Declaration -
"Mumps vaccination coverage and vaccine effectiveness in a
large outbreak among college students-Iowa, 2006,"
by Marin, Mona *et al.*, *Vaccine*, (2008) 26:3601-3607 ........ Appx18301

**Table of Contents**
**(Continued)**

Page

Exhibit 291 to Dykstra Declaration -
"Mumps Outbreak in Orthodox Jewish Communities in the
United States," Barskey, Albert, *et al.*, *New England Journal
of Medicine*, (2012) 367(18):1704-1713 .............................. Appx18309

Exhibit 292 to Dykstra Declaration -
"Impact of a Third Dose of Measles-Mumps-Rubella Vaccine
on a Mumps Outbreak," by Ogbuanu, Ikechukwu, *et al.*,
*Pediatrics*, (2012) 130(6):1-8 ............................................. Appx18320

Exhibit 293 to Dykstra Declaration -
"Epidemiology of a Mumps Outbreak in a Highly Vaccinated
Island Population and Use of a Third Dose of Measles-
Mumps-Rubella Vaccine for Outbreak Control—Guam 2009
to 2010," by Nelson, George, *et al.*, *Pediatric Infectious
Disease Journal*, (2013) 32(4):374-380 .............................. Appx18330

Exhibit 294 to Dykstra Declaration -
"Effectiveness of a Third Dose of MMR Vaccine for Mumps
Outbreak Control," by Cardemil, Cristina, *et al.*, *New England
Journal of Medicine*, (2017) 377(10):947-956 .................... Appx18338

Exhibit 295 to Dykstra Declaration -
"Mumps in a highly vaccinated Marshallese community in
Arkansas, USA: an outbreak report," by Fields, Virgie, *et al.*,
*Lancet Infectious Diseases*,
(Published online January 8, 2019) 1-8 .............................. Appx18349

Exhibit 296 to Dykstra Declaration -
"Antibody Induced by Immunization with the Jeryl Lynn
Mumps Vaccine Strain Effectively Neutralizes a Heterologous
Wild-Type Mumps Virus Associated with a Large Outbreak,"
by Rubin, Steven, *et al.*, *Journal of Infectious Diseases*, (2008)
198:508-515 ....................................................................... Appx18358

Exhibit 297 to Dykstra Declaration -
"Vaccine waning and mumps-re-emergence in the United
States," by Lewnard, Joseph and Grad, Yonatan, *Science
Translational Medicine*, (2018) 10(433):1-10 .................... Appx18367

**Table of Contents**
**(Continued)**

Exhibit 298 to Dykstra Declaration -
"Comment: The changing epidemiology of mumps in a high
vaccination era," by Marshall, Helen and Plotkin, Stanley,
*Lancet Infectious Diseases*, (2019) 19:118-119 ................... Appx18379

Exhibit 299 to Dykstra Declaration -
"Successes and challenges for preventing measles, mumps and
rubella by vaccination," by Bankamp, Bettina, *et al.*, *Current
Opinion in Virology*, (2019) 34:110-116 .............................. Appx18382

Exhibit 300 to Dykstra Declaration -
"Mumps Vaccines Do We Need a New One?," by Rubin,
Steven and Beeler, Judy, *Pediatric Infectious Disease Journal*,
(2013) 32(10):1156-1157 .................................................... Appx18390

Exhibit 301 to Dykstra Declaration -
CDC website listing Measles-related *MMWR* Articles ........ Appx18393

Exhibit 302 to Dykstra Declaration -
CDC website listing Pertussis (Whooping Cough)
Publications ........................................................................ Appx18399

Exhibit 303 to Dykstra Declaration -
CDC website listing Chickenpox (Varicella) References and
Resources ........................................................................... Appx18407

Exhibit 304 to Dykstra Declaration -
CDC webpage: Glossary ...................................................... Appx18411

Exhibit 305 to Dykstra Declaration -
Email from Jeanne Santoli to Eric Skjeveland,
dated June 12, 2012 (MRK-KRA00122172-3) .................... Appx18425

Exhibit 306 to Dykstra Declaration -
CDC webpage, ACIP Workgroups, last reviewed
May 30, 2019 ..................................................................... Appx18428

**Table of Contents**
**(Continued)**

**Page**

Exhibit 307 to Dykstra Declaration -
"Recommendations of the Advisory Committee on
Immunization Practices for Use of Hepatitis A Vaccine
for Persons Experiencing Homelessness,"
*MMWR* 2019:68(6):153-56 ................................................. Appx18435

Exhibit 308 to Dykstra Declaration -
"Human Papillomavirus Vaccination for Adults: Updated
Recommendations of the Advisory Committee on
Immunization Practices," *MMWR* 2019:68(3):698-702 ...... Appx18440

Exhibit 309 to Dykstra Declaration -
"Prevention and Control of Seasonal Influenza with
Vaccines: Recommendations of the Advisory Committee
on Immunization Practices-United States, 2019-20
Influenza Season," *MMWR* 2019:69(3):1-21 ....................... Appx18446

Exhibit 310 to Dykstra Declaration -
"Japanese Encephalitis Vaccine: Recommendations of the
Advisory Committee on Immunization Practices,"
*MMWR* 2019:68(2);1-33 .................................................... Appx18475
***(Cont'd in Vol XL)***

**Volume XL**
**(Filed Under Seal)**

Exhibit 311 to Dykstra Declaration -
"Prevention of Pertussis, Tetanus, and Diphtheria with
Vaccines in the United States: Recommendations of the
Advisory Committee on Immunization Practices,"
*MMWR* 2018:67(2):1-44 .................................................... Appx18516

Exhibit 312 to Dykstra Declaration -
"Updated Recommendations for Use of Tetanus Toxoid,
Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine
(Tdap) in Pregnant Women and Persons Who Have or
Anticipate Having Close Contact with an Infant Aged <12
Months-Advisory Committee on Immunization Practices
(ACIP), 2011," *MMWR* 2011:60(41):1424-1426 ................. Appx18565

**Table of Contents**
**(Continued)**

Exhibit 313 to Dykstra Declaration -
"Updated Recommendations for the Use of Tetanus Toxoid,
Reduced Diphtheria Toxoid, and Acellular Pertussis Vaccine
(Tdap) in Pregnant Women-Advisory Committee on
Immunization Practices (ACIP), 2012," *MMWR*
2013:62(7):131-135 ............................................................ Appx18569

Exhibit 314 to Dykstra Declaration -
"Immunization in the United States (Chapter 73),"
by Cohn, *et al.*, *Vaccines* 1421-1440 ................................... Appx18575

Exhibit 315 to Dykstra Declaration -
Excerpts from the Expert Report of
Daniel Salmon, Ph.D., MPH ................................................ Appx18596

Exhibit 316 to Dykstra Declaration -
Excerpts from Merck's Supplemental Responses and
Objections to Relators' First Set of Interrogatories,
dated December 12, 2016 .................................................... Appx18608

Exhibit 317 to Dykstra Declaration -
"The Pertussis Problem," by Plotkin, Stanley, *Clinical
Infectious Diseases*, (2014) 58(6): 830-833 ......................... Appx18618

Exhibit 318 to Dykstra Declaration -
"Establishing a Global Vaccine-Development Fund,"
by Plotkin, Stanley, *et al.*, *New England Journal of Medicine*,
(2015) 373:297-300 ........................................................... Appx18623

Exhibit 319 to Dykstra Declaration -
Chapter 11 "Anthrax Vaccines," by Friedlander, Arthur, *et al.*,
*Vaccines* (2018) ................................................................ Appx18628

Exhibit 320 to Dykstra Declaration -
Chapter 38 "Meningococcal Capsular Group A, C, W, and Y
Conjugate Vaccines," by Harrison, Lee, *et al.*,
*Vaccines* (2018) ................................................................ Appx18646

**Table of Contents**
(Continued)

Exhibit 321 to Dykstra Declaration -
Chapter 52 "Rotavirus Vaccines," by Parashar, Umesh, *et al.*,
*Vaccines* (2018) .................................................................. Appx18673

Exhibit 322 to Dykstra Declaration -
Chapter 60 "Tuberculosis Vaccines," by Hanekom, Willem,
*et al.*, *Vaccines* (2018) ......................................................... Appx18694

Exhibit 323 to Dykstra Declaration -
Excerpts from Expert Report of
Gary L. Freed, M.D., MPH .................................................. Appx18714

Exhibit 324 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Gary L. Freed, M.D., MPH, taken October 18, 2018 .......... Appx18718

Exhibit 325 to Dykstra Declaration -
Excerpts from "2012 CDC Summary of
Notifiable Diseases" ............................................................ Appx18721

Exhibit 326 to Dykstra Declaration -
Excerpts from "1977 Annual Summary,"
*MMWR*, Vol. 26, No. 53, September 1978 ........................... Appx18729

Exhibit 327 to Dykstra Declaration -
Excerpts from "1980 Annual Summary,"
*MMWR*, Vol. 29, No. 54, September 1981 ........................... Appx18734

Exhibit 328 to Dykstra Declaration -
Excerpts from "2013 CDC Summary of
Notifiable Diseases" ............................................................ Appx18742

Exhibit 329 to Dykstra Declaration -
Excerpts from "2014 CDC Summary of
Notifiable Diseases" ............................................................ Appx18747

**Table of Contents**
**(Continued)**

Relators' Responses to Merck's Statements of Material Facts in
Support of Its First and Fourth Summary Judgment Motions
and Their Corresponding Additional Statement of Material
Facts, dated November 26, 2019 (Doc. 300) ........................ Appx18751

Declaration of Gary Reilly in Support of Relators' Oppositions to
Merck's Four Motions for Summary Judgment,
executed November 26, 2019 (Doc. 300) ............................ Appx18984

Exhibit 361 to Reilly Declaration -
Deposition Testimony of Amy Keegan,
taken April 27, 2017 ............................................................ Appx18996
*(Cont'd in XLI)*

**Volume XLI**
**(Filed Under Seal)**

Exhibit 362 to Reilly Declaration -
Memorandum titled "Delay of Filing for Optimized
GOS/HAS-free Diluent for M-M-R®II" with Attachment,
dated August 28, 2000 (MRK-CHA01593194-9) ................ Appx19070

Exhibit 363 to Reilly Declaration -
The Current Manufacturing Target Titer for the Mumps
Component of Measles, Mumps, and Rubella Virus Vaccine
Live M-M-R®II (MRK-CHA00576983-93) ....................... Appx19077

Exhibit 364 to Reilly Declaration -
Letter from Robert L. McKee, Ph.D. to Carolyn Hardegree,
M.D., dated December 10, 1998, with Attachment
(MRK-CHA00756233-55) ................................................... Appx19089

Exhibit 365 to Reilly Declaration -
Excerpts from Clinical and Regulatory Review Committee
Critical Activities, issued August 15, 2001
(MRK-CHA01724860-25029) ............................................. Appx19113

**Table of Contents**
(Continued)

Page

Exhibit 366 to Reilly Declaration -
Excerpts from Clinical and Regulatory Review Committee
Critical Activities, issued March 17, 1999
(MRK-CHA01717354-7508) .............................................. Appx19123

Exhibit 367 to Reilly Declaration -
Table (MRK-CHA00280517) ............................................. Appx19142

Exhibit 368 to Reilly Declaration -
Project Management Regulatory Submissions
Schedule for "All Products," from 01-AUG-2002
(MRK-CHA01726084-7) .................................................... Appx19144

Exhibit 369 to Reilly Declaration -
Email from Hentrietta Ukwu to David W. Blois,
dated October 6, 1998, with Attachment
(MRK-CHA00625837-9) .................................................... Appx19149

Exhibit 370 to Reilly Declaration -
Justification of Mumps Component Frequency
(MRK-CHA00032404-7) .................................................... Appx19153

Exhibit 371 to Reilly Declaration -
Email from Alison L. Fisher, Ph.D. to Mark S. Galinski,
dated March 28, 2005 (MRK-CHA00560317-9) ................. Appx19158

Exhibit 372 to Reilly Declaration -
Email from Bonita M. Stankunas to Amy Keegan,
dated October 1, 2010 (MRK-CHA01470854-6) ................ Appx19162

Exhibit 373 to Reilly Declaration -
Presentation titled M-M-R®II
(MRK-CHA00021133-67) ................................................... Appx19166

Exhibit 374 to Reilly Declaration -
Excerpts from Pediatric Measles, Mumps, Rubella &
Varicella-containing Franchise: Integrated Vaccine T-PAC
Review, dated October 28, 2002
(MRK-CHA00233586-3623) .............................................. Appx19202

**Table of Contents**
**(Continued)**

Exhibit 375 to Reilly Declaration -
Deposition Testimony of April D. Cohen,
taken January 4, 2018 .......................................................... Appx19211

Exhibit 376 to Reilly Declaration -
Minutes of October 6, 1999 Project Team Meeting,
dated October 8, 1999 (MRK-CHA01899074-86) .............. Appx19276

Exhibit 377 to Reilly Declaration -
Draft Memo re: Clinical and Regulator Review Committee
Meeting Summary-October 8, 2002, dated October 11, 2002
(MRK-CHA01728735-8) .................................................... Appx19290

Exhibit 378 to Reilly Declaration -
Pediatric Live Virus Vaccine Franchise Review,
dated October 28, 2002 (MRK-CHA00207636-83) ............ Appx19295

Exhibit 379 to Reilly Declaration -
Presentation, produced as "M-M-R II and Priorix Profiles
8_19_11F.ppt" (MRK-CHA00955777) .............................. Appx19344

Exhibit 380 to Reilly Declaration -
Deposition Testimony of Tim Schofield,
taken March 20, 2017 .......................................................... Appx19347

Exhibit 381 to Reilly Declaration -
Memo re: Mumps Stability and Potency Estimations,
dated February 27, 2001 (MRK-CHA01896072-3) ............. Appx19449

Exhibit 382 to Reilly Declaration -
Email from Philip S. Bennett to Cynthia Morrisey,
dated January 18, 2002 (MRK-CHA00094849-50) ............. Appx19452

Exhibit 383 to Reilly Declaration -
*Curriculum Vitae* of Manal Anwar Morsy, M.D., Ph.D., MBA
(MORSY00001-10) ............................................................ Appx19455

**Table of Contents**
(Continued)

Page

Exhibit 384 to Reilly Declaration -
*Curriculum Vitae* of Cynthia F. Morrisey
(MORRISEY_00000001-6) ................................................. Appx19466

Exhibit 385 to Reilly Declaration -
Memo re: Determination of Minimum Release
Specifications for Mumps and Rubella in M-M-R®II,
dated February 9, 2004 (MRK-CHA00722641-2) ............... Appx19473

Exhibit 386 to Reilly Declaration -
Memo re: Determination of Minimum Release Specifications
for Mumps in M-M-R®II, dated November 4, 2004
(MRK-CHA00722667-8) ..................................................... Appx19476

Exhibit 387 to Reilly Declaration -
Email from Philip S. Bennett with attachments,
dated December 4, 2012
(MRK-CHA01580006-15) ................................................... Appx19479

Exhibit 388 to Reilly Declaration -
Email from Kimberly A. Duffy to Amy Keegan,
dated December 5, 2012 (MRK-CHA01579943-5) ............. Appx19490

Exhibit 389 to Reilly Declaration -
*Curriculum Vitae* of Amy Keegan
(MRK-CHA02009507-9) ..................................................... Appx19494

Exhibit 390 to Reilly Declaration -
Presentation, MMRII Protocol #007 - Mumps End Expiry
study: AIGENT Assay Issues and Impact on Study Criteria,
produced as "6-30 pm Draft 10-04-02 for CRRC-10-08-02
slides.ppt" (MRK-CHA00025831) ...................................... Appx19498
***(Cont'd in Vol LXII)***

**Table of Contents**
**(Continued)**

**Volume LXII**
**(Filed Under Seal)**

Exhibit 391 to Reilly Declaration -
Gulati Deposition Exhibit 14, Select Pages of Supplemental
Biologics License Application, dated June 30, 2004
(MRK-CHA00137854-55 and
MRK-CHA00138585-708) ................................................. Appx19533

Exhibit 392 to Reilly Declaration -
Regulatory Liaison FDA Conversation Record,
dated May 27, 2005 (MRK-CHA00793082-3) .................... Appx19539

Exhibit 393 to Reilly Declaration -
Submission, dated July 13, 2005
(MRK-CHA00141789-906) ................................................. Appx19542

Exhibit 394 to Reilly Declaration -
Deposition Testimony of Dipti Gulati, M.S., D. Phil.,
taken December 5, 2018 ...................................................... Appx19550

Exhibit 395 to Reilly Declaration -
Merck's Biological Stability Program 2001 Annual Stability
Report for M-M-R®II (MRK-CHA01632745-51) .............. Appx19661

Exhibit 396 to Reilly Declaration -
Biological Stability Program 2004 Annual Stability
Report for M-M-R®II (MRK-CHA01632833-8) ................ Appx19669

Exhibit 397 to Reilly Declaration -
Biological Stability Program 2005 Annual Stability
Report for M-M-R®II (MRK-CHA01634117-22) .............. Appx19676

Exhibit 398 to Reilly Declaration -
Biological Stability Program 2008 Annual Stability
Report for M-M-R®II (MRK-CHA01633948-59) .............. Appx19683

**Table of Contents**
**(Continued)**

**Page**

Exhibit 399 to Reilly Declaration -
Response to FDA Request for Information,
dated February 28, 2005 (MRK-CHA02078926-7) ............. Appx19696

Exhibit 400 to Reilly Declaration -
Excerpts from Biological Stability Program 2010
Annual Stability Report for M-M-R®II
(MRK-CHA01458201-6) ..................................................... Appx19699

Exhibit 401 to Reilly Declaration -
CDC "Mumps Cases and Outbreaks" webpage,
last accessed November 25, 2019 ........................................ Appx19706

Exhibit 402 to Reilly Declaration -
CDC "Mumps Vaccination" webpage, last reviewed
March 28, 2019 ................................................................... Appx19709

Exhibit 403 to Reilly Declaration -
CDC "Mumps Vaccination" webpage, archived as of
May 30, 2012 ...................................................................... Appx19711

Exhibit 404 to Reilly Declaration -
CDC "Mumps Vaccination" webpage, archived as of
December 8, 2009 ................................................................ Appx19714

Exhibit 405 to Reilly Declaration -
Email from Janet Ernst-Gerner to Alan Modlinger,
dated September 23, 2016 (MRK-CHA02008691-4) .......... Appx19717

Exhibit 406 to Reilly Declaration -
Marked M-M-R®II (Measles, Mumps, and Rubella Virus
Vaccine Live) Literature (MRK-CHA02008695-705) ......... Appx19722

Exhibit 407 to Reilly Declaration -
Email from Mark Papania to Barbara Kuter,
dated February 12, 2010 (MRK-CHA00351988-90) ........... Appx19734

**Table of Contents**
**(Continued)**

Exhibit 408 to Reilly Declaration -
Email from Chester J. Kitchen, dated February 25, 2010
(MRK-CHA00790153-4) ..................................................... Appx19738

Exhibit 409 to Reilly Declaration -
Email from Chester J. Kitchen to Scott Porreca,
dated February 26, 2010 (MRK-CHA00791347) ................ Appx19741

Exhibit 410 to Reilly Declaration -
FDA Conversation re; PRIOrix™, measles, mumps &
rubella live, attenuated, viral vaccine BB-IND-7229,
dated December 18, 1997 (GSK-MMR-IND-0047687-9) ... Appx19743

Exhibit 411 to Reilly Declaration -
FDA Conversation re: PRIOrix IND submission,
Clinical Hold, dated October 16, 1997
(GSK-MMR-IND-0047654-6) ............................................. Appx19747

Exhibit 412 to Reilly Declaration -
Extra CDAB Meeting Abstract, dated August 1, 2011
(GSK-MMR-019819-42) ..................................................... Appx19751

Exhibit 413 to Reilly Declaration -
Memo re: Minutes of Meeting with CBER on 4/4/01,
dated April 9, 2001 (MRK-CHA00049238-40) ................... Appx19776

Exhibit 414 to Reilly Declaration -
Email from Sally S. Wong to Cathy Hoath,
dated February 26, 2013 (MRK-CHA01556424-8) ............. Appx19780

Exhibit 415 to Reilly Declaration -
Email from Joseph D. Bernardo to Mark J. Stannard,
dated November 30, 2016 (MRK-CHA02101841) ............. Appx19786

Exhibit 416 to Reilly Declaration -
Deposition Testimony of Roberta L. McKee, Ph.D.,
taken March 30, 2017 ........................................................ Appx19788

**Table of Contents**
**(Continued)**

**Page**

Exhibit 417 to Reilly Declaration -
Vaccine & Biological Stability Protocol for M-M-R®II
(MRK-CHA01714300-8) .................................................... Appx19870

Exhibit 418 to Reilly Declaration -
Excerpts from Biological Stability Program 2000
Annual Stability Report for M-M-R®II
(MRK-CHA01633601-6) .................................................... Appx19880

Exhibit 419 to Reilly Declaration -
Excerpts from Biological Stability Program 2002
Annual Stability Report for M-M-R®II
(MRK-CHA01633529-39) .................................................... Appx19887

Exhibit 420 to Reilly Declaration -
Excerpts from Biological Stability Program 2003
Annual Stability Report for M-M-R®II
(MRK-CHA01632888-95) .................................................... Appx19899

Exhibit 421 to Reilly Declaration -
SOP Active Stability Monitoring of Live Virus Vaccine
Potency Results, effective November 10, 2000
(MRK-CHA00049165-73) .................................................... Appx19908

Exhibit 422 to Reilly Declaration -
SOP Real Time Stability Trend Monitoring, effective
September 21, 2016 (MRK-CHA01714343-54) .................. Appx19918

Exhibit 423 to Reilly Declaration -
Label Claim Compliance of M-M-R®II
(MRK-CHA00322066-73) .................................................... Appx19931

Exhibit 424 to Reilly Declaration -
Proposed New Stabilizer for M-M-R®II,
dated July 12, 2002 (MRK-CHA00239179-99) .................. Appx19940

**Table of Contents**
**(Continued)**

**Page**

Exhibit 425 to Reilly Declaration -
Clinical and Regulatory Review Committee Agenda,
dated October 8, 2002 (MRK-CHA00780210-65) .............. Appx19962
***(Cont'd in Vol XLIII)***

**Volume XLIII**
**(Filed Under Seal)**

Exhibit 426 to Reilly Declaration -
Analytical Approach for MMR in Japan
(MRK-CHA00719989-20008) ............................................ Appx20019

Exhibit 427 to Reilly Declaration -
Excerpts from Memo re: Mumps neutralizing antibody test vs.
efficacy and effectiveness, dated September 10, 1999
(MRK-CHA00061698-703) ................................................. Appx20040

Exhibit 428 to Reilly Declaration -
Atkinson Deposition Exhibit 2, Letter from Kevin Malone
to Kathleen Hardway, dated July 31, 2018,
and Letter from Robert Redfield to Kathleen Hardway,
dated May 24, 2018 ............................................................. Appx20047

Exhibit 429 to Reilly Declaration -
CDC Publication, Ensuring the Safety of Vaccines in the
United States, last updated July 2011 ................................... Appx20055

Exhibit 430 to Reilly Declaration -
Email from Colleen M. Duffy to Diana DeLong,
dated December 14, 2005 (MRK-CHA00942187-8) ........... Appx20058

Exhibit 431 to Reilly Declaration -
Email from Kevin Agnew to Diana DeLong,
dated March 14, 2014 (MRK-CHA01673057-9) ................. Appx20061

Exhibit 432 to Reilly Declaration -
Letter to CDC Request for Final Proposal to RFP 2014-N-
15784 Consolidated Vaccines for Children Contact,
dated March 7, 2014 (MRK-CHA01655048-93) ................. Appx20065

**Table of Contents**
(Continued)

Exhibit 433 to Reilly Declaration -
Email from Diana DeLong to Cindy Rivera,
dated March 13, 2014 (MRK-CHA01656202-3) ................. Appx20112

Exhibit 434 to Reilly Declaration -
FDA Comments on PRN Assay, dated May 9, 2007
(GSK-MMR-IND-0015993-4) ............................................ Appx20115

Exhibit 435 to Reilly Declaration -
Excerpts from Merck Presentation, dated November 10, 2011
(MRK-CHA0002441-681) ................................................... Appx20118

Exhibit 436 to Reilly Declaration -
Letter from Lisa C. Dykstra to CDC and Office of General
Counsel for Department of Health and Human Services,
dated May 18, 2015 (MRK-CHA01374713-20) .................. Appx20121

Exhibit 437 to Reilly Declaration -
Summary of GSK Vaccines development pipeline meeting
with CDC March 8, 2016 (GSK-MMR-0062025-30) ......... Appx20130

Exhibit 438 to Reilly Declaration -
Email from Ouzama Nicholson to Donna Boyce,
dated May 27, 2010 (GSK-MMR-0058532) ....................... Appx20137

Exhibit 439 to Reilly Declaration -
Memo re: Supporting Documents for Stephen Krahling,
dated October 10, 2000 (MRK-CHA00447565-74) ............ Appx20139

Exhibit 440 to Reilly Declaration -
Excerpts from journal of David Krah, M.D.
(MRK-CHA00490081-591) ................................................ Appx20150

Exhibit 441 to Reilly Declaration -
Minutes of August 8, 2001 Project Team Meeting
(MRK-CHA00209441-53) .................................................. Appx20176

**Table of Contents**
(Continued)

Page

Exhibit 442 to Reilly Declaration -
Deposition Testimony of  Thomas McGuire, Ph.D.,
taken July 2, 2018 ............................................................... Appx20190

Exhibit 443 to Reilly Declaration -
National Vaccine Advisory Committee Report,
The National Vaccine Program 2008 State of the
Program Report, dated February 2009................................... Appx20274

Exhibit 444 to Reilly Declaration -
"National, State, and Local Area Vaccination Coverage
Among Children Aged 19–35 Months — United States, 2012,"
*MMWR* 2013; 62:733-755, dated September 13, 2013 ........ Appx20289

Exhibit 445 to Reilly Declaration -
"Financing Immunizations in the United States," Hinman
*et al.*, *Clinical Infectious Diseases* 2004; 38:1440-6 ........... Appx20314

Exhibit 446 to Reilly Declaration -
"Program Review, National Immunization Survey (NIS) and
State and Local Area Integrated Telephone Survey (SLAITS),"
dated November 27-28, 2007 ............................................... Appx20322

Exhibit 447 to Reilly Declaration -
"About VFC" webpage ......................................................... Appx20344

Exhibit 448 to Reilly Declaration -
"Medicaid Program; Charges for Vaccine Administration
Under the Vaccines for Children Program,"
Federal Register Volume 59, Issue 190
(October 3, 1994) ............................................................... Appx20347

Exhibit 449 to Reilly Declaration -
Deposition Testimony of Michele Taylor,
taken May 9, 2017 ............................................................... Appx20360

**Table of Contents**
**(Continued)**

**Page**

Defendant Merck's Response to Relators' Additional Statement of
Material Facts in Connection with Defendant's First and Fourth
Summary Judgment Motions, dated December 20, 2019
(Doc. 311) ........................................................................ Appx20427

Defendant Merck's Response to Relators' Additional Statement of
Material Facts in Connection with Defendant's First and Fourth
Summary Judgment Motions, dated December 20, 2019
(Doc. 314) ........................................................................ Appx20486
*(Cont'd in Vol XLIV)*

**Volume XLIV**
**(Filed Under Seal)**

Declaration of Lisa C. Dykstra in Support of Defendant's
Replies and Response to Motions for Summary Judgment,
executed December 20, 2019 (Doc. 315) .............................. Appx20545

Exhibit 330 to Dykstra Declaration -
Excerpts from the Deposition Testimony of Amy Keegan,
taken February 9, 2018 ....................................................... Appx20552

Exhibit 331 to Dykstra Declaration -
Email from Paul Lanzetta to Thomas Romanus
and John Comonitski, dated August 19, 2011
(MRK-KRA00955764-955765) ........................................... Appx20555

Exhibit 332 to Dykstra Declaration -
Excerpts from Deposition Testimony of Cynthia Morrisey,
taken July 27, 2017 ............................................................ Appx20558

Exhibit 333 to Dykstra Declaration -
Table of Contents for Information Submitted with Merck's
BLA for the replacement of Human Serum Albumin with
Recombinant Albumin (MRK-KRA00137827-137828) ..... Appx20562

Exhibit 334 to Dykstra Declaration -
FDA's Draft Guidance for Industry Stability Testing of
Drug Substances and Drug Products (June 8, 1998) ............ Appx20565

**Table of Contents**
**(Continued)**

Exhibit 335 to Dykstra Declaration -
WHO's Draft Guidelines on Stability Evaluation of
Vaccines, Expert Committee on Biological Standardization
(October 23-27, 2006) ......................................................... Appx20662

Exhibit 336 to Dykstra Declaration -
Biological Stability Program 1999 Annual Stability
Report for M-M-R®II (MRK-KRA01632656-86) .............. Appx20691

Exhibit 337 to Dykstra Declaration -
Biological Stability Program 2000 Annual Stability
Report for M-M-R®II (MRK-KRA01633601-29) .............. Appx20723

Exhibit 338 to Dykstra Declaration -
Biological Stability Program 2001 Annual Stability
Report for M-M-R®II (MRK-KRA01632745-822) ............ Appx20753

Exhibit 339 to Dykstra Declaration -
Biological Stability Program 2002 Annual Stability
Report for M-M-R®II (MRK-KRA01633529-600) ............ Appx20832

Exhibit 340 to Dykstra Declaration -
Biological Stability Program Annual 2003 Stability
Report for M-M-R®II (MRK-KRA01632888-945) ............ Appx20905

Exhibit 341 to Dykstra Declaration -
Biological Stability Program 2004 Annual Stability
Report for M-M-R®II (MRK-KRA01632833-68) .............. Appx20964

**Volume XLV**
**(Filed Under Seal)**

Exhibit 342 to Dykstra Declaration -
Biological Stability Program 2005 Annual Stability
Report for M-M-R®II (MRK-KRA01633267-99) .............. Appx21001

Exhibit 343 to Dykstra Declaration -
M-M-R®II Stability Data Summary for the 2006
Annual Stability Report (MRK-KRA0163946-83) ............ Appx21035

**Table of Contents**
**(Continued)**

Exhibit 344 to Dykstra Declaration -
M-M-R®II Stability Data Summary for the 2007
Annual Stability Report (MRK-KRA01633723-31) ........... Appx21074

Exhibit 345 to Dykstra Declaration -
CDC's Nationally Notifiable Infectious Diseases and
Conditions, United States: Weekly Tables, Table 1y
(October 2019) .................................................................... Appx21084

Exhibit 346 to Dykstra Declaration -
CDC's Nationally Notifiable Infectious Diseases and
Conditions, United States: Weekly Tables, Table 1z
(October 2019) .................................................................... Appx21088

Exhibit 347 to Dykstra Declaration -
CDC's Nationally Notifiable Infectious Diseases and
Conditions, United States: Weekly Tables, Table 1kk
(October 2019) .................................................................... Appx21092

Exhibit 348 to Dykstra Declaration -
"An Assessment of Mumps Vaccine Effectiveness by Dose
during an Outbreak in Canada," by Deeks, Shelley, *et al.*,
*CMAJ*, 183(9) (June 14, 2011) ............................................ Appx21096

Exhibit 349 to Dykstra Declaration -
"Mumps Vaccine Effectiveness and Risk Factors for Disease
in Households during an Outbreak in New York City,"
by Livingston, Kara, *et al.*, Vaccine 32; 369-374 (2014) ..... Appx21104

Exhibit 350 to Dykstra Declaration -
"A Large Outbreak of Mumps in the Postvaccine Era,"
by Wharton, Melinda, *et al.*, *Journal of Infectious Diseases*,
Vol. 158, No. 6 (December 1988) ........................................Appx21111

Exhibit 351 to Dykstra Declaration -
"Persistence of Mumps Antibodies after 2 Doses of
Measles-Mumps-Rubella Vaccine," by LeBaron, Charles,
*et al.*, *Journal of Infectious Diseases*, 2009:199
(February 15, 2009) ........................................................... Appx21120

**Table of Contents**
**(Continued)**

**Page**

Exhibit 352 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Keith Chirgwin, M.D., taken January 26, 2017 ................... Appx21130

Exhibit 353 to Dykstra Declaration -
Excerpts from the Deposition Testimony of
Barbara Kuter, Ph.D., taken December 14, 2016 ................. Appx21137

Exhibit 354 to Dykstra Declaration -
Letter from Manal Morsy, M.D., Ph.D. to Luba Vujcic,
dated March 9, 2000 (MRK-KRA00020409-20410) ........... Appx21141

Exhibit 355 to Dykstra Declaration -
Memorandum from R. Wolchko with the subject "Bridging
Study of the Mumps Legacy ELISA" and "Mumps
'Wild Type' IgG ELISA," dated February 23, 2001
(MRK-KRA00561875-561885) .......................................... Appx21144

Exhibit 356 to Dykstra Declaration -
*Curriculum Vitae* of Emilio Emini, Ph.D. (January 2016)
(EMINI 00001-22) ............................................................. Appx21156

Exhibit 357 to Dykstra Declaration -
General Correspondence to FDA, dated April 23, 2002
(MRK-KRA00000548-553) ................................................ Appx21179

Exhibit 358 to Dykstra Declaration -
"Mumps Epidemiology and Immunity-The Anatomy of a
Modern Epidemic," by Anderson, Larry, *et al.*,
*Pediatric Infectious Disease Journal*, Vol. 27, No. 10
(October 2008) .................................................................. Appx21186

Exhibit 359 to Dykstra Declaration -
IID-1.5 "Reduce cases of mumps (U.S. acquired cases),"
Healthy People 2020 ......................................................... Appx21192

**Table of Contents**
**(Continued)**

**Page**

Defendant's Response to the United States' Statement of
    Interest in Response to the Parties' Summary Judgment
    Briefing, dated January 18, 2021 (Doc. 323)...................... Appx21194

Defendant Merck's Reply to Relators' Response Regarding
    the United States' Statement of Interest (Doc. 328) .......... Appx21206

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI,

               *Plaintiffs,*

     v.

MERCK & CO., INC.,

               *Defendant.*

Civil Action No. 10-4374 (CDJ)

**DECLARATION OF LISA C. DYKSTRA IN SUPPORT OF DEFENDANT'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS UNDER RULE 56**

I, Lisa C. Dykstra, Esq., declare, upon personal knowledge and under penalty of perjury, that the following is a true and correct:

1.    I am an attorney with Morgan, Lewis & Bockius LLP, counsel for Defendant Merck Sharp & Dohme Corporation, formerly known as Merck & Co., Inc. ("Merck") in the above-captioned action.  I make this declaration in support of Merck's Response to Relators' Statement of Undisputed Facts under Rule 56.

2.    Attached hereto as Exhibit 250 is a true and correct copy of medical literature entitled Yung, Chee-Fu et al., *Mumps Complications and Effects of Mumps Vaccination, England and Wales, 2002-2006*, Emerging Infectious Diseases, (2011) 17(4):661-667.

3.    Attached hereto as Exhibit 251 is a true and correct copy of excerpts from the deposition testimony of April Cohen taken on January 4, 2018.

4.    Attached hereto as Exhibit 252 is a true and correct copy of the of medical literature entitled Mauldin, Jeremy et al., *Mumps Virus-Specific Antibody Titers from Pre-*

*Vaccine Era Sera: Comparison of the Plaque Reduction Neutralization Assay Enzyme Immunoassays*, Journal of Clinical Microbiology, 2005:43(9):4847-4851.

5.   Attached hereto as Exhibit 253 is a true and correct copy of medical literature entitled Plotkin and Gilbert, *Correlates of Protection*, 2018:35-40.

6.   Attached hereto as Exhibit 254 is a true and correct copy of FDA, *Guidance for Industry: FDA Review of Vaccine Labeling Requirements for Warnings, Use Instructions, and Precautionary Information*, dated September 2004.

7.   Attached hereto as Exhibit 255 is a true and correct copy of excerpts from the deposition testimony of Roberta McKee taken on March 30, 2017.

8.   Attached hereto as Exhibit 256 is a true and correct copy of excerpts from the expert report of Dipti Gulati, MS, D. Phil.

9.   Attached hereto as Exhibit 257 is a true and correct copy of a Biological Product Deviation Report Form that Merck submitted to the FDA, dated March 5, 2001, and bates stamped MRK-KRA00754239 – MRK-KRA00754244.

10.   Attached hereto as Exhibit 258 is a true and correct copy of medical literature entitled Buynak, Eugene et al., *Jeryl Lynn Strain Live Attenuated Mumps Virus Vaccine - Influence of Age, Virus Dose, Lot, and γ-Globulin Administration on Response*, Journal of the American Medical Association (1968) 203(1):63-67.

11.   Attached hereto as Exhibit 259 is a true and correct copy of the 2003 Annual Stability Report for MMR-II, bates stamped MRK-KRA01632888 – MRK-KRA01632945.

12.   Attached hereto as Exhibit 260 is a true and correct copy of medical literature entitled Sato et al., *Sensitive neutralization test for virus antibody,* Archives of Virology, (1978) 58:301-311.

**Appx16502**

13.     Attached hereto as Exhibit 261 is a true and correct copy of a letter from Karen Goldenthal (FDA) to Alison Fisher (Merck) dated December 3, 2004, bates stamped MRK-KRA00000361 – MRK-KRA00000365.

14.     Attached hereto as Exhibit 262 is a true and correct copy of a July 20, 2007 fax Luba Vjucic (FDA) to Alison Fisher (Merck), bates stamped MRK-KRA00141957 – MRK-KRA00141958.

15.     Attached hereto as Exhibit 263 is a true and correct copy of the August 8, 2007 Submission, bates stamped MRK-KRA00000140 – MRK-KRA00000225.

16.     Attached hereto as Exhibit 264 is a true and correct copy of the December 3, 2007 Submission, bates stamped MKR-KRA00000226 – MRK-KRA00000300.

17.     Attached hereto as Exhibit 265 is a true and correct copy of medical literature entitled Date, Anand et al., *Long-Term Persistence of Mumps Antibody after Receipt of 2 Measles-Mumps-Rubella (MMR) Vaccinations and Antibody Response after a Third MMR Vaccination among a University Population*, Journal of Infectious Diseases, (2008) 197:1662-1668.

18.     Attached hereto as Exhibit 266 is a true and correct copy of medical literature entitled Cortese et al., *Mumps antibody levels among students before a mumps outbreak:  in search of a correlate of immunity*, The Journal of Infectious Diseases, (2011) 204:1413-1422.

19.     Attached hereto as Exhibit 267 is a true and correct copy of medical literature entitled Blatter et al., *Immunogenicity and safety of two tetravalent (measles, mumps, rubella, varicella) vaccines coadministered with hepatitis A and pneumococcal conjugate vaccines to children twelve to fourteen months of age,* The Pediatric Infectious Disease Journal, (2012) 31:e133-e140.

3

20.     Attached hereto as Exhibit 268 is a true and correct copy of an Analytical Validation Protocol, bates stamped MRK-KRA00337307 - MRK-KRA00337318.

21.     Attached hereto as Exhibit 269 is a true and correct copy of the expert report of Robert Platt, Ph.D.

22.     Attached hereto as Exhibit 270 is a true and correct copy of excerpts of the deposition testimony of Amy Keegan taken on April 27, 2017.

23.     Attached hereto as Exhibit 271 is a true and correct copy of documentation of work activities, bates stamped RELATOR_00000272 – RELATOR_00000273.

24.     Attached hereto as Exhibit 272 is a true and correct copy of work summary document, bates stamped RELATOR_00000274 – RELATOR_000000276.

25.     Attached hereto as Exhibit 273 is a true and correct copy of the May 5, 2005 Submission, bates stamped MRK-KRA00176342 - MRK-KRA00176654.

26.     Attached hereto as Exhibit 274 is a true and correct copy of the June 30, 2004 Submission, bates stamped MKR-KRA00137854 - MRK-KRA00138172.

27.     Attached hereto as Exhibit 275 is a true and correct copy of medical literature entitled Mufson et al., *Safety and immunogenicity of human serum albumin-free MMR vaccine in US children aged 12-15 months*, Journal of Pediatric Infectious Diseases Society, (2014) 4:339-348.

28.     Attached hereto as Exhibit 276 is a true and correct copy of the December 30, 2004 letter from Jerry Weir (FDA) to Alison Fisher (Merck), bates stamped MRK-KRA00141670 - MRK-KRA00141672.

29.     Attached hereto as Exhibit 277 is a true and correct copy of the February 28, 2005 Submission, bates stamped MRK-KRA00141676 - MRK-KRA141729.

4

30.    Attached hereto as Exhibit 278 is a true and correct copy of the July 13, 2005 Submission, bates stamped MRK-KRA00141789 - MRK-KRA00141906.

31.    Attached hereto as Exhibit 279 is a true and correct copy of the CDC publication, *Summary of Notifiable Diseases – United States 2012*, MMWR, 2014:61(53):1-121.

32.    Attached hereto as Exhibit 280 is a true and correct copy of the CDC publication, *Mumps Outbreak- Related Questions and Answers for Patients*, last reviewed March 15, 2019.

33.    Attached hereto as Exhibit 281 is a true and correct copy of the CDC publication, *Nationally Notifiable Infectious Diseases and Conditions, United States: Annual Tables*.

34.    Attached hereto as Exhibit 282 is a true and correct copy of medical literature entitled Clemmons, Nakia et al., *Characteristics of Large Mumps Outbreaks in the United States during July 2010 – December 2015*, Clinical Infectious Diseases, (2019).

35.    Attached hereto as Exhibit 283 is a true and correct copy of the CDC publication, Healthy People 2010 Final Review.

36.    Attached hereto as Exhibit 284 is a true and correct copy of the CDC publication, Healthy People 2020 Immunization and Infectious Diseases Objectives.

37.    Attached hereto as Exhibit 285 is a true and correct copy of CDC publication, Health People 2020 IID-1.2 Cases of Hib Data.

38.    Attached hereto as Exhibit 286 is a true and correct copy of the CDC publication, Health People 2020 IID-1.4 U.S.-acquired cases of Measles Data.

39.    Attached hereto as Exhibit 287 is a true and correct copy of the CDC publication, Healthy People 2020 IID-1.5 U.S.-acquired cases of Mumps Data.

40.    Attached hereto as Exhibit 288 is a true and correct copy of the CDC publication, CDC, Healthy People 2020 IID-1.9 U.S.-acquired cases of Rubella Data.

41.    Attached hereto as Exhibit 289 is a true and correct copy of the CDC webpage, National Center for Immunization and Respiratory Diseases.

42.    Attached hereto as Exhibit 290 is a true and correct copy of medical literature entitled Marin, Mona et al., *Mumps vaccination coverage and vaccine effectiveness in a large outbreak among college students – Iowa, 2006,* Vaccine, (2008) 26:3601-3607.

43.    Attached hereto as Exhibit 291 is a true and correct copy of medical literature entitled Barskey, Albert et al., *Mumps Outbreak in Orthodox Jewish Communities in the United States,* New England Journal of Medicine, (2012) 367(18):1704-1713.

44.    Attached hereto as Exhibit 292 is a true and correct copy of medical literature entitled Ogbuanu, Ikechukwu et al., *Impact of a Third Dose of Measles-Mumps-Rubella Vaccine on a Mumps Outbreak*, Pediatrics, (2012) 130(6):1-8.

45.    Attached hereto as Exhibit 293 is a true and correct copy of medical literature entitled Nelson, George et al., *Epidemiology of a Mumps Outbreak in a Highly Vaccinated Island Population and Use of a Third Dose of Measles-Mumps-Rubella Vaccine for Outbreak Control—Guam 2009 to 2010*, Pediatric Infectious Disease Journal, (2013) 32(4):374-380.

46.    Attached hereto as Exhibit 294 is a true and correct copy of medical literature entitled Cardemil, Cristina et al, *Effectiveness of a Third Dose of MMR Vaccine for Mumps Outbreak Control*, New England Journal of Medicine, (2017) 377(10):947-956.

47.    Attached hereto as Exhibit 295 is a true and correct copy of medical literature entitled Fields, Virgie et al, *Mumps in a highly vaccinated Marshallese community in Arkansas, USA:  an outbreak report*, Lancet Infectious Diseases, (Published online January 8, 2019) 1-8.

48.    Attached hereto as Exhibit 296 is a true and correct copy of medical literature entitled Rubin, Steven et al., *Antibody Induced by Immunization with the Jeryl Lynn Mumps*

*Vaccine Strain Effectively Neutralizes a Heterologous Wild-Type Mumps Virus Associated with a Large Outbreak*, Journal of Infectious Diseases, (2008) 198:508-515.

49.    Attached hereto as Exhibit 297 is a true and correct copy of medical literature entitled Lewnard, Joseph and Grad, Yonatan, *Vaccine waning and mumps-re-emergence in the United States,* Science Translational Medicine, (2018) 10(433):1-10.

50.    Attached hereto as Exhibit 298 is a true and correct copy of medical literature entitled Marshall, Helen and Plotkin, Stanley, *Comment:  The changing epidemiology of mumps in a high vaccination era,* The Lancet Infectious Diseases*,* (2019) 19:118-119.

51.    Attached hereto as Exhibit 299 is a true and correct copy of medical literature entitled Bankamp, Bettina et al., *Successes and challenges for preventing measles, mumps and rubella by vaccination*, Current Opinion in Virology, (2019) 34:110-116.

52.    Attached hereto as Exhibit 300 is a true and correct copy of medical literature entitled Rubin, Steven and Beeler, Judy, *Mumps Vaccines Do We Need a New One?,* Pediatric Infectious Disease Journal, (2013) 32(10):1156-1157.

53.    Attached hereto as Exhibit 301 is a true and correct copy of CDC's website listing Measles-related MMWR Articles.

54.    Attached hereto as Exhibit 302 is a true and correct copy of CDC's website listing Pertussis (Whooping Cough) Publications.

55.    Attached hereto as Exhibit 303 is a true and correct copy of CDC's website listing Chickenpox (Varicella) References and Resources.

56.    Attached hereto as Exhibit 304 is a true and correct copy of the CDC webpage, Glossary.

7

**Appx16507**

57.     Attached hereto as Exhibit 305 is a true and correct copy of June 12, 2012 email from Jeanne Santoli (CDC) to Eric Skjeveland (Merck), bates stamped MRK-KRA00122172 – MRK-KRA00122173.

58.     Attached hereto as Exhibit 306 is a true and correct copy of the CDC webpage, ACIP Workgroups, last reviewed May 30, 2019.

59.     Attached hereto as Exhibit 307 is a true and correct copy of the CDC publication, *Recommendations of the Advisory Committee on Immunization Practices for Use of Hepatitis A Vaccine for Persons Experiencing Homelessness*, MMWR Morb Mortal Wkly Rep 2019:68(6):153-56.

60.     Attached hereto as Exhibit 308 is a true and correct copy of the CDC publication, *Human Papillomavirus Vaccination for Adults: Updated Recommendations of the Advisory Committee on Immunization Practices*, MMWR Morb Mortal Wkly Rep 2019:68(3):698-702.

61.     Attached hereto as Exhibit 309 is a true and correct copy of the CDC publication, *Prevention and Control of Seasonal Influenza with Vaccines: Recommendations of the Advisory Committee on Immunization Practices – United States, 2019-20 Influenza Season*, MMWR Morb Mortal Wkly Rep 2019:69(3):1-21.

62.     Attached hereto as Exhibit 310 is a true and correct copy of the CDC publication, *Japanese Encephalitis Vaccine: Recommendations of the Advisory Committee on Immunization Practices*, MMWR Morb Mortal Wkly Rep 2019:68(2);1-33.

63.     Attached hereto as Exhibit 311 is a true and correct copy of the CDC publication, *Prevention of Pertussis, Tetanus, and Diphtheria with Vaccines in the United States: Recommendations of the Advisory Committee on Immunization Practices (ACIP)*, MMWR 2018:67(2):1-44.

Appx16508

64.     Attached hereto as Exhibit 312 is a true and correct copy of the *Updated Recommendations for Use of Tetanus Toxoid, Reduced Diphtheria Toxoid and Acellular Pertussis Vaccine (Tdap) in Pregnant Women and Persons Who Have or Anticipate Having Close Contact with an Infant Aged <12 Months – Advisory Committee on Immunization Practices (ACIP), 2011*, MMWR, 2011:60(41):1424-1426).

65.     Attached hereto as Exhibit 313 is a true and correct copy of the *Updated Recommendations for the Use of Tetanus Toxoid, Reduced Diphtheria Toxoid, and Acellular Pertussis Vaccine (Tdap) in Pregnant Women – Advisory Committee on Immunization Practices (ACIP), 2012*, MMWR 2013:62(7):131-135).

66.     Attached hereto as Exhibit 314 is a true and correct copy of medical literature entitled Cohn et al., *Immunization in the United States (Chapter 73),* Vaccines 1421-1440.

67.     Attached hereto as Exhibit 315 is a true and correct copy of excerpts of the expert report of Daniel Salmon.

68.     Attached hereto as Exhibit 316 is a true and correct copy of excerpts of Merck's Supplemental Responses and Objections to Relators' First Set of Interrogatories dated December 12, 2016.

69.     Attached hereto as Exhibit 317 is a true and correct copy of medical literature entitled Plotkin, Stanley, *The Pertussis Problem*, Clinical Infectious Diseases, (2014) 58(6): 830-833.

70.     Attached hereto as Exhibit 318 is a true and correct copy of medical literature entitled Plotkin, Stanley et al., *Establishing a Global Vaccine-Development Fund*, New England Journal of Medicine, (2015) 373:297-300.

9

71.     Attached hereto as Exhibit 319 is a true and correct copy of medical literature entitled Friedlander, Arthur et al., *Chapter 11 Anthrax Vaccines*, Vaccines (2018))

72.     Attached hereto as Exhibit 320 is a true and correct copy of medical literature entitled Harrison, Lee et al., *Chapter 38 Meningococcal Capsular Group A, C, W, and Y Conjugate Vaccines*, Vaccines (2018).

73.     Attached hereto as Exhibit 321 is a true and correct copy of medical literature entitled Parashar, Umesh et al., *Chapter 52 Rotavirus Vaccines*, Vaccines (2018)

74.     Attached hereto as Exhibit 322 is a true and correct copy of medical literature entitled Hanekom, Willem et al., *Chapter 60 Tuberculosis Vaccines*, Vaccines (2018).

75.     Attached hereto as Exhibit 323 is a true and correct copy of excerpts from the expert report of Gary L. Freed, MD, MPH.

76.     Attached hereto as Exhibit 324 is a true and correct copy of excerpts from the deposition testimony of Gary L. Freed taken on October 18, 2018.

77.     Attached hereto as Exhibit 325 is a true and correct copy of excerpts of CDC publication *2012 CDC Summary of Notifiable Diseases*.

78.     Attached hereto as Exhibit 326 is a true and correct copy of excerpts of CDC publication *1977 Annual Summary*, MMWR, Vol. 26, No. 53, September 1978.

79.     Attached hereto as Exhibit 327 is a true and correct copy of excerpts of CDC publication *1980 Annual Summary*, MMWR, Vol. 29, No. 54, September 1981.

80.     Attached hereto as Exhibit 328 is a true and correct copy of excerpts of CDC publication *2013 CDC Summary of Notifiable Diseases.*

81.     Attached hereto as Exhibit 329 is a true and correct copy of excerpts of CDC publication *2014 CDC Summary of Notifiable Diseases.*

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on November 26, 2019

By:     _/s/ Lisa C. Dykstra_
            Lisa C. Dykstra

11

Appx16511

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on November 26, 2019 via ECF and electronic mail on all counsel of record.

Date:  November 26, 2019                                      /s/ Lisa C. Dykstra
                                                             Lisa C. Dykstra

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,
                    *Plaintiffs,*
        v.
MERCK & CO., INC.,
                    *Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND**
**"HIGHLY CONFIDENTIAL –**
**ATTORNEYS' EYES ONLY" MATERIAL**
**PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 250

# Mumps Complications and Effects of Mumps Vaccination, England and Wales, 2002–2006

Chee-Fu Yung, Nick Andrews, Antoaneta Bukasa, Kevin E. Brown, and Mary Ramsay

## Medscape **ACTIVITY**

Medscape, LLC is pleased to provide online continuing medical education (CME) for this journal article, allowing clinicians the opportunity to earn CME credit.

This activity has been planned and implemented in accordance with the Essential Areas and policies of the Accreditation Council for Continuing Medical Education through the joint sponsorship of Medscape, LLC and Emerging Infectious Diseases. Medscape, LLC is accredited by the ACCME to provide continuing medical education for physicians.

Medscape, LLC designates this Journal-based CME activity for a maximum of 1 *AMA PRA Category 1 Credit(s)*™. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

All other clinicians completing this activity will be issued a certificate of participation. To participate in this journal CME activity: (1) review the learning objectives and author disclosures; (2) study the education content; (3) take the post-test and/or complete the evaluation at **www.medscape.org/journal/eid**; (4) view/print certificate.

**Release date: March 23, 2011; Expiration date: March 23, 2012**

**Learning Objectives**

Upon completion of this activity, participants will be able to:

- Describe the clinical presentation and short- and long-term complications associated with mumps infection.
- Describe the attack rate of mumps in the United Kingdom epidemic of 2004–2005
- Identify the most common mumps complications seen in hospitalized children in the mumps epidemic
- Compare hospitalization and complication rates for mumps among MMR-vaccinated and unvaccinated children.

**Editor**

Carol Snarey, Technical Writer/Editor, *Emerging Infectious Diseases. Disclosure: Carol Snarey has disclosed no relevant financial relationships.*

**CME Author**

Désirée Lie, MD, MSEd, Clinical Professor; Director of Research and Faculty Development, Department of Family Medicine, University of California, Irvine at Orange, Orange, California. *Disclosure: Désirée Lie, MD, MSEd, has disclosed the following relevant financial relationship: served as a nonproduct speaker for "Topics in Health" for Merck Speaker Services.*

**Authors**

*Disclosures: Chee-Fu Yung, MD; Nick Andrews, MSc; Antoaneta Bukasa; and Kevin E. Brown, MD, have disclosed no relevant financial relationships. Mary Ramsay, MD, has disclosed the following relevant financial relationship: received grants for clinical research from GlaxoSmithKline.*

We analyzed data from hospital admissions and enhanced mumps surveillance to assess mumps complications during the largest mumps outbreak in England and Wales, 2004–2005, and their association with mumps vaccination. When compared with nonoutbreak periods, the outbreak was associated with a clear increase in hospitalized patients with orchitis, meningitis, and pancreatitis. Routine mumps surveillance and hospital data showed that 6.1% of estimated mumps patients were hospitalized, 4.4% had orchitis, 0.35% meningitis, and 0.33% pancreatitis. Enhanced surveillance data showed 2.9% of mumps patients were hospitalized, 6.1% had orchitis, 0.3% had meningitis, and 0.25% had pancreatitis. Risk was reduced for hospitalization (odds ratio [OR] 0.54, 95% confidence interval [CI] 0.43–0.68), mumps orchitis (OR 0.72, 95% CI 0.56–0.93) and mumps meningitis (OR 0.28, 95% CI 0.14–0.56) when patient had received 1 dose of measles, mumps, and rubella vaccine. The protective effect of vaccination on disease severity is critical in assessing the total effects of current and future mumps control strategies.

Authors affiliation: Health Protection Agency Centre for Infections, London, UK

DOI: 10.3201/eid1704.101461

$\mathbf{M}$umps is an acute viral infection that is asymptomatic in ≈30% of children (*1*). Symptoms and signs include fever, headache, and swelling of the parotid glands, which may be unilateral or bilateral. Complications of mumps

**Appx16514**

include orchitis, aseptic meningitis, oophoritis, pancreatitis, and encephalitis (2–4). Long-term complications include unilateral sensorineural deafness in children (5). To date, reported data on mumps complications are based on studies conducted mainly during the prevaccine era. Mumps vaccination was introduced into the UK immunization program as a single-dose mumps, measles, and rubella vaccine (MMR) for children 12 to 15 months of age in October 1988. The first vaccines contained the Urabe strain but this was changed to the Jeryl-Lynn strain in 1992 because of an unacceptable risk for aseptic meningitis (1). In 1996, to provide additional protection against all 3 infections, a second dose was added to the schedule. In the first decade after the MMR was introduced, rates of reported and confirmed mumps virus infection fell to extremely low levels in the United Kingdom. For persons born in the first 10 years of the program (1988–1998), vaccination coverage reached >90% for the first dose and ≈75% for the second dose of MMR by 5 years of age (6). Vaccine effectiveness in the UK has been estimated to be 87.8% for 1 dose and 94.6% for 2 doses of vaccine (7).

Since 1998, however, several mumps outbreaks have occurred in adolescents and young adults; these culminated in a national epidemic, mainly affecting university students, in 2004 and 2005. Clinical notifications of mumps increased from 4,203 in 2003 to 16,436 in 2004. The attack rate by birth rate was highest in those born between 1983 and 1986, with a rate of infection ranging from 140 to 170 per 100,000 population (8). Persons in this cohort were not offered routine childhood MMR and avoided mumps exposure because of high coverage in younger children. The rate of infection in persons born after 1988, and eligible to receive MMR, was substantially lower, and only 2.4% occurred in age groups eligible for 2 doses of MMR (8). Recent mumps surveillance data in England and Wales are showing an increase in the proportion of mumps cases in cohorts who should have received the 2-dose MMR (9). Two-dose MMR coverage in these cohorts has been estimated as ≈75% (10). Resurgences of mumps in vaccinated populations (including those who received 2-dose MMR) have been described in educational settings in other countries (11–15). Declining protection over time, and possible antigenic differences between the vaccine and outbreak strains, have been suggested as contributory factors (7,16,17). In the absence of natural boosting, therefore, future mumps epidemics may be unavoidable in vaccinated populations living in crowded, semiclosed settings such as colleges (18).

Because mumps is more severe in adults, increasing numbers of mumps cases in young adults in the postvaccine era could be expected to lead to a high rate of complications. A better understanding of mumps complications in vaccinated persons will therefore be essential in developing appropriate strategies to control mumps. We investigated hospitalizations associated with the mumps epidemic in England and Wales in 2004–2005 and used enhanced surveillance to compare the rate of complications among patients with confirmed mumps cases by age and vaccination status.

## Methods

We analyzed hospital episode, enhanced surveillance data, and clinical and laboratory surveillance data on mumps cases with onset or admission from April 1, 2002, through March 31, 2006, covering the period of the mumps outbreak in 2004–2005. When no onset date was available, the date of the sample or report was used.

### Hospital Episode Statistics

Hospital episode statistics (HES) capture all admissions to National Health Service (NHS) hospitals in England and Wales. The diagnoses recorded at the time of discharge are coded by using the International Classification of Diseases, 10th edition (ICD-10), and entered in any of 13 fields. A minimum dataset was extracted for all admissions with any of the following codes: B26 (mumps), N45 (orchitis and epididymitis), A87 (viral meningitis), N70 (oophoritis), and K85 (acute pancreatitis) (19). The anonymized HES identification field, generated from the NHS number, local patient identifier, postcode, sex, and date of birth, was used to link episodes from the same person admitted over the period (20).

### Enhanced Surveillance

In England and Wales, clinicians who diagnose mumps are required by statute to notify the proper officer for the local authority, usually a consultant in health protection. Since 1995, all notified cases of mumps have been monitored by offering oral fluid testing for immunoglobulin (Ig) M at the Centre for Infections, Health Protection Agency. A high proportion of cases are tested (50%–80%), and thus cases confirmed by testing for IgM in oral fluid provide data on the incidence of mumps (1). Vaccination history is requested on the sample-testing form for the oral fluid sample.

All patients with confirmed cases were then followed up by sending an enhanced surveillance form to the general practitioner (directly or through the local health protection unit) requesting further information. Information on complications, whether the mumps case-patient was hospitalized, and the receipt of MMR (or other mumps virus–containing vaccines) was confirmed. Those with no record of vaccination shown on the sample request form and in the general practitioner records (as noted on the returned enhanced surveillance forms) were classified as unvaccinated. Complications were recorded in free

Appx16515

text, which was searched and recoded specifically for any mention of orchitis, meningitis, pancreatitis, and oophoritis.

## Estimating Total Mumps Cases from Laboratory-confirmed Mumps

Because of the high proportion of patients with notified cases that are tested by oral fluid, results for laboratory-confirmed mumps are thought to provide fairly complete estimates of clinically diagnosed mumps incidence. In 2005, however, during the peak of the mumps outbreak, mumps oral fluid testing was temporarily suspended in those born from 1981 through 1986. Therefore, to provide a better estimate of true incidence of clinically diagnosed mumps in 2005, we extracted the number of patients with clinically notified cases of mumps born during 1981–1986 from notifications of infectious disease. In view of the high positive predictive value of clinical diagnosis in this age group and period, the number of clinically diagnosed patients with notified cases was then used as the total estimated denominator instead of laboratory-confirmed mumps cases.

## Statistical Analysis

Logistic regression analysis was used to assess the relation between hospitalization, mumps complications, and vaccination status in the enhanced surveillance data. The model was adjusted for age and sex, except in the model with mumps orchitis in which only male patients were included, and adjustment was made only for age. The age variable was included as a continuous variable by using polynomials up to the fifth degree to allow for nonlinearity of age. This option is an alternative to using a large number of age categories (which would give similar results). Odds ratios (ORs) with 95% confidence intervals (CIs) were determined; $p<0.05$ was considered significant. All statistical analysis was performed in Stata version 11 (StataCorp, College Station, TX, USA).

## Results

The total estimated number of mumps case-patients in England and Wales from April 1, 2002, through March 31, 2006, obtained by combining data from laboratory diagnosis and notifications (for those born between 1981 and 1986 in 2005 only), was 43,344 (23,246 male). A total

of 2,647 mumps case-patients were hospitalized from April 2002 through March 2006 (Table 1). Hospitalized mumps case-patients, including those with a code for orchitis (996 patients), meningitis (154 patients), pancreatitis (146 patients), or none of these complications (1,418 patients) showed a clear increase during the outbreak (Figure). No hospitalized mumps case-patients also had been given a code for oophoritis. Most of these mumps complications were attributable to the mumps outbreak because episodes with these codes were negligible before the start of the outbreak period. Of mumps complications in hospitalized patients, most (81% of those with orchitis, 76% with meningitis, and 78% with pancreatitis) arose in those born from 1980 to 1989 (Table 1).

Therefore, the estimated rate of hospitalization was 6.1% (2,647/43,344) overall. The hospitalization rate was 4.4% (996/22,686) for mumps orchitis, 0.35% (154/43,344) for mumps meningitis and 0.33% (146/43,344) for mumps pancreatitis. When results are stratified by year of birth to those born before 1980, those born from 1980 through 1989, and those born from 1990 through 2006, the estimated complication rate for hospitalized mumps orchitis is lower in younger age groups than in older age groups (Table 1). Although rates of mumps meningitis and mumps pancreatitis in younger cohorts are lower, the pattern is less clear because of the smaller numbers involved. The rate of hospitalized mumps not coded with any of the main complications was lowest in the 1980–1989 cohort.

From April 2002 through March 2006, a total of 28,280 laboratory-confirmed mumps cases occurred. For 15,524 (55%) case-patients, the enhanced surveillance form was completed and returned. The response rate was higher in younger age cohorts. For those born pre-1980, the response rate was 52% (2,298/4,455), compared with 55% (10,865/19,763) for those born from 1980 through 1989 and 68% (2,554/3,737) for those born from 1990 through 2006. For those born since 1990, the response rate was higher for confirmed case-patients listed as vaccinated on the sample request form (1765/2,189 [81%]) than for those with no vaccination details (789/1,548 [51%]).

Of 15,524 confirmed mumps case-patients whose enhanced surveillance form was returned, 7,226 (47%) had a documented history of vaccination (6,312 with 1 dose and 914 with 2 doses), and 8,298 (53.4%) were unvaccinated

Table 1. Estimated proportion of mumps patients hospitalized and those given a code for complications by birth cohort, England and Wales, April 1, 2002–March 31, 2006*

| Birth cohort | No. hospitalizations/total infections (%) | No. hospitalization complications/total infections (%) | | | |
|---|---|---|---|---|---|
| | | Orchitis* | Meningitis | Pancreatitis | None |
| Pre-1980 | 451/4,455 (10.1) | 158/2,376 (6.7) | 26/4,455 (0.6) | 21/4,455 (0.5) | 260/4,455 (5.8) |
| 1980–1989 | 1,782/35,152 (5.1) | 811/18,814 (4.3) | 118/35,152 (0.3) | 114/35,152 (0.3) | 791/35,152 (2.3) |
| 1990–2006 | 414/3,737 (11.1) | 27/1,496 (1.8) | 10/3,737 (0.3) | 11/3,737 (0.3) | 367/3,737 (9.8) |
| Overall | 2,647/43,344 (6.1) | 996/22,686 (4.4) | 154/43,344 (0.3) | 146/43,344 (0.3) | 1,418/43,344 (3.3) |

*In male patients ≥12 years of age only.

Appx16516



Figure. Total estimated number of cases of mumps and hospital episodes coded to mumps, England and Wales, April 1, 2002–March 31, 2006.

(many of whom were born before 1988 and therefore were not eligible for MMR). Hospitalization was noted for 452 (2.9%) mumps case-patients. The reported complication rate for mumps meningitis was 0.3% (53/15,524) and was 0.25% (38/15,524) for mumps pancreatitis. The most common complication was orchitis, reported for 6.1% (486/7,917) of male case-patients ≥12 years of age. The proportion of case-patients with each complication (excluding those with >1) that were hospitalized was lowest for mumps orchitis at 35.3% (166/470), followed by the proportion for mumps meningitis, 78.3% (36/46), and for mumps pancreatitis, 81.5% (22/27). The remaining 228 case-patients were hospitalized for varied reasons, ranging from airway concerns to anxious parents. The rate of hospitalization and rate of each main mumps complication were lower in those that were vaccinated than in the unvaccinated; rates were particularly low among those who had received 2 doses of vaccine (Table 2).

The ORs of reported hospitalization, orchitis, and meningitis were significantly lower in the vaccinated (1- or 2-dose MMR) than in the unvaccinated patients (Table 2). The polynomials for the age variable in the final logistic

regression model for hospitalization, orchitis, meningitis, and pancreatitis are second, fourth, first, and second, respectively. Adjusting for age and sex had very little effect on the protective effect of vaccination in reducing the risk for hospitalization. The OR of having mumps meningitis was also found to be higher in male patients at 1.93 (95% CI 1.07–3.48) after vaccination status and age were controlled for.

## Discussion

The mumps outbreak in England and Wales led to a clear increase in hospitalizations caused by mumps complications, which mirrored the outbreak curve. From April 1, 2002, through March 31, 2006, the estimated hospitalization rate from HES data was 6.1% overall. A much lower rate of hospitalization (2.9%) was derived from the enhanced surveillance forms. In contrast, the rate of mumps orchitis estimated from HES data was lower than that found by enhanced surveillance. This may be explained by the fact that most mumps orchitis cases were managed in primary care. Most reported case-patients with mumps meningitis and pancreatitis were admitted to the

Table 2. Association between receipt of vaccination and mumps complications, adjusted for age and sex, England and Wales, April 1, 2002–March 31, 2006*

| Complication | Vaccine dose | No. cases/total cases (%) | Unadjusted OR (95% CI) | Adjusted OR (95% CI) |
|---|---|---|---|---|
| Hospitalization | 0 | 317/8,298 (3.8) | 1 | 1 |
| | 1 | 122/6,312 (1.9) | 0.50 (0.40–0.61) | 0.54 (0.43–0.68) |
| | 2 | 13/914 (1.4) | 0.36 (0.21–0.64) | 0.45 (0.25–0.80) |
| Orchitis† | 0 | 356/4,574 (7.8) | 1 | 1 |
| | 1 | 123/3,241 (3.8) | 0.44 (0.36–0.55) | 0.72 (0.56–0.93) |
| | 2 | 7/475 (1.5) | 0.17 (0.08–0.37) | 0.64 (0.28–1.44) |
| Meningitis | 0 | 42/8,298 (0.5) | 1 | 1 |
| | 1 | 10/6,312 (0.2) | 0.31 (0.16–0.62) | 0.28 (0.14–0.56) |
| | 2 | 1/914 (0.1) | 0.22 (0.03–1.57) | 0.17 (0.02–1.26) |
| Pancreatitis | 0 | 26/8,298 (0.3) | 1 | 1 |
| | 1 | 12/6,312 (0.2) | 0.61 (0.31–1.20) | 0.95 (0.41–2.19) |
| | 2 | 0/914 | 0 (0–1.34)‡ | – |

*OR, odds ratio; CI, confidence interval; –, not estimable.
†Adjusted for age only.
‡Exact CI.

Appx16517

hospital, but the estimated rate of these complications was low (<0.5%) by using either method.

On the basis of the rate of hospital episodes and data from enhanced surveillance, the complication rates observed here are low in comparison to results of studies from the prevaccine era. Previously published complication rates for mumps suggest that orchitis is the most common complication in 15%–30% of adult men with mumps (21–24). Mumps meningitis has been reported in 1%–10%, mumps pancreatitis in 4%, and mumps oophoritis in 5% of persons with mumps (3,25,26). The much lower rates observed in our study likely reflect the fact that the denominator is derived from population-based surveillance which aims to capture all cases of diagnosed mumps. Because the United Kingdom provides free universal access to primary care, we were able to ascertain milder cases that may not have been included in studies that use secondary care data or in studies conducted in other countries.

The estimated complication rates were lower in younger persons, particularly in the cohorts eligible for mumps vaccination. The outbreak in England and Wales during 2004–2005 affected mainly those born from 1980 through 1989 (1,8). Only those born in the second half of the 1980s could have been offered MMR; either routinely in the second year of life (those born from 1987 onwards) or as a catch-up at school entry for those who had not received measles vaccine. Those born after 1989 were eligible for routine MMR at 13 months and for a second dose of MMR at school age when it was introduced in 1996. The lower estimated hospitalization rate for mumps orchititis in younger cohorts could be attributed to less severe disease in younger persons or to the effect of mumps vaccination. The latter explanation was supported by the finding that a history of mumps vaccination was also associated with a lower risk for mumps hospitalization, mumps orchitis, and mumps meningitis in the enhanced surveillance data, even after age and sex were controlled for. Our analysis suggests that the adjusted odds of being hospitalized with mumps are reduced ≈50% in those with a history of at least 1 mumps vaccination. We observed an even lower rate of hospitalization in those who had received 2 doses than in those who had received 1 dose of vaccine, although this difference was not significant. Male patients had a higher risk for mumps meningitis, even after vaccination status was adjusted for. Results of vaccine effectiveness studies and the long-term persistence of mumps antibody have not shown differences on the basis of sex (7,12,26). However, mumps meningitis has been shown to affect male patients more often than female patients (25).

Most published complication rates derive from the prevaccine era; however, almost half of the case-patients included in our enhanced surveillance had been vaccinated. Our findings are more consistent with those of other studies

in the MMR era in which rates of orchitis in postpubertal male patients were 10%–12%, and the rate of mumps meningitis was 0.9% (11,12). To our knowledge, information on the association between mumps vaccination and mumps complications is limited. A study of outbreaks of mumps in US colleges in 2006 showed no significant association between vaccination status and complications in a highly vaccinated population (11). The larger sample size in our analysis allowed us to detect differences in complication rates by vaccination status, which may be undetectable in smaller studies or when the number of unvaccinated persons is low. A limitation of the enhanced surveillance database is the possible bias from nonresponses. The higher response rates in younger, vaccinated persons would be expected to improve ascertainment of complications in this cohort. However, we observed lower complication rates in the young and vaccinated, which suggests that our observations are not due to response bias.

We believe it is plausible that vaccination against mumps can lead to a shift toward milder forms of the disease in a similar way as has been observed with varicella vaccine (27). Natural mumps in unvaccinated persons is known to be manifested as a minimally symptomatic infection with viral shedding (28). Studies have also reported a high proportion of asymptomatic or minimally symptomatic infections among vaccinated persons; more than half of case-patients did not have classical parotitis (12). The possibility of reduced severity of infections in vaccinated case-patients is also supported by findings of a lower virus isolation rate and shorter duration of viral detection in studies that compare vaccinated to unvaccinated patients (29,30). The lower rates of complications in vaccinated teenagers and young adults are consistent with secondary vaccine failure, which suggests that the primed person is able to mount an immune response to prevent more serious complications. A large number of cases with secondary vaccine failure is also consistent with declining protection with time since vaccination (7,31).

By using HES data, however, we could have underestimated the rates of complications because a substantial number of hospitalizations were coded for mumps alone. The overall rate based on hospital episodes is probably a high estimate because the numerator derives from an exhaustive database, whereas the denominator was derived from number of confirmed cases, a category that is prone to some underreporting. To minimize this underreporting effect, we combined clinical notifications during a period of high positive predictive value with laboratory-confirmed mumps cases derived from population-based surveillance by using noninvasive oral fluid testing. The use of laboratory-confirmed mumps cases based on serologic testing alone in the denominator is likely to overrepresent hospitalized case-patients and therefore to

Appx16518

RESEARCH

overestimate complication rates. The rate from enhanced surveillance is more likely to be a true reflection of absolute rate because both numerator and denominator are derived from the same source. In addition, although both estimates are dependent on patients seeking care for the complication, clinical details in the enhanced surveillance were supplied directly from primary care physicians who had diagnosed mumps. Therefore, complications exhibited some time after infection were less likely to be attributed to mumps.

The effects of long-term complications, such as sensorineural deafness and the possible link between mumps orchitis and infertility, were not included in our analysis (3,32–35). With the current outbreaks in colleges as well as in other congregate settings, mumps orchitis in postpubertal young men may require further research. A concern exists that mumps epididymitis (which carries a risk for testicular damage with subsequent infertility) is easily misdiagnosed as orchitis (36). As reports of mumps outbreaks in highly immunized populations of older teenagers and young adults continue to occur, the long-term effects of mumps complications may be substantial. Our analysis, however, suggests that vaccination provides higher levels of protection against hospitalization and risk for orchitis and meningitis in those diagnosed with mumps. The effect of vaccination on mumps complications will therefore be increasingly critical in assessing the outcome of current and future mumps control strategies.

## Acknowledgments

We thank the many general practitioners and Health Protection Agency colleagues in England and Wales for completing surveillance questionnaires, and local laboratories for providing information concerning the patients tested. We are also grateful for the dedication of staff in the Virus Reference Department and of Tracey Leech.

Dr Yung is a medical epidemiologist in the Health Protection Agency, London, UK. His research interests include vaccine-preventable diseases.

## References

1. Health Protection Agency. Mumps [cited 2010 Nov 8]. http://www.hpa.org.uk/Topics/InfectiousDiseases/InfectionsAZ/Mumps/GeneralInformation
2. Gupta RK, Best J, MacMahon E. Mumps and the UK epidemic 2005. BMJ. 2005;330:1132–5. DOI: 10.1136/bmj.330.7500.1132
3. Hviid A, Rubin S, Mühlemann K. Mumps. Lancet. 2008;371:932–44. DOI: 10.1016/S0140-6736(08)60419-5
4. Plotkin SA, Orenstein WA. Mumps vaccine. In: Plotkin SA, Orenstein WA, Offit PA, editors. Vaccines. Philadelphia: Saunders; 2003.
5. Mumps virus vaccines. Wkly Epidemiol Rec. 2007;82:51–60.
6. National Health Service Information Centre. NHS immunization statistics, England, 2009–10 [cited 2011 Jan 1]. http://www.ic.nhs.uk/statistics-and-data-collections/health-and-lifestyles/immunisation/nhs-immunisation-statistics-england-2009-10

7. Cohen C, White JM, Savage EJ, Glynn JR, Choi Y, Andrews N, et al. Vaccine effectiveness estimates, 2004–2005 mumps outbreak, England. Emerg Infect Dis. 2007;13:12–7.
8. Savage E, Ramsay M, White J, Beard S, Lawson H, Hunjan R, et al. Mumps outbreaks across England and Wales in 2004: observational study. BMJ. 2005;330:1119–20. DOI: 10.1136/bmj.330.7500.1119
9. Yung C, Bukasa A, Brown K, Pebody R. Public health advice based on routine mumps surveillance in England and Wales. Euro Surveill. 2010;15:pii:19669.
10. Laboratory confirmed cases of measles, mumps and rubella in England and Wales: January to March 2003. Commun Dis Rep Wkly. 2003 Jun 26 [cited 2011 Jan 1]. http://www.hpa.org.uk/cdr/archives/2003/cdr2603.pdf
11. Dayan GH, Quinlisk MP, Parker AA, Barskey AE, Harris ML, Schwartz JM, et al. Recent resurgence of mumps in the United States. N Engl J Med. 2008;358:1580–9. DOI: 10.1056/NEJMoa0706589
12. Marin M, Quinlisk P, Shimabukuro T, Sawhney C, Brown C, Lebaron CW. Mumps vaccination coverage and vaccine effectiveness in a large outbreak among college students—Iowa, 2006. Vaccine. 2008;26:3601–7. DOI: 10.1016/j.vaccine.2008.04.075
13. Centers for Disease Control and Prevention. Update: mumps outbreak—New York and New Jersey, June 2009–January 2010. MMWR Morb Mortal Wkly Rep. 2010;59:125–9.
14. Boxall N, Kubinyiova M, Prikazsky V, Benes C, Castkova J. An increase in the number of mumps cases in the Czech Republic, 2005–2006. Euro Surveill. 2008;13:18842.
15. Schaffzin JK, Pollock L, Schulte C, Henry K, Dayan G, Blog D, et al. Effectiveness of previous mumps vaccination during a summer camp outbreak. Pediatrics. 2007;120:e862–8. DOI: 10.1542/peds.2006-3451
16. Dayan GH, Rubin S. Mumps outbreaks in vaccinated populations: are available mumps vaccines effective enough to prevent outbreaks? Clin Infect Dis. 2008;47:1458–67. DOI: 10.1086/591196
17. LeBaron CW, Forghani B, Beck C, Brown C, Bi D, Cossen C, et al. Persistence of mumps antibodies after 2 doses of measles-mumps-rubella vaccine. J Infect Dis. 2009;199:552–60. DOI: 10.1086/596207
18. Barskey AE, Glasser JW, Lebaron CW. Mumps resurgences in the United States: A historical perspective on unexpected elements. Vaccine. 2009;27:6186–95. DOI: 10.1016/j.vaccine.2009.06.109
19. World Health Organization. International classification of diseases (ICD), 10th edition [cited 2010 Nov 8]. http://www.who.int/classifications/icd/en
20. Health and Social Information Centre. Hospital Episode Statistics (HES) online [cited 2010 Nov 8]. http://www.hesonline.nhs.uk/Ease/servlet/ContentServer?siteID=1937
21. Philip RN, Reinhard KR, Lackman DB. Observations on a mumps epidemic in a "virgin" population. Am J Epidemiol. 1995;142:233–53.
22. Barták V. Sperm count, morphology and motility after unilateral mumps orchitis. J Reprod Fertil. 1973;32:491–4. DOI: 10.1530/jrf.0.0320491
23. Beard CM, Benson RC Jr, Kelalis PP, Elveback LR, Kurland LT. The incidence and outcome of mumps orchitis in Rochester, Minnesota, 1935 to 1974. Mayo Clin Proc. 1977;52:3–7.
24. Falk WA, Buchan K, Dow M, Garson JZ, Hill E, Nosal M, et al. The epidemiology of mumps in southern Alberta 1980–1982. Am J Epidemiol. 1989;130:736–49.
25. Bjorvatn B. Skoldenberg B. Mumps and its complications in Stockholm. BMJ. 1978;1:788. DOI: 10.1136/bmj.1.6115.788-a
26. Date AA, Kyaw MH, Rue AM, Klahn J, Obrecht L, Krohn T, et al. Long-term persistence of mumps antibody after receipt of 2 measles-mumps-rubella (MMR) vaccinations and antibody response after a third MMR vaccination among a university population. J Infect Dis. 2008;197:1662–8. DOI: 10.1086/588197

Appx16519

27. Watson BM, Piercy SA, Plotkin SA, Starr SE. Modified chickenpox in children immunized with the Oka/Merck varicella vaccine. Pediatrics. 1993;91:17–22.

28. Henle G, Henle W. Isolation of mumps virus from human beings with induced apparent or inapparent infections. J Exp Med. 1948;88:223–32. DOI: 10.1084/jem.88.2.223

29. Bitsko RH, Cortese MM, Dayan GH, Rota PA, Lowe L, Iversen SC, et al. Detection of RNA of mumps virus during an outbreak in a population with a high level of measles, mumps, and rubella vaccine coverage. J Clin Microbiol. 2008;46:1101–3. DOI: 10.1128/JCM.01803-07

30. Yoshida N, Fujino M, Miyata A, Nagai T, Kamada M, Sakiyama H, et al. Mumps virus reinfection is not a rare event confirmed by reverse transcription loop-mediated isothermal amplification. J Med Virol. 2008;80:517–23. DOI: 10.1002/jmv.21106

31. Cortese MM, Jordan HT, Curns AT, Quinlan PA, Ens KA, Denning PM, et al. Mumps vaccine performance among university students during a mumps outbreak. Clin Infect Dis. 2008;46:1172–80. DOI: 10.1086/529141

32. Masarani M, Wazait H, Dinneen M. Mumps orchitis. J R Soc Med. 2006;99:573–5. DOI: 10.1258/jrsm.99.11.573

33. Werner CA. Mumps orchitis and testicular atrophy; a factor in male sterility. Ann Intern Med. 1950;32:1075–86.

34. Lane TM, Hines J. The management of mumps orchitis. BJU Int. 2006;97:1–2. DOI: 10.1111/j.1464-410X.2006.05869.x

35. Dejucq N, Jegou B. Viruses in the mammalian male genital tract and their effects on the reproductive system. Microbiol Mol Biol Rev. 2001;65:208–31. DOI: 10.1128/MMBR.65.2.208-231.2001

36. Wharton IP, Chaudhry AH, French ME. A case of mumps epididymitis. Lancet. 2006;367:702. DOI: 10.1016/S0140-6736(06)68274-3

Address for correspondence: Chee-Fu Yung, Immunisation, Hepatitis and Blood Safety Department, Health Protection Agency, Centre for Infections, 61 Colindale Ave, London NW9 5EQ, UK; email: cheefu. yung@gmail.com



Appx16520

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,
<em>Plaintiffs,</em>

v.

MERCK & CO., INC.,
<em>Defendant.</em>

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 251

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



37 (Pages 142 - 145)

Appx16523

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



42 (Pages 162 - 165)

Appx16524

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,

        *Plaintiffs,*

    v.

MERCK & CO., INC.,

        *Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 252

JOURNAL OF CLINICAL MICROBIOLOGY, Sept. 2005, p. 4847–4851
0095-1137/05/$08.00+0    doi:10.1128/JCM.43.9.4847–4851.2005
Copyright © 2005, American Society for Microbiology. All Rights Reserved.

Vol. 43, No. 9

# Mumps Virus-Specific Antibody Titers from Pre-Vaccine Era Sera: Comparison of the Plaque Reduction Neutralization Assay and Enzyme Immunoassays

Jeremy Mauldin,[1] Kathryn Carbone,[1] Henry Hsu,[1] Robert Yolken,[2] and Steven Rubin[1]*

*Center for Biologics Evaluation and Research, FDA, Bethesda, Maryland 20892,[1] and Department of Pediatrics, The Johns Hopkins University, Baltimore, Maryland 21218[2]*

Received 10 January 2005/Returned for modification 11 May 2005/Accepted 6 June 2005

Mumps virus-neutralizing antibodies are believed to be the most predictable surrogate marker of protective immunity. However, assays used to detect neutralizing antibodies, such as the plaque reduction neutralization (PRN) assay, are labor- and time-intensive and consequently are often supplanted by the more rapid and inexpensive enzyme immunoassay (EIA) technique. For virus infections for which international antibody standards exist and are bridged to clinical studies of protection (e.g., measles and rubella), the EIA has been successfully used to determine immune surrogate endpoints, yet no such international reference exists for mumps serology. Since both virus-neutralizing and nonneutralizing antibodies are measured in the EIA, in the absence of a mumps serological standard, the EIA may be prone to yielding false-positive results when utilized for assessing surrogate markers of protective immunity. Moreover, since mumps virus-specific antibody titers are generally low in comparison to antibody levels induced by other viruses and EIA procedures often employ relatively high serum dilution factors, the EIA may be prone to yielding false-negative results. To examine these issues, a PRN assay and two commercially available EIA kits were used to evaluate wild-type mumps virus serological responses in human serum samples from the pre-mumps vaccine era. Our results indicate that the PRN assay is a more sensitive and specific method of measuring serological responses to wild-type mumps virus.

Protective efficacy field studies have shown that mumps virus-neutralizing antibody titers as low as 1:2 provide protection against mumps (10, 30–32). Accordingly, virus neutralization assays, such as the plaque reduction neutralization (PRN) assay, have long been the "gold standard" in determining the presence of protective immunity against mumps virus infection (3, 24, 32). The PRN assay measures the serum dilution (titer) capable of preventing 50% of plaque formation by mumps virus in cell cultures. Although virus neutralization assays may be the most predictive technique for assessing protective immunity, these assays are often not standardized and are extremely skilled labor- and time-intensive, making examining large numbers of human sera by PRN assay difficult. In contrast, the enzyme immunoassay (EIA) technique is simpler to perform and provides rapid, quantitative results and, thus, is the most widely used technique in clinical serology testing. However, since the EIA does not distinguish neutralizing from nonneutralizing antibodies, this assay may be prone to yielding false-positive results in the context of assessing protective immunity. In many cases, e.g., measles and rubella serology, an international standard referenced to a protective serum titer is used within the context of the EIA to provide a reasonable immune surrogate marker of protection. No such mumps standard exists. Further, since mumps virus-neutralizing antibody titers are often low (less than or equal to 1:8) and EIA proce-

dures require initial serum dilutions as high as 1:100, these assays may theoretically be insensitive to detecting protective but low levels of mumps virus-specific antibody, i.e., yielding false-negative results. Thus, the purpose of this study was to assess the correlation of mumps serologies directed to the same strain of wild-type mumps virus as measured in the PRN assay and the EIA, e.g., the extent of EIA false-positive and false-negative rates as measured against a standardized PRN assay.

As a rule, immunity following wild-type mumps virus infection confers lifelong protection against subsequent mumps disease. While mumps vaccination attempts to emulate immune responses to natural infection without producing the serious consequences of wild-type disease, occasionally problems have arisen with inadequate induction of antibody directed against neutralizing epitopes (primary vaccine failure) and/or waning immunity (secondary vaccine failure) (2, 4, 5, 9, 25, 33). Accordingly, studies have shown that immunization results in lower levels of neutralizing antibody than can be seen following natural mumps virus infection (1, 6, 26, 29, 32). Notably, most mumps serological evaluations utilizing the EIA technique have been performed subsequent to the institution of widespread mumps vaccination; thus, little is known about the performance of EIA-measured mumps serology in the setting of wild-type infection and serological response and about the correlation of EIA mumps serology titers and protection from mumps. Thus, for this study, we compared the performance of the PRN assay and that of the EIA on pre-vaccine era sera, e.g., measured serological responses reflected infection with wild-type mumps virus.

* Corresponding author. Mailing address: DVP/OVRR/CBER/FDA, Building 29A, Room 1A-21, 8800 Rockville Pike, Bethesda, MD 20892. Phone: (301) 827-1974. Fax: (301) 480-5679. E-mail: rubins @cber.fda.gov.

Appx16526

J. Clin. Microbiol.

TABLE 1. Results of PRN and EIA testing of 74 pre-vaccine era serum samples

| Serum no. | PRN titer[b] | EIA result[a] | | Serum no. | PRN titer[b] | EIA result[a] | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Wampole | IBL | | | Wampole | IBL |
| 1 | 1:128 | + | + | 38 | 1:4 | + | + |
| 2 | 1:128 | + | + | 39 | 1:4 | + | + |
| 3 | 1:128 | + | + | 40 | 1:4 | + | + |
| 4 | 1:128 | + | + | 41 | 1:4 | + | |
| 5 | 1:128 | + | + | 42 | 1:4 | − | + |
| 6 | 1:64 | + | + | 43 | 1:4 | − | − |
| 7 | 1:32 | + | + | 44 | 1:4 | − | − |
| 8 | 1:32 | + | + | 45 | 1:4 | − | − |
| 9 | 1:32 | + | + | 46 | 1:4 | − | − |
| 10 | 1:32 | + | + | 47 | 1:4 | − | − |
| 11 | 1:32 | + | + | 48 | <1:4 | − | + |
| 12 | 1:32 | + | + | 49 | <1:4 | + | + |
| 13 | 1:16 | + | + | 50 | <1:4 | − | − |
| 14 | 1:16 | + | + | 51 | <1:4 | − | − |
| 15 | 1:16 | + | + | 52 | <1:4 | − | − |
| 16 | 1:16 | + | + | 53 | <1:4 | − | − |
| 17 | 1:16 | + | + | 54 | <1:4 | − | − |
| 18 | 1:16 | + | + | 55 | <1:4 | − | − |
| 19 | 1:16 | + | + | 56 | <1:4 | − | − |
| 20 | 1:16 | + | + | 57 | <1:4 | − | − |
| 21 | 1:16 | + | + | 58 | <1:4 | − | − |
| 22 | 1:16 | + | − | 59 | <1:4 | − | − |
| 23 | 1:16 | − | − | 60 | <1:4 | − | − |
| 24 | 1:16 | − | − | 61 | <1:4 | − | − |
| 25 | 1:8 | − | − | 62 | <1:4 | − | − |
| 26 | 1:8 | − | − | 63 | <1:4 | − | − |
| 27 | 1:8 | + | + | 64 | <1:4 | − | − |
| 28 | 1:8 | + | + | 65 | <1:4 | − | − |
| 29 | 1:8 | + | + | 66 | <1:4 | − | − |
| 30 | 1:8 | + | + | 67 | <1:4 | − | − |
| 31 | 1:8 | + | + | 68 | <1:4 | − | − |
| 32 | 1:8 | + | + | 69 | <1:4 | − | − |
| 33 | 1:8 | − | + | 70 | <1:4 | − | − |
| 34 | 1:8 | − | − | 71 | <1:4 | − | − |
| 35 | 1:8 | − | − | 72 | <1:4 | − | − |
| 36 | 1:8 | − | − | 73 | <1:4 | − | − |
| 37 | 1:8 | + | − | 74 | <1:4 | − | − |

[a] EIA, enzyme immunoassay; +, positive; −, negative.
[b] A titer of <1:4 was considered negative.

**Sera.** Sera were obtained prior to 1964 (a time prior to the development and use of mumps vaccines) from 74 adolescent women in the United States. All sera were stored at −20°C or below at the time of the draw and were not thawed until the initiation of the present study.

**PRN assay.** Neutralizing anti-mumps virus antibody titers were determined by PRN assay. Briefly, sera were thawed at room temperature and heated at 56°C for 45 min to inactivate complement. Twofold serial dilutions of heat-inactivated serum (or medium alone as a negative control) were mixed with equal volumes of approximately 30 PFU of the mumps virus Enders strain (ATCC VR-106) to give a final serum dilution range of 1:4 to 1:128. Serum-virus mixtures were incubated at 37°C with 5% $CO_2$ for 1 h and then placed on Vero cell monolayers in 24-well plates and incubated for 1 h at 37°C with 5% $CO_2$. The virus-serum mixture was removed by aspiration, and cell monolayers were rinsed with minimum essential medium immediately before being covered with 0.75% agar (Nobel) in 2× minimum essential medium (Quality Biological, Gaithersburg, MD) supplemented with 10% fetal bovine serum. Plates were then incubated at 37°C with 5% $CO_2$ for 5

days. A second layer of agar containing 0.01% neutral red (Quality Biological) was added and incubated overnight to visualize plaques produced by remaining infectious virus. For each serum sample, the neutralizing antibody titer was determined as the highest dilution of serum capable of reducing the number of virus plaques by 50% or greater compared to control values (virus incubated with negative control serum). The cutoff for seropositivity was a neutralizing antibody dilution greater than or equal to 1:4, the minimal titer observable in this assay. While neutralizing antibody dilutions of 1:2 have been found to be protective, such concentrated sera have been found to have nonspecific antiviral activity and were therefore not assessed here (7, 27).

**EIA.** All sera were also tested with IBL (Hamburg, Germany) and Wampole Laboratories (Cranbury, New Jersey) mumps virus immunoglobulin G (IgG) EIA kits according to the manufacturers' instructions. Both manufacturers' assays for mumps virus IgG are based on capturing virus-specific human IgG on a preparation of purified virus antigen (derived from the mumps virus Enders strain) immobilized on plastic wells. In the Wampole assay, sera are diluted 1:21, whereas for

Appx16527



FIG. 1. Inverse relationship between the PRN titer cutoff for a positive response and the EIA false-negative rate.

TABLE 2. Results of EIA testing of 10 serum samples possessing measurable PRN titers before and after dilution, indicating that the EIA may be relatively insensitive to low levels of antibody

| Serum sample no. | No predilution[b] | | | Prediluted to low PRN titer[c] | | |
|---|---|---|---|---|---|---|
| | PRN titer | EIA result | | PRN titer | EIA result | |
| | | Wampole | IBL | | Wampole | IBL |
| 1 | 1:128 | + | + | 8 | − | − |
| 2 | 1:128 | + | + | 4 | − | − |
| 3 | 1:128 | + | + | 8 | − | − |
| 6 | 1:64 | + | + | 8 | − | − |
| 7 | 1:32 | + | + | 8 | − | + |
| 8 | 1:32 | + | + | 4 | + | + |
| 9 | 1:32 | + | + | 4 | − | − |
| 10 | 1:32 | + | + | 8 | − | − |
| 11 | 1:32 | + | + | 4 | − | + |
| 12 | 1:32 | + | + | 8 | − | − |

[a] EIA, enzyme immunoassay; +, positive; −, negative.
[b] Sera were tested per standard PRN and EIA protocols.
[c] Sera were diluted to achieve nominal levels of neutralizing antibody prior to testing in the PRN and EIA tests.

the IBL assay, sera are diluted 1:101. For both assays, following incubation with sera, wells were washed three times in phosphate-buffered saline and incubated with anti-human IgG conjugated to horseradish peroxidase. After being washed, wells were incubated with tetramethylbenzidine substrate solution. The reaction was stopped by addition of $H_2SO_4$. Plates were then read on an Emax precision microplate reader (Molecular Devices, Sunnyvale, CA) at 450 nm using a reference wavelength of 650 nm. All reagents used were provided with the EIA kits. Absorbance value cutoffs and interpretation of results were carried out according to the manufacturer's instructions.

Additional EIA testing was carried out on a subset of 10 serum samples with neutralization dilutions greater than or equal to 1:32 that were diluted in phosphate-buffered saline to achieve PRN dilutions of 1:4 and 1:8.

Among the 74 pre-vaccine era serum samples, 47 (64%) were seropositive by PRN (Table 1). Of these 47 PRN-positive samples, 33 tested positive in the Wampole EIA and 32 tested positive in the IBL EIA. Thus, measured against the PRN assay, the sensitivities of the Wampole and IBL EIAs were 70% and 68%, respectively, translating to false-negative rates of 30% and 32%, respectively. That the EIAs apparently did not react with sera found to contain neutralizing antibody by PRN was intriguing, especially in view of the fact that the EIA is capable of detecting a broader spectrum of antibodies than virus neutralization assays (4, 6, 11, 12, 28). One possible explanation for EIA false negativity may be that the EIA is relatively insensitive to low levels of antibody. This hypothesis is supported by the observation that the EIA false-negative rate dramatically decreases as the PRN titer increases (Fig. 1). An explanation for the inability of the EIA to detect low levels of antibodies may lie with the fact that the initial serum dilution steps in the Wampole and IBL assays (1:21 and 1:101, respectively) are significantly greater than that of the PRN assay (1:4). Thus, one could postulate that the initial serum dilution step in the EIA was sufficiently high to dilute the low-PRN-titer sera to a dilution below the minimum detection capacity of the EIA. To test the hypothesis that low levels of

virus antibody detectable by PRN are lost upon preparation for use in EIA, contributing to EIA false negativity, all 10 of the serum samples that had PRN titers greater than or equal to 1:32 were diluted to achieve PRN titers of 1:4 to 1:8. These diluted serum samples were then retested in the EIA tests. As shown in Table 2, postdilution, the majority of the serum samples tested negative in these assays (yet continued to be reactive in the PRN assay), i.e., 9 of the 10 samples that tested positive (when undiluted) in the Wampole EIA and 7 of the 10 samples that tested positive (when undiluted) in the IBL EIA tested negative. Thus, it appears that low levels of virus antibody detectable by PRN are lost during the dilution steps required in preparation for testing in EIA. Notably, EIA insensitivity to low levels of neutralizing antibody has also been reported for measles virus antibody (19). This hypothesis alone does not account for all observed instances of EIA insensitivity, since some of the retested sera in the present study remained EIA positive despite dilution. This might indicate, at least for these samples, that nonneutralizing antibodies may exist in higher concentrations than neutralizing antibodies. Other factors that may contribute to negative EIA findings include the ability of the PRN assay to detect all classes of mumps virus-specific immunoglobulins (whereas the EIA kits measure only IgG antibodies) and loss of conformational epitopes in the EIA format. In addition, it should be pointed out that nonspecific reactivity has been reported in the PRN assay when concentrated serum, defined as having a dilution less than or equal to 1:4, was used (7, 27). Thus, an alternative explanation for some of the PRN assay-positive/EIA-negative results could be nonspecific virus neutralization in the PRN assay. Notably, however, of the 74 serum samples tested, only two (numbers 41 and 42) were PRN assay positive/EIA negative at a 1:4 dilution (the most concentrated dilution of serum used). Thus, should nonspecific reactivity occur in the PRN assay at a 1:4 dilution of serum, the effect on this study is negligible.

In terms of EIA specificity, of the 27 serum samples testing negative by PRN assay, 26 were negative in the Wampole EIA

4850 NOTES

J. CLIN. MICROBIOL.

and 25 were negative in the IBL EIA. Thus, relative to the PRN assay, the specificity of the Wampole EIA was 96% and that of the IBL EIA was 93%. This translates to Wampole and IBL EIA false-positive rates of 4% and 7%, respectively. These PRN assay-negative/EIA-positive sera, although deemed to represent EIA false positivity, may nonetheless contain nonneutralizing anti-mumps virus antibodies (12). This is likely, since the preparations that coat the EIA plates are predominated by virus proteins containing numerous nonneutralizing mumps virus epitopes (14, 15, 23). Perhaps the development of EIA plates coated with mumps proteins known to be associated with virus neutralization (e.g., HN and F proteins) may provide for a better bridge between the two assays. Another possible explanation for the EIA false-positive results could be the presence of antibody in these particular samples directed against other related viruses, resulting in a positive reaction by EIA but not sufficiently specific to result in virus neutralization. Indeed, a number of studies have found cross-reactivity to parainfluenza viruses 2 and 3 in mumps virus EIAs but not in mumps virus neutralization assays (4, 6, 8, 13, 16).

In comparing the PRN assay results to the EIA results, one must also be mindful of inherent vagaries of any interassay comparison whose cause cannot be identified. This is most plainly evident in an inter-EIA comparison of the two kits used here. Although both the Wampole and IBL EIA kits are very similar in apparent design and use, e.g., employing similar preparations of the mumps virus Enders strain, similar procedures, and utilization of the same enzyme-substrate reaction, 8% (6/74) of the serum samples tested in both EIA kits yielded discordant results. Of note, the difference in sample dilution between these two assays (1:21 for Wampole and 1:101 for IBL) does not account for this discordance, since three of the six serum samples were Wampole positive/IBL negative and the other three were Wampole negative/IBL positive. Thus, some of the discordance in test results between the PRN assay and the EIA is probably attributable to intrinsic assay variability.

The fact that pre-vaccine era sera were used adds additional significance to this study. Because the EIA technique was not available during the pre-vaccine era, most of our knowledge of EIA performance in evaluating mumps immune responses is based on testing of vaccinated populations. However, unlike even low-titer immune responses to natural infection, serological responses engendered by vaccination cannot be assumed to be protective. For example, despite EIA determinations of high seroconversion rates following vaccination with the Rubini vaccine strain (17, 22), this particular vaccine afforded virtually no protection against mumps disease (18, 20, 21). Thus, for evaluating an assay's ability to provide information about protective immunity, use of sera from cases of natural infection may provide better bridging to efficacy endpoints. Using such sera, our data indicate that the PRN assay was a more sensitive and specific method of measuring serological responses to mumps virus than the EIA.

This work was supported in part by U.S. Department of Health and Human Services Biotechnology Engagement Program grant no. 2168p and by the National Vaccine Program Office administered by the Oak Ridge Institute for Science and Education through an interagency agreement between the U.S. Department of Energy and the U.S. Food and Drug Administration.

The views presented in this article do not necessarily reflect those of the Food and Drug Administration.

## REFERENCES

1. Bottiger, M., B. Christenson, J. Taranger, and M. Bergman. 1985. Mass vaccination programme aimed at eradicating measles, mumps and rubella in Sweden: vaccination of schoolchildren. Vaccine 3:113–116.
2. Briss, P. A., L. J. Fehrs, R. A. Parker, P. F. Wright, E. C. Sannella, R. H. Hutcheson, and W. Schaffner. 1994. Sustained transmission of mumps in a highly vaccinated population—assessment of primary vaccine failure and waning vaccine-induced immunity. J. Infect. Dis. 169:77–82.
3. Buynak, E. B., J. E. Whitman, Jr., R. R. Roehm, D. H. Morton, G. P. Lampson, and M. R. Hilleman. 1967. Comparison of neutralization and hemagglutination-inhibition techniques for measuring mumps antibody. Proc. Soc. Exp. Biol. Med. 125:1068–1071.
4. Christenson, B., and M. Bottiger. 1990. Methods for screening the naturally acquired and vaccine-induced immunity to the mumps virus. Biologicals 18:213–219.
5. Crowley, B., and M. A. Afzal. 2002. Mumps virus reinfection—clinical findings and serological vagaries. Commun. Dis. Public Health 5:311–313.
6. Fedova, D., M. Bruckova, V. Plesnik, D. Slonim, J. Sejda, E. Svandova, and I. Kubinova. 1987. Detection of postvaccination mumps virus antibody by neutralization test, enzyme-linked immunosorbent assay and sensitive hemagglutination inhibition test. J. Hyg. Epidemiol. Microbiol. Immunol. 31: 409–422.
7. Grose, C., B. J. Edmond, and P. A. Brunell. 1979. Complement-enhanced neutralizing antibody response to varicella-zoster virus. J. Infect. Dis. 139: 432–437.
8. Harmsen, T., M. Jongerius, C. van der Zwan, A. Plantinga, C. Kraaijeveld, and G. Berbers. 1992. Comparison of a neutralization enzyme immunoassay and an ELISA for evaluation of immune status of children vaccinated for mumps. J. Virol. Methods 30:2139–2144.
9. Hersh, B. S., P. E. Fine, W. K. Kent, S. L. Cochi, L. H. Kahn, E. R. Zell, P. L. Hays, and C. L. Wood. 1991. Mumps outbreak in a highly vaccinated population. J. Pediatr. 119:187–193.
10. Hilleman, M. R., R. E. Weibel, E. B. Buynak, J. Stokes, Jr., and J. E. Whitman, Jr. 1967. Live attenuated mumps-virus vaccine. IV. Protective efficacy as measured in a field evaluation. N. Engl. J. Med. 276:252–258.
11. Leinikki, P. O., I. Shekarchi, N. Tzan, D. L. Madden, and J. L. Sever. 1979. Evaluation of enzyme-linked immunosorbent assay (ELISA) for mumps virus antibodies. Proc. Soc. Exp. Biol. Med. 160:363–367.
12. Linde, G. A., M. Granstrom, and C. Orvell. 1987. Immunoglobulin class and immunoglobulin G subclass enzyme-linked immunosorbent assays compared with microneutralization assay for serodiagnosis of mumps infection and determination of immunity. J. Clin. Microbiol. 25:1653–1658.
13. Nigro, G., F. Nanni, and M. Midulla. 1986. Determination of vaccine-induced and naturally acquired class-specific mumps antibodies by two indirect enzyme-linked immunosorbent assays. J. Virol. Methods 13:91–106.
14. Orvell C. 1978. Immunological properties of purified mumps virus glycoproteins. J. Gen. Virol. 41:517–526.
15. Orvell, C. 1984. The reactions of monoclonal antibodies with structural proteins of mumps virus. J. Immunol. 132:2622–2629.
16. Pipkin, P. A., M. A. Afzal, A. B. Heath, and P. D. Minor. 1999. Assay of humoral immunity to mumps virus. J. Virol. Methods 79:219–225.
17. Poltera, A. A., and C. Herzog. 2000. Vaccine-induced antibodies by commercial test kits, the case of the Rubini mumps and the Edmonston-Zagreb measles vaccine strains. Vaccine 19:396–398.
18. Pons, C., T. Pelayo, I. Pachon, A. Galmes, L. Gonzalez, C. Sanchez, and F. Martinez. 2000. Two outbreaks of mumps in children vaccinated with the Rubini strain in Spain indicate low vaccine efficacy. Euro. Surveill. 5:80–84.
19. Ratnam, S., V. Gadag, R. West, J. Burris, E. Oates, F. Stead, and N. Bouilianne. 1995. Comparison of commercial enzyme immunoassay kits with plaque reduction neutralization test for detection of measles virus antibody. J. Clin. Microbiol. 33:811–815.
20. Schlegel, M., J. J. Osterwalder, R. L. Galeazzi, and P. L. Vernazza. 1999. Comparative efficacy of three mumps vaccines during disease outbreak in Eastern Switzerland: cohort study. BMJ 319:352.
21. Schlegel, M., and P. L. Vernazza. 1998. Immune response and vaccine efficiency. Vaccine 16:1256.
22. Schwarzer, S., S. Reibel, A. B. Lang, M. M. Struck, B. Finkel, E. Gerike, A. Tischer, M. Gassner, R. Gluck, B. Stuck, and S. J. Cryz, Jr. 1998. Safety and characterization of the immune response engendered by two combined measles, mumps and rubella vaccines. Vaccine 16:298–304.
23. Server, A. C., D. C. Merz, M. N. Waxham, and J. S. Wolinsky. 1982. Differentiation of mumps virus strains with monoclonal antibody to the HN glycoprotein. Infect. Immun. 35:179–186.
24. Shehab, Z. M., P. A. Brunell, and E. Cobb. 1984. Epidemiological standardization of a test for susceptibility to mumps. J. Infect. Dis. 149:810–812.
25. Strohle, A., K. Eggenberger, C. A. Steiner, L. Matter, and D. Germann. 1997.

Studien zur Mumps-Epidemie bei geimpften Kindern in der Westschweiz. Schweiz. Med. Wochenschr. 127:1124–1133.

26. Sullivan, K. M., T. J. Halpin, J. S. Marks, and R. Kim-Farley. 1985. Effectiveness of mumps vaccine in a school outbreak. Am. J. Dis. Child. 139:909–912.

27. Takayama, M., and A. Oya. 1981. A single serum dilution method for the quantitation of neutralizing antibodies to varicella-zoster virus. Biken J. 24:109–118.

28. Tsuji, M., K. Sasaki, M. Nakagawa, T. Mori, T. Nakayama, S. Makino, and M. Okamura. 1983. Improved enzyme-linked immunosorbent assay (ELISA) for the detection of mumps virus antibodies. Kitasato Arch. Exp. Med. 56:137–147.

29. Weibel, R. E., E. B. Buynak, A. A. McLean, and M. R. Hilleman. 1975. Long-term follow-up for immunity after monovalent or combined live measles, mumps, and rubella virus vaccines. Pediatrics 56:380–387.

30. Weibel, R. E., E. B. Buynak, J. Stokes, Jr., and M. R. Hilleman. 1970. Persistence of immunity four years following Jeryl Lynn strain live mumps virus vaccine. Pediatrics 45:821–826.

31. Weibel, R. E., E. B. Buynak, J. E. Whitman, Jr., M. B. Leagus, J. Stokes, Jr., and M. R. Hilleman. 1969. Jeryl Lynn strain live mumps virus vaccine. Durable immunity for three years following vaccination. JAMA 207:1667–1670.

32. Weibel, R. E., J. Stokes, Jr., E. B. Buynak, J. E. Whitman, Jr., and M. R. Hilleman. 1967. Live attenuated mumps-virus vaccine. 3. Clinical and serologic aspects in a field evaluation. N. Engl. J. Med. 276:245–251.

33. Wharton, M., S. L. Cochi, R. H. Hutcheson, J. M. Bistowish, and W. Schaffner. 1988. A large outbreak of mumps in the postvaccine era. J. Infect. Dis. 158:1253–1260.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,

*Plaintiffs,*

v.

MERCK & CO., INC.,

*Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND**
**"HIGHLY CONFIDENTIAL –**
**ATTORNEYS' EYES ONLY" MATERIAL**
**PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 253



# Correlates of Protection

*Stanley A. Plotkin and Peter Gilbert*

The determination of a correlate of protection (CoP) by a vaccine is often critical to its development, as its measurement permits a number of both theoretical and practical extrapolations. Aside from the intellectual interest in identifying the immune response that is protective, knowledge of a CoP permits measurement of consistent lot potency of a vaccine and differentiation of susceptible from immune individuals. If an infection is uncommon or deadly, such that an efficacy trial is not feasible or ethical, a CoP may yet enable licensure of a vaccine, and once established, a CoP will allow bridging from one vaccine preparation to another.

The terminology in this field is confusing, as various definitions have been published, but semantics are important and confusion will be avoided if the definitions used are understood. Table 3.1 gives the terminology used in this chapter, and is crucial to its understanding. Whereas a CoP is simply a variable immune response that is statistically associated with protection, the important distinction is between a mechanistic correlate of protection (mCoP) that is directly responsible for protection and a nonmechanistic correlate of protection (nCoP) that is easy to measure but which may only be a substitute for an mCoP that is unknown or difficult to measure. In addition, a CoP may be absolute, in the sense that there is a threshold value above which protection is certain, or relative in the sense that higher values are quantitatively more protective than lower values but there are occasional failures even at high levels and occasional protection at lower levels. Last, and importantly, there are cocorrelates, meaning that more than one immune function induced by a vaccine correlates with protection in an additive or synergistic way. The reader who wishes to learn more on this subject is referred to previously published articles.[1-6]

The determination of a CoP is sometimes established early in vaccine development, which is the ideal circumstance in that it makes later vaccine development easier, but sometimes a Phase III trial analysis is necessary to identify the CoP. In the latter case, immune responses of vaccine failures are compared with a sample of subjects who did not become infected. Ideally, the immune responses would be measured at the time of exposure to the infection, but most often samples are available only immediately after vaccination. Nevertheless, a useful CoP is often extracted from those data. Other ways in which CoP are inferred include definition of protective levels of passive antibody given parenterally or acquired by an infant from its mother through the placenta, observations made on vaccinated immunodeficient or immunosuppressed individuals exposed to the infection, challenge of vaccinated volunteers by the agent in question, and rarely by extrapolation from challenge of vaccinated animals. Human challenge models have often given critical information about CoP, and should be employed if the challenge is sufficiently attenuated to be ethically acceptable and if a broad range of immune responses are studied. Examples of human challenge that have yielded important information include influenza, cholera, dengue, and cytomegalovirus.

Chapter 2 of this book describes the immunology surrounding vaccination, but the point to bear in mind regarding CoP is that many different functions may serve as a CoP.

Serum and mucosal antibodies come in different isotypes and functionality, and T cells, whether CD4+ or CD8+, can act in a variety of ways, including direct action on infected cells, help to B or other T cells, secretion of cytokines, and even downregulation of immune responses by T regulatory cells. This chapter seeks to simplify immunology in order to identify principles of protection, although the reader should keep in mind that the immune system is complex and redundant.[3] In addition, the reader is directed to chapters on specific vaccines for more extended analysis of each case.

## PRINCIPLES OF PROTECTION

### Principle 1: Protection Must Be Defined in Relation to Specific Phenomena

Protection against infection may relate to different immune markers than protection against disease. Polio is an example in which paralysis can be prevented by serum antibodies, as the virus must pass from the pharynx or intestines to the central nervous system via blood, whereas infection is prevented by antibodies at the mucosal level, either locally produced immunoglobulin (Ig) A antibodies or diffusion of IgG antibodies onto the mucosal surfaces of the nasopharynx and intestine. Another instructive example is pneumococcal infections. Prevention of bacteremia can be mediated by antibodies in the range of 0.20 to 0.35 µg of antibody as measured by enzyme-linked immunosorbent assay (ELISA). However, prevention of pneumonia, otitis media, and nasopharyngeal carriage may require levels 10 times higher.[7,8]

### Principle 2: The Mechanism of Protection by Vaccination Is Not Necessarily the Same Mechanism as Recovery From Infection

The level of antibodies that protect against measles has been defined. A level of 120 mIU of antibody measured by ELISA indicates protection against clinical measles and infection.[9] A level between 200 and 1000 mIU confers protection against measles disease, but not always against infection as indicated by antibody rises; a level of 1000 mIU does provide protection even against subclinical infection. However, vaccinated B-cell–deficient humans do recover from disease, whereas T-cell–deficient humans may suffer continued viremia leading to serious and fatal measles. It has been shown in monkeys that the CD8+ T cells specific for measles are required to suppress viremia.[10]

The poxviruses provide another example. An individual given vaccinia virus requires both B and T cells to overcome the replicating virus and to become immune. However, in a previously vaccinated person only neutralizing antibodies at levels between 1/20 and 1/32 are required for protection, although CD8+ T-cell responses are helpful in the absence of antibodies. Inasmuch as antibody titers decline by 20 years postvaccination, the presence of antipoxvirus T cells enables the vaccinee to have a mild secondary infection in case of exposure.[11-13]

35

Appx16532



## Principle 3: A Large Challenge Dose Can Overcome Immunity

Vaccination against poliomyelitis is usually highly effective in the prevention of paralysis, as stated above, because of the induction of serum antibody. However, gut immunity is imperfect and can be overcome by large infectious doses. A study challenged subjects previously given live vaccine and killed vaccine with two different doses of the oral live vaccine: 800 or 600,000 $TCID_{50}$ (median tissue culture infective dose). The live vaccine recipients were infected by the low-dose challenge 3% of the time and by the high-dose challenge 15% of the time, whereas 30% of the killed vaccine recipients could be infected by a low dose and 70% by a high dose, indicating that high challenge doses can overcome intestinal immunity.[14]

Another challenge study involved an experimental cytomegalovirus vaccine. Seronegative, naturally seropositive, and previously vaccinated subjects were challenged parenterally with 10, 100, or 1000 PFU of a low-passage natural strain of cytomegalovirus. Seronegative subjects were infected with the lowest dose, whereas naturally seropositive subjects were resistant to 10 or 100 PFU; however, some could be infected by 1000 PFU. The vaccine prevented infection by 100 PFU of the challenge virus, but not by 1000 PFU.[15]

**TABLE 3.1** Definitions of Terms Used in This Chapter

| Term | Definition |
|---|---|
| Correlate of protection (CoP) | An immune response that is statistically correlated with protection. |
| Mechanistic correlate of protection (mCoP) | The immune response that is responsible for protection. |
| Nonmechanistic correlate of protection (nCoP) | An immune response that substitutes for the true immunologic correlate of protection, which may be unknown or not easily measurable. |
| Absolute correlate | A specific level of response highly correlated with protection; a threshold. |

## Principle 4: Most Current Vaccines Protect Through Antibodies

Table 3.2 lists the commonly used licensed vaccines and their predominant mechanisms for causing disease. Many viral and bacterial agents reach target organs through viremia or bacteremia; consequently, it is easy to understand that antibodies can prevent that passage. Some agents replicate only on the mucosa, but there, too, the local presence of antibody is preventive. The pathogenesis of toxin-producing bacteria such as diphtheria and tetanus can be restricted by antitoxic antibodies. In the case of rabies, replication occurs in the subcutaneous tissue before attachment to neurons and elicitation of antibodies before that attachment prevents rabies. Only in the cases of zoster and tuberculosis vaccines does it appear that antibodies are not the primary mechanism of control, but that stimulation of specific T-cell subsets correlate with protection.[16] Aside from these theoretical arguments, the fact is that passive administration of antibody works for many infections also preventable by vaccination. Indeed, the efficacy of hepatitis A vaccine was predictable from the fact that induced antibody levels are a thousand times higher than those shown to protect after administration of gamma globulin.[17] As mentioned under Principle 1, higher levels of antibody are necessary to prevent mucosal colonization than disease, as for example, in the case of pharyngeal colonization after *Haemophilus influenzae* type b vaccine.[18]

## Principle 5: Correlates May Be Relative

Although high levels of antibodies are more protective than lower levels, after some vaccines breakthroughs may occur at high levels, even if less frequently than at lower levels. Fig. 3.1 shows a retrospective analysis of the relationship between antibody responses to influenza hemagglutinin and protection against disease. At an anti-HA (hemagglutinin) titer of 1/40, generally thought to be an acceptable response, only approximately 50% of vaccine recipients are protected; even at titers four times higher, breakthrough infections occur.[19] Similarly, high levels of pertussis antitoxin after immunization was related to protection both in household exposures and nonhousehold exposures, but mild disease occurred at intermediate levels of antibody. Owing to greater exposure, more

**TABLE 3.2** Major Licensed Viral and Bacterial Vaccines for Humans According to the Mechanism of Disease Prevented by the Vaccine

| **VIRAL** | | |
|---|---|---|
| | Viremia: | Smallpox, yellow fever, measles Mumps, rubella, polio, varicella Hepatitis A, hepatitis B Japanese encephalitis, tickborne encephalitis |
| | Mucosal replication: | Influenza, rotavirus, human papillomavirus |
| | Neuronal invasion: | Rabies |
| | Neuronal reactivation: | Zoster |
| **BACTERIAL** | | |
| | Bacteremia: | *Haemophilus influenzae* type b, Meningococcal, Pneumococcal, Typhoid (Vi) |
| | Mucosal replication: | Pertussis, typhoid (Ty 21a) |
| | Toxin production: | Diphtheria, tetanus, pertussis Cholera, anthrax |
| | Macrophage replication: | Tuberculosis |

*From Plotkin S. Vaccination against the major infectious diseases. C R Acad Sci III. 1999;322(11):943–951.*



**Figure 3.1.** Protection against influenza and anti-HA (hemagglu-tinatinin) antibodies. (L. Coudeville, personal communication.)

**TABLE 3.3** Pertussis Toxin Antibody as Correlate of Protection Against Pertussis Disease (Modsan Titers)

| Symptoms | Exposure | |
|---|---|---|
| | Household | Nonhousehold |
| Severe | 79 U/mL | 99 U/mL |
| Mild | 156 U/mL | 124 U/mL |
| None | 246 U/mL | 155 U/mL |

antibody was required to prevent infection within households than outside households (Table 3.3).[20]

## Principle 6: Antibodies Must Be Functional

Although neutralization of viruses and killing of bacteria are often mCoP, it has been increasingly realized that there are other important antibody functions. First, Fig. 3.2 shows a case in which neutralization was definitely important, where titers were measured by neutralization or by hemagglutination-inhibition after vaccination with two different strains of rubella vaccines. As can be seen, both strains induced hemag-glutination inhibiting antibodies, but RA27/3 stimulated con-siderably more neutralizing antibodies and proved to be the more protective vaccine.[21]

A study of meningococcal Group C polysaccharide vaccine conducted in Quebec showed the difference in function between antibodies measured by ELISA or by bacterial killing. Adults produced both types of antibodies and were highly protected; children 2 to 5 years old produced more antibodies and had moderate protection; and 1-year-old infants gener-ated ELISA but little bactericidal antibody and had no protection.[22]

A striking example of the importance of antibody function has been reported after an HIV vaccine trial in Thailand. A regimen of priming with a canarypox vector presenting the viral envelope followed by a boost with envelope protein generated little neutralizing antibody, but did generate signifi-cant levels of antibody-dependent cellular cytotoxic antibody that potentiates natural killer cell activity. IgG3 antibody-dependent cell-mediated cytotoxicity (ADCC) antibodies directed against the V1-V2 loops of virus were shown to cor-relate with protection. This illustrated that there are many mechanisms by which antibody may protect.[23–26]



**Figure 3.2.** Antibody response to rubella vaccines. HI, hemag-glutination inhibition; NEUT., neutralization.

## Principle 7: T-Cell Responses May Be Correlates

It has usually been assumed that T-cell responses are the important protective correlate for bacille Calmette-Guérin (BCG) vaccine and tuberculosis in general, but it has been difficult to prove that assumption. Interferon-$\gamma$ secretion has been thought to be important. A study of *Mycobacterium bovis* showed a correlation between interferon-$\gamma$–secreting T cells and protective immunity in cows.[27] However, although pre-sumably related to T-cell function, it is uncertain as to which, and the mCoP for tuberculosis vaccine in humans remains elusive.[28–30] On the other hand, malaria is an example where T-cell responses appear to be crucial, and although antibodies to circumsporozoite protein (CSP) are also generated, they do not appear to be a CoP.[31,32] The RTS,S particle containing CSP generates tumor necrosis factor (TNF)-$\alpha$ producing CD4$^+$ cells that appear to predict protection.[33] In contrast, a vaccine based on intravenous injection of irradiated sporozoites depends for efficacy on CSP induction of CD8$^+$ T cells that produce inter-feron in the liver, where natural sporozoites must first replicate to launch infection.[34]

Although vaccination against chlamydia and tularemia bacteria is still experimental, there is abundant evidence that T-cell responses will be necessary for efficacy.[22,35–37]

There is clearly much still to be learned about T-cell responses as correlates because of the numerous functional classes of these cells. Although CD8$^+$ T-cell cytotoxicity is clearly one of the most important protective functions, CD4$^+$ T cells exist in many varieties with different helper functions for B and T cells that influence protection directly or indirectly through cytokine secretion.[38]

## Principle 8: More Than One Factor May Protect as Cocorrelates

A good example of cocorrelates may be derived from studies of influenza. The live, attenuated intranasal vaccine generates both serum antibody and nasal IgA mucosal antibody.[39–41] In



vaccinated children challenged with another dose of the intranasal vaccine, virus shedding occurred at a high rate in vaccinees lacking both responses, at a low rate in vaccinees having both responses, and at an intermediate rate if only one response was present. Thus, the two responses were synergistic, or at least additive. In the case of inactivated influenza vaccine, two separate antibody responses seem important: that against the viral hemagglutinin and that against viral neuraminidase.[42-44] The former block virus entry and the latter block virus exit from the cell. Antibody responses may be poor in the elderly, but granzyme produced by CD8[+] cytotoxic T cells are also protective against symptomatic infection by limiting replication.[45-48]

Pertussis vaccines, whether whole cell or acellular, contain multiple components of the bacteria. Toxins and adherence factors are important in pathogenesis, and studies show that whereas antibodies against any of these reduces risk, antibodies against multiple virulence factors reduce risk even more.[49-51] T-helper cell (Th) 1 and Th17 responses also are important for duration of protection.[52-54]

A recent illustration of probable cocorrelates is the chimpanzee adenovirus vectored vaccine against Ebola virus. Whereas monkeys that generate ELISA titers of 2000 or more almost always survive an Ebola challenge, passive antibody did not protect and it appeared that CD8[+] T cells are needed for protection, particularly of antibody responses are low.[55-58]

### Principle 9: Memory May Be a Mechanistic Correlate of Protection

Hepatitis B vaccine is highly immunogenic at birth, but antibodies are frequently lost later in life. Nevertheless, vaccinees are usually protected because they have an anamnestic antibody response when exposed to the virus.[59-62] Indeed, memory B cells are demonstrable in hepatitis B vaccinees in the absence of serum antibody.[63,64]

An interesting discovery was made recently in simian immunodeficiency virus (SIV)–infected rhesus monkeys. A rhesus cytomegalovirus vector containing various genes of SIV was constructed. The vector induced effector CD8[+] T cells directed against the SIV proteins and was able to abort early SIV infections in the monkeys.[65-67] Thus, effector memory of T or B cells is important in diseases for which dissemination occurs early, such as HIV, *H. influenzae* type b and meningococcus, but central memory is important in long incubation period diseases such as hepatitis B that allow for mobilization of an anamnestic response.

### Principle 10: There Are Convenient Nonmechanistic Correlates

Zoster is the result of reactivation of varicella virus from dorsal spinal ganglia. The current vaccine consists of live varicella virus in large quantity or the gE protein of the virus. In both cases the vaccines elicit both antibodies and cellular responses. The best CoP is a CD4[+] T-cell lymphocyte proliferation index, but there is also a statistical correlation with antibodies to viral glycoproteins.[68,68a,68b] This suggests that the cellular immunity is an mCoP, whereas the antibody is an nCoP, which makes sense if the vaccines maintain the viral latency in the dorsal root ganglia, but it is not impossible that the neutralization of virus by antibody in the skin is also important.

Another example is from rotavirus vaccination. IgG antibodies can prevent infection when given orally or induced by inactivated rotavirus but the replicating live virus vaccines induce mucosal antibody and are effective.[69] However, measurement of mucosal responses is difficult, whereas measurement of serum IgA antibodies is easy. Thus, in the absence of

a generally agreed mCoP, serum IgA provides a very useful nCoP.[70-72]

## STATISTICAL ISSUES IN DEVELOPING IMMUNE CORRELATES OF PROTECTION

Developing CoPs involves statistical issues in two main areas: (a) development and selection of immunological assays and associated immune response biomarkers meriting study as correlates in preventive vaccine efficacy trials; and (b) statistical evaluation of the selected biomarkers in efficacy trials for their utility as CoPs. For area (a), statistical power for detecting a CoP is eroded for biomarkers with low signal-to-noise ratios[73,74] (e.g., from technical assay measurement error), making the standardized statistical evaluation and optimization of assays within and prior to efficacy trials fundamental for developing CoPs.[25,75-78] Moreover, with systems vaccinology research measuring high-dimensional data on immune responses to vaccination,[79-87] an important area of statistical research is classification of vaccinees into low-dimensional biomarker signature groupings[79,88-90] for assessment as CoPs. From now on we focus on area (b).

In the clinical trials statistical literature, a CoP is an immune response biomarker measured after vaccination that can be used to reliably predict vaccine efficacy (VE) against a clinical end point. Several approaches to defining and statistically evaluating CoPs based on efficacy trials have been proposed.[4,91-103] For CoP assessment, these approaches have been applied to search for thresholds of the biomarker that discriminate vaccinees into disease cases (and hence unprotected) versus undiseased controls (and hence putatively protected),[9,104-108] or to study how protection depends on the distribution of response.[109-111] However, many of these CoP methods do not define protected biomarker subgroups in terms of a causal effect of vaccination, such that an association of the biomarker with disease may not reflect a correlation with VE but rather with pathogen exposure or intrinsic susceptibility to the disease.[4,112-115] Addressing this limitation, the "VE curve" approach directly assesses how VE varies across vaccinated subgroups defined by the level of the biomarker.[4,113-115] With this approach, the most useful CoP has VE of zero for vaccinees with negative/absent immune response and VE near 100% for vaccinees with response above a threshold. A varicella zoster vaccine (VZV) efficacy trial[120] illustrates this approach, where VE to prevent herpes zoster varied widely with fold rise in VZV antibody titers ($P < .001$), with estimated VE of 90% for vaccinees with a 5.26-fold rise compared to 70% and 0% for vaccinees with a 2.39- and zero-fold rise, respectively.[6] These results provide a benchmark for high protective efficacy. As noted above, a useful CoP may or may not be a mechanism of protection.[6]

The major challenge of the VE curve approach is that it requires estimation of how the risk of the clinical end point for a placebo recipient depends on an unmeasured variable— the immune response to the vaccine that the individual would have had, if, counter to fact, the individual had been randomly assigned to receive the vaccine. Consequently, the VE curve statistical methods incorporate techniques for "filling in" the counterfactual immune responses of placebo recipients.[113,114,117,119,121-127] The "baseline immune response predictor" technique develops a model from vaccine recipients predicting individual immune response biomarkers from baseline variables, and applies this model to placebo recipients using these baseline variables. The "closeout placebo vaccination" technique crosses over placebo recipients at the end of study follow-up to receive the vaccine and have the immune response directly measured. Crucially, effective use of these approaches requires storing baseline samples in (almost) all

efficacy trial participants, to make possible measurement of preimmunization predictors of the candidate CoP in most disease cases; unavailability of baseline samples has been one of the greatest limiting factors for CoP assessment in efficacy trials.

We conclude by listing five other statistical issues that are faced in developing CoPs in efficacy trials. First, immune responses are typically only measured in a case-control[128–130] or case-cohort[131–134] subsample, motivating research into optimal sampling design[17,135–139] and analysis[129,130,140] methods.

**TABLE 3.4** Correlates of Protection After Vaccination[a]

| Vaccine | Immune Function | Protection Level | Type |
|---|---|---|---|
| Adenovirus | Nt Ab | 1/4 | M |
| Anthrax | Toxin Nt Ab, anti-PA IgG | 1/3000, 10 µg/mL | M |
| Cholera | Vibriocidal Ab | ? | NM |
| Dengue | Nt Ab | Variable | M |
| Diphtheria | Toxin Nt Ab | 0.01–0.1 IU/mL | M |
| Ebola | Ab + CMI | ND | M |
| H. influenzae conjugate | ELISA Ab[d] | 0.15 ng/mL | M |
| Hepatitis A | ELISA Ab[d] | 20 mIU/mL | M |
| Hepatitis B | ELISA Ab[d] | 10 mIU/mL | M |
| Human papillomavirus | ELISA Ab[d] | Ab, level ND | M |
| Influenza, inactivated | HI Ab<br>NtAb | 1/40 = 50% protection, 1/320 in children<br>1/40 = 50% protection | M<br>M |
| Influenza, live | HI Ab, IgA Ab, CMI | ND | M |
| Japanese encephalitis | Nt Ab | 1/10 | M |
| Lyme | ELISA Ab | 1400 U/mL | M (in tick) |
| Malaria | ELISA Ab<br>CD4+ T-cell number | >10 U/mL<br>? | M<br>M |
| Measles | ELISA Ab[d] | ≥120 mIU/mL | M |
| Meningococcal | Bactericidal Ab | ≥1/4 | M |
| Mumps | Nt Ab | ND | M |
| Pertussis | Ab to PT, Prn, Fim<br>Th1 T cells | ND<br>ND | M<br>M |
| Pneumococcal, conjugated | ELISA Ab | 0.20–0.35 µg/mL | M (invasive disease) |
| Pneumococcal, polysaccharide | OPA Ab | ND | M |
| Polio, inactivated | Nt Ab | ≥1/8 | M |
| Polio, live | Nt Ab | ≥1/8 | M |
| Rabies | Nt Ab | ≥0.5 IU | M |
| Rotavirus | Serum secretory IgA | ND | NM |
| Rubella | ELISA Ab | ≥10–15 IU/mL | M |
| Smallpox | Nt Ab[c] | ≥1/20–1/32 | M |
| Tetanus | Toxin Nt Ab | 0.01–0.1 IU/mL | M |
| Tick-borne encephalitis | Nt Ab | ≥1/10 | M |
| Tuberculosis | T-cell responses | ND | |
| Typhoid | [b] | ND | M |
| Varicella | GP ELISA[c,d] | ≥5 U/mL | M |
| Yellow fever | Nt Ab | ≥0.7 LNI | M |
| Zoster | CD4+ T cells | ND | M |

[a]Also see specific chapters for references.
[b]Depending on the specific vaccine, protection against typhoid is mediated by antibodies to flagella, the Vi capsule, O antigen, as well as cell-mediated immunity.
[c]Cellular responses also important.
[d]Surrogate for neutralizing antibodies.
Ab, antibodies; CMI, cell-mediated immunity; ELISA, enzyme-linked immunosorbent assay; FIM, fimbrial agglutinogens; GP, glycoprotein; HI, hemagglutination inhibition; Ig, immunoglobulin; LNI, log neutralization index; M, mechanistic; MNt, microneutralization; ND, not defined; NM, nonmechanistic; Nt, neutralization; OPA, opsonophagocytic; Prn, pertactin; PT, pertussis toxin.

Second, statistical methods are needed to develop cocorrelates, for example, by estimating VE surfaces across vaccinee subgroups defined by the level of two immune response biomarkers[114,119] or estimating VE curves for a univariable composite biomarker.[126] Moreover, for assessing complex correlates[3] based on high-dimensional immune response biomarkers, supervised machine learning methods are needed to estimate the best models of VE.[88,89,141,142] Third, two types of CoP analyses are defined by measuring the immune response biomarker at a fixed time point shortly after vaccination or at serial time points including just before exposure and infection or disease. Both analyses are important, the former primarily for developing practicable VE-predictive end points and the latter primarily for generating clues about mechanistic CoPs. Fourth, a highly predictive CoP for a particular disease end point, vaccine, and study population may fail for a different end point, vaccine, or study population,[143] indicating that metaanalysis of multiple efficacy trials combined with knowledge of mechanisms of protection is needed for bridging CoPs to new settings.[4,55,94,97,106,115,144,145]

Lastly, for genetically diverse pathogens, the whole discussion above applies to assessing CoPs against particular phenotypes or genotypes of the pathogen (e.g., through pathogen type-specific VE curves), with common application historically to assess serotype- or biotype-specific antibody titers as CoPs against disease with the same type.[146–151] In contemporary efficacy trials, pathogen genomes infecting study participants are sequenced, enabling a statistical sieve analysis that assesses how VE varies with sequence characteristics.[152] Immune response data can inform the sieve analysis by focusing the analysis on putatively protective epitopes such as highly vaccine-reactive peptides or specific reagents that were identified as CoPs.[153,154] Moreover, host characteristics other than immune responses (such as demographics, ecological factors, or genetics such as human leukocyte antigen [HLA] types restricting epitope-specific T-cell responses) may affect VE or type-specific VE, such that the overarching goal of VE curve CoP analysis may be stated as estimation of how VE varies jointly in pathogen sequence characteristics, immune response biomarkers, and any other host characteristics.[3,73,87,155]

## COMPLEXITY OF CORRELATES

As Einstein said, "Everything must be made as simple as possible, but not simpler." We have attempted above to reduce this subject to simple principles, but one must recognize that in practice the determination of CoPs is difficult. First, it is necessary to repeat that CoP are not restricted to neutralizing IgG antibody or CD8+ T cell cytotoxicity. Other immunologic responses, such as antibodies that stimulate natural killer cells,[156] Th17 T cells that prevent mucosal infection,[157] and T cells that secrete cytokines are examples of possible CoP.[158]

The CoP for influenza vaccine appears at first to be straightforward: hemagglutination-inhibiting antibody or perhaps neutralizing antibody. However, in children it appears that higher levels of antibody are necessary, perhaps because of the absence of prior influenza infections.[159] In the elderly the situation is even more complex, owing to immunosenescence, such that the presence of cytotoxic T cells may be necessary to protection against serious disease in the presence of a weak antibody response.[46]

A CoP for pertussis vaccine has long been controversial, but the use of acellular vaccines with a variable number of

components has been educational. As stated above it appears that high-titered antibodies against pertussis toxin, pertactin, and fimbrial hemagglutinogens each provide some degree of protection and that there is synergy among those antibodies.[52] However, a T-cell response is critical to duration of antibody and to prevention of nasopharyngeal carriage, and Th17 cells are also important based on evidence from mouse and baboon models.[160,161] Thus, B and T cell responses act together for the best efficacy.[162]

The importance of CD4+ T cell immunity to protection by the RTS,S malaria vaccine based on CSP was discussed above. However, protection induced by the liver stage multiple epitope-thrombospondin–related adhesion protein (ME-TRAP) antigen is mediated by CD8+ T cells[163] and the merozoite MSP2 and -3 antigens act by induction of opsonophagocytic antibodies.[164,165]

In line with the doctrine that the immune system is redundant, there are multiple situations in which antibody is the first line of defense and therefore an mCoP, but where cellular immunity provides a backup in the event antibodies are low. Such may be the case for Ebola virus and yellow fever virus.[56,166] For some other agents the two arms of the immune system are synergistic, as in the case of the RTS,S malaria vaccine that induces both types of response against the circumsporozoite antigen of the parasite.[167,168] In other cases, the CoP varies with the type of vaccine. Whereas as described above, the canarypox vector/HIV protein vaccine for HIV depends for its efficacy on an ADCC antibody response,[156] a rhesus cytomegalovirus vectored vaccine that protected monkeys against SIV acts through induction of effector T cells.[66,67] In the case of human cytomegalovirus antibody to surface proteins protect against acquisition by contact,[169] but cellular immunity to internal antigens seems to be key in preventing transplant-associated disease in hematogenous stem cell recipients.[170]

Also still to be defined are CoP relating to mucosal immune responses. Mucosal IgA antibody produced by vaccination has been identified to be important to protection against influenza[39,171] polio,[172] and respiratory syncytial virus,[173] and probably is important for rotavirus vaccine.[70,174] Serum IgG antibody diffusing onto respiratory, gastrointestinal, and genital mucosae undoubtedly also can prevent infection but is poorly characterized.

## CONCLUSIONS

The immune system is redundant, but the mCoP after vaccination in most cases is antibody that blocks the agent in the blood. Antibodies have varying functions and the mCoP will vary according to the vaccine. Cellular immunity may synergize with antibody or make up for its lack. Effector T-cell memory may be necessary for short incubation period diseases, whereas central memory with an anamnestic response is sufficient for long incubation period diseases. For some vaccines we do not know the true mCoP but we can use a nCoP that is not protective but is statistically correlated with protection. In general, there is a spectrum of correlates, ranging from pure antibody to the protective antigen in anthrax vaccine to the resurrection of cellular immunity to varicella virus that results from immunization with zoster vaccine.

Table 3.4 gives our best estimates of CoPs for currently licensed vaccines.

References for this chapter are available at ExpertConsult.com.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel*.,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,

*Plaintiffs,*

v.

MERCK & CO., INC.,

*Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 254

# Guidance for Industry

## FDA Review of Vaccine Labeling Requirements for Warnings, Use Instructions, and Precautionary Information

FDA is issuing this guidance for immediate implementation in accordance with 21 CFR 10.115(g)(4)(i).  Submit comments on this guidance at anytime to the Division of Dockets Management (HFA-305), Food and Drug Administration, 5630 Fishers Lane, rm. 1061, Rockville, MD 20852.  You should identify all comments with the title of this guidance.

Additional copies of this guidance are available from the Office of Communication, Training and Manufacturers Assistance (HFM-40), 1401 Rockville Pike, Rockville, MD  20852-1448, or by calling 1-800-835-4709 or 301-827-1800, or from the Internet at http://www.fda.gov/cber/guidelines.htm.

For questions on the content of this guidance, contact Bette Goldman at 301-827-0655.

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Biologics Evaluation and Research**
**September 2004**

Appx16539

*Contains Nonbinding Recommendations*

# Table of Contents

I.      **PURPOSE** ................................................................................................1

II.     **INTRODUCTION** ...................................................................................1

III.    **FDA'S PROCESS FOR VACCINE LABELING REVIEW** ......................2

    A.      **Pre-Approval Review of Labeling** ...............................................2

    B.      **Post-Approval Surveillance** ........................................................3

IV.     **FDA'S NCVIA VACCINE LABELING REVIEW** ...................................3

    A.      **Legislative Background** ................................................................3

    B.      **FDA'S Process for Conducting the NCVIA Labeling Review** .........4

        1.      Preparation of Summaries of Important Information ................4

        2.      Public Participation ...............................................................5

V.      **CONCLUSION** ......................................................................................6

**Appx16540**

# Guidance for Industry

# FDA Review of Vaccine Labeling Requirements for Warnings, Use Instructions, and Precautionary Information

*This guidance represents the Food and Drug Administration's (FDA's) current thinking on this topic. It does not create or confer any rights for or on any person and does not operate to bind FDA or the public. You can use an alternative approach if the approach satisfies the requirements of the applicable statutes and regulations. If you want to discuss an alternative approach, contact the appropriate FDA staff. If you cannot identify the appropriate FDA staff, call the appropriate number listed on the title page of this guidance.*

## I.    PURPOSE

This guidance document is meant to inform you, vaccine manufacturers, medical practitioners, and consumers, of the type of data that we, FDA, examine when determining the adequacy of vaccine labeling[1] by providing an overview of the vaccine labeling review process and describing our review of childhood vaccine labeling under section 314 of the National Childhood Vaccine Injury Act (NCVIA).[2]  The processes described herein represent current FDA practices and do not represent any new interpretation of existing labeling statutes, regulations, or guidances.

FDA's guidance documents, including this guidance, do not establish legally enforceable responsibilities. Instead, guidances describe the FDA's current thinking on a topic and should be viewed only as recommendations, unless specific regulatory or statutory requirements are cited. The use of the word *should* in FDA's guidances means that something is suggested or recommended, but not required.

## II.    INTRODUCTION

FDA  routinely assesses the warnings, use instructions, and precautionary information provided for licensed vaccines. Based on its surveillance of adverse event reporting and other data sources, we review the adequacy of vaccine labeling and, if necessary, communicate our findings to manufacturers. This guidance document provides FDA's current thinking about its surveillance and review of vaccine labeling.

The review of vaccine labeling completed by FDA pursuant to section 314 of the NCVIA provides a useful description of some of the methods we use to evaluate the adequacy of the warnings, use instructions, and precautionary information found in vaccine package inserts.

---

[1] The term "labeling," as defined in 21 U.S.C. § 321(m), means all labels and other written, printed, or graphic matter upon any article or any of its containers or wrappers, or accompanying such article and, therefore, includes any package inserts or information sheets that accompany vaccine products.
[2] Pub. L. No. 99-660, 100 Stat. 3755, *codified at* 42 U.S.C. § 300aa-1 *et seq*.

Appx16541

Secton 314 of the NCVIA required FDA to review the warnings, use instructions, and precautionary information distributed with each vaccine listed in section 2114 of the Public Health Service Act (PHS Act)[3] at the time of the NCVIA's passage.  The statute also required FDA to determine whether such warnings, instructions, and information "adequately warn health care providers of the nature and extent of the dangers posed by such vaccines."[4]  If such information was found to be inadequate, section 314 of the NCVIA mandated that manufacturers be required to revise and reissue such warnings, use instructions and precautionary information as expeditiously as practical.

FDA continues to engage in an ongoing, case-by-case review of all vaccine labeling and routinely requires revision of labeling that is found to be inadequate to warn health care providers of the risks associated with the use of a particular vaccine.

## III.     FDA'S PROCESS FOR VACCINE LABELING REVIEW

The labeling requirements for biological products are found in several sections of the Federal Food, Drug, and Cosmetic Act (FDCA) and the PHS Act, including:  Sections 201, 502, and 503 of the FDCA, and section 351 of the PHS Act.  In addition to the statutory provisions, FDA's regulations on labeling requirements, including the content and format requirements for vaccine labeling, are found primarily in 21 CFR Parts 201 and 601.

Pursuant to 21 CFR 201.57(d), labeling must describe contraindications (situations in which the drug should not be used because the risk of use clearly outweighs any possible benefit).  The warning section of labeling, defined in section 201.57(e), requires, among other things, a description of serious adverse reactions, potential safety hazards, steps that should be taken in the occurrence of a serious adverse reaction and potential safety hazard, and limitations in use imposed by them.

### A.  Pre-Approval Review of Labeling

Under 21 CFR 601.2(a), manufacturers must submit proposed vaccine labeling to FDA as part of a biological license application (BLA).  In addition, changes to existing vaccine labeling requires FDA review pursuant to 21 CFR 601.12(f).  Most such changes require a BLA supplement (BLS) and transmittal Form FDA 2567.  In its review, FDA determines whether the information presented in the labeling is scientifically accurate, conforms to regulatory requirements set out in 21 CFR 201.56 and 201.57, and includes requested revisions.

An important part of vaccine labeling is the package insert.  FDA reviews the entire package insert to determine whether it is adequate.  If we conclude that a proposed vaccine package insert does not contain adequate warnings, use instructions, and precautionary information, we communicate such findings to the manufacturer as soon as is practicable.  When FDA concludes that a vaccine label's warnings, use instructions,

---

[3] See 42 U.S.C. § 300aa-14.
[4] See 42 U.S.C. § 300aa-1 note.

and precautionary information have been sufficiently revised to include current information regarding the nature and extent of the dangers posed by such vaccines, FDA formally approves the final draft labeling as described in 21 CFR 601.2 and 601.12(f).

## B. Post-Approval Surveillance

FDA takes into account various sources of information during our surveillance and review of vaccine labeling requirements for warnings, use instructions, and precautionary information, including:

- The existing labeling requirements listed under 21 CFR 201.56 and 201.57;
- Epidemiological information contained in Morbidity and Mortality Weekly Reports (MMWR), published by the Centers for Disease Control and Prevention (CDC);[5]
- Reports in the medical literature; and
- Summaries from the Vaccine Adverse Event Reporting System (VAERS).

When new information on a vaccine's safety and efficacy becomes available after licensure, FDA reviews the data and determines whether package inserts and other labeling should be revised to include this new information. FDA notifies manufacturers if their package inserts do not reflect currently available information regarding the warnings, use instructions and precautionary information. In such a case, FDA also typically recommends that appropriate revision is necessary.

## IV.    FDA'S NCVIA VACCINE LABELING REVIEW

### A. Legislative Background

Under section 314 of the NCVIA, FDA was required to determine whether the warnings, use instructions and precautionary information for certain enumerated childhood vaccines were adequate to warn health care providers of the nature and extent of the risks posed by such vaccines. The NCVIA limited this requirement to childhood vaccines listed in the Vaccine Injury Table (VIT) established in section 2114 of the PHS Act.[6] If FDA determined that any such warnings, use instructions or precautionary information were inadequate, then manufacturers were required to revise and reissue such warnings, use instructions or precautionary information as expeditiously as practical.

On June 13, 1988, the Secretary delegated authority to implement section 314 of the NCVIA to the Assistant Secretary for Health (ASH).[7] On September 16, 1988, the ASH delegated authority to implement section 314 of the NCVIA to the Commissioner of

---

[5] *See* http://www.cdc.gov/mmwr/.
[6] *See* 42 U.S.C. § 300aa-14.
[7] 53 Fed. Reg. 22054 (June 13, 1988).

Food and Drugs.[8]  On April 1, 1993, FDA delegated to the Center for Biologics Evaluation and Research authority to implement section 314 of the NCVIA.[9]

## B.  FDA'S Process for Conducting the NCVIA Labeling Review

FDA conducted its review of vaccine labeling under section 314 of the NCVIA through a process that involved extensive opportunities for public comment on childhood vaccine labeling.  By applying existing drug labeling regulations (e.g., 21 CFR 201.56 and 201.57), current labeling as supplied by the manufacturer, as well as a survey of medical practitioners, FDA created draft Summaries of Important Information (SII) for each applicable vaccine listed in section 2114's Vaccine Injury Table (VIT) and distributed them to the appropriate manufacturers on March 3, 1992.

On July 31, 1992, FDA announced the creation of a public docket and scheduled a public meeting to seek comments on manufacturers' and FDA's proposed revisions to the package inserts, which had been made available for public examination.[10]  At that time, FDA also made available the respective vaccines' most recently approved package inserts, manufacturers' proposed revised drafts of package inserts, as well as FDA's comments on the inserts.  FDA established time frames for completion of its review and response to public comments.[11]  Subsequently, FDA reviewed each manufacturers' proposed labeling changes, and, after considering the public record, approved labeling changes for the listed childhood vaccines, thus determining the revised labeling to be adequate to warn health care providers of the nature and extent of the risks posed by such vaccines.

Throughout its review process, FDA consulted the Advisory Commission on Childhood Vaccines (ACCV) to assess the warnings, use instructions and precautionary information issued for applicable childhood vaccines.  The NCVIA mandated creation of the ACCV to provide expert advice to the Secretary about, among other things, the implementation of the statute.  The ACCV also makes recommendations regarding changes to the VIT and surveys Federal, State and local information regarding childhood vaccine associated injuries.[12]  FDA representatives attended ACCV meetings and briefed the ACCV on the labeling review.

### 1.    Preparation of Summaries of Important Information

As discussed above, FDA prepared an SII for each vaccine listed in the VIT to serve as a guide to manufacturers when revising package inserts.  Creation of the SIIs also facilitated harmonization of package inserts for similar vaccines produced by different manufacturers.  In the SIIs, FDA recommended the location

---

[8] 53 Fed. Reg. 36127 (September 16, 1988).
[9] 58 Fed. Reg. 17105 (April 1, 1993).
[10] 57 Fed. Reg. 33915 (July 31, 1992).  As discussed below, this public meeting was held on September 18, 1992.
[11] *Id*.
[12] *See* 42 U.S.C. § 300aa-19.

and content of specific package insert sections and subsections and in several instances, suggested precise wording.[13]

On March 3, 1992, FDA sent to the respective childhood vaccine manufacturers copies of the draft SIIs for each vaccine listed in the VIT.  FDA notified manufacturers of the workshop planned for September 18, 1992, and requested them to submit to FDA suggested revisions of draft SIIs.  FDA presented revised draft SIIs for public review prior to the workshop and acceptepted comments filed to Docket No. 91N-0494.[14]  The docket included the following:  (1) package inserts most recently approved by FDA; (2) manufacturers' draft package inserts with FDA's comments, if revisions were still pending as of July 1992; or (3) the most recently approved package inserts and FDA's comments, if revised drafts had not been received by July 1992; and (4) copies of the SIIs.

As the basis for these draft SIIs, FDA used the labeling requirements listed under 21 CFR 201.56 and 201.57, the Advisory Committee on Immunization Practices' (ACIP) "Recommendations & Reports," and approved package inserts.  FDA also referred to reports prepared by the Panel on the Review of Bacterial Vaccines and Toxoids[15] and the Panel on the Review of Viral Vaccines and Rickettsia,[16] epidemiological information from MMWR, literature references, and summaries from VAERS.

2.    Public Participation

As noted previously, FDA took into account the views of several public panels during the review of childhood labeling.  The Panel on the Review of Bacterial Vaccines and Toxoids and the Panel on the Review of Viral and Rickettsial Vaccines conducted separate reviews regarding the safety, efficacy, and labeling of bacterial vaccines, toxoids with standards of potency, antitoxins, and immune globulins; and viral and rickettsial vaccines, respectively.  Each panel's review resulted in a proposed order that was published in the Federal Register.  Both panels' reports recommended that information in the package insert be presented in a clear, unambiguous and accurate manner.  The panels also reviewed FDA's requirements for package inserts and suggested the types of information that should be included.  FDA considered the recommendations of both panels and incorporated many of them into the relevant SIIs.

---

[13] Following is a list of the vaccines for which SIIs were prepared:  (1) Diphtheria Toxoid Adsorbed; (2) Diphtheria and Tetanus Toxoids Adsorbed; (3) Diphtheria and Tetanus Toxoids and Pertussis Vaccine Adsorbed; (4) Diphtheria and Tetanus Toxoids and Acellular Pertussis Vaccine Adsorbed; (5) Measles and Mumps Virus Vaccine Live; (6) Measles and Rubella Virus Vaccine Live; (7) Measles, Mumps and Rubella Virus Vaccine Live; (8) Measles Virus Vaccine Live; (9) Mumps Virus Vaccine Live; (10) Pertussis Vaccine Adsorbed; (11) Poliovirus Vaccine Inactivated; (12) Poliovirus Vaccine Live Oral Trivalent; (13) Rubella and Mumps Virus Vaccine Live; (14) Rubella Virus Vaccine Live; (15) Tetanus and Diphtheria Toxoids Adsorbed (for Adult Use); (16) Tetanus Toxoid; (17) Tetanus Toxoid Adsorbed.

[14] *See* 57 Fed. Reg. 33915 (Jul. 31, 1992).

[15] *See* 50 Fed. Reg. 51002 (Dec. 13, 1985).

[16] *See* 45 Fed. Reg. 25652 (Apr. 15, 1980).

At the September 1992 public workshop, FDA described its labeling review process and presented the reviews it had conducted for each childhood vaccine pursuant to section 314 of the NCVIA.  Several groups presented comments, including:  Government agencies such as the National Institutes of Health and the CDC; advisory bodies (including ACIP, ACCV, the American Academy of Pediatrics, and the National Vaccine Advisory Committee), and the Vaccine and Related Biological Products Advisory Committee; manufacturers; and interested members of the public.  FDA considered these presentations and submissions made during the workshop, comments submitted to the Docket, as well as direct correspondence from manufacturers and other interested members of the public.  FDA reviewed the revised labeling of the childhood vaccines enumerated in the VIT and determined that the labeling, as revised, contained adequate warnings.

## V.    CONCLUSION

As a result of the public process utilized to implement section 314 of the NCVIA, FDA determined that the warnings, use instructions, and precautionary information distributed with each vaccine set forth in section 2114 of the PHS Act adequately warned health care providers of the nature and extent of the dangers posed by such vaccines.  FDA has reviewed the labeling of all vaccines originally listed in the VIT as well as those subsequently added to the table.

FDA's continuing review of warnings and precautions and use instructions sections of the label helps assure that labels in distribution are adequate to inform health care providers of the risks of vaccines.  FDA continues to review vaccine labeling, taking into account timely information provided through, among other things, recommendations and reports of the ACIP, epidemiological information contained in the MMWR, reports in the medical literature; and summaries from VAERS.

Appx16546

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,

          *Plaintiffs,*

    v.

MERCK & CO., INC.,

          *Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 255

Appx16547

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        ) Civl Action No.
        ex rel., STEPHEN A.        ) 2:10-04374 (CDJ)
KRAHLING and JOAN A.             )
WLOCHOWSKI,                       )
                                  )
              Plaintiffs,         )
                                  )
vs.                               )
                                  )
MERCK & CO., INC.,                )
                                  )
              Defendant.          )
_____)
        IN RE:  MERCK MUMPS VACCINE  ) Master File No.
ANTITRUST LITIGATION              ) 2:12-cv-03555 (CDJ)
                                  )
THIS DOCUMENT RELATES TO:         )
ALL ACTIONS                       )
_____)


- HIGHLY CONFIDENTIAL -

VIDEOTAPED DEPOSITION OF ROBERTA L. McKEE

Tucson, Arizona

March 30, 2017

9:06 a.m.


Prepared by:

JEFFREY W. BARTELT, CR, RPR

Certificate No. 50363

1     MS. HARDWAY: Object to form.
2     THE WITNESS: Merck, the assurance that that
3   happens is through execution of established
4   manufacturing processes and monitoring of that data
5   through our stability program to confirm that, in
6   fact, we were getting -- you know, we were -- we
7   were -- to confirm, in fact, that product throughout
8   its expiry period was meeting specification.
9     Q. BY MR. KELLER: And how do you monitor it?
10    A. Through stability.
11    Q. So -- and you use statistical models to do
12  that, don't you?
13    A. No. There are two things, so there is one,
14  you perform the actual tests and measure and you
15  compare those results against the specification. In
16  addition, you can look at trends and to provide some
17  insight as to sort of looking at it not just on a
18  point-by-point basis, but looking at the overall
19  profile for the product, but the results that we
20  focused on were the actual product specifications,
21  because the trend line is just a trend line. It's a
22  model, it's a hypothesis, so the data don't always
23  fit the hypothesis, and so, really, we were looking
24  at the confirmatory nature of the data that we were
25  testing of the product.

1     Q. And what data would you be testing to get
2   that --
3     A. Or the -- excuse me. Not data. The samples
4   we would be testing would be the stability samples
5   that we put up in the stability program.
6     Q. So you don't test every -- we talked
7   about -- you didn't -- Merck doesn't test every lot
8   that it releases over a period of time to confirm
9   that that lot met its end expiry specification;
10  correct?
11    A. Correct. No company does.
12    Q. Right. So how does it ensure itself that
13  other lots -- in fact, it only tests very few lots,
14  doesn't it?
15    MS. HARDWAY: Object to form.
16    Q. BY MR. KELLER: During this time frame.
17    A. It -- I don't recall the number of lots and
18  how the number of lots evolved. I know that they
19  were increased with time. I don't recall the
20  number, precise number of lots.
21    Q. Did it increase from one lot a year to three
22  lots a year?
23    A. Well, we actually -- because if you have a
24  process change or other kinds of things, if there
25  are other studies, you could put additional lots up.

1   You are required to at least put up one lot on an
2   annual stability. I don't recall in a year where
3   only one lot ever went up on stability.
4     Q. So the only way that your -- based on your
5   testimony that Merck confirmed that its product --
6   that each -- every mumps dose that it released would
7   be able to meet its specification end expiry is just
8   through the stability testing it did that it tracked
9   over time; correct?
10    MS. HARDWAY: Object to form.
11    THE WITNESS: No. The confidence that you
12  have that the product -- because you can't test
13  every lot. You don't test every lot. No company or
14  industry -- it's not the industry standard, nor is
15  it the regulatory expectation. The way you have
16  confidence is that you have an established
17  manufacturing process that is executed according
18  to that process. Should there be any exception to
19  that process that it would be evaluated and
20  confirmed or even in those cases even monitored to
21  check for something. So it is the collective data,
22  the collective experience of manufacturing and
23  knowing how that performs which is then confirmed or
24  denied, but confirmed through the stability
25  testing.

1     Q. BY MR. KELLER: And so I think we are going
2   in circles here. We will come back to that. Can
3   you read the next paragraph of this warning letter.
4     A. The second paragraph on page 4?
5     Q. Yes.
6     A. Our investigators reported that the data in
7   your firm's files showed that a number of mumps
8   vaccine stability samples representing lots
9   manufactured before the formulation change -- before
10  the formulation was changed during February 2000
11  failed to meet the minimum potency specification.
12  Product manufactured before February 2000 may still
13  be on the market because the expiry period is two
14  years. Please submit an analysis of mumps stability
15  data according to the range of potencies you would
16  expect the various mumps vaccine products to reach
17  at the two-year expiration date, for the analysis
18  assumed the initial potency is the minimum release
19  potency specification that was in effect before
20  February 2000. Please summarize the available data
21  regarding product efficacy at the lower end of the
22  this potency range.
23    Q. So CBER asked you to do an unless to
24  identify for those products that it considered may
25  still be out of -- may still be on the market within

Page 225

```
 1   draft is significantly different, isn't it?
 2        MS. HARDWAY: Object to form.
 3        THE WITNESS: I didn't compare them side by
 4   side, so I don't know.
 5        Q. BY MR. KELLER: Okay. There was no
 6   discussion of the one log loss in the final
 7   submission, was there?
 8        MS. HARDWAY: Object to form.
 9        Q. BY MR. KELLER: Let me strike that. There
10   was no discussion of one log loss that was in the
11   draft of Exhibit 17, was there?
12        MS. HARDWAY: Object to form.
13        THE WITNESS: The log loss that was
14   reported -- the log loss that was reported was the
15   one that was associated with the lots through --
16   prior to February of 2000, if I read this correctly,
17   so this applied to -- this analysis applied to the
18   lots, the set of lots that are discussed here. I
19   think I also read in here that we disclosed that you
20   need -- since use of incomplete data sets may
21   influence the conclusions disproportionately due to
22   the biphasic kinetics of degradation, this was only
23   lots with at least 24 months of data were included
24   in the analysis. So that -- I believe that that one
25   log loss that you're referring to are for lots that
```

Page 226

```
 1   would have been manufactured after the process
 2   change and -- which was September of '99, I believe,
 3   so that would have been September of 2001. So those
 4   lots at this juncture would not yet have had a full
 5   data set, and so that's why I believe that's not
 6   relevant here.
 7        Q. BY MR. KELLER: I see. Was there any
 8   discussion about the 223 lots that were identified
 9   in the prior draft that were projected to
10   potentially be below 4.3 log?
11        MS. HARDWAY: Object to form. Vague.
12        Q. BY MR. KELLER: That was stricken from the
13   final version; correct?
14        A. I apologize. I don't recall the context of
15   the 223, the lots release below February 27. I'm
16   sorry, could you restate the question, please?
17        Q. Sure. In the draft there was a
18   discussion -- there was -- whoever drafted this --
19   strike that.
20        In the prior draft of March 5th, 2001, three
21   days prior to this final version, the draft had a
22   disclosure of 223 lots of M-M-R II with end of shelf
23   life titers potentially less than 4.3 TCID. That
24   was removed and stricken from the final version;
25   correct.
```

Page 227

```
 1        MS. HARDWAY: Object to form.
 2        THE WITNESS: What I see here is that at the
 3   top of page 7 of the document, which is 7609, it
 4   reports the average loss rate of .703 logs, which as
 5   we mentioned a moment ago is what would be the
 6   relevant analysis for this population of lots and
 7   which was previously submitted to the agency in
 8   2000, and then it says, thus, it is assumed that the
 9   initial potency is 4.3 logs, so this analysis goes
10   to the lowest potency at which it would be released,
11   so it is really a reflection of the worst case, so
12   these 223 -- there were six lots -- actually, it
13   doesn't look like any lot was released at 4.3. It
14   looks like, if this is correct in this draft, was
15   4.4, so rather than provide that, it was providing
16   saying that if it is assuming the initial potency is
17   4.3 which would have been the absolute lowest, it
18   conveys -- it does the math on this to say that the
19   expected at expiry is 3.6.
20        So I think you are correct that that table
21   is not here, but I think the intent of the message
22   of what's the -- how do you apply the statistical
23   analysis to that population of data is conveyed.
24        Q. BY MR. KELLER: It just doesn't disclose how
25   many lots that affected; correct?
```

Page 228

```
 1        MS. HARDWAY: Object to form.
 2        THE WITNESS: The total number of lots is
 3   not included here.
 4        Q. BY MR. KELLER: Do you think that's --
 5        A. But the agency would know -- the agency
 6   would have access to how many lots. They release --
 7   CBER releases every batch of product, so when those
 8   lots are released, they know -- they review the data
 9   and can even do testing, their own testing in their
10   own laboratories to get a sense on that, so they
11   have access to the number of lots. That's not
12   anything that they wouldn't have or couldn't have.
13        Q. Do you know who made the decision to take
14   out that chart?
15        A. No.
16        MS. HARDWAY: Object to form.
17        Q. BY MR. KELLER: Was it you?
18        A. I don't know.
19        Q. Okay. Let me -- let's go back to the first
20   page of the warning letter. I mean, the response to
21   the warning letter.
22        A. Okay.
23        Q. Can you read the first paragraph for the
24   record.
25        A. We acknowledge receipt on February 14th,
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,
                    *Plaintiffs,*
        v.
MERCK & CO., INC.,
                    *Defendant.*

Civil Action No. 10-4374 (CDJ)

CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 256

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION<br><br>THIS DOCUMENT PERTAINS TO ALL ACTIONS | Master File No. 2:12-cv-03555 |
| UNITED STATES OF AMERICA *EX REL.* STEPHEN A. KRAHLING AND JOAN A. WLOCHOWSKI,<br><br>PLAINTIFFS<br><br>v.<br><br>MERCK & CO., INC.,<br><br>DEFENDANT. | No. 10-cv-4374 |

## REPORT OF DIPTI GULATI, MS, D. PHIL.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

139.    On April 20, 2001, Merck filed BPDR 01-005.[179] The reported stated:  ". . . [R]etention samples of specific M-M-R®II lots within expiry were evaluated for mumps potency. Lots were chosen to be tested if, based on recent stability analyses, expiry potencies would be predicted to be below 3.7 $TCID_{50}$ /dose, the lowest dose evaluated in [Protocol 007] . . . Four of the five lots yielded results below the label claim of 4.3 $\log_{10} TCID_{50}$ /dose, but higher than the projected worst-case values of less than 3.7 $\log_{10} TCID_{50}$ /dose; one lot met the current expiry specification." Read in total, the BPDR reported:

| Lot Number | Time Point Tested | $\log_{10} TCID_{50}$ /dose (*as tested*) | $\log_{10} TCID_{50}$ /dose (*predicted*) | Expiration Date |
|---|---|---|---|---|
| 0536J | 24-month | 4.0 | < 3.7 | 3/26/01 |
| 0539J | 24-month | 3.9 | < 3.7 | 3/26/01 |
| 0926J | 24-month | 4.3 | < 3.7 | 5/28/01 |
| 1070J | 24-month | 4.2 | < 3.7 | 5/15/01 |
| 1071J | 24-month | 3.9 | < 3.7 | 5/18/01 |

The testing performed in connection with this BPDR further support the opinions discussed below in paragraph 149.b. that the End Expiry Prediction Model developed in February 2001 was not accurate or reliable.

F.    **CBER Evaluates Product Compliance Based on Whether Test Results from Real Time Potency Data / Studies Comply With Specifications Not Based on Compliance with Modeling Based on Historic or Anticipated Trends.**

140.    When assessing a product's stability profile or compliance with labeling specifications, actual potency stability test results are more important than hypothetical end expiry projections that may only reflect the Company's mid-process assessment of questions about the product. Market authorization holders are required to be in compliance with approved labeling specifications but not the predicted labeling specification based on predication model or on-going studies. Office of Compliance and Biologics Quality made it clear during its inspection in 2000 and in the February 2001 Warning Letter that "Products must meet their specifications," not historical trends,[180] making clear that CBER has rejected the idea of using modeling as the measure of actual compliance.

141.    In my experience, stability studies are used to monitor product potency and assure that the release specifications continue to be appropriate. In February 2001, Merck explored a model to predict expiry potency. Based on my experience and the testimony of one of the Merck statisticians involved in analyzing the stability of the mumps vaccines, I understand this analysis to

---

[179] MRK-KRA00754233.

[180] MRK-KRA01649535; MRK-KRA00209399.

39

Appx16553

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

$\log_{10}$ TCID$_{50}$ to ±0.14 $\log_{10}$ TCID$_{50}$.[196] However, the data used in the February 2001 End Expiry Prediction Model was collected using the prior 3x1 assay format. 24-month data that reflected results from the new, lower variability assay format (1x6) was not available in February 2001. Therefore, model could not be validated at the time it was built with stability data from a similar manufacturing process and tested using a similar TCID$_{50}$ assay format.

        iii.    *Inadequate study design and data set*: Real time data generated for lots manufactured with the increased manufacturing potency and tested with the 1x6 format was not available until 2003. Because this data was not available, any modeling in 2000/2001 was not supported by real time data reflecting the way the product was being made or tested at the time. Additionally, the modeling appears to be based on an otherwise limited data set from 20 lots. A larger data set over a longer period of time would have given, in my opinion, a more reliable estimate of log loss. The limited data set used (from 20 lots) includes complete 24-months potency stability data set from lots filled only from 01/95 to 05/98. The average of log loss from limited dataset was 0.703. Calculating whether current product would meet expiry specifications based only on this limited data set would not be appropriate because the data set was chosen arbitrarily – it was the set of lots for which CBER asked for stability results in October 2000, but the data set reflects a period of high log loss based on a relatively small number of values where it was not clear that the more recent lots with higher log loss was truly representative of the product's profile (or any potential change to the product profile).[197]

        iv.    Under the circumstances, I think it was appropriate that Merck did not report this model to CBER or implement further changes internally until complete stability data was available. On February 8, 2000, February 15, 2000, and February 22, 2000, Merck initiated three "Mumps High Titer" stability studies to evaluate the stability of lots manufactured with a release manufacturing potency of ≥ 5.0 $\log_{10}$ TCID$_{50}$.[198] Those studies were conducted from 2000 through 2002 and results for the complete studies were reported in Merck's 2003 Annual Stability Report for M-M-R®II, which was approved on May 30, 2003.[199] As that report makes clear, no out of specification measurements were observed at any interval when potency was tested for the mumps lots using product manufactured with potency of > 5.0 $\log_{10}$ TCID$_{50}$ and using the 1x6 assay format. The results of the testing reflected:

| Lot | Specification | Interval (Months) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Initial | 3 | 6 | 9 | 12 | 18 | 24 | 30 |
| 0633752 (filled Aug. 30, 1999) | > 3.6 $\log_{10}$ (TCID$_{50}$/.1 mL)[200] | 4.5 | 4.3 | 4.2 | 4.1 | 4.1 | 3.9 | 3.9 | 3.7 |

[196] MRK-KRA00756381.

[197] MRK-KRA01896349; MRK-KRA00549487.

[198] MRK-KRA01633601; MRK-KRA01632745; MRK-KRA01633529.

[199] MRK-KRA01632888.

[200] Data reported in Annual Stability reports is reported on the basis of TCID$_{50}$ per .1 mL. The expiry potency specification or 4.3 $\log_{10}$ TCID$_{50}$ /.5 mL is equivalent to 3.6 $\log_{10}$ TCID$_{50}$/.1 mL.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| 0633815 (filled Sept. 12, 1999) | > 3.6 $\log_{10}$ ($TCID_{50}$/.1 mL) | 4.5 | 4.3 | 4.4 | 4.2 | 4.0 | 3.9 | 3.9 | 3.8 |
|---|---|---|---|---|---|---|---|---|---|
| 0634034 (filled Sept. 22, 1999) | > 3.6 $\log_{10}$ ($TCID_{50}$/.1 mL) | 4.4 | 4.4 | 4.3 | 4.3 | 4.2 | 4.0 | 3.9 | 3.8 |

This real time stability data did not support the February 2001 End Expiry Prediction Model and could not have been used to validate the model. As more data is added to an existing data set, the accuracy of the model improves. Once 3 years of complete stability data set was available in 2005 (Annual Stability lots from 2000, 2001, and 2002), it became clear that the recalculated log loss and predictions from the February 2001 End Expiry Prediction Model were not accurate. The actual data demonstrated that average log loss at 2-8 C for 24 months was not .703, as indicated by the second model.[201] The average log loss improved from 0.55 - 0.60[202] (as calculated by Model 1) to 0.4397[203] log at 2-8 C for 24 months (as calculated by Model 3), based on the calculation of mumps overall stability profile using the comprehensive statistical release model, submitted and approved with the MMR rHA filing in August 2005.[204] In conclusion, it is my opinion that it was appropriate to not submit the February 2001 End Expiry Prediction Model until it was validated with real time data. This model was eventually proven wrong. There is a high risk introduced by relying on an unvalidated model, especially where the model could be read to suggest the need to recall product that shouldn't be recalled. Here, a product recall based on an unvalidated (and subsequently wrong) model could have resulted in a possible drug shortage; it also could have led to children not being protected from not only mumps, but also from measles and rubella. There is a definite risk that can come from making decisions based on unvalidated model or datasets.

     c.     *MODEL 3 (Comprehensive Statistical Release Model to determine Minimum Release Specifications for Mumps Vaccine with rHA)*: In 2005, Merck further refined its statistical release model for M-M-R®II.[205] This model included parameters such as loss during sealing / inspection / packaging operations (Time out of refrigeration or TOR), storage at -20 C (One Year) prior to fill and storage of the product for 8 hours following reconstitution. The addition of these parameters, along with an allowance for error in each of their estimation, was intended to ensure, with 95% confidence, that each component of the vaccine would maintain its end-expiry titer. It is industry practice to use this approach for stability model during product development and NDA/BLA stability analysis phases to calculate manufacturing target, minimum release or expiry. Product before commercialization is manufactured at smaller scale and data from only few lots is used to calculate manufacturing target, minimum release or expiry potency specifications. For commercial product that has been on market for several decades and where real time stability data is available – as with the M-M-R®II vaccine, it is my opinion that performing statistical analysis of real time data provides more accurate estimates or models. The recalculation of mumps release potency using this model in

---

[201] MRK-KRA00590097.

[202] MRK-KRA00756383 and MRK-KRA01624909.

[203] MRK-KRA-KRA00141789, at '885.

[204] MRK-KRA-KRA00141789, at '885; and MRK-KRA00560681.

[205] MRK-KRA00141789, at '885; and MRK-KRA00560681.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,

　　　　　　　　*Plaintiffs,*

　　v.

MERCK & CO., INC.,

　　　　　　　　*Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 257

Department of Health and Human Services

Food and Drug Administration

# Biological Product Deviation
# Report Form

| FDA Use Only |
|---|
| Date Received: |
| BPD ID: |
| BPD No: |

*Indicates Required Information

## A. Facility Information:

### 1. Reporting Establishment Information:

**\* Reporting Establishment Name:**
Merck & Co., Inc.

**\* Street Address Line 1:**
P.O. Box 4, WP36M-5

Street Address Line 2:
N/A

**\* City:**
West Point

| **\* State:** | **\* Zip Code:** |
|---|---|
| Pennsylvania | 19486 |

Country:
United States of America

**\* Point of Contact:**
Roberta L. McKee, Ph.D.

| **\* Telephone #:** | E-mail: |
|---|---|
| (215) 652 5603 | roberta_mckee@merck.com |

### 2. \* Reporting Establishment Identification Number:

FDA Registration #: ELA License # 2

CLIA #: N/A

### 3. If the BPD occurred somewhere other that the above facility, please complete this Section and Section A4, otherwise continue onto Section B1.

**\* Establishment Name:**
N/A

Street Address Line 1:
N/A

Street Address Line 2:
N/A

**\* City:**
N/A

| **\* State:** | Zip Code: |
|---|---|
| N/A | N/A |

**\* Country:**
N/A

### 4. \* Reporting Establishment Identification Number:

FDA Registration #: N/A

CLIA #: N/A

## B. Biological Product Deviation (BPD) Information:

### 1. Establishment Tracking #:
BPD 01-003

### 2. Date BPD Occurred:
January 4 and 16, 2001

### 3. \* Date BPD Discovered:
January 4 and 16, 2001

### 4. \* Date BPD Reported:
March 5, 2001

### 5. \* Description of BPD (use Section B5 attached for additional space):

See Attached

### 6. \* Description of Contributing Factors or Root Cause (use Section B6 attached for additional space):

See Attached

### 7. \* Follow-up (use Section B7 attached for additional space):

See Attached

### 8. \* Please Enter the BPD Code:
PS - 53 - 02

## C. Unit/Product Information:

Please Check Type of product:    **X** Non-Blood
(use Section C2 attached for additional space)

Page 1 of 6

CONFIDENTIAL

MRK-KRA00754239
MRK-CHA00754239

# Biological Product Deviation
# Report Form

**B5. Description of BPD (Continued)**

An investigation was initiated into a recent out-of-specification result for single-dose vials of M-M-R®$_{II}$ Lot # 0628706 at the 24-month stability interval for potency of measles and mumps at the 4-hour and 8-hour reconstitute and store intervals, respectively.  The expiry of the product is 24 months.  An REDACTED – OMP

logTCID$_{50}$/dose.  An average mumps potency value of 4.2 logTCID$_{50}$/dose was observed, versus the expiry specification of 4.3 logTCID$_{50}$/dose. REDACTED – OMP

REDACTED  M-M-R®$_{II}$ Lot # 0628706 was packaged into Lot # 1540H.  This lot has been distributed domestically and expired on 10/03/00.

Page 2 of 6

CONFIDENTIAL

MRK-KRA00754240
MRK-CHA00754240

# Biological Product Deviation
# Report Form

**B6. Description of Contributing Factors or Root Cause (Continued)**

The manufacturing documentation associated with single-dose vials of M-M-R®$_{II}$ Lot # 0628706 was reviewed. This included a review of the formulation, filling, lyophilization, and inspection process descriptions. There were no atypical events that would result in a lack of potency associated with the manufacture of this lot. The bulk thaw time, time in solution, fill volume, and inspection reject rate were all within specification. The total time out of refrigeration for inspection and packaging was within allowable limits. REDACTED – OMP

REDACTED – OMP The mumps potency test result at release was 4.9 logTCID$_{50}$/dose, which was above the release specification of ≥4.3 logTCID$_{50}$/dose. All other release testing for this lot was satisfactory.

The investigation also included a review of the testing documentation associated with the 24-month stability intervals. Reconstitute and store potency testing is performed at the initial and 24-month intervals. Samples are reconstituted with sterile diluent, incubated at 2-8°C for 0, 4, and 8 hours and tested using a 3x1-potency assay format. For Lot # 0628706 samples were stored, based on the protocol, in both an upright and inverted orientation. Samples are required to meet minimum potency specifications (≥3.0 logTCID$_{50}$/dose for measles and ≥4.3 logTCID$_{50}$/dose for mumps). Three vials of Lot # 0628706 were tested for measles reconstitute and store potency resulting in a measles potency value of 2.8 logTCID$_{50}$/dose at the 4-hour interval, inverted. Expanded testing was not performed for measles due to limited sample availability and the fact that potency values were satisfactory at the 0 and 8-hour interval. Potency results were satisfactory at the 0, 4, and 8-hour time points for samples in the upright orientation. (see table 1). Three vials of Lot # 0628706 were tested for mumps reconstitute and store potency resulting in a mumps potency value of 4.2 logTCID$_{50}$/dose, at the 8-hour interval, upright. Expanded testing was completed on three additional vials resulting in an average mumps potency value of 4.2 logTCID$_{50}$/dose for this interval (see table 2). Additionally, 24-month potency results for measles and mumps obtained when the vaccine was reconstituted and not stored were within specification (3.1 logTCID$_{50}$/dose for measles and 4.4 logTCID$_{50}$/dose for mumps). There were no atypical events associated with these tests. All instruments were within calibration, the ranges among individual potency values for the samples and the positive control House Standards were within established limits, and the House Standard values were within the control limits.

Active Stability Monitoring methods were used to evaluate the data from the 24-month reconstitute and store stability time point against pooled historical data from single and multi-dose images of measles and mumps-containing vaccines. It should be noted that Active Stability Monitoring is based on House Standard adjusted values. Adjustment to the daily House Standard has been proposed to compensate for some of the variability associated with the M-M-R®$_{II}$ potency assays. The Active Stability Monitoring evaluation concluded that results for both measles and mumps are consistent with our historical experience and process capability for this product.

CONFIDENTIAL

MRK-KRA00754241
MRK-CHA00754241

Appx16559

# Biological Product Deviation
# Report Form

B7. Follow-up (Continued)

M-M-R$^3$ Lot # 0628706 was packaged into Lot # 1540H.  All vials from Lot # 1540H (115,270 vials total) were distributed domestically and expired on 10/03/00.  No product quality complaints have been registered against this lot. Two adverse experience reports were received.  Neither report related to a lack of potency or failure to seroconvert.  Our medical assessment determined that clinical studies have shown that the minimum dose required to immunize a seronegative child has been found to be as low as 1.3 logTCID$_{50}$/dose for measles and 3.1 logTCID$_{50}$/dose for mumps.

Therefore, for a child who might receive a sub-optimal dose of vaccine in the range of 2.8 logTCID$_{50}$/dose for measles or 4.2 logTCID$_{50}$/dose for mumps, as measured in the stability study, the possibility of not seroconverting, potentially leading to a lack of immunity, would not be expected.

Our investigation concluded that the specific out of specification results for both measles and mumps are within the variability of the potency assay. These results are consistent with potency values at or near the minimum specification.  Active Stability Monitoring indicates that the performance of this lot is consistent with the historical performance of previous lots of this product REDACTED – OMP
REDACTED – OMP
REDACTED – OMP     . To ensure that lots will meet the mumps potency specification of 4.3 TCID$_{50}$/dose at expiry, the minimum specification was revised from 4.3 to 5.0 logTCID$_{50}$/dose at release. On 2/11/00, a Prior Approval Supplement was approved that included these changes.

Based on the fact that potency values in the range of 2.8 logTCID$_{50}$/dose for measles and 4.2 logTCID$_{50}$/dose for mumps would not be expected to lead to a lack of immunity Merck & Co., Inc. believes that no further action is warranted for Lot # 1540H.

CONFIDENTIAL

MRK-KRA00754242
MRK-CHA00754242

Appx16560

# Biological Product Deviation
# Report Form

C3. Non-Blood Products

Total Number of Lots: 1

| Lot # | Expiration Date (MM/DD/YYYY) | Product Type | Product Code | Disposition | Notification (Y, N, N/A) |
|---|---|---|---|---|---|
| 1) 1540H | (10/03/00) | Vaccine | CY04 | Domestically Distributed | N/A |
| 2) | | | | | |
| 3) | | | | | |
| 4) | | | | | |
| 5) | | | | | |
| 6) | | | | | |
| 7) | | | | | |
| 8) | | | | | |
| 9) | | | | | |
| 10) | | | | | |
| 11) | | | | | |
| 12) | | | | | |
| 13) | | | | | |
| 14) | | | | | |
| 15) | | | | | |

# Biological Product Deviation

Page 5 of 6

CONFIDENTIAL

MRK-KRA00754243
MRK-CHA00754243

Appx16561

# Report Form

D. Additional Comments

### Table 1: Measles Reconstitute and Store Potency Results

| | 24-Month Interval (upright) | | | 24-Month Interval (inverted) | | |
|---|---|---|---|---|---|---|
| | Potency Results | Unadjusted Average | HS-Adjusted Average | Potency Results | Unadjusted Average | HS-Adjusted Average |
| 0 hr | 3.1, 2.9, 2.9 | 3.0 | 3.3 | 3.1, 3.2, 3.1 | 3.1 | 3.4 |
| 4 hr | 3.2, 2.9, 2.8 | 3.0 | 3.3 | 2.9, 2.8, 2.6 | **2.8** | 3.1 |
| 8 hr | 3.0, 3.2., 2.9 | 3.0 | 3.3 | 2.9, 3.0, 3.1 | 3.0 | 3.3 |

- All results are in TCID$_{50}$/dose
- Minimum Potency Specification for Measles = 3.0 TCID$_{50}$/dose
- HS = house standard

### Table 2: Mumps Reconstitute and Store Potency Results

| | 24-Month Interval (upright) | | | 24-Month Interval (inverted) | | |
|---|---|---|---|---|---|---|
| | Potency Results | Unadjusted Average | HS-Adjusted Average | Potency Results | Unadjusted Average | HS-Adjusted Average |
| 0 hr | 4.4, 4.4, 4.5 | 4.4 | 4.3 | 4.2, 4.5, 4.4 | 4.4 | 4.3 |
| 4 hr | 4.6, 4.4, 4.1 | 4.4 | 4.3 | 4.3, 4.2, 4.6 | 4.4 | 4.3 |
| 8 hr | 4.1, 4.2, 4.4 | **4.2** | 4.1 | 4.1, 4.4, 4.5 | 4.3 | 4.2 |
| 8 hr expanded | 4.2, 4.2, 4.2 | **4.2** | 4.1 | N/A | | |

- All results are in TCID$_{50}$/dose
- N/A = not applicable
- HS = house standard
- Minimum Potency Specification for Mumps = 4.3 TCID$_{50}$/dose

CONFIDENTIAL

MRK-KRA00754244
MRK-CHA00754244

Appx16562

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,
                *Plaintiffs,*
   v.
MERCK & CO., INC.,
                *Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND**
**"HIGHLY CONFIDENTIAL –**
**ATTORNEYS' EYES ONLY" MATERIAL**
**PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 258

Appx16563

# Jeryl Lynn Strain Live Attenuated Mumps Virus Vaccine

### Influence of Age, Virus Dose, Lot, and γ-Globulin Administration on Response

Eugene B. Buynak, PhD; Maurice R. Hilleman, PhD, DSc;
M. Bernice Leagus, PhD; James E. Whitman, Jr., PhD;
Robert E. Weibel, MD; and Joseph Stokes, Jr., MD, DSc

The influence of age, virus dose, lot, and γ-globulin administration on serologic and clinical responses to Jeryl Lynn strain live attenuated mumps virus vaccine was studied. Fever or other clinical reaction referable to the vaccine did not develop in childen given vaccine subcutaneously or by jet gun. Mumps antibody of maternal origin suppressed the serologic response to the vaccine. Replicate lots of vaccine gave equally acceptable performance in children. Three hundred seventeen tissue culture doses of mumps vaccine virus were sufficient to immunize. Up to 100 units of mumps neutralizing antibody in human immune globulin coadministered with vaccine but given into the opposite arm did not suppress serologic response to the vaccine. The vaccine was stable for at least one year in dried form and for at least eight hours at 4 C following rehydration.

Previous reports[1-3] have described the development and clinical-laboratory evaluation of the Jeryl Lynn strain live attenuated mumps virus vaccine. Susceptible children who received vaccine by the subcutaneous route did not display clinical reaction referable to the vaccine, did not excrete the virus, and did not induce a contagious infection in susceptible contacts. The vaccine induced antibody in 98% of initially seronegative recipients and afforded protection against natural mumps in 97% of children in a large-scale field study which was carried out during 1965-1966.[1,4,5]

The present report expands the information relative to the vaccine and presents data relating to the influence of age of child, dose of virus, lot of vaccine, and concurrent γ-globulin administration upon the clinical and serologic response to the vaccine given subcutaneously or by jet gun. Additional data relating to stability of the mumps virus in the vaccine are also given.

## Methods

*Vaccines.*—The five different lots of Jeryl Lynn strain live mumps virus vaccine which were used were prepared as a stable dried product in a manner described earlier.[2] Lots 137, 218, 231, and 253 were

See also page 14.

B-level vaccine in the 17th egg-cell culture passage.[1-3] Lot 247 was in the tenth chick-embryo-cell culture passage beyond the B-level vaccines. Lot 137 had been employed in the large field trials previously reported.[4-7] Lot 41004 was B-level vaccine in the 18th egg-cell culture passage.

*Conduct of the Clinical Studies.*—The studies were carried out among children in several locations: St. Vincent's Hospital, operated in connection with an orphanage in Philadelphia; Pleasant Manor, an institution for mentally retarded children located at Point Pleasant, Pa; the pediatric outpatient clinic of Lankenau Hospital located at Overbrook, Pa, a suburb of Philadelphia; Union Methodist Church School in Havertown; and the suburban Ardmore Community Health and Civic Association near Philadelphia. The investigations were carried out, as appropriate, with the concurrence of the medical and supervisory staffs of the institutions, approval of the Pennsylvania Association for Retarded Children, and parental consent.

From the Division of Virus and Cell Biology Research, Merck Institute for Therapeutic Research, West Point, Pa (Drs. Buynak, Hilleman, Leagus, and Whitman), and the Department of Pediatrics, School of Medicine, University of Pennsylvania, Philadelphia (Drs. Weibel and Stokes).

Reprint requests to Division of Virus and Cell Biology Research, Merck Institute for Therapeutic Research, West Point, Pa 19486 (Dr. Buynak).

Downloaded From: http://jama.jamanetwork.com/ by a Reprints Desk User on 10/04/2016

Appx16564

Table 1.—Serologic Findings in Children Who Received Different Lots of Mumps Virus Vaccine

| Study No. | Vaccine | | | No. Seroconverted per Total Vaccinated | Geometric Mean Titer (Postvaccination) | | Tests for Mumps Virus in Throat (Days 0, 11, 14, and 17) |
| | Lot No. | Passage Level | Infectivity Titer (Neg. Log₁₀) | | Serum Neutralization | Hemagglutination Inhibition | |
|---|---|---|---|---|---|---|---|
| 74 | 218 | B | 3.8° | 15/15 | 9 (12)† | 4.4 | All negative |
| 76 | 231 | B | 4.5 | 9/9 | 19.5 (7) | 10 | All negative |
| 87 | 253 | B | 3.5 | 9/9 | 5.9 (9) | 5.8 | All negative |
| 86A | 247 | B + 10 | 4.8 | 6/8 | 3.3 (8) | 1.8 | All negative |
| 86B | 247 | B + 10 | 4.8 | 6/6 | 3.7 (6) | 5 | Not done |
| 86C | 247 | B + 10 | 4.8 | 6/6 | 3.2 (6) | Not done | Not done |

°Hemadsorption end points (grivet monkey kidney).
†Not all cases were tested by serum neutralization. Actual members tested are as shown in parentheses.

The vaccine dose was 0.5 or 1 ml given subcutaneously. The jet injection dose was 0.5 ml. All vaccine was rehydrated immediately prior to use. Blood samples for purpose of measuring serologic response to the vaccine were withdrawn immediately prior to and 28 to 35 days after vaccination, and the sera were stored frozen at −20 C until tested. Throat specimens for testing for mumps virus excretion were collected from the children in the vaccine lot study (Table 1) immediately prior to giving vaccine and on days 11, 14, and 17 thereafter. The specimens were taken by swab applied firmly to Stensen's duct, extracted into sterile veal infusion broth, and stored frozen at −65 C in a mechanical deep freeze until tested for presence of virus a few days later. The children in the institutions were under continuous observation by the nursing staff and the physicians, who recorded temperature and clinical findings. Parents of children in families were given a report card for each child for recording temperatures once daily plus any other illness, and the parents were asked to notify one of us (R.E.W.) immediately when any illness occurred. Patients in institutions who had significant illness were seen by a staff physician and, in families, by one of us (R.E.W.). Other pertinent details are given in the text.

*Laboratory Tests.*—The serum neutralization and hemagglutination-inhibition (HI) titrations for mumps antibody in the children's sera were performed as described earlier.[2,8] Both whole and tween-ether treated mumps virus were employed in the HI tests. The serum neutralization test was the most sensitive for detecting antibody, followed in succession by the HI test with tween-ether treated antigen, and whole virus antigen.[8] The paired sera were usually tested initially for HI antibody. Repeat tests by the neutralization method were carried out for those sera in which there was failure of response by HI (<1:5) or in which the HI titer following vaccination was low (1:5). Mumps virus isolation attempts were made on primary passage and on one subculture passage in grivet renal cell cultures as previously described.[5] Infectivity titrations of mumps virus vaccine in stability studies were carried out on the same cell cultures as described earlier,[4] and the end point was based on presence

Table 2.—Summary: Influence of Age of Infant on Initial Serologic Status and on Response to Vaccination

| Age | Serologic Status Prior to Vaccination | | No. Responded per No. Initially Seronegative |
| | No. Seropositive | No. Seronegative | |
|---|---|---|---|
| 3 mo | 2 | 0 | ... |
| 4 mo | 2 | 1 | 0/1 |
| 5 mo | 0 | 3 | 2/3 |
| 6 mo | 0 | 7 | 7/7 |
| 7 mo | 2 | 8 | 8/8 |
| 8 mo | 0 | 6 | 5/6 |
| 9 mo | 0 | 5 | 5/5 |
| 10 mo | 1 | 5 | 4/5 |
| 11 mo | 1 | 9 | 9/9 |
| Total | 8 | 44 | 40/44 |

or absence of hemadsorption of added red blood cells.

### Results

*Influence of Age on Response to Vaccination.*—A study was carried out to determine at what age children might be safely and effectively given live mumps virus vaccine. Part of the study was carried out at St. Vincent's Hospital and part at Lankenau Hospital. All children were 3 to 11 months of age and presented a clinical history negative for mumps. The children were vaccinated at St. Vincent's Hospital on July 13 or Aug 17, 1966, and unvaccinated children were observed as controls. The children were vaccinated at Lankenau Hospital from Oct 20 through Nov 17, 1966. There were no unvaccinated controls.

Altogether, 52 children received vaccine. Eight of the children displayed mumps antibody prior to vaccination. The serum neutralizing antibody titers following vaccination in initially seronegative children ranged from <1:1 to 1:64 and the HI titers from <1:5 to 1:80. The geometric mean titers after vaccination of all children who were initially seronegative were 1:5 by neutralization and 1:4.5 by HI assay.

A summary of data is given in Table 2. The eight infants who were initially seropositive covered the entire span of ages tested. Antibody among the very young infants was likely of maternal origin while that in the older children may have been due to experience with mumps, although no history of

Downloaded From: http://jama.jamanetwork.com/ by a Reprints Desk User on 10/04/2016

Appx16565

MUMPS VIRUS VACCINE—BUYNAK ET AL                                    11

Table 3.—Titration of Live Mumps Virus Vaccine Lot 137 in Mumps Seronegative Children

| Vaccine | | Number of Persons With Neutralizing Antibody Titer After Vaccination | | | | | | | | No. Responding per Total | % Responding | Geometric Mean Titer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dilution | TCID$_{50}$/Dose* | <1 | 1 | 2 | 4 | 8 | 16 | 32 | 64 | | | |
| | | | | | Study No. 1 (Lankenau) | | | | | | | |
| Undiluted | 31,700 | 0 | 2 | 0 | 3 | 6 | 2 | 3 | 0 | 16/16 | 100 | 7.7 |
| $10^{-0.5}$ | 10,000 | 0 | 2 | 2 | 1 | 4 | 2 | 1 | 0 | 12/12 | 100 | 5.3 |
| $10^{-1}$ | 3,170 | 0 | 0 | 2 | 2 | 2 | 3 | 2 | 1 | 12/12 | 100 | 10.1 |
| $10^{-1.5}$ | 1,000 | 0 | 1 | 2 | 1 | 2 | 2 | 1 | 1 | 10/10 | 100 | 7.5 |
| $10^{-2}$ | 317 | 0 | 0 | 2 | 2 | 7 | 1 | 0 | 1 | 13/13 | 100 | 7.2 |
| | | | | Study No. 2 (Ardmore Community Health and Civic Association) | | | | | | | | |
| $10^{-2}$ | 317 | 0 | 0 | 4 | 3 | 2 | 2 | 0 | 0 | 11/11 | 100 | 4.5 |
| $10^{-2.5}$ | 100 | 2 | 1 | 0 | 3 | 0 | 3 | 0 | 0 | 7/9 | 78 | 4 |
| $10^{-3}$ | 31.7 | 2 | 2 | 2 | 0 | 1 | 0 | 0 | 0 | 6/8 | 75 | 2.6 |
| $10^{-3.5}$ | 10 | 2 | 4 | 1 | 0 | 0 | 1 | 0 | 0 | 6/8 | 75 | 1.5 |

*TCID = tissue culture infective dose.

Table 4.—Failure of Human Immune Globulin to Affect Antibody Response to Mumps Virus Vaccine

Gamma Globulin*

| Body Weight (cc/lb) | Mumps Neutralizing Antibody (Units/lb) | No. of Children With Postvaccination Titer | | | | | | | | Total No. of Children | Geometric Mean Titer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Neutralizing Antibody | | <1 | 1 | 2 | 4 | 8 | 16 | 32 | 64 | | |
| 0.02 | 100 | 0 | 0 | 1 | 4 | 3 | 3 | 3 | 1 | 15 | 10.6 |
| 0.01 | 50 | 0 | 2 | 0 | 1 | 3 | 2 | 0 | 0 | 8 | 5.2 |
| 0 | 0 | 0 | 0 | 1 | 5 | 3 | 1 | 1 | 0 | 11 | 6.2 |
| Hemagglutination Antibody | | <5 | 5 | 10 | 20 | 40 | 80 | | | | |
| 0.02 | 100 | 0 | 1 | 7 | 4 | 3 | 0 | | | 15 | 15.2 |
| 0.01 | 50 | 0 | 6 | 0 | 2 | 0 | 0 | | | 8 | 7.1 |
| 0 | 0 | 1 | 4 | 3 | 3 | 0 | 0 | | | 11 | 7.6 |

*Lot 74169B was used. The mumps neutralizing antibody titer was 1:500/0.1 ml.

exposure was obtained. Forty of the total group of 44 infants who were initially seronegative responded to vaccination. Though the numbers were small, it appeared conclusive that maternal antibody inhibited response to the vaccine.

The occurrence of fever and other miscellaneous clinical reactions was noted among the initially seronegative children who responded serologically to the vaccine and was compared with that observed among the control persons who were initially seropositive, who failed to respond serologically to the vaccine, or who were not vaccinated. There was very little fever in either the test or control group following vaccination, and that which did occur was roughly comparable in amount in the two groups. There was no other apparent clinical reaction referable to the vaccine.

*Influence of Virus Dose on Response to Vaccination.*—It was reported in a previous publication (study 1)[3] that all of 63 children given from 317 to 31,700 tissue culture doses of lot 137 Jeryl Lynn strain mumps virus vaccine responded serologically. The minimal amount of virus required for serologic response in children was not determined, and the study was extended to include as few as ten tissue culture doses of virus. In the latter test (study 2), 36 mumps susceptible children at the Ardmore Community Health and Civic Association

were divided into four groups and were given 317, 100, 31.7, or 10 tissue culture doses of lot 137 vaccine in 1-ml volume by the subcutaneous route on Jan 17, 1967. The children ranged in age from 10 months to 9 years and all were bled prior to and 28 days following vaccination.

Table 3 summarizes the results of studies 1 and 2. It is seen that 317 tissue culture doses were adequate to effect a mumps antibody response in all the children. Approximately 75% of children given 100, 31.7, or 10 tissue culture doses of mumps virus responded, and there was a relative decrease in antibody titer value as the virus dose was lowered.

*Influence of Vaccine Lot on Response to Vaccination.*—All the initial tests of B-level Jeryl Lynn strain live attenuated mumps virus vaccine were carried out using lot 137 vaccine only. To test for consistency in quality, lots 218, 231, and 253 were prepared at the same passage level as lot 137 and, in addition, lot 247 vaccine was made at ten passages in chick embryo beyond that employed to make lot 137. Tests of these lots were carried out in children at the Union Methodist Church School, except for a few children who received lot 247 vaccine at the Ardmore Community Health and Civic Association. The tests were carried out at different time periods between March 4, 1966, and Feb 14, 1967. The dose of vaccine was 0.5 ml given subcutaneously. The children ranged in age from 7 months to 14 years.

The findings presented in Table 1 shows that the tissue culture infectivity doses of the vaccine lots ranged in titer from $10^{-3.8}$ to $10^{-4.6}$/0.1 ml. All initially seronegative recipients of level-B vaccine lots 218, 231, and 253 showed a serologic response to vaccination. There were 2 failures of response to B+10-level vaccine lot 247 in test 86A, but all

Downloaded From: http://jama.jamanetwork.com/ by a Reprints Desk User on 10/04/2016

Appx16566

the children responded in tests 86B and 86C. It was concluded that further passage in chick-embryo-cell culture did not markedly affect the antibody inducing capacity of the vaccine, although the mean antibody titers were usually lower.

No clinically important reaction occurred in any of the children during the 28-day period following vaccination. One child showed erythema and induration ($3 \times 4$ inch maximum) at the injection site which appeared on the day following vaccination and which lasted for three days. The maximum temperature during this period was 101.4 F (38.5 C). The child had received three doses of killed measles vaccine of chick-embryo origin one year and longer prior to the live mumps virus vaccine. The pattern for presence of fever and for occurrence of miscellaneous reactions among the vaccinated children was not significantly different from that among the controls. None of the vaccinated children excreted mumps virus at any of the time periods they were sampled.

*Administration of Mumps Vaccine by Jet Gun.—* Fourteen children who were initially seronegative to mumps virus were given 0.5 ml of lot 41004 Jeryl Lynn strain live attenuated mumps virus vaccine by jet gun at the Ardmore Community Health and Civic Association on March 22, 1967. The infectivity titer of the vaccine was $10^{-1.4}/0.1$ ml. The children ranged in age from 2 to 6 years, and the mean age was 3.3 years.

All 14 children responded serologically to the vaccine. The serum neutralizing antibody titers following vaccine ranged from 1:1 to 1:16 and the geometric mean titer was 1:4.2. No clinically important reaction was observed in any of the children in the 28-day period following vaccination.

*Influence of Simultaneous Administration of Human Immune Globulin on Response to Vaccination.* —Live attenuated measles virus vaccine induces fever and rash in a portion of susceptible recipients of the vaccine.[9,11] Such reaction can be reduced substantially by simultaneous administration into a different site of human immune globulin containing measles antibody.[10,11] Since measles and mumps virus vaccine may be given simultaneously (unpublished), it was important to ascertain whether administration of human immune globulin would alter the immune response to mumps vaccine.

A study was carried out at Pleasant Manor among 34 children 2 to 13 years of age who were initially seronegative to mumps. Lot 137 Jeryl Lynn strain mumps virus vaccine was employed, and 0.5 ml was given subcutaneously. Merck commercial human immune globulin lot 74169B with mumps neutralizing antibody titer of 1:500/0.1 ml was used. The children were given vaccine into one arm followed immediately by administration into the opposite arm of 0.02 (100 units) or 0.01 ml (50 units) of globulin per pound body weight. Controls received vaccine alone. Blood samples were taken prior to vaccination and 28 days later, and all children were observed for development of fever and

Table 5.—Stability of Jeryl Lynn Strain Mumps Virus Vaccine

| Storage Time | Infectivity Titer Log$_{10}$/0.1 ml | | | |
|---|---|---|---|---|
| | Dried (Lot 218) | Following Rehydration (Lot 137) | | |
| | 4 C | 4 C | 25 C | 36 C |
| 0 | 3.8 | 4.3 | 4.3 | 4.3 |
| 1 hr | ... | 3.8 | 3.8 | 4 |
| 4 hr | ... | 3.8 | 3.3 | 3 |
| 8 hr | ... | 4 | 3.5 | 2.8 |
| 24 hr | ... | 3.3 | 2 | 1 |
| 3 mo | 3.8 | ... | ... | ... |
| 6 mo | 3.5 | ... | ... | ... |
| 9 mo | 3.8 | ... | ... | ... |
| 12.5 mo | 4 | ... | ... | ... |

any other reactions that might occur.

The serologic test results are shown in Table 4. It is seen that all the children responded serologically whether or not immune globulin was given. Additionally, mumps antibody titers following vaccination were not affected by administration of the human immune globulin.

The children were remarkably free of fever during the period of observation, and no clinical reaction of importance was observed among the children during the 28-day period following vaccination.

*Stability of the Vaccine.—* Samples of lot 218 mumps virus vaccine were tested for infectivity at various time periods following lyophilization and storage at 4 C. Table 5 shows that the vaccine was quite stable on storage at this temperature for more than a year. Lot 137 mumps vaccine was rehydrated and tested for stability at 4 C, 25 C, and 36 C for varying time periods. The findings revealed that the infectivity of the vaccine was not reduced significantly after eight hours at 4 C. Some loss appeared to have occurred by four hours at 25 C and at 36 C.

## Comment

The present study was carried out for purpose of obtaining answers to practical questions which may arise in the course of routine administration of Jeryl Lynn strain live attenuated mumps virus vaccine.

Circulating antibody in young infants prevented antibody response to the vaccine. This was apparently due to neutralization of the virus with resultant failure to establish infection. Mumps virus antibody was found in the present study in infants 3, 4, 7, 10, and 11 months of age. Antibody in the 3- and 4-month-old infants was almost certainly of maternal origin. Though 93% of seronegative children 5 to 11 months of age responded serologically to vaccination, it might be more practical to delay vaccination till they are 12 months old and older to minimize the chance for presence of maternal antibody and to achieve the 98% seroconversion rate which has been reported[4-6] in the large-scale studies.

Clearly, 317 tissue culture infectivity doses of mumps virus were adequate to effect a serologic response in 100% of susceptible recipients. To permit a margin of safety against possible variation among individual vials of vaccine or drop in titer, it appeared that 5,000 tissue culture doses might be adequate for routine use.

Downloaded From: http://jama.jamanetwork.com/ by a Reprints Desk User  on 10/04/2016

Appx16567

Administration of the vaccine by jet gun was fully effective in stimulating an antibody response in all the initially seronegative children, and there was no significant clinical reaction. Use of the jet gun permits administration of the vaccine in mass campaigns with great savings in time and cost.

Mumps virus vaccine was prepared in replicate lots at the same passage level B as lot 137 vaccine, which was used in the extensive field studies.[1,5] The three lots of B-level vaccine tested performed essentially the same as lot 137. They gave high level seroconversion, freedom from significant clinical reaction referable to the vaccine, and lack of excretion of virus. Lot 247 vaccine at ten chick-embryo-cell culture passages beyond level B appeared to be adequate, also, for immunization purpose.

Simultaneous administration of human immune globulin in 100 or 50 units per pound body weight did not affect the antibody response to the vaccine. The children were free of clinical reaction whether or not human immune globulin had been given. The effect of administration of immune globulin prior to vaccination was not tested.

The stability characteristics of the virus were such as to make it practical for routine office or public health practice. The dried vaccine could be stored for at least one year at refrigeration temperature (4 C) without loss of infectivity and for at least eight hours at the same temperature following rehydration.

In another study (see page 14), it was shown that immunity following vaccination is lasting. Children in two institutions who received the vaccine showed no substantial decline in titer of mumps neutralizing antibody two years after vaccination compared with the titer one month after administration of the vaccine. Further, solid protection was afforded against natural mumps challenge during the second year of observation.

Statistical computations were made by A. McLean.

## References

1. Hilleman, M.R.: Advances in Control of Viral Infections by Nonspecific Measures and by Vaccines: With Special Reference to Live Mumps and Rubella Virus Vaccines, *Clin Pharmacol Ther* 7:752-762 (Nov-Dec) 1966.

2. Buynak, E.B., and Hilleman, M.R.: Live Attenuated Mumps Virus Vaccine: 1. Vaccine Development, *Proc Soc Exp Biol Med* 123:768-775 (Dec) 1966.

3. Stokes, J., Jr., et al: Live Attenuated Mumps Virus Vaccine: 2. Early Clinical Studies, *Pediatrics* 39:363-371 (March) 1967.

4. Weibel, R.E., et al: Live Attenuated Mumps Virus Vaccine: 3. Clinical and Serologic Aspects in a Field Evaluation, *New Eng J Med* 276:245-251 (Feb 2) 1967.

5. Hilleman, M.R., et al: Live Attenuated Mumps Virus Vaccine: 4. Protective Efficacy as Measured in Field Evaluation, *New Eng J Med* 276:252-258 (Feb 2) 1967.

6. Weibel, R.E., et al: "Evaluation of Live Attenuated Mumps Virus Vaccine, Strain Jeryl Lynn," in *First International Conference on Vaccines Against Viral and Rickettsial Diseases of Man*, Washington, DC: Pan American Health Organization Scientific Publication No. 147, May 1967, pp 430-437.

7. Buynak, E.B., et al: "Measurement and Durability of Antibody Following Jeryl Lynn Strain Mumps Virus Vaccine," in *First International Conference on Vaccines Against Viral and Rickettsial Diseases of Man*, Washington, DC: Pan American Health Organization Scientific Publication No. 147, May 1967, pp 440-442.

8. Buynak, E.B., et al: Comparison of Neutralization and Hemagglutination-Inhibition Techniques for Measuring Mumps Antibody, *Proc Soc Exp Biol Med* 125:1068-1971 (Aug-Sept) 1967.

9. Katz, S.L., et al: Studies on an Attenuated Measles-Virus Vaccine: VIII. General Summary and Evaluation of the Results of Vaccination, *New Eng J Med* 263:180-184 (July 28) 1960.

10. Stokes, J., Jr., et al: Studies of Live Attenuated Measles Virus Vaccine in Man: I. Clinical Aspects, *Amer J Public Health* 52:29-43 (Feb) 1962.

11. Hilleman, M.R., et al: Studies of Live Attenuated Measles Virus Vaccine in Man: II. Appraisal of Efficacy, *Amer J Public Health* 52:44-56 (Feb) 1962.

---

S CIENTIFIC BLUFFS AND BRAGGING.—After we were told that electricity, light-bulb, radio, phonograph, telephone and everything else was discovered by Blastow, Bluffow, Boastsky and Bragganovich, the Party secretaries decided that Russian science was superior to ours. So they invited Russian experts to teach us. We physicians were quite lucky because Dr. Petrowskij, a Russian surgeon, happened to be a real surgeon. He took over the chair of one of the surgical clinics in Budapest and amazed everybody. He was in the position to kick out the boot-licking Party members and his hospital was the single place where people practiced nothing but medicine. Dirty politics, local Party organizations and the poorly equipped opportunists took over the other University Clinics, but not his. The Party was furious and the "Security Police" helpless. They did not dare to touch his associates, because one call from him to the Russian embassy—which was the real government of Hungary—sent his harassers to jail. It was impossible to remove him. The lackeys in Budapest did not have the audacity to question Moscow's judgment in selecting Dr. Petrowskij. After his seven years in Hungary, he was the only "Muscovite," whose departure made us sorry.—Kovacs, Z.: *The Socialite and the Cow*, Pittsburgh: Hungarian Freedom Fighters Federation, 1967, p 16.

Downloaded From: http://jama.jamanetwork.com/ by a Reprints Desk User on 10/04/2016

Appx16568

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,
　　　　　　　　　*Plaintiffs,*
　　　v.
MERCK & CO., INC.,
　　　　　　　　　*Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 259



Restricted
R ⊙ Confidential
Limited access

# BIOLOGICAL STABILITY PROGRAM

## ANNUAL STABILITY REPORT

MMD – Vaccine & Sterile Quality Operations - Biological Stability Unit

DOCUMENT NUMBER/NAME:

M-M-R®II STABILITY DATA SUMMARY FOR 2003 ANNUAL STABILITY REPORT

#MMR03.00rev01

Originator Signature/Date

*Pamela Muschlitz* 30 MAY 2003
Pamela Muschlitz
Scientist

Second Scientist Review/Date

*Charles J Gonce* 30-MAY-2003
Charles Gonce
Auditor

Approval Signature/Date

Susan Penix *Susan Penix* 30-MAY-2003
Senior Project Scientist

Distribution in Addition to Annual Review Binder Recipients:

| | |
|---|---|
| D. Slipiec (for inclusion in 2003 Annual Review) | WP38M-9 |
| P. Lucas | WP35-201 |
| M. Galinski | WP37A-104 |
| M. Rosolowsky | WP37A-102 |
| P. DeHaven | WP53B-100 |
| D. Zacholski | BLB-22 |

Biological Stability Unit File

**CONFIDENTIAL**

Second Scientist Reviewed
Reviewed by: _C. Groves_
Date: _30-May-2003_



M-M-R®II  2003 Annual Review
Executive Summary

This is revision 01 of the 2003 M-M-R II Annual Report which clarified the footnote on Table 22.

This document is a summary of the M-M-R II stability data for the 2003 Annual Review.

This Annual Stability Report includes 16 lots of M-M-R®II. They are regular production lots of either single dose or ten dose M-M-R®II on stability study at the recommended storage condition with testing validated between 01-APR-2002 and 31-MAR-2003. The lots included in this analysis are the following:

| Lot | Dosage | Study | Purpose |
|------|--------|---------|---------|
| 0633752* | Single | BS0225 | Mumps High Titer Study/1999 Annual |
| 0633815* | Single | BS0225 | Mumps High Titer Study |
| 0634034* | Single | BS0225 | Mumps High Titer Study |
| 0634129* | Single | BS0224 | New Albumin Vendor Study |
| 0636850* | Single | BS0242 | New Albumin Vendor Study |
| 0636851* | Single | BS0242 | New Albumin Vendor Study |
| 0640794* | Single | BS0291 | Lot with Stainless Steel Agglomerates |
| 0641017* | Single | BS0280 | Control Lot, rHA Clinical Study |
| 0643956 | Single | BS0298 | Control Lot, rHA Study |
| 0643750 | Single | BS0298 | Control Lot, New lyophilization Cabinets (LY-801 and LY-802) |
| 0644709 | Single | BS0303 | Control Lot, Alternative (WG) Chicken Flock |
| 0998K* | Single | BS070K | 2000 Annual |
| C734L* | Single | BS070L | 2001 Annual |
| C232M | Single | BS070M | 2002 Annual |
| 1434K* | Ten | BS071K | 2000 Annual |
| 1832K* | Ten | BS071L | 2001 Annual |

* Reported in previous Annual Stability Report.

Trend Analyses of measles, mumps, and rubella potency in comparison to historical data are summarized in Table 1. Trend Analyses for moisture was also completed; however, historical data for Aquatest VIII was not available for comparison.

All test results within this annual report period (physical appearance, measles potency, mumps potency, rubella potency, moisture, sterility, closure integrity, and restoration) are within the current specification limits, with the following noted exceptions:

Measles Potency:





M-M-R®II  2003 Annual Review
Executive Summary



Potency results on the following lots met the specification limit; however, the potency value did not meet Active Stability Monitoring criteria:



Lot 1832K: The average mumps potency result at the 12-month interval met the specification limit. However, this lot was considered unusual for early-phase loss, and displayed an unusual interval trend using house standard-calibrated data. The house standard-calibrated average mumps potency result at 12 months was higher than the house standard-calibrated potency result at release (4.07 vs. 3.97 $-\log_{10}TCID_{50}/0.1$ mL) and the percentile ranking was outside of the maximum allowable difference compared to historical data. Furthermore, the change in potency between the 12-month and the 9-month intervals resulted in an interval trend that was outside of the acceptable range. The conclusion of the Stability Test Investigation was that the atypical interval trend for the subject lot at 12-months may be attributed to expected assay variability.

The M-M-R®II annual stability protocol was revised with the following changes effective 31-JAN-2003:

Revised the footnote to the test schedules to state that potency testing must be done at the initial stability interval.
Revised the footnote to the test schedule to state that release tests can be reported as initial stability results if the initial interval is scheduled less than 1 month from the fill date.
Added statement to the acceptance criteria that post-expiry (30 months) results may not meet specifications.

Overall, the stability data in this Annual Stability Report demonstrate stability that is consistent with the historical performance for this product.

REDACTED – OMP

2nd Scientist
Reviewed By: _C. Gense_
Date: _27-MAY-2003_

CONFIDENTIAL



Restricted
R ⊙ Confidential
limited access

M-M-R®II  2003 Annual Review
Executive Summary

**REDACTED – OMP**

Please call if you have any questions or need additional information.

Pamela Muschlitz –24302                                              AN_MMR

2nd Scientist
Reviewed By: C. Gence
Date   27-may-2003

CONFIDENTIAL

MRK-KRA01632891
MRK-CHA01632891

Appx16573

M-M-R®II 2003 Annual Review
Executive Summary

2nd Scientist
Reviewed By: _C. Gxxxxxx_
Date: _2 7 - 01 19 ~ 2015_

M-M-R®II Stability at 5 (2 to 8)°C

Table 1
Stability Results Summary:
(Testing validated through 31-MAR-2003)

| Lot | Log Change/Yr Measles Potency [-Log₁₀(TCID₅₀/0.1mL)] | No. of Intervals Used for Analysis | Log Change/Yr Mumps Potency [-Log₁₀(TCID₅₀/0.1mL)] | No. of Intervals Used for Analysis | Log Change/Yr Rubella Potency [-Log₁₀(TCID₅₀/0.1mL)] | No. of Intervals Used for Analysis | Change/Yr Moisture (%, w/w) | No. of Intervals Used for Analysis |
|---|---|---|---|---|---|---|---|---|
| 0633752 | REDACTED – OMP | 6 | -0.27 | 6 | REDACTED – OMP | N/A¹ | N/A² | N/A² |
| 0633815 | | 6 | -0.26 | 6 | | N/A¹ | N/A² | N/A² |
| 0634034 | | 6 | -0.23 | 6 | | N/A¹ | N/A² | N/A² |
| 0634129 | | 6 | -0.24 | 6 | | N/A¹ | 0.11 | 4 |
| 0636850 | | 6 | -0.19 | 6 | | N/A¹ | 0.04 | 5 |
| 0636851 | | 5 | -0.25 | 6 | | N/A¹ | 0.14 | 5 |
| 0640794 | | NA | N/A | N/A | | N/A | N/A | N/A |
| 0641017 | | NA | N/A | N/A | | N/A | 0.05 | 6 |
| 0643956 | | NA | N/A | N/A | | N/A | N/A | N/A |
| 0643759 | | NA | N/A | N/A | | N/A | N/A | N/A |
| 0644709 | | NA | N/A | N/A | | N/A | N/A | N/A |
| 0698K | | 6 | -0.22 | 6 | | N/A¹ | 0.02 | 5 |
| 0734L | | 4 | -0.30 | 4 | | 4 | 0.08 | 6 |
| 0282M | | NA | N/A | N/A | | N/A | N/A | N/A |
| 1434K | | 5 | -0.08 | 5 | | 5 | -0.33 | 4 |
| 1832K | | 5 | 0.01 | 5 | | 5 | 0.34 | 5 |
| Historical Average Standard Deviation ± 3 SD Range Number of Lots | N/A | | -0.17 0.17 (-0.67 to 0.33) 68 | | N/A | | Not Available³ | N/A |
| Historical Average Multi-dose Lots Standard Deviation ± 3 SD Range Number of Lots | N/A | | | | N/A | | Not Available³ | N/A |

NR: Not required. No analysis required since there were less than three intervals.
Slope calculations for potency were based on the date of packaging or date placed at 5°C (2 to 8)°C.
Changes are determined using linear regression analysis. A positive change indicates an estimated increase over time, while a negative change indicates an estimated decrease over time.
Slope calculations for potency were performed on house standard-adjusted data. Historical average potency data has been rounded to two significant figures.
Due to the bi-phasic kinetics of measles and mumps potency stability loss observed in the historical stability database, the linear regressions performed use only data from the 6-month stability interval through the current interval of the stability study (18 months or greater). Linear regression analysis of rubella potency loss is calculated using all data from the initial interval forward.

CONFIDENTIAL

MRK-KRA01632892
MRK-CHA01632892

Restricted
Confidential
Limited access

M-M-R®II  2003 Annual Review
Executive Summary

M-M-R®II Stability at 5 (2 to 8)°C

2nd Scientist
Reviewed By:  C. Gouriet
Date.  27 May-2003

Table 1
Stability Results Summary:
(Testing validated through 31-MAR-2003)

Historical average data for measles, mumps, and rubella potency are from regular production Live Virus Vaccine lots stored at 2 to 8°C which contain the measles, mumps, and rubella components; monovalent, bivalent, and trivalent formulations are included.   Both single-dose and multi-dose formulations are included.
For moisture, results of release testing are included in the analysis.  The change per year is calculated from the average percent moisture at each interval tested.
Historical average moisture data has been provided for both single-dose lots (first average reported) and multi-dose lots.  Monovalent, bivalent, and trivalent formulations are included.

[1] Slope analysis of rubella potency is excluded for lots manufactured after process change to increase mumps titer.  Results from early timepoints were falsely elevated due to incomplete neutralization of the mumps component.  Mumps antiserum dilution was changed from 1:100 to 1:10 on 18-SEP-2000 to ensure complete neutralization, and intervals tested thereafter did not display interference from the mumps virus.  Consequently, the rubella potency values obtained were significantly lower than values at the earlier intervals, resulting in unusual slopes that do not accurately represent the potency degradation of the lots.
[2] Slope analysis of moisture change was not performed on this lot.  Moisture was tested by Aquatest IV method at the initial and 12-month intervals.  Aquatest VIII method was used at the 18, 24 and 30-month intervals.  LIMS test codes were updated to the Aquatest VIII method to be consistent with latest revision of the M-M-R®II Annual protocol, and Aquatest IV was discontinued on this lot in error.
[3] Historical Karl Fisher Aquatest VIII average not available due to insufficient data.

**CONFIDENTIAL**

**MRK-KRA01632893**
**MRK-CHA01632893**

Restricted
R Confidential
limited access

Graph of Measles Potency Change Per Year vs. Selected Lots



REDACTED – OMP

CONFIDENTIAL

MRK-KRA01632894
MRK-CHA01632894



Graph of Mumps Potency Change Per Year vs. Selected Lots

Mumps potency analyses have been completed on lots with testing validated through 18 months. The change per year is determined using linear regression analysis. A positive change indicates an estimated increase over time, while a negative change indicates an estimated decrease over time. The graph contains the corresponding historical average as reference.



2nd Scientist
Reviewed By: _C. _____
Date ___25-may-2003___

CONFIDENTIAL

MRK-KRA01632895
MRK-CHA01632895

Appx16577



Graph of Rubella Potency Change Per Year vs. Selected Lots[1]



CONFIDENTIAL

MRK-KRA01632896
MRK-CHA01632896



Graphs of Moisture Change Per Year vs. Selected Lots

Moisture analyses have been completed on lots with testing validated through 18 months. The change per year is determined using linear regression analysis. A positive change indicates an estimated increase over time, while a negative change indicates an estimated decrease over time. The graph contains the corresponding historical average as reference.



2nd Scientist
Reviewed By: C GRACE
Date: 38-m-1-2013

CONFIDENTIAL

MRK-KRA01632897
MRK-CHA01632897



Graphs of Moisture Change Per Year vs. Selected Lots
(continued)



2nd Scientist
Reviewed By: _C. GLACE_
Date: _27-MAY-2003_

**CONFIDENTIAL**

MRK-KRA01632898
MRK-CHA01632898

Restricted
Confidential
R ◇ Limited access

2nd Scientist
Reviewed By _L Gaines_
Date _22-may-2003_

M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 10

Stability Data Summary for Lot 0636850
(Testing validated through 31-MAR-2003)

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2063031 |
| Study Number | BS0242 | Mumps Bulk | 2063987 |
| Fill/Date | 0636850 / 18-MAY-2000 | Rubella Bulk | 2066537 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 09-JUN-2000 | Seal Item Number | 56095 |
| Purpose | New Albumin Vendor Study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

Moisture results are the average of at least three separate vials.
NR: not required.   The test is not scheduled for the interval.
TBT: to be tested.  Testing is scheduled for a future interval.
Bold cells indicate tests were validated within this Annual Stability Report period.
[1] Results generated at release.
[2] Actual test interval was 5 months.
[3] An atypical interval trend was noted at the 9-month interval.  Following expanded testing the average of 12 valid replicates (reported on table) was within the acceptable range.

REDACTED – OMP

[5]NR: Not required. Interval sampled prior to approval of protocol revision adding closure integrity at 24 and 30-month intervals (approval 12-JUN-2002).

CONFIDENTIAL

Appx16581

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 11

Summary of Reconstitute and Store Stability Data for Lot 0636850
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By: C Device
Date: 27-may-2000

| | |
|---|---|
| Product | 04680 M-M-R®II Single Dose Vial |
| Study Number | BS0242 |
| Fill Date | 0636850 / 16-MAY-2000 |
| Finish/Date | N/A |
| Storage | 5 °C (2 to 8)°C |
| Initiation Date | 09-JUN-2000 |
| Purpose | New Albumin Vendor Study |

| | |
|---|---|
| Measles Bulk | 2063031 |
| Mumps Bulk | 2063897 |
| Rubella Bulk | 2066537 |
| Expiration Date | N/A |
| Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Seal Item Number | 56095 |
| Closure Item Number | 52558 |
| Container Item Number | 50471 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **04680 M-M-R®II Lot 0636850 Reconstitute and Store Potency Results [-Log$_{10}$(TCID$_{50}$/0.1mL)]** | | | | | | | | | |
| Test (Method) | Specification Limits | Initial Interval Average Results[1] (hours) | | | 18-Month Interval Average Results[2] (hours) | | 24-Month Interval Average Results[2] (hours) | | |
| | | 0 | 4 | 8 | 0 | 8 | 0 | 8 | |
| Measles Potency (CP 9110.676) | ≥2.3 -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | ≥3.6 -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | 5.1 | 5.1 | 5.2 | 4.4 | 4.2 | **4.4** | **4.3** | |
| Rubella Potency (CP 9110.676) | ≥2.3 -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |

Stability intervals were scheduled from the date samples were stored at 5°C (2 to 8)°C following transfer from -20 °C on 09-JUN-2000.
Bold cells indicate tests were validated within this Annual Stability Report period.

[1] Reconstitute and Store assay was run in a 3 x 1 format. Samples are reconstituted and held for 0, 4, and 8 hours prior to potency testing. Results reported are the uncalibrated average of three replicates.
[2] Reconstitute and Store assay was run in a 1x 6 format. Samples are reconstituted and held for 0 and 8 hours prior to potency testing. Results reported are the uncalibrated average of at least 6 replicates.
REDACTED – OMP

**CONFIDENTIAL**



M-M-R®II Stability at 5 °C (2 to 8)°C
Table 12

Stability Data Summary for Lot 0636851
(Testing validated through 31-MAR-2003)

| | |
|---|---|
| Product | 04680 M-M-R®II Single Dose Vial |
| Study Number | BS0242 |
| Fill/Date | 0636851 / 01-JUN-2000 |
| Finish/Date | N/A |
| Storage | 5 °C (2 to 8)°C |
| Initiation Date | 09-JUN-2000 |
| Purpose | New Albumin Vendor Study |

| | |
|---|---|
| Measles Bulk | 2063829 |
| Mumps Bulk | 2068414 |
| Rubella Bulk | 2069629 |
| Expiration Date | N/A |
| Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Seal Item Number | 58095 |
| Closure Item Number | 52568 |
| Container Item Number | 50471 |

| Test (Method) | Specification Limits | Scheduled Interval | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Initial (0 Mo.) | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos. | 24 Mos. | 30 Mos. |
| Measles Potency (CP 9110.676) | $\geq 2.3$ -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | $\geq 3.6$ -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | 4.5 | 4.5 | 4.3 | 4.3 | 4.3 | 4.0[3] | 3.8 | 3.8 |
| Rubella Potency (CP 9110.676) | $\geq 2.3$ -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Physical Appearance (Ref. OS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug |
| Moisture (Aquatest VIII) (CP 9110.695) | $\leq 3.0$ (%) | 1.3[1] | NR | NR | NR | 1.6 | 1.5 | 1.6 | 1.7 |
| Restoration Time (CP 9110.666) | 0 to 120 (seconds) | 15[1] | NR | NR | NR | 5 | NR | 10 | 10 |
| Closure Integrity (SOP-224-206 | Closed | NR[4] | NR[4] | NR[4] | NR[4] | NR[4] | NR[4] | Closed | Closed |
| pH (SOP 224-388) | 6.2 to 6.8 | 6.4[1] | NR | NR | NR | 6.6 | 6.5 | 6.5 | 6.5 |
| Sterility (CP 9110.001) | No Growth | No Growth[1] | NR | NR | NR | NR | NR | No Growth | NR |

Stability intervals were scheduled from the date samples were stored at 5°C (2 to 8)°C following transfer from -20 °C on 09-JUN-2000.
Potencies are the average of at least 5 replicates on separate vials. All potency results are reported as uncalibrated data.

Footnotes continued on next page.

**CONFIDENTIAL**

MRK-KRA01632901
MRK-CHA01632901

2nd Scientist
Reviewed By _C. George_
Date _27-may-2003_

**Restricted**
R Confidential
limited access

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 12

Stability Data Summary for Lot 0636851
(Testing validated through 31-MAR-2003)

| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2063829 |
|---|---|---|---|
| Study Number | BS0242 | Mumps Bulk | 2068414 |
| Fill/Date | 0636851 / 01-JUN-2000 | Rubella Bulk | 2068829 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 09-JUN-2000 | Seal Item Number | 56095 |
| Purpose | New Albumin Vendor Study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

Moisture results are the average of at least three separate vials.
NR: not required. The test was not scheduled for the interval.
**Bold** cells indicate tests were validated within this Annual Stability Report period.
[1] Results generated at release.
[2] Actual test interval was 5 months.
[3] Result is the average of 4 valid replicates.
[4] NR: Not required. Interval sampled prior to approval of protocol revision adding closure integrity at 24 and 30-month intervals (approval 12-JUN-2002).

CONFIDENTIAL

MRK-KRA01632902
MRK-CHA01632902

Appx16584

2nd Scientist:
Reviewed By _C. GUMEE_
Date __27-MAY-2002__

### M-M-R®II Stability at 5 °C (2 to 8)°C
### Table 13

Summary of Reconstitute and Store Stability Data for Lot 0636851
(Testing validated through 31-MAR-2003)

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2063829 |
| Study Number | BSC242 | Mumps Bulk | 2068414 |
| Fill/Date | 0636851 / 01-JUN-2000 | Rubella Bulk | 2069629 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 09-JUN-2000 | Seal Item Number | 56095 |
| Purpose | New Albumin Vendor Study | Closure Item Number | 6266B |
| | | Container Item Number | 60471 |

| Test (Method) | Specification Limits | Initial Interval Average Results[1] (hours) | | | 18-Month Interval Average Results[2] (hours) | | 24-Month Interval Average Results[2] (hours) | |
|---|---|---|---|---|---|---|---|---|
| | | 0 | 4 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.876) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | |
| Mumps Potency (CP 9110.876) | ≥ 3.6 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | 4.5 | 4.4 | 4.6 | 4.0[3] | 4.0 | 3.8 | 3.8 |
| Rubella Potency (CP 9110.876) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | |

Caption: 04680 M-M-R®II Lot 0636851 Reconstitute and Store Potency Results [-Log₁₀(TCID₅₀/0.1mL)]

Stability intervals were scheduled from the date samples were stored at 5°C (2 to 8)°C following transfer from -20 °C on 09-JUN-2000.
TBT: to be tested. Testing is scheduled for a future interval.
**Bold cells indicate tests were validated within this Annual Stability Report period.**

[1] Reconstitute and Store assay was run in a 3 x 1 format. Samples are reconstituted and held for 0, 4, and 8 hours prior to potency testing. Results reported are the uncalibrated average of three replicates.
[2] Reconstitute and Store assay was run in a 1x 6 format. Samples are reconstituted and held for 0 and 8 hours prior to potency testing. Results reported are the uncalibrated average of at least 5 replicates.
[3] Result is the average of 4 valid replicates.

**CONFIDENTIAL**

MRK-KRA01632903
MRK-CHA01632903

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 14

Summary of Stability Data for Lot 0640794
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed by _C. Gowns_
Date _27-May-2003_

| | |
|---|---|
| Product | 04680 M-M-R®II Single Dose Vial |
| Study Number | BS0291 |
| Fill/Date | 0640794 / 19-MAY-2001 |
| Finish/Date | N/A |
| Storage | 5 °C (2 to 8)°C |
| Initiation Date | 21-FEB-2002 |
| Purpose | Lot with Stainless Steel Agglomerates |

| | |
|---|---|
| Measles Bulk | 2063031 |
| Mumps Bulk | 2068414 |
| Rubella Bulk | 2065538 |
| Expiration Date | N/A |
| Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Seal Item Number | 56096 |
| Closure Item Number | 52568 |
| Container Item Number | 50471 |

| Test (Method) | Specification Limits | Initial (0 Mo.) | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos. | 24 Mos. | 30 Mos. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scheduled Interval | | | | |
| Measles Potency (CP 9110.676) | $\geq 2.3 \cdot Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | $\geq 3.6 \cdot Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | 4.5[1] | 4.1 | 4.3 | 4.2 | Pending | TBT | TBT | TBT |
| Rubella Potency (CP 9110.676) | $\geq 2.3 \cdot Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | REDACTED – OMP | | | | | | | |
| Physical Appearance (Ref. QS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | TBT | TBT | TBT |
| Moisture (Aquatest VIII) (CP 9110.695) | $\leq 3.0$ (%) | 1.2 | 1.6 | 1.7 | 1.5 | 1.8 | TBT | TBT | TBT |
| Restoration Time (CP 9110.686) | 0 to 120 (seconds) | 15 | NR | NR | NR | 10 | NR | TBT | TBT |
| Closure Integrity (SOP 224-386) | Closed | Closed[2] | NR | NR | NR | Closed | NR | TBT | TBT |
| pH (SOP 224-386) | 6.2 to 6.8 | 6.5 | NR | 6.5 | NR | 6.6 | TBT | TBT | TBT |
| Sterility (CP 9110.001) | No Growth | No Growth | NR | NR | NR | NR | NR | TBT | NR |
| General Safety (CP 9110.002) | No Weight Loss or Death | No Weight Loss or Death | NR | NR | NR | NR | NR | TBT | NR |

Stability intervals were calculated from the date vials were transferred to 5°C (2 to 8)°C, 21-FEB-2002.

Footnotes continued on next page.

CONFIDENTIAL

MRK-KRA01632904
MRK-CHA01632904

Restricted
Confidential
limited access

Appx16586

2nd Scientist
Reviewed By: _C. Gauss__
Date: _27-may-2003

M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 14

Summary of Stability Data for Lot 0640794
(Testing validated through 31-MAR-2003)

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2063031 |
| Study Number | B50291 | Mumps Bulk | 2068414 |
| Fill/Date | 0640794 / 19-MAY-2001 | Rubella Bulk | 2066538 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 21-FEB-2002 | Seal Item Number | 56095 |
| Purpose | Lot with Stainless Steel Agglomerates | Closure Item Number | 52568 |

Potencies are the average of at least five replicates on separate vials. All potency results are reported as uncalibrated data.
Moisture results are the average of at least three separate vials.
NR: not required.  The test was not scheduled for the interval.
TBT: to be tested. Testing is scheduled for a future interval.

Pending: Samples were submitted for testing. Results are pending; interim audit performed for this interval.
**Bold** cells indicate tests were validated within the Annual Stability Report period.
[1]Result is the average of 12 valid replicates. Expanded testing was performed due to the interval trend not meeting Active Stability Monitoring criteria. All Active Stability Monitoring criteria were met following expanded testing and no further action was required.
[2]Actual test interval was 3 months.

**CONFIDENTIAL**

MRK-KRA01632905
MRK-CHA01632905

Appx16587



2nd Scientist
reviewed By: [signature]
Date: 27-MARCH-2003

Restricted
Confidential
limited access

**M-M-R®II Stability at 5 °C (2 to 8)°C**
Table 15

Summary of Reconstitute and Store Stability Data for Lot 0640794
(Testing validated through 31-MAR-2003)

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2063031 |
| Study Number | BS0291 | Mumps Bulk | 2068414 |
| Fill/Date | 0640794 / 19-MAY-2001 | Rubella Bulk | 2066538 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C (2 to 6)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 21-FEB-2002 | Seal Item Number | 56695 |
| Purpose | Lot with Stainless Steel Agglomerates | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

| 04680 M-M-R®II Lot 0640794 Reconstitute and Store Potency Results [-Log₁₀(TCID₅₀/0.1mL)] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Test (Method) | Specification Limits | Initial Interval Average Results (hours) | | 12-Month Interval Average Results (hours) | | 18-Month Interval Average Results (hours) | | 24-Month Interval Average Results (hours) | |
| | | 0 | 8 | 0 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | ≥ 3.6 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | **4.5**¹ | 4.5 | Pending | Pending | TBT | TBT | TBT | TBT |
| Rubella Potency (CP 9110.676) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |

Stability intervals were calculated from the date vials were transferred to 5°C (2 to 8)°C, 21-FEB-2002.
Reconstitute and Store assay was run in a 1 x 6 format. Samples are reconstituted and held for 0 and 8 hours prior to potency testing. Results reported are the uncalibrated average of at least five replicates.
Pending: Samples were submitted for testing. Results are pending; interim audit performed for this interval.
TBT: to be tested. Testing is scheduled for a future interval.
**Bold** cells indicate tests were validated within this Annual Stability Report period.
¹ Result is the average of 12 valid replicates. Expanded testing was performed due to the interval trend not meeting Active Stability Monitoring criteria. All Active Stability Monitoring criteria were met following expanded testing and no further action was required.

**CONFIDENTIAL**

2nd Scientist
Reviewed By: _C. Gwirsch_
Date: _27-May-2005_

Restricted
Confidential
limited access

## M-M-R®II Stability at 5 °C (2 to 8)°C
### Table 16

Summary of Stability Data for Lot 0641017
(Testing validated through 31-MAR-2003)

| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2063031 |
|---|---|---|---|
| Study Number | BS0280 | Mumps Bulk | 2077508 |
| Fill/Date | 0641017 / 07-JUN-2001 | Rubella Bulk | 2066538 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 21-AUG-2001 | Seal Item Number | 56095 |
| Purpose | Control Lot, rHA Clinical Study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

| Test (Method) | Specification Limits | Initial (0 Mo.) | 1 Mos. | 2 Mos. | 3 Mos. | 4 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 15 Mos. | 18 Mos. | 21 Mos. | 24 Mos. | 30 Mos. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Measles Potency (CP 9110.676) | ≥3.1 log₁₀(TCID₅₀/0.7ML) Limits, log scale | REDACTED – OMP | | | | | | | | | | | | |
| Mumps Potency (CP 9110.676) | ≥3.8 log₁₀(TCID₅₀/0.7ML) Limits, log scale | 4.5 | 4.4ᵉ | 4.4 | 4.3 | 4.2 | 4.3ᶠ | 4.4 | 4.2ᵇ | 3.9 | Pending | TBT | TBT | TBT |
| Rubella Potency (CP 9110.676) | ≥2.3 log₁₀(TCID₅₀/0.7ML) Limits, log scale | REDACTED – OMP | | | | | | | | | | | | |
| Physical Appearance (Ref. GS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | NR | Light Yellow, Lyophilized, Compact Crystalline Plug | NR | TBT | TBT |
| Moisture (Aquatest VIII) (CP 9110.609) | ≤3. 0 (%) | 1.5ᶜ | NR | NR | 1.5 | NR | 1.2 | 1.5 | 1.6 | NR | 1.5 | NR | TBT | TBT |
| Reconstitution Time (CP 9110.686) | 0 to 120 (seconds) | 10ᵈ | NR | NR | NR | NR | NR | NR | 10 | NR | NR | NR | TBT | TBT |
| Closure Integrity (SOP 204-008) | Closed | Closed | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | TBT | NR |
| pH (SOP 204-384) | 6.2 to 8.8 | 6.6ᵍ | NR | NR | NR | NR | 6.6 | NR | 6.5 | NR | 6.5 | NR | TBT | TBT |
| Sterility (CP 9110.001) | No Growth | No growthʰ | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | TBT | NR |
| General Safety (CP 9110.002) | No Weight Loss or Death | No Weight Loss or Deathⁱ | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | TBT | NR |

Stability intervals were calculated from the date samples were transferred to 5°C (2 to 8)°C, 21-AUG-2001.
Potencies are the average of at least five replicates on separate vials. All potency results are reported as uncalibrated data.
Moisture results are the average of at least three separate vials.
NR: not required. The test was not scheduled for the interval.
TBT: to be tested. Testing is scheduled for a future interval.
Pending: Samples were submitted for testing. Results are pending; interim audit performed for this interval.
**Bold cells indicate tests were validated within this Annual Stability Report period.**

Footnotes continued on next page.

●                           ●                                    ●



2nd Scientist
Reviewed By: _S. Gupta_
Date: _27-May-2003_

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 16

Summary of Stability Data for Lot 0641017
(Testing validated through 31-MAR-2003)

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2063031 |
| Study Number | BS0280 | Mumps Bulk | 2077508 |
| Fill/Date | 0641017 / 07-JUN-2001 | Rubella Bulk | 2066538 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 21-AUG-2001 | Seal Item Number | 56095 |
| Purpose | Control Lot, rHA Clinical Study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

[1] Performed as release testing.
[2] Out-of-trend result from previous interval. Stability Test Investigation concluded that out-of-trend result was likely due assay variability at the initial interval prior to the implementation of the new cell bank.
[3] New cell bank for measles and mumps potency assay, implemented 24-SEP-2001, was used for testing samples starting at the one-month time interval.
[4] Result is the average of 12 valid replicates. Expanded testing was performed due to the interval trend not meeting Active Stability Monitoring criteria. All Active Stability Monitoring criteria were met following expanded testing and no further action was required.
[5] Result is the average of 10 valid replicates. Expanded testing was performed due to the interval trend not meeting Active Stability Monitoring criteria. All Active Stability Monitoring criteria were met following expanded testing and no further action was required.

CONFIDENTIAL

M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 17

Summary of Reconstitute and Store Stability Data for Lot 0641017
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By: _C. Gomes_
Date: _27 - May - 20__

| | |
|---|---|
| Product | 04680 M-M-R®II Single Dose Vial |
| Study Number | BS0280 |
| Fill/Date | 0641017 / 07-JUN-2001 |
| Finish-Date | N/A |
| Storage | 5 °C (2 to 8)°C |
| Initiation Date | 21-AUG-2001 |
| Purpose | Control Lot, rHA Clinical Study |

| | |
|---|---|
| Measles Bulk | 2063031 |
| Mumps Bulk | 2077508 |
| Rubella Bulk | 2066538 |
| Expiration Date | N/A |
| Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Seal Item Number | 56095 |
| Closure Item Number | 52568 |
| Container Item Number | 50471 |

| 04680 M-M-R®II Lot 0641017 Reconstitute and Store Potency Results [-Log$_{10}$(TCID$_{50}$/0.1mL)] | | Initial Interval Average Results (hours) | | 12-Month Interval Average Results (hours) | | 18-Month Interval Average Results (hours) | | 24-Month Interval Average Results (hours) | |
|---|---|---|---|---|---|---|---|---|---|
| Test (Method) | Specification Limits | 0 | 8 | 0 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | ≥ 2.3 -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | ≥ 3.6 -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | 4.5 | 4.4 | 4.0[1] | 4.0 | TBT | TBT | TBT | TBT |
| Rubella Potency (CP 9110.676) | ≥ 2.3 -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |

Stability intervals were calculated from the date samples were transferred to 5°C (2 to 8)°C, 21-AUG-2001.
Reconstitute and Store assay was run in a 1 x 5 format.  Samples are reconstituted and held for 0 and 8 hours prior to potency testing.  Results reported are the uncalibrated average of at least five replicates.
TBT: to be tested.  Testing is scheduled for a future interval.
Bold cells indicate tests were validated within this Annual Stability Report period.
[1]Result is the average of 10 valid replicates. Expanded testing was performed due to the interval trend not meeting Active Stability Monitoring criteria. All Active Stability Monitoring criteria were met following expanded testing and no further action was required.

CONFIDENTIAL

MRK-KRA01632909
MRK-CHA01632909

Appx16591

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 18

Summary of Stability Data for Lot 0643956
(Testing validated through 31-MAR-2003)

| | |
|---|---|
| Product | 04680 M-M-R®II Single Dose Vial |
| Study Number | BS0298 |
| Fill/Date | 0643956 / 10-JUN-2002 |
| Finish/Date | N/A |
| Storage | 5 °C  (2 to 8)°C |
| Initiation Date | 18-JUL-2002 |
| Purpose | Control Lot for rHA study |

| | |
|---|---|
| Measles Bulk | 2079991 |
| Mumps Bulk | 2079310 |
| Rubella Bulk | 2064969 |
| Expiration Date | N/A |
| Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Seal Item Number | 56095 |
| Closure Item Number | 52568 |
| Container Item Number | 50471 |

| (Method) | Specification Limits | Scheduled Interval | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Initial (0 Mo.) | 1 Mo. | 2 Mo. | 3 Mo. | 4 Mo. | 6 Mo. | 9 Mo. | 12 Mo. | 18 Mo. | 24 Mo. | 36 Mo. |
| Measles Potency (CP 9112 876) | ≥3.3 $log_{10}(TCID_{50}/0.5mL)$ Units, log scale | REDACTED – OMP | | | | | | | | | | |
| Mumps Potency (CP 9112 876) | ≥3.5 $log_{10}(TCID_{50}/0.5mL)$ Units, log scale | 4.5 | 4.5 | 4.5 | 4.4 | 4.4 | 4.4 | TBT | TBT | TBT | TBT | TBT |
| Rubella Potency (CP 9113 877) | ≥3.7 $log_{10}(TCID_{50}/0.5mL)$ Units, log scale | REDACTED – OMP | | | | | | | | | | |
| Physical Appearance (Ref. OS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | TBT | TBT | TBT | TBT | TBT |
| Moisture (Appxout VIII) (CP 1315 min) | ≤ 2.0 (%) | 1.8 | NR | NR | 1.3 | NR | 1.3 | TBT | TBT | TBT | TBT | TBT |
| Retention Time (CP 1110 690) | 0 to 120 (seconds) | 20 | NR | NR | NR | NR | NR | NR | TBT | NR | TBT | TBT |
| Closure Integrity (SOP 224-366) | Closed | Closed | NR | NR | NR | NR | NR | NR | NR | NR | TBT | NR |
| pH (SOP 224-366) | 6.2 to 6.8 | 6.5 | NR | NR | NR | NR | 6.6 | TBT | TBT | TBT | TBT | TBT |
| Sterility (CP 1110 001) | No Growth | No growth | NR | NR | NR | NR | NR | NR | NR | NR | TBT | NR |
| General Safety (CP 1110 002) | No Weight Loss or Death | No weight loss or death | NR | NR | NR | NR | NR | NR | NR | NR | TBT | NR |

Stability intervals are based upon the date samples are transferred to 5°C after being held at -20°C. 18-JUL-2002.
Potencies are the average of at least five replicates on separate vials. All potency results are reported as uncalibrated data.
Moisture results are the average of at least three separate vials.
NR: not required.  The test was not scheduled for the interval.

Footnotes continued on next page

CONFIDENTIAL

R Restricted
Confidential
limited access

2nd Scientist
Reviewed By: _C_ Gullet_
Date: _27-May-2002_

**M-M-R®II Stability at 5 °C (2 to 8)°C**
**Table 18**

Summary of Stability Data for Lot 0643956
(Testing validated through 31-MAR-2003)

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2079991 |
| Study Number | BS0298 | Mumps Bulk | 2079310 |
| Fill/Date | 0643956 / 10-JUN-2002 | Rubella Bulk | 2084969 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Initiation Date | 18-JUL-2002 | Seal Item Number | 56095 |
| Purpose | Control Lot for rHA study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

TBT: to be tested. Testing is scheduled for a future interval.
**Bold** cells indicate tests were validated within this Annual Stability Report period.
[1]Results generated at release.

MRK-KRA01632911
MRK-CHA01632911

Appx16593

2nd Scientist
Reviewed By _C. Gorciale_
Date _23-MAY-2003_

M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 19

Summary of Reconstitute and Store Stability Data for Lot 0643956
(Testing validated through 31-MAR-2003)

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2079991 |
| Study Number | BS0298 | Mumps Bulk | 2075310 |
| Fill/Date | 0643956 / 10-JUN-2002 | Rubella Bulk | 2084969 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 18-JUL-2002 | Seal Item Number | 56095 |
| Purpose | Control Lot for rHA study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

| 04680 M-M-R®II Lot 0634956 Reconstitute and Store Potency Results [-Log₁₀(TCID₅₀/0.1mL)] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Test (Method) | Specification Limits | Initial Interval Average Results (hours) | | 12-Month Interval Average Results (hours) | | 18-Month Interval Average Results (hours) | | 24-Month Interval Average Results (hours) | |
| | | 0 | 8 | 0 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | ≥ 3.6 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | 4.5 | 4.6 | TBT | TBT | TBT | TBT | TBT | TBT |
| Rubella Potency (CP 9110.676) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |

Stability intervals are based upon the date samples are transferred to 5°C after being held at -20°C, 18-JUL-2002.
Reconstitute and Store assay was run in a 1 x 6 format.  Samples are reconstituted and held for 0 and 8 hours prior to potency testing.  Results reported are the uncalibrated average of at least five replicates.
TBT: to be tested.  Testing is scheduled for a future interval.
**Bold** cells indicate tests were validated within this Annual Stability Report period.

**CONFIDENTIAL**

M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 20

Summary of Stability Data for Lot 0643750
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By: _C. Gusset_
Date: _27-MAY-2003_

| | |
|---|---|
| Product | 04680 M-M-R®II Single Dose Vial |
| Study Number | BS0299 |
| Fill/Date | 0643750 / 16-MAY-2002 |
| Finish/Date | N/A |
| Storage | 5 °C  (2 to 8) °C |
| Initiation Date | 30-JUL-2002 |
| Purpose | Control lot for new lyophilization cabinets. (LY-801 and LY-802) |

| | |
|---|---|
| Measles Bulk | 2063031 |
| Mumps Bulk | 2079310 |
| Rubella Bulk | 2084969 |
| Expiration Date | N/A |
| Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Seal Item Number | 56095 |
| Closure Item Number | 52568 |
| Container Item Number | 50471 |

| Test (Method) | Specification Limits | Scheduled Interval | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Initial (0 Mo.) | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos. | 24 Mos. | 30 Mos. |
| Measles Potency (CP 9110.676) | $\geq 2.3 \cdot Log_{10}(TCID_{50}/0.1mL.)$ Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | $\geq 3.6 \cdot Log_{10}(TCID_{50}/0.1mL.)$ Units, log scale | 4.5 | 4.5 | 4.4 | TBT | TBT | TBT | TBT | TBT |
| Rubella Potency (CP 9110.676) | $\geq 2.3 \cdot Log_{10}(TCID_{50}/0.1mL.)$ Units, log scale | REDACTED – OMP | | | | | | | |
| Physical Appearance (Ref. QS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized Compact Crystalline Plug[1] | Light Yellow, Lyophilized Compact Crystalline Plug | Light Yellow, Lyophilized Compact Crystalline Plug | TBT | TBT | TBT | TBT | TBT |
| Moisture (Aquatest VIII) (CP 9110.685) | $\leq 3.0$ (%) | 1.2[1] | 1.5 | 1.6 | TBT | TBT | TBT | TBT | TBT |
| Restoration Time (CP 9110.685) | 0 to 120 (seconds) | 8[1] | NR | NR | NR | TBT | NR | TBT | TBT |
| Closure Integrity (SOP 224-398) | Closed | Closed | NR | NR | NR | TBT | NR | TBT | TBT |
| pH (SOP 224-398) | 6.2 to 6.8 | 6.5[1] | NR | 6.6 | NR | TBT | TBT | TBT | TBT |
| Sterility (CP 9110.001) | No Growth | No growth[1] | NR | NR | NR | NR | NR | TBT | NR |

Stability intervals are based upon the date samples are transferred to 5°C after being held at -20°C, 30-JUL-2002.
Potencies are the average of at least five replicates on separate vials. All potency results are reported as uncalibrated data.

Footnotes continued on next page.

CONFIDENTIAL

MRK-KRA01632913
MRK-CHA01632913

Appx16595

●         ●         ●

**Restricted**
**R** ◆ **Confidential**
*limited access*

M-M-R®II Stability at 5 °C (2 to 8)°C
**Table 20**

2ⁿᵈ Scientist
Reviewed By: *C. George*
Date: *27-May-200__*

Summary of Stability Data for Lot 0643750
(Testing validated through 31-MAR-2003)

| | | | | |
|---|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | | 2063031 |
| Study Number | BS0299 | Mumps Bulk | | 2079310 |
| Fill/Date | 0643750 / 16-MAY-2002 | Rubella Bulk | | 2084969 |
| Finish/Date | N/A | Expiration Date | | N/A |
| Storage | 5 °C (2 to 8) °C | Bulk / Fill / Package Mfr. Site | | West Point / West Point / West Point |
| Initiation Date | 30-JUL-2002 | Seal Item Number | | 56095 |
| Purpose | Control lot for new lyophilization cabinets. (LY-801 and LY-802) | Closure Item Number | | 52568 |
| | | Container Item Number | | 50471 |

Moisture results are the average of at least three separate vials.
NR: not required. The test was not scheduled for the interval.
TBT: to be tested. Testing is scheduled for a future interval.
**Bold** cells indicate tests were validated within this Annual Stability Report period.
[1] Results generated at release.

**CONFIDENTIAL**

MRK-KRA01632914
MRK-CHA01632914

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 21

Summary of Reconstitute and Store Stability Data for Lot 0643750
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed by: _C. Comicof_
Date: _27 - May - 2003_

| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2063031 |
|---|---|---|---|
| Study Number | BS0299 | Mumps Bulk | 2079310 |
| Fill/Date | 0643750 / 16-MAY-2002 | Rubella Bulk | 2084969 |
| Finish/Date | N/A | Expiration Date | NA |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / NA |
| Initiation Date | 30-JUL-2002 | Seal Item Number | 56095 |
| Purpose | Control lot for new lyophilization cabinets | Closure Item Number | 52558 |
| | (LY-801 and LY-802) | Container Item Number | 50471 |

| | | 04680 M-M-R®II Lot 0643750 Reconstitute and Store Potency Results [-Log$_{10}$(TCID$_{50}$/0.1mL)] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test (Method) | Specification Limits | Initial Interval Average Results (hours) | | 12-Month Interval Average Results (hours) | | 18-Month Interval Average Results (hours) | | 24-Month Interval Average Results (hours) | |
| | | 0 | 8 | 0 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | $\geq 2.3$ -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | $\geq 3.6$ -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | 4.5 | 4.5 | TBT | TBT | TBT | TBT | TBT | TBT |
| Rubella Potency (CP 9110.676) | $\geq 2.3$ -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |

Stability intervals are based upon the date samples are transferred to 5°C after being held at -20°C, 30-JUL-2002
Reconstitute and Store assay was run in a 1 x 6 format. Samples are reconstituted and held for 0 and 8 hours prior to potency testing. Results reported are the uncalibrated averages of at least five replicates.
TBT: to be tested. Testing is scheduled for a future interval.
**Bold** cells indicate tests were validated within this Annual Stability Report period.

**CONFIDENTIAL**

MRK-KRA01632915
MRK-CHA01632915

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 22

Summary of Stability Data for Lot 0644709
(Testing validated through 31-MAR-2003)

Second Scientist Reviewed
Reviewed by: _C. Gawbe_
Date: _30 January 2003_

| | |
|---|---|
| Product | 04690 M-M-R®II Single Dose Vial |
| Study Number | BS0303 |
| Fill/Date | 0644709 / 19-SEP-2002 |
| Finish/Date | N/A |
| Storage | 5 °C  (2 to 8)°C |
| Initiation Date | 19-NOV-2002 |
| Purpose | Control lot for Alternative (WG) Chicken Flock |

| | |
|---|---|
| Measles Bulk | 2087641 |
| Mumps Bulk | 2079310 |
| Rubella Bulk | 2091662 |
| Expiration Date | NA |
| Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Seal Item Number | 56095 |
| Closure Item Number | 52568 |
| Container Item Number | 50471 |

| Test (Method) | Specification Limits | Initial (0 Mo.) | 3 Mos.[2] | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos. | 24 Mos. | 30 Mos. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Scheduled Interval | | | |
| Measles Potency (CP 9110.676) | ≥ 2.3 ·Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | ≥ 3.8 ·Log₁₀(TCID₅₀/0.1mL) Units, log scale | 4.7 | 4.6 | TBT | TBT | TBT | TBT | TBT | TBT |
| Rubella Potency (CP 9110.676) | ≥ 2.3 ·Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Physical Appearance (Ref. QS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized Compact Crystalline Plug[1] | NR | NR | NR | NR | NR | NR | NR |
| Moisture (Aquatest VIII) (CP 9110.695) | ≤ 3.0 (%) | 1.2[1] | NR | NR | NR | NR | NR | NR | NR |
| Restoration Time (CP 9110.696) | 0 to 120 (seconds) | 5[1] | NR | NR | NR | NR | NR | NR | NR |
| pH (SOP 224-388) | 6.2 to 6.8 | 6.5[1] | NR | NR | NR | NR | NR | NR | NR |
| Sterility (CP 9110.001) | No Growth | No growth[1] | NR | NR | NR | NR | NR | NR | NR |
| General Safety (CP 9110.002) | No Weight Loss or Death | No weight loss or death[1] | NR | NR | NR | NR | NR | NR | NR |

Intervals are based upon the date test lot samples were transferred to the (2 to 8)°C storage chamber after date of manufacturing, 16-OCT-2002, however, actual test intervals will be footnoted. Potencies are the average of at least five replicates on separate vials. All potency results are reported as uncalibrated data.

Footnotes continued on next page.

MRK-KRA01632916
MRK-CHA01632916

Appx16598



**M-M-R®II Stability at 5 °C (2 to 8)°C**
**Table 22**

Summary of Stability Data for Lot 0644709
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By: _C. Georges_
Date: _27-May-2003_

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2087641 |
| Study Number | BS0303 | Mumps Bulk | 2079310 |
| Fill/Date | 0644709 / 19-SEP-2002 | Rubella Bulk | 2091662 |
| Finish/Date | N/A | Expiration Date | NA |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Initiation Date | 19-NOV-2002 | Seal Item Number | 56095 |
| Purpose | Control lot for Alternative (WG) Chicken Flock | Closure Item Number | 52566 |
| | | Container Item Number | 50471 |

Moisture results are the average of at least three separate vials.
NR: not required. The test was not scheduled for the interval.
TBT: to be tested. Testing is scheduled for a future interval.
Bold cells indicate tests were validated within this Annual Stability Report period.
[1]Results generated at release.
[2]Actual test interval is 2-months.

**CONFIDENTIAL**

**MRK-KRA01632917**
**MRK-CHA01632917**

**Appx16599**

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 23

Summary of Stability Data for Lot 0998K
(Testing validated through 31-MAR-2003)

2nd Specialist
Reviewed By _C Caché_
Date _27-MAY-2003_

| | | | | |
|---|---|---|---|---|
| Product | 04681 M-M-R®II Single Dose Vial | Measles Bulk | 2063029 | |
| Study Number | BS070X | Mumps Bulk | 2027478 | |
| Fill/Date | 063666I / 01-MAY-2000 | Rubella Bulk | 2049541 | |
| Finish/Date | 0998K / 30-JUL-2000 | Expiration Date | 22-JUN-2002 | |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point | |
| Initiation Date | 09-AUG-2000 | Seal Item Number | 56095 | |
| Purpose | 2000 Annual | Closure Item Number | 52588 | |
| | | Container Item Number | 50471 | |

| Test (Method) | Specification Limits | Scheduled Interval | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Initial (0 Mo.) | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos. | 24 Mos. | 30 Mos. |
| Measles Potency (CP 9110.675) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.675) | > 3.6 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | 4.4 | 4.5 | 4.3 | 4.2 | 4.0 | 4.0 | 3.8 | 3.8 |
| Rubella Potency (CP 9110.675) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Physical Appearance (Ref. QG) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug |
| Moisture (Aquatest VIII) (CP 9110.695) | ≤3.0 (%) | 1.3[1] | NR[2] | NR[2] | NR[2] | 1.4 | 1.1 | 1.3 | 1.4 |
| Restoration Time (CP 9110.696) | 0 to 120 (seconds) | 10[1] | NR | NR | NR | 5 | NR | 15 | 15 |
| Closure Integrity (SOP 224-388) | Closed | Closed | NR | NR | NR | Closed | NR | Closed | Closed |
| pH (SOP 224-388) | 6.2 to 6.8 | 6.6[1] | NR | NR[2] | NR | NR[2] | 6.6 | 6.6 | 6.5 |
| Sterility (CP 9110.001) | No Growth | No Growth[1] | NR | NR | NR | NR | NR | No growth | NR |

Stability intervals were scheduled from the package date, 30-JUL-2000.
Potencies are the average of at least five replicates on separate vials. All potency results are reported as uncalibrated data.

Footnotes continued on next page.

**CONFIDENTIAL**

MRK-KRA01632918
MRK-CHA01632918

Appx16600



**M-M-R®II Stability at 5 °C  (2 to 8)°C**
**Table 23**

Summary of Stability Data for Lot 0998K
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By: _C. Ginnesse_
Date: _22-may-_~~Eal~~

| | | | |
|---|---|---|---|
| Product | 04681 M-M-R®II Single Dose Vial | Measles Bulk | 2063029 |
| Study Number | BS070K | Mumps Bulk | 2027478 |
| Fill/Date | 0636661 / 01-MAY-2000 | Rubella Bulk | 2049541 |
| Finish/Date | 0998K / 30-JUL-2000 | Expiration Date | 22-JUN-2002 |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Initiation Date | 09-AUG-2000 | Seal Item Number | 56095 |
| Purpose | 2000 Annual | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

Moisture results are the average of at least three separate vials.
NR: not required. The test was not scheduled for the interval.
TBT: to be tested. Testing is scheduled for a future interval.
**Bold** cells indicate tests were validated within this Annual Stability Report period.

[1] Result generated at release.
[2] NR: Not required.  Intervals sampled prior to approval of protocol revision adding pH testing at initial, 6, 12, 18, 24 and 30 month intervals and moisture testing at initial, 3, 6, 9, 12, 18, 24 and 30 month intervals (approved 01-AUG-2001).
[3] Measles potency was outside of the two-sigma historical range for interval trend at the 6- and 9-month intervals.  The Stability Test Investigation concluded that results for the house standard appear to be impacted by shifts in the assay to a different degree than results for the stability test lot.  The atypical interval trends at 6 months and 9 months were attributed to the fluctuations in the house standard, and the apparent over-compensation caused by house-standard adjustment of the data.

**CONFIDENTIAL**

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 24

Summary of Stability Data for Lot 0998K
(Testing validated through 31-MAR-2003)

2nd Submist
Reviewed BY _ C C C ? ? 5C
DATE _ 2 ? _ m a y _ 2 0 ? ?

| | | | |
|---|---|---|---|
| Product | 04681 M-M-R®II Single Dose Vial | Measles Bulk | 2063029 |
| Study Number | BS070K | Mumps Bulk | 2027478 |
| Fill/Date | 0636661 / 01-MAY-2000 | Rubella Bulk | 2049541 |
| Finish/Date | 0998K / 30-JUL-2000 | Expiration Date | 22-JUN-2002 |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Initiation Date | 09-AUG-2000 | Seal Item Number | 56095 |
| Purpose | 2000 Annual | Closure Item Number | 52558 |
| | | Container Item Number | 50471 |

| 04681 M-M-R®II Lot 0998K Reconstitute and Store Potency Results [-Log$_{10}$(TCID$_{50}$/0.1mL)] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Test (Method) | Specification Limits | Initial Interval Average Results[1] (hours) | | | 18-Month Interval Average Results[2] (hours) | | 24-Month Interval Average Results[2] (hours) | |
| | | 0 | 4 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | ≥ 2.3 $-Log_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | |
| Mumps Potency (CP 9110.676) | ≥ 3.6 $-Log_{10}$(TCID$_{50}$/0.1mL) Units, log scale | 4.9 | 4.6 | 4.5 | 4.0 | 3.9 | 3.8 | 3.8 |
| Rubella Potency (CP 9110.676) | ≥ 2.3 $-Log_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | |

Stability intervals were scheduled from the package date, 30-JUL-2000.
**Bold** cells indicate tests were validated within this Annual Stability Report period.

[1]Reconstitute and Store assay was run in a 3 x 1 format.  Samples are reconstituted and held for 0, 4, and 8 hours prior to potency testing.  Results reported are the uncalibrated average of three replicates.
[2]Reconstitute and Store assay was run in a 1 x 6 format.  Samples are reconstituted and held for 0 and 8 hours prior to potency testing.  Results reported are the uncalibrated average of at least five replicates.

**CONFIDENTIAL**

MRK-KRA01632920
MRK-CHA01632920

Appx16602

Restricted
Confidential
limited access

M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 25

Summary of Stability Data for Lot 0734L
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By __ C. Crowley
Date __ 22-May-2003

| | |
|---|---|
| Product | 04681 M-M-R®II Single Dose Vial with Diluent 39113 |
| Study Number | BS070L |
| Fill/Date | 6639615 / 07-FEB-2001 |
| Finish/Date | 0734L / 04-JUN-2001 |
| Storage | 5 °C  (2 to 8)°C |
| Initiation Date | 03-AUG-2001 |
| Purpose | 2001 Annual |

| | |
|---|---|
| Measles Bulk | 2063827 |
| Mumps Bulk | 2077508 |
| Rubella Bulk | 2050175 |
| Expiration Date | 25-MAY-2003 |
| Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Seal Item Number | 50471 |
| Closure Item Number | 52568 |
| Container Item Number | 56095 |

| Test (Method) | Specification Limits | Initial (1 Mo.) | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos. | 24 Mos. | 30 Mos. |
|---|---|---|---|---|---|---|---|---|---|
| Measles Potency (CP 9110.676) | $\geq 2.3$ -$Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | $\geq 3.5$ -$Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | 4.5[c] | 4.2 | Invalid[2] | 4.1 | 4.1 | 3.9 | TBT | TBT |
| Rubella Potency (CP 9110.676) | $\geq 2.3$ -$Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | REDACTED – OMP | | | | | | | |
| Physical Appearance (Ref. QS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug[1] | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | TBT | TBT |
| Moisture (Aquatest VIII) (CP 9110.995) | $\leq 3.0$ (%) | 1.4[1] | 1.4 | 1.0 | 1.1 | 1.3 | 1.5 | TBT | TBT |
| Restoration Time (CP 9110.585) | 0 to 120 (seconds) | 10[1] | NR | NR | NR | 10 | NR | TBT | TBT |
| Closure Integrity (SOP 224-208) | Closed | Closed[1] | NR | NR | NR | Closed | NR | TBT | TBT |
| pH (SOP 224-388) | 6.2 to 6.8 | 6.5[1] | NR | 6.5 | NR | 6.6 | 6.6 | TBT | TBT |
| Sterility (CP 9110.001) | No Growth | No Growth[1] | NR | NR | NR | NR | NR | TBT | NR |

Stability intervals were calculated from the date of package, 04-JUN-2001.
Potencies are the average of at least five replicates on separate vials.  All potency results are reported as uncalibrated data.
Moisture results are the average of at least three separate vials.

Footnotes continued on next page.

CONFIDENTIAL

MRK-KRA01632921
MRK-CHA01632921

<u>M-M-R®II Stability at 5 °C  (2 to 8)°C</u>
<u>Table 25</u>

Summary of Stability Data for Lot 0734L
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By: _____
Date: ____ 29-MAY-2003

| Product | 04681 M-M-R®II Single Dose Vial with Diluent 39113 | Measles Bulk | 2053827 |
| Study Number | BS070L | Mumps Bulk | 2077508 |
| Fill/Date | 0639615 / 07-FEB-2001 | Rubella Bulk | 2050175 |
| Finish/Date | 0734L / 04-JUN-2001 | Expiration Date | 25-MAY-2003 |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Initiation Date | 03-AUG-2001 | Seal Item Number | 50471 |
| Purpose | 2001 Annual | Closure Item Number | 52568 |
| | | Container Item Number | 56095 |

NR: not required.  The test was not scheduled for the interval.
TBT: to be tested.  Testing is scheduled for a future interval.
Pending: Samples were submitted for testing.   Results are pending; interim audit performed for this interval.
Bold cells indicate tests were validated within this Annual Stability Report period.

[1] Actual test interval was 2 months.
REDACTED – OMP

[2] Only 3 valid replicates were obtained for the interval.
REDACTED – OMP

MRK-KRA01632922
MRK-CHA01632922

M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 26

Summary of Stability Data for Lot 0734L
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By: _C. Gulce_
Date: _29-May-2003_

| | | | |
|---|---|---|---|
| Product | 04581 M-M-R®II Single Dose Vial with Diluent 39113 | Measles Bulk | 2063827 |
| Study Number | BS070L | Mumps Bulk | 2077508 |
| Fill/Date | 0639615 / 07-FEB-2001 | Rubella Bulk | 2050175 |
| Finish/Date | 0734L / 04-JUN-2001 | Expiration Date | 25-MAY-2003 |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Initiation Date | 03-AUG-2001 | Seal Item Number | 50471 |
| Purpose | 2001 Annual | Closure Item Number | 52568 |
| | | Container Item Number | 56095 |

| 04581 M-M-R®II Lot 0734L Reconstitute and Store Potency Results [-Log$_{10}$(TCID$_{50}$/0.1mL]] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Test (Method) | Specification Limits | Initial Interval[1] Average Results (hours) | | 12-Month Interval Average Results (hours) | | 18-Month Interval Average Results (hours) | | 24-Month Interval Average Results (hours) | |
| | | 0 | 8 | 0 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | ≥ 2.3 -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | ≥ 3.6 -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | 4.5 | 4.4 | 4.1 | 4.1 | **3.9** | **3.8** | TBT | TBT |
| Rubella Potency (CP 9110.676) | ≥ 2.3 -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |

Stability intervals were calculated from the date of package, 04-JUN-2001.
Reconstitute and Store assay was run in a 1 x 6 format. Samples are reconstituted and held for 0 and 8 hours prior to potency testing. Results reported are the uncalibrated average of at least five replicates.
TBT: to be tested. Testing is scheduled for a future interval.
**Bold** cells indicate tests were validated within this Annual Stability Report period.

[1] Actual test interval was 2 months.

**CONFIDENTIAL**

**MRK-KRA01632923**
**MRK-CHA01632923**

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 27

Summary of Stability Data for Lot 0232M
(Testing validated through 31-MAR-2003)

2nd Edition
Reviewed By: _C. Grace_
Date: _2 7 - may - 2003_

| | |
|---|---|
| Product | 04681 M-M-R®II Single Dose Vial |
| Study Number | BS070M |
| Fill/Date | 0642233 / 11-NOV-2001 |
| Finish/Date | 0232M / 10-APR-2002 |
| Storage | 5 °C (2 to 8)°C |
| Initiation Date | 19-APR-2002 |
| Purpose | 2002 Annual |

| | |
|---|---|
| Measles Bulk | 2080988 |
| Mumps Bulk | 2077508 |
| Rubella Bulk | 2066539 |
| Expiration Date | 4-APR-2004 |
| Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Seal Item Number | 56095 |
| Closure Item Number | 52568 |
| Container Item Number | 50471 |

| Test (Method) | Specification Limits | Initial (0 mo.) | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos. | 24 Mos. | 30 Mos. |
|---|---|---|---|---|---|---|---|---|---|
| Measles Potency (CP 9110.676) | ≥2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | ≥3.6 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | 4.3 | 4.3 | 4.2 | 4.1 | TBT | TBT | TBT | TBT |
| Rubella Potency (CP 9110.676) | ≥2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Physical Appearance (Ref. QS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | TBT | TBT | TBT | TBT |
| Moisture (Acuatest VIII) (CP 9110.695) | ≤3.0 (%) | 1.2 | 1.3 | 1.3 | 1.5 | TBT | TBT | TBT | TBT |
| Restoration Time (CP 9110.696) | 0 to 120 (seconds) | 10 | NR | NR | NR | TBT | NR | TBT | TBT |
| Closure Integrity (SOP 224-208) | Closed | Closed | NR | NR | NR | TBT | NR | TBT | TBT |
| pH (SOP 224-386) | 6.2 to 6.8 | 6.6 | NR | 6.6 | NR | TBT | TBT | TBT | TBT |
| Sterility (CP 9110.001) | No Growth | No growth | NR | NR | NR | NR | NR | TBT | NR |

Stability intervals were calculated from the date of package, 10-APR-2002.
Potencies are the average of at least five replicates on separate vials. All potency results are reported as uncalibrated data.
Moisture results are the average of at least three separate vials.

Footnotes continued on next page.

**CONFIDENTIAL**



Restricted
◇ Confidential
Limited access

<u>M-M-R®II Stability at 5 °C (2 to 8)°C</u>
<u>Table 27</u>

Summary of Stability Data for Lot 0232M
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By: _C. Gaucet_
Date: _27-MAY-2003_

| | | | |
|---|---|---|---|
| Product | 04681 M-M-R®II Single Dose Vial | Measles Bulk | 2060988 |
| Study Number | BS070M | Mumps Bulk | 2077508 |
| Fill/Date | 0642233 / 11-NOV-2001 | Rubella Bulk | 2066539 |
| Finish/Date | 0232M / 10-APR-2002 | Expiration Date | 4-APR-2004 |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Initiation Date | 19-APR-2002 | Seal Item Number | 56095 |
| Purpose | 2002 Annual | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

NR: not required. The test was not scheduled for the interval.
TBT: to be tested. Testing is scheduled for a future interval.
**Bold** cells indicate tests were validated within this Annual Stability Report period.

**CONFIDENTIAL**



## M-M-R®II Stability at 5 °C (2 to 8)°C
### Table 28

Summary of Stability Data for Lot 0232M
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By: _C. Gordon_
Date: _27 - May - 2003_

| | |
|---|---|
| Product | 04681 M-M-R®II Single Dose Vial |
| Study Number | 6S070M |
| Fill/Date | 0642233 / 11-NOV-2001 |
| Finish/Date | 0232M / 10-APR-2002 |
| Storage | 5 °C (2 to 8)°C |
| Initiation Date | 19-APR-2002 |
| Purpose | 2002 Annual |

| | |
|---|---|
| Measles Bulk | 2080988 |
| Mumps Bulk | 2077508 |
| Rubella Bulk | 2066539 |
| Expiration Date | 04-APR-2004 |
| Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Seal Item Number | 56095 |
| Closure Item Number | 52568 |
| Container Item Number | 50471 |

| Test (Method) | Specification Limits | Initial Interval Average Results (hours) | | 12-Month Interval Average Results (hours) | | 18-Month Interval Average Results (hours) | | 24-Month Interval Average Results (hours) | |
|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 8 | 0 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | $\geq 2.3$ -$Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | $\geq 3.6$ -$Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | 4.3 | 4.3 | TBT | TBT | TBT | TBT | TBT | TBT |
| Rubella Potency (CP 9110.676) | $\geq 2.3$ -$Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | REDACTED – OMP | | | | | | | |

**04681 M-M-R®II Lot 0734L Reconstitute and Store Potency Results [-$Log_{10}(TCID_{50}/0.1mL)$]**

Stability intervals were calculated from the date of package, 10-APR-2002.
Reconstitute and Store assay was run in a 1 × 6 format. Samples are reconstituted and held for 0 and 8 hours prior to potency testing. Results reported are the uncalibrated average of at least five replicates.
TBT: to be tested. Testing is scheduled for a future interval.
Bold cells indicate tests were validated within this Annual Stability Report period

**CONFIDENTIAL**

MRK-KRA01632926
MRK-CHA01632926

### M-M-R®II Stability at 5 °C  (2 to 8)°C
### Table 28

Summary of Stability Data for Lot 1434K
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By _C. Cu 165_
Date _ 23 - 03 - 05 _

| | | |
|---|---|---|
| Product | 04682 M-M-R®II Ten Dose Vial with Diluent 39113 | Measles Bulk 2038153 |
| Study Number | BS071K | Mumps Bulk 2041512 |
| Fill/Date | 0631486 / 02-MAR-1999 | Rubella Bulk 2044542 |
| Finish/Date | 1434K / 09-OCT-2000 | Expiration Date 02-MAR-2002 |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site West Point / West Point / West Point |
| Initiation Date | 12-OCT-2000 | Seal Item Number 55095 |
| Purpose | 2000 Annual | Closure Item Number 52568 |
| | | Container Item Number 50507 |

| Test (Method) | Specification Limits | Initial (0 Mo.) | Scheduled Interval | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos.[a] | 20 Mos.[a] |
| Measles Potency (CP 9110.676) | $\geq 2.3$ -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | |
| Mumps Potency (CP 9110.676) | $\geq 3.6$ -Log₁₀(TCID₅₀/0.1mL) Units, log scale | 4.1 | 4.1 | 4.0 | 3.9 | 4.1[4] | 3.8 | 3.7 |
| Rubella Potency (CP 9110.676) | $\geq 2.3$ -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | |
| Physical Appearance (Ref. QS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug |
| Moisture (Aquatest VIII) (CP 9110.695) | $\leq 3.0$ (%) | 2.0 | NR[3] | NR[3] | NR[3] | 1.6 | 1.2 | 1.7 |
| Restoration Time (CP 9110.696) | 0 to 120 (seconds) | 5 | NR | NR | NR | 20 | NR | 5 |
| Closure Integrity (SOP 224-208) | Closed | Closed | NR | NR | NR | Closed | NR | Closed |
| pH (SOP 224-388) | 6.2 to 6.8 | 6.5[7] | NR | NR[3] | NR | 6.6 | 6.5 | 6.6 |
| Sterility (CP 9110.001) | No Growth | No Growth | NR | NR | NR | NR | NR | No Growth |

Stability intervals were calculated from the date of package, 09-OCT-2000.
Potencies are the average of at least five replicates on separate vials. All potency results are reported as uncalibrated data.

Footnotes continued on next page.

**CONFIDENTIAL**

MRK-KRA01632927
MRK-CHA01632927



## M-M-R®II Stability at 5 °C (2 to 8)°C
### Table 29

Summary of Stability Data for Lot 1434K
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By _C. Coutee_
Date _27 - May - 200_

| | | |
|---|---|---|
| Product | 04682 M-M-R®II Ten Dose Vial with Diluent 39113 | Measles Bulk | 2038153 |
| Study Number | BS071K | Mumps Bulk | 2041512 |
| Fill/Date | 0631486 / 02-MAR-1999 | Rubella Bulk | 2044542 |
| Finish/Date | 1434K / 09-OCT-2000 | Expiration Date | 02-MAR-2002 |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Initiation Date | 12-OCT-2000 | Seal Item Number | 56095 |
| Purpose | 2000 Annual | Closure Item Number | 52568 |
| | | Container Item Number | 50507 |

Moisture results are the average of at least three separate vials.
NR: not required. The test was not scheduled for the interval.
TBT: to be tested. Testing is scheduled for a future interval.
**Bold** cells indicate tests were validated within this Annual Stability Report period.

[1] Actual test interval was 1 month.
[2] Result generated at release.
[3] NR: Not required. Interval sampled prior to approval of protocol revision adding pH testing at initial, 6, 12, 18, 24 and 30 month intervals and moisture testing at initial, 3, 6, 9, 12, 18, 24 and 30 month intervals (approved 01-AUG-2001).
[4] Mumps potency was cut-off-trend for early phase loss. Additional interval added at 15 months to follow up on OOT result, with a result of 3.8 -log₁₀TCID₅₀/0.1 mL. The Stability Test Investigation concluded that the apparent increase in mumps potency was attributable to the greater variability in the 3 x 1 assay format used at release.
[5] The test schedule for this lot was amended to be synchronized with the expiry period for the lot; therefore, 18 months corresponds to 1-month post expiry.
[6] The test schedule for this lot was amended to be synchronized with the expiry period for the lot; therefore, 20 months corresponds to 3-months post expiry.

**CONFIDENTIAL**

**MRK-KRA01632928**
**MRK-CHA01632928**

**Appx16610**

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 30

Summary of Stability Data for Lot 1434K
(Testing validated through 31-MAR-2003)

2nd Reviewed
Reviewed by _G. Gerard CC_
Date _27-May-2001_

| | | | |
|---|---|---|---|
| Product | 04682 M-M-R®II Ten Dose Vial with Diluent 39113 | Measles Bulk | 2038153 |
| Study Number | BS071K | Mumps Bulk | 2041512 |
| Fill/Date | 0631486 / 02-MAR-1999 | Rubella Bulk | 2044542 |
| Finish/Date | 1434K / 09-OCT-2000 | Expiration Date | 02-MAR-2002 |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Initiation Date | 12-OCT-2000 | Seal Item Number | 56095 |
| Purpose | 2000 Annual | Closure Item Number | 52568 |
| | | Container Item Number | 50507 |

| 04682 M-M-R®II Lot 1434K Reconstitute and Store Potency Results [-Log₁₀(TCID₅₀/0.1mL)] | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Test (Method) | Specification Limits | Initial Interval Average Results[1] (hours) | | | 12-Month Interval Average Results[2] (hours) | | 18-Month Interval Average Results[2,3] (hours) | | 20-Month Interval Average Results[2] (hours) | |
| | | 0 | 4 | 8 | 0 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | | |
| Mumps Potency (CP 9110.676) | ≥ 3.6 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | 4.1 | 4.0 | 4.1 | 4.1 | 3.8 | 3.8 | 3.9 | NR[4] | NR[4] |
| Rubella Potency (CP 9110.676) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | | |

Stability intervals were calculated from the date of package, 09-OCT-2000.
**Bold cells indicate tests were validated within this Annual Stability Report period.**

[1] Reconstitute and Store assay was run in a 3 x 1 format. Samples are reconstituted and held for 0, 4, and 8 hours prior to potency testing. Results reported are the uncalibrated average of three replicates.
[2] Reconstitute and Store assay was run in a 1 x 6 format. Samples are reconstituted and held for 0 and 8 hours prior to potency testing. Results reported are the uncalibrated average of at least five replicates.
[3] Actual test interval was 1-month post expiry.
[4] NR: Not required. 20 months corresponds to 3-months post expiry.

**CONFIDENTIAL**

MRK-KRA01632929
MRK-CHA01632929

**Appx16611**

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 31

Summary of Stability Data for Lot 1832K
(Testing validated through 31-MAR-2003)

Reviewed by: C. Guisto
Date: 27-Mar-2003

| Product | 04682 M-M-R®II Ten Dose Vial with Diluent 39113 | Measles Bulk | 2059166 |
|---|---|---|---|
| Study Number | BS071L | Mumps Bulk | 2041512 |
| Fill/Date | 0631367 / 23-FEB-1999 | Rubella Bulk | 2049542 |
| Finish/Date | 1832K / 04-JAN-2001 | Expiration Date | 23-FEB-2002 |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Initiation Date | 15-FEB-2001 | Seal Item Number | 56095 |
| Purpose | 2001 Annual | Closure Item Number | 52568 |
| | | Container Item Number | 50507 |

| Test (Method) | Specification Limits | Initial (1 Mo.) | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 13 Mos.[4] | 19 Mos.[5] |
|---|---|---|---|---|---|---|---|---|
| Measles Potency (CP 9110.676) | $\geq 2.3 \cdot Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | REDACTED – OMP | | | | | | |
| Mumps Potency (CP 9110.676) | $\geq 3.6 \cdot Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | 4.2 | 4.0 | 3.9 | 3.8 | 4.0[6] | 3.9 | 3.8 |
| Rubella Potency (CP 9110.676) | $\geq 2.3 \cdot Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | REDACTED – OMP | | | | | | |
| Physical Appearance (Ref. QS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug |
| Moisture (Aquatest VIII) (CP 9110.695) | $\leq 3.0$ (%) | 1.7[1] | NR[3] | NR[3] | 2.1 | 2.2 | 1.2 | 2.4 |
| Restoration Time (CP 9110.696) | 0 to 120 (seconds) | 25 | NR | NR | NR | 5 | 10 | 15 |
| Closure Integrity (SOP 224-209) | Closed | Closed | NR | NR | NR | Closed[7] | Closed[8] | Closed |
| pH (SOP 224-368) | 6.2 to 6.8 | 6.5[7] | NR | NR[3] | NR | 6.6 | 6.6 | 6.5 |
| Sterility (CP 9110.001) | No Growth | No Growth | NR | NR | NR | NR | No Growth | NR |

Stability intervals were calculated from the date of package, 04-JAN-2001.
Potencies are the average of at least five replicates on separate vials. All potency results are reported as uncalibrated data.
Moisture results are the average of at least three separate vials.

Footnotes continued on next page.

CONFIDENTIAL

MRK-KRA01632930
MRK-CHA01632930

Appx16612

M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 31

Summary of Stability Data for Lot 1632K
(Testing validated through 31-MAR-2003)



Pre Subn456.
Reviewed By_ C_ Blanco ±
Date:   27 - Mar 2001 - 2003

| | | | |
|---|---|---|---|
| Product | 04682 M-M-R®II Ten Dose Vial with Diluent 39113 | Measles Bulk | 2069166 |
| Study Number | BS071L | Mumps Bulk | 2041512 |
| Fill/Date | 0631367 / 23-FEB-1999 | Rubella Bulk | 2049542 |
| Finish/Date | 1632K / 04-JAN-2001 | Expiration Date | 23-FEB-2002 |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Initiation Date | 15-FEB-2001 | Seal Item Number | 56095 |
| Purpose | 2001 Annual | Closure Item Number | 52588 |
| | | Container Item Number | 50507 |

NR-not required.  The test was not scheduled for the interval.
**Bold cells indicate tests were validated within this Annual Stability Report period.**

[1] Actual test interval was 2 months.
[2] Result generated at release.
[3] NR: Not required.  Interval sampled prior to approval of protocol revision adding pH testing at initial, 6, 12, 18, 24, and 30-month intervals and moisture testing at initial, 3, 6, 9, 12, 18, 24, and 30-month intervals (approved 01-AUG-2001).
[4] 13-month interval corresponds to labeled expiry.
[5] 19-month interval corresponds to 6 months post-expiry.
[6] The average mumps potency result at the 12-month interval met the specification limit.  However, this lot was considered unusual for early-phase loss, and displayed unusual interval trend using house standard calibrated data.  The conclusion of the Stability Test Investigation was that the atypical interval trend for the subject lot at 12 months may be attributed to expected assay variability.
[7] Actual test interval is 13 months.
[8] Actual test interval is 16 months.

**CONFIDENTIAL**

MRK-KRA01632931
MRK-CHA01632931

Restricted
○ Confidential
Limited access

M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 32

Summary of Stability Data for Lot 1832K
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By _G. Gimes_
Date __23-May-200 5

| | | | |
|---|---|---|---|
| Product | 04662 M-M-R®II Ten Dose Vial with Diluent 39113 | Measles Bulk | 2058166 |
| Study Number | B5071L | Mumps Bulk | 2041512 |
| Fill/Date | 0631367 / 23-FEB-1999 | Rubella Bulk | 2049542 |
| Finish/Date | 1832K / 04-JAN-2001 | Expiration Date | 23-FEB-2002 |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / West Point |
| Initiation Date | 15-FEB-2001 | Seal Item Number | 56005 |
| Purpose | 2001 Annual | Closure Item Number | 52568 |
| | | Container Item Number | 50507 |

| 04662 M-M-R®II Lot 1832K Reconstitute and Store Potency Results [-Log₁₀(TCID₅₀/0.1mL)] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Test (Method) | Specification Limits | Initial Interval Average Results[1] (hours) | | | 12-Month Interval Average Results[2] (hours) | | 13-Month Interval Average Results[2,3] (hours) | |
| | | 0 | 4 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | $\geq 2.3$ -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | |
| Mumps Potency (CP 9110.676) | $\geq 3.6$ -Log₁₀(TCID₅₀/0.1mL) Units, log scale | 4.4 | 4.3 | 4.4 | 4.0 | 4.0 | 3.9 | 4.0 |
| Rubella Potency (CP 9110.676) | $\geq 2.3$ -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | |

Stability intervals were calculated from the date of package, 04-JAN-2001.
**Bold** cells indicate tests were validated within this Annual Stability Report period.

[1]Reconstitute and Store assay was run in a 3 x 1 format. Samples are reconstituted and held for 0, 4, and 8 hours prior to potency testing.  Results reported are the uncalibrated average of three replicates.
[2]Reconstitute and Store assay was run in a 1 x 8 format per protocol revision 01-AUG-2001.  Samples are reconstituted and held for 0 and 8 hours prior to potency testing.  Results reported are the uncalibrated average at least five replicates.
[3]13-month interval corresponds to labeled expiry.

**CONFIDENTIAL**

**MRK-KRA01632932**
**MRK-CHA01632932**

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 2

Summary of Stability Data for Lot 0633752
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By: _C. Grace_
Date: _27-MAY-2003_

Product: 04680 M-M-R®II Single Dose Vial
Study Number: BS0225
Fill/Date: 0633752 / 30-AUG-1999
Finish/Date: N/A
Storage: 5 °C (2 to 8)°C
Initiation Date: 08-FEB-2000
Purpose: Mumps High Titer Study/1999 Annual

Measles Bulk: 2060061
Mumps Bulk: 2030291
Rubella Bulk: 2044544
Expiration Date: N/A
Bulk / Fill / Package Mfr. Site: West Point / West Point / N/A
Seal Item Number: 56095
Closure Item Number: 52568
Container Item Number: 50471

| Test (Method) | Specification Limits | Initial (0 Mo.) | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos. | 24 Mos. | 30 Mos. |
|---|---|---|---|---|---|---|---|---|---|
| Measles Potency (CP 9110.676) | ≥2.3 -Log₁₀(TCID₅₀/0.1mL) Units, Log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | ≥3.5 -Log₁₀(TCID₅₀/0.1mL) Units, Log scale | 4.5¹ | 4.3 | 4.2 | 4.1 | 4.1⁴ | 3.9⁵ | 3.9 | 3.7 |
| Rubella Potency (CP 9110.676) | ≥2.5 Log₁₀(TCID₅₀/0.1mL) Units, Log scale | REDACTED – OMP | | | | | | | |
| Physical Appearance (Ref. QS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug |
| Moisture (CP 9110.695) | ≤3.0(%) | 0.7 | NR² | NR² | NR² | 1.0 | 1.1 | 1.0 | 1.2 |
| Restoration Time (CP 9110.696) | 0 to 120 (seconds) | 20 | NR | NR | NR | 5 | NR | 5 | 10 |
| Closure Integrity (SOP 224-208) | Closed | Closed | NR | NR | NR | Closed | NR | Closed⁷ | Closed |
| pH (SOP 224-388) | 6.2 to 6.8 | NA | NR | NR³ | NR | NR³ | 6.6 | 6.6 | 6.6 |
| Sterility (CP 9110.001) | No Growth | No Growth | NR | NR | NR | NR | NR | No Growth | NR |

Stability intervals were calculated from the date samples were stored at 5°C (2 to 8)°C following transfer from -20 °C on 08-FEB-2000.
Potencies are the average of at least five replicates on separate vials. All potency results are reported as uncalibrated data

Footnotes continued on next page.

CONFIDENTIAL

MRK-KRA01632933
MRK-CHA01632933

Appx16615



M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 2

Summary of Stability Data for Lot 0633752
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By  _____
Date:  _____

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2060061 |
| Study Number | BS0225 | Mumps Bulk | 2030291 |
| Fill/Date | 0633752 / 30-AUG-1999 | Rubella Bulk | 2044544 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 08-FEB-2000 | Seal Item Number | 56095 |
| Purpose | Mumps High Titer Study/1999 Annual | Closure Item Number | 52558 |
| | | Container Item Number | 50471 |

Moisture results are the average of at least three separate vials.  Initial and 12-month intervals tested by Aquatest IV.  18, 24 and 30-month intervals tested by Aquatest VIII.
NR: not required.  The test was not scheduled for the interval.
**Bold cells indicate tests were validated within this Annual Stability Report period.**

[1] Expanded testing was performed at the initial interval as a control to repeat the incubated portion of the WHO test (which was removed from the protocol effective
01-AUG-2001).  The average of all 12 valid replicates is reported in the table.
[2] NR: not required.  Interval sampled prior to approval of protocol revision adding pH testing at initial, 6, 12, 18, 24 and 30 month intervals and moisture testing at initial,
3, 6, 8, 12, 18, 24 and 30 month intervals (approval 01-AUG-2001).

**REDACTED – OMP**

[3] Actual test interval was 13 months.
[4] Result is the average of 11 valid replicates.  Expanded testing performed to confirm initial OOT result.  Additional interval added at 20-months to follow up on ASM OOT
with an average result of 4.0 <log₁₀(TCID₅₀/0.1mL).  The Stability Test Investigation concluded that ASM methodology is impacted by variability in the mumps assay, and
that impact is reduced when the analysis is performed on a more complete data set (i.e., as results from additional intervals become available).
[5] Result is the average of 11 valid replicates.  Initial test result was OOT; expanded test result met ASM criteria.
[7] Actual interval is 22 months.
[6] The impact of this OOS was evaluated and it was concluded that the post-expiry failure does not show unusual product degradation.  The measles potency result at the 30-
month interval met all Active Stability Monitoring criteria.

**CONFIDENTIAL**

**MRK-KRA01632934**
**MRK-CHA01632934**

M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 3

Summary of Reconstitute and Store Stability Data for Lot 0633752
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By: _____
Date: _27-MAR-2003_

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2060061 |
| Study Number | BS0225 | Mumps Bulk | 2030291 |
| Fill/Date | 0633752 / 30-AUG-1999 | Rubella Bulk | 2044544 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 08-FEB-2000 | Seal Item Number | 66095 |
| Purpose | Mumps High Titer Study/1999 Annual | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **04680 M-M-R®II Lot 0633752 Reconstitute and Store Potency Results [-Log₁₀(TCID₅₀/0.1mL)]** | | | | | | | | |
| Test (Method) | Specification Limits | Initial Interval Average Results[1] (hours) | | | 18-Month Interval Average Results[2] (hours) | | 24-Month Interval Average Results[2] (hours) | |
| | | 0 | 4 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | $\geq 2.3$ -$Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | REDACTED – OMP | | | | | | |
| Mumps Potency (CP 9110.676) | $\geq 3.6$ -$Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | 4.4 | 4.5 | 4.5 | 3.9 | 3.8 | 3.9 | 3.8 |
| Rubella Potency (CP 9110.676) | $\geq 2.3$ -$Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | REDACTED – OMP | | | | | | |

Stability intervals were calculated from the date samples were stored at 5°C (2 to 8)°C following transfer from -20 °C on 08-FEB-2000.

[1]Reconstitute and Store assay was run in a 3 x 1 format.  Samples were reconstituted and held for 0, 4, and 8 hours prior to potency testing.  Results reported are the uncalibrated average of three replicates.
[2]Reconstitute and Store assay was run in a 1 x 6 format per protocol revision effective 01-AUG-2001.  Samples were reconstituted and held for 0 and 8 hours prior to potency testing.  Results reported are the uncalibrated average of at least five replicates.
**Bold cells indicate tests were validated within this Annual Stability Report period.**

**CONFIDENTIAL**

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 4

Summary of Stability Data for Lot 0633815
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By: _C. Gouse_
Date: _2 / - m m y - 2 c n 1_

| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2060061 |
|---|---|---|---|
| Study Number | BS0225 | Mumps Bulk | 2027478 |
| Fill/Date | 0633815 / 12-SEP-1999 | Rubella Bulk | 2028048 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C (2 to 6)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 15-FEB-2000 | Seal Item Number | 56095 |
| Purpose | Mumps High Titer Study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

| Test (Method) | Specification Limits | Scheduled Interval | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Initial (0 Mo.) | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos. | 24 Mos. | 30 Mos. |
| Measles Potency (CP 9110.675) | $\geq 2.3$ -Log$_{10}$(TCID$_{50}$/0.1mL) Units, Log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | $> 3.6$ -Log$_{10}$(TCID$_{50}$/0.1mL) Units, Log scale | 4.5 | 4.3 | 4.4 | 4.2 | 4.0 | 3.9[4] | 3.9 | 3.8 |
| Rubella Potency (CP 9110.676) | $\geq 2.3$ -Log$_{10}$(TCID$_{50}$/0.1mL) Units, Log scale | REDACTED – OMP | | | | | | | |
| Physical Appearance (Ref. QS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug |
| Moisture (CP 9110.695) | $\leq 3.0$ (%) | 0.8 | NR[2] | NR[2] | NR[2] | 1.1 | 1.2 | 1.1 | 1.9 |
| Restoration Time (CP 9110.696) | 0 to 120 (seconds) | 20 | NR | NR | NR | 18 | NR | 15 | 15 |
| Closure Integrity (SOP 224-208) | Closed | Closed | NR | NR | NR | Closed | NR | Closed[6] | Closed |
| pH (SOP 224-388) | 6.2 to 6.8 | 6.5[1] | NR | NR[2] | NR[2] | NR[2] | 6.6 | 6.5 | 5.5 |
| Sterility (CP 9110.001) | No Growth | No Growth | NR | NR | NR | NR | NR | No Growth | NR |

Stability intervals were calculated from the date samples were stored at 5°C (2 to 8 °C) following transfer from –20 °C on 15-FEB-2000.

Footnotes continued on next page.

**CONFIDENTIAL**

MRK-KRA01632936
MRK-CHA01632936

Appx16618

M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 4

2nd Scientist
Reviewed By _C̲ ̲G̲u̲i̲s̲t̲_
Date: _27̲-̲m̲a̲y̲-̲2̲0̲0̲3̲_

Summary of Stability Data for Lot 0633815
(Testing validated through 31-MAR-2003)

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2060061 |
| Study Number | BS0225 | Mumps Bulk | 2027478 |
| Fill/Date | 0633815 / 12-SEP-1999 | Rubella Bulk | 2028048 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 15-FEB-2000 | Seal Item Number | 56095 |
| Purpose | Mumps High Titer Study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

Potencies are the average of at least five replicates on separate vials.  All potency results are reported as uncalibrated data.
Moisture results are the average of at least three separate vials.  Initial and 12-month intervals tested by Aquatest IV.  18, 24 and 30-month intervals tested by Aquatest VIII.
NR: not required.  The test was not scheduled for the interval.
**Bold cells indicate tests were validated within this Annual Stability Report period.**

[1] Result generated at release.
[2] NR: Not required. Interval sampled prior to approval of protocol revision adding pH testing at initial, 6, 12, 18, 24 and 30 month intervals and moisture testing at initial, 3, 6, 9, 12, 18, 24 and 30 month intervals (approval 01-AUG-2001).

REDACTED – OMP

[4] Result is the average of 11 valid replicates. Expanded testing was performed to confirm initial OOT result. Additional interval added at 20 months to follow up on ASM OOT with an average result of 4.1 $\log_{10}TCID_{50}/0.1mL$. The Stability Test Investigation concluded that ASM methodology is impacted by variability in the mumps assay, and that impact is reduced when the analysis is performed on a more complete data set (i.e., as results from additional intervals become available).

REDACTED – OMP

[6] Actual test interval was 26 months.
[7] Result is the average of 11 valid replicates. Initial test result OOT; expanded test result met Active Stability Monitoring criteria.

**CONFIDENTIAL**

MRK-KRA01632937
MRK-CHA01632937

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 5

Summary of Reconstitute and Store Stability Data for Lot 0633815
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By _____
Date _____

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2060061 |
| Study Number | BS0225 | Mumps Bulk | 2027478 |
| Fill/Date | 0633815 / 12-SEP-1999 | Rubella Bulk | 2026048 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 15-FEB-2000 | Seal Item Number | 56095 |
| Purpose | Mumps High Titer Study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

| | | 04680 M-M-R®II Lot 0633815 Reconstitute and Store Potency Results [-Log$_{10}$(TCID$_{50}$/0.1mL)] | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Test (Method) | Specification Limits | Initial Interval Average Results[1] (hours) | | | 18-Month Interval Average Results[3] (hours) | | 24-Month Interval Average Results[3] (hours) | |
| | | 0 | 4 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | ≥ 2.3 -Log$_{10}$(TCID$_{50}$/0.1mL), Units, log scale | REDACTED – OMP | | | | | | |
| Mumps Potency (CP 9110.676) | ≥ 3.6 -Log$_{10}$(TCID$_{50}$/0.1mL), Units, log scale | 4.5 | 4.5 | 4.4 | 3.9 | 3.9 | 3.9 | 3.9 |
| Rubella Potency (CP 9110.676) | ≥ 2.3 -Log$_{10}$(TCID$_{50}$/0.1mL), Units, log scale | REDACTED – OMP | | | | | | |

Stability intervals were calculated from the date samples were stored at 5 (2 to 8) °C following transfer from –20 °C on 15-FEB-2000.
**Bold** cells indicate tests were validated within this Annual Stability Report period.

[1] Reconstitute and Store assay was run in a 3 x 1 format. Samples were reconstituted and held for 0, 4, and 8 hours prior to potency testing. Results reported are the uncalibrated average of three replicates.
[2] Actual test interval was 1 month.
[3] Reconstitute and Store assay was run in a 1 x 8 format per protocol revision effective 01-AUG-2001. Samples were reconstituted and held for 0 and 8 hours prior to potency testing. Results reported are the uncalibrated average of at least five replicates.
REDACTED – OMP

**CONFIDENTIAL**

MRK-KRA01632938
MRK-CHA01632938

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 6

Summary of Stability Data for Lot 0634034
(Testing validated through 31-MAR-2003)

2nd Scientist:
Reviewed By: C. George
Date: 27-May-2003

| | | | | | |
|---|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2060061 |
| Study Number | BS0225 | Mumps Bulk | 2028460 |
| Fill/Date | 0634034 / 22-SEP-1999 | Rubella Bulk | 2044545 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 22-FEB-2000 | Seal Item Number | 56095 |
| Purpose | Mumps High Titer Study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

| Test (Method) | Specification Limits | Scheduled Interval | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Initial (0 Mo.) | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos. | 24 Mos. | 30 Mos. |
| Measles Potency (CP 9110.676) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, Log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | ≥ 3.6 -Log₁₀(TCID₅₀/0.1mL) Units, Log scale | 4.4 | 4.4 | 4.3 | 4.3 | 4.2 | 4.0 | 3.9 | 3.8 |
| Rubella Potency (CP 9110.678) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, Log scale | REDACTED – OMP | | | | | | | |
| Physical Appearance (Ref. QS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug |
| Moisture (CP 9110.696) | ≤ 3.0 (%) | 0.9 | NR | NR | NR | 0.9 | 1.1 | 1.3 | 1.8 |
| Restoration Time (CP 9110.990) | 0 to 120 (seconds) | 10 | NR | NR | NR | 5 | NR | 5 | 10 |
| Closure Integrity (CP 9110.990) | Closed | Closed | NR | NR | NR | Closed | NR | Closed⁹ | Closed |
| pH (SOP 224-388) | 6.2 to 6.8 | 6.5¹ | NR | NR | NR | NR | 6.5 | 6.5 | 6.5 |
| Sterility (CP 9110.001) | No Growth | No Growth | NR | NR | NR | NR | NR | No Growth | NR |

Stability intervals were calculated from the date samples were stored at 5°C (2 to 8)°C following transfer from -20°C on 22-FEB-2000.
Potencies are the average of at least five replicates on separate vials. All potency results are reported as uncalibrated data.
Moisture results are the average of at least three separate vials. Initial and 12-month intervals tested by Aquatest IV. 18, 24 and 30-month intervals tested by Aquatest VIII.
NR: not required. The test was not scheduled for the interval.

Footnotes continued on next page.

CONFIDENTIAL

MRK-KRA01632939
MRK-CHA01632939

Appx16621

M-M-R®II Stability at 5 °C  (2 to 8)°C
Table 6

2nd Scientist
Reviewed By: _C. Gonzalez_
Date: _27 - MAY - 2001_

Summary of Stability Data for Lot 0634034
(Testing validated through 31-MAR-2003)

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2060061 |
| Study Number | BS0225 | Mumps Bulk | 2028460 |
| Fill/Date | 0634034 / 22-SEP-1999 | Rubella Bulk | 2044545 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 22-FEB-2000 | Seal Item Number | 56095 |
| Purpose | Mumps High Titer Study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

**Bold** cells indicate tests were validated within this Annual Stability Report period.
[1] Result generated at release.
[2] NR: Not required. Interval sampled prior to approval of protocol revision adding pH testing at initial, 6, 12, 18, 24 and 30 month intervals and moisture testing at initial, 3, 6, 9, 12, 18, 24 and 30 month intervals (approval 01-AUG-2001).
[3] Result is the average of 4 replicates.
REDACTED – OMP

[5] Actual interval was 26 months.

CONFIDENTIAL

MRK-KRA01632940
MRK-CHA01632940

Appx16622



M-M-R®II Stability at 5 °C (2 to 8)°C
Table 7

Summary of Reconstitute and Store Stability Data for Lot 0634034
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By _____
Date _____

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2060061 |
| Study Number | BS0225 | Mumps Bulk | 2028460 |
| Fill/Date | 0634034 / 22-SEP-1999 | Rubella Bulk | 2044545 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 22-FEB-2000 | Seal Item Number | 56095 |
| Purpose | Mumps High Titer Study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

| 04680 M-M-R®II Lot 0634034 Reconstitute and Store Potency Results [-Log$_{10}$(TCID$_{50}$/0.1mL)] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Test (Method) | Specification Limits | Initial Interval Average Results[1,2] (hours) | | | 18-Month Interval Average Results[3] (hours) | | 24-Month Interval Average Results[3] (hours) | |
| | | 0 | 4 | 8 | 0 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | ≥ 2.3 -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | |
| Mumps Potency (CP 9110.676) | ≥ 3.6 -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | 4.7 | 4.5 | 4.4 | 4.0 | 4.2 | 3.9 | 4.0 |
| Rubella Potency (CP 9110.676) | ≥ 2.3 -Log$_{10}$(TCID$_{50}$/0.1mL) Units, log scale | REDACTED – OMP | | | | | | |

Stability intervals were calculated from the date samples were stored at 5°C (2 to 8)°C following transfer from -20°C on 22-FEB-2000.
**Bold** cells indicate tests were validated within this Annual Stability Report period.

[1]Reconstitute and Store assay was run in a 3 x 1 format. Samples are reconstituted and held for 0, 4, and 8 hours prior to potency testing. Results reported are the uncalibrated average of three replicates.
[2]Actual test interval was 1 month.
[3]Reconstitute and Store assay was run in a 1 x 6 format per protocol revision effective 01-AUG-01. Samples are reconstituted and held for 0 and 8 hours prior to potency testing. Results reported are the uncalibrated average of at least five replicates.

**CONFIDENTIAL**

MRK-KRA01632941
MRK-CHA01632941

Appx16623

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 8

Stability Data Summary for Lot 0634129
(Testing validated through 31-MAR-2003)

20% Scientist
Reviewed By: [signature]
Date: 27-JAN-2017

Product                04680 M-M-R®II Single Dose Vial      Measles Bulk          2063828
Study Number           BS0224                               Mumps Bulk            2066861
Fill/Date              0634129 / 01-OCT-1999                Rubella Bulk          2066538
Finish/Date            N/A                                  Expiration Date       N/A
Storage                5 °C (2 to 8)°C                      Bulk / Fill / Package Mfr. Site    West Point / West Point / N/A
Initiation Date        19-OCT-1999                          Seal Item Number      56095
Purpose                New Albumin Vendor Study             Closure Item Number   52568
                                                            Container Item Number 50471

| Test (Method) | Specification Limits | Initial (0 Mo.) | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos. | 24 Mos. | 30 Mos. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Scheduled Interval | | | | |
| Measles Potency (CP 9110.676) | ≥ 2.3 -Log$_{10}$(TCID$_{50}$/0.1mL), Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.676) | ≥ 3.6 -Log$_{10}$(TCID$_{50}$/0.1mL), Units, log scale | 4.9 | 4.5 | 4.5 | 4.3 | 4.4 | 4.1 | 4.0 | 4.0 |
| Rubella Potency (CP 9110.676) | ≥ 2.3 -Log$_{10}$(TCID$_{50}$/0.1mL), Units, log scale | REDACTED – OMP | | | | | | | |
| Physical Appearance (Ref. QS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow Lyophilized Compact Crystalline Plug[1] | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug |
| Moisture (Aquatest VIII) (CP 9110.695) | ≤ 3.0 (%) | 1.5[3] | NR[4] | NR[4] | NR[4] | 1.2 | NR[4] | 1.6 | 1.6 |
| Moisture (Aquatest IV) (CP 9110.695) | ≤ 3.0 (%) | 1.1[1] | NR[4] | NR[4] | NR[4] | 1.2 | NR[4] | 1.3 | NR[6] |
| Restoration Time (CP 9110.696) | 0 to 120 (seconds) | 20[1] | NR | NR | NR | 5 | NR | 5 | 10 |
| pH (SOP 224-389) | 6.2 to 6.8 | 6.5[1] | NR | NR[4] | NR | 5.6 | NR[4] | 6.6 | 6.6 |
| Sterility (CP 9110.001) | No Growth | No Growth[1] | NR | NR | NR | NR | NR | No Growth | NR |

Stability intervals were scheduled from the date samples were stored at 5°C (2 to 8)°C following transfer from -20 °C on 19-OCT-1999.
Potencies are the average of at least five replicates on separate vials. All potency results are reported as uncalibrated data.
Moisture results are the average of at least three separate vials.

Footnotes continued on next page.

CONFIDENTIAL

MRK-KRA01632942
MRK-CHA01632942

<u>M-M-R®II Stability at 5 °C  (2 to 8)°C</u>
Table 8

Stability Data Summary for Lot 0634129
(Testing validated through 31-MAR-2003)

2nd Scientist
Reviewed By _C Glück_
Date _2 7 · MAY · 200 3_

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2063828 |
| Study Number | BS0224 | Mumps Bulk | 2066861 |
| Fill/Date | 0634129 / 01-OCT-1999 | Rubella Bulk | 2066538 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C  (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 19-OCT-1999 | Seal Item Number | 56695 |
| Purpose | New Albumin Vendor Study | Closure Item Number | 52568 |
| | | Container Item Number | 50471 |

NR: not required.   The test was not scheduled for the interval.
**Bold** cells indicate tests were validated within this Annual Stability Report period.

[1] Results generated at release.
[2] Actual test interval was 2 months.
[3] Actual test interval was 4 months.
[4] NR: Not required. Interval sampled prior to approval of protocol revision adding pH testing at initial, 6, 12, 18, 24 and 30 month intervals and moisture testing at initial, 3, 6, 9, 12, 18, 24 and 30 month intervals (approval 01-AUG-2001).

REDACTED – OMP

[5] Moisture testing using Aquatest IV has been replaced with testing using Aquatest VIII effective 13-DEC-1999.

CONFIDENTIAL

MRK-KRA01632943
MRK-CHA01632943

Appx16625

2ⁿᵈ Scientist
Reviewed By: _____
Date: _____

Restricted
Confidential
R limited access

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 9

Summary of Reconstitute and Store Stability Data for Lot 0634129
(Testing validated through 31-MAR-2003)

| | | | |
|---|---|---|---|
| Product | 04680 M-M-R®II Single Dose Vial | Measles Bulk | 2063828 |
| Study Number | BS0224 | Mumps Bulk | 2066861 |
| Fill/Date | 0634129 / 01-OCT-1999 | Rubella Bulk | 2066538 |
| Finish/Date | N/A | Expiration Date | N/A |
| Storage | 5 °C (2 to 8)°C | Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Initiation Date | 19-OCT-1999 | Seal Item Number | 56095 |
| Purpose | New Albumin Vendor Study | Closure Item Number | 52568 |
| | | Container Item Number | 60471 |

| 04680 M-M-R®II Lot 0634129 Reconstitute and Store Potency Results [-Log₁₀(TCID₅₀/0.1mL)] | | | | | | |
|---|---|---|---|---|---|---|
| Test (Method) | Specification Limits | Initial Interval Average Results[1] (hours) | | | 24-Month Interval Average Results[2] (hours) | |
| | | 0 | 4 | 8 | 0 | 8 |
| Measles Potency (CP 9110.676) | $\geq 2.3 \cdot Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | REDACTED – OMP | | | | |
| Mumps Potency (CP 9110.676) | $\geq 3.6 \cdot Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | 4.7 | 4.6 | 4.8 | 4.0 | 3.9 |
| Rubella Potency (CP 9110.676) | $\geq 2.3 \cdot Log_{10}(TCID_{50}/0.1mL)$ Units, log scale | REDACTED – OMP | | | | |

Stability intervals were scheduled from the date samples were stored at 5°C (2 to 8)°C following transfer from -20 °C on 19-OCT-1999.
**Bold** cells indicate tests were validated within this Annual Stability Report period.

[1] Reconstitute and Store assay was run in a 3 x 1 format. Samples are reconstituted and held for 0, 4, and 8 hours prior to potency testing. Results reported are the uncalibrated average of three replicates.
[2] Reconstitute and Store assay was run in a 1 x 6 format. Samples are reconstituted and held for 0 and 8 hours prior to potency testing. Results reported are the uncalibrated average of at least 5 replicates.

**CONFIDENTIAL**

MRK-KRA01632944
MRK-CHA01632944

2nd Scientist
Reviewed By _C. Quine_
Date: _27-MAY-2003_

M-M-R®II Stability at 5 °C (2 to 8)°C
Table 10

Stability Data Summary for Lot 0636850
(Testing validated through 31-MAR-2003)

| | | |
|---|---|---|
| Product | C4680 M-M-R®II Single Dose Vial | |
| Study Number | B30242 | |
| Fill Date | 0636850 / 18-MAY-2000 | |
| Finish Date | N/A | |
| Storage | 5 °C (2 to 8)°C | |
| Initiation Date | 09-JUN-2000 | |
| Purpose | New Albumin Vendor Study | |

| | |
|---|---|
| Measles Bulk | 2063031 |
| Mumps Bulk | 2063687 |
| Rubella Bulk | 2065537 |
| Expiration Date | N/A |
| Bulk / Fill / Package Mfr. Site | West Point / West Point / N/A |
| Seal Item Number | 56095 |
| Closure Item Number | 52556 |
| Container Item Number | 50471 |

| Test (Method) | Specification Limits | Scheduled Interval | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Initial (0 Mo.) | 3 Mos. | 6 Mos. | 9 Mos. | 12 Mos. | 18 Mos. | 24 Mos. | 30 Mos. |
| Measles Potency (CP 9110.576) | ≥ 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Mumps Potency (CP 9110.576) | > 3.6 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | 4.9 | 4.9 | 4.7 | 4.6 | 4.6 | 4.4 | 4.4 | 4.2 |
| Rubella Potency (CP 9110.576) | > 2.3 -Log₁₀(TCID₅₀/0.1mL) Units, log scale | REDACTED – OMP | | | | | | | |
| Physical Appearance (Ref. QS) | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug | Light Yellow, Lyophilized, Compact Crystalline Plug |
| Moisture (Aquatest VIII) (CP 9110.695) | ≤ 3.0 (%) | 1.5[1] | NR | NR | NR | 1.5 | 1.4 | 1.8 | 1.4 |
| Restoration Time (CP 9110.696) | 0 to 120 (seconds) | 10[1] | NR | NR | NR | 5 | NR | 10 | 10 |
| Closure Integrity (SOP 224-208) | Closed | NR[6] | NR[6] | NR[5] | NR[5] | NR[6] | NR[6] | Closed | Closed |
| pH (SOP 224-388) | 5.2 to 6.8 | 6.6[1] | NR | NR | NR | 6.6 | 6.5 | 6.5 | 6.5 |
| Sterility (CP 110.001) | No Growth | No Growth[1] | NR | NR | NR | NR | NR | No Growth | NR |

Stability intervals were scheduled from the date samples were stored at 5°C (2 to 8)°C following transfer from -20 °C on 09-JUN-2000.
Potencies are the average of at least 5 replicates on separate vials. All potency results are reported as uncalibrated data.

Footnotes continued on next page.

**CONFIDENTIAL**

MRK-KRA01632945
MRK-CHA01632945

Appx16627

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,

*Plaintiffs,*

v.

MERCK & CO., INC.,

*Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 260

Appx16628

Archives of Virology 58, 301—311 (1978)

Archives of Virology
© by Springer-Verlag 1978

# Sensitive Neutralization Test for Virus Antibody

## 1. Mumps Antibody

By

H. Sato, P. Albrecht, J. T. Hicks, B. C. Meyer, and F. A. Ennis
Department of Health, Education and Welfare, Public Health Service,
Food and Drug Administration, Bureau of Biologics, Division of Virology,
Bethesda, Maryland, U.S.A.

With 1 Figure

Accepted June 17, 1978

## Summary

A sensitive mumps virus plaque neutralization test has been developed based on the potentiation of virus-antibody complexes by heterologous anti-immunoglobulins (AIG). The enhanced neutralization test was approximately 100 times more sensitive than the conventional neutralization test or the hemagglutination-inhibition test. Using AIG against human immunoglobulin G (IgG) or human IgM permitted determination of the relative titers of the two classes of mumps antibody. The test does not require special equipment or expertise and can be readily introduced in virological laboratories.

## Introduction

The detection of immunity to mumps virus is routinely performed by the complement-fixation (CF) or the hemagglutination-inhibition (HI) test. The value of these tests is limited by their low sensitivity resulting in their occasional failure to detect immune subjects (6, 11, 18). Moreover, the CF test is burdened by occasional false positive reactions and the HI test is sensitive to the presence of nonspecific inhibitors of hemagglutination which cannot always be removed by chemical treatment (26).

The present study was initiated in an effort to develop a highly sensitive and specific test for measuring immunity to mumps virus. Recent experience with a sensitive neutralization (Nt) test for measles antibody (1) suggested that a modification of the existing mumps Nt test (10) might be a suitable approach to achieve this goal.

We now report the development of a mumps Nt test which is approximately one hundred-fold more sensitive than the conventional mumps Nt test. It is based on potentiation of the virus-antibody reaction by heterologous antiglobulin directed against the immunoglobulin G (IgG) or IgM of the immune serum.

0304-8608/78/0058/0301/$ 02.20

## Materials and Methods

### Cells and Virus

Vero cells at passage levels 170 through 220 were supplied by the Cell Culture Section of the Division of Virology, Bureau of Biologics, Food and Drug Administration. They were used both for virus propagation and for the virus plaque-assay throughout this study. Eagle's MEM supplemented with 10 per cent inactivated fetal bovine serum, 0.03 per cent glutamine, 50 μg/ml of Gentamicin and 0.4 μg/ml of Fungizone (EMEM) was used for cell growth. The fetal bovine serum was reduced to 5 per cent in the maintenance medium. Overlay medium consisting of EMEM containing 5 per cent fetal bovine serum was in 0.5 per cent agarose (Seakem®, Marine Colloids, Inc., Rockland, Maine). The cell cultures were incubated at 35° C in 5 per cent $CO_2$ atmosphere.

The mumps virus was the Jeryl Lynn (Merck Sharp and Dohme, West Point, PA) vaccine strain passed one additional time in Vero cell cultures before being used in the Nt test. The titer of the stock virus was $10^6$ PFU per ml when tested in Vero cell cultures.

### Sera

Acute and convalescent sera from children with clinical and subclinical mumps were from a previous study (8); sera from children immunized with mumps vaccine were provided by Dr. Saul Krugman, New York University, New York, NY. An additional 26 sera from healthy adult individuals were used. Sera of children from the Western Caroline Islands (Micronesia) were obtained by courtesy of Dr. Paul C. Brown of the National Institute of Neurological and Communicative Disorders and Stroke, National Institutes of Health, Bethesda, MD. A human serum pool (Mumps Reference Lot No. 3, Bureau of Biologics, Food and Drug Administration) was employed in all serum titrations as reference.

### Anti-Immunoglobulins and Guinea Pig Complement

Rabbit IgG against human IgG (heavy and light chains), rabbit IgG specific to human IgG (heavy chain) and rabbit IgG specific to human IgM (heavy chain) was purchased from Cappel Laboratories (Cochranville, PA). The concentration of specific antibody for the three anti-immunoglobulins (AIG) as given by the manufacturer was 2.5—2.8 mg/ml, 2.6 mg/ml and 0.5 mg/ml, respectively. The specific activity of the AIG preparations was determined in our laboratory by Ouchterlony's double diffusion test in plates using 0.35 per cent agarose in phosphate-buffered saline (PBS) pH 7.2. The center well contained 25 μl of human IgG or IgM as the antigen (1.0 mg/ml) and the outer well contained 25 μl of twofold dilutions of individual AIG preparations. The plates were incubated for 24 hours at room temperature. The precipitation titer for the two anti-IgG preparations was 1:32, the titer of the anti-IgM was 1:8. Guinea pig complement was purchased from Flow Laboratories, Inc. (Rockville, MD).

### Virus Plaque Neutralization (Nt) Test

Four-fold serial dilutions of serum were mixed with an equal volume of mumps virus diluted so as to yield 20—30 PFU/well. After incubating the mixture for one hour at 37° C one volume of tissue culture medium (conventional Nt test) or one volume of AIG (enhanced Nt test) was added and the mixture incubated for 10 minutes at room temperature. Aliquots of 0.1 ml were inoculated into each of two 16 mm wells on a 24-well disposable plastic tray (Linbro, Hamden, CN, or Costar, Cambridge, MA) carrying Vero cell monolayers. After adsorption for 1 hour at 35° C the inoculum was replaced with 1.0 ml overlay medium. Following incubation for 5 days at 35° C in a 5 per cent $CO_2$ atmosphere, each well received another 0.5 ml overlay medium supplemented with neutral red 1:10,000. Plaques were counted 6 days after infection. The virus Nt titer was determined as the dilution of serum reducing the number of viral plaques per well by 50 per cent. The dilution was calculated according to Kärber's method (16). A virus control titration and mumps reference serum (Lot No. 3) were included in each test.

Appx16630

### Hemagglutination-Inhibition (HI) Test

Nonspecific inhibitors and agglutinins were removed from serum by treatment with 25 per cent kaolin and packed chicken RBC in PBS pH 7.4. The test was performed in test tubes using 0.5 per cent chicken RBC and PBS pH 7.4 as diluent (4).

### Absorption of Immune Serum

To prove the specificity of the antibody neutralization test 0.3 ml aliquots of sera were mixed with 0.9 ml of a 20 per cent cell homogenate of non-infected, mumps-infected or measles-infected Vero cells. After standing for one hour at 35° C and overnight at 4° C the sera were filtered through a 0.22 micron Millipore filter and inactivated for 30 minutes at 56° C to eliminate the infectivity of the absorbing virus and used in the neutralization test.

### IgG and IgM Separation on Sucrose Density Gradient

Sucrose gradient fractionation was performed by layering 0.5 ml of a 1:2 dilution of the test sample in PBS pH 7.4 on top of 4.5 ml of a 10—40 per cent (w/v) linear sucrose gradient. The gradient was centrifuged at $157,000 \times g$ for 18 hours at 5° C in a Spinco SW 39 rotor. The bottom 1.3 ml were collected as IgM fraction. The next 0.6 ml were discarded and the following 1.3 ml were collected as IgG fraction. Minicon B-15 chambers (Amicon Co., Lexington, MA) were used to concentrate the serum fractions.

## Results

### Enhancement of Mumps Virus Neutralization by Anti-Immunoglobulin (AIG) and by Complement

To determine the effect of rabbit antibody against human IgG (heavy and light chains) on neutralization of mumps virus by immune human serum, individual serum-virus mixtures incubated for 1 hour at 37° C were subsequently reacted with different concentrations of AIG before testing for infectivity in cell cultures. As shown in Table 1, virus neutralization titers were greatly enhanced by AIG and this enhancement correlated with the concentration of AIG used. AIG alone had no inhibitory effect on mumps virus (not shown). Figure 1 shows a graphical representation of plaque reduction by the three sera listed in Table 1. At low serum dilutions (1:16 and 1:64) a prozone effect was observed with AIG diluted

Table 1. *Potentiation of mumps virus neutralization by antibody to human IgG (AIG)*

| Human[a] serum | Conventional Nt test | Enhanced Nt test | | | | |
|---|---|---|---|---|---|---|
| | | AIG 1:1 | AIG 1:3 | AIG 1:5 | AIG 1:10 | AIG 1:20 |
| 1 | 34[b] | 65,900 (1,938)[c] | 11,600 (431) | 12,000 (359) | 8,300 (244) | 7,700 (226) |
| 2 | 59 | 6,600 (112) | 3,500 (59) | 1,000 (17) | 560 (9) | 910 (15) |
| 3 | 82 | N.D. | 13,600 (166) | 10,600 (129) | 4,200 (51) | 3,800 (46) |

[a] Serum No. 1 and 2 are from young adults without known history of mumps infection. Serum No. 3 is mumps reference lot No. 3
[b] Reciprocal of serum Nt titer
[c] Ratio (enhanced Nt/conventional Nt test)

304    H. Sato, P. Albrecht, J. T. Hicks, B. C. Meyer, and F. A. Ennis:

1:3 or higher. This prozone effect was more pronounced with human sera of
low antibody titer (serum Nos. 1 and 2). This failure of AIG to potentiate low
dilutions of immune sera probably reflects binding of the AIG by non-specific
IgG in the human serum. This interpretation also explains the more extensive
prozone effect with sera of a low Nt antibody titer. Based on these results the
conventional mumps Nt test was started at a serum dilution of 1:4 whereas the
enhanced mumps Nt test was routinely started at a serum dilution of 1:64.
AIG diluted 1:3 in tissue culture medium was added to the serum-virus mixtures
(final dilution 1:9).



Fig. 1. Potentiation of mumps virus neutralization by antibody to human IgG (AIG).
Mumps virus was incubated with four-fold dilutions of mumps-positive human serum
(serum Nos. 1—3 in Table 1) for 1 hour at 37° C and then combined with medium or
with different concentrations of rabbit IgG against human IgG (heavy and light
chains). Virus neutralization was determined by plaque assay in Vero cell cultures

The enhancing effect of guinea pig complement on Nt of mumps virus with immune human sera was less pronounced than that of AIG (Table 2). Complement dilutions below 1:50 inhibited mumps virus (determined on three different guinea pig complement lots) and therefore could not be used for potentiation of the neutralization test. Addition of guinea pig complement to virus-antibody-AIG mixtures did not further enhance virus Nt titers (results not shown).

Table 2. *Enhancement of mumps virus neutralization by anti-immunoglobulin (AIG) and guinea pig complement*

| | Conven-tional Nt test | Enhanced Nt test | | | |
| | | Guinea pig complement | | | AIG[a] |
| Serum | | 1:150 | 1:100 | 1:50 | 1:3 |
|---|---|---|---|---|---|
| 1. D. W.[b] | 137[c] | 227 (1.7)[d] | 415 (3.0) | 643 (4.7) | 9,600 (70) |
| 2. Mumps reference serum (Lot No. 3) | 127 | 810 (6.6) | 978 (8.0) | 2,400 (19.6) | 13,000 (106) |

[a] Rabbit IgG against human IgG (heavy and light chain)
[b] Patient D. W., 5 years old, clinical mumps. Serum taken 4 months after disease
[c] Reciprocal of serum Nt titer
[d] Ratio (enhanced Nt test/conventional Nt test)

### Sensitivity of the Enhanced Nt Test Compared With the Conventional Nt Test and the HI Test

A total of 36 sera from individuals of five age groups were tested (Table 3). In all age groups the enhanced Nt titers were considerably higher than the conventional Nt titer as indicated by the ratio in the right-hand column. Nt titers could be enhanced on the average 98- to 144-fold. There was no difference in Nt antibody titers or in their degree of potentiation between the children immunized with mumps vaccine and the group of young adults after natural infection.

### Reproducibility of the Enhanced Virus Nt Test

Table 4 shows the reproducibility of the conventional and enhanced Nt tests based on 16 separate titrations of the mumps reference serum (lot #3) over a period of 10 months. One standard deviation was less than 50 per cent of the mean Nt titer, indicating an acceptable degree of reproducibility of the test.

### Specificity of the Enhanced Mumps Nt Test

#### Test on Mumps Pre- and Post-Immunization Sera

Paired sera of 5 children immunized with live mumps vaccine were tested by conventional Nt test and the enhanced Nt test for antibody to mumps virus. The titer of all pre-immunization sera was less than 1:4 by the conventional Nt test and less than 1:64 by the enhanced Nt test. After the immun!ztaion, all children showed a more than four-fold increase in mumps antibody titer by both Nt tests (Table 5).

**Appx16633**

Table 3. *Determination of mumps antibody in different age groups by the hemagglutination-inhibition (HI), neutralization (Nt) and enhanced Nt test*

| Serum No. | Type of infection | Age (years) | HI test | Nt test | Enhanced Nt test | Ratio (enhanced Nt test/conventional Nt test) |
|---|---|---|---|---|---|---|
| 1 | | | — [a] | 96 | 4,700 | |
| 2 | Natural | 5 | — | 36 | 4,300 | 98 ± 42 |
| 3 | | | — | 64 | 8,000 | |
| GMT [b] | | | — | 60 | 5,400 | |
| 4 | | | 32 | 74 | 8,200 | |
| 5 | | | 32 | 26 | 2,600 | |
| 6 | | | 8 | 8 | 500 | |
| 7 | Immunized | 10—11 [c] | 16 | 34 | 8,200 | 112 ± 75 |
| 8 | | | 8 | 10 | 1,500 | |
| 9 | | | 8 | 75 | 3,900 | |
| GMT | | | 14 | 30 | 2,800 | |
| 10 | | | 8 | 12 | 1,100 | |
| 11 | | | 32 | 85 | 9,800 | |
| 12 | | | 16 | 52 | 16,000 | |
| 13 | | | 64 | 92 | 7,300 | |
| 14 | Natural | 15—21 [c] | 16 | 10 | 1,300 | 144 ± 102 |
| 15 | | | 16 | 24 | 7,300 | |
| 16 | | | 6 | 37 | 2,400 | |
| 17 | | | 16 | 30 | 2,000 | |
| GMT | | | 15 | 33 | 3,900 | |
| 18 | | | 32 | 18 | 1,500 | |
| 19 | | | 32 | 52 | 5,800 | |
| 20 | | | 64 | 58 | 3,400 | |
| 21 | | | — | 11 | 2,300 | |
| 22 | | | 32 | 34 | 4,300 | |
| 23 | Natural | 18—24 | 32 | 16 | 2,700 | 126 ± 48 |
| 24 | | | — | 15 | 1,500 | |
| 25 | | | — | 18 | 2,700 | |
| 26 | | | — | 131 | 10,000 | |
| 27 | | | — | 29 | 3,900 | |
| 28 | | | — | 28 | 3,200 | |
| GMT | | | 39 | 28 | 3,200 | |
| 29 | | | — | 7 | 2,500 | |
| 30 | | | — | 8 | 277 | |
| 31 | | | — | 9 | 1,300 | |
| 32 | | | 16 | 13 | 876 | |
| 33 | Natural | 65 | — | 27 | 5,200 | 131 ± 102 |
| 34 | | | — | 22 | 2,200 | |
| 35 | | | 8 | 5 | 545 | |
| 36 | | | 16 | 19 | 1,000 | |
| GMT | | | 13 | 12 | 1,200 | |

[a] Not done

[b] Geometric mean titer

[c] Sera of both groups were collected approximately 5 years after vaccination or natural infection

Table 4. *Reproducibility of the mumps neutralization test*

| Experiment No. | Conventional Nt test | Enhanced Nt test |
|---|---|---|
| 1 | 51[a] | 13,600 |
| 2 | 73 | 15,200 |
| 3 | 85 | 13,500 |
| 4 | 104 | 30,900 |
| 5 | 105 | 16,700 |
| 6 | 71 | 22,100 |
| 7 | 34 | 29,700 |
| 8 | 102 | 32,100 |
| 9 | 79 | 19,500 |
| 10 | 96 | 10,000 |
| 11 | 39 | 25,000 |
| 12 | 55 | 14,300 |
| 13 | 69 | 13,200 |
| 14 | 87 | 7,200 |
| 15 | 97 | 11,500 |
| 16 | 86 | 13,100 |
| Mean $\pm$ S.D.[b] | 77 $\pm$ 23 | 18,000 $\pm$ 7,800 |

[a] Reciprocal of serum Nt titer
[b] Mean and standard deviation of abosulte titers

Table 5. *Antibody titers in sera of children immunized with live mumps vaccine*

| Child No. | Age (mo.) | Pre-immunization | | Post-immunization[a] | |
|---|---|---|---|---|---|
| | | Conventional Nt test | Enhanced Nt test | Conventional Nt test | Enhanced Nt test |
| 1 | 12 | <4 | <64 | 15 | 780 |
| 2 | 13 | <4 | <64 | 290 | 17,400 |
| 3 | 13 | <4 | <64 | 29 | 2,800 |
| 4 | 13 | <4 | <64 | 31 | 1,100 |
| 5 | 17 | <4 | <64 | 20 | 1,400 |

[a] Post-immunization sera were collected from 61 to 154 days after immunization

Table 6. *Specificity of the mumps neutralization test*

| Absorption[a] | Conventional Nt test | Enhanced Nt test |
|---|---|---|
| 1. None | 15[b] | 4700 |
| 2. Mumps virus ($1 \times 10^6$ PFU/ml) | 7 | 150 |
| 3. Measles virus ($3.6 \times 10^7$ PFU/ml) | 30 | 3900 |
| 4. Uninfected cell control | 24 | 2800 |

[a] One volume of undiluted reference serum and 3 volumes of virus-infected or un-
infected cell homogenate were mixed, absorbed for 1 hour at 35° C and overnight
at 4° C and used in the Nt test (see Materials and Methods)
[b] Reciprocal of serum Nt titer

Appx16635

## Absorption Experiments

The mumps reference serum was absorbed with infected or non-infected cell homogenates and tested in the conventional and enhanced mumps Nt test. As shown in Table 5, 97 per cent of antibody activity in the enhanced Nt test was absorbed by mumps virus. No significant reduction in titer was observed after absorption with measles virus or with the non-infected cell homogenate.

### Potentiation of Mumps Virus IgG and IgM Immunoglobulins by AIG

The reference serum (Lot #3) was separated into IgG and IgM components on a sucrose density gradient and used in the conventional and enhanced Nt test using AIG specific to IgG or to IgM, respectively (Table 7).

The mumps IgM antibody titer was too low to be detected in the conventinoal Nt test. A value of 1:71 with anti-human IgM indicated that mumps IgM antibody can be potentiated at least 71 times. Mumps IgG antibody was potentiated by anti-human IgG to the expected level (111-fold). The high specificity of the rabbit anti-human IgG and anti-human IgM preparations was evident from their failure to potentiate the heterologous class of mumps immunoglobulin.

Table 7. *Potentiation of mumps virus IgG and IgM antibody by anti-immunoglobulin*

| Serum fraction | Conven- tional Nt test | Anti-IgG (H and L chains) 1:8[a] | Anti-IgG (H chain) 1:8[b] | Anti-IgM (H chain) 1:2[a] |
|---|---|---|---|---|
| Unfractionated serum lot #3 diluted 1:2 | 34[b] | 3500 (103)[c] | N.D. | N.D. |
| IgM fraction of serum lot #3 | <2 | N.D. | <2 | 71 (≧71) |
| IgG fraction of serum lot #3 | 26 | N.D. | 2900 (111) | 26 (1.0) |

[a] The anti-immunoglobulins were diluted so as to give comparable titers of antibody against their respective antigens. (Determined by Ouchterlony's gel diffusion test; see Materials and Methods)
[b] Reciprocal of serum Nt titer
[c] Ratio (enhanced Nt test/conventional Nt test)

### Discussion

The mechanism by which anti-immunoglobulin enhances the neutralizing capacity of immune sera is not fully understood. The most likely explanation is that an additional layer of immunoglobulin forms around the virus particle increasing the steric hindrance of reactive sites necessary for infectivity. This interpretation is in keeping with electron microscopic studies of Almeida *et al.* (2) in which they demonstrated a gradually increasing halo around polyoma virus particles on exposure to univalent Fab gragments (70—90 Å halo), unfractionated antibody (250—270 Å halo) or Fab fragments followed by anti-immunoglobulin (300 Å halo). Aggregation of sensitized viral particles has been considered an

additional possible factor in virus neutralization effective by reducing the number of infectious complexes in the suspension (27).

Recent studies into the potentiation of neutralizing antibody titers by anti-immunoglobulin performed in this laboratory seem to indicate that there are two main categories of viruses as determined by the magnitude of neutralizing antibody response and/or virus-antibody complex formation. The first category of viruses induces antibody of low neutralizing titer which can be potentiated very significantly, fifty- to one hundred-fold by anti-immunoglobulin. This group includes the viruses of mumps, rubella and varicella-zoster (SATO et al., unpublished results), all subtypes of influenza virus (HICKS et al., unpublished rseults), herpes simplex virus (3, 22) equine arthritis virus (24), lymphocytic choriomeningitis virus (19), Venezuelan equine encephalitis virus (14), lactic dehydrogenase virus (21), Aleutian disease virus of mink (23) and probably many other viruses. The second category of viruses elicits high titers of neutralizing antibody in infected individuals and these titers can be enhanced only moderately (2 to 4 fold) or not at all, by anti-immunoglobulin. This latter category includes the viruses of measles (1), poliovirus types 1—3, yellow fever virus (ALBRECHT et al., unpublished results) and probably many more. The different effect of anti-immunoglobulin on neutralization of the two groups of viruses suggests a different order of quantity or quality (avidity) of the antibody for their respective antigens and/or that the virus-antibody complexes are handled by susceptible cells in a different way (7, 15, 20, 25).

Guinea pig complement potentiated neutralization of mumps virus by antibody 5 to 20 fold. The mechanism by which complement enhances virus neutralization has been studied in detail only with the herpesvirus group of agents. The whole sequence of complement components was not necessary for neutralization. The $C_1$ component followed by $C_4$ gave 95 per cent neutralization of sensitized herpes simplex virus (22), probably by piling up of the components on the surface of the virion. Exposure of the virus-antibody complex to the whole complement sequence at 37° C (24) resulted in irreversible virus neutralization due to virolysis, a mechanism believed to be similar to complement-mediated lysis of nucleated cells.

The low sensitivity of the mumps HI and CF tests has been long recognized as a considerable drawback in monitoring the effectiveness of vaccination programs (6, 11, 18). Therefore, virus neutralization assays were developed using CPE endpoints (6, 17), 50 per cent plaque reduction endpoints (10, 18), or interference assays (9). Although the sensitivity of the virus Nt test is only slightly higher than the HI or CF test, it is not troubled by the presence of nonspecific inhibitors or by cross-reactivity between mumps virus and para-influenza antibody as it occurs in the mumps HI test (11). Therefore, serum dilutions can be started in a lower range than in the HI or CF tests and seroconversion rates determined by the Nt test are significantly higher than seroconversion rates determined by the HI or CF test (11, 18).

The use of anti-immunoglobulin increases the sensitivity of the mumps Nt test by approximately 2 orders of magnitude. The increased sensitivity of the test should make it possible to evaluate the effect of pre-existing mumps antibody on immunization and susceptibility to natural infection more accurately than was possible so far. For instance, a recent study using a measles Nt test of compa-

rable sensitivity (1) has shown that failure of 18 per cent of 12-month-old children to seroconvert following measles immunization was due to low levels of persisting maternal antibody. These antibodies were not detected by a modified sensitive HI test (1).

The capability of the AIG-enhanced mumps Nt test to distinguish between specific IgG and IgM antibodies (Table 7) makes it highly suitable for confirming recent primary mumps infection in instances where seroconversion cannot be demonstrated by adequately spaced serum samples (5, 8). This should also prove valuable in monitoring the IgM class of mumps antibody in chronic disorders of suspected viral origin.

Other approaches have been used to increase the sensitivity of mumps antibody determination. Both the fluorescent antibody technique (5) and radioimmunoassay (RIA) (8, 12, 13) have shown a degree of sensitivity comparable to the enhanced Nt test. By measuring antibody to the envelope components of mumps virus, the enhanced Nt test may prove to be more specific than the fluorescent antibody or RIA tests which measure antibody to both external and internal virion components. Studies on cross-reactivity of antibody to viruses of the paramyxovirus group with mumps virus in the enhanced Nt test are currently in progress. The test does not require specific equipment or expertise and can be readily adapted in virological laboratories with established tissue culture capability.

## References

1. Albrecht, P., Ennis, F. A., Saltzman, E. J., Krugman, S.: Persistence of maternal antibody in infants beyond 12 months: Mechanism of measles vaccine failure. J. Pediatr. **91**, 715—718 (1977).
2. Almeida, J. D., Cinander, B., Howatson, A.: The structure of antigen-antibody complexes. A study by electron microscopy. J. exp. Med. **118**, 327—349 (1963).
3. Ashe, W. K., Notkins, A. L.: Neutralization of an infectious herpes simplex virus-antibody complex by anti-γ-globulin. Proc. Nat. Acad. Sci. **56**, 447—451 (1966).
4. Black, F. L.: Measles and Mumps. In: Rose, N. R., Friedman, H. (eds.), Manual of Clinical Immunology, 444—447. American Society for Microbiology 1976.
5. Brown, G., Baublis, J. V., O'Lear, T. P.: Development and duration of mumps fluorescent antibodies in various immunoglobulin fractions of human sera. J. Immunol. **104**, 86—94 (1970).
6. Buynak, E. G., Whitman, J. R., Jr., Roem, R. R., Morton, D. H., Lampson, G. P., Hilleman, M. R.: Comparison of neutralization and hemagglutination-inhibiting techniques for measuring mumps antibody. Proc. Soc. exp. Biol. Med. **125**, 1068—1071 (1967).
7. Dales, S., Kajioka, R.: The cycle of multiplication of vaccinia virus in Earle's strain L cells. I. Uptake and penetration. Virology **24**, 278—294 (1964).
8. Daugharty, H., Warfield, D. T., Hemingway, W. D., Casey, H. L.: Mumps class-specific immunoglobulins in radio-immunoassay and conventional serology. Infect. Immun. **7**, 380—385 (1973).
9. Deinhardt, F., Shramek, G.: Development of an attenuated mumps virus vaccine. I. Determination of neutralizing serum antibodies against mumps virus. J. Immunol. **93**, 462—465 (1964).
10. Ennis, F. A.: Immunity to mumps in an institutional epidemic. Correlation of insusceptibility to mumps with serum plaque neutralizing and hemagglutination-inhibiting antibodies. J. inf. Dis. **119**, 654—657 (1969).
11. Ennis, F. A., Douglas, R. D., Stewart, G. L., Hopps, H. E., Meyer, H. M., Jr.: A plaque neutralization test for determining mumps antibodies. Proc. Soc. exp. Biol. Med. **129**, 896—899 (1968).

12. FORGHANI, B., SCHMIDT, N. T., LENNETTE, E. H.: Sensitivity of a radioimmuno-
assay method for detection of certain viral antibodies in sera and cerebrospinal
fluid. J. clin. Microbiol. 4, 470—478 (1976).

13. HERNANDEZ, R., JUST, M., BURGIN-WOLFF, A.: Screening for mumps immunity
with the microtiter solid-phase radioimmunoassay. Infection 4, 121—124 (1976).

14. HAHON, N.: Neutralization of residual infectivity of Venezuelan equine encephalo-
myelitis virus by anti-gamma globulin. J. gen. Virol. 6, 361—372 (1970).

15. JOKLIK, W. K.: The intracellular fate of rabbitpox virus rendered non-infectious
by various reagents. Virology 22, 629—622 (1964).

16. KÄRBER, G.: Beitrag zur kollektiven Behandlung pharmakologischer Reihenver-
suche. Arch. exp. Pathol. Pharmacol. 162, 480—487 (1931).

17. KENNY, M. T., ALBRIGHT, K. L., SANDERSON, R. P.: Microneutralization test for
the determination of mumps antibody in Vero cells. Appl. Microbiol. 20, 371—373
(1970).

18. KENNY, M. T., SCHELL, K.: Microassay of measles and mumps virus and anti-
body in Vero cells. J. biol. Stand. 3, 291—306 (1975).

19. LEHMAN-GRUBE, L., AMBRASSAT, J.: A new method to detect lymphocytic chorio-
meningitis virus-specific antibody in human sera. J. gen. Virol. 37, 85—93 (1977).

20. MANDEL, B.: The interaction of neutralized poliovirus with HeLa cells. II. Elu-
tion, penetration, uncoating. Virology 31, 248—259 (1967).

21. NOTKINS, A. L., MAGE, M., ASHE, W. E., MAHAR, S.: Neutralization of sensitized
lactic dehydrogenase virus by anti-$\gamma$-globulin. J. Immunol. 100, 314—320 (1968).

22. NOTKINS, A. L.: Infectious virus-antibody complexes: Interaction with anti-
immunoglobulins, complement, and rheumatoid factor. J. exp. Med. 134, 41s—51s
(1971).

23. PORTER, D. D., LARSEN, A. E.: Aleutian disease of mink: infectious virus antibody
complexes in the serum. Proc. Soc. exp. Biol. Med. 126, 680—684 (1967).

24. RADWAN, A. I., BURGER, D., DAVIS, W. C.: The fate of sensitized equine arteritis
virus following neutralization by complement and anti-IgG serum. Virology 53,
372—378 (1973).

25. SVEHAG, S. E.: Formation and dissociation of virus-antibody complexes with
special reference to the neutralization process. Progr. med. Virol. 10, 1—62 (1967).

26. WENNER, H. A., MONLEY, A., JENSON, M. H.: A study of infections caused by
mumps and Newcastle disease viruses. I. Some properties of specific and non-
specific serum hemagglutination inhibitor components. J. Immunol. 68, 357—368
(1952).

27. ZALAN, E., DORMAN, E., LABSOFFSKY, N. E.: Infectious influenza virus-antibody
complexes. Arch. ges. Virusforsch. 34, 209—213 (1971).

Authors' address: Dr. H. SATO, Department of Health, Education and Welfare,
Public Health Service, Food and Drug Administration, Bureau of Biologics, Division
of Virology, Bethesda, MD 20014, U.S.A.

Received April 26, 1978

Appx16639

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,

            *Plaintiffs,*

    v.

MERCK & CO., INC.,

            *Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND**
**"HIGHLY CONFIDENTIAL –**
**ATTORNEYS' EYES ONLY" MATERIAL**
**PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 261



**DEPARTMENT OF HEALTH & HUMAN SERVICES**          Public Health Service

Food and Drug Administration
1401 Rockville Pike
Rockville MD 20852-1448

Submission Tracking Number (STN): BL 101069/5061

Alison Fisher, Ph.D.
Merck & Co., Inc.
P.O. Box 4                                    **DEC - 3 2004**
Sumneytown Pike
West Point, PA  19486

Dear Dr. Fisher:

This letter is in regard to the Supplement to your License
Application submitted under Section 351 of the Public Health
Service Act.

The Center for Biologics Evaluation and Research (CBER) has
completed the review of your Supplement received on
February 4, 2004, for Measles, Mumps, and Rubella Virus Vaccine
Live(M-M-R® II), to include a change in the labeled potency of
the mumps component of M-M-R® II from 20,000 $TCID_{50}$ to 12,500
$TCID_{50}$.  Our review finds that the information and data submitted
are inadequate for final approval at this time based on the
deficiencies described below.

1.    Please describe the purpose and underlying rationale for
      proposing a reduction in potency of the mumps component of
      the approved product, M-M-R® II.

2.    You state in module 2, page 7, that the mumps potency assay
      initially used primary green monkey kidney cells (BSC-1)
      and was later changed to Vero cells, resulting in higher
      mumps titers, and revision of the end-expiry potency from
      3.7 to 4.3 $log_{10}$ $TCID_{50}$ per dose.  You also state on
      page 7, section 2.5.1.4.3, Evolution of the Mumps End-
      Expiry Potency Value, of the same module: "Since the
      original end-expiry dose had been set conservatively, it
      was assumed that a mumps potency below 4.3 $log_{10}$ $TCID_{50}$ per
      dose would be equally immunogenic." Please provide the
      rationale and calculations used to determine the maximum
      acceptable reduction in mumps potency.

3.    You state that the oGOS stabilizer was developed in
      response to the European Pharmacopoeia requirement to
      demonstrate thermal stability of M-M-R® II (module 5, page
      last paragraph) and you have data on file, not provided

Regulatory Affairs

DEC 1 0 2004

Dr. Alison L. Fisher

CONFIDENTIAL                                    Merck-EDPA-00330

**MRK-KRA00000361**
**MRK-CHA00000361**

Page 2 - STN: BL 101069/5061

in this BLA supplement, that supports the similarity in vaccine immunogenicity between M-M-R® II manufactured with GOS and M-M-R® II manufactured with oGOS (module 2, pages 9-10).  Please submit this data to the file.

4.  Please provide data demonstrating that the immunogenicity observed using the heat-aged oGOS-containing, live viral vaccine (oGOS reportedly added to enhance thermal stability), can be used to determine end-expiry potency of the non-heat-aged, non-oGOS containing licensed vaccine.

5.  You have submitted an additional study report in Module 5, volume 5, section 5.3.5.4, to support the proposed change in mumps end expiry potency.  We note that these *post hoc* analyses compare ELISA data but not PRN data, and include populations receiving various concomitant vaccinations including MMRV (an earlier formulation of ProQuad™) and ProQuad™.  Furthermore, you do not describe a specific statistical approach for performing this comparability bridging study, nor indicate the assay methods and standards used in each of the comparator groups.  It does not appear that these data support the proposed change in mumps end expiry potency.  Please comment.

6.  You propose to use accelerated stability data instead of real-time stability data to compare various subpotent lots to licensed product that meets release specifications in order to support a change in end-expiry potency specification.

    a.  Please describe the rationale and/or data to support the use of accelerated stability testing of test lots in lieu of real-time stability of this licensed product.

    b.  Please describe how the chosen temperature range and durations of exposure were validated as representative of real-time stability for this particular product and its components.

7.  In Module 5, pages 19 and 31, section 1.2.2.2, Minimum End-Expiry Potencies, you describe the recalculation of previously assigned potencies for each of the sublots of clinical material used in this study due to a reassignment of the mumps House Standard "based upon several studies performed at Merck & Co., Inc."

CONFIDENTIAL

Merck-EDPA-00331

MRK-KRA00000362
MRK-CHA00000362

Appx16642

Page 3 - STN: BL 101069/5061

a.   Please describe the purpose(s) of the referenced studies.

b.   Please explain why a new house standard was created.

c.   Please indicate the date the new standard was instituted with respect to the conduct of this study and data analysis.

d.   Please describe the impact of the new standard on the study endpoints compared to the results that would have been obtained with the old standard.

8.   Regarding the mumps PRN assay, module 5, page 81, Clinical Study Report, section 5.8.1.3, Changes to Seronegative and Seroconversion Definitions, states: "It was expected that ~ 75% of the samples would be titered to endpoint (1:4096), reported as titer of ≥ 1:4096, and assigned a value of 1:4096 for analysis… and median titers would be provided along with geometric mean titer (GMT) summaries."

If the seroconversion rate (SCR) is not considered a stand-alone criterion to determine potency, it is unclear how non-inferiority between 3 study lots can be determined based upon an assay in which ~ 75% of samples would be assigned the same maximal possible value, i.e., they are above the upper limit of detection of the assay. If characterization of immunogenicity requires comparison of GMTs, use of an assay that is anticipated to result in the overwhelming proportion of data points falling outside of the limits of assay detection is of concern as it would markedly decrease the possibility of observing actual differences between lots.  Please comment.

9.   In Module 5, Clinical Study Report, page 20, the table indicates that there are differences in the assays of the accelerated stability sublots as compared to the product control lot.

a.   Footnote "§" describes "estimated mumps virus potencies" for sublots 1 and 2 (accelerated stability lots) and "actual mumps virus potency" for sublot 3. Please explain why analysis of the accelerated stability lots differs from that of the licensed product and describe the rationale for comparing data that are derived differently.

CONFIDENTIAL

Merck-EDPA-00332

Page 4 - STN: BL 101069/5061

    b.    Footnote "††" indicates that the point estimates for the control group are listed, although the table header indicates the values are 95% Upper Confidence Bounds.  Please explain this discrepancy.

    c.    Footnote "#" indicates that the licensed product control assays were conducted in a different format than the accelerated stability sublots assays, i.e., the parent lot was assayed as 3 replicates performed on 1 day, while accelerated stability product sublots were assayed once on 6 separate days; also the licensed control product result is reported out to 1 decimal place while the accelerated stability sublots are reported out to 2 decimal places.  Please explain why all sublots were not assayed simultaneously using the same format.

10.    In Module 5, in the table on page 23, you show that the accelerated stability 3.8 $\log_{10}$ $TCID_{50}$ lot failed both the acceptability criteria as well as the non-inferiority comparison to the control lot, while the accelerated stability 4.1 $\log_{10}$ $TCID_{50}$ lot met acceptability (lower bound of 95% CI for observed SCRs > 90%, with actual value of 90.5) and the non-inferiority comparison to the control lot.  We note that the "estimated SCR" for the 4.1 $\log_{10}$ $TCID_{50}$ lot is actually higher (93.4%) than the "estimated SCR" for the 4.8 $\log_{10}$ $TCID_{50}$ control lot (92.2%), thus it appears possible that the control lot actually failed the acceptability criteria.  Please comment.

11.    In the table on page 24 of Module 5, you show that only 437 of the 672 immunized control group subjects (65%) contributed to the per-protocol analyses.  Likewise, only 65% (433 out of 662) of the 4.1 $\log_{10}$ $TCID_{50}$ group were included and 69% (449 out of 663) of the 3.8 $\log_{10}$ $TCID_{50}$ group were included in the per-protocol analysis for the primary endpoint (mumps PRN assay) at Day 42.  Please discuss how comparisons between datasets with a large amount of missing data at a relatively early time point can be used to support approval of this supplement.

12.    The purpose of concomitant administration of VARIVAX™ with M-M-R® II in this study is not clear, since no specific rationale, objectives, or endpoints were provided.  It is unclear how concomitant administration of VARIVAX™ together with M-M-R® II might impact on immunogenicity data.  Please discuss.

CONFIDENTIAL

Merck-EDPA-00333

**MRK-KRA00000364**
**MRK-CHA00000364**

**Appx16644**

Page 5 – STN: BL 101069/5061

13. We note in your study that only the primary endpoint
    comparison appears to have been prospectively defined,
    making it difficult to draw conclusions from the remaining
    data and analyses.  Please discuss.

Within 10 days after the date of this letter, you are requested
to take one of the following actions: (1) amend the Supplement;
(2) notify us of your intent to file amendments; (3) withdraw
the Supplement; or (4) request an opportunity for a hearing on
the question of whether there are grounds for denying approval
of the Supplement.  In the absence of any of the above
responses, CBER may initiate action to deny the Supplement.

Please note our review clock has been suspended with the
issuance of this letter.  Note also that any amendment should
respond to all deficiencies listed and that a partial reply will
not be considered for review nor will the review clock be
reactivated until all deficiencies have been addressed.

Should you need additional information or have any questions
concerning administrative or procedural matters, please contact
CAPT Gale Heavner at 301-827-3070.

Sincerely yours,

Karen L. Goldenthal, M.D.
Director
Division of Vaccines and
  Related Products Applications
Office of Vaccines
  Research and Review
Center for Biologics
  Evaluation and Research

CONFIDENTIAL

Merck-EDPA-00334

MRK-KRA00000365
MRK-CHA00000365

Appx16645

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,

        *Plaintiffs,*

    v.

MERCK & CO., INC.,

        *Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 262

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
## UNITED STATES PUBLIC HEATH SERVICE
## FOOD AND DRUG ADMINISTRATION
## CENTER FOR BIOLOGICS EVAULATION AND RESEARCH
## OFFICE OF VACCINES RESEARCH AND REVIEW
## DIVISION OF VACCINES AND RELATED PRODUCTS APPLICATIONS

Number of Pages Faxed (including the cover sheet): _____ 2

Date: __7/20/07_____ Time: _____

To: _ALISON FISHER_____

FAX Number: _____ Phone Number: _____

MESSAGE: _____

_____Comments as promised._____

_____

_____

_____

_____

From: __LUBA VUJCIC_____

Facsimile Numbers:        301-827-3532 (Main)     or     301-827-3075 (2ⁿᵈ)
Telephone Number:       301-827-3070

Address:       Woodmont Office Center I
               1401 Rockville Pike
               HFM-475, Suite 370 North
               Rockville, MD 20852-1448

**PLEASE NOTE:** This facsimile transmission is from a Canon Laser 9500S Networkable Multi-Function Super G3 High Speed Telecopier. If you do not receive a legible document, or do not receive all of the pages, please telephone us immediately at the telephone number above.

THIS DOCUMENT IS INTENDED ONLY FOR THE PARTY TO WHOM IT IS ADDRESSED. THE DOCUMENT MAY CONTAIN INFORMATION PRIVILEGED, AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, we now notify you that any review, disclosure, distribution, copying or other action based on the contents of this communications is not authorized. If this document is received in error, please notify us immediately by telephone and return it to us at the above address by mail. Thank you.

SENN folder: DVRPA\NCrive

**CONFIDENTIAL**

MRK-KRA00141957
MRK-CHA00141957

**Appx16647**

July 20, 2007

comments for 101069/5061

1.    In Table 2, two-sided 90% CIs for the GMT ratios for pairs of lots are presented for the lot consistency evaluation. For the sake of consistency with other evaluations, we also would like to see the two-sided 95% CIs for these GMT ratios. Please comment.

2.    We note a minor typographical error in the Consistency Analysis section. Please change (-0.67, 1.50) to (0.67, 1.50).

3.    For completeness of information, in Table 3, please include the upper and lower limits of the 2-sided 95% CIs for the point estimates of the SCR and GMT responses for Sublot 2 and the pooled Control lot.

4.    We request that you submit the datasets, in XPT format, that were used to generate Table 2 and Table 3.

**CONFIDENTIAL**

**MRK-KRA00141958**
**MRK-CHA00141958**

**Appx16648**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,
　　　　　　　　*Plaintiffs,*
　　　v.
MERCK & CO., INC.,
　　　　　　　　*Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 263

Alison L. Fisher, Ph.D.
Associate Director
Worldwide Regulatory Affairs

Merck & Co., Inc.
UG2D-68
P.O. Box 1000
North Wales  PA 19454-1099
Tel 267 305 6727
Fax 267 305 6407
alison_fisher@merck.com



**MERCK**
Research Laboratories

August 8, 2007

Norman Baylor, Ph.D.
Office of Vaccines Research and Review (HFM-400)
c/o Food and Drug Administration
Center for Biologics Evaluation and Research
Document Control Center (HFM-99)
Woodmont Office Center, Suite 400N
1401 Rockville Pike
Rockville, MD 20852-1448

Dear Dr. Baylor:

**M-M-R®II**
**(Measles, Mumps, and Rubella Virus Vaccine Live)**
**STN 101069/5061**

**SUPPLEMENTAL BIOLOGICS LICENSE APPLICATION**
**Response to FDA Request for Information**

Reference is made to a FAX from CBER on July 20, 2007, regarding the above supplement. In addition to Merck responses, the FAX from CBER is attached for your convenience.

In this amendment to the supplement we include responses to CBER's July 20, 2007 Fax regarding the change in the mumps end expiry potency (101069/5061.)

This submission is formatted as required in Title 21 paragraph 312.23 of the Code of Federal Regulations and is being submitted in accordance with the current FDA Guidance Documents for the electronic common technical document including, but not limited to the following: *Comprehensive Table of Contents Heading and Hierarchy, Study Tagging Files Specification, Organization of The Common Technical Document – Annex – Granularity Document, and the International Conference on Harmonization, ICH M2 EWG, Electronic Common Technical Document Specification.* This submission is being transmitted through the FDA's electronic submission gateway. Merck has taken precautions to ensure that the contents of the media are free of computer viruses (Symantec AntiVirus Corporate Edition, Symantec Corporation), and we authorize the use of anti-virus software, as appropriate.

CONFIDENTIAL

Merck-EDPA-00109

MRK-KRA00000140
MRK-CHA00000140

Appx16650

Norman Baylor, Ph.D.
M-M-R®II (Measles, Mumps, and Rubella Virus Vaccine Live)
STN 101069/5061
Page 2

We consider the filing of this supplemental Biologics License Application to be a confidential matter, and request that the Food and Drug Administration not make its content, or any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

If you have further questions, please contact me at (267-305-6727), or in my absence, Dr. Ken Surowitz, (267-305-6764).

Sincerely yours,

Alison Fisher
Associate Director
Worldwide Regulatory Affairs

Filepath :Q/Winterbottom/V2C05/MEE Coverletter Response to CBER Comments 7-20-07

CONFIDENTIAL

Merck-EDPA-00110

MRK-KRA00000141
MRK-CHA00000141

Appx16651

Form Approved: OMB No. 0910-0430
Expiration Date: April 30, 2009
See OMB Statement on page 2.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

## APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE

*(Title 21, Code of Federal Regulations, Parts 314 & 601)*

**FOR FDA USE ONLY**

APPLICATION NUMBER

### APPLICANT INFORMATION

| | |
|---|---|
| NAME OF APPLICANT<br>Merck & Co., Inc. | DATE OF SUBMISSION<br>*August 8, 2007* |
| TELEPHONE NO. (Include Area Code) 267-305-6727 | FACSIMILE (FAX) Number (Include Area Code) 267-305-6407 |
| APPLICANT ADDRESS (Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued):<br>PO Box 1000, UG2D-68<br>North Wales, PA  19454-1099 | AUTHORIZED U.S. AGENT NAME & ADDRESS (Number, Street, City, State, ZIP Code, telephone & FAX number) IF APPLICABLE |

### PRODUCT DESCRIPTION

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER (if previously issued) STN# 101069

| | |
|---|---|
| ESTABLISHED NAME (e.g., Proper name, USP/USAN name)<br>Measles, Mumps and Rubella Virus Vaccine Live | PROPRIETARY NAME (trade name) IF ANY M-M-R® II |
| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME (if any) | CODE NAME (If any) V205C |

| DOSAGE FORM:<br>Injection | STRENGTHS:<br>Measles/1,000 TCID (50) per 0.5mL Dose<br>Mumps/20,000 TCID (50) per 0.5 mL Dose<br>Rubella/1,000 TCID (50) per 0.5 mL Dose | ROUTE OF ADMINISTRATION:    S.C. |
|---|---|---|

(PROPOSED) INDICATION(S) FOR USE:
MMR® II is indicated for simultaneous vaccination against measles, mumps and rubell in persons 15 months of age or older.

### APPLICATION DESCRIPTION

APPLICATION TYPE
*(check one)*    ☐ NEW DRUG APPLICATION (21 CFR 314.50)        ☐ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☒ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE        ☐ 505 (b)(1)        ☐ 505 (b)(2)

IF AN ANDA, or 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                                                    Holder of Approved Application

TYPE OF SUBMISSION (check one)    ☐ ORIGINAL APPLICATION    ☐ AMENDMENT TO A PENDING APPLICATION    ☐ RESUBMISSION
☐ PRESUBMISSION    ☐ ANNUAL REPORT    ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT    ☐ EFFICACY SUPPLEMENT
☐ LABELING SUPPLEMENT    ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT    ☐ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION:

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY        ☐ CBE        ☐ CBE-30    ☐ Prior Approval (PA)

REASON FOR SUBMISSION *Response to request for information*

PROPOSED MARKETING STATUS (check one)    ☒ PRESCRIPTION PRODUCT (Rx)        ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED _____    THIS APPLICATION IS    ☐ PAPER    ☐ PAPER AND ELECTRONIC    ☒ ELECTRONIC

ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

FORM FDA 356h (4/06)

Page 1 of 4

CONFIDENTIAL

Merck-EDPA-00111

MRK-KRA00000142
MRK-CHA00000142

| | This application contains the following items: *(Check all that apply)* |
|---|---|
| ☐ | 1. Index |
| ☐ | 2. Labeling *(check one)*    ☐ Draft Labeling    ☐ Final Printed Labeling |
| ☐ | 3. Summary (21 CFR 314.50 (c)) |
| ☐ | 4. Chemistry section |
| ☐ | A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) |
| ☐ | B. Samples (21 CRF 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| ☐ | C. Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2 |
| ☐ | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) |
| ☐ | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) |
| ☐ | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) |
| ☐ | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) |
| ☐ | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) |
| ☐ | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) |
| ☐ | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) |
| ☐ | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) |
| ☐ | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) |
| ☐ | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or (j)(2)(A)) |
| ☐ | 15. Establishment description (21 CFR Part 600, if applicable) |
| ☐ | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| ☐ | 17. Field copy certification (21 CFR 314.50 (l)(3)) |
| ☐ | 18. User Fee Cover Sheet (Form FDA 3397) |
| ☐ | 19. Financial Information (21 CFR Part 54) |
| ☐ | 20. OTHER (Specify) |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

    1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
    2. Biological establishment standards in 21 CFR Part 600.
    3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
    4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
    5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
    6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
    7. Local, state and Federal environmental impact laws.
If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.
The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.

**Warning:** A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE | DATE |
|---|---|---|
| *Alison L. Fisher* | Alison L. Fisher, Ph.D.<br>Associate Director<br>Worldwide Regulatory Affairs | Aug. 8, 2007 |

| ADDRESS *(Street, City, State, and ZIP Code)*<br>PO Box 1000, UG2D-68<br>North Wales, PA  19454-1099 | Telephone Number<br>(267) 305-6727 |
|---|---|

Public reporting burden for this collection of information is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

| Department of Health and Human Services<br>Food and Drug Administration<br>Center for Drug Evaluation and Research<br>Central Document Room<br>5901-B Ammendale Road<br>Beltsville, MD 20705-1266 | Department of Health and Human Services<br>Food and Drug Administration<br>Center for Biologics Evaluation and Research (HFM-99)<br>1401 Rockville Pike<br>Rockville, MD 20852-1448 | An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. |
|---|---|---|

FORM FDA 356h (4/06)                                            Page 2 of 4

CONFIDENTIAL

Merck-EDPA-00112

MRK-KRA00000143
MRK-CHA00000143

**Appx16653**

07/20/2007 18:13 FAX                                                    ☑001/002

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### UNITED STATES PUBLIC HEATH SERVICE
### FOOD AND DRUG ADMINISTRATION
### CENTER FOR BIOLOGICS EVAULATION AND RESEARCH
### OFFICE OF VACCINES RESEARCH AND REVIEW
### DIVISION OF VACCINES AND RELATED PRODUCTS APPLICATIONS

Number of Pages Faxed (including the cover sheet): _____ 2

Date: 7/20/07                              Time: _____

To: ALISON FISHER

FAX Number: _____          Phone Number: _____

MESSAGE: _____

Comments as promised.

From: LUBA VUJCIC

Facsimile Numbers:    301-827-3532 (Main)   or   301-827-3075 (2ⁿᵈ)
Telephone Number:     301-827-3070

Address:     Woodmont Office Center I
             1401 Rockville Pike
             HFM-475, Suite 370 North
             Rockville, MD 20852-1448

PLEASE NOTE: This facsimile transmission is from a Canon Laser 9500S Networkable Multi-Function Super G3 High Speed Telecopier. If you do not receive a legible document, or do not receive all of the pages, please telephone us immediately at the telephone number above.

THIS DOCUMENT IS INTENDED ONLY FOR THE PARTY TO WHOM IT IS ADDRESSED. THE DOCUMENT MAY CONTAIN INFORMATION PRIVILEGED, AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW If you are not the addressee, or a person authorized to deliver the document to the addressee, we now notify you that any review, disclosure, distribution, copying or other action based on the contents of this communications is not authorized. If this document is received in error, please notify us immediately by telephone and return it to us at the above address by mail. Thank you.

SENN folder: DVRPA\NDrive

CONFIDENTIAL                                                   Merck-EDPA-00113

MRK-KRA00000144
MRK-CHA00000144

July 20, 2007

comments for 101069/5061

1.   In Table 2, two-sided 90% CIs for the GMT ratios for pairs of lots are
     presented for the lot consistency evaluation. For the sake of consistency
     with other evaluations, we also would like to see the two-sided 95% CIs
     for these GMT ratios. Please comment.

2.   We note a minor typographical error in the Consistency Analysis section.
     Please change (-0.67, 1.50) to (0.67, 1.50).

3.   For completeness of information, in Table 3, please include the upper and
     lower limits of the 2-sided 95% CIs for the point estimates of the SCR and
     GMT responses for Sublot 2 and the pooled Control lot.

4.   We request that you submit the datasets, in XPT format, that were used to
     generate Table 2 and Table 3.

CONFIDENTIAL

Merck-EDPA-00114

MRK-KRA00000145
MRK-CHA00000145

1. In Table 2, two-sided 90% CIs for the GMT ratios for pairs of lots are presented for the lot consistency evaluation. For the sake of consistency with other evaluations, we also would like to see the two-sided 95% CIs for these GMT ratios. Please comment.

Response:

The two-sided 95% CIs for the GMT ratios appear in Appendix Table 1 in Attachment 1. Appendix Table 1 appears on page 9 and is referenced on the last sentence of page 3 in Attachment 1. Attachment 1 is an update to June 5, 2007 responses to CBER's May 18, 2007 questions: STN 101069/5061.

1

CONFIDENTIAL

Merck-EDPA-00115

MRK-KRA00000146
MRK-CHA00000146

**2. We note a minor typographical error in the Consistency Analysis section. Please change (-0.67, 1.50) to (0.67, 1.50).**

Response:

This change was made on page 3 of Attachment 1.

2

CONFIDENTIAL

Merck-EDPA-00116

MRK-KRA00000147
MRK-CHA00000147

3. **For completeness of information, in Table 3, please include the upper and lower limits of the 2-sided 95% CIs for the point estimates for the SCR and the GMT responses for Sublot 2 and pooled Control lot.**

Response:

The upper and lower limits of the 2-sided 95% CIs for the point estimates for the SCR and the GMT responses for Sublot 2 and pooled Control lot are included in Table 3 in Attachment 1.

3

CONFIDENTIAL

Merck-EDPA-00117

MRK-KRA00000148
MRK-CHA00000148

Appx16658

4. We request that you submit the datasets, in XPT format, that were used to generate Table 2 and Table 3.

Response:

This information is included in this submission. Also included are the Statistical Review Aids and guidance on how to replicate the statistical analyses.

4

CONFIDENTIAL

Merck-EDPA-00118

MRK-KRA00000149
MRK-CHA00000149

Appx16659

Attachment 1

CONFIDENTIAL

Merck-EDPA-00119

MRK-KRA00000150
MRK-CHA00000150

Appx16660

1. We request a demonstration of consistency between Sublot 3 (4.8 $\log_{10}$TCID$_{50}$ mumps virus potency) in the present study and two other lots used in previous MMR studies, e.g., Protocol 010-012, with mumps potency of at least 4.8 $\log_{10}$TCID$_{50}$.

A demonstration of consistency as just described should be based on excluding a pre-specified value of the GMT ratio (equivalence margin) in either direction between any pair of the three consistency lots. The hypothesis of consistency among three lots in terms of ratios of GMTs is given as:

$H_0$: GMT$_i$/GMT$_j$ $\geq \Delta$ or GMT$_i$/GMT$_j$ $\leq 1/\Delta$ for at least on pair (i,j) versus
$H_1$: $1/\Delta <$ GMT$_i$/GMT$_j$ $< \Delta$ for every (i,j) pair, $\Delta > 1$,
where GMT$_i$ and GMT$_j$ are calculated for lots i and j, $1 \leq i < j \leq 3$.

<u>Response:</u>

**Lot Selection:** The pool of studies used to select two other lots of M-M-R™II was limited to studies in which the Mumps Enzyme-linked Immunosorbent Assay (ELISA) with a Mumps Jeryl Lynn™ 135 antigen was used for mumps immunogenicity testing (to coincide with the assay used for Protocol 007). There were three such studies, one from the M-M-R™II clinical program and two from the ProQuad™ clinical program. Table 1 provides a summary of the observed, per-protocol mumps immunogenicity results from these studies along with the 4.8 $\log_{10}$TCID$_{50}$ mumps virus potency control arm from Protocol 007. The results from Protocol 009 (M-M-R™II with recombinant human albumin [rHA] study) are from the subjects who received M-M-R™II (without rHA). The results from the two ProQuad™ studies are from the subjects who received M-M-R™II and VARIVAX™ concomitantly. Both ProQuad™ studies used the same lot of M-M-R™II which had a mumps potency of 5.0 $\log_{10}$TCID$_{50}$ whereas Protocol 009 used a lot with a mumps potency of 5.4 $\log_{10}$TCID$_{50}$. All studies measured mumps antibody levels at baseline and at Day 42 postvaccination and used a seroconversion definition of <10 ELISA Ab units at baseline to $\geq$10 ELISA Ab units at Day 42 postvaccination.

Since the same lot of M-M-R™II was used in both ProQuad™ studies, only one (Protocol 012 - ProQuad™ consistency lot study) was selected to be used along with Protocol 009 in the consistency analysis. Protocol 012 was selected over Protocol 013 (concomitant use study) due to the substantially larger number of subjects tested in that study. Note that even when Protocol 013 was used in place of Protocol 012, consistency was still shown between the lots and the pooled lots were shown to be similar to the Sublot 2 (evaluated in Response 2 below).

It is noted that within the M-M-R™II clinical development program there were two other studies performed (besides Protocol 009) since Protocol 007 was completed. Protocol 010 (Measles Stock Seed study) also contained a control arm of M-M-R™II +VARIVAX™, however only measles immunogenicity testing was performed. A study was also performed by a joint venture company to compare the intramuscular injection and the subcutaneous injection routes of administration. This study was performed solely in Europe, was not submitted to the FDA for filing, and utilized M-M-R™II manufactured with rHA. Hence neither of these studies were considered in the pool of potential lots of M-M-R™II.

1

CONFIDENTIAL

Merck-EDPA-00120

MRK-KRA00000151
MRK-CHA00000151

Appx16661

Table 1. Summary of Mumps Immunogenicity Results in Studies Administering M-M-R™II (Mumps Potency[†] ≥4.8 $\log_{10}$ TCID$_{50}$) and Using the Mumps Jeryl Lynn™ 135 ELISA (Per-Protocol)

| Program | Protocol Description | Vaccines Administered | Mumps Potency[†] ($\log_{10}$TCID$_{50}$) | N | n | Observed SCR (95% CI) | Observed GMT (95% CI) |
|---|---|---|---|---|---|---|---|
| M-M-R™II | 007: Mumps End Expiry | M-M-R™II + VARIVAX™ | 4.8 | 672 | 588 | 98.0% (576/588) (96.5%, 98.9%) | 85.2 (78.9, 92.0) |
| | 009: M-M-R™II with rHA | M-M-R™II | 5.4 | 638 | 533 | 97.9% (522/533) (96.3%, 99.0%) | 85.8 (80.1, 92.0) |
| ProQuad™ | 012: Consistency Lot Study | M-M-R™II + VARIVAX™ | 5.0‡ | 1012 | 872 | 97.9% (854/872) (96.8%, 98.8%) | 89.7 (84.7, 94.9) |
| | 013: Concomitant Use | M-M-R™II + VARIVAX™ | | 479 | 145 | 98.6% (143/145) (95.1%, 99.8%) | 98.1 (85.7, 112.3) |

[†]Calibrated to the House Standard.
[‡]ProQuad™ Protocols 012 and 013 used the same lot of M-M-R™II.
N=Number of subjects vaccinated.
n=Number of subjects initially seronegative to mumps contributing to the per-protocol population.
SCR=Seroconversion rate.
GMT=Geometric mean titer (in ELISA Ab units).
CI=Confidence Interval
ELISA=Enzyme-linked immunosorbent assay.
rHA=Recombinant human albumin.

CONFIDENTIAL

MRK-KRA00000152
MRK-CHA00000152

Merck-EDPA-00121

2

Appx16662

**Consistency Analysis:** Following the methodology to demonstrate similarity between consistency lots described in Wiens, Heyse, and Matthews [1], the similarity of GMTs between lots of M-M-R™II (identified by the study in which they were used) was based on 3 pairwise comparisons using a $\Delta$=1.5. An ANOVA model was constructed with the natural logarithm of the individual titers as the dependent variable and treatment group (lot of M-M-R™II) as a fixed effect. Using the Mean Squared Error (MSE) from the final ANOVA model as an estimate of variance, each pair of lots was compared using two one-sided tests at the $\alpha$=0.05 level, for an overall Type I error rate of 0.05. Since there were 3 lots, there were 6 one-sided comparisons, as indicated in the table below.

| Pairwise Comparison | $\mu_1$ | $\mu_0$ |
|---|---|---|
| M-M-R™II 007 vs. M-M-R™II 009 | M-M-R™II 007 | M-M-R™II 009 |
| | M-M-R™II 009 | M-M-R™II 007 |
| M-M-R™II 007 vs. ProQuad™ 012 | M-M-R™II 007 | ProQuad™ 012 |
| | ProQuad™ 012 | M-M-R™II 007 |
| M-M-R™II 009 vs. ProQuad™ 012 | M-M-R™II 009 | ProQuad™ 012 |
| | ProQuad™ 012 | M-M-R™II 009 |

Two lots were considered similar if both one-sided p-values associated with the 2 comparisons within the pair were <0.05 (corresponding to the rejection of the associated null hypothesis). This criterion is equivalent to requiring the two-sided 90% confidence interval for the fold-difference in GMTs between the pair of lots be entirely within (0.67, 1.50). The three lots were considered consistent with respect to GMTs if the 3 sets of pairwise 90% two-sided confidence intervals were entirely within (0.67, 1.50), or equivalently, if all 6 one-sided p-values were <0.05.

The results of the consistency analysis can be found in Table 2. All 6 one-sided p-values were <0.05 resulting in the conclusion that the three lots of M-M-R™II are consistent.

The results of the consistency analysis using pairwise 95% two-sided confidence intervals can be found in Appendix Table 1.

3

CONFIDENTIAL

Merck-EDPA-00122

MRK-KRA00000153
MRK-CHA00000153

Appx16663

Table 2. Statistical Analysis of the Consistency of Mumps Antibody Responses at 6 Weeks Postvaccination Between Lots of M-M-R™II in Subjects Initially Seronegative to Mumps
(Per Protocol Analysis)

| Comparison[§] (Group A vs. Group B) | Group A | | | Group B | | | Fold Difference[†‡] (90% CI) | p-Value[†] | Conclusion |
|---|---|---|---|---|---|---|---|---|---|
| | N | n | GMT[†] | N | n | GMT[†] | | | |
| M-M-R™II 007 vs. M-M-R™II 009 | 672 | 588 | 85.2 | 638 | 533 | 85.8 | 0.99 (0.91, 1.08) | <.001* | Similar |
| M-M-R™II 009 vs. M-M-R™II 007 | 638 | 533 | 85.8 | 672 | 588 | 85.2 | 1.01 (0.92, 1.10) | <.001* | Similar |
| M-M-R™II 007 vs. ProQuad™ 012 | 672 | 588 | 85.2 | 1012 | 872 | 89.7 | 0.95 (0.88, 1.03) | <.001* | Similar |
| ProQuad™ 012 vs. M-M-R™II 007 | 1012 | 872 | 89.7 | 672 | 588 | 85.2 | 1.05 (0.97, 1.14) | <.001* | Similar |
| M-M-R™II 009 vs. ProQuad™ 012 | 638 | 533 | 85.8 | 1012 | 872 | 89.7 | 0.96 (0.88, 1.04) | <.001* | Similar |
| ProQuad™ 012 vs. M-M-R™II 009 | 1012 | 872 | 89.7 | 638 | 533 | 85.8 | 1.05 (0.97, 1.13) | <.001* | Similar |

[†] GMTs, their fold-differences, associated confidence intervals, and p-values are based on a statistical analysis model with the natural logarithm of the individual titers as the dependent variable and treatment as a fixed effect.

[‡] Group A/Group B.

* The lower bound of the two-sided 90% CI on the fold difference being > 0.67-fold implies that the difference is statistically significantly less than the prespecified clinically relevant decrease of 1.5-fold and allows for a conclusion of similarity (non-inferiority). This corresponds to a p-value ≤0.05 and implies that the difference is statistically significantly less than the prespecified difference of 1.5-fold.

N=Number of subjects vaccinated in each treatment group.

n=Number of subjects initially seronegative to mumps contributing to the per-protocol analyses.

GMT = Geometric mean titer (in ELISA Ab units)

[§]M-M-R™II 007 = Subjects received M-M-R™II (4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency) plus VARIVAX™

M-M-R™II 009 = Subjects received M-M-R™II (5.4 $\log_{10}$ TCID$_{50}$ mumps virus potency)

ProQuad™ 012 = Subjects received M-M-R™II (5.0 $\log_{10}$ TCID$_{50}$ mumps virus potency) plus VARIVAX™

4

CONFIDENTIAL

Merck-EDPA-00123

MRK-KRA00000154
MRK-CHA00000154

Appx16664

2.  If consistency among the three lots is demonstrated as described above, the ELISA results of the three lots are pooled to form a control group (C). Noninferiority of Sublot 2 (4.1 $\log_{10}$TCID$_{50}$ mumps virus potency) from this supplement will be demonstrated by comparing ELISA results of this sublot (T) with ELISA results of the pooled control group (C) which has at least 4.8 $\log_{10}$TCID$_{50}$ mumps potency. Similarity in immunologic endpoints between these two datasets (T and C) is demonstrated if both

a.  the lower bound of the two-sided 95% CI for the difference of seroconversion rates ($P_T$ - $P_C$) excluding a decrease of 5 percentage points, i.e., testing the statistical hypothesis $H_0$: $P_T$ - $P_C$ $\leq$-0.05 versus $H_1$: $P_T$ - $P_C$ > -0.05,

b.  the lower bound of the two-sided 95% CI on the ratio of the GMTs, (GMT$_T$/GMT$_C$) being greater than two thirds (0.67), i.e., testing the statistical hypothesis $H_0$: GMT$_T$/GMT$_C$ $\leq$0.67 versus $H_1$: GMT$_T$/GMT$_C$ > 0.67.

Response:

a. Similarity of seroconversion rates: Since the three control lots of M-M-R™II were shown to be consistent, these lots were pooled and compared with Sublot 2 (4.1 $\log_{10}$TCID$_{50}$ mumps virus potency) from Protocol 007. An analysis of similarity (non-inferiority) was performed based on a test for non-zero difference in binomial proportions by Miettinen and Nurminen [2]. The test statistic is given below.

$$Z_{diff} = \frac{(\hat{p}_T - \hat{p}_C + \delta)}{\sqrt{\tilde{V}}} \qquad (1)$$

where,

$$\tilde{V} = \left[ \frac{\tilde{p}_T(1-\tilde{p}_T)}{n_T} + \frac{\tilde{p}_C(1-\tilde{p}_C)}{n_C} \right] \times \frac{n_T + n_C}{n_T + n_C - 1} \qquad (2)$$

and,

$n_C$ = number of per-protocol subjects in the Control group

$n_T$ = number of per-protocol subjects in Sublot 2 from Protocol 007

$\delta$ = pre-specified clinically meaningful difference in proportions (-0.05)

$\hat{p}_C$ = observed proportion in Control group

$\hat{p}_T$ = observed proportion in Sublot 2 from Protocol 007

$\tilde{p}_C$ = maximum likelihood estimate of proportion under $H_0$ in the Control group

$\tilde{p}_T$ = maximum likelihood estimate of proportion under $H_0$ in Sublot 2 from Protocol 007

Two-sided confidence intervals on the difference in proportions will be provided using the method proposed by Miettinen and Nurminen [2] by solving for the roots of $PD = P_T - P_C$ from the following equation:

5

CONFIDENTIAL

Merck-EDPA-00124

MRK-KRA00000155
MRK-CHA00000155

$$\chi_\alpha^2 = \frac{(\hat{p}_T - \hat{p}_C - PD)^2}{\tilde{V}} \tag{3}$$

where $\chi_\alpha^2$ is the cut point of size a from the chi-square distribution;

$PD$ is the difference between two proportions ($PD = P_T - P_C$);

$\tilde{p}_T = \tilde{p}_C + PD$; and

$\tilde{p}_C$ is the maximum likelihood estimate for $P_C$ as a function of PD and under the constraint $\tilde{p}_T = \tilde{p}_C + PD.$.

Finally, $\tilde{V}$ is the same as defined in the Z test statistic.

As stated above, the two-sided confidence interval for the difference in population proportions is given by the roots for $PD = P_T - P_C$ from Equation (3). However, this equation does not allow for explicit solutions for $PD$; therefore, a numerical algorithm will be used to obtain the two roots (the bounds of the confidence interval) for $PD$. Programming details and the numerical algorithm can be found in Miettinen and Nurminen [2].

The results of this analysis are found in Table 3.

**b. Similarity of GMTs:**   The similarity (non-inferiority) of GMTs between the pooled lots of M-M-R™II and Sublot 2 (4.1 $\log_{10}TCID_{50}$ mumps virus potency) from Protocol 007 was assessed in the same manner as the consistency analysis.  The results of this analysis are also found in Table 3.

As shown in Table 3, a conclusion of similarity was found between Sublot 2 and the pooled lots for both seroconversion rates and GMTs.   Thus the data from Protocol 007 support lowering of the mumps end-expiry potency of M-M-R™II to 4.1 $\log_{10}TCID_{50}$.

6

CONFIDENTIAL

**Table 3.** Statistical Analysis of the Similarity of Mumps Antibody Responses at 6 Weeks Postvaccination Between Sublot 2 of Protocol 007 and a Control Lot[||] of M-M-R™II in Subjects Initially Seronegative to Mumps (Per Protocol Analysis)

| | M-M-R™II 007 Sublot 2 (4.1 $\log_{10}$ TCID$_{50}$ mumps virus potency) | | | Control M-M-R™II (≥4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency) | | | Difference[‡] / Fold Difference[§] (95% CI) | p-Value[†] | Conclusion |
|---|---|---|---|---|---|---|---|---|---|
| | N | n | Response (95% CI) | N | n | Response (95% CI) | | | |
| SCR | 662 | 583 | 97.4% (95.8%, 98.6%) | 2322 | 1993 | 97.9% (97.2%, 98.5%) | -0.5 (-2.2, 0.7) | <.001* | Similar |
| GMT[†] | 662 | 583 | 84.7 (78.5, 91.3) | 2322 | 1993 | 87.3 (84.0, 90.7) | 0.97 (0.89, 1.05) | <.001* | Similar |

[†] GMTs, their fold-differences, associated confidence intervals, and p-values are based on a statistical analysis model with the natural logarithm of the individual titers as the dependent variable and treatment as a fixed effect.

[‡] M-M-R™II 007 - Control M-M-R™II.

[§] M-M-R™II 007 / Control M-M-R™II.

[||] The control lot contains subjects who received M-M-R™II (4.8 $\log_{10}$ TCID$_{50}$ mumps virus potency) plus VARIVAX™ from M-M-R™II Protocol 007, M-M-R™II (5.4 $\log_{10}$ TCID$_{50}$ mumps virus potency) from M-M-R™II Protocol 009, and M-M-R™II (5.0 $\log_{10}$ TCID$_{50}$ mumps virus potency) plus VARIVAX™ from ProQuad™ Protocol 012.

* The lower bound of the two-sided 95% CI on the difference or the fold difference being > -5.0 percentage points or > 0.67-fold, respectively, implies that the difference is statistically significantly less than the prespecified clinically relevant decrease of 5 percentage points or 1.5-fold, respectively, and allows for a conclusion of similarity (non-inferiority). This corresponds to a p-value ≤0.05 and implies that the difference is statistically significantly less than the prespecified difference of 5 percentage points or 1.5-fold.

N=Number of subjects vaccinated in each group.

n=Number of subjects initially seronegative to mumps contributing to the per-protocol analyses.

CI=Confidence interval

SCR=Seroconversion rate.

GMT=Geometric mean titer.

7

CONFIDENTIAL

Merck-EDPA-00126

MRK-KRA00000157
MRK-CHA00000157

Appx16667

## REFERENCES

1. Wiens B, Heyse J, Matthews H.  Similarity of three treatments, with application to vaccine development.  ASA Proceedings of the Biopharmaceutical Section 1996; 203-06.

2. Miettinen O, Nurminen M.  Comparative analysis of two rates.  Stat Med 1985;4:213-26.

8

CONFIDENTIAL

Merck-EDPA-00127

**MRK-KRA00000158**
**MRK-CHA00000158**

Appx16668

Appendix Table 1. Statistical Analysis of the Consistency of Mumps Antibody Responses at 6 Weeks Postvaccination
Between Lots of MMR in Subjects Initially Seronegative to Mumps
(Per Protocol Analysis)

| Comparison[§] (Group A vs. Group B) | Group A | | | Group B | | | Fold Difference[*][‡] (95% CI) | p-Value[‡] | Conclusion |
|---|---|---|---|---|---|---|---|---|---|
| | N | n | GMT[†] | N | n | GMT[†] | | | |
| MMR 007 vs. MMR 009 | 672 | 588 | 85.2 | 638 | 533 | 85.8 | 0.99 (0.90, 1.10) | <.001* | Similar |
| MMR 009 vs. MMR 007 | 638 | 533 | 85.8 | 672 | 588 | 85.2 | 1.01 (0.91, 1.12) | <.001* | Similar |
| MMR 007 vs. PRQ 012 | 672 | 588 | 85.2 | 1012 | 872 | 89.7 | 0.95 (0.87, 1.04) | <.001* | Similar |
| PRQ 012 vs. MMR 007 | 1012 | 872 | 89.7 | 672 | 588 | 85.2 | 1.05 (0.96, 1.15) | <.001* | Similar |
| MMR 009 vs. PRQ 012 | 638 | 533 | 85.8 | 1012 | 872 | 89.7 | 0.96 (0.87, 1.05) | <.001* | Similar |
| PRQ 012 vs. MMR 009 | 1012 | 872 | 89.7 | 638 | 533 | 85.8 | 1.05 (0.95, 1.15) | <.001* | Similar |

[†] GMTs, their fold-differences, associated confidence intervals, and p-values are based on a statistical analysis model with the natural logarithm of the individual titers as the dependent variable and treatment us a fixed effect.

[‡] Group A/Group B.

[*] The lower bound of the two-sided 95% CI on the fold difference being > 0.67-fold implies that the difference is statistically significantly less than the prespecified clinically relevant decrease of 1.5-fold and allows for a conclusion of similarity (non-inferiority). This corresponds to a p-value ≤0.025 and implies that the difference is statistically significantly less than the prespecified difference of 1.5-fold

N=Numer of subjects vaccinated in each treatment group.

n=Number of subjects initially seronegative to mumps contributing to the per-protocol analyses.

CI=Confidence interval.

GMT = Geometric mean titer (in ELISA Ab units)

[§] M-M-R™II 007 = Subjects received M-M-R™II (4.8 log$_{10}$ TCID$_{50}$ mumps virus potency) plus VARIVAX™

M-M-R™II 009 = Subjects received M-M-R™II (3.4 log$_{10}$ TCID$_{50}$ mumps virus potency)

ProQuad™ 012 = Subjects received M-M-R™II (5.0 log$_{10}$ TCID$_{50}$ mumps virus potency) plus VARIVAX™

CONFIDENTIAL

Merck-EDPA-00128

MRK-KRA00000159
MRK-CHA00000159

Appx16669

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

STATISTICAL DATA DOCUMENTATION

M-M-R™ II

PROTOCOL 007

# A Study of M-M-R™ II at Mumps Expiry Potency in Healthy Children 12 to 18 Months of Age

## CONTENTS

1. GENERAL DESCRIPTION ................................................................................................2

2. VARIABLE DESCRIPTION ............................................................................................3

3. PROC CONTENTS ..........................................................................................................21

4. LISTING OF THE FIRST 30 OBSERVATIONS ..........................................................24

Datadoc007.pdf                                     Page 1 of 26

CONFIDENTIAL

Merck-EDPA-00129

MRK-KRA00000160
MRK-CHA00000160

Appx16670

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## 1. General Description

This document provides a description of the immunogenicity analysis data set for Protocol 007 for M-M-R™ II.

Only one analysis data set, **sero_all.xpt** in transport format, is provided in this package. It can be found in the \data_analysis\ sub-directory.

**Sero_all.xpt** (the transport format data set) was created from a corresponding SAS data set **sero_all.sas7bdat** using SAS version 8.2 on Windows XP. The reviewer has the option to convert **sero_all.xpt** back to **sero_all.sas7bdat**. After converting it back to **sero_all.sas7bdat** and saving it in the same **\data_analysis\** sub-directory, the reviewer can access the data set from SAS by running the **startup.sas** program which defines the path for the **\data_analysis\** sub-directory with a SAS data library name DATADIR. This document will use **sero_all.sas7bdat** in all the data descriptions.

All immunogenicity analyses in Protocol 007 were generated from **sero_all.sas7bdat**. This data set contains information of subject demographics, vaccination, and prevaccination and postvaccination serology results for 1997 subjects who were vaccinated in this study. Two subjects (AN 00987 and 01351) were randomized but never vaccinated, and are not included in **sero_all.sas7bdat**. The data set has 71 variables and 26003 records.

[Return to **CONTENTS**]

Datadoc007.pdf                                                    Page 2 of 26

CONFIDENTIAL

Merck-EDPA-00130

MRK-KRA00000161
MRK-CHA00000161

Appx16671

Business
Confidential
use only Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## 2. Variable Description

This section provides a description in tabular format for each variable of the dataset **sero_all.sas7bdat**. These descriptions include variable name, label, type/length, decode and explanatory comments. To facilitate the review, two tables with the same information but in different variable orders are provided. Table 1 provides variable description with variables ordered by their functional categories (i.e., subject characteristic, vaccination information, serology information, exclusion/inclusion flags for analysis and information flags). Table 3 provides the same data information but with first 9 demographic variables listed first and the rest of the variables listed in alphabetical order. Table 2 provides definitions of serostatus at baseline and postvaccination by assay format.

CONFIDENTIAL                                                      Merck-EDPA-00131

MRK-KRA00000162
MRK-CHA00000162

Appx16672

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

Table 1
Variable Description for SERO_ALL.SAS7BDAT

*(The variables are listed by their functional categories, and in an order of appearance during a review.)*

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| **Subject Characteristics** | | | | |
| CMPDNUM | Compound Number | C / 12 | 'V205' = MMR-II | |
| PROTOCOL | Protocol Number | C / 6 | '007' = Protocol 007 | |
| STUDYNUM | Investigator Study Site | C / 6 | | |
| POLSTUDY | Pooled Inv. Study Site for Immun. Anal. | C / 1 | 'A' = Inv. study sites 007023 007009 007019 007004 007002<br>'B' = Inv. study sites 007007 007018<br>'C' = Inv. study sites 007022 007017<br>'D' = Inv. study sites 007020 007016 007011<br>'E' = Inv. study sites 007001 007006<br>'F' = Inv. study sites 007014<br>'G' = Inv. study sites 007003<br>'H' = Inv. study sites 007015<br>'I' = Inv. study sites 007012 007010<br>'J' = Inv. study sites 007005 007008 | Pooling algorithm based on DAP. |
| AN | Randomized Subject Identifier | C / 5 | | |
| AGE | Age | N / 8 | | |
| AGE_UNIT | Age Units | C / 1 | 'M' = Month<br>'Y' = Year | |
| BIRTHD | Date of Birth | N / 8 | | |
| GENDER | Gender | C / 1 | 'F' = Female<br>'M' = Male | |
| RACE | Race | C / 40 | | |

Datadoc007.pdf

Page 4 of 26

CONFIDENTIAL

Merck-EDPA-00132

MRK-KRA00000163
MRK-CHA00000163

Appx16673

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| TREATMNT | Treatment Group Description | C / 120 | | |
| TREAT_CD | Treatment Group Code | C / 2 | '04' = 4.8 $\log_{10}$ $TCID_{50}$ Mumps Virus Potency<br>'06' = 4.1 $\log_{10}$ $TCID_{50}$ Mumps Virus Potency<br>'08' = 3.8 $\log_{10}$ $TCID_{50}$ Mumps Virus Potency | |
| DSCODE1 | Discontinuation Code at 6-week | C / 2 | '01' = Completed study<br>'04' = Refused further participation<br>'05' = Lost to followup<br>'06' = Deviation from protocol | |
| DSCODE2 | Discontinuation Code at 1-year | C / 2 | '01' = Completed study<br>'04' = Refused further participation<br>'05' = Lost to followup<br>'06' = Deviation from protocol | |
| **Vaccination Information** | | | | |
| VACC_DT | Vaccination Date | N / MMDDYY8. | | Subject 00863 received Varicella one day prior to MMR. Thus the VACC_DT for the Varicella record is one day earlier than the VACC_DT for the measles, mumps, and rubella records. |
| VACC_LOT | Vaccine Lot Number | C / 5 | | |
| VDOSE | Calc. Dose of MMRII Component Per 0.5mL | N / 8 | | No dose information is given for Varicella. Component of MMRII is identified through the EXAM_CD field. |
| **Serology Information** | | | | |
| EXAM_DT | Bleed Date | N / MMDDYY8. | | |
| PHASE_CD | Vaccination Phase Code | C / 3 | '001' = baseline bleed | |

Datadoc007.pdf

Page 5 of 26

CONFIDENTIAL

Merck-EDPA-00133

MRK-KRA00000164
MRK-CHA00000164

Appx16674

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| | | | '011' = 6 weeks bleed | |
| | | | '091' = 1 year bleed | |
| REL_DY | Post Vaccination Relative Day | N / 8 | | = sample date - vaccination date |
| O_SASSAY | Original Assay Code | C / 4 | '0024' = Measles ELISA<br>'0032' = Mumps Wild-Type ELISA<br>'0065' = New Measles ELISA<br>'0075' = Varicella gpELISA<br>'0146' = Rubella GA ELISA<br>'0319' = Mumps Neutralization JL-135 Assay<br>'6666' = Informational records for subjects who are bled but whose samples are lost<br>'9999' = Informational records for subjects who miss a scheduled blood sample | Identifies the original assay code. |
| EXAM_CD | Assay Code | C / 4 | '0024' = Measles ELISA<br>'0032' = Mumps Wild-Type ELISA<br>'0075' = Varicella gpELISA<br>'0146' = Rubella GA ELISA<br>'0319' = Mumps Neutralization JL-135 Assay | For the purpose of analysis, the modified measles assay code ('0065') was combined with the legacy measles assay code ('0024') as '0024'. |
| VALUSIGN | Value Sign | C / 1 | '<' = Actual value "less than" the reported titer.<br>'>' = Actual value "greater than or equal" to reported titer. | A 'VALUSIGN equal to '>' is only possible for the Mumps Neutralization assay ('0319') and implies that the actual value is greater than or equal to the reported titer. |
| O_SVALUE | Assay reported serology values | N / 8 | | Serology result as reported by the assay laboratory. |

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00134

MRK-KRA00000165
MRK-CHA00000165

Appx16675



Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| EXAMVALU | Converted Serology Value | N / 8 | | Assay laboratory reported serology results (O_SVALUE) with all measles results converted to international units. See note 1. |
| TITER | Derived Serology Value | N / 8 | | Derived version of EXAMVALU. Used for all analyses. if'VALUSIGN=<' then TITER = EXAMVALU/2; if'VALUSIGN=>' or missing then TITER = EXAMVALU; |
| SDILUTE | Serology Dilution Factor | N / 8 | For Varicella gpELISA assay (0075): 50 = 1:50 500 = 1:500 5000 = 1:5000 50000 = 1:50000 | For varicella ('0075') assay, dilution at which the final result was tested. The dilution is not reported for the measles ELISA ('0024'), mumps ELISA ('0032'), mumps PRN assay ('0319), or rubella ELISA ('0146'). |
| EXAMQUAL | Assay Defined Serostatus | C / 2 | '01'=Assay seropositive '02'=Assay seronegative | Serostatus as defined by the assay. See Table 2. |
| SEROSTAT | Sero Status | N / 8 | 0 = Seronegative 1 = Seropositive | Defines the serostatus based on the definitions of seroconversion given in the data analysis plan. See Table 2. |
| INITSERO | Pre-vaccination Serostatus | N / 8 | 0 = Seronegative 1 = Seropositive | Defines the prevaccination serostatus based on the definitions of seroconversion given in the data analysis plan. See Table 2. |
| MWHOINIT | Baseline Serostatus by Measles WHO Std. | N / 8 | 0 = Seronegative (<255 mIU/mL) 1 = Seropositive (≥255 mIU/mL) | For the measles assay results only. Defines the prevaccination serostatus based on the WHO standard of 255 mIU/mL. |
| WHOSTAT | Measles Serostatus Based on WHO Std. | N / 8 | 0 = Seronegative (<255 mIU/mL) 1 = Seropositive (≥255 mIU/mL) | For the measles assay results only. Defines the serostatus for each interval based on the WHO standard of 255 mIU/mL. |
| SERO_CV | Seroconverted: Prevacc- to Postvacc +? | N / 8 | 0 = No 1 = Yes | Identifies subjects who seroconverted from baseline to 6-weeks based on SEROSTAT. |

Datadoc007.pdf

Page 7 of 26

CONFIDENTIAL

Merck-EDPA-00135

MRK-KRA00000166
MRK-CHA00000166

Appx16676

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| WK6_TITR | Week 6 Titer Value | N / 8 | | See the comment for TITER. Used for the persistence summaries. Identical to TITER at 6-week time point (PHASE_CD='011') |
| PRATE_1Y | Seropositive at 1 Year? | N / 8 | 0 = No<br>1 = Yes | For persistence summaries, identifies subjects who were seropositive at 1-year, given they were seronegative at baseline and seropositive at 6-weeks. |
| MULT | Is This an Extra Serology Record? | N / 8 | 0 = No<br>1 = Yes | See note 2. |
| **Exclusion/Inclusion Flags for Analysis** | | | | |
| DRNGOUT0 | Baseline Sample out of Range? | N / 8 | 0 = No<br>1 = Yes | Baseline samples should be within 14 days of vaccination. |
| MIS_BASE | Missing Baseline Serology Sample? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who had a missing baseline serology sample. |
| PRE_EXP | Pre-exposed to MMR or V? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were exposed to measles, mumps, rubella, or varicella prior to vaccination. |
| PRE_VAC | Prior MMR or V Vac.? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who had a prior MMR or Varivax vaccination. |
| OTH_VAC | Received Other Live Vaccine? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who received other live virus vaccines during the predefined time windows. |
| FEB_ILL | Had Febrile Illness Pre-Vaccination? | N / 8 | 0 = No<br>1 = Yes | Identifies subject 00161 who had a febrile illness prior to vaccination. |
| AGE_RANG | Subject out of Age Range? | N / 8 | 0 = No<br>1 = Yes | Per the Data Analysis Plan, subjects less than 11 months of age are excluded. |
| WRNG_MMR | Incorrect or Unknown Dose of MMR? | N / 8 | 0 = No | Identifies subjects who received an incorrect or unknown dose of MMR. |

Datadoc007.pdf

Page 8 of 26

CONFIDENTIAL

Merck-EDPA-00136

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| WRNG_V | Incorrect or Unknown Dose of Varicella? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who received an incorrect or unknown dose of Varicella. |
| EXPIRED | Received Expired Lot? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who received an expired lot of VARIVAX™. |
| DRNGOUT1 | 6-week Sample out of Range? | N / 8 | 0 = No<br>1 = Yes | 6-week samples should be within days 27 to 84 post vaccination. |
| MIS_6WK | Missing 6 week Serology? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who had a missing 6-week serology sample. |
| DEV_MMRV | Developed MMR or V Prior to 6 wk Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who developed measles, mumps, rubella, or varicella prior to 6-week blood sampling. |
| EXP_ME | Exposed to Measles Prior to 6 wk Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were exposed to measles prior to 6-week bleed. |
| EXP_MU | Exposed to Mumps Prior to 6 wk Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were exposed to mumps prior to 6-week bleed. |
| EXP_V | Exposed to Varic. Prior to 6 wk Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were exposed to varicella prior to 6-week bleed. |
| DRNGOUT2 | 1-year Sample out of Range? | N / 8 | 0 = No<br>1 = Yes | 1-year samples should be within days 182 to 546 post vaccination. |
| MIS_1YR | Missing 1 year Serology? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who had a missing 1-year serology sample. |
| D_MMRV_Y | Developed MMR or V Prior to 1 yr Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who developed measles, mumps, rubella, or varicella prior to 1-year blood sampling. |
| EXP_ME_Y | Exposed to Measles Prior to 1 yr Bleed? | N / 8 | 0 = No | Identifies subjects who were exposed to |

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00137

MRK-KRA00000168
MRK-CHA00000168

Appx16678

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| | | | | measles prior to 1-year bleed. |
| DIF_OBT | Sample Was Difficult to Obtain? | N / 8 | 0 = No<br>1 = Yes | |
| QNS | Quantity not Sufficient? | N / 8 | 0 = No<br>1 = Yes | |
| REF_BLD | Subjects Refused Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies those subjects who refused a bleed. |
| REF_PART | Refused Further Participation? | N / 8 | 0 = No<br>1 = Yes | Identifies those subjects who refused further participation in the study. |
| LOS_FLUP | Subject Lost to Follow-up? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were lost to followup. |
| LOST_SAM | Sample Lost? | N / 8 | 0 = No<br>1 = Yes | Identifies blood samples that were lost. |
| CONTAM | Contaminated Sample? | N / 8 | 0 = No<br>1 = Yes | Identifies blood samples that were determined by the laboratory to be contaminated. |
| NO_PAIR | Samples not Tested due to Missing pair? | N / 8 | 0 = No<br>1 = Yes | For the PRN assay samples were only tested in pairs. Identifies subjects who had incomplete baseline/6-week serology sample pairs. |
| OLD_SAM | PRN Sample Too Old? | N / 8 | 0 = No<br>1 = Yes | Identifies PRN assay results that were obtained using a blood sample that was stored thawed beyond the SOP 1 year time limit. |
| PER_PROT | Subject in Per-Protocol Analysis? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were included in the per-protocol analyses. Does not include baseline serostatus condition. See note 3. |
| ALL_SUBJ | Valid Sero-record Regardless Prot Viol? | N / 8 | 0 = No | Identifies subjects who had valid serology |

Datadoc007.pdf

Page 10 of 26

CONFIDENTIAL

Merck-EDPA-00138

MRK-KRA00000169
MRK-CHA00000169

Appx16679

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| | | | 1 = Yes | records, ignoring other protocol violations. For the mumps PRN analysis, results from blood samples that were deemed too old were not included in this analysis. |
| EXCL_ALL | Exclude from 6 week Immuno. Analysis? | N / 8 | 0 = No<br>1 = Yes | EXCL_ALL = 1 if PER_PROT=0 or (PER_PROT=1 and INITSERO=1) |
| EXCL_YR | Exclude from 1 year Immuno. Analysis? | N / 8 | 0 = No<br>1 = Yes | EXCL_YR = 1 if EXCL_ALL=1 or MIS_1YR=1 or D_MMRV_Y=1 or EXP_ME_Y=1 or DRNGOUT2=1 or SERO_CV = 1 |
| **Informational Flags** | | | | |
| OLD_VAR | Originally Shipped Varicella Sample? | N / 8 | 0 = No<br>1 = Yes | Identifies varicella assay results that were obtained using a blood sample that was originally shipped from the sites and stored at Merck. |
| PRN_RET | Retention Sample Used for PRN Result | N / 8 | 1 = Yes | Identifies the retention samples that were used for the immunogenicity analyses. |

Note 1: To convert a measles ELISA titer reported in International Units, the titer reported in ELISA units is divided by 0.1025.

Note 2: A subject could have as many as 2 additional postvaccination blood samples within a phase if a rash occurred (acute and convalescent samples). The record closest to day 42 was selected for inclusion in the analysis and was flagged with MULT=0. All other records were flagged with MULT=1 and were excluded from the immunogenicity analyses. A subject could also have additional serology results if a retention blood sample was obtained to be used as a replacement for an invalid (e.g., too old at time of testing) originally shipped blood sample. For these subjects, the record for the retention sample was flagged with MULT=0 whereas the invalid record was flagged with MULT=1.

Note 3: This flags subjects who met the per-protocol conditions. PER_PROT = 0 if any of the following flags were = 1:
MIS_BASE, OTH_VAC, WRNG_MMR, WRNG_V, DEV_MMRV, EXP_ME, EXP_MU, EXP_V, MIS_6WK, DRNGOUT0, DRNGOUT1, REF_BLD, DIF_OBT, REF_PART, LOST_SAM, LOS_FLUP, NO_PAIR, QNS, FEB_ILL, CONTAM, OLD_SAM, PRE_VAC, AGE_RANG, MULT, EXPIRED

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00139

MRK-KRA00000170
MRK-CHA00000170

Appx16680

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

Table 2

Definitions of Serostatus at Baseline and Postvaccination
by Assay Format

| Antigen | Assay Format (Assay Code) | Assay Defined Cutoffs (Variable EXAMQUAL '02' = Negative '01' = Positive) | Analysis Defined Cutoffs | |
|---|---|---|---|---|
| | | | Definition of Baseline Seronegative Status | Definition of Postvaccination Seropositive Status |
| Measles | ELISA Original[†] (0024) | Serostatus based on OD cutoff for assay: Negative if ≤ OD Cutoff; Positive if > OD Cutoff | ≤ OD Cutoff (INITSERO = SEROSTAT = 0) | ≥ 207.8 mIU/mL (SEROSTAT = 1) |
| | ELISA New (0065) | Negative if < 120 mIU/mL; Positive if ≥ 120 mIU/mL | NA[‡] (INITSERO = SEROSTAT = ) | ≥ 207.8 mIU/mL (SEROSTAT = 1) |
| Mumps | PRN (0319) | Negative if < 32 I/dilution; Positive if ≥ 32 I/dilution | < 32 I/dilution (INITSERO = SEROSTAT = 0) | ≥ 4-fold rise from baseline[§] (SEROSTAT = 1) |
| | ELISA (0032) | Negative if < 10 Ab Units; Positive if ≥ 10 Ab Units | < 10 mumps Ab units (INITSERO = SEROSTAT = 0) | ≥ 10 mumps Ab units (SEROSTAT = 1) |
| Rubella | ELISA (0146) | Negative if < 10 IU/mL; Positive if ≥ 10 IU/mL | < 10 IU/mL (INITSERO = SEROSTAT = 0) | ≥ 10 IU/mL (SEROSTAT = 1) |
| Varicella | gpELISA (0075) | Serostatus based on OD cutoff for assay: Negative if ≤ OD Cutoff; Positive if > OD Cutoff | < 1.25 gpELISA units (INITSERO = SEROSTAT = 0) | ≥ 5 gpELISA units (SEROSTAT = 1) |

[†] Titers provided using the old measles assay format are reported by the lab in measles Ab units and then converted to mIU/mL for CSR reporting purposes (21.3 measles Ab units corresponds to 207.8 mIU/mL).

[‡] Three subjects (AN 02740, AN 02815, and AN 03382) had their baseline serology samples tested in the new measles ELISA assay. Since this only occurred for three subjects and since the limit of detection for the new measles ELISA is greater than the OD cutoff of the original measles ELISA, the analysis defined baseline serostatus (INITSERO) was defined as missing for these subjects.

[§] For initially seronegative subjects (< 32 I/dilution), a 4-fold rise from baseline equates to a postvaccination titer of 64 or greater.

ELISA = Enzyme-linked immunosorbent assay.
OD = Optical density.
PRN = Plaque reduction neutralization.

Datadoc007.pdf

Page 12 of 26

Merck-EDPA-00140

MRK-KRA00000171
MRK-CHA00000171

Appx16681

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

Table 3
Variable Description for SERO_ALL.SAS7BDAT

*(The key subjects characteristic variables are listed first; the other variables are in alphabetical order)*

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| **Subjects Characteristic Variables** | | | | |
| CMPDNUM | Compound Number | C / 12 | 'V205' = MMR-II | |
| PROTOCOL | Protocol Number | C / 6 | '007' = Protocol 007 | |
| STUDYNUM | Investigator Study Site | C / 6 | | |
| AN | Randomized Subject Identifier | C / 5 | | |
| AGE | Age | N / 8 | | |
| AGE_UNIT | Age Units | C / 1 | 'M' = Month<br>'Y' = Year | |
| GENDER | Gender | C / 1 | 'F' = Female<br>'M' = Male | |
| RACE | Race | C / 40 | | |
| TREATMNT | Treatment Group Description | C /120 | | |
| **The Other Variables** | | | | |
| AGE_RANG | Subject out of Age Range? | N / 8 | 0 = No<br>1 = Yes | Per the Data Analysis Plan, subjects less than 11 months of age are excluded. |
| ALL_SUBJ | Valid Sero-record Regardless Prot Viol? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who had valid serology records, ignoring other protocol violations.  For the mumps PRN analysis, results from blood samples that were deemed too old were not included in this analysis. |

Databcc007.pdf

Page 13 of 26

CONFIDENTIAL

Merck-EDPA-00141

MRK-KRA00000172
MRK-CHA00000172

Appx16682

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| BIRTHD | Date of Birth | N / 8 | | |
| CONTAM | Contaminated Sample? | N / 8 | 0 = No<br>1 = Yes | Identifies blood samples that were determined by the laboratory to be contaminated. |
| DEV_MMRV | Developed MMR or V Prior to 6 wk Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who developed measles, mumps, rubella, or varicella prior to 6-week blood sampling |
| DIF_OBT | Sample Was Difficult to Obtain? | N / 8 | 0 = No<br>1 = Yes | |
| DRNGOUT0 | Baseline Sample out of Range? | N / 8 | 0 = No<br>1 = Yes | Baseline samples should be within 14 days of vaccination. |
| DRNGOUT1 | 6-week Sample out of Range? | N / 8 | 0 = No<br>1 = Yes | 6-week samples should be within days 27 to 84 post vaccination. |
| DRNGOUT2 | 1-year Sample out of Range? | N / 8 | 0 = No<br>1 = Yes | 1-year samples should be within days 182 to 546 post vaccination. |
| DSCODE1 | Discontinuation Code at 6-week | C / 2 | '01' = Completed study<br>'04' = Refused further participation<br>'05' = Lost to followup<br>'06' = Deviation from protocol | |
| DSCODE2 | Discontinuation Code at 1-year | C / 2 | '01' = Completed study<br>'04' = Refused further participation<br>'05' = Lost to followup<br>'06' = Deviation from protocol | |
| D_MMRV_Y | Developed MMR or V Prior to 1 yr Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who developed measles, mumps, rubella, or varicella prior to 1-year blood sampling. |
| EXAMQUAL | Assay Defined Serostatus | C / 2 | '01' = Assay seropositive | Serostatus as defined by the assay.  See Table 2. |

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00142

MRK-KRA00000173
MRK-CHA00000173

Appx16683

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| EXAMVALU | Converted Serology Value | N / 8 | '02' = Assay seronegative | Assay laboratory reported serology results (O_SVALUE) with all measles results converted to international units. See note 1. |
| EXAM_CD | Assay Code | C / 4 | '0024' = Measles ELISA<br>0032' = Mumps Wild-Type ELISA<br>'0075' = Varicella gpELISA<br>'0146' = Rubella GA ELISA<br>'0319' = Mumps Neutralization JL-135 Assay | For the purpose of analysis, the modified measles assay code ('0065') was combined with the legacy measles assay code ('0024') as '0024'. |
| EXAM_DT | Bleed Date | N / MMDDYY8. | | |
| EXCL_ALL | Exclude from 6 Week Immuno. Analysis? | N / 8 | 0 = No<br>1 = Yes | EXCL_ALL = 1 if PER_PROT=0 or (PER_PROT=1 and INITSERO=1) |
| EXCL_YR | Exclude from 1 Year Immuno. Analysis? | N / 8 | 0 = No<br>1 = Yes | EXCL_YR = 1 if EXCL_ALL=1 or MIS_1YR=1 or D_MMRV_Y=1 or EXP_ME_Y=1 or DRNGOUT2=1 or SERO_CV_=1 |
| EXPIRED | Received Expired Lot? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who received an expired lot of VARIVAX™. |
| EXP_ME | Exposed to Measles Prior to 6 wk Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were exposed to measles prior to 6-week bleed. |
| EXP_ME_Y | Exposed to Measles Prior to 1 yr Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were exposed to measles prior to 1-year bleed. |
| EXP_MU | Exposed to Mumps Prior to 6 wk Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were exposed to mumps prior to 6-week bleed. |
| EXP_V | Exposed to Varic. Prior to 6 wk Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were exposed to varicella prior to 6-week bleed. |

Databoc007.pdf

Page 15 of 26

CONFIDENTIAL

Merck-EDPA-00143

MRK-KRA00000174
MRK-CHA00000174

Appx16684

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| FEB_ILL | Had Febrile Illness Pre-Vaccination? | N / 8 | 0 = No<br>1 = Yes | Identifies subject 00161 who had a febrile illness prior to vaccination. |
| INITSERO | Pre-vaccination Serostatus | N / 8 | 0 = Seronegative<br>1 = Seropositive | Defines the prevaccination serostatus based on the definitions of seroconversion given in the data analysis plan. |
| LOST_SAM | Sample Lost? | N / 8 | 0 = No<br>1 = Yes | Identifies blood samples that were lost. |
| LOS_FLUP | Subject Lost to Follow-up? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were lost to followup. |
| MIS_1YR | Missing 1 Year Serology? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who had a missing 1-year serology sample. |
| MIS_6WK | Missing 6 Week Serology? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who had a missing 6-week serology sample. |
| MIS_BASE | Missing Baseline Serology Sample? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who had a missing baseline serology sample. |
| MULT | Is This an Extra Serology Record? | N / 8 | 0 = No<br>1 = Yes | See note 2. |
| MWHOINIT | Baseline Serostatus by Measles WHO Std | N / 8 | 0 = Seronegative (<255 mIU/mL)<br>1 = Seropositive (≥255 mIU/mL) | For the measles assay results only.  Defines the prevaccination serostatus based on the WHO standard of 255 mIU/mL. |
| NO_PAIR | Samples not Tested due to Missing Pair? | N / 8 | 0 = No<br>1 = Yes | For the PRN assay samples were only tested in pairs. Identifies subjects who had incomplete baseline/6-week serology sample pairs. |
| OLD_SAM | PRN Sample Too Old? | N / 8 | 0 = No<br>1 = Yes | Identifies PRN assay results that were obtained using a blood sample that was stored thawed beyond the SOP 1 year time limit. |
| OLD_VAR | Originally Shipped Varicella Sample? | N / 8 | 0 = No | Identifies varicella assay results that were obtained using a blood sample that was originally |

Datadoc007.pdf

Page 16 of 26

CONFIDENTIAL

Merck-EDPA-00144

MRK-KRA00000175
MRK-CHA00000175

Appx16685

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| | | | 1 = Yes | shipped from the sites and stored at Merck. |
| OTH_VAC | Received Other Live Vaccine? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who received other live virus vaccines during the predefined time windows. |
| O_SASSAY | Original Assay Code | C / 4 | '0024' = Measles ELISA<br>'0032' = Mumps Wild-Type ELISA<br>'0055' = New Measles ELISA<br>'0075' = Varicella gpELISA<br>'0146' = Rubella GA ELISA<br>'0319' = Mumps Neutralization JL-135 Assay<br>'6666' = Informational records for subjects who are bled but whose samples are lost<br>'9999' = Informational records for subjects who miss a scheduled blood sample | Identifies the original assay code. |
| O_SVALUE | Assay Reported Serology Values | N / 8 | | Serology result as reported by the assay laboratory. |
| PER_PROT | Subject in Per-Protocol Analysis? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were included in the per-protocol analyses. Does not include baseline serostatus condition. See note 3. |
| PHASE_CD | Vaccination Phase Code | C / 3 | '001' = baseline bleed<br>'011' = 6 weeks bleed<br>'091' = 1 year bleed | |
| POLSTUDY | Pooled Inv. Study Site for Immun. Anal. | C / 1 | 'A' = Inv. study sites 007023 007009 007019 007004 007002<br>'B' = Inv. study sites 007007 007018<br>'C' = Inv. study sites 007022 007017<br>'D' = Inv. study sites 007020 007016 | Pooling algorithm based on DAP. |

Datadoc007.pdf

CONFIDENTIAL

MRK-KRA00000176
MRK-CHA00000176

Merck-EDPA-00145

Appx16686

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| | | | 007011 | |
| | | | 'E' = Inv. study sites 007001 007006 | |
| | | | 'F' = Inv. study sites 007014 | |
| | | | 'G' = Inv. study sites 007003 | |
| | | | 'H' = Inv. study sites 007015 | |
| | | | 'I' = Inv. study sites 007012 007010 | |
| | | | 'J' = Inv. study sites 007005 007008 | |
| PRATE_1Y | Seropositive at 1 Year? | N / 8 | 0 = No<br>1 = Yes | For persistence summaries, identifies subjects who were seropositive at 1-year, given they were seronegative at baseline and seropositive at 6-weeks. |
| PRE_EXP | Pre-exposed to MMR or V? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who were exposed to measles, mumps, rubella, or varicella prior to vaccination. |
| PRE_VAC | Prior MMR or V Vaccination? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who had a prior MMR or Varivax vaccination. |
| PRN_RET | Retention Sample Used for PRN Result | N / 8 | 1 = Yes | Identifies the retention samples that were used for the immunogenicity analyses. |
| QNS | Quantity not Sufficient? | N / 8 | 0 = No<br>1 = Yes | |
| REF_BLD | Subjects Refused Bleed? | N / 8 | 0 = No<br>1 = Yes | Identifies those subjects who refused a bleed. |
| REF_PART | Refused Further Participation? | N / 8 | 0 = No<br>1 = Yes | Identifies those subjects who refused further participation in the study. |
| REL_DY | Post Vaccination Relative Day | N / 8 | | = sample date - vaccination date |
| SDILUTE | Serology Dilution Factor | N / 8 | For Varicella gpELISA assay (0075):<br>50 = 1:50<br>500 = 1:500<br>5000 = 1:5000 | The dilution is not reported for the measles, mumps, or rubella assays. |

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00146

MRK-KRA00000177
MRK-CHA00000177

Appx16687

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| SEROSTAT | Sero Status | N / 8 | 50000 = 1:50000<br>0 = Seronegative<br>1 = Seropositive | Defines the serostatus based on the definitions of seroconversion given in the data analysis plan. See Table 2. |
| SERO_CV | Seroconverted: Prevacc- to Postvacc+? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who seroconverted from baseline to 6-weeks based on SEROSTAT. |
| TITER | Derived Serology Value | N / 8 | | Derived version of EXAMVALU. Used for all analyses<br>if VALUSIGN='<' then TITER=EXAMVALU/2;<br>if VALUSIGN='>' or missing then TITER=EXAMVALU; |
| TREAT_CD | Treatment Group Code | C / 2 | '04' = 4.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency<br>'05' = 4.1 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency<br>'08' = 3.8 $\log_{10}$ TCID$_{50}$ Mumps Virus Potency | |
| VACC_DT | Vaccination Date | N / MMDDYY8. | | Subject 00863 received Varicella one day prior to MMR. Thus the VACC_DT for the Varicella record is one day earlier than the VACC_DT for the measles, mumps, and rubella records. |
| VACC_LOT | Vaccine Lot Number | C / 5 | | |
| VALUSIGN | Value Sign | C / 1 | '<' = Actual value "less than" the reported titer.<br>'>' = Actual value "greater than or equal" to reported titer. | A VALUSIGN equal to '>' is only possible for the Mumps Neutralization assay ('0319') and implies that the actual value is greater than or equal to the reported titer. |
| VDOSE | Calc. Dose of MMRII Component Per 0.5mL | N / 8 | | No dose information is given for Varicella. Component of MMRII is identified through the EXAM_CD field. |
| WHOSTAT | Measles Serostatus Based on WHO Std. | N / 8 | 0 = Seronegative (<255 mIU/mL)<br>1 = Seropositive (≥255 mIU/mL) | For the measles assay results only. Defines the serostatus for each interval based on the WHO |

Databoc007.pdf

CONFIDENTIAL

Merck-EDPA-00147

MRK-KRA00000178
MRK-CHA00000178

Appx16688

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| VARIABLE | LABEL | TYPE/LENGTH | DECODES | COMMENTS |
|---|---|---|---|---|
| WK6_TITR | Week 6 Titer Value | N / 8 | | standard of 255 mIU/mL. See the comment for TITER  Used for the persistence summaries. Identical to TITER at 6-week time point (PHASE_CD=^011') |
| WRNG_MMR | Incorrect or Unknown Dose of MMR? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who received an incorrect or unknown dose of MMR. |
| WRNG_V | Incorrect or Unknown Dose of Varicella? | N / 8 | 0 = No<br>1 = Yes | Identifies subjects who received an incorrect or unknown dose of Varicella. |

Note 1: To convert a measles ELISA titer reported in ELISA units to International Units, the titer reported in ELISA units is divided by 0.1025.

Note 2: A subject could have as many as 2 additional postvaccination blood samples within a phase if a rash occurred (acute and convalescent samples).  The record closest to day 42 was selected for inclusion in the analysis and was flagged with MULT=0.  All other records were flagged with MULT=1 and were excluded from the immunogenicity analyses.  A subject could also have additional serology results if a retention blood sample was obtained to be used as a replacement for an invalid (e.g., too old at time of testing) originally shipped blood sample.  For these subjects, the record for the retention sample was flagged with MULT=0 whereas the invalid record was flagged with MULT=1.

Note 3:  This flags subjects who met the per-protocol conditions.  PER_PROT = 0 if any of the following flags were = 1:
MIS_BASE, OTH_VAC, WRNG_MMR, WRNG_V, DEV_MMRV, EXP_ME, EXP_MU, EXP_V, MIS_6WK, DRNGOUT0, DRNGOUT1, REF_BLD, DIF_OBT,
REF_PART, LOST_SAM, LOS_FLUP, NO_PAIR, ONS, FEB_ILL, CONTAM_OLD_SAM, PRE_VAC, AGE_RANG, MULT, EXPIRED

[Return to CONTENTS]

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00148

MRK-KRA00000179
MRK-CHA00000179

Appx16689

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## 3. Proc Contents

3. PROC CONTENTS

The CONTENTS Procedure

| | |
|---|---|
| Data Set Name: | DATADIR.SERO_ALL |
| Member Type: | DATA |
| Engine: | V8 |
| Created: | 17:12 Thursday, December 11 2003 |
| Last Modified: | 17:12 Thursday, December 11 2003 |
| Protection: | |
| Data Set Type: | |
| Label: | |

| | |
|---|---|
| Observations | 26003 |
| Variables | 71 |
| Indexes | 0 |
| Observation Length: | 648 |
| Deleted Observations: | 0 |
| Compressed | NO |
| Sorted | NO |

-----Engine/Host Dependent Information-----

| | |
|---|---|
| Data Set Page Size: | 16384 |
| Number of Data Set Pages: | 1041 |
| First Data Page: | 1 |
| Max Obs per Page: | 25 |
| Obs in First Data Page: | 10 |
| Number of Data Set Repairs: | 0 |
| File Name: | F:\STATPROD\V20S\MMR_I\PROTO07\DATA_ANALYSIS\sero_all.sas7bdat |
| Release Created: | 8.0202M0 |
| Host Created: | WIN_PRO |

-----Alphabetic List of Variables and Attributes-----

| # | Variable | Type | Len | Pos | Format | Label |
|---|---|---|---|---|---|---|
| 5 | AGE | Num | 8 | 0 | | Age |
| 10 | AGE_RANG | Num | 8 | 8 | | Subject out of Age Range? |
| 6 | AGE_UNIT | Char | 1 | 453 | | Age Units |
| 11 | ALL_SUBJ | Num | 8 | 16 | | Valid Sero-record Regardless Prot Viol? |
| 4 | AN | Char | 8 | 448 | | Randomized Subject Identifier |
| 12 | BIRTHD | Num | 8 | 24 | MMDDYY8. | Date of Birth |
| 1 | CMPDNUM | Char | 12 | 424 | | Compound Number |
| 13 | CONTAM | Num | 8 | 32 | | Contaminated Sample? |
| 14 | DEV_NMRV | Num | 8 | 40 | | Developed MMR or V Prior to 6 wk Bleed? |

Databdoc007.pdf

CONFIDENTIAL

Merck-EDPA-00149

MRK-KRA00000180
MRK-CHA00000180

Appx16690

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| # | Name | Type | Len | | Description |
|---|------|------|-----|---|-------------|
| 15 | DIF_OBT | Num | 8 | 48 | Sample Was Difficult to Obtain? |
| 16 | DRNGOUTO | Num | 8 | 56 | Baseline Sample out of Range? |
| 17 | DRNGOUT1 | Num | 8 | 64 | 6-week Sample out of Range? |
| 18 | DRNGOUT2 | Num | 8 | 72 | 1-year Sample out of Range? |
| 19 | DSCODE1 | Char | 2 | 615 | Discontinuation Code at 6-week |
| 20 | DSCODE2 | Char | 2 | 617 | Discontinuation Code at 1-year |
| 21 | D_WRV_LY | Num | 8 | 80 | Developed WRR or V Prior to 1 yr Bleed? |
| 22 | EXAMQUAL | Char | 2 | 619 | Assay Defined Serostatus |
| 23 | EXAMVALU | Num | 8 | 88 | Converted Serology Value |
| 24 | EXAM_CD | Char | 4 | 621 | 12.3 | Assay Code |
| 25 | EXAM_DT | Num | 8 | 96 | MMDDYY8. | Bleed Date |
| 26 | EXCL_ALL | Num | 8 | 104 | Exclude from 6 Week Immuno. Analysis? |
| 27 | EXCL_YR | Num | 8 | 112 | Exclude from 1 Year Immuno. Analysis? |
| 28 | EXPIRED | Num | 8 | 120 | Received Expired Lot? |
| 29 | EXP_ME | Num | 8 | 128 | Exposed to Measles Prior to 6 wk Bleed? |
| 30 | EXP_ME_Y | Num | 8 | 136 | Exposed to Measles Prior to 1 yr Bleed? |
| 31 | EXP_MU | Num | 8 | 144 | Exposed to Mumps Prior to 6 wk Bleed? |
| 32 | EXP_V | Num | 8 | 152 | Exposed to Varic. Prior to 6 wk Bleed? |
| 33 | FEB_ILL | Num | 8 | 160 | Had Febrile Illness Pre-vaccination? |
| 7 | GENDER | Char | 1 | 454 | Gender |
| 34 | INITSERO | Num | 8 | 168 | Pre-vaccination Serostatus |
| 35 | LOST_SAM | Num | 8 | 176 | Sample Lost? |
| 36 | LOS_FLUP | Num | 8 | 184 | Subject Lost to Follow-up? |
| 37 | MIS_1YR | Num | 8 | 192 | Missing 1 Year Serology? |
| 38 | MIS_6WK | Num | 8 | 200 | Missing 6 Week Serology? |
| 39 | MIS_BASE | Num | 8 | 208 | Missing Baseline Serology Sample? |
| 40 | MULT | Num | 8 | 216 | Is This an Extra Serology Record? |
| 41 | NWHOINIT | Num | 8 | 224 | Baseline Serostatus by Measles WHO Std |
| 42 | NO_PAIR | Num | 8 | 232 | Samples not Tested due to Missing Pair? |
| 43 | OLD_SAM | Num | 8 | 240 | PRN Sample Too Old? |
| 44 | OLD_VAR | Num | 8 | 248 | Originally Shipped Varicella Sample? |
| 45 | OTHLVAC | Num | 8 | 256 | Received Other Live Vaccine? |
| 46 | O_SASSAY | Char | 4 | 625 | Original Assay Code |
| 47 | O_SVALUE | Num | 8 | 264 | Assay Reported Serology Value |
| 48 | PER_PROT | Num | 8 | 272 | Subject in Per-Protocol Analysis? |
| 49 | PHASE_CD | Char | 3 | 629 | Vaccination Phase Code |
| 50 | POLSTUDY | Char | 1 | 632 | Pooled Inv Study Site for Immun. Anal. |
| 51 | PRATE_TY | Num | 8 | 280 | Seropositive at 1 Year? |
| 52 | PRE_EXP | Num | 8 | 288 | Pre-exposed to WRR or V? |
| 53 | PRE_VAC | Num | 8 | 296 | Prior WRR or V Vaccination? |
| 54 | PRNLRET | Num | 8 | 304 | Retention on Sample Used for PRN Result |
| 2 | PROTOCOL | Char | 6 | 436 | Protocol Number |
| 55 | QNS | Num | 8 | 312 | Quantity not Sufficient? |
| 8 | RACE | Char | 40 | 455 | Race |
| 56 | REF_BLD | Num | 8 | 320 | Subjects Refused Bleed? |
| 57 | REF_PART | Num | 8 | 328 | Refused Further Participation? |

Datadoc007.pdf

Merck Confidential — Eyes only

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| 58 | REL_DY | Num | 8 | 336 | | Post Vaccination Relative Day |
|----|--------|-----|---|-----|--|-------------------------------|
| 59 | SDILUTE | Num | 8 | 344 | | Serology Dilution Factor |
| 60 | SEROSTAT | Num | 8 | 352 | | Sero Status |
| 61 | SERO_CV | Num | 8 | 360 | | Seroconverted: Prevacc - to Postvacc +? |
| 3 | STUDYNUM | Char | 6 | 442 | | Investigator Study Site |
| 62 | TITER | Num | 8 | 366 | | Derived Serology Value |
| 9 | TREATMNT | Char | 120 | 465 | | Treatment Group Description |
| 63 | TREAT_CO | Char | 2 | 633 | | Treatment Group Code |
| 64 | VACC_DT | Num | 8 | 376 | MMDDYY8. | Vaccination Date |
| 65 | VACC_LOT | Char | 5 | 635 | | Vaccine Lot Number |
| 66 | VALUSIGN | Char | 1 | 640 | | Value Sign |
| 67 | VDOSE | Num | 8 | 384 | 8.2 | Calc Dose of MMRII Component Per 0.5mL |
| 68 | WHOSTAT | Num | 8 | 392 | | Measles Serostatus Based on WHO Std |
| 69 | WK6_TITR | Num | 8 | 400 | | Week 6 Titer Value |
| 70 | MMR6_MMR | Num | 8 | 408 | | Incorrect or Unknown Dose of MMR? |
| 71 | MMR6_V | Num | 8 | 416 | | Incorrect or Unknown Dose of Varicella? |

[Return to CONTENTS]

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00151

MRK-KRA00000182
MRK-CHA00000182

Appx16692

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## 4. Listing of the first 30 observations

| OBS | GRP | PROTOCOL | STUDY | AN | AGE UNIT | GENDER | RACE | TREATMENT | ALL AGE RANGO | ALL SUBJ | BIRTH DATE | UONTAX | DBVIMXRV | DHFIOBT | DRNGODTO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | V205 | 007 | 007T001 | 00001 | 12 | F | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 04/02/98 | 0 | 0 | 0 | 0 |
| 2 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 04/02/98 | 0 | 0 | 0 | 0 |
| 3 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 04/02/98 | 0 | 0 | 0 | 0 |
| 4 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 04/02/98 | 0 | 0 | 0 | 0 |
| 5 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 04/02/98 | 0 | 0 | 0 | 0 |
| 6 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 04/02/98 | 0 | 0 | 0 | 0 |
| 7 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 04/02/98 | 0 | 0 | 0 | 0 |
| 8 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 04/02/98 | 0 | 0 | 0 | 0 |
| 9 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 04/02/98 | 0 | 0 | 0 | 0 |
| 10 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 04/02/98 | 0 | 0 | 0 | 0 |
| 11 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 04/02/98 | 0 | 0 | 0 | 0 |
| 12 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 04/02/98 | 0 | 0 | 0 | 0 |
| 13 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 04/02/98 | 0 | 0 | 0 | 0 |
| 14 | V205 | 007 | 007T001 | 00001 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 04/02/98 | 0 | 0 | 0 | 0 |
| 15 | V205 | 007 | 007T001 | 00001 | 12 | F | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 03/29/98 | 0 | 0 | 0 | 0 |
| 16 | V205 | 007 | 007T001 | 00001 | 12 | F | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 03/29/98 | 0 | 0 | 0 | 0 |
| 17 | V205 | 007 | 007T001 | 00002 | 12 | F | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 03/29/98 | 0 | 0 | 0 | 0 |
| 18 | V205 | 007 | 007T001 | 00002 | 12 | F | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 03/29/98 | 0 | 0 | 0 | 0 |
| 19 | V205 | 007 | 007T001 | 00002 | 12 | F | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 03/29/98 | 0 | 0 | 0 | 0 |
| 20 | V205 | 007 | 007T001 | 00002 | 12 | F | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 03/29/98 | 0 | 0 | 0 | 0 |
| 21 | V205 | 007 | 007T001 | 00002 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 03/29/98 | 0 | 0 | 0 | 0 |
| 22 | V205 | 007 | 007T001 | 00002 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 03/29/98 | 0 | 0 | 0 | 0 |
| 23 | V205 | 007 | 007T001 | 00002 | 12 | F | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 03/29/98 | 0 | 0 | 0 | 0 |
| 24 | V205 | 007 | 007T001 | 00002 | 12 | F | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 03/29/98 | 0 | 0 | 0 | 0 |
| 25 | V205 | 007 | 007T001 | 00002 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 03/29/98 | 0 | 0 | 0 | 0 |
| 26 | V205 | 007 | 007T001 | 00002 | 12 | F | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 03/29/98 | 0 | 0 | 0 | 0 |
| 27 | V205 | 007 | 007T001 | 00003 | 12 | F | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 03/29/98 | 0 | 0 | 0 | 0 |
| 28 | V205 | 007 | 007T001 | 00003 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 03/29/98 | 0 | 0 | 0 | 0 |
| 29 | V205 | 007 | 007T001 | 00003 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 1 | 04/13/98 | 0 | 0 | 0 | 0 |
| 30 | V205 | 007 | 007T001 | 00003 | 12 | M | CAUCASIAN | 3.8 log10 TCID50 Mumps Potency | 0 | 0 | 04/13/98 | 0 | 0 | 0 | 0 |

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00152

MRK-KRA00000183
MRK-CHA00000183

Appx16693

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00153

MRK-KRA00000184
MRK-CHA00000184

Appx16694

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

[Return to CONTENTS]

Datadoc007.pdf

CONFIDENTIAL

MRK-KRA00000185
MRK-CHA00000185

Merck-EDPA-00154

Appx16695

This CD contains the SAS datasets (in XPT format) used to perform the consistency lot analyses and the non-inferiority analyses related to the May 18, 2007 letter from CBER concerning STN BL 101069/5061.

The data (XPT files) from the three studies (M-M-R® II Protocol 007, 009 and ProQuad® Protocol 012) used in the analyses can be found in the appropriate subdirectories of this submission (MMR_P007, MMR_P009, ProQuad_012). In addition to the XPT file for each study, a document describing the contents of the dataset is also included for each study. The XPT files and the corresponding documents are the same files that were submitted with the original filings of these studies. Thus, some information in the documents may not be relevant to this response or may refer to directory structures related to the original filings. The documents were included in this response to provide reviewers with information concerning the variables contained in the datasets provided.

The summaries and analyses in the previous response utilized the per-protocol populations for each of the studies. To assist the reviewers in selecting the appropriate per-protocol population for each study, the SAS flags (variable names and values) are given in the table below along with the treatment group indicators and the response variables. Note that all analyses were performed using the 6-week mumps Wild-Type ELISA data, which corresponds to EXAM_CD='0032' and PHASE_CD='011' in each of the datasets.

Upon converting the XPT files to SAS datasets (named SERO_ALL_007, SERO_ALL_009, SERO_ALL_012 below), the following SAS code could be used to subset the data needed to replicate the analyses:

```
data sero_007;
    set datadir.sero_all_007;
    if phase_cd='011' and exam_cd='0032' and treat_cd in ('04','06') and excl_all^=1 and
        initsero=0;
    an_id = compress(protocol||an);
    rename titer=examvalu;
    keep an_id protocol studynum sero_cv titer treat_cd exam_cd;
run;

data sero_009;
    set datadir.sero_all_009;
    if phase_cd='011' and exam_cd='0032' and treat_cd = '2' and per_prot = 1 and
        initsero = 0;
    an_id = compress(protocol||an);
    keep an_id protocol studynum sero_cv examvalu treat_cd exam_cd;
run;

data  sero_012 ;
    set datadir.sero_all_012;
    if phase_cd='011' and exam_cd='0032' and treat_cd = '02' and per_prot = 1 and
        initsero = 0;
    an_id = compress(protocol||an);
    keep an_id protocol studynum sero_cv examvalu treat_cd exam_cd;
run;

data sero;
    set sero_007 sero_009 sero_012;
run;
```

If there are any questions concerning these datasets (or replication of these analyses), feel free to contact me, Jonathan Hartzel, directly at 267-305-7746 or jonathan_hartzel@merck.com.

CONFIDENTIAL

Merck-EDPA-00155

**MRK-KRA00000186**
**MRK-CHA00000186**

Appx16696

| Study | Treatment Group | Response Variables | Per-Protocol Population |
|---|---|---|---|
| M-M-R® II P007 | TREAT_CD='04' (4.8 Potency) TREAT_CD='06' (4.1 Potency) | Antibody titer: TITER SCR Indicator: SERO_CV | INITSERO=0 and EXCL_ALL ^=1 |
| M-M-R® II P009 | TREAT_CD='2' (MMR w/ HSA) | Antibody titer: EXAMVALU SCR Indicator: SERO_CV | INITSERO=0 and PER_PROT =1 |
| ProQuad® P012 | TREAT_CD='02' (MMR+VVAX) | Antibody titer: EXAMVALU SCR Indicator: SERO_CV | INITSERO=0 and PER_PROT =1 |

CONFIDENTIAL

Merck-EDPA-00156

MRK-KRA00000187
MRK-CHA00000187

Appx16697

 Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## Statistical Data Documentation

## M-M-R™ II

### PROTOCOL 009

A Comparison of the Safety, Tolerability, and Immunogenicity of
M-M-R™ II Manufactured With Recombinant Human Albumin (rHA) Versus
M-M-R™ Manufactured With Pooled-Donor Human Serum Albumin (HSA) in
Healthy Children 12 to 18 Months of Age

### Table of Contents

1. Introduction .......................................................................................... 1
2. Variable Description Table by Functional Categories ............................. 3
3. Variable Description Table in Alphabetical Order ............................... 11
4. Proc Contents ..................................................................................... 20
5. Listing of the First 5 Observations .................................................... 22

Datadoc007.pdf

Page 1 of 1

CONFIDENTIAL

Merck-EDPA-00157

MRK-KRA00000188
MRK-CHA00000188

Appx16698

 Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## 1. Introduction

The immunogenicity analysis data set for protocol 009 is provided electronically with this electronic submission to the FDA reviewing statistician. Only one analysis data set, in a SAS transport format, is provided in this package: **sero_all.xpt.**

All immunogenicity analyses in Protocol 009 are generated from a SAS data set **sero_all.sas7bdat,** which can be converted from its transport file, **sero_all.xpt.** This data set contains information on subject demographics, subject vaccination and subject prevaccination and postvaccination serology results for 1,282 subjects who were randomized in this study. It has 61 variables and 10,256 observations, with one record per subject per assay/component per bleed. A Proc Contents and a listing of the first 5 observations of **sero_all.sas7bdat** is provided at end of this document. The data set described in this document supports the following tables and figures from the Protocol 009 Clinical Study Report (CSR): Tables 6-8, Table 11, Tables 16-27, Table 29, Tables 35 and 36, Tables 39 and 40, Tables 42-44 and Figures 1-3. Information regarding safety and prior and concomitant medications/vaccinations is not included in the data set **sero_all.xpt.**

To facilitate review, this documentation includes two tables with the same information, but in different variable order: Table 1 provides variable description with variables ordered by their functional categories (i.e., subject characteristics, vaccination information, serology information, and analysis inclusion/exclusion information); Table 2 provides variable descriptions with variables listed in alphabetical order. These tables summarize each variable's name, label, type, codes/formats and explanatory comments. Table 3 provides definitions of serostatus at baseline and postvaccination by assay format.

[Return to **Table of Contents**]

CONFIDENTIAL                                                                   Merck-EDPA-00158

MRK-KRA00000189
MRK-CHA00000189

Appx16699

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## Table 1. Variable Description for SERO_ALL.sas7bdat by Functional Categories

| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
|---|---|---|---|---|
| **Subject characteristics** | | | | |
| CMPDNUM | COMPOUND NUMBER | Char8. | 'V205' ='M-M-R™ II' | |
| PROTOCOL | PROTOCOL NUMBER | Char3. | '009' | |
| STUDYNUM | INVESTIGATOR STUDY SITE | Char5. | | |
| AN | RANDOMIZED SUBJECT IDENTIFIER | Num6. | | |
| AGE | AGE | Num | | |
| AGE_UNIT | AGE UNITS | Char8. | 'Month' | |
| GENDER | GENDER | Char6. | 'F'='Female' 'M'='Male' | |
| RACE | RACE | Char31. | | |
| TREATMNT | TREATMENT GROUP DESCRIPTION | Char22. | 'M-M-R™ II with rHA' 'M-M-R™ II with HSA' | |
| TREAT_CD | TREATMENT GROUP CODE | Char8. | '1' = 'M-M-R™ II with rHA' '2' = 'M-M-R™ II with HSA' | |
| DS_DATE | DISCONTINUATION DATE | Num | Format = Date9. | |
| RESN_DS1 | REASON FOR DISCONTINUATION | Char28. | | General reason for discontinuation from study, if applicable. |
| PSITE | POOLED SITES FOR ANALYSIS | Char1. | 'A' through 'O' | Investigator study sites pooled for analysis purposes, based on sample size, as specified in the DAP. |
| PT_STAT | SUBJECT FINAL STUDY STATUS | Char23. | 'pat. completed' 'pat. discont.' 'pat. excluded' | Indicates subject's final study completion status, completed, discontinued after vaccination, or was excluded and not vaccinated after randomization due to protocol exclusion criteria. |
| **Vaccination Information** | | | | |
| VACC_DT | VACCINATION DATE | Num | Format = Date9 | |
| VACC_LOT | LOT NUMBER | Char20. | 'M-M-R II w/HAS' = 'VAI005A002' 'M-M-R II w/rHA' = 'VAI006A001' | |
| **Serology Information** | | | | |

Datadoc007.pdf

Page 3 of 3

CONFIDENTIAL

Merck-EDPA-00159

MRK-KRA00000190
MRK-CHA00000190

Appx16700

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## Table 1. Variable Description for SERO_ALL.sas7bdat by Functional Categories

| | | | | |
|---|---|---|---|---|
| EXAM_CD | ASSAY CODE | Char4. | '0065'='serum measles IgG antibody'<br>'0032'='serum mumps IgG antibody'<br>'0146'='serum rubella IgG antibody'<br>'9999'='serum recombinant human albumin Ab' | |
| ASSY_TST | ASSAY NAME | Char39. | 'serum measles IgG antibody'<br>'serum mumps IgG antibody'<br>'serum rubella IgG antibody'<br>'serum recombinant human albumin Ab' | |
| EXAM_DT | SPECIMEN COLLECTION DATE | Num | Format = Date9. | Date serum specimen collected. |
| REL_DY | POST VACCINATION RELATIVE DAY | Num | | Vaccination date – specimen collection date. |
| PHASE_CD | VACCINATION PHASE CODE | Char3. | '001' = 'Prevaccination'<br>'011' = 'Postvaccination' | |
| VALUSIGN | VALUE SIGN | Char20. | 'less than' = 'Actual antibody titer value is less than the value of EXAMVALU' | |
| EXAMVALU | CONVERTED SEROLOGY VALUE | Num | | IF VALUSIGN = 'less than', EXAMVALU = RESULT/2, otherwise EXAMVALU = RESULT |
| LNVAL | ASSAY RESULT (NATURAL LOG) | Num | | Natural log of EXAMVALU (missing if EXAMVALU=0 or is missing). |
| RSLT_CHR | ASSAY RESULT (CHARACTER) | Char13. | 'negative'<br>'positive' | Laboratory-reported qualitative assay result for a given antigen. rHA results were reported only qualitatively as 'positive' or 'negative'; for measles, mumps, and rubella, 'positive' indicates a result ≥ the protocol-defined cutoff for the antigen (120 mIU/mL for measles, 10 ELISA Ab units for mumps, and 10 IU/mL for rubella). |
| SEROSTAT | SEROPOSITIVITY FLAG (MMR) | Num | 0=No<br>1=Yes | Indicates subject's serostatus (positive or negative) for a given antigen (measles, mumps, or rubella ELISA only), based on serostatus cutoffs defined in the protocol (120 mIU/mL |

Datadoc007.pdf

Page 4 of 4

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

Table 1.  Variable Description for SERO_ALL.sas7bdat
by Functional Categories

| | | | |
|---|---|---|---|
| | | | for measles, 10 ELISA Ab units for mumps, and 10 IU/mL for rubella). Note: Please see Table 3 for details |
| INITSERO | BASELINE SEROPOSITIVITY FLAG (MMR) | Num | 0=No<br>1=Yes | Indicates subject's prevaccination serostatus (positive or negative) for a given antigen (measles, mumps, or rubella ELISA only), based on serostatus cutoffs defined in the protocol (120 mIU/mL for measles, 10 ELISA Ab units for mumps, and 10 IU/mL for rubella).  Note: Please see Table 3 for details. |
| SERO_CV | SEROCONVERSION FLAG (MMR) | Num | 0=No<br>1=Yes | Indicates whether a subject seroconverted for a given antigen (measles, mumps, or rubella ELISA only) based on serostatus cutoffs defined in the protocol (120 mIU/mL for measles, 10 ELISA Ab units for mumps, and 10 IU/mL for rubella).  The flag is missing if the subject had no prevaccination and/or postvaccination result, or was seropositive at baseline and therefore could not seroconvert. Note: Please see Table 3 for details. |
| FOLD4 | 4-FOLD RISE FLAG | Num | 0=No<br>1=Yes | Indicates whether a subject's antibody titer level increased  at least 4-fold from prevaccination to postvaccination for a given antigen (measles, mumps, or rubella ELISA only).  The flag is missing if the subject had no prevaccination and/or postvaccination result. |
| WHOSTAT | MEASLES WHO STANDARD POS. FLAG | Num | 0=No<br>1=Yes | Indicates subject's measles serostatus, using the alternative WHO measles serostatus cutoff of 255 mIU/mL – created for prevaccination and postvaccination records. Note: Please |

Datadoc007.pdf

Page 5 of 5

CONFIDENTIAL

Merck-EDPA-00161

MRK-KRA00000192
MRK-CHA00000192

Appx16702

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

### Table 1. Variable Description for SERO_ALL.sas7bdat by Functional Categories

| Variable | Label | Type | Values | Description |
|---|---|---|---|---|
| | | | | see Table 3 for details. |
| INITWHO | BASELINE MEASLES WHO STANDARD POS. FLAG | Num | 0=No 1=Yes | Indicates subject's prevaccination measles serostatus (positive or negative) using the alternative WHO measles serostatus cutoff of 255 mIU/mL. Note: Please see Table 3 for details. |
| WHO_CV | MEASLES WHO STANDARD CONVERSION FLAG | Num | 0=No 1=Yes | Indicates whether a subject seroconverted for measles antibody status, using the alternative WHO measles serostatus cutoff of 255 mIU/mL. The flag is missing if the subject had no prevaccination and/or postvaccination result, or was seropositive at baseline and therefore could not seroconvert. Note: Please see Table 3 for details. |
| RHASTAT | RHA POSITIVITY FLAG | Num | 0=No 1=Yes | Indicates subject's rHA antibody status (positive or negative) – created for prevaccination and postvaccination records. Note: Please see Table 3 for details. |
| INITRHA | BASELINE RHA POSITIVITY FLAG | Num | 0=No 1=Yes | Indicates subject's prevaccination rHA status (positive or negative). Note: Please see Table 3 for details. |
| RHA_CV | RHA CONVERSION FLAG | Num | 0=No 1=Yes | Indicates whether a subject seroconverted for rHA antibody status. The flag is missing if the subject had no prevaccination and/or postvaccination result, or was seropositive at baseline and therefore could not seroconvert. Note: Please see Table 3 for details. |
| PRETITER | BASELINE ASSAY RESULT | Num | | EXAM/VALU for prevaccination result. |
| SPCM_CLL | SPECIMEN COLLECTED FLAG | Char3. | 'N' 'Y' | Indicates whether a blood specimen was collected at a given visit. |

Datadoc007.pdf

Page 6 of 6

CONFIDENTIAL

Merck-EDPA-00162

MRK-KRA00000193
MRK-CHA00000193

Appx16703

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## Table 1. Variable Description for SERO_ALL.sas7bdat by Functional Categories

| RSNNOTCL | REASON SAMPLE NOT COLLECTED | Char30. | | Reason that a blood sample was not collected for a given subject at a given visit. [NOTE: There are three subjects with blood samples for which RSNNOTCL is not blank, due to an error in the database.] |
| SCOMCODE | SEROLOGY PROBLEM CODE | Char2. | '01' = 'Specimen inadequate' '02' = 'Lost to follow-up/missed visits' '03' = 'Other technical difficulty' '04' = 'Parent withdrew consent' '05' = 'Subject uncooperative' '06' = 'Specimen damaged' '07' = 'Specimen lost' | Codes for laboratory-reported problems regarding blood samples. |
| COMMENTS | SEROLOGY COMMENT | Char39. | | Lab comments regarding problems with assay results. |
| **Exclusion/Inclusion for Analysis** | | | | |
| AGE_RANG | AGE VIOLATION FLAG | Num | 0=No 1=Yes | Identifies results from subjects outside of the allowable enrollment age range for the protocol (12 to 18 months of age). Results were excluded from per-protocol analysis if they were from subjects younger than 11 months old. Subjects older than 18 months of age were noted in the protocol violator memo, but their results were included in all analyses. |
| ALL_SERO | SUBJECTS W/ALL SEROLOGY POP. FLAG | Num | 0=No 1=Yes | Indicates whether the result was included in the subjects with all serology analysis, which includes only those results in the per-protocol analysis from subjects who had valid postvaccination serology results for all three of the measles, mumps, and rubella assays. |
| ALL_SUBJ | ALL SUBJECTS W/SEROLOGY POP. FLAG | Num | 0=No 1=Yes | Indicates whether the result was included in the all subjects with |

Datadoc007.pdf

Page 7 of 7

CONFIDENTIAL

Merck-EDPA-00163

MRK-KRA00000194
MRK-CHA00000194

Appx16704

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

### Table 1. Variable Description for SERO_ALL.sas7bdat by Functional Categories

| | | | | |
|---|---|---|---|---|
| | | | | serology analysis, which includes all valid postvaccination serology results for a given assay (measles, mumps, or rubella). |
| D_RANGE | BLOOD SAMPLE DAY RANGE FLAG | Num | 0=No 1=Yes | Identifies subjects whose postvaccination blood samples were collected outside the allowable day range. Per the DAP, the allowable day range for blood samples to be included in the per-protocol anlaysis was 27 to 84 days postvaccination. |
| EXP_ME | MEASLES EXPOSURE FLAG | Num | 0=No 1=Yes | Identifies subjects exposed to measles postvaccination but prior to the Week 6 bleed. These subjects were excluded from the per-protocol measles analyses. |
| EXP_MU | MUMPS EXPOSURE FLAG | Num | 0=No 1=Yes | Identifies subjects exposed to mumps postvaccination but prior to the Week 6 bleed. These subjects were excluded from the per-protocol mumps analyses. |
| EXP_RU | RUBELLA EXPOSURE FLAG | Num | 0=No 1=Yes | Identifies subjects exposed to rubella postvaccination but prior to the Week 6 bleed. These subjects' results were excluded from the per-protocol rubella analyses. |
| IN_VACC | RECEIVED INACTIVE VACCINE FLAG | Num | 0=No 1=Yes | Identifies subjects who received an inactivated vaccine within 14 days prior to or 42 days following vaccination. These subjects' results were included in all analyses, but noted in the protocol violator memo. |
| LIV_VACC | RECEIVED LIVE VIRUS VACCINE FLAG | Num | 0=No 1=Yes | Identifies subjects who received a live virus vaccine (other than measles, mumps, and/or rubella vaccine) within 30 days prior to or 42 days following vaccination. These subjects' results were excluded from |

Datadoc007.pdf

Page 8 of 8

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## Table 1. Variable Description for SERO_ALL.sas7bdat by Functional Categories

| | | | | |
|---|---|---|---|---|
| | | | | all per-protocol analyses, with exceptions noted in the protocol violator memo. |
| MIS_6WK | MISSING POSTVACCINATION RESULT FLAG | Num | 0=No 1=Yes | Indicates missing postvaccination assay results for a given antigen. Subjects with missing asssay results were excluded from analyses for that antigen. |
| MIS_BASE | MISSING BASELINE RESULT FLAG | Num | 0=No 1=Yes | Indicates missing prevaccination assay results for a given antigen. Subjects with missing baseline asssay results were excluded from per-protocol analyses for that antigen. |
| MULT | MULTIPLE RESULT IN VACCINATION PHASE | Num | 0=No 1=Yes | Identifies multiple assay results which were not used in analysis. If multiple assay results were reported for a subject postvaccination, the one closest to Day 42 was used. |
| OTH_VACC | EXCLUDE DUE TO LIVE VACCINE VIOLATION | Num | 0=No 1=Yes | Indicates subjects whose results were excluded from per-protocol analyses due to receipt of a live virus vaccine within 30 days prior to or 42 days following vaccination. |
| PER_PROT | PER PROTOCOL POP. FLAG | Num | 0=No 1=Yes | Identifies results which were included in the per-protocol analysis. Does not include baseline serostatus condition. See note. |
| PREV_VAC | PREVIOUS MMR VACCINATION FLAG | Num | 0=No 1=Yes | Identifies subjects who received a measles, mumps, and/or rubella vaccination at any time prior to enrollment. These subjects' results were excluded from the per-protocol analysis. |
| RECONST | VACCINE RECONSTITUTION TIME FLAG | Num | 0=No 1=Yes | Identifies subjects who received vaccine more than 8 hours after reconstitution. These subjects' results were excluded from all per-protocol analyses. Subjects who received |

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00165

MRK-KRA00000196
MRK-CHA00000196

Appx16706

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## Table 1. Variable Description for SERO_ALL.sas7bdat by Functional Categories

| | | | | |
|---|---|---|---|---|
| TEMP_EXC | VACCINE STORAGE TEMP. EXCUSION FLAG | Num | 0=No<br>1=Yes | Identifies subjects who received vaccine which was subject to a temperature excursion. These subjects' results were excluded from all per-protocol analyses. |
| V_FLAG | SEROLOGY VIOLATION FLAG | Num | 0=No<br>1=Yes | Indicates whether a specific assay result (by antigen and vaccination phase) is invalid for analysis, based on protocol violations. |
| WRN_VACC | RECEIVED WRONG VACCINE | Num | 0=No<br>1=Yes | Identifies subjects who received measles, mumps, and/or rubella vaccine from another study. These subjects' results were excluded from all per-protocol analyses. |
| VIOL_DSC | DESCRIPTION OF PROTOCOL VIOLATION | Char93. | | |

(Top of table, first cell under description column:)
vaccine after the protocol-specified time following reconstitution, but within 8 hours of reconstitution, were noted in the protocol violator memo, but results from such subjects were included in all analyses.

Note: This flags subjects who met the per-protocol conditions for inclusion in the primary immunogenicity analysis. PER_PROT = 0 if any of the following flags were = 1: MIS_BASE, OTH_VACC, WRN_VACC, EXP_ME, EXP_MU, EXP_RU, PREV_VAC, MIS_6WK, D_RANGE, RECONST, LIV_VACC, IN_VACC, TEMP_EXC, MULT.

[Return to Table of Contents]

CONFIDENTIAL

MRK-KRA00000197
MRK-CHA00000197

Datadoc007.pdf

Page 10 of 10

Merck-EDPA-00166

**Appx16707**

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

### Table 2.  Variable Description for SERO_ALL.sas7bdat
by Alphabetical Order

| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
|---|---|---|---|---|
| **Subjects Characteristic Variables** | | | | |
| CMPDNUM | COMPOUND NUMBER | Char8. | 'V205' = 'M-M-R™ II' | |
| PROTOCOL | PROTOCOL NUMBER | Char3. | '009' | |
| STUDYNUM | INVESTIGATOR STUDY SITE | Char5. | | |
| AN | RANDOMIZED SUBJECT IDENTIFIER | Num6. | | |
| AGE | AGE | Num | | |
| AGE_UNIT | AGE UNITS | Char8. | 'Month' | |
| GENDER | GENDER | Char6. | 'F'='Female' 'M'='Male' | |
| RACE | RACE | Char31. | | |
| TREATMNT | TREATMENT GROUP DESCRIPTION | Char22. | 'M-M-R™ II with rHA' 'M-M-R™ II with HSA' | |
| **The Other Variables** | | | | |
| AGE_RANG | AGE VIOLATION FLAG | Num | 0=No 1=Yes | Identifies results from subjects outside of the allowable enrollment age range for the protocol (12 to 18 months of age).  Results were excluded from per-protocol analysis if they were from subjects younger than 11 months old.  Subjects older than 18 months of age were noted in the protocol violator memo, but their results were included in all analyses. |
| ALL_SERO | SUBJECTS W/ALL SEROLOGY POP. FLAG | Num | 0=No 1=Yes | Indicates whether the result was included in the subjects with all serology analysis, which includes only those results in the per-protocol analysis from subjects who had valid postvaccination serology results for all three of the measles, mumps, and rubella assays. |
| ALL_SUBJ | ALL SUBJECTS W/SEROLOGY POP. FLAG | Num | 0=No 1=Yes | Indicates whether the result was included in the all subjects with serology analysis, which includes all |

Page 11 of 11

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00167

MRK-KRA00000198
MRK-CHA00000198

Appx16708

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## Table 2.  Variable Description for SERO_ALL.sas7bdat by Alphabetical Order

| | | | |
|---|---|---|---|
| | | | valid postvaccination serology results for a given assay (measles, mumps, or rubella). |
| ASSY_TST | ASSAY NAME | Char39. | 'serum measles IgG antibody' 'serum mumps IgG antibody' 'serum rubella IgG antibody' 'serum recombinant human albumin Ab' |
| COMMENTS | SEROLOGY COMMENT | Char39. | Lab comments regarding problems with assay results. |
| D_RANGE | BLOOD SAMPLE DAY RANGE FLAG | Num | 0=No 1=Yes | Identifies subjects whose postvaccination blood samples were collected outside the allowable day range. Per the DAP, the allowable day range for blood samples to be included in the per-protocol anlaysis was 27 to 84 days postvaccination. |
| DS_DATE | DISCONTINUATION DATE | Num | Format = Date9 | |
| EXAM_CD | ASSAY CODE | Char4. | '0065'='serum measles IgG antibody' '0032'='serum mumps IgG antibody' '0146'='serum rubella IgG antibody' '9999'='serum recombinant human albumin Ab' | |
| EXAM_DT | SPECIMEN COLLECTION DATE | Num | Format = Date9. | Date serum specimen collected. |
| EXAMVALU | CONVERTED SEROLOGY VALUE | Num | | If VALUSIGN = "less than", EXAMVALU = RESULT/2, otherwise EXAMVALU = RESULT |
| EXP_ME | MEASLES EXPOSURE FLAG | Num | 0=No 1=Yes | Identifies subjects exposed to measles postvaccination but prior to the Week 6 bleed.  These subjects were excluded from the per-protocol measles analyses. |
| EXP_MU | MUMPS EXPOSURE FLAG | Num | 0=No 1=Yes | Identifies subjects exposed to mumps postvaccination but prior to the Week 6 bleed.  These subjects were excluded from the per-protocol mumps analyses. |

Page 12 of 12

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00168

MRK-KRA00000199
MRK-CHA00000199

**Appx16709**

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## Table 2. Variable Description for SERO_ALL.sas7bdat by Alphabetical Order

| Variable | Label | Type | Codes | Description |
|---|---|---|---|---|
| EXP_RU | RUBELLA EXPOSURE FLAG | Num | 0=No<br>1=Yes | Identifies subjects exposed to rubella postvaccination but prior to the Week 6 bleed. These subjects' results were excluded from the per-protocol rubella analyses. |
| FOLD4 | 4-FOLD RISE FLAG | Num | 0=No<br>1=Yes | Indicates whether a subject's antibody titer level increased at least 4-fold from prevaccination to postvaccination for a given antigen (measles, mumps, or rubella ELISA only). The flag is missing if the subject had no prevaccination and/or postvaccination result. |
| IN_VACC | RECEIVED INACTIVE VACCINE FLAG | Num | 0=No<br>1=Yes | Identifies subjects who received an inactivated vaccine within 14 days prior to or 42 days following vaccination. These subjects' results were included in all analyses, but noted in the protocol violator memo. |
| INITRHA | BASELINE RHA POSITIVITY FLAG | Num | 0=No<br>1=Yes | Indicates subject's prevaccination rHA status (positive or negative). Note: Please see Table 3 for details. |
| INITSERO | BASELINE SEROPOSITIVITY FLAG (MMR) | Num | 0=No<br>1=Yes | Indicates subject's prevaccination serostatus (positive or negative) for a given antigen (measles, mumps, or rubella ELISA only), based on serostatus cutoffs defined in the protocol (120 mIU/mL for measles, 10 ELISA Ab units for mumps, and 10 IU/mL for rubella). Note: Please see Table 3 for details. |
| INITWHO | BASELINE MEASLES WHO STANDARD POS. FLAG | Num | 0=No<br>1=Yes | Indicates subject's prevaccination measles serostatus (positive or negative) using the alternative WHO measles serostatus cutoff of 255 mIU/mL. Note: Please see Table 3 for details. |
| LIV_VACC | RECEIVED LIVE VIRUS VACCINE | Num | 0=No | Identifies subjects who received a |

Page 13 of 13

CONFIDENTIAL

Merck-EDPA-00169

MRK-KRA00000200
MRK-CHA00000200

Appx16710

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## Table 2. Variable Description for SERO_ALL.sas7bdat by Alphabetical Order

| Variable | Label | Type | Values | Description |
|---|---|---|---|---|
| | FLAG | | 1=Yes | live virus vaccine (other than measles, mumps, and/or rubella vaccine) within 30 days prior to or 42 days following vaccination. These subjects' results were excluded from all per-protocol analyses, with exceptions noted in the protocol violator memo. |
| LNVAL | ASSAY RESULT (NATURAL LOG) | Num | | Natural log of EXAMVALU (missing if EXAMVALU=0 or is missing). |
| MIS_6WK | MISSING POSTVACCINATION RESULT FLAG | Num | 0=No 1=Yes | Indicates missing postvaccination assay results for a given antigen. Subjects with missing assay results were excluded from analyses for that antigen. |
| MIS_BASE | MISSING BASELINE RESULT FLAG | Num | 0=No 1=Yes | Indicates missing prevaccination assay results for a given antigen. Subjects with missing baseline assay results were excluded from per-protocol analyses for that antigen. |
| MULT | MULTIPLE RESULT IN VACCINATION PHASE | Num | 0=No 1=Yes | Identifies multiple assay results which were not used in analysis. If multiple assay results were reported for a subject postvaccination, the one closest to Day 42 was used. |
| OTH_VACC | EXCLUDE DUE TO LIVE VACCINE VIOLATION | Num | 0=No 1=Yes | Indicates subjects whose results were excluded from per-protocol analyses due to receipt of a live virus vaccine within 30 days prior to or 42 days following vaccination. |
| PER_PROT | PER PROTOCOL POP. FLAG | Num | 0=No 1=Yes | Identifies results which were included in the per-protocol analysis. Does not include baseline serostatus condition. See note. |
| PHASE_CD | VACCINATION PHASE CODE | Char3. | '001' = 'Prevaccination' '011' = 'Postvaccination' | |

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00170

MRK-KRA00000201
MRK-CHA00000201

Appx16711

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

**Table 2. Variable Description for SERO_ALL.sas7bdat by Alphabetical Order**

| PRETITER | BASELINE ASSAY RESULT | Num | | EXAMMVALU for prevaccination result. |
|---|---|---|---|---|
| PREV_VAC | PREVIOUS MMR VACCINATION FLAG | Num | 0=No 1=Yes | Identifies subjects who received a measles, mumps, and/or rubella vaccination at any time prior to enrollment. These subjects' results were excluded from the per-protocol analysis. |
| PSITE | POOLED SITES FOR ANALYSIS | Char1. | 'A' through 'O' | Investigator Study Sites pooled for analysis purposes, based on sample size, as specified in the DAP. |
| PT_STAT | SUBJECT FINAL STUDY STATUS | Char23. | 'pat. completed' 'pat. discont.' 'pat excluded' | Indicates subject's final study completion status, completed, discontinued after vaccination, or was excluded and not vaccinated after randomization due to protocol exclusion criteria. |
| RECONST | VACCINE RECONSTITUTION TIME FLAG | Num | 0=No 1=Yes | Identifies subjects who received vaccine more than 8 hours after reconstitution. These subjects' results were excluded from all per-protocol analyses. Subjects who received vaccine after the protocol-specified time following reconstitution, but within 8 hours of reconstitution, were noted in the protocol violator memo, but results from such subjects were included in all analyses. |
| REL_DY | POST VACCINATION RELATIVE DAY | Num | | Vaccination date – specimen collection date. |
| RESN_DS1 | REASON FOR DISCONTINUATION | Char28. | | General reason for discontinuation from study, if applicable. |
| RESULT | ASSAY RESULT REPORTED BY LAB | Num | | |
| RHA_CV | RHA CONVERSION FLAG | Num | 0=No 1=Yes | Indicates whether a subject seroconverted for rHA antibody status. The flag is missing if the subject had no prevaccination and/or |

Page 15 of 15

CONFIDENTIAL

Merck-EDPA-00171

MRK-KRA00000202
MRK-CHA00000202

Datadoc007.pdf

Appx16712

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

### Table 2.  Variable Description for SERO_ALL.sas7bdat '
by Alphabetical Order

| | | | |
|---|---|---|---|
| | | | postvaccination result, or was seropositive at baseline and therefore could not seroconvert. Note: Please see Table 3 for details. |
| RHASTAT | RHA POSITIVITY FLAG | Num | 0=No<br>1=Yes | Indicates subject's rHA antibody status (positive or negative) – created for prevaccination and postvaccination records. Note: Please see Table 3 for details. |
| RSLT_CHR | ASSAY RESULT (CHARACTER) | Char13. | 'negative'<br>'positive' | Laboratory-reported qualitative assay result for a given antigen. rHA results were reported only qualitatively as 'positive' or 'negative'; for measles, mumps, and rubella, 'positive' indicates a result ≥ the protocol-defined cutoff for the antigen (120 mIU/mL for measles, 10 ELISA Ab units for mumps, and 10 IU/mL for rubella). |
| RSNNOTCL | REASON SAMPLE NOT COLLECTED | Char30. | | Reason that a blood sample was not collected for a given subject at a given visit.  [NOTE: There are three subjects with blood samples for which RSNNOTCL is not blank, due to an error in the database. ] |
| SCOMCODE | SEROLOGY PROBLEM CODE | Char2. | '01' = 'Specimen inadequate'<br>'02' = 'Lost to follow-up/missed visits'<br>'03' = 'Other technical difficulty'<br>'04' = 'Parent withdrew consent'<br>'05' = 'Subject uncooperative'<br>'06' = 'Specimen damaged'<br>'07' = 'Specimen lost' | Codes for laboratory-reported problems regarding blood samples. |
| SERO_CV | SEROCONVERSION FLAG (MMR) | Num | 0=No<br>1=Yes | Indicates whether a subject seroconverted for a given antigen (measles, mumps, or rubella ELISA only) based on serostatus cutoffs defined in the protocol (120 mIU/mL |

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00172

MRK-KRA00000203
MRK-CHA00000203

Appx16713

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## Table 2.  Variable Description for SERO_ALL.sas7bdat
by Alphabetical Order

| | | | |
|---|---|---|---|
| | | | for measles, 10 ELISA Ab units for mumps, and 10 IU/mL for rubella). The flag is missing if the subject had no prevaccination and/or postvaccination result, or was seropositive at baseline and therefore could not seroconvert. Note: Please see Table 3 for details. |
| SEROSTAT | SEROPOSITIVITY FLAG (MMR) | Num | 0=No 1=Yes | Indicates subject's serostatus (positive or negative) for a given antigen (measles, mumps, or rubella ELISA only), based on serostatus cutoffs defined in the protocol (120 mIU/mL for measles, 10 ELISA Ab units for mumps, and 10 IU/mL for rubella).  Note: Please see Table 3 for details. |
| SPCM_CLL | SPECIMEN COLLECTED FLAG | Char3. | 'N' 'Y' | Indicates whether a blood specimen was collected at a given visit. |
| TEMP_EXC | VACCINE STORAGE TEMP EXCURSION FLAG | Num | 0=No 1=Yes | Identifies subjects who received vaccine which was subject to a temperature excursion.  These subjects' results were excluded from all per-protocol analyses. |
| TREAT_CD | TREATMENT GROUP CODE | Char8. | '1' = 'M-M-R™ II with rHA' '2' = 'M-M-R™ II with HAS' | |
| V_FLAG | SEROLOGY VIOLATION FLAG | Num | 0=No 1=Yes | Indicates whether a specific assay result (by antigen and vaccination phase) is invalid for analysis, based on protocol violations. |
| VACC_DT | VACCINATION DATE | Num | Format = Date9. | |
| VACC_LOT | LOT NUMBER | Char20. | 'M-M-R II w/HAS' = 'VAI005A002' 'M-M-R II w/rHA' = 'VAI006A001' | |
| VALUSIGN | VALUE SIGN | Char20. | 'less than' = 'Actual antibody titer value is less than the value of EXAMVALU' | |
| VIOL_DSC | DESCRIPTION OF PROTOCOL VIOLATION | Char93. | | |

Datadoc007.pdf

Page 17 of 17

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## Table 2.  Variable Description for SERO_ALL.sas7bdat by Alphabetical Order

| Variable | Label | Type | Values | Description |
|---|---|---|---|---|
| WHO_CV | MEASLES WHO STANDARD CONVERSION FLAG | Num | 0=No 1=Yes | Indicates whether a subject seroconverted for measles antibody status, using the alternative WHO measles serostatus cutoff of 255 mIU/mL.  The flag is missing if the subject had no prevaccination and/or postvaccination result, or was seropositive at baseline and therefore could not seroconvert.  Note: Please see Table 3 for details. |
| WHOSTAT | MEASLES WHO STANDARD POS. FLAG | Num | 0=No 1=Yes | Indicates subject's measles serostatus, using the alternative WHO measles serostatus cutoff of 255 mIU/mL—created for prevaccination and postvaccination records.  Note: Please see Table 3 for details. |
| WRN_VACC | RECEIVED WRONG VACCINE | Num | 0=No 1=Yes | Identifies subjects who received measles, mumps, and/or rubella vaccine from another study.  These subjects' results were excluded from all per-protocol analyses. |

Note: This flags subjects who met the per-protocol conditions for inclusion in the primary immunogenicity analysis.  PER_PROT = 0 if any of the following flags were = 1: MIS_BASE, OTH_VACC, WRN_VACC, EXP_ME, EXP_MU, EXP_RU, PREV_VAC, MIS_6WK, D_RANGE, RECONST, LIV_VACC, IN_VACC, TEMP_EXC, MULT

[Return to **Table of Contents**]

Datadoc007.pdf

CONFIDENTIAL

MRK-KRA00000205
MRK-CHA00000205

Merck-EDPA-00174

Appx16715

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

Table 3
Definitions of Serostatus at Baseline and Postvaccination by Assay Format

| Antigen | Assay Format (Assay Code) | Assay Defined Cutoffs (Variable RSLT_CHR) | Analysis Defined Cutoffs | |
|---|---|---|---|---|
| | | | Definition of Baseline Seronegative Status | Definition of Postvaccination Seropositive Status |
| Measles | ELISA (0065) | 'Negative' if < 120 mIU/mL<br>'Positive' if ≥ 120 mIU/mL | < 120 mIU/mL<br>(INITSERO = SEROSTAT = 0)<br><br>< 255 mIU/mL[†]<br>(INITWHO = WHOSTAT = 0) | ≥ 120 mIU/mL<br>(SEROSTAT = 1)<br><br>≥ 255 mIU/mL[†]<br>(WHOSTAT = 1) |
| Mumps | ELISA (0032) | 'Negative' if < 10 Ab Units<br>'Positive' if ≥ 10 Ab Units | < 10 mumps Ab units<br>(INITSERO = SEROSTAT = 0) | ≥ 10 mumps Ab units<br>(SEROSTAT = 1) |
| Rubella | ELISA (0146) | 'Negative' if < 10 IU/mL<br>'Positive' if ≥ 10 IU/mL | < 10 IU/mL<br>(INITSERO = SEROSTAT = 0) | ≥ 10 IU/mL<br>(SEROSTAT = 1) |
| rHA | ELISA (9999) | Serostatus based on OD cutoff for assay :<br>'Negative' if ≤ OD Cutoff<br>'Positive' if > OD Cutoff | RSLT_CHR = "Negative"<br>(INITRHA = RHASTAT = 0) | RSLT_CHR = "Positive"<br>(RHASTAT = 1) |

[†] To be consistent with the original protocol, the primary endpoint for measles used in this study was based on the cutoff of 120 mIU/mL at prevaccination and/or postvaccination. However, future studies will use a cutoff of 255 mIU/mL; therefore, the analyses of measles antibody responses described above were also performed using the cutoff of 255 mIU/mL.

OD = Optical density.
ELISA = Enzyme-linked immunosorbent assay.
rHA = Recombinant human albumen.

[Return to Table of Contents]

Datadoc007.pdf

CONFIDENTIAL

Merck-EDPA-00175

MRK-KRA00000206
MRK-CHA00000206

Appx16716

 Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## 4. Proc Contents

```
The SAS System                 15:18 Friday, March 26, 2004

                          The CONTENTS Procedure

Data Set Name: DATADIR.SERO_ALL              Observations:          10256
Member Type:   DATA                          Variables:             61
Engine:        V8                            Indexes:               0
Created:       15:27 Friday, March 26, 2004  Observation Length:    720
Last Modified: 15:27 Friday, March 26, 2004  Deleted Observations:  0
Protection:                                  Compressed:            NO
Data Set Type:                               Sorted:                NO
Label:


              -----Engine/Host Dependent Information-----

Data Set Page Size:
Number of Data Set Pages:   467
First Data Page:            1
Max Obs per Page:           22
Obs in First Data Page:     11
Number of Data Set Repairs: 0
File Name:       \\CRBL0F02\SDE\STATPROD\V205\MMR_II\PROT009\DATA_ANALYSIS\sero_all.sas7bdat
Release Created: 8.0202M0
Host Created:    WIN_PRO


              -----Alphabetic List of Variables and Attributes-----

  #  Variable   Type  Len  Pos  Format  Informat  Label
-----------------------------------------------------------------------------
  5  AGE        Num   8    8                       AGE
 10  AGE_RANG   Num   8    16                      AGE VIOLATION FLAG
  6  AGE_UNIT   Char  5    328                     AGE UNITS
 11  ALL_SERO   Num   8    24                      SUBJECTS W/ALL SEROLOGY POP. FLAG
 12  ALL_SUBJ   Num   8    32                      ALL SUBJECTS W/SEROLOGY POP FLAG
  4  AN         Num   8    0    6.      6.         RONDOMIZED SUBJECT IDENTIFIER
 13  ASSY_TST   Char  39   392                     ASSAY NAME
  1  CMPDNUM    Num   8    312                     COMPOUND NUMBER
 14  COMMENTS   Char  39   431                     SEROLOGY COMMENT
 15  DS_DATE    Num   8    40   DATE9.             DISCONTINUATION DATE
 16  D_RANGE    Num   8    48                      BLOOD SAMPLE DAY RANGE FLAG
 17  EXAMVALU   Num   8    56                      CONVERTED SEROLOGY VALUE
 18  EXAM_CD    Char  4    470                     ASSAY CODE
 19  EXAM_DT    Num   8    64   DATE9.             SPECIMEN COLLECTION DATE
 20  EXP_ME     Num   8    72                      MEASLES EXPOSURE FLAG
 21  EXP_MU     Num   8    80                      MUMPS EXPOSURE FLAG
 22  EXP_RU     Num   8    88                      RUBELLA EXPOSURE FLAG
 23  FOLD4      Num   8    96                      4-FOLD RISE FLAG
  7  GENDER     Char  6    333                     GENDER
 24  INITRHA    Num   8    104                     BASELINE RHA POSITIVE FLAG
 25  INITSERO   Num   8    112                     BASELINE SEROPOSITIVITY FLAG(MMR)
 26  INITWHO    Num   8    120                     BASELINE MEASLES WHO STANDARD POS. FLAG
 27  IN_VACC    Num   8    128                     RECEIVED INACTIVE VACCINE FLAG
 28  LIV_VACC   Num   8    136                     RECEIVED LIVE VIRUS VACCINE FLAG
 29  LNVAL      Num   8    144                     ASSAY RESULT (NATURAL LOG)
 30  MIS_6WK    Num   8    152                     MISSING POSTVACCINATION RESULT FLAG
 31  MIS_BASE   Num   8    160                     MISSING BASELINE RESULT FLAG
 32  MULT       Num   8    168                     MULTIPLE RESULT IN VACCINATION PHASE
 33  OTH_VACC   Num   8    176                     EXCLUDE DUE TO LIVE VACCINE VIOLATION
 34  PER_PROT   Num   8    184                     PER PROTOCOL POP. FLAG
 35  PHASE_CD   Char  3    474                     VACCINATION PHASE CODE
 36  PRETITER   Num   8    192                     BASELINE ASSAY RESULT
 37  PREV_VAC   Num   8    200                     PREVIOUS MMR VACCINATION FLAG
  2  PROTOCOL   Char  3    320                     PROTOCOL NUMBER
 38  PSITE      Char  1    477                     POOLED SITES FOR ANALYSIS
 39  PT_STAT    Char  23   478                     SUBJECT STUDY FINAL STATUS
  8  RACE       Char  31   339                     RACE
 40  RECONST    Num   8    208                     VACCINE RECONSTITUTION TIME FLAG
 41  REL_DY     Num   8    216                     POST VACCINATION RELATIVE DAY
 42  RESN_DS1   Char  28   501                     REASON FOR DISCONTINUATION
 43  RHASTAT    Num   8    224                     RHA POSITIVITY FLAG
 44  RHA_CV     Num   8    232                     RHA CONVERSION FLAG
 45  RSLT_CHR   Char  13   529                     ASSAY RESULT (CHARACTER)
 46  RSNNOTCL   Char  30   542                     REASON SAMPLE NOT COLLECTED
 47  SCGMCODE   Char  2    572                     SEROLOGY PROBLEM CODE
 48  SDILUTE    Num   8    240                     DILUTION
 49  SEROSTAT   Num   8    248                     SEROPOSITIVITY FLAG (MMR)
```

Datadoc007.pdf                                                    Page 20 of 20

MRK-KRA00000207
MRK-CHA00000207

Appx16717

 Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

| # | Variable | Type | Len | Pos | Format | Informat | Label |
|---|----------|------|-----|-----|--------|----------|-------|
| 50 | SERO_CV | Num | 8 | 256 | | | SEROCONVERSION FLAG (MMR) |
| 51 | SPCM_CLL | Char | 3 | 574 | | | SPECIMEN COLLECTED FLAG |
| 3 | STUDYNUM | Char | 5 | 323 | | | INVESTIGATOR STUDY SITE |
| 52 | TEMP_EXC | Num | 8 | 264 | | | VACCINE STORAGE TEMP. EXCUSION FLAG |
| 9 | TREATMNT | Char | 22 | 370 | | | TREATMENT GROUP DESCRIPTION |
| 53 | TREAT_CD | Char | 8 | 577 | | | TREATMENT GROUP CODE |
| 54 | VACC_DT | Num | 8 | 272 | DATE9. | | VACCINATION DATE |
| 55 | VACC_LOT | Char | 20 | 585 | | | LOT NUMBER |
| 56 | VALUSIGN | Char | 20 | 605 | | | VALUE SIGN |
| 57 | VIOL_DSC | Char | 93 | 625 | $93. | $93. | DESCRIPTION OF PROTOCOL VIOLATION |
| 58 | V_FLAG | Num | 8 | 280 | | | SEROLOGY VIOLATION FLAG |
| 59 | WHOSTAT | Num | 8 | 288 | | | MEASLES WHO STANDARD POS. FLAG |
| 60 | WHO_CV | Num | 8 | 296 | | | MEASLES WHO STANDARD CONVERSION FLAG |
| 61 | WRN_VACC | Num | 8 | 304 | | | RECEIVED WRONG VACCINE |

[Return to **Table of Contents**]

Datadoc007.pdf                                             Page 21 of 21

CONFIDENTIAL                                             Merck-EDPA-00177

MRK-KRA00000208
MRK-CHA00000208

Appx16718

Measles, Mumps, and Rubella Virus Vaccine, Live—Measles, Mumps, Rubella Combination

## 5. Listing of the first 5 observations.

LIST OF FIRST 5 OBSERVATIONS

15:18 Friday, March 26, 2004

| Obs | CMPDNAM | PROTOCOL | STUDYNUM | AN | AGE | AGE_UNIT | GENDER | RACE | TREATMNT | AGE_RANG | ALL_SERO | ALL_SUBJ | ASSY_TST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | V205 | 009 | 001 | 1001 | 12 | Month | M | Asian race M-M-R II with rHA | 0 | 1 | 1 | serum mumps IgG antibody |
| 2 | V205 | 009 | 001 | 1001 | 12 | Month | M | Asian race M-M-R II with rHA | 0 | 1 | 1 | serum mumps IgG antibody |
| 3 | V205 | 009 | 001 | 1001 | 12 | Month | M | Asian race M-M-R II with rHA | 0 | 1 | 1 | serum measles IgG antibody |
| 4 | V205 | 009 | 001 | 1001 | 12 | Month | M | Asian race M-M-R II with rHA | 0 | 1 | 1 | serum measles IgG antibody |
| 5 | V205 | 009 | 001 | 1001 | 12 | Month | M | Asian race M-M-R II with rHA | 0 | 1 | 1 | serum rubella IgG antibody |

| Obs | COMMENTS | DS_DATE | D_RANGE | EXAMVALU | EXAM_CD | EXAM_DT | SXP_PE | SXP_RU | EXP_MU | EXP_MJ | FOLD4 | INITRHA | INITSERO | INITRHA | INITMRNO | IN_VACC | LIV_VACC | LAVAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | . | 0 | 5 | 0012 | 18DEC2001 | 0 | 0 | 0 | 0 | | . | . | . | 0 | 0 | 0 | 1.60944 |
| 2 | | . | 0 | 26 | 0032 | 01FEB2002 | 0 | 0 | 0 | 0 | 1 | . | . | . | 0 | 0 | 0 | 3.25810 |
| 3 | | . | 0 | 60 | 0065 | 01FEB2002 | 0 | 0 | 0 | 0 | 0 | . | . | . | 0 | 0 | 0 | 4.09434 |
| 4 | | . | 0 | 863 | 0065 | 01FEB2002 | 0 | 0 | 0 | 0 | 1 | . | . | . | 0 | 0 | 0 | 6.76041 |
| 5 | | . | 0 | 5 | 0146 | 18DEC2001 | 0 | 0 | 0 | 0 | 0 | . | . | . | 0 | 0 | 0 | 1.60944 |

| Obs | MIS_GWK | MIS_BASE | MULT | OTH_VACC | PER_PROT | PHASE_CD | PRETITER | PREV_VAC | PSITE | PSTAT | PT_STAT | RECONST | REL_DY | RESH_DSI | RUASTAT | RPA_CV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 | 1 | 001 | 5 | 0 | B | 0 | pat. completed | 0 | 0 | . | . | . |
| 2 | 0 | 0 | 0 | 0 | 1 | 001 | 5 | 0 | B | 0 | pat. completed | 0 | 45 | . | . | . |
| 3 | 0 | 0 | 0 | 0 | 1 | 001 | 60 | 0 | B | 1 | pat. completed | 0 | 0 | . | . | . |
| 4 | 0 | 0 | 0 | 0 | 1 | 001 | 60 | 0 | B | 0 | pat. completed | 0 | 45 | . | . | . |
| 5 | 0 | 0 | 0 | 0 | 1 | 001 | 0 | 0 | B | 0 | pat. completed | 0 | 0 | . | . | . |

| Obs | RSLT_CHR | RSNNOCTL | SCOMCODE | SDILUTE | SEROSTAT | SERO_CV | SPCM_CLL | TEMP_EXC | VACC_DT | TREAT_CD | VACC_LOT | VACC_CV | VADLSGN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | negative | 0 | 0 | 1000 | 1 | 0 | Y | 0 | 18DEC2001 | 1 | VAI006A001 | WHO_CV | LESS THAN |
| 2 | positive | 0 | 0 | 1000 | 1 | 0 | Y | 0 | 18DEC2001 | 1 | VAI006A001 | | LESS THAN |
| 3 | negative | 0 | 0 | 1000 | 0 | 1 | Y | 0 | 18DEC2001 | 1 | VAI006A001 | | LESS THAN |
| 4 | positive | 0 | 0 | 1000 | 1 | 1 | Y | 0 | 18DEC2001 | 1 | VAI006A001 | | LESS THAN |
| 5 | negative | 0 | 0 | 1000 | 0 | 0 | Y | 0 | 18DEC2001 | 1 | VAI006A001 | | LESS THAN |

| Obs | VIOL_DSC | V_FLAG | WHOSTAT | WHO_CV | WRN_VACC |
|---|---|---|---|---|---|
| 1 | | 0 | 0 | | 0 |
| 2 | | 0 | . | | 0 |
| 3 | | 0 | 0 | 1 | 0 |
| 4 | | 0 | 1 | 1 | 0 |
| 5 | | 0 | . | | 0 |

[Return to Table of Contents]

Datadoc007.pdf

Page 22 of 22

CONFIDENTIAL

Merck-EDPA-00178

MRK-KRA00000209
MRK-CHA00000209

Appx16719

This CD contains the SAS datasets (in XPT format) used to perform the consistency lot analyses and the non-inferiority analyses related to the May 18, 2007 letter from CBER concerning STN BL 101069/5061.

The data (XPT files) from the three studies (M-M-R® II Protocol 007, 009 and ProQuad® Protocol 012) used in the analyses can be found in the appropriate subdirectories of this submission (MMR_P007, MMR_P009, ProQuad_012). In addition to the XPT file for each study, a document describing the contents of the dataset is also included for each study. The XPT files and the corresponding documents are the same files that were submitted with the original filings of these studies. Thus, some information in the documents may not be relevant to this response or may refer to directory structures related to the original filings. The documents were included in this response to provide reviewers with information concerning the variables contained in the datasets provided.

The summaries and analyses in the previous response utilized the per-protocol populations for each of the studies. To assist the reviewers in selecting the appropriate per-protocol population for each study, the SAS flags (variable names and values) are given in the table below along with the treatment group indicators and the response variables. Note that all analyses were performed using the 6-week mumps Wild-Type ELISA data, which corresponds to EXAM_CD='0032' and PHASE_CD='011' in each of the datasets.

Upon converting the XPT files to SAS datasets (named SERO_ALL_007, SERO_ALL_009, SERO_ALL_012 below), the following SAS code could be used to subset the data needed to replicate the analyses:

```
data sero_007;
   set datadir.sero_all_007;
   if phase_cd='011' and exam_cd='0032' and treat_cd in ('04','06') and excl_all'=1 and
      initsero=0;
   an_id = compress(protocol||an);
   rename titer=examvalu;
   keep an_id protocol studynum sero_cv titer treat_cd exam_cd;
run;

data sero_009;
   set datadir.sero_all_009;
   if phase_cd='011' and exam_cd='0032' and treat_cd = '2' and per_prot = 1 and
      initsero = 0;
   an_id = compress(protocol||an);
   keep an_id protocol studynum sero_cv examvalu treat_cd exam_cd;
run;

data  sero_012 ;
   set datadir.sero_all_012;
   if phase_cd='011' and exam_cd='0032' and treat_cd = '02' and per_prot = 1 and
      initsero = 0;
   an_id = compress(protocol||an);
   keep an_id protocol studynum sero_cv examvalu treat_cd exam_cd;
run;

data sero;
   set sero_007 sero_009 sero_012;
run;
```

If there are any questions concerning these datasets (or replication of these analyses), feel free to contact me, Jonathan Hartzel, directly at 267-305-7746 or jonathan_hartzel@merck.com.

CONFIDENTIAL

Merck-EDPA-00179

MRK-KRA00000210
MRK-CHA00000210

| Study | Treatment Group | Response Variables | Per-Protocol Population |
|---|---|---|---|
| M-M-R® II P007 | TREAT_CD='04' (4.8 Potency) TREAT_CD='06' (4.1 Potency) | Antibody titer: TITER SCR indicator: SERO_CV | INITSERO=0 and EXCL_ALL_^=1 |
| M-M-R® II P009 | TREAT_CD='2' (MMR w/ HSA) | Antibody titer: EXAMVALU SCR indicator: SERO_CV | INITSERO=0 and PER_PROT =1 |
| ProQuad® P012 | TREAT_CD='02' (MMR+VVAX) | Antibody titer: EXAMVALU SCR indicator: SERO_CV | INITSERO=0 and PER_PROT =1 |

CONFIDENTIAL

Merck-EDPA-00180

MRK-KRA00000211
MRK-CHA00000211

Appx16721

Datasets for Study 012: V221 Safety, Tolerability and Immunogenicity of 3 MMRV Consistency Lots

| Dataset | Description of Dataset | Location |
|---|---|---|
| SEROALL | Immunogenicity Analysis Dataset | \stat\data\analysis\seroall.xpt |

- 1 -

CONFIDENTIAL

Merck-EDPA-00181

MRK-KRA00000212
MRK-CHA00000212

| | Datasets for Study 012: V221 Safety, Tolerability and Immunogenicity of 3 MMRV Consistency Lots | | | |
| --- | --- | --- | --- | --- |
| | Immunogenicity Analysis Dataset [SEROALL] | | | |
| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
| CMPDNUM | Compound Number | Char4. | 'V221' = MMRV | |
| PROTOCOL | Protocol Number | Char3. | '012' | |
| STUDYNUM | Investigator Study Site | Char6. | | |
| AN | Randomized Subject Identifier | Char5. | | |
| AGE | Age | Num | | |
| AGE_UNIT | Age Units | Char1. | 'M' = Month | |
| GENDER | Gender | Char1. | 'F' = Female<br>'M' = Male | |
| RACE | Race | Char18. | | |
| TREATMNT | Treatment Group Description | Char25. | | |
| AGE_RANG | Subject out of Age Range? | Num | 0 = No<br>1 = Yes | The allowable age range for the protocol was 12 to 23 months. |
| ALL_SERO | Included in the Subj with All Serology? | Num | 0 = No<br>1 = Yes | "Subjects with All Serology" is a subset of the Per Protocol population and is identified by selecting per-protocol subjects who also meet the relevant baseline serostatus conditions and who have all serology measurements required for their treatment group. |
| ALL_SUBJ | Included in All Subj with Serology? | Num | 0 = No<br>1 = Yes | "All Subjects with Serology" includes all subjects with a serology measurement regardless of protocol violations (and is defined as a serology record that meets the following condition: MULT=0 and EXAMVALU^=.). |
| ALLOC_ER | Allocation Error? | Num | 0 = No<br>1 = Yes | These subjects were either given an incorrect allocation number or the incorrect clinical material. |
| D_RANGE | Sample Outside Allowable Day Range? | Num | 0 = No | The allowable day range for |

- 2 -

CONFIDENTIAL

Merck-EDPA-00182

MRK-KRA00000213
MRK-CHA00000213

Appx16723

| | Datasets for Study 012: V221 Safety, Tolerability and Immunogenicity of 3 MMRV Consistency Lots | | | |
|---|---|---|---|---|
| | Immunogenicity Analysis Dataset [SEROALL] | | | |
| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
| | | | 1 = Yes | prevaccination serology samples was −14 to 0 days (day 0 is the vaccination day). The allowable day range for postvaccination serology samples was 27 to 84 days postvaccination. D_RANGE is missing if there was no postvaccination sample collected. |
| DEV_VZV | Subject Developed Wild-Type VZV? | Num | 0 = No<br>1 = Yes | |
| DIF_OBT | Blood Sample was Difficult to Obtain? | Num | 0 = No<br>1 = Yes | |
| DSCODE | Discontinuation Code | Char2. | '01' = Completed study<br>'03' = Refused further participation<br>'04' = Lost to follow-up<br>'05' = Deviation from protocol<br>'09' = Missed one or more bleeds<br>'12' = Incomplete safety follow-up<br>'14' =Randomized but never vaccinated | |
| EXAM_CD | Assay Code | Char4. | '0032' = Mumps Wild-type ELISA – ELISA Units<br>'0045' = Rubella ELISA – ELISA Units<br>'0065' = Measles ELISA – mIU/mL<br>'0075' = Varicella gpELISA – gpELISA Units<br>'0146' = Rubella ELISA – IU/mL | |
| EXAM_DT | Date of Sample Collection | Num | Format=MMDDYY8. | |

CONFIDENTIAL

Merck-EDPA-00183

MRK-KRA00000214
MRK-CHA00000214

**Appx16724**

| | Datasets for Study 012: V221 Safety, Tolerability and Immunogenicity of 3 MMRV Consistency Lots | | |
|---|---|---|---|
| | Immunogenicity Analysis Dataset [SEROALL] | | |
| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
| EXAMPARM | Assay | Char33. | Measles ELISA – mIU/mL<br>Mumps Wild-type ELISA – ELISA Units<br>Rubella ELISA – ELISA Units<br>Rubella ELISA – IU/mL<br>Varicella gpELISA – gpELISA Units | |
| EXAMQUAL | Laboratory Reported Qualitative Value | Char2. | '01' = Positive<br>'02' = Negative | This is the serostatus as reported by serology testing laboratory. |
| EXAMVALU | Derived Serology Value | Num | | If VALUSIGN='<' then<br>EXAMVALU=SVALUE/2, else<br>EXAMVALU=SVALUE. |
| FEV0_42 | Fever >=102 – Days 0 to 42? | Num | 0 = No<br>1 = Yes | Indicates whether the subject reported a maximum temperature ≥102°F oral equivalent or abnormal during Days 0 to 42 postvaccination. Oral equivalents were calculated by adding 1°F to axillary temperatures and subtracting 1°F from rectal temperatures. |
| FEV5_12 | Fever >=102 – Days 5 to 12? | Num | 0 = No<br>1 = Yes | Indicates whether the subject reported a maximum temperature ≥102°F oral equivalent or abnormal during Days 5 to 12 postvaccination. Oral equivalents were calculated by adding 1°F to axillary temperatures and subtracting 1°F from rectal temperatures. |
| INITSERO | Subject Initially Seropositive? | Num | 0 = Seronegative<br>1 = Seropositive | Initial serostatus is based on the SEROSTAT variable. See Note 2 for definition of serostatus for each assay. The value of this variable is constant across all phases (001 and 011). |

- 4 -

CONFIDENTIAL

Merck-EDPA-00184

MRK-KRA00000215
MRK-CHA00000215

Appx16725

Datasets for Study 012: V221 Safety, Tolerability and Immunogenicity of 3 MMRV Consistency Lots

Immunogenicity Analysis Dataset (SEROALL)

| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
|---|---|---|---|---|
| LIV_VACC | Received Live Virus Vaccine? | Num | 0 = No<br>1 = Yes | Subjects who received a live vaccine during the follow-up period were excluded from the primary analysis. |
| LOS_FLUP | Subject Lost to Follow-Up? | Num | 0 = No<br>1 = Yes | |
| LOST_SAM | Lost Sample? | Num | 0 = No<br>1 = Yes | |
| ME255 | Postvac Measles Titer ≥ 255 mIU/mL? | Num | 0 = No<br>1 = Yes | This flags the measles record to indicate whether the subject's postvaccination measles antibody titer was ≥255 mIU/mL. This field is missing if EXAM_CD is not equal to '006S' or if the subject's postvaccination measles titer is missing. The value of this variable is missing for the prevaccination phase (PHASE_CD="001") and applies only to the postvaccination phase (PHASE_CD="011"). |
| MIS_6WK | Missing/Not Evaluable Serology @ Week 6? | Num | 0 = No<br>1 = Yes | MIS_6WK=1 if SVALUE is missing (as a result of subject refusing further participation, sample being difficult to obtain, sample quantity was not sufficient, or subject was lost to follow-up) or the postvaccination sample was outside the acceptable day range (D_RANGE=1). |
| MIS_BASE | Missing/Not Evaluable Serology @ Prevac? | Num | 0 = No<br>1 = Yes | MIS_BASE=1 if prevaccination SVALUE is missing (as a result of sample being difficult to obtain, or sample not being tested) or the prevaccination sample was outside the acceptable day range (D_RANGE=1). |
| MRSH0_42 | Measles-like Rash – Days 0 to 42? | Num | 0 = No | Indicates whether the subject reported a |

- 5 -

. Datasets for Study 012: V221 Safety, Tolerability and Immunogenicity of 3 MMRV Consistency Lots

Immunogenicity Analysis Dataset [SEROALL]

| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
|---|---|---|---|---|
| | | | 1 = Yes | measles-like rash during Days 0 to 42 postvaccination. |
| MRSH5_12 | Measles-like Rash – Days 5 to 12? | Num | 0 = No<br>1 = Yes | Indicates whether the subject reported a measles-like rash during Days 5 to 12 postvaccination. |
| MSTAT255 | + or - to Measles (255 mIU/mL Cutoff) | Char1. | '+' = Positive<br>'-' = Negative | If EXAMVALU≥255 mIU/mL, then MSTAT255='+'. If EXAMVALU<255 mIU/mL, then MSTAT255='-'. This field is missing if EXAM_CD is not equal to '0065' or if EXAMVALU is missing. |
| MULT | Extra Serology Record? | Num | 0 = No<br>1 = Yes | See Note 4. |
| NEWCTR | Combined Study Center | Char1. | A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, or T | Due to small sample sizes at some investigational sites, these sites were combined into larger "combined study centers" for the purposes of the statistical analyses involving stratification by study center. |
| NEWRUASY | Sample Tested in Modified Rubella Assay? | Num | 0 = No<br>1 = Yes | Samples were tested for rubella antibody by the modified rubella assay (EXAM_CD='0146') instead of the legacy rubella assay (EXAM_CD='0045'). These samples were excluded from the per-protocol analysis, however were summarized separately. |
| NOT_TAKE | Sample Not Taken? | Num | 0 = No<br>1 = Yes | |
| PER_PROT | Included in Per Protocol Population? | Num | 0 = No<br>1 = Yes | See Note 5.<br>The per protocol flag does not include |

- 6 -

CONFIDENTIAL

Merck-EDPA-00186

MRK-KRA00000217
MRK-CHA00000217

Appx16727

| | Datasets for Study 012: V221 Safety, Tolerability and Immunogenicity of 3 MMRV Consistency Lots | | | |
|---|---|---|---|---|
| | Immunogenicity Analysis Dataset [SEROALL] | | | |
| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
| PHASE_CD | Study Phase Code | Char3. | '001' = Prevaccination (baseline) '01' = Postvaccination | baseline serostatus condition. |
| PRE_M255 | Prevac Measles Titer ≥ 255 mIU/mL? | Num | 0 = No 1 = Yes | This flags the measles record to indicate whether the subject's prevaccination measles antibody titer was ≥255 mIU/mL. This field is missing if EXAM_CD is not equal to '0065' or if the subject's prevaccination measles titer is missing. The value of this variable is constant across all phases (001 and 011). |
| PRE_RU10 | Prevac Rubella Titer ≥ 10 IU/mL? | Num | 0 = No 1 = Yes | This flags the rubella record to indicate whether the subject's prevaccination rubella antibody titer was ≥10 IU/mL (≥12.8 ELISA units). This field is missing if EXAM_CD is not equal to '0045' or if the subject's prevaccination rubella titer is missing. The value of this variable is constant across all phases (001 and 011). See Note 3 regarding the conversion between IU/mL and rubella ELISA units. |
| PRE_V125 | Prevac VZV Titer <1.25 gpELISA Units? | Num | 0 = No 1 = Yes | This flags the varicella record to indicate whether the subject's prevaccination varicella antibody titer was <1.25 gpELISA units. This field is missing if EXAM_CD is not equal to '0075' or if the subject's prevaccination varicella titer is missing. The value of this variable is constant across all phases (001 and 011). |
| PRE_V5 | Prevac VZV Titer <5 gpELISA Units? | Num | 0 = No 1 = Yes | This flags the varicella record to indicate whether the subject's prevaccination varicella antibody titer was <5 gpELISA |

- 7 -

CONFIDENTIAL

| | Datasets for Study 012: V221 Safety, Tolerability and Immunogenicity of 3 MMRV Consistency Lots | | | |
|---|---|---|---|---|
| | Immunogenicity Analysis Dataset [SEROALL] | | | |
| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
| | | | | units. This field is missing if EXAM_CD is not equal to '0075' or if the subject's prevaccination varicella titer is missing. The value of this variable is constant across all phases (001 and 011). |
| PRE_VAC | Had MMR or V Vaccines Prior to Study? | Num | 0 = No<br>1 = Yes | |
| QNS | Quantity Not Sufficient? | Num | 0 = No<br>1 = Yes | |
| RACE_CD | Race Code | Char | '1' = Caucasian<br>'2' = African American<br>'4' = Asian/Pacific<br>'5' = Hispanic<br>'8' = Mixed<br>'9' = Other | |
| REFUSED | Refused Further Participation? | Num | 0 = No<br>1 = Yes | |
| REL_DY | Relative Day | Num | | EXAM_DT − VACC_DT (day of vaccination is relative day 0). |
| RU10 | Postvac Rubella Titer ≥ 10 IU/mL? | Num | 0 = No<br>1 = Yes | This flags the rubella record to indicate whether the subject's postvaccination rubella antibody titer was ≥10 IU/mL (≥12.8 ELISA units). This field is missing if EXAM_CD is not equal to '0045' or if the subject's postvaccination rubella titer is missing. The value of this variable is missing for the prevaccination phase |

- 8 -

CONFIDENTIAL

Merck-EDPA-00188

MRK-KRA00000219
MRK-CHA00000219

Appx16729

Datasets for Study 012: V221 Safety, Tolerability and Immunogenicity of 3 MMRV Consistency Lots

Immunogenicity Analysis Dataset (SEROALL)

| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
|---|---|---|---|---|
| | | | | (PHASE_CD='001') and applies only to the postvaccination phase (PHASE_CD='011'). See Note 3 regarding the conversion between IU/mL and rubella ELISA units. |
| RUSTAT10 | + or - to Rubella (10 IU/mL Cutoff) | Char1. | '+' = Positive<br>'-' = Negative | If EXAMVALU≥12.8 ELISA units then RUSTAT10='+'. If EXAMVALU<12.8 ELISA units then RUSTAT10='-'. This field is missing if EXAM_CD is not equal to '0045' or if EXAMVALU is missing. See Note 3 regarding the conversion between IU/mL and rubella ELISA units. |
| SDILUTE | Serology Dilution Factor | Num | | Only reported for the rubella assay (EXAM_CD='0045') and the varicella assay (EXAM_CD='0075'). See Note 1. |
| SERO_CV | Subject Seroconverted? | Num | 0 = No<br>1 = Yes | Seroconversion based on SEROSTAT variable and =1 if the subject was negative at prevaccination and positive at postvaccination. SERO_CV=0 if the subject was negative at both pre- and postvaccination. SERO_CV is missing if the prevaccination serostatus was missing or positive. The value of this applies only to the postvaccination phase (PHASE_CD='011'). See Note 2 for definition of serostatus for each assay. |
| SERO_POS | Sample Seropositive? | Num | 0 =No<br>1 =Yes | Identifies whether a postvaccination (PHASE_CD='011') sample is seropositive (based on the SEROSTAT variable), regardless of baseline serostatus. See Note 2 for definition of serostatus for each assay. |

- 9 -

CONFIDENTIAL

Merck-EDPA-00189

MRK-KRA00000220
MRK-CHA00000220

Appx16730

| Datasets for Study 012: V221 Safety, Tolerability and Immunogenicity of 3 MMRV Consistency Lots | | | |
|---|---|---|---|
| Immunogenicity Analysis Dataset (SEROALL) | | | |
| Serostatus For Primary Stat Analyses | | | |
| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |

| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
|---|---|---|---|---|
| SEROSTAT | Serostatus For Primary Stat Analyses | Char1. | '+' = Positive<br>'-' = Negative | See Note 2 for definitions of serostatus used in the primary statistical analyses. |
| SVALUE | Serology Value Reported By Laboratory | Num | | |
| TREAT_CD | Treatment Group Code | Char2. | '02' = M-M-R™ II + VARIVAX™<br>'19' = ProQuad™ (Lot 1)<br>'20' = ProQuad™ (Lot 2)<br>'21' = ProQuad™ (Lot 3) | |
| TRT_GRP | Combined Treatment Group indicator | Num | 0 = M-M-R™ II + VARIVAX™<br>1 = ProQuad™ (Combined Lots) | |
| VACC_DT | Vaccination Date | Num | Format='MMDDYY8. | For subjects who were randomized but never vaccinated (DSCODE='14'), this field is missing. |
| VACC_LOT | Vaccine Lot | Char5. | 'WG698' = ProQuad™ (Lot 1)<br>'WG699' = ProQuad™ (Lot 2)<br>'WG700' = ProQuad™ (Lot 3)<br>'0443K', '1681I', '1686J', or 'UNK' (unknown) = VARIVAX™ Lots<br>'16761' = M-M-R™ II Lot | For subjects who were randomized but never vaccinated (DSCODE='14'), this field is missing. |
| VACCDOSE | Vaccination Dose | Num | | Corresponds to the vaccine dose for the vaccine component indicated by the variable VACCINE. For subjects who received an unknown lot of VARIVAX™, the exact vaccination dose was also unknown. Consequently, VACCDOSE for the varicella record is missing for these subjects. For subjects who were randomized but never vaccinated (DSCODE='14'), this field is missing. |
| VACCINE | Vaccine Component | Char9. | | Measles, mumps, rubella, or varicella. |
| VACCUNIT | Vaccination Dose Unit | Char18. | | Corresponds to the vaccine dose for the vaccine component indicated by the |

- 10 -

CONFIDENTIAL

Merck-EDPA-00190

MRK-KRA00000221
MRK-CHA00000221

Appx16731

Datasets for Study 012: V221 Safety, Tolerability and Immunogenicity of 3 MMRV Consistency Lots

## Immunogenicity Analysis Dataset (SEROALL)

| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
|---|---|---|---|---|
| | | | | variable VACCINE. Either LOG10 TCID50 (for measles, mumps and rubella) or LOG10 PFU (for varicella). For subjects who received an unknown lot of VARIVAX™, the VACCUNIT field is UNK (unknown). For subjects who were randomized but never vaccinated (DSCODE='14'), this field is missing. |
| VALUSIGN | Serology Value Sign | Char1. | '<' = Actual antibody titer value is less than the value of SVALUE<br>'>' = Actual antibody titer value is greater than the value of SVALUE | |
| VCLINMAT | Vaccine Material | Char2. | '01' = ProQuad™<br>'02' = VARIVAX™<br>'03' = M-M-R™ II | For subjects who were randomized but never vaccinated (DSCODE='14'), this field is missing. |
| VZV5 | Postvac VZV Titer ≥5 gpELISA Units? | Num | 0 = No<br>1 = Yes | This flags the varicella record to indicate whether the subject's postvaccination varicella antibody titer was ≥5 gpELISA units. This field is missing if EXAM_CD is not equal to '075' or if the subject's postvaccination varicella titer is missing. The value of this variable is missing for the prevaccination phase (PHASE_CD='001') and applies only to the postvaccination phase (PHASE_CD='011'). |
| XTRA_DS2 | Received Extra Doses During Follow_up? | Num | 0 = No<br>1 = Yes | These subjects received M-M-R™ II and VARIVAX™ during the follow-up period (prior to the postvaccination blood draw). |

- 11 -

CONFIDENTIAL

Merck-EDPA-00191

MRK-KRA00000222
MRK-CHA00000222

**Appx16732**

Datasets for Study 012: V221 Safety, Tolerability and Immunogenicity of 3 MMRV Consistency Lots

Immunogenicity Analysis Dataset [SEROALL]

| VARIABLE | LABEL | TYPE | CODES/FORMATS | COMMENTS |
|---|---|---|---|---|

Note 1. For the Rubella ELISA (0045), dilution 1 means 1:100, 10 means 1:1000, and 100 means 1:10000.
For the Varicella gpELISA (0075), dilution 50 means 1:50, 500 means 5000 means 1:5000, 50000 means 1:50000, and 500000 means 1:500000.

Note 2. Serostatus for the purposes of the statistical analyses was defined as follows:

Measles: (EXAM_CD="0065"):
  Negative if SVALUE=120 and VALUSIGN="<';
  Positive if SVALUE=120 and VALUSIGN="=" or SVALUE>120

Mumps (EXAM_CD="0032"):
  Negative if SVALUE=10 and VALUSIGN="<';
  Positive if SVALUE=10 and VALUSIGN="=" or SVALUE>10

Rubella: (EXAM_CD="0045'):
  Negative if the result was below 12.8 ELISA Ab units (=10 IU/mL), EXAMVALU<12.8.
  Positive if the result was greater than or equal to 12.8 ELISA Ab units (=10 IU/mL). EXAMVALU≥12.8

Varicella (EXAM_CD="0075'):
  Negative if below the optical density cutoff (EXAMQUAL="02')
  Positive if above the optical density cutoff (EXAMQUAL="01')

Note 3. To convert a rubella ELISA titer reported in ELISA units to International Units, the titer reported in ELISA units is divided by 1.28; conversely to convert a rubella ELISA titer reported in International Units to ELISA units, the titer reported in IU/mL is multiplied by 1.28. Therefore, a titer of 10 IU/mL corresponds to 12.8 ELISA units.

Note 4. A subject could have as many as 2 additional postvaccination blood samples within a phase if a rash occurred (acute and convalescent samples). The record closest to day 42 was selected for inclusion in the analysis and was flagged with MULT=0. All other records were flagged with MULT=1 and were excluded from the immunogenicity analyses.

Note 5. This flags subjects who met the per-protocol conditions. If MULT=1 or D_RANGE=1 or PRE_VAC=1 or AGE_RANG=1 or MIS_BASE=1 or LIV_VACC=1 or DIF_OBT=1 or NEWRUASY=1 or MIS_6WK=1 or ALLOC_ER=1 or XTRA_DS2=1 or DEV_VZV=1 or REFUSED=1 or LOS_FLUP=1 or QNS=1 or LOST_SAM=1 o: NOT_TAKE=1 then PER_PROT=0.

CONFIDENTIAL

Merck-EDPA-00192

MRK-KRA00000223
MRK-CHA00000223

Appx16733

This CD contains the SAS datasets (in XPT format) used to perform the consistency lot analyses and the non-inferiority analyses related to the May 18, 2007 letter from CBER concerning STN BL 101069/5061.

The data (XPT files) from the three studies (M-M-R® II Protocol 007, 009 and ProQuad® Protocol 012) used in the analyses can be found in the appropriate subdirectories of this submission (MMR_P007, MMR_P009, ProQuad_012). In addition to the XPT file for each study, a document describing the contents of the dataset is also included for each study. The XPT files and the corresponding documents are the same files that were submitted with the original filings of these studies. Thus, some information in the documents may not be relevant to this response or may refer to directory structures related to the original filings. The documents were included in this response to provide reviewers with information concerning the variables contained in the datasets provided.

The summaries and analyses in the previous response utilized the per-protocol populations for each of the studies. To assist the reviewers in selecting the appropriate per-protocol population for each study, the SAS flags (variable names and values) are given in the table below along with the treatment group indicators and the response variables. Note that all analyses were performed using the 6-week mumps Wild-Type ELISA data, which corresponds to EXAM_CD='0032' and PHASE_CD='011' in each of the datasets.

Upon converting the XPT files to SAS datasets (named SERO_ALL_007, SERO_ALL_009, SERO_ALL_012 below), the following SAS code could be used to subset the data needed to replicate the analyses:

```
data sero_007;
    set datadir.sero_all_007;
    if phase_cd='011' and exam_cd='0032' and treat_cd in ('04','06') and excl_all=1 and
        initsero=0;
    an_id = compress(protocol||an);
    rename titer=examvalu;
    keep an_id protocol studynum sero_cv titer treat_cd exam_cd;
run;

data sero_009;
    set datadir.sero_all_009;
    if phase_cd='011' and exam_cd='0032' and treat_cd = '2' and per_prot = 1 and
        initsero = 0;
    an_id = compress(protocol||an);
    keep an_id protocol studynum sero_cv examvalu treat_cd exam_cd;
run;

data  sero_012 ;
    set datadir.sero_all_012;
    if phase_cd='011' and exam_cd='0032' and treat_cd = '02' and per_prot = 1 and
        initsero = 0;
    an_id = compress(protocol||an);
    keep an_id protocol studynum sero_cv examvalu treat_cd exam_cd;
run;

data sero;
    set sero_007 sero_009 sero_012;
run;
```

If there are any questions concerning these datasets (or replication of these analyses), feel free to contact me, Jonathan Hartzel, directly at 267-305-7746 or jonathan_hartzel@merck.com.

CONFIDENTIAL

Merck-EDPA-00193

MRK-KRA00000224
MRK-CHA00000224

Appx16734

| Study | Treatment Group | Response Variables | Per-Protocol Population |
|---|---|---|---|
| M-M-R® II P007 | TREAT_CD='04' (4.8 Potency)<br>TREAT_CD='06' (4.1 Potency) | Antibody titer: TITER<br>SCR Indicator: SERO_CV | INITSERO=0 and EXCL_ALL ^=1 |
| M-M-R® II P009 | TREAT_CD='2' (MMR w/ HSA) | Antibody titer: EXAMVALU<br>SCR Indicator: SERO_CV | INITSERO=0 and PER_PROT =1 |
| ProQuad® P012 | TREAT_CD='02' (MMR+VVAX) | Antibody titer: EXAMVALU<br>SCR Indicator: SERO_CV | INITSERO=0 and PER_PROT =1 |

CONFIDENTIAL

Merck-EDPA-00194

MRK-KRA00000225
MRK-CHA00000225

Appx16735

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,

         *Plaintiffs,*

    v.

MERCK & CO., INC.,

         *Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 264

Alison L. Fisher, Ph.D.
Director
WRG-3

Merck & Co., Inc.
UG2D-68
PO Box 1000
North Wales PA 19454-1099
Tel 267 305 6727
Fax 267 305 6407
alison_fisher@merck.com

Norman Baylor, Ph.D.
Office of Vaccines Research and Review (HFM-400)
c/o Food and Drug Administration
Center for Biologics Evaluation and Research
Document Control Center (HFM-99)
Woodmont Office Center, Suite 400N
1401 Rockville Pike
Rockville, MD 20852-1448



**MERCK**
Research Laboratories

Dear Dr. Baylor:                                                December 3, 2007

### M-M-R™$_{II}$
### (Measles, Mumps, and Rubella Virus Vaccine, Live)
### STN 101069/5061

#### AMENDMENT TO SUPPLEMENTAL BIOLOGICS LICENSE APPLICATION

Pursuant to Section 351 of the Public Health Services Act and in accordance with 21CFR 601.12, we submit for your approval an Amendment to the Supplemental Biologics License Application for Measles, Mumps and Rubella Virus Vaccine, Live STN 101069/5061 submitted January 29, 2004.

This submission is an amendment to the supplemental BLA, STN 101069/5061, that was submitted to the FDA on 29 January 2004. The submission is being amended, so that revisions appear on the currently approved label (circular number 9739302) rather than the label that was current at the time of the original submission (circular number 9265208). This submission is intended to amend the submission from January 2004 with a new annotated label that is built on the current label (9739302). Revisions are in the DESCRIPTION, to revise the mumps end expiry from 20, 000 TCID$_{50}$ to 12, 500 TCID$_{50}$, and INDICATIONS AND USAGE sections, minor editorial change, as described in the initial submission (STN 101069/5061).

As per discussion with Ms. Luba Vujcic on Nov 29, 2007 we have provided a table as an attachment to this cover letter that summarizes changes that have occurred with the label since Jan 29, 2004. Consistent with what is provided in the table, we are cross referencing the following labeling submissions:

STN 101069/5068: M-M-R™II sBLA approved 31-August-2005- Supplement to Measles, Mumps and Rubella Virus Vaccine Live, to replace the currently used Human Derived Serum Albumin (HAS) with Recombinant Human Albumin in yeast [Recombumin™] 20%(rHA).

STN 101069/5116: M-M-R™II Special Labeling Supplement-CBE, Approved 19 June-2006 addition of pruritis to the ADVERSE REACTIONS section of the label.

STN 101069/5143: M-M-R™II Special Labeling Supplement-CBE, Approved 24 Sept 2007 addition of pneumonia to the ADVERSE REACTIONS section of the label.

STN 101069: M-M-R™II- Annual Reportable Change- sterile diluent update.

CONFIDENTIAL

Merck-EDPA-00195

MRK-KRA00000226
MRK-CHA00000226

**Appx16737**

Norman Baylor, Ph.D.
M-M-R™₁₁
(Measles, Mumps, and Rubella Virus Vaccine, Live)
STN 101069/5061
Page 2 of 2

In this submission we are including in Section 1.14.1 Labeling History, Proposed Labeling Text of the Package Circular, Current Labeling Text of the Package Circular (9739302), Annotated Package Circular and the Proposed Labeling Text of the Package Circular in Microsoft Word (as a review aid.)

This submission is formatted as required in Title 21 paragraph 312.23 of the Code of Federal Regulations and is being submitted in accordance with the current FDA Guidance Documents for the electronic common technical document including, but not limited to the following: *Comprehensive Table of Contents Heading and Hierarchy, Study Tagging Files Specification, Organization of The Common Technical Document – Annex – Granularity Document, and the International Conference on Harmonization, ICH M2 EWG, Electronic Common Technical Document Specification.* This submission is being transmitted through the FDA's electronic submission gateway. Merck has taken precautions to ensure that the contents of the media are free of computer viruses (Symantec AntiVirus Corporate Edition, Symantec Corporation), and we authorize the use of anti-virus software, as appropriate.

In accordance with the Prescription Drug User Fee Act of 1992 (PDUFA) and reauthorized in the Food and Drug Administration Modernization Act of 1997 (FDAMA) and the Prescription Drug User Fee Amendments of 2002 (PDUFA III), as indicated in the attached Form 3397, no user fee is required for this supplemental application.

We consider the filing of this supplemental Biologics License Application to be a confidential matter, and request that the Food and Drug Administration not make its content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

Questions concerning this supplemental application should be directed to Alison Fisher, Ph.D. (267-205-6727) or, in my absence, Kenneth Surowitz, Ph.D. (267-305-6764).

Sincerely,

Alison Fisher, Ph.D.
Director
Worldwide Regulatory Affairs

Filepath Q:/Winterbottom/V205C/Draft coverletter for BLA 101069-5061.do

CONFIDENTIAL

Merck-EDPA-00196

MRK-KRA00000227
MRK-CHA00000227

Form Approved; OMB No. 0910-0338.
Expiration Date: September 30, 2008
See OMB statement on reverse.

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>CENTER FOR BIOLOGICS EVALUATION AND RESEARCH<br><br>**TRANSMITTAL OF LABELS AND CIRCULARS** | 1. LABEL REVIEW NO. AND REVISION | |
|---|---|---|
| | 2. CHECK ONE | |
| | ☒ Draft | ☐ Final *(in distribution)* |

NOTE: *No license may be granted unless this completed submittal form has been received (U.S. Public Health Service Act, Section 351; the Federal Food, Drug, and Cosmetic Act, Section 502; and Title 21 U.S. Code of Federal Regulations, Part 600).*

| 3.<br>MANUFAC-<br>TURER NAME<br>AND RETURN<br>ADDRESS | Merck & Co., Inc.<br>Merck Research Laboratories UG2-68<br>P.O. Box 1000<br>North Wales, PA 19454-1099 | 4. LICENSE NO.<br>2 |
|---|---|---|
| | | 5. REGISTRATION NO. |
| 6.<br>PRODUCT<br>NAME | M-M-R®II (Measles, Mumps and Rubella Virus Vaccine Live) | |

| 7.<br>LABELING<br>DETAILS | LABEL TYPE CODE<br>*(see below)* | *REPLACES PREVIOUS LABEL.*<br>REVIEW & REVISION NO. | DATE | 8. SUBMISSION REASONS *(Check all that apply)* | |
|---|---|---|---|---|---|
| | CIRC | 101069/5143 | 3/30/2007 | ☐ New Product | ☐ New Scientific Information |
| | | | | ☐ New Indication | ☐ Editorial, Format |
| | **LABEL TYPE CODES**<br>*(select only one)* | | | ☐ Dosage Change | ☐ Contraindications, Adverse Reactions, Precautions |
| | CIRC Circular  DILT Diluent  PCKR Packer<br>CONT Container BLST Blister SHIP Shipping<br>PACK Package CRTN Carton BULK Bulk<br>OTHR Other *(Specify in Comments)* | | | ☐ Manufacturing Method Change | ☐ New Formulation |
| | | | | ☐ Anticoagulant/ Additive Change | ☒ Other *(Specify in Comments)* |

| 9. CHECK THE BOX(es) INDICATING FORMAT OF<br>THIS SUBMISSION *(More than one may be checked.)* | ☐ Paper | ☒ Electronic | |
|---|---|---|---|
| 10. CHECK BOX IF THIS LABELING<br>IS IN SUPPORT OF: | ☐ Application  ☐ Supplement  ☐ Part of an Annual Report | Associated BLA/ PLA No.<br>STN101069 | |

11. COMMENTS *(Include any Manuf. ID number, description or revision no. of label being replaced. IF FINAL PRINTED, provide LOT NO. & DATE of FIRST USE.)*

| 12.<br>AUTHORIZED<br>OFFICIAL | SIGNATURE | DATE<br>3-DEC-07 |
|---|---|---|

**THE SPACES BELOW ARE FOR USE BY CENTER FOR BIOLOGICS EVALUATION AND RESEARCH**

COMMENTS *(See attached comments ☐ )*

| REVIEWED BY | SIGNATURE | DATE |
|---|---|---|
| RETURNED BY | SIGNATURE | DATE |

FORM FDA 2567 (10/05)          PREVIOUS EDITION IS OBSOLETE.          FRONT
PSC Media Arts (301) 443-1090  EF

CONFIDENTIAL

Merck-EDPA-00197

MRK-KRA00000228
MRK-CHA00000228

**Appx16739**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

Form Approved: OMB No. 0910-0430
Expiration Date: April 30, 2009
See OMB Statement on page 2.

## APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE

(Title 21, Code of Federal Regulations, Parts 314 & 601)

**FOR FDA USE ONLY**

APPLICATION NUMBER

### APPLICANT INFORMATION

NAME OF APPLICANT
Merck & Co., Inc.

DATE OF SUBMISSION
Dec. 3, 2007

TELEPHONE NO. (Include Area Code) 267-305-6727

FACSIMILE (FAX) Number (Include Area Code) 267-305-6407

APPLICANT ADDRESS (Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued):
PO Box 1000, UG2D-68
North Wales, PA 19454-1099

AUTHORIZED U.S. AGENT NAME & ADDRESS (Number, Street, City, State, ZIP Code, telephone & FAX number) IF APPLICABLE

### PRODUCT DESCRIPTION

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER (If previously issued) STN# 101069

ESTABLISHED NAME (e.g., Proper name, USP/USAN name)
Measles, Mumps and Rubella Virus Vaccine Live

PROPRIETARY NAME (trade name) IF ANY M-M-R® II

CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME (if any)

CODE NAME (if any) V205C

DOSAGE FORM:

STRENGTHS:
Measles/1,000 TCID (50) per 0.5mL Dose
Mumps/20,000 TCID (50) per 0.5 mL Dose
Rubella/1,000 TCID (50) per 0.5 mL Dose

ROUTE OF ADMINISTRATION: S.C.

(PROPOSED) INDICATION(S) FOR USE:
MMR® II is indicated for simultaneous vaccination against measles, mumps and rubell in persons 15 months of age or older.

### APPLICATION DESCRIPTION

APPLICATION TYPE
(check one)
☐ NEW DRUG APPLICATION (21 CFR 314.50)     ☐ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☒ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE   ☐ 505 (b)(1)    ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                                     Holder of Approved Application

TYPE OF SUBMISSION (check one)   ☐ ORIGINAL APPLICATION   ☒ AMENDMENT TO A PENDING APPLICATION   ☐ RESUBMISSION
☐ PRESUBMISSION   ☐ ANNUAL REPORT   ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT   ☐ EFFICACY SUPPLEMENT
☐ LABELING SUPPLEMENT   ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT   ☐ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION:

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY   ☐ CBE   ☐ CBE-30   ☐ Prior Approval (PA)

REASON FOR SUBMISSION

PROPOSED MARKETING STATUS (check one)   ☒ PRESCRIPTION PRODUCT (Rx)   ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED _____   THIS APPLICATION IS   ☐ PAPER   ☐ PAPER AND ELECTRONIC   ☒ ELECTRONIC

ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

FORM FDA 356h (4/06)

Page 1 of 4

CONFIDENTIAL

Merck-EDPA-00198

MRK-KRA00000229
MRK-CHA00000229

| | This application contains the following items: *(Check all that apply)* | | |
|---|---|---|---|
| ☐ | 1. Index | | |
| ☒ | 2. Labeling *(check one)*    ☐ Draft Labeling    ☐ Final Printed Labeling | | |
| ☐ | 3. Summary (21 CFR 314.50 (c)) | | |
| ☐ | 4. Chemistry section | | |
| ☐ | A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) | | |
| ☐ | B. Samples (21 CRF 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) | | |
| ☐ | C. Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) | | |
| ☐ | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) | | |
| ☐ | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) | | |
| ☐ | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) | | |
| ☐ | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) | | |
| ☐ | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) | | |
| ☐ | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) | | |
| ☐ | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) | | |
| ☐ | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) | | |
| ☐ | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) | | |
| ☐ | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or (j)(2)(A)) | | |
| ☐ | 15. Establishment description (21 CFR Part 600, if applicable) | | |
| ☐ | 16. Debarment certification (FD&C Act 306 (k)(1)) | | |
| ☐ | 17. Field copy certification (21 CFR 314.50 (l)(3)) | | |
| ☐ | 18. User Fee Cover Sheet (Form FDA 3397) | | |
| ☐ | 19. Financial Information (21 CFR Part 54) | | |
| ☐ | 20. OTHER (Specify) | | |

CERTIFICATION

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.

Warning: A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE | DATE |
|---|---|---|
| *[signature]* | Alison L. Fisher, Ph.D. Director Worldwide Regulatory Affairs | |

| ADDRESS *(Street, City, State, and ZIP Code)* - PO Box 1000, UG2D-68 North Wales, PA 19454-1099 | Telephone Number (267) 305-6727 |
|---|---|

Public reporting burden for this collection of information is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

| Department of Health and Human Services Food and Drug Administration Center for Drug Evaluation and Research Central Document Room 5901-B-Ammendale Road Beltsville, MD 20705-1266 | Department of Health and Human Services Food and Drug Administration Center for Biologics Evaluation and Research (HFM-99) 1401 Rockville Pike Rockville, MD 20852-1448 | An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. |
|---|---|---|

FORM FDA 356h (4/06)                                                                                     Page 2 of 4

CONFIDENTIAL

Merck-EDPA-00199

MRK-KRA00000230
MRK-CHA00000230

Attachment to Cover letter:

## M-M-R®II US submission tracking chart

| supplement number | submission type | submission date | FDA approval date | issued new circular | reason for update | Merck circular number | additional notes |
|---|---|---|---|---|---|---|---|
| 1010695061 | PAS | 29-Jan-2004 | pending | TBD, based on FDA approval date | mumps and expiry | TBD | This supplement has not yet been approved by FDA. |
| 1010695068 | PAS | 30-Jun-2004 | 31-Aug-2005 | n/a because circular was not printed | rHA update (manufacturing change) | 9739300 | "rHA submission" – This circular was not printed because the launch date was not imminent. In fact, the launch of the rHA formulation of M-M-R™II did not occur in the US until September 2006, over a year after FDA approval. |
| 1010695116 | CBE | 29-Jun-2006 | 29-Dec-2006 | February 2006 | addition of "pruritis" | 9739301 | This version has the same circular number as the "rHA submission" because that circular was never printed. Based on internal SOPs, this circular number did not have to be updated to 9739301, because the first version ("rHA with circular number 9739300) had not been printed. The annotated version of this label showed revisions from the initially approved "rHA" label in addition to revisions pertaining to the "pruritis" update. |
| 101069 | annual reportable change | to be submitted in 2008 | n/a | February 2007 | sterile diluent update | 9739301 | In the company signature at the end of the Merck circular, "Manuf. by" was deleted because a new sterile diluent manufacturer is being used. Please note that the sterile diluent labeling annual report for M-M-R™II will be included in the MUMPSVAX labeling annual report that will be sent to FDA in February 2008. (The report period for MUMPSVAX is 29-Dec-2006 through 28-Dec-2007, so the revision in M-M-R™II from February 2007 falls within these dates.) |

CONFIDENTIAL

Merck-EDPA-00200

MRK-KRA00000231
MRK-CHA00000231

| supplemental number | submission type | submission date | FDA approval date | labeling section/group | label/regulatory update | Merck control number | additional limits |
|---|---|---|---|---|---|---|---|
| 1010695/143 | CBE | 23-Mar-2007 | 24-Sep-2007 | February 2007 | addition of "pneumonia" | 9739302 | This is the current label and it contains all revisions to the label that have been implemented. Because the mumps and expiry supplement has not yet been approved, it is not included in this label. |
| 1010695/150 | PAS | 25-May-2007 | n/a; supplement withdrawn | n/a | mumps outbreak information was added | n/a | This supplement was withdrawn by Merck on 20-Sep-2007. FDA accepted the withdrawal on 2-Oct-2007. |

As of 29-Nov-2007, the only labeling update that is pending is 1010695/061.

*

CONFIDENTIAL

Merck-EDPA-00201

MRK-KRA00000232
MRK-CHA00000232

**Appx16743**

CURRENT CIRCULAR SHOWING REVISIONS

COMMENTS / SUPPORT

MERCK & CO., INC.
Whitehouse Station, NJ 08889, USA

9738302

## M-M-R® II
(MEASLES, MUMPS, and
RUBELLA VIRUS VACCINE LIVE)

### DESCRIPTION

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live) is a live virus vaccine for vaccination against measles (rubeola), mumps, and rubella (German measles).

M-M-R II is a sterile lyophilized preparation of (1) ATTENUVAX (Measles Virus Vaccine Live), a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain and propagated in chick embryo cell culture; (2) MUMPSVAX (Mumps Virus Vaccine Live), the Jeryl Lynn™ (B level) strain of mumps virus propagated in chick embryo cell culture; and (3) MERUVAX® II (Rubella Virus Vaccine Live), the Wistar RA 27/3 strain of live attenuated rubella virus propagated in WI-38 human diploid lung fibroblasts.[1,2]

The growth medium for measles and mumps is Medium 199 (a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum) containing SPGA (sucrose, phosphate, glutamate, and recombinant human albumin) as stabilizer and neomycin.

The growth medium for rubella is Minimum Essential Medium (MEM) [a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum] containing recombinant human albumin and neomycin. Sorbitol and hydrolyzed gelatin stabilizer are added to the individual virus harvests.

The cells, virus pools, and fetal bovine serum are all screened for the absence of adventitious agents.

The reconstituted vaccine is for subcutaneous administration. Each 0.5 mL dose contains not less than 1,000 TCID$_{50}$ (tissue culture infectious doses) of measles virus; 20,000 TCID$_{50}$ of mumps virus; and 1,000 TCID$_{50}$ of rubella virus. Each dose of the vaccine is calculated to contain sorbitol (14.5 mg), sodium phosphate, sucrose (1.9 mg), sodium chloride, hydrolyzed gelatin (14.5 mg), recombinant human albumin (≤0.3 mg), fetal bovine serum (<1 ppm), other buffer and media ingredients and approximately 25 mcg of neomycin. The product contains no preservative.

Before reconstitution, the lyophilized vaccine is a light yellow compact crystalline plug. M-M-R II, when reconstituted as directed, is clear yellow.

[Clinical Ref. P007, p. 33]

† Registered trademark of MERCK & CO., Inc.
COPYRIGHT © 2004 MERCK & CO., Inc.
All rights reserved
** Trademark of MERCK & CO. Inc.

1

CONFIDENTIAL

MRK-KRA00000233
MRK-CHA00000233

Merck-EDPA-00202

Appx16744

CURRENT CIRCULAR SHOWING REVISIONS

COMMENTS / SUPPORT

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

9738002

## CLINICAL PHARMACOLOGY

Measles, mumps, and rubella are three common childhood diseases, caused by measles virus, mumps virus (paramyxoviruses), and rubella virus (togavirus), respectively, that may be associated with serious complications and/or death. For example, pneumonia and encephalitis are caused by measles. Mumps is associated with aseptic meningitis, deafness and orchitis; and rubella during pregnancy may cause congenital rubella syndrome in the infants of infected mothers.

The impact of measles, mumps, and rubella vaccination on the natural history of each disease in the United States can be quantified by comparing the maximum number of measles, mumps, and rubella cases reported in a given year prior to vaccine use to the number of cases of each disease reported in 1995. For measles, 894,134 cases reported in 1941 compared to 288 cases reported in 1995 resulted in a 99.97% decrease in reported cases; for mumps, 152,209 cases reported in 1968 compared to 840 cases reported in 1995 resulted in a 99.45% decrease in reported cases; and for rubella, 57,686 cases reported in 1969 compared to 200 cases reported in 1995 resulted in a 99.65% decrease.[3]

Clinical studies of 284 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated. In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95%, mumps neutralizing antibodies in 96%, and rubella HI antibodies in 99% of susceptible persons. However, a small percentage (1-5%) of vaccinees may fail to seroconvert after the primary dose (see also INDICATIONS AND USAGE, *Recommended Vaccination Schedule*).

A study[4] of 6-month-old and 15-month-old infants born to vaccine-immunized mothers demonstrated that, following vaccination with ATTENUVAX, 74% of the 6-month-old infants developed detectable neutralizing antibody (NT) titers while 100% of the 15-month-old infants developed NT. This rate of seroconversion is higher than that previously reported for 6-month-old infants born to naturally immune mothers tested by HI assay. When the 6-month-old infants of immunized mothers were revaccinated at 15 months, they developed antibody titers equivalent to the 15-month-old vaccinees. The lower seroconversion rate in 6-month-olds has two possible explanations: 1) Due to the limit of the detection level of the assays (NT and enzyme immunoassay [EIA]), the presence of trace amounts of undetectable maternal antibody might interfere with the seroconversion of infants; or 2) The immune system of 6-month-olds is not always capable of mounting a response to measles vaccine as measured by the two antibody assays.

There is some evidence to suggest that infants who are born to mothers who had wild-type measles and who are vaccinated at less than one year of age may not develop

2

CONFIDENTIAL

Merck-EDPA-00203

MRK-KRA00000234
MRK-CHA00000234

## CURRENT CIRCULAR SHOWING REVISIONS

9739302

M-M-R® II (Measles, Mumps and Rubella Virus Vaccine Live)

sustained antibody levels when later revaccinated. The advantage of early protection must be weighed against the chance for failure to respond adequately on reimmunization.[5,6]

Efficacy of measles, mumps, and rubella vaccines was established in a series of double-blind controlled field trials which demonstrated a high degree of protective efficacy afforded by the individual vaccine components.[7-12] These studies also established that seroconversion in response to vaccination against measles, mumps, and rubella paralleled protection from these diseases.[13-15]

Following vaccination, antibodies associated with protection can be measured by neutralization assays, HI, or ELISA (enzyme linked immunosorbent assay) tests. Neutralizing and ELISA antibodies to measles, mumps, and rubella viruses are still detectable in most individuals 11 to 13 years after primary vaccination.[16-18] See INDICATIONS AND USAGE, Non-Pregnant Adolescents and Adult Females, for Rubella Susceptibility Testing.

The RA 27/3 rubella strain in M-M-R II elicits higher immediate post-vaccination HI, complement-fixing and neutralizing antibody levels than other strains of rubella vaccine[19-25] and has been shown to induce a broader profile of circulating antibodies including anti-theta and anti-iota precipitating antibodies.[26,27] The RA 27/3 rubella strain immunologically simulates natural infection more closely than other rubella vaccine viruses.[27-29] The increased levels and broader profile of antibodies produced by RA 27/3 strain rubella virus vaccine appear to correlate with greater resistance to subclinical reinfection with the wild virus,[27,29-31] and provide greater confidence for lasting immunity.

## INDICATIONS AND USAGE

*Recommended Vaccination Schedule*

M-M-R II is indicated for simultaneous vaccination against measles, mumps, and rubella in individuals 12 months of age or older.

Individuals first vaccinated at 12 months of age or older should be revaccinated prior to elementary school entry. Revaccination is intended to seroconvert those who do not respond to the first dose. The Advisory Committee on Immunization Practices (ACIP) recommends administration of the first dose of M-M-R II at 12 to 15 months of age and administration of the second dose of M-M-R II at 4 to 6 years of age.[59] In addition, some public health jurisdictions mandate the age for revaccination. Consult the complete text of applicable guidelines regarding routine revaccination including that of high-risk adult populations.

3

CONFIDENTIAL

Merck-EDPA-00204

MRK-KRA00000235
MRK-CHA00000235

CURRENT CIRCULAR SHOWING REVISIONS

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

*Measles Outbreak Schedule*
*Infants Between 6 to 12 Months of Age*

Local health authorities may recommend measles vaccination of infants between 6 to 12 months of age in outbreak situations. This population may fail to respond to the components of the vaccine. Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established. The younger the infant, the lower the likelihood of seroconversion (see CLINICAL PHARMACOLOGY). Such infants should receive a second dose of M-M-R II between 12 to 15 months of age followed by revaccination at elementary school entry.[59]

Unnecessary doses of a vaccine are best avoided by ensuring that written documentation of vaccination is preserved and a copy given to each vaccinee's parent or guardian.

*Other Vaccination Considerations*
*Non-Pregnant Adolescent and Adult Females*

Immunization of susceptible non-pregnant adolescent and adult females of childbearing age with live attenuated rubella virus vaccine is indicated if certain precautions are observed (see below and PRECAUTIONS). Vaccinating susceptible postpubertal females confers individual protection against subsequently acquiring rubella infection during pregnancy, which in turn prevents infection of the fetus and consequent congenital rubella injury.[33]

Women of childbearing age should be advised not to become pregnant for 3 months after vaccination and should be informed of the reasons for this precaution.

The ACIP has stated "If it is practical and if reliable laboratory services are available, women of childbearing age who are potential candidates for vaccination can have serologic tests to determine susceptibility to rubella. However, with the exception of premarital and prenatal screening, routinely performing serologic tests for all women of childbearing age to determine susceptibility (so that vaccine is given only to proven susceptible women) can be effective but is expensive. Also, 2 visits to the health-care provider would be necessary — one for screening and one for vaccination. Accordingly, rubella vaccination of a woman who is not known to be pregnant and has no history of vaccination is justifiable without serologic testing — and may be preferable, particularly when costs of serology are high and follow-up of identified susceptible women for vaccination is not assured."[33]

Postpubertal females should be informed of the frequent occurrence of generally self-limited arthralgia and/or arthritis beginning 2 to 4 weeks after vaccination (see ADVERSE REACTIONS).

*Postpartum Women*

It has been found convenient in many instances to vaccinate rubella-susceptible women in the immediate postpartum period (see PRECAUTIONS, *Nursing Mothers*).

9739962

4

CONFIDENTIAL

Merck-EDPA-00205

MRK-KRA00000236
MRK-CHA00000236

# CURRENT CIRCULAR SHOWING REVISIONS

**COMMENTS / SUPPORT**

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

9739302

*Other Populations*

Previously unvaccinated children older than 12 months who are in contact with susceptible pregnant women should receive live attenuated rubella vaccine (such as that contained in monovalent rubella vaccine or in M-M-R II) to reduce the risk of exposure of the pregnant woman.

Individuals planning travel outside the United States, if not immune, can acquire measles, mumps, or rubella and import these diseases into the United States. Therefore, prior to international travel, individuals known to be susceptible to one or more of these diseases can either receive either the indicated monovalent vaccine (measles, mumps, or rubella), or a combination vaccine as appropriate. However, M-M-R II is preferred for persons likely to be susceptible to mumps and rubella; and if monovalent measles vaccine is not readily available, travelers should receive M-M-R II regardless of their immune status to mumps or rubella.[34-36]

Vaccination is recommended for susceptible individuals in high-risk groups such as college students, health-care workers, and military personnel.[33,34,37]

According to ACIP recommendations, most persons born in 1956 or earlier are likely to have been infected with measles naturally and generally need not be considered susceptible. All children, adolescents, and adults born after 1956 are considered susceptible and should be vaccinated, if there are no contraindications. This includes persons who may be immune to measles but who lack adequate documentation of immunity such as: (1) physician-diagnosed measles, (2) laboratory evidence of measles immunity, or (3) adequate immunization with live measles vaccine on or after the first birthday.[34]

The ACIP recommends that "Persons vaccinated with inactivated vaccine followed within 3 months by live vaccine should be revaccinated with two doses of live vaccine. Revaccination is particularly important when the risk of exposure to wild-type measles virus is increased, as may occur during international travel."[34]

*Post-Exposure Vaccination*

Vaccination of individuals exposed to wild-type measles may provide some protection if the vaccine can be administered within 72 hours of exposure. If, however, vaccine is given a few days before exposure, substantial protection may be afforded.[34,38,39] There is no conclusive evidence that vaccination of individuals recently exposed to wild-type mumps or wild-type rubella will provide protection.[33,37]

*Use With Other Vaccines*

See DOSAGE AND ADMINISTRATION, *Use With Other Vaccines.*

**CONTRAINDICATIONS**

Hypersensitivity to any component of the vaccine, including gelatin.[40]

Modified as per suggestion by FDA in faxed correspondence of 6-Oct-2003.

5

CONFIDENTIAL

Merck-EDPA-00206

MRK-KRA00000237
MRK-CHA00000237

Appx16748

## CURRENT CIRCULAR SHOWING REVISIONS

COMMENTS / SUPPORT

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

9739302

Do not give M-M-R II to pregnant females; the possible effects of the vaccine on fetal development are unknown at this time. If vaccination of postpuertal females is undertaken, pregnancy should be avoided for three months following vaccination (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females* and PRECAUTIONS, *Pregnancy*).

Anaphylactic or anaphylactoid reactions to neomycin (each dose of reconstituted vaccine contains approximately 25 mcg of neomycin).

Febrile respiratory illness or other active febrile infection. However, the ACIP has recommended that all vaccines can be administered to persons with minor illnesses such as diarrhea, mild upper respiratory infection with or without low-grade fever, or other low-grade febrile illness.[41]

Patients receiving immunosuppressive therapy. This contraindication does not apply to patients who are receiving corticosteroids as replacement therapy, e.g., for Addison's disease.

Individuals with blood dyscrasias, leukemia, lymphomas of any type, or other malignant neoplasms affecting the bone marrow or lymphatic systems.

Primary and acquired immunodeficiency states, including patients who are immunosuppressed in association with AIDS or other clinical manifestations of infection with human immunodeficiency viruses;[142,143] cellular immune deficiencies; and hypogammaglobulinemic and dysgammaglobulinemic states. Measles inclusion body encephalitis[144] (MIBE), pneumonitis[145] and death as a direct consequence of disseminated measles vaccine virus infection have been reported in immunocompromised individuals inadvertently vaccinated with measles-containing vaccine.

Individuals with a family history of congenital or hereditary immunodeficiency, until the immune competence of the potential vaccine recipient is demonstrated.

### WARNINGS

Due caution should be employed in administration of M-M-R II to persons with a history of cerebral injury, individual or family histories of convulsions, or any other condition in which stress due to fever should be avoided. The physician should be alert to the temperature elevation which may occur following vaccination (see ADVERSE REACTIONS).

*Hypersensitivity to Eggs*

Live measles vaccine and live mumps vaccine are produced in chick embryo cell culture. Persons with a history of anaphylactic, anaphylactoid, or other immediate reactions (e.g., hives, swelling of the mouth and throat, difficulty breathing, hypotension, or shock) subsequent to egg ingestion may be at an enhanced risk of immediate-type hypersensitivity reactions after receiving vaccines containing traces of chick embryo antigen. The potential

6

CONFIDENTIAL

MRK-KRA00000238
MRK-CHA00000238

Merck-EDPA-00207

Appx16749

COMMENTS / SUPPORT

## CURRENT CIRCULAR SHOWING REVISIONS

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

9739902

risk to benefit ratio should be carefully evaluated before considering vaccination in such cases. Such individuals may be vaccinated with extreme caution, having adequate treatment on hand should a reaction occur (see PRECAUTIONS).[45]

However, the AAP has stated, "Most children with a history of anaphylactic reactions to eggs have no untoward reactions to measles or MMR vaccine. Persons are not at increased risk if they have egg allergies that are not anaphylactic, and they should be vaccinated in the usual manner. In addition, skin testing of egg-allergic children with vaccine has not been predictive of which children will have an immediate hypersensitivity reaction...Persons with allergies to chickens or chicken feathers are not at increased risk of reaction to the vaccine."[44]

*Hypersensitivity to Neomycin*

The AAP states, "Persons who have experienced anaphylactic reactions to topically or systemically administered neomycin should not receive measles vaccine. Most often, however, neomycin allergy manifests as a contact dermatitis, which is a delayed-type (cell-mediated) immune response rather than anaphylaxis. In such persons, an adverse reaction to neomycin in the vaccine would be an erythematous, pruritic nodule or papule, 48 to 96 hours after vaccination. A history of contact dermatitis to neomycin is not a contraindication to receiving measles vaccine."[44]

*Thrombocytopenia*

Individuals with current thrombocytopenia may develop more severe thrombocytopenia following vaccination. In addition, individuals who experienced thrombocytopenia with the first dose of M-M-R II (or its component vaccines) may develop thrombocytopenia with repeat doses. Serologic status may be evaluated to determine whether or not additional doses of vaccine are needed. The potential risk to benefit ratio should be carefully evaluated before considering vaccination in such cases (see ADVERSE REACTIONS).

## PRECAUTIONS

*General*

Adequate treatment provisions including epinephrine injection (1:1000), should be available for immediate use should an anaphylactic or anaphylactoid reaction occur.

Special care should be taken to ensure that the injection does not enter a blood vessel.

Children and young adults who are known to be infected with human immunodeficiency viruses and are not immunosuppressed may be vaccinated. However, vaccinees who are infected with HIV should be monitored closely for vaccine-preventable diseases because immunization may be less effective than for uninfected persons (see CONTRAINDICATIONS).[42,43]

7

CONFIDENTIAL

Merck-EDPA-00208

MRK-KRA00000239
MRK-CHA00000239

Appx16750

COMMENTS / SUPPORT

CURRENT CIRCULAR SHOWING REVISIONS

9739302

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

Vaccination should be deferred for 3 months or longer following blood or plasma transfusions, or administration of immune globulin (human).[44]

Excretion of small amounts of the live attenuated rubella virus from the nose or throat has occurred in the majority of susceptible individuals 7 to 28 days after vaccination. There is no confirmed evidence to indicate that such virus is transmitted to susceptible persons who are in contact with the vaccinated individuals. Consequently, transmission through close personal contact, while accepted as a theoretical possibility, is not regarded as a significant risk.[33] However, transmission of the rubella vaccine virus to infants via breast milk has been documented (see *Nursing Mothers*).

There are no reports of transmission of live attenuated measles or mumps viruses from vaccinees to susceptible contacts.

It has been reported that live attenuated measles, mumps and rubella virus vaccines given individually may result in a temporary depression of tuberculin skin sensitivity. Therefore, if a tuberculin test is to be done, it should be administered either before or simultaneously with M-M-R II.

Children under treatment for tuberculosis have not experienced exacerbation of the disease when immunized with live measles virus vaccine;[46] no studies have been reported to date of the effect of measles virus vaccines on untreated tuberculous children. However, individuals with active untreated tuberculosis should not be vaccinated.

As for any vaccine, vaccination with M-M-R II may not result in protection in 100% of vaccinees.

The health-care provider should determine the current health status and previous vaccination history of the vaccinee.

The health-care provider should question the patient, parent, or guardian about reactions to a previous dose of M-M-R II or other measles-, mumps-, or rubella-containing vaccines.

*Information for Patients*

The health-care provider should provide the vaccine information required to be given with each vaccination to the patient, parent, or guardian.

The health-care provider should inform the patient, parent, or guardian of the benefits and risks associated with vaccination. For risks associated with vaccination see WARNINGS, PRECAUTIONS, ADVERSE REACTIONS.

Patients, parents, or guardians should be instructed to report any serious adverse reactions to their health-care provider who in turn should report such events to the U.S. Department of Health and Human Services through the Vaccine Adverse Event Reporting System (VAERS), 1-800-822-7967.[47]

8

CONFIDENTIAL

Merck-EDPA-00209

MRK-KRA00000240
MRK-CHA00000240

Appx16751

## CURRENT CIRCULAR SHOWING REVISIONS

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

9739302

Pregnancy should be avoided for 3 months following vaccination, and patients should be informed of the reasons for this precaution (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females*, CONTRAINDICATIONS, and PRECAUTIONS, *Pregnancy*).

*Laboratory Tests*

See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing, and CLINICAL PHARMACOLOGY.

*Drug Interactions*

See DOSAGE AND ADMINISTRATION, *Use With Other Vaccines*.

*Immunosuppressive Therapy*

The immune status of patients about to undergo immunosuppressive therapy should be evaluated so that the physician can consider whether vaccination prior to the initiation of treatment is indicated (see CONTRAINDICATIONS and PRECAUTIONS).

The ACIP has stated that "patients with leukemia in remission who have not received chemotherapy for at least 3 months may receive live virus vaccines. Short-term (<2 weeks), low- to moderate-dose systemic corticosteroid therapy, topical steroid therapy (e.g. nasal, skin), long-term alternate-day treatment with low to moderate doses of short-acting systemic steroid, and intra-articular, bursal, or tendon injection of corticosteroids are not immunosuppressive in their usual doses and do not contraindicate the administration of [measles, mumps, or rubella vaccine]."[33,34,37]

*Immune Globulin*

Administration of immune globulins concurrently with M-M-R II may interfere with the expected immune response.[33,34,44]

See also PRECAUTIONS, *General*.

*Carcinogenesis, Mutagenesis, Impairment of Fertility*

M-M-R II has not been evaluated for carcinogenic or mutagenic potential, or potential to impair fertility.

*Pregnancy*

*Pregnancy Category C*

Animal reproduction studies have not been conducted with M-M-R II. It is also not known whether M-M-R II can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Therefore, the vaccine should not be administered to pregnant females; furthermore, pregnancy should be avoided for 3 months following vaccination (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females* and CONTRAINDICATIONS).

In counseling women who are inadvertently vaccinated when pregnant or who become pregnant within 3 months of vaccination, the physician should be aware of the following: (1) In a 10-year survey involving over 700 pregnant women who received rubella vaccine

9

CONFIDENTIAL

Merck-EDPA-00210

MRK-KRA00000241
MRK-CHA00000241

Appx16752

## CURRENT CIRCULAR SHOWING REVISIONS

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

9739402

within 3 months before or after conception (of whom 189 received the Wistar RA 27/3 strain), none of the newborns had abnormalities compatible with congenital rubella syndrome.[48] (2) Mumps infection during the first trimester of pregnancy may increase the rate of spontaneous abortion. Although mumps vaccine virus has been shown to infect the placenta and fetus, there is no evidence that it causes congenital malformations in humans;[47] and (3) Reports have indicated that contracting wild-type measles during pregnancy enhances fetal risk. Increased rates of spontaneous abortion, stillbirth, congenital defects and prematurity have been observed subsequent to infection with wild-type measles during pregnancy.[57,58] There are no adequate studies of the attenuated (vaccine) strain of measles virus in pregnancy. However, it would be prudent to assume that the vaccine strain of virus is also capable of inducing adverse fetal effects.

*Nursing Mothers*

It is not known whether measles or mumps vaccine virus is secreted in human milk. Recent studies have shown that lactating postpartum women immunized with live attenuated rubella vaccine may secrete the virus in breast milk and transmit it to breast-fed infants.[49] In the infants with serological evidence of rubella infection, none exhibited severe disease; however, one exhibited mild clinical illness typical of acquired rubella.[50,51] Caution should be exercised when M-M-R II is administered to a nursing woman.

*Pediatric Use*

Safety and effectiveness of measles vaccine in infants below the age of 6 months have not been established (see also CLINICAL PHARMACOLOGY). Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established.

*Geriatric Use*

Clinical studies of M-M-R II did not include sufficient numbers of seronegative subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger subjects.

## ADVERSE REACTIONS

The following adverse reactions are listed in decreasing order of severity, without regard to causality, within each body system category and have been reported during clinical trials, with use of the marketed vaccine, or with use of monovalent or bivalent vaccine containing measles, mumps, or rubella:

*Body as a Whole*

Panniculitis; atypical measles; fever; syncope; headache; dizziness; malaise; irritability.

10

CONFIDENTIAL

Merck-EDPA-00211

MRK-KRA00000242
MRK-CHA00000242

Appx16753

## CURRENT CIRCULAR SHOWING REVISIONS

COMMENTS / SUPPORT

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

*Cardiovascular System*
Vasculitis.
*Digestive System*
Pancreatitis; diarrhea; vomiting; parotitis; nausea.
*Endocrine System*
Diabetes mellitus.
*Hemic and Lymphatic System*
Thrombocytopenia (see WARNINGS, *Thrombocytopenia*); purpura; regional lymphadenopathy; leukocytosis.
*Immune System*
Anaphylaxis and anaphylactoid reactions have been reported as well as related phenomena such as angioneurotic edema (including peripheral or facial edema) and bronchial spasm in individuals with or without an allergic history.
*Musculoskeletal System*
Arthritis; arthralgia; myalgia.
Arthralgia and/or arthritis (usually transient and rarely chronic), and polyneuritis are features of infection with wild-type rubella and vary in frequency and severity with age and sex, being greatest in adult females and least in prepubertal children. This type of involvement as well as myalgia and paresthesia, have also been reported following administration of MERUVAX II.

Chronic arthritis has been associated with wild-type rubella infection and has been related to persistent virus and/or viral antigen isolated from body tissues. Only rarely have vaccine recipients developed chronic joint symptoms.

Following vaccination in children, reactions in joints are uncommon and generally of brief duration. In women, incidence rates for arthritis and arthralgia are generally higher than those seen in children (children: 0-3%; women: 12-26%),[17,52,53] and the reactions tend to be more marked and of longer duration. Symptoms may persist for a matter of months or on rare occasions for years. In adolescent girls, the reactions appear to be intermediate in incidence between those seen in children and in adult women. Even in women older than 35 years, these reactions are generally well tolerated and rarely interfere with normal activities.
*Nervous System*
Encephalitis; encephalopathy; measles inclusion body encephalitis (MIBE) (see CONTRAINDICATIONS); subacute sclerosing panencephalitis (SSPE); Guillain-Barré Syndrome (GBS); febrile convulsions; afebrile convulsions or seizures; ataxia; polyneuritis; polyneuropathy; ocular palsies; paresthesia.

9736302

11

CONFIDENTIAL

MRK-KRA00000243
MRK-CHA00000243

Merck-EDPA-00212

CURRENT CIRCULAR SHOWING REVISIONS

COMMENTS / SUPPORT

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

9739302

Experience from more than 80 million doses of all live measles vaccines given in the U.S. through 1975 indicates that significant central nervous system reactions such as encephalitis and encephalopathy, occurring within 30 days after vaccination, have been temporally associated with measles vaccine very rarely.[34] In no case has it been shown that reactions were actually caused by vaccine. The Centers for Disease Control and Prevention has pointed out that "a certain number of cases of encephalitis may be expected to occur in a large childhood population in a defined period of time even when no vaccines are administered". However, the data suggest the possibility that some of these cases may have been caused by measles vaccines. The risk of such serious neurological disorders following live measles virus vaccine administration remains far less than that for encephalitis and encephalopathy with wild-type measles (one per two thousand reported cases).

Post-marketing surveillance of the more than 200 million doses of M-M-R and M-M-R II that have been distributed worldwide over 25 years (1971 to 1996) indicates that serious adverse events such as encephalitis and encephalopathy continue to be rarely reported.[17]

There have been reports of subacute sclerosing panencephalitis (SSPE) in children who did not have a history of infection with wild-type measles but did receive measles vaccine. Some of these cases may have resulted from unrecognized measles in the first year of life or possibly from the measles vaccination. Based on estimated nationwide measles vaccine distribution, the association of SSPE cases to measles vaccination is about one case per million vaccine doses distributed. This is far less than the association with infection with wild-type measles, 6-22 cases of SSPE per million cases of measles. The results of a retrospective case-controlled study conducted by the Centers for Disease Control and Prevention suggest that the overall effect of measles vaccine has been to protect against SSPE by preventing measles with its inherent higher risk of SSPE.[58]

Cases of aseptic meningitis have been reported to VAERS following measles, mumps, and rubella vaccination. Although a causal relationship between the Urabe strain of mumps vaccine and aseptic meningitis has been shown, there is no evidence to link Jeryl Lynn™ mumps vaccine to aseptic meningitis.

*Respiratory System*

Pneumonia, pneumonitis (see CONTRAINDICATIONS); sore throat; cough; rhinitis.

*Skin*

Stevens-Johnson syndrome; erythema multiforme; urticaria; rash; measles-like rash; pruritis.

Local reactions including burning/stinging at injection site, wheal and flare; redness (erythema); swelling; induration; tenderness; vesiculation at injection site.

*Special Senses — Ear*

Nerve deafness; otitis media.

12

Merck-EDPA-00213

MRK-KRA00000244
MRK-CHA00000244

Appx16755

## CURRENT CIRCULAR SHOWING REVISIONS

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

9739302

*Special Senses — Eye*
Retinitis, optic neuritis; papillitis; retrobulbar neuritis; conjunctivitis.

*Urogenital System*
Orchitis.

*Other*
Death from various, and in some cases unknown, causes has been reported rarely following vaccination with measles, mumps, and rubella vaccines; however, a causal relationship has not been established in healthy individuals (see CONTRAINDICATIONS). No deaths or permanent sequelae were reported in a published post-marketing surveillance study in Finland involving 1.5 million children and adults who were vaccinated with M-M-R II during 1982 to 1993.[95]

Under the National Childhood Vaccine Injury Act of 1986, health-care providers and manufacturers are required to record and report certain suspected adverse events occuring within specific time periods after vaccination. However, the U.S. Department of Health and Human Services (DHHS) has established a Vaccine Adverse Event Reporting System (VAERS) which will accept all reports of suspected events.[47] A VAERS report form as well as information regarding reporting requirements can be obtained by calling VAERS 1-800-822-7967.

## DOSAGE AND ADMINISTRATION

*FOR SUBCUTANEOUS ADMINISTRATION*
*Do not inject intravascularly.*

The dose for any age is 0.5 mL administered subcutaneously, preferably into the outer aspect of the upper arm.

The recommended age for primary vaccination is 12 to 15 months.

Revaccination with M-M-R II is recommended prior to elementary school entry. See also INDICATIONS AND USAGE, *Recommended Vaccination Schedule.*

Children first vaccinated when younger than 12 months of age should receive another dose between 12 to 15 months of age followed by revaccination prior to elementary school entry.[99] See also INDICATIONS AND USAGE, *Measles Outbreak Schedule.*

Immune Globulin (IG) is not to be given concurrently with M-M-R II (see PRECAUTIONS, *General* and PRECAUTIONS, *Drug Interactions*).

CAUTION: A sterile syringe free of preservatives, antiseptics, and detergents should be used for each injection and/or reconstitution of the vaccine because these substances may inactivate the live virus vaccine. A 25 gauge, 5/8" needle is recommended.

To reconstitute, use only the diluent supplied, since it is free of preservatives or other antiviral substances which might inactivate the vaccine.

13

CONFIDENTIAL

Merck-EDPA-00214

MRK-KRA00000245
MRK-CHA00000245

Appx16756

COMMENTS / SUPPORT

## CURRENT CIRCULAR SHOWING REVISIONS

8739302

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

*Single Dose Vial* — First withdraw the entire volume of diluent into the syringe to be used for reconstitution. Inject all the diluent in the syringe into the vial of lyophilized vaccine, and agitate to mix thoroughly. If the lyophilized vaccine cannot be dissolved, discard. Withdraw the entire contents into a syringe and inject the total volume of restored vaccine subcutaneously.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

*10 Dose Vial (available only to government agencies/institutions)* — Withdraw the entire contents (7 mL) of the diluent vial into the sterile syringe to be used for reconstitution, and introduce into the 10 dose vial of lyophilized vaccine. Agitate to ensure thorough mixing. If the lyophilized vaccine cannot be dissolved, discard. The outer labeling suggests "For Jet Injector or Syringe Use." Use with separate sterile syringes is permitted for containers of 10 doses or less. The vaccine and diluent do not contain preservatives; therefore, the user must recognize the potential contamination hazards and exercise special precautions to protect the sterility and potency of the product. The use of aseptic techniques and proper storage prior to and after restoration of the vaccine and subsequent withdrawal of the individual doses is essential. Use 0.5 mL of the reconstituted vaccine for subcutaneous injection.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit. M-M-R II, when reconstituted, is clear yellow.

*Use With Other Vaccines*

M-M-R II should be given one month before or after administration of other live viral vaccines.

M-M-R II has been administered concurrently with VARIVAX* [Varicella Virus Vaccine Live (Oka/Merck)], and PedvaxHIB* [*Haemophilus b* Conjugate Vaccine (Meningococcal Protein Conjugate)] using separate injection sites and syringes. No impairment of immune response to individually tested vaccine antigens was demonstrated. The type, frequency, and severity of adverse experiences observed with M-M-R II were similar to those seen when each vaccine was given alone.

Routine administration of DTP (diphtheria, tetanus, pertussis) and/or OPV (oral poliovirus vaccine) concurrently with measles, mumps and rubella vaccines is not recommended because there are limited data relating to the simultaneous administration of these antigens.

14

CONFIDENTIAL

Merck-EDPA-00215

MRK-KRA00000246
MRK-CHA00000246

COMMENTS / SUPPORT

# CURRENT CIRCULAR SHOWING REVISIONS

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

9739302

However, other schedules have been used. The ACIP has stated "Although data are limited concerning the simultaneous administration of the entire recommended vaccine series (i.e., DTaP [or DTwP], IPV [or OPV], Hib with or without Hepatitis B vaccine, and varicella vaccine), data from numerous studies have indicated no interference between routinely recommended childhood vaccines (either live, attenuated, or killed). These findings support the simultaneous use of all vaccines as recommended."[92]

## HOW SUPPLIED

No. 4681/4309 — M-M-R II is supplied as follows: (1) a box of 10 single-dose vials of lyophilized vaccine (package A), **NDC 0006-4681-00**; and (2) a box of 10 vials of diluent (package B). To conserve refrigerator space, the diluent may be stored separately at room temperature.

*Available only to government agencies/institutions:*

No. 4682X — M-M-R II is supplied as one 10 dose vial of lyophilized vaccine.
**NDC 0006-4682-00**, and one 7 mL vial of diluent.

*Storage*

During shipment, to ensure that there is no loss of potency, the vaccine must be maintained at a temperature of 10°C (50°F) or colder. Freezing during shipment will not affect potency of the vaccine.

Protect the vaccine from light at all times, since such exposure may inactivate the viruses.

Before reconstitution, store the vial of lyophilized vaccine at 2 to 8°C (36 to 46°F) or colder. The diluent may be stored in the refrigerator with the lyophilized vaccine or separately at room temperature. **Do not freeze the diluent.**

It is recommended that the vaccine be used as soon as possible after reconstitution. Store reconstituted vaccine in the vaccine vial in a dark place at 2 to 8°C (36 to 46°F) and discard if not used within 8 hours.

## REFERENCES

1. Plotkin, S.A.; Cornfeld, D.; Ingalls, T.H.: Studies of immunization with living rubella virus: Trials in children with a strain cultured from an aborted fetus. Am. J. Dis. Child. *110:* 381-389, 1965.

2. Plotkin, S.A.; Farquhar, J.; Katz, M.; Ingalls, T.H.: A new attenuated rubella virus grown in human fibroblasts: Evidence for reduced nasopharyngeal excretion. Am. J. Epidemiol. *86:* 463-477, 1967.

3. Monthly Immunization Table. MMWR *45(1):* 24-25, January 12, 1996.

4. Johnson, C.E., et al Measles Vaccine Immunogenicity in 6- Versus 15-Month-Old Infants Born to Mothers in the Measles Vaccine Era, Pediatrics, *9(30):* 939-943, 1994.

15

CONFIDENTIAL

Merck-EDPA-00216

MRK-KRA00000247
MRK-CHA00000247

Appx16758

COMMENTS / SUPPORT

# CURRENT CIRCULAR SHOWING REVISIONS

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

5. Linneman, C.C.; et al: Measles Immunity After Vaccination: Results in Children Vaccinated Before 10 Months of Age. Pediatrics. 69(3): 332-335, March 1982.

6. Stetler, H.C.; et al: Impact of Revaccinating Children Who Initially Received Measles Vaccine Before 10 Months of Age. Pediatrics 77(4): 471-476, April 1986.

7. Hilleman, M.R.; Buynak, E.B.; Weibel, R.E.; et al: Development and Evaluation of the Moraten Measles Virus Vaccine. JAMA 206(3): 587-590, 1968.

8. Weibel, R.E.; Stokes, J.; Buynak, E.B.; et al: Live, Attenuated Mumps Virus Vaccine 3. Clinical and Serologic Aspects in a Field Evaluation. N. Engl. J. Med. 276: 245-251, 1967.

9. Hilleman, M.R.; Weibel, R.E.; Buynak, E.B.; et al: Live, Attenuated Mumps Virus Vaccine 4. Protective Efficacy as Measured in a Field Evaluation. N. Engl. J. Med. 276: 252-258, 1967.

10. Cutts, F.T.; Henderson, R.H.; Clements, C.J.; et al: Principles of measles control. Bull WHO 69(1): 1-7, 1991.

11. Weibel, R.E.; Buynak, E.B.; Stokes, J.; et al: Evaluation Of Live Attenuated Mumps Virus Vaccine, Strain Jeryl Lynn. First International Conference on Vaccines Against Viral and Rickettsial Diseases of Man, World Health Organization, No. 147, May 1967.

12. Leibhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; et al: Vaccination With RA 27/3 Rubella Vaccine. Am. J. Dis. Child. 123: 133-136, February 1972.

13. Rosen, L.: Hemagglutination and Hemagglutination-Inhibition with Measles Virus. Virology 13: 139-141, January 1961.

14. Brown, G.C.; et al: Fluorescent-Antibody Marker for Vaccine-Induced Rubella Antibodies. Infection and Immunity 2(4): 360-363, 1970.

15. Buynak, E.B.; et al: Live Attenuated Mumps Virus Vaccine 1. Vaccine Development, Proceedings of the Society for Experimental Biology and Medicine. 123: 768-775, 1966.

16. Weibel, R.E.; Carlson, A.J.; Villarejos, V.M.; Buynak, E.B.; McLean, A.A. Hilleman, M.R.: Clinical and Laboratory Studies of Combined Live Measles, Mumps, and Rubella Vaccines Using the RA 27/3 Rubella Virus. Proc. Soc. Exp. Biol. Med. 165: 323-326, 1980.

17. Unpublished data from the files of Merck Research Laboratories.

18. Watson, J.C.; Pearson, J.S.; Erdman, D.D.; et al: An Evaluation of Measles Revaccination Among School-Entry Age Children. 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Abstract #268, 143, 1991.

19. Fogel, A.; Moshkowitz, A.; Rannon, L.; Gerichter, Ch.B.: Comparative trials of RA 27/3 and Cendehill rubella vaccines in adult and adolescent females. Am. J. Epidemiol. 93: 392-393, 1971.

20. Andzhaparidze, O.G.; Desyatskova, R.G.; Chervonski, G.I.; Pryanichnikova, L.V.: Immunogenicity and reactogenicity of live attenuated rubella virus vaccines, Am. J. Epidemiol. 91: 527-530, 1970.

21. Freestone, D.S.; Reynolds, G.M.; McKinnon, J.A.; Prydie, J.: Vaccination of schoolgirls against rubella. Assessment of serological status and a comparative trial of Wistar RA 27/3 and Cendehill strain live attenuated rubella vaccines in 13-year-old schoolgirls in Dudley. Br. J. Prev. Soc. Med. 29: 256-261, 1975.

16

CONFIDENTIAL

MRK-KRA00000248
MRK-CHA00000248

Merck-EDPA-00217

Appx16759

CURRENT CIRCULAR SHOWING REVISIONS

COMMENTS / SUPPORT

9739302

M-M-R® ǁ (Measles, Mumps, and Rubella Virus Vaccine Live)

22. Grillner, L.; Hedstrom, C.E.; Bergstrom, H.; Forssman, L.; Rigner, A.; Lycke, E.: Vaccination against rubella of newly delivered women. Scand. J. Infect. Dis. 5: 237-241, 1973.

23. Grillner, L.: Neutralizing antibodies after rubella vaccination of newly delivered women: a comparison between three vaccines. Scand. J. Infect. Dis. 7: 169-172, 1975.

24. Wallace, R.B.; Isacson, P.: Comparative trial of HPV-77, DE-5 and RA 27/3 live-attenuated rubella vaccines, Am. J. Dis. Child. 124: 536-536, 1972.

25. Lalla, M.; Vesikari, T.; Virolainen, M.: Lymphoblast proliferation and humoral antibody response after rubella vaccination. Clin. Exp. Immunol. 15: 193-202, 1973.

26. LeBouvier, G.L.; Plotkin, S.A.: Precipitin responses to rubella vaccine RA 27/3. J. Infect. Dis. 123: 220-223, 1971.

27. Horstmann, D.M.: Rubella: The challenge of its control. J. Infect. Dis. 123: 640-654, 1971.

28. Ogra, P.L.; Kerr-Grant, D.; Umana, G.; Dzierba, J.; Weintraub, D.: Antibody response in serum and nasopharynx after naturally acquired and vaccine-induced infection with rubella virus. N. Engl. J. Med. 285: 1333-1339, 1971.

29. Plotkin, S.A.; Farquhar, J.D.; Ogra, P.L.: Immunologic properties of RA 27/3 rubella virus vaccine. J. Am. Med. Assoc. 225: 585-590, 1973.

30. Liebhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; Horstmann, D.M.: Vaccination with RA 27/3 rubella vaccine. Persistence of immunity and resistance to challenge after two years. Am. J. Dis. Child. 123: 133-136, 1972.

31. Farquhar, J.D.: Follow-up on rubella vaccinations and experience with subclinical reinfection. J. Pediatr. 81: 460-465, 1972.

32. Centers for Disease Control and Prevention. Recommended childhood immunization schedule — United States, January-June 1996. MMWR 44(51 & 52): 940-943, January 5, 1996.

33. Rubella Prevention: Recommendations of the Immunization Practices Advisory Committee (ACIP), MMWR 39(RR-15): 1-18, November 23, 1990.

34. Measles Prevention: Recommendations of the Immunization Practices Advisory Committee (ACIP), MMWR 38(S-9): 5-22, December 29, 1989.

35. Jong, E.C.: The Travel and Tropical Medicine Manual. W.B. Saunders Company, p. 12-16, 1987.

36. Committee on Immunization Council of Medical Societies, American College of Physicians, Phila., PA, Guide for Adult Immunization, First Edition, 1985.

37. Recommendations of the Immunization Practices Advisory Committee (ACIP). Mumps Prevention, MMWR 38(22): 388-400, June 9, 1989.

38. King, G.E.; Markowitz, L.E.; Patriarca, P.A.; et al. Clinical Efficacy of Measles Vaccine During the 1990 Measles Epidemic, Pediatr. Infect. Dis. J. 10(12): 883-888, December 1991.

39. Krasinski, K.; Borkowsky, W.: Measles and Measles Immunity in Children Infected With Human Immunodeficiency Virus, JAMA 261(17): 2512-2516, 1989.

CONFIDENTIAL

Merck-EDPA-00218

MRK-KRA00000249
MRK-CHA00000249

Appx16760

COMMENTS / SUPPORT

# CURRENT CIRCULAR SHOWING REVISIONS

9736302

## M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

40. Kelso, J.M.; Jones, R.T.; Yunginger, J.W.: Anaphylaxis to measles, mumps, and rubella vaccine mediated by IgE to gelatin. J. Allergy Clin. Immunol. 91: 867-872, 1993.

41. General Recommendations on Immunization. Recommendations of the Advisory Committee on Immunization Practices, MMWR 43(RR-1):1-38, January 28, 1994.

42. Center for Disease Control: Immunization of Children Infected with Human T-Lymphotropic Virus Type III/Lymphadenopathy-Associated Virus. Annals of Internal Medicine. 106: 75-78, 1987.

43. Krasinski, K.; Borkowsky, W.; Krugman, S.: Antibody following measles immunization in children infected with human T-cell lymphotropic virus-type III/lymphadenopathy associated virus (HTLV-III/LAV) [Abstract]. In: Program and abstracts of the International Conference on Acquired Immunodeficiency Syndrome, Paris, France, June 23-25, 1986.

44. Peter, G.; et al (eds): Report of the Committee on Infectious Diseases, Twenty-fourth Edition, American Academy of Pediatrics, 344-357, 1997.

45. Isaacs, D.; Menser, M.: Modern Vaccines. Measles, Mumps, Rubella, and Varicella, Lancet 335: 1384-1387, June 9, 1990.

46. Starr, S.; Berkovich, S.: The effect of measles, gamma globulin modified measles, and attenuated measles vaccine on the course of treated tuberculosis in children, Pediatrics 35: 97-102, January 1965.

47. Vaccine Adverse Event Reporting System — United States, MMWR 39(41): 730-733, October 19, 1990.

48. Rubella vaccination during pregnancy — United States, 1971-1981. MMWR 31(35): 477-481, September 10, 1982.

49. Losonsky, G.A.; Fishaut, J.M.; Strassener, J.; Ogra, P.L.: Effect of immunization against rubella on lactation products. II. Maternal-neonatal interactions, J. Infect. Dis. 145, 661-666, 1982.

50. Landes, R.D.; Bass, J.W.; Millunchick, E.W.; Oetgen, W.J.: Neonatal rubella following postpartum maternal immunization. J. Pediatr. 97: 465-467, 1980.

51. Lerman, S.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. 98, 668, 1981, (Letter)

52. Gershon, A.; et al: Live attenuated rubella virus vaccine comparison of responses to HPV-77-DE5 and RA 27/3 strains, Am. J. Med. Sci. 279(2): 95-97, 1980.

53. Weibel, R.E.; et al: Clinical and laboratory studies of live attenuated RA 27/3 and HPV-77-DE rubella virus vaccines, Proc. Soc. Exp. Biol. Med. 165: 44-49, 1980.

54. CDC. Important information about Measles, Mumps, and Rubella, and Measles, Mumps, and Rubella Vaccines. 1980, 1983.

55. CDC, Measles Surveillance, Report No. 11, p. 14, September 1982

56. Peltola, H.; et al: The elimination of indigenous measles, mumps, and rubella from Finland by a 12-year, two dose vaccination program. N. Engl. J. Med. 331: 1397-1402, 1994.

57. Eberhart-Phillips, J.E.; et al: Measles in pregnancy: a descriptive study of 58 cases. Obstetrics and Gynecology, 82(5):797-801, November 1993.

18

CONFIDENTIAL

Merck-EDPA-00219

MRK-KRA00000250
MRK-CHA00000250

Appx16761

## CURRENT CIRCULAR SHOWING REVISIONS

## COMMENTS / SUPPORT

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)

9739302

58. Jespersen, C.S.; et al: Measles as a cause of fetal defects: A retrospective study of ten measles epidemics in Greenland. Acta Paediatr Scand. 66: 367-372, May 1977.

59. Measles, Mumps, and Rubella — Vaccine Use and Strategies for Elimination of Measles, Rubella, and Congenital Rubella Syndrome and Control of Mumps: Recommendations of the Advisory Committee on Immunization Practices (ACIP), MMWR 47(RR-8): May 22, 1988.

60. Bitnum, A.; et al: Measles Inclusion Body Encephalitis Caused by the Vaccine Strain of Measles Virus. Clin. Infect. Dis. 29: 855-861, 1999.

61. Angel, J.B.; et al: Vaccine Associated Measles Pneumonitis in an Adult with AIDS. Annals of Internal Medicine. 129: 104-106, 1998.

Dist. by:

⬥ MERCK & CO., INC., Whitehouse Station, NJ 08889, USA

Issued February 2007
Printed in USA

19

CONFIDENTIAL

Merck-EDPA-00220

MRK-KRA00000251
MRK-CHA00000251

Appx16762


MERCK & CO., INC.
Whitehouse Station, NJ 08889, USA

973930X

## M-M-R® II
## (MEASLES, MUMPS, and
## RUBELLA VIRUS VACCINE LIVE)

### DESCRIPTION

M-M-R* II (Measles, Mumps, and Rubella Virus Vaccine Live) is a live virus vaccine for vaccination against measles (rubeola), mumps, and rubella (German measles).

M-M-R II is a sterile lyophilized preparation of (1) ATTENUVAX* (Measles Virus Vaccine Live), a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain and propagated in chick embryo cell culture; (2) MUMPSVAX* (Mumps Virus Vaccine Live), the Jeryl Lynn** (B level) strain of mumps virus propagated in chick embryo cell culture; and (3) MERUVAX* II (Rubella Virus Vaccine Live), the Wistar RA 27/3 strain of live attenuated rubella virus propagated in WI-38 human diploid lung fibroblasts.[1,2]

The growth medium for measles and mumps is Medium 199 (a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum) containing SPGA (sucrose, phosphate, glutamate, and recombinant human albumin) as stabilizer and neomycin.

The growth medium for rubella is Minimum Essential Medium (MEM) [a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum] containing recombinant human albumin and neomycin. Sorbitol and hydrolyzed gelatin stabilizer are added to the individual virus harvests.

The cells, virus pools, and fetal bovine serum are all screened for the absence of adventitious agents.

The reconstituted vaccine is for subcutaneous administration. Each 0.5 mL dose contains not less than 1,000 $TCID_{50}$ (tissue culture infectious doses) of measles virus; 12,500 $TCID_{50}$ of mumps virus; and 1,000 $TCID_{50}$ of rubella virus. Each dose of the vaccine is calculated to contain sorbitol (14.5 mg), sodium phosphate, sucrose (1.9 mg), sodium chloride, hydrolyzed gelatin (14.5 mg), recombinant human albumin (≤0.3 mg), fetal bovine serum (<1 ppm), other buffer and media ingredients and approximately 25 mcg of neomycin. The product contains no preservative.

Before reconstitution, the lyophilized vaccine is a light yellow compact crystalline plug. M-M-R II, when reconstituted as directed, is clear yellow.

### CLINICAL PHARMACOLOGY

Measles, mumps, and rubella are three common childhood diseases, caused by measles virus, mumps virus (paramyxoviruses), and rubella virus (togavirus), respectively, that may be associated with serious complications and/or death. For example, pneumonia and encephalitis are caused by measles. Mumps is associated with aseptic meningitis, deafness and orchitis; and rubella during pregnancy may cause congenital rubella syndrome in the infants of infected mothers.

The impact of measles, mumps, and rubella vaccination on the natural history of each disease in the United States can be quantified by comparing the maximum number of measles, mumps, and rubella cases reported in a given year prior to vaccine use to the number of cases of each disease reported in 1995. For measles, 894,134 cases reported in 1941 compared to 288 cases reported in 1995 resulted in a 99.97% decrease in reported cases; for mumps, 152,209 cases reported in 1968 compared to 840 cases reported in 1995 resulted in a 99.45% decrease in reported cases; and for rubella, 57,686 cases reported in 1969 compared to 200 cases reported in 1995 resulted in a 99.65% decrease.[3]

Clinical studies of 284 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated. In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95%, mumps neutralizing

---

* Registered trademark of MERCK & CO., Inc.
  COPYRIGHT © 2004 MERCK & CO. Inc.
  All rights reserved
** Trademark of MERCK & CO., Inc.

1

CONFIDENTIAL

Merck-EDPA-00221

MRK-KRA00000252
MRK-CHA00000252

Appx16763

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                    973930X

antibodies in 96%, and rubella HI antibodies in 99% of susceptible persons. However, a small percentage (1-5%) of vaccinees may fail to seroconvert after the primary dose (see also INDICATIONS AND USAGE, *Recommended Vaccination Schedule*).

A study[4] of 6-month-old and 15-month-old infants born to vaccine-immunized mothers demonstrated that, following vaccination with ATTENUVAX, 74% of the 6-month-old infants developed detectable neutralizing antibody (NT) titers while 100% of the 15-month-old infants developed NT. This rate of seroconversion is higher than that previously reported for 6-month-old infants born to naturally immune mothers tested by HI assay. When the 6-month-old infants of immunized mothers were revaccinated at 15 months, they developed antibody titers equivalent to the 15-month-old vaccinees. The lower seroconversion rate in 6-month-olds has two possible explanations: 1) Due to the limit of the detection level of the assays (NT and enzyme immunoassay [EIA]), the presence of trace amounts of undetectable maternal antibody might interfere with the seroconversion of infants; or 2) The immune system of 6-month-olds is not always capable of mounting a response to measles vaccine as measured by the two antibody assays.

There is some evidence to suggest that infants who are born to mothers who had wild-type measles and who are vaccinated at less than one year of age may not develop sustained antibody levels when later revaccinated. The advantage of early protection must be weighed against the chance for failure to respond adequately on reimmunization.[5,6]

Efficacy of measles, mumps, and rubella vaccines was established in a series of double-blind controlled field trials which demonstrated a high degree of protective efficacy afforded by the individual vaccine components.[7-12] These studies also established that seroconversion in response to vaccination against measles, mumps, and rubella paralleled protection from these diseases.[13-15]

Following vaccination, antibodies associated with protection can be measured by neutralization assays, HI, or ELISA (enzyme linked immunosorbent assay) tests. Neutralizing and ELISA antibodies to measles, mumps, and rubella viruses are still detectable in most individuals 11 to 13 years after primary vaccination.[16-18] See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing.

The RA 27/3 rubella strain in M-M-R II elicits higher immediate post-vaccination HI, complement-fixing and neutralizing antibody levels than other strains of rubella vaccine[19-25] and has been shown to induce a broader profile of circulating antibodies including anti-theta and anti-iota precipitating antibodies.[26,27] The RA 27/3 rubella strain immunologically simulates natural infection more closely than other rubella vaccine viruses.[27-29] The increased levels and broader profile of antibodies produced by RA 27/3 strain rubella virus vaccine appear to correlate with greater resistance to subclinical reinfection with the wild virus,[27,29-31] and provide greater confidence for lasting immunity.

## INDICATIONS AND USAGE

*Recommended Vaccination Schedule*

M-M-R II is indicated for simultaneous vaccination against measles, mumps, and rubella in individuals 12 months of age or older.

Individuals first vaccinated at 12 months of age or older should be revaccinated prior to elementary school entry. Revaccination is intended to seroconvert those who do not respond to the first dose. The Advisory Committee on Immunization Practices (ACIP) recommends administration of the first dose of M-M-R II at 12 to 15 months of age and administration of the second dose of M-M-R II at 4 to 6 years of age.[69] In addition, some public health jurisdictions mandate the age for revaccination. Consult the complete text of applicable guidelines regarding routine revaccination including that of high-risk adult populations.

*Measles Outbreak Schedule*

*Infants Between 6 to 12 Months of Age*

Local health authorities may recommend measles vaccination of infants between 6 to 12 months of age in outbreak situations. This population may fail to respond to the components of the vaccine. Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established. The younger the infant, the lower the likelihood of seroconversion (see CLINICAL

2

CONFIDENTIAL

Merck-EDPA-00222

MRK-KRA00000253
MRK-CHA00000253

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    973930X

PHARMACOLOGY). Such infants should receive a second dose of M-M-R II between 12 to 15 months of age followed by revaccination at elementary school entry.[59]

Unnecessary doses of a vaccine are best avoided by ensuring that written documentation of vaccination is preserved and a copy given to each vaccinee's parent or guardian.

*Other Vaccination Considerations*

*Non-Pregnant Adolescent and Adult Females*

Immunization of susceptible non-pregnant adolescent and adult females of childbearing age with live attenuated rubella virus vaccine is indicated if certain precautions are observed (see below and PRECAUTIONS). Vaccinating susceptible postpubertal females confers individual protection against subsequently acquiring rubella infection during pregnancy, which in turn prevents infection of the fetus and consequent congenital rubella injury.[33]

Women of childbearing age should be advised not to become pregnant for 3 months after vaccination and should be informed of the reasons for this precaution.

The ACIP has stated "If it is practical and if reliable laboratory services are available, women of childbearing age who are potential candidates for vaccination can have serologic tests to determine susceptibility to rubella. However, with the exception of premarital and prenatal screening, routinely performing serologic tests for all women of childbearing age to determine susceptibility (so that vaccine is given only to proven susceptible women) can be effective but is expensive. Also, 2 visits to the health-care provider would be necessary — one for screening and one for vaccination. Accordingly, rubella vaccination of a woman who is not known to be pregnant and has no history of vaccination is justifiable without serologic testing — and may be preferable, particularly when costs of serology are high and follow-up of identified susceptible women for vaccination is not assured."[33]

Postpubertal females should be informed of the frequent occurrence of generally self-limited arthralgia and/or arthritis beginning 2 to 4 weeks after vaccination (see ADVERSE REACTIONS).

*Postpartum Women*

It has been found convenient in many instances to vaccinate rubella-susceptible women in the immediate postpartum period (see PRECAUTIONS, *Nursing Mothers*).

*Other Populations*

Previously unvaccinated children older than 12 months who are in contact with susceptible pregnant women should receive live attenuated rubella vaccine (such as that contained in monovalent rubella vaccine or in M-M-R II) to reduce the risk of exposure of the pregnant woman.

Individuals planning travel outside the United States, if not immune, can acquire measles, mumps, or rubella and import these diseases into the United States. Therefore, prior to international travel, individuals known to be susceptible to one or more of these diseases can either receive the indicated monovalent vaccine (measles, mumps, or rubella), or a combination vaccine as appropriate. However, M-M-R II is preferred for persons likely to be susceptible to mumps and rubella; and if monovalent measles vaccine is not readily available, travelers should receive M-M-R II regardless of their immune status to mumps or rubella.[34-36]

Vaccination is recommended for susceptible individuals in high-risk groups such as college students, health-care workers, and military personnel.[33,34,37]

According to ACIP recommendations, most persons born in 1956 or earlier are likely to have been infected with measles naturally and generally need not be considered susceptible. All children, adolescents, and adults born after 1956 are considered susceptible and should be vaccinated, if there are no contraindications. This includes persons who may be immune to measles but who lack adequate documentation of immunity such as: (1) physician-diagnosed measles, (2) laboratory evidence of measles immunity, or (3) adequate immunization with live measles vaccine on or after the first birthday.[34]

The ACIP recommends that "Persons vaccinated with inactivated vaccine followed within 3 months by live vaccine should be revaccinated with two doses of live vaccine. Revaccination is particularly important when the risk of exposure to wild-type measles virus is increased, as may occur during international travel."[34]

*Post-Exposure Vaccination*

Vaccination of individuals exposed to wild-type measles may provide some protection if the vaccine can be administered within 72 hours of exposure. If, however, vaccine is given a few days before

3

CONFIDENTIAL

Merck-EDPA-00223

MRK-KRA00000254
MRK-CHA00000254

Appx16765

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                          973930X

exposure, substantial protection may be afforded.[34],[38],[39] There is no conclusive evidence that vaccination of individuals recently exposed to wild-type mumps or wild-type rubella will provide protection.[33],[37]

*Use With Other Vaccines*
     See DOSAGE AND ADMINISTRATION, *Use With Other Vaccines.*

**CONTRAINDICATIONS**

     Hypersensitivity to any component of the vaccine, including gelatin.[40]
     Do not give M-M-R II to pregnant females; the possible effects of the vaccine on fetal development are unknown at this time. If vaccination of postpubertal females is undertaken, pregnancy should be avoided for three months following vaccination (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females* and PRECAUTIONS, *Pregnancy*).
     Anaphylactic or anaphylactoid reactions to neomycin (each dose of reconstituted vaccine contains approximately 25 mcg of neomycin).
     Febrile respiratory illness or other active febrile infection. However, the ACIP has recommended that all vaccines can be administered to persons with minor illnesses such as diarrhea, mild upper respiratory infection with or without low-grade fever, or other low-grade febrile illness.[41]
     Patients receiving immunosuppressive therapy. This contraindication does not apply to patients who are receiving corticosteroids as replacement therapy, e.g., for Addison's disease.
     Individuals with blood dyscrasias, leukemia, lymphomas of any type, or other malignant neoplasms affecting the bone marrow or lymphatic systems.
     Primary and acquired immunodeficiency states, including patients who are immunosuppressed in association with AIDS or other clinical manifestations of infection with human immunodeficiency viruses;[41]–[43] cellular immune deficiencies; and hypogammaglobulinemic and dysgammaglobulinemic states. Measles inclusion body encephalitis[60] (MIBE), pneumonitis[61] and death as a direct consequence of disseminated measles vaccine virus infection have been reported in immunocompromised individuals inadvertently vaccinated with measles-containing vaccine.
     Individuals with a family history of congenital or hereditary immunodeficiency, until the immune competence of the potential vaccine recipient is demonstrated.

**WARNINGS**

     Due caution should be employed in administration of M-M-R II to persons with a history of cerebral injury, individual or family histories of convulsions, or any other condition in which stress due to fever should be avoided. The physician should be alert to the temperature elevation which may occur following vaccination (see ADVERSE REACTIONS).
*Hypersensitivity to Eggs*
     Live measles vaccine and live mumps vaccine are produced in chick embryo cell culture. Persons with a history of anaphylactic, anaphylactoid, or other immediate reactions (e.g., hives, swelling of the mouth and throat, difficulty breathing, hypotension, or shock) subsequent to egg ingestion may be at an enhanced risk of immediate-type hypersensitivity reactions after receiving vaccines containing traces of chick embryo antigen. The potential risk to benefit ratio should be carefully evaluated before considering vaccination in such cases. Such individuals may be vaccinated with extreme caution, having adequate treatment on hand should a reaction occur (see PRECAUTIONS).[45]
     However, the AAP has stated, "Most children with a history of anaphylactic reactions to eggs have no untoward reactions to measles or MMR vaccine. Persons are not at increased risk if they have egg allergies that are not anaphylactic, and they should be vaccinated in the usual manner. In addition, skin testing of egg-allergic children with vaccine has not been predictive of which children will have an immediate hypersensitivity reaction...Persons with allergies to chickens or chicken feathers are not at increased risk of reaction to the vaccine."[44]
*Hypersensitivity to Neomycin*
     The AAP states, "Persons who have experienced anaphylactic reactions to topically or systemically administered neomycin should not receive measles vaccine. Most often, however, neomycin allergy manifests as a contact dermatitis, which is a delayed-type (cell-mediated) immune response rather than

4

CONFIDENTIAL                                                          Merck-EDPA-00224

MRK-KRA00000255
MRK-CHA00000255

Appx16766

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    973930X

anaphylaxis. In such persons, an adverse reaction to neomycin in the vaccine would be an erythematous, pruritic nodule or papule, 48 to 96 hours after vaccination. A history of contact dermatitis to neomycin is not a contraindication to receiving measles vaccine."[44]

*Thrombocytopenia*

Individuals with current thrombocytopenia may develop more severe thrombocytopenia following vaccination. In addition, individuals who experienced thrombocytopenia with the first dose of M-M-R II (or its component vaccines) may develop thrombocytopenia with repeat doses. Serologic status may be evaluated to determine whether or not additional doses of vaccine are needed. The potential risk to benefit ratio should be carefully evaluated before considering vaccination in such cases (see ADVERSE REACTIONS).

## PRECAUTIONS

*General*

Adequate treatment provisions including epinephrine injection (1:1000), should be available for immediate use should an anaphylactic or anaphylactoid reaction occur.

Special care should be taken to ensure that the injection does not enter a blood vessel.

Children and young adults who are known to be infected with human immunodeficiency viruses and are not immunosuppressed may be vaccinated. However, vaccinees who are infected with HIV should be monitored closely for vaccine-preventable diseases because immunization may be less effective than for uninfected persons (see CONTRAINDICATIONS).[42,43]

Vaccination should be deferred for 3 months or longer following blood or plasma transfusions, or administration of immune globulin (human).[44]

Excretion of small amounts of the live attenuated rubella virus from the nose or throat has occurred in the majority of susceptible individuals 7 to 28 days after vaccination. There is no confirmed evidence to indicate that such virus is transmitted to susceptible persons who are in contact with the vaccinated individuals. Consequently, transmission through close personal contact, while accepted as a theoretical possibility, is not regarded as a significant risk.[33] However, transmission of the rubella vaccine virus to infants via breast milk has been documented (see *Nursing Mothers*).

There are no reports of transmission of live attenuated measles or mumps viruses from vaccinees to susceptible contacts.

It has been reported that live attenuated measles, mumps and rubella virus vaccines given individually may result in a temporary depression of tuberculin skin sensitivity. Therefore, if a tuberculin test is to be done, it should be administered either before or simultaneously with M-M-R II.

Children under treatment for tuberculosis have not experienced exacerbation of the disease when immunized with live measles virus vaccine;[46] no studies have been reported to date of the effect of measles virus vaccines on untreated tuberculous children. However, individuals with active untreated tuberculosis should not be vaccinated.

As for any vaccine, vaccination with M-M-R II may not result in protection in 100% of vaccinees.

The health-care provider should determine the current health status and previous vaccination history of the vaccinee.

The health-care provider should question the patient, parent, or guardian about reactions to a previous dose of M-M-R II or other measles-, mumps-, or rubella-containing vaccines.

*Information for Patients*

The health-care provider should provide the vaccine information required to be given with each vaccination to the patient, parent, or guardian.

The health-care provider should inform the patient, parent, or guardian of the benefits and risks associated with vaccination. For risks associated with vaccination see WARNINGS, PRECAUTIONS, ADVERSE REACTIONS.

Patients, parents, or guardians should be instructed to report any serious adverse reactions to their health-care provider who in turn should report such events to the U.S. Department of Health and Human Services through the Vaccine Adverse Event Reporting System (VAERS), 1-800-822-7967.[47]

5

CONFIDENTIAL

Merck-EDPA-00225

MRK-KRA00000256
MRK-CHA00000256

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                        973930X

Pregnancy should be avoided for 3 months following vaccination, and patients should be informed of the reasons for this precaution (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females*, CONTRAINDICATIONS, and PRECAUTIONS, *Pregnancy*).

*Laboratory Tests*

See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing, and CLINICAL PHARMACOLOGY.

*Drug Interactions*

See DOSAGE AND ADMINISTRATION, *Use With Other Vaccines*.

*Immunosuppressive Therapy*

The immune status of patients about to undergo immunosuppressive therapy should be evaluated so that the physician can consider whether vaccination prior to the initiation of treatment is indicated (see CONTRAINDICATIONS and PRECAUTIONS).

The ACIP has stated that "patients with leukemia in remission who have not received chemotherapy for at least 3 months may receive live virus vaccines. Short-term (<2 weeks), low- to moderate-dose systemic corticosteroid therapy, topical steroid therapy (e.g. nasal, skin), long-term alternate-day treatment with low to moderate doses of short-acting systemic steroid, and intra-articular, bursal, or tendon injection of corticosteroids are not immunosuppressive in their usual doses and do not contraindicate the administration of [measles, mumps, or rubella vaccine]."[33,34,37]

*Immune Globulin*

Administration of immune globulins concurrently with M-M-R II may interfere with the expected immune response.[33,34,44]

See also PRECAUTIONS, *General*.

*Carcinogenesis, Mutagenesis, Impairment of Fertility*

M-M-R II has not been evaluated for carcinogenic or mutagenic potential, or potential to impair fertility.

*Pregnancy*

*Pregnancy Category C*

Animal reproduction studies have not been conducted with M-M-R II. It is also not known whether M-M-R II can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Therefore, the vaccine should not be administered to pregnant females; furthermore, pregnancy should be avoided for 3 months following vaccination (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females* and CONTRAINDICATIONS).

In counseling women who are inadvertently vaccinated when pregnant or who become pregnant within 3 months of vaccination, the physician should be aware of the following: (1) In a 10-year survey involving over 700 pregnant women who received rubella vaccine within 3 months before or after conception (of whom 189 received the Wistar RA 27/3 strain), none of the newborns had abnormalities compatible with congenital rubella syndrome;[48] (2) Mumps infection during the first trimester of pregnancy may increase the rate of spontaneous abortion. Although mumps vaccine virus has been shown to infect the placenta and fetus, there is no evidence that it causes congenital malformations in humans;[37] and (3) Reports have indicated that contracting wild-type measles during pregnancy enhances fetal risk. Increased rates of spontaneous abortion, stillbirth, congenital defects and prematurity have been observed subsequent to infection with wild-type measles during pregnancy.[57,58] There are no adequate studies of the attenuated (vaccine) strain of measles virus in pregnancy. However, it would be prudent to assume that the vaccine strain of virus is also capable of inducing adverse fetal effects.

*Nursing Mothers*

It is not known whether measles or mumps vaccine virus is secreted in human milk. Recent studies have shown that lactating postpartum women immunized with live attenuated rubella vaccine may secrete the virus in breast milk and transmit it to breast-fed infants.[49] In the infants with serological evidence of rubella infection, none exhibited severe disease; however, one exhibited mild clinical illness typical of acquired rubella.[50,51] Caution should be exercised when M-M-R II is administered to a nursing woman.

*Pediatric Use*

Safety and effectiveness of measles vaccine in infants below the age of 6 months have not been established (see also CLINICAL PHARMACOLOGY). Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established.

6

CONFIDENTIAL

Merck-EDPA-00226

MRK-KRA00000257
MRK-CHA00000257

Appx16768

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                973930X

*Geriatric Use*

Clinical studies of M-M-R II did not include sufficient numbers of seronegative subjects aged 65 and over to determine whether they respond differently than younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger subjects.

## ADVERSE REACTIONS

The following adverse reactions are listed in decreasing order of severity, without regard to causality, within each body system category and have been reported during clinical trials, with use of the marketed vaccine, or with use of monovalent or bivalent vaccine containing measles, mumps, or rubella:

*Body as a Whole*

Panniculitis; atypical measles; fever; syncope; headache; dizziness; malaise; irritability.

*Cardiovascular System*

Vasculitis.

*Digestive System*

Pancreatitis; diarrhea; vomiting; parotitis; nausea.

*Endocrine System*

Diabetes mellitus.

*Hemic and Lymphatic System*

Thrombocytopenia (see WARNINGS, *Thrombocytopenia*); purpura; regional lymphadenopathy; leukocytosis.

*Immune System*

Anaphylaxis and anaphylactoid reactions have been reported as well as related phenomena such as angioneurotic edema (including peripheral or facial edema) and bronchial spasm in individuals with or without an allergic history.

*Musculoskeletal System*

Arthritis; arthralgia; myalgia.

Arthralgia and/or arthritis (usually transient and rarely chronic), and polyneuritis are features of infection with wild-type rubella and vary in frequency and severity with age and sex, being greatest in adult females and least in prepubertal children. This type of involvement as well as myalgia and paresthesia, have also been reported following administration of MERUVAX II.

Chronic arthritis has been associated with wild-type rubella infection and has been related to persistent virus and/or viral antigen isolated from body tissues. Only rarely have vaccine recipients developed chronic joint symptoms.

Following vaccination in children, reactions in joints are uncommon and generally of brief duration. In women, incidence rates for arthritis and arthralgia are generally higher than those seen in children (children: 0-3%; women: 12-26%),[17,52,53] and the reactions tend to be more marked and of longer duration. Symptoms may persist for a matter of months or on rare occasions for years. In adolescent girls, the reactions appear to be intermediate in incidence between those seen in children and in adult women. Even in women older than 35 years, these reactions are generally well tolerated and rarely interfere with normal activities.

*Nervous System*

Encephalitis; encephalopathy; measles inclusion body encephalitis (MIBE) (see CONTRAINDICATIONS); subacute sclerosing panencephalitis (SSPE); Guillain-Barré Syndrome (GBS); febrile convulsions; afebrile convulsions or seizures; ataxia; polyneuritis; polyneuropathy; ocular palsies; paresthesia.

Experience from more than 80 million doses of all live measles vaccines given in the U.S. through 1975 indicates that significant central nervous system reactions such as encephalitis and encephalopathy, occurring within 30 days after vaccination, have been temporally associated with measles vaccine very rarely.[54] In no case has it been shown that reactions were actually caused by vaccine. The Centers for Disease Control and Prevention has pointed out that "a certain number of cases of encephalitis may be expected to occur in a large childhood population in a defined period of time even when no vaccines are administered". However, the data suggest the possibility that some of these cases may have been caused by measles vaccines. The risk of such serious neurological disorders following live measles virus vaccine

7

CONFIDENTIAL

Merck-EDPA-00227

MRK-KRA00000258
MRK-CHA00000258

Appx16769

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                              973930X

administration remains far less than that for encephalitis and encephalopathy with wild-type measles (one per two thousand reported cases).

Post-marketing surveillance of the more than 200 million doses of M-M-R and M-M-R II that have been distributed worldwide over 25 years (1971 to 1996) indicates that serious adverse events such as encephalitis and encephalopathy continue to be rarely reported.[17]

There have been reports of subacute sclerosing panencephalitis (SSPE) in children who did not have a history of infection with wild-type measles but did receive measles vaccine. Some of these cases may have resulted from unrecognized measles in the first year of life or possibly from the measles vaccination. Based on estimated nationwide measles vaccine distribution, the association of SSPE cases to measles vaccination is about one case per million vaccine doses distributed. This is far less than the association with infection with wild-type measles, 6-22 cases of SSPE per million cases of measles. The results of a retrospective case-controlled study conducted by the Centers for Disease Control and Prevention suggest that the overall effect of measles vaccine has been to protect against SSPE by preventing measles with its inherent higher risk of SSPE.[55]

Cases of aseptic meningitis have been reported to VAERS following measles, mumps, and rubella vaccination. Although a causal relationship between the Urabe strain of mumps vaccine and aseptic meningitis has been shown, there is no evidence to link Jeryl Lynn™ mumps vaccine to aseptic meningitis.

*Respiratory System*

Pneumonia, pneumonitis (see CONTRAINDICATIONS); sore throat; cough; rhinitis.

*Skin*

Stevens-Johnson syndrome; erythema multiforme; urticaria; rash; measles-like rash; pruritis.

Local reactions including burning/stinging at injection site; wheal and flare; redness (erythema); swelling; induration; tenderness; vesiculation at injection site.

*Special Senses — Ear*

Nerve deafness; otitis media.

*Special Senses — Eye*

Retinitis; optic neuritis; papillitis; retrobulbar neuritis; conjunctivitis.

*Urogenital System*

Orchitis.

*Other*

Death from various, and in some cases unknown, causes has been reported rarely following vaccination with measles, mumps, and rubella vaccines; however, a causal relationship has not been established in healthy individuals (see CONTRAINDICATIONS). No deaths or permanent sequelae were reported in a published post-marketing surveillance study in Finland involving 1.5 million children and adults who were vaccinated with M-M-R II during 1982 to 1993.[56]

Under the National Childhood Vaccine Injury Act of 1986, health-care providers and manufacturers are required to record and report certain suspected adverse events occurring within specific time periods after vaccination. However, the U.S. Department of Health and Human Services (DHHS) has established a Vaccine Adverse Event Reporting System (VAERS) which will accept all reports of suspected events.[47] A VAERS report form as well as information regarding reporting requirements can be obtained by calling VAERS 1-800-822-7967.

## DOSAGE AND ADMINISTRATION

*FOR SUBCUTANEOUS ADMINISTRATION*

*Do not inject intravascularly.*

The dose for any age is 0.5 mL administered subcutaneously, preferably into the outer aspect of the upper arm.

The recommended age for primary vaccination is 12 to 15 months.

Revaccination with M-M-R II is recommended prior to elementary school entry. See also INDICATIONS AND USAGE, *Recommended Vaccination Schedule.*

8

CONFIDENTIAL

MRK-KRA00000259
MRK-CHA00000259

Appx16770

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    973930X

Children first vaccinated when younger than 12 months of age should receive another dose between 12 to 15 months of age followed by revaccination prior to elementary school entry.[59] See also INDICATIONS AND USAGE, *Measles Outbreak Schedule.*

Immune Globulin (IG) is not to be given concurrently with M-M-R II (see PRECAUTIONS, *General* and PRECAUTIONS, *Drug Interactions*).

CAUTION: A sterile syringe free of preservatives, antiseptics, and detergents should be used for each injection and/or reconstitution of the vaccine because these substances may inactivate the live virus vaccine. A 25 gauge, 5/8" needle is recommended.

To reconstitute, use only the diluent supplied, since it is free of preservatives or other antiviral substances which might inactivate the vaccine.

*Single Dose Vial* — First withdraw the entire volume of diluent into the syringe to be used for reconstitution. Inject all the diluent in the syringe into the vial of lyophilized vaccine, and agitate to mix thoroughly. If the lyophilized vaccine cannot be dissolved, discard. Withdraw the entire contents into a syringe and inject the total volume of restored vaccine subcutaneously.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

*10 Dose Vial (available only to government agencies/institutions)* — Withdraw the entire contents (7 mL) of the diluent vial into the sterile syringe to be used for reconstitution, and introduce into the 10 dose vial of lyophilized vaccine. Agitate to ensure thorough mixing. If the lyophilized vaccine cannot be dissolved, discard. The outer labeling suggests "For Jet Injector or Syringe Use." Use with separate sterile syringes is permitted for containers of 10 doses or less. The vaccine and diluent do not contain preservatives; therefore, the user must recognize the potential contamination hazards and exercise special precautions to protect the sterility and potency of the product. The use of aseptic techniques and proper storage prior to and after restoration of the vaccine and subsequent withdrawal of the individual doses is essential. Use 0.5 mL of the reconstituted vaccine for subcutaneous injection.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit. M-M-R II, when reconstituted, is clear yellow.

*Use With Other Vaccines*

M-M-R II should be given one month before or after administration of other live viral vaccines.

M-M-R II has been administered concurrently with VARIVAX® [Varicella Virus Vaccine Live (Oka/Merck)], and PedvaxHIB® [*Haemophilus b* Conjugate Vaccine (Meningococcal Protein Conjugate)] using separate injection sites and syringes. No impairment of immune response to individually tested vaccine antigens was demonstrated. The type, frequency, and severity of adverse experiences observed with M-M-R II were similar to those seen when each vaccine was given alone.

Routine administration of DTP (diphtheria, tetanus, pertussis) and/or OPV (oral poliovirus vaccine) concurrently with measles, mumps and rubella vaccines is not recommended because there are limited data relating to the simultaneous administration of these antigens.

However, other schedules have been used. The ACIP has stated "Although data are limited concerning the simultaneous administration of the entire recommended vaccine series (i.e., DTaP [or DTwP], IPV [or OPV], Hib with or without Hepatitis B vaccine, and varicella vaccine), data from numerous studies have indicated no interference between routinely recommended childhood vaccines (either live, attenuated, or killed). These findings support the simultaneous use of all vaccines as recommended."[32]

**HOW SUPPLIED**

No. 4681/4309 — M-M-R II is supplied as follows: (1) a box of 10 single-dose vials of lyophilized vaccine (package A), **NDC** 0006-4681-00; and (2) a box of 10 vials of diluent (package B). To conserve refrigerator space, the diluent may be stored separately at room temperature.

*Available only to government agencies/institutions:*

No. 4682X — M-M-R II is supplied as one 10 dose vial of lyophilized vaccine.

**NDC** 0006-4682-00, and one 7 mL vial of diluent.

9

CONFIDENTIAL                                                   Merck-EDPA-00229

MRK-KRA00000260
MRK-CHA00000260

**Appx16771**

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)　　　　　　　　973930X

*Storage*

During shipment, to ensure that there is no loss of potency, the vaccine must be maintained at a temperature of 10°C (50°F) or colder. Freezing during shipment will not affect potency of the vaccine.

Protect the vaccine from light at all times, since such exposure may inactivate the viruses.

Before reconstitution, store the vial of lyophilized vaccine at 2 to 8°C (36 to 46°F) or colder. The diluent may be stored in the refrigerator with the lyophilized vaccine or separately at room temperature. **Do not freeze the diluent.**

It is recommended that the vaccine be used as soon as possible after reconstitution. Store reconstituted vaccine in the vaccine vial in a dark place at 2 to 8°C (36 to 46°F) and discard if not used within 8 hours.

### REFERENCES

1. Plotkin, S.A.; Cornfeld, D.; Ingalls, T.H.: Studies of immunization with living rubella virus: Trials in children with a strain cultured from an aborted fetus, Am. J. Dis. Child. *110:* 381-389, 1965.

2. Plotkin, S.A.; Farquhar, J.; Katz, M.; Ingalls, T.H.: A new attenuated rubella virus grown in human fibroblasts: Evidence for reduced nasopharyngeal excretion, Am. J. Epidemiol. *86:* 468-477, 1967.

3. Monthly Immunization Table, MMWR *45*(1): 24-25, January 12, 1996.

4. Johnson, C.E.; et al: Measles Vaccine Immunogenicity in 6- Versus 15-Month-Old Infants Born to Mothers in the Measles Vaccine Era, Pediatrics, *93*(6): 939-943, 1994.

5. Linneman, C.C.; et al: Measles Immunity After Vaccination: Results in Children Vaccinated Before 10 Months of Age, Pediatrics, *69*(3): 332-335, March 1982.

6. Stetler, H.C.; et al: Impact of Revaccinating Children Who Initially Received Measles Vaccine Before 10 Months of Age, Pediatrics *77*(4): 471-476, April 1986.

7. Hilleman, M.R.; Buynak, E.B.; Weibel, R.E.; et al: Development and Evaluation of the Moraten Measles Virus Vaccine, JAMA *206*(3): 587-590, 1968.

8. Weibel, R.E.; Stokes, J.; Buynak, E.B.; et al: Live, Attenuated Mumps Virus Vaccine 3. Clinical and Serologic Aspects in a Field Evaluation, N. Engl. J. Med. *276:* 245-251, 1967.

9. Hilleman, M.R.; Weibel, R.E.; Buynak, E.B.; et al: Live, Attenuated Mumps Virus Vaccine 4. Protective Efficacy as Measured in a Field Evaluation, N. Engl. J. Med. *276:* 252-258, 1967.

10. Cutts, F.T.; Henderson, R.H.; Clements, C.J.; et al: Principles of measles control, Bull WHO *69*(1): 1-7, 1991.

11. Weibel, R.E.; Buynak, E.B.; Stokes, J.; et al: Evaluation Of Live Attenuated Mumps Virus Vaccine, Strain Jeryl Lynn, First International Conference on Vaccines Against Viral and Rickettsial Diseases of Man, World Health Organization, No. 147, May 1967.

12. Leibhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; et al: Vaccination With RA 27/3 Rubella Vaccine, Am. J. Dis. Child. *123:* 133-136, February 1972.

13. Rosen, L.: Hemagglutination and Hemagglutination-Inhibition with Measles Virus, Virology *13:* 139-141, January 1961.

14. Brown, G.C.; et al: Fluorescent-Antibody Marker for Vaccine-Induced Rubella Antibodies, Infection and Immunity *2*(4): 360-363, 1970.

15. Buynak, E.B.; et al: Live Attenuated Mumps Virus Vaccine 1. Vaccine Development, Proceedings of the Society for Experimental Biology and Medicine, *123:* 768-775, 1966.

16. Weibel, R.E.; Carlson, A.J.; Villarejos, V.M.; Buynak, E.B.; McLean, A.A.; Hilleman, M.R.: Clinical and Laboratory Studies of Combined Live Measles, Mumps, and Rubella Vaccines Using the RA 27/3 Rubella Virus, Proc. Soc. Exp. Biol. Med. *165:* 323-326, 1980.

17. Unpublished data from the files of Merck Research Laboratories.

18. Watson, J.C.; Pearson, J.S.; Erdman, D.D.; et al: An Evaluation of Measles Revaccination Among School-Entry Age Children, 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Abstract #268, 143, 1991.

19. Fogel, A.; Moshkowitz, A.; Rannon, L.; Gerichter, Ch.B.: Comparative trials of RA 27/3 and Cendehill rubella vaccines in adult and adolescent females, Am. J. Epidemiol. *93:* 392-393, 1971.

20. Andzhaparidze, O.G.; Desyatskova, R.G.; Chervonski, G.I.; Pryanichnikova, L.V.: Immunogenicity and reactogenicity of live attenuated rubella virus vaccines, Am. J. Epidemiol. *91:* 527-530, 1970.

10

CONFIDENTIAL

Merck-EDPA-00230

**MRK-KRA00000261**
**MRK-CHA00000261**

**Appx16772**

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                973930X

21. Freestone, D.S.; Reynolds, G.M.; McKinnon, J.A.; Prydie, J.: Vaccination of schoolgirls against rubella. Assessment of serological status and a comparative trial of Wistar RA 27/3 and Cendehill strain live attenuated rubella vaccines in 13-year-old schoolgirls in Dudley, Br. J. Prev. Soc. Med. 29: 258-261, 1975.

22. Grillner, L.; Hedstrom, C.E.; Bergstrom, H.; Forssman, L.; Rigner, A.; Lycke, E.: Vaccination against rubella of newly delivered women, Scand. J. Infect. Dis. 5: 237-241, 1973.

23. Grillner, L.: Neutralizing antibodies after rubella vaccination of newly delivered women: a comparison between three vaccines, Scand. J. Infect. Dis. 7: 169-172, 1975.

24. Wallace, R.B.; Isacson, P.: Comparative trial of HPV-77, DE-5 and RA 27/3 live-attenuated rubella vaccines, Am. J. Dis. Child. 124: 536-538, 1972.

25. Lalla, M.; Vesikari, T.; Virolainen, M.: Lymphoblast proliferation and humoral antibody response after rubella vaccination, Clin. Exp. Immunol. 15: 193-202, 1973.

26. LeBouvier, G.L.; Plotkin, S.A.: Precipitin responses to rubella vaccine RA 27/3, J. Infect. Dis. 123: 220-223, 1971.

27. Horstmann, D.M.: Rubella: The challenge of its control, J. Infect. Dis. 123: 640-654, 1971.

28. Ogra, P.L.; Kerr-Grant, D.; Umana, G.; Dzierba, J.; Weintraub, D.: Antibody response in serum and nasopharynx after naturally acquired and vaccine-induced infection with rubella virus, N. Engl. J. Med. 285: 1333-1339, 1971.

29. Plotkin, S.A.; Farquhar, J.D.; Ogra, P.L.: Immunologic properties of RA 27/3 rubella virus vaccine, J. Am. Med. Assoc. 225: 585-590, 1973.

30. Liebhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; Horstmann, D.M.: Vaccination with RA 27/3 rubella vaccine. Persistence of immunity and resistance to challenge after two years, Am. J. Dis. Child. 123: 133-136, 1972.

31. Farquhar, J.D.: Follow-up on rubella vaccinations and experience with subclinical reinfection, J. Pediatr. 81: 460-465, 1972.

32. Centers for Disease Control and Prevention. Recommended childhood immunization schedule — United States, January-June 1996, MMWR 44(51 & 52): 940-943, January 5, 1996.

33. Rubella Prevention: Recommendation of the Immunization Practices Advisory Committee (ACIP), MMWR 39(RR-15): 1-18, November 23, 1990.

34. Measles Prevention: Recommendations of the Immunization Practices Advisory Committee (ACIP), MMWR 38(S-9): 5-22, December 29, 1989.

35. Jong, E.C., The Travel and Tropical Medicine Manual, W.B. Saunders Company, p. 12-16, 1987.

36. Committee on Immunization Council of Medical Societies, American College of Physicians, Phila., PA, Guide for Adult Immunization, First Edition, 1985.

37. Recommendations of the Immunization Practices Advisory Committee (ACIP), Mumps Prevention, MMWR 38(22): 388-400, June 9, 1989.

38. King, G.E.; Markowitz, L.E.; Patriarca, P.A.; et al: Clinical Efficacy of Measles Vaccine During the 1990 Measles Epidemic, Pediatr. Infect. Dis. J. 10(12): 883-888, December 1991.

39. Krasinski, K.; Borkowsky, W.: Measles and Measles Immunity in Children Infected With Human Immunodeficiency Virus, JAMA 261(17): 2512-2516, 1989.

40. Kelso, J.M.; Jones, R.T.; Yunginger, J.W.: Anaphylaxis to measles, mumps, and rubella vaccine mediated by IgE to gelatin, J. Allergy Clin. Immunol. 91: 867-872, 1993.

41. General Recommendations on Immunization, Recommendations of the Advisory Committee on Immunization Practices, MMWR 43(RR-1): 1-38, January 28, 1994.

42. Center for Disease Control: Immunization of Children Infected with Human T-Lymphotropic Virus Type III/Lymphadenopathy-Associated Virus, Annals of Internal Medicine, 106: 75-78, 1987.

43. Krasinski, K.; Borkowsky, W.; Krugman, S.: Antibody following measles immunization in children infected with human T-cell lymphotropic virus-type III/lymphadenopathy associated virus (HTLV-III/LAV) [Abstract]. In: Program and abstracts of the International Conference on Acquired Immunodeficiency Syndrome, Paris, France, June 23-25, 1986.

44. Peter, G.; et al (eds): Report of the Committee on Infectious Diseases, Twenty-fourth Edition, American Academy of Pediatrics, 344-357, 1997.

45. Isaacs, D.; Menser, M.: Modern Vaccines, Measles, Mumps, Rubella, and Varicella, Lancet 335: 1384-1387, June 9, 1990.

46. Starr, S.; Berkovich, S.: The effect of measles, gamma globulin modified measles, and attenuated measles vaccine on the course of treated tuberculosis in children, Pediatrics 35: 97-102, January 1965.

11

CONFIDENTIAL                                                      Merck-EDPA-00231

MRK-KRA00000262
MRK-CHA00000262

Appx16773

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                                973930X

47. Vaccine Adverse Event Reporting System — United States, MMWR 39(41): 730-733, October 19, 1990.

48. Rubella vaccination during pregnancy — United States, 1971-1981. MMWR 31(35): 477-481, September 10, 1982.

49. Losonsky, G.A.; Fishaut, J.M.; Strussenber, J.; Ogra, P.L.: Effect of immunization against rubella on lactation products. II. Maternal-neonatal interactions, J. Infect. Dis. 145: 661-666, 1982.

50. Landes, R.D.; Bass, J.W.; Millunchick, E.W.; Oetgen, W.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. 97: 465-467, 1980.

51. Lerman, S.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. 98: 668, 1981. (Letter)

52. Gershon, A.; et al: Live attenuated rubella virus vaccine: comparison of responses to HPV-77-DE5 and RA 27/3 strains, Am. J. Med. Sci. 279(2): 95-97, 1980.

53. Weibel, R.E.; et al: Clinical and laboratory studies of live attenuated RA 27/3 and HPV-77-DE rubella virus vaccines, Proc. Soc. Exp. Biol. Med. 165: 44-49, 1980.

54. CDC. Important Information about Measles, Mumps, and Rubella, and Measles, Mumps, and Rubella Vaccines. 1980. 1983.

55. CDC, Measles Surveillance, Report No. 11, p. 14, September 1982

56. Peltola, H.; et al: The elimination of indigenous measles, mumps, and rubella from Finland by a 12-year, two dose vaccination program. N. Engl. J. Med. 331: 1397-1402, 1994.

57. Eberhart-Phillips, J.E.; et al: Measles in pregnancy: a descriptive study of 58 cases. Obstetrics and Gynecology, 82(5): 797-801, November 1993.

58. Jespersen, C.S.; et al: Measles as a cause of fetal defects: A retrospective study of ten measles epidemics in Greenland. Acta Paediar Scand. 66: 367-372, May 1977.

59. Measles, Mumps, and Rubella — Vaccine Use and Strategies for Elimination of Measles, Rubella, and Congenital Rubella Syndrome and Control of Mumps: Recommendations of the Advisory Committee on Immunization Practices (ACIP), MMWR 47(RR-8): May 22, 1998.

60. Bitnum, A.; et al: Measles Inclusion Body Encephalitis Caused by the Vaccine Strain of Measles Virus. Clin. Infect. Dis. 29: 855-861, 1999.

61. Angel, J.B.; et al: Vaccine Associated Measles Pneumonitis in an Adult with AIDS. Annals of Internal Medicine, 129: 104-106, 1998.

Dist. by:

● MERCK & CO., INC., Whitehouse Station, NJ 08889, USA

Issued,                                                                                              ┌─────────────────────────────┐
Printed in USA                                                                                      │ **Deleted:** February 2007 │
                                                                                                    └─────────────────────────────┘

12

CONFIDENTIAL                                                                    Merck-EDPA-00232

MRK-KRA00000263
MRK-CHA00000263

Appx16774



**MERCK & CO., INC.**
Whitehouse Station, NJ 08889, USA

973930X

## M-M-R® II
### (MEASLES, MUMPS, and RUBELLA VIRUS VACCINE LIVE)

### DESCRIPTION

M-M-R* II (Measles, Mumps, and Rubella Virus Vaccine Live) is a live virus vaccine for vaccination against measles (rubeola), mumps, and rubella (German measles).

M-M-R II is a sterile lyophilized preparation of (1) ATTENUVAX* (Measles Virus Vaccine Live), a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain and propagated in chick embryo cell culture; (2) MUMPSVAX* (Mumps Virus Vaccine Live), the Jeryl Lynn** (B level) strain of mumps virus propagated in chick embryo cell culture; and (3) MERUVAX* II (Rubella Virus Vaccine Live), the Wistar RA 27/3 strain of live attenuated rubella virus propagated in WI-38 human diploid lung fibroblasts.[1,2]

The growth medium for measles and mumps is Medium 199 (a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum) containing SPGA (sucrose, phosphate, glutamate, and recombinant human albumin) as stabilizer and neomycin.

The growth medium for rubella is Minimum Essential Medium (MEM) [a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum] containing recombinant human albumin and neomycin. Sorbitol and hydrolyzed gelatin stabilizer are added to the individual virus harvests.

The cells, virus pools, and fetal bovine serum are all screened for the absence of adventitious agents.

The reconstituted vaccine is for subcutaneous administration. Each 0.5 mL dose contains not less than 1,000 $TCID_{50}$ (tissue culture infectious doses) of measles virus; 12,500 $TCID_{50}$ of mumps virus; and 1,000 $TCID_{50}$ of rubella virus. Each dose of the vaccine is calculated to contain sorbitol (14.5 mg), sodium phosphate, sucrose (1.9 mg), sodium chloride, hydrolyzed gelatin (14.5 mg), recombinant human albumin (≤0.3 mg), fetal bovine serum (<1 ppm), other buffer and media ingredients and approximately 25 mcg of neomycin. The product contains no preservative.

Before reconstitution, the lyophilized vaccine is a light yellow compact crystalline plug. M-M-R II, when reconstituted as directed, is clear yellow.

### CLINICAL PHARMACOLOGY

Measles, mumps, and rubella are three common childhood diseases, caused by measles virus, mumps virus (paramyxoviruses), and rubella virus (togavirus), respectively, that may be associated with serious complications and/or death. For example, pneumonia and encephalitis are caused by measles. Mumps is associated with aseptic meningitis, deafness and orchitis; and rubella during pregnancy may cause congenital rubella syndrome in the infants of infected mothers.

The impact of measles, mumps, and rubella vaccination on the natural history of each disease in the United States can be quantified by comparing the maximum number of measles, mumps, and rubella cases reported in a given year prior to vaccine use to the number of cases of each disease reported in 1995. For measles, 894,134 cases reported in 1941 compared to 288 cases reported in 1995 resulted in a 99.97% decrease in reported cases; for mumps, 152,209 cases reported in 1968 compared to 840 cases reported in 1995 resulted in a 99.45% decrease in reported cases; and for rubella, 57,686 cases reported in 1969 compared to 200 cases reported in 1995 resulted in a 99.65% decrease.[3]

Clinical studies of 284 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated. In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95%, mumps neutralizing

---

\* Registered trademark of MERCK & CO., Inc.
  COPYRIGHT © 2004 MERCK & CO., Inc.
  All rights reserved
\*\* Trademark of MERCK & CO., Inc.

1

CONFIDENTIAL

Merck-EDPA-00233

MRK-KRA00000264
MRK-CHA00000264

Appx16775

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)    973930X

antibodies in 96%, and rubella HI antibodies in 99% of susceptible persons. However, a small percentage (1-5%) of vaccinees may fail to seroconvert after the primary dose (see also INDICATIONS AND USAGE, *Recommended Vaccination Schedule*).

A study[4] of 6-month-old and 15-month-old infants born to vaccine-immunized mothers demonstrated that, following vaccination with ATTENUVAX, 74% of the 6-month-old infants developed detectable neutralizing antibody (NT) titers while 100% of the 15-month-old infants developed NT. This rate of seroconversion is higher than that previously reported for 6-month-old infants born to naturally immune mothers tested by HI assay. When the 6-month-old infants of immunized mothers were revaccinated at 15 months, they developed antibody titers equivalent to the 15-month-old vaccinees. The lower seroconversion rate in 6-month-olds has two possible explanations: 1) Due to the limit of the detection level of the assays (NT and enzyme immunoassay [EIA]), the presence of trace amounts of undetectable maternal antibody might interfere with the seroconversion of infants; or 2) The immune system of 6-month-olds is not always capable of mounting a response to measles vaccine as measured by the two antibody assays.

There is some evidence to suggest that infants who are born to mothers who had wild-type measles and who are vaccinated at less than one year of age may not develop sustained antibody levels when later revaccinated. The advantage of early protection must be weighed against the chance for failure to respond adequately on reimmunization.[5,6]

Efficacy of measles, mumps, and rubella vaccines was established in a series of double-blind controlled field trials which demonstrated a high degree of protective efficacy afforded by the individual vaccine components.[7-12] These studies also established that seroconversion in response to vaccination against measles, mumps, and rubella paralleled protection from these diseases.[13-15]

Following vaccination, antibodies associated with protection can be measured by neutralization assays, HI, or ELISA (enzyme linked immunosorbent assay) tests. Neutralizing and ELISA antibodies to measles, mumps, and rubella viruses are still detectable in most individuals 11 to 13 years after primary vaccination.[16-18] See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing.

The RA 27/3 rubella strain in M-M-R II elicits higher immediate post-vaccination HI, complement-fixing and neutralizing antibody levels than other strains of rubella vaccine[19-25] and has been shown to induce a broader profile of circulating antibodies including anti-theta and anti-iota precipitating antibodies.[26,27] The RA 27/3 rubella strain immunologically simulates natural infection more closely than other rubella vaccine viruses.[27-29] The increased levels and broader profile of antibodies produced by RA 27/3 strain rubella virus vaccine appear to correlate with greater resistance to subclinical reinfection with the wild virus,[27,29-31] and provide greater confidence for lasting immunity.

## INDICATIONS AND USAGE

*Recommended Vaccination Schedule*

M-M-R II is indicated for simultaneous vaccination against measles, mumps, and rubella in individuals 12 months of age or older.

Individuals first vaccinated at 12 months of age or older should be revaccinated prior to elementary school entry. Revaccination is intended to seroconvert those who do not respond to the first dose. The Advisory Committee on Immunization Practices (ACIP) recommends administration of the first dose of M-M-R II at 12 to 15 months of age and administration of the second dose of M-M-R II at 4 to 6 years of age.[59] In addition, some public health jurisdictions mandate the age for revaccination. Consult the complete text of applicable guidelines regarding routine revaccination including that of high-risk adult populations.

*Measles Outbreak Schedule*

*Infants Between 6 to 12 Months of Age*

Local health authorities may recommend measles vaccination of infants between 6 to 12 months of age in outbreak situations. This population may fail to respond to the components of the vaccine. Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established. The younger the infant, the lower the likelihood of seroconversion (see CLINICAL

2

CONFIDENTIAL

Merck-EDPA-00234

PHARMACOLOGY). Such infants should receive a second dose of M-M-R II between 12 to 15 months of age followed by revaccination at elementary school entry.[59]

Unnecessary doses of a vaccine are best avoided by ensuring that written documentation of vaccination is preserved and a copy given to each vaccinee's parent or guardian.

*Other Vaccination Considerations*

*Non-Pregnant Adolescent and Adult Females*

Immunization of susceptible non-pregnant adolescent and adult females of childbearing age with live attenuated rubella virus vaccine is indicated if certain precautions are observed (see below and PRECAUTIONS). Vaccinating susceptible postpubertal females confers individual protection against subsequently acquiring rubella infection during pregnancy, which in turn prevents infection of the fetus and consequent congenital rubella injury.[33]

Women of childbearing age should be advised not to become pregnant for 3 months after vaccination and should be informed of the reasons for this precaution.

The ACIP has stated "If it is practical and if reliable laboratory services are available, women of childbearing age who are potential candidates for vaccination can have serologic tests to determine susceptibility to rubella. However, with the exception of premarital and prenatal screening, routinely performing serologic tests for all women of childbearing age to determine susceptibility (so that vaccine is given only to proven susceptible women) can be effective but is expensive. Also, 2 visits to the health-care provider would be necessary — one for screening and one for vaccination. Accordingly, rubella vaccination of a woman who is not known to be pregnant and has no history of vaccination is justifiable without serologic testing — and may be preferable, particularly when costs of serology are high and follow-up of identified susceptible women for vaccination is not assured."[33]

Postpubertal females should be informed of the frequent occurrence of generally self-limited arthralgia and/or arthritis beginning 2 to 4 weeks after vaccination (see ADVERSE REACTIONS).

*Postpartum Women*

It has been found convenient in many instances to vaccinate rubella-susceptible women in the immediate postpartum period (see PRECAUTIONS, *Nursing Mothers*).

*Other Populations*

Previously unvaccinated children older than 12 months who are in contact with susceptible pregnant women should receive live attenuated rubella vaccine (such as that contained in monovalent rubella vaccine or in M-M-R II) to reduce the risk of exposure of the pregnant woman.

Individuals planning travel outside the United States, if not immune, can acquire measles, mumps, or rubella and import these diseases into the United States. Therefore, prior to international travel, individuals known to be susceptible to one or more of these diseases can either receive the indicated monovalent vaccine (measles, mumps, or rubella), or a combination vaccine as appropriate. However, M-M-R II is preferred for persons likely to be susceptible to mumps and rubella; and if monovalent measles vaccine is not readily available, travelers should receive M-M-R II regardless of their immune status to mumps or rubella.[34-36]

Vaccination is recommended for susceptible individuals in high-risk groups such as college students, health-care workers, and military personnel.[33,34,37]

According to ACIP recommendations, most persons born in 1956 or earlier are likely to have been infected with measles naturally and generally need not be considered susceptible. All children, adolescents, and adults born after 1956 are considered susceptible and should be vaccinated, if there are no contraindications. This includes persons who may be immune to measles but who lack adequate documentation of immunity such as: (1) physician-diagnosed measles, (2) laboratory evidence of measles immunity, or (3) adequate immunization with live measles vaccine on or after the first birthday.[34]

The ACIP recommends that "Persons vaccinated with inactivated measles vaccine followed within 3 months by live vaccine should be revaccinated with two doses of live vaccine. Revaccination is particularly important when the risk of exposure to wild-type measles virus is increased, as may occur during international travel."[34]

*Post-Exposure Vaccination*

Vaccination of individuals exposed to wild-type measles may provide some protection if the vaccine can be administered within 72 hours of exposure. If, however, vaccine is given a few days before

3

CONFIDENTIAL

Merck-EDPA-00235

MRK-KRA00000266
MRK-CHA00000266

Appx16777

exposure, substantial protection may be afforded.[34,38,39] There is no conclusive evidence that vaccination of individuals recently exposed to wild-type mumps or wild-type rubella will provide protection.[33,37]

*Use With Other Vaccines*

See DOSAGE AND ADMINISTRATION, *Use With Other Vaccines.*

## CONTRAINDICATIONS

Hypersensitivity to any component of the vaccine, including gelatin.[40]

Do not give M-M-R II to pregnant females; the possible effects of the vaccine on fetal development are unknown at this time. If vaccination of postpubertal females is undertaken, pregnancy should be avoided for three months following vaccination (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females* and PRECAUTIONS, *Pregnancy*).

Anaphylactic or anaphylactoid reactions to neomycin (each dose of reconstituted vaccine contains approximately 25 mcg of neomycin).

Febrile respiratory illness or other active febrile infection. However, the ACIP has recommended that all vaccines can be administered to persons with minor illnesses such as diarrhea, mild upper respiratory infection with or without low-grade fever, or other low-grade febrile illness.[41]

Patients receiving immunosuppressive therapy. This contraindication does not apply to patients who are receiving corticosteroids as replacement therapy, e.g., for Addison's disease.

Individuals with blood dyscrasias, leukemia, lymphomas of any type, or other malignant neoplasms affecting the bone marrow or lymphatic systems.

Primary and acquired immunodeficiency states, including patients who are immunosuppressed in association with AIDS or other clinical manifestations of infection with human immunodeficiency viruses;[41-43] cellular immune deficiencies; and hypogammaglobulinemic and dysgammaglobulinemic states. Measles inclusion body encephalitis[60] (MIBE), pneumonitis[61] and death as a direct consequence of disseminated measles vaccine virus infection have been reported in immunocompromised individuals inadvertently vaccinated with measles-containing vaccine.

Individuals with a family history of congenital or hereditary immunodeficiency, until the immune competence of the potential vaccine recipient is demonstrated.

## WARNINGS

Due caution should be employed in administration of M-M-R II to persons with a history of cerebral injury, individual or family histories of convulsions, or any other condition in which stress due to fever should be avoided. The physician should be alert to the temperature elevation which may occur following vaccination (see ADVERSE REACTIONS).

*Hypersensitivity to Eggs*

Live measles vaccine and live mumps vaccine are produced in chick embryo cell culture. Persons with a history of anaphylactic, anaphylactoid, or other immediate reactions (e.g., hives, swelling of the mouth and throat, difficulty breathing, hypotension, or shock) subsequent to egg ingestion may be at an enhanced risk of immediate-type hypersensitivity reactions after receiving vaccines containing traces of chick embryo antigen. The potential risk to benefit ratio should be carefully evaluated before considering vaccination in such cases. Such individuals may be vaccinated with extreme caution, having adequate treatment on hand should a reaction occur (see PRECAUTIONS).[45]

However, the AAP has stated, "Most children with a history of anaphylactic reactions to eggs have no untoward reactions to measles or MMR vaccine. Persons are not at increased risk if they have egg allergies that are not anaphylactic, and they should be vaccinated in the usual manner. In addition, skin testing of egg-allergic children with vaccine has not been predictive of which children will have an immediate hypersensitivity reaction...Persons with allergies to chickens or chicken feathers are not at increased risk of reaction to the vaccine."[44]

*Hypersensitivity to Neomycin*

The AAP states, "Persons who have experienced anaphylactic reactions to topically or systemically administered neomycin should not receive measles vaccine. Most often, however, neomycin allergy manifests as a contact dermatitis, which is a delayed-type (cell-mediated) immune response rather than

4

CONFIDENTIAL

Merck-EDPA-00236

anaphylaxis. In such persons, an adverse reaction to neomycin in the vaccine would be an erythematous, pruritic nodule or papule, 48 to 96 hours after vaccination. A history of contact dermatitis to neomycin is not a contraindication to receiving measles vaccine."[44]

*Thrombocytopenia*

Individuals with current thrombocytopenia may develop more severe thrombocytopenia following vaccination. In addition, individuals who experienced thrombocytopenia with the first dose of M-M-R II (or its component vaccines) may develop thrombocytopenia with repeat doses. Serologic status may be evaluated to determine whether or not additional doses of vaccine are needed. The potential risk to benefit ratio should be carefully evaluated before considering vaccination in such cases (see ADVERSE REACTIONS).

## PRECAUTIONS

*General*

Adequate treatment provisions including epinephrine injection (1:1000), should be available for immediate use should an anaphylactic or anaphylactoid reaction occur.

Special care should be taken to ensure that the injection does not enter a blood vessel.

Children and young adults who are known to be infected with human immunodeficiency viruses and are not immunosuppressed may be vaccinated. However, vaccinees who are infected with HIV should be monitored closely for vaccine-preventable diseases because immunization may be less effective than for uninfected persons (see CONTRAINDICATIONS).[42,43]

Vaccination should be deferred for 3 months or longer following blood or plasma transfusions, or administration of immune globulin (human).[44]

Excretion of small amounts of the live attenuated rubella virus from the nose or throat has occurred in the majority of susceptible individuals 7 to 28 days after vaccination. There is no confirmed evidence to indicate that such virus is transmitted to susceptible persons who are in contact with the vaccinated individuals. Consequently, transmission through close personal contact, while accepted as a theoretical possibility, is not regarded as a significant risk.[33] However, transmission of the rubella vaccine virus to infants via breast milk has been documented (see *Nursing Mothers*).

There are no reports of transmission of live attenuated measles or mumps viruses from vaccinees to susceptible contacts.

It has been reported that live attenuated measles, mumps and rubella virus vaccines given individually may result in a temporary depression of tuberculin skin sensitivity. Therefore, if a tuberculin test is to be done, it should be administered either before or simultaneously with M-M-R II.

Children under treatment for tuberculosis have not experienced exacerbation of the disease when immunized with live measles virus vaccine;[46] no studies have been reported to date of the effect of measles virus vaccines on untreated tuberculous children. However, individuals with active untreated tuberculosis should not be vaccinated.

As for any vaccine, vaccination with M-M-R II may not result in protection in 100% of vaccinees.

The health-care provider should determine the current health status and previous vaccination history of the vaccinee.

The health-care provider should question the patient, parent, or guardian about reactions to a previous dose of M-M-R II or other measles-, mumps-, or rubella-containing vaccines.

*Information for Patients*

The health-care provider should provide the vaccine information required to be given with each vaccination to the patient, parent, or guardian.

The health-care provider should inform the patient, parent, or guardian of the benefits and risks associated with vaccination. For risks associated with vaccination see WARNINGS, PRECAUTIONS, ADVERSE REACTIONS.

Patients, parents, or guardians should be instructed to report any serious adverse reactions to their health-care provider who in turn should report such events to the U.S. Department of Health and Human Services through the Vaccine Adverse Event Reporting System (VAERS), 1-800-822-7967.[47]

5

CONFIDENTIAL

MRK-KRA00000268
MRK-CHA00000268

Appx16779

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                973930X

Pregnancy should be avoided for 3 months following vaccination, and patients should be informed of the reasons for this precaution (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females*, CONTRAINDICATIONS, and PRECAUTIONS, *Pregnancy*).

*Laboratory Tests*

See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing, and CLINICAL PHARMACOLOGY.

*Drug Interactions*

See DOSAGE AND ADMINISTRATION, *Use With Other Vaccines*.

*Immunosuppressive Therapy*

The immune status of patients about to undergo immunosuppressive therapy should be evaluated so that the physician can consider whether vaccination prior to the initiation of treatment is indicated (see CONTRAINDICATIONS and PRECAUTIONS).

The ACIP has stated that "patients with leukemia in remission who have not received chemotherapy for at least 3 months may receive live virus vaccines. Short-term (<2 weeks), low- to moderate-dose systemic corticosteroid therapy, topical steroid therapy (e.g. nasal, skin), long-term alternate-day treatment with low to moderate doses of short-acting systemic steroid, and intra-articular, bursal, or tendon injection of corticosteroids are not immunosuppressive in their usual doses and do not contraindicate the administration of [measles, mumps, or rubella vaccine]."[33,34,37]

*Immune Globulin*

Administration of immune globulins concurrently with M-M-R II may interfere with the expected immune response.[33,34,44]

See also PRECAUTIONS, *General*.

*Carcinogenesis, Mutagenesis, Impairment of Fertility*

M-M-R II has not been evaluated for carcinogenic or mutagenic potential, or potential to impair fertility.

*Pregnancy*

*Pregnancy Category C*

Animal reproduction studies have not been conducted with M-M-R II. It is also not known whether M-M-R II can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Therefore, the vaccine should not be administered to pregnant females; furthermore, pregnancy should be avoided for 3 months following vaccination (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females* and CONTRAINDICATIONS).

In counseling women who are inadvertently vaccinated when pregnant or who become pregnant within 3 months of vaccination, the physician should be aware of the following: (1) In a 10-year survey involving over 700 pregnant women who received rubella vaccine within 3 months before or after conception (of whom 189 received the Wistar RA 27/3 strain), none of the newborns had abnormalities compatible with congenital rubella syndrome;[48] (2) Mumps infection during the first trimester of pregnancy may increase the rate of spontaneous abortion. Although mumps vaccine virus has been shown to infect the placenta and fetus, there is no evidence that it causes congenital malformations in humans;[37] and (3) Reports have indicated that contracting wild-type measles during pregnancy enhances fetal risk. Increased rates of spontaneous abortion, stillbirth, congenital defects and prematurity have been observed subsequent to infection with wild-type measles during pregnancy.[57,58] There are no adequate studies of the attenuated (vaccine) strain of measles virus in pregnancy. However, it would be prudent to assume that the vaccine strain of virus is also capable of inducing adverse fetal effects.

*Nursing Mothers*

It is not known whether measles or mumps vaccine virus is secreted in human milk. Recent studies have shown that lactating postpartum women immunized with live attenuated rubella vaccine may secrete the virus in breast milk and transmit it to breast-fed infants.[49] In the infants with serological evidence of rubella infection, none exhibited severe disease; however, one exhibited mild clinical illness typical of acquired rubella.[50,51] Caution should be exercised when M-M-R II is administered to a nursing woman.

*Pediatric Use*

Safety and effectiveness of measles vaccine in infants below the age of 6 months have not been established (see also CLINICAL PHARMACOLOGY). Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established.

6

CONFIDENTIAL

Merck-EDPA-00238

MRK-KRA00000269
MRK-CHA00000269

Appx16780

*Geriatric Use*

Clinical studies of M-M-R II did not include sufficient numbers of seronegative subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger subjects.

## ADVERSE REACTIONS

The following adverse reactions are listed in decreasing order of severity, without regard to causality, within each body system category and have been reported during clinical trials, with use of the marketed vaccine, or with use of monovalent or bivalent vaccine containing measles, mumps, or rubella:

*Body as a Whole*

Panniculitis; atypical measles; fever; syncope; headache; dizziness; malaise; irritability.

*Cardiovascular System*

Vasculitis.

*Digestive System*

Pancreatitis; diarrhea; vomiting; parotitis; nausea.

*Endocrine System*

Diabetes mellitus.

*Hemic and Lymphatic System*

Thrombocytopenia (see WARNINGS, *Thrombocytopenia*); purpura; regional lymphadenopathy; leukocytosis.

*Immune System*

Anaphylaxis and anaphylactoid reactions have been reported as well as related phenomena such as angioneurotic edema (including peripheral or facial edema) and bronchial spasm in individuals with or without an allergic history.

*Musculoskeletal System*

Arthritis; arthralgia; myalgia.

Arthralgia and/or arthritis (usually transient and rarely chronic), and polyneuritis are features of infection with wild-type rubella and vary in frequency and severity with age and sex, being greatest in adult females and least in prepubertal children. This type of involvement as well as myalgia and paresthesia, have also been reported following administration of MERUVAX II.

Chronic arthritis has been associated with wild-type rubella infection and has been related to persistent virus and/or viral antigen isolated from body tissues. Only rarely have vaccine recipients developed chronic joint symptoms.

Following vaccination in children, reactions in joints are uncommon and generally of brief duration. In women, incidence rates for arthritis and arthralgia are generally higher than those seen in children (children: 0-3%; women: 12-26%),[17,52,53] and the reactions tend to be more marked and of longer duration. Symptoms may persist for a matter of months or on rare occasions for years. In adolescent girls, the reactions appear to be intermediate in incidence between those seen in children and in adult women. Even in women older than 35 years, these reactions are generally well tolerated and rarely interfere with normal activities.

*Nervous System*

Encephalitis; encephalopathy; measles inclusion body encephalitis (MIBE) (see CONTRAINDICATIONS); subacute sclerosing panencephalitis (SSPE); Guillain-Barrè Syndrome (GBS); febrile convulsions; afebrile convulsions or seizures; ataxia; polyneuritis; polyneuropathy; ocular palsies; paresthesia.

Experience from more than 80 million doses of all live measles vaccines given in the U.S. through 1975 indicates that significant central nervous system reactions such as encephalitis and encephalopathy, occurring within 30 days after vaccination, have been temporally associated with measles vaccine very rarely.[54] In no case has it been shown that reactions were actually caused by vaccine. The Centers for Disease Control and Prevention has pointed out that "a certain number of cases of encephalitis may be expected to occur in a large childhood population in a defined period of time even when no vaccines are administered". However, the data suggest the possibility that some of these cases

7

CONFIDENTIAL

Merck-EDPA-00239

MRK-KRA00000270
MRK-CHA00000270

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)    973930X

may have been caused by measles vaccines. The risk of such serious neurological disorders following live measles virus vaccine administration remains far less than that for encephalitis and encephalopathy with wild-type measles (one per two thousand reported cases).

Post-marketing surveillance of the more than 200 million doses of M-M-R and M-M-R II that have been distributed worldwide over 25 years (1971 to 1996) indicates that serious adverse events such as encephalitis and encephalopathy continue to be rarely reported.[17]

There have been reports of subacute sclerosing panencephalitis (SSPE) in children who did not have a history of infection with wild-type measles but did receive measles vaccine. Some of these cases may have resulted from unrecognized measles in the first year of life or possibly from the measles vaccination. Based on estimated nationwide measles vaccine distribution, the association of SSPE cases to measles vaccination is about one case per million vaccine doses distributed. This is far less than the association with infection with wild-type measles, 6-22 cases of SSPE per million cases of measles. The results of a retrospective case-controlled study conducted by the Centers for Disease Control and Prevention suggest that the overall effect of measles vaccine has been to protect against SSPE by preventing measles with its inherent higher risk of SSPE.[55]

Cases of aseptic meningitis have been reported to VAERS following measles, mumps, and rubella vaccination. Although a causal relationship between the Urabe strain of mumps vaccine and aseptic meningitis has been shown, there is no evidence to link Jeryl Lynn™ mumps vaccine to aseptic meningitis.

*Respiratory System*

Pneumonia, pneumonitis (see CONTRAINDICATIONS); sore throat; cough; rhinitis.

*Skin*

Stevens-Johnson syndrome; erythema multiforme; urticaria; rash; measles-like rash; pruritus.

Local reactions including burning/stinging at injection site; wheal and flare; redness (erythema); swelling; induration; tenderness; vesiculation at injection site.

*Special Senses — Ear*

Nerve deafness; otitis media.

*Special Senses — Eye*

Retinitis; optic neuritis; papillitis; retrobulbar neuritis; conjunctivitis.

*Urogenital System*

Orchitis.

*Other*

Death from various, and in some cases unknown, causes has been reported rarely following vaccination with measles, mumps, and rubella vaccines; however, a causal relationship has not been established in healthy individuals (see CONTRAINDICATIONS). No deaths or permanent sequelae were reported in a published post-marketing surveillance study in Finland involving 1.5 million children and adults who were vaccinated with M-M-R II during 1982 to 1993.[56]

Under the National Childhood Vaccine Injury Act of 1986, health-care providers and manufacturers are required to record and report certain suspected adverse events occurring within specific time periods after vaccination. However, the U.S. Department of Health and Human Services (DHHS) has established a Vaccine Adverse Event Reporting System (VAERS) which will accept all reports of suspected events.[47] A VAERS report form as well as information regarding reporting requirements can be obtained by calling VAERS 1-800-822-7967.

## DOSAGE AND ADMINISTRATION

*FOR SUBCUTANEOUS ADMINISTRATION*
*Do not inject intravascularly.*

The dose for any age is 0.5 mL administered subcutaneously, preferably into the outer aspect of the upper arm.

The recommended age for primary vaccination is 12 to 15 months.

Revaccination with M-M-R II is recommended prior to elementary school entry. See also INDICATIONS AND USAGE, *Recommended Vaccination Schedule.*

8

CONFIDENTIAL

Merck-EDPA-00240

MRK-KRA00000271
MRK-CHA00000271

Appx16782

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    973930X

Children first vaccinated when younger than 12 months of age should receive another dose between 12 to 15 months of age followed by revaccination prior to elementary school entry.[59] See also INDICATIONS AND USAGE, *Measles Outbreak Schedule*.

Immune Globulin (IG) is not to be given concurrently with M-M-R II (see PRECAUTIONS, *General* and PRECAUTIONS, *Drug Interactions*).

CAUTION: A sterile syringe free of preservatives, antiseptics, and detergents should be used for each injection and/or reconstitution of the vaccine because these substances may inactivate the live virus vaccine. A 25 gauge, 5/8" needle is recommended.

To reconstitute, use only the diluent supplied, since it is free of preservatives or other antiviral substances which might inactivate the vaccine.

*Single Dose Vial* — First withdraw the entire volume of diluent into the syringe to be used for reconstitution. Inject all the diluent in the syringe into the vial of lyophilized vaccine, and agitate to mix thoroughly. If the lyophilized vaccine cannot be dissolved, discard. Withdraw the entire contents into a syringe and inject the total volume of restored vaccine subcutaneously.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

*10 Dose Vial (available only to government agencies/institutions)* — Withdraw the entire contents (7 mL) of the diluent vial into the sterile syringe to be used for reconstitution, and introduce into the 10 dose vial of lyophilized vaccine. Agitate to ensure thorough mixing. If the lyophilized vaccine cannot be dissolved, discard. The outer labeling suggests "For Jet Injector or Syringe Use." Use with separate sterile syringes is permitted for containers of 10 doses or less. The vaccine and diluent do not contain preservatives; therefore, the user must recognize the potential contamination hazards and exercise special precautions to protect the sterility and potency of the product. The use of aseptic techniques and proper storage prior to and after restoration of the vaccine and subsequent withdrawal of the individual doses is essential. Use 0.5 mL of the reconstituted vaccine for subcutaneous injection.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit. M-M-R II, when reconstituted, is clear yellow.

*Use With Other Vaccines*

M-M-R II should be given one month before or after administration of other live viral vaccines.

M-M-R II has been administered concurrently with VARIVAX* [Varicella Virus Vaccine Live (Oka/Merck)], and PedvaxHIB* [*Haemophilus b* Conjugate Vaccine (Meningococcal Protein Conjugate)] using separate injection sites and syringes. No impairment of immune response to individually tested vaccine antigens was demonstrated. The type, frequency, and severity of adverse experiences observed with M-M-R II were similar to those seen when each vaccine was given alone.

Routine administration of DTP (diphtheria, tetanus, pertussis) and/or OPV (oral poliovirus vaccine) concurrently with measles, mumps and rubella vaccines is not recommended because there are limited data relating to the simultaneous administration of these antigens.

However, other schedules have been used. The ACIP has stated "Although data are limited concerning the simultaneous administration of the entire recommended vaccine series (i.e., DTaP [or DTwP], IPV [or OPV], Hib with or without Hepatitis B vaccine, and varicella vaccine), data from numerous studies have indicated no interference between routinely recommended childhood vaccines (either live, attenuated, or killed). These findings support the simultaneous use of all vaccines as recommended."[32]

## HOW SUPPLIED

No. 4681/4309 — M-M-R II is supplied as follows: (1) a box of 10 single-dose vials of lyophilized vaccine (package A), NDC 0006-4681-00; and (2) a box of 10 vials of diluent (package B). To conserve refrigerator space, the diluent may be stored separately at room temperature.

*Available only to government agencies/institutions:*

No. 4682X — M-M-R II is supplied as one 10 dose vial of lyophilized vaccine.

9

CONFIDENTIAL

Merck-EDPA-00241

MRK-KRA00000272
MRK-CHA00000272

Appx16783

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    973930X

**NDC** 0006-4682-00, and one 7 mL vial of diluent.

*Storage*

During shipment, to ensure that there is no loss of potency, the vaccine must be maintained at a temperature of 10°C (50°F) or colder. Freezing during shipment will not affect potency of the vaccine.

Protect the vaccine from light at all times, since such exposure may inactivate the viruses.

Before reconstitution, store the vial of lyophilized vaccine at 2 to 8°C (36 to 46°F) or colder. The diluent may be stored in the refrigerator with the lyophilized vaccine or separately at room temperature. **Do not freeze the diluent.**

It is recommended that the vaccine be used as soon as possible after reconstitution. Store reconstituted vaccine in the vaccine vial in a dark place at 2 to 8°C (36 to 46°F) and discard if not used within 8 hours.

## REFERENCES

1. Plotkin, S.A.; Cornfeld, D.; Ingalls, T.H.: Studies of immunization with living rubella virus: Trials in children with a strain cultured from an aborted fetus, Am. J. Dis. Child. *110*: 381-389, 1965.

2. Plotkin, S.A.; Farquhar, J.; Katz, M.; Ingalls, T.H.: A new attenuated rubella virus grown in human fibroblasts: Evidence for reduced nasopharyngeal excretion, Am. J. Epidemiol. *86*: 468-477, 1967.

3. Monthly Immunization Table, MMWR *45*(1): 24-25, January 12, 1996.

4. Johnson, C.E.; et al: Measles Vaccine Immunogenicity in 6- Versus 15-Month-Old Infants Born to Mothers in the Measles Vaccine Era, Pediatrics, *93*(6): 939-943, 1994.

5. Linneman, C.C.; et al: Measles Immunity After Vaccination: Results in Children Vaccinated Before 10 Months of Age, Pediatrics, *69*(3): 332-335, March 1982.

6. Stetler, H.C.; et al: Impact of Revaccinating Children Who Initially Received Measles Vaccine Before 10 Months of Age, Pediatrics *77*(4): 471-476, April 1986.

7. Hilleman, M.R.; Buynak, E.B.; Weibel, R.E.; et al: Development and Evaluation of the Moraten Measles Virus Vaccine, JAMA *206*(3): 587-590, 1968.

8. Weibel, R.E.; Stokes, J.; Buynak, E.B.; et al: Live, Attenuated Mumps Virus Vaccine 3. Clinical and Serologic Aspects in a Field Evaluation, N. Engl. J. Med. *276*: 245-251, 1967.

9. Hilleman, M.R.; Weibel, R.E.; Buynak, E.B.; et al: Live, Attenuated Mumps Virus Vaccine 4. Protective Efficacy as Measured in a Field Evaluation, N. Engl. J. Med. *276*: 252-258, 1967.

10. Cutts, F.T.; Henderson, R.H.; Clements, C.J.; et al: Principles of measles control, Bull WHO *69*(1): 1-7, 1991.

11. Weibel, R.E.; Buynak, E.B.; Stokes, J.; et al: Evaluation Of Live Attenuated Mumps Virus Vaccine, Strain Jeryl Lynn, First International Conference on Vaccines Against Viral and Rickettsial Diseases of Man, World Health Organization, No. 147, May 1967.

12. Leibhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; et al: Vaccination With RA 27/3 Rubella Vaccine, Am. J. Dis. Child. *123*: 133-136, February 1972.

13. Rosen, L.: Hemagglutination and Hemagglutination-Inhibition with Measles Virus, Virology *13*: 139-141, January 1961.

14. Brown, G.C.; et al: Fluorescent-Antibody Marker for Vaccine-Induced Rubella Antibodies, Infection and Immunity *2*(4): 360-363, 1970.

15. Buynak, E.B.; et al: Live Attenuated Mumps Virus Vaccine 1. Vaccine Development, Proceedings of the Society for Experimental Biology and Medicine, *123*: 768-775, 1966.

16. Weibel, R.E.; Carlson, A.J.; Villarejos, V.M.; Buynak, E.B.; McLean, A.A.; Hilleman, M.R.: Clinical and Laboratory Studies of Combined Live Measles, Mumps, and Rubella Vaccines Using the RA 27/3 Rubella Virus, Proc. Soc. Exp. Biol. Med. *165*: 323-326, 1980.

17. Unpublished data from the files of Merck Research Laboratories.

18. Watson, J.C.; Pearson, J.S.; Erdman, D.D.; et al: An Evaluation of Measles Revaccination Among School-Entry Age Children, 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Abstract #288, 143, 1991.

19. Fogel, A.; Moshkowitz, A.; Rannon, L.; Gerichter, Ch.B.: Comparative trials of RA 27/3 and Cendehill rubella vaccines in adult and adolescent females, Am. J. Epidemiol. *93*: 392-393, 1971.

10

CONFIDENTIAL                                                                    Merck-EDPA-00242

MRK-KRA00000273
MRK-CHA00000273

Appx16784

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                    973930X

20. Andzhaparidze, O.G.; Desyatskova, R.G.; Chervonski, G.I.; Pryanichnikova, L.V.: Immunogenicity and reactogenicity of live attenuated rubella virus vaccines, Am. J. Epidemiol. *91*: 527-530, 1970.

21. Freestone, D.S.; Reynolds, G.M.; McKinnon, J.A.; Prydie, J.: Vaccination of schoolgirls against rubella. Assessment of serological status and a comparative trial of Wistar RA 27/3 and Cendehill strain live attenuated rubella vaccines in 13-year-old schoolgirls in Dudley, Br. J. Prev. Soc. Med. *29*: 258-261, 1975.

22. Grillner, L.; Hedstrom, C.E.; Bergstrom, H.; Forssman, L.; Rigner, A.; Lycke, E.: Vaccination against rubella of newly delivered women, Scand. J. Infect. Dis. *5*: 237-241, 1973.

23. Grillner, L.: Neutralizing antibodies after rubella vaccination of newly delivered women: a comparison between three vaccines, Scand. J. Infect. Dis. *7*: 169-172, 1975.

24. Wallace, R.B.; Isacson, P.: Comparative trial of HPV-77, DE-5 and RA 27/3 live-attenuated rubella vaccines, Am. J. Dis. Child. *124*: 536-538, 1972.

25. Lalla, M.; Vesikari, T.; Virolainen, M.: Lymphoblast proliferation and humoral antibody response after rubella vaccination, Clin. Exp. Immunol. *15*: 193-202, 1973.

26. LeBouvier, G.L.; Plotkin, S.A.: Precipitin responses to rubella vaccine RA 27/3, J. Infect. Dis. *123*: 220-223, 1971.

27. Horstmann, D.M.: Rubella: The challenge of its control, J. Infect. Dis. *123*: 640-654, 1971.

28. Ogra, P.L.; Kerr-Grant, D.; Umana, G.; Dzierba, J.; Weintraub, D.: Antibody response in serum and nasopharynx after naturally acquired and vaccine-induced infection with rubella virus, N. Engl. J. Med. *285*: 1333-1339, 1971.

29. Plotkin, S.A.; Farquhar, J.D.; Ogra, P.L.: Immunologic properties of RA 27/3 rubella virus vaccine, J. Am. Med. Assoc. *225*: 585-590, 1973.

30. Liebhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; Horstmann, D.M.: Vaccination with RA 27/3 rubella vaccine. Persistence of immunity and resistance to challenge after two years, Am. J. Dis. Child. *123*: 133-136, 1972.

31. Farquhar, J.D.: Follow-up on rubella vaccinations and experience with subclinical reinfection, J. Pediatr. *81*: 460-465, 1972.

32. Centers for Disease Control and Prevention. Recommended childhood immunization schedule — United States, January-June 1996, MMWR *44*(51 & 52): 940-943, January 5, 1996.

33. Rubella Prevention: Recommendation of the Immunization Practices Advisory Committee (ACIP), MMWR *39*(RR-15): 1-18, November 23, 1990.

34. Measles Prevention: Recommendations of the Immunization Practices Advisory Committee (ACIP), MMWR *38*(S-9): 5-22, December 29, 1989.

35. Jong, E.C., The Travel and Tropical Medicine Manual, W.B. Saunders Company, p. 12-16, 1987.

36. Committee on Immunization Council of Medical Societies, American College of Physicians, Phila., PA, Guide for Adult. Immunization, First Edition, 1985.

37. Recommendations of the Immunization Practices Advisory Committee (ACIP), Mumps Prevention, MMWR *38*(22): 388-400, June 9, 1989.

38. King, G.E.; Markowitz, L.E.; Patriarca, P.A.; et al: Clinical Efficacy of Measles Vaccine During the 1990 Measles Epidemic, Pediatr. Infect. Dis. J. *10*(12): 883-888, December 1991.

39. Krasinski, K.; Borkowsky, W.: Measles and Measles Immunity in Children Infected With Human Immunodeficiency Virus, JAMA *261*(17): 2512-2516, 1989.

40. Kelso, J.M.; Jones, R.T.; Yunginger, J.W.: Anaphylaxis to measles, mumps, and rubella vaccine mediated by IgE to gelatin, J. Allergy Clin. Immunol. *91*: 867-872, 1993.

41. General Recommendations on Immunization, Recommendations of the Advisory Committee on Immunization Practices, MMWR *43*(RR-1): 1-38, January 28, 1994.

42. Center for Disease Control: Immunization of Children Infected with Human T-Lymphotropic Virus Type III/Lymphadenopathy-Associated Virus, Annals of Internal Medicine, *106*: 75-78, 1987.

43. Krasinski, K.; Borkowsky, W.; Krugman, S.: Antibody following measles immunization in children infected with human T-cell lymphotropic virus-type III/lymphadenopathy associated virus (HTLV-III/LAV) [Abstract]. In: Program and abstracts of the International Conference on Acquired Immunodeficiency Syndrome, Paris, France, June 23-25, 1986.

44. Peter, G.; et al (eds): Report of the Committee on Infectious Diseases, Twenty-fourth Edition, American Academy of Pediatrics, 344-357, 1997.

45. Isaacs, D.; Menser, M.: Modern Vaccines, Measles, Mumps, Rubella, and Varicella, Lancet *335*: 1384-1387, June 9, 1990.

11

CONFIDENTIAL

Merck-EDPA-00243

MRK-KRA00000274
MRK-CHA00000274

Appx16785

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                                973930X

46. Starr, S.; Berkovich, S.: The effect of measles, gamma globulin modified measles, and attenuated measles vaccine on the course of treated tuberculosis in children, Pediatrics 35: 97-102, January 1965.

47. Vaccine Adverse Event Reporting System — United States, MMWR 39(41): 730-733, October 19, 1990.

48. Rubella vaccination during pregnancy — United States, 1971-1981. MMWR 31(35): 477-481, September 10, 1982.

49. Losonsky, G.A.; Fishaut, J.M.; Strussenber, J.; Ogra, P.L.: Effect of immunization against rubella on lactation products. II. Maternal-neonatal interactions, J. Infect. Dis. 145: 661-666, 1982.

50. Landes, R.D.; Bass, J.W.; Millunchick, E.W.; Oetgen, W.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. 97: 465-467, 1980.

51. Lerman, S.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. 98: 668, 1981. (Letter)

52. Gershon, A.; et al: Live attenuated rubella virus vaccine: comparison of responses to HPV-77-DE5 and RA 27/3 strains, Am. J. Med. Sci. 279(2): 95-97, 1980.

53. Weibel, R.E.; et al: Clinical and laboratory studies of live attenuated RA 27/3 and HPV-77-DE rubella virus vaccines, Proc. Soc. Exp. Biol. Med. 165: 44-49, 1980.

54. CDC. Important Information about Measles, Mumps, and Rubella, and Measles, Mumps, and Rubella Vaccines. 1980. 1983.

55. CDC, Measles Surveillance, Report No. 11, p. 14, September 1982.

56. Peltola, H.; et al: The elimination of indigenous measles, mumps, and rubella from Finland by a 12-year, two dose vaccination program. N. Engl. J. Med. 331: 1397-1402, 1994.

57. Eberhart-Phillips, J.E.; et al: Measles in pregnancy: a descriptive study of 58 cases. Obstetrics and Gynecology, 82(5): 797-801, November 1993.

58. Jespersen, C.S.; et al: Measles as a cause of fetal defects: A retrospective study of ten measles epidemics in Greenland. Acta Paediatr Scand. 66: 367-372, May 1977.

59. Measles, Mumps, and Rubella — Vaccine Use and Strategies for Elimination of Measles, Rubella, and Congenital Rubella Syndrome and Control of Mumps: Recommendations of the Advisory Committee on Immunization Practices (ACIP), MMWR 47(RR-8): May 22, 1998.

60. Bitnum, A.; et al: Measles Inclusion Body Encephalitis Caused by the Vaccine Strain of Measles Virus. Clin. Infect. Dis. 29: 855-861, 1999.

61. Angel, J.B.; et al: Vaccine Associated Measles Pneumonitis in an Adult with AIDS. Annals of Internal Medicine, 129: 104-106, 1998.

Dist. by:

 MERCK & CO., INC., Whitehouse Station, NJ 08889, USA

Issued February 2007
Printed in USA

12

CONFIDENTIAL

Merck-EDPA-00244

MRK-KRA00000275
MRK-CHA00000275

Appx16786



MERCK & CO., INC.
Whitehouse Station, NJ 08889, USA

9739302

# M-M-R® II
## (MEASLES, MUMPS, and RUBELLA VIRUS VACCINE LIVE)

### DESCRIPTION

M-M-R[*] II (Measles, Mumps, and Rubella Virus Vaccine Live) is a live virus vaccine for vaccination against measles (rubeola), mumps, and rubella (German measles).

M-M-R II is a sterile lyophilized preparation of (1) ATTENUVAX[*] (Measles Virus Vaccine Live), a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain and propagated in chick embryo cell culture; (2) MUMPSVAX[*] (Mumps Virus Vaccine Live), the Jeryl Lynn[**] (B level) strain of mumps virus propagated in chick embryo cell culture; and (3) MERUVAX[*] II (Rubella Virus Vaccine Live), the Wistar RA 27/3 strain of live attenuated rubella virus propagated in WI-38 human diploid lung fibroblasts.[1,2]

The growth medium for measles and mumps is Medium 199 (a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum) containing SPGA (sucrose, phosphate, glutamate, and recombinant human albumin) as stabilizer and neomycin.

The growth medium for rubella is Minimum Essential Medium (MEM) [a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum] containing recombinant human albumin and neomycin. Sorbitol and hydrolyzed gelatin stabilizer are added to the individual virus harvests.

The cells, virus pools, and fetal bovine serum are all screened for the absence of adventitious agents.

The reconstituted vaccine is for subcutaneous administration. Each 0.5 mL dose contains not less than 1,000 TCID$_{50}$ (tissue culture infectious doses) of measles virus; 20,000 TCID$_{50}$ of mumps virus; and 1,000 TCID$_{50}$ of rubella virus. Each dose of the vaccine is calculated to contain sorbitol (14.5 mg), sodium phosphate, sucrose (1.9 mg), sodium chloride, hydrolyzed gelatin (14.5 mg), recombinant human albumin (≤0.3 mg), fetal bovine serum (<1 ppm), other buffer and media ingredients and approximately 25 mcg of neomycin. The product contains no preservative.

Before reconstitution, the lyophilized vaccine is a light yellow compact crystalline plug. M-M-R II, when reconstituted as directed, is clear yellow.

### CLINICAL PHARMACOLOGY

Measles, mumps, and rubella are three common childhood diseases, caused by measles virus, mumps virus (paramyxoviruses), and rubella virus (togavirus), respectively, that may be associated with serious complications and/or death. For example, pneumonia and encephalitis are caused by measles. Mumps is associated with aseptic meningitis, deafness and orchitis; and rubella during pregnancy may cause congenital rubella syndrome in the infants of infected mothers.

The impact of measles, mumps, and rubella vaccination on the natural history of each disease in the United States can be quantified by comparing the maximum number of measles, mumps, and rubella cases reported in a given year prior to vaccine use to the number of cases of each disease reported in 1995. For measles, 894,134 cases reported in 1941 compared to 288 cases reported in 1995 resulted in a 99.97% decrease in reported cases; for mumps, 152,209 cases reported in 1968 compared to 840 cases reported in 1995 resulted in a 99.45% decrease in reported cases; and for rubella, 57,686 cases reported in 1969 compared to 200 cases reported in 1995 resulted in a 99.65% decrease.[3]

Clinical studies of 284 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated. In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95%, mumps neutralizing antibodies in 96%, and rubella HI antibodies in 99% of susceptible persons. However, a small percentage (1-5%) of vaccinees may fail to seroconvert after the primary dose (see also INDICATIONS AND USAGE, *Recommended Vaccination Schedule*).

---

[*] Registered trademark of MERCK & CO., Inc.
COPYRIGHT © 2004 MERCK & CO., Inc.
All rights reserved
[**] Trademark of MERCK & CO., Inc.

1

CONFIDENTIAL

Merck-EDPA-00245

MRK-KRA00000276
MRK-CHA00000276

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                    9739302

A study[4] of 6-month-old and 15-month-old infants born to vaccine-immunized mothers demonstrated that, following vaccination with ATTENUVAX, 74% of the 6-month-old infants developed detectable neutralizing antibody (NT) titers while 100% of the 15-month-old infants developed NT. This rate of seroconversion is higher than that previously reported for 6-month-old infants born to naturally immune mothers tested by HI assay. When the 6-month-old infants of immunized mothers were revaccinated at 15 months, they developed antibody titers equivalent to the 15-month-old vaccinees. The lower seroconversion rate in 6-month-olds has two possible explanations: 1) Due to the limit of the detection level of the assays (NT and enzyme immunoassay [EIA]), the presence of trace amounts of undetectable maternal antibody might interfere with the seroconversion of infants; or 2) The immune system of 6-month-olds is not always capable of mounting a response to measles vaccine as measured by the two antibody assays.

There is some evidence to suggest that infants who are born to mothers who had wild-type measles and who are vaccinated at less than one year of age may not develop sustained antibody levels when later revaccinated. The advantage of early protection must be weighed against the chance for failure to respond adequately on reimmunization.[5,6]

Efficacy of measles, mumps, and rubella vaccines was established in a series of double-blind controlled field trials which demonstrated a high degree of protective efficacy afforded by the individual vaccine components.[7-12] These studies also established that seroconversion in response to vaccination against measles, mumps, and rubella paralleled protection from these diseases.[13-15]

Following vaccination, antibodies associated with protection can be measured by neutralization assays, HI, or ELISA (enzyme linked immunosorbent assay) tests. Neutralizing and ELISA antibodies to measles, mumps, and rubella viruses are still detectable in most individuals 11 to 13 years after primary vaccination.[16-18] See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing.

The RA 27/3 rubella strain in M-M-R II elicits higher immediate post-vaccination HI, complement-fixing and neutralizing antibody levels than other strains of rubella vaccine[19-25] and has been shown to induce a broader profile of circulating antibodies including anti-theta and anti-iota precipitating antibodies.[26,27] The RA 27/3 rubella strain immunologically simulates natural infection more closely than other rubella vaccine viruses.[27-29] The increased levels and broader profile of antibodies produced by RA 27/3 strain rubella virus vaccine appear to correlate with greater resistance to subclinical reinfection with the wild virus,[27,29-31] and provide greater confidence for lasting immunity.

## INDICATIONS AND USAGE

*Recommended Vaccination Schedule*

M-M-R II is indicated for simultaneous vaccination against measles, mumps, and rubella in individuals 12 months of age or older.

Individuals first vaccinated at 12 months of age or older should be revaccinated prior to elementary school entry. Revaccination is intended to seroconvert those who do not respond to the first dose. The Advisory Committee on Immunization Practices (ACIP) recommends administration of the first dose of M-M-R II at 12 to 15 months of age and administration of the second dose of M-M-R II at 4 to 6 years of age.[59] In addition, some public health jurisdictions mandate the age for revaccination. Consult the complete text of applicable guidelines regarding routine revaccination including that of high-risk adult populations.

*Measles Outbreak Schedule*

*Infants Between 6 to 12 Months of Age*

Local health authorities may recommend measles vaccination of infants between 6 to 12 months of age in outbreak situations. This population may fail to respond to the components of the vaccine. Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established. The younger the infant, the lower the likelihood of seroconversion (see CLINICAL PHARMACOLOGY). Such infants should receive a second dose of M-M-R II between 12 to 15 months of age followed by revaccination at elementary school entry.[59]

Unnecessary doses of a vaccine are best avoided by ensuring that written documentation of vaccination is preserved and a copy given to each vaccinee's parent or guardian.

2

CONFIDENTIAL

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                    9739302

*Other Vaccination Considerations*
*Non-Pregnant Adolescent and Adult Females*

Immunization of susceptible non-pregnant adolescent and adult females of childbearing age with live attenuated rubella virus vaccine is indicated if certain precautions are observed (see below and PRECAUTIONS). Vaccinating susceptible postpubertal females confers individual protection against subsequently acquiring rubella infection during pregnancy, which in turn prevents infection of the fetus and consequent congenital rubella injury.[33]

Women of childbearing age should be advised not to become pregnant for 3 months after vaccination and should be informed of the reasons for this precaution.

The ACIP has stated "If it is practical and if reliable laboratory services are available, women of childbearing age who are potential candidates for vaccination can have serologic tests to determine susceptibility to rubella. However, with the exception of premarital and prenatal screening, routinely performing serologic tests for all women of childbearing age to determine susceptibility (so that vaccine is given only to proven susceptible women) can be effective but is expensive. Also, 2 visits to the health-care provider would be necessary — one for screening and one for vaccination. Accordingly, rubella vaccination of a woman who is not known to be pregnant and has no history of vaccination is justifiable without serologic testing — and may be preferable, particularly when costs of serology are high and follow-up of identified susceptible women for vaccination is not assured."[33]

Postpubertal females should be informed of the frequent occurrence of generally self-limited arthralgia and/or arthritis beginning 2 to 4 weeks after vaccination (see ADVERSE REACTIONS).

*Postpartum Women*

It has been found convenient in many instances to vaccinate rubella-susceptible women in the immediate postpartum period (see PRECAUTIONS, *Nursing Mothers*).

*Other Populations*

Previously unvaccinated children older than 12 months who are in contact with susceptible pregnant women should receive live attenuated rubella vaccine (such as that contained in monovalent rubella vaccine or in M-M-R II) to reduce the risk of exposure of the pregnant woman.

Individuals planning travel outside the United States, if not immune, can acquire measles, mumps, or rubella and import these diseases into the United States. Therefore, prior to international travel, individuals known to be susceptible to one or more of these diseases can receive either a monovalent vaccine (measles, mumps, or rubella), or a combination vaccine as appropriate. However, M-M-R II is preferred for persons likely to be susceptible to mumps and rubella; and if monovalent measles vaccine is not readily available, travelers should receive M-M-R II regardless of their immune status to mumps or rubella.[34-36]

Vaccination is recommended for susceptible individuals in high-risk groups such as college students, health-care workers, and military personnel.[33,34,37]

According to ACIP recommendations, most persons born in 1956 or earlier are likely to have been infected with measles naturally and generally need not be considered susceptible. All children, adolescents, and adults born after 1956 are considered susceptible and should be vaccinated, if there are no contraindications. This includes persons who may be immune to measles but who lack adequate documentation of immunity such as: (1) physician-diagnosed measles, (2) laboratory evidence of measles immunity, or (3) adequate immunization with live measles vaccine on or after the first birthday.[34]

The ACIP recommends that "Persons vaccinated with inactivated vaccine followed within 3 months by live vaccine should be revaccinated with two doses of live vaccine. Revaccination is particularly important when the risk of exposure to wild-type measles virus is increased, as may occur during international travel."[34]

*Post-Exposure Vaccination*

Vaccination of individuals exposed to wild-type measles may provide some protection if the vaccine can be administered within 72 hours of exposure. If, however, vaccine is given a few days before exposure, substantial protection may be afforded.[34,38,39] There is no conclusive evidence that vaccination of individuals recently exposed to wild-type mumps or wild-type rubella will provide protection.[33,37]

*Use With Other Vaccines*

See DOSAGE AND ADMINISTRATION, *Use With Other Vaccines*.

3

CONFIDENTIAL                                                      Merck-EDPA-00247

MRK-KRA00000278
MRK-CHA00000278

Appx16789

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                          9739302

## CONTRAINDICATIONS

Hypersensitivity to any component of the vaccine, including gelatin.[40]

Do not give M-M-R II to pregnant females; the possible effects of the vaccine on fetal development are unknown at this time. If vaccination of postpubertal females is undertaken, pregnancy should be avoided for three months following vaccination (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females* and PRECAUTIONS, *Pregnancy*).

Anaphylactic or anaphylactoid reactions to neomycin (each dose of reconstituted vaccine contains approximately 25 mcg of neomycin).

Febrile respiratory illness or other active febrile infection. However, the ACIP has recommended that all vaccines can be administered to persons with minor illnesses such as diarrhea, mild upper respiratory infection with or without low-grade fever, or other low-grade febrile illness.[41]

Patients receiving immunosuppressive therapy. This contraindication does not apply to patients who are receiving corticosteroids as replacement therapy, e.g., for Addison's disease.

Individuals with blood dyscrasias, leukemia, lymphomas of any type, or other malignant neoplasms affecting the bone marrow or lymphatic systems.

Primary and acquired immunodeficiency states, including patients who are immunosuppressed in association with AIDS or other clinical manifestations of infection with human immunodeficiency viruses;[41-43] cellular immune deficiencies; and hypogammaglobulinemic and dysgammaglobulinemic states. Measles inclusion body encephalitis[60] (MIBE), pneumonitis[61] and death as a direct consequence of disseminated measles vaccine virus infection have been reported in immunocompromised individuals inadvertently vaccinated with measles-containing vaccine.

Individuals with a family history of congenital or hereditary immunodeficiency, until the immune competence of the potential vaccine recipient is demonstrated.

## WARNINGS

Due caution should be employed in administration of M-M-R II to persons with a history of cerebral injury, individual or family histories of convulsions, or any other condition in which stress due to fever should be avoided. The physician should be alert to the temperature elevation which may occur following vaccination (see ADVERSE REACTIONS).

*Hypersensitivity to Eggs*

Live measles vaccine and live mumps vaccine are produced in chick embryo cell culture. Persons with a history of anaphylactic, anaphylactoid, or other immediate reactions (e.g., hives, swelling of the mouth and throat, difficulty breathing, hypotension, or shock) subsequent to egg ingestion may be at an enhanced risk of immediate-type hypersensitivity reactions after receiving vaccines containing traces of chick embryo antigen. The potential risk to benefit ratio should be carefully evaluated before considering vaccination in such cases. Such individuals may be vaccinated with extreme caution, having adequate treatment on hand should a reaction occur (see PRECAUTIONS).[45]

However, the AAP has stated, "Most children with a history of anaphylactic reactions to eggs have no untoward reactions to measles or MMR vaccine. Persons are not at increased risk if they have egg allergies that are not anaphylactic, and they should be vaccinated in the usual manner. In addition, skin testing of egg-allergic children with vaccine has not been predictive of which children will have an immediate hypersensitivity reaction...Persons with allergies to chickens or chicken feathers are not at increased risk of reaction to the vaccine."[44]

*Hypersensitivity to Neomycin*

The AAP states, "Persons who have experienced anaphylactic reactions to topically or systemically administered neomycin should not receive measles vaccine. Most often, however, neomycin allergy manifests as a contact dermatitis, which is a delayed-type (cell-mediated) immune response rather than anaphylaxis. In such persons, an adverse reaction to neomycin in the vaccine would be an erythematous, pruritic nodule or papule, 48 to 96 hours after vaccination. A history of contact dermatitis to neomycin is not a contraindication to receiving measles vaccine."[44]

*Thrombocytopenia*

Individuals with current thrombocytopenia may develop more severe thrombocytopenia following vaccination. In addition, individuals who experienced thrombocytopenia with the first dose of M-M-R II (or its component vaccines) may develop thrombocytopenia with repeat doses. Serologic status may be evaluated to determine whether or not additional doses of vaccine are needed. The potential risk to

4

CONFIDENTIAL                                                         Merck-EDPA-00248

MRK-KRA00000279
MRK-CHA00000279

Appx16790

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9739302

benefit ratio should be carefully evaluated before considering vaccination in such cases (see ADVERSE REACTIONS).

## PRECAUTIONS

*General*

Adequate treatment provisions including epinephrine injection (1:1000), should be available for immediate use should an anaphylactic or anaphylactoid reaction occur.

Special care should be taken to ensure that the injection does not enter a blood vessel.

Children and young adults who are known to be infected with human immunodeficiency viruses and are not immunosuppressed may be vaccinated. However, vaccinees who are infected with HIV should be monitored closely for vaccine-preventable diseases because immunization may be less effective than for uninfected persons (see CONTRAINDICATIONS).[42,43]

Vaccination should be deferred for 3 months or longer following blood or plasma transfusions, or administration of immune globulin (human).[44]

Excretion of small amounts of the live attenuated rubella virus from the nose or throat has occurred in the majority of susceptible individuals 7 to 28 days after vaccination. There is no confirmed evidence to indicate that such virus is transmitted to susceptible persons who are in contact with the vaccinated individuals. Consequently, transmission through close personal contact, while accepted as a theoretical possibility, is not regarded as a significant risk.[33] However, transmission of the rubella vaccine virus to infants via breast milk has been documented (see *Nursing Mothers*).

There are no reports of transmission of live attenuated measles or mumps viruses from vaccinees to susceptible contacts.

It has been reported that live attenuated measles, mumps and rubella virus vaccines given individually may result in a temporary depression of tuberculin skin sensitivity. Therefore, if a tuberculin test is to be done, it should be administered either before or simultaneously with M-M-R II.

Children under treatment for tuberculosis have not experienced exacerbation of the disease when immunized with live measles virus vaccine;[46] no studies have been reported to date of the effect of measles virus vaccines on untreated tuberculous children. However, individuals with active untreated tuberculosis should not be vaccinated.

As for any vaccine, vaccination with M-M-R II may not result in protection in 100% of vaccinees.

The health-care provider should determine the current health status and previous vaccination history of the vaccinee.

The health-care provider should question the patient, parent, or guardian about reactions to a previous dose of M-M-R II or other measles-, mumps-, or rubella-containing vaccines.

*Information for Patients*

The health-care provider should provide the vaccine information required to be given with each vaccination to the patient, parent, or guardian.

The health-care provider should inform the patient, parent, or guardian of the benefits and risks associated with vaccination. For risks associated with vaccination see WARNINGS, PRECAUTIONS, ADVERSE REACTIONS.

Patients, parents, or guardians should be instructed to report any serious adverse reactions to their health-care provider who in turn should report such events to the U.S. Department of Health and Human Services through the Vaccine Adverse Event Reporting System (VAERS), 1-800-822-7967.[47]

Pregnancy should be avoided for 3 months following vaccination, and patients should be informed of the reasons for this precaution (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females*, CONTRAINDICATIONS, and PRECAUTIONS, *Pregnancy*).

*Laboratory Tests*

See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing, and CLINICAL PHARMACOLOGY.

*Drug Interactions*

See DOSAGE AND ADMINISTRATION, *Use With Other Vaccines*.

*Immunosuppressive Therapy*

The immune status of patients about to undergo immunosuppressive therapy should be evaluated so that the physician can consider whether vaccination prior to the initiation of treatment is indicated (see CONTRAINDICATIONS and PRECAUTIONS).

5

CONFIDENTIAL

Merck-EDPA-00249

MRK-KRA00000280
MRK-CHA00000280

Appx16791

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9739302

The ACIP has stated that "patients with leukemia in remission who have not received chemotherapy for at least 3 months may receive live virus vaccines. Short-term (<2 weeks), low- to moderate-dose systemic corticosteroid therapy, topical steroid therapy (e.g. nasal, skin), long-term alternate-day treatment with low to moderate doses of short-acting systemic steroid, and intra-articular, bursal, or tendon injection of corticosteroids are not immunosuppressive in their usual doses and do not contraindicate the administration of [measles, mumps, or rubella vaccine]."[33,34,37]

*Immune Globulin*

Administration of immune globulins concurrently with M-M-R II may interfere with the expected immune response.[33,34,44]

See also PRECAUTIONS, *General*.

*Carcinogenesis, Mutagenesis, Impairment of Fertility*

M-M-R II has not been evaluated for carcinogenic or mutagenic potential, or potential to impair fertility.

*Pregnancy*

*Pregnancy Category C*

Animal reproduction studies have not been conducted with M-M-R II. It is also not known whether M-M-R II can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Therefore, the vaccine should not be administered to pregnant females; furthermore, pregnancy should be avoided for 3 months following vaccination (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females* and CONTRAINDICATIONS).

In counseling women who are inadvertently vaccinated when pregnant or who become pregnant within 3 months of vaccination, the physician should be aware of the following: (1) In a 10-year survey involving over 700 pregnant women who received rubella vaccine within 3 months before or after conception (of whom 189 received the Wistar RA 27/3 strain), none of the newborns had abnormalities compatible with congenital rubella syndrome;[48] (2) Mumps infection during the first trimester of pregnancy may increase the rate of spontaneous abortion. Although mumps vaccine virus has been shown to infect the placenta and fetus, there is no evidence that it causes congenital malformations in humans;[37] and (3) Reports have indicated that contracting wild-type measles during pregnancy enhances fetal risk. Increased rates of spontaneous abortion, stillbirth, congenital defects and prematurity have been observed subsequent to infection with wild-type measles during pregnancy.[57,58] There are no adequate studies of the attenuated (vaccine) strain of measles virus in pregnancy. However, it would be prudent to assume that the vaccine strain of virus is also capable of inducing adverse fetal effects.

*Nursing Mothers*

It is not known whether measles or mumps vaccine virus is secreted in human milk. Recent studies have shown that lactating postpartum women immunized with live attenuated rubella vaccine may secrete the virus in breast milk and transmit it to breast-fed infants.[49] In the infants with serological evidence of rubella infection, none exhibited severe disease; however, one exhibited mild clinical illness typical of acquired rubella.[50,51] Caution should be exercised when M-M-R II is administered to a nursing woman.

*Pediatric Use*

Safety and effectiveness of measles vaccine in infants below the age of 6 months have not been established (see also CLINICAL PHARMACOLOGY). Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established.

*Geriatric Use*

Clinical studies of M-M-R II did not include sufficient numbers of seronegative subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger subjects.

**ADVERSE REACTIONS**

The following adverse reactions are listed in decreasing order of severity, without regard to causality, within each body system category and have been reported during clinical trials, with use of the marketed vaccine, or with use of monovalent or bivalent vaccine containing measles, mumps, or rubella:

*Body as a Whole*

Panniculitis; atypical measles; fever; syncope; headache; dizziness; malaise; irritability.

*Cardiovascular System*

Vasculitis.

6

CONFIDENTIAL

Merck-EDPA-00250

MRK-KRA00000281
MRK-CHA00000281

*Digestive System*
Pancreatitis; diarrhea; vomiting; parotitis; nausea.
*Endocrine System*
Diabetes mellitus.
*Hemic and Lymphatic System*
Thrombocytopenia (see WARNINGS, *Thrombocytopenia*); purpura; regional lymphadenopathy; leukocytosis.
*Immune System*
Anaphylaxis and anaphylactoid reactions have been reported as well as related phenomena such as angioneurotic edema (including peripheral or facial edema) and bronchial spasm in individuals with or without an allergic history.
*Musculoskeletal System*
Arthritis; arthralgia; myalgia.
Arthralgia and/or arthritis (usually transient and rarely chronic), and polyneuritis are features of infection with wild-type rubella and vary in frequency and severity with age and sex, being greatest in adult females and least in prepubertal children. This type of involvement as well as myalgia and paresthesia, have also been reported following administration of MERUVAX II.
Chronic arthritis has been associated with wild-type rubella infection and has been related to persistent virus and/or viral antigen isolated from body tissues. Only rarely have vaccine recipients developed chronic joint symptoms.
Following vaccination in children, reactions in joints are uncommon and generally of brief duration. In women, incidence rates for arthritis and arthralgia are generally higher than those seen in children (children: 0-3%; women: 12-26%),[17,52,53] and the reactions tend to be more marked and of longer duration. Symptoms may persist for a matter of months or on rare occasions for years. In adolescent girls, the reactions appear to be intermediate in incidence between those seen in children and in adult women. Even in women older than 35 years, these reactions are generally well tolerated and rarely interfere with normal activities.
*Nervous System*
Encephalitis; encephalopathy; measles inclusion body encephalitis (MIBE) (see CONTRAINDICATIONS); subacute sclerosing panencephalitis (SSPE); Guillain-Barré Syndrome (GBS); febrile convulsions; afebrile convulsions or seizures; ataxia; polyneuritis; polyneuropathy; ocular palsies; paresthesia.
Experience from more than 80 million doses of all live measles vaccines given in the U.S. through 1975 indicates that significant central nervous system reactions such as encephalitis and encephalopathy, occurring within 30 days after vaccination, have been temporally associated with measles vaccine very rarely.[54] In no case has it been shown that reactions were actually caused by vaccine. The Centers for Disease Control and Prevention has pointed out that "a certain number of cases of encephalitis may be expected to occur in a large childhood population in a defined period of time even when no vaccines are administered". However, the data suggest the possibility that some of these cases may have been caused by measles vaccines. The risk of such serious neurological disorders following live measles virus vaccine administration remains far less than that for encephalitis and encephalopathy with wild-type measles (one per two thousand reported cases).
Post-marketing surveillance of the more than 200 million doses of M-M-R and M-M-R II that have been distributed worldwide over 25 years (1971 to 1996) indicates that serious adverse events such as encephalitis and encephalopathy continue to be rarely reported.[17]
There have been reports of subacute sclerosing panencephalitis (SSPE) in children who did not have a history of infection with wild-type measles but did receive measles vaccine. Some of these cases may have resulted from unrecognized measles in the first year of life or possibly from the measles vaccination. Based on estimated nationwide measles vaccine distribution, the association of SSPE cases to measles vaccination is about one case per million vaccine doses distributed. This is far less than the association with infection with wild-type measles, 6-22 cases of SSPE per million cases of measles. The results of a retrospective case-controlled study conducted by the Centers for Disease Control and Prevention suggest that the overall effect of measles vaccine has been to protect against SSPE by preventing measles with its inherent higher risk of SSPE.[55]
Cases of aseptic meningitis have been reported to VAERS following measles, mumps, and rubella vaccination. Although a causal relationship between the Urabe strain of mumps vaccine and aseptic

7

CONFIDENTIAL

Merck-EDPA-00251

MRK-KRA00000282
MRK-CHA00000282

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9739302

meningitis has been shown, there is no evidence to link Jeryl Lynn™ mumps vaccine to aseptic meningitis.

*Respiratory System*

Pneumonia, pneumonitis (see CONTRAINDICATIONS); sore throat; cough; rhinitis.

*Skin*

Stevens-Johnson syndrome; erythema multiforme; urticaria; rash; measles-like rash; pruritis.

Local reactions including burning/stinging at injection site; wheal and flare; redness (erythema); swelling; induration; tenderness; vesiculation at injection site.

*Special Senses — Ear*

Nerve deafness; otitis media.

*Special Senses — Eye*

Retinitis; optic neuritis; papillitis; retrobulbar neuritis; conjunctivitis.

*Urogenital System*

Orchitis.

*Other*

Death from various, and in some cases unknown, causes has been reported rarely following vaccination with measles, mumps, and rubella vaccines; however, a causal relationship has not been established in healthy individuals (see CONTRAINDICATIONS). No deaths or permanent sequelae were reported in a published post-marketing surveillance study in Finland involving 1.5 million children and adults who were vaccinated with M-M-R II during 1982 to 1993.[56]

Under the National Childhood Vaccine Injury Act of 1986, health-care providers and manufacturers are required to record and report certain suspected adverse events occurring within specific time periods after vaccination. However, the U.S. Department of Health and Human Services (DHHS) has established a Vaccine Adverse Event Reporting System (VAERS) which will accept all reports of suspected events.[47] A VAERS report form as well as information regarding reporting requirements can be obtained by calling VAERS 1-800-822-7967.

## DOSAGE AND ADMINISTRATION

*FOR SUBCUTANEOUS ADMINISTRATION*

*Do not inject intravascularly.*

The dose for any age is 0.5 mL administered subcutaneously, preferably into the outer aspect of the upper arm.

The recommended age for primary vaccination is 12 to 15 months.

Revaccination with M-M-R II is recommended prior to elementary school entry. See also INDICATIONS AND USAGE, *Recommended Vaccination Schedule*.

Children first vaccinated when younger than 12 months of age should receive another dose between 12 to 15 months of age followed by revaccination prior to elementary school entry.[59] See also INDICATIONS AND USAGE, *Measles Outbreak Schedule*.

Immune Globulin (IG) is not to be given concurrently with M-M-R II (see PRECAUTIONS, *General* and PRECAUTIONS, *Drug Interactions*).

CAUTION: A sterile syringe free of preservatives, antiseptics, and detergents should be used for each injection and/or reconstitution of the vaccine because these substances may inactivate the live virus vaccine. A 25 gauge, 5/8" needle is recommended.

To reconstitute, use only the diluent supplied, since it is free of preservatives or other antiviral substances which might inactivate the vaccine.

*Single Dose Vial* — First withdraw the entire volume of diluent into the syringe to be used for reconstitution. Inject all the diluent in the syringe into the vial of lyophilized vaccine, and agitate to mix thoroughly. If the lyophilized vaccine cannot be dissolved, discard. Withdraw the entire contents into a syringe and inject the total volume of restored vaccine subcutaneously.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

*10 Dose Vial (available only to government agencies/institutions)* — Withdraw the entire contents (7 mL) of the diluent vial into the sterile syringe to be used for reconstitution, and introduce into the 10 dose vial of lyophilized vaccine. Agitate to ensure thorough mixing. If the lyophilized vaccine cannot be dissolved, discard. The outer labeling suggests "For Jet Injector or Syringe Use." Use with

8

CONFIDENTIAL
Merck-EDPA-00252

Appx16794

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                9739302

separate sterile syringes is permitted for containers of 10 doses or less. The vaccine and diluent do not contain preservatives; therefore, the user must recognize the potential contamination hazards and exercise special precautions to protect the sterility and potency of the product. The use of aseptic techniques and proper storage prior to and after restoration of the vaccine and subsequent withdrawal of the individual doses is essential. Use 0.5 mL of the reconstituted vaccine for subcutaneous injection.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit. M-M-R II, when reconstituted, is clear yellow.

*Use With Other Vaccines*

M-M-R II should be given one month before or after administration of other live viral vaccines.

M-M-R II has been administered concurrently with VARIVAX* [Varicella Virus Vaccine Live (Oka/Merck)], and PedvaxHIB* [*Haemophilus b* Conjugate Vaccine (Meningococcal Protein Conjugate)] using separate injection sites and syringes. No impairment of immune response to individually tested vaccine antigens was demonstrated. The type, frequency, and severity of adverse experiences observed with M-M-R II were similar to those seen when each vaccine was given alone.

Routine administration of DTP (diphtheria, tetanus, pertussis) and/or OPV (oral poliovirus vaccine) concurrently with measles, mumps and rubella vaccines is not recommended because there are limited data relating to the simultaneous administration of these antigens.

However, other schedules have been used. The ACIP has stated "Although data are limited concerning the simultaneous administration of the entire recommended vaccine series (i.e., DTP [or DTaP [or DTwP], IPV [or OPV], Hib with or without Hepatitis B vaccine, and varicella vaccine), data from numerous studies have indicated no interference between routinely recommended childhood vaccines (either live, attenuated, or killed). These findings support the simultaneous use of all vaccines as recommended."[32]

## HOW SUPPLIED

No. 4681/4309 — M-M-R II is supplied as follows: (1) a box of 10 single-dose vials of lyophilized vaccine (package A), NDC 0006-4681-00; and (2) a box of 10 vials of diluent (package B). To conserve refrigerator space, the diluent may be stored separately at room temperature.

*Available only to government agencies/institutions:*

No. 4682X — M-M-R II is supplied as one 10 dose vial of lyophilized vaccine.

NDC 0006-4682-00, and one 7 mL vial of diluent.

*Storage*

During shipment, to ensure that there is no loss of potency, the vaccine must be maintained at a temperature of 10°C (50°F) or colder. Freezing during shipment will not affect potency of the vaccine.

Protect the vaccine from light at all times, since such exposure may inactivate the viruses.

Before reconstitution, store the vial of lyophilized vaccine at 2 to 8°C (36 to 46°F) or colder. The diluent may be stored in the refrigerator with the lyophilized vaccine or separately at room temperature. Do not freeze the diluent.

It is recommended that the vaccine be used as soon as possible after reconstitution. Store reconstituted vaccine in the vaccine vial in a dark place at 2 to 8°C (36 to 46°F) and discard if not used within 8 hours.

## REFERENCES

1.  Plotkin, S.A.; Cornfeld, D.; Ingalls, T.H.: Studies of immunization with living rubella virus: Trials in children with a strain cultured from an aborted fetus, Am. J. Dis. Child. *110*: 381-389, 1965.

2.  Plotkin, S.A.; Farquhar, J.; Katz, M.; Ingalls, T.H.: A new attenuated rubella virus grown in human fibroblasts: Evidence for reduced nasopharyngeal excretion, Am. J. Epidemiol. *86*: 468-477, 1967.

3.  Monthly Immunization Table, MMWR *45*(1): 24-25, January 12, 1996.

4.  Johnson, C.E.; et al: Measles Vaccine Immunogenicity in 6- Versus 15-Month-Old Infants Born to Mothers in the Measles Vaccine Era, Pediatrics, 93(6): 939-943, 1994.

5.  Linneman, C.C.; et al: Measles Immunity After Vaccination: Results in Children Vaccinated Before 10 Months of Age, Pediatrics, 69(3): 332-335, March 1982.

9

CONFIDENTIAL

Merck-EDPA-00253

MRK-KRA00000284
MRK-CHA00000284

Appx16795

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9739302

6.  Stetler, H.C.; et al: Impact of Revaccinating Children Who Initially Received Measles Vaccine Before 10 Months of Age, Pediatrics 77(4): 471-476, April 1986.

7.  Hilleman, M.R.; Buynak, E.B.; Weibel, R.E.; et al: Development and Evaluation of the Moraten Measles Virus Vaccine, JAMA 206(3): 587-590, 1968.

8.  Weibel, R.E.; Stokes, J.; Buynak, E.B.; et al: Live, Attenuated Mumps Virus Vaccine 3. Clinical and Serologic Aspects in a Field Evaluation, N. Engl. J. Med. 276: 245-251, 1967.

9.  Hilleman, M.R.; Weibel, R.E.; Buynak, E.B.; et al: Live, Attenuated Mumps Virus Vaccine 4. Protective Efficacy as Measured in a Field Evaluation, N. Engl. J. Med. 276: 252-258, 1967.

10. Cutts, F.T.; Henderson, R.H.; Clements, C.J.; et al: Principles of measles control, Bull WHO 69(1): 1-7, 1991.

11. Weibel, R.E.; Buynak, E.B.; Stokes, J.; et al: Evaluation Of Live Attenuated Mumps Virus Vaccine, Strain Jeryl Lynn, First International Conference on Vaccines Against Viral and Rickettsial Diseases of Man, World Health Organization, No. 147, May 1967.

12. Leibhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; et al: Vaccination With RA 27/3 Rubella Vaccine, Am. J. Dis. Child. 123: 133-136, February 1972.

13. Rosen, L.: Hemagglutination and Hemagglutination-Inhibition with Measles Virus, Virology 13: 139-141, January 1961.

14. Brown, G.C.; et al: Fluorescent-Antibody Marker for Vaccine-Induced Rubella Antibodies, Infection and Immunity 2(4): 360-363, 1970.

15. Buynak, E.B.; et al: Live Attenuated Mumps Virus Vaccine 1. Vaccine Development, Proceedings of the Society for Experimental Biology and Medicine, 123: 768-775, 1966.

16. Weibel, R.E.; Carlson, A.J.; Villarejos, V.M.; Buynak, E.B.; McLean, A.A.; Hilleman, M.R.: Clinical and Laboratory Studies of Combined Live Measles, Mumps, and Rubella Vaccines Using the RA 27/3 Rubella Virus, Proc. Soc. Exp. Biol. Med. 165: 323-326, 1980.

17. Unpublished data from the files of Merck Research Laboratories.

18. Watson, J.C.; Pearson, J.S.; Erdman, D.D.; et al: An Evaluation of Measles Revaccination Among School-Entry Age Children, 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Abstract #268, 143, 1991.

19. Fogel, A.; Moshkowitz, A.; Rannon, L.; Gerichter, Ch.B.: Comparative trials of RA 27/3 and Cendehill rubella vaccines in adult and adolescent females, Am. J. Epidemiol. 93: 392-393, 1971.

20. Andzhaparidze, O.G.; Desyatskova, R.G.; Chervonski, G.I.; Pryanichnikova, L.V.: Immunogenicity and reactogenicity of live attenuated rubella virus vaccines, Am. J. Epidemiol. 91: 527-530, 1970.

21. Freestone, D.S.; Reynolds, G.M.; McKinnon, J.A.; Prydie, J.: Vaccination of schoolgirls against rubella. Assessment of serological status and a comparative trial of Wistar RA 27/3 and Cendehill strain live attenuated rubella vaccines in 13-year-old schoolgirls in Dudley, Br. J. Prev. Soc. Med. 29: 258-261, 1975.

22. Grillner, L.; Hedstrom, C.E.; Bergstrom, H.; Forssman, L.; Rigner, A.; Lycke, E.: Vaccination against rubella of newly delivered women, Scand. J. Infect. Dis. 5: 237-241, 1973.

23. Grillner, L.: Neutralizing antibodies after rubella vaccination of newly delivered women: a comparison between three vaccines, Scand. J. Infect. Dis. 7: 169-172, 1975.

24. Wallace, R.B.; Isacson, P.: Comparative trial of HPV-77, DE-5 and RA 27/3 live-attenuated rubella vaccines, Am. J. Dis. Child. 124: 536-538, 1972.

25. Lalla, M.; Vesikari, T.; Virolainen, M: Lymphoblast proliferation and humoral antibody response after rubella vaccination, Clin. Exp. Immunol. 15: 193-202, 1973.

26. LeBouvier, G.L.; Plotkin, S.A.: Precipitin responses to rubella vaccine RA 27/3, J. Infect. Dis. 123: 220-223, 1971.

27. Horstmann, D.M.: Rubella: The challenge of Its control, J. Infect. Dis. 123: 640-654, 1971.

28. Ogra, P.L.; Kerr-Grant, D.; Umana, G.; Dzierba, J.; Weintraub, D.: Antibody response in serum and nasopharynx after naturally acquired and vaccine-induced infection with rubella virus, N. Engl. J. Med. 285: 1333-1339, 1971.

29. Plotkin, S.A.; Farquhar, J.D.; Ogra, P.L.: Immunologic properties of RA 27/3 rubella virus vaccine, J. Am. Med. Assoc. 225: 585-590, 1973.

30. Liebhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; Horstmann, D.M.: Vaccination with RA 27/3 rubella vaccine. Persistence of immunity and resistance to challenge after two years, Am. J. Dis. Child. 123: 133-136, 1972.

31. Farquhar, J.D.: Follow-up on rubella vaccinations and experience with subclinical reinfection, J. Pediatr. 81: 460-465, 1972.

32. Centers for Disease Control and Prevention. Recommended childhood immunization schedule — United States, January-June 1996, MMWR 44(51 & 52): 940-943, January 5, 1996.

10

CONFIDENTIAL                                                        Merck-EDPA-00254

MRK-KRA00000285
MRK-CHA00000285

Appx16796

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9739302

33. Rubella Prevention: Recommendation of the Immunization Practices Advisory Committee (ACIP), MMWR 39(RR-15): 1-18, November 23, 1990.

34. Measles Prevention: Recommendations of the Immunization Practices Advisory Committee (ACIP), MMWR 38(S-9): 5-22, December 29, 1989.

35. Jong, E.C., The Travel and Tropical Medicine Manual, W.B. Saunders Company, p. 12-16, 1987.

36. Committee on Immunization Council of Medical Societies, American College of Physicians, Phila., PA, Guide for Adult Immunization, First Edition, 1985.

37. Recommendations of the Immunization Practices Advisory Committee (ACIP), Mumps Prevention, MMWR 38(22): 388-400, June 9, 1989.

38. King, G.E.; Markowitz, L.E.; Patriarca, P.A.; et al: Clinical Efficacy of Measles Vaccine During the 1990 Measles Epidemic, Pediatr. Infect. Dis. J. 10(12): 883-888, December 1991.

39. Krasinski, K.; Borkowsky, W.: Measles and Measles Immunity in Children Infected With Human Immunodeficiency Virus, JAMA 261(17): 2512-2516, 1989.

40. Kelso, J.M.; Jones, R.T.; Yunginger, J.W.: Anaphylaxis to measles, mumps, and rubella vaccine mediated by IgE to gelatin, J. Allergy Clin. Immunol. 91: 867-872, 1993.

41. General Recommendations on Immunization, Recommendations of the Advisory Committee on Immunization Practices, MMWR 43(RR-1): 1-38, January 28, 1994.

42. Center for Disease Control: Immunization of Children Infected with Human T-Lymphotropic Virus Type III/Lymphadenopathy-Associated Virus, Annals of Internal Medicine, 106: 75-78, 1987.

43. Krasinski, K.; Borkowsky, W.; Krugman, S.: Antibody following measles immunization in children infected with human T-cell lymphotropic virus-type III/lymphadenopathy associated virus (HTLV-III/LAV) [Abstract] In: Program and abstracts of the International Conference on Acquired Immunodeficiency Syndrome, Paris, France, June 23-25, 1986.

44. Peter, G.; et al (eds): Report of the Committee on Infectious Diseases, Twenty-fourth Edition, American Academy of Pediatrics, 344-357, 1997.

45. Isaacs, D.; Menser, M.: Modern Vaccines, Measles, Mumps, Rubella, and Varicella, Lancet 335: 1384-1387, June 9, 1990.

46. Starr, S.; Berkovich, S.: The effect of measles, gamma globulin modified measles, and attenuated measles vaccine on the course of treated tuberculosis in children, Pediatrics 35: 97-102, January 1965.

47. Vaccine Adverse Event Reporting System — United States, MMWR 39(41): 730-733, October 19, 1990.

48. Rubella vaccination during pregnancy — United States, 1971-1981. MMWR 31(35): 477-481, September 10, 1982.

49. Losonsky, G.A.; Fishaut, J.M.; Strussenber, J.; Ogra, P.L.: Effect of immunization against rubella on lactation products. II. Maternal-neonatal interactions, J. Infect. Dis. 145: 661-666, 1982.

50. Landes, R.D.; Bass, J.W.; Millunchick, E.W.; Oetgen, W.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. 97: 465-467, 1980.

51. Lerman, S.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. 98: 668, 1981. (Letter)

52. Gershon, A.; et al: Live attenuated rubella virus vaccine: comparison of responses to HPV-77-DE5 and RA 27/3 strains, Am. J. Med. Sci. 279(2): 95-97, 1980.

53. Weibel, R.E.; et al: Clinical and laboratory studies of live attenuated RA 27/3 and HPV-77-DE rubella virus vaccines, Proc. Soc. Exp. Biol. Med. 165: 44-49, 1980.

54. CDC. Important Information about Measles, Mumps, and Rubella, and Measles, Mumps, and Rubella Vaccines. 1980. 1983.

55. CDC, Measles Surveillance, Report No. 11, p. 14, September 1982.

56. Peltola, H.; et al: The elimination of indigenous measles, mumps, and rubella from Finland by a 12-year, two dose vaccination program. N. Engl. J. Med. 331: 1397-1402, 1994.

57. Eberhart-Phillips, J.E.; et al: Measles in pregnancy: a descriptive study of 58 cases. Obstetrics and Gynecology, 82(5): 797-801, November 1993.

58. Jespersen, C.S.; et al: Measles as a cause of fetal defects: A retrospective study of ten measles epidemics in Greenland. Acta Paediatr Scand. 66: 367-372, May 1977.

59. Measles, Mumps, and Rubella — Vaccine Use and Strategies for Elimination of Measles, Rubella, and Congenital Rubella Syndrome and Control of Mumps: Recommendations of the Advisory Committee on Immunization Practices (ACIP), MMWR 47(RR-8): May 22, 1998.

60. Bitnum, A.; et al: Measles Inclusion Body Encephalitis Caused by the Vaccine Strain of Measles Virus. Clin. Infect. Dis. 29: 855-861, 1999.

11

CONFIDENTIAL                                                          Merck-EDPA-00255

MRK-KRA00000286
MRK-CHA00000286

Appx16797

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                                 9739302

61. Angel, J.B.; et al: Vaccine Associated Measles Pneumonitis in an Adult with AIDS. Annals of Internal Medicine, *129*: 104-106, 1998.

Dist. by:

**MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

Issued February 2007
Printed in USA

CONFIDENTIAL                                                                          Merck-EDPA-00256

MRK-KRA00000287
MRK-CHA00000287

Appx16798

 **MERCK & CO., INC.**
Whitehouse Station, NJ 08889, USA

9739302

# M-M-R® II
## (MEASLES, MUMPS, and RUBELLA VIRUS VACCINE LIVE)

### DESCRIPTION

M-M-R[*] II (Measles, Mumps, and Rubella Virus Vaccine Live) is a live virus vaccine for vaccination against measles (rubeola), mumps, and rubella (German measles).

M-M-R II is a sterile lyophilized preparation of (1) ATTENUVAX[*] (Measles Virus Vaccine Live), a more attenuated line of measles virus, derived from Enders' attenuated Edmonston strain and propagated in chick embryo cell culture; (2) MUMPSVAX[*] (Mumps Virus Vaccine Live), the Jeryl Lynn[**] (B level) strain of mumps virus propagated in chick embryo cell culture; and (3) MERUVAX[*] II (Rubella Virus Vaccine Live), the Wistar RA 27/3 strain of live attenuated rubella virus propagated in WI-38 human diploid lung fibroblasts.[1,2]

The growth medium for measles and mumps is Medium 199 (a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum) containing SPGA (sucrose, phosphate, glutamate, and recombinant human albumin) as stabilizer and neomycin.

The growth medium for rubella is Minimum Essential Medium (MEM) [a buffered salt solution containing vitamins and amino acids and supplemented with fetal bovine serum] containing recombinant human albumin and neomycin. Sorbitol and hydrolyzed gelatin stabilizer are added to the individual virus harvests.

The cells, virus pools, and fetal bovine serum are all screened for the absence of adventitious agents.

The reconstituted vaccine is for subcutaneous administration. Each 0.5 mL dose contains not less than 1,000 $TCID_{50}$ (tissue culture infectious doses) of measles virus; 20,000 $TCID_{50}$ of mumps virus; and 1,000 $TCID_{50}$ of rubella virus. Each dose of the vaccine is calculated to contain sorbitol (14.5 mg), sodium phosphate, sucrose (1.9 mg), sodium chloride, hydrolyzed gelatin (14.5 mg), recombinant human albumin (≤0.3 mg), fetal bovine serum (<1 ppm), other buffer and media ingredients and approximately 25 mcg of neomycin. The product contains no preservative.

Before reconstitution, the lyophilized vaccine is a light yellow compact crystalline plug. M-M-R II, when reconstituted as directed, is clear yellow.

### CLINICAL PHARMACOLOGY

Measles, mumps, and rubella are three common childhood diseases, caused by measles virus, mumps virus (paramyxoviruses), and rubella virus (togavirus), respectively, that may be associated with serious complications and/or death. For example, pneumonia and encephalitis are caused by measles. Mumps is associated with aseptic meningitis, deafness and orchitis; and rubella during pregnancy may cause congenital rubella syndrome in the infants of infected mothers.

The impact of measles, mumps, and rubella vaccination on the natural history of each disease in the United States can be quantified by comparing the maximum number of measles, mumps, and rubella cases reported in a given year prior to vaccine use to the number of cases of each disease reported in 1995. For measles, 894,134 cases reported in 1941 compared to 288 cases reported in 1995 resulted in a 99.97% decrease in reported cases; for mumps, 152,209 cases reported in 1968 compared to 840 cases reported in 1995 resulted in a 99.45% decrease in reported cases; and for rubella, 57,686 cases reported in 1969 compared to 200 cases reported in 1995 resulted in a 99.65% decrease.[3]

Clinical studies of 284 triple seronegative children, 11 months to 7 years of age, demonstrated that M-M-R II is highly immunogenic and generally well tolerated. In these studies, a single injection of the vaccine induced measles hemagglutination-inhibition (HI) antibodies in 95%, mumps neutralizing antibodies in 96%, and rubella HI antibodies in 99% of susceptible persons. However, a small percentage (1-5%) of vaccinees may fail to seroconvert after the primary dose (see also INDICATIONS AND USAGE, *Recommended Vaccination Schedule*).

---

[*] Registered trademark of MERCK & CO., Inc.
COPYRIGHT © 2004 MERCK & CO., Inc.
All rights reserved
[**] Trademark of MERCK & CO., Inc.

1

CONFIDENTIAL

Merck-EDPA-00257

MRK-KRA00000288
MRK-CHA00000288

Appx16799

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                9739302

A study[4] of 6-month-old and 15-month-old infants born to vaccine-immunized mothers demonstrated that, following vaccination with ATTENUVAX, 74% of the 6-month-old infants developed detectable neutralizing antibody (NT) titers while 100% of the 15-month-old infants developed NT. This rate of seroconversion is higher than that previously reported for 6-month-old infants born to naturally immune mothers tested by HI assay. When the 6-month-old infants of immunized mothers were revaccinated at 15 months, they developed antibody titers equivalent to the 15-month-old vaccinees. The lower seroconversion rate in 6-month-olds has two possible explanations: 1) Due to the limit of the detection level of the assays (NT and enzyme immunoassay [EIA]), the presence of trace amounts of undetectable maternal antibody might interfere with the seroconversion of infants; or 2) The immune system of 6-month-olds is not always capable of mounting a response to measles vaccine as measured by the two antibody assays.

There is some evidence to suggest that infants who are born to mothers who had wild-type measles and who are vaccinated at less than one year of age may not develop sustained antibody levels when later revaccinated. The advantage of early protection must be weighed against the chance for failure to respond adequately on reimmunization.[5,6]

Efficacy of measles, mumps, and rubella vaccines was established in a series of double-blind controlled field trials which demonstrated a high degree of protective efficacy afforded by the individual vaccine components.[7-12] These studies also established that seroconversion in response to vaccination against measles, mumps, and rubella paralleled protection from these diseases.[13-15]

Following vaccination, antibodies associated with protection can be measured by neutralization assays, HI, or ELISA (enzyme linked immunosorbent assay) tests. Neutralizing and ELISA antibodies to measles, mumps, and rubella viruses are still detectable in most individuals 11 to 13 years after primary vaccination.[16-18] See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing.

The RA 27/3 rubella strain in M-M-R II elicits higher immediate post-vaccination HI, complement-fixing and neutralizing antibody levels than other strains of rubella vaccine[19-25] and has been shown to induce a broader profile of circulating antibodies including anti-theta and anti-iota precipitating antibodies.[26,27] The RA 27/3 rubella strain immunologically simulates natural infection more closely than other rubella vaccine viruses.[27-29] The increased levels and broader profile of antibodies produced by RA 27/3 strain rubella virus vaccine appear to correlate with greater resistance to subclinical reinfection with the wild virus,[27,29-31] and provide greater confidence for lasting immunity.

## INDICATIONS AND USAGE

*Recommended Vaccination Schedule*

M-M-R II is indicated for simultaneous vaccination against measles, mumps, and rubella in individuals 12 months of age or older.

Individuals first vaccinated at 12 months of age or older should be revaccinated prior to elementary school entry. Revaccination is intended to seroconvert those who do not respond to the first dose. The Advisory Committee on Immunization Practices (ACIP) recommends administration of the first dose of M-M-R II at 12 to 15 months of age and administration of the second dose of M-M-R II at 4 to 6 years of age.[59] In addition, some public health jurisdictions mandate the age for revaccination. Consult the complete text of applicable guidelines regarding routine revaccination including that of high-risk adult populations.

*Measles Outbreak Schedule*

*Infants Between 6 to 12 Months of Age*

Local health authorities may recommend measles vaccination of infants between 6 to 12 months of age in outbreak situations. This population may fail to respond to the components of the vaccine. Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established. The younger the infant, the lower the likelihood of seroconversion (see CLINICAL PHARMACOLOGY). Such infants should receive a second dose of M-M-R II between 12 to 15 months of age followed by revaccination at elementary school entry.[59]

Unnecessary doses of a vaccine are best avoided by ensuring that written documentation of vaccination is preserved and a copy given to each vaccinee's parent or guardian.

2

CONFIDENTIAL

Merck-EDPA-00258

MRK-KRA00000289
MRK-CHA00000289

Appx16800

M-M-R® ᵢᵢ (Measles, Mumps, and Rubella Virus Vaccine Live)                                                    9739302

*Other Vaccination Considerations*
*Non-Pregnant Adolescent and Adult Females*
    Immunization of susceptible non-pregnant adolescent and adult females of childbearing age with live attenuated rubella virus vaccine is indicated if certain precautions are observed (see below and PRECAUTIONS). Vaccinating susceptible postpartum females confers individual protection against subsequently acquiring rubella infection during pregnancy, which in turn prevents infection of the fetus and consequent congenital rubella injury.[33]
    Women of childbearing age should be advised not to become pregnant for 3 months after vaccination and should be informed of the reasons for this precaution.
    The ACIP has stated "If it is practical and if reliable laboratory services are available, women of childbearing age who are potential candidates for vaccination can have serologic tests to determine susceptibility to rubella. However, with the exception of premarital and prenatal screening, routinely performing serologic tests for all women of childbearing age to determine susceptibility (so that vaccine is given only to proven susceptible women) can be effective but is expensive. Also, 2 visits to the health-care provider would be necessary — one for screening and one for vaccination. Accordingly, rubella vaccination of a woman who is not known to be pregnant and has no history of vaccination is justifiable without serologic testing — and may be preferable, particularly when costs of serology are high and follow-up of identified susceptible women for vaccination is not assured."[33]
    Postpubertal females should be informed of the frequent occurrence of generally self-limited arthralgia and/or arthritis beginning 2 to 4 weeks after vaccination (see ADVERSE REACTIONS).
*Postpartum Women*
    It has been found convenient in many instances to vaccinate rubella-susceptible women in the immediate postpartum period (see PRECAUTIONS, *Nursing Mothers*).
*Other Populations*
    Previously unvaccinated children older than 12 months who are in contact with susceptible pregnant women should receive live attenuated rubella vaccine (such as that contained in monovalent rubella vaccine or in M-M-R II) to reduce the risk of exposure of the pregnant woman.
    Individuals planning travel outside the United States, if not immune, can acquire measles, mumps, or rubella and import these diseases into the United States. Therefore, prior to international travel, individuals known to be susceptible to one or more of these diseases can receive either a monovalent vaccine (measles, mumps, or rubella), or a combination vaccine as appropriate. However, M-M-R II is preferred for persons likely to be susceptible to mumps and rubella; and if monovalent measles vaccine is not readily available, travelers should receive M-M-R II regardless of their immune status to mumps or rubella.[34-36]
    Vaccination is recommended for susceptible individuals in high-risk groups such as college students, health-care workers, and military personnel.[33,34,37]
    According to ACIP recommendations, most persons born in 1956 or earlier are likely to have been infected with measles naturally and generally need not be considered susceptible. All children, adolescents, and adults born after 1956 are considered susceptible and should be vaccinated, if there are no contraindications. This includes persons who may be immune to measles but who lack adequate documentation of immunity such as: (1) physician-diagnosed measles, (2) laboratory evidence of measles immunity, or (3) adequate immunization with live measles vaccine on or after the first birthday.[34]
    The ACIP recommends that "Persons vaccinated with inactivated vaccine followed within 3 months by live vaccine should be revaccinated with two doses of live vaccine. Revaccination is particularly important when the risk of exposure to wild-type measles virus is increased, as may occur during international travel."[34]
*Post-Exposure Vaccination*
    Vaccination of individuals exposed to wild-type measles may provide some protection if the vaccine can be administered within 72 hours of exposure. If, however, vaccine is given a few days before exposure, substantial protection may be afforded.[34,38,39] There is no conclusive evidence that vaccination of individuals recently exposed to wild-type mumps or wild-type rubella will provide protection.[33,37]
*Use With Other Vaccines*
    See DOSAGE AND ADMINISTRATION, *Use With Other Vaccines*.

3

CONFIDENTIAL                                                                                      Merck-EDPA-00259

Appx16801

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9739302

## CONTRAINDICATIONS

Hypersensitivity to any component of the vaccine, including gelatin.[40]

Do not give M-M-R II to pregnant females; the possible effects of the vaccine on fetal development are unknown at this time. If vaccination of postpubertal females is undertaken, pregnancy should be avoided for three months following vaccination (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females* and PRECAUTIONS, *Pregnancy*).

Anaphylactic or anaphylactoid reactions to neomycin (each dose of reconstituted vaccine contains approximately 25 mcg of neomycin).

Febrile respiratory illness or other active febrile infection. However, the ACIP has recommended that all vaccines can be administered to persons with minor illnesses such as diarrhea, mild upper respiratory infection with or without low-grade fever, or other low-grade febrile illness.[41]

Patients receiving immunosuppressive therapy. This contraindication does not apply to patients who are receiving corticosteroids as replacement therapy, e.g., for Addison's disease.

Individuals with blood dyscrasias, leukemia, lymphomas of any type, or other malignant neoplasms affecting the bone marrow or lymphatic systems.

Primary and acquired immunodeficiency states, including patients who are immunosuppressed in association with AIDS or other clinical manifestations of infection with human immunodeficiency viruses;[41-43] cellular immune deficiencies; and hypogammaglobulinemic and dysgammaglobulinemic states. Measles inclusion body encephalitis[60] (MIBE), pneumonitis[61] and death as a direct consequence of disseminated measles vaccine virus infection have been reported in immunocompromised individuals inadvertently vaccinated with measles-containing vaccine.

Individuals with a family history of congenital or hereditary immunodeficiency, until the immune competence of the potential vaccine recipient is demonstrated.

## WARNINGS

Due caution should be employed in administration of M-M-R II to persons with a history of cerebral injury, individual or family histories of convulsions, or any other condition in which stress due to fever should be avoided. The physician should be alert to the temperature elevation which may occur following vaccination (see ADVERSE REACTIONS).

*Hypersensitivity to Eggs*

Live measles vaccine and live mumps vaccine are produced in chick embryo cell culture. Persons with a history of anaphylactic, anaphylactoid, or other immediate reactions (e.g., hives, swelling of the mouth and throat, difficulty breathing, hypotension, or shock) subsequent to egg ingestion may be at an enhanced risk of immediate-type hypersensitivity reactions after receiving vaccines containing traces of chick embryo antigen. The potential risk to benefit ratio should be carefully evaluated before considering vaccination in such cases. Such individuals may be vaccinated with extreme caution, having adequate treatment on hand should a reaction occur (see PRECAUTIONS).[45]

However, the AAP has stated, "Most children with a history of anaphylactic reactions to eggs have no untoward reactions to measles or MMR vaccine. Persons are not at increased risk if they have egg allergies that are not anaphylactic, and they should be vaccinated in the usual manner. In addition, skin testing of egg-allergic children with vaccine has not been predictive of which children will have an immediate hypersensitivity reaction...Persons with allergies to chickens or chicken feathers are not at increased risk of reaction to the vaccine."[44]

*Hypersensitivity to Neomycin*

The AAP states, "Persons who have experienced anaphylactic reactions to topically or systemically administered neomycin should not receive measles vaccine. Most often, however, neomycin allergy manifests as a contact dermatitis, which is a delayed-type (cell-mediated) immune response rather than anaphylaxis. In such persons, an adverse reaction to neomycin in the vaccine would be an erythematous, pruritic nodule or papule, 48 to 96 hours after vaccination. A history of contact dermatitis to neomycin is not a contraindication to receiving measles vaccine."[44]

*Thrombocytopenia*

Individuals with current thrombocytopenia may develop more severe thrombocytopenia following vaccination. In addition, individuals who experienced thrombocytopenia with the first dose of M-M-R II (or its component vaccines) may develop thrombocytopenia with repeat doses. Serologic status may be evaluated to determine whether or not additional doses of vaccine are needed. The potential risk to

4

CONFIDENTIAL

Merck-EDPA-00260

MRK-KRA00000291
MRK-CHA00000291

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                         9739302

benefit ratio should be carefully evaluated before considering vaccination in such cases (see ADVERSE REACTIONS).

## PRECAUTIONS

*General*

Adequate treatment provisions including epinephrine injection (1:1000), should be available for immediate use should an anaphylactic or anaphylactoid reaction occur.

Special care should be taken to ensure that the injection does not enter a blood vessel.

Children and young adults who are known to be infected with human immunodeficiency viruses and are not immunosuppressed may be vaccinated. However, vaccinees who are infected with HIV should be monitored closely for vaccine-preventable diseases because immunization may be less effective than for uninfected persons (see CONTRAINDICATIONS).[42,43]

Vaccination should be deferred for 3 months or longer following blood or plasma transfusions, or administration of immune globulin (human).[44]

Excretion of small amounts of the live attenuated rubella virus from the nose or throat has occurred in the majority of susceptible individuals 7 to 28 days after vaccination. There is no confirmed evidence to indicate that such virus is transmitted to susceptible persons who are in contact with the vaccinated individuals. Consequently, transmission through close personal contact, while accepted as a theoretical possibility, is not regarded as a significant risk.[33] However, transmission of the rubella vaccine virus to infants via breast milk has been documented (see *Nursing Mothers*).

There are no reports of transmission of live attenuated measles or mumps viruses from vaccinees to susceptible contacts.

It has been reported that live attenuated measles, mumps and rubella virus vaccines given individually may result in a temporary depression of tuberculin skin sensitivity. Therefore, if a tuberculin test is to be done, it should be administered either before or simultaneously with M-M-R II.

Children under treatment for tuberculosis have not experienced exacerbation of the disease when immunized with live measles virus vaccine;[46] no studies have been reported to date of the effect of measles virus vaccines on untreated tuberculous children. However, individuals with active untreated tuberculosis should not be vaccinated.

As for any vaccine, vaccination with M-M-R II may not result in protection in 100% of vaccinees.

The health-care provider should determine the current health status and previous vaccination history of the vaccinee.

The health-care provider should question the patient, parent, or guardian about reactions to a previous dose of M-M-R II or other measles-, mumps-, or rubella-containing vaccines.

*Information for Patients*

The health-care provider should provide the vaccine information required to be given with each vaccination to the patient, parent, or guardian.

The health-care provider should inform the patient, parent, or guardian of the benefits and risks associated with vaccination. For risks associated with vaccination see WARNINGS, PRECAUTIONS, ADVERSE REACTIONS.

Patients, parents, or guardians should be instructed to report any serious adverse reactions to their health-care provider who in turn should report such events to the U.S. Department of Health and Human Services through the Vaccine Adverse Event Reporting System (VAERS), 1-800-822-7967.[47]

Pregnancy should be avoided for 3 months following vaccination, and patients should be informed of the reasons for this precaution (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females*, CONTRAINDICATIONS, and PRECAUTIONS, *Pregnancy*).

*Laboratory Tests*

See INDICATIONS AND USAGE, *Non-Pregnant Adolescents and Adult Females*, for Rubella Susceptibility Testing, and CLINICAL PHARMACOLOGY.

*Drug Interactions*

See DOSAGE AND ADMINISTRATION, *Use With Other Vaccines*.

*Immunosuppressive Therapy*

The immune status of patients about to undergo immunosuppressive therapy should be evaluated so that the physician can consider whether vaccination prior to the initiation of treatment is indicated (see CONTRAINDICATIONS and PRECAUTIONS).

5

CONFIDENTIAL                                                                              Merck-EDPA-00261

MRK-KRA00000292
MRK-CHA00000292

Appx16803

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                    9739302

The ACIP has stated that "patients with leukemia in remission who have not received chemotherapy for at least 3 months may receive live virus vaccines. Short-term (<2 weeks), low- to moderate-dose systemic corticosteroid therapy, topical steroid therapy (e.g. nasal, skin), long-term alternate-day treatment with low to moderate doses of short-acting systemic steroid, and intra-articular, bursal, or tendon injection of corticosteroids are not immunosuppressive in their usual doses and do not contraindicate the administration of [measles, mumps, or rubella vaccine]."[33,34,37]

*Immune Globulin*

Administration of immune globulins concurrently with M-M-R II may interfere with the expected immune response.[33,34,44]

See also PRECAUTIONS, *General.*

*Carcinogenesis, Mutagenesis, Impairment of Fertility*

M-M-R II has not been evaluated for carcinogenic or mutagenic potential, or potential to impair fertility.

*Pregnancy*

*Pregnancy Category C*

Animal reproduction studies have not been conducted with M-M-R II. It is also not known whether M-M-R II can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. Therefore, the vaccine should not be administered to pregnant females; furthermore, pregnancy should be avoided for 3 months following vaccination (see INDICATIONS AND USAGE, *Non-Pregnant Adolescent and Adult Females* and CONTRAINDICATIONS).

In counseling women who are inadvertently vaccinated when pregnant or who become pregnant within 3 months of vaccination, the physician should be aware of the following: (1) In a 10-year survey involving over 700 pregnant women who received rubella vaccine within 3 months before or after conception (of whom 189 received the Wistar RA 27/3 strain), none of the newborns had abnormalities compatible with congenital rubella syndrome;[48] (2) Mumps infection during the first trimester of pregnancy may increase the rate of spontaneous abortion. Although mumps vaccine virus has been shown to infect the placenta and fetus, there is no evidence that it causes congenital malformations in humans;[37] and (3) Reports have indicated that contracting wild-type measles during pregnancy enhances fetal risk. Increased rates of spontaneous abortion, stillbirth, congenital defects and prematurity have been observed subsequent to infection with wild-type measles during pregnancy.[57,58] There are no adequate studies of the attenuated (vaccine) strain of measles virus in pregnancy. However, it would be prudent to assume that the vaccine strain of virus is also capable of inducing adverse fetal effects.

*Nursing Mothers*

It is not known whether measles or mumps vaccine virus is secreted in human milk. Recent studies have shown that lactating postpartum women immunized with live attenuated rubella vaccine may secrete the virus in breast milk and transmit it to breast-fed infants.[49] In the infants with serological evidence of rubella infection, none exhibited severe disease; however, one exhibited mild clinical illness typical of acquired rubella.[50,51] Caution should be exercised when M-M-R II is administered to a nursing woman.

*Pediatric Use*

Safety and effectiveness of measles vaccine in infants below the age of 6 months have not been established (see also CLINICAL PHARMACOLOGY). Safety and effectiveness of mumps and rubella vaccine in infants less than 12 months of age have not been established.

*Geriatric Use*

Clinical studies of M-M-R II did not include sufficient numbers of seronegative subjects aged 65 and over to determine whether they respond differently from younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger subjects.

## ADVERSE REACTIONS

The following adverse reactions are listed in decreasing order of severity, without regard to causality, within each body system category and have been reported during clinical trials, with use of the marketed vaccine, or with use of monovalent or bivalent vaccine containing measles, mumps, or rubella:

*Body as a Whole*

Panniculitis; atypical measles; fever; syncope; headache; dizziness; malaise; irritability.

*Cardiovascular System*

Vasculitis.

6

CONFIDENTIAL

Merck-EDPA-00262

MRK-KRA00000293
MRK-CHA00000293

*Digestive System*
    Pancreatitis; diarrhea; vomiting; parotitis; nausea.
*Endocrine System*
    Diabetes mellitus.
*Hemic and Lymphatic System*
    Thrombocytopenia (see WARNINGS, *Thrombocytopenia*); purpura; regional lymphadenopathy; leukocytosis.
*Immune System*
    Anaphylaxis and anaphylactoid reactions have been reported as well as related phenomena such as angioneurotic edema (including peripheral or facial edema) and bronchial spasm in individuals with or without an allergic history.
*Musculoskeletal System*
    Arthritis; arthralgia; myalgia.
    Arthralgia and/or arthritis (usually transient and rarely chronic), and polyneuritis are features of infection with wild-type rubella and vary in frequency and severity with age and sex, being greatest in adult females and least in prepubertal children. This type of involvement as well as myalgia and paresthesia, have also been reported following administration of MERUVAX II.
    Chronic arthritis has been associated with wild-type rubella infection and has been related to persistent virus and/or viral antigen isolated from body tissues. Only rarely have vaccine recipients developed chronic joint symptoms.
    Following vaccination in children, reactions in joints are uncommon and generally of brief duration. In women, incidence rates for arthritis and arthralgia are generally higher than those seen in children (children: 0-3%; women: 12-26%),[17,52,53] and the reactions tend to be more marked and of longer duration. Symptoms may persist for a matter of months or on rare occasions for years. In adolescent girls, the reactions appear to be intermediate in incidence between those seen in children and in adult women. Even in women older than 35 years, these reactions are generally well tolerated and rarely interfere with normal activities.
*Nervous System*
    Encephalitis; encephalopathy; measles inclusion body encephalitis (MIBE) (see CONTRAINDICATIONS); subacute sclerosing panencephalitis (SSPE); Guillain-Barré Syndrome (GBS); febrile convulsions; afebrile convulsions or seizures; ataxia; polyneuritis; polyneuropathy; ocular palsies; paresthesia.
    Experience from more than 80 million doses of all live measles vaccines given in the U.S. through 1975 indicates that significant central nervous system reactions such as encephalitis and encephalopathy, occurring within 30 days after vaccination, have been temporally associated with measles vaccine very rarely.[54] In no case has it been shown that reactions were actually caused by vaccine. The Centers for Disease Control and Prevention has pointed out that "a certain number of cases of encephalitis may be expected to occur in a large childhood population in a defined period of time even when no vaccines are administered". However, the data suggest the possibility that some of these cases may have been caused by measles vaccines. The risk of such serious neurological disorders following live measles virus vaccine administration remains far less than that for encephalitis and encephalopathy with wild-type measles (one per two thousand reported cases).
    Post-marketing surveillance of the more than 200 million doses of M-M-R and M-M-R II that have been distributed worldwide over 25 years (1971 to 1996) indicates that serious adverse events such as encephalitis and encephalopathy continue to be rarely reported.[17]
    There have been reports of subacute sclerosing panencephalitis (SSPE) in children who did not have a history of infection with wild-type measles but did receive measles vaccine. Some of these cases may have resulted from unrecognized measles in the first year of life or possibly from the measles vaccination. Based on estimated nationwide measles vaccine distribution, the association of SSPE cases to measles vaccination is about one case per million vaccine doses distributed. This is far less than the association with infection with wild-type measles, 6-22 cases of SSPE per million cases of measles. The results of a retrospective case-controlled study conducted by the Centers for Disease Control and Prevention suggest that the overall effect of measles vaccine has been to protect against SSPE by preventing measles with its inherent higher risk of SSPE.[55]
    Cases of aseptic meningitis have been reported to VAERS following measles, mumps, and rubella vaccination. Although a causal relationship between the Urabe strain of mumps vaccine and aseptic

7

CONFIDENTIAL                                                                        Merck-EDPA-00263

MRK-KRA00000294
MRK-CHA00000294

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9739302

meningitis has been shown, there is no evidence to link Jeryl Lynn™ mumps vaccine to aseptic meningitis.

*Respiratory System*

   Pneumonia, pneumonitis (see CONTRAINDICATIONS); sore throat; cough; rhinitis.

*Skin*

   Stevens-Johnson syndrome; erythema multiforme; urticaria; rash; measles-like rash; pruritis.

   Local reactions including burning/stinging at injection site; wheal and flare; redness (erythema); swelling; induration; tenderness; vesiculation at injection site.

*Special Senses — Ear*

   Nerve deafness; otitis media.

*Special Senses — Eye*

   Retinitis; optic neuritis; papillitis; retrobulbar neuritis; conjunctivitis.

*Urogenital System*

   Orchitis.

*Other*

   Death from various, and in some cases unknown, causes has been reported rarely following vaccination with measles, mumps, and rubella vaccines; however, a causal relationship has not been established in healthy individuals (see CONTRAINDICATIONS). No deaths or permanent sequelae were reported in a published post-marketing surveillance study in Finland involving 1.5 million children and adults who were vaccinated with M-M-R II during 1982 to 1993.[56]

   Under the National Childhood Vaccine Injury Act of 1986, health-care providers and manufacturers are required to record and report certain suspected adverse events occurring within specific time periods after vaccination. However, the U.S. Department of Health and Human Services (DHHS) has established a Vaccine Adverse Event Reporting System (VAERS) which will accept all reports of suspected events.[47] A VAERS report form as well as information regarding reporting requirements can be obtained by calling VAERS 1-800-822-7967.

## DOSAGE AND ADMINISTRATION

*FOR SUBCUTANEOUS ADMINISTRATION*

*Do not inject intravascularly.*

   The dose for any age is 0.5 mL administered subcutaneously, preferably into the outer aspect of the upper arm.

   The recommended age for primary vaccination is 12 to 15 months.

   Revaccination with M-M-R II is recommended prior to elementary school entry. See also INDICATIONS AND USAGE, *Recommended Vaccination Schedule.*

   Children first vaccinated when younger than 12 months of age should receive another dose between 12 to 15 months of age followed by revaccination prior to elementary school entry.[59] See also INDICATIONS AND USAGE, *Measles Outbreak Schedule.*

   Immune Globulin (IG) is not to be given concurrently with M-M-R II (see PRECAUTIONS, *General* and PRECAUTIONS, *Drug Interactions*).

   CAUTION: A sterile syringe free of preservatives, antiseptics, and detergents should be used for each injection and/or reconstitution of the vaccine because these substances may inactivate the live virus vaccine. A 25 gauge, 5/8" needle is recommended.

   To reconstitute, use only the diluent supplied, since it is free of preservatives or other antiviral substances which might inactivate the vaccine.

   *Single Dose Vial* — First withdraw the entire volume of diluent into the syringe to be used for reconstitution. Inject all the diluent in the syringe into the vial of lyophilized vaccine, and agitate to mix thoroughly. If the lyophilized vaccine cannot be dissolved, discard. Withdraw the entire contents into a syringe and inject the total volume of restored vaccine subcutaneously.

   It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

   *10 Dose Vial (available only to government agencies/institutions)* — Withdraw the entire contents (7 mL) of the diluent vial into the sterile syringe to be used for reconstitution, and introduce into the 10 dose vial of lyophilized vaccine. Agitate to ensure thorough mixing. If the lyophilized vaccine cannot be dissolved, discard. The outer labeling suggests "For Jet Injector or Syringe Use." Use with

8

CONFIDENTIAL                                                    Merck-EDPA-00264

MRK-KRA00000295
MRK-CHA00000295

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                    9739302

separate sterile syringes is permitted for containers of 10 doses or less. The vaccine and diluent do not contain preservatives; therefore, the user must recognize the potential contamination hazards and exercise special precautions to protect the sterility and potency of the product. The use of aseptic techniques and proper storage prior to and after restoration of the vaccine and subsequent withdrawal of the individual doses is essential. Use 0.5 mL of the reconstituted vaccine for subcutaneous injection.

It is important to use a separate sterile syringe and needle for each individual patient to prevent transmission of hepatitis B and other infectious agents from one person to another.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit. M-M-R II, when reconstituted, is clear yellow.

*Use With Other Vaccines*

M-M-R II should be given one month before or after administration of other live-viral vaccines.

M-M-R II has been administered concurrently with VARIVAX* [Varicella Virus Vaccine Live (Oka/Merck)], and PedvaxHIB* [*Haemophilus b* Conjugate Vaccine (Meningococcal Protein Conjugate)] using separate injection sites and syringes. No impairment of immune response to individually tested vaccine antigens was demonstrated. The type, frequency, and severity of adverse experiences observed with M-M-R II were similar to those seen when each vaccine was given alone.

Routine administration of DTP (diphtheria, tetanus, pertussis) and/or OPV (oral poliovirus vaccine) concurrently with measles, mumps and rubella vaccines is not recommended because there are limited data relating to the simultaneous administration of these antigens.

However, other schedules have been used. The ACIP has stated "Although data are limited concerning the simultaneous administration of the entire recommended vaccine series (i.e., DTaP [or DTwP], IPV [or OPV], Hib with or without Hepatitis B vaccine, and varicella vaccine), data from numerous studies have indicated no interference between routinely recommended childhood vaccines (either live, attenuated, or killed). These findings support the simultaneous use of all vaccines as recommended."[32]

## HOW SUPPLIED

No. 4681/4309 — M-M-R II is supplied as follows: (1) a box of 10 single-dose vials of lyophilized vaccine (package A), NDC 0006-4681-00; and (2) a box of 10 vials of diluent (package B). To conserve refrigerator space, the diluent may be stored separately at room temperature.

*Available only to government agencies/institutions:*

No. 4682X — M-M-R II is supplied as one 10 dose vial of lyophilized vaccine.

NDC 0006-4682-00, and one 7 mL vial of diluent.

*Storage*

During shipment, to ensure that there is no loss of potency, the vaccine must be maintained at a temperature of 10°C (50°F) or colder. Freezing during shipment will not affect potency of the vaccine.

Protect the vaccine from light at all times, since such exposure may inactivate the viruses.

Before reconstitution, store the vial of lyophilized vaccine at 2 to 8°C (36 to 46°F) or colder. The diluent may be stored in the refrigerator with the lyophilized vaccine or separately at room temperature. **Do not freeze the diluent.**

It is recommended that the vaccine be used as soon as possible after reconstitution. Store reconstituted vaccine in the vaccine vial in a dark place at 2 to 8°C (36 to 46°F) and discard if not used within 8 hours.

## REFERENCES

1. Plotkin, S.A.; Cornfeld, D.; Ingalls, T.H.: Studies of immunization with living rubella virus. Trials in children with a strain cultured from an aborted fetus, Am. J. Dis. Child. *110*: 381-389, 1965.

2. Plotkin, S.A.; Farquhar, J.; Katz, M.; Ingalls, T.H.: A new attenuated rubella virus grown in human fibroblasts: Evidence for reduced nasopharyngeal excretion, Am. J. Epidemiol. *86*: 468-477, 1967.

3. Monthly Immunization Table, MMWR *45*(1): 24-25, January 12, 1996.

4. Johnson, C.E.; et al: Measles Vaccine Immunogenicity in 6- Versus 15-Month-Old Infants Born to Mothers in the Measles Vaccine Era, Pediatrics, *93*(6): 939-943, 1994.

5. Linneman, C.C.; et al: Measles Immunity After Vaccination: Results in Children Vaccinated Before 10 Months of Age, Pediatrics, *69*(3): 332-335, March 1982.

9

CONFIDENTIAL

Merck-EDPA-00265

MRK-KRA00000296
MRK-CHA00000296

Appx16807

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                        9739302

6. Stetler, H.C.; et al: Impact of Revaccinating Children Who Initially Received Measles Vaccine Before 10 Months of Age, Pediatrics 77(4): 471-476, April 1986.

7. Hilleman, M.R.; Buynak, E.B.; Weibel, R.E.; et al: Development and Evaluation of the Moraten Measles Virus Vaccine, JAMA 206(3): 587-590, 1968.

8. Weibel, R.E.; Stokes, J.; Buynak, E.B.; et al: Live, Attenuated Mumps Virus Vaccine 3. Clinical and Serologic Aspects in a Field Evaluation, N. Engl. J. Med. 276: 245-251, 1967.

9. Hilleman, M.R.; Weibel, R.E.; Buynak, E.B.; et al: Live, Attenuated Mumps Virus Vaccine 4. Protective Efficacy as Measured in a Field Evaluation, N. Engl. J. Med. 276: 252-258, 1967.

10. Cutts, F.T.; Henderson, R.H.; Clements, C.J.; et al: Principles of measles control, Bull WHO 69(1): 1-7, 1991.

11. Weibel, R.E.; Buynak, E.B.; Stokes, J.; et al: Evaluation Of Live Attenuated Mumps Virus Vaccine, Strain Jeryl Lynn, First International Conference on Vaccines Against Viral and Rickettsial Diseases of Man, World Health Organization, No. 147, May 1967.

12. Leibhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; et al: Vaccination With RA 27/3 Rubella Vaccine, Am. J. Dis. Child. 123: 133-136, February 1972.

13. Rosen, L.: Hemagglutination and Hemagglutination-Inhibition with Measles Virus, Virology 13: 139-141, January 1961.

14. Brown, G.C.; et al: Fluorescent-Antibody Marker for Vaccine-Induced Rubella Antibodies, Infection and Immunity 2(4): 360-363, 1970.

15. Buynak, E.B.; et al: Live Attenuated Mumps Virus Vaccine 1. Vaccine Development, Proceedings of the Society for Experimental Biology and Medicine, 123: 768-775, 1966.

16. Weibel, R.E.; Carlson, A.J.; Villarejos, V.M.; Buynak, E.B.; McLean, A.A.; Hilleman, M.R.: Clinical and Laboratory Studies of Combined Live Measles, Mumps, and Rubella Vaccines Using the RA 27/3 Rubella Virus, Proc. Soc. Exp. Biol. Med. 165: 323-326, 1980.

17. Unpublished data from the files of Merck Research Laboratories.

18. Watson, J.C.; Pearson, J.S.; Erdman, D.D.; et al: An Evaluation of Measles Revaccination Among School-Entry Age Children, 31st Interscience Conference on Antimicrobial Agents and Chemotherapy, Abstract #268, 143, 1991.

19. Fogel, A.; Moshkowitz, A.; Rannon, L.; Gerichter, Ch.B.: Comparative trials of RA 27/3 and Cendehill rubella vaccines in adult and adolescent females, Am. J. Epidemiol. 93: 392-393, 1971.

20. Andzhaparidze, O.G.; Desyatskova, R.G.; Chervonski, G.I.; Pryanichnikova, L.V.: Immunogenicity and reactogenicity of live attenuated rubella virus vaccines, Am. J. Epidemiol. 91: 527-530, 1970.

21. Freestone, D.S.; Reynolds, G.M.; McKinnon, J.A.; Prydie, J.: Vaccination of schoolgirls against rubella. Assessment of serological status and a comparative trial of Wistar RA 27/3 and Cendehill strain live attenuated rubella vaccines in 13-year-old schoolgirls in Dudley, Br. J. Prev. Soc. Med. 29: 258-261, 1975.

22. Grillner, L.; Hedstrom, C.E.; Bergstrom, H.; Forssman, L.; Rigner, A.; Lycke, E.: Vaccination against rubella of newly delivered women, Scand. J. Infect. Dis. 5: 237-241, 1973.

23. Grillner, L.: Neutralizing antibodies after rubella vaccination of newly delivered women: a comparison between three vaccines, Scand. J. Infect. Dis. 7: 169-172, 1975.

24. Wallace, R.B.; Isacson, P.: Comparative trial of HPV-77, DE-5 and RA 27/3 live-attenuated rubella vaccines, Am. J. Dis. Child. 124: 536-538, 1972.

25. Lalla, M.; Vesikari, T.; Virolainen, M.: Lymphoblast proliferation and humoral antibody response after rubella vaccination, Clin. Exp. Immunol. 15: 193-202, 1973.

26. LeBouvier, G.L.; Plotkin, S.A.: Precipitin responses to rubella vaccine RA 27/3, J. Infect. Dis. 123: 220-223, 1971.

27. Horstmann, D.M.: Rubella: The challenge of its control, J. Infect. Dis. 123: 640-654, 1971.

28. Ogra, P.L.; Kerr-Grant, D.; Umana, G.; Dzierba, J.; Weintraub, D.: Antibody response in serum and nasopharynx after naturally acquired and vaccine-induced infection with rubella virus, N. Engl. J. Med. 285: 1333-1339, 1971.

29. Plotkin, S.A.; Farquhar, J.D.; Ogra, P.L.: Immunologic properties of RA 27/3 rubella virus vaccine, J. Am. Med. Assoc. 225: 585-590, 1973.

30. Liebhaber, H.; Ingalls, T.H.; LeBouvier, G.L.; Horstmann, D.M.: Vaccination with RA 27/3 rubella vaccine. Persistence of immunity and resistance to challenge after two years, Am. J. Dis. Child. 123: 133-136, 1972.

31. Farquhar, J.D.: Follow-up on rubella vaccinations and experience with subclinical reinfection, J. Pediatr. 81: 460-465, 1972.

32. Centers for Disease Control and Prevention. Recommended childhood immunization schedule — United States, January-June 1996, MMWR 44(51 & 52): 940-943, January 5, 1996.

10

CONFIDENTIAL

Merck-EDPA-00266

MRK-KRA00000297
MRK-CHA00000297

Appx16808

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                                    9739302

33. Rubella Prevention: Recommendation of the Immunization Practices Advisory Committee (ACIP), MMWR 39(RR-15): 1-18, November 23, 1990.

34. Measles Prevention: Recommendations of the Immunization Practices Advisory Committee (ACIP), MMWR 38(S-9): 5-22, December 29, 1989.

35. Jong, E.C., The Travel and Tropical Medicine Manual, W.B. Saunders Company, p. 12-16, 1987.

36. Committee on Immunization Council of Medical Societies, American College of Physicians, Phila., PA, Guide for Adult Immunization, First Edition, 1985.

37. Recommendations of the Immunization Practices Advisory Committee (ACIP), Mumps Prevention, MMWR 38(22): 388-400, June 9, 1989.

38. King, G.E.; Markowitz, L.E.; Patriarca, P.A.; et al: Clinical Efficacy of Measles Vaccine During the 1990 Measles Epidemic, Pediatr. Infect. Dis. J. 10(12): 883-888, December 1991.

39. Krasinski, K.; Borkowsky, W.: Measles and Measles Immunity in Children Infected With Human Immunodeficiency Virus, JAMA 261(17): 2512-2516, 1989.

40. Kelso, J.M.; Jones, R.T.; Yunginger, J.W.: Anaphylaxis to measles, mumps, and rubella vaccine mediated by IgE to gelatin, J. Allergy Clin. Immunol. 91: 867-872, 1993.

41. General Recommendations on Immunization, Recommendations of the Advisory Committee on Immunization Practices, MMWR 43(RR-1): 1-38, January 28, 1994.

42. Center for Disease Control: Immunization of Children Infected with Human T-Lymphotropic Virus Type III/Lymphadenopathy-Associated Virus, Annals of Internal Medicine, 106: 75-78, 1987.

43. Krasinski, K.; Borkowsky, W.; Krugman, S.: Antibody following measles immunization in children infected with human T-cell lymphotropic virus-type III/lymphadenopathy associated virus (HTLV-III/LAV) [Abstract]. In: Program and abstracts of the International Conference on Acquired Immunodeficiency Syndrome, Paris, France, June 23-25, 1986.

44. Peter, G.; et al (eds): Report of the Committee on Infectious Diseases, Twenty-fourth Edition, American Academy of Pediatrics, 344-357, 1997.

45. Isaacs, D.; Menser, M.: Modern Vaccines, Measles, Mumps, Rubella, and Varicella, Lancet 335: 1384-1387, June 9, 1990.

46. Starr, S.; Berkovich, S.: The effect of measles, gamma globulin modified measles, and attenuated measles vaccine on the course of treated tuberculosis in children, Pediatrics 35: 97-102, January 1965.

47. Vaccine Adverse Event Reporting System — United States, MMWR 39(41): 730-733, October 19, 1990.

48. Rubella vaccination during pregnancy — United States, 1971-1981, MMWR 31(35): 477-481, September 10, 1982.

49. Losonsky, G.A.; Fishaut, J.M.; Strussenber, J.; Ogra, P.L.: Effect of immunization against rubella on lactation products. II. Maternal-neonatal interactions, J. Infect. Dis. 145: 661-666, 1982.

50. Landes, R.D.; Bass, J.W.; Millunchick, E.W.; Oetgen, W.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. 97: 465-467, 1980.

51. Lerman, S.J.: Neonatal rubella following postpartum maternal immunization, J. Pediatr. 98: 668, 1981. (Letter)

52. Gershon, A.; et al: Live attenuated rubella virus vaccine: comparison of responses to HPV-77-DE5 and RA 27/3 strains, Am. J. Med. Sci. 279(2): 95-97, 1980.

53. Weibel, R.E.; et al: Clinical and laboratory studies of live attenuated RA 27/3 and HPV-77-DE rubella virus vaccines, Proc. Soc. Exp. Biol. Med. 165: 44-49, 1980.

54. CDC. Important Information about Measles, Mumps, and Rubella, and Measles, Mumps, and Rubella Vaccines. 1980. 1983.

55. CDC, Measles Surveillance, Report No. 11, p. 14, September 1982.

56. Peltola, H.; et al: The elimination of indigenous measles, mumps, and rubella from Finland by a 12-year, two dose vaccination program. N. Engl. J. Med. 331: 1397-1402, 1994.

57. Eberhart-Phillips, J.E., et al: Measles in pregnancy: a descriptive study of 58 cases. Obstetrics and Gynecology, 82(5): 797-801, November 1993.

58. Jespersen, C.S.; et al: Measles as a cause of fetal defects: A retrospective study of ten measles epidemics in Greenland. Acta Paediatr Scand. 66: 367-372, May 1977.

59. Measles, Mumps, and Rubella — Vaccine Use and Strategies for Elimination of Measles, Rubella, and Congenital Rubella Syndrome and Control of Mumps: Recommendations of the Advisory Committee on Immunization Practices (ACIP), MMWR 47(RR-8): May 22, 1998.

60. Bitnum, A.; et al: Measles Inclusion Body Encephalitis Caused by the Vaccine Strain of Measles Virus. Clin. Infect. Dis. 29: 855-861, 1999.

11

CONFIDENTIAL

Merck-EDPA-00267

MRK-KRA00000298
MRK-CHA00000298

M-M-R® II (Measles, Mumps, and Rubella Virus Vaccine Live)                    9739302

61.  Angel, J.B.; et al: Vaccine Associated Measles Pneumonitis in an Adult with AIDS. Annals of Internal Medicine, *129*: 104-106, 1998.

Dist. by:

 **MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

Issued February 2007
Printed in USA

12

CONFIDENTIAL

Merck-EDPA-00268

MRK-KRA00000299
MRK-CHA00000299

Appx16810

M-M-R®II
(measles, mumps, and rubella virus vaccine live)
BLA #101069

Amendment to Prior Approval Supplement

**Labeling History**

a.) **Complete list of the labeling changes being proposed in the current submission and the explanation for the changes.**

This submission is an amendment to STN 101069/5061, which was originally submitted to FDA on 29 January 2004.   The submission is being amended so that the two revisions appear on the currently approved label (circular number 9739302), as opposed to the label that was current at the time of the original submission (circular number 9265208).   The mumps end expiry has been revised in the DESCRIPTION section from 20,000 $TCID_{50}$ to 12,500 $TCID_{50}$.   A minor editorial revision requested by FDA (06-Oct-2003 fax) is also proposed in INDICATIONS AND USAGE.

b.) **The FDA approval date of the last approved labeling.**

24 September 2007 (circular number 9739302)

c.) **A history of all changes implemented since the last approved labeling.**

There have been no updates to the labeling since the last circular was approved in September 2007.

d.) **A list of the supplements pending approval that may affect the review of the labeling in the current submission.**

STN 101069/5061 is the current submission.

CONFIDENTIAL

Merck-EDPA-00269

**MRK-KRA00000300**
**MRK-CHA00000300**

**Appx16811**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,
                            *Plaintiffs,*
        v.
MERCK & CO., INC.,
                            *Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 265

MAJOR ARTICLE

# Long-Term Persistence of Mumps Antibody after Receipt of 2 Measles-Mumps-Rubella (MMR) Vaccinations and Antibody Response after a Third MMR Vaccination among a University Population

Anand A. Date,[1,a] Moe H. Kyaw,[2,a] Alison M. Rue,[2] Julie Klahn,[3] LeAnn Obrecht,[3] Terry Krohn,[4] Josh Rowland,[5] Steve Rubin,[7] Thomas J. Safranek,[6] William J. Bellini,[2] and Gustavo H. Dayan[2,a]

[1]Epidemic Intelligence Service and [2]Division of Viral Diseases, National Center for Immunization and Respiratory Diseases, Centers for Disease Control and Prevention, Atlanta, Georgia; [3]University of Nebraska at Kearney and [4]Two Rivers Public Health Department, Kearney, [5]Nebraska Public Health Laboratory, University of Nebraska Medical Center, Omaha, and [6]Nebraska Health and Human Services System, Lincoln, Nebraska; [7]Food and Drug Administration, Bethesda, Maryland

**Background.** High attack rates among vaccinated young adults reported during the 2006 mumps outbreak in the United States heightened concerns regarding mumps vaccine failure.

**Methods.** Serum specimens from university students and staff were tested for mumps immunoglobulin (Ig) G by enzyme immunoassay (EIA). A subset of participants vaccinated for ⩽5 years and ⩾15 years were tested by neutralizing antibody (NA) assay. Persons seronegative by EIA were offered a third dose of measles-mumps-rubella vaccine (MMR3), and serum specimens were obtained 7–10 days and 2–3 months after its administration.

**Results.** Overall, 94% (95% confidence interval [CI], 91%–96%) of the 440 participants were seropositive. No differences existed in seropositivity rates by sex, age, age at receipt of the second dose of MMR vaccine (MMR2), or time since receipt of MMR2 ($P = .568$). The geometric mean titer (GMT) of NA among persons vaccinated with MMR2 during the previous 1–5 years was 97 (95% CI, 64–148), whereas, among those vaccinated ⩾15 years before blood collection, the GMT was 58 (95% CI, 44–76) ($P = .065$). After MMR3, 82% (14/17) and 91% (10/11) seroconverted in 7–10 days and 2–3 months, respectively.

**Conclusions.** Lower levels of NA observed among persons who received MMR2 ⩾15 years ago demonstrates antibody decay over time. MMR3 vaccination of most seronegative persons marked the capacity to mount an anamnestic response.

Mumps is an acute viral illness and is classically manifested by fever and inflammation of the salivary glands.

Received 15 October 2007; accepted 3 January 2008; electronically published 17 April 2008.

Potential conflicts of interest: none reported.

Presented in part: 45th annual meeting of the Infectious Diseases Society of America, San Diego, 4-7 October 2007 (poster 880).

Financial support: National Vaccine Program Office (grant to the study), which is administered by the Oak Ridge Institute for Science and Education through an interagency agreement (OPHS-7-039) between the US Department of Energy and the US Food and Drug Administration.

No official support or endorsement of this article by the Food and Drug Administration is intended or should be inferred. The findings and conclusions in this report are those of the authors and do not necessarily represent the views of the Centers for Disease Control and Prevention.

a Present affiliations: GlaxoSmithKline (M.H.K.); Sanofi Pasteur (G.H.D.).

Reprints or correspondence: Dr. Anand A. Date, Centers for Disease Control and Prevention, 1600 Clifton Rd., MS E-04, Atlanta, GA 30333 (adate@cdc.gov).

**The Journal of Infectious Diseases   2008; 197:1662–8**
© 2008 by the Infectious Diseases Society of America. All rights reserved.
0022-1899/2008/19712-0005$15.00
DOI: 10.1086/588197

Although usually a mild disease, mumps can cause complications (e.g., orchitis, encephalitis, and meningitis [1]). In the United States in 1967, the modified live Jeryl Lynn strain of mumps vaccine was licensed, and in 1977 the Advisory Committee on Immunization Practices recommended routine vaccination of all children aged ⩾12 months with combined measles-mumps-rubella (MMR) modified live vaccine [2]. In 1989, a 2-dose MMR vaccination schedule was recommended for school-aged children and college-aged students for measles control [3]. Under this 2-dose MMR schedule, most children and adolescents now receive 2 doses of mumps vaccine. Epidemiologic data indicate that the routine use of mumps vaccine has decreased the incidence of mumps by >99%, such that by 2003 a historic low was reached in the United States, with 231 cases reported [4].

Despite the achievement of vaccination coverage levels for at least 1 dose of mumps vaccine of ⩾90% among

Downloaded from jid.oxfordjournals.org by guest on April 28, 2011

children aged 19–35 months since 1996 [5–7] and high vaccination coverage among schoolchildren, a large mumps outbreak (>5000 cases through the end of July 2006) recently occurred in the United States, affecting mainly Midwestern states [8, 9]. The highest attack rate was reported among persons aged 18–24 years, the majority of whom were college or university students who had been vaccinated with 2 doses of MMR. High attack rates among highly vaccinated young adults during this outbreak raised concerns regarding the mumps vaccine failure.

Antibody determinations are frequently used as surrogate measures of immunity to viral infections. Although the immune correlates of protection against mumps disease have not been defined, virus neutralizing antibody (NA) appears to be a reasonable marker. Vaccine failure can be classified as primary or secondary. Primary vaccine failure is the lack of an immunologic response appropriate to vaccination. The antibody response to mumps virus infection among such persons can be best characterized as that of an immunologically naive person; an IgM response and decreased levels of low-avidity IgG are expected [10]. Secondary vaccine failure is the failure to maintain effective immunity over time despite having an initial immune response. Among these persons, an IgM response after mumps virus infection might be present to varying degrees or it might be absent, and an increased level of high-avidity IgG is usually observed. IgG avidity testing can be used to differentiate between primary and secondary vaccine failure [10].

Although no more than 10 cases have been reported annually since 1975, Nebraska was one of multiple states in the Midwest affected by the outbreak in 2006. One Nebraska university with a 2-dose MMR immunization requirement since 2002 had not reported mumps cases during 2006. This university setting provided an excellent opportunity to evaluate the persistence of mumps antibodies induced by MMR vaccination and to document measurable declines in mumps antibody levels that might be indicative of waning immunity and, consequently, of increased susceptibility to mumps virus infection. Our objectives were (1) to evaluate the persistence of mumps antibody among persons aged 19–30 years by correlating antibody levels with time since the previous dose of MMR vaccine and (2) to characterize vaccine failure by evaluating, among seronegative persons, the serologic response after challenge with a third dose of MMR vaccine (MMR3).

## SUBJECTS, MATERIALS, AND METHODS

*Study population.* A convenience sample of volunteer university students and staff was included in the study. Because consent can be given by persons aged ≥19 years in Nebraska and because persons aged >30 years were more likely to have antibody induced by wild mumps virus infection instead of vaccination, persons 19–30 years old were targeted for enrollment. Enrollment criteria included being a university student or staff aged

19–30 years and having a documented history of receipt of 2 doses of MMR vaccine.

*Study design.* All university students and staff were notified of the study and enrollment criteria by a E-mail message. After informed consent was obtained, a blood specimen was collected from each study participant. Blood specimens were centrifuged at the study site, and the resultant serum specimens were shipped to the Centers for Disease Control and Prevention (CDC) for mumps IgG antibody testing by EIA. To examine IgG antibody levels by time since vaccination, a subset of specimens from participants vaccinated ≤5 years and ≥15 years before enrollment were tested at the Food and Drug Administration for NA levels by plaque reduction neutralization test (PRNT).

Participants without evidence of mumps antibody by EIA were offered MMR3, and blood specimens from vaccine recipients were obtained 7–10 days and 2–3 months after vaccination. Serum specimens were processed at the study site and forwarded to the CDC for mumps IgM and IgG antibody measurement by EIA.

*Data collection.* At the time of enrollment, participants completed a questionnaire that included the following: name, date of birth, date and place of mumps-containing vaccination, country of birth, date of entry into the United States (if not born in the United States), history of mumps disease, race/ethnicity, and sex. The university vaccination records were used to obtain the vaccination history of each participant.

*Laboratory testing.* For the detection and qualitative determination of IgG antibody to mumps virus in serum specimens, a commercially available indirect assay (Mumps IgG ELISA II Assay; Wampole Laboratories) was used. This EIA had been reported to favorably compare with PRNTs regarding sensitivity (70%) and specificity (96%) for detection of mumps antibody [11]. The cutoff points for mumps IgG antibodies based on index standard ratio (ISR) values were as follows: seronegative, ISR of ≤0.90; indeterminate, ISR of 0.91–1.09; and seropositive, ISR of ≥1.10.

For quality assurance, all samples with seronegative or indeterminate results for mumps IgG were retested with an equal number of randomly selected positive serum specimens. If retested specimens had positive results, they were reported as IgG seropositive. Serum specimens testing either negative or indeterminate were considered negative for our investigational purposes.

Serum specimens from recipients of MMR3 were tested for mumps IgM and IgG as a measure of primary and secondary antibody responses. A CDC in-house mumps IgM capture EIA, which uses recombinant mumps nucleocapsid protein as antigen, was used to detect mumps IgM. The format for the mumps assay was based on an IgM capture assay for measles that has been described elsewhere [12], except that the assay used a cell lysate containing baculovirus-expressed mumps nucleoprotein as the viral antigen and that the detector antibody was a mono-

Downloaded from jid.oxfordjournals.org by guest on April 28, 2011

**Table 1. Seropositive EIA results for mumps IgG among university study participants, by characteristic—Nebraska, 2006.**

| Variable | Tested, no. | IgG seropositive | | P |
|---|---|---|---|---|
| | | No. | % (95% CI) | |
| Sex | | | | .193 |
| Male | 169 | 155 | 92 (88–96) | |
| Female | 271 | 257 | 95 (92–98) | |
| Race/ethnicity | | | | .366 |
| White | 425 | 397 | 93 (91–96) | |
| Other | 15 | 15 | 100 (100–100) | |
| Age | | | | .276 |
| 19–20 years | 171 | 160 | 94 (90–97) | |
| 21–22 years | 175 | 167 | 95 (92–98) | |
| ≥23 years | 94 | 85 | 90 (84–96) | |
| Age at MMR1 | | | | .243 |
| 1 year | 235 | 225 | 96 (93–98) | |
| 2 year | 165 | 151 | 92 (87–96) | |
| ≥3 years | 40 | 36 | 90 (81–99) | |
| Age at MMR2ᵃ | | | | .797 |
| 1–6 years | 59 | 56 | 95 (89–100) | |
| 7–14 years | 338 | 315 | 93 (91–96) | |
| ≥15 years | 42 | 40 | 95 (89–100) | |
| Years between MMR1 and MMR2ᵃ | | | | .515 |
| 1–5 years | 71 | 67 | 94 (89–100) | |
| ≥6 years | 368 | 344 | 93 (91–96) | |
| Years since receipt of MMR2ᵃ | | | | .265 |
| 1–10 years | 293 | 277 | 95 (92–97) | |
| ≥11 years | 146 | 134 | 92 (87–96) | |

**NOTE.** CI, confidence interval; MMR1, first dose of MMR vaccine; MMR2, second dose of MMR vaccine.

ᵃ Data for age at time of administration of MMR2 was unavailable for 1 student.

cloral antibody directed against the mumps nucleoprotein (N5; gift of J. Wolinsky, University of Texas Medical School, Houston). Serum specimens were considered to be negative for mumps IgM if the ratio of optical density (OD) values for positive (P) mumps-antigen wells divided by negative (N) mumps-antigen wells (P/N) was <3.0 and the OD value $P − N$ was <0.10. Specimens were considered to be positive for mumps IgM if the ratio of P/N was ≥3.0 and the $P − N$ value was ≥0.093. Serum specimens fulfilling only 1 of the 2 positivity criteria were considered to be indeterminate. As an additional control for antibody response after MMR vaccination, measles IgG antibody levels were measured using a Wampole Measles IgG ELISA (Wampole Laboratories). For certain analyses, the mumps IgG antibody level was stratified using the ISR values into 3 groups, as follows: low, ISR of 1.10–2.5; intermediate, ISR of 2.6–4.4; and high, ISR of ≥4.5.

PRNT was used to measure neutralizing anti-mumps antibody levels. Briefly, serum was thawed at room temperature and

heated at 56°C for 45 min to inactivate the complement. Two-fold serial dilutions of serum (or medium alone as a negative control) were mixed with equal volumes of ∼30 pfu of the attenuated Jeryl Lynn mumps virus strain (the mumps component of MMR vaccine), to achieve a final dilution range of 1:4–1:512. The serum/virus mixtures were incubated at 37°C in 5% $CO_2$ for 1 h and then placed on Vero cell monolayers in 24-well plates and incubated for 1 h at 37°C in 5% $CO_2$. The serum/virus mixtures were removed by aspiration, and cell monolayers were rinsed with minimal essential medium (MEM) immediately before being covered with 0.75% Nobel agar in 2× MEM (Quality Biologicals) supplemented with 10% fetal bovine serum. Plates were then incubated at 37°C in 5% $CO_2$ for 5 days. A second layer of agar containing 0.01% neutral red (Quality Biologicals) was added and incubated overnight to visualize the plaques produced by the remaining infectious virus. For each serum specimen, the NA level was determined as the highest dilution of serum capable of reducing the number of virus plaques by ≥50%, compared with control values (from virus incubated with negative control serum). The cutoff point for seropositivity was a NA level of ≥1:4. Levels of NA to the Jeryl Lynn strain of mumps virus were classified into 4 groups, as follows: negative, <1:4; borderline positive, 1:4–1:8; moderate positive, 1:16–1: 128; and highly positive, >1:128. Hereafter, titers are reported as reciprocal values.

***Sample size and statistical analysis.*** Sample size was calculated to evaluate, at a 5% significance level and 80% power, a 10% difference in the proportion of persons seronegative for IgG among the 2 groups—vaccinated persons who received the second dose of MMR vaccine (MMR2) ≤5 years and ≥15 years before blood collection. Risk factors evaluated for seronegative EIA results included sex, race/ethnicity, age, age at first dose of MMR vaccine (MMR1) and at MMR2, time between MMR1 and MMR2, and time since receipt of MMR2. In addition, the likeli-

**Table 2. Seropositive EIA results for mumps IgG among university study participants, by age and time since receipt of the second dose of measles-mumps-rubella vaccine (MMR2)—Nebraska, 2006.**

| Variable | IgG seropositive, % | ORᵃ (95% CI) | P |
|---|---|---|---|
| Age | | | |
| 19–20 years | 94 | Referent | |
| 21–22 years | 95 | 1.45 (0.57–3.71) | .238 |
| ≥23 years | 90 | 0.74 (0.25–2.15) | .325 |
| Years since receipt of MMR2 | | | |
| 1–10 years | 95 | Referent | |
| ≥11 years | 90 | 0.80 (0.32–2.01) | .629 |

**NOTE.** CI, confidence interval; OR, odds ratio.

ᵃ Adjusted for age and years since receipt of MMR2.

Downloaded from https://academic.oup.com/jid/article by guest on April 28, 2011



**Figure 1.** Prevalence of mumps seropositive EIA results and index standard ratio (ISR) values for mumps antibody among 440 university study participants, by years since receipt of a second dose of measles-mumps-rubella vaccine—Nebraska, 2006.

hood of seronegativity was assessed by controlling for age and years since receipt of MMR2. Arithmetic means were used to describe ISR values by time since vaccination. To describe NA levels, GMTs were calculated using log-transformed reciprocal levels and are reported as back-transformed values. For bivariate analysis, the tests used were the $\chi^2$ test for categorical variables, the Cochran-Armitage test for trend for ordinal variables, and the $t$ test and Wilcoxon rank-sum test for continuous variables. Association between ISR and NA levels was examined via Pearson correlation. $P < .05$ was considered to indicate statistical significance. Data were analyzed using SAS (version 9.1) [13].

## RESULTS

A total of 446 persons were enrolled in the study. Of these, 6 (1.3%) were excluded as a result of a history of mumps virus infection (2 students) or vaccination outside the United States (4 students). Of the 440 persons included in the analysis, 62% were female, 97% were white, and 98% were born in the United States. The median age of the participants was 21 years (range, 19–30 years). The median age at MMR1 vaccination was 1 year (range, 1–27 years) and at MMR2 vaccination was 12 years (range, 1–28 years).

*EIA testing.* The presence of serum mumps IgG antibody was determined for all 440 participants. The overall mumps IgG seropositivity rate was 94% (95% confidence interval [CI], 91%–96%). In contrast, all 440 participants (100%) were seropositive for measles IgG. No differences existed in mumps seropositivity rates by sex or race/ethnicity (table 1). Mumps seropositivity rates did not differ by age group, age at receipt of MMR1 or MMR2, time interval between MMR1 and MMR2, or time since receipt of MMR2. The likelihood of seropositivity was not asso-

ciated with increased time since receipt of MMR2, even after adjustment for age (table 2).

Although higher mean ISR values were identified among participants vaccinated with MMR2 ≤5 years ago, the association between mean ISR values and time since receipt of MMR2 was borderline significant ($P = .051$) (figure 1).

*NA levels.* Levels of NA to the Jeryl Lynn strain of mumps virus were measured for 91 persons, who had received MMR2 1–5 years ($n = 23$) or ≥15 years ($n = 68$) before blood collection. The overall GMT of NA was 66 (95% CI, 52–85); the titers did not differ by sex, age at receipt of MMR1 or MMR2, or time interval between MMR1 and MMR2 (table 3). The titer to the Jeryl Lynn strain of mumps virus was higher among participants who had received MMR2 within the previous 1–5 years (GMT, 97 [95% CI, 64–148]), compared with that among participants who received MMR2 ≥15 years earlier (GMT, 58 [95% CI, 44–76]); however, this difference was only borderline significant ($P = .065$) (figure 2).

*Correlation between EIA and NA.* Eighty-six (95%) of the 91 specimens tested by both EIA and PRNT were seropositive for mumps IgG by EIA. Of these, 83 (97%) had NA titers higher than the borderline positive cutoff (i.e., >8), and 3 (3%) had borderline positive NA results. Among the 3 specimens with borderline positive results, 2 had low and 1 had intermediate ISR values. Among the 86 specimens seropositive by EIA, the median ISR value was 3, and the GMT of NA was 70. Correlation between NA levels and ISR values was significant, but the association was imperfect (ratio, 0.45; $P < .01$). Among the 5 participants with

**Table 3. Geometric mean titers (GMTs) of mumps neutralizing antibody among university study participants who received a second dose of measles-mumps-rubella vaccine (MMR2) ≤5 and ≥15 years before blood collection ($n = 91$)—Nebraska, 2006.**

| Variable | Tested, no. | GMT (95% CI) | P |
|---|---|---|---|
| Sex | | | .561 |
|   Male | 49 | 62 (43–89) | |
|   Female | 42 | 72 (51–100) | |
| Age at MMR1 | | | .314 |
|   1 year | 48 | 67 (47–95) | |
|   2 years | 30 | 53 (35–80) | |
|   ≥3 years | 13 | 109 (59–203) | |
| Age at MMR2 | | | .610 |
|   1–6 years | 48 | 58 (42–80) | |
|   7–14 years | 18 | 69 (36–113) | |
|   ≥15 years | 25 | 84 (53–135) | |
| Years between MMR1 and MMR2 | | | .244 |
|   1–5 years | 53 | 62 (46–85) | |
|   ≥6 years | 38 | 73 (49–109) | |

**NOTE.** CI, confidence interval; MMR1, first dose of MMR vaccine.

Downloaded from https://academic.oup.com/jid/ by guest on April 26, 2011



**Figure 2.** Geometric mean titers (GMTs) of mumps neutralizing antibody and index standard ratio (ISR) values for mumps antibody among 91 university study participants, by years since receipt of a second dose of measles-mumps-rubella vaccine—Nebraska, 2006.

serenegative EIA results, none had high NA levels; the median ISR value was 1, and by PRNT the GMT of NA was 24.

*Antibody response after MMR3.* Nineteen of the 28 persons who had seronegative EIA results (i.e., negative or indeterminate) for mumps IgG received MMR3 1–5 months after the initial blood collection (mean, 3.5 months). Seventeen persons (89%) provided a blood specimen 7–10 days after receipt of MMR3. Of these 17 persons, 3 had seronegative results for IgG and IgM. Seropositive results for IgG were detected in 14 (82%) of the 17 persons, and seropositive results for IgM were identified in 2 (14%) of the 14 persons (figure 3).

At 2–3 months after receipt of MMR3, 13 participants also provided a third blood specimen. All 9 persons who had been IgG positive at 7–10 days remained positive at 2–3 months after MMR3, and 1 of the 2 seronegative persons at 7–10 days had measurable IgG levels. One of the 2 participants who had been IgG seronegative at 7–10 days remained negative at 2–3 months. For these 11 participants, the overall seropositivity rate at 2–3 months was 91% (10/11); all were IgM seronegative. Two participants who had provided only a blood specimen 2–3 months after MMR3 were IgM seronegative and IgG seropositive. The mean ISR values for participants with paired specimens were 1.3 (95% CI, 1.2–1.5) at 7–10 days and 2.1 (95% CI, 1.6–2.7) at 2–3 months after receipt of MMR3.

## DISCUSSION

The majority (94%) of study participants had seropositive EIA results for mumps IgG, and the seropositivity rate did not differ by age, sex, race/ethnicity, age at vaccination, or time since vaccination. The majority of seronegative persons vaccinated with MMR3 were seropositive 2–3 months after its receipt. The IgG

serologic response, without detectable IgM at 7–10 days after MMR3 and the increased IgG levels 2–3 months after vaccination, indicates a B cell memory response in most instances. Thus no major evidence for primary vaccine failure was observed among the seronegative persons.

Information regarding long-term persistence of mumps antibodies after a second dose of MMR vaccination is limited. Evidence for secondary vaccine failure can be demonstrated through epidemiologic investigation of outbreaks by assessing the vaccination status of case patients and by serologic studies demonstrating a decline in IgG antibody levels over time. Previous studies have yielded conflicting findings regarding the association between vaccine failure and time since vaccination, with some reporting no association during certain outbreaks [14–17] and others reported a positive correlation between risk for mumps virus infection and increasing interval since vaccination [18–20]. Existing data indicate that 1 dose of MMR vaccine can provide persistent antibodies to mumps virus ≤5 years after vaccination [21]. A study in Finland identified a rapid decline in mumps antibody levels within the first year after 1 dose of mumps vaccine and a lesser decline after a second dose, with an overall seropositivity rate of 86% at 9 years after a second dose of mumps vaccine [22].

We did not identify any factor associated with seronegative results. Although a higher proportion of females with mumps were reported during outbreaks in the 1980s [14–16] and in 2006 [8, 9], we did not identify statistically significant differences in seropositive results or antibody levels by sex that might explain the preponderance of female patients during the 2006 outbreak.

Postlicensure studies conducted in the United States during the 1970s and 1980s documented that 1 dose of mumps virus–containing vaccine was ~80% effective in preventing mumps with parotitis [23]. Although fewer data are available on the effectiveness of 2 doses of mumps vaccine, estimates of effective-



**Figure 3.** Description of mumps seropositive results among 17 seronegative persons after receipt of a third dose of MMR (MMR3) vaccine—Nebraska, 2006. Indet, indeterminate.

Downloaded from jid.oxfordjournals.org by guest on April 29, 2011

ness range from 88% to 95% [24–28]. The Jeryl Lynn mumps modified live vaccine virus and prior mumps virus infection does not seem to be as effective as the modified live measles vaccine virus in inducing immunity. Mumps virus infection has been documented among persons with previous mumps virus infection [29] and among 2-dose recipients of mumps vaccine. The 2006 US outbreak demonstrated that mumps transmission and outbreaks can occur among populations with high vaccination coverage with 2 MMR doses [8, 9].

Although infection with measles virus has been documented among recipients of 2 doses [30], high population vaccination coverage levels have been successful in preventing sustained measles transmission due to the high effectiveness of the measles vaccine [31]. The majority of the US population is vaccinated with MMR vaccine, and measles is considered more infectious than mumps [32, 33]. Therefore, the difference in mumps disease patterns cannot be explained by differences in vaccination coverage levels or infectivity. The difference in seropositive results between measles and mumps identified in our study (i.e., 100% for measles vs. 94% for mumps) confirms the differences in antibody response patterns. However, we cannot assume that the presence of antibody levels necessarily correlates with protection. Unlike measles, for which NA level seems to be a useful correlate of protection [34], a similar antibody-measurement correlate for mumps immunity is unclear. A prospective study determined that levels >8 by PRNT were protective against clinical mumps [35]. In our study, NA levels were not assessed among all participants; however, among the 91 participants with serum tested by both EIA and PRNT, 97% who were seropositive by EIA had levels >8, indicating the likelihood of IgG antibody levels >8 among this university population. In addition, the 6% EIA-based seronegativity rate identified during this study is similar to the failure rate reported among college students who had received 2 doses of MMR and who had been exposed to a roommate with mumps during the 2006 outbreak (CDC, unpublished data).

All but one person mounted an IgG response after administration of MMR3 to seronegative persons. This anamnestic response was typified by the rapid appearance of mumps virus–specific IgG and a general absence of a detectable IgM response [10, 36–38] among the majority of participants. This antibody response was similar to that observed during the mumps outbreak in 2006, thus making laboratory confirmation of clinically diagnosed mumps challenging because of the lack of IgM and the presence of IgG at the time when patients sought health care [9]. A rapid IgG response was observed at 7–10 days after MMR3, but peak antibody activity was not present until sometime between the 7–10-day and the 2–3-month intervals. Whether these levels of mumps antibody were maintained after 2–3 months or represent antibody levels that provide protection against mumps virus infection is unknown.

Our study has potential limitations. The students and staff participating in the study represent a convenience sample; therefore, results might not be generalizable to other populations. The possibility of IgG boosting caused by natural mumps virus infection among the study subjects is unknown. Although the university was not affected by the mumps outbreak, at the time of the study, 3 possible (clinically compatible but laboratory negative) mumps-like cases were reported at the university, and some cases were reported in the surrounding community. We could not assess the effect of exposure to such cases on the rate of seropositive results. The NA test in this study used the Jeryl Lynn vaccine virus strain; however, preliminary data from another study determined that higher antibody levels might be needed for neutralization of the 2006 mumps outbreak strain relative to the Jeryl Lynn strain [39]. We did not conduct IgG avidity testing to differentiate between primary and secondary vaccine failure.

The determinants of vaccine-induced mumps immune protection have not been fully determined. Two doses of mumps vaccine seem to induce a higher antibody response than 1 dose. In a mixture model applied to a serological survey in England and Wales, cohorts eligible for 2 doses of mumps vaccine presented higher antibody titers than did those eligible for 1 dose [40]. However, the optimal protective antibody level that might be required to protect against mumps disease is unknown. Understanding the protective mumps antibody level is critical to assessing waning immunity and to estimating the proportion of susceptible persons among the population. More studies are needed to confirm the decline of mumps antibody levels over time after MMR2 vaccination. The failure of the available mumps vaccine in preventing disease transmission among populations with high 2-dose vaccination coverage levels raises a question regarding the necessity of an additional mumps vaccine booster or the development of a more effective vaccine. Our results demonstrated seroconversion among seronegative persons after receipt of a third dose; however, more research is needed to understand the importance of a third dose and its relevance for future planning of specific strategies for mumps prevention.

## Acknowledgments

We thank Kathryn Nickel, Lois Flagstad, Marilee Malcom, Susan Pederson, Peg Nyffeler, and other staff at the University of Nebraska at Kearney as well as Amy Elwood and other staff at the Two Rivers Public Health Department for their assistance and support during the study. We also thank Kris Bisgard, Anne O'Keefe, and Tom Török for their guidance and comments regarding the manuscript.

## References

1. Galazka AM, Robertson SE, Kraigher A. Mumps and mumps vaccine: a global review. Bull World Health Organ 1999; 77:3–14.
2. Centers for Disease Control and Prevention. Recommendation of the Public Health Service Advisory Committee on Immunization Practices mumps vaccine. MMWR Morb Mortal Wkly Rep 1977; 26:393–4.

Downloaded from jia.oxfordjournals.org by guest on April 29, 2011

**Appx16818**

3. Centers for Disease Control and Prevention. Measles prevention: recommendations of the Immunization Practices Advisory Committee. MMWR Morb Mortal Wkly Rep 1989; 38 (Suppl 9):1–18.

4. Centers for Disease Control and Prevention. Summary of notifiable diseases—United States, 2003. MMWR 2005; 52:1–85.

5. Centers for Disease Control and Prevention. National, state, and urban area vaccination coverage levels among children aged 19–35 months—United States, 1999. MMWR Morb Mortal Wkly Rep 2000; 49:585–9.

6. Centers for Disease Control and Prevention. National, state, and urban area vaccination coverage levels among children aged 19–35 months—United States, 2003. MMWR Morb Mortal Wkly Rep 2004; 53:658–61.

7. Centers for Disease Control and Prevention. National, state, and urban area vaccination coverage levels among children aged 19–35 months—United States, 2005. MMWR Morb Mortal Wkly Rep 2006; 55:988–93.

8. Centers for Disease Control and Prevention. Update: multistate outbreak of mumps—United States, Jan 1–May 2, 2006. MMWR Morb Mortal Wkly Rep 2006; 55:559–63.

9. Centers for Disease Control and Prevention. Update: mumps activity—United States, Jan 1–Oct 7. MMWR Morb Mortal Wkly Rep 2006; 55:1152–3.

10. Narita M, Matsuzono Y, Takekoshi Y, et al. Analysis of mumps vaccine failure by means of avidity testing for mumps virus-specific immunoglobulin G. Clin Diagn Lab Immunol 1998; 5:799–803.

11. Mauldin J, Carbone K, Hsu H, Yolken R, Rubin S. Mumps virus-specific antibody titers from pre-vaccine era sera: comparison of the plaque reduction neutralization assay and enzyme immunoassays. J Clin Microbiol 2005; 43:4847–51.

12. Hummel KB, Erdman DD, Heath J, Bellini W. Baculovirus expression of the nucleoprotein gene of measles virus and utility of the recombinant protein in diagnostic enzyme immunoassays. J Clin Microbiol 1992; 30:2874–80.

13. SAS Institute. Getting started guide for SAS® 9.1.3. Cary, NC: SAS Institute, 2006.

14. Wharton M, Cochi SL, Hutcheson RH, Bistowish JM, Schaffner W. A large outbreak of mumps in the postvaccine era. J Infect Dis 1988; 158:1253–60.

15. Cheek JE, Baron R, Atlas H, Wilson DL, Crider RD Jr. Mumps outbreak in a highly vaccinated school population: evidence for large-scale vaccination failure. Arch Pediatr Adolesc Med 1995; 149:774–8.

16. Sullivan KM, Halpin TJ, Marks JS, Kim-Farley R. Effectiveness of mumps vaccine in a school outbreak. Am J Dis Child 1985; 139:909–12.

17. Centers for Disease Control and Prevention. Efficacy of mumps vaccine—Ohio. MMWR Morb Mortal Wkly Rep 1983; 32:391–2.

18. Briss PA, Fehrs LJ, Parker RA, et al. Sustained transmission of mumps in a highly vaccinated population: assessment of primary vaccine failure and waning vaccine-induced immunity. J Infect Dis 1994; 169:77–82.

19. Hersh BS, Fine PE, Kent WK, et al. Mumps outbreak in a highly vaccinated population. J Pediatr 1991; 119:187–93.

20. Vandermeulen C, Roelants M, Vermoere M, Roseeuw K, Goubau P, Hoppenbrouwers K. Outbreak of mumps in a vaccinated child population: a question of vaccine failure? Vaccine 2004; 22:2713–6.

21. Miller E, Hill A, Morgan-Capner P, Forsey T, Rush M. Antibodies to measles, mumps and rubella in UK children 4 years after vaccination with different MMR vaccine. Vaccine 1995; 13:799–802.

22. Davidkin I, Valle M, Julkunen I. Persistence of anti-mumps virus antibodies after a two dose MMR vaccination. Vaccine 1995; 13:1617–22.

23. Plotkin S, Orenstein W. Vaccines. 4th ed. Philadelphia, PA: Saunders 2004:441–469 (chapter 20).

24. Harling R, White JM, Ramsay ME, Macsween KF, van den Bosch C. The effectiveness of the mumps component of the MMR vaccine: a case control study. Vaccine 2005; 23:4070–4.

25. Sartorius B, Penttinen P, Nilsson J, et al. An outbreak of mumps in Sweden, February-April 2004. Euro Surveill 2005; 10:191–9.

26. Cohen C, White JM, Savage EJ, et al. Vaccine effectiveness estimates, 2004–2005 mumps outbreak, England. Emerg Infect Dis 2007; 13:12–7.

27. Schaffzin JK, Pollock L, Schulte C, et al. Effectiveness of previous mumps vaccination during a summer camp outbreak. Pediatrics 2007; 120:e862–8.

28. Sartorius B, Penttinen P, Nilsson J, et al. An outbreak of mumps in Sweden, February–April 2004. Euro Surveill 2005; 10:191–9.

29. Gut JP, Lablanche C, Behr S, Kim A. Symptomatic mumps virus reinfections. J Med Virol 1995; 45:17–23.

30. Yeung LF, Lurie P, Dayan G, et al. A limited measles outbreak in a highly vaccinated US boarding school. Pediatrics 2005; 116:1287–91.

31. Parker AA, Staggs W, Dayan GH, et al. Implications of a 2005 measles outbreak in Indiana for sustained elimination of measles in the United States. N Engl J Med 2006; 355:447–55.

32. Simpson RE. Infectiousness of communicable diseases in the household (measles, chickenpox, and mumps). Lancet 1952; 2:549–54.

33. Anderson RM, May RM. Infectious disease of humans: dynamics and control. New York: Oxford University Press; 1992:70.

34. Chen RT, Markowitz LE, Albrecht P, et al. Measles antibody: reevaluation of protective titers. J Infect Dis 1990; 162:1036–42.

35. Ennis FA. Immunity to mumps in an institutional epidemic: correlation of insusceptibility to mumps with serum plaque neutralizing and hemagglutination-inhibiting antibodies. J Infect Dis 1969; 119:654–7.

36. López Hernández B, Martín Vélez RM, Román García C, Peñalver Sánchez I, López Rosique JA. An epidemic outbreak of mumps: a study of vaccine efficacy. Aten Primaria 2000; 25:148–52.

37. Sanz JC, Mosquera MM, Echevarría JE, et al. Sensitivity and specificity of immunoglobulin G titer for the diagnosis of mumps virus in infected patients depending on vaccination status. APMIS 2006; 114:788–94.

38. Bloom S, Wharton M. Mumps outbreak among young adults in UK BMJ 2005; 331:E363–4.

39. Rubin S, Li Q, Audet S, et al. Mumps virus strain-specific antibody neutralization and waning immunity following vaccination [abstract 851]. In: Scientific program and abstracts of the 26th Annual Meeting of the American Society for Virology (Corvallis, Oregon). 2007.

40. Vyse AJ, Gay NJ, Hesketh LM, et al. Interpreting serological surveys using mixture models: the seroepidemiology of measles, mumps and rubella in England and Wales at the beginning of the 21st century. Epidemiol Infect 2006; 134:1303–12.

Downloaded from https://academic.oup.com/jid/ by guest on April 28, 2011

Appx16819

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI, | Civil Action No. 10-4374 (CDJ) |
| *Plaintiffs,* | **CONTAINS "CONFIDENTIAL" AND "HIGHLY CONFIDENTIAL –** |
| v. | **ATTORNEYS' EYES ONLY" MATERIAL** |
| MERCK & CO., INC., | **PURSUANT TO PROTECTIVE ORDER** |
| *Defendant.* | |

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 266

MAJOR ARTICLE

# Mumps Antibody Levels Among Students Before a Mumps Outbreak: In Search of a Correlate of Immunity

Margaret M. Cortese,[1] Albert E. Barskey,[1] Gary E. Tegtmeier,[3] Cheryl Zhang,[4] Laurie Ngo,[4] Moe H. Kyaw,[1,a] Andrew L. Baughman,[2] Jay E. Menitove,[3] Carole J. Hickman,[1] William J. Bellini,[1] Gustavo H. Dayan,[1,a] Gail R. Hansen,[5,a] and Steven Rubin[4]

[1]Division of Viral Diseases, National Center for Immunization and Respiratory Diseases, and [2]Center for Global Health, Centers for Disease Control and Prevention, Atlanta, Georgia; [3]Community Blood Center of Greater Kansas City, Missouri; [4]Center for Biologics Evaluation and Research, Food and Drug Administration, Bethesda, Maryland; and [5]Kansas Department of Health and Environment, Topeka

***Background.*** In 2006, a mumps outbreak occurred on a university campus despite ≥ 95% coverage of students with 2 doses of measles mumps rubella (MMR) vaccine. Using plasma samples from a blood drive held on campus before identification of mumps cases, we compared vaccine induced preoutbreak mumps antibody levels between individuals who developed mumps (case patients) and those who did not develop mumps (nonpatients).

***Methods.*** Preoutbreak samples were available from 11 case patients, 22 nonpatients who reported mumps exposure but no mumps symptoms, and 103 nonpatients who reported no known exposure and no symptoms. Antibody titers were measured by plaque reduction neutralization assay using Jeryl Lynn vaccine virus and the outbreak virus Iowa G/USA 06 and by enzyme immunoassay (EIA).

***Results.*** Preoutbreak Jeryl Lynn virus neutralization titers were significantly lower among case patients than unexposed nonpatients ($P = .023$), and EIA results were significantly lower among case patients than exposed nonpatients ($P = .007$) and unexposed nonpatients ($P = .009$). Proportionately more case patients than exposed nonpatients had a preoutbreak anti Jeryl Lynn titer < 31 (64% vs 27%, respectively; $P = .065$), an anti Iowa G/USA 06 titer < 8 (55% vs 14%; $P = .033$), and EIA index standard ratio < 1.40 (64% vs 9%; $P = .002$) and < 1.71 (73% vs 14%, $P = .001$).

***Discussion.*** Case patients generally had lower preoutbreak mumps antibody levels than nonpatients. However, titers overlapped and no cutoff points separated all mumps case patients from all nonpatients.

In 2006, a multistate outbreak of mumps occurred in the United States with over 6500 reported cases. This was the largest outbreak in the United States in 19 years [1, 2]. The greatest number of cases occurred among college aged persons, and most persons with mumps had received 2 doses of measles mumps rubella (MMR) vaccine as currently recommended by the Advisory Committee on Immunization Practices [3]. Waning vaccine induced immunity may have played a role in the resurgence [1, 2]. The occurrence of a blood drive held shortly before identification of mumps cases at a Kansas university provided a key opportunity to assess the relationship between levels of vaccine induced neutralizing antibody and protection from mumps, which currently is not known. At the university there were a total of 174 persons reported to have mumps (attack rate, 0.9% among 19 155 undergraduate students) despite ≥ 95% 2 dose MMR vaccine coverage among students [4, 5]. Mumps cases were also reported among young adults in other Kansas locations. Using plasma samples remaining from blood donations, we sought to compare vaccine induced preoutbreak mumps antibody levels between individuals with

Received 12 March 2011; accepted 7 June 2011.

[a]Present affiliations Novartis (M H K); Sanofi Pasteur (G H D); Pew Charitable Trusts (G R H).

Correspondence Margaret M Cortese, Centers for Disease Control and Prevention, 1600 Clifton Rd, MSA34, Atlanta, GA 30333 (mcortese@cdc.gov)

**The Journal of Infectious Diseases 2011;204:1413 22**

Published by Oxford University Press on behalf of the Infectious Diseases Society of America 2011

0022 1899 (print)/1537 6613 (online)/2011/2049 0015$14 00

DOI 10 1093/infdis/jir526

Downloaded from https://academic.oup.com/jid/article-abstract/204/9/1413/847893
by guest
on 30 March 2018

Appx16821

mumps (case patients) and those without mumps (non patients) to determine a correlate of immunity. If such a correlate could be identified, it may suggest there would be benefit in providing additional mumps vaccine doses to raise an antibody level above the threshold, in persons at risk of mumps (eg, young adults in crowded settings). We also sought to estimate the mumps infection rate at the university by the proportion of donors with an increase in mumps antibody titer during the outbreak.

## METHODS

### Blood Donors

A blood drive had been held by the Community Blood Center (CBC) and the American Red Cross (ARC) at the university 6 10 March 2006. A mumps outbreak was identified on 30 March 2006 [5] and peaked in mid April 2006. In June 2006, investigators contacted the blood centers to obtain excess samples from the drives. Samples were frozen in storage at CBC only. Blood drives were subsequently held at the university in September 2006 and March 2007, approximately 5.5 and 11 months after the outbreak peak. Investigators attended the March 2007 drive and enrolled interested donors in person into the study. Donors were asked for permission via written informed consent to test leftover plasma samples for mumps antibodies, to obtain their MMR vaccination records, and to obtain their medical records if they had sought medical care for symptoms possibly consistent with mumps. Enrollees were also asked to complete a written questionnaire that queried demographic factors, student status, living arrangements, history of mumps symptoms (including parotid swelling, parotid pain, jaw pain, swelling below the jaw, and testicular pain or swelling) during the period 1 January 2006 to date of questionnaire completion, date of symptom onset, mumps exposure during 2006 2007, and history of ever having physician diagnosed mumps. Pictures showing location of parotid glands and parotid enlargement and a calendar of campus events were included. For assessing mumps exposure, donors were asked if they had been face to face ("as close as if you were talking with someone right in front of you") with someone ill with mumps who was not wearing a mask.

Some persons who had not participated in the March 2007 drive but who had donated blood in 2006 before the outbreak were contacted by email, letter, or telephone to request study participation. These included reported mumps patients, roommates/housemates of mumps patients [4], and those with pre and postoutbreak samples available ("repeat donors"). Samples were tested for mumps virus specific antibody by plaque reduction neutralization (PRN) assay and a commercially available enzyme immunoassay (EIA).

Enrollees were asked if they desired their mumps EIA result and those who did were notified by letter. Those who tested negative were advised to discuss the results with their physician and consider revaccination with MMR. The study was reviewed by the institutional review boards of the Centers for Disease Control and Prevention, CBC, ARC, and the Kansas Department of Health and Environment (KDHE).

### Donor Categories

#### Case Patients

Case patients were donors who had been reported by a clinician to KDHE as having a case of mumps and who, upon review of available records, had an illness suggestive of mumps and who had a plasma sample obtained at least 25 days (1 incubation period) before illness onset.

#### Nonpatients

Nonpatients were students at the university during the outbreak who were not reported to have mumps and who completed a questionnaire and did not report having symptoms suggestive of mumps between 1 January 2006 and the date of questionnaire completion. Although jaw pain may be a symptom of mumps, persons meeting the nonpatient criteria who reported having only jaw pain sometime during 2006 2007 but not specifically during the outbreak period (March 2006 August 2006) were considered a nonpatient.

Nonpatients were classified into 2 groups. Group 1 included those likely exposed to mumps, defined either as being a roommate/housemate of a person with mumps, reporting on the questionnaire that they had face to face exposure to a person with mumps during the outbreak, or repeat donors who reported no mumps symptoms but who demonstrated a $\geq 4$ fold rise in neutralizing antibody titer against either of the mumps virus strains tested (Jeryl Lynn vaccine or Iowa G/USA06). Group 2 nonpatients were those who reported no known mumps exposure during the outbreak (and, if a repeat donor, did not have a $\geq 4$ fold rise in antibody titer).

Some donors were excluded from analysis before results were obtained because they may have been exposed to mumps before their earliest sample. During the outbreak investigation, 5 mumps cases were retrospectively identified to have occurred at the university before the blood drive [5]. We therefore excluded donors if their reported mumps exposure occurred before the outbreak date, if they had lived in the 1 dormitory with a case in February 2006, or if they were a member of the sorority or fraternity with a case in February early March 2006.

Repeat donors were university students who donated a first sample before 16 March 2006 and a second sample during May 2006 May 2007, and who were not reported as having mumps. Some were also in nonpatient groups 1 or 2. Those who may have had mumps exposure before donating their first sample were excluded.

---

Downloaded from https://academic.oup.com/jid/article-abstract/204/9/1413/847893
by guest
on 30 March 2018

Appx16822

**Laboratory Testing**

Plasma samples were kept at −70°C at the blood centers until shipment to the US Food and Drug Administration and CDC. Laboratory scientists were blinded to donor information, including case status, until after testing was completed.

*Neutralization Titers*

PRN assay was used to determine virus neutralizing antibody titer in plasma as previously described [6]. Because levels of mumps virus neutralizing antibody titers detected in the PRN are a function of the challenge virus strain used [6 9], 2 different PRN assays were used: 1 using the Jeryl Lynn strain (the mumps virus component of the MMR vaccine) to measure the concentration of antibody that had been induced by immunization, and 1 using a contemporary wild type virus isolated from the 2006 US mumps outbreak (Iowa G/ USA 06) [6] to approximate the potency of vaccine induced antibody to the circulating wild type strain. The neutralizing antibody titer is reported as the sample dilution capable of reducing the mean number of virus plaques by 50% or greater compared with the mean number of plaques in virus control wells using the Karber formula [10].

*Enzyme Immunoassay*

An indirect enzyme linked immunosorbent immunoglobulin G (IgG) assay (Mumps IgG ELISA II, Wampole Laboratories) was used to determine mumps IgG antibody levels in plasma specimens, as described by the manufacturer. In this assay, index standard ratio (ISR) values < 0.90 are seronegative, values 0.91 1.09 are indeterminate, and values >1.10 are seropositive. All samples with seronegative or indeterminate results were retested along with an equal number of randomly selected positive specimens. The original ISR result was used in analysis if the result categories from the original and repeat run were the same, and the mean ISR result from the 2 runs was used if the original and repeat categories were different.

**Statistical Analyses**

The distributions of preoutbreak neutralization titers and EIA ISRs were compared between case patients and non patient groups using the Kolmogorov Smirnov test. The preoutbreak geometric mean (with 95% confidence interval [CI]) for case patients and nonpatients was calculated for each of the 3 assays. For each assay, cutoff points for pre outbreak samples were assessed for their ability to discrim inate case patients from nonpatients. Cutoff points were defined by the midpoint between a case patient's value and the next highest value among the group 1 ("exposed") nonpatients. The proportions of persons in each group with preoutbreak values below the cutoff points were compared using Fisher exact test, and odds ratios (ORs) with 95% CI were calculated. For all analyses, a $P$ value < .05 was considered statistically significant. Analyses were performed using Stata software version 11.0.

## RESULTS

**Case Patients and Nonpatients**

Eleven individuals met study criteria defining a case patient (Table 1). Three were laboratory confirmed: patient 1 by virus isolation, patient 6 by reverse transcription polymerase chain reaction [11], and patient 3 by a ≥ 4 fold rise in neutralizing antibody titer between pre and postillness plasma samples. Oral swabs from the other 8 individuals were not obtained for mumps virus testing, likely because the KDHE laboratory had recommended against continued testing at confirmed outbreak locations [5]. Two of these 8 individuals (patients 9 and 11) had postillness plasma samples available. All 11 case patients had received 2 MMR doses before their preoutbreak sample (Table 1).

Twenty two persons met criteria for a group 1 (exposed) nonpatient. Three were roommates of persons with mumps and 2 others were selected into the group because they reported no mumps symptoms but had a ≥ 4 fold rise in antibody titers. Twelve (55%) group 1 nonpatients were repeat donors (Figure 1). A total of 103 persons met criteria for a group 2 (nonexposed) nonpatient, and 58 (56%) of these were repeat donors (Figure 1). Immunization records were available on 119 (95%) of the 125 nonpatients; 118 (99%) of these had received ≥ 2 MMR doses before their preoutbreak sample and 1 (1%) had received 1 dose. No case patients or nonpatients reported a history of ever having physician diagnosed mumps before enrollment at the university.

**Anti–Jeryl Lynn Vaccine Virus Neutralizing Antibody Titers Among Case Patients Versus Nonpatients**

Among case patients, the median preillness neutralization anti body titer against the Jeryl Lynn vaccine virus was 23.2 (Table 2). The 3 case patients with laboratory confirmed mumps had preillness titers in the lower range (8.2, 9.5, and 23.2; Table 3). Of the 3 case patients with a postillness sample available, 1 had a 506 fold increase 2 months after illness, 1 had a nominal in crease 5 months later, and 1 had a 3.9 fold drop in titer 1.1 months after illness (Table 1).

The median preoutbreak anti Jeryl Lynn neutralization an tibody titer value among group 1 nonpatients was 73.4 and the median among group 2 nonpatients was 57.6 (Table 2). The 2 persons who reported no symptoms but had a ≥ 4 fold rise in titer had preoutbreak titers of 70.8 and 76.0 (with 13.5 and 4.5 fold rises, respectively) (Table 3).

Preoutbreak Jeryl Lynn titers among case patients were sig nificantly different from those of group 2 nonpatients ($P$ = .023) but not group 1 nonpatients ($P$ = .12; Table 2; Figure 2). Compared to group 1 nonpatients, case patients had 4.7 times greater odds of having a preoutbreak Jeryl Lynn titer < 31 and 5.7 times greater odds of having a titer < 41 (Table 4). Com pared to group 2 nonpatients, case patients had a statistically

Downloaded from https://academic.oup.com/jid/article-abstract/204/9/1413/847893
by guest
on 30 March 2018

Appx16823

**Table 1. Clinical Characteristics and Mumps Antibody Levels in 11 Mumps Patients**

| Patient no | Age at onset, y | Sex | Student at the university | History of possible exposure | Physician impression | Physician exam | Patient reported to CDC staff | Sample | Years from MMR2 to sample | Months from presample to onset | Months from onset to presample sample | Anti-Jery Lynn titer | Anti-Iowa G/USA-06 titer | neutralization neg, | EA result | EA SR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 18.1 | M | No | Per student, friends sibling had mumps | Parotitis, lymphadenitis | Parotid swelling mild moderate[a] | Parotitis, jaw pain[b] | pre | 12.6 | 4.1 | | 8.2 | 5.3 | | pos | 1.14 |
| 2 | 20.3 | M | Yes | | Mumps | Parotid swelling | Parotitis, jaw pain, testicular swelling, testicular pain | pre | 14.5 | 1.3 | | 8.8 | 6.0 | | neg | 0.82 |
| 3 | 19.3 | M | Yes | Wrestling opponent developed mumps shortly after match | Swollen glands, possible mumps | Submandibular swelling | Parotitis and parotid pain, jaw pain[b] | pre | 13.9 | 1.3 | | 9.5 | 7.5 | | neg | 0.76 |
| | | | | | | | | post | | | 2.0 | 4812.3 | 1868.2 | | pos | 5.32 |
| 4 | 18.4 | M | No | Visited the university several weeks before illness | NA (reported to health dept as probable mumps) | NA | Parotitis[c] | pre | NA[d] | 1.0 | | 14.9 | 3.9 | | pos | 1.16 |
| 5 | 21.9 | M | Yes | Roommate reported to health dept as mumps case 2 weeks earlier | Probable mumps | Submandibular gland swelling | Parotitis and parotid pain[b] | pre | 9.7 | 6.0 | | 17.7 | 7.2 | | pos | 1.35 |
| 6 | 21.0 | M | Yes | | Mumps | Parotid swelling[e] | Parotitis, jaw pain | pre | 13.3 | 2.0 | | 23.2 | 5.8 | | neg | 0.83 |
| 7 | 18.7 | M | No | Lived in the city where university is located | Mumps | Parotid swelling | Parotitis, jaw pain[b] | pre | 12.6 | 4.8 | | 27.7 | 30.1 | | neg | 0.66 |
| 8 | 18.3 | F | No | NA (reported to health dept as probable mumps) | Jaw line swelling per nurse's notes | Parotitis and parotid pain, jaw pain, facial swelling[b] | pre | 12.9 | 2.1 | | 36.8 | 19.8 | | pos | 2.51 |
| 9 | 18.9 | F | Yes | | Mumps | Parotid tenderness only | Swelling below jaw only | pre | 13.6 | 1.4 | | 76.0 | 19.4 | | pos | 1.67 |
| | | | | | | | | post | | | 5.3 | 92.0 | 34.4 | | pos | 1.93 |
| 10 | 17.7 | F | No | Outbreak at high school | Mumps | Parotid swelling | Parotitis, jaw pain[b] | pre | 12.6 | 1.2 | | 472.5 | 152.3 | | pos | 3.74 |
| 11 | 20.0 | M | Yes | | Probable mumps | Parotid swelling, mild | Parotitis, jaw pain, testicular pain | pre | 14.9 | 1.8 | | 495.7 | 84.3 | | pos | 2.96 |
| | | | | | | | | post | | | 1.1 | 127.1 | 70.9 | | pos | 2.76 |
| | | | | | | | | post | | | 10.3 | 147.9 | 86.9 | | pos | 2.80 |

Patients are ordered in table by anti-Jery Lynn neutralization titer in preillness sample

Abbreviations: CDC, Centers for Disease Control and Prevention; EA, enzyme immunoassay; SR, index standard ratio; MMR2, second dose of measles-mumps-rubella vaccine; NA, not available; neg, negative; pos, positive; post, postillness; pre, preillness

[a] Mumps virus isolated from throat washing

[b] Per information provided by patient in 2007; A, cases reported in 2006 to health department as having parotitis

[c] Per health department interview

[d] Exact date of MMR2 not available

[e] Mumps virus RNA detected from buccal swab by reverse-transcription polymerase chain reaction

Downloaded from https://academic.oup.com/jid/article-abstract/204/9/1413/847893
by guest
on 30 March 2018

**Appx16824**



**Figure 1.** Donor categories among students at the university. Number in parentheses at bottom indicate number of persons with a > 4 fold rise in neutralizing antibody titer. [a]The sixth mumps patient from the university donated a preillness sample after 16 March 2006. [b]See page 2 of the text. Number in parentheses at bottom indicate number of persons with a ≥ 4 fold rise in neutralizing antibody titer.

significant 6.4 times and 4.8 times greater odds, respectively, of having a titer below those cutpoints.

**Anti–Iowa-G/USA-06 Virus Neutralizing Antibody Titers Among Case Patients Versus Nonpatients**

Among case patients, the median preillness neutralization antibody titer against the Iowa G/USA 06 virus was 7.5 (Table 2). The 3 case patients with laboratory confirmed mumps had preillness titers in the lower range (5.3, 5.8, and 7.5). Of the 3 case patients with postillness samples, only 1 had a ≥ 4 fold rise in titer (Table 1).

The median preoutbreak Iowa G/USA 06 titer was 20.3 among the group 1 nonpatients and 19.5 among the group 2 nonpatients. The 2 nonpatients demonstrating ≥ 4 fold rise had preoutbreak titers of 28.5 and 37.0 (with a 7.9  and 8.2 fold rise, respectively).

The preoutbreak anti Iowa G/USA 06 virus neutralizing antibody titers among case patients were not significantly different from those of group 1 ($P = .12$) or group 2 nonpatients ($P = .13$) (Table 2; Figure 2). Case patients had a statistically significant 7.6 times greater odds of having a preoutbreak anti Iowa G/USA 06 virus titer < 8 compared with group 1

Downloaded from https://academic.oup.com/jid/article-abstract/204/9/1413/847893
by guest
on 30 March 2018

Appx16825

**Table 2.** Preoutbreak Mumps Neutralization Antibody Titers and EIA ISR Results of Case Patients and Nonpatients

| | Case patients (n 11) | Group 1 nonpatients (n 22) | P value[a] | Group 2 nonpatients (n 103) | P value[a] |
|---|---|---|---|---|---|
| **Jeryl Lynn neutralization antibody titer** | | | | | |
| Median titer (IQR) | 23.2 (9.5 76.0) | 73.4 (22.5 124.2)[b] | .12 | 57.6 (32.5 118.1) | .023 |
| GMT (95% CI) | 34.3 (12.8 91.8) | 59.6 (38.8 91.8) | | 59.6 (48.5 73.1) | |
| **Iowa G/USA 06 neutralization antibody titer** | | | | | |
| Median titer (IQR) | 7.5 (5.8 30.1) | 20.3 (12.2 58.2)[b] | .12 | 19.5 (8.7 41.8) | .13 |
| GMT (95% CI) | 14.5 (6.4 32.6) | 22.1 (14.7 33.1) | | 21.0 (17.3 25.5) | |
| **EIA ISR** | | | | | |
| Median (IQR) | 1.16 (0.82 2.51) | 2.40 (1.81 3.54)[b] | .007 | 2.58 (1.70 3.54) | .009 |
| Geometric mean (95% CI) | 1.36 (.91 2.01) | 2.52 (2.06 3.08) | | 2.41 (2.18 2.65) | |

Abbreviations: CI, confidence interval; EIA, enzyme immunoassay; GMT, geometric mean titer; IQR, interquartile range; ISR, index standard ratio.

[a] Exact P value by Kolmogorov Smirnov test for nonpatient group compared with case patients.

[b] The 3 roommates/housemates of persons with mumps had Jeryl Lynn neutralization antibody titers, Iowa G/USA 06 neutralization antibody titers, and EIA ISR results, respectively, as follows: roommate A: 11.8 (13.9 6.2 months after reported exposure), 10.7 (13.1 6.2 months after reported exposure) and 2.61; roommate B (to a polymerase chain reaction positive case patient): 18.3, 6.6, and 2.09; roommate C: 261.8, 78.2, and 4.04.

nonpatients and 4.7 times greater odds compared with group 2 nonpatients (Table 4).

**EIA ISR Results Among Case Patients Versus Nonpatients**

Preoutbreak EIA ISR values among case patients differed significantly from those of group 1 (P = .007) and group 2 (P = .009) nonpatients (Table 2; Figure 2). Thirty six percent of case patients (including 2 of 3 with laboratory confirmed

mumps) were EIA negative or indeterminant preoutbreak, compared with 5% of group 1 nonpatients and 9% of group 2 nonpatients. Three EIA cutoffs (1.24, 1.40, and 1.71) discriminated case patients from nonpatients (eg, case patients had a statistically significant 17.5 times greater odds of having a preoutbreak EIA ISR < 1.40 compared with group 1 non patients, and 8.3 times greater odds compared with group 2 nonpatients (Table 4).

**Table 3.** Comparison of Preoutbreak Mumps Neutralization Antibody Titers and EIA ISR Results Between case Patients and Nonpatients

| | Case patients (n 11) % (n) | Group 1 nonpatients (n 22) % (n) | Case patients vs group 1 nonpatients OR (95% CI) | P value[a] | Group 2 nonpatients (n 103) % (n) | Case patients vs group 2 nonpatients OR (95% CI) | P value[a] |
|---|---|---|---|---|---|---|---|
| **Jeryl Lynn neutralization antibody titer** | | | | | | | |
| Proportion (n) below this level | | | | | | | |
| <16 | 36.4 (4) | 9.1 (2) | 5.7 (.6 71.8) | .15 | 8.7 (9) | 6.0 (1.05 28.8) | .022 |
| <19 | 45.4 (5) | 22.7 (5) | 2.8 (.5 17.3) | .24 | 12.6 (13) | 5.8 (1.2 26.0) | .014 |
| <31 | 63.6 (7) | 27.3 (6) | 4.7 (.8 29.3) | .065 | 21.4 (22) | 6.4 (1.5 32.2) | .006 |
| <41 | 72.7 (8) | 31.8 (7) | 5.7 (.9 41.6) | .061 | 35.9 (37) | 4.8 (1.05 29.1) | .024 |
| <83 | 81.8 (9) | 54.5 (12) | 3.8 (.6 42.0) | .25 | 62.1 (64) | 2.7 (.5 27.2) | .32 |
| **Iowa G/USA 06 neutralization antibody titer** | | | | | | | |
| Proportion (n) below this level | | | | | | | |
| <7 | 36.4 (4) | 9.1 (2) | 5.7 (.6 71.8) | .15 | 12.6 (13) | 4.0 (.7 18.0) | .058 |
| <8 | 54.5 (6) | 13.6 (3) | 7.6 (1.1 60.5) | .033 | 20.4 (21) | 4.7 (1.06 21.0) | .020 |
| <21 | 72.7 (8) | 50.0 (11) | 2.7 (.5 19.3) | .28 | 51.5 (53) | 2.5 (.6 15.4) | .22 |
| <34 | 81.8 (9) | 63.6 (14) | 2.6 (.4 29.5) | .43 | 68.0 (70) | 2.1 (.4 21.1) | .5 |
| **EIA ISR** | | | | | | | |
| Proportion (n) below this level | | | | | | | |
| <1.10 (nonpositive) | 36.4 (4) | 4.6 (1) | 12.0 (.9 618.1) | .032 | 8.7 (9) | 6.0 (1.05 28.8) | .022 |
| <1.24 | 54.5 (6) | 4.6 (1) | 25.2 (2.0 1212) | .002 | 13.6 (14) | 7.6 (1.6 35.4) | .004 |
| <1.40 | 63.6 (7) | 9.1 (2) | 17.5 (2.0 207.1) | .002 | 17.5 (18) | 8.3 (1.8 41.6) | .002 |
| <1.71 | 72.7 (8) | 13.6 (3) | 16.9 (2.2 148.9) | .001 | 25.2 (26) | 7.9 (1.7 48.6) | .003 |
| <2.56 | 81.8 (9) | 54.5 (12) | 3.8 (.6 42.0) | .25 | 49.5 (51) | 4.6 (.9 45.1) | .057 |

Abbreviations: CI, confidence interval; EIA, enzyme immunoassay; ISR, index standard ratio; OR, odds ratio.

[a] Comparison of the proportions below the cutoff point by Fisher exact test.

Downloaded from https://academic.oup.com/jid/article-abstract/204/9/1413/847893
by guest
on 30 March 2018



**Figure 2.** Preoutbreak antibody levels by patient category. Line indicates a cutpoint value presented in Table 3. *Top panel:* Anti–Jeryl Lynn virus neutralizing antibody titers. *Middle panel:* Anti–Iowa G/USA 06 virus neutralizing antibody titers. *Bottom panel:* Enyzme immunoassay index standard ratio (EIA ISR) results.

Downloaded from https://academic.oup.com/jid/article-abstract/204/9/1413/847893
by guest
on 30 March 2018

**Appx16827**

**Table 4. Preoutbreak Mumps Antibody Levels in Persons With Laboratory-Confirmed Mumps Exposure**

| | Jeryl Lynn neutralization antibody titer | Iowa G/USA 06 neutralization antibody titer | EIA ISR |
|---|---|---|---|
| Cases of laboratory confirmed mumps | | | |
| Patient 1 | 8.2 | 5.3 | 1.14 pos |
| Patient 3 | 9.5 | 7.5 | 0.76 neg |
| Patient 6 | 23.2 | 5.8 | 0.83 neg |
| Nonpatient with ≥ 4 fold rise in titer and minimal symptoms (jaw pain) during outbreak | 30.1 | 12.2 | 2.38 pos |
| Nonpatients with ≥ 4 fold rise in titer and no symptoms | 70.8 | 37.0 | 2.39 pos |
| | 76.0 | 28.5 | 1.33 pos |

Abbreviations: pos, positive; neg, negative.

**Increases in Neutralizing Antibody Titers Among Repeat Donors**

A total of 113 persons were repeat donors (Figure 1). Of the 31 who had a first postoutbreak sample obtained during May 2006   July 2006, 2 (6.5%) had a ≥ 4 fold rise in Jeryl Lynn or Iowa G/USA 06 titers. One was a group 1 nonpatient described earlier and the other did not complete the symptom question naire so symptom information was unavailable (preoutbreak Jeryl Lynn titer, 39.9; Iowa G/USA 06 titer, 8.0). Of the 45 students with a first postoutbreak sample obtained in September 2006, 3 (6.7%) had a ≥ 4 fold rise in titer. One was a group 1 nonpatient described earlier, 1 did not complete the question naire so symptom information was unavailable (preoutbreak Jeryl Lynn titer, 134.1; Iowa G/USA 06 titer, 34.1), and 1 re ported mumps exposure during the outbreak and developed jaw pain (preoutbreak Jeryl Lynn titer, 30.1; Iowa G/USA 06 titer, 12.2; values approximating the cutoffs used in previous analysis) (Table 3). Overall, of the 47 persons who donated their post sample during May 2006   September 2006 and completed the symptom questionnaire, 3 (6.4%) had the specified titer rise.

None of the 37 students whose first postoutbreak sample was obtained February 2007   May 2007 had a ≥ 4 fold rise. One student with a March 2008 postoutbreak sample had a 5.3 fold rise in Jeryl Lynn titer (preoutbreak Jeryl Lynn titer, 57.1; Iowa G/USA 06, 18.1; EIA ISR, 2.21). He had been a resident of a dormitory where mumps cases were reported and in mid 2008, he reported no mumps symptoms during the outbreak or subsequently.

## DISCUSSION

In our very highly vaccinated population of young adults, pre outbreak Jeryl Lynn vaccine virus neutralization titers were lower among case patients than among group 2 nonpatients, and EIA ISR results were lower among case patients than among both nonpatient groups. We identified cutoff points in each assay that statistically discriminated case patients from

nonpatients; however, titers overlapped and there were no cutoff points that separated all case patients from all non patients. Of note, the data presented in this report were based on testing of plasma samples. While it is likely that similar results would be obtained had sera been available for testing, differences cannot be ruled out.

Interestingly, the 1:8 cutoff identified in this study using a contemporary wild type isolate (Iowa G/USA06) is similar to that reported by others in studies conducted in the prevaccine era [12  15]. No such studies have been conducted subsequently. Notably, levels of virus neutralizing antibody titers measured in vitro are dependent on the challenge virus strain used in the assay [6  9], highlighting the importance of defining a serological correlate of protection based on appropriate selection of the challenge virus strain, among other considerations. In our study, the minimal level of antibody correlating with protection is best investigated using the vaccine virus strain, given that antibodies detected in pre exposure plasma are vaccine derived. Un fortunately, a robust correlate of protection using the Jeryl Lynn virus could not be identified in our study. Despite the difficulty in establishing a correlate of protection, anti Iowa G/USA06 neutralizing antibodies were present in preexposure plasma obtained from all case patients, suggesting that susceptibility to disease was not due to the inability of vaccine induced antibody to neutralize the outbreak strain (ie, immune escape). In addi tion, the detection of neutralizing antibodies in preexposure plasma from all case patients suggests that their susceptibility to mumps was unlikely to have been a result of primary vaccine failure. It is important to acknowledge, however, that meas urements of virus neutralizing antibody in vitro may not be fully predictive of immunological activity in vivo given that Fc me diated phagocytosis, antibody dependent cell mediated cyto toxicity, and other processes that occur in the host are not reflected in the assays used to measure virus viability in vitro.

Several aspects of our study limited our ability to identify an antibody based correlate of immunity, if one indeed exists. The

Downloaded from https://academic.oup.com/jid/article-abstract/204/9/1413/847893
by guest
on 30 March 2018

Appx16828

most significant limitation was that preexposure samples were available from only 11 case patients. Given the small number of case patients, misclassification of even a few nonpatients with high preoutbreak titers into this group would impact our results. We wanted to compare case patients to a group of nonpatients who had truly been exposed to mumps virus. Short of demonstrating an increase in antibody titer in ideally timed samples (our convenience samples were not ideally timed), identifying such persons is inherently difficult. The greater the enrichment of our nonpatient groups with truly unexposed persons, the less likely we would have been to identify an immune correlate. Additionally, the epidemic curve indicates there was limited mumps virus circulation before the first blood drive. It is therefore possible that some samples from nonpatients that we considered preexposure samples were actually postexposure samples, inflating the differences between case patients and nonpatients. To address this, we excluded donors if the information available raised a possibility of mumps exposure before the first donation.

It is possible that the level of immunity required to protect against classic clinical mumps illness depends on the inoculum of virus one is exposed to, so that protection at a particular antibody titer is not absolute. This would also make identifying a protective level more difficult. As in our university outbreak overall [5] and other similar outbreaks [16, 17], most of the 11 case patients in our study could not identify a specific exposure. This may indicate that transmission occurred from persons asymptomatic at the time of exposure, and therefore quantifying exposure intensity (as a marker for viral inoculum) would be very difficult for most case patients in these outbreaks.

The infectiousness of asymptomatic or minimally symptomatic 2 dose vaccinees is not known, but it is possible such persons play an important role in outbreaks in highly vaccinated populations. Viral shedding from unvaccinated, minimally symptomatic persons has been documented [15, 18]. Among our repeat donors who did not develop clinical mumps, the minimum mumps infection rate was 6.4% (3 of 47 repeat donors who did not develop clinical mumps had a ≥ 4 fold rise in titer). This is a minimum rate because most post samples were from routine blood donations several months after the outbreak peak and hence transient titer rises would have been missed. Furthermore, it is not known if all mumps infections in 2 dose vaccinees are associated with a ≥ 4 fold rise in antibody titer. While we do not know how representative our blood donors are of the entire student body with regard to mumps exposure, by dividing this percentage (6.4%) of repeat donors who had a ≥ 4 fold rise in titer but no or minimal mumps symptoms by the percentage of March 2006 donors who developed clinical mumps (1.6%; 5 of 313, Figure 1), we estimate that there may have been at least 4 individuals with asymptomatic or minimally symptomatic infections during the university outbreak for every reported case. This proportion (4 of 5; 80%) of asymptomatic or

minimally symptomatic persons appears higher than the 20% 40% generally reported in the literature from the pre vaccine era [15, 19, 20], suggesting, perhaps not surprisingly, that subclinical or mild infections may be more common in vaccinated persons.

Identifying a vaccine induced correlate of immunity for protection against mumps disease and infectiousness would be of great benefit to immunization programs. We assessed only 1 component of the immune response to the Jeryl Lynn vaccine, and while there are limitations to using samples obtained from blood donations around a mumps outbreak, our results should be useful for additional investigations to help identify the best correlate.

## Notes

*Acknowledgments.* We are grateful to the students for participating in the study. We thank the following individuals for their efforts in the investigation: Cherie Erikson (Community Blood Center of Greater Kansas City), Dr Mei-chien Fucci (American Red Cross), Dr Charley LeBaron, Nobia Williams, Robin Jones, Daisy Valentine, Susanna Haynes (CDC), Andrea Gore, Sherie Rhine, and Joe Gillespie (Watkins Memorial Health Center).

*Financial support.* This work was supported by the Centers for Disease Control and Prevention (contract 200-2008-M-27695).

*Potential conflicts of interest.* All authors: No reported conflicts.

All authors have submitted the ICMJE Form for Disclosure of Potential Conflicts of Interest. Conflicts that the editors consider relevant to the content of the manuscript have been disclosed.

The findings and conclusions of this article are those of the authors and do not necessarily represent the views of the Centers for Disease Control and Prevention.

At the time of his involvement in this investigation, Dr Kyaw was an employee of the National Center for Immunization and Respiratory Diseases, CDC. He is currently an employee of Novartis. At the time of his involvement in this investigation, Dr Dayan was an employee of the National Center for Immunization and Respiratory Diseases, CDC, and is currently an employee of Sanofi Pasteur, which manufactures measles-mumps-rubella vaccine in France. At the time of her involvement in this investigation, Dr Hansen was an employee of the Kansas Department of Health and Environment. She is currently an employee of The Pew Charitable Trusts.

## References

1. Dayan GH, Quinlisk MP, Parker AA, et al. Recent resurgence of mumps in the United States. N Engl J Med 2008; 358:1580–9.
2. Barskey AE, Glasser JW, LeBaron CW. Mumps resurgences in the United States: a historical perspective on unexpected elements. Vaccine 2009; 27:6186–95.
3. Watson JC, Hadler SC, Dykewicz CA, Reef S, Phillips L. Measles, mumps, and rubella–vaccine use and strategies for elimination of measles, rubella, and congenital rubella syndrome and control of mumps: recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR Recomm Rep 1998; 47:1–57.
4. Cortese MM, Jordan HT, Curns AT, et al. Mumps vaccine performance among university students during a mumps outbreak. Clin Infect Dis 2008; 46:1172–80.
5. Huang AS, Cortese MM, Curns AT, et al. Risk factors for mumps at a university with a large mumps outbreak. Public Health Rep 2009; 124:419–26.
6. Rubin SA, Qi L, Audet SA, et al. Antibody induced by immunization with the Jeryl Lynn mumps vaccine strain effectively neutralizes a heterologous wild-type mumps virus associated with a large outbreak. J Infect Dis 2008; 198:508–15.

Downloaded from https://academic.oup.com/jid/article-abstract/204/9/1413/847893 by guest on 30 March 2018

Appx16829

7. Orvell C, Tecle T, Johansson B, Saito H, Samuelson A. Antigenic relationships between six genotypes of the small hydrophobic protein gene of mumps virus. J Gen Virol 2002; 83:2489–96.

8. Yates PJ, Afzal MA, Minor PD. Antigenic and genetic variation of the HN protein of mumps virus strains. J Gen Virol 1996; 77:2491–7.

9. Pipkin PA, Afzal MA, Heath AB, Minor PD. Assay of humoral immunity to mumps virus. J Virol Method 1999; 79:219–25.

10. Cohen BJ, Audet S, Andrews N, Beeler J. WHO working group on measles plaque reduction neutralization test. Vaccine 2007; 26:59–66.

11. Bitsko RH, Cortese MM, Dayan GH, et al. Detection of RNA of mumps virus during an outbreak in a population with a high level of measles, mumps, and rubella vaccine coverage. J Clin Microbiol 2008; 46:1101–3.

12. Ennis FA. Immunity to mumps in an institutional epidemic. Correlation of insusceptibility to mumps with serum plaque neutralizing and hemagglutination-inhibiting antibodies. J Infect Dis 1969; 119:654–7.

13. Meyer MB, Stifler WC, Joseph JM. Evaluation of mumps vaccine given after exposure to mumps, with special reference to the exposed adult. Pediatrics 1966; 37:304–15.

14. Bashe WJ, Gotlieb T, Henle G, Henle W. Studies on the prevention of mumps. VI. The relationship of neutralizing antibodies to the determination of susceptibility and to the evaluation of immunization procedures. J Immunol 1953; 71:76–85.

15. Brunell PA, Brickman A, O'Hare D, Steinberg S. Ineffectiveness of isolation of patients as a method of preventing the spread of mumps. Failure of the mumps skin-test antigen to predict immune status. N Engl J Med 1968; 279:1357–61.

16. Marin M, Quinlisk P, Shimabukuro T, Sawhney C, Brown C, Lebaron CW. Mumps vaccination coverage and vaccine effectiveness in a large outbreak among college students—Iowa, 2006. Vaccine 2008; 26:3601–7.

17. Sosin DM, Cochi SL, Gunn RA, Jennings CE, Preblud SR. Changing epidemiology of mumps and its impact on university campuses. Pediatrics 1989; 84:779–84.

18. Henle G, Henle W, Wendell KK, Rosenberg P. Isolation of mumps virus from human beings with induced apparent or inapparent infections. J Exp Med 1948; 88:223–32.

19. Falk WA, Buchan A, Dow M, et al. The epidemiology of mumps in southern Alberta 1980–1982. Am J Epidemiol 1989; 130:736–49.

20. Cooney MK, Fox JP, Hall CE. The Seattle Virus Watch. VI. Observations of infections with and illness due to parainfluenza, mumps and respiratory syncytial viruses and *Mycoplasma pneumoniae*. Am J Epidemiol 1975; 101:532–51.

Downloaded from https://academic.oup.com/jid/article-abstract/204/9/1413/847893
by guest
on 30 March 2018

Appx16830

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,

          *Plaintiffs,*

    v.

MERCK & CO., INC.,

          *Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

---

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 267

VACCINE REPORTS

# Immunogenicity and Safety of Two Tetravalent (Measles, Mumps, Rubella, Varicella) Vaccines Coadministered With Hepatitis A and Pneumococcal Conjugate Vaccines to Children Twelve to Fourteen Months of Age

*Mark M. Blatter, MD,\* Nicola P. Klein, MD, PhD,† Julie S. Shepard, MD, MPH,‡*
*Michael Leonardi, MD,§ Steven Shapiro, DO,¶ Martin Schear, MD,‖ Maurice A. Mufson, MD, MACP,\*\**
*Judith M. Martin, MD,†† Meera Varman, MD,‡‡ Stanley Grogg, DO,§§ Arnold London, MD,¶¶*
*Pierre Cambron, MSc,‖‖‖ Martine Douha, MSc,\*\*\* Ouzama Nicholson, MD,†††*
*Christopher da Costa, MD, PhD,††† and Bruce L. Innis, MD†††*

**Background:** This study compared single-dose tetravalent measles, mumps, rubella, varicella vaccine, Priorix-Tetra, stored refrigerated (GSK+4C) or frozen (GSK-20C), with ProQuad (Merck-20C), when coadministered with hepatitis A vaccine (HAV) and 7-valent pneumococcal conjugate vaccine (PCV7).

**Methods:** Multicenter, observer-blind phase 2 study in 1783 healthy 12–14 month olds randomized to: GSK+4C (n = 705), GSK-20C (n = 689) or Merck-20C (n = 389), administered concomitantly with HAV (Havrix) and PCV7 (Prevnar). Seroresponse rates and antibody geometric mean concentrations/titers were determined from enzyme-linked immunosorbent assay and neutralization assays. Reactogenicity and safety were assessed.

**Results:** Seroresponse rates (day 42) were >97% for measles and rubella viruses and >92% for mumps virus, in all groups. Noninferiority of both GSK+4C and GSK-20C vaccines versus Merck-20C was demonstrated for seroresponse rates to measles, mumps and rubella viruses (lower 97.5% confidence interval above −5%, −10% and −5%, respectively). For varicella-zoster virus, seroresponse rates were 57.1%, 69.8% and 86.7% in the GSK+4C, GSK-20C and Merck-20C groups, respectively. Noninferiority was not shown for either GSK vaccine (lower 97.5% confidence intervals <−15%). Geometric mean concentration ratios for anti-varicella-zoster virus  demonstrated noninferiority (lower 97.5% confidence interval ≥0.5) versus Merck-20C for GSK-20C only. Geometric mean concentration ratios for antibodies to HAV and to PCV7 pneumococcal serotypes also met criteria for noninferiority for both GSK groups compared with Merck-20C. GSK vaccine safety was observed comparable to Merck-20C. Localized but not generalized measles/rubella-like rash and grade 3 fever was reported slightly more frequently with GSK vaccines, but antipyretic use was similar. The incidence of subjects experiencing at least 1 serious adverse event was 2.0%, 2.9% and 1.8% in the GSK+4C, GSK-20C and Merck-20C groups, respectively.

**Conclusions:** Noninferiority of both GSK measles, mumps, rubella, varicella vaccines versus Merck-20C was demonstrated for responses to measles, mumps and rubella viruses but was not fully demonstrated for varicella-zoster virus. The vaccines showed acceptable reactogenicity/safety when coadministered with HAV and PCV7.

**Key Words:** measles, mumps, rubella, varicella

*(Pediatr Infect Dis J* 2012;31: e133–e140)

Measles, mumps and rubella (MMR) are 3 common childhood viral illnesses. They are highly infectious diseases, and their associated complications are responsible for a high level of morbidity and mortality throughout the world.[1–3] A substantial decrease in the incidence of MMR has been reported in countries that routinely immunize against these diseases, including the United States.[4–7] Although often regarded as a mild disease, varicella (chickenpox) caused by primary infection with varicella-zoster virus (VZV) can lead to serious complications such as secondary bacterial infection and pneumonia and may occasionally result in death.[8] Despite evidence that national VZV immunization programs are associated with a large reduction in disease incidence and related health resource utilization,[9–11] a relatively low level of immunization, particularly in healthy children, persists globally.

Accepted for publication April 11, 2012.
From the \*Pediatric Alliance, Pittsburgh, PA; †Kaiser Permanente Vaccine Study Center, Oakland, CA; ‡Ohio Pediatric Research Association, Dayton, OH; §Palmetto Pediatrics, Charleston, SC; ¶Pediatric Medical Associates, Abington, PA; ‖Schear Family Practice, Dayton, OH; \*\*Joan C. Edwards School of Medicine, Marshall University, Huntington, WV; ††Children's Hospital of Pittsburgh, Pittsburgh, PA; ‡‡Creighton University, Omaha, NE; §§Oklahoma State University, Alva, OK; ¶¶Aspen Medical Group, St. Paul, MN; ‖‖‖GSK Biologicals, Rixensart, Belgium; \*\*\*GSK Biologicals, Wavre, Belgium; and †††GSK Biologicals, King of Prussia, PA.
This study (Study No. 110058; ClinicalTrials.gov: NCT 00578175) was sponsored by GlaxoSmithKline (GSK) Biologicals, Rixensart, Belgium. GSK Biologicals was involved in all stages of the study conduct and analysis. GSK Biologicals also took in charge all costs associated with the development and the publishing of this manuscript. The corresponding author had full access to the data and final responsibility for the submission of the publication. M.B. declares to have received grant, and travel/accommodations/ meeting expenses from GSK for presenting study results. M.B. has also been an investigator on clinical trials funded by GSK Biologicals and declares to have received payment for lectures from GSK. N.K. declares to have received grant from GSK, Novartis, Pfizer, Merck and co, and Sanofi Pasteur. J.S.S. declares to have received support for travel to meeting for the study. M.L. declares to have received support for travel to meeting for the study and also has served as a principal investigator on studies funded by GlaxoSmithKline Biologicals. M.A.M. declares to have received grant from GSK, declares to have received support for travel to meetings for the study and declares to have receive provision of writing assistance, medicines, equipment, or administrative support. M.V. declares to have received grant from GSK. S.E.G declares to have received grant from GSK, Merck, Sanofi, Medimmune, Novartis, Pfizer, and to have received consulting fee or honorarium from Merck, Sanofi, Medimmune and Novartis, and declares to have received support for travel to meetings for the study or other purposes from GSK, Merck, Sanofi, Pfizer, and Novartis and declares to have received fees for participation in review activities from Merck and Novartis and declares to have received payment for lectures from Merck, Novartis, Medimmune and Sanofi. P.C., M.D., O.H.N., and B.L.I. all are currently employed by GSK Biologicals. C.D.C was employed by GSK Biologicals at the time of the study was ongoing. P.C., C.D.C., and B.L.I  also hold stock ownership from the sponsoring company (GSK). S.A.S., M.J.S., J.M.M., and A.L. declare to have no conflict of interest.
Address for correspondence: Ouzama Nicholson, MD, Clinical Development, MMR/V Vaccines, Global Vaccines Development, GSK Biologicals-Philadelphia, RN 0220, P. O. Box 61540, King of Prussia, PA 19406-2772. E-mail: ouzama.n.henry@gsk.com
Copyright © 2012 Lippincott Williams & Wilkins
ISSN: 0891-3668/12/3108-e133
DOI: 10.1097/INF.0b013e318259fe8a

Appx16832

*Blatter et al*                    *The Pediatric Infectious Disease Journal* • Volume 31, Number 8, August 2012

Trivalent MMR vaccine Priorix [GlaxoSmithKline (GSK) Biologicals, Rixensart, Belgium] and the monovalent VZV vaccine, Varilrix (GSK Biologicals), are licensed in many countries worldwide for use in early childhood, generally beginning at 9–12 months of age (depending on the country). The appeal of combining the benefits of MMR and VZV vaccines into a single injection, with a view to improving vaccination compliance due to increased convenience for both medical practitioners and parents, led GSK Biologicals to develop a combined tetravalent measles, mumps, rubella, VZV (MMRV) vaccine, Priorix-Tetra.[12,13] Priorix-Tetra is currently licensed for use in Australia, Canada and many European countries but has not yet been tested in a US population. Furthermore, information regarding coadministration of Priorix-Tetra with hepatitis A vaccine (HAV)[14] and 7-valent pneumococcal conjugate vaccine (PCV7)[15] among children >12 months of age in the United States has not been available.

This study compared the immunogenicity and assessed the reactogenicity of Priorix-Tetra vaccine kept under 2 storage conditions [refrigerated at 4°C (GSK+4C) or frozen at −20°C (GSK-20C)] with Merck's MMRV vaccine [ProQuad, Merck & Co, Inc. (Merck-20C), Whitehouse Station, NJ], when each was coadministered with HAV and PCV7. The 2 GSK MMRV formulations were evaluated to determine whether either or both could demonstrate noninferiority of immune response compared with ProQuad, which is freezer-stored.

## MATERIALS AND METHODS

### Subjects and Study Design

This phase 2, randomized, multicenter, observer-blind, parallel-group study was performed between November 2007 and March 2009 at 133 centers in the United States. The study was approved by the Institutional Review Boards and complied with Good Clinical Practice Guidelines and the Federal Code of Regulations. Written informed consent from a parent/guardian was obtained before enrollment.

Eligible healthy male or female subjects were 12–14 months old and had received 3 PCV7 doses within the first year of life. Key exclusion criteria included: known exposure to, previous vaccination against or history of MMR or varicella-zoster diseases; previous HAV; administration of immunoglobulins, blood products or chronic immunomodulators ≤ 6 months before study vaccination; administration of other vaccines (except influenza) ≤ 30 days before study vaccination until day 42; earlier (≤ 30 days) or planned use of investigational products during the study; serious chronic illness or major congenital defects; immunosuppressive/immunodeficient conditions; history of allergic disease or reactions likely to be exacerbated by any component of the vaccines used in the study; neurologic disorders or seizures (except uncomplicated febrile convulsions) and acute disease at enrollment.

Subjects were randomized 2:2:1 to receive 1 dose of GSK+4C (Priorix-Tetra stored at 4°C), GSK-20C (Priorix-Tetra stored at −20°C) or Merck-20C (ProQuad) on day 0. All subjects concomitantly received a single dose of PCV7 (Prevnar; Wyeth)[16] and HAV (Havrix; GSK Biologicals).[17] The study consisted of 3 scheduled visits at day 0, day 42 and day 180, with blood samples collected on day 0 (preimmunization) and day 42 for antibody determination. GSK+4C, GSK-20C or Merck-20C were injected subcutaneously into the right upper arm. HAV and PCV7 were administered by intramuscular injection into the left and right thighs, respectively. A second HAV dose was administered into the left thigh at day 180.

Treatment group was allocated by the investigator/designee using an Internet-based centralized randomization system. The randomization list was generated at GSK Biologicals using SAS software (SAS Institute Inc., Cary, NC). Vaccine recipients, parents/guardians and those evaluating study endpoints were blinded to study treatment. Vaccine preparation and administration were performed by authorized personnel who did not participate in the study clinical evaluation. Data were collected via electronic case report forms encoded using remote data entry.

### Vaccines

At lot release, GSK+4C and GSK-20C (from the same vaccine lot but stored under different conditions) contained: $10^{4.1}$ $CCID_{50}$ (median cell culture infective dose) of Schwarz measles, $10^{5.3}$ $CCID_{50}$ of RIT4385 mumps, $10^{4.0}$ $CCID_{50}$ of RA27/3 rubella and $10^{4.1}$ plaque-forming units (pfu) of Oka-RIT VZV virus strains. Merck-20C contained no less than $10^{3.0}$ $CCID_{50}$ of Edmonston-Enders measles, $10^{4.3}$ $CCID_{50}$ of Jeryl Lynn mumps, $10^{3.0}$ $CCID_{50}$ of RA27/3 rubella and $10^{3.99}$ pfu of Oka/Merck VZV strains.

### Immunogenicity

Serum antibody concentrations to measles, rubella, VZV and hepatitis A virus were determined by commercial immunoassay kits (Dade Behring Enzygnost, Marburg, Germany). Mumps antibody response was measured using a plaque reduction neutralization assay (GSK Biologicals).[18,19] Antibodies to PCV7 pneumococcal serotypes were determined using an in-house enzyme-linked immunosorbent assay (GSK Biologicals).[20] Antibody responses to HAV and PCV7 were determined in a subset of subjects enrolled up to July 4, 2008, whereas all subjects were evaluated for MMRV.

Assay seronegativity cut-off values for antibodies to MMRV vaccine components were measles, <150 mIU/mL; mumps, <24 ED50 (endpoint dilution 50%); rubella, <4 IU/mL; and VZV, <25 mIU/mL. Postvaccination seroresponses to vaccine components in baseline-seronegative subjects were measles ≥200 mIU/mL; mumps ≥51 ED50; rubella ≥10 IU/mL and VZV ≥75 mIU/mL. All assays were performed blinded at a central laboratory (GSK Biologicals).

### Reactogenicity and Safety

Reactogenicity and safety were assessed at each visit by the investigators and via diary cards completed by the parents/guardians during days 0–42. Local symptoms (assessed at the MMRV vaccine injection site only) were monitored from days 0 to 3. Solicited general adverse events (fever, rash and parotid/salivary gland swelling), unsolicited adverse events or any event requiring medical advice were recorded from days 0 to 42. Symptoms were categorized according to intensity and relation to study vaccine. All solicited local symptoms were considered to be causally related to study vaccine. Rashes occurring postimmunization were examined by the investigator and classified as measles/rubella-like (macular or maculopapular), varicella-like (papulovesicular) or other (eg, heat or diaper rash); the investigator also determined whether the rash was localized to the administration site or other location or generalized. Serious adverse events were recorded from days 0 to 180.

### Statistics

In total, 1600 evaluable subjects for the GSK+4C (n = 640), GSK-20C (n = 640) and Merck-20C (n = 320) groups were required to meet the primary objectives for immunogenicity with an overall power >85%. The primary immunogenicity analysis was performed on the according-to-protocol (ATP) cohort for immunogenicity, defined as subjects who received 1 dose of study vaccine via the correct administration route, who had pre- and postvaccination serology results available, who were seronegative for at least 1 MMRV antigen at baseline and who complied with the study protocol. Seroresponse rates were calculated and antibody concentrations/titers summarized by geometric mean concentrations/titers (GMC/GMT) with 95% confidence intervals (CIs).

The primary study objective was to demonstrate noninferiority of GSK+4C and/or GSK-20C when compared with Merck-20C with

© 2012 Lippincott Williams & Wilkins

Appx16833

*The Pediatric Infectious Disease Journal* • Volume 31, Number 8, August 2012                    *MMRV Vaccines*

respect to seroresponse rates for antibodies to MMRV and GMCs for antibodies to VZV, hepatitis A virus and PCV7 pneumococcal serotypes at day 42 postvaccination. For seroresponse rates, noninferiority was met if the lower limit of the 2-sided 97.5% CI for the group difference in seroresponse rate [(GSK+4C or GSK-20C) minus Merck-20C] was $\geq-5\%$, $\geq-10\%$, $\geq-5\%$ and $\geq-15\%$ for antibodies to MMRV, respectively. For GMCs, noninferiority was met if the lower limit of the 2-sided 97.5% CI for the GMC ratio [(GSK+4C or GSK-20C) over Merck-20C] was $\geq0.5$. To quantify the risk of falsely concluding noninferiority, $P$ values were determined using the 1-sided asymptotic standardized test for each primary objective null hypothesis and should be compared with 1.25%. Exploratory analyses included day 42 GMC/GMT ratios with 95% CIs for antibodies to MMR in baseline-seronegative subjects.

The primary safety analysis was performed on the total vaccinated cohort (TVC), defined as all subjects who received 1 dose of study vaccine. Safety data were analyzed using descriptive statistics. Symptom incidence was calculated with exact 95% CIs for each group. Exploratory analyses were performed using the standardized asymptotic 2-sided 95% CIs and corresponding 2-sided $P$ values. A $P$ value of <0.05 indicated a potential safety signal; however, because $P$ values were not adjusted for multiplicity of endpoints and do not necessarily denote a clinically relevant difference, statistically significant findings should be interpreted with caution. A permutation test, quantifying the risk of erroneously finding at least 1 event according to different $P$ value thresholds, revealed that an event

detected using a $P$ value <5% ($P < 0.05$) had >60% chance of being erroneously identified for the GSK+4C versus Merck-20C comparison and 40% for GSK-20C versus Merck-20C. Data were analyzed with SAS software version 9.1 (SAS Institute Inc., Cary, NC) and Proc StatXact 7.0 (Cytel Software Corporation, Cambridge, MA).

## RESULTS

### Subject Disposition and Baseline Demographics

A total of 1850 subjects were enrolled and 1783 were vaccinated (TVC): 705 received GSK+4C, 689 received GSK-20C and 389 received Merck-20C (Fig. 1). Of these, 1646 subjects completed visit 3 (day 180) and 137 were withdrawn. The ATP cohort for immunogenicity comprised 1621 subjects in total: GSK+4C (n = 632), GSK-20C (n = 636) and Merck-20C (353); reasons for exclusion (n = 162) are shown in Figure 1.

Demographic characteristics of the 3 treatment arms were comparable in both the TVC and the ATP cohort for immunogenicity with respect to age and gender. The mean (standard deviation) age at enrollment for the TVC was 12.3 (0.59) months (range: 12–15 months) and 50.2% were male; mean age in the ATP-immunogenicity cohort was 12.3 (0.58) months (range: 12–14 months) and 50.7% were male. Both analysis cohorts were predominantly of Caucasian/European heritage (TVC: 69.8%, ATP-immunogenicity: 69.5%). With respect to prevaccination status, 100%, 88.2%, 99.9% and 98.9% of subjects



**FIGURE 1.** Subject disposition.

© 2012 Lippincott Williams & Wilkins

*Blatter et al*                    *The Pediatric Infectious Disease Journal* • Volume 31, Number 8, August 2012

**TABLE 1.** Seroresponse Rates for Antibodies to Measles, Mumps, Rubella and VZV Vaccine Components at Day 42 in Initially Seronegative Subjects (ATP Cohort for Immunogenicity)

| Antibody Seroresponse (Threshold) | GSK+4C | GSK-20C | Merck-20C | Group Difference in Seroresponse Rate | | | |
|---|---|---|---|---|---|---|---|
| | | | | GSK+4C–Merck-20C | | GSK-20C–Merck-20C | |
| | N, n (%) | N, n (%) | N, n (%) | % Difference | 97.5% CI | % Difference | 97.5% CI |
| Measles (≥200 mIU/mL) | 626, 616 (98.4) | 636, 633 (99.5) | 350, 342 (97.7) | 0.69* | −1.30, 3.39 | 1.81* | 0.25, 4.43 |
| Mumps (≥51 ED50) | 532, 491 (92.3) | 531, 498 (93.8) | 276, 256 (92.8) | −0.48* | −4.60, 4.38 | 1.03* | −2.93, 5.78 |
| Rubella (≥10 IU/mL) | 628, 616 (98.1) | 636, 622 (97.8) | 351, 349 (99.4) | −1.34* | −3.10, 0.63 | −1.63* | −3.46, 0.36 |
| VZV (≥75 mIU/mL) | 622, 355 (57.1) | 630, 440 (69.8) | 347, 301 (86.7) | −29.67† | −35.51, −23.40 | −16.90† | −22.53, −10.90 |

Standardized asymptotic 2-sided 97.5% CIs were calculated for the group differences in seroresponse rates to vaccine components.

*P < 0.001, †P > 0.05 obtained from 1-sided asymptotic standardized test for the null hypothesis: group difference [(GSK+4C or GSK-20C) minus Merck-20C] is less than the predefined clinical margin of noninferiority (−5%, −10%, −5% and −15% for antibodies to measles, mumps, rubella and VZV, respectively).

N indicates number of subjects with prevaccination results available; n (%), number (percentage) of subjects with antibody concentration within the specified range.

in the ATP cohort for immunogenicity were seronegative for antibodies to measles, mumps, rubella and VZV, respectively.

## Immunogenicity

### Seroresponse Rates

In the ATP cohort, seroresponse rates to vaccine components at day 42 were ≥97.7% across all 3 treatment arms for measles and rubella viruses and ≥92.3% across all arms for mumps virus (Table 1). Noninferiority of GSK+4C and GSK-20C compared with Merck-20C was demonstrated for seroresponse rates for measles, MMR viruses according to their respective clinical margins (Table 1). However, for VZV, seroresponse rates were lower in the GSK MMRV groups (GSK+4C: 57.1%; GSK-20C: 69.8%) than in the Merck-20C group (86.7%). Seroresponse rates for VZV did not meet criteria for noninferiority versus Merck-20C for either GSK MMRV vaccine, as the lower limit of the 97.5% CI for the group difference was below the −15% clinical margin in both cases (Table 1).

### GMC/GMTs for Antibodies

GMCs for antibodies to VZV were lower for the GSK MMRV groups (GSK+4C: 83.8 mIU/mL; GSK-20C: 110.1 mIU/mL) compared with the Merck-20C group (163.9 mIU/mL). Calculated anti-VZV GMC ratios for GSK+4C/Merck-20C and GSK-20C/Merck-20C were 0.512 (97.5% CI: 0.444, 0.589) and 0.672 (97.5% CI: 0.584, 0.774), respectively (Table 2). Therefore, noninferiority was demonstrated for the GSK-20C versus Merck-20C comparison (lower 97.5% CI limit was ≥0.5; P < 0.001), but not for GSK+4C versus Merck-20C (lower 97.5% CI was <0.5; P = 0.360). GMC ratios for antibodies to the coadministered vaccines HAV and PCV7 demonstrated noninferiority for both GSK MMRV groups compared with Merck-20C (Table 2). GMC/T ratios of antibodies to MMR for GSK vaccines versus Merck-20C are presented in Table 2 (although these were not associated with a prespecified noninferiority hypothesis).

**TABLE 2.** GMC/T for Antibodies to Measles, Mumps, Rubella and VZV at Day 42 Postvaccination in Baseline-Seronegative Subjects (ATP Cohort for Immunogenicity) and Adjusted GMC Ratios for Antibodies to PCV7 *S. Pneumoniae* Serotypes and HAV (Subset of the ATP Cohort for Immunogenicity) at Day 42

| Antibody | GSK+4C | GSK-20C | Merck-20C | GSK+4C/Merck-20C | GSK-20C/Merck-20C |
|---|---|---|---|---|---|
| | GMC (95% CI) | GMC (95% CI) | GMC(95% CI) | GMC ratio (97.5% CI) | GMC ratio (97.5% CI) |
| VZV (mIU/mL) | 83.8 (77.2, 91.0) | 110.1 (102.2, 118.5) | 163.9 (151.8, 176.9) | 0.512 (0.444, 0.589) | 0.672 (0.584, 0.774)* |
| | Adjusted GMC (n) | Adjusted GMC (n) | Adjusted GMC (n) | Adj. GMC ratio (97.5% CI) | Adj. GMC ratio (97.5% CI) |
| HAV (mIU/mL) | 40.8 (404) | 40.0 (409) | 40.2 (227) | 1.01 (0.86, 1.19)* | 1.00 (0.85, 1.17)* |
| S.PNEU-4 (μg/mL) | 3.3 (456) | 3.3 (457) | 3.1 (265) | 1.09 (0.95, 1.25)* | 1.07 (0.94, 1.23)* |
| S.PNEU-6B (μg/mL) | 5.7 (449) | 5.9 (453) | 5.5 (256) | 1.04 (0.90, 1.19)* | 1.07 (0.93, 1.23)* |
| S.PNEU-9V (μg/mL) | 5.8 (451) | 5.7 (459) | 5.5 (282) | 1.05 (0.93, 1.19)* | 1.03 (0.91, 1.17)* |
| S.PNEU-14 (μg/mL) | 9.7 (453) | 9.5 (460) | 9.2 (261) | 1.05 (0.92, 1.20)* | 1.03 (0.91, 1.18)* |
| S.PNEU-18C (μg/mL) | 5.5 (443) | 5.8 (446) | 5.7 (253) | 0.96 (0.84, 1.11)* | 1.02 (0.88, 1.17)* |
| S.PNEU-19F (μg/mL) | 2.5 (442) | 2.5 (448) | 2.4 (251) | 1.05 (0.91, 1.21)* | 1.07 (0.93, 1.22)* |
| S.PNEU-23F (μg/mL) | 10.1 (442) | 10.9 (449) | 9.8 (254) | 1.03 (0.90, 1.18)* | 1.11 (0.97, 1.27)* |
| | GMC/T (95% CI) | GMC/T (95% CI) | GMC/T (95% CI) | GMC/T ratio (95% CI) | GMC/T ratio (95% CI) |
| Measles (mIU/mL) | 4723.1 (4436.4, 5028) | 4650.3 (4430.9, 4880.5) | 4207.1 (3823.3, 4629.3) | 1.123 (1.016, 1.24) | 1.105 (1.001, 1.221) |
| Mumps (ED50) | 220.5 (199.6, 243.6) | 218.8 (200.3, 239) | 233.8(203.6, 268.4) | 0.943 (0.802, 1.11) | 0.936 (0.795, 1.101) |
| Rubella (IU/mL) | 59.7 (55.8, 63.9) | 57.9 (54.4, 61.7) | 71.1 (65.3, 77.5) | 0.839 (0.752, 0.936) | 0.814 (0.730, 0.908) |

GMC/GMT ratios between groups [(GSK-4C or GSK+20C) over Merck-20C] and their 95% or 97.5% CIs for antibodies to measles, mumps, rubella and VZV were obtained using an ANOVA model on the log-transformed antibody concentrations/titers of baseline-seronegative subjects. GMCs for antibodies to HAV and *S. pneumoniae* serotypes were adjusted for baseline antibody concentrations; adjusted GMC ratios and 97.5% CIs for antibodies to HAV and *S. pneumoniae* serotypes were obtained using an ANCOVA model on the log-transformed day 42 concentrations (pooled variance).

*P < 0.001 was obtained from a 1-sided test for the null hypothesis: GMC ratio (GSK-4C or GSK+20C) over Merck-20C) is <0.5 (clinical limit noninferiority for VZV, HAV and PCV7 comparisons only).

n indicates subset of the ATP cohort for immunogenicity for which complete PCV and HAV GMC data were available.

**Appx16835**

*The Pediatric Infectious Disease Journal* • Volume 31, Number 8, August 2012



**FIGURE 2.** Prevalence of fever during days 0–42 postvaccination (total vaccinated cohort).

## Reactogenicity

In the TVC, the observed proportions of subjects who reported at least 1 symptom during days 0–42 were 74.8%, 74.9% and 74.6% in the GSK+4C, GSK-20C and Merck-20C groups, respectively. During the 3-day postvaccination period, pain at the MMRV injection site was the most frequently reported solicited local symptom, although grade 3 pain (cries when limb is moved/spontaneously painful) was reported in ≤ 0.6% of subjects across all groups. Grade 3 swelling or redness (>20.0 mm diameter) were both reported in ≤ 1.1% of subjects in each group.

Fever peaked 7–10 days after vaccination in each group (Fig. 2). Incidence of grade 3 fever (>39.5°C) in the GSK+4C, GSK-20C and Merck-20C groups, respectively, was 4.9%, 7.2% and 3.7% from days 0 to 14 and 7.7%, 10.6% and 6.3% from days 0 to 42 (Table 3). Incidence of localized measles/rubella-like rash from days 0 to 42 in the GSK+4C, GSK-20C and Merck-20C groups was 2.1%, 1.3% and 0.5%, respectively, whereas the incidence of generalized measles/rubella-like rash during the same interval was 3.6%, 2.7% and 3.4% (Table 3).

Exploratory analyses revealed differences in localized measles/rubella-like rash for GSK+4C compared with Merck-20C ($P = 0.0491$) and grade 3 fever for GSK-20C compared with Merck-20C ($P = 0.0214$). Exploratory analysis of the percentages of subjects with solicited local symptoms, solicited general symptoms or unsolicited symptoms did not identify any additional potential safety signals.

## Other Adverse Events

A total of 41 subjects experienced at least 1 serious adverse event during days 0–180. The incidence of serious adverse events among the 3 groups was 2.0%, 2.9% and 1.8% for GSK+4C, GSK-20C and Merck-20C, respectively. Febrile seizures occurring from days 0 to 42 were reported in 0.3% of subjects in each treatment group: 2 subjects in the GSK+4C group (days 16 and 24), 2 in the GSK-20C group (days 24 and 42) and 1 in the Merck-20C group (day 6). No fatal events were reported.

© 2012 Lippincott Williams & Wilkins

## Use of Concomitant Medication

From days 0 to 42, the proportion of subjects using concomitant medication in the GSK+4C, GSK-20C and Merck-20C treatment arms was, respectively, 54.0%, 52.1% and 55.9% for antipyretics and 68.8%, 69.4%, and 70.7% for "any medication."

## DISCUSSION

This phase 2 study compared the immunogenicity and assessed the safety of a first dose of GSK MMRV vaccine [Priorix-Tetra stored in a refrigerator (GSK+4C) or stored frozen (GSK-20C)] to that of Merck-20C (ProQuad), when coadministered with HAV and PCV7 to 12- to 14-month-old US children. The results demonstrated the noninferiority of both GSK+4C and GSK-20C compared with Merck-20C for seroresponse rates to MMR viruses at 42 days postvaccination. Immunogenicity results for the MMR components were observed similar to those previously reported for GSK MMRV vaccine in other study populations.[12,21,22] Analysis of baseline-adjusted GMC ratios for antibodies to PCV7 pneumococcal serotypes and anti-HAV antibodies also demonstrated noninferiority for the GSK MMRV groups versus Merck-20C, suggesting that the use of either GSK vaccine does not affect the immune response to these concomitantly administered vaccines when compared with Merck-20C.

Both GSK MMRV vaccines elicited a lower anti-VZV antibody response than the licensed comparator, and seroresponse rates did not meet criteria for noninferiority compared with Merck-20C. For GMC ratios, while noninferiority was demonstrated for GSK-20C versus Merck-20C, noninferiority was not shown for GSK+4C. This study used a commercial enzyme-linked immunosorbent assay to determine the anti-VZV seroresponse. Earlier studies evaluating the VZV component of GSK MMRV vaccine with this assay used a seroresponse threshold of 50 mIU/ mL, whereas the current study utilized a more stringent threshold of 75 mIU/mL. Nevertheless, observed anti-VZV seroresponse rates and GMCs after a single dose of GSK+4C were lower than expected compared with previous studies using the enzyme-linked immunosorbent assay.[23] One possible reason for this observation

*Blatter et al*                                    *The Pediatric Infectious Disease Journal* • Volume 31, Number 8, August 2012

**TABLE 3.** Incidence of Solicited Local and General Symptoms in the Total Vaccinated Cohort

| Time Period | Symptom | Type | GSK+4C | | | GSK-20C | | | Merck-20C | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | n | % | 95% CI | n | % | 95% CI | n | % | 95% CI |
| Days 0–3 | | | N = 673 | | | N = 666 | | | N = 378 | | |
| | Pain | All | 136 | 20.2 | 17.2, 23.4 | 114 | 17.1 | 14.3, 20.2 | 65 | 17.2 | 13.5, 21.4 |
| | | Grade 3 | 4 | 0.6 | 0.2, 1.5 | 2 | 0.3 | 0.0, 1.1 | 2 | 0.5 | 0.1, 1.9 |
| | Redness | All | 111 | 16.5 | 13.8, 19.5 | 120 | 18.0 | 15.2, 21.2 | 54 | 14.3 | 10.9, 18.2 |
| | | >5.0 mm | 35 | 5.2 | 3.6, 7.2 | 46 | 6.9 | 5.1, 9.1 | 18 | 4.8 | 2.8, 7.4 |
| | | >20.0 mm | 5 | 0.7 | 0.2, 1.7 | 7 | 1.1 | 0.4, 2.2 | 3 | 0.8 | 0.2, 2.3 |
| | Swelling | All | 50 | 7.4 | 5.6, 9.7 | 49 | 7.4 | 5.5, 9.6 | 21 | 5.6 | 3.5, 8.4 |
| | | >5.0 mm | 18 | 2.7 | 1.6, 4.2 | 18 | 2.7 | 1.6, 4.2 | 11 | 2.9 | 1.5, 5.1 |
| | | >20.0 mm | 5 | 0.7 | 0.2, 1.7 | 3 | 0.5 | 0.1, 1.3 | 4 | 1.1 | 0.3, 2.7 |
| Days 0–14 | | | N = 676 | | | N = 668 | | | N = 379 | | |
| | Fever | All ≥38°C | 248 | 36.7 | 33.0, 40.4 | 242 | 36.2 | 32.6, 40.0 | 121 | 31.9 | 27.3, 36.9 |
| | | >38.5°C | 156 | 23.1 | 20.0, 26.4 | 166 | 24.9 | 21.6, 28.3 | 79 | 20.8 | 16.9, 25.3 |
| | | >39.5°C | 33 | 4.9 | 3.4, 6.8 | 48 | 7.2 | 5.3, 9.4 | 14 | 3.7 | 2.0, 6.1 |
| | | >38.5°C related | 94 | 13.9 | 11.4, 16.7 | 108 | 16.2 | 13.5, 19.2 | 47 | 12.4 | 9.3, 16.1 |
| | | >39.5°C related | 18 | 2.7 | 1.6, 4.2 | 28 | 4.2 | 2.8, 6.0 | 8 | 2.1 | 0.9, 4.1 |
| Days 0–42 | | | N = 676 | | | N = 668 | | | N = 379 | | |
| | Fever | All ≥38°C | 312 | 46.2 | 42.3, 50.0 | 302 | 45.2 | 41.4, 49.1 | 163 | 43.0 | 38.0, 48.2 |
| | | >38.5°C | 215 | 31.8 | 28.3, 35.5 | 217 | 32.5 | 28.9, 36.2 | 111 | 29.3 | 24.8, 34.2 |
| | | >39.5°C | 52 | 7.7 | 5.8, 10.0 | 71 | 10.6 | 8.4, 13.2 | 24 | 6.3 | 4.1, 9.3 |
| | | >38.5°C related | 100 | 14.8 | 12.2, 17.7 | 114 | 17.1 | 14.3, 20.1 | 52 | 13.7 | 10.4, 17.6 |
| | | >39.5°C related | 20 | 3.0 | 1.8, 4.5 | 32 | 4.8 | 3.3, 6.7 | 9 | 2.4 | 1.1, 4.5 |
| | Localized rash | Measles/rubella-like | 14 | 2.1 | 1.1, 3.5 | 9 | 1.3 | 0.6, 2.5 | 2 | 0.5 | 0.1, 1.9 |
| | | Varicella-like | 3 | 0.4 | 0.1, 1.3 | 4 | 0.6 | 0.2, 1.5 | 3 | 0.8 | 0.2, 2.3 |
| | | Grade 3 | 5 | 0.7 | 0.2, 1.7 | 3 | 0.4 | 0.1, 1.3 | 1 | 0.3 | 0.0, 1.5 |
| | | Related | 28 | 4.1 | 2.8, 5.9 | 29 | 4.3 | 2.9, 6.2 | 16 | 4.2 | 2.4, 6.8 |
| | | Any | 118 | 17.5 | 14.7, 20.5 | 112 | 16.8 | 14.0, 19.8 | 78 | 20.6 | 16.6, 25.0 |
| | Generalized rash | Measles/rubella-like | 24 | 3.6 | 2.3, 5.2 | 18 | 2.7 | 1.6, 4.2 | 13 | 3.4 | 1.8, 5.8 |
| | | Varicella-like | 7 | 1.0 | 0.4, 2.1 | 5 | 0.7 | 0.2, 1.7 | 3 | 0.8 | 0.2, 2.3 |
| | | Grade 3 | 19 | 2.8 | 1.7, 4.4 | 20 | 3.0 | 1.8, 4.6 | 7 | 1.8 | 0.7, 3.8 |
| | | Related | 42 | 6.2 | 4.5, 8.3 | 44 | 6.6 | 4.8, 8.7 | 20 | 5.3 | 3.3, 8.0 |
| | | Any | 119 | 17.6 | 14.8, 20.7 | 130 | 19.5 | 16.5, 22.7 | 60 | 15.8 | 12.3, 19.9 |
| | Parotid gland | All | 14 | 2.1 | 1.1, 3.5 | 7 | 1.0 | 0.4, 2.1 | 5 | 1.3 | 0.4, 3.1 |
| | Swelling | Grade 2–3 | 2 | 0.3 | 0.0, 1.1 | 1 | 0.1 | 0.0, 0.8 | 0 | 0.0 | 0.0, 1.0 |
| | | Grade 3 | 2 | 0.3 | 0.0, 1.1 | 0 | 0.0 | 0.0, 0.6 | 0 | 0.0 | 0.0, 1.0 |

Rashes were classified by the investigator as either localized to administration site or another location or generalized. Grade 3 rash was defined as the presence of >150 lesions.
Parotid/salivary gland symptoms were classified using the following scale: Grade 2 = swelling with difficulty moving the jaw; Grade 3 = swelling with accompanying general symptoms.
n/% indicates number/percentage of subjects reporting the symptom at least once; N, number of subjects having received the documented dose measles/rubella-like rashes (macular or maculopapular rashes) were defined as the presence of macules, discolored small patches or spots of the skin, neither elevated nor depressed below the skin surface; varicella-like rash (papulovesicular) was defined as the simultaneous presence of papules and vesicles raised above the skin surface.

may be related to interaction of multivalent vaccine components, potentially leading to interference with or potentiation of the immune response to other vaccine components.[12,24] Alternatively, there may be an inherent difference in immunogenicity between the varicella strain Oka-RIT (used in Priorix-Tetra) and Oka/Merck (ProQuad). In a study comparing the immunogenicity of Merck's monovalent VZV vaccine (Varivax) to the GSK VZV vaccine (Varilrix),[25] seroresponses appeared lower for the GSK vaccine at 6 weeks postvaccination (although observed differences were less than those seen in the current study). The authors attributed this effect to possible differences in the vaccine manufacturing process, namely a higher degree of attenuation of the Oka-RIT VZV strain compared with Oka/Merck. In another study investigating brand-specific varicella vaccine effectiveness during outbreaks in day care centers in Germany,[26] estimated vaccine effectiveness (VE) for 1dose of Varilrix [VE = 56% (95% CI: 29, 72)] or Priorix-Tetra (VE = 55% (95% CI: 8, 78)] was <1 dose of Varivax [VE = 86% (95% CI: 56, 96)] or 2 doses of Priorix-Tetra [VE = 91% (95% CI: 65, 98)]. A reduced antibody response to a first VZV vaccine dose implies a potentially increased risk of breakthrough varicella disease upon exposure to VZV in the interval before a second dose of vaccine is administered. While the magnitude of the increased risk cannot be reliably estimated, the majority of breakthrough disease cases would be expected to be mild and less contagious

compared with wild-type disease in unvaccinated individuals, particularly for breakthrough cases with <50 lesions.[27]

A limitation of the current study is that immune responses to a 2-dose schedule of each of the MMRV vaccines were not tested. The US Center for Disease Control Advisory Committee on Immunization Practices recommends that all healthy children should receive their first dose of VZV-containing vaccine routinely at age 12–15 months and a second dose at age 4–6 years (ie, before entering prekindergarten, kindergarten or first grade), although the second dose may be administered at an earlier age provided that the interval between the first and second dose is at least 3 months.[28] Consistent with Advisory Committee on Immunization Practices guidelines, GSK also recommends the use of a 2-dose immunization schedule for VZV-containing vaccines to achieve optimal protection from varicella. This recommendation is based on a clinical trial in which the GMT for antibodies to VZV increased approximately 20-fold after a second GSK MMRV dose relative to the first dose administered 6 weeks earlier to children in the second year of life.[29] It is not known if the differences in varicella response between the 3 treatment arms observed in the current study after a single MMRV administration would also be apparent after a second dose.

The GSK MMRV vaccines were taken from a single lot, but their storage temperatures differed on release (4°C or −20°C). While not a prespecified endpoint in the current study, for which

© 2012 Lippincott Williams & Wilkins

Appx16837

*The Pediatric Infectious Disease Journal* • Volume 31, Number 8, August 2012

*MMRV Vaccines*

the type I error was controlled, anti-VZV antibody responses to GSK+4C and GSK-20C varied in an exploratory analysis. Vaccine potency, tested over the 9-month study enrollment period, showed a difference of no more than 0.1 $\log_{10}$ pfu in varicella potencies between the refrigerator- and freezer-stored vaccines. Considering the similarity in varicella potency between the 2GSK vaccines >9 months, it is not apparent that storage conditions affected anti-VZV immune response in this study. Neither freezer-stored GSK monovalent VZV vaccine nor GSK MMRV has previously been evaluated in clinical trials. Although both GSK MMRV vaccines showed similar seroresponse rates (and noninferiority versus Merck-20C) for the other vaccine components, it is not clear from this study why, despite no obvious differences in potency over time, the GSK vaccines stored at 4°C and −20°C appeared to differ in anti-VZV antibody response.

GSK+4C and GSK-20C safety profiles appeared similar to that of Merck-20C and overall, were consistent with previously reported data for a first-dose GSK MMRV in other subject populations.[21,22,30] Exploratory analyses revealed 2 adverse events requiring further investigation: localized measles/rubella-like rash (GSK+4C) and grade 3 fever (GSK-20C). Although there appeared to be a small increase in fever 7–10 days after vaccination for GSK MMRV when compared with the licensed vaccine, there were no differences in the proportions of subjects taking antipyretics or seeking medical advice.

Merck MMRV vaccine has been associated with an increase in febrile seizures in 12–23 month olds compared with MMR and varicella vaccines administered separately at the same visit.[31,32] Consequently, the current Advisory Committee on Immunization Practices recommendation[26] is that for the first dose of MMRV vaccines at age 12–47 months, either MMR vaccine or VZV vaccine or MMRV may be used; however, families without a strong preference for MMRV should receive MMR and VZV vaccine separately. Similarly, the American Academy of Pediatrics[9] also recommends the use of either MMR and VZV vaccines separately or MMRV for the first dose at 12–47 months. They state that the benefits and risks of both options should be discussed with parents/caregivers and that separate MMR and VZV injections should be given in cases where the risk-benefit can not be clearly communicated.

The recognized period of increased risk for febrile seizure after a first dose of MMRV is either 5–12 days[32] or 7–10 days[31] after vaccination, although 4 of the 5 cases of febrile seizure in the current study occurred outside of the 5 – 12 day window. The risk of febrile seizure after administration of GSK MMRV vaccine relative to separate coadministration of MMR and monovalent VZV vaccine has not been investigated in a clinical trial of adequate power but, based on the reported fever profiles of the GSK and Merck vaccines,[31] would be expected to be similar.

In conclusion, this study provides evidence that GSK+4C and GSK-20C vaccines are comparable with Merck-20C in terms of immunogenicity, for 3 of the 4 vaccine components, and have a clinically acceptable reactogenicity/safety profile when given concomitantly with HAV and PVC7. The clinical significance of the differences in anti-VZV seroresponse after a first dose of GSK MMRV requires further investigation.

## ACKNOWLEDGMENTS

*The authors would like to thank the parents, children and investigators who participated in this clinical trial. They also gratefully acknowledge the work of the nurses and other staff members involved. Ms. Victoria Pearson and Dr. Helen Baldwin (Scinopsis) provided medical writing services and Mrs. Véronique Duquenne and Dr. Luise Kalbe (GSK Biologicals) provided editorial assistance.*

## REFERENCES

1. World Health Organization. Rubella vaccinesWHO position paper. *Wkly Epidemiol Rec*. 2000;75:161–172.
2. World Health Organization. Mumps virus vaccines. *Wkly Epidemiol Rec*. 2001;76:346–355.
3. World Health Organization. Measles vaccines. *Wkly Epidemiol Rec*. 2004;79:130 142.
4. Zhou F, Reef S, Massoudi M, et al. An economic analysis of the current universal 2-dose measles-mumps-rubella vaccination program in the United States. *J Infect Dis*. 2004;189(suppl 1):S131–S145.
5. Watson JC, Hadler SC, Dykewicz CA, et al. Measles, mumps, and rubella–vaccine use and strategies for elimination of measles, rubella, and congenital rubella syndrome and control of mumps: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep*. 1998;47(RR-8):1–57.
6. Peltola H, Heinonen OP, Valle M, et al. The elimination of indigenous measles, mumps, and rubella from Finland by a 12-year. two-dose vaccination program. *N Engl J Med*. 1994;331:1397–1402.
7. Orenstein WA, Papania MJ, Wharton ME. Measles elimination in the United States. *J Infect Dis*. 2004;189(suppl 1):S1–S3.
8. World Health Organization. Varicella vaccines. WHO position paper. *Wkly Epidemiol Rec*. 1998;73:241 248.
9. Galil K, Lee B, Strine T, et al. Outbreak of varicella at a day-care center despite vaccination. *N Engl J Med*. 2002;347:1909–1915.
10. Guris D, Jumaan AO, Mascola L, et al. Changing varicella epidemiology in active surveillance sites--United States, 1995–2005. *J Infect Dis*. 2008;19:S71–S75.
11. Marin M, Meissner HC, Seward JF. Varicella prevention in the United States: a review of successes and challenges. *Pediatrics*. 2008;122:e744–e751.
12. Czajka H, Schuster V, Zepp F, et al. A combined measles, mumps, rubella and varicella vaccine (Priorix-Tetra): immunogenicity and safety profile. *Vaccine*. 2009;27:6504 6511.
13. Dietz VJ, Stevenson J, Zell ER, et al. Potential impact on vaccination coverage levels by administering vaccines simultaneously and reducing dropout rates. *Arch Pediatr Adolesc Med*. 1994;148:943–949.
14. Fiore AF, Wasley A, Bell BP; Advisory Committee on Immunization Practices (ACIP). Prevention of hepatitis A through active or passive immunization: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep*. 2006;55(RR-7):1–23.
15. American Academy of Pediatrics Committee on Infectious Diseases. Policy statement: recommendations for the prevention of pneumococcal infections, including the use of pneumococcal conjugate vaccine (Prevnar), pneumococcal polysaccharide vaccine and antibiotic prophylaxis. *Pediatrics*. 2000;106:362–366.
16. Wyeth Pharmaceuticals Inc. Pneumococcal 7-valent conjugate vaccine (diphtheria CRM197 protein) July 2009. Available at: http://labeling.pfizer.com/showlabeling.aspx?id=134. Accessed March 26, 2012
17. GlaxoSmithKline.HAVRIX (hepatitis A vaccine). Highlights of prescribing information. HVX:35P1 July 2011. Available at: http://us.gsk.com/products/assets/us_havrix.pdf. Accessed March 26, 2012.
18. Dodet M, Dessy F, Parent I, et al. Use of a neutralization assay as an alternative for assessing mumps immunization status. In: Program and Abstracts of the 24th Annual Meeting of the European Society for Pediatric Infectious Diseases; May 3–5, 2006.
19. Sato H, Albrecht P, Hicks JT, et al. Sensitive neutralization test for virus antibody. 1. Mumps antibody. *Arch Virol*. 1978;58:301–311.
20. Poolman JT, Frasch CE, Käyhty H, et al. Evaluation of pneumococcal polysaccharide immunoassays using a 22F adsorption step with serum samples from infants vaccinated with conjugate vaccines. *Clin Vaccine Immunol*. 2010;17:134–142.
21. Goh P, Lim FS, Han HH, et al. Safety and immunogenicity of early vaccination with two doses of tetravalent measles-mumps-rubella-varicella (MMRV) vaccine in healthy children from 9 months of age. *Infection*. 2007;35:326–333.
22. Zepp F, Behre U, Kindler K, et al. Immunogenicity and safety of a tetravalent measles-mumps-rubella-varicella vaccine co-administered with a booster dose of a combined diphtheria-tetanus-acellular pertussis-hepatitis B-inactivated poliovirus-Haemophilus influenzae type b conjugate vaccine in healthy children aged 12-23 months. *Eur J Pediatr*. 2007;166:857–864.
23. Vinals C, Gaulis S, Coche T. Using in silico transcriptomics to search for tumor-associated antigens for immunotherapy. *Vaccine*. 2001;19:2607–2614.

Appx16838

Blatter et al *The Pediatric Infectious Disease Journal • Volume 31, Number 8, August 2012*

24. Kuter BJ, Brown ML, Hartzel J, et al.; Study Group for ProQuad. Safety and immunogenicity of a combination measles, mumps, rubella and varicella vaccine (ProQuad). *Hum Vaccin*. 2006;2:205–214.

25. Lau YL, Vessey SJ, Chan IS, et al. A comparison of safety, tolerability and immunogenicity of Oka/Merck varicella vaccine and VARILRIX in healthy children. *Vaccine*. 2002;20:2942–2949.

26. Spackova M, Wiese-Posselt M, Dehnert M, et al. Comparative varicella vaccine effectiveness during outbreaks in day-care centres. *Vaccine*. 2010;28:686–691.

27. Seward JF, Zhang JX, Maupin TJ, et al. Contagiousness of varicella in vaccinated cases: a household contact study. *JAMA*. 2004;292:704–708.

28. Marin M, Broder KR, Temte JL, et al.; Centers for Disease Control and Prevention (CDC). Use of combination measles, mumps, rubella, and varicella vaccine: recommendations of the Advisory Committee on Immunization Practices (ACIP). *MMWR Recomm Rep*. 2010;59(RR-3): 1–12.

29. Schuster V, Otto W, Maurer L, et al. Immunogenicity and safety assessments after one and two doses of a refrigerator-stable tetravalent measles-mumps-rubella-varicella vaccine in healthy children during the second year of life. *Pediatr Infect Dis J*. 2008;27:724–730.

30. Knuf M, Habermehl P, Zepp F, et al. Immunogenicity and safety of two doses of tetravalent measles-mumps-rubella-varicella vaccine in healthy children. *Pediatr Infect Dis J*. 2006;25:12–18.

31. Klein NP, Fireman B, Yih WK, et al.; Vaccine Safety Datalink. Measles-mumps-rubella-varicella combination vaccine and the risk of febrile seizures. *Pediatrics*. 2010;126:e1–e8.

32. Jacobsen SJ, Ackerson BK, Sy LS, et al. Observational safety study of febrile convulsion following first dose MMRV vaccination in a managed care setting. *Vaccine*. 2009;27:4656–4661.

33. American Academy of Pediatrics Committee on Infectious Diseases. Prevention of varicella: update of recommendations for use of quadrivalent and monovalent varicella vaccines in children. *Pediatrics*. 2011;128:630–632.

*© 2012 Lippincott Williams & Wilkins*

**Appx16839**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,
                              *Plaintiffs,*
          v.
MERCK & CO., INC.,
                              *Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 268

Appx16840

*Plaque Reduction Neutralization Assay for Mumps*
Analytical Validation Protocol (v.02)

**Initial Review**                              Final Review

Your signature below indicates your acceptance of the attached validation protocol, given that no comments are provided by any of the reviewers. If comments are received, the protocol will be revised and recirculated, with comments appropriately incorporated or addressed. It is understood that these experiments will be performed in a GLP compliant laboratory to ensure the validity of the data. Please review, comment if desired, sign below, and return to originator. Thank you.

David Krah (originator)                 February 21, 2001
Virus & Cell Biology                    Date        Comments


Emilio Emini                            Date        Comments
Virus & Cell Biology


Alan Shaw                               Date        Comments
Virus & Cell Biology


Michael Washabaugh                      Date        Comments
Clinical Assay R & D


Timothy Schofield                       Date        Comments
Vaccine Biometrics Research


Joseph Heyse                            Date        Comments
Vaccine Clinical Biostatistics


N/A                                     February 21, 2001
Jerry Sadoff                            Date        Comments
Biologics Clinical Research


Karen Hencken                           Date        Comments
World Wide Quality Assurance

**CONFIDENTIAL**

**MRK-KRA00337307**
**MRK-CHA00337307**

**Appx16841**

*Plaque Reduction Neutralization Assay for Mumps*
Analytical Validation Protocol (v.02)

**Initial Review**                           Final Review

Your signature below indicates your acceptance of the attached validation protocol, given that no comments are provided by any of the reviewers. If comments are received, the protocol will be revised and recirculated, with comments appropriately incorporated or addressed. It is understood that these experiments will be performed in a GLP compliant laboratory to ensure the validity of the data. Please review, comment if desired, sign below, and return to originator. Thank you.

| | | |
|---|---|---|
| David Krah (originator)<br>Virus & Cell Biology | Date | Comments |
| Emilio Emini<br>Virus & Cell Biology | Date    22 Feb 2001 | Comments    None |
| Alan Shaw<br>Virus & Cell Biology | Date | Comments |
| Michael Washabaugh<br>Clinical Assay R & D | Date | Comments |
| Timothy Schofield<br>Vaccine Biometrics Research | Date | Comments |
| Joseph Heyse<br>Vaccine Clinical Biostatistics | Date | Comments |
| Jerry Sadoff<br>Biologics Clinical Research | Date | Comments |
| Karen Hencken<br>World Wide Quality Assurance | Date | Comments |

**CONFIDENTIAL**

*Plaque Reduction Neutralization Assay for Mumps*
Analytical Validation Protocol (v.02)

Initial Review                    Final Review

Your signature below indicates your acceptance of the attached validation protocol, given that no comments are provided by any of the reviewers. If comments are received, the protocol will be revised and recirculated, with comments appropriately incorporated or addressed. It is understood that these experiments will be performed in a GLP compliant laboratory to ensure the validity of the data. Please review, comment if desired, sign below, and return to originator. Thank you.

| | | |
|---|---|---|
| David Krah (originator)<br>Virus & Cell Biology | Date | Comments |
| Emilio Emini<br>Virus & Cell Biology | Date | Comments |
| *(signature)*<br>Alan Shaw<br>Virus & Cell Biology | 25Feb01<br>Date | Comments None |
| Michael Washabaugh<br>Clinical Assay R & D | Date | Comments |
| Timothy Schofield<br>Vaccine Biometrics Research | Date | Comments |
| Joseph Heyse<br>Vaccine Clinical Biostatistics | Date | Comments |
| Jerry Sadoff<br>Biologics Clinical Research | Date | Comments |

MRK-KRA00337309
MRK-CHA00337309

Appx16843

*Plaque Reduction Neutralization Assay for Mumps*
Analytical Validation Protocol (v.02)

_____          _____
Karen Hencken           .                Date          Comments
World Wide Quality Assurance

CONFIDENTIAL

MRK-KRA00337310
MRK-CHA00337310

*Plaque Reduction Neutralization Assay for Mumps*
Analytical Validation Protocol (v.02)

**Initial Review**                    Final Review

Your signature below indicates your acceptance of the attached validation protocol, given that no comments are provided by any of the reviewers. If comments are received, the protocol will be revised and recirculated, with comments appropriately incorporated or addressed. It is understood that these experiments will be performed in a GLP compliant laboratory to ensure the validity of the data. Please review, comment if desired, sign below, and return to originator. Thank you.

| | | |
|---|---|---|
| David Krah (originator)<br>Virus & Cell Biology | Date | Comments |
| Emilio Emini<br>Virus & Cell Biology | Date | Comments |
| Alan Shaw<br>Virus & Cell Biology | Date | Comments |
| *M. Washabaugh.*<br>Michael Washabaugh<br>Clinical Assay R & D | 28-Feb-2001<br>Date | Comments |
| Timothy Schofield<br>Vaccine Biometrics Research | Date | Comments |
| Joseph Heyse<br>Vaccine Clinical Biostatistics | Date | Comments |
| Jerry Sadoff<br>Biologics Clinical Research | Date | Comments |
| Karen Hencken<br>World Wide Quality Assurance | Date | Comments |

**CONFIDENTIAL**

**MRK-KRA00337311**
**MRK-CHA00337311**

**Appx16845**

## *Plaque Reduction Neutralization Assay for Mumps*
### Analytical Validation Protocol (v.02)

**Initial Review**                    Final Review

Your signature below indicates your acceptance of the attached validation protocol, given that no comments are provided by any of the reviewers. If comments are received, the protocol will be revised and recirculated, with comments appropriately incorporated or addressed. It is understood that these experiments will be performed in a GLP compliant laboratory to ensure the validity of the data. Please review, comment if desired, sign below, and return to originator. Thank you.

| | | |
|---|---|---|
| David Krah (originator) | Date | Comments |
| Virus & Cell Biology | | |

| | | |
|---|---|---|
| Emilio Emini | Date | Comments |
| Virus & Cell Biology | | |

| | | |
|---|---|---|
| Alan Shaw | Date | Comments |
| Virus & Cell Biology | | |

| | | |
|---|---|---|
| Michael Washabaugh | Date | Comments |
| Clinical Assay R & D | | |

2/23/01

| | | |
|---|---|---|
| Timothy Schofield | Date | Comments |
| Vaccine Biometrics Research | | |

| | | |
|---|---|---|
| Joseph Heyse | Date | Comments |
| Vaccine Clinical Biostatistics | | |

| | | |
|---|---|---|
| Jerry Sadoff | Date | Comments |
| Biologics Clinical Research | | |

| | | |
|---|---|---|
| Karen Hencken | Date | Comments |
| World Wide Quality Assurance | | |

**CONFIDENTIAL**

**MRK-KRA00337312**
**MRK-CHA00337312**

*Plaque Reduction Neutralization Assay for Mumps*
Analytical Validation Protocol (v.02)

**Initial Review**                    Final Review

Your signature below indicates your acceptance of the attached validation protocol, given that no comments are provided by any of the reviewers. If comments are received, the protocol will be revised and recirculated, with comments appropriately incorporated or addressed. It is understood that these experiments will be performed in a GLP compliant laboratory to ensure the validity of the data. Please review, comment if desired, sign below, and return to originator. Thank you.

| | | |
|---|---|---|
| David Krah (originator)<br>Virus & Cell Biology | Date | Comments |
| Emilio Emini<br>Virus & Cell Biology | Date | Comments |
| Alan Shaw<br>Virus & Cell Biology | Date | Comments |
| Michael Washabaugh<br>Clinical Assay R & D | Date | Comments |
| Timothy Schofield<br>Vaccine Biometrics Research | Date | Comments |
| Joseph Heyse<br>Vaccine Clinical Biostatistics | 3/6/01<br>Date | Comments |
| Jerry Sadoff<br>Biologics Clinical Research | Date | Comments |
| Karen Hencken<br>World Wide Quality Assurance | Date | Comments |

**CONFIDENTIAL**

**MRK-KRA00337313**
**MRK-CHA00337313**

**Appx16847**

*Plaque Reduction Neutralization Assay for Mumps*
Analytical Validation Protocol (v.02)

**Initial Review**                              Final Review

Your signature below indicates your acceptance of the attached validation protocol, given that no comments are provided by any of the reviewers. If comments are received, the protocol will be revised and recirculated, with comments appropriately incorporated or addressed. It is understood that these experiments will be performed in a GLP compliant laboratory to ensure the validity of the data. Please review, comment if desired, sign below, and return to originator. Thank you.

| | | |
|---|---|---|
| David Krah (originator)<br>Virus & Cell Biology | Date | Comments |
| Emilio Emini<br>Virus & Cell Biology | Date | Comments |
| Alan Shaw<br>Virus & Cell Biology | Date | Comments |
| Michael Washabaugh<br>Clinical Assay R & D | Date | Comments |
| Timothy Schofield<br>Vaccine Biometrics Research | Date | Comments |
| Joseph Heyse<br>Vaccine Clinical Biostatistics | Date | Comments |
| Jerry Sadoff<br>Biologics Clinical Research | Date | Comments |
| Karen Hencken<br>World Wide Quality Assurance | 22 Feb 2001<br>Date | Comments |

**CONFIDENTIAL**

**MRK-KRA00337314**
**MRK-CHA00337314**

**Appx16848**

## Plaque Reduction Neutralization Assay for Mumps
### Analytical Validation Protocol (v.02)

### Introduction

A plaque-reduction neutralization assay using a wild-type mumps strain as the assay indicator virus has been developed to evaluate antibody responses in sera arising from clinical trials involving mumps-containing vaccines. The sensitivity of the assay to measure virus-neutralizing antibodies has been enhanced by addition of anti-human IgG (anti-IgG enhanced mumps plaque-reduction neutralization assay: AIGENT). Neutralization titers are defined as the highest tested serum dilution mediating greater than or equal to 50% reduction in numbers of viral plaques relative to a matched mock serum sample. The assay relies upon immunostaining to reveal plaques since the indicator virus used in the assay is not extensively cytopathic. The assay employs a low-passage (<12) of the Jeryl Lynn™ strain of mumps as a representative wild-type mumps virus strain.

### Purpose

The purpose of this validation study is to define the operating characteristics of the Anti-IgG Enhanced Mumps Plaque-Reduction Neutralization Assay (Mumps AIGENT) as developed and conducted by the Department of Virus & Cell Biology within Merck & Co., Inc. The data arising from this validation study will be used to: (1) provide estimates of inter- and intra-assay precision; (2) assess the ruggedness of the assay to a variety of operating conditions; (3) establish control ranges for the mock and positive control samples in the assay; (4) determine the sero-classification cutoff for the assay; and (5) assess assay specificity.

### Assay Description

The materials and methodology for the Mumps AIGENT are outlined in the Department of Virus & Cell Biology Research Procedure No. 874.3489, rev. 00 ("Anti-IgG Enhanced Mumps Plaque-Reduction Neutralization Assay"). The assay operating procedure is briefly outlined below:

- Vero cells are planted in 12-well plates at a controlled passage level and incubated to reach a target cell density (confluency).
- Test sera are diluted to an initial 1:16 dilution and then serially 2-fold to a 1:2048 dilution. Serial 2-fold dilutions are continued, as required, to obtain endpoint titers for higher-titered sera. A mock serum sample (4 tubes, each containing diluent alone) is included as a control.
- A fixed amount of the Jeryl Lynn™ passage 8 mumps virus is then added to each dilution of serum and the control samples and the mixture is incubated for one hour at 37°C. Note that the current validation will only address the passage 8 Jeryl Lynn™ virus.
- A standard preparation of anti-human IgG is subsequently added to each sample, and incubation is continued for a further 30 minutes at room temperature. The combined volume of the added virus plus anti-IgG results in an effective doubling of the serum dilution, providing final serum dilutions of 1:32 through 1:4096 (for sera that were diluted 1:16 through 1:2048 prior to virus and anti-IgG addition)

1

CONFIDENTIAL

MRK-KRA00337315
MRK-CHA00337315

Appx16849

*Plaque Reduction Neutralization Assay for Mumps*
Analytical Validation Protocol (v.02)

- Aliquots of each sample  are plated in triplicate onto the Vero cells in 12-well plates, incubated  1 h at 35°C and 5% CO2 to permit virus adsorption, overlaid with an agarose maintenance medium, and then incubated for  three days at 35°C and 5% CO2  to allow for virus plaque development.  Pre- and post-vaccination samples from a given subject are typically assayed together in the same assay and as consecutive samples in the assay.
- Following the three day incubation, the cells are fixed with 90% acetone.
- Plaques are visualized by sequential reaction with a goat anti-mumps antibody, a peroxidase-conjugated anti-goat antibody, and a diaminobenzidine peroxidase substrate.
- Plaque counts from  triplicate wells are averaged.  Plaque counts from the entire "mock serum" plate (representing 4 samples each inoculated in triplicate) are averaged to provide the number of plaques for the mock serum control.

The neutralization titer is defined as the highest tested serum dilution mediating greater than or equal to 50% reduction in the numbers of viral plaques when compared to the corresponding mock serum sample for the assay.  A serum that does not neutralize at any of the tested dilutions is assigned a titer of less than 1:32.

*Assay Validation Responsibilities*

a) Laboratory procedures will be conducted at Merck in the Department of Virus & Cell Biology (V&CB), under the direction of Dr. David Krah.  The laboratory at Merck will identify and obtain appropriate samples and perform the validation study as outlined in this document.  V&CB will collect and review the data, and transmit the data to appropriate parties for analysis and review, and issue the final validation report.

b) Vaccine Biometrics Research (VBR) will assist V&CB in the design of experiments with regard to statistical requirements, analyze assay data, and report this analysis to V&CB as a formal report.

c) Worldwide GMP Quality Assurance will review the design of experiments, the data from the experiments, and the results of the validation study reported by V&CB.

*Assay Validation Experiments*

The plaque reduction neutralization assay will be performed according to the Department of Virus & Cell Biology Research Procedure No. 874.3489, rev. 00 ("Anti-IgG Enhanced Mumps Plaque-Reduction Neutralization Assay"). The validation experiment will include sera from 4 adults and approximately 50 pre- and post-vaccination paired pediatric samples. Adult sera are being used in the analytical validation because the assessment of assay variability and ruggedness requires repeat testing on the same sample, and the quantity of sera for individual pediatric samples is insufficient for evaluating these parameters.  The adult sera will be chosen so as to span a broad range of titer response as

2

CONFIDENTIAL

MRK-KRA00337316
MRK-CHA00337316

Appx16850

## Plaque Reduction Neutralization Assay for Mumps
### Analytical Validation Protocol (v.02)

indicated by testing in the anti-IgG enhanced mumps neutralization assay. All four adult samples will be tested within each of six assay runs with each run containing three independent preparations for every sample. The six assay runs will be conducting using different sets of analysts, and equipment, and reagent lots (where applicable and practical). The pediatric samples will be divided among multiple (7) assay runs with pre- and post-vaccination sample pairs being tested together in the same assay run. The titers obtained from the adult serum set will be used to estimate inter- and intra-assay precision and to determine the statistically meaningful fold-increase in titer when comparing pre- and post-vaccination results. The pediatric titers will be used to identify a sero-classification cutoff and to provide estimates of pre and post-vaccination sero-positivity rates.

Each validation run will also include testing on the mock control, and on the positive control sample(s) (adult sera). Note that some of the pediatric serum assays and specificity assays include a single control serum. All assays of clinical sera will include two control sera (low and high titer). The data arising from the validation experiment will be used to establish assay validity criteria in the form of tentative specification limits for the mock and positive control samples. The control criteria will be updated after a sufficient number of runs have been performed to obtain reliable estimates of assay performance (n = 20 runs).

Two or more samples will be used to assess assay specificity. Specificity will be assessed by measuring residual mumps neutralization titers following absorption of sera with measles, mumps or rubella virus antigens.

Assay Validation Parameters
*Precision (intra- and inter-assay variability)*
The precision of an analytical procedure expresses the closeness of agreement (degree of scatter) between a series of measurements obtained from multiple sampling of the same homogeneous test sample under the prescribed conditions. The results from the four adult samples tested in three independent preparations within each of six assay runs will be used to estimate intra- and inter-assay precision and to determine the percent relative standard deviation (%RSD) of the assay. The resulting estimate of assay precision is used to calculate a statistically meaningful fold-increase titer.

*Ruggedness:*
Assay ruggedness seeks to establish comparability of results under a variety of conditions experienced in normal performance of the assay. The six assay runs will be conducting using different sets of analysts, and equipment and reagent lots (as applicable and practical) in order to assess the ruggedness of the Mumps AIGENT assay to these conditions.

3

CONFIDENTIAL

MRK-KRA00337317
MRK-CHA00337317

Appx16851

*Plaque Reduction Neutralization Assay for Mumps*
Analytical Validation Protocol (v.02)

*Sero-Classification Cutoff*
Pediatric sera from approximately 50 individuals will be tested to characterize the response distribution of pre- and post-vaccination samples in the Mumps AIGENT. The response distributions will be used to establish a sero-classification cutoff for the assay.

*Specificity*
When cross-reactivity is a legitimate concern and an assessment of cross-reactivity is feasible, specificity of an assay should be measured. The specificity or selectivity of a method is its ability to measure accurately and specifically the antibody response in the presence of components that may be expected to be present in the sample matrix. The paired sera to be evaluated with this assay represent sera collected on the day of vaccination with measles-mumps-rubella vaccine and approximately 42 days after vaccination. The relevant cross-reaction, if present, would be to one of the other viruses in the vaccine. Specificity of the assay will be assessed by demonstrating that mumps neutralization activity is reduced following absorption with mumps antigen, but not following absorption with measles or rubella antigens.

### Assay Quality Control Parameters

The validation experiments will include replicate observations on the mock control, on the positive control samples, and on replicate other test samples. The data arising from these validation experiments will be used to: (1) establish tentative upper and lower control limits on the number of plaques for the mock control within each run; and (2) set tentative upper and lower control limits on the titer of the positive control sera to be tested within each run. The limits defined in the validation study will be used to assess the validity of the subsequent assays. The control criteria will be updated after a sufficient number of runs have been performed to obtain reliable estimates of assay performance (n = 20 runs).

4

CONFIDENTIAL

MRK-KRA00337318
MRK-CHA00337318

Appx16852

CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,

  *Plaintiffs,*

  v.

MERCK & CO., INC.,

  *Defendant.*

Civil Action No. 10-4374 (CDJ)

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 269

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING AND JOAN A. WLOCHOWSKI, <br><br> *Plaintiffs,* <br> v. <br> MERCK & CO., INC., <br><br> *Defendant.* | Civil Action No. 10-4374 (CDJ) |
| IN RE: MERCK MUMPS VACCINE ANTITRUST LITIGATION <br><br> THIS DOCUMENT PERTAINS TO ALL ACTIONS | Master File No. 12 -3555 (CDJ) |

# Expert Report of Robert W. Platt, Ph.D.

June 14, 2018

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# TABLE OF CONTENTS

I.   **INTRODUCTION** ............................................................................................... 1

   A.  Qualifications and Professional Experience ........................................................ 1

   B.  Materials Considered ............................................................................................ 2

   C.  Assignment ............................................................................................................ 2

II.   **BACKGROUND ON PROTOCOL 007 AND THE AIGENT ASSAY** ............................ 4

   A.  Protocol 007 .......................................................................................................... 4

   B.  AIGENT Assay and Determination of Sample Titer ............................................. 4

   C.  Seroconversion ...................................................................................................... 5

III.  **DESCRIPTION OF THE DATA TRANSFER PROCESS** ................................................ 6

   A.  Data Files Received .............................................................................................. 6

   B.  Steps in Data Transfer Process ............................................................................. 7

   *i.*   *Step 1: Assign Assays to Individuals on the Data Entry Team* ............................ 8

   *ii.*  *Step 2: Transfer Data from the Sample Codes* .................................................. 8

   *iii.* *Step 3: Transfer Data from the Counting Sheets* ............................................... 9

   *iv.* *Step 4: Transfer Sample and Assay Validity Data from the Summary Sheets and Experiment Narratives* ......................................................................................................... 9

   *v.*  *Step 5: Create an Assay Counting Database* ................................................... 10

IV.  **STATISTICAL EVALUATION OF PLAQUE COUNTS** ............................................. 10

   A.  Seroconversion Rates Based on the Original and the Recounted Plaque Counts ............... 10

   B.  Average Plaque Count Change ............................................................................ 11

   C.  Plaque Count Changes of Three Plaques or Fewer ............................................ 12

   D.  Plaque Count Changes to Pre-Positive Samples ............................................... 12

   E.  Pre-Positive Samples with Plaque Count Changes That Were Positive at Only a Single Dilution ................................................................................................................ 13

   F.  Pre-Positive Samples That Became Pre-Negative after Recount ........................ 13

   G.  Seroconversion Rate for Pre-Positive Samples That Became Pre-Negative after Recount . 14

   H.  Dilutions That Crossed the 50 Percent Plaque Reduction Mark Relative to the Mock Serum Control after Recount ............................................................................................ 14

Confidential – Subject to Protective Order

## I.  INTRODUCTION

### A.  Qualifications and Professional Experience

1.  My name is Robert Platt, and I am the Albert Boehringer Chair in Pharmacoepidemiology at McGill University and a Professor in the Departments of Pediatrics and of Epidemiology, Biostatistics, and Occupational Health at McGill University in Montréal, Québec, Canada. I received my B.Sc. in Mathematics from McGill University in 1990 and my M.Sc. in Statistics from the University of Manitoba in Winnipeg, Manitoba, Canada, in 1993. I received my M.Sc. and Ph.D. in Biostatistics from the University of Washington in Seattle, Washington, in 1994 and 1996, respectively. Since receiving my Ph.D., I have been on the faculty at McGill University.

2.  I am an expert in biostatistics and pharmacoepidemiology, with a focus on developing statistical methods for causal inferences in observational studies and in clinical trial data. My recent research addresses both broad methodological topics in pharmacoepidemiology and statistical issues specific to pediatric and perinatal epidemiology.

3.  From 1996 to 2013, I led and developed the Biostatistics Consulting Service and oversaw biostatistics services under the Centre for Innovative Medicine and the Centre for Outcomes Research and Epidemiology at the Research Institute of the McGill University Health Center. I have served twice (2007-2008 and 2009-2010) as the President of the Biostatistics section of the Statistical Society of Canada. Since 2011, I have been the leader of the Methods Team for the Canadian Network for Observational Drug Effect Studies, whose mandate is to provide high-quality evidence in response to drug safety queries generated by Canadian public health stakeholders. From 2012 to 2013, I served as the president for the Society for Pediatric and Perinatal Epidemiologic Research—an international society and primary academic organization for pediatric and perinatal epidemiologist worldwide—and continued to represent the society on the Executive Committee of the Congress of Epidemiology of the Americas until 2016.  I am currently President-Elect, and will be President as of July 1, 2018, of the Statistical Society of Canada, the primary academic organization for statisticians in Canada.

4.  I have published over 325 articles in peer-reviewed journals on various statistical topics, and I serve as an editor of the *American Journal of Epidemiology*, on the editorial board of

1

Confidential – Subject to Protective Order

*Pharmacoepidemiology and Drug Safety*, and as associate editor of two other journals, including *Statistics in Medicine*. Since 2001, I have participated in or chaired several national grant panels, including for the Canadian Institutes of Health Research (CIHR) and National Cancer Institute of Canada (NCIC).

5.  My current curriculum vitae, which includes a complete list of my publications, is attached to this report as **Appendix A**.  I have not testified in the past four years.

### B.  Materials Considered

6.  In forming my opinions, I have relied on my expertise as a biostatistician and information and materials provided to me by counsel as of this date.  **Appendix B** provides a list of materials I have reviewed and relied upon for this particular assignment. I reserve the right to supplement my opinions if additional information or data become available to me.

7.  I am being compensated at an hourly rate of $650 for time spent on this matter.  Part of the work for this assignment was performed, under my supervision and direction, by professional staff at Analysis Group, Inc. My compensation is not dependent upon the nature of my findings or on the outcome of this litigation.

### C.  Assignment

8.  I have been asked to provide answers to the following questions concerning data generated from samples tested in the Anti-IgG Enhanced Mumps Plaque-Reduction Neutralization Assay ("AIGENT") used in Protocol 007 for assays counted prior to an FDA inspection on August 6, 2001 (hereinafter "FDA Inspection"):[1]

    a.  What were the seroconversion rates based on (1) the original plaque counts and (2) the recounted plaque counts?

---

[1]  Protocol 007 or "A Study of M-M-R™ II at Mumps Expiry Potency in Health Children 12 to 18 Months of Age" was a clinical trial study designed to test the immune response of the M-M-R™ II (Measles, Mumps, and Rubella) vaccine.  *See* MRK-KRA00224982-5255 (Clinical Study Report, V205C, "A Study of M-M-R™ II at Mumps Expiry Potency in Health Children 12 to 18 Months of Age," December 19, 2003) ("Clinical Study Report"), at 224999.

Confidential – Subject to Protective Order

Appx16857

b. Among the plaque counts that were changed, what was the average change (in absolute value terms) in the number of plaque counts?[2]

c. Among the plaque counts that were changed, what percentage resulted in a change of three plaques or fewer?[3]

d. Among the wells with a plaque count change, what percentage of them were to seropositive pre-vaccination samples (i.e., "pre-positive" sample)?

e. Among pre-positive[4] samples with a plaque count change, what percentage of them were positive at only a single dilution?

f. Among pre-positive[5] samples, what percentage of them became seronegative pre-vaccination samples (i.e., "pre-negative") after recount?

g. What was the seroconversion rate (based on the recounted plaque counts) for pre-positive samples that became pre-negative after recount?

h. Among all test sample dilutions with a plaque count change, what percentage of them had changes that resulted in that dilution crossing the 50 percent plaque reduction mark relative to the mock serum control?

9.  In Section III below, I provide a brief background on the AIGENT assay used in Protocol 007 and define the assay terms referenced in the questions above.

10.  To conduct analysis to answer these questions, I supervised the transfer of plaque counting data from a paper format to an electronic database of the samples tested in the AIGENT assay as part of Protocol 007 and that had been counted prior to the FDA inspection.

---

[2] If a plaque count was changed multiple times, the last recounted plaque count was compared to the original plaque count.

[3] If a plaque count was changed multiple times, the last recounted plaque count was compared to the original plaque count.

[4] Based on the original plaque counts.

[5] Based on the original plaque counts.

3

Confidential – Subject to Protective Order

## II.    BACKGROUND ON PROTOCOL 007 AND THE AIGENT ASSAY

### A.  Protocol 007

11.    Protocol 007 was a double-blind randomized, multi-center clinical trial conducted in the United States that was designed to assess the immunogenicity of the Mumps Vaccine.[6] Protocol 007 used the AIGENT assay to test blood samples (or sera) from healthy children 12 to 18 months of age obtained immediately prior to vaccination ("pre-vaccination sample") and 6 weeks after vaccination ("post-vaccination sample").[7]

### B.  AIGENT Assay and Determination of Sample Titer

12.    In Protocol 007, the AIGENT assay was used to measure mumps neutralizing antibody in pre-vaccination and post-vaccination sera. Formation of plaques (or holes) in the cell sheet containing the serum is understood to reflect mumps virus infection of the cells. The pre-vaccination and post-vaccination results for each valid sample tested in the AIGENT assay are compared to determine whether seroconversion occurred for each sample.

13.    Generally, the AIGENT assay in Protocol 007 involved the following steps:[8]

   a.    Pre- and post-vaccination serum samples from a given study subject were each diluted at eight different two-fold ratios.

   b.    Each of these pre- and post-vaccination diluted samples (hereinafter "dilution") were combined with the mumps virus and incubated, resulting in eight dilutions ranging from 1/32 (the "lowest" dilution) to 1/4096 (the "highest" dilution).

   c.    Three copies ("triplicate") of each pre- and post-vaccination dilution were inoculated onto cell sheets (or "monolayers") in well plates.[9]

---

[6]    Clinical Study Report, at 224999.

[7]    Clinical Study Report, at 225032 and 225037-225038.

[8]    Clinical Study Report, at 225038.

[9]    Well plates are flat plates used in testing laboratories with multiple "wells" that are used as small test tubes.

Confidential – Subject to Protective Order

d. The number of plaques in each well were counted and recorded by lab technicians, and the plaque counts from the triplicate wells were averaged for each dilution.

e. The average plaque counts for each dilution were compared to the average plaque counts for the mock serum control, which consisted of the mumps virus and the materials used to dilute each sample, but no human serum.[10]

f. The highest dilution providing at least a 50 percent reduction in average plaque counts relative to the mock serum control was used to determine the "titers" of the pre- and post-vaccination serum. For example, if the highest dilution providing 50 percent or greater reduction in average plaque counts against the mock serum control for a pre-vaccination serum sample was 1/64, then the titer for the pre-vaccination serum was reported as 64, the reciprocal of the dilution value.[11]

### C. Seroconversion

14. A pre-vaccination serum with a titer of less than 32 (i.e., no dilution showed at least 50 percent reduction in average plaque counts relative to the mock serum control) was considered to be "seronegative" and assigned a titer of 16 for analysis.[12]  Otherwise, the serum was considered to be "seropositive." Pre-vaccination samples that were seronegative are also referred to as "pre-negative," and pre-vaccination samples that were seropositive are also referred to as "pre-positive."

15. Subjects who were seronegative at pre-vaccination and showed at least a four-fold rise in the titer post-vaccination (i.e., 16 to $\geq$ 64) were considered to have achieved seroconversion.[13]

---

[10] In addition to the mock serum control, each assay included "positive controls" defined as "a low and a high positive control serum sample from adult lab volunteers, with established valid titer ranges for each." *See* Clinical Study Report, at 225038.  Each assay also included MM cell control (i.e., uninfected control). MRK-KRA00028119-135 ("SOP Rev. 2"), at 28131.

[11] A serum that reduces the plaque counts by 50% or greater relative to the mock serum control at the highest test dilution (i.e., 1/4096) was assigned a titer of $\geq$ 4096.  Clinical Study Report, at 225038.

[12] Clinical Study Report, at 225032.

[13] Clinical Study Report, at 225032.

5

Confidential – Subject to Protective Order

16.    The seroconversion rate is defined as the proportion of subjects in the study who were seronegative at pre-vaccination who achieved seroconversion.[14]

## III.    DESCRIPTION OF THE DATA TRANSFER PROCESS

### A.  Data Files Received

17.    A total of 159 assays were counted prior to the FDA Inspection.  I received five types of documents containing relevant plaque counting data for these assays: (a) counting sheets, (b) samples codes, (c) workbooks, (d) summary sheets, and (e) experiment narratives. **Appendices C.1 to C.7** provide examples of each document type.

a.    Counting sheets contain hand-written plaque counts—the original count and any recounts—for each dilution in the assay.[15] Changes to an original plaque count after recounting are typically indicated by a handwritten recount value next to an original count that has been crossed out. In some cases, a plaque count was changed multiple times.

b.    The sample codes are a set of diagrams that show the correspondence between the location of the testing wells and the dilutions, the mock serum control, the positive controls, and the MM cell control.

c.    The workbooks are Excel transcriptions of the plaque count data from the counting sheets. In general, there are two workbooks for each assay: a "2000-2001 workbook" (hereinafter "2001 workbook") and a "2002 workbook."[16] The 2001 workbooks show the recounted plaque counts; the 2002 workbooks show the original counts.

---

[14]    Only valid samples and assays were included in the calculation of the seroconversion rate.

[15]    I received approximately 800 pages of counting sheets for the 159 assays, with assay numbers ranging from 741-00 to 785-01 (with gaps). Two assays (170-01 and 179-01) each have two separate counting sheets: one showing the original plaque counts and the other showing the recounts.

[16]    There are 145 assays with 2001 workbooks and 158 assays with 2002 workbooks (i.e., 14 assays are missing 2001 workbooks and one is missing the 2002 workbook).

6

Confidential – Subject to Protective Order

d. Almost all valid assays[17] have an associated summary sheet,[18] which lists the samples in the assay that were also considered to be "valid" according to the criteria specified in the study protocol. In general, there are two summary sheets for each assay: a "2001 summary sheet" and a "2002 summary sheet."[19] The 2001 summary sheets show titer information for serum samples that were determined to be valid based on the recounted plaque counts; the 2002 summary sheets show data for serum samples that were determined to be valid based on the original counts.

e. Experimental narratives are handwritten notes by lab technicians describing the purpose of each assay and the procedure that was followed. Sometimes, the narratives contain notes related to the validity of the assay.[20]

**B. Steps in Data Transfer Process**

18. The data transfer process was performed manually by members of the data entry team, who transcribed the information from the original sources onto Excel spreadsheets, which were then merged into an electronic database. To ensure accuracy, information was transcribed independently by two team members working in parallel, and both entries were compared and differences were resolved by a third reviewer.

---

[17] Criteria for validity of an assay are specified in the clinical trial documentation: (a) no plaques may be identified in the uninfected control plates; (b) the average number of plaques for the mock serum control must be between 10 and 40; and the (c) the control serum titers must be within the specified limits: 1) MKY control serum: 512 to 4096 titer range for assay numbers 741-00 through 8-01 and 256 to 2048 titer range for all remaining assays and (2) CM/CMB control serum: 2048 to 16384 titer range for all assays. *See* SOP Rev. 2, at 28119-28120 and 28131.

[18] Summary sheets were not generated for a few valid assays. There are also summary sheets that were generated for a number of assays that were later determined to be invalid (as indicated by written comments on the summary sheets).

[19] There are 132 assays with 2001 summary sheets and 134 assays with 2002 summary sheets (i.e., 27 assays are missing 2001 summary sheets and 25 assays are missing 2002 summary sheets).

[20] I only received the experiment narratives for assays with at least one missing summary sheet.

7

Confidential – Subject to Protective Order

19.    More precisely, the following steps were undertaken to transfer the data from the results of testing in the AIGENT assay from its printed format to an electronic format that could be analyzed:[21]

    a.    Step 1: assign assays to individuals from the data entry team;

    b.    Step 2: transfer data from the sample codes;

    c.    Step 3: transfer data from the counting sheets;

    d.    Step 4: transfer sample and assay validity data from the summary sheets and experiment narratives; and

    e.    Step 5: merge data from sample codes, counting sheets, and summary sheets to create an electronic database.

Below, I describe each of these steps in greater detail.

### i.    Step 1: Assign Assays to Individuals on the Data Entry Team

20.    For each assay, a group comprising three individuals from the data entry team were assigned to enter and/or review data from all documents associated with that assay. Two of the three individuals were designated to be the "main data entry personnel." These individuals were responsible for transferring the data from the same document independently, in parallel, to an Excel spreadsheet. Once the initial data entry was completed for a given assay, the third individual assigned to the assay was responsible for reviewing the entered data to resolve any differences and to quality check any entries that were flagged for review.

### ii.    Step 2: Transfer Data from the Sample Codes

21.    The goal of the data transfer process for the sample codes was to extract information on the testing plate number and well locations of each dilution and the positive controls, the mock serum control, and the MM cell control. The information on plate and well locations is

---

[21]    No data were transferred directly from the workbooks. Instead, the workbooks were used to confirm the plaque counts from the counting sheets that were difficult to discern.

Confidential – Subject to Protective Order

Appx16863

necessary to link the dilution values, sample numbers, and pre- and post-vaccination indicators to the plaque counts that appear on the counting sheets.

22.    After the completion of the sample code data entry by the two individuals assigned to each assay, a third individual compared the entered data and any differences were resolved.

### iii.    Step 3: Transfer Data from the Counting Sheets

23.    The goal of the data transfer process for counting sheets was to extract data on the original plaque counts and any subsequent changes to the plaque count for each dilution and control samples in the assay. While no data were transferred directly from the workbooks, the workbooks were used to validate the plaque counts from the counting sheets that were difficult to discern (i.e., original counts from 2002 workbooks and the recounts from 2001 workbooks).

24.    After the completion of the counting sheet data entry by the two individuals assigned to each assay, a third individual compared the entered data and any differences were resolved.

### iv.    Step 4: Transfer Sample and Assay Validity Data from the Summary Sheets and Experiment Narratives

25.    For each assay, the corresponding 2001 and 2002 summary sheets were identified, if available. The main aim of the data transfer process for the summary sheets was to record information related to the validity of the samples. Per the study protocol, only valid samples and assays were included in the calculation of seroconversion rates.

26.    First, the list of samples on the summary sheet—which indicates that the *sample* within that assay was determined to be valid—was extracted.[22] If a summary sheet was not available for a given assay, I determined *sample* validity based on the application of the criteria specified in the clinical trial documentation.[23]  Second, if a summary sheet was available for a given assay,

---

[22]    Sometimes a sample listed on the summary sheet was crossed out. These were considered to be invalid samples.

[23]    A test sample was determined to be invalid if (1) all valid dilutions were not neutralizing (i.e., > 50%), and there is at least one invalid dilution; or (2) an invalid dilution immediately follows the last neutralizing dilution. The result for a dilution of a serum is valid if at least two plaque counts are available from the set of 3 inoculated wells. *See* SOP Rev. 2, at 28132.

Confidential – Subject to Protective Order

any notes on the summary sheet related to the validity of the *assay* were recorded. These notes were used to determine *assay* validity. If a summary sheet was not available for a given assay, notes from experiment narratives were used to determine *assay* validity.

27.    After the completion of the summary sheet data entry by the two individuals assigned to each assay, a third individual compared the populated data template files and any differences were resolved.

### v.    Step 5: Create an Assay Counting Database

28.    The quality-checked data from the sample codes, counting sheets, and summary sheets were merged together to construct an electronic database of counting data from the 159 assays counted before the FDA Inspection.

## IV.    STATISTICAL EVALUATION OF PLAQUE COUNTS

29.    I analyzed the electronic database to answer the questions outlined in paragraph 8 above.

### A.    Seroconversion Rates Based on the Original and the Recounted Plaque Counts

30.    What were the seroconversion rates based on (1) the original plaque counts and (2) the recounted plaque counts?

31.    To answer this question, I first determined the average plaque counts for each dilution (pre- and post-vaccination) in the study,[24] and these counts were compared against the average plaque counts for the mock serum control. Second, I calculated the titer for each valid sample (i.e., the highest dilution providing at least a 50 percent reduction in plaque counts relative to the mock serum control). Third, as set out in the study protocol, study subjects that achieved at least a four-fold increase in titer from 16 to $\geq$ 64 were determined to have achieved seroconversion.[25]

---

[24]    For an average plaque count to be calculated for a given dilution, at least two or more of the wells for given dilution must have usable plaque counts. *See* Clinical Study Report, at 225039. Wells may not provide usable plaque count for various reasons, including the monolayer being dry or torn.

[25]    Clinical Study Report, at 225032.

Confidential – Subject to Protective Order

32.    As shown in Table 1 below, based on the original plaque counts, 1,282 out of 1,399 subjects in the study seroconverted, resulting in a seroconversion rate of 91.6%.[26] Based on the recounted plaque counts, 1,373 out of 1,505 subjects in the study seroconverted, resulting in a seroconversion rate of 91.2%.

**Table 1**
**Seroconversion Rates Based on the Original and the Recounted Plaque Counts**

| Based on the Original Plaque Counts | | | Based on the Recounted Plaque Counts | | |
|---|---|---|---|---|---|
| # of Subjects Who Seroconverted | # of Valid Pre-Negative Subjects | Seroconversion Rate | # of Subjects Who Seroconverted | # of Valid Pre-Negative Subjects | Seroconversion Rate |
| 1,282 | 1,399 | 91.6% | 1,373 | 1,505 | 91.2% |

### B.  Average Plaque Count Change

33.    Among the plaque counts that were changed, what was the average change (in absolute value terms) in the number of plaque counts?

34.    To answer this question, I identified the plaque counts that were changed.[27] For each plaque count change, I calculated the absolute value of the difference between the recounted plaque count and the original plaque count. I then divided the sum of these differences (10,821) by the number of plaque count changes in the study (3,551) to calculate the average change in the number of plaque counts.[28, 29]

35.    Among the plaque counts that were changed, the average change in the plaque count was 3.05.

---

[26]    Only valid samples in valid assay were included in the calculation of seroconversion rates.

[27]    All samples were included in the analysis whether they were valid or not based on the criteria specified in the study protocol. Only changes involving numerical plaque counts were included in the analysis.

[28]    The number of plaque count changes is calculated at the well-level (i.e., if there were multiple changes to a given original plaque count, it was counted as one change). This is because the magnitude of the change is calculated as the difference between the last recounted plaque count and the original count.

[29]    Average change in the plaque count = [sum of the absolute value of plaque counts changes] / [# of plaque counts that were changed].

11

Confidential – Subject to Protective Order

### C. Plaque Count Changes of Three Plaques or Fewer

36.    Among the plaque counts that were changed, what percentage of them resulted in a change of three plaques or fewer?

37.    To answer this question, I calculated the proportion of plaque counts that were changed[30] that had a difference of three or fewer plaques between the recounted plaque count and the original plaque count.[31]

38.    Among the 3,551 plaque counts that were changed,[32] 2,708 or 76.3% of them had a change of three plaques or fewer.

### D. Plaque Count Changes to Pre-Positive Samples

39.    Among the wells with a plaque count change, what percentage of them were to seropositive pre-vaccination samples (i.e., "pre-positive" sample)?

40.    To answer this question, I identified all wells that had a plaque count change.[33]  I then calculated the titer for each sample in the study. Per the study protocol,[34] pre-vaccination samples that had a titer of 32 or higher based on the original plaque counts were identified as pre-positive samples.[35] Next, among the wells that were changed, I calculated the proportion of them that contained a pre-positive serum sample.[36]

41.    Among 3,783 wells that were changed, 705 or 18.6% of them were wells containing pre-positive serum samples.

---

[30]  All samples and assays were included in the analysis whether or not they were valid. Only changes involving numerical plaque counts were included in the analysis.

[31]  % of count changes of 3 or fewer plaques = [# of plaque count changes of 3 or fewer plaques] / [# of plaque counts that were changed].

[32]  The number of plaque count changes is calculated at the well-level (i.e., if there are multiple changes to a given original plaque count, it was counted as one change).

[33]  All changes, including changes that did not involve the numerical plaque count, were included in the analysis.

[34]  Clinical Study Report, at 225032.

[35]  Pre-positive samples in all assays were included in the analysis whether or not the assays were valid.

[36]  % of wells with a change that contained pre-positive samples = [# of wells in pre-positive samples with a change] / [# of wells with a change].

12

Confidential – Subject to Protective Order

### E. Pre-Positive Samples with Plaque Count Changes That Were Positive at Only a Single Dilution

42.   Among pre-positive samples with a plaque count change,[37] what percentage of them were positive at only a single dilution?

43.   To answer this question, I identified samples that were positive at only a single dilution among the pre-positive samples above (*see* Section IV.D). In other words, among pre-positive samples, I identified samples where only one of the dilutions had an average plaque count that was less than or equal to 50 percent of the average plaque count of the mock serum control.[38]

44.   Among the 141 samples with a pre-positive dilution that had a plaque count change, 102 or 72.3% of them were positive at only a single dilution.

### F. Pre-Positive Samples That Became Pre-Negative after Recount

45.   Among pre-positive samples, what percentage of them became seronegative pre-vaccination samples (i.e. "pre-negative") after recount?

46.   To answer this question, I identified pre-vaccination samples that had a titer of greater than or equal to 32 based on the original plaque counts (i.e., "pre-positive").[39]  I then calculated the proportion of them that had a titer of less than 32 (i.e., "pre-negative") based on the recounted plaque counts.[40]

47.   Among 277 pre-positive samples, 89 or 32.1% of them became pre-negative based on the recounted plaque counts.

---

[37]  Pre-positive samples in all assays were included in the analysis whether or not the assays were valid. All changes, including changes that did not involve the numerical plaque count, were included in the analysis.

[38]  % of pre-positive samples with plaque count changes that were positive at only a single dilution= [# of pre-positive samples with plaque count changes that were positive at only a single dilution] / [# of pre-positive samples with a plaque count change].

[39]  Pre-positive samples in all assays were included in the analysis whether or not the assays were valid.

[40]  % of pre-positive samples that became pre-negative after recount = [# of pre-positive samples that became pre-negative after recount] / [# of pre-positive samples].

13

Confidential – Subject to Protective Order

### G. Seroconversion Rate for Pre-Positive Samples That Became Pre-Negative after Recount

48. What was the seroconversion rate (based on the recounted plaque counts) for pre-positive samples that became pre-negative after recount?

49. To answer this question, I first identified all samples that were pre-positive based on the original plaque counts (i.e., titer $\geq$ 32) that became pre-negative (i.e., titer < 32) based on the recounted plaque counts. Second, for each sample in this group, I determined whether seroconversion was achieved (i.e., a four-fold increase in titer from 16 to $\geq$ 64) after recount. Third, I calculated the seroconversion rate for this group of samples.[41]

50. Among 67 valid pre-positive samples that became pre-negative after recount, the seroconversion rate after recount was 89.6%.

### H. Dilutions That Crossed the 50 Percent Plaque Reduction Mark Relative to the Mock Serum Control after Recount

51. Among all test sample dilutions with a plaque count change, what percentage of them had changes that resulted in that dilution crossing the 50 percent plaque reduction mark relative to the mock serum control?

52. To answer this question, I first identified test sample dilutions with a plaque count change.[42] For each test sample dilution identified, I calculated the average plaque count as a percentage of the mock serum control, first, based on the original plaque counts and second, based on the recounted plaque counts. Using these percentages, I identified test sample dilutions with an average plaque count that were greater than 50 percent of the mock serum control based on the original plaque counts but that were less than or equal to 50 percent of the mock serum control

---

[41] Only valid samples and assays as recounted were included in the calculation of the seroconversion rate.

[42] All dilutions for which average plaque count can be calculated were included in the analysis, whether or not they were part of a valid sample or assay. All changes, including changes that did not involve the numerical plaque count, were included in the analysis.

14

Confidential – Subject to Protective Order

after the recount, or vice versa.[43] These test sample dilutions are those that "crossed the 50 percent plaque reduction mark" relative to the mock serum control after recount.

53.    Among 1,729 test sample dilutions with a plaque count change, 216 or 12.5% of them had recounted plaque counts that resulted in the dilution crossing the 50 percent plaque reduction mark relative to the mock serum control.[44]

June 14, 2018

Robert W. Platt, Ph.D.

---

[43]    Test sample dilutions that crossed the 50 percent plaque reduction mark solely due to a plaque count change to the mock serum control are excluded from the analysis. However, any plaque count changes to the mock serum control were taken into account when determining the average plaque counts of the test samples as a percentage of the mock serum control.

[44]    % of test sample dilutions with a plaque count change that resulted in the crossing of the 50 percent plaque reduction mark = [# of test sample dilutions with a plaque count change that resulted in the crossing of the 50 percent plaque reduction mark] / [# of test sample dilutions with a plaque count change].

Confidential – Subject to Protective Order

Appendix A
## CURRICULUM VITAE

**ROBERT W. PLATT**

**McGill University, Faculty of**

**Medicine Curriculum Vitae**

Date of last revision: June 5, 2018

## A. IDENTIFICATION

**Name:**
Robert W. Platt, Ph.D.

**Office Mailing Address:**
McGill University
Purvis Hall
1020 Pine Ave W
Montreal Québec
H3A 1A2

Office phone: 514-340-8222 ext. 28683
FAX: 514-340-7564
Email: robert.platt@mcgill.ca

**Other:**
Citizenship: Canada
Languages Spoken: English, French

**B. EDUCATION**

**Undergraduate:**

McGill University, Montreal, Quebec
Department of Mathematics and Statistics,
B.Sc., Mathematics, First Class Honors
September 1986 to April 1990

**Graduate:**

M.Sc., Statistics, 1993
University of Manitoba, Winnipeg, Manitoba
Department of Statistics

M.Sc., Biostatistics, 1995
University of Washington, Seattle, Washington
Department of Biostatistics

Ph.D., Biostatistics, 1996
University of Washington, Seattle, Washington
Department of Biostatistics
Thesis Topic: An Evaluation of Saddlepoint Approximations in the Generalized Linear Model
Supervisor: Dr. Norman Breslow

Robert W. Platt Curriculum Vitae

**C. APPOINTMENTS**

**University:**

Albert Boehringer I Chair
Departments of Pediatrics and of Epidemiology, Biostatistics and Occupational Health
McGill University, Montreal, Quebec
January 2016 to present

Professor (with tenure)
Departments of Pediatrics and of Epidemiology, Biostatistics and Occupational Health
McGill University, Montreal, Quebec
January 2011 to present

Associate Professor (with tenure)
Departments of Pediatrics and of Epidemiology, Biostatistics and Occupational Health
McGill University, Montreal, Quebec
June 2004 to December 2010

Assistant Professor
Departments of Pediatrics and of Epidemiology, Biostatistics and Occupational Health
McGill University, Montreal, Quebec
October 1996 to May 2004

**Hospital:**

Associate Director
Biostatistics and Data Management, Centre for Innovative Medicine, McGill University
Health Centre Research Institute
April 2013- May 2015

Director
Biostatistical Consulting Service
Montreal Children's Hospital Research Institute
Oct 1996 to April 2013

Investigator
Montreal Children's Hospital Research Institute/MUHC Research Institute
Oct 1996 to present

**Other:**

Affiliate Member
Children's Hospital of Eastern Ontario Research Institute
November 2000 to present

Robert W. Platt Curriculum Vitae

**D. SPECIAL HONORS, AWARDS, RECOGNITION**

Faculty Scholar, McGill University. 1987-1990.

University Scholar, McGill University 1989-1990.

E Beatty Scholarship Award for excellence in undergraduate Mathematics, McGill University 1988-1989 and 1989-1990.

University of Manitoba Fellowship -- Graduate Study Fellowship, University of Manitoba, 1991-1993.

ARCS Fellowship Award
Department of Biostatistics University of Washington, 1993-1996.

Donovan J. Thompson Award for best performance on the Ph.D. qualifying exams
Department of Biostatistics, University of Washington, 1994.

Chercheur-Boursier award, Fonds de Recherche en Santé du Québec, 1999-2003 (declined).

Medical Research Council of Canada Scholarship (CIHR New Investigator award), 1999-2004.

Fraser, Monat, McPherson Award (McGill Faculty of Medicine), 2004-2007.

Chercheur-Boursier award, Fonds de Recherche en Santé du Québec, 2005-2008.

Prix d'Excellence, Fonds de la recherche sur les maladies infantiles, 2005

Chercheur-Boursier Senior award, Fonds de Recherche en Santé du Québec, 2008-2012.

Chercheur-National award, Fonds de Recherche en Santé du Québec, 2012-2016

Albert Boehringer I chair in Pharmacoepidemiology, 2016 (Feb)

PDS Best Reviewer 2015- Pharmacoepidemiology and Drug Safety, 2016 (August)

2016 Web of Science Highly Cited Researcher, 2016 (September)

PDS Best Reviewer 2016 - Pharmacoepidemiology and Drug Safety, 2017 (July)

2017 F1000Prime award (Research Methodology), 2018 (March)

Robert W. Platt Curriculum Vitae

**E. TEACHING**

**McGill Courses**

(note - for each course hour, 2-3 hours of preparation required)

BIOS-701 applied comprehensive exam – chair of committee and lead examiner, 2008-13, examiner 2015

BIOS-624: Data Analysis and Report Writing
4 credits, 52 course hours
  Winter term (2008-13)
  Developed this course (previously not offered)
Course evaluations available for all years

EPIB-610: Causal Inference
3 credits, 39 course hours
  Fall 2007, co-taught with John Lynch (formerly EPIB 608)
  Winter 2009-11, co-taught with Jay Kaufman
  Winter 2012, co-taught with Arijit Nandi
  Winter 2013, co-taught with Ashley Naimi
  Winter 2015-present, taught alone
  Developed this course (previously not offered)
Course evaluations available for all years

BIOS-610: Causal Inference in Biostatistics
4 credits, 52 course hours
  Winter 2015-present taught alone
  Developed this course (previously not offered)
Course evaluations not yet available

EPIB-658: Statistical Methods for Causal Inference in Epidemiology
1 credit, 13 course hours:
  Winter 2007, sole instructor
  Developed this course (previously not offered)
Course evaluations available for all years.

EPIB-659: Introduction to Statistical Computing for Epidemiology
1 credit, 13 course hours:
  Fall 2004, sole instructor
  Developed this course (previously not offered)
Course evaluations available for all years.

Robert W. Platt Curriculum Vitae

EPIB-675:  Analysis of Correlated Data (replaced EPIB-652)
3 credits, 39 course hours:
        2003-04 to 2006-07, sole instructor (except 2005-06 on sabbatical leave and 2006-
        07 co-taught with Andrea Benedetti)
        Developed this course (previously not offered)
Course evaluations available for all years.

EPIB-681 (formerly 513-681).  Data Analysis II: Analysis of Binary Data
3 credits, 39 course hours:
        1996-97 co-taught with Dr. S. Suissa
        1997-98 to 2002-03, sole instructor.
Course evaluations available for all years.

EPIB-652 (formerly 513-652):  Analysis of Correlated Data
1 credit, 13 course hours:
        2000-01 to 2002-03, sole instructor
        Developed this course (previously not offered)
Course evaluations available for all years.

513-678 : Analysis of Multivariable data
Co-taught with Dr. M. Abrahamowicz and Dr. A. Ciampi
        June 1998, 9 course hours
Course evaluations available.

Guest lectures in other McGill Epidemiology and Biostatistics courses: minimum 3
hrs/term

Robert W. Platt Curriculum Vitae

**Research Trainees Supervised**

**Epidemiology and Biostatistics - Biostatistics Stream/Biostatistics Program**

H. Yang, M.Sc.: "Change-point models in the risk of anti-asthmatic drugs", degree granted 1999.  Co-supervisor: Samy Suissa.  Employed:  University of Calgary

S. Sultan, M.Sc.: "Probabilistic Assessment of Study Quality in Meta-analysis", degree granted 2002.  Employed:  Health Canada

Khajak Ishak, Ph.D.: "Meta-analysis: Approaches to Multivariate Outcomes".  Canada Graduate Scholar.; degree granted October 2006.  Employed: United BioSource

Tong Guo, Ph.D.:  "Causal Inference in Randomized Trials in the Presence of Partial Compliance" degree granted November 2009. Employed: WuXiPra Contract Research.

Marie-Eve Beauchamp, Ph.D.: "Models for heterogeneity in proportions for longitudinal binary data", degree granted June 2010. Employed: McGill University Health Centre Research Institute

Mireille Schnitzer, Ph.D.: "Targeted maximum likelihood estimation", degree granted 2012. Employed: Assistant Professor, Universite de Montreal.

Menglan Pang, M.Sc.: "A study of non-collapsibility of the odds ratio via marginal structural and logistic regression models", degree granted 2012. Currently enrolled in PhD program.

Michael Regier, Postdoctoral fellow: "Measurement error in causal inference". Co-supervisor: Erica Moodie. Sept. 2009- Oct. 2012 Employed: University of West Virginia

Maria Eberg. MSc, biostatistics.  "Multiple imputation for missing data in multi-stage designs" degree granted 2013.  Employed: Algorithme Pharma

Tibor Schuster, Postdoctoral fellow: "Drug Safety research using the propensity score". 2012-2014. Employed: University of Melbourne, Australia

Pablo Gonzalez Ginestet, MSc. "Bayesian Adjustment for Confounding in Bayesian Propensity Scores" 2013-2015. Employed: Research Assistant, Canadian Network for Observational Drug Effect Studies

Menglan Pang, Ph.D. candidate. Project TBA. 2014-present (FRSQ studentship).

Gabrielle Simoneau, Ph.D. candidate. Project TBA. 2015-present (FQRNT studentship; co-supervised with Erica Moodie)

Maria Esther Perez Trejo, PhD: "Double clustering in cluster randomized trials" degree granted 2015. Employed: Research Associate, University of Washington.

Enrico Ripamonti, Postdoctoral fellow: "High dimensional propensity scores and Bayesian methods". February 2015-December 2016. Employed: University of Milan-Bicocca

Ehsan Karim, Postdoctoral fellow: "Machine learning in drug safety research". September 2015-November 2016. Employed: Investigator, UBC.

Arijit Sinha, Postdoctoral fellow: "Bayesian methods in pharmacoepidemiology". September 2015-August 2016. Employed: Pfizer

Chris Gravel, Postdoctoral fellow: "Utilization of Electronic Health Records for Drug Safety Signal Refinement". September 2015-present. MITACS ACCELERATE fellowship, in partnership with Risk Sciences International

Leila Golparvar, Postdoctoral fellow: "Causal discovery in large administrative datasets". September 2015-present.

Alex Levis. MSc, biostatistics. "Simulation and causal inference methods for repeated measures or longitudinal data". 2015-2017/06. PhD student, Harvard.

XIaoyu Wei, MSc, biostatistics. "Augmented Inverse Probability Weighting in High Dimensional Data". 2016-2018/06. Entering PhD program, Brown University, fall 2018

Janie Coulombe, PhD, biostatistics. Project TBA. 2016-present (co-supervision with Erica Moodie)

Steve Ferreira Guerra, PhD, biostatistics. Project TBA. 2017-present (co-supervision with Michal Abrahamowicz)

Guanbo Wang, PhD, biostatistics (co-supervision with Mireille Schnitzer)

**Epidemiology and Biostatistics - Epidemiology Stream/Epidemiology Program**

Arik Azoulay, M.Sc. "The Use of the Transition Cost Accounting System to Compare Costs of Treatment between Canada and the US: Methodological Issues Based on the Case of Acute Myocardial Infarction", degree granted 2001. Co-supervisor: Mark Eisenberg. Self-employed

Robert W. Platt Curriculum Vitae

R. Barnes, M.Sc. "GnRH analogue treatment of idiopathic central precocious puberty presenting in girls after age five years; a multi-centre follow up to final adult height", degree granted 2002. Employed: MUHC/McGill

Karen Okrainec, M.Sc.: "Medical Therapy Following Coronary Artery Bypass Graft Surgery", degree granted 2004. Co-supervisor: Mark Eisenberg

Vidal Essebag Ph.D. "Amiodarone and the risk of Pacemaker Insertion", degree granted 2004. Co-supervisor: Louise Pilote. Employed: MUHC.

Samantha Hill, M.Sc.: "Near Infra-Red Spectroscopy in a Pediatric Population Undergoing Cardiac Surgery", degree granted 2009.

Jennifer Hutcheon, Ph.D.: "Issues in the use of Small for Gestational Age in perinatal epidemiology", (winner, Prix d'Excellence 2007 from the Fonds de la recherche sur les maladies infantiles); degree granted 2009. Employed: assistant professor, UBC.

Machelle Wilchesky, Postdoctoral fellow "Methodological issues in perinatal epidemiology" Nov 2008-April 2010. Employed Maimonides Centre for Research in Aging

Patricia Fontela, Ph.D. "Surveillance of Catheter-Related Bloodstream Infections in Quebec Intensive Care Units". Co-supervisor: Caroline Quach. FRSQ scholarship. Degree granted 2012. Employed: assistant professor, McGill

Evelyne Vinet, Ph.D. "Reproductive issues in women with systemic lupus erythematosus: should we be afraid of the Big Bad Wolf?" Degree granted 2015. Employed: assistant professor, McGill.

Elise Fortin, PhD "Measuring antimicrobial use to predict resistance of the healthcare-associated microbiota" Co-supervisor: Caroline Quach. Degree granted 2015. Employed: INSPQ

Nasheed Moqueet, PhD candidate. Co-supervisor: Marina Klein. "Investigating Genetic and Pro-fibrogenic Immune Markers of Hepatitis C Outcomes in HIV-HCV Co-infected Individuals" September 2010 - Completed August 2016

Deshayne Fell, PhD candidate "H1N1 infection in pregnancy". September 2011 - Completed June 2016

Alexandra Seaward, PhD candidate "Mediation in Perinatal Epidemiology" September 2012 – 2017/06

Dinela Rushani, PhD candidate. Co-supervisor: Jay Kaufman September 2013 – 2018/06.

Sonia Grandi, PhD candidate. September 2013-2018/06

Azar Mehrabadi, Postdoctoral fellow "Anti-hypertensive treatment in pregnancy and the risk of acute kidney injury" September 2015-2017/06. CIHR fellowship.

Tianze Jiao, Postdoctoral fellow. January 2018-present.


**Mathematics and Statistics**

Ye Tan, M.Sc.: "Comparison of Methods for Clustered Binary Data with Weak Correlation",

degree granted 2004. Employed: United BioSource.

Michelle Ross, M.Sc.. "Semiparametric methods for estimating birth weight in the presence of gestational age errors", degree granted 2007. Employed: assistant professor, University of Pennsylvania

**Other Universities**

Elena Landoni, MSc. "Evaluation of High Dimensional Propensity Scores", University of Milan-Bicocco. degree granted 2012/8. Enrolled in PhD program.

Aurelie Chevance, MSc. "Outlier detection in meta-analysis", ISPED. September 2012. Employed: Biostatistician, institute Gustave Roussy, Paris.


**Thesis Committee Member (completed degrees) :**

I have been a member of more than 25 student thesis committees since 1996.

**Invited Presentations**

**International**

Platt, R.W. "Generalized linear models for meta-analysis" Temple University Department of Statistics, May 1, 1998.

Platt, R.W. "Methods for Creation of Fetal Growth Standards Using Population Based Data", National Centre for Health Statistics workshop on use of gestational age data for analytic research, Hyattsville, MD, March 30, 2000.

Platt, R.W. "How should gestational age be used in analysis of perinatal outcomes?", Division of Epidemiology, Statistics and Prevention Research, NICHD, Rockville, MD, May 3, 2005

Platt, R.W. "Dependencies in Reproductive and Perinatal Research", Society for Pediatric and Perinatal Epidemiologic Research 2006 meeting, Advanced Methods Workshop, Seattle, WA, June 20, 2006.

Platt, R.W. "Estimating the Causal Effect of Breastfeeding on Infant Weight Gain", Division of Epidemiology, Statistics and Prevention Research, NICHD, Rockville, MD, January 24, 2008

Platt, R.W. "Meta-analysis of Multivariate Outcomes" SAMSI workshop on Meta-Analysis, Research Triangle Park, NC, June 11, 2008

Platt, R.W. "Estimating the Causal Effect of Breastfeeding on Infant Weight Gain" International Biometric Conference, Dublin Ireland, July 16, 2008

Platt, R.W. "Meta-analysis of Multivariate Outcomes" Eastern North American Region of the International Biometric Society, San Antonio, NM, March 11, 2009 (declined invitation due to illness)

Platt, R.W. "Clustered measurement in cluster-randomized trials" Boston Children's Hospital Clinical Research Program Biostatistics Group, June 11, 2009

Platt, R.W. "Time Modified Confounding" University of Washington Department of Biostatistics, October 6, 2009.

Platt, R.W. "Hidden data in Perinatal Epidemiology" University of Pittsburgh, MCH Epidemiology, Nov 8, 2009.

Platt, R.W. "Customized Fetal Growth Measures" University of Pittsburgh, Dept. of Ob/Gyn., Nov. 9, 2009

Platt, R.W. "Selection bias in perinatal epidemiology" Society for Epidemiologic Research 2010 meeting, June 2010.

Platt, R.W. "An information criterion for marginal structural models". Eastern North American Region of the International Biometric Society, Miami, FL, March 21, 2011

Platt, R.W. Panelist on the future of reproductive and perinatal epidemiology, Society for Paediatric and Perinatal Epidemiologic Research Annual Meeting 2012, Minneapolis, MN

Platt, R.W. "Methods challenges in drug safety research" International Society for Pharmacoepidemiology 2012 meeting, Barcelona, Spain

Platt, R.W. "Statistical models for fetal growth" Eastern North American Region of the International Biometric Society, Orlando, FL, March 22, 2013

Platt, R.W. "Statistical models for fetal growth" Society for Epidemiologic Research Annual Meeting, Boston, MA, June 19, 2013

Platt, R.W. "Preventing the birth weight paradox: choosing the right denominator" International Epidemiological Association World Congress of Epidemiology, Anchorage, Alaska, August 19, 2014.

Platt, R.W. "The Canadian Network for Observational Drug Effect Studies (CNODES)". PCORI Workshop on Distributed Analysis in Healthcare Data Networks. Washington, DC. December 4, 2014

Platt R.W. "Missing data in Longitudinal Studies: to Impute or Not to Impute", 7th annual INRICH conference, Montreal, QC, June 26, 2015

Platt R.W. "Targeted Maximum Likelihood in Pharmacoepidemiology", University of Pennsylvania Center for Pharmacoepidemiology Research and Training, Philadelphia, PA, October 8, 2015

Platt R.W. "Panel, Causal Inference Methods and Large Administrative Databases" Atlantic Causal Inference Conference, New York City, May 27, 2016.

Platt R.W. "Pooling to Estimate Treatment Effects in Distributed Networks While Respecting Privacy Concerns: Experience from the Canadian Network for Observational Drug Effect Studies". International Biometric Conference, Victoria, BC, July 11-15, 2016.

Platt R.W. "Panel, Causal Inference Methods in Pharmacoepidemiology". International Conference On Pharmacoepidemiology, Dublin, August 25-28, 2016.

Robert W. Platt Curriculum Vitae

Platt R.W. "Some issues in analysis of large administrative datasets". International Chinese Statistical Association Conference, Shanghai, China, December 19-22, 2016

Platt, R.W. "Norman Breslow: In memoriam", Society for Epidemiologic Research Annual Meeting, Seattle, WA, June 14-17, 2017

Platt, R.W. "Can we use machine learning for confounding control? Should we?" International Chinese Statistics Association Applied Statistics Symposium, Chicago, IL, June 25-28, 2017

Platt, R.W. "Can we use machine learning for confounding control? Should we?" Joint Statistical Meetings, Baltimore, MD, July 28-Aug 3, 2017

Platt, R.W. "Using Networks to Ensure Reproducible and Replicable Research". Plenary Session, International Conference on Pharmacoepidemiology, Montreal, QC, August 26-30, 2017

Platt, R.W. "CNODES CDM Pilot: the challenge of transforming data". December 12, 2017, European Medicines Agency forum "A Common Data Model for Europe? Why? Which? How?", London, UK (also member of Program Committee)

Platt, R.W. "CNODES Experience with the Sentinel Common Data Model". February 7, 2018, Tenth Annual Sentinel Public Workshop, Bethesda, MD.

Platt, R.W. "Marginal Structural Models: Nuts, Bolts and Why you Should Care". International Society for Pharmacoepidemiology Mid-year meeting, April 23, 2018, Toronto.

Platt, R.W. "Can we use machine learning for confounding control? Should we?" University of Minnesota department of Epidemiology Seminar Series, April 26, 2018, Minneapolis, MN.


**National**

Platt, R.W. "Generalized linear mixed models for meta-analysis" University of Toronto Department of Statistics, September 24, 1998.

Platt, R.W. "Generalized linear mixed models for meta-regression" Thomas C. Chalmers Centre for Systematic Reviews, Children's Hospital of Eastern Ontario, November 2, 1998.

Platt, R.W. "Importance sampling for creation of a fetal growth standard" Department of Community Medicine, University of Calgary, February 19, 1999.

Robert W. Platt Curriculum Vitae

Platt, R.W. "Generalized Linear Mixed Models for Meta-analysis".  Concordia-UQAM Statistics seminar series, Nov. 17, 2000.

Platt, R.W., "Generalized Linear Mixed Models for Meta-analysis".  Carleton University Department of Statistics, February 27, 2001.

Platt, R.W. "Analysis of Fetal and Infant Mortality", Clinical Epidemiology Program, Ottawa Health Research Institute, Jan. 23, 2003.

Platt, R.W. "Analytic approaches for fetal and infant mortality", Clinical Epidemiology Program, Ottawa Health Research Institute, January 24, 2003.

Platt, R.W. "Causal Inference in the Presence of Partial Compliance", Statistical Society of Canada 2004 meetings, May 31, 2004, Montreal, QC.

Platt, R.W. "Estimating the Causal Effect of Breastfeeding on Infant Growth", University of Manitoba Department of Statistics, October 23, 2006

Platt, R.W. "Variable Selection and Marginal Structural Models" Statistical Society of Canada 2007 meetings, June 13, 2007, St. Johns.

Invited panel member, round table: "Issues in Statistics Collaboration" Statistical Society of Canada 2008 meetings, May 28, 2008, Ottawa.

Platt, R.W. "Time Modified Confounding" Statistical Society of Canada 2009 meetings, Vancouver, BC, June 3, 2009.

Invited panel member: "Careers in Biostatistics" Statistical Society of Canada 2009 meetings, Vancouver, BC, June 2, 2009

Platt, R.W. "Clustered measurement in cluster-randomized trials" CANNecTIN Biostatistics videoconference seminar series, June 12, 2009

Platt, R.W. "Time Modified Confounding" University of Montreal Cancer Epidemiology Oct 21, 2009.

Platt, R.W. "Issues in fitting marginal structural models" PRODIGY study research day, University of Montreal, January 20, 2010

Platt, R.W. "Challenges in the study of fetal growth" Memorial University, December 1, 2011

Platt, R.W. Invited Discussant on Allan Donner's talk, Statistical Society of Canada 2012 meeting.

Platt, R.W. "Methodological Challenges in Drug Safety Research: the Canadian Network for Observational Drug Effect." McGill Biostatistics Seminar Series. November 6, 2012.

Platt, R.W. "Causal Inference Methods: Marginal Structural Models and Inverse Probability Weighting." CNODES Workshop, Halifax, NS. October 22, 2012.

Platt, R.W. "Issues in Fitting Marginal Structural Models." Center for Clinical Epidemiology, Seminar series. January 29, 2013

Platt, R.W. "Causal Inference Methods: Marginal Structural Models and Inverse Probability Weighting." CNODES Workshop, Montreal, QC. June 27, 2013.

Platt, R.W. "Choosing the right target parameter: intent-to-treat, noncompliance, and compliance-adjusted effects" CIHR Innovative Clinical Trials Workshop, Ottawa, ON, January 30, 2014

Platt RW. "Marginal Structural Models: an overview and some challenges" BC Centre for Disease Control: Grand Rounds. Vancouver, BC. April 28, 2014.

Platt R.W. (Henry D, Ernst P, Lix L, Chateau D, Dormuth C ) "Observational studies of drug safety in distributed data networks: Experience from the Canadian Network for Observational Drug Effect Studies" 2014 IHDL Conference. Vancouver, BC April 29, 2014.

Platt R.W. "Targeted Inference". Invited sub-Plenary lecture, Canadian Society for Epidemiology and Biostatistics, Toronto, Ontario June 2, 2015.

Platt R.W. "Methodological Challenges in Administrative-Data Pharmacoepidemiology" University of Montreal Department of Pharmacy, Montreal, QC September 25, 2015.

Platt R.W. "Targeted Learning in Large Administrative Databases" CANSSI Workshop on Administrative Data, Simon Fraser University, BC April 4-6, 2016.

Platt R.W. Panel, "CIHR Funding for Research In Statistics" Statistical Society of Canada Conference, St. Catharines, ON, May 30-June 3, 2016.

Platt R.W. "Randomized Trials in Pregnancy – Statistical (Design) Challenges" Statistical Society of Canada Conference, St. Catharines, ON, May 30-June 3, 2016.

Platt RW. "Can we use machine learning to control for confounding? Do we need to?" Lady Davis Research Institute, Centre of Clinical Epidemiology Seminar series. February 7, 2017.

Platt, R.W. "Observational Analyses of Cluster-Randomized Trials", Statistical Society of Canada Annual Meeting, Winnipeg, MB, June 10-14, 2017

**McGill**

Platt, R.W. "A new approach to the analysis of fetal and infant mortality" Division of Clinical Epidemiology, Royal Victoria Hospital, Montreal, October 2, 1997.

Platt, R.W. "A new approach to the analysis of fetal and infant mortality: The effect of maternal smoking" Montreal Children's Hospital Research Institute, October 19, 1998.

Platt, R.W. "Importance sampling for creation of a fetal growth standard" Centre for Clinical Epidemiology and Community Studies, Jewish General Hospital of Montreal, March 3, 1999.

Platt, R.W. and Barnes, R.B. "Uses, Misuses and Abuses of Statistics" Pediatric Medical Grand Rounds, Montreal Children's Hospital, March 17, 1999.

Platt, R.W. "Methods for Creation of Fetal Growth Standards Using Population Based Data", Department of Epidemiology and Biostatistics, McGill University, October 14, 1999.

Platt, R.W. "Uses and Misuses of Statistics in Medical Research" Obstetrics and Gynecology Grand Rounds, McGill University Health Centre, January 10, 2000.

Platt, R.W. "Meta-analysis: an Introduction", Rehabilitation Research Seminar Series, Montreal Children's Hospital, April 4, 2000.

Platt, R.W. "Methods for Creation of Fetal Growth Standards Using Population Based Data", Division of Clinical Epidemiology, Montreal General Hospital, April 18, 2000.

Platt, R.W., "Generalized Linear Mixed Models for Meta-analysis". McGill Department of Mathematics and Statistics, Statistics seminar series, January 18, 2001.

Platt, R.W. "Methodological Issues in Perinatal Research", Royal Victoria Hospital Division of Clinical Epidemiology, November 6, 2001.

Platt, R.W. "Statistical Issues in Perinatal Research", Montreal General Hospital Division of Clinical Epidemiology, November 6, 2001.

Platt, R.W. "Meta-Analysis: Can we/Should we Adjust for Publication Bias and Quality?", McGill University Department of Epidemiology and Biostatistics, January 10, 2002.

Platt, R.W. "Uses and Misuses of Statistics in Medical Research" Division of Surgery Grand Rounds, McGill University Health Centre, March 7, 2002.

Robert W. Platt Curriculum Vitae

Platt, R.W. "Publication bias: What is it and should you care?", Centre for Clinical Epidemiology and Community Studies, Jewish General Hospital of Montreal, Nov. 6, 2002

Platt, R.W. "Analytic approaches for fetal and infant mortality", Division of Clinical Epidemiology, Montreal General Hospital, April 18, 2003.

Platt, R.W. "How to meet a statistician", McGill Department of Obstetrics and Gynecology Research Day, May 9, 2003.

Platt, R.W. "Causal inference in randomized clinical trials: a review", Royal Victoria Hospital Division of Clinical Epidemiology, December 4, 2003.

Platt, R.W. "What if I didn't attend this seminar? Counterfactuals and causes", McGill Department of Epidemiology and Biostatistics, February 2, 2004.

Platt, R.W. "The problem(s) with perinatal epidemiology", Jewish General Hospital Centre for Community Studies, May 23, 2007

Platt, R.W. "Estimating the Causal Effect of Breastfeeding on Infant Growth", McGill University Department of Pediatrics, April 30, 2007

Platt, R.W. "Estimating the Causal Effect of Breastfeeding on Infant Growth", McGill University Department of Epidemiology, Biostatistics and Occupational Health, September 11, 2007

Platt, R.W. "Estimating the Causal Effect of Breastfeeding on Infant Growth", McGill University Department of Pediatrics, April 30, 2007

Platt, R.W. "Time Modified Confounding", McGill University Department of Epidemiology, Biostatistics and Occupational Health, September 28, 2009

Platt, R.W. "Methodological Challenges in Drug Safety Research: the Canadian Network for Observational Drug Effect Studies" McGill Biostatistics seminar series, November 6, 2012.

Platt, R.W. "Risk Prediction Modeling: Statistical Methods and an Example from Chronic Kidney Disease" McGill department of Epidemiology, Biostatistics and Occupational Health summer seminar series, May 30, 2011.

Platt, R.W. "Methodological Challenges in Administrative-Data Pharmacoepidemiology" McGill Division of Clinical Epidemiology, September 17, 2015

Robert W. Platt Curriculum Vitae

Platt, R.W. "Statistical Challenges in Administrative-Data Pharmacoepidemiology" McGill Biostatistics seminar series, November 14, 2015.

Robert W. Platt Curriculum Vitae

**Clinical Teaching**

Undergraduate Medical Teaching: Small Group Sessions
        1996-1998, Epidemiology and Biostatistics (Charles Larson, course teacher)

Residents and Fellows
        1996-1999, Pediatrics, lectures as part of teaching program(2-3 per year)
        Teaching-oriented Grand Rounds in Pediatrics, Obstetrics and Gynecology, Surgery (see "invited presentations")

**Other Teaching**

***National***

CNODES-Health Canada Pharmacoepidemiology Training Program
        Lectures on confounding control and propensity scores, spring 2018

***International***

Chelyabinsk-McGill Project in Population Health: Introduction to Biostatistics
30 course hours, January 2000, Chelyabinsk, Russia
Course evaluations (qualitative) available

Faculty Member: CIHR-NICHD Summer Institute in Reproductive and Perinatal Epidemiology, July 2005, Cape Cod, MA:

Faculty Member: CIHR-NICHD Summer Institute in Reproductive and Perinatal Epidemiology, July 2006, Cambridge, MD.

Faculty Member: CIHR-NICHD Summer Institute in Reproductive and Perinatal Epidemiology, July 2007, Bromont, QC.

Faculty Member: CIHR-NICHD Summer Institute in Reproductive and Perinatal Epidemiology, July 2008, Burlington, VT.

Faculty Member: CIHR-NICHD Summer Institute in Reproductive and Perinatal Epidemiology, July 2009, Val-David, QC.

Faculty Member: CIHR-NICHD Summer Institute in Reproductive and Perinatal Epidemiology, July 2010, St. Michaels, MD.

Faculty Member: CIHR-NICHD Summer Institute in Reproductive and Perinatal Epidemiology, July 2011, Philadelphia, PA.

Robert W. Platt Curriculum Vitae

Faculty Member: CIHR-NICHD Summer Institute in Reproductive and Perinatal Epidemiology, July 2012, Philadelphia, PA.

**F. OTHER CONTRIBUTIONS TO THE SCHOLARLY COMMUNITY**

I am, effective July 1 2018, the President of the Statistical Society of Canada. Statistical Society of Canada . The Statistical Society of Canada is the primary academic organization for statisticians in Canada, and the Biostatistics section is the largest section within the SSC.  I have served twice as President of the Biostatistics section of the SSC.

I served (2012-13) as President of the Society for Pediatric and Perinatal Epidemiologic Research, and continue to represent the society on the Executive Committee for the 2016 Congress of Epidemiology of the Americas. SPER is an international society and the primary academic organization for pediatric and perinatal epidemiologists worldwide. The

I am graduate program director in the department of Epidemiology, Biostatistics, and Occupational Health (2015-present), responsible for direction and oversight of all graduate programs in the department. I was biostatistics program director from 2006 to 2011, and was the leader of the major program revision that took place in 2006.  We overhauled the program in total, bringing the content in line with that in top American biostatistics program.

At the Montreal Children's Hospital and McGill University Health Centre, I played a leading role in developing statistical consulting services. From 1996 to 2013 I led and developed the Biostatistics Consulting Service, and led the amalgamation of biostatistics services under the Centre for Innovative Medicine and the Centre for Outcomes Research and Epidemiology at the Research Institute of the MUHC-RI.  I have also played a leadership role in Information Systems at the MUHC Research Institute.  I currently chair a committee with the mandate to develop a research IS program that meets the needs of investigators while satisfying government confidentiality and security rules for hospitals.

Finally, I am active in journals and in reviewing for granting agencies.  I am associate editor on four journals, including Statistics in Medicine and the American Journal of Epidemiology, and have participated in national grant panels continuously since 2001 (CIHR, NCIC) and FRSQ panels since 2006; I recently chaired a CIHR Project Scheme panel for two years.  I have received three invitations to participate in NIH study sections, two of which I declined due to time conflicts. I have been external reviewer on several tenure and promotion dossiers and Ph.D. theses.

Robert W. Platt Curriculum Vitae

**Reviews**

**Editorial Boards:**

Child Development: Consulting Editor (Statistics), 2000 to 2007
Journal of Epidemiology and Community Health: Associate Editor, 2008-present
International Journal of Biostatistics: Associate Editor, 2011-present
Statistics in Medicine: Associate Editor, 2013-present
American Journal of Epidemiology: Associate Editor, 2014-2018; Editor 2018-present

**Ad hoc reviews, last 3 years:**

American Journal of Epidemiology
BioMed Central
Biometrical Journal
Biostatistics
Cancer
Circulation
Drug Safety
Epidemiology
European Journal of Epidemiology
Human Reproduction
Injury Prevention
International Journal of Biostatistics
Journal of the American Medical Association
Journal of the American Statistical Association
Journal of Causal Inference
Journal of Clinical Epidemiology
Journal of Computational and Graphical Statistics
New England Journal of Medicine
Pediatric and Perinatal Epidemiology
Pharmacoepidemiology and Drug Safety
Statistics in Medicine

Certificate of Reviewing Excellence, Pharmacoepidemiology and Drug Safety, 2013, 2014, 2015, 2016

Certificate of Reviewing Excellence, Elsevier and the Editors of Annals of Epidemiology Journals, 2013

**Other review activities, last 3 years:**

External Reviewer, 3 PhD theses (University of Ottawa, Dalhousie)

External reviewer of Tenure/Promotion Dossiers:
University of British Columbia
Simon Fraser University
University of Alberta
University of Waterloo
University of Ottawa
Harvard University
Emory University
University of Florida
Group Health Research Institute, Seattle
University of North Carolina
National Institute for Child Health and Human Development (NIH)

**Grant Reviews**

***Panel Member:***

US National Institutes of Health, NICHD.  Special Study Section, July 2003 (2 meeting days)

Population, Public and Community Health committee, Canadian Institutes of Health Research 2001-2005 (5 meeting days/ year)

Clinical Trials committee, National Cancer Institute of Canada
2005-2009 (2 meeting days/year)

Chercheur-boursier committee, FRSQ, 2006-2011 (2 meeting days/year)

Chercheur-national committee, FRSQ, 2012-13 (1 meeting day/yr)

Randomized Clinical Trials committee, Canadian Institutes of Health Research, 2011-2012 (4 meeting days/year)

Chercheur-national committee, FRSQ, 2013-14 (1 meeting day/yr)

Randomized Clinical Trials committee, CIHR - Scientific Officer, June 2013-June 2015 (4 meeting days/year)

Foundation Grants – CIHR – Stage 1 reviewer, September 2014-present.

Chercheur-boursier committee, FRSQ, 2015-present (2 meeting days/year)

Project Scheme – CIHR: Competition Chair, 2016-2018.

***Ad Hoc Reviews. Last 3 years:***

External Reviewer, Natural Sciences and Engineering Research Council
1999-present (1-2 reviews/yr, 5 hours)

External Reviewer, Medical Research Council of Canada
1999-2000 (1-2 reviews/yr, 5 hours)

External Reviewer, National Health Research and Development Program
1999-2000 (one review, 3 hours)

External Reviewer, Canadian Institutes of Health Research,
2000-present (2 reviews/yr, 5 hours)

External reviewer, MITACS Accelerate program and Elevate program
2012-present (1 review/yr, 2 hours)

**ADMINISTRATIVE RESPONSIBILITIES**

*McGill*

Biostatistics Program Director
Department of Epidemiology, Biostatistics, and Occupational Health
Sept 2001 to September 2005. (2 hours/week)
September 2006-June 2011 (4 hours/week)

Departmental Tenure Committee
Department of Epidemiology, Biostatistics, and Occupational Health
September 2009-June 2012 (10 hours/year)
September 2014-present (10 hours/yr)

Director of Graduate Programs
Department of Epidemiology, Biostatistics, and Occupational Health
September 2015-September 2018 (8 hours/week)

*Hospital*

Director of the Biostatistics Consulting Service
Montreal Children's Hospital Research Institute,
1996 to 2013 (3 hours/week)

Associate Director, Information Systems
McGill University Health Centre Research Institute,
2000-2007

Robert W. Platt Curriculum Vitae

Chair, Research Information Systems Steering Committee
McGill University Health Centre Research Institute,
2008 to present. (5 hours/week)

Associate Director (Biostatistics and Data Management), Centre for Innovative Medicine
McGill University Health Centre
2012-2015 (3 hours/week)

**Committees**

Member
Biostatistics Committee
McGill University Department of Epidemiology and Biostatistics
September 1998 to September 1999 (2 hours/month)

Member
Equipment Allocation Committee
McGill - Montreal Children's Hospital Research Institute
December 1997 to April 2001 (1 day/year)

Member (representing Pediatrics)
McGill University Faculty of Graduate Studies and Research Faculty Council
October 1999 to June 2002 (2 hours/month)

Member
Computing Committee
McGill University Department of Epidemiology and Biostatistics
September 1999 to August 2003

Member,
Admissions Committee,
McGill University Department of Epidemiology and Biostatistics
February 1999 to Sept 2001 and Sept 2002 –August 2003 (20 hours/year)

Member
Clinical Projects Committee
McGill - Montreal Children's Hospital Research Institute
December 1998 to June 2004 (10 hours, twice yearly)

Member
Comprehensive Exam Committee
McGill University Department of Epidemiology and Biostatistics
Sept 2000 to August 2004. (~20 hours work, twice yearly)

Robert W. Platt Curriculum Vitae

Member (representing Hospital Research Institutes)
McGill University Senate Committee on Information Systems and Technology Standing
Committee for Research
2001 to 2005 (3 hours/quarter)

Chair
McGill University Health Centre Research Institute Ad Hoc Research Information Systems
Committee
2000-2007

Member (Research Institute representative)
McGill University Health Centre Information Systems Steering Committee
2002 to 2010 (2 hours/month)

Member
Studentships Committee
McGill - Montreal Children's Hospital Research Institute
July 2004-June 2010 (10 hours, once yearly)

Member (Research Institute representative)
McGill University Health Centre Security and Confidentiality Committee
2000 to 2012 (2 hours/month)

**Professional and/or Learned Societies**

Member, American Statistical Association, 1996-present
Member, Statistical Society of Canada, 1997-present
Member, Society for Pediatric and Perinatal Epidemiologic Research, 2000-present
Member, Society for Epidemiologic Research, 2007-present

Statistical Society of Canada, Biostatistics section
President-elect, 2006-07
President, 2007-08
Past-president, 2008-09
President, 2009-10
Liaison to external societies, 2011-2013

Society for Pediatric and Perinatal Epidemiologic Research
President-elect 2011-12
President 2012-13
Past-president 2013-2014
Representative to the Joint Policy Committee of the Societies of Epidemiology, 2012-2014
Representative to the 1st Epidemiology Congress of the Americas Executive Committee

Robert W. Platt Curriculum Vitae

Statistical Society of Canada
President-elect, 2017-18
President, 2018-19
Past-president, 2019-20

**Other Professional and Scientific Contributions**

Member, Education Committee, Society for Epidemiologic Research

Fetal and Infant Mortality Study Group of the Canadian Perinatal Surveillance Service, Health Canada, Member, 1999 to 2011 (2 1-day meetings/yr)

Local Organizing Committee, International Biometric Conference 2006, Montreal, Canada.

Data and Safety Monitoring Committees:  I have been on more than 10 data and safety monitoring committees for randomized trials, including two as chair.

**Other Contributions**

McGill Child Care Centre/Centre de la Petite Enfance McGill
Board of Directors
Member Jan 2003-Sept 2005
President/Chair Sept 2003 – Sept 2005

**G. RESEARCH**

Research Activities

My research has developed since arrival at McGill, from my theoretical work during my Ph.D., into statistical methods for meta-analysis and causal inference, collaborative and methodologic work in perinatal and reproductive epidemiology, and most recently collaborative and methodologic work in pharmacoepidemiology. I have held peer-reviewed career scholar support continuously since 1998 for my research work, from MRC/CIHR, McGill, and FRSQ, and an endowed chair.

Past

Saddlepoint approximations in categorical data: My Ph.D thesis work assessed these approximations to exact conditional statistical distributions. This resulted in two publications in statistical journals.

Meta-analysis: I have had an active research program in meta-analysis, focused on both practical and statistical methods. This research initiated as a research assistantship during my PhD. program, which resulted in two published papers in top statistics journals. As part of a collaborative group led by David Moher, I have been involved in several research projects including two CIHR-funded grants. Finally, my work on multivariate meta-analysis with PhD student Khajak Ishak resulted in two published papers and two invited presentations (SAMSI workshop on meta-analysis, June 2008, and the Eastern North American Region of the International Biometric Society meeting, one of the largest annual meetings in biostatistics.

Present

Pharmacoepidemiology: Since 2011 I have been the leader of the Methods team for the Canadian Network for Observational Drug Effect Studies (CNODES). CNODES' mandate is to provide high-quality evidence in response to drug safety queries generated by Canadian public health stakeholders. As methods team lead, my role is to ensure high-quality methods, and to supervise a methods research program. My program of research in pharmacoepidemiologic methods centres around efficient methods for confounding control in high-dimensional administrative data. This work has also been funded by my CIHR operating grant (2012-15) and Foundation grant.

Causal inference: Inferring causation from observational data is a critical issue in epidemiology. Methods for causal inference using potential outcomes is a very active area of research among top biostatistics and epidemiology research groups in the US and Western Europe. Since my sabbatical year in 2005-06, I have been active in causal inference from the epidemiologic and statistical methods perspective. My work addresses both generic methodological issues and issues specific to perinatal

Robert W. Platt Curriculum Vitae

epidemiology.  This has led to several papers including significant methodologic work on development of statistical methods for causal inference with Erica Moodie at McGill, and on epidemiologic issues in implementation of causal methods with collaborators across North America (M. Hernan, E.Schisterman, S. Cole).  I have been invited to give several presentations on this material, including at international meetings (invited presentation at the 2008 International Biometric Society bi-annual meeting – one of the two most prestigious international meetings of biostatisticians).

Perinatal research: Since my arrival at McGill in 1996, I have had active collaborations with Michael Kramer and others in the area of perinatal research, and have developed a program of research in statistical and epidemiologic methods specific to perinatal epidemiology. Our research group, led by Michael Kramer and myself, is recognized as a leader both in substantive and methodologic research in the field. I have published several methodologic papers as first or senior author, and several more as collaborator in this field.  In particular, my work developing methods for detecting and correcting errors in gestational age was used in the current Canadian fetal growth reference, and by French and US researchers in development of growth references.  My work proposing a hazard-based survival model for fetal and infant mortality has been recognized as a significant methodological advance.  I have been, since 2001, an integral collaborator and lead statistician on the large, international PROBIT study of breastfeeding promotion led by Michael Kramer.  Finally, my current research in statistics for perinatal research centers on causal inference for randomized trials and observational data and on merging my two current areas of research. My work in the area has been funded by two CIHR grants as principal investigator and is part of the focus of my CIHR Foundation Grant.

Collaborative research: I have an extensive collaborative record, including publications in top medical journals including New England Journal of Medicine, JAMA, and BMJ, many in perinatal epidemiology and pharmacoepidemiology.

Robert W. Platt Curriculum Vitae

**Personal Support Awards**

Platt, R.W. "Dévelopement de méthodes statistiques spécifiques à des problèmes de recherche en pédiatrie" Chercheur-boursier award, Fonds de Recherche en Santé du Québec (declined).

Platt, R.W. "Statistical and epidemiologic methods for pediatric research"
Medical Research Council of Canada Scholarship, 1999-2004.

Platt, R.W. "Statistical and epidemiologic methods for pediatric research"
Fraser Monat McPherson award, McGill University, 2004-2007.

Platt, R.W. "Statistical and epidemiologic methods for pediatric research"
Chercheur-boursier award, Fonds de Recherche en Santé du Québec. 2005-2008.

Platt, R.W. "Statistical and epidemiologic methods for pediatric research"
Chercheur-boursier senior award, Fonds de Recherche en Santé du Québec. 2008-2012.

Platt, R.W. "Statistical and epidemiologic methods for pediatric research"
Chercheur-national, Fonds de Recherche en Santé du Québec. 2012-2016.

**Research Grants**

For collaborative grants, percent of financial resources and role on the project indicated

***Applied for:***

Canadian Institutes of Health Research (CIHR) - Project Scheme
NPI: Perreault S
PI: Schnitzer M
Co-investigator(s): Blais L, Cote R, De Denus S, Dubé MP, Platt R, Tardif JC, White-Guay B
"Prediction of efficacy and safety of direct oral anticoagulant (DOACs) in patients with atrial fibrillation using Machine Learning"
$200,000/2 years 10/2018-9/2020

Canadian Institutes of Health Research (CIHR) - Project Scheme
NPI: Sewitch M
Co-investigator(s): Armstrong D, Barkun A, Enns R, Fallone C, Ghali P, Hilsden R, Platt R, Singh H
"Using mobile health technologies to help patients prepare for colonoscopy"
$300,000/3 years 10/2018-9/2020

Canadian Cancer Society Research Institutes (CCSRI) - Innovation Grants - 2018
NPI: Sewitch M

Co-investigator(s): Armstrong D, Barkun A, Enns R, Fallone C, Ghali P, Hilsden R, Platt R, Singh H
"Using mobile health technologies to help patients prepare for colonoscopy"
$200,000/2 years 08/2018-07/2020

Canadian Institutes of Health Research (CIHR) - Project Scheme
PI: Renoux, C
Co-investigator(s): Platt R, Yu O, Azoulay L
"Cardio- and cerebrovascular safety of testosterone replacement therapy in aging men"
$150 000/2 years 10/2018-9/2020

Canadian Institutes of Health Research (CIHR) - Project Scheme
PI: Thombs, Brett
Co-investigator(s): Connolly Kerri, El-Baalbaki Ghassan, Hudson Marie, Malcarne Vanessa, Pelaez Sandra, Platt Robert, Sauve Maureen
"Scleroderma Support group Leader EDucation (SSLED) Program"
$330 000/2 years 10/2018-9/2021

Canadian Institutes of Health Research (CIHR) - Project Scheme
PI: Filion Kristian
Co-investigator(s): Azoulay Laurent, Ernst Pierre, Platt Robert, Yu Oriana
"SGLT-2 Inhibitors and the risk of community-acquired pneumonia"
$225,000/2 years 10/2018-9/2020

Canadian Institutes of Health Research (CIHR) - Project Grant
PI: Bernard, Geneviève
Co-PI: Brossard-Racine Marie; Platt Robert; Saha Chaudhuri Paramita; Garber R, Ahlfors JE, Vanderver A, Verville M, Wolf N
"POLR3-related leukodystrophy: Natural History study, development of a prognostic model and validation of surrogate markers for future clinical trials"
$2,000,000/7 years 10/2018-9/2025

Canadian Institutes of Health Research (CIHR) - Project Grant
PI: Stephens D
Co-PI: Platt R, Moodie E, Golparvar L
"Causal discovery for high dimensional data:"
$240,000/ 3 years 10/2018-9/2021

Canadian Institutes of Health Research (CIHR) - Project Grant
NPI: Rej S
PI: Seitz D
Co-PI: Platt R, Azoulay L, Bosche B, Davies S, Gallaagher D, Klil-Drori S.
"Lithium Levels and Stroke in Older Adults with Mood Disorders: A Population-Based Pharmaco-Epidemiology Study"

$231,000/ 2 years 10/2018-9/2020

***Currently held:***
Canadian Institutes of Health Research (CIHR) - Project Grant
PI: Melissa Henry
Co-investigator(s): Antoni M, Frenkiel S, Heyland D, Hier M, Platt R, Rosberger Z, Sadeghi N, Zeitouni A.
"Implementing an e-Intervention to Reduce Anxiety Symptoms and Improve Psychosocial Oncology Uptake In Patients Newly Diagnosed With Head and Neck Cancer: Pilot Randomized Controlled Trial"
$275, 400/1.5 years 4/2018 – 10/2019

Canadian Institutes of Health Research (CIHR) - Project Grant
PI: Dr. Ana M. Velly
Co-investigator(s): Dr. Ian Shrier, Dr. Moreno Morelli, Dr. Robert Platt, Dr. Kevin Armstrong
"Optimizing pain management: a pilot randomized trial in patients undergoing arthroscopic shoulder surgery"
$155, 000 04/2018 – 03/2019

Canadian Institutes of Health Research (CIHR) - Project Scheme
PI: Filion Kristian
Co-investigator(s): Arel Roxane, Grandi Sonia, Platt Robert, Yu Oriana
"Levothyroxine for the Treatment of Subclinical Hypothyroidism in Pregnancy"
$175, 950/ 2 years 10-2018/ 09-2020

Canadian Institutes of Health Research (CIHR) - Personalized Medicine Catalyst Competition
PI: Filion Kristian
Co-investigator(s): Platt Robert, Grandi Sonia, Hutcheon Jennifer, Smith Graeme
"Pregnancy complications and the risk of subsequent cardiovascular disease"
$200, 000/ 2 years 9/2018-08/2020

Canadian Institutes of Health Research (CIHR) - Project Grant
PI: Christina Greenaway, Naveed Janjua, Jeff Kwong, Beate Sander
Co-investigator(s): Laurent Azoulay, Robert Balshaw, Julie Bruneau, Joseph Cox, Melisa Dickie, Marc Dionne, Jordan Feld, Murray Krahn, Mel Krajden, Liane MacDonald, Tony Mazzulli, Michael Otterstatter, Robert Platt, Eleanor Pullenayegum, Mark Tyndall, Bryna Warshawsky, William Wong
"Achieving hepatitis C elimination in Canada; addressing the needs of the diverse groups at risk"
$1,197,225/ 4 years 04-2017/03-2021

Natural Sciences and Engineering Research Council of Canada
PI: Platt, R.W.

"Statistical Methods for High-Dimensional Administrative Data"
$30,000/yr, 5 years, 100% Apr. 2017- Mar. 2022

Canadian Institutes of Health Research. (Foundation Scheme)
Principal Investigator: Robert Platt
Co-Investigators: Pierre Ernst, Michael Kramer, E. Moodie, S. Suissa, V. Tagalakis.
"Statistical Methods in Pharmacoepidemiology and Perinatal Epidemiology"
$ 153,103/year for 7 years. July 2015- June 2022.

Canadian Institutes of Health Research (CIHR) – Other: DSEN Collaborating Center for
Observational Studies (2016)
NPI: Samy Suissa
PI: Robert Platt, David Henry, Colin Dormuth, Ingrid Sketris
Co-PI: Adrian Levy, Brenda Hemmelgarn, Dan Chateau, Gary Teare, Jacques LeLorier,
Michael Paterson, Patricia Caetano, Pierre Ernst, Kristian Filion
"Canadian Network for Observational Drug Effect Studies"
$17,500,000/ 5 years July 2016-June 2021

Canadian Institutes of Health Research (CIHR) - Project Scheme
PI(s): McCandless LC (NPI); Lanphear BP (co-PI)
Co-investigator(s): Braun JM; Fraser W; Moodie EEM; Platt RW; Stephen DA
"Environmental chemical exposures during pregnancy and adverse pregnancy
outcomes: A Bayesian analysis of the MIREC Study"
$75,000 – 04/2017 – 03/2018

Canadian Institutes of Health Research-Foundation Scheme
PIs: Dolovich L
Co-PIs: Bernatsky S (Co-PI), Beyene J (Co-PI), Cadarette S (Co-PI), Carleton B (Co-PI),
Dormuth C (Co-PI), Kim R (Co-PI), Levine M (Co-PI), Straus S (Co-PI), Thabane L (Co-PI),
Abrahamowicz M, Agarwal G, Alsabbagh W, Beazely M, Bjerre L, Brown E, Farrell B,
Gagnon MA, Gamble JM, Ho C, Holbrook A, Kaczorowski J, Kowalec K, Mangin D, Oremus
M, Papaioannou A, Platt R, Raina P, Rieder M, Sketris I, Slavcev R, Tarride JE, Thavorn K,
Tricco A.
"Drug Safety and Effectiveness Cross-Disciplinary Training (DSECT) Program."
$1,373,522/ 5 years- November 2015-October 2020

Canadian Institutes of Health Research. (Foundation Scheme)
Principal Investigator: Laurent Azoulay
Co-Investigators: Robert Platt, Armen Aprikian, Jean Francois Boivin, Michael Pollak.
"Cancer pharmacoepidemiology: a population-based assessment of the risks of
prescription drugs in vulnerable populations"
$ 170,540/year for 5 years. July 2015- June 2020.

Canadian Institutes of Health Research.

Robert W. Platt Curriculum Vitae

PI: Haim Abenhaim
Co-PI: Robert Platt, William Fraser, Francois Audibert, Robert Gagnon, Stephanie Klam, Nathalie Leroux and Samy Suissa
"Progesterone for the Prevention of Miscarriage in Women with First Trimester Bleeding: Double Blind, Placebo-Controlled Randomized Trial"
$1, 500, 000/ 4 years April 2014-March 2018


**Past:**
Canadian Institutes of Health Research
Co-PIs: Jennifer Hutcheon, Lisa Bodnar
Co-Is: Robert Platt, Mark Walker, Christy Woolcott
"Pregnancy weight gain charts for Canadian women: developing a novel tool to establish optimal gestational weight gain for maternal and child health"
$240,309/ 3 years- October 2014- September 2017

Canadian Institutes of Health Research (CIHR) – Project Scheme
PI(s): Kristian Filion
Co-investigator(s): Laurent Azoulay, Robert Platt, Brenda Hemmelgarn, Oriana Yu
"Incretin-based drugs and the risk of adverse renal outcomes"
$100,000- 07/2016 - 06/2017

Natural Sciences and Engineering Research Council of Canada
PI: Platt, R.W.
"Causal inference in statistics"
$12,000/yr, 5 years, 100% Apr. 2012- Mar. 2017

Canadian Institutes of Health Research
PI: Greenaway C.
Co-PI: Platt, R.W., Bartlett G., Boivin J-F., Brisson M., Quach-Thanh C., and Schwartzman K.
"Universal Childhood Varicella Vaccination Program: Will It Protect or Harm the Immigrant Population?"
$ 275,523/ 4 yrs. Oct. 2013- Sept. 2016

Canadian Institutes of Health Research
PI: Basso, Olga
Co-PI: Platt, R.W.
"Do the causes of infertility play a role in the health of children born to couples with low fertility?"
$597,618/4 yrs. Oct. 2012- Sept. 2016

Canadian Institutes of Health Research.
Principal Investigator: Kristian Filion

Co-Investigators: Robert Platt, Laurent Azoulay, Ollie Saarela, Stella Daskalopoulou, Serge Benayoun.   "A population-based assessment of the cardiovascular effects of 5-alpha reductase inhibitors."
$155,274/ 2 years. October 2014- September 2016

Canadian Institutes of Health Research
S. Suissa  (P.I.), D. Henry, Platt, R.W. (P.I.), P. Ernst, C. Dormuth, P. Martens, A. Levy, B. Hemmelgarn, M. Paterson, G. Teare.
"Canadian Network for Observational Drug Effect Studies (CNODES)"
$1,750,000/yr, 5 years, 8% Jan. 2011- Dec. 2016
Role: Leader of methodology team.

Canadian Institutes of Health Research
PI: Platt, R.W.
Co-PI: E. Moodie, S. Suissa, P. Ernst, C. Dormuth, V. Tagalakis
"Propensity scores and marginal structural models in drug safety research"
$135,000/yr, 4 years, 100% Apr. 2012- Mar. 2015

Prostate Cancer Canada.
PI: Mahmud S
Co-PI: Aprikian A, Franco E, Platt R.W., Blanchard J, Turner D, Griffith J, & Bozat-Emre S.
"Role of metformin and other hypoglycemic medications in prostate cancer prevention: a population-based study"
$158,642 - July 1st, 2013-June 30, 2015

Canadian Institutes of Health Research
PI: Filion, KB
Co-PI: Platt, R.W., Abenhaim H, Grad R, Kader T
"Gestational Diabetes Mellitus and the Risk of Incident Cardiovascular Disease"
$149,744/ 2 yrs. Apr. 2013- Mar. 2015

Canadian Institutes of Health Research (Operating Grant)
PI: Bernatsky S,
Co-PI: Vinet E, Platt R, Clarke A, Fombonne E, Joseph L, Pineau C
"Neurodevelopmental Disorders in Children Born to Women with Systemic Lupus Erythematosus"
$92,010/ 2 years Apr. 2013 – Mar. 2015

Canadian Institutes of Health Research (Operating Grant)
PI: Abenhaim, Haim
Co-PI: Platt Robert, Suissa Samy, Tulandi Togas, Wilchesky Machelle
"Are Cesarean Deliveries Associated with a Long-Term Increased Risk of Small Bowel Obstruction?"
$206,333/ 2 years Apr. 2013 – Mar. 2015

Canadian Institutes of Health Research
Aprikian, A, Eduardo F, Singh, H, Skarsgard D, Tonita, J, Mahmud, S (P.I.), Platt R.W.
"Use of statins and prostate cancer risk and prognosis: A population-based study"
$148,228/ 2 yrs. Sept. 2011- Aug. 2013
Role: Co-Investigator

US National Institutes of Health
Misra, D. (PI) Platt, R.W. (subcontractor)
"Reducing Preterm and Low Birth Weight in Minority Families"
$1,600,000 Total Funding
$234,276 (value of subcontract), Dec 2009-Nov 2013 100% of subcontract
Role: Co-investigator, subcontractor

US National Institutes of Health
Bodnar, L. (PI), Platt, R.W. (consultant)
"Vitamin D: a link to racial disparities in birth outcomes."
$20,000 (value of subcontract) Dec 2009-Nov 2013.
Role: Consultant

Natural Sciences and Engineering Research Council of Canada
Platt R.W.
"Statistical Methods for Pediatric Research"
$85,000, April 2007-March 2012, 100%
Role: PI

Canadian Institutes of Health Research
Bernatsky S (P.I), Vinet E, Pineau C, Clarke A, Platt, RW.
"Obstetrical Complications and Long-Term Outcomes of Children Born to Women with Systemic Lupus Erythematosus (SLE)"
$74,606/ 2 yrs. Oct. 2010-Sept. 2012

Canadian Institutes of Health Research
Berard A (P.I.), Platt RW, Tremblay R, St-Andre M, Fraser W.
"Antidepressants in pregnancy longitudinal cohort: follow-up from 1-5 years of age"
$100,000/yr. March 2010-February 2011
Role: Co-Investigator

Canadian Institutes of Health Research
Moodie EEM., Platt RW, Suissa S., Kramer MS.
"Statistical methods for causal inference in longitudinal studies with noncompliance and missing data"
$348,317, April 2008-March 2011, 20%
Role: Methodological collaborator

Robert W. Platt Curriculum Vitae

Canadian Institutes of Health Research
Fraser, William, Luo, ZC, Platt, R.W. et al
"Maternal-Infant Research on Oxidative Stress"
$1,500,000, April 2006-March 2011, 5%
Role: Lead statistician

Canadian Institutes of Health Research
Foster, B., Platt, R.W., Hanley, J.A.
"Long term graft and patient outcomes in young renal transplant recipients"
$165,000, April 2007-March 2010, 10%
Role: Lead statistician

Canadian Institutes of Health Research
Platt RW. (P.I.), Kramer M.S., Joseph K.S., Abenhaim H., Hutcheon J.A.
"Simulated conception cohorts for the study of fetal and infant outcomes"
$135,000/yr, July 2007-June 2010, 100%
Role: PI

Canadian Institutes of Health Research
Arbuckle, Tye, Fraser, William, Luo, ZC, Platt, R.W. et al
"ENVIR-INTAPP"
$480,000, Sept 2006-Aug 2010, 5%
Role: Lead statistician

Canadian Institutes of Health Research
Ernst P, Martinez  C, Platt RW, Suissa S, Wilchesky M.
"Bronchodilators and the risk of cardiovascular outcomes in COPD: assessing risk using new methodological approaches"
$78,603, April 2008- March 2009

Canadian Institutes of Health Research
Franco, E., Mahmud, S.,  Platt, R.W.
"Natural History of HPV Infection and CIN in a High-risk Area"
$148,200 July 2007-June 2009, 0%
Role: Lead statistician

Canadian Institutes of Health Research
Abrahamowicz, M.M., Ciampi, A., Benedetti, A., Franco, E.L., Klein, M.B., Pilote, L., Platt, R.W., Siematycki, J.
"Development and validation of new statistical methods for modeling intermediate events in survival analysis"
213,049, March 2004-February 2007. 0%
Role:  methods development collaborator

Robert W. Platt Curriculum Vitae

Canadian Institutes of Health Research
Joseph, K.S., Allen, A.C., Kramer, M.S., Lee, S.K., Liston, R.M., Liu, S.,  Platt, R.W., Sauve, R.S.
"An alternative approach to the creation of fetal growth standards"
$130,002, March 2004-February 2007.
Role:  methods development collaborator

Natural Sciences and Engineering Research Council of Canada
Platt, R.W.
"Statistical Methods for Pediatric Research"
$68,000, April 2002-March 2007. 100%
Role: PI

Canadian Institutes of Health Research
Shrier, I., Boivin, J-F., Kakuma, R., Platt, R.W., Schachter, H., Steele, R.J.
"Are systematic reviews that use only RCT studies sometimes misleading?"
$75,828, March 2004-February 2006.
Role:  methods development collaborator

Canadian Institutes of Health Research
Eisenberg, M., Platt, R.W.
"Use and effectiveness of perioperative anti-ischemic medical therapy among patients undergoing abdominal aortic aneurysm repair
$100,000, April 2004-March 2006

Canadian Institutes of Health Research
Goldberg, M., Abrahamowicz, M., Burnett, R., Flegel, K., Giannetti, N., Platt, R.W.
"Longitudinal study of acute effects of ambient air pollution in susceptible populations"
$150,126, March 2003-March 2006.  20%
Role:  methods development collaborator

Canadian Institutes of Health Research
Lee, Shoo, Principal investigator (28 co-applicants)
Evidence-based Practice Identification and Change (EPIC) in the NICU
$717,250, April 2002-March 2006. 1%
 Role: member of study monitoring board

Medical Research Council of Canada/CIHR
Lydon, J., Kramer, M., Seguin, L., McNamara, H., Platt, R.W., Dassa, C., Goulet, L.
"A prospective study of psychosocial factors influencing women's responses to a stressful birth outcome"
$408,948, April 2000-March 2006. 10%
Role: lead statistician

Fonds Quebecois de recherche sur la nature et les technologies
Hanley, J., Ciampi, A., Platt, R.W., Dendukuri, N., Abrahamowicz, M., Rahme, E., Niyonsenga, T., Greenwood, C.
"Statistical methods for multilevel data"
$164,000, September 2002-August 2006. 12%
Role: leader of multiple projects (programmatic grant)

Canadian Institutes of Health Research
Allison, P., Shapiro, S., Platt, R.W., Penrod, J.
"A clinical trial of the effectiveness of a dental caries prevention program for young children"
$489,983, September 2003-August 2006
Role: co-lead statistician

Canadian Institutes of Health Research
Tamblyn, R., Platt, R.W.
"MOXXI III"
$30,000, January 2004-December 2006, 0%
Role: methods collaborator

Canadian Institutes of Health Research
Kramer, M.S., Platt, R.W., Collet, J-P., et al
"Breastfeeding duration and exclusivity: impact on child health and development"
$1,088,767, April 2002-March 2005, 10%
Role: co-lead statistician

Canadian Institutes of Health Research
Wolfson, C., Kirkland, S., Raina P.
"CLSA: Developmental Activities Phase I"
$974,000, April 2004-March 2005, 2%
$770,000, April 2005-December 2005, 0%
Role: methodological team leader

Robert W. Platt Curriculum Vitae

**Appendix G-4, Publications**

**Articles in Peer Reviewed Journals**

Methodological articles are indicated with a dagger (†). Articles for which a supervised graduate student was the lead author or I was senior author with graduate students supervised by others are indicated with an asterisk (*).

1. †Breslow, N., Leroux, B. and Platt, R. "Approximate hierarchical modeling of discrete data in epidemiology" Statistical Methods in Medical Research (1998) 4:49-62.

2. Hamilton, E.F., Platt, R., Morin, L., Usher, R. Kramer, M. "How small is too small in a twin pregnancy?"  American Journal of Obstetrics and Gynecology (1998) 179(3):682-685.

3. Joseph, K.S., Kramer, M.S., Marcoux, S., Ohlsson, A., Wen, S.W., Allen, A., Platt, R. "Determinants of secular trends in preterm birth in Canada" New England Journal of Medicine (1998) 339:1434-1439.

4. Kramer, M.S., Platt, R.W., Yang, H., Joseph, K.S., Wen, S.W., Morin, L. "Secular trends in preterm birth:  A hospital based cohort study'" Journal of the American Medical Association (1998) 280:1849-1854.

5. †Platt, R.W. "Estimation using saddlepoint approximations and modified profile likelihood in log odds ratio regression analysis" Communications in Statistics - Simulation and Computation (1998) 27:905-920.

6. Al-took, S., Platt, R., Tulandi, T. "Adhesion-related small bowel obstruction following gynecologic operations" American Journal of Obstetrics and Gynecology (1999) 180:313-315.

7. Christensen, B., Arbour, L., Tran, P., Leclerc, D., Sabbaghian, N., Platt, R., Gilfix, B., Rosenblatt, D., Gravel, R., Forbes, P., Rozen, R. "Relation Between the C677TPolymorphism in the MTHFR Gene, The Folate Level in Red Blood Cells and Risk for Neural Tube Defects" American Journal of Medical Genetics (1999) 84:151-157.

8. †Platt, R.W., Leroux, B.G., Breslow, N. "Generalized linear mixed models for meta-analysis" Statistics in Medicine (1999) 18:643-654.

9. Kramer, M.S., Platt, R., Yang, H., McNamara, H., Usher, R. "Are all growth-retarded infants created equal(ly)?"  Pediatrics (1999) 103:599-602.

Robert W. Platt Curriculum Vitae

10.  Wilson, A. Platt, R., Wu, Q., Leclerc, D., Christensen, B., Yang, H., Gravel, R., Rozen, R. "A common variant in methionine synthase reductase combined with low cobalamin (vitamin B12) increases risk for for spina bifida" Molecular Genetics and Metabolism (1999) 67:317-323.

11.  Johnston, C.C., Stevens, B.J., Franck, L.S., Jack, A., Stremler, R., Platt, R. "Factors explaining lack of response to tissue damage in preterm neonates" Journal of Obstetric, Gynecologic and Neonatal Nursing (1999) 28(6):587-9.

12.  Rousseau, C., Drapeau, A., Platt, R. "Family trauma and its association with emotional and behavioral problems and social adjustment in adolescent Cambodian refugees" Child Abuse and Neglect (1999) 23(12) 1263-1273.

13.  †Platt, R.W. "Saddlepoint approximations for small sample logistic regression problems" Statistics in Medicine (2000) 19:323-334.

14.  †Platt, R.W., Hanley, J.A., Yang, H.  "Bootstrap confidence intervals for the sensitivity of a diagnostic test" Statistics in Medicine (2000) 19:313-322.

15.  Kramer, M.S., Demissie, K., Yang, H., Platt, R.W., Sauve, R., Liston, R. "The contribution of mild and moderate preterm birth to infant mortality", Journal of the American Medical Association (2000) 284:843-849.

16.  Giguere, C.M., Manoukian, J.J., Patenaude, Y, Platt, R. "Ultrasound and a new videobronchoscopic technique to measure the subglottic diameter" Journal of Otolaryngology (2000) 29(5):290-8.

17.  Rousseau, C., Drapeau, A., Platt, R., "Living Conditions and Emotional Profile of Young Cambodians, Central Americans and Quebecois" Canadian Journal of Psychiatry, (2000) 45:905-911.

18.  Joseph, K.S., Kramer, M.S., Marcoux, S., Ohlsson, A., Wen, S.W., Allen, A., Platt, R. "Implausible birth weight for gestational age" American Journal of Epidemiology, (2001) 153:110-113.

19.  **Horta, B., Kramer, M.S., Platt, R.W. "Maternal smoking and the risk of early weaning: a meta-analysis" American Journal of Public Health (2001) 91:304-7.

20.  †Pham, B., Platt, R., McAuley, L., Sampson, M., Klassen, T.P., Moher, D. "Detecting and Minimizing the Impact of for Publication Bias: An Empirical study of Methods" Evaluation and the Health Professions, (2001)24(2):109-125.

Robert W. Platt Curriculum Vitae

21.    Hamilton, E.F., Bujold, E., McNamara, H., Gauthier, R., Platt, R.W. "Dystocia in Women with Symptomatic Uterine Rupture" American Journal of Obstetrics and Gynecology (2001)184:620-624.

22.    †Hanley, J.A., Joseph, L., Platt, R.W., Chung, M.K. "The median:  The minimum-deviation location" American Statistician (2001)55(2):150-52.

23.    McGillivray, D., Nijssen-Jordan, C., Kramer, M.S., Yang, H., Platt, R.W. "Critical Pediatric Equipment Availability in Canadian Hospital Emergency Wards" Annals of Emergency Medicine (2001)37(4):371-376.

24.    Tchervenkov, C.J., Shum-Tim, D., Beland, M.J., Jutras, L., Platt, R. "Single ventricle with systemic obstruction in early life: comparison of initial pulmonary artery banding versus the Norwood operation" European Journal of Cardio-thoracic Surgery (2001)19(5):671-7.

25.    Kramer, M.S., Goulet, L., Lydon, J., Seguin, L., McNamara, H., Dassa, C., Platt, R.W., Chen, M.F.,  Gauthier, H., Genest Jr., J., Kahn, S., Libman, M., Rozen, R., Masse, A., Miner, L., Asselin, G., Benjamin, A., Klein, J., Koren, G. "Socio-economic disparities in preterm birth: causal pathways and mechanisms" Pediatric and Perinatal Epidemiology (2001)15(Suppl 2):104-123.

26.    Shum-Tim, D., Tchervenkov, C.I., Laliberte, E., Al-Maleek, J., Nimeh, T., Luo, C-Y, Bittira, B., Platt, R., Philip, A., Lavoie, J. "Timing of steroid treatment is important for neuroprotection during cardiopulmonary bypass and circulatory arrest" Surgical Forum (2001) 7.

27.    †Kramer, M.S., Platt, R.W., Wen, S.W., Joseph, K.S., Allen, A.  "A new and improved population-based reference for birth weight and gestational age" Pediatrics (2001)108(2):E35.

28.    †Platt, R.W., Abrahamowicz, M., Kramer, M.S., Joseph, K.S., Mery, L., Blondel, B., Breart, G., Wen, S.W. "Detecting and eliminating erroneous gestational ages:  A normal mixture model", Statistics in Medicine (2001)20:3491-3503.

29.    Brown, K.A., Platt, R., Bates, J.H.T. "Automated Analysis of paradoxical rib cage motion during sleep in infants" Paediatric Pulmonology (2002)33(1):38-46.

30.    Kramer, M.S., Platt, R.W., Yang, H., Haglund, B., Cnattingius, S. Notzon, F.C., McCarthy, B., Bergsjo, P., McIlwaine, G., Zadka, P. "International comparisons of infant mortality: facts and artifact". Pediatric and Perinatal Epidemiology (2002)16(1):16-22.

31.    †Yang, H., Kramer, M.S., Platt, R.W., Blondel, B., Breart, G., Morin, I., Wilkins, R., Usher, R. "How does Early Ultrasound Estimation of Gestational Age Lead to Higher

Rates of Preterm Birth?" American Journal of Obstetrics and Gynecology (2002)186(3):433-437.

32. Blondel, B., Morin, I., Platt, R.W., Kramer, M.S., Usher, R., Breart. G. "Algorithms for combining menstrual and ultrasound estimates of gestational age: consequences for rates of preterm and postterm birth" British Journal of Obstetrics and Gynecology (2002)109(6):718-20.

33. Kramer, M.S., Guo, T., Platt, R.W., Shapiro, S., Collet, J.P., Chalmers, B., Hodnett, E., Sevkovskaya, Z., Dzikovich, I., Vanilovich, I. "Breastfeeding and infant growth: biology or bias?" Pediatrics (2002)110(2 Pt 1):343-7.

34. Rennick, J.E., Johnston, C.C., Dougherty, G., Platt, R., Ritchie, J. "Children's psychological responses following critical illness and exposure to invasive technology" Journal of Developmental and Behavioural Pediatrics (2002)23(3):133-144.

35. Ramsay, M., Gisel, E., McCusker, J., Bellavance, F., Platt, R.W. "Infant sucking ability, nonorganic failure to thrive, maternal characteristics and feeding practices: a prospective cohort study" Developmental Medicine and Child Neurology (2002)44(6):405-14.

36. †Platt, R.W. "The effect of gestational age errors and their correction in interpreting population trends in fetal growth and gestational age-specific mortality" Seminars in Perinatology (2002)26(4):306-11.

37. †Kramer, M.S., Liu, S., Luo, Z.C., Yuan, H., Platt, R.W. "Analysis of perinatal mortality and its components: time for a change?" American Journal of Epidemiology (2002)156(6):493-7.

38. Husein M., Manoukian J.J., Platt R., Patenaude Y., Drouin S., Giguere C. "Ultrasonography and videobronchoscopy to assess the subglottic diameter in the paediatric population: a first look" Journal of Otolaryngology (2002)31(4):220-6.

39. Greenfield, B., Larson, C., Hechtman, L., Rousseau, C., Platt, R.W. "A Controlled Clinical Trial of a Crisis Intervention Approach to the Treatment of Suicidal Adolescents". Psychiatric Services (2002)3(12):1574-9.

40. Kramer, M.S., Morin, I., Yang, H., Platt, R.W., Usher, R., McNamara, H., Joseph, K.S., Wen, S.W. "Why are babies getting bigger? Temporal trends in fetal growth and its determinants" Journal of Pediatrics (2002)141(4):538-42.

41. Patel, H., Platt, R.W., Pekeles, G.S., Ducharme, F. "Does it make a difference? A randomized, controlled trial of the effectiveness nebulized extended-use

epinephrine compared to salbutamol and saline in infants with acute viral bronchiolitis." Journal of Pediatrics (2002)141(6):818-24.

42. Berard, A., Abenhaim, L., Platt, R., Kahn, S.R., Steinmetz, O. "Risk factors for the first-time development of venous ulcers of the lower limbs: the influence of heredity and physical activity" Angiology (2002)53(6):647-57.

43. Arbour, L., Christensen B., Delormier, T., Platt, R., Gilfix, B., Forbes, P., Kovitch, I., Morel, J., Rozen, R. "Spina bifida, folate metabolism, and dietary folate intake in a Northern Canadian aboriginal population" International Journal of Circumpolar Health (2002)61(4):341-51.

44. *Essebag, V., Hadjis, T., Pilote, L., Platt, R.W. "Amiodarone and the risk of heart block requiring pacemaker insertion" Journal of the American College of Cardiology (2003)41(2):249-54.

45. Tsang, J.C., Morin, J-F., Tchervenkov, C.I., Platt, R.W., Sampalis, J., Shum-Tim, D. "Single Aortic Clamp versus Partial Occluding Clamp Technique for Cerebral Protection during Coronary Artery Bypass: A Randomized Prospective Trial", Journal of Cardiac Surgery (2003)18(2):158-63.

46. Morin, I., Platt, R.W., Weisberg, I., Sabbaghian, N., Wu, Q., Garrow, T.A., Rozen, R. "A common variant in betaine-homocysteine methyltransferase (BHMT) and risk for spina bifida" American Journal of Medical Genetics (2003)119A (2):172-6.

47. Kakuma, R., Galbaud du Fort, G., Arsenault, L., Perrault, A., Platt, R.W., Monette, J., Moride, Y., Wolfson, C. "Delirium in elderly emergency department patients discharged home: impact on survival", Journal of the American Geriatric Society (2003)51(4):443-50.

48. Patel, H., Gouin, S., Platt, R.W. "Randomized, double-blind, placebo-controlled trial of oral albuterol in infants with mild-to-moderate acute viral bronchiolitis." Journal of Pediatrics (2003)142(5):509-14.

49. Joseph, K.S., Liu, S., Demissie, K., Wen, S.W., Platt, R.W., Ananth, C.V., Dzakpasu, S., Sauve, R., Allen, A.C., Kramer, M.S. "A parsimonious explanation for intersecting perinatal mortality curves: understanding the effects of plurality and of parity" BMC Pregnancy and Childbirth 2003, 3:3 (02 Jun 2003).

50. †Sampson, M., Barrowman, N.J., Moher, D., Klassen, T.P., Pham, B., Platt, R., St. John, P.D., Viola, R., Raina, P. "Should systematic reviewers search Embase in addition to Medline?" Journal of Clinical Epidemiology 2003 Oct; 56(10):943-55.

Robert W. Platt Curriculum Vitae

51. Wen, S.W., Kramer, M.S., Platt, R.W., Demissie, K., Joseph, K.S., Liu, S., Sauve, R. "Secular trends of fetal growth in Canada, 1981 to 1997" Paediatric and Perinatal Epidemiology 2003;17:347-354

52. Kramer, M.S., Guo, T., Platt, R.W., Sevkovskaya, Z., Dzikovich, I., Collet, J.P., Shapiro, S., Chalmers, B., Hodnett E., Vanilovich, I., Mezen, I., Ducruet, T., Shishko, G., Bogdanovich, N. "Infant growth and health outcomes associated with 3 compared with 6 mo of exclusive breastfeeding" American Journal of Clinical Nutrition 2003, 78(2):291-5.

53. Quach, C., Piche-Walker, L., Platt, R.W., Moore, D. "Risk factors associated with severe influenza infections in childhood: Implication for vaccine strategy" Pediatrics, 2003 Sep; 112(3):E197-E201.

54. Schlecht, N.F., Platt, R.W., Duarte-Franco, E., Costa, M.C., Sobrinho, J.P., Prado, J.C.M., Ferenczy, A., Rohan, T.E., Villa, L.L., Franco, E.L. "Human Papillomavirus Infection and Time to Progression And Regression Of Cervical Intraepithelial Neoplasia" Journal of the National Cancer Institute, 2003 95(17):1336-43

55. Hagel, B.E., Pless, I.B., Platt, R.W. "Trends in emergency department reported head and neck injuries among skiers and snowboarders" Canadian Journal of Public Health (2003)94(6):458-462.

56. Green, T.C., Hankins, C.A., Palmer, D., Boivin, J-F., Platt, R.W. "Ascertaining the Need for a Supervised Injecting Facility (SIF): the Burden of Public Injecting in Montréal, Canada." Journal of Drug Issues (2003); 33:713-732.

57. Schlecht, N.F., Platt, R.W., Negassa, A., Duarte-Franco, E., Rohan, T.E., Ferenczy, A., Villa, L.L, Franco, E.L. "Modeling The Time Dependence Of The Association Between Human Papillomavirus Infection And Cervical Cancer Precursor Lesions" American Journal of Epidemiology 2004;158(9):878-886.

58. Luo, Z., Wilkins, R., Platt, R.W., Kramer, M.S. "Pregnancy Outcomes among Aboriginal Women in Quebec, 1985-1997" Paediatric and Perinatal Epidemiology (2004) Jan; 18(1): 40-50.

59. Hamilton E, Platt R, Gauthier R, McNamara H, Miner L, Rothenberg S, Asselin G, Sabbah R, Benjamin A, Lake M, Vintzileos A. "The effect of computer-assisted evaluation of labor on cesarean rates." J Health Qual. (2004) Jan-Feb; 26(1):37-44.

60. Tulandi, T., Platt, R.W. "The art of taking a history'' Fertility and Sterility (2004); 81:11-12.

Robert W. Platt Curriculum Vitae

61.   Patel H, Platt R, Lozano JM, Wang EE. Glucocorticoids for acute viral bronchiolitis in infants and young children.  Cochrane Database Syst Rev. (2004) ;(3):CD004878. Review.

62.   **Koushik A, Platt RW, Franco EL. p53 codon 72 polymorphism and cervical neoplasia: a meta-analysis review. Cancer Epidemiol Biomarkers Prev (2004); 13(1):11-22.

63.   Feldman, D.E., Platt, R.W., Déry, V., Kapetanakis, C., Lamontagne, D., Ducharme, A., Giannetti, N., Frenette, M., Beck, E.J. "Seasonal congestive heart failure (CHF) mortality and hospitalization trends, Quebec 1990-1998" Journal of Epidemiology and Community Health, in press, (2004) Feb; 58(2): 129-130

64.   Lynch, T., Platt, R.W., Gouin, S., Larson, C., Patenaude, Y. "Can We Predict Which Children With Clinically Suspected Pneumonia Will Have The Presence of Focal Infiltrates On Chest Radiographs?" Pediatrics (2004) ;113:e186–e189

65.   Green, T.C., Hankins, C.A., Palmer, D., Boivin, J-F., Platt, R.W.W. "My place, your place or a safer place:  The intention among Montreal injecting drug users to use supervised injecting facilities" Canadian Journal of Public Health (2004) Mar-Apr; 95(2):110-4.

66.   Rousseau C, Drapeau A, Platt R. Family environment and emotional and behavioural symptoms in adolescent. Cambodian Refugees: influence of time, gender, and acculturation.Med Confl Surviv. (2004) Apr-Jun; 20(2):151-65.

67.   †Joseph, K.S., Demissie, K., Platt, R.W., Ananth, C.V., McCarthy, B.J, Kramer, M.S. "A parsimonious explanation for intersecting perinatal mortality curves: understanding the effect of race and maternal smoking" .BMC Pregnancy and Childbirth, (2004) , 4:7

68.   Hagel, B.E., Pless, I.B., Goulet, C., Platt, R.W. "Injuries among skiers and snowboarders in Quebec" Epidemiology (2004) May;15(3):279-86

69.   Kramer, M.S., Guo, T., Platt, R.W. et al "Does infection during pregnancy protect against atop atopic eczema and recurrent wheeze in infancy?" Clin Exp Allergy. (2004) May; 34(5):753-6.

70.   †Platt, R.W., Ananth, C.V., Kramer, M.S. "Analysis of Neonatal Mortality:  Is Standardizing for Relative Birth Weight Biased?" BMC Pregnancy and Childbirth, (2004) , 4:9

71.   Rennick JE, Morin I, Kim D, Johnston CC, Dougherty G, Platt R.W. "Identifying children at high risk for psychological sequelae after pediatric intensive care unit hospitalization". Pediatr Crit Care Med. (2004) Jul; 5(4):358-63.

72. †Platt, R.W., Joseph. K.S., Ananth, C.V., Grondines, J., Abrahamowicz, M., Kramer, M.S. "A Proportional Hazards Model with Time-Dependent Covariates and Time-Varying Effects for Analysis of Stillbirth, Neonatal Mortality, and Infant Death" American Journal of Epidemiology, (2004); 160(3):199-206.

73. Arbour L, Gilpin C, Millor-Roy V, Platt R, Pekeles G, Egeland GM, Hodgins S, Eydoux P. "Heart defects and other malformations in the Inuit in Canada: a baseline study". Int J Circumpolar Health. (2004) Sep; 63(3):251-66.

74. Hagel BE, Pless IB, Goulet C, Platt RW, Robitaille Y. "Quality of information on risk factors reported by ski patrols". Inj Prev. (2004) Oct; 10(5):275-9.

75. *Essebag V, Hadjis T, Platt RW, Abrahamowicz M, Pilote L. "Effect of amiodarone dose on the risk of permanent pacemaker insertion". Pacing Clin Electrophysiol. (2004) Nov; 27(11):1519-25.

76. Kramer MS, Guo T, Platt RW, Vanilovich I, Sevkovskaya Z, Dzikovich I, Michaelsen KF, Dewey K. Promotion of Breastfeeding Intervention Trials Study Group. "Feeding effects on growth during infancy". J Pediatr. (2004) Nov; 145(5):600-5.

77. **Tannenbaum C, Barrett-Connor E, Laughlin GA, Platt RW. "A longitudinal study of dehydroepiandrosterone sulphate (DHEAS) change in older men and women: the Rancho Bernardo Study". Eur J Endocrinol. (2004) Dec; 151(6):717-25.

78. †Ananth CV, Platt RW. "Reexamining the effects of gestational age, fetal growth, and maternal smoking on neonatal mortality". BMC Pregnancy Childbirth. (2004) Dec 01; 4(1):22.

79. Webster RI, Majnemer A, Platt RW, Shevell MI. "The predictive value of a preschool diagnosis of developmental language impairment". Neurology. (2004) Dec 28; 63(12):2327-31.

80. Webster RI, Majnemer A, Platt RW, Shevell MI. "Motor function at school age in children with a preschool diagnosis of developmental language impairment". J Pediatr. (2005) Jan; 146(1):80-5.

81. Hagel B, Pless IB, Goulet C, Platt R, Robitaille Y. "The effect of helmet use on injury severity and crash circumstances in skiers and snowboarders". Accid Anal Prev. (2005) Jan; 37(1):103-8.

82. *Okrainec K, Platt R, Pilote L, Eisenberg MJ. "Cardiac medical therapy in patients after undergoing coronary artery bypass graft surgery: a review of randomized controlled trials". J Am Coll Cardiol. (2005) Jan 18; 45(2):177-84.

83.   †*Essebag V, Platt RW, Abrahamowicz M, Pilote L. "Comparison of nested case-control and survival analysis methodologies for analysis of time-dependent exposure". BMC Med Res Methodol. (2005) Jan 25; 5(1):5.

84.   Morin I, Morin L, Zhang X, Platt RW, Blondel B, Breart G, Usher R, Kramer MS. "Determinants and consequences of discrepancies in menstrual and ultrasonographic gestational age estimates". BJOG. (2005) Feb; 112(2):145-52.

85.   Hagel BE, Pless IB, Goulet C, Platt RW, Robitaille Y. "Effectiveness of helmets in skiers and snowboarders: case-control and case crossover study".  BMJ. (2005) Feb 5; 330(7486):281. Epub 2005 Jan 04.

86.   Feder KP, Majnemer A, Bourbonnais D, Platt R, Blayney M, Synnes A.  "Handwriting performance in preterm children compared with term peers at age 6 to 7 years". Dev Med Child Neurol. (2005) Mar;47(3):163-70

87.   Shevell MI, Majnemer A, Webster RI, Platt RW, Birnbaum R. "Outcomes at school age of preschool children with developmental language impairment". Pediatr Neurol. (2005) Apr; 32(4):264-9.

88.   †Ananth CV, Platt RW, Savitz DA. "Regression models for clustered binary responses: implications of ignoring the intracluster correlation in an analysis of perinatal mortality in twin gestations". Ann Epidemiol. (2005) Apr; 15(4):293-301.

89.   Shum-Tim D, MacDonald D, Takayuki S, Laliberte E, Chen J, Jamal AM, Philip A, Platt R. "Low postoperative hematocrit increases cerebrovascular damage after hypothermic circulatory arrest". Pediatr Crit Care Med. (2005) May; 6(3):319-26.

90.   Shevell M, Majnemer A, Platt RW, Webster R, Birnbaum R.  "Developmental and functional outcomes at school age of preschool children with global developmental delay". J Child Neurol. (2005) Aug; 20(8):648-53

91.   Yuan H, Platt RW, Morin L, Joseph KS, Kramer MS.  "Fetal deaths in the United States, 1997 vs 1991". Am J Obstet Gynecol. (2005) Aug; 193(2):489-95.

92.   Shevell M, Majnemer A, Platt RW, Webster R, Birnbaum R.  "Developmental and functional outcomes in children with global developmental delay or developmental language impairment". Dev Med Child Neurol. (2005) Oct; 47(10):678-83.

93.   Gagnon AJ, Leduc G, Waghorn K, Yang H, Platt RW.  "In-hospital formula supplementation of healthy breastfeeding newborns". J Hum Lact. (2005) Nov; 21(4):397-405.

Robert W. Platt Curriculum Vitae

94. †Raina PS, Brehaut JC, Platt RW, Klassen TP, Moher D, St John P, Bryant D, Viola R, Pham B. "The influence of display and statistical factors on the interpretation of metaanalysis results by physicians". Med Care. (2005) Dec;43(12):1242-9

95. Eppel A, O'loughlin J, Paradis G, Platt R.W. "Reliability of self-reports of cigarette use in novice smokers". Addict Behav. (2005) Dec 13;

96. Badri M, Maartens G, Mandalia S, Bekker LG, Penrod JR, Platt RW, Wood R, Beck EJ. Cost-effectiveness of highly active antiretroviral therapy in South Africa. PLoS Med. (2006) Jan;3(1):e4. Epub 2005 Dec 6.

97. †Sampson M, Barrowman NJ, Moher D, Clifford TJ, Platt RW, Morrison A, Klassen TP, Zhang L. "Can electronic search engines optimize screening of search results in systematic reviews: an empirical study". BMC Med Res Methodol. (2006) Feb 24; 6:7.

98. Libman MD, Kramer M, Platt R; Montreal Prematurity Study Group. "Comparison of Gram and Kopeloff stains in the diagnosis of bacterial vaginosis in pregnancy". Diagn Microbiol Infect Dis. (2006) Mar; 54(3):197-201. Epub 2006 Jan 19.

99. †Wiebe N, Vandermeer B, Platt RW, Klassen TP, Moher D, Barrowman NJ. "A systematic review identifies a lack of standardization in methods for handling missing variance data". J Clin Epidemiol. (2006) Apr; 59(4):342-53. Review. PMID: 16549255

100. *Hutcheon JA, Platt RW, Meltzer SJ, Egeland GM. "Is birth weight modified during pregnancy? Using sibling differences to understand the impact of blood glucose, obesity, and maternal weight gain in gestational diabetes". Am J Obstet Gynecol. (2006); 195(2)488-94. PMID: 16626616

101. Vida S, Galbaud du Fort G, Kakuma R, Arsenault L, Platt RW, Wolfson CM. "An 18-month prospective cohort study of functional outcome of delirium in elderly patients: activities of daily living". Int Psychogeriatr. (2006) Apr 27;1-20. PMID: 16640797

102. April KT, Feldman DE, Platt RW, Duffy CM. "Comparison between Children with Juvenile Idiopathic Arthritis (JIA) and their parents concerning perceived Quality of Life". Qual Life Res. (2006) May;15(4):655-61. PMID: 16688498

103. Punthakee Z, Delvin EE, O'loughlin J, Paradis G, Levy E, Platt RW, Lambert M. "Adiponectin, adiposity, and insulin resistance in children and adolescents". J Clin Endocrinol Metab. (2006) Jun; 91(6):2119-25. Epub 2006 Mar 14. PMID: 16537675

104. †Kramer MS, Chen MF, Roy I, Dassa C, Lamoureux J, Kahn SR, McNamara H, Platt RW; for the Montreal Prematurity Study Group.    "Intra- and interobserver agreement and statistical clustering of placental histopathologic features relevant to preterm birth". Am J Obstet Gynecol. (2006);195(6):674.9. PMID: 16796983

105. Kurzencwyg D, Filion KB, Pilote L, Nault P, Platt RW, Rahme E, Steinmetz O, Eisenberg MJ.   "Cardiac Medical Therapy among Patients Undergoing Abdominal Aortic Aneurysm Repair". Ann Vasc Surg. (2006) 20(5):569-76. PMID: 16794911

106. †Mayo NE, Brophy J, Goldberg MS, Klein MB, Miller S, Platt RW, Ritchie J. "Peering at peer review revealed high degree of chance associated with funding of grant applications". J Clin Epidemiol. (2006) Aug; 59(8):842-848. PMID: 16828678

107. †Kramer MS, Ananth CV, Platt RW, Joseph KS. "US Black vs White disparities in foetal growth: physiological or pathological?" Int J Epidemiol. (2006) 35(5):1187-95. PMID: 16847026

108. †Sampson M, Zhang L, Morrison A, Barrowman NJ, Clifford TJ, Platt RW, Klassen TP, Moher D. "An alternative to the hand searching gold standard: Validating methodological search filters using relative recall" BMC Med Res Methodol. (2006) Jul 18;6(1):33 PMID: 16848895

109. *Okrainec K, Pilote L, Platt R, Eisenberg MJ. "Use of cardiovascular medical therapy among patients undergoing coronary artery bypass graft surgery: results from the ROSETTA-CABG registry." Can J Cardiol. (2006) Aug; 22(10):841-7. PMID: 16957801

110. April KT, Feldman DE, Platt RW, Duffy CM. "Comparison between children with juvenile idiopathic arthritis and their parents concerning perceived treatment adherence." Arthritis Rheum. (2006) Aug 15; 55(4):558-63. PMID: 16874776

111. Weiss DR, O'loughlin JL, Platt RW, Paradis G. "Five-year predictors of physical activity decline among adults in low-income communities: a prospective study." Int J Behav Nutr Phys Act. (2007) Jan 18; 4:2. PMID: 17233904

112. Swaine BR, Tremblay C, Platt RW, Grimard G, Zhang X, Pless IB. "Previous head injury is a risk factor for subsequent head injury in children: a longitudinal cohort study." Pediatrics. (2007) Apr;119(4):749-58. PMID: 17403846

113. Schwartz GF, Platt R, Reardon G, Mychaskiw MA. "Accounting for restart rates in evaluating persistence with ocular hypotensives." Ophthalmology. (2007) Apr;114(4):648-52. PMID: 17398318

114. †Zhang X, Platt RW, Cnattingius S, Joseph KS, Kramer MS. "The use of customised versus population-based birthweight standards in predicting perinatal mortality." BJOG. (2007) Apr;114(4):474-7. PMID: 17378820

115. †Shrier I, Platt RW, Steele RJ. "Mega-trials vs. meta-analysis: precision vs. heterogeneity?" Contemp Clin Trials. (2007) May;28(3):324-8. Epub 2006 Nov 21. PMID: 17188025

116. Zhang X, Cnattingius S, Platt RW, Joseph KS, Kramer MS. "Are babies born to short, primiparous, or thin mothers "normally" or "abnormally" small?" J Pediatr. (2007) Jun; 150(6):603-7, 607.e1-3. PMID: 17517243

117. Sherrard A, Platt R, Vallerand D, Usher R, Zhang X, Kramer M. "Maternal anthropometric risk factors for caesarean delivery before or after onset of labour". BJOG. (2007) Jul 6; PMID: 17617199

118. †Shrier I, Platt RW, Steele RJ. Re: "Variable selection for propensity score models". Am J Epidemiol. (2007) Jul 15; 166(2):238-9. Epub 2007 May 25. PMID: 17526863

119. Kramer MS, Matush L, Vanilovich I, Platt R, Bogdanovich N, Sevkovskaya Z, Dzikovich I, Shishko G, Mazer B. "Effect of prolonged and exclusive breast feeding on risk of allergy and asthma: cluster randomized trial". BMJ. 2007 Oct 20;335(7624):815. Epub 2007 Sep 11. PMID: 17855282

120. Zhang X, Platt R, Cnattingius S, Joseph K, Kramer M. "Authors response to: The use of customized versus population-based birth weight standards in predicting perinatal mortality". BJOG. (2007) Oct; 114(10):1303. PMID: 17378820

121. Kramer MS, Vanilovich I, Matush L, Bogdanovich N, Zhang X, Shishko G, Muller-Bolla M, Platt RW. "The Effect of Prolonged and Exclusive Breast-Feeding on Dental Caries in Early School-Age Children. New Evidence from a Large Randomized Trial". Caries Res. (2007) Sep 18;41(6):484-488 PMID: 17878730

122. Gagnon AJ, Dougherty G, Platt RW, Wahoush O, George A, Stanger E, Oxman-Martinez J, Saucier JF, Merry L, Stewart DE. "Refugee and refugee-claimant women and infants post-birth: migration histories as a predictor of Canadian health system response to needs". Can J Public Health. (2007) Jul-Aug;98(4):287-91. PMID: 17896738

123. Hamdy RC, Montpetit K, Ruck-Gibis J, Thorstad K, Raney E, Aiona M, Platt R, Finley A, Mackenzie W, McCarthy J, Narayanan U. "Safety and efficacy of botox injection in alleviating post-operative pain and improving quality of life in lower extremity limb lengthening and deformity correction". Trials. (2007) Sep 28;8(1):27. PMID: 17903262

Robert W. Platt Curriculum Vitae

124. De P, Cox J, Boivin JF, Platt RW, Jolly AM. "The importance of social networks in their association to drug equipment sharing among injection drug users: a review". Addiction. (2007) Nov; 102(11):1730-9. Review. PMID: 17935581

125. †*Ishak KJ, Platt RW, Joseph L, Hanley JA, Caro JJ. "Meta-analysis of longitudinal studies". Clin Trials. (2007); 4(5):525-39. PMID: 17942468

126. De P, Cox J, Boivin JF, Platt RW, Jolly AM. "Social network-related risk factors for bloodborne virus infections among injection drug users receiving syringes through secondary exchange". J Urban Health. 2008 Jan; 85(1):77-89. Epub (2007) Nov 24. PMID: 18038211

127. Bancej C, O'Loughlin J, Platt RW, Paradis G, Gervais A. "Smoking cessation attempts among adolescent smokers: a systematic review of prevalence studies". Tob Control. (2007) Dec;16(6):e8. Review. PMID: 18048598

128. Langsetmo L, Platt RW, Ernst P, Bourbeau J. "Underreporting exacerbation of chronic obstructive pulmonary disease in a longitudinal cohort". Am J Respir Crit Care Med. (2008) Feb 15; 177(4):396-401. Epub 2007 Nov 29. PMID: 18048806

129. Kramer MS, Matush L, Vanilovich I, Platt RW, Bogdanovich N, Sevkovskaya Z, Dzikovich I, Shishko G, Collet JP, Martin RM, Davey Smith G, Gillman MW, Chalmers B, Hodnett E, Shapiro S; PROBIT Study Group. "Effects of prolonged and exclusive breastfeeding on child height, weight, adiposity, and blood pressure at age 6.5 y: evidence from a large randomized trial". Am J Clin Nutr. (2007) Dec; 86(6):1717-21. PMID: 18065591

130. Kawasumi Y, Tamblyn R, Platt R, Ernst P, Abrahamowicz M, Taylor L. "Evaluation of the use of an integrated drug information system by primary care physicians for vulnerable population." Int J Med Inform. (2008) 77(2):98-106. PMID: 17336141

131. *†Ishak KJ, Platt RW, Joseph L, Hanley JA. "Impact of approximating or ignoring within-study covariances in multivariate meta-analyses."  Stat Med. (2008) Feb 28; 27(5):670-86. PMID: 17492826

132. Kierans WJ, Joseph KS, Luo ZC, Platt R, Wilkins R, Kramer MS. "Does one size fit all? The case for ethnic-specific standards of fetal growth". BMC Pregnancy Childbirth. (2008)Jan 8; 8:1. PMID: 18179721

133. Webster RI, Majnemer A, Platt RW, Shevell MI. "Child health and parental stress in school-age children with a preschool diagnosis of developmental delay". J Child Neurol. (2008) Jan; 23(1):32-8. PMID: 18184941

134. †*Lefebvre G, Delaney JA, Platt RW. "Impact of mis-specification of the treatment model on estimates from a marginal structural model". Stat Med (2008) Feb 6; 27(18):3629-42. PMID: 18254127

135. Xu H, Platt RW, Luo ZC, Wei S, Fraser WD. "Exploring heterogeneity in meta-analyses: needs, resources and challenges". Paediatr Perinat Epidemiol. (2008) Jan; 22 Suppl 1:18-28. PMID: 18237348

136. Auger N, Daniel M, Platt RW, Luo ZC, Wu Y, Choinière R. "The joint influence of marital status, interpregnancy interval, and neighborhood on small for gestational age birth: a retrospective cohort study". BMC Pregnancy Childbirth. (2008) Feb 28; 8:7. PMID: 18307804

137. Kramer MS, Fombonne E, Igumnov S, Vanilovich I, Matush L, Mironova E, Bogdanovich N, Tremblay RE, Chalmers B, Zhang X, Platt RW; Promotion of Breastfeeding Intervention Trial (PROBIT) Study Group. "Effects of prolonged and exclusive breastfeeding on child behavior and maternal adjustment: evidence from a large, randomized trial". Pediatrics. (2008) Mar; 121(3):e435-40. PMID: 18310164

138. †*Hutcheon JA, Platt RW. "The missing data problem in birth weight percentiles and thresholds for "small-for-gestational-age"". Am J Epidemiol. (2008) Apr 1; 167(7):786-92. Epub 2008 Mar 14. PMID: 18343882

139. Auger N, Luo ZC, Platt RW, Daniel M. "Do mother's education and foreign born status interact to influence birth outcomes? Clarifying the epidemiological paradox and the healthy migrant effect". J Epidemiol Community Health. (2008) May; 62(5):402-9. PMID: 18413452

140. Auger N., Daniel, M.,Platt R.W., Wu Y, Luo ZC, Choinière R. "Association between neighborhood perceived security and small for gestational age birth." Paediatric and Perinatal Epidemiology (2008) Sep; 22(5):467-77. PMID: 18782253

141. †*Hutcheon JA, Platt RW. "The impact of past pregnancy experience on subsequent perinatal outcomes" Paediatric and Perinatal Epidemiology (2008) Jul; 22(4):400-8. PMID: 18578754

142. Mackie AS, Jutras LC, Dancea AB, Rohlicek CV, Platt R, Béland MJ. "Can Cardiologists Distinguish Innocent from Pathologic Murmurs in Neonates?" J Pediatr. (2008) Aug 8; 154(1):50-54.e1. PMID: 18692204

143. Johnson ES, Thorp ML, Platt RW, Smith DH. "Predicting the Risk of Dialysis and Transplant among Patients with CKD: A Retrospective Cohort Study". Am J Kidney Dis. (2008) Oct; 52(4):653-60. PMID: 18585833

Robert W. Platt Curriculum Vitae

144. Shrier I, Boivin JF, Platt RW, Steele RJ, Brophy JM, Carnevale F, Eisenberg MJ, Furlan A, Kakuma R, Macdonald ME, Pilote L, Rossignol M. "The interpretation of systematic reviews with meta-analyses: an objective or subjective process?" BMC Med Inform Decis Mak. (2008) May 21; 8:19. PMID: 18495019

145. †Shrier I, Platt RW. "Reducing bias through directed acyclic graphs". BMC Med Res Methodol. (2008) Oct 30; 8; 70. PMID: 18973665

146. Kahn SR, Platt R, McNamara H, Rozen R, Chen MF, Genest J Jr, Goulet L, Lydon J, Seguin L, Dassa C, Masse A, Asselin G, Benjamin A, Miner L, Ghanem A, Kramer MS. "Inherited thrombophilia and preeclampsia within a multicenter cohort: the Montreal Preeclampsia Study". Am J Obstet Gynecol. (2008) Dec 12. 200(2):151.e1-9. PMID: 19070828

147. Xu W, Collet JP, Shapiro S, Lin Y, Yang T, Platt RW, Wang C, Bourbeau J. "Independent effect of depression and anxiety on chronic obstructive pulmonary disease exacerbations and hospitalizations". Am J Respir Crit Care Med. (2008) Nov 1; 178(9):913-20. Epub 2008 Aug 28. PMID: 18755925

148. †*Hutcheon JA, Zhang X, Cnattingius S, Kramer MS, Platt RW. "Customized birth weight percentiles: does adjusting for maternal characteristics matter?" BJOG. (2008) Oct; 115(11):1397-404. PMID: 18823489

149. †Moodie EEM, Delaney JAC, Lefebvre G, Platt RW. "Missing Confounding Data in Marginal Structural Models: A Comparison of Inverse Probability Weighting and Multiple Imputation". International Journal of Biostatistics. 2008;4(1):Article 13.PMID: 22462119

150. Thorp ML, Johnson ES, Yang X, Petrik AF, Platt R, Smith DH. "Effect of anemia on mortality, cardiovascular hospitalizations and end-stage renal disease among patients with chronic kidney disease". Nephrology (Carlton). (2008) Jan 20; 14(2):240-6. PMID: 19207866

151. Kramer MS, Matush L, Vanilovich I, Platt RW, Bogdanovich N, Sevkovskaya Z, Dzikovich I, Shishko G, Collet JP, Martin RM, Smith GD, Gillman MW, Chalmers B, Hodnett E, Shapiro S. "A randomized breast-feeding promotion intervention did not reduce child obesity in Belarus". J Nutr. (2009) Feb; 139(2):417S-21S.

152. †Joseph KS, Fahey J, Platt RW, Liston RM, Lee SK, Sauve R, Liu S, Allen AC, Kramer MS. An outcome-based approach for the creation of fetal growth standards: do singletons and twins need separate standards? Am J Epidemiol. (2009) Mar 1; 169(5):616-24.

153. Ducharme FM, Lemire C, Noya FJ, Davis GM, Alos N, Leblond H, Savdie C, Collet JP, Khomenko L, Rivard G, Platt RW. Preemptive use of high-dose fluticasone for virus-induced wheezing in young children. N Engl J Med. (2009) Jan 22; 360(4):339-53.

154. †Ferdynus C, Quantin C, Abrahamowicz M, Platt R, Burguet A, Sagot P, Binquet C, Gouyon JB. Can birth weight standards based on healthy populations improve the identification of small-for-gestational-age newborns at risk of adverse neonatal outcomes? Pediatrics. (2009) Feb; 123(2):723-30.

155. De P, Cox J, Boivin JF, Platt RW, Jolly AM, Alexander PE. HIV and HCV discordant injecting partners and their association to drug equipment sharing. Scand J Infect Dis. (2009); 41(3):206-14.

156. †Schisterman EF, Cole SR, Platt RW. Overadjustment bias and unnecessary adjustment in epidemiologic studies. Epidemiology. (2009) Jul; 20(4):488-95. PubMed PMID: 19525685.

157. †Platt RW, Zeitlin J. Challenges in measuring changes in health and social indicators over time. J Epidemiol Community Health. (2009) Apr; 63(4):267-8.

158. Kramer MS, Matush L, Bogdanovich N, Dahhou M, Platt RW, Mazer B. The low prevalence of allergic disease in Eastern Europe. Clin Exp Allergy. (2009) Mar 2.

159. Kramer MS, Kahn SR, Rozen R, Evans R, Platt RW, Chen MF, Goulet L, Séguin L, Dassa C, Lydon J, McNamara H, Dahhou M, Genest J. Vasculopathic and thrombophilic risk factors for spontaneous preterm birth Int J Epidemiol. (2009) Mar 31.38(3):715-23.

160. Kramer MS, Lydon J, Séguin L, Goulet L, Kahn SR, McNamara H, Genest J, Dassa C, Chen MF, Sharma S, Meaney MJ, Thomson S, Van Uum S, Koren G, Dahhou M, Lamoureux J, Platt RW. Stress pathways to spontaneous preterm birth: the role of stressors, psychological distress, and stress hormones. Am J Epidemiol. (2009) Jun 1; 169(11):1319-26. Epub 2009 Apr 10. PubMed PMID: 19363098.

161. †Delaney JA, Platt RW, Suissa S. The impact of unmeasured baseline effect modification on estimates from an inverse probability of treatment weighted logistic model. Eur J Epidemiol. (2009);24(7):343-9. Epub 2009 May 6. PubMed PMID: 19418232.

162. †Kramer MS, Wilkins R, Goulet L, Séguin L, Lydon J, Kahn SR, McNamara H, Dassa C, Dahhou M, Masse A, Miner L, Asselin G, Gauthier H, Ghanem A, Benjamin A, Platt RW; Montreal Prematurity Study Group. Investigating socio-economic disparities in preterm birth: evidence for selective study participation and selection bias. Paediatr Perinat Epidemiol. (2009) Jul;23(4):301-9. PubMed PMID: 19523077.

Robert W. Platt Curriculum Vitae

163.  †Platt, R.W., Schisterman, E.F., Cole, S.R. Time-modified Confounding.  American Journal of Epidemiology (2009) Aug 12. 170(6):687-94. PubMed PMID: 19675141.

164.  Hamdy RC, Montpetit K, Raney EM, Aiona MD, Fillman RR, MacKenzie W, McCarthy J, Chafetz RS, Thomas SS, Tamayo CM, Littleton AG, Ruck-Gibis J, Takahashi SN, Rinaldi M, Finley GA, Platt RW, Dahan-Oliel N. Botulinum toxin type A injection in alleviating postoperative pain and improving quality of life in lower extremity limb lengthening and deformity correction: a pilot study J Pediatr Orthop. (2009) Jul-Aug; 29(5):427-34.

165.  Kramer MS, Kahn SR, Platt RW, Genest J, Rozen R, Chen MF, Goulet L, Séguin L, Dassa C, Lydon J, McNamara H, Dahhou M, Lamoureux J, Evans RW. Antioxidant vitamins, long-chain Fatty acids, and spontaneous preterm birth. Epidemiology. (2009) Sep;20(5):707-13.

166.  †Whitcomb BW, Schisterman EF, Perkins NJ, Platt RW. Quantification of collider-stratification bias and the birthweight paradox. Paediatr Perinat Epidemiol. (2009) Sep;23(5):394-402

167.  †Schisterman EF, Whitcomb BW, Mumford SL, Platt RW. Z-scores and the birthweight paradox. Paediatr Perinat Epidemiol. (2009) Sep;23(5):403-13.

168.  †Kramer MS, Martin RM, Sterne JA, Shapiro S, Dahhou M, Platt RW. The double jeopardy of clustered measurement and cluster randomisation. BMJ. (2009) Aug 21; 339:b2900.

169.  Kramer MS, Matush L, Bogdanovich N, Aboud F, Mazer B, Fombonne E, Collet JP, Hodnett E, Mironova E, Igumnov S, Chalmers B, Dahhou M, Platt RW. Health and development outcomes in 6.5-y-old children breastfed exclusively for 3 or 6 mo. Am J Clin Nutr. 2009 Oct;90(4):1070-4.PMID: 19710187.

170.  †Moodie EEM, Platt RW, Kramer MS. Estimating Response-Maximized Decision Rules With Applications to Breastfeeding. Journal of the American Statistical Association. (2009) 104(485): 155-165. doi:10.1198/jasa.2009.0011

171.  Kennedy E, Majnemer A, Farmer JP, Barr RG, Platt RW. Motor development of infants with positional plagiocephaly. Phys Occup Ther Pediatr. 2009;29(3):222-35. PubMed PMID: 19842852.

172.  Alvarado BE, Harper S, Platt RW, Smith GD, Lynch J. Would achieving healthy people 2010's targets reduce both population levels and social disparities in heart disease? Circ Cardiovasc Qual Outcomes. 2009 Nov;2(6):598-606.

173. Cohen JM, Hutcheon JA, Kramer MS, Joseph KS, Abenhaim H, Platt RW. The influence of ultrasound-to-delivery interval and maternal/fetal characteristics on validity of estimated fetal weights. Ultrasound Obstet Gynecol. 2009 Dec 9.

174. Kramer MS, Kahn SR, Platt RW, Genest J, Chen MF, Goulet L, Séguin L, Lydon J, McNamara H, Libman M, Dahhou M, Lamoureux J, Skogstrand K, Thorsen P. Mid-trimester maternal plasma cytokines and CRP as predictors of spontaneous preterm birth. Cytokine. 2010 Jan;49(1):10-4.PMID: 19783155.

175. Martin RM, Kramer MS, Dahhou M, Platt RW, Patel R, Bogdanovich N, Matush L, Davey Smith G. Do gastrointestinal tract infections in infancy increase blood pressure in childhood? Cohort study. J Epidemiol Community Health. 2010 Dec;64(12):1068-73 PMID: 19897470.

176. †Cole SR, Platt RW, Schisterman EF, Chu H, Westreich D, Richardson D, Poole C. Illustrating bias due to conditioning on a collider. Int J Epidemiol. 2010 Apr;39(2):417-20 PMID: 19926667.

177. Yang S, Platt RW, Kramer MS. Variation in child cognitive ability by week of gestation among healthy term births. Am J Epidemiol. 2010 Feb 15;171(4):399-406.

178. Johnson ES, Weinstein JR, Thorp ML, Platt RW, Petrik AF, Yang X, Anderson S, Smith DH. Predicting the risk of hyperkalemia in patients with chronic kidney disease starting lisinopril. Pharmacoepidemiol Drug Saf. 2010 Mar;19(3):266-72.

179. Austin PC, Platt RW. Survivor treatment bias, treatment selection bias, and propensity scores in observational research. J Clin Epidemiol. 2010 Feb;63(2):136-8.

180. Austin PC, Platt RW. Author's response: the design of observational studies-defining baseline time. J Clin Epidemiol. 2010 Feb;63(2):141.

181. *Hutcheon JA, Egeland GM, Morin L, Meltzer SJ, Jacobsen G, Platt RW. The predictive ability of conditional fetal growth percentiles. Paediatr Perinat Epidemiol. 2010 Mar;24(2):131-9. PMID: 20415768

182. Luong ML, Libman M, Dahhou M, Chen MF, Kahn SR, Goulet L, Séguin L, Lydon J, McNamara H, Platt RW, Kramer MS. Vaginal douching, bacterial vaginosis, and spontaneous preterm birth.  J Obstet Gynaecol Can. 2010 Apr;32(4):313-20.

183. Kramer MS, Lydon J, Séguin L, Goulet L, Kahn SR, McNamara H, Genest J, Sharma S, Meaney MJ, Libman M, Dahhou M, Platt RW.Non-stress-related factors associated with maternal corticotrophin-releasing hormone (CRH) concentration. Paediatr Perinat Epidemiol. 2010 Jul 1;24(4):390-7.PMID: 20618729

Robert W. Platt Curriculum Vitae

184. †Hutcheon JA, Zhang X, Platt RW, Cnattingius S, Kramer MS. The case against customised birthweight standards. Paediatr Perinat Epidemiol. 2011 Jan;25(1):11-6. doi: 10.1111/j.1365-3016.2010.01155.x.

185. †Hutcheon JA, Walker M, Platt RW. Assessing the Value of Customized Birth Weight Percentiles. Am J Epidemiol. 2011 Feb 15;173(4):459-67. PMID: 21135027

186. Fontela PS, Platt RW, Rocher I, Frenette C, Moore D, Fortin E, Buckeridge D, Pai M, Quach C. Surveillance Provinciale des Infections Nosocomiales (SPIN) Program: Implementation of a mandatory surveillance program for central line-associated bloodstream infections. Am J Infect Control. 2011 May;39(4):329-35. PMID: 21255873

187. Mahmud SM, Franco EL, Turner D, Platt RW, Beck P, Skarsgard D, Tonita J, Sharpe C, Aprikian AG. Use of non-steroidal anti-inflammatory drugs and prostate cancer risk: a population-based nested case-control study. PLoS One. 2011 Jan 28;6(1):e16412. PubMed PMID: 21297996; PubMed Central PMCID: PMC3030588.

188. Almeida ND, Koren G, Platt RW, Kramer MS. Hair biomarkers as measures of maternal tobacco smoke exposure and predictors of fetal growth. Nicotine Tob Res. 2011 May;13(5):328-35. Epub 2011 Feb 4. PubMed PMID: 21330286.

189. †Kramer MS, Moodie EE, Dahhou M, Platt RW. Breastfeeding and infant size: evidence of reverse causality. Am J Epidemiol. 2011 May 1;173(9):978-83. Epub 2011 Mar 23. PubMed PMID: 21430194.

190. †Kramer MS, Moodie EE, Dahhou M, Platt RW. Kramer et al. Respond to "Causation or 'noitasuaC'?" Am J Epidemiol. 2011 Mar 23. [Epub ahead of print] PubMed PMID: 21430190.

191. †Bodnar LM, Hutcheon JA, Platt RW, Himes KP, Simhan HN, Abrams B. Should Gestational Weight Gain Recommendations be Tailored by Maternal Characteristics? Am J Epidemiol. 2011 Jul 15;174(2):136-46. Epub 2011 Jun 1. PubMed PMID: 21633118.

192. Fontela PS, Platt RW, Rocher I, Frenette C, Moore D, Fortin E, Buckeridge D, Pai M, Quach C. Epidemiology of central line-associated bloodstream infections in Quebec intensive care units: A 6-year review. Am J Infect Control. 2012 Apr;40(3):221-6.PMID: 21824682.

193. †*Villandré, L., Hutcheon, J.A., Perez Trejo, M.E., Abenhaim, H., Jacobsen, G., and Platt, R.W. Modeling Fetal Weight for Gestational Age: A Comparison of a Flexible

Multi-level Spline-based Model with Other Approaches. The International Journal of Biostatistics: 2011:Vol. 7: Iss. 1, Article 3 PMID: 21931571

194. Kramer MS, Fombonne E, Matush L, Bogdanovich N, Dahhou M, Platt RW. Long-term behavioural consequences of infant feeding: the limits of observational studies. Paediatr Perinat Epidemiol. 2011 Nov;25(6):500-6. PMID: 21980939

195. Kahn SR, Almeida ND, McNamara H, Koren G, Genest J Jr, Dahhou M, Platt RW, Kramer MS. Smoking in preeclamptic women is associated with higher birthweight for gestational age and lower soluble fms-like tyrosine kinase-1 levels: a nested case control study. BMC Pregnancy Childbirth. 2011 Nov 10;11(1):91. PMID: 22074109

196. *Vinet E, Labrecque J, Pineau CA, Clarke AE, St-Pierre Y, Platt R, Bernatsky S. A population-based assessment of live births in women with systemic lupuserythematosus. Ann Rheum Dis. 2012 Apr;71(4):557-9 PMID: 22084391

197. Foster BJ, Dahhou M, Zhang X, Platt RW, Samuel SM, Hanley JA. Association between age and graft failure rates in young kidney transplant recipients. Transplantation. 2011 Dec 15;92(11):1237-43. PubMed PMID: 22124283.

198. Smith DH, Johnson ES, Thorp ML, Yang X, Petrik A, Platt RW, Crispell K, Predicting poor outcomes in heart failure. Perm J. 2011 Fall;15(4):4-11. PMID: 22319410

199. †Platt RW, Delaney JA, Suissa S. The positivity assumption and marginal structural models: the example of warfarin use and risk of bleeding. Eur J Epidemiol. 2012 Feb;27(2):77-83. Epub 2011 Dec 8. PMID: 22160333

200. Auger N, Delézire P, Harper S, Platt RW. Maternal education and stillbirth: estimating gestational-age-specific and cause-specific associations. Epidemiology. 2012 Mar;23(2):247-54. PMID: 22266894

201. Auger N, Park AL, Harper S, Daniel M, Roncarolo F, Platt RW. Educational inequalities in preterm and term small-for-gestational-age birth over time. Ann Epidemiol. 2012 Mar;22(3):160-7. Epub 2012 Jan 29. PMID: 22285866

202. †Hutcheon JA, Bodnar LM, Joseph KS, Abrams B, Simhan HN, Platt RW. The bias in current measures of gestational weight gain. Paediatr Perinat Epidemiol. 2012 Mar;26(2):109-16. doi: 10.1111/j.1365-3016.2011.01254.x. Epub 2012 Jan 16. PMID: 22324496

203. †Westreich D, Cole SR, Schisterman EF, Platt RW. A simulation study of finite-sample properties of marginal structural Cox proportional hazards models. Stat Med. 2012 Aug 30; 31(19):2098-109. doi: 10.1002/sim.5317. Epub 2012 Apr 11. PMID: 22492660

Robert W. Platt Curriculum Vitae

204. Moodie EE, Kaufman JS, Platt RW. Special issue on causal inference in health research. Int J Biostat. 2012 Jan 6; 8(2). pii: /j/ijb.2012.8.issue-2/1557-4679.1400/1557-4679.1400.xml. doi: 10.2202/1557-4679.1400. PMID: 22499729

205. Fontela PS, Quach C, Buckeridge D, Pai M, Platt RW. Surveillance length and validity of benchmarks for central line-associated bloodstream infection incidence rates in intensive care units. PLoS One. 2012;7(5):e36582. Epub 2012 May 7. PMID: 22586480

206. Hutcheon JA, McNamara H, Platt RW, Benjamin A, Kramer MS. Placental weight for gestational age and adverse perinatal outcomes. Obstet Gynecol. 2012 Jun; 119(6):1251-8. PMID: 22617591

207. Foster BJ, Platt RW, Zemel BS. Development and validation of a predictive equation for lean body mass in children and adolescents. Ann Hum Biol. 2012 May; 39(3):171-82. PMID: 22621754

208. Osypuk TL, Caldwell CH, Platt RW, Misra DP. The consequences of foreclosure for depressive symptomatology. Ann Epidemiol. 2012 Jun;22(6):379-87. PMID: 22625995

209. †*Schnitzer ME, Moodie EE, Platt RW. Targeted maximum likelihood estimation for marginal time-dependent treatment effects under density misspecification. Biostatistics. 2013 Jan;14(1):1-14. PMID: 22797173

210. *Wilchesky M, Ernst P, Brophy JM, Platt RW, Suissa S. Bronchodilator Use and the Risk of Arrhythmia in COPD: Part 1: Saskatchewan Cohort Study. Chest. 2012 Aug 1;142(2):298-304. PMID: 22871755

211. *Wilchesky M, Ernst P, Brophy JM, Platt RW, Suissa S. Bronchodilator Use and the Risk of Arrhythmia in COPD: Part 2: Reassessment in the Larger Quebec Cohort. Chest. 2012 Aug 1;142(2):305-11. PMID: 22871756

212. †Platt RW, Brookhart MA, Cole SR, Westreich D, Schisterman EF. An information criterion for marginal structural models. Stat Med. 2013 Apr 15;32(8):1383-93. PMID: 22972662.

213. †Platt RW, Harper SB. Survey data with sampling weights: Is there a "best" approach? Environ Res. 2013 Jan;120C:143-144. doi: 10.1016/j.envres.2012.08.006. Epub 2012 Sep 17. PubMed PMID: 22995642.

214. Chiolero A, Santschi V, Burnand B, Platt RW, Paradis G. Meta-analyses: with confidence or prediction intervals? Eur J Epidemiol. 2012 Oct;27(10):823-5. doi: 10.1007/s10654-012-9738-y. Epub 2012 Oct 16. PubMed PMID: 23070657.

215. †Kramer MS, Moodie EE, Platt RW. Infant feeding and growth: can we answer the causal question? Epidemiology. 2012 Nov;23(6):790-4. PMID: 23038108.

216. †Pang M, Kaufman JS, Platt RW. Mixing of confounding and non-collapsibility: a notable deficiency of the odds ratio. Am J Cardiol. 2013 Jan 15;111(2):302-3. doi: 10.1016/j.amjcard.2012.09.002. PubMed PMID: 23290602

217. Ness RB, Bodnar L, Holzman C, Platt RW, Savitz DA, Shaw GM, Klebanoff M. Thoughts on the future of reproductive and perinatal epidemiology. Paediatr Perinat Epidemiol. 2013 Jan;27(1):11-9. doi: 10.1111/ppe.12017. PubMed PMID: 23215705.

218. Fontela PS, Rocher I, Platt RW, Pai M, Buckeridge DL, Frenette C, Dionne M, Quach C. Evaluation of the reporting validity of central line-associated bloodstream infection data to a provincial surveillance program. Infect Control Hosp Epidemiol. 2013 Feb;34(2):217-9. doi: 10.1086/669074. PubMed PMID: 2329557

219. Wilchesky M, Ernst P, Brophy JM, Platt RW, Suissa S. Response. Chest. 2013 Feb 1;143(2):580. doi: 10.1378/chest.12-2495. PubMed PMID: 23381334

220. Foster BJ, Gao T, Mackie AS, Zemel BS, Ali H, Platt RW, Colan SD. Limitations of expressing left ventricular mass relative to height and to body surface area in children. J Am Soc Echocardiogr. 2013 Apr;26(4):410-8. Epub 2012 Dec 23. PubMed PMID: 23267782

221. †Barbier A, Boivin A, Yoon W, Vallerand D, Platt RW, Audibert F, Barrington KJ, Shah PS, Nuyt AM; Canadian Neonatal Network. New reference curves for head circumference at birth, by gestational age. Pediatrics. 2013 Apr;131(4):e1158-67. doi: 10.1542/peds.2011-3846. Epub 2013 Mar 18. PubMed PMID: 23509164

222. †Hutcheon JA, Platt RW, Abrams B, Himes KP, Simhan HN, Bodnar LM. A weight-gain-for-gestational-age z score chart for the assessment of maternal weight gain in pregnancy. Am J Clin Nutr. 2013 May;97(5):1062-7. doi: 10.3945/ajcn.112.051706. Epub 2013 Mar 6. PubMed PMID: 23466397

223. Kramer MS, Lydon J, Goulet L, Kahn S, Dahhou M, Platt RW, Sharma S, Meaney MJ, Séguin L. Maternal stress/distress, hormonal pathways and spontaneous preterm birth. Paediatr Perinat Epidemiol. 2013 May;27(3):237-46. doi: 10.1111/ppe.12042. Epub 2013 Mar 4. PubMed PMID: 23574411

224. Kramer MS, Kahn SR, Dahhou M, Otvos J, Genest J, Platt RW, Evans RW. Maternal Lipids and Small for Gestational Age Birth at Term. J Pediatr. 2013 Oct;163(4):983-8. PMID: 23810722.

225. Arbuckle TE, Fraser WD, Fisher M, Davis K, Liang CL, Lupien N, Bastien S, Velez MP, von Dadelszen P, Hemmings DG, Wang J, Helewa M, Taback S, Sermer M, Foster W, Ross G, Fredette P, Smith G, Walker M, Shear R, Dodds L, Ettinger AS, Weber JP, D'Amour M, Legrand M, Kumarathasan P, Vincent R, Luo ZC, Platt RW, Mitchell G, Hidiroglou N, Cockell K, Villeneuve M, Rawn DF, Dabeka R, Cao XL, Becalski A, Ratnayake N, Bondy G, Jin X, Wang Z, Tittlemier S, Julien P, Avard D, Weiler H, Leblanc A, Muckle G, Boivin M, Dionne G, Ayotte P, Lanphear B, Séguin JR, Saint-Amour D, Dewailly E, Monnier P, Koren G, Ouellet E. Cohort profile: the maternal-infant research on environmental chemicals research platform. Paediatr Perinat Epidemiol. 2013 Jul;27(4):415-25. doi: 10.1111/ppe.12061. PMID: 23772943.

226. †Platt RW, Brookhart MA, Cole SR, Westreich D, Schisterman EF. Reply to taguri and matsuyama. Stat Med. 2013 Sep 10;32(20):3592-3. doi: 10.1002/sim.5805. PMID: 23943550.

227. Foster BJ, Dahhou M, Zhang X, Platt RW, Hanley JA. Relative Importance of HLA Mismatch and Donor Age to Graft Survival in Young Kidney Transplant Recipients.Transplantation. 2013 Sep 15; 96(5):469-475. PMID: 23759881.

228. †Schisterman EF, Cole SR, Ye A, Platt RW. Accuracy loss due to selection bias in cohort studies with left truncation. Paediatr Perinat Epidemiol. 2013 Sep; 27(5):491-502. doi: 10.1111/ppe.12073. PMID: 23930785.

229. †Pang M, Kaufman JS, Platt RW. Studying noncollapsibility of the odds ratio with marginal structural and logistic regression models. Stat Methods Med Res. 2016 Oct;25(5):1925-1937. Epub ahead of print 2013 Oct 9. PMID: 24108272

230. †Shrier I, Kaufman JS, Platt RW, Steele RJ. Principal stratification: a broader vision. Int J Biostat. 2013 Oct 11; 9(2):307-13. PMID: 24402884

231. Bodnar LM, Klebanoff MA, Gernand AD, Platt RW, Parks WT, Catov JM, Simhan HN. Maternal Vitamin D Status and Spontaneous Preterm Birth by Placental Histology in the US Collaborative Perinatal Project. Am J Epidemiol. 2014 Jan 15;179(2):168-76.PMID: 24124195

232. McNamara H, Hutcheon JA, Platt RW, Benjamin A, Kramer MS. Risk Factors for High and Low Placental Weight. Paediatr Perinat Epidemiol. 2014 Mar;28(2):97-105. PMID: 24354883

233. Kramer MS, Zhang X, Platt RW. Analyzing Risks of Adverse Pregnancy Outcomes. Am J Epidemiol. 2014 Feb 1; 179(3):361-7. PMID: 24287468.

Robert W. Platt Curriculum Vitae

234. Kramer MS, Zhang X, Platt RW. Kramer et al. Respond to "Composite Outcomes and Paradoxes". Am J Epidemiol. 2014 Feb 1; 179(3):371-2. PMID: 24287466.

235. Lipscombe LL, Austin PC, Alessi-Severini S, Blackburn DF, Blais L, Bresee L, Filion KB, Kawasumi Y, Kurdyak P, Platt RW, Tamim H, Paterson JM; Canadian Network for Observational Drug Effect Studies (CNODES) Investigators. "Atypical antipsychotics and hyperglycemic emergencies: Multicentre, retrospective cohort study of administrative data." Schizophr Res. 2014 Apr; 154(1-3):54-60. PMID: 24581419

236. Foster BJ, Dahhou M, Zhang X, Platt RW, Smith JM, Hanley JA. Impact of HLAMismatch at First Kidney Transplant on Lifetime with Graft Function in YoungRecipients. Am J Transplant. 2014 Apr; 14(4):876-85. PMID: 24612783.

237. Dormuth CR, Filion KB, Paterson JM, James MT, Teare GF, Raymond CB, Rahme E, Tamim H, Lipscombe L; Canadian Network for Observational Drug Effect Studies Investigators. Higher potency statins and the risk of new diabetes: multicentre, observational study of administrative databases. BMJ. 2014 May 29; 348: g3244. PMID:24874977

238. Yang S, Platt RW, Dahhou M, Kramer MS. Do population-based interventions widen or narrow socioeconomic inequalities? The case of breastfeeding promotion". Int J Epidemiol. 2014 Aug;43(4):1284-92.PMID: 24639438.

239. †*Schnitzer ME, van der Laan MJ, Moodie EEM, Platt RW. Effect of Breastfeeding on Gastrointestinal Infection in Infants: A Targeted Maximum Likelihood Approach for Clustered Longitudinal Data. Ann Appl Stat. 2014 Jun;8(2):703-725. PMID: 25505499

240. †*Schnitzer ME, Moodie EEM, van der Laan MJ, Platt RW, Klein MB. Modeling the impact of hepatitis C viral clearance on end-stage liver disease in an HIV co-infected cohort with Targeted Maximum Likelihood Estimation. Biometrics. 2014 Mar; 70(1):144-52. PMID: 24571372

241. Santschi V, Chiolero A, Colosimo AL, Platt RW, Taffé P, Burnier M, Burnand B, Paradis G. Improving blood pressure control through pharmacist interventions: a meta-analysis of randomized controlled trials. J Am Heart Assoc. 2014 Apr 10;3(2):e000718. PMID: 24721801

242. *Fell D, Platt R, Lanes A, Wilson K, Kaufman J, Basso O, Buckeridge D. Fetal death and preterm birth associated with maternal influenza vaccination: systematic review. BJOG. 2015 Jan;122(1):17-26.PMID:25040307

Robert W. Platt Curriculum Vitae

243. *Vinet E, Pineau C, Clarke A, Fombonne E, Platt R, Bernatsky S. Neurodevelopmental disorders in children born to mothers with systemic lupus erythematosus. Lupus. 2014 Oct;23(11):1099-104. Epub 2014 Jun 26. PMID: 24969080

244. *Vinet E, Pineau CA, Scott S, Clarke AE, Platt RW, Bernatsky S. Increased Congenital Heart Defects in Children Born to Women with Systemic Lupus Erythematosus: Results from the Offspring of Systemic Lupus Erythematosus Mothers Registry Study. Circulation. 2015 Jan 13;131(2):149-56.PMID: 25355915

245. Kramer MS, Zhang X, Platt RW. Commentary: Yerushalmy, maternal cigarette smoking and the perinatal mortality crossover paradox. Int J Epidemiol. 2014 Oct;43(5):1378-81. PMID:25301864

246. †*Fell DB, Platt RW. Uncertainty of Statistical Heterogeneity in Meta-analyses. Epidemiology. 2014 Nov; 25(6):938. PMID:25265146

247. Sawada N, Gagné FM, Séguin L, Kramer MS, McNamara H, Platt RW, Goulet L, Meaney MJ, Lydon JE. Maternal Prenatal Felt Security and Infant Health at Birth Interact to Predict Infant Fussing and Crying at 12 Months Postpartum. Health Psychol. 2015 Aug;34(8):811-9. PMID: 25528180

248. *Fortin É, Gonzales M, Fontela PS, Platt RW, Buckeridge DL, Quach C. Improving quality of data extractions for the computation of patient-days and admissions. Am J Infect Control. 2015 Feb;43(2):174-6 PMID: 25530553

249. Messerlian C, Platt RW, Tan SL, Gagnon R, Basso O. Low-technology assisted reproduction and the risk of preterm birth in a hospital-based cohort. Fertil Steril. 2015 Jan;103(1):81-88.e2. PMID: 25456793

250. †Mumford SL, Schisterman EF, Cole SR, Westreich D, Platt RW. Time at Risk and Intention-to-treat Analyses: Parallels and Implications for Inference. Epidemiology. 2015 Jan;26(1):112-8. PMID: 25275571

251. Bodnar LM, Platt RW, Simhan HN. Early-Pregnancy Vitamin D Deficiency and Risk of Preterm Birth Subtypes. Obstet Gynecol. 2015 Feb;125(2):439-47. PMID: 25569002

252. Kramer MS, Zhang X, Platt RW. The authors reply. Am J Epidemiol. 2015 Feb 1;181(3):218-9. PMID: 25612574

253. †Ahrens KA, Cole SR, Westreich D, Platt RW, Schisterman EF. A cautionary note about estimating effects of secondary exposures in cohort studies. Am J Epidemiol. 2015 Feb 1;181(3):198-203. PMID: 25589243

Robert W. Platt Curriculum Vitae

254. Tamblyn R, Ernst P, Winslade N, Huang A, Grad R, Platt RW, Ahmed S, Moraga T, Eguale T. Evaluating the impact of an integrated computer-based decision support with person-centered analytics for the management of asthma in primary care: a randomized controlled trial. J Am Med Inform Assoc. 2015 Jul;22(4):773-83. PMID: 25670755

255. Cohen J, Kahn S, Platt R, Basso O, Evans R, Kramer M. Small-for-gestational-age birth and maternal plasma antioxidant levels in mid-gestation: a nested case-control study. BJOG. 2015 Sep;122(10):1313-21. PMID: 25677044

256. Ashley-Martin J, Dodds L, Arbuckle TE, Levy AR, Platt RW, Marshall JS. Predictors of interleukin-33 and thymic stromal lymphopoietin levels in cord blood. Pediatr Allergy Immunol. 2015 Mar;26(2):161-7. PMID: 25620084

257. Kuntz JL, Johnson ES, Raebel MA, Platt RW, Petrik AF, Yang X, Thorp ML, Spindel SJ, Neil N, Smith DH. Predicting the risk of Clostridium difficile infection following an outpatient visit: development and external validation of a pragmatic, prognostic risk score. Clin Microbiol Infect. 2015 Mar;21(3):256-62. PMID: 25658533

258. Hutcheon JA, Platt RW, Abrams B, Himes KP, Simhan HN, Bodnar LM. Pregnancy weight gain charts for obese and overweight women. Obesity (Silver Spring). 2015 Mar;23(3):532-5. PMID: 25707378

259. Messerlian C, Platt RW, Ata B, Tan SL, Basso O. Do the causes of infertility play a direct role in the aetiology of preterm birth? Paediatr Perinat Epidemiol. 2015 Mar;29(2):101-12. PMID: 25644431

260. Weiss JW, Platt RW, Thorp ML, Yang X, Smith DH, Petrik A, Eckstrom E, Morris C, O'Hare AM, Johnson ES. Predicting mortality in older adults with kidney disease: a pragmatic prediction model. J Am Geriatr Soc. 2015 Mar;63(3):508-15. PMID: 25739329

261. *Moqueet N, Infante-Rivard C, Platt RW, Young J, Cooper C, Hull M, Walmsley S, Klein MB; Canadian Co-Infection Study Investigators. Favourable IFNL3 genotypes are associated with spontaneous clearance and are differentially distributed in Aboriginals in Canadian HIV-hepatitis C co-infected individuals. Int J Mol Sci. 2015 Mar 20;16(3):6496-512. PMID: 25803108

262. Ashley-Martin J, Dodds L, Levy AR, Platt RW, Marshall JS, Arbuckle TE. Prenatal exposure to phthalates, bisphenol A and perfluoroalkyl substances and cord blood levels of IgE, TSLP and IL-33. Environ Res. 2015 Apr 23; 140:360-368. PMID: 25913155

Robert W. Platt Curriculum Vitae

263. McCusker J, Cole MG, Yaffe M, Strumpf E, Sewitch M, Sussman T, Ciampi A, Lavoie K, Platt RW, Belzile E. "A randomized trial of a depression self-care toolkit with or without lay telephone coaching for primary care patients with chronic physical conditions". Gen Hosp Psychiatry. 2015 May-Jun;37(3):257-65. PMID: 26003664

264. Garfinkle J, Wintermark P, Shevell MI, Platt RW, Oskoui M; Canadian Cerebral Palsy Registry. Cerebral Palsy after Neonatal Encephalopathy: How Much Is Preventable? J Pediatr. 2015 Jul;167(1):58-63. PMID: 25841543

265. Westreich D, Edwards JK, Cole SR, Platt RW, Mumford SL, Schisterman EF. Imputation approaches for potential outcomes in causal inference. Int J Epidemiol. 2015 Oct;44(5):1731-7. PMID: 26210611

266. Shivkumar S, Himes KP, Hutcheon JA, Platt RW. An ultrasound-based fetal weight reference for twins. Am J Obstet Gynecol. 2015 Aug;213(2):224. PMID: 25899626

267. Cohen JM, Beddaoui M, Kramer MS, Platt RW, Basso O, Kahn SR. Maternal Antioxidant Levels in Pregnancy and Risk of Preeclampsia and Small for Gestational Age Birth: A Systematic Review and Meta-Analysis. PLoS One. 2015 Aug 6;10(8):e0135192. PMID: 26247870

268. Pullenayegum EM, Platt RW, Barwick M, Feldman BM, Offringa M, Thabane L. Knowledge translation in biostatistics: a survey of current practices, preferences, and barriers to the dissemination and uptake of new statistical methods. Stat Med. 2016 Mar 15;35(6):805-18. PMID: 26307183 PMID: 26307183

269. †*Schuster T., Pang M., Platt RW. On the role of marginal confounder prevalence – implications for the high-dimensional propensity score algorithm. Pharmacoepidemiology and Drug Safety. 2015 Sep;24(9):1004-7.PMID: 25866189

270. Steele RJ, Shrier I, Kaufman JS, Platt RW. Simple Estimation of Patient-Oriented Effects From Randomized Trials: An Open and Shut CACE. Am J Epidemiol. 2015 Sep 15;182(6):557-66. PMID: 26283090

271. †*Chevance A, Schuster T, Steele R, Platt RW. Contour plot assessment of existing meta-analyses confirms robust association of statin use and acute kidney injury risk. J Clin Epidemiol. 2015 Oct;68(10):1138-43.PMID: 26092287

272. Bodnar LM, Parks WT, Perkins K, Pugh SJ, Platt RW, Feghali M, Florio K, Young O, Bernstein S, Simhan HN. Maternal prepregnancy obesity and cause-specific stillbirth. Am J Clin Nutr. 2015 Oct;102(4):858-64. PMID: 26310539

273. Austin PC, Schuster T, Platt RW. Statistical power in parallel group point exposure studies with time-to-event outcomes: An empirical comparison of the performance

Robert W. Platt Curriculum Vitae

of randomized controlled trials and the inverse probability of treatment weighting (IPTW) approach. BMC Med Res Methodol. 2015 Oct 15;15:87. PMID: 26472109

274.    Cameron CG, Fireman B, Clifford T, Coyle D, Hutton B, Wells G, Dormuth C, Platt RW, Toh, S. Network meta-analysis incorporating randomized controlled trials and non-randomized comparative cohort studies for assessing the safety and effectiveness of medical treatments: Challenges and opportunities. Systematic Reviews, 2015 Nov 5;4(1):147. PMID: 26537988

275.    Cohen JM, Kramer MS, Platt RW, Basso O, Evans RW, Kahn SR. The association between maternal antioxidant levels in midpregnancy and preeclampsia. Am J Obstet Gynecol. 2015 Nov;213(5):695.e1-695.e13. PMID: 26215330

276.    Vinet É, Pineau CA, Clarke AE, Scott S, Fombonne É, Joseph L, Platt RW, Bernatsky S. Increased Risk of Autism Spectrum Disorders in Children Born to Women With Systemic Lupus Erythematosus: Results From a Large Population-Based Cohort. Arthritis Rheumatol. 2015 Dec;67(12):3201-8. PMID: 26315754

277.    Fortin E, Quach C, Fontela PS, Buckeridge DL, Platt RW. A Simulation Study to Assess Indicators of Antimicrobial Use as Predictors of Resistance: Does It Matter Which Indicator Is Used? PLoS One. 2015 Dec 23;10(12):e0145761. PMID: 26700185

278.    Fortin É, Platt RW, Fontela PS, Buckeridge DL, Quach C. Predicting Antimicrobial Resistance Prevalence and Incidence from Indicators of Antimicrobial Use: What Is the Most Accurate Indicator for Surveillance in Intensive Care Units? PLoS One. 2015 Dec 28;10(12):e0145088. PMID: 26710322

279.    Slaughter-Acey JC, Sealy-Jefferson S,  Helmkamp L, Caldwell CH, Osypuk TL, Platt RW, Straughen JK, Dailey-Okezie RK, Abeysekara P, Misra DP. Racism in the form of micro aggressions and the risk of preterm birth among black women. Ann Epidemiol. 2016 Jan;26(1):7-13.e1. PMID: 26549132

280.    Dormuth CR, Filion KB, Platt RW. Likelihood ratio meta-analysis: New motivation and approach for an old method. Contemp Clin Trials. 2016 Feb 4;47:259-265. PMID: 26837056

281.    Azoulay L, Filion KB, Platt RW, Dahl M, Dormuth CR, Clemens KK, Durand M, Juurlink DN, Targownik LE, Turin TC, Paterson JM, Ernst P; Canadian Network for Observational Drug Effect Studies (CNODES) Investigators. Incretin based drugs and the risk of pancreatic cancer: international multicentre cohort study. BMJ. 2016 Feb 17;352:i581. PMID: 26888382

Robert W. Platt Curriculum Vitae

282. Sabapathy CA, Djouonang TN, Kahn SR, Platt RW, Tagalakis V. Incidence Trends and Mortality from Childhood Venous Thromboembolism: A Population-Based Cohort Study. J Pediatr. 2016 May;172:175-180. PMID: 26947569

283. *Moquet N, Cooper C, Gill J, Hull M, Platt RW, Klein MB; Canadian Co-infection Cohort. Responder Interferon λ Genotypes Are Associated with Higher Risk of Liver Fibrosis in HIV-Hepatitis C Virus Coinfection. J Infect Dis. 2016 Jul 1;214(1):80-6. PMID:26984148

284. Filion KB, Azoulay L, Platt RW, Dahl M, Dormuth CR, Clemens KK, Hu N, Paterson JM, Targownik L, Turin TC, Udell JA, Ernst P; CNODES Investigators. A Multicenter Observational Study of Incretin-based Drugs and Heart Failure.N Engl J Med. 2016 Mar 24;374(12):1145-54. PMID:27007958

285. Tuccori M, Filion KB, Yin H, Yu OH, Platt RW, Azoulay L. Pioglitazone use and risk of bladder cancer: population based cohort study. BMJ. 2016 Mar 30;352:i1541. PMID: 27029385

286. †*Pang M, Schuster T, Filion KB, Eberg M, Platt RW. Targeted Maximum Likelihood Estimation for Pharmacoepidemiologic Research. Epidemiology. 2016 Jul;27(4):570-7. PMID:27031037

287. Goring SM, Gustafson P, Liu Y, Saab S, Cline SK, Platt RW. Disconnected by design: analytic approach in treatment networks having no common comparator. Res Synth Methods. 2016 Dec;7(4):420-432. PMID: 27061025

288. McCusker J, Cole MG, Yaffe M, Strumpf E, Sewitch M, Sussman T, Ciampi A, Lavoie K, Platt RW, Belzile E. A randomized trial of a depression self-care toolkit with or without lay telephone coaching for primary care patients with chronic physical conditions. Gen Hosp Psychiatry. 2016 May-Jun;40: 75-83. PMID: 27067224

289. Henry D, Dormuth C, Winquist B, Carney G, Bugden S, Teare G, Lévesque LE, Bérard A, Paterson JM, Platt RW. Occurrence of pregnancy and pregnancy outcomes during isotretinoin therapy. CMAJ. 2016 Jul 12;188(10):723-30. PMID: 27114489

290. *Vinet É, Genest G, Scott S, Pineau CA, Clarke AE, Platt RW, Bernatsky S. Causes of stillbirths in women with systemic lupus erythematosus. Arthritis Rheumatol. 2016 Oct;68(10):2487-91. PMID:27159385

291. Lian Y, Yin H, Pollak MN, Carrier S, Platt RW, Suissa S, Azoulay L. Phosphodiesterase Type 5 Inhibitors and the Risk of Melanoma Skin Cancer. Eur Urol. 2016 Nov;70(5):808-815. PMID:27178449

292. Hutcheon JA, Jacobsen GW, Kramer MS, Martinussen M, Platt RW. Small Size at Birth or Abnormal Intrauterine Growth Trajectory: Which Matters More for Child Growth? Am J Epidemiol. 2016 Jun 15;183(12):1107-13. PMID:27257112

293. Kramer MS, Zhang X, Bin Aris I, Dahhou M, Naimi A, Yang S, Martin RM, Oken E, Platt RW. Methodological challenges in studying the causal determinants of child growth. Int J Epidemiol. 2016 Dec 1;45(6):2030-2037. PMID:27297676

294. Auger N, Luo ZC, Nuyt AM, Kaufman JS, Naimi AI, Platt RW, Fraser WD. Secular Trends in Preeclampsia Incidence and Outcomes in a Large Canada Database: A Longitudinal Study Over 24 Years. Can J Cardiol. 2016 Aug; 32(8):987.e15-23. PMID: 26947535

295. *Fell DB, Buckeridge DL, Platt RW, Kaufman JS, Basso O, Wilson K. Circulating Influenza Virus and Adverse Pregnancy Outcomes: A Time-Series Study. Am J Epidemiol. 2016 Aug 1;184(3):163-75. PMID: 27449415

296. †Platt RW, Dormuth CR, Chateau D, Filion K. Observational Studies of Drug Safety in Multi-Database Studies: Methodological Challenges and Opportunities. eGEMs. 2016 May 18;4(1):1221. PMID: 27376096

297. †*Karim, M. E.; Petkau, J.; Gustafson, P.; Platt, R.; Tremlett, H. and BeAMS study group. Comparison of Statistical Approaches Dealing with Time-dependent Confounding in Drug Effectiveness Studies. Stat Methods Med Res. 2016 Sep 21. pii: 0962280216668554. [Epub ahead of print] PMID: 27659168

298. Azoulay L, Filion KB, Platt RW, Dahl M, Dormuth CR, Clemens KK, Durand M, Hu N, Juurlink DN, Paterson JM, Targownik LE, Turin TC, Ernst P; and the Canadian Network for Observational Drug Effect Studies (CNODES) Investigators., Suissa S, Dormuth CR, Hemmelgarn BR, Teare GF, Caetano P, Chateau D, Henry DA, Paterson JM, LeLorier J, Levy AR, Ernst P, Platt RW, Sketris IS. Association Between Incretin-Based Drugs and the Risk of Acute Pancreatitis. JAMA Intern Med. 2016 Oct 1;176(10):1464-1473. PMID: 27479930

299. Hicks BM, Yin H, Yu OH, Pollak MN, Platt RW, Azoulay L. Glucagon-like peptide-1 analogues and risk of breast cancer in women with type 2 diabetes: population based cohort study using the UK Clinical Practice Research Datalink. BMJ. 2016 Oct 20;355:i5340. PMID: 27797785

300. †*Pang, M; *Schuster, T; Filion, KB; *Schnitzer, ME; Eberg,M; Platt, RW. Effect Estimation in Point-exposure Studies with Binary Outcomes and High-dimensional Covariate Data – a Comparison of Targeted Maximum Likelihood Estimation and Inverse Probability of Treatment Weighting. International Journal of Biostatistics (IJB). 2016 Nov 1;12(2). PMID: 27889705

Robert W. Platt Curriculum Vitae

301. King C, Colbourn T, Mankhambo L, Beard J, Hay Burgess DC, Costello A, Izadnegahdar R, Lufesi N, Mwansambo C, Nambiar B, Johnson ES, Platt RW, Mukanga D, McCollum ED. Non-treatment of children with community health worker-diagnosed fast-breathing pneumonia in rural Malawi: exploratory subanalysis of a prospective cohort study. BMJ Open. 2016 Nov 16;6(11):e011636. PMID: 7852705

302. Baca KM, Simhan HN, Platt RW, Bodnar LM. Low maternal 25-hydroxyvitamin D concentration increases the risk of severe and mild preeclampsia. Ann Epidemiol. 2016 Dec;26(12):853-857. PMID: 27818017

303. Platt RW. On Designs for Vaccine Surveillance. Drug Saf. 2016 Dec;39(12):1161-1162. PMID: 27785767

304. Hutcheon JA, Fell DB, Jackson ML, Kramer MS, Ortiz JR, Savitz DA, **Platt RW**. Hutcheon et al. Respond to "Maternal Influenza Immunization and Birth Outcomes". Am J Epidemiol. 2016 Dec 1;184(11):793-795. PMID: 27784656

305. †*Schuster T, Lowe WK, Platt RW. Propensity score model overfitting led to inflated variance of estimated odds ratios. J Clin Epidemiol. 2016 Dec; 80:97-106. PMID: 27498378

306. Ashley-Martin J, Dodds L, Arbuckle TE, Bouchard MF, Fisher M, Morriset AS, Monnier P, Shapiro GD, Ettinger AS, Dallaire R, Taback S, Fraser W, Platt RW. Maternal Concentrations of Perfluoroalkyl Substances and Fetal Markers of Metabolic Function and Birth Weight: The Maternal-Infant Research on Environmental Chemicals (MIREC) Study. American Journal of Epidemiology. 2017 Feb 1;185(3):185-193. PMID: 28073763

307. Riddell CA, Platt RW, Bodnar LM, Hutcheon JA. Classifying Gestational Weight Gain Trajectories Using the SITAR Growth Model. Paediatr Perinat Epidemiol. 2017 Mar; 31(2):116-125. PMID: 28075023

308. Schroeder EB, Yang X, Thorp ML, Arnold BM, Tabano DC, Petrik AF, Smith DH, Platt RW, Johnson ES. Predicting 5-Year Risk of RRT in Stage 3 or 4 CKD: Development and External Validation. Clin J Am Soc Nephrol. 2017 Jan 6;12(1):87-94. PMID: 28028051

309. †*Karim, M.E.; Platt, R.W. and BeAMS study group. "Estimating inverse probability weights using super learner when weight-model specification is unknown in a marginal structural Cox model context". Stat Med. 2017 Jun 15;36(13):2032-2047. PMID:28219110

310. Kramer MS, Zhang X, Dahhou M, Yang S, Martin RM, Oken E, Platt RW. Does Fetal Growth Restriction Cause Later Obesity? Pitfalls in Analyzing Causal Mediators as Confounders. Am J Epidemiol. Am J Epidemiol. 2017 Apr 1;185(7):585-590. . PMID: 28338874

311. Hutcheon JA, Fell DB, Jackson ML, Kramer MS, Ortiz JR, Savitz DA, Platt RW. THE AUTHORS REPLY. Am J Epidemiol. 2017 May 1; 185(9):861-862. PMID:28369158

312. Moqueet N, Kanagaratham C, Gill MJ, Hull M, Walmsley S, Radzioch D, Saeed S, Platt RW, Klein MB; Canadian Co-infection Cohort Study (CTN 222). A prognostic model for development of significant liver fibrosis in HIV-hepatitis C co-infection. PLoS One. 2017 May 3; 12(5):e0176282. PMID: 28467457

313. Samuel M, Schuster T, Kaufman JS, Platt RW, Brophy JM. Differences Between Conditional and Marginal Propensity Score Estimates: A Real-World Application. J Am Coll Cardiol. 2017 Jul 4;70(1):117. PMID: 28662799

314. Schuster T, Lowe WK, Platt RW. Variance inflation is not the same as variance overestimation. J Clin Epidemiol. 2017 Aug;88:161-162 PMID: 28529186

315. †Shrier I, Pang M, Platt RW. Graphic report of the results from propensity score method analyses. J Clin Epidemiol. 2017 Aug; 88:154-159. PMID: 28603009

316. Grandi SM, Vallée-Pouliot K, Reynier P, Eberg M, Platt RW, Arel R, Basso O, Filion KB. Hypertensive Disorders in Pregnancy and the Risk of Subsequent Cardiovascular Disease. Paediatr Perinat Epidemiol. 2017 Sep;31(5):412-421. PMID: 28816365

317. Hutcheon JA, Bodnar LM, Platt RW. Using perinatal morbidity scoring tools as a primary study outcome. J Epidemiol Community Health. 2017 Nov;71(11):1090-1093. PMID: 29038316

318. Eberg M, Platt RW, Filion KB. The Estimation of Gestational Age at Birth in Database Studies. Epidemiology. 2017 Nov;28(6):854-862. PMID: 28692489

319. Wojcik S, Bernatsky S, Platt RW, Pineau CA, Clarke AE, Fombonne É, Bérard A, Vinet É. Risk of autism spectrum disorders in children born to mothers with

rheumatoid arthritis: A systematic literature review. Arthritis Care Res (Hoboken). 2017 Dec; 69(12):1926-1931. PMID: 28319657

320. Beltempo M, Piedboeuf B, Platt RW, Barrington K, Bizgu V, Shah PS; Canadian Neonatal Network Investigators. Association of Resident Duty Hour Reform and Neonatal Outcomes of Very Preterm Infants. Am J Perinatol. 2017 Dec;34(14):1396-1404. PMID: 28582791

321. Fell DB, Platt RW, Basso O, Wilson K, Kaufman JS, Buckeridge DL, Kwong JC. The Relationship Between 2009 Pandemic H1N1 Influenza During Pregnancy and Preterm Birth: A Population-based Cohort Study. Epidemiology. 2018 Jan;29(1):107-116. PMID: 28930786

322. Shrier I, Platt RW, Steele RJ, Schnitzer M. Estimating Causal Effects of Treatment in a Randomized Trial When Some Participants Only Partially Adhere. Epidemiology. 2018 Jan;29(1):78-86. PMID: 29023241

323. †*Gravel, C and Platt RW. Weighted estimation for confounded binary outcomes subject to misclassification. Statistics in Medicine. 2018 Feb 10;37(3):425-436. PMID: 29082530

324. Hutcheon JA, Platt RW, Abrams B, Braxter BJ, Eckhardt CL, Himes KP, Bodnar LM. Pregnancy Weight Gain by Gestational Age in Women with Uncomplicated Dichorionic Twin Pregnancies. Paediatr Perinat Epidemiol. 2018 Mar;32(2):172-180. PMID: 29378084

325. Lemon LS, Naimi A, Caritis SN, Platt RW, Venkataramanan R, Bodnar LM. The Role of Preterm Birth in the Association Between Opioid Maintenance Therapy and Neonatal Abstinence Syndrome. Paediatr Perinat Epidemiol. 2018 Mar;32(2):213-222.. PMID:29372750

326. Naimi AI, Platt RW, Larkin JC. Machine Learning for Fetal Growth Prediction. Epidemiology. 2018 Mar;29(2):290-298. PMID: 29199998

327. Karim ME, Pang M, Platt RW. Can We Train Machine Learning Methods to Outperform the High-dimensional Propensity Score Algorithm? Epidemiology. 2018 Mar;29(2):191-198. PMID: 29166301

328. Lemon LS, Caritis SN, Venkataramanan R, Platt RW, Bodnar LM. Methadone Versus Buprenorphine for Opioid Use Dependence and Risk of Neonatal Abstinence Syndrome. Epidemiology. 2018 Mar;29(2):261-268. PMID: 29112519

329. Simoneau G, Moodie EEM, Platt RW, Chakraborty B. Non-regular inference for dynamic weighted ordinary least squares: understanding the impact of solid food intake in infancy on childhood weight. Biostatistics. 2018 Apr 1;19(2):233-246. PMID: 28968752

**Technical Reports**

1. Bellavance, F. and Platt, R.W. "Meta-analysis of a Multinomial Outcome Using a Linear Mixed Effects Model", GERAD Technical Report G-2000-50, 2000

**Reviews, Book Chapters, Books**

**Books**

1. Louis, G., Platt, R.W, eds. "Reproductive and Perinatal Epidemiology". 2010, Oxford University Press.

**Book Chapters**

1. Platt, R. "Multivariate Methods" in Surgical Arithmetic, A. Barkun, L. Rosenberg, L. Joseph eds.  Landes Biosciences, Georgetown, Texas, 2000.

2. Ananth CV, Platt RW. Chapter 12: Errors in gestational age: Implications in studies of perinatal epidemiology. "Multiple pregnancy: Epidemiology, gestation, and perinatal outcome." Second edition. Blickstein I, Keith LG (editors). New York, NY: Parthenon  Publishing Company; 2005, pp 76-82.

**Abstracts and Conference Presentations (Over 300 total)**

Appendix B

**MATERIALS RELIED UPON**

MRK-KRA00224982 - MKR-KRA00225255

MRK-KRA00028119 - MRK-KRA00028135

MRK-KRA00064382 - MRK-KRA00064391

MRK-KRA00068512 - MRK-KRA00068516

MRK-KRA00068518 - MRK-KRA00068522

MRK-KRA00676456 - MRK-KRA00676457

MRK-KRA00676461

MRK-KRA00676466 - MRK-KRA00676470

MRK-KRA00676473 - MRK-KRA00676478

MRK-KRA00676480 - MRK-KRA00676488

MRK-KRA00676493

MRK-KRA00676498 - MRK-KRA00676502

MRK-KRA00676512 - MRK-KRA00676517

MRK-KRA00676519 - MRK-KRA00676527

MRK-KRA00676532

MRK-KRA00676536 - MRK-KRA00676540

MRK-KRA00676569 - MRK-KRA00676563

MRK-KRA00676569 - MRK-KRA00676576

MRK-KRA00676602 - MRK-KRA00676603

MRK-KRA00676608 - MRK-KRA00676620

MRK-KRA00676625 - MRK-KRA00676632

MRK-KRA00676636

MRK-KRA00676638- MRK-KRA00676642

MRK-KRA00676648 - MRK-KRA00676659

MRK-KRA00676663

MRK-KRA00676665 - MRK-KRA00676669

MRK-KRA00676673 - MRK-KRA00676681

MRK-KRA00676685

B-1

Confidential – Subject to Protective Order

MRK-KRA00676692 - MRK-KRA00676711

MRK-KRA00676719 - MRK-KRA00676720

MRK-KRA00676724

MRK-KRA00676733 - MRK-KRA00676737

MRK-KRA00676770 - MRK-KRA00676785

MRK-KRA00676789

MRK-KRA00676792 - MRK-KRA00676804

MRK-KRA00676829 - MRK-KRA00676830

MRK-KRA00676834

MRK-KRA00676841 - MRK-KRA00676845

MRK-KRA00676860 - MRK-KRA00676865

MRK-KRA00676867 - MRK-KRA00676874

MRK-KRA00676980 - MRK-KRA00676981

MRK-KRA00676985

MRK-KRA00676987 - MRK-KRA00676991

MRK-KRA00676995 - MRK-KRA00677001

MRK-KRA00677009 - MRK-KRA00677010

MRK-KRA00677015 - MRK-KRA00677020

MRK-KRA00677024 - MRK-KRA00677032

MRK-KRA00677036

MRK-KRA00677038 - MRK-KRA00677042

MRK-KRA00677048 - MRK-KRA00677065

MRK-KRA00677069

MRK-KRA00677071 - MRK-KRA00677075

MRK-KRA00677079 - MRK-KRA00677080

MRK-KRA00677086 - MRK-KRA00677095

MRK-KRA00677099

MRK-KRA00677102 - MRK-KRA00677106

MRK-KRA00677110 - MRK-KRA00677117

MRK-KRA00677162 - MRK-KRA00677175

B-2

Confidential – Subject to Protective Order

MRK-KRA00677188 - MRK-KRA00677195

MRK-KRA00677219 - MRK-KRA00677220

MRK-KRA00677224

MRK-KRA00677227 - MRK-KRA00677233

MRK-KRA00677237

MRK-KRA00677239 - MRK-KRA00677243

MRK-KRA00677250 - MRK-KRA00677255

MRK-KRA00677258 - MRK-KRA00677267

MRK-KRA00677271

MRK-KRA00677274 - MRK-KRA00677278

MRK-KRA00677279 - MRK-KRA00677285

MRK-KRA00677293 - MRK-KRA00677294

MRK-KRA00677298

MRK-KRA00677300 - MRK-KRA00677304

MRK-KRA00677309 - MRK-KRA00677324

MRK-KRA00677328

MRK-KRA00677330 - MRK-KRA00677342

MRK-KRA00677344 - MRK-KRA0677345

MRK-KRA00677349

MRK-KRA00677354 - MRK-KRA00677358

MRK-KRA00677362 - MRK-KRA00677367

MRK-KRA00677369 - MRK-KRA00677375

MRK-KRA00677381

MRK-KRA00677391 - MRK-KRA00677395

MRK-KRA00677400 - MRK-KRA00677413

MRK-KRA00677416 - MRK-KRA00677417

MRK-KRA00677421

MRK-KRA00677426 - MRK-KRA00677430

MRK-KRA00677434 - MRK-KRA00677438

MRK-KRA00677440

Confidential – Subject to Protective Order

MRK-KRA00677442 - MRK-KRA00677450

MRK-KRA00677454

MRK-KRA00677456 - MRK-KRA00677460

MRK-KRA00677466 - MRK-KRA00677471

MRK-KRA00677473 - MRK-KRA00677482

MRK-KRA00677486

MRK-KRA00677488 - MRK-KRA00677492

MRK-KRA00677498 - MRK-KRA00677511

MRK-KRA00677581 - MRK-KRA00677582

MRK-KRA00677586

MRK-KRA00677589 - MRK-KRA00677593

MRK-KRA00677642 - MRK-KRA00677650

MRK-KRA00677654

MRK-KRA00677658

MRK-KRA00677661 - MRK-KRA00677672

MRK-KRA00677687

MRK-KRA00677700

MRK-KRA00677703 - MRK-KRA00677707

MRK-KRA00677719 - MRK-KRA00677724

MRK-KRA00677731 - MRK-KRA00677739

MRK-KRA00677754 - MRK-KRA00677755

MRK-KRA00677759

MRK-KRA00677761 - MRK-KRA00677765

MRK-KRA00677770 - MRK-KRA00677785

MRK-KRA00677789

MRK-KRA00677791 - MRK-KRA00677802

MRK-KRA00678594 - MRK-KRA00678595

MRK-KRA00678599

MRK-KRA00678601 - MRK-KRA00678605

MRK-KRA00678610 - MRK-KRA00678623

B-4

Confidential – Subject to Protective Order

MRK-KRA00678643

MRK-KRA00678645 - MRK-KRA00678649

MRK-KRA00678654 - MRK-KRA00678660

MRK-KRA00678675 - MRK-KRA00678682

MRK-KRA00678702

MRK-KRA00678707 - MRK-KRA00678711

MRK-KRA00678715 - MRK-KRA00678728

MRK-KRA00678748 - MRK-KRA00678754

MRK-KRA00678756

MRK-KRA00678764 - MRK-KRA00678776

MRK-KRA00678796

MRK-KRA00678803 - MRK-KRA00678808

MRK-KRA00678812 - MRK-KRA00678824

MRK-KRA00678880

MRK-KRA00678882 - MRK-KRA00678886

MRK-KRA00678892 - MRK-KRA00678897

MRK-KRA00678899

MRK-KRA00678906 - MRK-KRA00678913

MRK-KRA00678932

MRK-KRA00678937 - MRK-KRA00678941

MRK-KRA00678945 - MRK-KRA00678958

MRK-KRA00678998

MRK-KRA00678988 - MRK-KRA00678997

MRK-KRA00678999

MRK-KRA00679001 - MRK-KRA00679008

MRK-KRA00679076

MRK-KRA00679080 - MRK-KRA00679084

MRK-KRA00679090 - MRK-KRA00679103

MRK-KRA00679128

MRK-KRA00679133 - MRK-KRA00679137

B-5

Confidential – Subject to Protective Order

MRK-KRA00679142 - MRK-KRA00679155

MRK-KRA00679176

MRK-KRA00679183 - MRK-KRA00679188

MRK-KRA00679190 - MRK-KRA00679202

MRK-KRA00679211

MRK-KRA00679229

MRK-KRA00679236 - MRK-KRA00679247

MRK-KRA00679254 - MRK-KRA00679261

MRK-KRA00679280

MRK-KRA00679282 - MRK-KRA00679286

MRK-KRA00679292 - MRK-KRA00679297

MRK-KRA00679299

MRK-KRA00679307 - MRK-KRA00679314

MRK-KRA00679333

MRK-KRA00679335 - MRK-KRA00679347

MRK-KRA00679349 - MRK-KRA00679354

MRK-KRA00679361

MRK-KRA00679381

MRK-KRA00679383 - MRK-KRA00679387

MRK-KRA00679393 - MRK-KRA00679400

MRK-KRA00679402 - MRK-KRA00679408

MRK-KRA00679427 - MRK-KRA00679432

MRK-KRA00679438 - MRK-KRA00679452

MRK-KRA00679466 - MRK-KRA00679467

MRK-KRA00679471

MRK-KRA00679473 - MRK-KRA00679477

MRK-KRA00679482 - MRK-KRA00679492

MRK-KRA00679511

MRK-KRA00679513 - MRK-KRA00679517

MRK-KRA00679523 - MRK-KRA00679528

Confidential – Subject to Protective Order

MRK-KRA00679530

MRK-KRA00679538 - MRK-KRA00679545

MRK-KRA00679565

MRK-KRA00679573 - MRK-KRA00679592

MRK-KRA00679611

MRK-KRA00679624 - MRK-KRA00679643

MRK-KRA00679662

MRK-KRA00679669 - MRK-KRA00679673

MRK-KRA00679680 - MRK-KRA00679695

MRK-KRA00679713

MRK-KRA00679715 - MRK-KRA00679719

MRK-KRA00679725 - MRK-KRA00679740

MRK-KRA00679759

MRK-KRA00679761 - MRK-KRA00679765

MRK-KRA00679777 - MRK-KRA00679791

MRK-KRA00679810

MRK-KRA00679817 - MRK-KRA00679822

MRK-KRA00679824 - MRK-KRA00679837

MRK-KRA00679858

MRK-KRA00679860 - MRK-KRA00679864

MRK-KRA00679877 - MRK-KRA00679891

MRK-KRA00679910

MRK-KRA00679917 - MRK-KRA00679922

MRK-KRA00679924 - MRK-KRA00679937

MRK-KRA00679956

MRK-KRA00679963 - MRK-KRA00679975

MRK-KRA00679963 - MRK-KRA00679968

MRK-KRA00680001

MRK-KRA00680003 - MRK-KRA00680007

MRK-KRA00680013 - MRK-KRA00680018

B-7

Confidential – Subject to Protective Order

MRK-KRA00680026 - MRK-KRA00680034

MRK-KRA00680054

MRK-KRA00680056 - MRK-KRA00680060

MRK-KRA00680066 - MRK-KRA00680071

MRK-KRA00680073 - MRK-KRA00680081

MRK-KRA00680100

MRK-KRA00680105 - MRK-KRA00680109

MRK-KRA00680113 - MRK-KRA00680118

MRK-KRA00680120 - MRK-KRA00680128

MRK-KRA00680147

MRK-KRA00680149 - MRK-KRA00680153

MRK-KRA00680161 - MRK-KRA00680175

MRK-KRA00680189 - MRK-KRA00680190

MRK-KRA00680194

MRK-KRA00680196 - MRK-KRA00680200

MRK-KRA00680205 - MRK-KRA00680218

MRK-KRA00680237

MRK-KRA00680239 - MRK-KRA00680243

MRK-KRA00680249 - MRK-KRA00680263

MRK-KRA00680277 - MRK-KRA00680278

MRK-KRA00680288 - MRK-KRA00680293

MRK-KRA00680295

MRK-KRA00680296 - MRK-KRA00680308

MRK-KRA00680327

MRK-KRA00680329 - MRK-KRA00680333

MRK-KRA00680339 - MRK-KRA00680353

MRK-KRA00680372

MRK-KRA00680374 - MRK-KRA00680378

MRK-KRA00680390 - MRK-KRA00680404

MRK-KRA00680429 - MRK-KRA00680449

B-8

Confidential – Subject to Protective Order

MRK-KRA00680468

MRK-KRA00680470 - MRK-KRA00680475

MRK-KRA00680482 - MRK-KRA00680495

MRK-KRA00680510 - MRK-KRA00680511

MRK-KRA00680531

MRK-KRA00680520 - MRK-KRA00680530

MRK-KRA00680532 - MRK-KRA00680539

MRK-KRA00680558

MRK-KRA00680560 - MRK-KRA00680564

MRK-KRA00680570 - MRK-KRA00680584

MRK-KRA00680603

MRK-KRA00680605 - MRK-KRA00680614

MRK-KRA00680641 - MRK-KRA00680655

MRK-KRA00680669 - MRK-KRA00680670

MRK-KRA00680674

MRK-KRA00680676 - MRK-KRA00680680

MRK-KRA00680684 - MRK-KRA00680691

MRK-KRA00680710

MRK-KRA00680712 - MRK-KRA00680716

MRK-KRA00680723 - MRK-KRA00680730

MRK-KRA00680732 - MRK-KRA00680740

MRK-KRA00680759

MRK-KRA00680761 - MRK-KRA00680765

MRK-KRA00680772 - MRK-KRA00680779

MRK-KRA00680781 - MRK-KRA00680788

MRK-KRA00680809 - MRK-KRA00680810

MRK-KRA00680814

MRK-KRA00680816 - MRK-KRA00680820

MRK-KRA00680877 - MRK-KRA00680890

MRK-KRA00680916 - MRK-KRA00680917

B-9

Confidential – Subject to Protective Order

MRK-KRA00680921

MRK-KRA00680924 - MRK-KRA00680933

MRK-KRA00680936 - MRK-KRA00680949

MRK-KRA00680962

MRK-KRA00680964 - MRK-KRA00680968

MRK-KRA00680974 - MRK-KRA00680979

MRK-KRA00680981 - MRK-KRA00680989

MRK-KRA00680997 - MRK-KRA00680998

MRK-KRA00681003

MRK-KRA00681004 - MRK-KRA00681008

MRK-KRA00681014 - MRK-KRA00681021

MRK-KRA00681041

MRK-KRA00681043 - MRK-KRA00681048

MRK-KRA00681055 - MRK-KRA00681060

MRK-KRA00681062 - MRK-KRA00681070

MRK-KRA00681089

MRK-KRA00681091 - MRK-KRA00681095

MRK-KRA00681101 - MRK-KRA00681115

MRK-KRA00681134

MRK-KRA00681141 - MRK-KRA00681161

MRK-KRA00681180

MRK-KRA00681182 - MRK-KRA00681186

MRK-KRA00681192 - MRK-KRA00681206

MRK-KRA00681225

MRK-KRA00681227 - MRK-KRA00681229

MRK-KRA00681235 - MRK-KRA00681240

MRK-KRA00681242 - MRK-KRA00681250

MRK-KRA00681271

MRK-KRA00681273 - MRK-KRA00681277

MRK-KRA00681290 - MRK-KRA00681304

Confidential – Subject to Protective Order

MRK-KRA00681324

MRK-KRA00681328 - MRK-KRA00681333

MRK-KRA00681335

MRK-KRA00681339- MRK-KRA00681350

MRK-KRA00681352

MKR-KRA00681365 - MRK-KRA00681366

MRK-KRA00681370

MRK-KRA00681372 - MRK-KRA00681376

MRK-KRA00681387 - MRK-KRA00681401

MRK-KRA00681420

MRK-KRA00681422 - MRK-KRA00681426

MRK-KRA00681431 - MRK-KRA00681444

MRK-KRA00681446

MRK-KRA00681465

MRK-KRA00681467 - MRK-KRA00681471

MRK-KRA00681479 - MRK-KRA00681493

MRK-KRA00681518

MRK-KRA00681520 - MRK-KRA00681525

MRK-KRA00681532 - MRK-KRA00681538

MRK-KRA00681540 - MRK-KRA00681548

MRK-KRA00681567

MRK-KRA00681569 - MRK-KRA00681573

MRK-KRA00681579 - MRK-KRA00681593

MRK-KRA00681618

MRK-KRA00681620 - MRK-KRA00681639

MRK-KRA00681659

MRK-KRA00681660 - MRK-KRA00681666

MRK-KRA00681672 - MRK-KRA00681685

MRK-KRA00681704

MRK-KRA00681706 - MRK-KRA00681710

B-11

Confidential – Subject to Protective Order

MRK-KRA00681716 - MRK-KRA00681730

MRK-KRA00681749

MRK-KRA00681751 - MRK-KRA00681755

MRK-KRA00681763 - MRK-KRA00681778

MRK-KRA00681804

MRK-KRA00681806 - MRK-KRA00681810

MRK-KRA00681816 - MRK-KRA00681821

MRK-KRA00681823 - MRK-KRA00681831

MRK-KRA00681850

MRK-KRA00681852 - MRK-KRA00681856

MRK-KRA00681862 - MRK-KRA00681876

MRK-KRA00681947

MRK-KRA00681949 - MRK-KRA00681953

MRK-KRA00681959 - MRK-KRA00681973

MRK-KRA00681992

MRK-KRA00681994 - MRK-KRA00681998

MRK-KRA00682004 - MRK-KRA00682018

MRK-KRA00682032 - MRK-KRA00682034

MRK-KRA00682039 - MRK-KRA00682043

MRK-KRA00682049 - MRK-KRA00682062

MRK-KRA00682076 - MRK-KRA00682077

MRK-KRA00682081

MRK-KRA00682083 - MRK-KRA00682087

MRK-KRA00682090 - MRK-KRA00682097

MRK-KRA00682116

MRK-KRA00682118 - MRK-KRA00682122

MRK-KRA00682128 - MRK-KRA00682142

MRK-KRA00682156 - MRK-KRA00682157

MRK-KRA00682161

MRK-KRA00682163 - MRK-KRA00682168

B-12

Confidential – Subject to Protective Order

MRK-KRA00682174 - MRK-KRA00682187

MRK-KRA00682206

MRK-KRA00682208 - MRK-KRA00682212

MRK-KRA00682218 - MRK-KRA00682232

MRK-KRA00682246 - MRK-KRA00682247

MRK-KRA00682251

MRK-KRA00682253 - MRK-KRA00682257

MRK-KRA00682260 - MRK-KRA00682273

MRK-KRA00682285 - MRK-KRA00682286

MRK-KRA00682290

MRK-KRA00682292- MRK-KRA00682296

MRK-KRA00682303 - MRK-KRA00682317

MRK-KRA00682339

MRK-KRA00682341 - MRK-KRA00682345

MRK-KRA00682349 - MRK-KRA00682361

MRK-KRA00682381

MRK-KRA00682385 - MRK-KRA00682389

MRK-KRA00682393 - MRK-KRA00682406

MRK-KRA00682426

MRK-KRA00682431 - MRK-KRA00682435

MRK-KRA00682439 - MRK-KRA00682452

MRK-KRA00682472

MRK-KRA00682477 - MRK-KRA00682486

MRK-KRA00682488 - MRK-KRA00682496

MRK-KRA00682516

MRK-KRA00682521 - MRK-KRA00682525

MRK-KRA00682529 - MRK-KRA00682533

MRK-KRA00682536 - MRK-KRA00682543

MRK-KRA00682546

MRK-KRA00682564

B-13

Confidential – Subject to Protective Order

MRK-KRA00682571 - MRK-KRA00682575

MRK-KRA00682581 - MRK-KRA00682594

MRK-KRA00682613

MRK-KRA00682625 - MRK-KRA00682629

MRK-KRA00682630 - MRK-KRA00682643

MRK-KRA00682663

MRK-KRA00682670 - MRK-KRA00682674

MRK-KRA00682678 - MRK-KRA00682691

MRK-KRA00682711

MRK-KRA00682718 - MRK-KRA00682722

MRK-KRA00682726 - MRK-KRA00682737

MRK-KRA00682739 - MRK-KRA00682740

MRK-KRA00682760

MRK-KRA00682767 - MRK-KRA00682771

MRK-KRA00682775 - MRK-KRA00682786

MRK-KRA00682788

MRK-KRA00682791

MRK-KRA00682816

MRK-KRA00682826 - MRK-KRA00682830

MRK-KRA00682834 - MRK-KRA00682847

MRK-KRA00682867

MRK-KRA00682872 - MRK-KRA00682882

MRK-KRA00682884 - MRK-KRA00682890

MRK-KRA00682892

MRK-KRA00682922

MRK-KRA00682926 - MRK-KRA00682930

MRK-KRA00682934 - MRK-KRA00682947

MRK-KRA00682967

MRK-KRA00682972 - MRK-KRA00682976

MRK-KRA00682980 - MRK-KRA00682984

B-14

Confidential – Subject to Protective Order

MRK-KRA00682986 - MRK-KRA00682994

MRK-KRA00683013

MRK-KRA00683034 - MRK-KRA00683038

MRK-KRA00683042 - MRK-KRA00683046

MRK-KRA00683048 - MRK-KRA00683056

MRK-KRA00683076

MRK-KRA00683081 - MRK-KRA00683085

MRK-KRA00683089 - MRK-KRA00683095

MRK-KRA00683098 - MRK-KRA00683104

MRK-KRA00683124

MRK-KRA00683128 - MRK-KRA00683146

MRK-KRA00683166

MRK-KRA00683172 - MRK-KRA00683176

MRK-KRA00683180 - MRK-KRA00683193

MRK-KRA00683213

MRK-KRA00683218 - MRK-KRA00683222

MRK-KRA00683226 - MRK-KRA00683239

MRK-KRA00683261

MRK-KRA00683265 - MRK-KRA00683283

MRK-KRA00683303

MRK-KRA00683312 - MRK-KRA00683316

MRK-KRA00683320 - MRK-KRA00683324

MRK-KRA00683326 - MRK-KRA00683334

MRK-KRA00683354

MRK-KRA00683357 - MRK-KRA00683359

MRK-KRA00683368 - MRK-KRA00683381

MRK-KRA00683401

MRK-KRA00683413 - MRK-KRA00683417

MRK-KRA00683407 - MRK-KRA00683412

MRK-KRA00683421 - MRK-KRA00683428

B-15

Confidential – Subject to Protective Order

MRK-KRA00683448

MRK-KRA00683468 - MRK-KRA00683486

MRK-KRA00683506

MRK-KRA00683514 - MRK-KRA00683518

MRK-KRA00683527 - MRK-KRA00683531

MRK-KRA00683533 - MRK-KRA00683541

MRK-KRA00683561

MRK-KRA00683565 - MRK-KRA00683569

MRK-KRA00683573 - MRK-KRA00683578

MRK-KRA00683582 - MRK-KRA00683586

MRK-KRA00683606

MRK-KRA00683614 - MRK-KRA00683618

MRK-KRA00683622 - MRK-KRA00683635

MRK-KRA00683654

MRK-KRA00683663 - MRK-KRA00683672

MRK-KRA00683674 - MRK-KRA00683682

MRK-KRA00683702

MRK-KRA00683711 - MRK-KRA00683715

MRK-KRA00683719 - MRK-KRA00683732

MRK-KRA00683752

MRK-KRA00683761 - MRK-KRA00683765

MRK-KRA00683770 - MRK-KRA00683783

MRK-KRA00683815

MRK-KRA00683818 - MRK-KRA00683822

MRK-KRA00683831 - MRK-KRA00683835

MRK-KRA00683837 - MRK-KRA00683845

MRK-KRA00683865

MRK-KRA00683874 - MRK-KRA00683878

MRK-KRA00683883 - MRK-KRA00683896

MRK-KRA00683916

Confidential – Subject to Protective Order

MRK-KRA00683926 - MRK-KRA00683930

MRK-KRA00683934 - MRK-KRA00683938

MRK-KRA00683940 - MRK-KRA00683948

MRK-KRA00683969

MRK-KRA00683971 - MRK-KRA00683975

MRK-KRA00683984 - MRK-KRA00683989

MRK-KRA00683996 - MRK-KRA00684004

MRK-KRA00684023

MRK-KRA00684025 - MRK-KRA00684030

MRK-KRA00684039 - MRK-KRA00684044

MRK-KRA00684051 - MRK-KRA00684058

MRK-KRA00684077

MRK-KRA00684079 - MRK-KRA00684084

MRK-KRA00684109 - MRK-KRA00684115

MRK-KRA00684117 - MRK-KRA00684124

MRK-KRA00684146

MRK-KRA00684148 - MRK-KRA00684152

MRK-KRA00684159 - MRK-KRA00684166

MRK-KRA00684168 - MRK-KRA00684175

MRK-KRA00684200 - MRK-KRA00684221

MRK-KRA00684240

MRK-KRA00684247 - MRK-KRA00684252

MRK-KRA00684259 - MRK-KRA00684271

MRK-KRA00684273

MRK-KRA00684292 - MRK-KRA00684303

MRK-KRA00684310

MRK-KRA00684316 - MRK-KRA00684323

MRK-KRA00684342

MRK-KRA00684344 - MRK-KRA00684348

MRK-KRA00684360 - MRK-KRA00684374

Confidential – Subject to Protective Order

MRK-KRA00684393

MRK-KRA00684395 - MRK-KRA00684399

MRK-KRA00684406 - MRK-KRA00684419

MRK-KRA00684421 - MRK-KRA00684422

MRK-KRA00684447

MRK-KRA00684466 - MRK-KRA00684479

MRK-KRA00684454 - MRK-KRA00684459

MRK-KRA00684493

MRK-KRA00684500 - MRK-KRA00684519

MRK-KRA00684538

MRK-KRA00684540 - MRK-KRA00684544

MRK-KRA00684551 - MRK-KRA00684566

MRK-KRA00684586 - MRK-KRA00684591

MRK-KRA00684597 - MRK-KRA00684612

MRK-KRA00684631

MRK-KRA00684633 - MRK-KRA00684637

MRK-KRA00684643 - MRK-KRA00684648

MRK-KRA00684650 - MRK-KRA00684658

MRK-KRA00684677

MRK-KRA00684679 - MRK-KRA00684683

MRK-KRA00684689 - MRK-KRA00684703

MRK-KRA00684722

MRK-KRA00684724 - MRK-KRA00684728

MRK-KRA00684734 - MRK-KRA00684740

MRK-KRA00684742 - MRK-KRA00684749

MRK-KRA00684767

MRK-KRA00684769 - MRK-KRA00684773

MRK-KRA00684779 - MRK-KRA00684784

MRK-KRA00684786 - MRK-KRA00684794

MRK-KRA00684813

B-18

Confidential – Subject to Protective Order

MRK-KRA00684815 - MRK-KRA00684819

MRK-KRA00684831 - MRK-KRA00684836

MRK-KRA00684838 - MRK-KRA00684846

MRK-KRA00684865

MRK-KRA00684867 - MRK-KRA00684871

MRK-KRA00684877 - MRK-KRA00684882

MRK-KRA00684889 - MRK-KRA00684897

B-19

Confidential – Subject to Protective Order

**Appendix C.1**

**Counting Sheets (Assay 1-01)**

| Mps protocol 007 | | Book 31273 | Page361 |
|---|---|---|---|
| MMRV x1-01 | | Assay run on Jan. 19, 2001 | |
| Sample | #plaques | #plaques | #plaques |
| 1 | 12 | 15 | 10 |
| 1 | 18 | 17 | 11 |
| 1 | 10 | 14 | 14 |
| 1 | 11 | 12 | 12 |
| 2 | 16 | 18 | 11 |
| 2 | 12 | 20 | 11 |
| 2 | 30 | 19 | 10 * |
| 2 | 11 | 15 | 14 |
| 3 | 4 * | 7 | 3 |
| 3 | 7 | 0 | 4 |
| 3 | 3 | 2 | 2 * |
| 3 | 1 | 0 | 0 * |
| 4 | 0 * | 1 | 1 |
| 4 | 2 | 3 | 3 |
| 4 | 5 | 5 | 6 |
| 4 | 8 | 6 | 1 * |
| 5 | 10 | 15 | 15 |
| 5 | 10 | 13 | 12 |
| 5 | 7 | 21 | 19 |
| 5 | 11 | 15 | 11 * |
| 6 | 10 | 17 | 17 |
| 6 | 25 | 17 | 22 |
| 6 | 11 | 12 | 23 |
| 6 | 11 3 | 24 | 16 |
| 7 | 3 | 9 | 1 |
| 7 | 3 | 9 | 11 |
| 7 | 2 | 0 | 2 |
| 7 | 0 | 0 | 1 |
| 8 | 1 | 1 | 2 |
| 8 | 4 | 3 | 5 |
| 8 | 6 | 4 | 3 |
| 8 | 4 | 4 | 5 |
| 9 | | 11 | 8 |
| 9 | 7 9 | 4 16 | 8 4 |
| 9 | 9 | 16 7 | 4 8 |
| 9 | 9 12 6 | 7 4 | 8 5 |
| 10 | 12 7 | 4 16 | 8 9 |
| 10 | 12 | 18 | 18 |
| 10 | 7 | 17 | 12 |
| 10 | 9 | 20 | 9 |
| 11 | 0 | 0 | 0 |
| 11 | 0 | 1 | 1 |
| 11 | 0 | 0 | 0 |
| 11 | 0 | 0 | 0 |
| 12 | 0 | 0 | 0 |
| 12 | 1 | 0 | 0 |
| 12 | 2 | 4 | 4 |

* holes in monolayer

* holes in monolayer

* holes in monolayer

(confirmed plaque counts for photo #7) PHf RDW 52001

Rechecked 12-Feb-01 gw

Note: "holes in monolayer" phrase indicates wells where 10% of monolayer has been torn. These plaque counts are still being used in calculation of ave # plaque (ave monolayer in still 2902 intact) JWrchwrsle FEB15 2001

Joan Wrchwrsle
12-Feb-2001

CONFIDENTIAL

MRK-KRA00679080
MRK-CHA00679080

Appx16964

| | | | |
|---|---|---|---|
| 12 | 6 | 3 | 6 |
| 13 | 11 | 21 | 14 |
| 13 | 8 | 20 | 13 |
| 13 | 9 | 9 | 9 |
| 13 | 12 | 12 | 9 |
| 14 | 13 | 13 | 8 |
| 14 | 13 | 13 | 10 |
| 14 | 10 | 12 | 5 |
| 14 | 8 8 | 9 | 6 |
| 15 | 6 | 3 | 4 |
| 15 | 8 | 10 | 12 |
| 15 | 4 | 5 | 2 |
| 15 | 0 | 3 | 0 |
| 16 | 3 | 9 | 5 |
| 16 | 4 | 13 | 8 |
| 16 | 8 | 20 | 19 |
| 16 | 13 | 17 | 10 |
| 17 | 14 | 15 | 11 |
| 17 | 12 | 18 | 9 |
| 17 | 8 | 10 | 7 |
| 17 | 10 | 12 | 8 |
| 18 | 7 | 6 | 6 |
| 18 | 11 | 12 | 16 |
| 18 | 14 | 10 | 7 |
| 18 | 18 | 18 | 14 |
| 19 | 1 | 4 | 3 |
| 19 | 4 | 4 | 6 |
| 19 | 2 | 2 | 4 |
| 19 | 1 | 0 | 0 |
| 20 | 2 | | 1 |
| 20 | 0 | 4 | 0 |
| 20 | 1 | 1 | 3 |
| 20 | 4 | 1 | 7 |
| 21 | 18 | 20 | 10 |
| 21 | 12 | 11 | 14 |
| 21 | 14 | 13 | 14 |
| 21 | | 18 | 12 |
| 22 | 12 | 13 | 6 |
| 22 | 12 | 8 | 6 |
| 22 | 12 | 18 | 10 |
| 22 | 12 | 17 | 10 |
| 23 | 7 | 11 | 13 |
| 23 | 9 | 8 | 7 |
| 23 | 2 | 4 | 1 |
| 23 | 6 | 5 | 5 |
| 24 | 14 | 17 | 15 |
| 24 | 18 | 14 | 1 |
| 24 | 14 | 21 | 14 |
| 24 | 12 | 15 | 12 |
| 25 | 13 | 15 | 9 |

BK#.

31 27 3 p. 3 6 1
CB 14-Feb-01.

confirmed plaque counts
for plate #18 ... Feb 5, 2001

Jon Winckworth
12-Feb-2001

CONFIDENTIAL

MRK-KRA00679081
MRK-CHA00679081

Appx16965

BK#
31 273 p. 9 6 1
CB 14- Feb-01.

| | | | |
|---|---|---|---|
| 25 | 16 | 18 | 12 |
| 25 | 13 | 17 | 12 |
| 25 | 13 | 15 | 10 |
| 26 | 17 | 24 | 13 |
| 26 | 21 | 15 | 21 |
| 26 | 13 | 20 | 28 |
| 26 | 8 | 29 | 17 |
| 27 | 4 | 4 | 11 |
| 27 | 10 | 15 | 9 |
| 27 | 14 | 14 | 18 |
| 27 | 1 | 3 | 2 |
| 28 | 0 | 2 | 1 |
| 28 | 2 | 7 | 1 |
| 28 | 3 | 7 | 3 |
| 28 | 7 | 12 | 3 |
| 29 | 12 | 12 | 8 |
| 29 | 8 | 12 | 10 |
| 29 | 12 | 13 | 4 |
| 29 | 13 | 18 | 10 |
| 30 | 10 | 17 | 9 |
| 30 | 5 | 22 | 15 |
| 30 | 17 | 12 | 17 |
| 30 | 12 | 19 | 13 |
| 31 | 6 | 5 | 5 |
| 31 | 2 | 1 | 3 |
| 31 | 0 | 1 | 2 |
| 31 | 0 | 0 | 2 |
| 32 | 4 | 7 | 3 |
| 32 | 5 | 6 | 3 |
| 32 | 12 | 6 | 5 |
| 32 | 6 | 9 | 4 |
| 33 | 16 | 15 | 13 |
| 33 | 14 | 39 | 17 |
| 33 | 20 | 15 | 11 |
| 33 | 10 | 20 | 7 |
| 34 | 9 | 20 | 19 |
| 34 | 14 | 18 | 22 |
| 34 | 20 | 12 | 18 |
| 34 | 12 | 20 | 16 |
| 35 | 10 | 11 | 8 |
| 35 | 14 | 16 | 14 |
| 35 | 5 | 6 | 5 |
| 35 | 4 | 7 | 1 * |
| 36 | 5 | 10 | 7 |
| 36 | 17. | 15 | 14 |
| 36 | 11 | 21 | 21 |
| 36 | 14 | 15 | 17 |
| 37 | 13 | 12 | 16 |
| 37 | 18 | 9 | 18 |
| 37 | 9 | 15 | 11 |

} confirmed plaque counts for Plate #32 J. Krol Feb 15, 2001

* holes in monolayer

Joan Wtokowski
12 Feb 200?

CONFIDENTIAL

MRK-KRA00679082
MRK-CHA00679082

**Appx16966**

| | | | |
|---|---|---|---|
| 37 | 7 | 8 | 9 |
| 38 | 19 | 18 | 3 |
| 38 | 10 | 17 | 14 |
| 38 | 9 | 22 | 17 |
| 38 | 5 | 20 | 15 |
| 39 | 3 | 5 | 3 |
| 39 | 4 | 2 | 9 |
| 39 | 1 | 2 | 1 |
| 39 | 3 | 0 | 0 |
| 40 | 0 | 3 | 5 |
| 40 | 2 | 5 | 4 |
| 40 | 2 | 9 | 4 |
| 40 | 12 | 3 | 8 |
| 41 | 17 | 23 | 14 |
| 41 | 20 | 14 | 17 |
| 41 | 18 | 14 | 18 |
| 41 | 17 | 22 | 13 |
| 42 | 10 | 9 | 10 |
| 42 | 12 | 15 | 18 |
| 42 | 17 | 20 | 20 |
| 42 | 18 | 15 | 17 |
| 43 | 2 | 5 | 6 |
| 43 | 2 | 7 | 11 |
| 43 | 6 | 8 | 4 |
| 43 | 1 | 1 * | 1 |
| 44 | 2 | 4 | 3 |
| 44 | 5 | 3 | 3 |
| 44 | 9 | 10 | 10 |
| 44 | 7 | 11 | 9 |
| 45 | 11 | 19 | 7 |
| 45 | 4 | 16 | 7 * |
| 45 | 14 | 9 | 10 |
| 45 | 10 | 5 7 315% | 3 * |
| 46 | 8 | 10 | 16 |
| 46 | 20 | 16 | 12 |
| 46 | 22 | 13 | 17 |
| 46 | 17 | 16 | 10 |
| 47 | 10 | 10 | 3 |
| 47 | 18 | 9 | 6 |
| 47 | 4 | 8 | 4 |
| 47 | 0 | 0 | 0 |
| 48 | 5 | 1 | 1 |
| 48 | 5 | 2 | 2 |
| 48 | 8 | 3 | 2 |
| 48 | 13 | 7 | 8 |
| 49 | 9 | 16 | 16 |
| 49 | 8 | 16 | 16 |
| 49 | 9 | 18 | 6 |
| 49 | 8 | 15 | 9 |
| 50 | 12 | 23 | 10 |

Rechecked 13-Feb-01 *confirmed counts for this one* Feb 5, 2001

BK #
31273 p.361
CB 14-7eb-01

* monolayer partially dried

* holes in monolayer

Rechecked 13-Feb-01 confirmed *plaque counts for* plate # 4 — *April* Feb 13, 2001

Joan Wlochowski
12 Feb-2001

CONFIDENTIAL

MRK-KRA00679083
MRK-CHA00679083

**Appx16967**

| | | | |
|---|---|---|---|
| 50 | 10 | 34 | 29 |
| 50 | 25 | 11* | 24 |
| 50 | 10* | 24 | 17 |
| 51 | 3 | torn | 5 |
| 51 | 14 | 5* | 5 |
| 51 | 5 | 2 | 5 |
| 51 | torn | 2 | 0 |
| 52 | 0 | 1 | 0 |
| 52 | 1 | 3 | 6 |
| 52 | 6 | 2 | 5 |
| 52 | 8 | 15 | 9 |
| 53 | 4 | 16 | 12 |
| 53 | 9 | 23 | 14 |
| 53 | 14 | 15 | 20 |
| 53 | 11 | 23 | 15 |
| 54 | 2 | 3 | 1 |
| 54 | 5 | 4 | 3 |
| 54 | 15 | 8 | 6 |
| 54 | 8 | 15 | 12 |
| 55 | 0 | 0 | 0 |
| 55 | 3 | 1 | 0 |
| 55 | 2 | 0 | 1 |
| 55 | 0 | 0 | 1 |
| 56 | 0 | 0 | 0 |
| 56 | 1 | 0 | 0 |
| 56 | 1 | 1 | 1 |
| 56 | 3 | 4 | 3 |
| 57 | 2 | 4 | 4 |
| 57 | 11 | 4 | 14 |
| 57 | 9 | 7 | 12 |
| 57 | 14 | 12 | 10 |
| 58 | 9 | 14 | 8 |
| 58 | 20 | 10 | 15 |
| 58 | 21 | 21 | 13 |
| 58 | 19 | 18 | 14 |
| 59 | 0 | 0 | 0 |
| 59 | 0 | 0 | 0 |
| 59 | 0 | 0 | 0 |
| 59 | 0 | 0 | 0 |
| 60 | 0 | 0 | 0 |
| 60 | 0 | 0 | 0 |
| 60 | 0 | 0 | 0 |
| 60 | 0 | 0 | 0 |

* holes in monolayer

Bf 31273 p.361
CB 14-Feb-01

12-Feb 2001

CONFIDENTIAL

MRK-KRA00679084
MRK-CHA00679084

**Appendix C.2**

**Sample Code (Assay 1-01)**



CONFIDENTIAL

MRK-KRA00679076
MRK-CHA00679076

**Appendix C.3**

**2001 Workbook (Assay 1-01)**

| Mps protocol 007 | | Book 31273 | Page361 | | | |
|---|---|---|---|---|---|---|
| MMRV x1-01 | | Assay run on Jan. 19, 2001 | | | | |
| Sample | #plaques | #plaques | #plaques | average | %vs mock | titer |
| 1 | 12 | 15 | 10 | 12.33 | 83.6 | 32 |
| 1 | 18 | 17 | 11 | 15.33 | 104.0 | 64 |
| 1 | 10 | 14 | 14 | 12.67 | 85.9 | 128 |
| 1 | 11 | 12 | 12 | 11.67 | 79.1 | 256 |
| 2 | 16 | 18 | 11 | 15.00 | 101.7 | 512 |
| 2 | 12 | 20 | 11 | 14.33 | 97.2 | 1024 |
| 2 | 30 | 19 | 10 | 19.67 | 133.3 | 2048 |
| 2 | 11 | 15 | 14 | 13.33 | 90.4 | 4096 |
| 3 | 4 | 7 | 3 | 4.67 | 31.6 | 32 |
| 3 | 7 | 6 | 4 | 5.67 | 38.4 | 64 |
| 3 | 3 | 2 | 2 | 2.33 | 15.8 | 128 |
| 3 | 1 | 0 | 0 | 0.33 | 2.3 | 256 |
| 4 | 0 | 1 | 1 | 0.67 | 4.5 | 512 |
| 4 | 2 | 3 | 3 | 2.67 | 18.1 | 1024 |
| 4 | 5 | 5 | 6 | 5.33 | 36.2 | 2048 |
| 4 | 8 | 6 | 1 | 5.00 | 33.9 | 4096 |
| 5 | 10 | 15 | 15 | 13.33 | 90.4 | 32 |
| 5 | 10 | 13 | 12 | 11.67 | 79.1 | 64 |
| 5 | 7 | 21 | 19 | 15.67 | 106.2 | 128 |
| 5 | 11 | 15 | 11 | 12.33 | 83.6 | 256 |
| 6 | 10 | 17 | 17 | 14.67 | 99.4 | 512 |
| 6 | 25 | 17 | 22 | 21.33 | 144.6 | 1024 |
| 6 | 11 | 12 | 23 | 15.33 | 104.0 | 2048 |
| 6 | 11 | 24 | 16 | 17.00 | 115.3 | 4096 |
| 7 | 3 | 9 | 1 | 4.33 | 29.4 | 32 |
| 7 | 3 | 9 | 11 | 7.67 | 52.0 | 64 |
| 7 | 2 | 0 | 2 | 1.33 | 9.0 | 128 |
| 7 | 0 | 0 | 1 | 0.33 | 2.3 | 256 |
| 8 | 1 | 1 | 2 | 1.33 | 9.0 | 512 |
| 8 | 4 | 3 | 5 | 4.00 | 27.1 | 1024 |
| 8 | 6 | 4 | 3 | 4.33 | 29.4 | 2048 |
| 8 | 4 | 4 | 5 | 4.33 | 29.4 | 4096 |
| 9 | 17 | 11 | 8 | 12.00 | 81.4 | 32 |
| 9 | 9 | 16 | 4 | 9.67 | 65.5 | 64 |
| 9 | 9 | 7 | 8 | 8.00 | 54.2 | 128 |
| 9 | 16 | 4 | 5 | 8.33 | 56.5 | 256 |
| 10 | 7 | 16 | 9 | 10.67 | 72.3 | 512 |
| 10 | 12 | 18 | 18 | 16.00 | 108.5 | 1024 |
| 10 | 7 | 17 | 12 | 12.00 | 81.4 | 2048 |
| 10 | 9 | 20 | 9 | 12.67 | 85.9 | 4096 |
| 11 | 0 | 0 | 0 | 0.00 | 0.0 | 32 |
| 11 | 0 | 1 | 1 | 0.67 | 4.5 | 64 |
| 11 | 0 | 0 | 0 | 0.00 | 0.0 | 128 |
| 11 | 0 | 0 | 0 | 0.00 | 0.0 | 256 |
| 12 | 0 | 0 | 0 | 0.00 | 0.0 | 512 |
| 12 | 1 | 0 | 0 | 0.33 | 2.3 | 1024 |
| 12 | 2 | 4 | 4 | 3.33 | 22.6 | 2048 |

<32

>4096

<32

>4096

<32

>4096

Joan Worotowski
13-Feb-01

**CONFIDENTIAL**

MRK-KRA00679090
MRK-CHA00679090

**Appx16972**

BK#
- 31 273 p.3 6 1    CB 14-76-01

| 12 | 6 | 3 | 6 | 5.00 | 33.9 | 4096 |
| 13 | 11 | 21 | 14 | 15.33 | 104.0 | 32 |
| 13 | 8 | 20 | √ 13 | 13.67 | 92.7 | 64 |
| 13 | 9 | 9 | 9 | 9.00 | 61.0 | 128 |
| 13 | 12 | 12 | 9 | 11.00 | 74.6 | 256 |
| 14 | 13 | 13 | 8 | 11.33 | 76.8 | 512 | ∠32 |
| 14 | 13 | 13 | 10 | 12.00 | 81.4 | 1024 |
| 14 | 10 | 12 | 5 | 9.00 | 61.0 | 2048 |
| 14 | 8 | 9 | 6 | 7.67 | 52.0 | 4096 |
| 15 | 6 | 3 | 4 | 4.33 | 29.4 | 32 |
| 15 | 8 | 10 | 12 | 10.00 | 67.8 | 64 |
| 15 | 4 | 5 | 2 | 3.67 | 24.9 | 128 |
| 15 | 0 | 3 | 0 | 1.00 | 6.8 | 256 |
| 16 | 3 | 9 | 5 | 5.67 | 38.4 | 512 | 512 |
| 16 | 4 | 13 | 8 | 8.33 | 56.5 | 1024 |
| 16 | 8 | 20 | 19 | 15.67 | 106.2 | 2048 |
| 16 | 13 | 17 | 10 | 13.33 | 90.4 | 4096 |
| 17 | 14 | 15 | 11 | 13.33 | 90.4 | 32 |
| 17 | 12 | 18 | 9 | 13.00 | 88.1 | 64 |
| 17 | 8 | 10 | 7 | 8.33 | 56.5 | 128 |
| 17 | 10 | 12 | 8 | 10.00 | 67.8 | 256 |
| 18 | 7 | 6 | 6 | 6.33 | 42.9 | 512 | 512 |
| 18 | 11 | 12 | 16 | 13.00 | 88.1 | 1024 |
| 18 | 14 | 10 | 7 | 10.33 | 70.1 | 2048 |
| 18 | 18 | 18 | 14 | 16.67 | 113.0 | 4096 |
| 19 | 1 | 4 | 3 | 2.67 | 18.1 | 32 |
| 19 | 4 | 4 | 6 | 4.67 | 31.6 | 64 |
| 19 | 2 | 2 | 4 | 2.67 | 18.1 | 128 |
| 19 | 1 | 0 | 0 | 0.33 | 2.3 | 256 | >4096 |
| 20 | 2 | 1 | 1 | 1.33 | 9.0 | 512 |
| 20 | 0 | 4 | 0 | 1.33 | 9.0 | 1024 |
| 20 | 1 | 1 | 3 | 1.67 | 11.3 | 2048 |
| 20 | 4 | 1 | 7 | 4.00 | 27.1 | 4096 |
| 21 | 18 | 20 | 10 | 16.00 | 108.5 | 32 |
| 21 | 12 | 11 | 14 | 12.33 | 83.6 | 64 |
| 21 | 14 | 13 | 14 | 13.67 | 92.7 | 128 |
| 21 | 8 | 18 | 12 | 12.67 | 85.9 | 256 | ∠32 |
| 22 | 12 | 13 | 9 | 11.33 | 76.8 | 512 |
| 22 | 12 | 8 | 6 | 8.67 | 58.8 | 1024 |
| 22 | 12 | 18 | 10 | 13.33 | 90.4 | 2048 |
| 22 | 12 | 17 | 10 | 13.00 | 88.1 | 4096 |
| 23 | 7 | 11 | 13 | 10.33 | 70.1 | 32 |
| 23 | 9 | 8 | 7 | 8.00 | 54.2 | 64 |
| 23 | 2 | 4 | 2 | 2.67 | 18.1 | 128 |
| 23 | 6 | 5 | 5 | 5.33 | 36.2 | 256 | 256 |
| 24 | 14 | 17 | 15 | 15.33 | 104.0 | 512 |
| 24 | 18 | 14 | 1 | 11.00 | 74.6 | 1024 |
| 24 | 14 | 21 | 14 | 16.33 | 110.7 | 2048 |
| 24 | 12 | 15 | 12 | 13.00 | 88.1 | 4096 |
| 25 | 13 | 15 | 9 | 12.33 | 83.6 | 32 |

Joan Wachorski
13-feb-01

CONFIDENTIAL

MRK-KRA00679091
MRK-CHA00679091

Appx16973

BK#
31 273 p.361  CB 14-76-01

| 25 | 16 | 18 | 12 | 15.33 | 104.0 | 64 |
| 25 | 13 | 17 | 12 | 14.00 | 94.9 | 128 |
| 25 | 13 | 15 | 10 | 12.67 | 85.9 | 256 |
| 26 | 17 | 24 | 13 | 18.00 | 122.0 | 512 |
| 26 | 21 | 15 | 21 | 19.00 | 128.8 | 1024 |
| 26 | 13 | 20 | 28 | 20.33 | 137.9 | 2048 |
| 26 | 8 | 29 | 17 | 18.00 | 122.0 | 4096 |
| 27 | 4 | 4 | 11 | 6.33 | 42.9 | 32 |
| 27 | 10 | 15 | 9 | 11.33 | 76.8 | 64 |
| 27 | 14 | 14 | 18 | 15.33 | 104.0 | 128 |
| 27 | 1 | 3 | 2 | 2.00 | 13.6 | 256 |
| 28 | 0 | 2 | 1 | 1.00 | 6.8 | 512 |
| 28 | 2 | 2 | 1 | 1.67 | 11.3 | 1024 |
| 28 | 3 | 7 | 3 | 4.33 | 29.4 | 2048 |
| 28 | 7 | 12 | 3 | 7.33 | 49.7 | 4096 |
| 29 | 12 | 12 | 8 | 10.67 | 72.3 | 32 |
| 29 | 8 | 12 | 10 | 10.00 | 67.8 | 64 |
| 29 | 12 | 13 | 4 | 9.67 | 65.5 | 128 |
| 29 | 13 | 18 | 10 | 13.67 | 92.7 | 256 |
| 30 | 10 | 17 | 9 | 12.00 | 81.4 | 512 |
| 30 | 5 | 22 | 15 | 14.00 | 94.9 | 1024 |
| 30 | 12 | 12 | 12 | 12.00 | 81.4 | 2048 |
| 30 | 12 | 19 | 13 | 14.67 | 99.4 | 4096 |
| 31 | 6 | 5 | 5 | 5.33 | 36.2 | 32 |
| 31 | 2 | 1 | 3 | 2.00 | 13.6 | 64 |
| 31 | 0 | 1 | 2 | 1.00 | 6.8 | 128 |
| 31 | 0 | 0 | 2 | 0.67 | 4.5 | 256 |
| 32 | 4 | 7 | 3 | 4.67 | 31.6 | 512 |
| 32 | 5 | 6 | 3 | 4.67 | 31.6 | 1024 |
| 32 | 12 | 6 | 5 | 7.67 | 52.0 | 2048 |
| 32 | 6 | 9 | 4 | 6.33 | 42.9 | 4096 |
| 33 | 16 | 15 | 13 | 14.67 | 99.4 | 32 |
| 33 | 14 | 39 | 17 | 23.33 | 158.2 | 64 |
| 33 | 20 | 15 | 11 | 15.33 | 104.0 | 128 |
| 33 | 10 | 20 | 7 | 12.33 | 83.6 | 256 |
| 34 | 9 | 20 | 19 | 16.00 | 108.5 | 512 |
| 34 | 14 | 18 | 22 | 18.00 | 122.0 | 1024 |
| 34 | 20 | 12 | 18 | 16.67 | 113.0 | 2048 |
| 34 | 12 | 20 | 16 | 16.00 | 108.5 | 4096 |
| 35 | 10 | 11 | 8 | 9.67 | 65.5 | 32 |
| 35 | 14 | 16 | 14 | 14.67 | 99.4 | 64 |
| 35 | 5 | 6 | 5 | 5.33 | 36.2 | 128 |
| 35 | 4 | 7 | 1 | 4.00 | 27.1 | 256 |
| 36 | 5 | 10 | 7 | 7.33 | 49.7 | 512 |
| 36 | 17 | 15 | 14 | 15.33 | 104.0 | 1024 |
| 36 | 11 | 21 | 21 | 17.67 | 119.8 | 2048 |
| 36 | 14 | 15 | 17 | 15.33 | 104.0 | 4096 |
| 37 | 13 | 12 | 16 | 13.67 | 92.7 | 32 |
| 37 | 18 | 9 | 18 | 15.00 | 101.7 | 64 |
| 37 | 9 | 15 | 11 | 11.67 | 79.1 | 128 |

<32

>4096

<32

>4096

<32

512

Joan Wachowski
13-feb-01

CONFIDENTIAL

MRK-KRA00679092
MRK-CHA00679092

BK# 31273 p. 361   CB 14-Feb-01

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | 7 | 8 | 9 | 8.00 | 54.2 | 256 |
| 38 | 19 | 18 | 3 | 13.33 | 90.4 | 512 |
| 38 | 10 | 17 | 14 | 13.67 | 92.7 | 1024 |
| 38 | 9 | 22 | 17 | 16.00 | 108.5 | 2048 |
| 38 | 5 | 20 | 15 | 13.33 | 90.4 | 4096 |
| 39 | 3 | 5 | 3 | 3.67 | 24.9 | 32 |
| 39 | 4 | 2 | 9 | 5.00 | 33.9 | 64 |
| 39 | 1 | 2 | 1 | 1.33 | 9.0 | 128 |
| 39 | 3 | 0 | 0 | 1.00 | 6.8 | 256 |
| 40 | 0 | 3 | 5 | 2.67 | 18.1 | 512 |
| 40 | 2 | 5 | 4 | 3.67 | 24.9 | 1024 |
| 40 | 2 | 9 | 4 | 5.00 | 33.9 | 2048 |
| 40 | 12 | 3 | 8 | 7.67 | 52.0 | 4096 |
| 41 | 17 | 23 | 14 | 18.00 | 122.0 | 32 |
| 41 | 20 | 14 | 17 | 17.00 | 115.3 | 64 |
| 41 | 18 | 14 | 13 | 15.00 | 101.7 | 128 |
| 41 | 17 | 22 | 13 | 17.33 | 117.5 | 256 |
| 42 | 10 | 9 | 10 | 9.67 | 65.5 | 512 |
| 42 | 12 | 15 | 18 | 15.00 | 101.7 | 1024 |
| 42 | 17 | 20 | 20 | 19.00 | 128.8 | 2048 |
| 42 | 18 | 15 | 17 | 16.67 | 113.0 | 4096 |
| 43 | 2 | 5 | 6 | 4.33 | 29.4 | 32 |
| 43 | 2 | 7 | 11 | 6.67 | 45.2 | 64 |
| 43 | 6 | 8 | 4 | 6.00 | 40.7 | 128 |
| 43 | 1 | 1 | 1 | 1.00 | 6.8 | 256 |
| 44 | 2 | 4 | 3 | 3.00 | 20.3 | 512 |
| 44 | 5 | 3 | 3 | 3.67 | 24.9 | 1024 |
| 44 | 9 | 10 | 10 | 9.67 | 65.5 | 2048 |
| 44 | 7 | 11 | 9 | 9.00 | 61.0 | 4096 |
| 45 | 11 | 19 | 7 | 12.33 | 83.6 | 32 |
| 45 | 4 | 16 | 7 | 9.00 | 61.0 | 64 |
| 45 | 14 | 9 | 10 | 11.00 | 74.6 | 128 |
| 45 | 10 | 7 | 3 | 6.67 | 45.2 | 256 |
| 46 | 8 | 10 | 16 | 11.33 | 76.8 | 512 |
| 46 | 20 | 16 | 12 | 16.00 | 108.5 | 1024 |
| 46 | 22 | 13 | 17 | 17.33 | 117.5 | 2048 |
| 46 | 17 | 16 | 10 | 14.33 | 97.2 | 4096 |
| 47 | 10 | 10 | 3 | 7.67 | 52.0 | 32 |
| 47 | 18 | 9 | 6 | 11.00 | 74.6 | 64 |
| 47 | 4 | 8 | 4 | 5.33 | 36.2 | 128 |
| 47 | 0 | 0 | 0 | 0.00 | 0.0 | 256 |
| 48 | 5 | 1 | 1 | 2.33 | 15.8 | 512 |
| 48 | 5 | 2 | 2 | 3.00 | 20.3 | 1024 |
| 48 | 8 | 3 | 2 | 4.33 | 29.4 | 2048 |
| 48 | 13 | 7 | 8 | 9.33 | 63.3 | 4096 |
| 49 | 9 | 16 | 16 | 13.67 | 92.7 | 32 |
| 49 | 8 | 16 | 16 | 13.33 | 90.4 | 64 |
| 49 | 9 | 18 | 6 | 11.00 | 74.6 | 128 |
| 49 | 8 | 15 | 9 | 10.67 | 72.3 | 256 |
| 50 | 12 | 23 | 10 | 15.00 | 101.7 | 512 |

Joan Wadsworth
13 Feb-01

**CONFIDENTIAL**

MRK-KRA00679093
MRK-CHA00679093

**Appx16975**

-BR# 31 2 7 3 p 3 6 1    CB 14-7eb-01.

| 50 | 18 | 34 | 29 | 27.00 | 183.1 | 1024 |
| 50 | 25 | 11 | 24 | 20.00 | 135.6 | 2048 |
| 50 | 16 | 24 | 17 | 19.00 | 128.8 | 4096 |
| 51 | 3 | torn | 5 | 4.00 | 27.1 | 32 |
| 51 | 14 | 5 | 5 | 8.00 | 54.2 | 64 |
| 51 | 5 | 2 | 5 | 4.00 | 27.1 | 128 |
| 51 | torn | | 2 | 0 | 1.00 | 6.8 | 256 |
| 52 | 0 | 1 | 0 | 0.33 | 2.3 | 512 |
| 52 | 1 | 3 | 6 | 3.33 | 22.6 | 1024 |
| 52 | 6 | 2 | 5 | 4.33 | 29.4 | 2048 |
| 52 | 8 | 15 | 9 | 10.67 | 72.3 | 4096 |
| 53 | 4 | 16 | 12 | 10.67 | 72.3 | 32 |
| 53 | 9 | 23 | 14 | 15.33 | 104.0 | 64 |
| 53 | 14 | 15 | 20 | 16.33 | 110.7 | 128 |
| 53 | 11 | 23 | 15 | 16.33 | 110.7 | 256 |
| 54 | 2 | 3 | 1 | 2.00 | 13.6 | 512 |
| 54 | 5 | 4 | 3 | 4.00 | 27.1 | 1024 |
| 54 | 15 | 8 | 6 | 9.67 | 65.5 | 2048 |
| 54 | 8 | 15 | 12 | 11.67 | 79.1 | 4096 |
| 55 | 0 | 0 | 0 | 0.00 | 0.0 | 32 |
| 55 | 3 | 1 | 0 | 1.33 | 9.0 | 64 |
| 55 | 2 | 0 | 1 | 1.00 | 6.8 | 128 |
| 55 | 0 | 0 | 1 | 0.33 | 2.3 | 256 |
| 56 | 0 | 0 | 0 | 0.00 | 0.0 | 512 |
| 56 | 1 | 0 | 0 | 0.33 | 2.3 | 1024 |
| 56 | 1 | 1 | 1 | 1.00 | 6.8 | 2048 |
| 56 | 3 | 4 | 3 | 3.33 | 22.6 | 4096 |
| 57 | 2 | 4 | 4 | 3.33 | 22.6 | 8192 |
| 57 | 11 | 4 | 14 | 9.67 | 65.5 | 16384 |
| 57 | 9 | 17 | 12 | 12.67 | 85.9 | 32768 |
| 57 | 14 | 12 | 10 | 12.00 | 81.4 | 65536 |
| 58 | 9 | 14 | 8 | 14.75 | | mock avg. |
| 58 | 20 | 10 | 15 | | | |
| 58 | 21 | 21 | 13 | | | |
| 58 | 19 | 13 | 14 | | | |
| 59 | 0 | 0 | 0 | | | |
| 59 | 0 | 0 | 0 | | | |
| 59 | 0 | 0 | 0 | | | |
| 59 | 0 | 0 | 0 | | | |
| 60 | 0 | 0 | 0 | | | |
| 60 | 0 | 0 | 0 | | | |
| 60 | 0 | 0 | 0 | | | |
| 60 | 0 | 0 | 0 | | | |

Annotations in right margin: 232 (beside first 3 rows), 2048 (beside rows 52), 1024 (beside rows 54), 892 (beside rows 56)

13-Feb-01

CONFIDENTIAL

MRK-KRA00679094
MRK-CHA00679094

# Appendix C.4

# 2002 Workbook (Assay 1-01)

## SOP 874.3489 -- Mumps AIGENT Processing Template v1.2 15Apr2002

HANDWRITTEN AUTHENTICATION BY ANALYST AND REVIEWER

Data Entry and Analysis By
Signed Name:
Reviewed By
Signed Name:

| Assay Demographics | | | | |
|---|---|---|---|---|
| MMRV Assay ID: | 001131 | Notebook No.: | 31273 | |
| AIGENT Assay Date: | 19-Jan-2001 | Page: | 301 | |
| Acetone Fixed Date: | 22-Jun-2001 | Analysis: | 20020xxxxx | |

| Assay Controls | | Limits | Result | Validity |
|---|---|---|---|---|
| Mode: | no serum | | | Valid Assay |
| Control 1: | MCV | [6, 40] | 14.25 | Valid |
| Control 2: | UNC/CMB | [612, 4096] | 1024 | Valid |
| Number of Plaques in | | [2048, 16384] | | Valid |
| Uninfected Cell Controls | | 0 | 0 | |

1-01
David Krah, Mary Yagodich,
Joseph Antonello, Robin Wolchko

07/12/2002  1:56 PM
Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

CONFIDENTIAL

MRK-KRA00679096
MRK-CHA00679096

Appx16978



Titer Calculation Worksheet
2 of 6

07/12/2002, 1:56 PM
Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

1-01
David Krah, Mary Yagodich,
Joseph Antonello, Robin Wolchko

CONFIDENTIAL

MRK-KRA00679097
MRK-CHA00679097

Appx16979



*Titer Calculation Worksheet*
3 of 6

1-01
David Krah, Mary Yagodich,
Joseph Antonello, Robin Wolcicko

Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA
07/12/2002, 1:56 PM

MRK-KRA00679098
MRK-CHA00679098

Appx16980



*Titer Calculation Worksheet*  4 of 6

1-01
David Krah, Mary Yagodich,
Joseph Antonello, Robin Woichko

07/12/2002, 1:56 PM
Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

CONFIDENTIAL



CONFIDENTIAL

07/12/2002  1:56 PM
Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

Titer Calculation Worksheet
5 of 6

1-01
David Kran, Mary Yagodich,
Joseph Antonello, Robin Woldcko

MRK-KRA00679100
MRK-CHA00679100

Appx16982

Titer Calculation Worksheet
6 of 6

1-01
David Krah, Mary Yagodich,
Joseph Antonello, Robin Wolchko

Beverly Corkern 23 May 2002
05/23/2002, 7:37 AM
Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

CONFIDENTIAL

MRK-KRA00679101
MRK-CHA00679101

Appx16983

*Results* Worksheet

**SOP 874.3489 -- Mumps AIGENT Processing Template v1.2 15Apr2002**

| Assay Demographics | | | |
|---|---|---|---|
| MMRV Assay ID: | 001-01 | Notebook No.: | 31273 |
| AIGENT Assay Date: | 19-Jan-01 | Page: | 861 |
| Acetone Fixed Date: | 22-Jan-01 | Analyst: | J. Wlochowski |

| Assay Controls | | Limits | Result | Validity |
|---|---|---|---|---|
| Mock | no serum | [10, 40] | 14.25 | Valid Assay |
| Control 1 ID: | MKY | [512, 4096] | 1024 | Valid |
| Control 2 ID: | CM/CMB | [2048, 16384] | 8192 | Valid |
| Number of Plaques in Uninfected Cell Controls: | | 0 | 0 | Valid |

| Test Samples | |
|---|---|
| Plate | Titer |
| 1, 2 | <32 |
| 3, 4 | >=4096 |
| 5, 6 | <32 |
| 7, 8 | >=4096 |
| 9, 10 | 512 |
| 11, 12 | >=4096 |
| 13, 14 | >=4096 |
| 15, 16 | 512 |
| 17, 18 | 512 |
| 19, 20 | >=4096 |
| 21, 22 | <32 |
| 23, 24 | 256 |
| 25, 26 | <32 |
| 27, 28 | 2048 |
| 29, 30 | <32 |
| 31, 32 | >=4096 |
| 33, 34 | <32 |
| 35, 36 | 256 |
| 37, 38 | 256 |
| 39, 40 | 2048 |
| 41, 42 | <32 |
| 43, 44 | 1024 |
| 45, 46 | <32 |
| 47, 48 | 2048 |
| 49, 50 | <32 |
| 51, 52 | 2048 |

1-01
David Krah, Mary Yagodich,
Joseph Antonello, Robin Wolchko

1

05/23/2002, 7:37 AM
Restricted Confidential - Merck & Co., Inc.
Whitehouse Station, NJ USA

CONFIDENTIAL

MRK-KRA00679102
MRK-CHA00679102

Appx16984

**Appendix C.5**

**2001 Summary Sheet (Assay 1-01)**

BK#    CB 14-7eb-01.

Compound No. - V205
Protocol No. - 007
Study Site - 00 /

Sheet1    31 273 p.3 61

IIN - 07364
Batch No. - 3046
Batch Date 13-Feb-01
No. of records 25, 7eb-c
CB 28-7eb-01    Q4

| P r o j e c t # | S t u d y S i t e # | A l l o c # | S a m p l e D a t e # | A s s a y D a t e # | A s s a y | S i g n | Q u a n V a l u e | Q u a l V a l u e | C o m m e n t | B a t c h # |
|---|---|---|---|---|---|---|---|---|---|---|
| V205 | 007001 | 02550 | 020400 | 011901 | JL135 | < | 32.00 | 02 | | 3046 |
| V205 | 007001 | 02550 | 032200 | 011901 | JL135 | > | 4096.00 | 01 | | 3046 |
| V205 | 007001 | 02553 | 041300 | 011901 | JL135 | < | 32.00 | 02 | | 3046 |
| V205 | 007001 | 02553 | 053100 | 011901 | JL135 | > | 4096.00 | 01 | | 3046 |
| V205 | 007001 | 02554 | 041900 | 011901 | JL135 | < | 32.00 | 02 | | 3046 |
| V205 | 007001 | 02554 | 060200 | 011901 | JL135 | > | 4096.00 | 01 | | 3046 |
| V205 | 007001 | 02555 | 041300 | 011901 | JL135 | < | 32.00 | 02 | | 3046 |
| V205 | 007001 | 02555 | 053000 | 011901 | JL135 | | 512.00 | 01 | | 3046 |
| V205 | 007001 | 02556 | 041900 | 011901 | JL135 | | 512.00 | 01 | | 3046 |
| V205 | 007001 | 02556 | 060100 | 011901 | JL135 | > | 4096.00 | 01 | | 3046 |
| V205 | 007001 | 02558 | 042800 | 011901 | JL135 | < | 32.00 | 02 | | 3046 |
| V205 | 007001 | 02558 | 060800 | 011901 | JL135 | | 256.00 | 01 | | 3046 |
| V205 | 007001 | 02560 | 050200 | 011901 | JL135 | < | 32.00 | 02 | | 3046 |
| V205 | 007001 | 02560 | 061400 | 011901 | JL135 | > | 4096.00 | 01 | | 3046 |
| V205 | 007001 | 02561 | 050300 | 011901 | JL135 | < | 32.00 | 02 | | 3046 |
| V205 | 007001 | 02561 | 061600 | 011901 | JL135 | > | 4096.00 | 01 | | 3046 |
| V205 | 007001 | 02565 | 050800 | 011901 | JL135 | < | 32.00 | 02 | | 3046 |
| V205 | 007001 | 02565 | 061900 | 011901 | JL135 | | 512.00 | 01 | | 3046 |
| V205 | 007001 | 02569 | 040600 | 011901 | JL135 | < | 32.00 | 02 | | 3046 |
| V205 | 007001 | 02569 | 053100 | 011901 | JL135 | | 2048.00 | 01 | | 3046 |
| V205 | 007001 | 02572 | 041000 | 011901 | JL135 | < | 32.00 | 02 | | 3046 |
| V205 | 007001 | 02572 | 060700 | 011901 | JL135 | | 1024.00 | 01 | | 3046 |
| V205 | 007001 | 02576 | 041700 | 011901 | JL135 | | 256.00 | 01 | | 3046 |
| V205 | 007001 | 02576 | 060600 | 011901 | JL135 | | 2048.00 | 01 | | 3046 |
| V205 | 007001 | 02581 | 042800 | 011901 | JL135 | < | 32.00 | 02 | | 3046 |
| V205 | 007001 | 02581 | 061400 | 011901 | JL135 | | 2048.00 | 01 | | 3046 |

CB 28-7eb-01
deleted from data file.
CB 28-7eb-01.

Joan Wichwiles
13-Feb-2001

See corrected summary table based on results obtained using Mayor ABSENT Processing Template V1.2 157pmon.
David Lfred
09-Feb-2001

Page 1

Page 1

CONFIDENTIAL

MRK-KRA00679095
MRK-CHA00679095

Appx16986

**Appendix C.6**

**2002 Summary Sheet (Assay 1-01)**

Bk 31273 p. 361

Compound No. - V205                                                     IIN - 12623
Protocol No. - 007                                                      Batch No. -3046
Study Site - 001                                                        Batch Date -12-Jun-2002
                                                                        No. of records -26

| Project # | Study Site | Alloc # | Sample Date | Assay Date | Assay | Sign | Quan Value | Qual Value | Comment | Batch # |
|---|---|---|---|---|---|---|---|---|---|---|
| V205 | 007001 | 02550 | 020400 | 011901 | JL135 | < | 32.00 | | 02 | 3046 |
| V205 | 007001 | 02550 | 032200 | 011901 | JL135 | > | 4096.00 | | 01 | 3046 |
| V205 | 007001 | 02553 | 041300 | 011901 | JL135 | < | 32.00 | | 02 | 3046 |
| V205 | 007001 | 02553 | 053100 | 011901 | JL135 | > | 4096.00 | | 01 | 3046 |
| V205 | 007001 | 02554 | 041900 | 011901 | JL135 | | 512.00 | | 01 | 3046 |
| V205 | 007001 | 02554 | 060200 | 011901 | JL135 | > | 4096.00 | | 01 | 3046 |
| V205 | 007001 | 02555 | 041300 | 011901 | JL135 | > | 4096.00 | | 01 | 3046 |
| V205 | 007001 | 02555 | 053000 | 011901 | JL135 | | 512.00 | | 01 | 3046 |
| V205 | 007001 | 02556 | 041900 | 011901 | JL135 | | 512.00 | | 01 | 3046 |
| V205 | 007001 | 02556 | 060100 | 011901 | JL135 | > | 4096.00 | | 01 | 3046 |
| V205 | 007001 | 02558 | 042800 | 011901 | JL135 | < | 32.00 | | 02 | 3046 |
| V205 | 007001 | 02558 | 060800 | 011901 | JL135 | | 256.00 | | 01 | 3046 |
| V205 | 007001 | 02560 | 050200 | 011901 | JL135 | < | 32.00 | | 02 | 3046 |
| V205 | 007001 | 02560 | 061400 | 011901 | JL135 | | 2048.00 | | 01 | 3046 |
| V205 | 007001 | 02561 | 050300 | 011901 | JL135 | < | 32.00 | | 02 | 3046 |
| V205 | 007001 | 02561 | 061600 | 011901 | JL135 | > | 4096.00 | | 01 | 3046 |
| V205 | 007001 | 02565 | 050800 | 011901 | JL135 | < | 32.00 | | 02 | 3046 |
| V205 | 007001 | 02565 | 061900 | 011901 | JL135 | | 256.00 | | 01 | 3046 |
| V205 | 007001 | 02569 | 040600 | 011901 | JL135 | | 256.00 | | 01 | 3046 |
| V205 | 007001 | 02569 | 053100 | 011901 | JL135 | | 2048.00 | | 01 | 3046 |
| V205 | 007001 | 02572 | 041000 | 011901 | JL135 | < | 32.00 | | 02 | 3046 |
| V205 | 007001 | 02572 | 060700 | 011901 | JL135 | | 1024.00 | | 01 | 3046 |
| V205 | 007001 | 02576 | 041700 | 011901 | JL135 | < | 32.00 | | 02 | 3046 |
| V205 | 007001 | 02576 | 060600 | 011901 | JL135 | | 2048.00 | | 01 | 3046 |
| V205 | 007001 | 02581 | 042800 | 011901 | JL135 | < | 32.00 | | 02 | 3046 |
| V205 | 007001 | 02581 | 061400 | 011901 | JL135 | | 2048.00 | | 01 | 3046 |

200311394
TM
12 July 2002

Entries verified by:
Jec. DeHaven
12-Jun-2002

data entered by:
Colleen M Barr
12-Jun-2002

Page 1

CONFIDENTIAL

MRK-KRA00679103
MRK-CHA00679103

Appx16988

# Appendix C.7

# Experiment Narrative (Assay 122-01)

Book **31689**  Page  211  Project No. V205  Project Page *MMRV-22-2001*

Investigator C. BARR / D. KRAH / J. Kriss / M. Yagodich Date 11 APRIL 2001

Subject MRS AIGENT ASSAY – PROTOCOL 007 SERA

Filed in Book Number/Title  MMRV FILES 2001 (B)

Purpose: To test paired pediatric sera from Protocol 007 in MPS AIGENT ASSAY according to Virus & Cell Biology Res. Proc. 874.3489.

Procedure: Cells: p133 Vero; 12-wells; planted 09-Apr-01. For serum samples, refer to the case number list. For serum dilutions, virus dilutions, plate codes, thawing and heat-inactivation dates and anti-IgG dilutions, refer to the Argent assay info sheet. Corresponding plates inoculated were #: 121-180. For inoculation times, rocking & overlay times, refer to the Argent assay info sheet. After overlay, plates were placed @ 35C (Forma Scientific pt # 38179) for three days. Assay will be acetone fixed (90% Acetone, 10% H₂O) on 14-APR-01 and immunostained according to Virus & Cell Biology Res. Proc. 874.3488.

✱ NOTE: Plates were inadvertently placed in the 35C incubator incorrectly. Therefore, the plates were out of original inoculated sequence and rocked and overlayed at the incorrect times. Plates will still be fixed and stained as intended, but, serum samples will need to be re-assayed.

Colleen Barr
11-Apr-01

Jennifer Kriss
29-

Countersigned by
30 July 2001
Date

MERCK & CO., INC./MRL

CONFIDENTIAL

MRK-KRA00676631
MRK-CHA00676631

Book  31689  Page  212        Project No. ___√205___  Project Page MMRV122-01

DO NOT BEGIN NEW EXPERIMENTS ON THIS PAGE.

April 14, 2001  Overlays were removed & cells were fixed with 9⅜% acetone, 15% H₂O as described
in Virus & Cell Biology Research Procedure 5743988. See attached
"Information sheet for immuno staining" for reagents & incubation conditions.
Acetone-fixed cells overlaid with RoV5R3 were held @ 2-8°C pending
immunostaining. [signature] April 14, 2001.

25-July-2002  Note: This assay is invalid due to the technical error in overlaying out
of sequence (see comment from 11-Apr-2001). Additionally, the average pfu
for the mock venom control is invalid (c/o: See Mumps AISENT Procedure Template
V12 15Apr2002) [signature] 25-July-2002

Note that the assay is also invalid due to a plaque value
being recorded in the uninfected cell controls. [signature] 25-July-2002





[signature]
Countersigned by
29-July-2002
Date

CONFIDENTIAL                                    MRK-KRA00676632
                                               MRK-CHA00676632

Appx16991

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel.*,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,
                    *Plaintiffs,*
        v.
MERCK & CO., INC.,
                    *Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 270

1

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2
    UNITED STATES OF AMERICA  : CIVIL ACTION
3   ex rel., STEPHEN A.       : NO. 2:10-04374(CDJ)
    KRAHLING and JOAN A.      :
4   WLOCHOWSKI,               :
            Plaintiffs,       :
5                             :
            vs.               :
6                             :
    MERCK & CO., INC.,        :
7         Defendant.          :
    _____ : Master File No.
8   IN RE:  MERCK MUMPS       : 2:12-cv-03555(CDJ)
    VACCINE ANTITRUST         :
9   LITIGATION                :
                              :
10  THIS DOCUMENT RELATES TO: :
    ALL ACTIONS               :
11
12
13     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15                 April 27, 2017
16
17         Videotaped deposition of AMY KEEGAN,
18  taken at the offices of Spector Roseman
19  Kodroff & Willis, 1818 Market Street, Suite
20  2500, Philadelphia, Pennsylvania 19103,
21  beginning at 9:04 a.m., before LINDA
22  ROSSI-RIOS, a Federally Approved RPR, CCR and
23  Notary Public.
24
25

**250**

```
 1        AMY KEEGAN - HIGHLY CONFIDENTIAL
 2   interaction with him in 2007?
 3        A.    I couldn't -- I don't know.  I
 4   don't remember.
 5        Q.    I'm going to turn to the page
 6   ending in 0018.
 7        A.    Okay.
 8        Q.    About halfway down, "Note:
 9   review sonicator operation with Bob Lowe."
10   What is a sonicator?
11        MS. SCHMIDT:  Objection.
12   BY MS. ZINSER:
13        Q.    If you know.
14        A.    So it's a piece of equipment
15   that is commonly used to break open cells.
16        Q.    Do you know who Bob Lowe is?
17        A.    I do know Bob Lowe.
18        Q.    Who is Bob Lowe?
19        A.    I knew Bob Lowe, he worked in
20   the quality control laboratories with me and
21   then subsequently was a peer of mine in the
22   RAS/BAS organization.
23        Q.    Around what time period were
24   you working with him?
25        A.    I worked with Bob in 2001 in
```

**251**

```
 1        AMY KEEGAN - HIGHLY CONFIDENTIAL
 2   the quality control laboratories.  And then in
 3   2005, that's when the RAS/BAS organization was
 4   created.
 5        Q.    The next line, "Bob mentioned...
 6   when he told Amy Keegan that he was working
 7   with us for the mumps ag study, she said that
 8   'he should be very careful working with me as
 9   I had been caught falsifying data.'
10        "Consider bringing this
11   incorrect...," and there are typos in here but
12   I think we can agree that what it says,
13   "Consider bringing this incorrect statement to
14   Gabriel Bikah's attention."
15        You had said earlier that at
16   some point Gabriel Bikah was your supervisor
17   or you reported to him rather?
18        A.    Yes, I did.
19        Q.    "This is not only inaccurate,
20   but it is not clear whether this was stated
21   only to Bob or in a more public forum and
22   would be considered disparaging."
23        Did you say that?  Do you
24   recall saying that?
25        A.    I have no memory of making that
```

**252**

```
 1        AMY KEEGAN - HIGHLY CONFIDENTIAL
 2   statement.
 3        Q.    Do you recall ever thinking
 4   that?
 5        A.    No, I do not.
 6        Q.    Did anyone ever raise this
 7   issue with you?
 8        A.    No, it was not raised to me.
 9        Q.    Had you ever heard anything
10   about -- from anyone else about David Krah
11   falsifying data?
12        A.    Not that I recall.
13        Q.    Are you aware of the allegations
14   in this case?
15        A.    Only in a very general sense.
16        Q.    What's your general understanding
17   of the allegations?
18        A.    My understanding of the
19   allegations is that former Merck employees
20   have alleged that there was some data
21   falsification that was performed.  I don't
22   know exactly the specifics.
23        Q.    Have you -- and we can go to
24   the top, the date of this entry appears to be
25   October 15, 2007.  Have you had any interactions
```

**253**

```
 1        AMY KEEGAN - HIGHLY CONFIDENTIAL
 2   with David Krah since that time?
 3        MS. SCHMIDT:  Objection.
 4        THE WITNESS:  I believe I have.
 5   BY MS. ZINSER:
 6        Q.    In what context would you have
 7   interacted with him?
 8        A.    I used to use Dave Krah, he's a
 9   long time virologist, for advice for virology
10   assays.
11        Q.    And you said that you worked
12   with, you had worked with Bob Lowe as well.
13   Correct?
14        A.    Yes.
15        Q.    Is Bob Lowe wrong --
16        MS. SCHMIDT:  Objection.
17   BY MS. ZINSER:
18        Q.    -- in mentioning this to David
19   Krah?
20        A.    I have no recollection of ever
21   making this statement.
22        Q.    But do you have any -- why do
23   you think that Bob Lowe would say this to
24   David Krah?
25        MS. SCHMIDT:  Objection.
```

**64 (Pages 250 to 253)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA *ex rel*.,
STEPHEN A. KRAHLING and JOAN A.
WLOCHOWSKI,

          *Plaintiffs,*

    v.

MERCK & CO., INC.,

          *Defendant.*

Civil Action No. 10-4374 (CDJ)

**CONTAINS "CONFIDENTIAL" AND
"HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY" MATERIAL
PURSUANT TO PROTECTIVE ORDER**

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 271

# DOCUMENTATION OF WORK ACTIVITIES

**Merck Research Laboratories**
**Virus & Cell Biology**
**Dept. 874**

**Position: Virologist**
**Supervisor: Dr. David Krah**

Start date:  January 2,  2001
-offered no direction or training
-work hindered by social dynamics in lab

March:
-Dave went on vacation unannounced for 2 weeks.
-sent e-mail during that time period stating there would be no vacation allowed until after August
-said he had notified whole lab about vacation requests, later said that he had told me at orientation
which (if he did) does not include the whole lab

-requested error report from me for aspiration of media from wrong assay tray which did not
adversly affect results.
-he was notified of error immediately by me as I wanted to confirm the actions I was going to take
with him, everything was documented in the lab write-up

-Neomycin incident-----→ an accident!!
-he still tries to insist that we intentionally did that.
-received a note from him that cells had been looking bad for several weeks which would
coincide with the timing of the addition of the wrong neomycin:
If the cells had looked bad .....WHY did he not tell us *right away* instead of waiting until
He could find a reason to point the finger at us for them not looking good

-was left a note on my desk that I had entered an incorrect lot # on a worksheet
-fixed the error and the many others made by other people
-I was the only who received a note for this error

-mumps SOP handed to us at a meeting AFTER all the initial testing was done


April 11, 2001:
-Colleen made same mistake of grabbing the wrong tray in a mumps assay. The whole assay was t
invalid. Would like to know if an error report had to be written for that.

*[handwritten: mump protocol / Jelly bean / acetone log]*

*[handwritten: discriminator / hostile / "just]*

RELATOR_00000272

Appx16996

**OUTLINE FOR HR DISCUSSION**

**Poor Management:**
    *offers no guidance or direction   *Training*
    *unable to delegate work
   — *lack of respect/recognition   *Error report*
    *poor communication (does not inform us of days off/vacation)
    *lack of trust (does a lot of lab work himself)

**Favoritism:**
    *unable to separate social vs. professional relationship with certain employees
        -i.e. birthday luncheon, gifts, etc.
    *certain employees provided with information that would be relevant to ALL members of the lab
        -i.e. supervisor's days off, ongoing projects, upcoming projects, protocols
    *certain employees always given the more "important" projects
        -lighter workload distributed amongst more people
        -limited amount of menial work

**Discrimination:**
    — *essential information withheld
        -i.e. RECEIVED OUTLINE OF HOW TO DO MUMPS ASSAY....JULY 26, 2001!!!!!!!  ~
        -left out of the loop to protect others who feel threatened by my experience
    — *errors singled out, while same error made by others was "overlooked"
    ~ *ERROR REPORTS – specifically designed with the intent to facilitate my departure
        -memo was sent after error was made, insisted that mistake was intentional
        -other errors not documented, same mistake made by Dave....never wrote a report
        -never notified of a proposed suggestion on how to avoid a certain error recurrence
    *degrading work, restricted from running assays
    *assigned the least significance project with a demanding workload that does not allow for any
    time to work on more challenging and interesting projects

**Injustice/Hostile Work Environment:**
    *certain employee given flexible work arrangement that does not accommodate work in lab
        -when suggestion was made at a lab meeting of how her hours could better meet the
        needs of the lab and co-workers, Dave immediately defended her schedule
    *unacceptable behavior as a supervisor
        -ridicules past employees, has made derogatory comments about myself
        -readily gives out confidential information about employees
        -makes contradictory statements in an effort to cover himself
           -i.e. vacation notification, error reports, "selective memory"

**Unethical Work:**
    -manipulation of data

CONFIDENTIAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, STEPHEN A. KRAHLING and JOAN A. WLOCHOWSKI, | Civil Action No. 10-4374 (CDJ) |
| *Plaintiffs,* | |
| v. | **CONTAINS "CONFIDENTIAL" AND "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" MATERIAL PURSUANT TO PROTECTIVE ORDER** |
| MERCK & CO., INC., | |
| *Defendant.* | |

# MERCK'S EXHIBITS IN SUPPORT OF MERCK'S RESPONSE TO RELATORS' STATEMENT OF UNDISPUTED FACTS

# EXHIBIT 272

WORK SUMMARY:
January 2001 – present:

January – February:
Work started off slow as we were scaling up the veros from Christmas time to resume Mumps Nt testing. I was notified that I was seronegative for Mumps titers. This restricted me from working with the Mumps virus until the end of February when I was confirmed seropositive after a booster. During this time period I was advised to work with Frank and Liz. Our work consisted primarily of maintaining the RK-13 cell line, maintaining the vero cell line (large scale) to include planting plates for assays, immunostaining, and counting assays. There was an obvious disassociation of Frank and Liz from the rest of the members of the lab. I tried to keep on open mind about the situation and maintain a respectful professional relationship with everyone. This however was to no avail since far too many premature judgements were made against me. The demands for social acceptance outweighed any asset I could bring to the table career wise.

March:
During this time period we began running VZV assays. Schedules were set for the lab to include setting up assays and staining. I assisted with maintaining the MRC-5 cell line and planting plates. I also helped pull samples, pull #'s and label plates. (Note: Some of these duties have never been performed by certain members of the lab. I am the most recent member.) Spare time during this month was spent gathering research information for the upcoming Flu program. Since I hadn't worked on the research side of things before I thought I could benefit from the insight of others on how to proceed. Not much insight was offered. Instead, I recall showing co-workers (with prior research experience) how to order articles from the library to be delivered directly to your mailstop via the intranet. It was during this month that the infamous error report policy was issued. I have documentation to display how this was handled to my disadvantage. It was clearly evident at this time that my every move was being judged with the utmost scrutiny while others' were not. Out of 7 scientists that were then in the lab only 3 (including myself) were performing the full range of work full time.

April – May:
During this time Mumps Nt testing began full force. My lab partner and I were assigned "immunostaining duty". We were staining ~10 assays/week, fixing ~6 assays/week, passing veros and RKs, and counting. I specifically recall a day when we were short staffed where I single-handedly planted 120 vero plates. In the meantime unprofessional incidents in the lab were still occurring such as: gifts being left in employees mailbox, employer supporting the split in the lab by attending luncheon with select group of people, confidentiality rights between employer/employee broken, and certain employees kept uninformed about information in the lab.

June – July:
I was allowed to participate in the Mps Nt testing and did so according to scheduling.

August:
I began my Supplemental Mps Nt project. I completed all work in a timely manner with weekly updates to my supervisor. I spent a week on crutches still performing my duties. (My supervisor gave no recognition of this.) I began preparing logs and worksheets for upcoming changes in the lab. I expressed my desire to my supervisor to be able to work on the Flu program. I completed the round of Supplemental Mps Nt testing and counted validation assays before I left on vacation.

September:
I returned to VZV assays and SOP preparation. I received a memo responding to a request I made for flexible work hours on 30-July-01. This was a bit harassing especially in the light of the precedent that was already set in our lab. I still make the effort to put forth good work while trying to resolve the issues that inhibit me to do so.

Page 2 of 2

RELATOR_00000274

Appx16999

I wanted to respond to your last e-mail regarding the topics that were brought up at the lab meeting last Wednesday. Hopefully this letter will clear up what I was trying to get at during the meeting.

First off, let me remind you that I have been a Virologist for the past 9 years. During those 9 years (of which I worked at reputable institutions) I can guarantee you that all of my job evaluations have always shown me to be an employee in good standing. I joined your team here at Merck at the beginning of this year and for reasons unbeknownst to me, was not received well by certain co-workers in the lab. This, however, did not have any effect on the degree of how seriously I took my career as a scientist. I have always conducted my work here to the best of my ability and have been respectful to those I work with. The questions raised at the meeting were to address issues that I saw to be unfair in the lab. The underlying causes of this injustice stems from what I view as favoritism towards certain employees in the lab by you and discrimination towards others – including myself – to which I must take a stand.

I already have discussed with you my feelings towards the birthday luncheon that you had attended with a select group of people from the lab. You had stated that you did not attend that luncheon as a supervisor. This may be OK but that in turn implies that you went there as a friend. This is where my concern begins. I do not have a problem with you being friends with your employees as long as it does not interfere with my career. Although you saw nothing wrong with having lunch with your friends I have witnessed other incidences here at work where you unable to separate your social relationship with your employees from your professional relationship with them.

At the meeting I asked if Colleen could come in early to get things started on assay days. Again, the reason I made that suggestion was for those of us who work an 8-hour shift we have to stay late because that amount of work cannot be completed in 8 hours. As I later discussed with Colleen, if it were me working a 10 hour day, I would try to be accommodating to my co-workers in that way. We certainly pick up the slack for her not being here on Fridays. Colleen did not have a chance to respond to my question at the meeting. You immediately jumped in to say that you would finish the work at 4:30 if I needed to leave. I thank you for the offer but I do not NEED to leave at 4:30. I prefer not to leave in the middle of something I have started. When I had asked for early hours back in May, the work I was performing at the time was independent of the work schedules of others. When I was later included in the setting up of assays I did not see it as fair to still have an adjusted work schedule just to fit to my personal life situation. Flexible work hours are good as long as everyone is allowed the same flexibility and the burden of the workload is distributed equally. In your last e-mail you said that you would be happy to cover the work that runs over hours and "this applies to everyone in the lab". Have you notified everyone of this generous offer?

Another example of your inability to separate social/professional relationships here at work would be the fact that I have heard you on numerous occasions' ridicule past employees for innocent mistakes. This made me wary right away of what was being said about me behind my back. I know that derogatory comments have been made about me. I can stand up for myself when co-workers are cruel like that but it is unacceptable when my supervisor makes those kinds of comments to them. If you have a problem with me I ask that you come to me about it. Please take into consideration information that should be kept confidential between a supervisor and his employees.

So you ask why I am so adamant about you clarifying the specifics of the error report policy? Could it be that I overheard you expressing your intentions to put me on probation to my fellow co-workers? That memo you sent was a direct attack at me and another co-worker in the lab. Once again, to defend myself let me reiterate the fact that the majority of the workload in the lab at the time was handled by myself and two others in the lab. Out of the 7 scientists here 4 were limited to the amount of hands-on documented lab work that they could perform due to such inhibitions as pregnancy or a shortened work schedule. The likelihood of me making an inadvertent error is then far greater than those who do not put in the same amount of work. Also let it be known that any minute amount of training I did receive was from a worker who has only been here 3 months. Review of SOP's  by more experienced personnel in the lab was not done until a few months into my career here. I do not expect people to hold my hand through my work here but a little guidance would be helpful. To be quite frank, I was purposely kept out of the loop of what was going on in the lab here because people felt threatened by the fact that I had previous experience. A perfect example of this is that I was not allowed to run assays. That was outright degrading to me. I thought the

RELATOR_00000275